# EXHIBIT E-1

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### TIME SUMMARY
### (APRIL 1, 2006 - APRIL 30, 2006)

Bill No: 1107157

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $835 | 97.90 | $ 81,746.50 |
| Ronald C. Barusch | 1978 | 795 | 16.30 | 12,958.50 |
| Sally McDonald Henry | 1983 | 730 | 100.70 | 73,511.00 |
| Peter J. Neckles | 1978 | 835 | 8.40 | 7,014.00 |
| Wallace L. Schwartz | 1977 | 820 | 10.70 | 8,774.00 |
| | | | | |
| | **TOTAL PARTNERS** | | **234.00** | **$184,004.00** |
| **COUNSEL** | | | | |
| Stephanie R. Feld | 1982 | $560 | 24.50 | $ 13,720.00 |
| Rosalie W. Gray | 1982 | 560 | 123.80 | 69,328.00 |
| Suzanne E. Rothwell | 1981 | 560 | 4.40 | 2,464.00 |
| Anthony Saldana | 1996 | 560 | 4.40 | 2,464.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **157.10** | **$ 87,976.00** |
| **ASSOCIATES** | | | | |
| Tiffany Tran Boydell | 1995 | $540 | 26.80 | $ 14,472.00 |
| Steven Eichel | 1988 | 540 | 95.40 | 51,516.00 |
| Lisa A. Gootee | 2005 | 375 | 12.10 | 4,537.50 |
| Danny J. Hart Jr. | 2005 | 335 | 121.00 | 40,535.00 |
| Jillian E. Hooper | 2005 | 335 | 7.60 | 2,546.00 |
| Denise Kaloudis | 2003 | 440 | 15.00 | 6,600.00 |
| Kelley M. Keller | 1989 | 540 | 45.20 | 24,408.00 |
| Jessica Kempf | 2005 | 375 | 36.30 | 13,612.50 |
| Kimberly A. LaMaina | 2001 | 465 | 137.20 | 63,798.00 |
| Jane M. Leamy | 1995 | 540 | 145.70 | 78,678.00 |
| Jessenia Paoli | 2005 | 375 | 10.30 | 3,862.50 |
| Carlos R. Pineiro | 2006 | 335 | 9.40 | 3,149.00 |
| Adam S. Ravin | 1995 | 540 | 95.30 | 51,462.00 |
| Keith Sambur | 2005 | 375 | 167.50 | 62,812.50 |
| David M. Turetsky | 2002 | 440 | 152.20 | 66,968.00 |

| | | | |
|---|---|---|---|
| | **TOTAL ASSOCIATES** | **1,077.00** | **$488,957.00** |
| **CLIENT SPECIALISTS** | | | |
| Jay Wasserman | | $260 | 0.80 | $ 208.00 |
| | **TOTAL CLIENT SPECIALISTS** | **0.80** | **$ 208.00** |
| **PARAPROFESSIONALS** | | | |
| Stephen S. Brown | | $145 | 57.60 | $ 8,352.00 |
| Larry S. Morton | | 230 | 8.60 | 1,978.00 |
| Isaac Pirolo | | 175 | 19.90 | 3,482.50 |
| Ronald E. Wittman, Jr. | | 230 | 33.70 | 7,751.00 |
| | **TOTAL PARAPROFESSIONALS** | **119.80** | **$ 21,563.50** |
| | **TOTAL** | **1,588.70** | **$782,708.50** |
| | **BLENDED HOURLY RATE** | | **$492.67** |

CH09E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(APRIL 1, 2006 - APRIL 30, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 6.50 | $3,881.50 |
| Assets Dispositions (General) | 4.60 | $2,575.00 |
| Automatic Stay (Relief Actions) | 0.10 | $56.00 |
| Business Operations / Strategic Planning | 5.10 | $3,433.50 |
| Case Administration | 82.10 | $19,992.50 |
| Claims Admin. (General) | 203.60 | $105,149.50 |
| Claims Admin. (Reclamation/Trust Funds) | 15.30 | $8,262.00 |
| Claims Admin. (PACA/PASA) | 0.10 | $54.00 |
| Creditor Meetings/Statutory Committees | 1.20 | $895.50 |
| Disclosure Statement/ Voting Issues | 28.80 | $14,275.00 |
| Employee Matters (General) | 51.20 | $29,847.00 |
| Executory Contracts (Personalty) | 94.70 | $51,777.50 |
| Financing (DIP and Emergence) | 135.30 | $65,940.00 |
| Insurance | 21.20 | $13,147.50 |
| Investigations and Reviews | 91.90 | $50,158.50 |
| Leases (Real Property) | 70.40 | $38,323.50 |
| Nonworking Travel Time | 6.30 | $4,599.00 |
| Regulatory and SEC Matters | 0.50 | $280.00 |
| Reorganization Plan / Plan Sponsors | 293.60 | $159,541.50 |
| Retention / Fee Matters (SASM&F) | 47.10 | $21,792.00 |
| Retention / Fee Matters / Objections (Others) | 48.90 | $22,627.50 |
| Tax Matters | 1.00 | $835.00 |
| Utilities | 21.90 | $10,656.00 |
| Vendor Matters | 3.30 | $1,839.00 |
| Fee Examiner | 354.00 | $152,770.00 |
| **TOTAL** | **1588.70** | **$782,708.50** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
General Corporate Advice                                         Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 04/10/06 | 1.50 | PREPARE FOR TELECONFERENCE WITH BOARD OF DIRECTORS (.4); PARTICIPATE IN TELECONFERENCE WITH BOARD OF DIRECTORS (.8); TELECONFERENCE WITH J. SKELTON RE: BOARD OF DIRECTORS TELECONFERENCE (.3). |
| BAKER DJ | 04/17/06 | 0.30 | TELECONFERENCE WITH J. SKELTON RE: BOARD ISSUES (.3). |
| SALDANA A | 04/20/06 | 0.80 | REVIEW 8-K/SEC DISCLOSURE ISSUES RELATED TO POTENTIAL POLICY TERMINATIONS (.8). |
| TURETSKY DM | 04/20/06 | 0.80 | RESEARCH IN CONNECTION WITH PREPARATION OF 10Q RE: ORDERS ENTERED IN CONNECTION WITH DISBANDMENT OF EQUITY COMMITTEE (.5); E-MAILS TO J. CASTLE RE: EQUITY COMMITTEE ORDERS IN CONNECTION WITH PREPARATION OF 10Q (.3). |
| SALDANA A | 04/23/06 | 1.00 | REVIEW DISCLOSURE/8-K ISSUES RE: POTENTIAL TERMINATION (1.0). |
| SALDANA A | 04/24/06 | 1.00 | REVIEW SEC RELEASES, ETC. RE: 8-K DISCLOSURE REQUIREMENTS FOR POSSIBLE TERMINATIONS (1.0). |
| WASSERMAN J | 04/24/06 | 0.80 | RESEARCH RE: ITEM 2.01 8K AND PRECURSOR ITEM 2 8K (COVERING M&A TRANSACTIONS) HISTORICAL SEC RELEASES (.8). |
| BAKER DJ | 04/26/06 | 0.30 | TELECONFERENCE WITH J. SKELTON RE: BOARD MEETING (.3). |
| **MATTER TOTAL** | | **6.50** | |

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Assets Dispositions (General)                                    Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| SALDANA A | 04/03/06 | 0.10 | TELECONFERENCE WITH R. CHAKRAPANI RE: NEW NDA (.1). |
| SALDANA A | 04/04/06 | 1.20 | TELECONFERENCES WITH D. WELLS, J. FITZGERALD AND R. CHAKRAPANI RE: APPROVALS PROCESS (.7); REVIEW BLACKSTONE SUMMARY (.2); REVIEW CONFIDENTIALITY AGREEMENT (.3). |
| GRAY RW | 04/05/06 | 1.00 | REVIEW AND EDIT MOTION RE: POMPONO BEACH SALE (.7); REVIEW DE MINIMUS ASSET MOTION AND ORDER AND DRAFT MEMO TO K. FAGERSTROM RE: APPLICABILITY OF ORDER TO VEHICLES (.3). |
| SALDANA A | 04/05/06 | 0.20 | TELECONFERENCE WITH R. CHAKRAPANI RE: NEW NDA (.1); REVIEW FORM OF NDA (.1). |
| RAVIN AS | 04/05/06 | 0.10 | REVIEW CONFIDENTIALITY AGREEMENT RE: ALTERNATIVE BIDDER (.1). |
| RAVIN AS | 04/06/06 | 0.10 | REVIEW MEMO FROM D. TURETSKY RE: SERVICE ISSUES RE: BAHAMAS APPLICATION, DRAFT MEMO TO S. BROWN RE: SAME (.1). |
| SALDANA A | 04/17/06 | 0.10 | REVIEW REQUEST RE: MATERIAL NONPUBLIC INFORMATION FROM POTENTIAL BIDDER AND FOLLOW UP WITH L. APPEL AND BLACKSTONE (.1). |
| BAKER DJ | 04/19/06 | 0.20 | TELECONFERENCE WITH JASON MATHER RE: ASSET SALES (.2). |
| HENRY S | 04/19/06 | 0.40 | REVIEW MEMOS FROM A. RAVIN RE: LEASE DISPOSITION ISSUES (.4). |
| KALOUDIS D | 04/24/06 | 0.50 | TELECONFERENCE WITH CREDITOR RE: AUCTION (.2); RESEARCH DOCKET RE: AUCTION (.3). |
| KALOUDIS D | 04/25/06 | 0.50 | DRAFT E-MAIL TO INTERESTED BIDDER RE: AUCTION ORDER (.5). |
| GRAY RW | 04/26/06 | 0.20 | EXCHANGE VOICEMAILS WITH P. HOLLIMAN FOR STAPLES RE: STORE AUCTION AND DRAFT MEMO TO C. JACKSON RE: RESPONSE (.1); TELECONFERENCE WITH D. STERN RE: STORE AUCTION PROCESS AND DRAFT MEMO TO C. JACKSON RE: RESPONSE (.1). |

MATTER TOTAL                             4.60

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                            Bill Date: 05/04/06
**Automatic Stay (Relief Actions)**                                          Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 04/13/06 | 0.10 | REVIEW AND COMMENT ON DRAFT OF OLEO ADVERSARY PER EMAIL FROM L. PRENDERGAST (.1). |
| **MATTER TOTAL** | | **0.10** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                          Bill Date: 05/04/06
Business Operations / Strategic Planning                              Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 04/05/06 | 0.10 | REVIEW AND RESPOND TO MEMO RE: ANTITRUST SOLICITATION (.1). |
| BAKER DJ | 04/10/06 | 0.90 | PARTICIPATE IN TELECONFERENCE WITH COMPANY AND ADVISORS REGARDING EMERGENCE ISSUES (.9). |
| GRAY RW | 04/10/06 | 0.90 | PARTICIPATE WITH J. BAKER IN BOARD TELECONFERENCE RE: BUSINESS UPDATE AND CHAPTER 11 ISSUES (.9). |
| GRAY RW | 04/11/06 | 0.40 | PARTICIPATE (PARTIAL) IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS RE: STRATEGIES (.4). |
| GRAY RW | 04/12/06 | 0.10 | REVIEW DRAFT LETTER FROM M. FRIETAG TO WALL STREET JOURNAL (.1). |
| BAKER DJ | 04/18/06 | 1.20 | PREPARE FOR TELECONFERENCE WITH SENIOR MANAGEMENT MEMBERS RE: STRATEGY (.3); PARTICIPATE IN TELECONFERENCE WITH SENIOR MANAGEMENT MEMBERS AND SENIOR OUTSIDE ADVISORS, TO REVIEW AND DISCUSS BUSINESS STRATEGY AND IMPLEMENTATION (.9). |
| GRAY RW | 04/18/06 | 0.90 | PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS RE: STATUS AND STRATEGY OF PENDING MATTERS (.9). |
| GRAY RW | 04/25/06 | 0.60 | PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS RE: STATUS AND STRATEGY ON PENDING MATTERS (.6). |

MATTER TOTAL                              <u>5.10</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Case Administration                                              Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 04/03/06 | 0.20 | REVIEW 4/3 DOCKET UPDATE (.1); PROVIDE CASE CALENDAR UPDATES (.1). |
| LAMAINA KA | 04/03/06 | 2.30 | PREPARE AND DISTRIBUTE MEMORANDUM TO L. SCHULE OF SH&B RE: APRIL 6 HEARING (.3); PREPARE AND DISTRIBUTE CASE PROCEDURES TO K. KELLER (.2); PREPARE MEMORANDUM ON APRIL 6 HEARING FOR SH&B AND S. HENRY (1.5); REVIEW DOCKET FOR APRIL 19 HEARING OBJECTIONS AND MATTERS BEING HEARD (.3). |
| RAVIN AS | 04/03/06 | 0.50 | REVIEW AND MONITOR DOCKET (.1); CONFERENCE WITH S. BROWN RE: CASE CALENDAR (.1); FOLLOW UP WITH S. BROWN RE: SERVICE ISSUES RE: MOTIONS FILED IN PRIOR WEEK (.1); REVIEW AND REVISE CASE CALENDAR (.2). |
| TURETSKY DM | 04/03/06 | 0.30 | TELECONFERENCE WITH A. BOOKERY RE: INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASE (.1); TELECONFERENCE TO D. MICHLESTI RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (LEFT VOICEMAIL) (.1); TELECONFERENCE WITH P. RUANE RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (.1). |
| BROWN SS | 04/03/06 | 3.00 | UPDATE CASE CALENDAR WITH NEW ENTRIES (1.2); DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); UPDATE WORKING GROUP LIST (1.3). |
| GRAY RW | 04/04/06 | 0.60 | REVIEW AND PROVIDE UPDATING INFORMATION FOR WORKING GROUP LIST (.2); REVIEW AND COMMENT ON UPDATED CASE CALENDAR (.2); REVIEW 4/4 DOCKET UPDATE (.1); REVIEW AND COMMENT ON AGENDA FOR 4/6 HEARING (.1). |
| LAMAINA KA | 04/04/06 | 1.90 | PREPARE FOR APRIL 6 HEARING BY COMPILING INFORMATION ON FILED APPLICATION TO PREPARE MEMORANDUM TO SMITH HULSEY (C. JACKSON) ON ANY OUTSTANDING ISSUE (1.9). |
| LEAMY JM | 04/04/06 | 0.10 | REVIEW AND COMMENT ON APRIL 6 HEARING AGENDA (.1). |
| RAVIN AS | 04/04/06 | 0.40 | MONITOR PLEADINGS FILED (.1); REVIEW AND REVISE HEARING AGENDA (.1); REVIEW AND REVISE CASE CALENDAR, DRAFT MEMO TO S. BROWN RE: SAME (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/04/06 | 0.90 | REVIEW BACKGROUND RE: CLAIM BY MITSUBISHI IN PREPARATION TO TELECONFERENCE D. MICHLESTI RE: SAME (.1); TELECONFERENCE WITH D. MICHLESTI RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (.1); REVIEW AND COMMENT RE: WORKING GROUP LIST (.5); E-MAIL TO S. BROWN RE: WORKING GROUP LIST (.2). |
| BROWN SS | 04/04/06 | 3.20 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); DISTRIBUTE AND UPDATE CASE CALENDAR (.9); SEARCH DOCKET FOR REQUESTED DOCUMENTS (.6); MANAGE WINN-DIXIE CASE FILES (1.2). |
| GRAY RW | 04/05/06 | 0.10 | REVIEW 4/5 DOCKET UPDATE (.1). |
| LAMAINA KA | 04/05/06 | 2.20 | PREPARE FOR HEARING BY PREPARING MEMORANDUM TO C. JACKSON AND K. WARD ON OBJECTIONS TO MATTERS FOR HEARING AND PROPOSED ORDER (2.2). |
| RAVIN AS | 04/05/06 | 0.10 | MONITOR DOCKET, REVIEW PLEADINGS FILED (.1). |
| TURETSKY DM | 04/05/06 | 0.10 | TELECONFERENCE WITH J. HOROWITZ RE: INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (.1). |
| BROWN SS | 04/05/06 | 1.80 | UPDATE CASE CALENDAR (.4); DISTRIBUTE DOCKET AND MEDIA UPDATES (.5); SEARCH DOCKET FOR REQUESTED DOCUMENTS (.9). |
| GRAY RW | 04/06/06 | 0.10 | REVIEW 4/6 DOCKET ENTRIES (.1). |
| LEAMY JM | 04/06/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 04/06/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE DRAFT CASE CALENDAR, DRAFT MEMOS TO S. BROWN RE: CASE CALENDAR (.2). |
| BROWN SS | 04/06/06 | 2.10 | UPDATE CASE CALENDAR (1.3); DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); SEARCH DOCKET FOR DOCUMENTS AT ATTORNEY REQUEST (.3). |
| GRAY RW | 04/07/06 | 0.10 | REVIEW 4/7 DOCKET UPDATE (.1). |
| BROWN SS | 04/07/06 | 1.10 | CIRCULATE ORDERS ENTERED FOLLOWING THURSDAY'S OMNIBUS HEARING (1.1). |
| GRAY RW | 04/10/06 | 0.20 | REVIEW 4/10 DOCKET UPDATE (.1); REVIEW AND PROVIDE COMMENTS ON DRAFT CASE CALENDAR (.1). |
| EICHEL S | 04/10/06 | 0.20 | REVIEW AND REVISE CASE CALENDAR (.1); REVIEW DOCKET UPDATE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 04/10/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE DRAFT CASE CALENDAR, DRAFT MEMO TO S. BROWN RE: CASE CALENDAR (.2). |
| BROWN SS | 04/10/06 | 4.20 | UPDATE CASE CALENDAR AND DISTRIBUTE (1.8); DISTRIBUTE WINN-DIXIE DOCKET AND MEDIA UPDATES (.5); UPDATE WORKING GROUP LIST (.8); RESPOND TO CALLS FROM WINN-DIXIE SHAREHOLDERS RE: CASE (1.1). |
| FELD SR | 04/11/06 | 1.00 | REVIEW CASE CALENDAR (.2); REVIEW VARIOUS NEW DOCKET ENTRIES AND CORRESPONDING PLEADINGS (.8). |
| RAVIN AS | 04/11/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| TURETSKY DM | 04/11/06 | 0.20 | TELECONFERENCE WITH SAMANTHA OF SHRED IT NEW ORLEANS RE: GENERAL INQUIRY CONCERNING STATUS OF DEBTORS' CHAPTER 11 CASES (.2). |
| BROWN SS | 04/11/06 | 0.70 | DISTRIBUTE DOCKET AND MEDIA UPDATE (.5); DISTRIBUTE REQUESTED DOCKET DOCUMENTS (.2). |
| GRAY RW | 04/12/06 | 0.10 | REVIEW 4/12 DOCKET UPDATE (.1). |
| LAMAINA KA | 04/12/06 | 0.40 | PREPARE MEMORANDA TO TEAM ON CASE ADMINISTRATION PROCEDURES (.4). |
| RAVIN AS | 04/12/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| GRAY RW | 04/13/06 | 0.10 | REVIEW 4/13 DOCKET UPDATE (.1). |
| LEAMY JM | 04/13/06 | 0.20 | REVIEW DRAFT CASE CALENDAR (.2). |
| RAVIN AS | 04/13/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| LEAMY JM | 04/14/06 | 0.10 | REVIEW APRIL 20 HEARING AGENDA (.1). |
| RAVIN AS | 04/14/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR (.1); REVIEW AND REVISE HEARING AGENDA FOR 4/20/06 HEARING, DRAFT CORRESPONDENCE TO C. JACKSON RE: HEARING AGENDA (.1). |
| TURETSKY DM | 04/14/06 | 0.20 | REVIEW APRIL 20 HEARING AGENDA (.1); E-MAIL TO C. JACKSON RE: APRIL 20 HEARING AGENDA (.1). |
| MORTON LS | 04/14/06 | 0.70 | ASSEMBLE CLIENT MATTER JOB DESCRIPTION BINDER (.7). |
| LAMAINA KA | 04/17/06 | 0.20 | PREPARE MEMORANDUM TO J. ROMAN ON US TRUSTEE CASE PROCEDURES (.2). |
| RAVIN AS | 04/17/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 04/17/06 | 6.00 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORTS (.5); RETURNED CALLS FROM WINN DIXIE CREDITORS ABOUT HEARING INFORMATION (.2); SEARCH FOR DOCUMENTS ON DOCKET (.9); ASSEMBLE BINDER OF SELECT WINN-DIXIE WEBSITE DOCUMENTS FOR VENDORS (2.5); CREATE BINDER FOR J. LEAMY AND S. FELD OF CLAIMS (1.9). |
| GRAY RW | 04/18/06 | 0.30 | TELECONFERENCE WITH C. JACKSON RE: AGENDA LETTER ISSUES (.1); REVIEW AND PROVIDE UPDATING COMMENTS FOR CASE CALENDAR (.1); REVIEW 4/18 DOCKET UPDATE (.1). |
| RAVIN AS | 04/18/06 | 0.20 | MONITOR DOCUMENTS FILED ON DOCKET (.1); REVIEW AND REVISE DRAFT CASE CALENDAR (.1). |
| BROWN SS | 04/18/06 | 4.50 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.6); UPDATE AND DISTRIBUTE WINN-DIXIE CASE CALENDAR (2.0); SEARCH DOCKET FOR REQUESTED DOCUMENTS AND DISTRIBUTE TO ATTORNEYS (.8); COMPLETE CLAIMS BINDER FOR S. FELD (1.1). |
| BAKER DJ | 04/19/06 | 0.10 | TELECONFERENCE WITH R. GRAY RE: CASE ADMINISTRATION ISSUES (.1). |
| GRAY RW | 04/19/06 | 0.40 | REVIEW MEMO FROM AND TELECONFERENCE WITH J. BAKER RE: MILBANK PROCESS ISSUES ON RECENT FILINGS (.1); REVIEW AND RESPOND TO EMAIL FROM C. JACKSON RE: COMMITTEE REVIEW ISSUE (.1); REVIEW AND COMMENT ON HEARING AGENDA (.1); REVIEW 4/19 DOCKET UPDATE (.1). |
| LEAMY JM | 04/19/06 | 0.10 | REVIEW AND COMMENT ON APRIL 20 HEARING AGENDA (.1). |
| RAVIN AS | 04/19/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE APRIL 20TH DRAFT HEARING AGENDA, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: HEARING AGENDA (.1). |
| TURETSKY DM | 04/19/06 | 0.70 | REVIEW CASE FILINGS FOR DEADLINES TO ADD TO CASE CALENDAR (.6); E-MAIL TO S. BROWN RE: CASE CALENDER (.1). |
| BROWN SS | 04/19/06 | 4.20 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.8); SEARCH DOCKET FOR REQUESTED DOCUMENTS (2.1); REVISE SKADDEN WORKING GROUP LIST (.5); REVISE WINN-DIXIE CASE CALENDAR (.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/20/06 | 0.70 | TELECONFERENCE WITH S. BUSEY AND C. JACKSON RE: ISSUES FOR HEARING TODAY (.2); REVIEW PROPOSED STATEMENTS FROM M. FREITAG RE: HEARING ISSUES (.1); REVIEW PRESS ARTICLE RE: EXCLUSIVITY EXTENSION AND DRAFT MEMO TO S. BUSEY TO CORRECT MISSTATEMENT IN ARTICLE (.1); REVIEW AND RESPOND TO MEMO FROM E. LANE RE: RETENTION OF DOCUMENTS (.1); FOLLOW UP EMAIL EXCHANGE WITH J. CASTLE AND E. LANE RE: RETENTION ISSUE (.1); REVIEW 4/20 DOCKET UPDATE (.1). |
| RAVIN AS | 04/20/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| BROWN SS | 04/20/06 | 3.10 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); UPDATE AND DISTRIBUTE DRAFT OF CASE CALENDAR (.8); SERVE STORE 1335 ASSUMPTION MOTION (1.3); ASSEMBLE BINDER OF WINN-DIXIE WEB DOCUMENTS FOR VENDORS (.5). |
| MORTON LS | 04/20/06 | 1.90 | SEARCH FOR REFERENCE DOCUMENTS AND PLEADING FOR ATTORNEY REVIEW (1.9). |
| GRAY RW | 04/21/06 | 0.10 | REVIEW 4/21 DOCKET UPDATE (.1). |
| LEAMY JM | 04/21/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 04/21/06 | 0.40 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR (.2); CONFERENCE WITH S. BROWN RE: CASE CALENDAR (.1). |
| TURETSKY DM | 04/21/06 | 0.80 | TELECONFERENCE WITH J. D. MEYER RE: INQUIRY CONCERNING RELATIONSHIP OF WINN-DIXIE LOUISVILLE TO DEBTORS IN CHAPTER 11 CASES (.2); RESEARCH RE: WINN-DIXIE LOUISVILLE RELATIONSHIP (.3); TELECONFERENCE WITH K. LAMAINA RE: WINN-DIXIE LOUISVILLE (.1); REVIEW DRAFT CASE CALENDAR (.1); E-MAIL TO S. BROWN RE: CASE CALENDER (.1). |
| BROWN SS | 04/21/06 | 5.50 | COMPARE REDACTED VERSION OF PAUL HASTINGS FEE APPLICATION WITH UNREDACTED VERSION (3.3); COMPILE NAMES OF NOTICING PARTIES FOR D. TURETSKY (1.0); DISTRIBUTE DOCKET AND MEDIA UPDATES (.4); SEARCH DOCKET AND DISTRIBUTE REQUESTED PLEADINGS TO ATTORNEYS (.8). |
| GRAY RW | 04/24/06 | 0.30 | REVIEW 4/24 DOCKET UPDATE (.1); PROVIDE UPDATING INFORMATION FOR CASE CALENDAR (.2). |
| RAVIN AS | 04/24/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BROWN SS | 04/24/06 | 4.90 | DISTRIBUTE OMNIBUS HEARING ORDERS (.7); DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); UPDATE CASE CALENDAR FOR DISTRIBUTION (1.0); ASSIST K. LAMAINA WITH BILLING MATTERS:  INCLUDING FINDING IMPORTANT DOCUMENTS ON THE COURT'S DOCKET AS WELL AS RESEARCHING FOR CONTENT OF CERTAIN PROJECTS (2.0); SEARCH DOCKET FOR REQUESTED DOCUMENTS (.7). |
| GRAY RW | 04/25/06 | 0.20 | DRAFT EMAILS TO TEAM AND SH&B RE: UPDATING OF CASE CALENDAR (.1); REVIEW AND RESPOND TO MEMO FROM L. PRENDERGAST RE: CALENDAR ADDITIONS AND EXCHANGE EMAILS WITH S. BROWN RE: ADDITIONS (.1). |
| EICHEL S | 04/25/06 | 0.20 | REVIEW EMAIL FROM R. GRAY RE: UPDATING CASE CALENDAR (.1); REVIEW CASE CALENDAR AND UPDATE SAME (.1). |
| RAVIN AS | 04/25/06 | 0.20 | MONITOR AND REVIEW PLEADINGS FILED ON DOCKET (.2). |
| TURETSKY DM | 04/25/06 | 0.30 | REVIEW AND COMMENT RE: CASE CALENDAR (.1); E-MAIL TO S. BROWN RE: CASE CALENDER (.1); TELECONFERENCE WITH FRANK OF JOHN'S SEAFOOD RE: GENERAL INQUIRY CONCERNING STATUS OF WINN-DIXIE CHAPTER 11 CASES (.1). |
| RAVIN AS | 04/26/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| BROWN SS | 04/26/06 | 3.30 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); SEARCH WINN-DIXIE DOCKET FOR RELEVANT CORPORATE INFORMATION IN ORDER TO COMPLETE PLEADING (1.5); SEARCH DOCKET FOR REQUESTED PLEADINGS (1.3). |
| GRAY RW | 04/27/06 | 0.20 | PROVIDE LEGAL ASSISTANT WITH UPDATING INFORMATION FOR WORKING GROUP LIST (.2). |
| LEAMY JM | 04/27/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 04/27/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.2). |
| BROWN SS | 04/27/06 | 5.80 | DISTRIBUTE DOCKET UPDATE AND MEDIA REPORT (.5); UPDATE WORKING GROUP LIST (1.1); SEARCH DOCKET FOR REQUESTED DOCUMENTS (.7); UPDATE DOCUMENTS FOR FILING (.6); COMPILE LIST OF RECENT NOTICING PARTIES (1.5); UPDATE CASE CALENDAR AND DISTRIBUTE (1.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/28/06 | 0.40 | REVIEW/PROVIDE UPDATE COMMENTS FOR CASE CALENDAR (.2); REVIEW DOCKET UPDATE (.1); REVIEW DRAFT HEARING AGENDA AND EXCHANGE EMAILS WITH K. WARD RE: COMMENTS (.1). |
| LEAMY JM | 04/28/06 | 0.20 | REVIEW AND COMMENT ON MAY 4 HEARING AGENDA (.2). |
| RAVIN AS | 04/28/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR (.2). |
| TURETSKY DM | 04/28/06 | 0.40 | REVIEW AND COMMENT RE: CASE CALENDAR (.2); REVIEW AND COMMENT RE: PRELIMINARY HEARING AGENDA FOR MAY 4 HEARING (.2). |
| BROWN SS | 04/28/06 | 4.20 | UPDATE CASE CALENDAR WITH NEW ENTRIES AND ATTORNEY EDITS (.7); DISTRIBUTE CASE CALENDAR AND DOCKET UPDATES (.6); SEARCH DOCKET FOR REQUESTED DOCUMENTS (1.6); DRAFT SUPPLEMENTAL CERTIFICATE OF SERVICE (1.3). |

**MATTER TOTAL** <u>82.10</u>

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Claims Admin. (General)                                          Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LEAMY JM | 04/01/06 | 1.80 | CONTINUE TO DRAFT 8TH CLAIM OBJECTION (1.8). |
| GRAY RW | 04/03/06 | 2.30 | PREPARE FOR TELECONFERENCE RE: CLAIMS OBJECTION RESPONSES (.2); REVIEW AND COMMENT ON 8TH OMNIBUS OBJECTION, NOTICE, ORDER AND EXHIBITS (.6); FOLLOW UP EMAIL EXCHANGE WITH J. LEAMY RE: EXHIBITS (.1); TELECONFERENCE WITH J. LEAMY RE: ISSUES ON 8TH OMNIBUS OBJECTION EXHIBITS (.1); TELECONFERENCE WITH D. YOUNG, E. GORDON, E. LANE AND J. LEAMY RE: HANDLING RESPONSES TO CLAIMS OBJECTIONS (.4); REVIEW/ANALYZE LOGAN REPORT RE: CONTRACT/CLAIM MATCH AND UNDERLYING PROOFS OF CLAIM (.9). |
| EICHEL S | 04/03/06 | 0.60 | REVIEW AND REVISE CLAIMS EXHIBITS FOR OMNIBUS OBJECTIONS TO CLAIMS WITH RESPECT TO RECLAMATION ISSUES (.2); REVIEW EMAIL FROM J. LEAMY RE: PROPOSED LANGUAGE FOR OBJECTIONS TO CLAIMS WITH RESPECT TO RECLAMATION ISSUES AND REVISE PROPOSED LANGUAGE (.4). |
| LEAMY JM | 04/03/06 | 6.60 | TELECONFERENCES E. POLLACK RE: 8TH CLAIM OBJECTION (.9); TELECONFERENCE WITH E. GORDON, E. LANE, D. YOUNG AND R. GRAY RE: RESOLUTION PROCEDURE FOR CLAIM OBJECTION RESPONSES (.4); TELECONFERENCE E. GORDON RE: 8TH CLAIM OBJECTION (.4); TELECONFERENCE T. WUERTZ RE: 8TH CLAIM OBJECTION (.3); ANALYSIS RE: CORDOVA COLLECTION CLAIM (.4); EMAIL D. YOUNG RE: ASM CAPITAL INQUIRY (.1); ANALYSIS RE: CLAIMS WITH POSTPETITION INVOICES (.3); EMAIL E. POLLACK RE: POSTPETITION INVOICES (.1); REVIEW V. KRISH EMAIL RE: KEN ROBINSON CLAIM (.1); DRAFT 8TH CLAIM OBJECTION (2.0); COMMENT ON PROPOSED EXHIBITS (.8); EMAIL E. POLLACK RE: PROPOSED EXHIBITS (.1); SEVERAL EMAILS WITH B. GASTON RE: 8TH CLAIM OBJECTION (.4); EMAILS WITH M. RICHARD RE: STATE OF GA. CLAIMS (.2); T/C R. GRAY RE: 8TH OMNIBUS OBJECTION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/03/06 | 1.70 | FURTHER ANALYZE ISSUES RE: OBJECTION TO LOUISIANA TAX CLAIM (.8); E-MAIL TO S. BUSEY RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (.1); REVISE OBJECTION TO LOUISIANA TAX CLAIM (.8). |
| LEAMY JM | 04/04/06 | 3.70 | TELECONFERENCE WITH D. POLLACK RE: 7TH OBJECTION (.1); TELECONFERENCE WITH B. FEARS RE: OBJECTION TO GA. DEPT REVENUE CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 8TH CLAIM OBJECTION (.1); TELECONFERENCE WITH V. KRISH RE: KEN ROBINSON CLAIM OBJECTION (.1); TELECONFERENCE WITH PELICAN ICE RE: CLAIM OBJECTION (.1); EMAIL S. TAN RE: INDENTURE TRUSTEE CLAIM (.2); EMAIL H. BERKOWITZ RE: AMS CLAIMS (.1); FINALIZE 8TH CLAIM OBJECTION FOR FILING (1.9); EMAIL E. GORDON RE: 8TH CLAIM OBJECTION (.1); REVIEW B. GASTON EMAILS RE: CLAIM RECONCILIATIONS (.2); TELECONFERENCE WITH D. POLLACK RE: ARONOV REALTY CLAIM OBJECTION (.2); REVIEW SAMPLE NOTICES TO CREDITORS FOR 8TH CLAIM OBJECTION (.2); REVIEW HILEX RESPONSE TO 7TH CLAIM OBJECTION (.1); REVIEW CLAMPSWING RESPONSE TO 7TH CLAIM OBJECTION (.1); EMAIL D. YOUNG RE: CLAMPSWING RESPONSE (.1). |
| TURETSKY DM | 04/04/06 | 1.50 | FURTHER RESEACH RE: ISSUES IN CONNECTION WITH OBJECTION TO LOUISIANA TAX CLAIMS (1.5). |
| GRAY RW | 04/05/06 | 1.00 | PARTICIPATE IN TELECONFERENCE WITH CLIENT AND ADVISORS RE: IRS CLAIM AND RELATED ISSUES (.6); REVIEW HILTEX AND HEALTHCARE CONSULTANTS FILINGS RE: CLAIMS OBJECTIONS AND FORWARD TO J. LEAMY (.1); REVIEW AND RESPOND TO MEMO FROM J. CASTLE RE: LANDLORD GUARANTY CLAIMS (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM          04/05/06          4.20     TELECONFERENCE WITH R. KOHL RE: S.
                                             KOHL CO. CLAIM OBJECTION (.2);
                                             TELECONFERENCE WITH K. NEWMARCH RE:
                                             JELLY BELLY (.1); TELECONFERENCE J.
                                             SAXON RE: ASKERDISTRIBUTING (.1);
                                             TELECONFERENCE WITH D. DUNN RE:
                                             HIMMEL NUTRITION (.1); TELECONFERENCE
                                             WITH E. POLLACK RE: CLAIMS RECONCILED
                                             FOR OBJECTION (.7); EMAIL K. NEWMARCH
                                             RE: JELLY BELLY CLAIM (.1); REVISIONS
                                             TO 6TH OMNIBUS EXHIBITS AND ORDER FOR
                                             HEARING (1.8); EMAIL B. FEARS RE:
                                             STATE OF GA. CLAIM (.1); EMAIL R.
                                             GILBERT RE: CARLTON FIELDS CLAIM
                                             (.2); REVIEW COASTAL TRUCK AND
                                             IDAHOAN RESPONSES TO 7TH CLAIM
                                             OBJECTION (.2); EMAIL D. YOUNG RE:
                                             IDAHOAN RESPONSES (.1); EMAIL V.
                                             KRISH RE: CACTUS HOLDING CLAIM (.1);
                                             EMAIL B. GASTON RE: CLAIM OBJECTION
                                             PROCEDURE (.2); EMAILS D. YOUNG RE:
                                             CLAIM RESOLUTIONS (.2).

BAKER DJ          04/06/06          0.30     REVIEW SCHEDULE FROM LOGAN & COMPANY
                                             WITH RESPECT TO DISCREPANCIES BETWEEN
                                             INVOICE AMOUNTS AND CONTRACT AMOUNTS
                                             (.3).

GRAY RW           04/06/06          1.20     TELECONFERENCE WITH K. LOGAN RE:
                                             DEBTOR RECLASS ISSUES (.6); REVIEW
                                             2004 MOTIONS FILED BY J. MCCONNELL
                                             (.1); REVIEW CONTRACT/CLAIM REPORT
                                             FROM M. DUSSINGER (.2);
                                             TELECONFERENCE WITH K. LOGAN RE:
                                             CONTRACT/CLAIM REPORT (.2);
                                             TELECONFERENCE WITH M. DUSSINGER RE:
                                             TELECONFERENCE ON CONTRACT/CLAIM
                                             REPORT AND DRAFT MEMO TO S. HENRY RE:
                                             TELECONFERENCE (.1).

LEAMY JM          04/06/06          1.90     TELECONFERENCE WITH L. KENNA RE:
                                             MASTER TRACE CLAIM OBJECTION (.3);
                                             TELECONFERENCE WITH E. POLLACK RE: S.
                                             KOHL CO. CLAIM (.1); TELECONFERENCE
                                             WITH D. YOUNG RE: BUMBLE BEE CLAIM
                                             (.2); EMAIL L. KENNA RE: MASTER TRACE
                                             (.1); EMAILS M. RICHARD RE: STATE OF
                                             GEORGIA CLAIM DOCUMENTATION (.2);
                                             REVIEW IDELLE LABS RESPONSE TO CLAIM
                                             OBJECTION (.2); EMAIL D. YOUNG RE:
                                             IDELLE CLAIM OBJECTION (.1); ANALYSIS
                                             RE: DIFFERENT DEBTOR OBJECTIONS (.5);
                                             EMAIL J. FABBRI RE: S. KOHL CO. CLAIM
                                             (.1); EMAIL E. POLLACK RE:
                                             RECLAMATION OBJECTION PRECEDENT (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            04/07/06         2.90    TELECONFERENCE WITH M. DUSSINGER, E.
                                            LANE, K. LOGAN AND B. CROCKER RE:
                                            CONTRACT/CLAIM ISSUES (.8); FOLLOW UP
                                            TELECONFERENCE WITH K. LOGAN AND B.
                                            CROCKER RE: CONTRACT/CLAIM ISSUES
                                            (.1); TELECONFERENCE WITH F. HUFFARD
                                            RE: CONTRACT/CLAIM ISSUES (.1); DRAFT
                                            MEMO TO J. BAKER AND S. HENRY RE:
                                            CONTRACT/CLAIM ISSUES (.1);
                                            TELECONFERENCE WITH F. HUFFARD AND H.
                                            ETLIN RE: CONTRACT/CLAIM ISSUES (.5);
                                            EXCHANGE EMAILS WITH E. POLLACK AT
                                            LOGAN RE: DISPOSITION OF CLAIMS PER
                                            AT&T AND CISCO ORDERS (.1); REVIEW
                                            PROOF OF CLAIM SAMPLE RE: DEBTOR
                                            OBLIGOR ISSUE (.1); REVIEW 9TH
                                            OMNIBUS EXHIBIT DRAFTS (.4); REVIEW
                                            LOGAN SUMMARY REPORTS ON RECONCILED
                                            CLAIMS (.1); REVIEW AND RESPOND TO
                                            MEMO FROM E. POLLACK RE: MILBANK
                                            REQUEST FOR SCHEDULED CLAIM
                                            INFORMATION (.1); DRAFT MEMO TO
                                            CLIENT AND ADVISORS RE: MILBANK
                                            REQUEST AND REVIEW REPLIES (.1);
                                            REVIEW CF SAUER CONTRACT/CLAIM ISSUES
                                            AND DRAFT MEMO TO M. DUSSINGER ET AL.
                                            RE: SAME (.2); REVIEW AND RESPOND TO
                                            MEMO FROM J. POST RE: ADMINISTRATIVE
                                            CLAIM ISSUES AND PRELIMINARY REVIEW
                                            OF CASE LAW PROVIDED (.2).

LEAMY JM           04/07/06         4.20    REVIEW CLAIMS REPORT RE: CLAIMS
                                            AVAILABLE FOR OBJECTION (.7);
                                            TELECONFERENCE WITH E. POLLACK RE:
                                            OBJECTIONABLE CLAIMS (.3); REVIEW
                                            POTENTIAL 9TH OMNI EXHIBITS (1.5);
                                            TELECONFERENCE WITH K. LOGAN RE:
                                            SERVICE OF 5TH OMNIBUS ORDER (.1);
                                            TELECONFERENCE WITH R. LILLY RE:
                                            JOHANNA FOODS CLAIM (.1);
                                            TELECONFERENCE WITH D. DUNN RE:
                                            HIMMEL NUTRITION CLAIM (.1);
                                            TELECONFERENCE WITH V. KRISH RE:
                                            CACTUS HOLDINGS CLAIMS (.3); EMAIL S.
                                            SIMPSON RE: NECO CLAIM (.1); REVIEW
                                            K. NEWMARCH EMAIL RE: JELLYBELLY
                                            CLAIM (.1); REVIEW HIMMEL NUTRITION
                                            RESPONSE TO CLAIM OBJECTION (.1);
                                            EMAILS D. YOUNG RE: INQUIRIES AND
                                            RESPONSES TO 7TH AND 8TH OMNI
                                            OBJECTIONS (.4); SEVERAL EMAILS E.
                                            LANE RE: RESPONSES TO CLAIM
                                            OBJECTIONS (.4).

BAKER DJ           04/10/06         0.40    REVIEW REPLY TO CLAIM OBJECTION (.4).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/10/06 | 2.30 | CONTINUE REVIEW OF 9TH OMNIBUS EXHIBITS (.3); REVIEW MATERIALS FROM J. POST RE: ADMINISTRATIVE CLAIM BAR DATE (.1); TELECONFERENCE WITH J. POST RE: ADMINISTRATIVE CLAIM BAR DATE ISSUES (.4); TELECONFERENCE WITH J. CASTLE AND J. POST RE: PROS/CONS AND SCOPE OF ADMINISTRATIVE BAR DATE (.7); REVIEW REVISED LITIGATION CLAIM REPORT (.1); TELECONFERENCE WITH K. LOGAN RE: COMMENTS ON REPORT (.1); TELECONFERENCE WITH J. POST RE: ADMINISTRATIVE CLAIMS INSERT (.1); REVIEW OF FINAL LITIGATION CLAIM REPORT AND DRAFT MEMO SUMMARIZING REPORT (.3); REVIEW MEMO FROM T. PENNINGTON, EXCHANGE EMAILS WITH J. LEAMY RE: CONTINUING WORKERS COMP CLAIM OBJECTION AND REVIEW FOLLOW UP EMAIL EXCHANGE BETWEEN J. LEAMY AND T. PENNINGTON (.1); REVIEW ISSUES RE: NET CONSUMPTION WAIVER AND EMAIL EXCHANGE WITH J. LEAMY RE: SAME (.1). |
| EICHEL S | 04/10/06 | 0.60 | REVIEW EXHIBITS FOR OMNIBUS OBJECTION TO CLAIMS NO. 9 (.4); TELECONFERENCE WITH J. LEAMY AND T. WUERTZ (PART OF TELECONFERENCE) RE: CALCULATION OF NET CONSUMPTION WAIVER IN CONNECTION WITH DESCRIPTION OF MODIFICATION OF CERTAIN CLAIMS ON EXHIBITS TO OMNIBUS OBJECTION TO CLAIMS NO. 9 (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 04/10/06 | 4.30 | TELECONFERENCE WITH R. KOHL RE: S. KOHL CO. CLAIM (.1); TELECONFERENCE WITH A. O'BRIEN RE: SUNMAID GROWERS CLAIM OBJECTION (.1); TELECONFERENCE WITH E. POLLACK RE: 9TH CLAIM OBJECTION (.1); TELECONFERENCE WITH MELITTA RE: CLAIM OBJECTION (.1); TELECONFERENCE WITH B. MEYER RE: MELLOSMELLO CLAIM (.1); TELECONFERENCE WITH M. RUSSELL RE: MATTEL CLAIM (.2); TELECONFERENCE WITH J. CLARK RE: PACER LOGISTICS CLAIM (.1); EMAIL J. CASTLE RE: CLAIMANTS WITH AMOUNTS OWED TO DEBTORS (.2); REVIEW AND COMMENT ON PROPOSED 9TH CLAIM OBJECTION EXHIBITS (2.0); REVIEW RESPONSES TO 7TH CLAIM OBJECTION FILED BY CLECO, HOMEMARKET, NEW PLAN REALTY, PELICAN ICE (.5); EMAIL TO D. YOUNG RE: 7TH CLAIM OBJECTION (.1); REVIEW M. RUSSELL EMAIL RE: MATTELL CLAIM EXTENSION (.1); RESPOND TO J. BRICE EMAIL RE: DEERFIELD CO. CLAIM OBJECTION (.1); REVIEW D. BROWN EMAIL RE: SUNBEAM CLAIM OBJECTION (.1); REVIEW S. ALAIMO EMAIL RE: MENTHOLATUM CLAIM OBJECTION (.1); REVIEW H. BERKOWITZ EMAIL RE: ASM CAPITAL CLAIMS (.1); RESPOND TO T. PENNINGTON EMAIL RE: 5TH CLAIM OBJECTION (.2). |
| TURETSKY DM | 04/10/06 | 4.20 | E-MAIL TO J. CASTLE, M. BYRUM, A. BARAGONA, B. BACKSTRUM, D. WEGGMAN, S. BUSEY, AND J POST RE: ISSUES CONCERNING OBJECTION TO LOUISIANA TAX CLAIM (.4); ANALYSIS RE: MUNICIPAL AND STATE CLAIMS IN CONNECTION WITH NINTH OMNIBUS CLAIMS OBJECTION (3.8). |
| BAKER DJ | 04/11/06 | 0.10 | REVIEW RESPONSE OF ASM, INC. TO CLAIM OBJECTION (.1). |
| GRAY RW | 04/11/06 | 2.00 | TELECONFERENCE WITH J. CASTLE, D. YOUNG, J. LEAMY, E. GORDON, ET AL. RE: COLLECTING AMOUNTS DUE FROM CLAIMANTS (.9); TELECONFERENCE WITH J. POST AND J. LEAMY RE: VARIOUS CLAIMS OBJECTION ISSUES AND LOCAL PRACTICE (.4); TELECONFERENCE WITH M. COMERFORD RE: VENDOR CLAIM INFORMATION (.1); REVIEW EMAIL FROM J. LEAMY RE: LATE FILED PERSONAL INJURY CLAIM AND EXCHANGE EMAILS WITH J. POST AND J. LEAMY RE: SAME (.1); DRAFT MEMOS TO D. TURETSKY RE: CLAIM OBJECTION/RECEIVABLES COLLECTION PROJECT (.3); REVIEW MEMO FROM AND PROVIDE ADVICE TO J. LEAMY RE: HANDLING CACTUS HOLDING/KEN ROBINSON CLAIM TRANSFER/PAYMENT ISSUE (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 04/11/06 | 4.20 | TELECONFERENCE WITH R. JONES RE: SOUTHEAST UNLOADING CLAIM OBJECTION (.1); TELECONFERENCE WITH M. COMERFORD RE: M. SIMMONS MOTION TO FILE LATE PROOF OF CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 9TH CLAIM OBJECTION (.2); TELECONFERENCE WITH E. POLLACK RE: 9TH CLAIM OBJECTION (.4); TELECONFERENCE WITH L. ANDREWS RE: CLAIM OBJECTION (.2); TELECONFERENCE WITH D. YOUNG RE: KEN ROBINSON CLAIM (.2); TELECONFERENCE E. POLLACK RE: 9TH OBJECTION (.1); EMAIL E. POLLACK RE: 9TH CLAIM OBJECTION (.1); REVIEW REPORT OF CLAIMANTS WITH MONEY OWED TO DEBTORS (.4); TELECONFERENCE WITH J. CASTLE, E GORDON, D. YOUNG AND R. GRAY RE: STRATEGY FOR MONEY OWED TO DEBTORS (.9); TELECONFERENCE WITH R. GRAY AND J. POST RE: ADVERSARY PROCEDURE AND CLAIM OBJECTIONS (.4); TELECONFERENCE J. KOOISTRA RE: LRS CLAIM (.1); TELECONFERENCE K. WARD RE: 5TH CLAIM OBJECTION (.1); TELECONFERENCE WITH L. SMITH RE: WAGE CLAIM (.3); EMAILS B. GASTON, K. NEIL RE: REAL ESTATE CLAIMS (.2); REVIEW DOCUMENTATION RE: K. ROBINSON CLAIM (.4). |
| TURETSKY DM | 04/11/06 | 2.70 | FURTHER ANALYSIS RE: MUNICIPAL AND STATE CLAIMS IN CONNECTION WITH NINTH OMNIBUS CLAIMS OBJECTION (2.7). |
| GRAY RW | 04/12/06 | 0.40 | REVIEW AND RESPOND TO MEMO FROM J. POST RE: SPECIAL BAR DATE NOTICE FOR MEDICAID/MEDICARE AGENCIES (.1); TELECONFERENCE WITH K. LOGAN RE: PROOFS OF CLAIM RESULTING FROM 4/7 SPECIAL BAR DATE (.1); REVIEW SAMPLE DEMAND LETTER AND PROVIDE COMMENTS (.1); REVIEW AND RESPOND TO MEMO FROM J. POST RE: FORM FOR OBJECTION/COLLECTION OF RECEIVABLES (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 04/12/06 | 1.90 | TELECONFERENCE WITH M. BOWERSETT STEAK UMM CO. CLAIM (.1); EMAIL D. YOUNG RE: STEAK UMM CLAIM (.1); TELECONFERENCE WITH M. STEWART RE: PARFUM DE COEUR CLAIM (.1); TELECONFERENCE WITH M. BOGDANOWICZ RE: REAL ESTATE CLAIMS (.1); TELECONFERENCE K. WARD RE: 5TH CLAIM OBJECTION (.1); TELECONFERENCE WITH V. KRISH RE: KEN ROBINSON CLAIM (.1); TELECONFERENCE WITH V. LESO RE: MEDISEARCH CLAIM (.3); TELECONFERENCE WITH P. HAYES RE: STUART NEWS CLAIM (.1); TELECONFERENCE WITH V. KRISH RE: KEN ROBINSON CLAIM (.3); ANALYSIS RE: KEN ROBINSON CLAIM (.4); DRAFT OF PROPOSED LETTER FROM WINN DIXIE TO LANDLORDS RE: CLAIM SETOFFS (.2). |
| TURETSKY DM | 04/12/06 | 0.70 | FURTHER ANALYSIS RE: MUNICIPAL AND STATE CLAIMS IN CONNECTION WITH NINTH OMNIBUS CLAIMS OBJECTION (.4); REVIEW PROOFS OF CLAIM FILED BY ADP IN CONNECTION WITH RESPONDING TO MESSAGE RECEIVED FROM G. BORDEN (.2); TELECONFERENCE TO G. BORDEN (LEFT VOICEMAIL) RE: STATUS OF DEBTORS' CHAPTER 11 CASES (.1). |
| GRAY RW | 04/13/06 | 2.80 | REVIEW NEW LOGAN REPORT RE: CONTRACT/CLAIM MATCH (.3); TELECONFERENCE WITH K. LOGAN AND B. CROCKER RE: CHANGES TO NEW REPORT (.2); REVIEW LOGAN REPORT RE: PROOFS OF CLAIM FILED BY 4/7 SPECIAL BAR DATE (.2); REVIEW REPORT AGAINST LIST OF SECURITIES FRAUD CLAIMANTS (.1); DRAFT MEMOS TO C. JACKSON AT LOGAN RE: FOLLOWUP ISSUES ON CLAIMS LISTING (.1); REVIEW FURTHER INFORMATION FROM C. JACKSON RE: NOTICING (.1); DRAFT MEMO TO L. APPEL ET AL. RE: RESULTS OF SPECIAL BAR DATE FOR SECURITIES FRAUD CLAIMANTS (.2); REVIEW MEMOS FROM C. JACKSON AT LOGAN AND J. LEAMY RE: SERVICE ISSUES FOR SPECIAL BAR DATE (.1); DRAFT REPLY TO C. JACKSON AND J. LEAMY AND FURTHER MEMO TO J. POST RE: MEDICAID NOTICING (.2); REVIEW AND RESPOND TO MEMO FROM J. POST RE: MEDICAID NOTICING (.1); REVIEW AND RESPOND TO MEMO FROM J. LEAMY RE: RESOLVING PAYMENT ISSUE AS BETWEEN CLAIM TRANSFEROR AND TRANSFEREE (.1); REVIEW REVISED REPORT FROM LOGAN RE: CONTRACT/CLAIM INFORMATION (.3); TELECONFERENCE WITH K. LOGAN RE: CONTRACT/CLAIM INFORMATION (.2); DRAFT MEMO TO F. HUFFARD, H. ETLIN, J. BAKER ET AL. RE: EXPLANATION OF REPORT (.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 04/13/06 | 4.50 | TELECONFERENCE WITH D. YOUNG AND E. LANE RE: RESPONSES TO 7TH CLAIM OBJECTION (.5); TELECONFERENCE WITH D. YOUNG RE: 7TH OBJECTION RESPONSES (.2); TELECONFERENCE WITH D. LANDIS RE: HEALTHCARE CONSULTANTS CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 9TH CLAIM OBJECTION (.1); EMAIL K. LOGAN RE: INSURANCE CLAIMS (.1); TELECONFERENCE WITH L. HARVEY RE: DISPLAY SPECIALTIES CLAIM (.2); TELECONFERENCE WITH S. SCHULTZ RE: GRUMA CO. CLAIM (.1); ANALYSIS RE: CACTUS HOLDING REQUEST FOR KEN ROBINSON POSTPETITON CLAIM PAYMENT (.8); EMAIL L. KENNA RE: MASTERTRACE CLAIM AGREEMENT (.2); EMAIL S. WHEELIS RE: CLECO CLAIM AGREEMENT (.2); TELECONFERENCE WITH D. POLLACK RE: NEW PLAN CLAIM OBJECTION (.1); EMAILS WITH E. O'CARROLL RE: RESOLUTION OF NEW PLAN CLAIM (.4); EMAIL J. POST RE: PARK PLAZA CLAIM (.2); REVIEW EMAILS FROM SCHNEIDER NATIONAL, SPANGLER CANDY, NEW WORLD PASTA AND GRUMA CORP. RE: 8TH CLAIM OBJECTION (.3); EMAIL TO D. YOUNG RE: 8TH CLAIM OBJECTION (.2); EMAIL V. KRISH RE: KEN ROBINSON CLAIM (.1); REVIEW HEALTHCARE CONSULTANTS AGREEMENT (.2); TELECONFERENCE WITH D. YOUNG AND S. DUBOSE RE: KEN ROBINSON CLAIM (.3); ANALYSIS RE: MEDICAID SPECIAL BAR DATE (.2). |
| RAVIN AS | 04/13/06 | 0.10 | REVIEW CORRESPONDENCE FROM R. DAMORE AND RELATED SPREADSHEET AND DOCUMENTS RE: CLAIM OF FINTECH/SOUTHERN WINE (.1). |
| LEAMY JM | 04/14/06 | 6.10 | TELECONFERENCE WITH E. POLLACK RE: 9TH CLAIM OBJECTION (.2); TELECONFERENCE WITH E. O'DONNELL RE: PARK PLACE CLAIM (.1); TELECONFERENCE WITH D. LANDIS RE: HEALTHCARE CONSULTANTS CLAIM (.1); TELECONFERENCE WITH E. GRIMM RE: CSX CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 9TH OMNI (.6); REVIEW 9TH CLAIM OBJECTION CLAIMS (4.5); EMAILS E. POLLACK RE: 9TH CLAIM OBJECTION (.2); EMAILS D. YOUNG CLECO, HEALTHCARE CONSULTANTS CLAIMS (.2); EMAIL E. GORDON RE: CCE CLAIM (.1). |
| BAKER DJ | 04/17/06 | 0.90 | REVIEW CLAIMS REPORT PRIOR TO TELECONFERENCE (.4); TELECONFERENCE WITH H. ETLIN, F. HUFFARD AND R. GRAY RE: CLAIM REPORT (.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/17/06 | 1.90 | TELECONFERENCE WITH F. HUFFFARD, H. ETLIN, J. BAKER ET AL. RE: DEBTOR OBLIGOR ISSUES (.5); REVIEW AND RESPOND TO MEMO FROM S. EICHEL RE: VENDOR TRADE LIEN PROGRAM (.1); REVIEW AND COMMENT ON C. JACKSON DRAFT OF OBJECTION TO TAX CLAIMS (.4); REVIEW AND COMMENT ON EXHIBITS TO TAX OBJECTION (.2); REVIEW LOGAN REPORT ON CLAIMS BY DEBTOR AND DRAFT MEMO TO B. CROCKER (.2); REVIEW AND COMMENT ON 9TH OMNIBUS OBJECTION TO CLAIMS, EXHIBITS, NOTICES AND ORDER (.4); REVIEW VOICEMAIL FROM B. ANDERSON RE: PERSONAL INJURY CLAIM ISSUE AND DRAFT MEMO TO J. POST RE: SAME (.1). |
| LEAMY JM | 04/17/06 | 9.00 | TELECONFERENCE WITH R. LILLY RE: JOHANNA FOODS CLAIM (.1); TELECONFERENCE WITH T. LUNDSTEN RE: OBJECTION TO CHECKPOINT CLAIM (.1); EMAIL C. DITTMAR RE: TIMBERLAKE CLAIM (.1); EMAIL S. WHEELIS RE: CLECO CLAIMS (.1); EMAIL E. GRIMM RE: CSX CLAIM (.1); EMAIL J. BRICE RE: DEERFIELD CLAIM (.1); EMAIL K. WALKER RE: PAGAS CLAIM (.1); REVIEW MATEL RESPONSE TO 7TH CLAIM OBJECTION (.2); EMAIL D. YOUNG RE: 7TH CLAIM OBJECTION (.1); REVIEW RESPONSES TO 8TH CLAIM OBJECTION FROM MELITTA, MELLOSMELLO AND SIOUX HONEY (.5); EMAIL D. YOUNG RE: 8TH CLAIM OBJECTION (.2); EMAIL D. BURNS RE: SWEETWORKS CLAIM (.1); EMAIL B. GRAFFUNDER RE: CHECKPOINT CLAIM (.1); TELECONFERENCES WITH E. POLLACK RE: 9TH CLAIM OBJECTION (.4); TELECONFERENCE WITH E. POLLACK RE: INSURANCE CLAIMS (.2); REVISE INSURANCE CLAIM LOG TO REMOVE DISPOSED CLAIMS (.4); EMAIL A. LIU RE: CLAIM 5614 (.1); EMAIL B. GRIGGS RE: MSJ TRUCKING (.1); DRAFT 9TH CLAIM OBJECTION (2.5); FINAL REVIEW OF CLAIMS TO FINALIZE 9TH CLAIM OBJECTION EXHIBITS (2.8); EMAIL E. POLLACK RE: CLAIM OBJECTION EXHIBITS (.1); EMAIL COMMITTEE COUNSEL RE: 9TH CLAIM OBJECTION (.1); EMAIL J. CASTLE RE: 9TH CLAIM OBJECTION (.1); REVIEW DRAFT TAX CLAIM OBJECTION (.3). |
| TURETSKY DM | 04/17/06 | 1.00 | FURTHER ANALYSIS AND RESEARCH RE: MUNICIPAL CLAIMS IN CONNECTION WITH NINTH OMNIBUS CLAIMS OBJECTION (.9); E-MAIL TO J. LEAMY RE: CLAIMANTS OWING MONEY TO WINN-DIXIE (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                04/18/06          1.90    TELECONFERENCE WITH J. CASTLE, K.
                                                 ROMEO, J. POST AND L. PRENDERGAST RE:
                                                 SEDGWICK SETTLEMENT OPTIONS (.9);
                                                 REVIEW CHART OF RESOLUTION STATUS FOR
                                                 RESPONSES TO PENDING CLAIM OBJECTIONS
                                                 (.1); REVIEW LETTER AND MATERIALS
                                                 FROM J. PARIS FOR H. GARCIA, LEAVE
                                                 VOICEMAIL RE: REFERRAL TO J. POST AND
                                                 DRAFT MEMO TO J. POST ET AL. RE: SAME
                                                 (.1); REVIEW AND RESPOND TO MEMO FROM
                                                 B. GRODSKY RE: NEW ORLEANS PRIVATE
                                                 PATROL CLAIM AND DRAFT MEMO TO B.
                                                 KICHLER RE: SAME (.1); TELECONFERENCE
                                                 WITH C. JACKSON RE: OBJECTION TO TAX
                                                 CLAIMS AND CLAIM STATUS (.1);
                                                 TELECONFERENCE WITH J. CASTLE, D.
                                                 YOUNG, E. GORDON, J. EDMONSEN, J.
                                                 LEAMY, D. TURETSKY ET AL. RE: CLAIMS
                                                 OBJECTIONS/RECEIVABLES COLLECTION
                                                 PROCESS (.6).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 04/18/06 | 7.00 | TELECONFERENCE WITH E. POLLACK RE: 9TH OMNIBUS OBJECTION (.1); TELECONFERENCE WITH D. LANDIS RE: HEALTHCARE CONSULTANTS CLAIM OBJECTION (.1); TELECONFERENCE WITH S. DUBOSE RE: KEN ROBINSON CLAIM OBJECTION (.1); EMAIL M. MARTINEZ RE: 9TH OBJECTION NOTICES (.2); EMAILS J. EDMONSON RE: CLAIM OBJECTION RESPONSES (.2); REVIEW TAX CLAIM OBJECTION (.2); EMAIL C. JACKSON RE: TAX CLAIM OBJECTION (.2); EMAIL J. CASTLE RE: CLAIMS INCLUDED IN 9TH OBJECTION (.2); EMAIL D. YOUNG RE: RECLAMATION CLAIMS (.1); REVIEW AND DETERMINE STATUS OF CONTESTED CLAIM OBJECTIONS ON 7TH OMNIBUS OBJECTION (2.0); EMAIL D. YOUNG RE: OUTSTANDING CLAIM RESPONSES FROM 7TH CLAIM OBJECTION (.1); TELECONFERENCE WITH M. CORREY RE: ACH FOOD CO. CLAIM OBJECTION (.1); TELECONFERENCE WITH T. GRIFITH RE: RICHSEAPAK CLAIM (.1); TELECONFERENCE WITH C. JACKSON RE: TAX CLAIM OBJECTION (.1); DETERMINE SERVICE ADDRESSES FOR TAX CLAIM OBJECTION (.2); EMAIL M. MARTINEZ RE: SERVICE ADDRESSES (.1); TELECONFERENCE WITH J. CASTLE, D. YOUNG, D. BRYANT, E. GORDON, J. EDMONSON, R. GRAY, D. TURETSKY RE: AMOUNTS OWED TO WD ON CLAIMS (.6); FINALIZE 9TH OMNIBUS OBJECTION FOR FILING (1.0); TELECONFERENCE WITH V. KRISH RE: K. ROBINSON CLAIM (.2); EMAIL A. O'BRIEN RE: SUNMAID CLAIM (.1); EMAIL T. GRIFFITH RE: RICHSEAPAK CLAIM (.1); EMAIL R. NEWKIRK RE: MADISON LIQUIDITY CLAIMS (.1); REVIEW RESPONSES TO 8TH CLAIM OBJECTION FROM PRECISION PLUMBING AND UNITED STATIONERS (.4); EMAIL TO D. YOUNG RE: 8TH CLAIM OBJECTION (.1); EMAILS E. POLLACK RE: OBJECTIONS FILED (.2); EMAIL J. POST RE: SPECIAL BAR DATE (.1). |
| TURETSKY DM | 04/18/06 | 0.70 | PREPARE FOR TELECONFERENCE RE: ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (.1); PARTICIPATE IN TELECONFERENCE WITH D. BRYANT, E. GORDON, J. EDMONSON, D. YOUNG, J. CASTLE, J. LEAMY, AND R. GRAY RE: CLAIMANTS OWING MONEY TO WINN-DIXIE (.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          04/19/06          2.20   REVIEW AND COMMENT ON NOTICE OF
                                          SPECIAL BAR DATE FOR MEDICAID CLAIMS
                                          (.1); TELECONFERENCE WITH C. JACKSON
                                          RE: MAXINE SIMMONS LATE FILED CLAIM
                                          AND FORWARD EMAIL EXCHANGE RE: SAME
                                          (.1); TELECONFERENCE WITH MOTHER OF
                                          PERSONAL INJURY CLAIMANT RE: HEARING
                                          TOMORROW AND SETTLEMENT PROCESS (.1);
                                          TELECONFERENCE WITH J. CASTLE, D.
                                          WEGMANN, B. BACKMAN, S. BUSEY, J.
                                          POST AND D. TURETSKY RE: LOUISIANA
                                          TAX CLAIM OBJECTIONS (1.3); REVIEW
                                          MEMO FROM B. WHITFIELD, PERSONAL
                                          INJURY CLAIMANT AND COMMUNICATE WITH
                                          J. POST RE: ADDRESSING ISSUES (.1);
                                          REVIEW AND COMMENT ON ORDER FOR
                                          HEARING ON 7TH OMNIBUS OBJECTION
                                          (.1); REVIEW MEMOS FROM M. BYRUM AND
                                          J. CASTLE RE: LOUISIANA TAX CLAIM
                                          OBJECTIONS AND DRAFT MEMO TO J. BAKER
                                          AND S. HENRY RE: SAME (.1); REVIEW
                                          CLAIMS BY DEBTOR SUMMARY REPORT FROM
                                          LOGAN (.2); TELECONFERENCE WITH K.
                                          LOGAN RE: SUMMARY REPORT (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM            04/19/06            7.70    DRAFT SPECIAL BAR DATE NOTICE (.5);
                                                TELECONFERENCE WITH J. POST RE:
                                                SPECIAL BAR DATE (.2); DRAFT ORDER
                                                FURTHER CONTINUING WORKERS
                                                COMPENSATION CLAIM OBJECTION (.4);
                                                TELECONFERENCE WITH S. FRIEDMAN RE:
                                                CROWN CORK CLAIM OBJECTION (.1);
                                                DRAFT LANGUAGE RE: HEALTHCARE
                                                CONSULTANTS CLAIM AND EMAIL D. LANDIS
                                                RE: SAME (.3); EMAIL A. STUMBO RE:
                                                MATEL CLAIM (.1); EMAIL B. GASTON RE:
                                                CLAIM 8510 (.1); EMAIL C. BURNUM RE:
                                                IDAHO FRESHPAK CLAIM (.1); EMAIL M.
                                                BARR RE: 9TH CLAIM OBJECTION
                                                RECLASSIFICATION REASONS (.2); EMAIL
                                                D. YOUNG RE: RICHSEAPAK CLAIM (.1);
                                                DETERMINE STATUS OF CONTESTED 7TH
                                                OMNIBUS CLAIM OBJECTIONS AND REVISED
                                                ORDER EXHIBIT ACCORDINGLY (1.8);
                                                TELECONFERENCE WITH E. POLLACK RE:
                                                RECLAMATION CLAIM CLASSIFICATIONS
                                                (.9); TELECONFERENCE WITH B. GASTON
                                                RE: REAL ESTATE CLAIMS (.5);
                                                TELECONFERENCE WITH E. POLLACK RE:
                                                7TH OMNI REVISED EXHIBITS (.1); DRAFT
                                                7TH OMNI REVISED ORDER (1.0);
                                                TELECONFERENCE WITH D. LANDIS RE:
                                                HEALTHCARE CONSULTANTS CLAIM (.1);
                                                EMAILS J. EDMONSON RE: RESPONSES TO
                                                CLAIM OBJECTIONS (.3); EMAIL H.
                                                ZIEGLER RE: COX NC CLAIM (.1); EMAIL
                                                P. HAYES RE: ROADWAY CLAIM (.1);
                                                EMAIL V. KRISH RE: ZAKDESIGNS CLAIM
                                                (.1); REVIEW RESPONSES TO 8TH
                                                OBJECTION FROM ROADWAY EXPRESS, VERO
                                                BEACH, STUART NEWS AND TIMBERLAKE
                                                (.4); EMAIL D. YOUNG RE: RESPONSES TO
                                                8TH OBJECTION (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

TURETSKY DM          04/19/06          8.00   E-MAILS TO J. CASTLE, M. BYRUM, A.
                                              BARAGONA, S. BUSEY, J. POST, D.
                                              WEGGMAN AND B. BACKSTROM RE:
                                              OBJECTION TO LOUISIANA TAX CLAIMS
                                              (.3); FURTHER RESEARCH RE: ISSUES
                                              CONCERNING LOUISIANA TAX OBJECTION
                                              (2.9); FURTHER REVISE LOUISIANA TAX
                                              OBJECTION (.1); E-MAIL TO B.
                                              BACKSTROM AND D. WEGMANN RE:
                                              LOUISIANA TAX OBJECTION (.1); PREPARE
                                              FOR TELECONFERENCE RE: LOUISIANA TAX
                                              CLAIM OBJECTION (.1); TELECONFERENCE
                                              WITH J. CASTLE, A. BARAGONA, S.
                                              BUSEY, R. GRAY, J. POST, B.
                                              BACKSTROM, AND D. WEGMANN RE:
                                              LOUISIANA TAX OBJECTION (1.3);
                                              TELECONFERENCES WITH J. POST RE:
                                              LOUISIANA TAX OBJECTION (.4);
                                              TELEPHONE TELECONFERENCE WITH J. POST
                                              AND D. WEGMANN RE: LOUISIANA TAX
                                              OBJECTION (.2); E-MAIL TO E. POLLACK
                                              RE: CLAIMANTS OWING MONEY TO WINN-
                                              DIXIE (.2); DRAFT FORM DEMAND LETTER
                                              TO CLAIMANTS OWING MONEY TO WINN-
                                              DIXIE (2.4).

GRAY RW              04/20/06          1.10   REVIEW MEMOS FROM B. BACKMAN AND A.
                                              BARAGONA RE: INFORMATION FOR TAX
                                              CLAIM OBJECTION (.2); REVIEW AND
                                              REVISE PROPOSED FORM LETTER FOR
                                              CLAIM/RECEIVABLES RESOLUTION (.2);
                                              REVIEW COMPLETED FORM FOR ALLEN
                                              CANNING AND PROVIDE COMMENTS (.1);
                                              DRAFT MEMO TO S. BUSEY, J. POST AND
                                              J. CASTLE RE: LOUISIANA TAX CLAIM
                                              OBJECTION TIMING ISSUES (.2); REVIEW
                                              MEMO FROM M. DUSSINGER RE: DEBTOR
                                              OBLIGOR RULES AND DRAFT MEMO TO K.
                                              LOGAN ET AL. RE: SAME (.1);
                                              TELECONFERENCE WITH K. LOGAN RE:
                                              RULES (.1); REVIEW MEMOS FROM J.
                                              PENDLETON AND J. JAMES RE: TAX
                                              AUDITS/PROOFS OF CLAIM AND DRAFT
                                              REPLY (.1); REVIEW/COMMENT ON MEMO TO
                                              CLIENT RE: OPEN ISSUES ON LOUISIANA
                                              TAX CLAIMS (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 04/20/06 | 5.10 | REVIEW LETTER FROM R. SILLIMAN RE: COBB ELECTRIC CLAIM (.1); EMAIL H. ZIEGLER RE: COX NC CLAIM (.1); K. TRAINER RE: EXCEL TRANS. SERVICES CLAIM (.1); EMAIL FROM M. TRAN RE: ITECH CLAIM (.1); TELECONFERENCE S. SCHULTZ RE: GRUMA CLAIM (.2); TELECONFERENCE WITH T. ADAMS RE: NATIONAL TRUCK CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: 10TH OBJECTION (.6); TELECONFERENCE WITH D. YOUNG RE: 8TH OBJECTION RESPONSES (.5); EMAIL C. THROCKMORTON RE: PARK PLAZA (.2); EMAIL S. SCHULTZ RE: GRUMA (.1); REVIEW RESPONSES TO 8TH CLAIM OBJECTION FILED BY PC WOO D/B/A MEGATORYS, COBB ELECTRIC (.4); EMAIL TO D. YOUNG RE: SAME (.1); EMAIL E POLLACK RE: XROADS REPORT OF AP TO WINN-DIXIE (.2); EMAIL M. MARTINEZ RE: ATTORNEY NAMES (.2); REVIEW AND COMMENT ON DRAFT DEMAND LETTER TO CLAIMANTS WITH MONEY OWED TO WINN-DIXIE (.4); ANALYSIS RE: OBJECTIONS TO RECLAMATION PROOFS OF CLAIM TO BE RECLASSIFIED (.8); EMAILS D. YOUNG RE: UPCOMING OBJECTIONS (.2); EMAILS J. EDMONSON RE: GRUMA CLAIM (.2); REVIEW LOGAN REPORT OF SUMMARY OF CLAIMS BY PRIMARY AND SECONDARY TYPE (.5). |
| TURETSKY DM | 04/20/06 | 9.60 | FURTHER RESEARCH RE: ISSUES CONCERNING LOUISIANA TAX OBJECTION (2.2); E-MAIL TO A. BARAGONA RE: LOUISIANA TAX OBJECTION (.1); TELEPHONE TELECONFERENCE WITH E. POLLACK RE: LOUISIANA TAX OBJECTION (.2); DRAFT MEMO TO J. CASTLE, A. BARAGONA, D. WEGMANN, S. BUSEY, J. POST, AND R. GRAY RE: OPEN POINTS CONCERNING LOUISIANA TAX OBJECTION (1.3); FURTHER REVISE OBJECTION TO LOUISIANA TAX CLAIMS (4.0); CONTINUE DRAFTING FORM DEMAND LETTER TO CLAIMANTS OWING MONEY TO WINN-DIXIE (1.7); E-MAIL TO R. GRAY AND J. LEAMY RE: CLAIMANTS OWING MONEY TO WINN-DIXIE (.1). |
| BAKER DJ | 04/21/06 | 0.10 | TELECONFERENCE WITH R. GRAY REGARDING LOUISIANA CLAIM (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                04/21/06           4.30    DRAFT MEMO TO J. CASTLE ET AL. RE:
                                                  LOUISIANA TAX CLAIM OBJECTION AND
                                                  MILBANK BRIEFING (.1); REVIEW AND
                                                  EDIT REVISED/EXPANDED OBJECTION TO
                                                  LOUISIANA TAX CLAIMS (.7);
                                                  TELECONFERENCE WITH J. BAKER RE:
                                                  LOUISIANA TAX CLAIMS AND RE: AHL
                                                  POLICIES (.1); DRAFT MEMO FOR MILBANK
                                                  RE: LOUISIANA TAX OBJECTION (.1);
                                                  CONFER WITH D. TURETSKY RE:
                                                  INTEREST/PENALTY ISSUES ON LOUISIANA
                                                  TAX CLAIMS (.3); REVIEW DEBTOR
                                                  OBLIGOR RULES PREPARED BY XROADS
                                                  (.3); TELECONFERENCE WITH K. LOGAN
                                                  AND B. CROCKER RE: DEBTOR OBLIGOR
                                                  RULE ISSUES (.5); DRAFT MEMO TO M.
                                                  DUSSINGER, ET AL. RE:
                                                  COMMENTS/QUESTIONS ON DEBTOR OBLIGOR
                                                  RULES (1.4); REVIEW AND COMMENT ON
                                                  REVISED LOUISIANA TAX OBJECTION (.2);
                                                  REVIEW AND COMMENT ON MEMO TO CLIENT
                                                  AND ADVISORS RE: REMAINING OPEN
                                                  POINTS ON TAX OBJECTION (.1); REVIEW
                                                  EXPANDED CHART ON AMOUNTS OWED TO THE
                                                  DEBTORS (.4); DRAFT MEMO TO S. EICHEL
                                                  RE: CONTRACT RENEGOTIATION PARTIES ON
                                                  CHART (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM             04/21/06          5.60    REVIEW K. TRAN EMAIL RE: GRUMA (.1);
                                               REVIEW D. YOUNG EMAIL RE: CLAIM
                                               RECONCILIATIONS (.1); TELECONFERENCE
                                               WITH K. TRAN RE: GRUMA CLAIM
                                               OBJECTION (.3); TELECONFERENCE WITH
                                               K. TRAN AND S. SCHULTZ RE: GRUMA
                                               CLAIM OBJECTION (.2); REVIEW JOSEPH
                                               ENTERPRISES RESPONSE TO CLAIM
                                               OBJECTION (.2); TELECONFERENCE WITH
                                               G. GRAFFNER RE: CHECKPOINT CLAIM
                                               OBJECTION (.1); EMAIL B. GASTON RE:
                                               PARK PLAZA CLAIM (.2); TELECONFERENCE
                                               WITH E. POLLACK RE: CLAIMS
                                               RECONCILIATIONS (.7); RESPOND TO J.
                                               DROUSE EMAIL RE: HIMMEL NUTRITION
                                               CLAIM (.2); EMAIL D. YOUNG RE: 7TH
                                               CLAIM OBJECTION ORDER (.1); EMAIL TO
                                               M. MARTINEZ RE: 7TH CLAIM OBJECTION
                                               ORDER (.1); REVIEW C. JACKSON EMAIL
                                               RE: ARTESIA CLAIM (.1); EMAILS C.
                                               THROCKMORTON RE: PARK PLAZA CLAIM
                                               (.2); EMAIL T. ADAMS RE: YALE
                                               NATIONAL CLAIM (.1); REVIEW RESPONSES
                                               TO 8TH CLAIM OBJECTION FROM JACKSON
                                               ELECTRIC, JOAHNNA FOODS, VAN
                                               HOEKLELEN GREENHOUSES, MACKAY
                                               ENVELOPE, MADISON CAPITAL (.9); DRAFT
                                               EMAIL TO J. CASTLE RE: RESPONSES TO
                                               TO 8TH CLAIM OBJECTION (.2); EMAIL J.
                                               SMITH RE: RICHSEAPAK CLAIM OBJECTION
                                               (.1); SEVERAL EMAILS WITH B. HOLTON
                                               RE: CLAIM RECONCILIATIONS (.5);
                                               REVIEW LOGAN ANALYSIS OF XROADS
                                               REPORT OF VENDORS WITH AR BALANCES
                                               (.6); DRAFT EMAIL TO J. CASTLE RE:
                                               VENDORS WITH AR BALANCES (.4);
                                               TELECONFERENCE WITH M. MARTINEZ RE:
                                               SERVICE OF 7TH OBJECTION (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/21/06 | 5.30 | FURTHER REVISE OBJECTION TO LOUISIANA TAX CLAIMS (1.2); E-MAIL TO A. BARAGONA, M. BYRUM, J. CASTLE, B. BACKSTROM, D. WEGMANN, S. BUSEY, AND J. POST RE: LOUISIANA TAX OBJECTION (.2); E-MAIL TO L. APPEL, J. CASTLE, M. BYRUM, J. POST, S. BUSEY, S. HENRY, D. J. BAKER, AND R. GRAY RE: LOUISIANA TAX OBJECTION (.1); E-MAIL TO R. GRAY RE: LOUISIANA TAX OBJECTION (.1); E-MAIL TO M. BARR, J. MILTON, AND M. COMMERFORD RE: LOUISIANA TAX OBJECTION (.2); TELECONFERENCES WITH R. GRAY RE: LOUISIANA TAX OBJECTION (.3); FURTHER RESEARCH RE: OPEN ISSUES IN CONNECTION WITH LOUISIANA TAX OBJECTION (2.1); TELECONFERENCE WITH A. BARAGONA RE: LOUISIANA TAX OBJECTION (.3); E-MAIL TO A. BARAGONA RE: LOUISIANA TAX OBJECTION (.3); E-MAIL MEMO TO J. CASTLE, A. BARAGONA, B. BAKCSTROM, D. WEGMANN, M. BYRUM, S. BUSEY, R. GRAY, AND J. POST RE: LOUISIANA TAX OBJECTION (.4); TELECONFERENCE WITH J. MILTON RE: LOUISIANA TAX OBJECTION (.1). |
| EICHEL S | 04/22/06 | 0.20 | REVIEW EMAIL FROM A. LIU RE: AMROC'S INQUIRY RE: STATUS OF CLAIMS (.1); DRAFT EMAIL TO A. LIU RE: AMROC'S INQUIRY RE: STATUS OF CLAIMS (.1). |
| TURETSKY DM | 04/22/06 | 3.50 | FURTHER REVISE DRAFT RE: LOUISIANA TAX OBJECTION (3.5). |
| EICHEL S | 04/23/06 | 0.70 | REVIEW 31-PAGE EXCEL SPREADSHEET FOR CONTRACT RENEGOTIATION  PARTIES IN CONNECTION WITH ANALYZING CLAIMS OF VENDORS THAT MAY OWE MONEY TO DEBTORS (.5); DRAFT EMAIL TO R. GRAY (AND OTHERS) RE: MY ANALYSIS OF VENDORS ON EXCEL SPREADSHEET THAT ARE CONTRACT NEGOTIATION PARTIES (.2). |
| TURETSKY DM | 04/23/06 | 4.60 | FURTHER REVISE LOUISIANA TAX OBJECTION (2.8); FURTHER RESEARCH RE: OPEN ISSUES CONCERNING LOUISIANA TAX OBJECTION (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          04/24/06          1.30    REVIEW AND COMMENT ON REVISIONS TO
                                           LOUISIANA TAX CLAIM OBJECTION (.3);
                                           TELECONFERENCE WITH D. TURETSKY RE:
                                           OBJECTION ISSUES (.1); REVIEW
                                           CONTRACT RENEGOTIATION PARTY LIST
                                           AGAINST RECEIVABLES LIST AND IDENTIFY
                                           ISSUES (.3); TELECONFERENCE WITH D.
                                           TURETSKY AND J. POST RE: LOUISIANA
                                           OBJECTION ISSUES (.2); EXCHANGE
                                           EMAILS WITH J. LEAMY AND J. POST RE:
                                           SPECIAL BAR DATE FOR GOVERNMENTAL
                                           UNITS (.1); TELECONFERENCE WITH J.
                                           OCONNELL RE: DEBTOR OBLIGOR RULES
                                           (.1); REVIEW AND RESPOND TO EMAILS
                                           FROM C. JACKSON, B. GASTON AND J.
                                           LEAMY RE: ARTESIA CLAIM (.1); FINAL
                                           REVIEW OF LOUISIANA OBJECTION (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM                04/24/06              6.90    REVIEW OF POTENTIAL 10TH OMNIBUS
                                                      CLAIM OBJECTION EXHIBITS (1.2);
                                                      SEVERAL EMAILS B. HOLTON RE: CLAIM
                                                      RESOLUTIONS (.4); EMAILS C.
                                                      THROCKMORTON RE: PARK PLAZA CLAIM
                                                      (.2); EMAIL K. TRAN RE: GRUMA (.1);
                                                      EMAIL S. SCHULTZ RE: GRUMA (.1);
                                                      EMAILS J. DROUSE RE: CLAIM
                                                      RECONCILIATIONS (.2); TELECONFERENCE
                                                      WITH J. PERLMAN RE: INDEPENDENCE
                                                      SQUARE CLAIM OBJECTION (.1);
                                                      TELECONFERENCE WITH M. MARTINEZ RE:
                                                      SERVICE OF 7TH CLAIM OBJECTION ORDER
                                                      (.1); TELECONFERENCE WITH J. MCBURNEY
                                                      RE: JOSEPH ENTERPRISES CLAIM (.2);
                                                      TELECONFERENCE WITH K. SMITH RE: DALE
                                                      DOUGHNUTS CLAIM OBJECTION (.1);
                                                      TELECONFERENCE WITH M. MANOR RE:
                                                      BUMBLE BEE CLAIM (.2); TELECONFERENCE
                                                      WITH D. YOUNG RE: BUMBLE BEE CLAIM
                                                      (.2); TELECONFERENCE J. MILTON RE:
                                                      SPECIAL BAR DATE (.1); REVIEW
                                                      RESPONSES FROM CSX, NTBY,
                                                      MEADWESTVACO, MADISON LIQUIDITY,
                                                      VICORP AND J&J SNACK FOODS (.5);
                                                      EMAIL TO D. YOUNG RE: RESPONSES FROM
                                                      CSX, NTBY, MEADWESTVACO, MADISON
                                                      LIQUIDITY, VICORP AND J&J SNACK FOODS
                                                      (.1); TELECONFERENCE WITH C.
                                                      THROCKMORTON AND B. GASTON RE: PARK
                                                      PLAZA CLAIM (.2); DRAFT SPECIAL BAR
                                                      DATE NOTICES (.5); REVIEW ARTESIA
                                                      MOTION TO ALLOW LATE FILED CLAIM
                                                      (.2); TELECONFERENCE WITH B. GASTON
                                                      RE: ARTESIA CLAIM (.4); EMAILS B.
                                                      GASTON RE: CLAIM 8510 (.2); ANALYSIS
                                                      RE: SPECIAL BAR DATE SERVICE (.4);
                                                      TELECONFERENCE WITH M. MARTINEZ RE:
                                                      ATTORNEY SERVICE OF CLAIM OBJECTIONS
                                                      (.2); EMAIL COMMITTEE COUNSEL RE:
                                                      SPECIAL BAR DATE (.2); ANALYSIS RE:
                                                      LA. TAX AUDIT CLAIM (.3); EMAIL K.
                                                      TRAN RE: AEP CLAIM (.2); EMAILS M.
                                                      RUSSELL RE: MATEL CLAIM (.2); EMAIL
                                                      D. YOUNG RE: MATEL CLAIM (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

TURETSKY DM        04/24/06        6.30    FURTHER RESEARCH RE: OPEN ISSUES
                                           CONCERNING LOUISIANA TAX OBJECTION
                                           (2.8); TELECONFERENCE WITH R. GRAY
                                           RE: LOUISIANA TAX OBJECTION (.1);
                                           TELECONFERENCE WITH J. POST RE:
                                           LOUISIANA TAX OBJECTION (.2); FOLLOW-
                                           UP TELECONFERENCE WITH J. POST AND R.
                                           GRAY (PARTIAL) RE: LOUISIANA TAX
                                           OBJECTION (.4); E-MAIL MEMO TO J.
                                           CASTLE, M. BYRUM, A. BARAGONA, B.
                                           BACKSTROM, D. WEGMANN, J. POST, S.
                                           BUSEY AND R. GRAY RE: OPEN POINTS
                                           CONCERNING LOUISIANA TAX OBJECTION
                                           (.5); TELECONFERENCE WITH A. BARAGONA
                                           RE: LOUISIANA TAX OBJECTION (.1);
                                           TELECONFERENCE WITH K. WARD RE:
                                           LOUISIANA TAX OBJECTION (.1);
                                           TELECONFERENCE WITH D. VANSCHOOR RE:
                                           LOUISIANA TAX OBJECTION  (.1);
                                           FURTHER REVISE OBJECTION RE:
                                           LOUISIANA TAX CLAIMS AND FINALIZE FOR
                                           FILING (1.9); E-MAIL TO J. CASTLE, A.
                                           BARAGONA, M. BYRUM, D. WEGMANN, AND
                                           B. BACKSTROM RE: FILING OF LOUISIANA
                                           TAX OBJECTION (.1).

GRAY RW            04/25/06        0.10    REVIEW AND RESPOND TO MEMO FROM K.
                                           LOGAN RE: STATUS OF DEBTOR OBLIGOR
                                           RULES, AND REVIEW EMAIL FROM M.
                                           DUSSINGER RE: SAME (.1).

LEAMY JM           04/25/06        3.40    TELECONFERENCE WITH K. TRAN AND E.
                                           POLLACK RE: AEP INDUSTRIES CLAIM
                                           (.1); TELECONFERENCE WITH J. RHODES
                                           RE: P& G COMM. CLAIM (.1); EMAIL J.
                                           MILTON RE: SPECIAL BAR DATE (.3);
                                           TELECONFERENCE WITH J. MILTON RE:
                                           SPECIAL BAR DATE (.1);
                                           TELECONFERENCES E. POLLACK RE: CLAIM
                                           OBJECTIONS (.4); ASSEMBLE SPECIAL BAR
                                           DATE MATERIALS (.4); EMAIL M.
                                           MARTINEZ RE: SPECIAL BAR DATE
                                           MATERIALS (.1); TELECONFERENCE WITH
                                           D. YOUNG RE: H&T CLAIM (.5);
                                           TELECONFERENCES WITH E. POLLACK RE:
                                           9TH OMNI (.2); TELECONFERENCE WITH M.
                                           BOWERSETT RE: STEAKUMM CLAIM (.1);
                                           TELECONFERENCE WITH M. MARTINEZ RE:
                                           SPECIAL BAR DATE (.1); TELECONFERENCE
                                           WITH J. MILTON RE: SPECIAL BAR DATE
                                           (.1); TELECONFERENCE WITH C. JACKSON
                                           RE: SAME (.1); EMAILS J. DROUSE RE:
                                           CLAIM RESOLUTIONS (.2); EMAILS J.
                                           EDMONSON RE: CLAIM OBJECTION
                                           RESOLUTIONS (.2); EMAILS S. FREEDMAN
                                           RE: CROWN CORK CLAIM OBJECTION (.2);
                                           EMAILS B. HOLTON RE: CLAIM
                                           RESOLUTIONS (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/25/06 | 3.40 | DRAFT OBJECTION TO NON-LITIGATION CLAIMS FILED BY LOUISIANA DEPARTMENT OF REVENUE (3.2); E-MAIL TO R. GRAY RE: OBJECTION TO NON LITIGATION CLAIMS FILED BY LOUISIANA DOR (.1); E-MAIL TO J. CASTLE, M. BYRUM, A. BARAGONA, B. BACKSTROM, J. POST, S. BUSEY AND R. GRAY RE: OBJECTION TO NON LITIGATION CLAIMS FILED BY LOUISIANA DOR (.1). |
| GRAY RW | 04/26/06 | 0.70 | REVIEW AND RESPOND TO MEMOS FROM J. LEAMY AND C. JACKSON RE: TRUST FUND TAX ISSUES (.1); FURTHER EMAIL EXCHANGE WITH C. JACKSON RE: TRUST FUND TAX ISSUES (.1); EXCHANGE EMAILS WITH M. DUSSINGER RE: DEBTOR OBLIGOR RULES (.2); REVIEW/ANALYZE CHART INFORMATION RE: RECEIVABLES COLLECTION (.3). |
| EICHEL S | 04/26/06 | 0.20 | REVIEW EXHIBIT OF CLAIMS SUBJECT TO OBJECTION (.2). |
| LEAMY JM | 04/26/06 | 3.00 | TELECONFERENCE WITH J. MILTON RE: SPECIAL BAR DATE (.2); TELECONFERENCE WITH J. MILTON AND J. POST RE: SPECIAL BAR DATE (.3); TELECONFERENCES WITH E. POLLACK RE: POTENTIAL 10TH CLAIM OBJECTION EXHIBITS (.8); EMAIL A. LIU RE: LATE CLAIMS (.1); REVIEW OF CLAIMS FOR 10TH OMNI (1.5); EMAIL C. THROCKMORTON RE: PARK PLAZA CLAIM REDUCTION (.1). |
| TURETSKY DM | 04/26/06 | 1.80 | FURTHER ANALYSIS RE: OPEN ISSUES CONCERNING OBJECTION TO NON-LITIGATION CLAIMS FILED BY LOUISIANA DEPARTMENT OF REVENUE (.7); TELECONFERENCE TO J. POST RE: OBJECTION TO NON-LITIGATION CLAIMS FILED BY LOUISIANA DOR (LEFT VOICEMAIL) (.1); E-MAILS TO J. CASTLE, A. BARAGONA, J. POST, M. BYRUM, S. BUSEY, B. BACKSTROM, D. WEGMANN, AND R. GRAY RE: OBJECTIONS TO NON-LITIGATION CLAIMS FILED BY LOUISIANA DOR (.2); E-MAIL TO M. BARR, J. MILTON, AND M. COMERFORD RE: OBJECTION TO NON-LITIGATION CLAIMS FILED BY LOUISIANA DOR (.2); FURTHER ANALYSIS RE: ISSUES IN CONNECTION WITH DEMAND LETTERS TO CLAIMANTS OWING DEBTORS MONEY (.6). |
| BAKER DJ | 04/27/06 | 0.70 | TELECONFERENCE WITH F. HUFFARD, H. ETLIN, M. DUSSINGER, J. EDMONSEN AND R. GRAY REGARDING DEBTOR OBLIGOR ISSUES (.7). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 04/27/06 | 2.00 | REVIEW XROADS REVISED DEBTOR OBLIGOR RULES IN PREPARATION FOR TELECONFERENCE (.3); DRAFT MEMO TO J. CASTLE ET AL. RE: OBJECTIONS TO STOCKHOLDER PROOFS OF CLAIM (.2); REVIEW AND RESPOND TO MEMO FROM J. CASTLE RE: OBJECTIONS TO STOCKHOLDERS PROOFS OF CLAIM (.1); TELECONFERENCE WITH F. HUFFARD, H. ETLIN, M. DUSSINGER, J. EDMONDSEN AND J. BAKER RE: DEBTOR OBLIGOR RULES (.7); REVIEW MOTION TO ABSTAIN OF J. AMERSON AND DRAFT MEMO TO J. POST RE: SAME (.1); TELECONFERENCE WITH C. JACKSON RE: TAX CLAIM OBJECTION ISSUES (.1); RESEARCH RE: PRECEDENT IN OTHER CASE TO ASSIST C. JACKSON (.2); REVIEW AND COMMENT ON RECLAMATION CLAIM LANGUAGE FOR 8TH OMNIBUS OBJECTION ORDER (.1); REVIEW FURTHER REVISED DEBTOR OBLIGOR RULES FROM XROADS (.1); TELECONFERENCE WITH K. LOGAN RE: REVISED DEBTOR OBLIGOR RULES (.1). |
| LEAMY JM | 04/27/06 | 5.90 | TELECONFERENCE WITH J. MILTON RE: SPECIAL BAR DATE (.1); TELECONFERENCE WITH C. MCERNEY RE: JOSEPH ENTERPRISES CLAIM (.1); TELECONFERENCE WITH V. KRISH RE: ZAK DESIGNS (.1); TELECONFERENCE WITH S. SCHULTZ RE: GRUMA CLAIM (.1); TELECONFERENCE WITH K. KWIAT RE: ADVANCED FOOD PRODUCTS CLAIM (.1); TELECONFERENCE WITH E. GUNN RE: CSX CLAIM (.1); TELECONFERENCE WITH M. BOWERSETT RE: STEAK UMM (.1); TELECONFERENCE WITH R. METH RE: BRIDGESTONE CLAIM (.2); REVIEW POTENTIAL 10TH CLAIM OBJECTION CLAIMS (.3); EMAIL J. CASTLE RE: POTENTIAL 10TH CLAIM OBJECTION (.2); EMAILS B. HOLTON RE: ZAK DESIGNS (.2); DRAFT REVISIONS TO 8TH OMNIBUS ORDER RE: RECLAMATION CLAIMANTS REQUESTS (1.0); EMAIL L. PRENDERGAST RE: DIRECT SHIPPERS CLAIM (.1); EMAIL D. YOUNG RE: OBJECTIONS TO SCHEDULED CLAIMS (.2); EMAIL R. METH RE: BRIDGESTONE CLAIM (.2); EMAIL V. KRISH RE: ZAK DESIGNS (.2); EMAILS J. EDMONSON, A. LIU RE: TELECONFERENCE ON 8TH OBJECTION RESPONSES (.2); EMAILS S. SCHULTZ RE: GRUMA CLAIM (.2); EMAILS B. HOLTON RE: CLAIM RECONCILIATIONS (.2); RESEARCH RE: LEASE REJECTION CLAIMS MITIGATION (1.0); REVIEW AND ANALYSIS RE: 8TH OMNI RESPONSES (.7); EMAILS J. EDMONSON RE: CLAIMS RESOLUTIONS (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/27/06 | 0.30 | FURTHER ANALYSIS RE: ISSUES IN CONNECTION WITH DEMAND LETTERS TO CLAIMANTS OWING DEBTORS MONEY (.2); E-MAIL TO J. CASTLE RE: ISSUES CONCERNING OBJECTION TO NON-LITIGATION CLAIMS FILED BY LOUISIANA DEPARTMENT OF REVENUE (.1). |
| GRAY RW | 04/28/06 | 2.50 | REVIEW LESEMANN LIFT STAY ORDER AND PROOF OF CLAIM AND DRAFT MEMO TO J. POST RE: DISTRIBUTION RESERVE AMOUNT FOR SAME (.2); REVIEW MEMOS FROM K. ROMEO AND J. POST RE: DISTRIBUTION RESERVE AMOUNT (.1); TELECONFERENCE WITH J. POST RE: DISTRIBUTION RESERVE ISSUES ON LITIGATION CLAIMS (.1); REVIEW PLAN DRAFT PROVISION RE: DISTRIBUTION RESERVE AMOUNT (.1); DRAFT MEMO TO K. ROMEO RE: DISTRIBUTION RESERVE AMOUNT (.2); FOLLOWUP EMAIL EXCHANGE WITH J. CASTLE AND K. ROMEO RE: DISTRIBUTION RESERVE AMOUNT (.1); TELECONFERENCE WITH K. LOGAN AND B. CROCKER RE: DEBTOR OBLIGOR RULE ISSUES FOR REPORTS (.7); DRAFT MEMO TO J. EDMONDSEN AT XROADS RE: ADDITIONAL POINTS ON DEBTOR OBLIGOR RULES (.7); REVIEW AND RESPOND TO MEMO FROM J. POST RE: COMMITTEE DELAY ON STOKES/REDDICK SETTLEMENT (.1); REVIEW CSX ADMINISTRATIVE CLAIM APPLICATION AND EMAILS FROM J. LEAMY, J. CASTLE AND E. LANE RE: COMMITTEE DELAY (.1); REVIEW VOICEMAILS FROM M. MCDERMOTT AND V. DURRER RE: PRECEDENT FOR TAX CLAIM ISSUE AND REVIEW DOCUMENTS FORWARDED BY P. CHOW FOR USE BY C. JACKSON (.1). |
| EICHEL S | 04/28/06 | 0.10 | REVIEW PROPOSED REVISED LANGUAGE FOR 8TH CLAIM OBJECTION ORDER (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM          04/28/06          6.80    TELECONFERENCE WITH R. WHALEN RE: JPM
                                            PALMER CLAIM OBJECTION (.2); REVIEW
                                            CSX MOTION (.2); EMAIL TO J. CASTLE
                                            RE: CSX MOTION (.2); TELECONFERENCE
                                            WITH E. LANE RE: CSX ADMINISTRATIVE
                                            CLAIM MOTION (.4); REVIEW ALL
                                            RESPONSES TO 8TH OMNI (1.5);
                                            TELECONFERENCE E. POLLACK RE: 10TH
                                            CLAIM OBJECTION (.3); TELECONFERENCE
                                            WITH N. HAUTER RE: NATIONAL LIFT
                                            TRUCK CLAIM OBJECTION (.2); REVISE
                                            8TH OMNI EXHIBITS (1.5);
                                            TELECONFERENCE WITH D. YOUNG, J.
                                            EDMONSON AND A. LIU RE: 8TH CLAIM
                                            OBJECTION RESPONSES (.5);
                                            TELECONFERENCE WITH R. HOROWITZ RE:
                                            CLAIM OBJECTION (.3); TELECONFERENCE
                                            WITH S. FREEDMAN RE: CROWN CORK CLAIM
                                            OBJECTION (.2); EMAIL S. FREEDMAN RE:
                                            CROWN CORK CLAIM OBJECTION (.1);
                                            SEVERAL EMAILS J. EDMONSON RE: CLAIM
                                            INQUIRIES AND RESOLUTIONS (.3);
                                            REVIEW OF PROPOSED 10TH OMNIBUS
                                            CLAIMS (.5); EMAILS A. LIU RE:
                                            RECLAMATION CLAIMS (.2); EMAILS  J.
                                            MILTON RE: SPECIAL BAR DATE (.2).

TURETSKY DM       04/28/06          6.60    FURTHER RESEARCH AND ANALYSIS RE:
                                            ISSUES CONCERNING CLAIMANTS OWING
                                            SUMS TO WINN-DIXIE (2.5); REVIEW AND
                                            ANALYZE ISSUES RE: LANDLORD CLAIMS IN
                                            CONNECTION WITH 10TH OMNIBUS CLAIMS
                                            OBJECTION (3.7); FURTHER REVISE AND
                                            FINALIZE FOR FILING OBJECTION TO NON-
                                            LITIGATION CLAIMS FILED BY LOUISIANA
                                            DEPARTMENT OF REVENUE (.3);
                                            TELECONFERENCE WITH J. POST AND K.
                                            WARD RE: OBJECTION TO NON LITIGATION
                                            CLAIMS FILED BY LOUISIANA DOR  (.1).

**MATTER TOTAL**                  <u>203.60</u>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 05/04/06
Claims Admin. (Reclamation/Trust Funds)                            Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 04/03/06 | 0.30 | TELECONFERENCE WITH T. WUERTZ RE: REVLON ISSUES RE: TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH M. STEERE (COUNSEL TO NCR) AND T. WUERTZ (PART OF TELECONFERENCE) RE: NCR OPTING INTO TRADE LIEN PROGRAM (.2). |
| EICHEL S | 04/04/06 | 1.30 | REVIEW EMAIL FROM A. SPIZZ (COUNSEL TO FALCON FARMS) RE: TRADE LIEN PROGRAM (.1); DRAFT RESPONSE TO A. SPIZZ RE: TRADE LIEN PROGRAM (.1); REVIEW RESPONSE EMAIL FROM A. SPIZZ RE: FALCON FARMS ANALYSIS (.1); REVIEW EMAIL FROM A. LIU RE: FALCON FARMS CONSUMPTION RATE (.2); TELECONFERENCE WITH A. LIU RE: FALCON FARMS CONSUMPTION RATE (.1); TELECONFERENCE WITH A. LIU AND A. SPIZZ (PART OF TELECONFERENCE) RE: FALCON FARMS CONSUMPTION IN CONNECTION WITH VENDOR POSSIBLY OPTING INTO TRADE LIEN PROGRAM (.2); REVIEW EMAILS FROM A. LIU RE: HP HOOD OPTING INTO TRADE LIEN PROGRAM (.2); DRAFT EMAILS TO A. LIU RE: HP HOOD OPTING INTO TRADE LIEN PROGRAM (.2); REVIEW EMAIL FROM A. LIU RE: FALCON FARMS CONSUMPTION ISSUE (.1). |
| EICHEL S | 04/05/06 | 1.00 | REVIEW EMAILS FROM A. LIU RE: HP HOOD OPTING INTO TRADE LIEN PROGRAM (.1); REVIEW EMAIL FROM S. MILLER RE: HIS REVIEW OF DOCUMENTS TO BE COMPLETED FOR HP HOOD TO OPT INTO TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH T. WUERTZ RE: REVLON OPTING OUT OF TRADE LIEN PROGRAM (.2); REVIEW EMAIL FROM T. WUERTZ RE: LETTER TO REVLON RE: OPTING OUT OF TRADE LIEN PROGRAM (.1); DRAFT EMAIL TO T. WUERTZ WITH REVISED PROPOSED LETTER TO REVLON WITH RESPECT TO EFFECT OF OPTING OUT OF TRADE LIEN PROGRAM (.3); DRAFT RESPONSE EMAIL TO T. WUERTZ RE: REVLON OPTING OUT OF TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH T. WUERTZ RE: PROPOSED EMAIL TO REVLON WITH RESPECT TO EFFECT OF OPTING OUT OF TRADE LIEN PROGRAM (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S                04/06/06            1.10    DRAFT EMAIL TO A. LIU RE: STATUS OF
                                                    RECLAMATION ISSUES WITH RESPECT TO
                                                    VENDOR SOUTHERN WINE & SPIRITS (.1);
                                                    REVIEW RESPONSE FROM A. LIU TO
                                                    INQUIRY RE: SOUTHERN WINE & SPIRITS
                                                    EMAIL (.1); DRAFT EMAIL TO A. LIU RE:
                                                    STATUS OF PROVIDING INFORMATION TO
                                                    FALCON FARMS IN CONNECTION WITH
                                                    POSSIBLY OPTING INTO TRADE LIEN
                                                    PROGRAM (.1); REVIEW A. LIU'S
                                                    RESPONSES RE: STATUS OF FALCON FARMS
                                                    INQUIRY (.1); REVIEW EMAIL FROM A.
                                                    LIU TO A. SPIZZ RE: INFORMATION
                                                    NEEDED FOR FALCON FARMS FOR IT TO
                                                    DECIDE WHETHER TO OPT INTO TRADE LIEN
                                                    PROGRAM (.1); TELECONFERENCE WITH T.
                                                    WUERTZ RE: NCR INQUIRY RE: ORDER
                                                    APPROVING TRADE LIEN STIPULATION
                                                    (.1); REVIEW S. MILLER'S RE: PROPOSED
                                                    REVISIONS TO DOCUMENTS TO ALLOW HP
                                                    HOOD TO OPT INTO TRADE LIEN PROGRAM
                                                    (.2); REVIEW EMAIL FROM A. LIU RE:
                                                    COMMENTS FROM S. MILLER (COUNSEL TO
                                                    HP HOOD) WITH RESPECT TO HP HOOD
                                                    OPTING INTO TRADE LIEN PROGRAM (.1);
                                                    DRAFT EMAILS TO A. LIU RE: S.
                                                    MILLER'S PROPOSED REVISIONS TO
                                                    DOCUMENTATION TO ALLOW HP HOOD TO OPT
                                                    INTO TRADE LIEN PROGRAM (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 04/07/06 | 3.70 | REVIEW EMAILS FROM T. WUERTZ RE: REVLON OPTING OUT OF TRADE LIEN PROGRAM (.2); DRAFT EMAIL TO S. HENRY RE: CORRESPONDENCE CONCERNING REVLON'S WITHDRAWAL FROM TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH B. KICHLER RE: SOUTHERN WINE & SPIRITS CREDIT ISSUES (.2); REVIEW EMAILS FROM B. KICHLER RE: SOUTHERN WINE & SPIRITS CREDIT CEILING ISSUE (.2); REVIEW EMAIL FROM T. WUERTZ RE: UPCOMING RECLAMATION MEETING TO DISCUSS UNRESOLVED RECLAMATION CLAIMS (.1); REVIEW SUBSEQUENT EMAIL FROM B. KICHLER RE: SOUTHERN WINE & SPIRITS STRATEGY CONFERENCE (.1); REVIEW SOUTHERN WINE & SPIRITS MEMO OF UNDERSTANDING (.1); REVIEW EMAIL FROM S. LANDES (REVLON) RE: REVLON OPTING OUT OF TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH R. DAMORE AND B. KICHLER RE: SOUTHERN WINE & SPIRITS CREDIT ISSUES AND POTENTIAL CLAIM AGAINST IT (.8); REVIEW A. SPIZZ EMAIL RE: PROPOSED FALCON FARMS' CREDIT TERMS IN CONNECTION WITH FALCON FARMS OPTING INTO TRADE LIEN PROGRAM (.1); DRAFT EMAIL TO A. LIU RE: PROPOSED FALCON FARMS CREDIT TERMS (.1); TELECONFERENCE WITH A. LIU RE: FALCON FARMS CREDIT TERMS (.1); ANALYZE OUTSTANDING SOUTHERN WINE & SPIRITS ISSUES IN CONNECTION WITH CREDIT CEILING AND MONEY OWED BY IT TO COMPANY (.8); SUBSEQUENT TELECONFERENCE WITH R. DAMORE RE: OUTSTANDING SOUTHERN WINE ISSUES (.2); REVIEW EMAIL FROM R. DAMORE RE: WHETHER THERE IS A PREPETITION CONTRACT WITH SOUTHERN WINE (.1); REVIEW EMAIL FROM E. LANE RE: PREPETITION CONTRACT WITH FINTECH (.1); COMMENCE REVIEW OF FINTECH AGREEMENT (.2); DRAFT EMAIL TO B. KICHLER AND R. DAMORE RE: EFFECT OF ASSUMPTION OF FINTECH AGREEMENT (.1). |
| EICHEL S | 04/08/06 | 0.20 | REVIEW EMAIL FROM A. LIU TO S. MILLER RE: HP HOOD CREDIT TERMS IN CONNECTION WITH IT OPTING INTO TRADE LIEN PROGRAM (.1); REVIEW RESPONSE FROM S. MILLER RE: PROPOSED CREDIT TERMS FOR HP HOOD TO OPT INTO TRADE LIEN PROGRAM (.1). |
| EICHEL S | 04/10/06 | 0.60 | ANALYZE ISSUES RE: RESOLVING DISPUTE WITH VENDOR SOUTHERN WINE & SPIRITS (.3); DRAFT EMAIL TO B. KICHLER AND R. DAMORE RE: POTENTIAL RESOLUTION TO SOUTHERN WINE & SPIRITS CREDIT ISSUES (.2); TELECONFERENCE WITH T. WUERTZ RE: UPCOMING MEETING WITH RESPECT TO OUTSTANDING RECLAMATION CLAIMS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          04/11/06          0.40     REVIEW EMAIL FROM A. LIU RE: FALCON
                                             FARMS CREDIT TERMS IN CONNECTION WITH
                                             VENDOR FALCON FARMS POTENTIALLY
                                             OPTING INTO TRADE LIEN PROGRAM (.1);
                                             DRAFT EMAIL TO A. LIU IN RESPONSE TO
                                             HIS INQUIRY RE: PROPOSED FALCON FARMS
                                             CREDIT TERMS (.1); REVIEW EMAIL FROM
                                             A. SPIZZ RE: PROPOSED FALCON FARMS
                                             CREDIT CEILING (.1); DRAFT RESPONSE
                                             TO A. SPIZZ RE: FALCON FARMS PROPOSED
                                             CREDIT CEILING IN CONNECTION WITH
                                             VENDOR OPTING INTO TRADE LIEN PROGRAM
                                             (.1).

EICHEL S          04/17/06          2.60     REVIEW EMAIL FROM A. SPIZZ RE: FALCON
                                             FARMS OPTING INTO TRADE LIEN PROGRAM
                                             (.1); REVIEW EMAIL FROM R. GRAY RE:
                                             TRADE LIEN PROGRAM (.1); REVIEW TRADE
                                             LIEN STIPULATION IN CONNECTION WITH
                                             DRAFTING RESPONSE TO R. GRAY'S
                                             INQUIRY RE: TRADE LIEN PROGRAM IN
                                             CONNECTION WITH DRAFTING PLAN OF
                                             REORGANIZATION (.8); DRAFT EMAIL TO
                                             R. GRAY RESPONDING TO HER INQUIRY RE:
                                             TRADE LIEN PROGRAM IN CONNECTION WITH
                                             DRAFTING PLAN (1.5); REVIEW EMAIL
                                             FROM A. LIU RE: CREDIT TERMS FOR
                                             FALCON FARMS OPTING INTO TRADE LIEN
                                             PROGRAM (.1).

EICHEL S          04/18/06          1.30     REVIEW EMAIL FROM S. HENRY RE:
                                             ADVISING P. NECKLES RE: POTENTIAL
                                             EFFECT OF PROVISIONS OF TRADE LIEN
                                             PROGRAM ON NEW FINANCING (.1); DRAFT
                                             EMAIL TO P. NECKLES RE: EFFECT OF
                                             TRADE LIEN PROGRAM ON NEW FINANCING
                                             (.3); REVIEW RESPONSE EMAIL FROM P.
                                             NECKLES RE: EFFECT OF TRADE LIEN
                                             PROGRAM ON NEW FINANCING (.1); REVIEW
                                             SPREADSHEET SENT BY A. LIU RE:
                                             OUTSTANDING RECLAMATION CLAIMS IN
                                             CONNECTION WITH UPCOMING
                                             TELECONFERENCE RE: RESOLVING
                                             OUTSTANDING RECLAMATION CLAIMS (.2);
                                             TELECONFERENCE WITH T. WUERTZ AND A.
                                             LIU RE: STATUS OF OUTSTANDING
                                             RECLAMATION CLAIMS AND STRATEGY TO
                                             RESOLVE CLAIMS (.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          04/19/06          1.70   REVIEW EMAIL FROM T. WUERTZ TO J.
                                           GLANIGAN RE: RESOLVING RECLAMATION
                                           CLAIMS OF SUN & FUN SALES AND DYNAMIC
                                           SCAN (.1); REVIEW EMAIL FROM T.
                                           WUERTZ RE: MY ASSISTANCE TO RESOLVE
                                           RECLAMATION CLAIMS OF COTY LLC AND SE
                                           PROVISIONS (.1); TELECONFERENCE WITH
                                           R. GRUENEBERG (COUNSEL TO SE
                                           PROVISIONS) RE: RECONCILING
                                           RECLAMATION CLAIM OF SE PROVISIONS
                                           (.2); REVIEW EMAIL FROM T. WUERTZ RE:
                                           CONTACTING KEVIN CARTER TO RESOLVE
                                           SCHICK WILKINSON RECLAMATION CLAIM
                                           (.1); REVIEW EMAIL FROM T. WUERTZ RE:
                                           CONTACTING T. KENNEDY RE: RESOLVING
                                           RECLAMATION CLAIM OF SIGNATURE BRANDS
                                           (.1); REVIEW EMAIL FROM T. KENNEDY
                                           (SIGNATURE BRANDS) RE: SIGNATURE
                                           BRANDS DOCUMENTATION ISSUE WITH
                                           RESPECT TO RESOLVING ITS RECLAMATION
                                           CLAIM (.1); TELECONFERENCE WITH T.
                                           KENNEDY RE: SIGNATURE BRANDS
                                           DOCUMENTATION ISSUE WITH RESPECT TO
                                           ITS RECLAMATION CLAIM (.1); DRAFT
                                           EMAIL TO T. WUERTZ RE: DOCUMENTATION
                                           REQUIRED TO RESOLVE SIGNATURE BRANDS
                                           RECLAMATION CLAIM (.1); REVIEW EMAILS
                                           FROM T. WUERTZ TO R. DESHONG RE:
                                           DOCUMENTATION WITH RESPECT TO
                                           SIGNATURE BRANDS OFFSETS (.1); DRAFT
                                           EMAIL TO T. WUERTZ RE: STATUS OF
                                           EFFORTS TO RESOLVE OUTSTANDING
                                           RECLAMATION CLAIMS (.1); REVIEW EMAIL
                                           FROM A. LIU RE: RESOLUTION OF COUNTRY
                                           GARDEN SILK RECLAMATION CLAIM (.1);
                                           REVIEW RESPONSE EMAIL FROM W. FINNER
                                           RE: RECLAMATION CLAIM OF COUNTRY
                                           GARDEN SILK (.1); ANALYZE ISSUES IN
                                           CONNECTION WITH RESPONDING TO W.
                                           FINNER (COUNTRY GARDEN SILK) EMAIL
                                           RE: COUNTRY GARDEN SILK RECLAMATION
                                           CLAIM (.3); TELECONFERENCE WITH A.
                                           LIU RE: RESPONDING TO W. FINNER'S
                                           EMAIL RE: RECLAMATION CLAIM OF
                                           COUNTRY GARDEN SILK (.1).

EICHEL S          04/20/06          0.40   REVIEW EMAIL FROM A. LIU RE: PROPOSED
                                           EMAIL TO W. FINNER IN CONNECTION WITH
                                           RESOLVING RECLAMATION CLAIM OF
                                           COUNTRY GARDEN SILKS (.1); DRAFT
                                           RESPONSE EMAIL TO A. LIU RE: PROPOSED
                                           EMAIL TO COUNTRY GARDEN SILKS WITH
                                           RESPECT TO VENDOR'S RECLAMATION CLAIM
                                           (.1); REVIEW EMAIL FROM A. LIU TO W.
                                           FINNER RE: RECLAMATION CLAIM OF
                                           COUNTY GARDEN SILKS AND VENDOR TO
                                           CHOOSE WHETHER TO OPT INTO TRADE LIEN
                                           PROGRAM (.1); REVIEW EMAIL FROM R.
                                           GRAY TO E. LANE RE: RETENTION OF
                                           RECLAMATION CLAIM DOCUMENTATION (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 04/24/06 | 0.10 | REVIEW EMAIL FROM T. WUERTZ RE: SIGNATURE BRANDS RECLAMATION CLAIM (.1). |
| EICHEL S | 04/26/06 | 0.50 | REVIEW EMAIL FROM A. SPIZZ (COUNSEL TO FALCON FARMS) RE: FALCON FARMS ENTERING INTO TRADE LIEN PROGRAM (.1); TELECONFERENCE WITH P. GUNTER AND T. WUERTZ (PART OF TELECONFERENCE) RE: RESOLUTION OF RECLAMATION CLAIM OF COTY INC. (.2); REVIEW EMAIL FROM T. WUERTZ RE: RESOLVING RECLAMATION CLAIM OF COTY INC. (.1); REVIEW EMAIL FROM A. LIU RE: ROSS RECLAMATION CLAIM LETTER AGREEMENT (.1). |
| EICHEL S | 04/30/06 | 0.10 | DRAFT EMAIL TO A. LIU ANMD T. WUERTZ RE: OUTSTANDING RECLAMATION CLAIMS (.1). |

**MATTER TOTAL**                          <u>15.30</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                      Bill Date: 05/04/06
**Claims Admin. (PACA/PASA)**                                          Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 04/21/06 | 0.10 | TELECONFERENCE WITH T. WUERTZ RE: STATUS OF SAF-T GUARD INT'L AND PRO-CHOICE BEAUTY RECLAMATION CLAIMS (.1). |
| **MATTER TOTAL** | | **0.10** | |

D 0 8A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 05/04/06
Creditor Meetings/Statutory Committees                            Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TURETSKY DM | 04/18/06 | 0.20 | E-MAILS TO J. CASTLE AND L. APPEL RE: FILING OF FEE APPLICATION AND ADMINISTRATIVE EXPENSE APPLICATION FOR JEFFERIES AND MEMBERS OF FORMER EQUITY COMMITTEE (.2). |
| BAKER DJ | 04/19/06 | 0.90 | REVIEW EMAIL FROM M. BARR RE: COMMITTEE ISSUES (.1); TELECONFERENCE WITH R. GRAY WITH RESPECT TO EMAIL FROM M. BARR (.1); RESPOND TO EMAIL FROM MR. BARR (.2); TELECONFERENCE WITH J. SKELTON RE: COMMITTEE ISSUES (.3); TELECONFERENCE WITH F. HUFFARD RE: COMMITTEE ISSUES (.2). |
| GRAY RW | 04/19/06 | 0.10 | TELECONFERENCE WITH J. BAKER RE: COMMITTEE POSITION (.1). |
| **MATTER TOTAL** | | **1.20** | |

D 08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Disclosure Statement/ Voting Issues                             Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 04/03/06 | 0.60 | REVIEW AND REVISE DISCLOSURE STATEMENT (.6). |
| RAVIN AS | 04/04/06 | 4.80 | FURTHER REVIEW AND REVISION OF DISCLOSURE STATEMENT (4.8). |
| RAVIN AS | 04/05/06 | 4.40 | CONTINUE TO REVIEW AND REVISE DISCLOSURE STATEMENT (4.4). |
| RAVIN AS | 04/06/06 | 1.10 | ADDITIONAL REVIEW AND REVISION OF DISCLOSURE STATEMENT (1.1). |
| TURETSKY DM | 04/06/06 | 0.40 | RESEARCH RE: ISSUES CONCERNING RETENTION OF ASSESSMENT TECHNOLOGIES IN CONNECTION WITH DISCLOSURE STATEMENT (.4). |
| RAVIN AS | 04/07/06 | 0.40 | ADDITIONAL REVISIONS OF DISCLOSURE STATEMENT (.4). |
| RAVIN AS | 04/10/06 | 0.90 | DRAFT, REVIEW AND REVISE DISCLOSURE STATEMENT (.9). |
| RAVIN AS | 04/11/06 | 2.20 | CONTINUE TO DRAFT, REVIEW AND REVISE DISCLOSURE STATEMENT (2.2). |
| RAVIN AS | 04/12/06 | 0.80 | FURTHER DRAFTING, REVIEWING AND REVISING OF DISCLOSURE STATEMENT (.8). |
| RAVIN AS | 04/14/06 | 2.90 | REVIEW AND REVISE DISCLOSURE STATEMENT BASED UPON REVIEW OF 10-Q REORGANIZATION PLAN (2.9). |
| RAVIN AS | 04/17/06 | 0.80 | DRAFT, REVIEW AND REVISE DISCLOSURE STATEMENT (.8). |
| RAVIN AS | 04/19/06 | 0.50 | REVIEW MEMO FROM D. TURETSKY RE: PROPOSED LANGUAGE RE: AD HOC COMMITTEE FOR INSERTION IN DISCLOSURE STATEMENT (.1); REVIEW AND REVISE DISCLOSURE STATEMENT (.4). |
| TURETSKY DM | 04/19/06 | 0.30 | REVIEW E-MAILS FROM K. SAMBUR RE: FORMATION OF AD HOC TRADE COMMITTEE IN CONNECTION WITH DRAFTING DISCLOSURE STATEMENT DESCRIPTION RE: SAME (.1); DRAFT DISCLOSURE STATEMENT DESCRIPTION RE: FORMATION OF AD HOC TRADE COMMITTEE (.2). |
| GRAY RW | 04/26/06 | 0.70 | REVIEW/ANALYZE SOLICITATION ISSUES RE: BEGINNING PREPARATION OF MOTION AND FORMS (.7). |

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| TURETSKY DM | 04/26/06 | 0.10 | REVIEW E-MAIL FROM D. J. BAKER RE: UPDATE CONCERNING SUBSTANTIVE CONSOLIDATION NEGOTIATIONS AMONG COMMITTEE MEMBERS (.1). |
| GRAY RW | 04/27/06 | 0.50 | IDENTIFY SOLICITATION FORMS TO BE USED FOR WD MOTION, ORDER, BALLOTS AND NOTICES (.3); DRAFT MEMOS TO K. SAMBUR RE: INSTRUCTIONS ON SOLICITATION FORMS (.2). |
| SAMBUR K | 04/27/06 | 5.60 | BEGIN DRAFTING BALLOTS (3.1); BEGIN DRAFTING MOTION APPROVING BALLOTS AND SOLICITATION PROCEDURES (1.7); BEGIN DRAFTING ORDER RE: BALLOT AND SOLICITATION PROCEDURES (.8). |
| SAMBUR K | 04/28/06 | 1.80 | CONTINUE TO DRAFT BALLOTS (1.8). |

**MATTER TOTAL**                          **28.80**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                          Bill Date: 05/04/06
Employee Matters (General)                                            Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 04/03/06 | 1.80 | REVIEW TERMS OF AHL INSURANCE POLICIES (1.8). |
| GRAY RW | 04/03/06 | 0.30 | REVIEW MEMO FROM L. RODRIGUEZ RE: SRP COMMUNICATION, REVIEW COMMUNICATION AND DRAFT MEMO TO L. RODRIGUEZ ET AL. RE: SAME (.3). |
| GRAY RW | 04/05/06 | 0.40 | REVIEW MEMO FROM L. RODRIGUEZ AND STOCK ARTICLE (.1); REVIEW MEMO FROM L. APPEL RE: SRP COMMUNICATION AND REVISE/CIRCULATE REVISED COMMUNICATION RESPONSIVE TO MEMO (.2); REVIEW DOCKET ENTRIES RE: 2004 EXAMINATION BY RETIREE COUNSEL AND DRAFT MEMO TO J. BAKER RE: SAME (.1). |
| TURETSKY DM | 04/05/06 | 0.40 | REVIEW EHSTER MOTION FOR 2004 EXAMINATION (.2); REVIEW FERGUSON MOTION FOR 2004 EXAMINATION (.2). |
| TURETSKY DM | 04/06/06 | 0.30 | REVIEW AND ANALYZE DEBTORS' OBLIGATIONS WITH RESPECT TO CONTINGENT CASH GRANTS TO EMPLOYEES IN CONNECTION WITH POTENTIAL DISPOSITION OF SAME (.3). |
| TURETSKY DM | 04/07/06 | 5.50 | RESEARCH AND ANALYSIS RE: ISSUES CONCERNING COMPANY'S CONTINGENT CASH OBLIGATIONS AND IMPACT OF CHAPTER 11 CASES ON OBLIGATIONS (5.3); E-MAIL TO T. SCOTT RE: CONTINGENT CLAIM ISSUES (.2). |
| GRAY RW | 04/10/06 | 0.10 | REVIEW INFORMATION RE: RETIREE BENEFITS AND DRAFT MEMO TO D. TURETSKY RE: FOLLOWUP RESEARCH ON FUTURE RETIREE ISSUE (.1). |
| TURETSKY DM | 04/10/06 | 2.30 | FURTHER RESEARCH RE: ISSUES CONCERNING SECTION 1114 RETIREE BENEFITS (2.3). |
| BAKER DJ | 04/12/06 | 1.80 | PREPARE FOR A TELECONFERENCE WITH P. LYNCH RE: EMPLOYEE ISSUES (.6); TELECONFERENCE WITH P. LYNCH, F. HUFFARD AND H. ETLIN RE: EMPLOYEE ISSUES (.8); TELECONFERENCE WITH J. SKELTON RE: EMPLOYEE ISSUES (.4). |
| TURETSKY DM | 04/12/06 | 0.90 | TELECONFERENCES WITH J. JAMES RE: EMPLOYMENT CONTRACT ISSUES (.4); E-MAIL MEMO TO J. JAMES RE: EMPLOYMENT CONTRACT ISSUES (.5). |
| GRAY RW | 04/14/06 | 0.10 | REVIEW MEMO FROM J. OCONNELL RE: AHL POLICIES AND EXCHANGE EMAILS WITH J. BAKER RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 04/17/06 | 0.90 | TELECONFERENCE WITH F. HUFFARD AND H. ETLIN RE: EMPLOYEE COMPENSATION ISSUES (.2); TELECONFERENCE WITH F. HUFFARD, H. ETLIN, AND J. SKELTON RE: EMPLOYEE COMPENSATION ISSUES (.5); FURTHER TELECONFERENCES WITH F. HUFFARD AND H. ETLIN RE: DISCUSSIONS WITH MR. SKELTON (.2). |
| GRAY RW | 04/17/06 | 0.20 | REVIEW OBJECTIONS TO 2004 MOTIONS AND DRAFT MEMO TO C. JACKSON RE: SAME (.1); REVIEW AND RESPOND TO MEMO FROM C. JACKSON RE: DOCUMENT NEEDED FOR HEARING ON 2004 MOTION AND EXCHANGE EMAILS WITH D. TURETSKY RE: SAME (.1). |
| TURETSKY DM | 04/17/06 | 3.30 | RESEARCH RE: ISSUE CONCERNING EHSTER REQUEST FOR 2004 EXAMINATION (.2); E-MAIL TO C. JACKSON RE: EHSTER 2004 REQUEST (.1); TELECONFERENCE TO C. JACKSON (LEFT VOICEMAIL) RE: EHSTER 2004 REQUEST (.1); FURTHER ANALYSIS RE: ISSUES CONCERNING EMPLOYEE CONTRACTS (2.8); E-MAIL TO T. SCOTT RE: ISSUES CONCERNING DEBTORS' CONTINGENT CASH OBLIGATIONS (.1). |
| BAKER DJ | 04/18/06 | 0.70 | REVIEW MEMORANDUM RE: AHL POLICIES (.3); TELECONFERENCE WITH S. BUSEY RE: AHL POLICIES (.3); TELECONFERENCE R. GRAY RE: POLICIES (.1). |
| GRAY RW | 04/18/06 | 0.40 | TELECONFERENCE WITH J. OCONNELL RE: MSP/AHL POLICIES (.1); TELECONFERENCE WITH J. BAKER RE: MSP POLICIES (.1); REVIEW AND COMMENT ON MEMO RE: MSP/INSURANCE SURRENDER (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 04/19/06 | 4.40 | REVIEW DEATH BENEFIT ISSUES WITH RESPECT TO EXISTING INSURANCE POLICIES (.3); TELECONFERENCE WITH L. APPEL AND H. ETLIN RE: INSURANCE POLICY ISSUES (.6); FURTHER REVIEW OF MEMORANDUM RE: INSURANCE POLICY ISSUES (.6); TELECONFERENCE WITH R. GRAY RE: INSURANCE POLICY ISSUES (.2); REVIEW EMAIL FROM S. BUSEY WITH RESPECT TO DISCOVERY REQUESTS OF AD HOC RETIREE COMMITTEE (.2); TELECONFERENCE WITH M. BARR RE: RETIREE ISSUES (.3); REVIEW MEMORANDUM RE: RETIREE CLAIMS (.4); EMAIL H. ETLIN, F. HUFFARD, AND L. APPEL RE: RETIREE CLAIM ISSUES (.2); REVIEW RESPONSE FROM H. ETLIN, F. HUFFARD AND L. APPEL TO EMAIL RE: RETIREE ISSUES (.2); REVIEW REVISIONS TO RETIREE EMAIL (.3); TELECONFERENCE WITH R. GRAY RE: RETIREE EMAIL (.1); WORK ON REVISIONS TO LATEST DRAFT OF MEMORANDUM RE: RETIREE ISSUES (.8); EMAIL TO M. BARR RE: RETIREE ISSUES (.2). |
| GRAY RW | 04/19/06 | 0.70 | TELECONFERENCE WITH L. APPEL, H. ETLIN AND J. BAKER RE: INSURANCE POLICY ISSUES (.1); REVIEW MEMOS FROM T. SCOTT AND D. TURETSKY RE: CONTINGENT CASH AND DRAFT REPLY (.1); REVIEW AND EDIT MEMO TO M. BARR RE: WHOLE LIFE POLICIES (.2); TELECONFERENCES WITH J. BAKER RE: INSURANCE ISSUES (.3). |
| TURETSKY DM | 04/19/06 | 0.10 | E-MAIL TO R. GRAY RE: ISSUES CONCERNING DEBTORS' CONTINGENT CASH OBLIGATIONS (.1). |
| GRAY RW | 04/20/06 | 1.40 | TELECONFERENCE WITH L. RODRIGUEZ RE: TERM LIFE POLICIES (.1); REVIEW AND RESPOND TO MEMO FROM L. RODRIGUEZ RE: TERM LIFE POLICIES (.1); REVIEW FAXED MATERIALS FROM L. RODRIGUEZ RE: T. MCDONALD TERM LIFE POLICY (.2); REVIEW/ANALYZE CONTINGENT CASH ISSUES (.3); DRAFT MEMO TO T. SCOTT RE: CONTINGENT CASH ISSUES (.7). |
| GRAY RW | 04/21/06 | 0.90 | DRAFT MEMO TO J. BAKER RE: AHL POLICY DECISION (.1); TELECONFERENCE WITH C. JACKSON RE: MSP ORDER (.1); EXCHANGE EMAILS WITH J. CASTLE, J. O'CONNELL AND M. DUSSINGER TO OBTAIN COPIES OF AHL POLICIES (.3); REVIEW POLICY COPY (.2); DRAFT MEMOS TO D. TURETSKY RE: POSSIBLE WORK ON MOTION (.1); REVIEW MEMO FROM H. ETLIN RE: DISCLOSURE ISSUE AND EMAIL EXCHANGE WITH A. SALDANA RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/21/06 | 1.30 | REVISE ISSUES CHART RE: EMPLOYEE CONTRACTS (1.3). |
| TURETSKY DM | 04/23/06 | 0.20 | REVIEW E-MAILS RE: COLI IN CONNECTION WITH TELECONFERENCE CONCERNING SAME (.2). |
| BAKER DJ | 04/24/06 | 4.00 | TELECONFERENCE WITH JUDY NORTH RE: COMPENSATION COMMITTEE TIMETABLE (.4); TELECONFERENCE WITH J. SKELTON RE: COMPENSATION COMMITTEE (.2); TELECONFERENCE WITH ANDREW BERNSTEIN RE: COMPENSATION COMMITTEE ISSUES (.3); TELECONFERENCE WITH J. SKELTON, JUDY NORTH, F. HUFFARD AND H. ETLIN RE: COMPENSATION COMMITTEE ISSUES (.4); CONTINUE REVIEW OF ISSUES RELATED TO RETIREE BENEFITS (.6); TELECONFERENCE WITH L. APPEL, J. CASTLE, J. O'CONNELL, R. BARUSCH AND R. GRAY RE: RETIREE ISSUES (.6); FURTHER TELECONFERENCE WITH J. SKELTON RE: RETIREE ISSUES (.3); CONTINUE ANALYSIS OF ISSUES RELATED TO SENIOR MANAGEMENT COMPENSATION QUESTIONS (1.1); TELECONFERENCE WITH R. GRAY RE: AHL POLICY (.1). |
| GRAY RW | 04/24/06 | 2.60 | TELECONFERENCE WITH L. APPEL, J. CASTLE, J. O'CONNELL, S. BUSEY, J. BAKER, R. BARUSCH ET AL. RE: AHL POLICY TERMINATION ISSUES (.6); REVIEW MEMO FROM L. APPEL RE: CONTINGENT CASH (.1); REVIEW MEMO FROM J. O'CONNELL AND MERCER REPORT RE: AHL TERMINATION ISSUES (.3); REVIEW AHL POLICY RE: SURRENDER ISSUE AND DRAFT MEMO TO J. BAKER RE: SAME (.4); TELECONFERENCE WITH J. BAKER RE: AHL POLICY (.1); DRAFT MEMO TO J. O'CONNELL ET AL. RE: AHL POLICY (.2); FOLLOWUP EMAIL EXCHANGE WITH H. ETLIN AND M. BYRUM RE: AHL POLICY (.1); DRAFT MEMO TO L. RODRIGUEZ RE: EXECUTIVE LIFE INSURANCE POLICIES (.8). |
| TURETSKY DM | 04/24/06 | 0.80 | PREPARE FOR TELECONFERENCE CONCERNING COLI (.1); TELECONFERENCE RE: COLI ISSUES WITH J. CASTLE, L. APPEL, R. BASRUSCH, D. J. BAKER, R. GRAY, AND S. BUSEY (.6); FURTHER REVIEW AND ANALYZE BACKGROUND DOCUMENTS CONCERNING COLI ISSUES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/25/06 | 0.40 | REVIEW AND RESPOND TO MEMO FROM M. BYRUM RE: AHL POLICY SURRENDER ISSUES (.1); REVIEW MEMO FROM L. APPEL RE: AHL POLICY SURRENDER ISSUES (.1); TELECONFERENCE WITH D. TURETSKY RE: STATUS OF MOTION WORK ON SURRENDER (.1); REVIEW AND RESPOND TO MEMO FROM R. BARUSCH RE: AHL ISSUES AND DRAFT MEMO TO K. BRISTOR RE: POSSIBLE TAX WORK ON SAME (.1). |
| TURETSKY DM | 04/25/06 | 4.20 | CONTINUE REVIEW AND ANALYSIS RE: BACKGROUND COLI DOCUMENTS (.4); TELECONFERENCE WITH R. GRAY RE: COLI ISSUES (.1); FURTHER REVISE ISSUES CHART RE: EMPLOYEE CONTRACTS (3.7). |
| BAKER DJ | 04/26/06 | 1.10 | CONTINUE ANALYSIS OF ISSUES RELATED TO RETIREE BENEFITS (1.1). |
| TURETSKY DM | 04/26/06 | 1.10 | FURTHER REVISE ISSUES CHART RE: EMPLOYEE CONTRACTS (1.1). |
| BAKER DJ | 04/27/06 | 1.10 | CONTINUE ANALYSIS OF ISSUES RELATED TO SENIOR MANAGEMENT COMPENSATION (1.0); TELECONFERENCE WITH R. GRAY RE: EXECUTIVE LIFE POLICES (.1). |
| GRAY RW | 04/27/06 | 0.60 | TELECONFERENCE WITH L. RODRIGUEZ RE: EXECUTIVE LIFE DOCUMENTATION (.1); TELECONFERENCE WITH J. BAKER RE: EXECUTIVE LIFE DOCUMENTATION (.1); DRAFT MEMO RE: CONTINGENT CASH CLAIMS AND NOTICING ISSUE (.4). |
| RAVIN AS | 04/27/06 | 0.10 | REVIEW AD HOC COMMITTEE'S APPLICATION RE: 2004 EXAMINATION (.1). |
| TURETSKY DM | 04/27/06 | 6.00 | FURTHER REVISE EMPLOYEE CONTRACT ISSUES CHART (1.3); E-MAIL TO J. JUMES RE: EMPLOYEE CONTRACT ISSUES (.2); E-MAIL TO R. GRAY RE: EMPLOYEE CONTRACT ISSUES (.1); REVIEW EMPLOYEE CONTRACT REJECTION CHART PREPARED BY X-ROADS (1.7); MEMO TO R. GRAY RE: X-ROADS EMPLOYEE REJECTION CHART (.2); E-MAIL TO E. LANE RE: X-ROADS EMPLOYEE REJECTION CHART (.3); DRAFT MEMO/ANALYSIS RE: CERTAIN ISSUES CONCERNING POTENTIAL REJECTION OF CERTAIN EMPLOYEE-RELATED CONTRACTS (2.2). |
| GRAY RW | 04/28/06 | 0.80 | REVIEW ISSUES/DRAFT MEMO TO L. RODRIGUEZ ET AL. RE: TERM LIFE INSURANCE ISSUES (.7); REVIEW REPLY FROM L. RODRIGUEZ (.1). |

**MATTER TOTAL**                                    <u>51.20</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Executory Contracts (Personalty)                                 Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 04/01/06 | 1.40 | REVIEW EMAIL FROM B. KICHLER RE: O'CEDAR ANALYSIS (.1); REVIEW EMAILS RE: O'CEDAR ANALYSIS (.2); ANALYZE O'CEDAR CLAIM (.1); DRAFT BANKRUPTCY ANALYSIS IN CONNECTION WITH REJECTION OF PREPETITION O'CEDAR AGREEMENT AND ENTERING INTO NEW AGREEMENT WITH VENDOR (.2); REVIEW O'CEDAR PREPETITION AGREEMENT (.2); DRAFT EMAIL TO A. LIU AND C. JACKSON (LOGAN) RE: COMMENTS TO O'CEDAR CLAIMS ANALYSIS (.2); DRAFT EMAIL TO B. KICHLER RE: O'CEDAR BRANDS CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM B. KICHLER RE: REVISIONS TO PERSONAL OPTICS AGREEMENT (.1); COMMENCE REVIEW OF PROPOSED REVISIONS TO PERSONAL OPTICS AGREEMENT (.2). |
| GRAY RW | 04/03/06 | 0.80 | REVIEW AND PROVIDE COMMENTS ON BOISE CASCADE/OFFICE MAX LETTER AGREEMENT AND ASSUMPTION AGREEMENT (.2); REVIEW AND RESPOND TO MEMOS FROM B. KICHLER, C. JACKSON AND J. LEAMY RE: JEA ASSUMPTION (.2); REVIEW AND COMMENT ON O-CEDAR CONTRACT LANGUAGE (.2); TELECONFERENCE WITH K. FAGERSTROM RE: OWNED AND LEASED CARS (.1); REVIEW FOLLOWUP EMAIL AND MATERIALS FROM K. FAGERSTROM RE: OWNED AND LEASED CARS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          04/03/06          2.50    DRAFT EMAIL TO A. LIU RE: O'CEDAR
                                            CLAIMS ANALYSIS (.1); TELECONFERENCE
                                            WITH T. WUERTZ RE: O'CEDAR ANALYSIS
                                            (.1); DRAFT EMAIL TO T. WUERTZ RE:
                                            O'CEDAR ANALYSIS (.1); REVIEW EMAIL
                                            FROM T. WUERTZ RE: O'CEDAR ANALYSIS
                                            (.1); DRAFT EMAIL TO R. GRAY RE:
                                            O'CEDAR ANALYSIS (.1); ANALYZE ISSUES
                                            RE: PERSONAL OPTICS CLAIMS ANALYSIS
                                            (.6); DRAFT, REVIEW AND REVISE
                                            PERSONAL OPTICS CLAIMS ANALYSIS (.4);
                                            REVIEW EMAIL FROM S. MILLER RE: HP
                                            HOOD OPTING INTO TRADE LIEN PROGRAM
                                            (.1); DRAFT EMAIL TO A. LIU RE:
                                            O'CEDAR CLAIMS ANALYSIS (.1); DRAFT
                                            EMAIL TO T. WUERTZ AND C. JACKSON
                                            (LOGAN) RE: REVISED PERSONAL OPTICS
                                            CLAIMS ANALYSIS (.1); TELECONFERENCE
                                            WITH B. KICHLER RE: VERTIS, O'CEDAR
                                            AND PERSONAL OPTICS CLAIMS ANALYSIS
                                            (.2); REVIEW EMAIL FROM T. WUERTZ RE:
                                            PERSONAL OPTICS ANALYSIS (.1);
                                            TELECONFERENCE WITH T. WUERTZ RE:
                                            PERSONAL OPTICS ANALYSIS (.1); REVIEW
                                            EMAIL FROM C. JACKSON RE: PERSONAL
                                            OPTICS ANALYSIS (.1); DRAFT EMAIL TO
                                            C. JACKSON RE: PERSONAL OPTICS
                                            ANALYSIS (.1); TELECONFERENCE WITH A.
                                            LIU RE: PERSONAL OPTICS ANALYSIS
                                            (.1).

LEAMY JM          04/03/06          2.30    TELECONFERENCE WITH E. LANE RE: JEA
                                            CONTRACT (.5); TELECONFERENCE WITH K.
                                            FAGERSTROM RE: MANUGISTICS (.2);
                                            REVIEW AND ANALYSIS OF JEA CONTRACTS
                                            AND PROPOSED AMENDMENTS (1.2);
                                            SEVERAL EMAILS WITH B. KICHLER, C.
                                            JACKSON, R. GRAY RE: JEA CONTRACTS
                                            (.4).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          04/04/06      4.60    REVIEW DL PETERSON LEASE AGREEMENT
AND SPREADSHEET ANALYSIS FROM K.
FAGERSTROM (.7); TELECONFERENCE WITH
K. FAGERSTROM RE: REJECTION AND
RELATED ISSUES ON CAR LEASE (.4);
REVIEW AND COMMENT ON REVISED INSERT
FOR PERSONAL OPTICS CONTRACT (.2);
REVISE SCHREIBER MOTION AND ORDER TO
REFLECT CHANGES TO DEAL TERMS (.7);
DRAFT MEMO TO B. KICHLER ET AL. RE:
SCHREIBER MOTION AND COURT APPROVAL
SCHEDULE (.1); DRAFT/EDIT HALLMARK
MOTION AND ORDER (1.4); REVIEW AND
RESPOND TO MEMO FROM E. LANE RE: NCR
TREATMENT UNDER TRADE LIEN PROGRAM
(.2); REVIEW AND COMMENT ON DRAFT JEA
MOTION TO ASSUME AND ORDER (.3);
FOLLOW UP EMAIL EXCHANGE RE: JEA CURE
AMOUNT (.1); REVIEW REJECTION DAMAGES
INFORMATION FROM E. LANE AND DRAFT
MEMO TO J. LEAMY RE: SAME (.1); DRAFT
EMAIL FOLLOWING UP ON INSURANCE
POLICY ISSUES (.1); REVIEW AND
RESPOND TO MEMO FROM J. LEAMY RE:
REJECTION ISSUES ON MEDICAID
CONTRACTS (.1); REVIEW AND OK BOISE
CASCADE/OFFICE MAX DOCUMENTS (.2).

EICHEL S        04/04/06      1.30    DRAFT EMAIL TO A. LIU RE: PERSONAL
OPTICS CLAIMS ANALYSIS IN CONNECTION
WITH REJECTING PREPETITION CONTRACT
AND OPTING INTO NEW AGREEMENT (.1);
REVIEW EMAIL FROM T. WUERTZ RE:
PERSONAL OPTIC ANALYSIS (.1);
TELECONFERENCE WITH B. KICHLER RE:
PERSONAL OPTICS CLAIMS ANALYSIS (.1);
REVIEW PERSONAL OPTICS CLAIMS
ANALYSIS (.1); TELECONFERENCE WITH A.
LIU RE: PERSONAL OPTICS CLAIMS
ANALYSIS (.2); DRAFT EMAIL TO R. GRAY
RE: PERSONAL OPTICS CLAIMS ANALYSIS
(.1); REVIEW EMAIL RESPONSE FROM R.
GRAY RE: PERSONAL OPTICS ANALYSIS
(.1); DRAFT EMAIL TO B. KICHLER RE:
REVISED PERSONAL OPTICS ANALYSIS
(.1); REVIEW EMAIL FROM A. LIU RE:
PERSONAL OPTICS ANALYSIS (.1); DRAFT
RESPONSE TO A. LIU RE: PERSONAL
OPTICS ANALYSIS (.1); REVIEW EMAIL
FROM A. LIU TO B. KICHLER RE:
PERSONAL OPTICS CLAIMS ANALYSIS (.1);
TELECONFERENCE WITH A. LIU RE:
STRATEGY IN CONNECTION WITH HAVING
FALCON FARMS OPT INTO TRADE LIEN
PROGRAM (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 04/04/06 | 5.90 | DRAFT JEA MOTION TO ASSUME AS MODIFIED (4.0); TELECONFERENCE WITH E. LANE RE: CONTRACT REJECTIONS (.4); DRAFT REVISIONS TO BOISE CASCADE AMENDMENT AND ASSUMPTION AGREEMENT (.8); EMAIL E. LANE RE: JEA CONTRACT (.1); REVIEW E. LANE EMAIL RE: CONTRACT REJECTIONS (.2); ANALYSIS RE: MEDICAID CONTRACTS (.4). |
| TURETSKY DM | 04/04/06 | 0.10 | E-MAIL TO J. JAMES AND E. LANE RE: NCR AGREEMENTS (.1). |
| GRAY RW | 04/05/06 | 0.40 | REVIEW EMAIL AND AMENDMENT REVISIONS FROM HALLMARK (.2); EXCHANGE EMAILS WITH H. ETLIN AND B. KICHLER RE: HALLMARK REVISIONS (.1); REVIEW MEMOS FROM B. KICHLER, D. YOUNG ET AL. RE: JEA CLAIM (.1). |
| LEAMY JM | 04/05/06 | 3.50 | REVISIONS TO BOISE CASCADE AGREEMENT (.6); EMAIL B. KICHLER AND R. LEVIN RE: BOISE CASCADE AGREEMENT (.2); TELECONFERENCE WITH B. KICHLER RE: JEA CONTRACT (.4); REVISE JEA MOTION TO ASSUME PER B. KICHLER COMMENTS (2.0); REVIEW SEVERAL EMAILS B. KICHLER RE: JEA MOTION (.3). |
| GRAY RW | 04/06/06 | 0.90 | REVIEW AND RESPOND TO MEMOS FROM B. KICHLER AND H. ETLIN RE: HALLMARK COMMENTS (.1); REVISE HALLMARK AMENDMENT PER REVISIONS FROM HALLMARK (.3); DRAFT MEMO TO B. KICHLER AND H. ETLIN RE: HALLMARK AMENDMENT (.1); DRAFT FOLLOWUP MEMO TO D. DOGAN AND T. SCOTT RE: CONTINGENT CASH DOCUMENTATION (.1); REVIEW AND RESPOND TO MEMO FROM T. SCOTT AND COORDINATE ANALYSIS OF DOCUMENTS RECEIVED (.1); REVIEW MEMO FROM J. LEAMY RE: JEA REVISED MOTION AND DRAFT REPLY RE: UTILITY TEAM COORDINATION (.1); REVIEW AND RESPOND TO MEMOS FROM B. KICHLER RE: SCHREIBER CONTRACT (.1). |
| EICHEL S | 04/06/06 | 0.30 | CONTINUE CLAIMS ANALYSIS WITH RESPECT TO THE EARTHGRAINS COMPANY (.2); DRAFT EMAIL TO A. LIU RE: RECONCILIATION OF EARTHGRAINS CLAIMS (.1). |
| LEAMY JM | 04/06/06 | 3.00 | REVIEW MEDICAID AGREEMENTS RE: ASSUMPTION/REJECTION ISSUES (1.4); EMAIL L. BERKOFF RE: STATUS OF GE TRACTORS (.1); EMAIL E. LANE RE: STATUS OF GE TRACTORS (.1); REVISIONS TO JEA MOTION TO ASSUME (1.2); EMAILS B. KICHLER, E. LANE RE: JEA MOTION (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/07/06 | 0.80 | OBTAIN AT&T ENTERED ORDER AND DRAFT MEMO TO J. RANNE ET AL. RE: SAME (.1); REVIEW MEMOS FROM J. RANNE AND I. FRYDMAN RE: AT&T AGREEMENT EXECUTION AND DRAFT MEMO TO R. BOZA RE: SAME (.1); REVIEW AND COMMENT ON PROPOSED MEMO TO CLIENT RE: CONTINGENT CASH (.1); DRAFT MEMO TO M. BIAGIOLI AT HALLMARK RE: REVISIONS TO AMENDMENT (.2); REVIEW AND RESPOND TO MEMOS FROM C. JACKSON AND J. LEAMY RE: JEA MOTION AND AMENDMENTS (.1); TELECONFERENCE WITH C. JACKSON AND J. LEAMY RE: JEA MOTION (.1); REVIEW AND RESPOND TO MEMO FROM J. LEAMY RE: INCOM CONTRACT ASSUMPTION ISSUES (.1). |
| EICHEL S | 04/07/06 | 0.80 | REVIEW EMAIL FROM A. LIU RE: EARTHGRAINS (SARALEE) CLAIMS (.1); REVIEW VENDOR AGREEMENTS TO DETERMINE WHICH VENDOR AGREEMENT HAD TWO DEBTORS AS PARTIES TO THE CONTRACT (.6); DRAFT EMAILS TO R. GRAY ATTACHING TWO CF SAUER AGREEMENTS IN RESPONSE TO HER INQUIRY TO LOCATE VENDOR CONTRACT WITH 2 DEBTORS AS PARTIES TO THE CONTRACT (.1). |
| LEAMY JM | 04/07/06 | 3.30 | REVIEW CONTRACTS TO BE REJECTED (1.0); EMAIL K. FAGERSTROM RE: SERENA CONTRACT (.2); TELECONFERENCE WITH K. FAGERSTROM RE: SERENA CONTRACT (.3); TELECONFERENCE WITH E. LANE RE: INCOM CONTRACT (.6); ANALYSIS RE: INCOM OPTIONS (.4); EMAIL E. LANE RE: INCOM OPTIONS (.1); TELECONFERENCE WITH R. GRAY AND C. JACKSON RE: JEA CONTRACT (.1); EMAILS B. KICHLER RE: JEA (.2); EMAILS E. LANE RE: RCG CONTRACT (.2); EMAILS E. LANE, C. SCOTT RE: GE TRACTOR TRAILOR (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            04/08/06        2.10    REVIEW EMAILS FROM E. LANE RE:
                                            PERSONAL OPTICS CLAIM (.2); DRAFT
                                            EMAILS TO E. LANE RE: RECONCILIATION
                                            OF PERSONAL OPTICS CLAIM IN
                                            CONNECTION WITH REJECTING A
                                            PREPETITION CONTRACT AND ENTERING
                                            INTO NEW CONTRACT WITH VENDOR (.2);
                                            CONTINUE ANALYSIS OF SARALEE CLAIMS
                                            IN CONNECTION WITH ENTERING INTO NEW
                                            AGREEMENT WITH SARELEE (.3); CONTINUE
                                            DRAFTING AND REVISING SARALEE CLAIMS
                                            ANALYSIS (1.0); DRAFT EMAIL TO E.
                                            LANE RE: SARALEE PREPETITION CONTRACT
                                            IN CONNECTION WITH SARALEE CLAIMS
                                            ANALYSIS (.1); REVIEW SARALEE
                                            PREPETITION CONTRACT IN CONNECTION
                                            WITH DRAFTING WAIVER AND RELEASE
                                            PROVISION FOR NEW CONTRACT WITH
                                            VENDOR (.2); DRAFT EMAIL TO A. LIU
                                            AND C. JACKSON (LOGAN) RE: SARALEE
                                            CLAIMS ANALYSIS (.1).

GRAY RW             04/10/06        3.70    REVIEW CONTINGENT CASH LETTERS (.1);
                                            DRAFT MEMO TO J. CASTLE, B. KICHLER
                                            AND J. KRUMHOLZ RE: SCHREIBER
                                            SETTLEMENT ISSUES (.2); REVIEW S.
                                            BERTACCINI MEMO AND ATTACHED AT&T
                                            DOCUMENTS AND DRAFT REPLY RE: FINAL
                                            EXECUTION DOCUMENTS (.2); REVIEW
                                            FURTHER MEMO FROM S. BERTACINNI AND
                                            REVIEW DOCUMENTS PRESENTED BY AT&T
                                            FOR EXECUTION (.2); DRAFT MEMO TO J.
                                            RANNE ET AL. RE: AT&T DOCUMENTS AND
                                            EXCHANGE DOCUMENTS WITH I. FRYDMAN
                                            RE: TIMING ON EXECUTION (.1); DRAFT
                                            HALLMARK MOTION (2.4); TELECONFERENCE
                                            WITH J. RANNE RE: AT&T INTERNAL
                                            DOCUMENT APPROVALS (.1); REVIEW AND
                                            COMMENT ON SERENA CONTRACT AMENDMENT
                                            AND ASSUMPTION AGREEMENT (.2); REVIEW
                                            MEMO AND COMMENTS FROM J. KRUMHOLZ
                                            AND REVISE SCHREIBER MOTION
                                            ACCORDINGLY (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 04/10/06 | 1.60 | REVIEW EMAIL FROM D. YOUNG RE: VERTIS AGREEMENT (.1); REVIEW EMAIL FROM A. LIU RE: COMMENTS TO EARTHGRAINS CLAIMS ANALYSIS IN CONNECTION WITH REJECTING PREPETITION CONTRACT AND ENTERING INTO NEW CONTRACT WITH VENDOR (.2); REVIEW EMAIL FROM C. JACKSON RE: EARTHGRAINS CLAIMS ANALYSIS (.1); DRAFT EMAIL TO T. WUERTZ RE: A. LIU'S ANALYSIS RE: EARTHGRAINS (.1); ANALYZE COMMENTS TO EARTHGRAINS CLAIMS ANALYSIS (.2); REVIEW AND REVISE EARTHGRAINS CLAIMS ANALYSIS RE: SARAH LEE BAKERY CLAIMS (.4); TELECONFERENCE WITH B. KICHLER RE: EARTHGRAINS CLAIMS ANALYSIS (.1); DRAFT EMAIL TO B. CROCKER RE: CLAIMS INFORMATION RE: FREUDENBERG IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.1); REVIEW AND REVISE FREUDENBERG CLAIMS ANALYSIS (.2); DRAFT EMAIL TO A. LIU RE: FACT GATHERING IN CONNECTION WITH FREUDENBERG CLAIMS ANALYSIS (.1). |
| LEAMY JM | 04/10/06 | 2.80 | ANALYSIS RE: MANUGISTICS AMENDMENT (.3); TELECONFERENCE WITH K. FAGERSTROM AND J. RANNE RE: SERENA (.4); DRAFT SERENA AMENDMENT AND ASSUMPTION AGREEMENT (1.8); EMAIL C. JACKSON RE: JEA AMENDMENT (.1); EMAILS K. FAGERSTROM RE: SERENA (.2). |
| BAKER DJ | 04/11/06 | 0.10 | CONFERENCE WITH R. GRAY REGARDING CLAIM ISSUES (.1). |
| GRAY RW | 04/11/06 | 1.60 | TELECONFERENCE WITH J. JAMES AND B. KICHLER RE: WELLSPOT CONTRACT AND RE: SCHREIBER DEAL (.2); TELECONFERENCE WITH J. BAKER RE: WELLSPOT ISSUE AND DRAFT MEMO TO B. KICHLER RE: SAME (.1); REVIEW MEMO AND COMMENTS FROM B. KICHLER AND REVISE SCHREIBER MOTION TO INCORPORATE SAME (.3); DRAFT MEMO TO J. SMYTH RE: SCHREIBER MOTION AND ORDER (.2); DRAFT MEMO TO J. MILTON AT MILBANK WITH SUMMARY OF SCHREIBER DEAL (.2); REVIEW AND RESPOND TO MEMO FROM J. JAMES RE: NCR MOTION (.1); REVIEW AND COMMENT ON FREUDENBERG CONTRACT/CLAIM ANALYSIS (.2); REVIEW AND COMMENT ON EARTHGRAINS CONTRACT/CLAIM ANALYSIS (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          04/11/06          4.30   REVIEW EMAIL FROM A. LIU RE:
                                           PREPETITION CLAIMS OF FREUDENBERG IN
                                           CONNECTION WITH ENTERING INTO NEW
                                           CONTRACT WITH VENDOR (.1); DRAFT,
                                           REVIEW AND REVISE FREUDENBERG CLAIMS
                                           ANALYSIS IN CONNECTION WITH REJECTING
                                           PREPETITION CONTRACT AND ENTERING
                                           INTO NEW CONTRACT WITH VENDOR (.4);
                                           DRAFT EMAIL TO A. LIU AND T. WUERTZ
                                           RE: FREUDENBERG CLAIMS ANALYSIS (.2);
                                           REVIEW EMAIL FROM A. LIU RE:
                                           EARTHGRAINS CLAIMS ANALYSIS (.1);
                                           TELECONFERENCE WITH E. CROCKER
                                           (LOGAN) RE: FREUDENBERG PROOFS OF
                                           CLAIMS (.1); REVIEW EMAIL FROM C.
                                           JACKSON (LOGAN) RE: HER COMMENTS TO
                                           FREUDENBERG CLAIMS ANALYSIS (.1);
                                           REVIEW AND REVISE FREUDENBERG CLAIMS
                                           ANALYSIS BASED ON C. JACKSON'S
                                           COMMENTS (.3); REVIEW EMAIL FROM E.
                                           CROCKER RE: FREUDENBERG PROOFS OF
                                           CLAIMS (.1); DRAFT EMAIL TO A. LIU,
                                           T. WUERTZ AND C. JACKSON RE:
                                           FREUDENBERG CLAIMS ANALYSIS IN
                                           CONNECTION WITH REJECTING PREPETITION
                                           CONTRACT WITH VENDOR AND ENTERING
                                           INTO NEW AGREEMENT WITH VENDOR (.1);
                                           TELECONFERENCE WITH C. JACKSON
                                           (LOGAN) RE: EARTHGRAINS CLAIMS
                                           ANALYSIS (.1); DRAFT EMAILS TO R.
                                           GRAY WITH RESPECT TO EARTHGRAINS
                                           CLAIMS ANALYSIS IN CONNECTION WITH
                                           REJECTING PREPETITION AGREEMENT WITH
                                           VENDOR AND ENTERING INTO NEW
                                           AGREEMENT (.2); TELECONFERENCE WITH
                                           A. LIU RE: FALCON FARMS CREDIT TERMS
                                           AND FREUDENBERG CLAIMS ANALYSIS (.1);
                                           DRAFT EMAIL TO E. LANE RE: WHETHER
                                           THERE IS A FREUDENBERG PREPETITION
                                           CONTRACT (.1); REVIEW EMAIL FROM E.
                                           LANE RE: O-CEDAR BRANDS VENDOR
                                           AGREEMENT (.1); DRAFT SUBSEQUENT
                                           EMAIL TO E. LANE RE: FREUDENBERG
                                           PREPETITION CONTRACT (.1); REVIEW
                                           RESPONSE EMAIL FROM E. LANE RE:
                                           WHETHER THERE WAS A PREPETITION
                                           FREUDENBERG AGREEMENT (.1); REVIEW
                                           EMAIL FROM C. JACKSON (LOGAN) RE: HER
                                           AGREEMENT WITH FREUDENBERG CLAIM
                                           ANALYSIS (.1); DRAFT EMAILS TO R.
                                           GRAY RE: FREUDENBERG CLAIMS ANALYSIS
                                           (.1); REVIEW EMAIL FROM J. JAMES IN
                                           RESPONSE TO E. LANE'S INQUIRY WHETHER
                                           THERE WAS A PREPETITION CONTRACT WITH
                                           FREUDENBERG (ENTITY THAT ACQUIRED
                                           VENDOR O-CEDAR BRANDS) (.1); REVIEW
                                           R. GRAY'S COMMENTS TO FREUDENBERG
                                           CLAIMS ANALYSIS, WHICH IS TO BE
                                           INCLUDED IN NEW CONTRACT WITH VENDOR
                                           (.1);

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

DRAFT EMAIL TO R. GRAY'S RESPONSE TO
HER CONCERN TO FREUDENBERG CLAIMS
ANALYSIS (.1); REVIEW R. GRAY'S
RESPONSE TO MY EMAIL RE: PROPOSED
REVISIONS TO FREUDENBERG CLAIMS
ANALYSIS (.1); DRAFT EMAIL TO B.
KICHLER RE: REVISED FREUDENBERG
CLAIMS ANALYSIS (.1); REVIEW EMAIL
FROM R. GRAY RE: PROPOSED REVISIONS
TO EARTHGRAINS CLAIMS ANALYSIS (.1);
REVISE EARTHGRAINS CLAIMS ANALYSIS
BASED ON R. GRAY'S PROPOSED REVISIONS
(1.2).

GRAY RW                 04/12/06        5.70   REVIEW MANUGISTICS AGREEMENT,
PREPETITION AMENDMENT AND PROPOSED
POSTPETITION AMENDMENT AND ANALYSIS
ISSUES (.6); DRAFT MEMO TO J. LEAMY
RE: MANUGISTICS ISSUES (.3); REVIEW
AND COMMENT ON REVISED
CONTRACT/CLAIMS ANALYSIS FOR
EARTHGRAINS (.1); TELECONFERENCE WITH
I. FRYDMAN RE: AT&T ISSUES (.1);
REVIEW EMAILS FROM I. FRYDMAN AND J.
RANNE RE: DOCUMENTATION (.1); REVIEW
AND RESPOND TO MEMOS FROM L.
PRENDERGAST AND E. LANE RE: AHCA
CONTRACTS (.1); EXCHANGE EMAILS WITH
J. LEAMY RE: PROJECT TIMING AND DRAFT
FOLLOWUP EMAIL TO E. LANE RE: SAME
(.1); REVIEW MEMOS FROM B. LIDDY, B.
KICHLER AND J. CASTLE RE: SCHREIBER
DELAY AND DRAFT MEMO TO M. BARR RE:
SAME (.1); FURTHER EMAIL EXCHANGE
WITH J. CASTLE, J. KRUMHOLZ AND R.
DAMORE RE: IMPLICATIONS OF SCHREIBER
DELAY AND OPTIONS (.2);
TELECONFERENCE WITH J. CASTLE, M.
BYRUM AND C. JACKSON, WITH T. BOOTH,
B. KICHLER AND J. LEAMY FOR PARTS,
RE: JEA CONTRACT ASSUMPTION (.6);
FINISH DRAFTING HALLMARK MOTION
(2.6); DRAFT HALLMARK ORDER (.3);
DRAFT MEMO TO H. ETLIN AND B. KICHLER
RE: HALLMARK STATUS (.1); DRAFT MEMO
TO HALLMARK ATTORNEYS RE: STATUS OF
AMENDMENT (.1); REVIEW AND COMMENT ON
MOTION AND ORDER TO REJECT CONTRACT
AND LEASES AS OF 5/4 (.3).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S            04/12/06        0.50    REVIEW EMAIL FROM R. GRAY RE: HER
                                            COMMENTS TO EARTHGRAINS CLAIMS
                                            ANALYSIS IN CONNECTION WITH REJECTION
                                            OF PREPETITION CONTRACT AND
                                            NEGOTIATIONS WITH VENDOR WITH RESPECT
                                            TO NEW CONTRACT (.1); REVIEW
                                            PREPETITION CONTRACT WITH EARTHGRAINS
                                            IN CONNECTION WITH CLAIMS ANALYSIS
                                            (.1); DRAFT RESPONSE EMAIL TO R. GRAY
                                            RESPONDING TO HER COMMENTS TO
                                            EARTHGRAINS ANALYSIS (.1); DRAFT
                                            EMAIL TO B. KICHLER ATTACHING
                                            EARTHGRAINS ANALYSIS (.1); REVIEW
                                            EMAIL FROM B. KICHLER RE: EARTHGRAINS
                                            ANALYSIS AND RESPOND TO HER INQUIRY
                                            (.1).

LEAMY JM            04/12/06        3.70    DRAFT REJECTION MOTION (2.5);
                                            TELECONFERENCE WITH E. LANE RE:
                                            REJECTION MOTION (.3); TELECONFERENCE
                                            WITH J. CASTLE, R. GRAY AND C.
                                            JACKSON RE: JEA CONTRACT (PART OF
                                            TELECONFERENCE) (.3); TELECONFERENCE
                                            WITH K. FAGERSTROM RE: MANUGISTICS
                                            (.2); EMAILS L. FONG RE: SERENA (.2);
                                            REVIEW E. LANE EMAILS RE: ACHA
                                            CONTRACT (.2).

GRAY RW             04/13/06        1.60    REVIEW AND RESPOND TO MEMO FROM R.
                                            DAMORE RE: FINTECH ISSUES (.1);
                                            FOLLOWUP EMAIL EXCHANGE WITH R.
                                            DAMORE RE: FINTECH (.1); REVIEW MEMOS
                                            FROM J. CASTLE AND J. JAMES RE:
                                            CONTRACT ASSIGNMENTS AND FOLLOWUP
                                            EMAIL EXCHANGE WITH J. JAMES AND J.
                                            LEAMY (.1); TELECONFERENCE WITH P.
                                            LEACH AT HALLMARK RE: ISSUES ON
                                            AMENDMENT (.2); REVISE AMENDMENT
                                            (.1); DRAFT MEMO TO P. LEACH RE:
                                            HALLMARK AMENDMENT (.2); DRAFT MEMO
                                            TO B. KICHLER RE: HALLMARK ISSUES
                                            (.1); EXCHANGE EMAILS WITH B. KICHLER
                                            RE: OK ON HALLMARK MOTION AND ORDER
                                            AND NEED FOR XROADS NUMBERS (.1);
                                            EXCHANGE EMAILS WITH H. ETLIN RE:
                                            ASSISTANCE ON HALLMARK MOTION (.1);
                                            REVIEW AND RESPOND TO MEMOS FROM C.
                                            JACKSON AND J. LEAMY RE: ESTIMATE OF
                                            REJECTION SAVINGS (.1); REVIEW MEMO
                                            FROM J. KRUMHOLZ RE: UPDATE ON
                                            SCHRIEBER SETTLEMENT (.1); REVIEW AND
                                            RESPOND TO MEMO FROM R. DAMORE RE:
                                            SCHREIBER PARTICIPATION IN TRADE LIEN
                                            PROGRAM (.1); REVIEW SCHREIBER CLAIMS
                                            RECAP FROM R. DAMORE (.1); REVIEW AND
                                            RESPOND TO FURTHER MEMO FROM P. LEACH
                                            RE: HALLMARK DOCUMENTS IN ORDER (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 04/13/06 | 0.30 | REVIEW EMAIL FROM B. KICHLER RE: O-CEDAR CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM B. KICHLER RE: EARTHGRAINS CLAIMS ANALYSIS IN CONNECTION WITH REJECTING PREPETITION CLAIM AND ENTERING INTO NEW CONTRACT WITH VENDOR (.1); TELECONFERENCE WITH B. KICHLER RE: EARTHGRAINS CLAIMS ANALYSIS (.1). |
| --- | --- | --- | --- |
| LEAMY JM | 04/13/06 | 2.00 | ANALYSIS RE: SERENA CONTRACT (.4); TELECONFERENCE WITH L. FONG RE: SERENA CONTRACT (.5); EMAILS C. JACKSON RE: REJECTION MOTION (.2); FINALIZE REJECTION MOTION FOR FILING (.9). |
| GRAY RW | 04/17/06 | 0.10 | REVIEW EMAILS FROM J. CASTLE ET AL. RE: SCHREIBER ISSUES (.1). |
| EICHEL S | 04/17/06 | 0.30 | REVIEW EMAIL FROM B. KICHLER TO C. JACKSON (LOGAN) RE: AMOUNT WINN-DIXIE PROCUREMENT SCHEDULED ON BEHALF OF EARTHGRAINS AS PART OF CLAIMS ANALYSIS IN CONNECTION WITH NEGOTIATING NEW EARTHGRAINS CONTRACT (.1); REVIEW RESPONSE FROM C. JACKSON TO B. KICHLER'S INQUIRY RE: EARTHGRAIN'S SCHEDULED CLAIM (.2). |
| LEAMY JM | 04/17/06 | 0.30 | EMAIL D. HILLIS RE: LOCATION OF GE TRACTOR (.1); EMAIL L. BERKOFF RE: GE TRACTOR (.1); EMAIL L. FONG RE: SERENA AMENDMENT (.1). |
| GRAY RW | 04/18/06 | 1.40 | REVIEW MEMOS FROM J. CASTLE AND M. BYRUM RE: JEA AND DRAFT REPLY (.1); TELECONFERENCE WITH S. FELD RE: INSURANCE CONTRACT/CLAIM PROJECT (.1); LOCATE/PROVIDE BACKGROUND COMMUNICATIONS RE: INSURANCE ISSUES TO S. FELD FOR HANDLING (.2); TELECONFERENCE WITH J. CASTLE, B. KICHLER AND M. BYRUM RE: JEA NON-CONTRACT CLAIM (.1); REVIEW AND RESPOND TO MEMO FROM C. JACKSON RE: JEA CURE ISSUE (.1); TELECONFERENCE WITH B. KICHLER, R. DAMORE, J. YOUNG AND S. EICHEL RE: FINTECH/SOUTHERN WINE ISSUES (.7); DRAFT MEMO TO S. EICHEL RE: STATUS OF NEW AGREEMENTS/PROPOSED REJECTIONS, REVIEW REPLY AND FOLLOW UP EMAIL EXCHANGE (.1). |
| LEAMY JM | 04/18/06 | 0.50 | REVIEW L. BASKOFF EMAIL RE: GECC (.1); REVIEW J. LANDON EMAIL RE: XEROX (.1); EMAIL J. JAMES RE: XEROX (.1); REVIEW AND RESPOND TO B. KICHLER EMAIL RE: BOISE CASCADE (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/19/06 | 1.50 | REVIEW FINTECH AGREEMENT (.2); REVIEW/ANALYZE ISSUES RE: POSTPETITION TRANSFERS VIA FINTECH (.4); TELECONFERENCE WITH P. LEACH OF HALLMARK RE: AMENDMENT ISSUES (.1); REVISE HALLMARK AMENDMENT ACCORDINGLY (.1); DRAFT MEMO TO B. KICHLER AND H. ETLIN RE: HALLMARK AMENDMENT (.1); REVIEW COMMENTS FROM H. ETLIN AND REVISE HALLMARK MOTION ACCORDINGLY (.3); DRAFT MEMO TO H. ETLIN AND B. KICHLER RE: REVISED HALLMARK MOTION (.1); TELECONFERENCE WITH H. ETLIN RE: VARIOUS MATTERS, INCLUDING CONTRACT ASSUMPTION/PREFERENCES, FINTECH AND LIQUOR VENDOR ISSUES, AND AHL POLICIES (.2). |
| LEAMY JM | 04/19/06 | 0.10 | REVIEW J. LANDON EMAIL RE: XEROX (.1). |
| GRAY RW | 04/20/06 | 1.00 | REVIEW FIRST DAY ORDERS RE: FINTECH ISSUE (.3); DRAFT MEMO TO S. EICHEL AND S. HENRY RE: LIQUOR VENDOR ISSUES (.2); EMAIL EXCHANGE WITH S. HENRY RE: LIQUOR VENDOR ISSUES (.1); REVIEW/ANALYZE ISSUES IN MEMO FROM J. LEAMY, DRAFT SCHEDULE AMENDMENT AND DRAFT ASSUMPTION AGREEMENT FOR SERENA SOFTWARE (.3); TELECONFERENCE WITH J. LEAMY RE: RESOLVING SERENA ISSUES (.1). |
| EICHEL S | 04/20/06 | 0.20 | REVIEW EMAIL FROM B. KICHLER REQUESTING CLAIMS ANALYSIS WITH RESPECT TO BERGENSON'S CLEANING SERVICE (.1); DRAFT EMAIL TO B. CROCKER (LOGAN) REQUESTING CLAIMS INFORMATION RE: BERGENSON'S CLEANING SERVICE (.1). |
| LEAMY JM | 04/20/06 | 1.30 | REVISE SERENA AMENDMENT AND ASSUMPTION AGREEMENT (1.2); TELECONFERENCE WITH R. GRAY RE: SERENA ARGUMENT (.1). |
| GRAY RW | 04/21/06 | 0.50 | TELECONFERENCE WITH B. KICHLER AND J. JAMES RE: SCHREIBER ISSUES AND FINTECH/SOUTHERN WINE ISSUES (.3); EXCHANGE EMAILS WITH H. ETLIN RE: FINTECH/SOUTHERN WINE ISSUES (.1); EXCHANGE EMAILS WITH J. LEAMY RE: OFFICE MAX ASSUMPTION TIMING (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 04/21/06 | 0.90 | REVIEW EMAIL FROM B. KICHLER RE: CHEMSTAR'S PREPETITION CLAIM IN CONNECTION WITH REJECTION OF CONTRACT AND ENTERING INTO NEW CONTRACT WITH VENDOR (.1); REVIEW EMAIL FROM S. SMITH (WINN-DIXIE) RE: PREPETITION CLAIM OF CHEMSTAR IN CONNECTION WITH CLAIMS (.1); REVIEW EMAIL FROM V. FORD RE: STATUS OF REVIEW OF AMROC'S CLAIMS (.1); DRAFT EMAIL TO A. LIU RE: STATUS OF REVIEW OF AMROC'S CLAIMS  (.1); REVIEW EMAIL FROM B. CROCKER RE: CHEMSTAR'S PROOF OF CLAIM AND CLAIM SCHEDULED ON BEHALF OF CHEMSTAR RE: RESOLVING CHEMSTAR'S CLAIMS IN CONNECTION WITH NEGOTIATING NEW CONTRACT WITH VENDOR (.1); REVIEW EMAIL FROM S. SMITH RE: CHEMSTAR'S CLAIMS (.1); TELECONFERENCE WITH B. KICHLER RE: ENTERING INTO NEW CONTRACT WITH DURO BAG, SOUTHERN CLEANING, BERGENSON CLEANING AND CHEMSTAR (.3). |
| LEAMY JM | 04/21/06 | 0.10 | REVIEW B. KICHLER EMAIL RE: OFFICEMAX CONTRACT (.1). |
| EICHEL S | 04/23/06 | 0.50 | REVIEW PREPETITION CONTRACT WITH BERGENSONS CLEANING SERVICE (.3); COMMENCE CLAIMS ANALYSIS OF BERGENSONS CLEANING SERVICE IN CONNECTION WITH REJECTION OF CONTRACT AND ENTERING INTO NEW CONTRACT (.2). |
| GRAY RW | 04/24/06 | 1.90 | REVIEW MEMO FROM B. FECHER AND REVISED FIFTH THIRD ORDER (.2); REVIEW BACKGROUND INFORMATION RE: FIFTH THIRD ORDER(.2); DRAFT MEMO TO J. JAMES AND B. KICHLER RE: FIFTH THIRD STATUS (.2); REVIEW MEDICAID AGREEMENTS OF VARIOUS STATES AND CONSIDER TERMINATION V. REJECTION ISSUES (.8); DRAFT MEMO TO J. LEAMY RE: MEDICAID AGREEMENTS (.1); DRAFT MEMO TO P. LEACH RE: HALLMARK MOTION (.1); REVIEW MEMO FROM P. LEACH, REVISE AMENDMENT TO REFLECT COMMENTS, AND DRAFT MEMO TO P. LEACH RE: SAME (.2); DRAFT MEMO TO B. KICHLER AND H. ETLIN RE: HALLMARK SIGNOFF ON DOCUMENTS AND COMMITTEE REVIEW AND REVIEW REPLIES (.1). |
| LEAMY JM | 04/24/06 | 1.00 | TELECONFERENCE WITH K. FAGERSTROM RE: SIRRIUS CONTRACT (.1); EMAIL E. LANE RE: CONTRACT REJECTIONS (.2); ANALYSIS RE: CONTRACT REJECTION CATEGORIES (.5); EMAIL E. LANE RE: MEDICAID CONTRACTS (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/25/06 | 0.20 | REVIEW AND RESPOND TO MEMO FROM B. KICHLER RE: SIGNOFF ON HALLMARK, DRAFT MEMO TO M. BARR RE: DRAFT MOTION AND ORDER, AND DRAFT MEMO TO C. JACKSON RE: SAME (.2). |
| LEAMY JM | 04/25/06 | 0.10 | EMAIL L. FONG RE: SERENA AMENDMENT (.1). |
| GRAY RW | 04/26/06 | 1.90 | DRAFT MEMO TO B. KICHLER RE: EXECUTION OF HALLMARK AMENDMENT AND REVIEW REPLY (.1); DRAFT MEMO TO P. LEACH RE: HALLMARK EXECUTION AND LOGISTICS (.2); EXCHANGE EMAILS WITH P. LEACH AND B. KICHLER RE: HALLMARK EXECUTION AND LOGISTICS (.1); DRAFT MEMO TO C. JACKSON AT LOGAN TO CONFIRM SCHEDULED AND FILED CLAIMS FOR HALLMARK AND REVIEW REPLY (.1); FINALIZE HALLMARK MOTION AND ORDER FOR FILING (.2); DRAFT NOTICE OF HEARING FOR HALLMARK MOTION AND ORDER (.1); REVIEW EMAILS FROM J. JAMES AND L. DORIA RE: FIFTH THIRD AGREEMENT AND DRAFT REPLY TO J. JAMES (.1); REVIEW MEMO AND DRAFT STIPULATION FROM J. LEAMY RE: SIRIUS AND DRAFT REPLY (.2); REVIEW AND RESPOND TO FURTHER MEMO FROM B. FECHER RE: REVISED FIFTH THIRD ORDER (.2); TELECONFERENCE WITH J. JAMES RE: SAME AND RE: STATUS OF OTHER CONTRACTS (.2); REVIEW PENDING CONTRACT ISSUES (.4). |
| EICHEL S | 04/26/06 | 2.80 | REVIEW EMAIL FROM B. KICHLER RE: FREUDENBERG CLAIMS ANALYSIS (.1); DRAFT RESPONSE EMAIL TO B. KICHLER RE: FREUDENBERG ANALYSIS (.1); REVIEW EMAIL FROM B. KICHLER RE: FREUDENBERG ANALYSIS AND FLOWERS BAKERIES CLAIMS ANALYSIS (.1); ANALYZE FLOWERS BAKERIES CLAIMS ANALYSIS IN CONNECTION WITH REJECTION OF PREPETITION CONTRACT AND ENTERING INTO NEW CONTRACT WITH VENDOR (1.7); DRAFT EMAIL TO A. LIU AND C. JACKSON RE: FLOWERS BAKERIES CLAIMS ANALYSIS (.1); ANALYZE WHETHER FLOWERS BAKERIES HAS CLAIMS AGAINST THE DEBTORS (.5); DRAFT EMAILS TO A. LIU AND B. CROCKER (LOGAN) RE: FLOWERS BAKERIES CLAIMS (.2). |
| LEAMY JM | 04/26/06 | 5.40 | TELECONFERENCE WITH L. FONG RE: SERENA (.2); REVIEW AND ANALYSIS OF SIRIUS CONTRACTS AND PROPOSED STIPULATION RE: RESOLUTION OF CURE CLAIM (2.5); TELECONFERENCE WITH K. FAGERSTROM RE: SIRIUS CURE CLAIM (.2); REVIEW MEDICAID PROVIDER AGREEMENT (.5); RESEARCH RE: WHETHER AGREEMENT IS EXECUTORY (2.0). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 04/27/06 | 1.70 | REVIEW MEMO FROM J. MILTON RE: HALLMARK MOTION, TELECONFERENCE WITH H. ETLIN RE: ISSUE RAISED, AND DRAFT REPLY TO J. MILTON (.2); TELECONFERENCE WITH J. MILTON RE: HALLMARK (.1); FOLLOW UP EMAIL EXCHANGE WITH H. ETLIN (.1); REVIEW AND RESPOND TO MEMOS FROM J. MILTON AND J. LEAMY RE: EXTENSION OF OBJECTION DEADLINE ON REJECTION MOTION (.1); REVIEW CONTRACT REJECTION LISTS FROM E. LANE (.3); EXCHANGE EMAILS WITH D. TURETSKY RE: VERIFICATION OF EMPLOYEE CONTRACTS ON LIST (.1); REVIEW AND COMMENT ON SIRIUS ASSUMPTION AGREEMENT (.2); REVIEW AND COMMENT ON REVISED EMPLOYEE CHART WITH BASES FOR RECOMMENDED ACTIONS (.3); REVIEW UPDATE MEMO FROM J. JAMES RE: FIFTH THIRD (.1); REVIEW AND RESPOND TO MEMO FROM P. LEACH AND SIGNED ADDENDUM (.1); FINALIZE AND ARRANGE FOR FINAL DOCUMENTS TO BE PREPARED FOR FILING (.1). |
|---|---|---|---|
| EICHEL S | 04/27/06 | 2.50 | REVIEW EMAIL FROM B. CROCKER RE: FLOWERS BAKERIES CLAIMS INFORMATION IN CONNECTION WITH RECONCILING CLAIMS AS PART OF REJECTION OF PREPETITION CONTRACT AND ENTERING INTO NEW CONTRACT WITH VENDOR (.1); REVIEW EMAILS FROM A. LIU RE: HIS COMMENT TO FLOWERS BAKERIES CLAIMS ANALYSIS (.2); REVIEW AND REVISE FLOWERS BAKERIES CLAIMS ANALYSIS (1.9); DRAFT EMAIL TO A. LIU AND T. WUERTZ RE: ISSUES RE: FLOWER BAKERIES' CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM C. JACKSON RE: FLOWERS BAKERIES ANALYSIS (.1); DRAFT EMAIL TO A. LIU AND C. JACKSON (LOGAN) RE: ADDITIONAL ISSUES IN CONNECTION WITH RECONCILIATION OF FLOWERS BAKERIES' CLAIM AND ANALYSIS (.1). |
| LEAMY JM | 04/27/06 | 3.60 | EMAILS J. MILTON RE: MOTION TO REJECT CONTRACTS (.2); EMAIL B. BOWIN RE: WOOLBRIGHT TERMINATION AGREEMENT (.1); EMAIL E. LANE RE: CONTRACT REJECTIONS PENDING (.1); DRAFT SIRIUS ASSUMPTION AGREEMENT (1.5); EMAILS K. FAGERSTROM RE: SIRIUS ASSUMPTION AGREEMENT (.2); CONTINUE RESEARCH RE: WHETHER MEDICAID AGREEMENT EXECUTORY (1.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/28/06 | 0.70 | EXCHANGE EMAILS WITH J. MILTON RE: HALLMARK MOTION (.1); DRAFT MEMO TO C. JACKSON AND K. WARD RE: FILING AND SERVICE OF HALLMARK MOTION (.1); DRAFT MEMO TO P. LEACH AND B. KICHLER RE: FILING AND REVIEW REPLIES (.1); EXCHANGE EMAILS WITH J. JAMES RE: NCR AGREEMENTS (.1); TELECONFERENCE WITH T. CARVER, COUNSEL TO NCR, RE: IDENTIFYING AGREEMENTS TO BE ASSUMED (.1); REVIEW MEMO FROM J. SMYTH RE: SCHREIBER COMMENTS ON DRAFT MOTION AND ORDER (.1); EXCHANGE EMAILS WITH B. KICHLER RE: DRAFT MOTION AND ORDER (.1). |
| LEAMY JM | 04/28/06 | 1.70 | REVIEW JEA OBJECTION TO MOTION TO ASSUME JEA CONTRACTS (.1) TELECONFERENCE WITH D. WILLIAMS RE: GE CAPITAL REJECTED LEASES (.2); TELECONFERENCE WITH L. FONG RE: SERENA (.2); DRAFT REVISIONS TO SERENA CONTRACT AND ASSUMPTION AGREEMENT (1.0); EMAIL E. LANE RE: CONTRACT ASSUMPTION PROCESS (.1); EMAILS L. FONG RE: SERENA AGREEMENT (.1). |
| EICHEL S | 04/29/06 | 0.60 | REVIEW EMAIL FROM C. JACKSON (LOGAN) RE: FLOWERS BAKERIES PROOFS OF CLAIMS (.1); REVIEW FLOWERS BAKERIES PROOFS OF CLAIMS (.1); REVISE FLOWERS BAKERIES CLAIMS ANALYSIS (.2); DRAFT EMAIL TO C. JACKSON (LOGAN) AND A. LIU RE: ISSUES RE: CLAIMS INFORMATION PROVIDED BY C. JACKSON IN CONNECTION WITH RECONCILING FLOWERS BAKERIES CLAIMS AS PART OF PROCESS TO NEGOTIATE CONTRACT WITH VENDOR (.2). |

**MATTER TOTAL**                          **94.70**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 05/04/06
**Financing (DIP and Emergence)**                                    Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KEMPF J | 04/01/06 | 1.00 | RESEARCH THE DEFAULT FOR LEASEHOLD MORTGAGE RESTRICTIONS IN FLORIDA (1.0). |
| BOYDELL T | 04/02/06 | 4.80 | COORDINATE REAL ESTATE DUE DILIGENCE (.3); START REVIEW OF 12 PROPOSALS (GE, DEUTSCHE BANK, GMAC, CITIGROUP AND CIT) (4.5). |
| NECKLES PJ | 04/03/06 | 0.50 | CORRESPONDENCE RE: EXIT FINANCING (.5). |
| SCHWARTZ WL | 04/03/06 | 2.30 | CORRESPONDENCE FROM CLIENT RE: FINANCING BIDS (.2); REVIEW FINANCING PROPOSALS (1.3); CONFERENCE WITH J. KEMPF RE: LEASE DUE DILIGENCE (.4); REVIEW CORRESPONDENCE FROM CLIENT RE: LEASEHOLD FINANCING (.4). |
| BOYDELL T | 04/03/06 | 3.30 | COORDINATE REAL ESTATE DUE DILIGENCE WITH J. KEMPF (.6); REVIEW COMMENTS FROM R. GRAY BANKRUPTCY COMMENTS TO WACHOVIA PROPOSAL (.6); CONTINUE REVIEWING 12 POTENTIAL EXIT LENDER PROPOSALS (2.1). |
| GRAY RW | 04/03/06 | 0.90 | REVIEW AND PROVIDE COMMENTS ON PROPOSED EXIT LENDER FEE LETTER (.3); REVIEW AND PROVIDE COMMENTS ON PROPOSED EXIT LENDER COMMITMENT LETTER (.6). |
| GOOTEE LA | 04/03/06 | 2.70 | REVIEW REAL PROPERTY LEASES (2.7). |
| HOOPER JE | 04/03/06 | 1.50 | REVIEW CHARTS AS WELL AS LEASE REVIEW (1.5). |
| KEMPF J | 04/03/06 | 5.80 | DISCUSSING LEASEHOLD MORTGAGE RESTRICTIONS WITH JIM O'RORKE (.6); PREPARE CHART AND DOCUMENT TEMPLATES FOR TEAM TO BEGIN REVIEW OF WINN-DIXIE LEASES (5.2). |
| LAMAINA KA | 04/03/06 | 0.40 | REVIEW LEASE MORTGAGE MEMORANDUM PREPARED TO A. MARGOLIS FROM LAST WEEK (.3); PREPARE MEMORANDUM TO J. KEMPF ON HER INQUIRY RE: DIFFERENT LEASE ENCUMBRANCE (.1). |
| PINEIRO CR | 04/03/06 | 3.70 | REVIEW REAL ESTATE LEASES TO DETERMINE ANY PROHIBITIONS ON THE ASSIGNMENT OF THE LEASE, THE ANNUAL RENT PAID, USE RESTRICTIONS, TERMINATION RIGHTS, AND PROHIBITIONS AGAINST LEASEHOLD MORTGAGES (3.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 04/03/06 | 2.10 | TELECONFERENCE WITH M. MADSEN AND D. BITTER RE: AFCO (.4); DRAFT PROPOSED CORRESPONDENCE TO M. BARR, D. FIORILLO AND U.S. TRUSTEE RE: NOTICE OF PREMIUM FINANCING (.5); DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER RE: AFCO (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. MADSEN RE: AFCO (.1); DRAFT CORRESPONDENCE TO M. BARR RE: AFCO, DRAFT CORRESPONDENCE TO J. HELFAT RE: AFCO, DRAFT CORRESPONDENCE TO E. ESCAMILLA RE: AFCO (.2); REVIEW MULTIPLE EXIT FINANCING PROPOSALS (.6). |
| HENRY S | 04/04/06 | 0.10 | TELECONFERENCE WITH J. KEMPF RE: POSSIBLE PLEDGES (.1). |
| BOYDELL T | 04/04/06 | 1.80 | CONTINUE REVIEW OF 12 EXIT PROPOSALS (1.5); MEET WITH J. PAOLI RE: EXIT PROPOSALS (.3). |
| GOOTEE LA | 04/04/06 | 6.50 | REVIEW REAL PROPERTY LEASES (6.5). |
| HOOPER JE | 04/04/06 | 2.60 | CONTINUING LEASE REVIEW AND UPDATING OF CHARTS (2.6). |
| KEMPF J | 04/04/06 | 5.80 | PREPARING FOR AND SPEAKING WITH W. SCHWARTZ ABOUT DILIGENCE FINDINGS OF REVIEW OF LARGEST 32 STORES (.4); DRAFTING MEMORANDUM SUMMARIZING FINDINGS OF DILIGENCE OF TOP 32 LEASES TO DATE (.8); SPEAKING WITH JILLIAN HOOPER ABOUT SCOPE OF DILIGENCE PROJECT (.1); REVIEW WINN-DIXIE LEASES FOR RESTRICTIONS ON MORTGAGING, PLEDGING, CHANGE OF CONTROL, ETC. (4.5). |
| LAMAINA KA | 04/04/06 | 0.80 | ANSWER QUESTIONS FROM COMPANY ON REAL ESTATE CLAUSES (.8). |
| PAOLI J | 04/04/06 | 0.80 | MEETING WITH T. BOYDELL RE: EXIT FINANCING BIDS AND LEASE REVIEW (.3); SEND EMAIL TO J. KEMPF RE: STATUS OF LEASE REVIEW (.2); REVIEW EMAILS FROM J. KEMPF AND T. BOYDELL RE: LEASE REVIEW STATUS (.3). |
| PINEIRO CR | 04/04/06 | 4.30 | CONTINUE REVIEW REAL ESTATE LEASES TO DETERMINE ANY PROHIBITIONS ON THE ASSIGNMENT OF THE LEASE, THE ANNUAL RENT PAID, USE RESTRICTIONS, TERMINATION RIGHTS, AND PROHIBITIONS AGAINST LEASEHOLD MORTGAGES (4.3). |
| RAVIN AS | 04/04/06 | 0.20 | REVIEW CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 16 (.2). |
| NECKLES PJ | 04/05/06 | 1.00 | ANALYZE EXIT FINANCING (1.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SCHWARTZ WL | 04/05/06 | 0.60 | CORRESPONDENCE FROM LOCAL COUNSEL RE: LEASE DUE DILIGENCE (.3); REVIEW DUE DILIGENCE REPORT (.3). |
| BOYDELL T | 04/05/06 | 2.60 | COORDINATE REAL PROPERTY DUE DILIGENCE (1.2); CONTINUE REVIEW OF 12 EXIT LENDER PROPOSALS (1.4). |
| HOOPER JE | 04/05/06 | 3.10 | MARK UP AND CHECKS ON THE CHARTS FROM PREVIOUS COUNSEL. ALSO LOOKING AT STORE DATA (1.2); REVIEW PREVIOUS CHART COMPARISONS (1.9). |
| KEMPF J | 04/05/06 | 5.60 | REVIEW WINN-DIXIE LEASES (3.0); CREATE MASTER EXCEL CHART SUMMARIZING DILIGENCE TEAM'S FINDINGS (1.0); DRAFT DILIGENCE MEMO SUMMARIZING FINDINGS OF REVIEW OF TOP 32 STORES (1.5); CORRESPONDING WITH LOCAL FLORIDA COUNSEL ABOUT THEIR LEASE REVIEW AND DIFFERENCES IN THE TWO FIRMS' CHARTS (.1). |
| PAOLI J | 04/05/06 | 0.40 | REVIEW LEASE REVIEW CHART (.4). |
| RAVIN AS | 04/05/06 | 0.50 | REVIEW CORRESPONDENCE FROM L. MANDEL RE: STATUS OF AFCO RENEWAL (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. BITTER RE: AFCO (.1); REVIEW CORRESPONDENCE FROM J. STEPHENS AND DRAFT CORRESPONDENCE TO J. CONTI RE: CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 16 (.1); TELECONFERENCE WITH J. O'CONNELL RE: EXIT FINANCING ISSUES INCLUDING CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 16 (.1); ANALYZE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 16 (.1). |
| NECKLES PJ | 04/06/06 | 0.40 | CONFERENCES RE: STRUCTURE OF EXIT FINANCING WITH J. O'CONNELL, OF BLACKSTONE (.2); PREPARATION FOR TELECONFERENCE (.2). |
| BOYDELL T | 04/06/06 | 0.70 | ANALYSIS OF POTENTIAL BANK PROPOSALS (.5); STATUS DISCUSSION WITH J. PAOLI (.2). |
| PAOLI J | 04/06/06 | 0.40 | REVIEW BID SUMMARIES (.4). |
| RAVIN AS | 04/06/06 | 0.70 | REVIEW AND REVISE CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER NO. 16 (.4); DRAFT MEMO TO S. HENRY RE: AFCO LOGISTICS ISSUES (.3). |
| SCHWARTZ WL | 04/07/06 | 0.30 | REVIEW CORRESPONDENCE FROM J. KEMPF RE: LEASE DUE DILIGENCE (.3). |
| BOYDELL T | 04/07/06 | 1.00 | ANALYZE REAL ESTATE DUE DILIGENCE (.5); REVIEW AND RESPOND TO EMAIL MESSAGES RE: EXIT FINANCING (.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/07/06 | 0.10 | DRAFT MEMO TO A. MARGOLIS RE: 1146 ISSUE ON RECORDING FEES (.1). |
| GOOTEE LA | 04/07/06 | 2.10 | REVIEW REAL PROPERTY LEASES AND REAL PROPERTY LEASE CHART FROM LOCAL COUNSEL (2.1). |
| HOOPER JE | 04/07/06 | 0.40 | STORE NUMBER UPDATE BASED ON DOCUMENTS RECEIVED (.4). |
| KEMPF J | 04/07/06 | 5.40 | UPDATING W. SCHWARTZ ON THE RESULTS OF OUR DILIGENCE OF THE TOP 32 STORES AS COMPARED TO SMITH GAMBRELL'S FINDINGS (.2); COMMUNICATING WITH LISA GOOTEE, JILLIAN HOOPER, AND CARLOS PINERON ABOUT HOW TO CHECK SKADDEN WORK PRODUCT AGAINST SMITH GAMBRELL WORK PRODUCT (3.0); COMPARING SMITH GAMBRELL CHART AGAINST SKADDEN CHART AND IDENTIFYING DISPARITIES (2.2). |
| PAOLI J | 04/07/06 | 1.80 | REVIEW EXIT FINANCING BIDS (1.8). |
| PINEIRO CR | 04/07/06 | 1.40 | CONTINUE REVIEW OF REAL ESTATE LEASES TO DETERMINE ANY PROHIBITIONS ON THE ASSIGNMENT OF THE LEASE, THE ANNUAL RENT PAID, USE RESTRICTIONS, TERMINATION RIGHTS, AND PROHIBITIONS AGAINST LEASEHOLD MORTGAGES (1.4). |
| KEMPF J | 04/08/06 | 0.90 | REVIEW SMITH GAMBRELL'S LATEST DILIGENCE CHART OF WINN-DIXIE STORE LEASES (.5); EMAIL SMITH GAMBRELL ABOUT ORIGIN OF DOCUMENTS IN LEASE FILES (.4). |
| SCHWARTZ WL | 04/10/06 | 0.20 | CORRESPONDENCE FROM J. KEMPF RE: LEASE DUE DILIGENCE (.2). |
| GOOTEE LA | 04/10/06 | 0.80 | REVIEW LOCAL COUNSEL LEASE ANALYSIS CHART AND REAL PROPERTY LEASE TO COMPARE AND VERIFY INFORMATION (.8). |
| KEMPF J | 04/10/06 | 1.90 | COMMUNICATING WITH SMITH GAMBRELL ABOUT ORIGIN OF DOCUMENTS IN LEASE FILES AND HOW THIS WILL EFFECT OUT DILIGENCE ANALYSIS (.6); COMMUNICATING WITH CARLOS PINERON AND LISA GOOTEE ABOUT DIFFERENCES IN SKADDEN AND SMITH GAMBRELL LEASE ANALYSES (.1); REVIEW WORK PRODUCT, CORRESPONDENCE, AND VOICE MAILS GENERATED BY DOUG STANFORD AND OTHER SMITH GAMBRELL ATTORNEYS (1.0); PREPARE TO SPEAK WITH W. SCHWARTZ AND P. NECKLES ABOUT CONTENTS OF LEASE FILES AND VERIFICATIONOF INFORMATION IN LEASES (.2). |
| PAOLI J | 04/10/06 | 3.50 | REVIEW UNIVERSAL LIST OF LEASES (.4); REVIEW BID SUMMARIES (3.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          04/10/06       0.10   DRAFT CORRESPONDENCE TO D. BITTER RE:
                                        STATUS OF AFCO FINANCING (.1).

NECKLES PJ        04/11/06       2.00   CONFERENCES WITH W. SCHWARTZ RE: REAL
                                        ESTATE DUE DILIGENCE PROJECT (.5);
                                        CORRESPONDENCE WITH L. APPEL, K.
                                        HARDEE, AND J. CASTLE TO ORGANIZE
                                        TELECONFERENCE (.5); PARTICIPATE IN
                                        CONFERENCE WITH B. NUSSBAUM, K.
                                        HARDEE, F. HUFFARD, AND H. ETLIN TO
                                        DISCUSS EXIT FINANCING PROPOSALS
                                        (1.0).

SCHWARTZ WL       04/11/06       0.50   CORRESPONDENCE FROM LOCAL COUNSEL RE:
                                        LEASE DUE DILIGENCE AND CONFERENCE
                                        WITH P. NECKLES RE: SAME (.5).

BOYDELL T         04/11/06       1.60   ANALYZE REAL ESTATE DUE DILIGENCE
                                        (.8); REVIEW REAL ESTATE REPORTS FROM
                                        SMITH GAMBRELL (.8).

GRAY RW           04/11/06       0.20   REVIEW MEMO FROM A. MARGOLIS RE: REAL
                                        ESTATE PROJECT STATUS AND EXCHANGE
                                        EMAILS WITH A. MARGOLIS RE: 1146
                                        ISSUES IN PLAN AND CONFIRMATION ORDER
                                        (.2).

KEMPF J           04/11/06       1.60   REVIEW AND COMPARE LATEST SMITH
                                        GAMBRELL AND SKADDEN DILIGENCE CHARTS
                                        (.7); READ SECONDARY SOURCE MATERIALS
                                        ABOUT LEASEHOLD MORTGAGE RESTRICTIONS
                                        (.3); CORRESPONDING WITH J. PAOLI AND
                                        T. BOYDELL RE: OPTIONS FOR REVIEWING
                                        WINN LEASES FOR LENDERS AS PART OF
                                        EXIT FINANCING (.6).

NECKLES PJ        04/12/06       2.10   PREPARE FOR TELECONFERENCE RE: REAL
                                        ESTATE DUE DILIGENCE (.5);
                                        PARTICIPATE IN TELECONFERENCE WITH W.
                                        SCHWARTZ, T. BOYDELL, J. KEMPF, J.
                                        PAOLI, J. CASTLE, K. HARDEE, AND D.
                                        STANFORD TO DISCUSS REAL ESTATE DUE
                                        DILIGENCE (.6); CONFERENCES WITH J.
                                        BAKER AND T. BOYDELL RE: WACHOVIA
                                        COMMITMENT LETTER (1.0).

SCHWARTZ WL       04/12/06       0.60   TELECONFERENCE WITH COMPANY AND D.
                                        STANFORD RE: FINANCING AND DUE
                                        DILIGENCE (.6).

BOYDELL T         04/12/06       1.40   ANALYSIS RE: WACHOVIA'S COMMITMENT V.
                                        OTHER LENDERS' PROPOSALS (1.4).

KEMPF J           04/12/06       2.00   PREPARE FOR TELECONFERENCE WITH P.
                                        NECKLES, W. SCHWARTZ AND T. BOYDELL
                                        (1.0); PARTICIPATE IN TELECONFERENCE
                                        WITH P. NECKLES, AND W. SCHWARTZ RE:
                                        STRATEGIES FOR PREPARING LEASE FILES
                                        FOR REVIEW BY LENDERS (.6);
                                        COMMUNICATE WITH W. SCHWARTZ ABOUT
                                        TIMING OF LEASE REVIEW AND STRATEGIES
                                        FOR COORDINATING REVIEW WITH SMITH
                                        GAMBRELL (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 04/12/06 | 0.10 | DRAFT CORRESPONDENCE TO D. BITTER RE: AFCO STATUS (.1). |
| BAKER DJ | 04/13/06 | 1.60 | TELECONFERENCE WITH J. SKELTON RE: EXIT FINANCING (.3); REVIEW MARKUP OF COMMITMENT LETTER (.6); CONTINUE REVIEW OF EXIT FINANCING ISSUES (.7). |
| NECKLES PJ | 04/13/06 | 0.20 | TELECONFERENCE WITH F. HUFFARD AND J. O'CONNELL RE: WACHOVIA COMMITMENT (.2). |
| BOYDELL T | 04/13/06 | 0.80 | CONTINUE ANALYSIS AND COMPARISON OF EXIT PROPOSALS (.8). |
| RAVIN AS | 04/13/06 | 0.20 | REVIEW CONFIDENTIALITY AGREEMENT FOR POTENTIAL EXIT LENDER (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. BITTER RE: STATUS OF INSURANCE PRICING UNDERLYING AFCO PREMIUM FINANCE (.1). |
| SCHWARTZ WL | 04/14/06 | 0.60 | CORRESPONDENCE FROM CLIENT RE: TEMPLATE FOR LEASE DUE DILIGENCE (.3); REVIEW LEASE TEMPLATE (.3). |
| BOYDELL T | 04/14/06 | 0.40 | REVIEW EMAIL AND FILES RE: REAL ESTATE LEASES (.4). |
| SCHWARTZ WL | 04/16/06 | 0.30 | CONFERENCE WITH J. KEMPF RE: LEASE TEMPLATE (.3). |
| KEMPF J | 04/16/06 | 2.50 | REVIEW AND COMMENT UPON SMITH GAMBRELL LEASE TEMPLATE AND MASTER LEASE FILE FOR SAMPLE STORE (2.2); CONFERENCE WITH W. SCHWARTZ RE: LEASES (.3). |
| NECKLES PJ | 04/17/06 | 0.50 | E-MAIL CORRESPONDENCE WITH W. SCHWARTZ, J. KEMPF, T. BOYDELL, AND A. MARGOLIS RE: REAL ESTATE ISSUES IN CONNECTION WITH EXIT FINANCING (.5). |
| SCHWARTZ WL | 04/17/06 | 2.80 | REVIEW TEMPLATE PREPARED BY SMITH GAMBRELL RE: LEASES TO MORTGAGE FOR EXIT FINANCING (.9); REVIEW CORRESPONDENCE FROM J. KEMPF RE: SMITH GAMBRELL TEMPLATE (.6); EMAIL TO WINN-DIXIE AND D. STANFORD RE: LEASE TEMPLATE (.4); CORRESPONDENCE FROM CLIENT AND LOCAL COUNSEL RE: LEASE TEMPLATE (.9). |
| BOYDELL T | 04/17/06 | 1.60 | CONTINUE ANALYSIS OF REAL ESTATE DUE DILIGENCE (.6); REVIEW REAL ESTATE TEMPLATE (.5); PROVIDE COMMENTS TO TEMPLATE (.5). |
| KEMPF J | 04/17/06 | 1.50 | COMMUNICATE WITH W. SCHWARTZ, P. NECKLES, C. IBOLD, DOUG STANFORD, KELLIE HARDIE, J. CASTLE, T. BOYDELL, J. BAKER, AND J. PAOLI ABOUT COMMENTS TO SMITH GAMBRELL'S LEASE TEMPLATE AND LEASES FILES (1.5). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PAOLI J | 04/17/06 | 1.30 | REVIEW LEASE TEMPLATE (1.1); EMAIL TO T. BOYDELL RE: TEMPLATE (.2). |
| RAVIN AS | 04/17/06 | 0.20 | DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER RE: AFCO RENEWAL STATUS, REVIEW MULTIPLE CORRESPONDENCE FROM D. BITTER RE: SAME (.2). |
| BAKER DJ | 04/18/06 | 0.90 | TELECONFERENCE WITH J. SKELTON RE: EXIT FINANCING (.3); TELECONFERENCE WITH F. HUFFARD WITH RESPECT TO EXIT FINANCING (.3); TELECONFERENCE WITH J. HELFAT RE: EXIT FINANCING (.2); REVIEW ADDITIONAL CHANGES TO COMMITMENT LETTER (.1). |
| SCHWARTZ WL | 04/18/06 | 1.10 | REVIEW LEASE TEMPLATE FILE (.4); TELECONFERENCE WITH J.CASTLE, C. IBOLD, D. STAMFORD AND J. KEMPF RE: LEASE TEMPLATE (.5); CONFERENCE WITH J. KEMPF RE: LEASE DUE DILIGENCE (.2). |
| BOYDELL T | 04/18/06 | 0.60 | REVIEW EMAIL MESSAGES RE: EXIT FINANCING (.4); CONTINUE ANALYSIS RE: REAL ESTATE DUE DILIGENCE (.2). |
| KEMPF J | 04/18/06 | 0.70 | PREPARE FOR TELECONFERENCE WITH SMITH GAMBRELL, J. CASTLE, AND W. SCHWARTZ RE: SCOPE AND TIMING OF DILIGENCE OF WINN LEASES (.2); MANAGING AND ORGANIZING WINN LEASES, DISCS, AND OTHER DILIGENCE CHARTS AND DOCUMENTS (.3); COMMUNICATE WITH W. SCHWARTZ ABOUT POSSIBLE DILIGENCE TRIP AND DILIGENCE SCHEDULE (.2). |
| RAVIN AS | 04/18/06 | 0.10 | DRAFT MULTIPLE CORRESPONDENCE TO M. MADSEN RE: AFCO STATUS, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1). |
| NECKLES PJ | 04/19/06 | 0.40 | TELECONFERENCES WITH W. SCHWARTZ RE: REAL ESTATE DUE DILIGENCE PROJECT (.4). |
| SCHWARTZ WL | 04/19/06 | 0.60 | CONFERENCE WITH P. NECKLES RE: LEASE DUE DILIGENCE (.4); CORRESPONDENCE FROM C. IBOLD RE: MEETING RE: LEASE DUE DILIGENCE (.2). |
| BOYDELL T | 04/19/06 | 1.40 | MEETING WITH J. PAOLI RE: EXIT FINANCING (1.1); DISCUSSION WITH J. PAOLI RE: REAL ESTATE DUE DILIGENCE STATUS (.3). |
| KEMPF J | 04/19/06 | 0.60 | SPEAKING WITH J. PAOLI ABOUT CONFERENCE CALL WITH W. SCHWARTZ AND TIMING OF DILIGENCE PROJECT IN CONTEXT OF BANKRUPTCY SCHEDULE (.3); ORGANIZING CORRESPONDENCE AND DILIGENCE MATERIALS (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PAOLI J | 04/19/06 | 2.00 | MEETING WITH T. BOYDELL RE: BIDS AND COMMITMENT LETTERS (1.1); TELECONFERENCE WITH J. KEMPF RE: STATUS OF LEASES REVIEW (.3); TELECONFERENCE WITH T. BOYDELL RE: LEASE REVIEW (.3): DRAFT EMAIL TO T. BOYDELL AND P. NECKLES RE: LEASE REVIEW (.3). |
| RAVIN AS | 04/19/06 | 0.10 | DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. MADSEN RE: STATUS RE: OBTAINING PRICING INFORMATION FROM AFCO (.1). |
| NECKLES PJ | 04/20/06 | 0.40 | REVIEW REAL ESTATE ISSUES (.2); CONFERENCE WITH W. SCHWARTZ AND J. KEMPF RE: REAL ESTATE ISSUES (.2). |
| SCHWARTZ WL | 04/20/06 | 0.50 | TELECONFERENCE WITH WINN-DIXIE RE: LEASE DUE DILIGENCE (.3); CONFERENCE WITH P. NECKLES AND J. KEMPF RE: LEASE DUE DILIGENCE (.2). |
| BOYDELL T | 04/20/06 | 1.00 | ANALYSIS OF EXIT FINANCING (.6); REVIEW EMAIL RE: BANKRUPTCY MATTERS (.4). |
| KEMPF J | 04/20/06 | 0.20 | SPEAKING WITH W. SCHWARTZ AND P. NECKLES ABOUT SCOPE OF DILIGENCE REVIEW (.2). |
| RAVIN AS | 04/20/06 | 0.90 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. MADSEN RE: AFCO, REVIEW CORRESPONDENCE FROM SAME RE: AFCO (.1); DRAFT LENGTHY CORRESPONDENCE TO CREDITORS' COMMITTEE AND OTHER PARTIES IN INTEREST RE: AFCO PRICING INFORMATION (.8). |
| BOYDELL T | 04/21/06 | 0.80 | REVIEW EMAIL RE: BANKRUPTCY MATTERS (.4); CONDUCT REAL ESTATE COLLATERAL ANALYSIS (.4). |
| GRAY RW | 04/21/06 | 0.20 | REVIEW MEMOS FROM A. RAVIN AND D. BITTER RE: TIMING CONCERNS ON POLICY RENEWALS (.1); TELECONFERENCE WITH A. RAVIN RE: POLICY RENEWALS AND COORDINATE RE: TELECONFERENCE TO MILBANK RE: SAME (.1). |
| KEMPF J | 04/21/06 | 0.40 | REVIEW CORRESPONDENCE FROM T. BOYDELL RE: BANKRUPTCY SCHEDULE (.2); COMMUNICATING WITH W. SCHWARTZ ABOUT DEPTH OF DILIGENCE AND POTENTIAL SCENARIOS FOR REVIEW OF LEASES (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 04/21/06 | 1.80 | DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER AND M. MADSEN RE: AFCO TIMING AND PRICING ESTIMATES (.8); TELECONFERENCE WITH J. NEWTON RE: AFCO TIMING AND PRICING ESTIMATES (.1); CONFERENCE WITH R. GRAY RE: AFCO TIMING (.1); CONFERENCE WITH D. TURETSKY RE: AFCO (.3); DRAFT CORRESPONDENCE TO M. BARR RE: AFCO, DRAFT CORRESPONDENCE TO E. ESCAMILLA RE: SAME, DRAFT CORRESPONDENCE TO D. FIORILLO RE: SAME (.4); REVIEW CORRESPONDENCE FROM M. BARR RE: AFCO, DRAFT MEMO TO D. TURETSKY RE: SAME (.1). |
|---|---|---|---|
| TURETSKY DM | 04/21/06 | 0.30 | MEETING WITH A. RAVIN RE: BACKGROUND AND ISSUES CONCERNING AFCO FINANCING (.3). |
| NECKLES PJ | 04/24/06 | 0.90 | TELECONFERENCES WITH F. HUFFARD AND L. APPEL RE: REAL ESTATE DUE DILIGENCE PROJECT (.7); FOLLOW-UP TELECONFERENCE WITH W. SCHWARTZ RE: REAL ESTATE DUE DILIGENCE PROJECT (.2). |
| SCHWARTZ WL | 04/24/06 | 0.20 | CONFERENCE WITH P. NECKLES RE: LEASE DUE DILIGENCE (.2). |
| BOYDELL T | 04/24/06 | 2.00 | COORDINATE/FOLLOW UP REAL ESTATE DUE DILIGENCE WITH J. PAOLI (.2); REVIEW BANKRUPTCY DOCUMENTS RELATED TO REAL ESTATE (1.8). |
| KEMPF J | 04/24/06 | 0.10 | SPEAKING WITH J. PAOLI ABOUT TIMING AND SCOPE OF DILIGENCE (.1). |
| PAOLI J | 04/24/06 | 0.10 | TELECONFERENCE WITH J. KEMPF RE: STATUS OF REVIEW OF LEASES (.1). |
| SCHWARTZ WL | 04/26/06 | 0.10 | CONFERENCE WITH J. KEMPF RE: LEASE DUE DILIGENCE (.1). |
| BOYDELL T | 04/26/06 | 0.40 | REVIEW EMAIL MESSAGES RE: BANKRUPTCY LEASE MATTERS (.2); CONTINUE ANALYSIS OF LEASES (.2). |
| KEMPF J | 04/26/06 | 0.20 | UPDATING J. PAOLI ON COMMUNICATIONS BETWEEN MYSELF AND W. SCHWARTZ AND P. NECKLES RELATED TO SCOPE AND TIMING OF LEASE DILIGENCE (.1); SPEAKING WITH W. SCHWARTZ ABOUT LEASE DILIGENCE AND PRODUCT WE HOPE TO SHOW LENDERS (.1). |
| RAVIN AS | 04/26/06 | 0.10 | DRAFT MEMO TO D. TURETSKY RE: AFCO STATUS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/26/06 | 0.90 | REVIEW BACKGROUND DOCUMENTS AND E-MAIL STRING (16 E-MAILS) BETWEEN AND AMONG A. RAVIN, D. BITTER, AND M. MADSEN RE: AFCO FINANCING ISSUES (.5); E-MAIL TO R. GRAY RE: AFCO ISSUES (.1); E-MAIL TO D. BITTER AND M. MADSEN RE: AFCO ISSUES (.3). |
| BOYDELL T | 04/27/06 | 0.40 | CONTINUE ANALYSIS OF REAL ESTATE DILIGENCE (.2); REVIEW EMAILS/CORRESPONDENCES RE: EXIT FINANCING (.2). |
| KEMPF J | 04/27/06 | 0.10 | EMAIL WITH P. NECKLES ABOUT NUMBER AND TYPE OF LEASES SMITH GAMBRELL WILL REVIEW (.1). |
| RAVIN AS | 04/27/06 | 0.20 | REVIEW CORRESPONDENCE FROM D. BITTER AND D. TURETSKY RE: AFCO (.2). |
| BOYDELL T | 04/28/06 | 0.20 | REVIEW DOCKET UPDATE (.1); REVIEW MEDIA REPORTS (.1). |

**MATTER TOTAL**                     135.30

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Insurance                                                       Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 04/04/06 | 2.00 | REVIEW OTHER PLANS RE: TREATMENT OF SURETY CLAIMS (2.0). |
| HENRY S | 04/17/06 | 0.20 | EMAIL TO AND FROM D. BUTLER RE: HEARING ON RLI BIND (.2). |
| FELD SR | 04/17/06 | 2.50 | REVIEW LIST OF INSURANCE CLAIMS (.4); RESEARCH AND REVIEW CASELAW RE: CHARACTERIZATION OF TAIL INSURANCE (2.1). |
| FELD SR | 04/18/06 | 0.80 | COMMENCE REVIEW OF POC'S RE: INSURANCE CLAIMS (.7); TELECONFERENCE WITH R. GRAY RE: SAME (.1). |
| FELD SR | 04/19/06 | 4.80 | CONTINUE TO REVIEW RESEARCH RE: INSURANCE AGREEMENTS (1.5); REVIEW POC'S RE: INSURANCE CLAIMS (3.3). |
| GRAY RW | 04/20/06 | 0.30 | REVIEW AND RESPOND TO MEMO FROM H. ETLIN RE: AHL POLICIES (.2); LOCATE/FORWARD BACKGROUND DOCUMENTS TO R. BARUSCH (.1). |
| BARUSCH RC | 04/23/06 | 2.10 | CONSIDER ISSUES IN CONNECTION WITH INSURANCE POLICY SURRENDERS (2.1). |
| BAKER DJ | 04/24/06 | 0.80 | TELECONFERENCE WITH L. APPEL AND R. BARUSCH REGARDING INSURANCE POLICIES (.8). |
| BARUSCH RC | 04/24/06 | 0.80 | TELECONFERENCE WITH L. APPEL AND J. BAKER RE: INSURANCE POLICIES (.8). |
| FELD SR | 04/24/06 | 2.70 | CONTINUE TO ANALYZE POC'S RE: INSURANCE CLAIMS (2.7). |
| FELD SR | 04/27/06 | 1.80 | RESEARCH PRIORITY OF CLAIM FOR WORKERS COMP PREMIUM UNDER 507(A)(4) (.5); CONTINUE TO ANALYZE POC'S RE: INSURANCE CLAIMS (1.3). |
| FELD SR | 04/28/06 | 2.40 | CONTINUE TO ANALYZE INSURANCE CLAIMS (2.4). |

**MATTER TOTAL**                                        <u>21.20</u>

D08A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 05/04/06
**Investigations and Reviews**                                       Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 04/03/06 | 2.70 | TELECONFERENCE WITH RON TOWNSEND WITH RESPECT TO PENDING INVESTIGATION BY MILBANK (.3); BEGIN REVIEW OF DOCUMENTS IN CONNECTION WITH FORTHCOMING INTERVIEW OF MR. CODINA BY COMMITTEE (2.1); TELECONFERENCE WITH J. SKELTON WITH RESPECT TO STATUS OF INTERVIEW PROCESS (.3). |
| KELLER KM | 04/03/06 | 1.00 | TELECONFERENCE WITH ARMANDO CODINA'S OFFICE RE: INTERVIEW (.2); WORK ON DOCUMENT PRODUCTION TO UCC (.8). |
| BAKER DJ | 04/04/06 | 3.20 | CONTINUE REVIEW OF DOCUMENTS, IN PREPARATION FOR MILBANK INTERVIEW (3.2). |
| KELLER KM | 04/05/06 | 5.50 | REVIEW AND REVISE MEMORANDA FROM INTERVIEWS CONDUCTED BY UCC COUNSEL (5.5). |
| KELLER KM | 04/06/06 | 2.00 | PREPARE FOR ARMANDO CODINA INTERVIEW (.3); WORK ON DOCUMENT PRODUCTION TO UCC (.9); WORK ON INTERVIEW SCHEDULING (.5); TELECONFERENCE WITH DERRICK TALERICO RE: UCC INVESTIGATION (.3). |
| PIROLO I | 04/06/06 | 4.20 | GATHER FOR K. KELLER REVIEW THE BOARD MINUTES (4.2). |
| KELLER KM | 04/07/06 | 5.20 | PREPARE FOR AND PARTICIPATE IN UCC INTERVIEW OF PAT TUEFEL (1.5); PREPARE FOR AND PARTICIPATE IN INTERVIEW OF TRAVIS STOREY (3.7). |
| BAKER DJ | 04/10/06 | 2.30 | CONTINUE REVIEW OF DOCUMENTS IDENTIFIED BY COMMITTEE FOR DISCUSSION WITH WITNESSES IN CONNECTION WITH INVESTIGATION (1.8); REVIEW RESPONSE OF MR. ROLAND TO QUESTIONS RAISED DURING INVESTIGATION (.5). |
| KELLER KM | 04/10/06 | 5.80 | TELECONFERENCE WITH ARMANDO CODINA'S OFFICE (.2); PREPARE INTERVIEW SCHEDULING (.2); FINALIZE INTERVIEW MEMOS AND EXHIBITS FOR COMPLETED INTERVIEWS FOR INTERNAL CIRCULATION (4.7); TELECONFERENCES WITH DERRICK TALERICO RE: UCC INVESTIGATION (.3); TELECONFERENCE WITH L. APPEL RE: INTERVIEWS (.2); TELECONFERENCE WITH RON TOWNSEND RE: INTERVIEW (.2). |
| PIROLO I | 04/10/06 | 0.30 | ASSEMBLE FOR K. KELLER REVIEW THE EDGAR FILINGS AND BOARD MINUTES (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 04/11/06 | 3.50 | PREPARE NOTES PRIOR TO TELECONFERENCE TO DAN DAVIS (.8); REVIEW NOTES IN PREPARATION FOR RON TOWNSEND INTERVIEW (.6); PARTICIPATE IN INTERVIEW OF RON TOWNSEND (.7); TELECONFERENCE WITH DAN DAVIS RE: INTERVIEW (1.0); TELECONFERENCE WITH L. APPEL AND B. NUSSBAUM RE: INVESTIGATION (.4). |
| KELLER KM | 04/11/06 | 6.50 | PARTICIPATE IN TELEPHONIC INTERVIEW OF RON TOWNSEND (.4); CONTINUE DOCUMENT PRODUCTION TO UCC COUNSEL (3.0); FINALIZE ADDITIONAL MEMOS TO FILE RE: UCC INTERVIEWS (1.0); DRAFT MEMORANDA FOR R. TOWNSEND, T. STOREY, AND P. TUEFEL INTERVIEWS (.8); PARTICIPATE IN INTERVIEW OF L. APPEL AND BENNETT NUSSBAUM (1.3). |
| PIROLO I | 04/11/06 | 4.50 | GATHER FOR K. KELLER REVIEW THE BOARD MINUTES (1.0); ASSIST WITH REVIEW OF DOCUMENTS FOR PRIVILEGE (3.5). |
| KELLER KM | 04/12/06 | 3.00 | PARTICIPATE IN TELEPHONIC INTERVIEW OF J. CASTLE (1.0); CONTINUE DOCUMENT PRODUCTION TO UCC (2.0). |
| PIROLO I | 04/12/06 | 1.50 | ASSEMBLE FOR K. KELLER REVIEW UCC INVESTIGATION PRODUCTION (1.5). |
| BAKER DJ | 04/13/06 | 3.10 | TELECONFERENCE WITH DAN DAVIS RE: INTERVIEW PROCESS (1.1); PARTICIPATE IN TELEPHONIC INTERVIEW OF DAN DAVIS (.7); PARTICIPATE IN RESUMED INTERVIEW WITH DAN DAVIS (.4); TELECONFERENCE WITH JOHN KOCZYAK RE: ARMANDO CODINA INTERVIEW (.2); TELECONFERENCE WITH K. KELLER RE: ARMANDO CODINA INTERVIEW (.2); PARTICIPATE IN CODINA INTERVIEW (.5). |
| KELLER KM | 04/13/06 | 4.00 | PARTICIPATE IN TELEPHONIC INTERVIEW OF ARMANDO CODINA (.4); SCHEDULE UCC INTERVIEWS (.6); PREPARE UCC INTERVIEW MEMORANDA (2.0); PARTICIPATE IN TELEPHONIC INTERVIEW OF DAN DAVIS (1.0). |
| PIROLO I | 04/13/06 | 2.50 | GATHER FOR K. KELLER REVIEW UCC INVESTIGATION PRODUCTION (2.5). |
| BAKER DJ | 04/14/06 | 4.20 | BEGIN REVIEW OF NOTES FROM MILBANK INTERVIEWS (1.1); SUMMARIZE NOTES FROM MILBANK INTERVIEWS (.8); BEGIN REVIEW OF NOTEBOOKS FROM K. KELLER SUMMARIZING DOCUMENTS AND INTERVIEWS (2.3). |
| KELLER KM | 04/14/06 | 2.00 | CONTINUE DOCUMENT PRODUCTION MATTERS (.4); PARTICIPATE IN TELEPHONIC INTERVIEW OF JOE PARADISE (1.6). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 04/17/06 | 1.00 | TELECONFERENCE WITH K. KELLER AND L. APPEL RE: PROGRESS OF INVESTIGATION (.4); REVIEW ISSUES RELATED TO DISTRIBUTION OF REPORT (.6). |
| KELLER KM | 04/17/06 | 0.40 | TELECONFERENCE WITH L. APPEL AND J. BAKER RE: STATUS OF UCC INVESTIGATION (.4). |
| PIROLO I | 04/17/06 | 1.20 | GATHER FOR K. KELLER REVIEW UCC INVESTIGATION PRODUCTION (1.2). |
| BAKER DJ | 04/18/06 | 1.00 | TELECONFERENCE WITH M. BARR RE: STATUS OF INVESTIGATION (.3); REVIEW LETTERS WITH RESPECT TO INVESTIGATION (.4); EMAIL L. APPEL RE: INVESTIGATION ISSUES (.3). |
| PIROLO I | 04/18/06 | 2.50 | ASSEMBLE FOR K. KELLER REVIEW UCC INVESTIGATION PRODUCTION (2.5). |
| KELLER KM | 04/19/06 | 1.00 | WORK ON DOCUMENT PRODUCTION FOR UCC INVESTIGATION (.5); PARTICIPATE IN UCC TELEPHONIC INTERVIEW OF MIKE BYRUM (.2); TELECONFERENCE WITH J. BUHLE AND L. APPEL RE: RELATED ISSUES (.3). |
| PIROLO I | 04/19/06 | 2.20 | ASSEMBLE FOR K. KELLER REVIEW UCC INVESTIGATION PRODUCTION (2.2). |
| BAKER DJ | 04/20/06 | 3.50 | CONTINUE REVIEW OF SUMMARIES OF MILBANK INTERVIEWS (3.3); TELECONFERENCE WITH L. APPEL RE: INVESTIGATION (.2). |
| GRAY RW | 04/20/06 | 0.10 | REVIEW UPDATE MEMO FROM K. KELLER RE: MILBANK INVESTIGATION (.1). |
| KELLER KM | 04/20/06 | 2.30 | CONTINUE DOCUMENT PRODUCTION FOR UCC INTERVIEW (.8); FINALIZE INTERVIEW MEMORANDA FOR MIKE BYRUM, JOE PARADISE, DAN DAVIS, AND J. CASTLE (1.5). |
| PIROLO I | 04/20/06 | 1.00 | ASSEMBLE FOR K. KELLER REVIEW UCC INVESTIGATION PRODUCTION (1.0). |
| KELLER KM | 04/21/06 | 2.50 | WORK ON MEMORANDA FROM UCC INTERVIEWS OF L. APPEL, B. NUSSBAUM, AND TRAVIS STOREY (2.5). |
| KELLER KM | 04/25/06 | 1.20 | WORK ON FOLLOWUP REQUESTS FROM THE UCC COUNSEL RE: THE PENDING INVESTIGATION (1.2). |
| KELLER KM | 04/26/06 | 1.00 | CONTINUE UCC DOCUMENT PRODUCTION (1.0). |
| BAKER DJ | 04/27/06 | 1.90 | CONTINUE REVIEW OF SUMMARIES FROM COMMITTEE INVESTIGATION (1.9). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 04/27/06 | 0.20 | REVIEW AND RESPOND TO MEMO FROM J. CASTLE RE: RETIREE PARTICIPATION IN MILBANK INVESTIGATION (.2). |
| KELLER KM | 04/27/06 | 0.80 | PREPARE INTERVIEW SCHEDULING AND DOCUMENT PRODUCTION ISSUES FOR UCC INVESTIGATION (.8). |
| GRAY RW | 04/28/06 | 0.10 | REVIEW EMAILS FROM J. BAKER, K. KELLER AND J. CASTLE RE: MILBANK INVESTIGATION ISSUES (.1). |
| KELLER KM | 04/28/06 | 1.00 | TELECONFERENCES WITH J. CASTLE AND JOHN MACDONALD RE: LOBSTER INVESTIGATION (.5); REVIEW DOCUMENT PRODUCTION MATTERS (.5). |

**MATTER TOTAL**  <u>91.90</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 05/04/06
Leases (Real Property)                                             Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 04/03/06 | 0.50 | REVIEW EMAILS RELATING TO DEADLINE TO ASSUME OR REJECT AND CURE ISSUES (.5). |
| LAMAINA KA | 04/03/06 | 0.50 | BRIEFLY REVIEW SECTION 365 RE: STRATEGY FOR REORGANIZATION (.5). |
| RAVIN AS | 04/03/06 | 1.70 | REVIEW CORRESPONDENCE FROM T. LEHMAN RE: TERRANOVA OBJECTION TO 365(D)(4) MOTION (.1); DRAFT MEMO TO S. HENRY AND C. JACKSON RE: TERRANOVA OBJECTION, REVIEW CORRESPONDENCE FROM C. JACKSON RE: TERRANOVA OBJECTION, DRAFT FOLLOW UP MEMO TO S. HENRY RE: SAME, REVIEW MEMO FROM S. HENRY RE: SAME (.3); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM K. NIEL RE: LEASE TERMINATION AGREEMENTS, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. FABBRI RE: SAME (.1); ANALYZE VARIOUS ISSUES RE: BUEHLERS INCLUDING DRAFT E-MAIL TO AND REVIEW E-MAIL FROM K. DAW RE: STATUS OF LANGUAGE RE: ESCROWED FUNDS FOR STIPULATION (.2); TELECONFERENCE WITH T. LEHMAN RE: 365(D)(4) OBJECTION (.1); ANALYZE ISSUES RE: INQUIRY FROM COUNSEL TO STORE 725, DRAFT MEMO TO S. HENRY RE: COUNSEL INQUIRY (.1); REVIEW AND REVISE MOTION TO REJECT STORE 997 (.4); DRAFT CORRESPONDENCE TO C. JACKSON RE: STORE 997 REJECTION MOTION (.1); REVIEW LEGAL RESEARCH RE: REJECTION DAMAGES AND GUARANTEES (.2); DRAFT CORRESPONDENCE TO J. KUHNS RE: 365(D)(4) ORDER (.1). |
| HENRY S | 04/04/06 | 0.40 | REVIEW CORRESPONDENCE FROM A. RAVIN RE: 365(D) ISSUES (.4). |

84

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          04/04/06          3.00     REVIEW REVISED BUEHLERS STIPULATION
                                             FROM K. DAW AND RELATED
                                             CORRESPONDENCE, DRAFT CORRESPONDENCE
                                             TO K. DAW RE: BUEHLERS STIPULATION
                                             (.1); REVIEW AND REVISE BUEHLERS
                                             STIPULATION (.3); DRAFT MULTIPLE
                                             CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM J. GRAHAM RE:
                                             BUEHLERS STIPULATION, DRAFT
                                             CORRESPONDENCE TO J. CASTLE RE: SAME
                                             (.2); DRAFT MULTIPLE CORRESPONDENCE
                                             TO AND REVIEW MULTIPLE CORRESPONDENCE
                                             FROM T. LEHMAN RE: STATUS OF
                                             SETTLEMENT RE: 365(D)(4) OBJECTION
                                             (.2); REVIEW MULTIPLE CORRESPONDENCE
                                             FROM AND DRAFT MULTIPLE
                                             CORRESPONDENCE TO J. KUHNS RE:
                                             365(D)(4) OBJECTION, DRAFT MEMO TO S.
                                             HENRY AND C. JACKSON RE: 365(D)(4)
                                             OBJECTION (.2); REVIEW CORRESPONDENCE
                                             FROM C. IBOLD AND S. KAROL RE:
                                             365(D)(4) SETTLEMENTS (.1); ANALYZE
                                             365(D)(4) SETTLEMENTS, REVIEW AND
                                             REVISE PROPOSED ORDER RE: SAME (.3);
                                             DRAFT CORRESPONDENCE TO C. IBOLD RE:
                                             365(D)(4) SETTLEMENTS (.3);
                                             TELECONFERENCE WITH J. MILTON RE:
                                             365(D)(4) SETTLEMENTS (.2); DRAFT
                                             CORRESPONDENCE TO AND REVIEW
                                             CORRESPONDENCE FROM J. MILTON RE:
                                             365(D)(4) SETTLEMENTS (.2); ANALYZE
                                             ISSUES RE: SETTLING OUTSTANDING
                                             OBJECTIONS TO 365(D)(4) MOTION (.4);
                                             DRAFT CORRESPONDENCE TO C. JACKSON
                                             RE: 365(D)(4) SETTLEMENTS (.1);
                                             TELECONFERENCE WITH C. IBOLD AND S.
                                             KAROL RE: 365(D)(4) ISSUES (.2);
                                             TELECONFERENCE WITH L. MCDOWELL RE:
                                             LEASE ISSUE (.1); REVIEW
                                             CORRESPONDENCE FROM L. MCDOWELL RE:
                                             LEASE ISSUE, DRAFT CORRESPONDENCE TO
                                             AND REVIEW CORRESPONDENCE FROM B.
                                             GASTON RE: L. MCDOWELL RE: LEASE
                                             ISSUES (.1).

GRAY RW           04/05/06          1.00     REVIEW AND EDIT MOTION RE: BUBBLE
                                             STORES (.9); REVIEW LETTER FROM RV
                                             MANAGEMENT AND DRAFT MEMO TO C.
                                             JACKSON RE: RV MANAGEMENT (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 04/05/06 | 2.50 | REVIEW FILES RE: LEASE TERMINATION AGREEMENT FOR FRANKFORD DALLAS INCLUDING CONFERENCE WITH J. LEAMY RE: FRANKFORD DALLAS, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.3); TELECONFERENCE WITH B. GASTON RE: LEASE TERMINATION AGREEMENT FOR FRANKFORT DALLAS (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM J. GRAHAM RE: BUEHLERS EXTENSION OF OBJECTION DEADLINE (.1); TELECONFERENCE WITH E. ASHTON RE: KIRKLAND ADMIN CLAIMS (.3); ANALYZE KIRKLAND ADMINISTRATIVE CLAIMS (.2); REVIEW AND REVISE ADMIN CLAIM APPLICATION CHART/STATUS (.5); REVIEW GUARANTEE DOCUMENTS AND BROOKSHIRE DOCUMENTS IN PREPARATION FOR CALL WITH B. GASTON (.2); TELECONFERENCE WITH B. GASTON RE: GUARANTEE ISSUES (.3); REVIEW AND REVISE MOTION TO COMPEL HONORING OF OBLIGATIONS RE: STORE 1335 AND RELATED PLEADINGS, REVIEW UNDERLYING DOCUMENTS RE: STORE 1335 (.4); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: LEASE TERMINATION AGREEMENT REJECTION MOTION (.1). |
| --- | --- | --- | --- |
| RAVIN AS | 04/06/06 | 2.20 | TELECONFERENCE WITH C. JACKSON RE: 365(D)4 ORDER, DRAFT CORRESPONDENCE TO C. JACKSON RE: 365(D)(4) ORDER (.1); DRAFT 1335 MOTION RE: RIGHT OF FIRST REFUSAL AND RELATED PLEADINGS, REVIEW UNDERLYING DOCUMENTS RE: RIGHT OF FIRST REFUSAL (1.9); REVIEW CORRESPONDENCE FROM B. GASTON AND UNDERLYING DOCUMENTS RE: STORE 893 (.2). |
| RAVIN AS | 04/07/06 | 2.10 | DRAFT MULTIPLE CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS STIPULATION STATUS (.2); DRAFT CORRESPONDENCE TO J. KUHNS RE: 365(D)(4) ORDER, REVIEW CORRESPONDENCE FROM J. KUHNS RE: 365(D)(4) ORDER, DRAFT CORRESPONDENCE TO T. LEHMAN RE: SAME (.1); DRAFT MEMOS TO S. BROWN RE: SERVICE ISSUES RELATED TO 365(D)(4) ORDER (.1); TELECONFERENCE WITH J. GRAHAM RE: BUEHLERS STIPULATION (.2); ANALYZE UNDERLYING DOCUMENTS RE: ADMIN CLAIM AMOUNTS RE: BUEHLERS (.3); REVIEW AND REVISE BUEHLERS STIPULATION (.3); DRAFT MULTIPLE CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS STIPULATION (.2); DRAFT CORRESPONDENCE TO J. CASTLE AND C. IBOLD RE: BUEHLERS STIPULATION (.5); ANALYZE ISSUES RE: BUEHLERS STIPULATION (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          04/08/06          0.20    REVIEW CORRESPONDENCE FROM J. CASTLE
                                            RE: BUEHLERS, REVIEW CORRESPONDENCE
                                            FROM J. GRAHAM RE: SAME, DRAFT
                                            CORRESPONDENCE TO J. GRAHAM RE: SAME
                                            (.2).

RAVIN AS          04/09/06          0.80    REVIEW UNDERLYING DOCUMENTS RE:
                                            BUEHLERS 502(B)(6) CLAIMS AND ADMIN
                                            CLAIMS, DRAFT CORRESPONDENCE TO J.
                                            GRAHAM RE: SAME (.8).

KALOUDIS D        04/10/06          0.30    READ E-MAIL CORRESPONDENCE FROM
                                            BUEHLER'S COUNSEL RE: BEUHLER (.3).

RAVIN AS          04/10/06          6.30    REVIEW CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO M. CHLEBOVEC RE:
                                            CLAIMS ARISING UNDER BUEHLERS LEASES,
                                            TELECONFERENCE (VM) WITH M. CHELBOVEC
                                            RE: SAME (.1); DRAFT CORRESPONDENCE
                                            TO C. JACKSON RE: OMNIBUS ASSUMPTION
                                            MOTION STATUS (.1); REVIEW NOTICES OF
                                            CONFIRMATION OF PLAN AND NOTICES OF
                                            CONTRACT REJECTIONS RECEIVED IN
                                            BUEHLERS (.1); TELECONFERENCE WITH J.
                                            GRAHAM RE: BUEHLERS STIPULATION RE:
                                            LEASE CLAIMS (.1); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO J. GRAHAM RE:
                                            BUEHLERS STIPULATION (.1); REVIEW AND
                                            REVISE MOTION TO COMPEL LANDLORD TO
                                            HONOR OBLIGATIONS UNDER STORE 1335
                                            LEASE, CORRESPONDING NOTICE AND
                                            CORRESPONDING PROPOSED FORM OF ORDER
                                            (2.0); REVIEW STORE 1335 LEASE AND
                                            RELATED DOCUMENTS IN CONNECTION WITH
                                            MOTION TO COMPEL (.3); DRAFT
                                            REJECTION MOTION RE: GUARANTEE
                                            AGREEMENTS, CORRESPONDING NOTICE AND
                                            PROPOSED FORM OF ORDER (1.7); REVIEW
                                            UNDERLYING CORRESPONDENCE RE:
                                            BROOKSHIRES GUARANTEE INQUIRY (.1);
                                            TELECONFERENCE WITH B. GASTON RE:
                                            BROOKSHIRES GUARANTEE (.4); REVIEW
                                            GUARANTEE CLAIM CHART RE: BROOKSHIRES
                                            (.2);  TELECONFERENCE WITH B. GASTON
                                            RE: BROOKSHIRES (.1); REVIEW LEASE
                                            ASSIGNMENT RE: STORE 2435 (.1);
                                            REVIEW CORRESPONDENCE FROM J. SOLOMON
                                            RE: STORE 977 (.1); REVIEW AND REVISE
                                            BUEHLERS STIPULATION (.2); FINALIZE
                                            BUEHLERS CLAIMS STIPULATION FOR
                                            FILING (.3); DRAFT MULTIPLE
                                            CORRESPONDENCE TO AND REVIEW MULTIPLE
                                            CORRESPONDENCE FROM J. GRAHAM RE:
                                            BUEHLERS STIPULATION (.2); REVIEW
                                            ORDER PARTIALLY RESOLVING DEBTORS'
                                            FIRST OMNIBUS OBJECTION TO CLAIMS,
                                            DRAFT MEMO TO AND REVIEW MEMO FROM D.
                                            KALOUDIS RE: SAME (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          04/11/06          4.90   DRAFT CORRESPONDENCE TO D. YOUNG RE:
                                           BUEHLERS STIPULATION (.2);
                                           TELECONFERENCE WITH B. GASTON RE:
                                           LEASE GUARANTEE CLAIMS (.3); DRAFT
                                           MEMO TO S. BROWN RE: STATUS OF
                                           SUPPLEMENTAL CERTIFICATES OF SERVICE,
                                           REVIEW AND REVISE SUPPLEMENTAL
                                           CERTIFICATE OF SERVICE FOR WESTFORK
                                           COMMODORE 365(D)(4) ORDER (.1);
                                           REVIEW AND REVISE MOTION TO COMPEL
                                           ENFORCEMENT OF RIGHT OF FIRST REFUSAL
                                           RE: STORE 1335 LEASE (1.8);
                                           TELECONFERENCE WITH B. GASTON RE:
                                           STORE 1335 MOTION TO COMPEL (.2);
                                           TELECONFERENCE WITH K. DAW RE: STORE
                                           1335 MOTION TO COMPEL (.1); REVIEW
                                           CORRESPONDENCE FROM K. DAW RE: STORE
                                           1335 MOTION TO COMPEL AND REVIEW
                                           CORRESPONDENCE RE: UNDERLYING
                                           NOTIFICATION TO LANDLORD FOR STORE
                                           1335 RE: TERMINATION OF LEASE (.1);
                                           REVIEW GUARANTEE CLAIMS SPREADSHEET
                                           RECEIVED FROM B. GASTON (.2); REVIEW
                                           CORRESPONDENCE FROM B. GASTON RE:
                                           GUARANTEE CLAIMS, REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO J. FABBRI RE: SAME
                                           (.1); REVIEW LEASES, ASSIGNMENTS AND
                                           GUARANTEES RE: SEVERAL STORES ON
                                           GUARANTEED STORES LIST (.6);
                                           TELECONFERENCE WITH C. JACKSON RE:
                                           POTENTIAL OBJECTION TO LEASE
                                           TERMINATION AGREEMENT MOTION, DRAFT
                                           CORRESPONDENCE TO C. JACKSON RE: SAME
                                           (.1); REVIEW LEASE TERMINATION
                                           AGREEMENT MOTION (.1); TELECONFERENCE
                                           WITH J. CURE RE: LEASE TERMINATION
                                           MOTION (.1); DRAFT MOTION FOR
                                           ALLOWANCE OF ADMINISTRATIVE CLAIMS IN
                                           BUEHLERS (.9).

RAVIN AS          04/12/06          3.20   REVIEW CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO M. COMERFORD RE:
                                           STORE 377, DRAFT CORRESPONDENCE TO
                                           AND REVIEW CORRESPONDENCE FROM K. DAW
                                           RE: SAME, REVIEW RESPONSE TO
                                           LANDLORD'S CORRESPONDENCE RE: STORE
                                           377, DRAFT MEMO TO R. GRAY RE: SAME
                                           (.2); REVIEW AND REVISE MOTION TO
                                           COMPEL RE: STORE 1335 (.7); DRAFT
                                           MEMO TO S. HENRY AND C. JACKSON RE:
                                           MOTION TO COMPEL RE: STORE 1335 (.1);
                                           REVIEW AND REVISE MOTION RE: BUEHLERS
                                           ADMIN CLAIMS (1.5); REVIEW
                                           CORRESPONDENCE FROM J. KUHNS RE:
                                           STORE SALE HEARING AND OBJECTION
                                           DEADLINE (.1); REVIEW GUARANTEE
                                           AGREEMENTS AND UNDERLYING LEASES AND
                                           ASSIGNMENT AGREEMENTS IN CONNECTION
                                           WITH ANALYSIS OF LEASE GUARANTEE
                                           ISSUE (.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/13/06 | 0.10 | TELECONFERENCE WITH C. JACKSON AND M. CHLEBOVEC RE: ORDINARY COURSE LEASE ISSUE (.1). |
| RAVIN AS | 04/13/06 | 1.10 | DRAFT MEMO TO R. GRAY RE: PREPETITION LEASE GUARANTEES AND STRATEGY WITH ADDRESSING SAME (.2); TELECONFERENCE WITH C. JACKSON RE: GUARANTEES RE: POSTPETITION LEASE ASSIGNMENTS (.1); REVIEW ASSIGNMENT AGREEMENT FOR STORE 2435 (.2); ANALYZE ISSUES RE: ASSIGNMENT AGREEMENT (.1); DRAFT MEMO TO R. GRAY RE: ASSIGNMENT AGREEMENT (.2); DRAFT CORRESPONDENCE TO C. JACKSON RE: QUESTION RE: GUARANTEES RE: POSTPETITION ASSIGNMENTS, TELECONFERENCE (VM) WITH C. JACKSON RE: SAME (.1); TELECONFERENCE WITH B. GASTON RE: TREATMENT OF SECURITY DEPOSITS UNDER LEASES (.2). |
| HENRY S | 04/14/06 | 0.70 | REVIEW ISSUES RE: STORE 1335 MOTION TO COMPEL AS SET FORTH IN MEMOS (.7). |
| RAVIN AS | 04/14/06 | 1.70 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: LEASE GUARANTEE QUESTION RELATED TO POSTPETITION ASSIGNMENTS (.1); LEGAL RESEARCH RE: ISSUE OF PROPER CHARACTERIZATION OF SECURITY DEPOSITS UNDER LEASES (.7); LEGAL RESEARCH RE: GUARANTEE STATUS FOLLOWING REJECTION OF UNDERLYING LEASE (.3); REVIEW AND REVISE BUEHLERS MOTION RE: ADMIN CLAIMS (.2); DRAFT MEMO TO S. HENRY RE: BUEHLERS ADMINISTRATIVE CLAIMS (.1); DRAFT MEMO TO S. HENRY RE: STORE 1335 MOTION TO COMPEL (.1); DRAFT MEMO TO D. KALOUDIS RE: BUEHLERS SUBLEASES (.1); REVIEW CORRESPONDENCE FROM K. SPECIE RE: WITHDRAWAL OF THE MOTION TO COMPEL PAYMENT OF RENT, REVIEW NOTICE OF WITHDRAWAL RE: SAME (.1). |
| KALOUDIS D | 04/17/06 | 0.30 | RESEARCH LEASES FOR STORES 1618, 1621, AND 1645 (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          04/17/06          5.50   DRAFT CORRESPONDENCE TO C. JACKSON
                                            RE: MOTION SEEKING TO COMPEL STORE
                                            1335 LANDLORD TO HONOR DEBTORS' RIGHT
                                            OF FIRST REFUSAL, DRAFT
                                            CORRESPONDENCE TO C. IBOLD RE: SAME
                                            (.2); REVIEW AND REVISE STORE 1335
                                            MOTION AND PROPOSED ORDER RE: ISSUES
                                            RELATED TO 365(D)(4) OBJECTIONS
                                            (1.8); DRAFT MEMO TO S. HENRY AND C.
                                            JACKSON RE: STORE 1335 RIGHT OF FIRST
                                            REFUSAL (.2); DRAFT CORRESPONDENCE TO
                                            M. BARR AND J. MILTON RE: STORE 1335
                                            MOTION (.1); REVIEW CLAIMS OBJECTION
                                            FILED BY RHODES (.1); REVIEW PRIOR
                                            CORRESPONDENCE, PLEADINGS, PLAN OF
                                            REORGANIZATION AND PROOF OF CLAIM IN
                                            CONNECTION WITH ANALYSIS OF CLAIMS
                                            OBJECTION FILED BY RHODES (.8);
                                            TELECONFERENCE WITH R. WILLIAMSON RE:
                                            OBJECTION TO PROOF OF CLAIM (.1);
                                            TELECONFERENCE WITH J. MILTON RE:
                                            STORE 1335 MOTION (.2); REVIEW
                                            CORRESPONDENCE FROM J. MILTON RE:
                                            STORE 1335 MOTION (.1); REVIEW
                                            CORRESPONDENCE FROM C. JACKSON RE:
                                            COMMENTS TO ASSUMPTION MOTION RE:
                                            STORE 1335, DRAFT CORRESPONDENCE TO
                                            C. JACKSON RE: SAME (.3); REVIEW AND
                                            REVISE STORE 1335 MOTION RE: COMMENTS
                                            FROM C. JACKSON (1.6).

TURETSKY DM       04/17/06          1.30   REVIEW AND COMMENT RE: MOTION TO
                                            ENFORCE RIGHT OF FIRST REFUSAL (.5);
                                            RESEARCH RE: ISSUES CONCERNING
                                            ENFORCEABILITY OF RIGHT OF FIRST
                                            REFUSAL (.8).

GRAY RW           04/18/06          2.50   REVIEW RIGHT OF FIRST REFUSAL MOTION
                                            (.3); TELECONFERENCE WITH A. RAVIN
                                            RE: COMMENTS ON MOTION (.1); REVIEW
                                            CONTINGENT GUARANTEE ISSUES AND
                                            UNDERLYING LEASE/GUARANTEE DOCUMENTS
                                            (.7); DRAFT MEMO TO A. RAVIN RE:
                                            GUARANTEE ISSUES (.1); REVIEW LEASE
                                            ASSIGNMENT ISSUES AND UNDERLYING
                                            LEASE ASSIGNMENT FOR STORE 2435 (.3);
                                            DRAFT MEMO TO A. RAVIN RE: LEASE
                                            ASSIGNMENT ISSUES (.1);
                                            TELECONFERENCE WITH A. RAVIN RE:
                                            ISSUES ON LEASE
                                            ASSUMPTION/RESERVATION OF RIGHTS
                                            (.1); REVIEW AND EDIT REVISED VERSION
                                            OF RIGHT OF FIRST REFUSAL MOTION AND
                                            ORDER (.7); TELECONFERENCE WITH A.
                                            RAVIN RE: COMMENTS ON REVISED MOTION
                                            (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 04/18/06 | 6.40 | REVIEW MULTIPLE CORRESPONDENCE FROM K. DAW RE: COMMENTS TO STORE 1335 ASSUMPTION MOTION, DRAFT MULTIPLE CORRESPONDENCE TO R. GRAY RE: STORE 1335 ASSUMPTION MOTION, REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME, REVIEW CORRESPONDENCE FROM M. CHLEBOVEC RE: SAME, REVIEW CORRESPONDENCE FROM C. IBOLD RE: SAME, DRAFT CORRESPONDENCE TO C. IBOLD RE: SAME (.2); REVIEW AND REVISE STORE 1335 ASSUMPTION MOTION BASED UPON COMMENTS RECEIVED FROM K. DAW, B. GASTON AND M. CHLEBOVEC (.2); REVIEW AND ANALYZE MEMOS FROM R. GRAY RE: CONTINGENT LEASE GUARANTEES AND STORE 2435 GUARANTEE (.1); REVIEW ASSIGNMENT AGREEMENTS CONNECTED TO GUARANTEES (.2); CONFERENCE WITH R. GRAY RE: ASSIGNMENT GUARANTEES (.1); TELECONFERENCE (VM) WITH B. GASTON RE: ASSIGNMENTS AND GUARANTEES (.1); REVIEW ASSUMPTION AND ASSIGNMENT ORDERS RE: GUARANTEES AND RELEASES OF LIABILITY (.3); MULTIPLE CONFERENCES WITH R. GRAY RE: COMMENTS TO STORE 1335 ASSUMPTION MOTION (.3); TELECONFERENCE WITH S. BUSEY AND C. JACKSON RE: STORES 488 AND 2298 (.3); REVIEW AND REVISE STORE 1335 ASSUMPTION MOTION, CORRESPONDING PROPOSED FORM OF ORDER AND NOTICE OF HEARING (3.9); TELECONFERENCE WITH D. BOWDEN RE: LEASE TERMINATION MOTION (.3); REVIEW WESTFORK'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (.1); TELECONFERENCE WITH R. WILLIAMSON RE: RHODES (.1); REVIEW AND REVISE ADMIN CLAIM APPLICATION CHART (.2). |
| HENRY S | 04/19/06 | 0.40 | REVIEW SEVERAL EMAILS RELATING TO TIME TO ASSUME OR REJECT (.4). |
| GRAY RW | 04/19/06 | 1.10 | REVIEW AND EDIT FURTHER REVISED MOTION AND ORDER RE: RIGHT OF FIRST REFUSAL (.2); REVIEW AND EDIT C. JACKSON DRAFT OF LEASE ASSUMPTION MOTION (.3); CONFERENCE WITH A. RAVIN RE: ASSUMPTION MOTION AND RE: RECONCILING WITH RIGHT OF FIRST REFUSAL MOTION (.1); TELECONFERENCE WITH S. BUSEY, C. JACKSON, J. POST AND A. RAVIN RE: LEASE ASSUMPTION ISSUES (.3); FINAL REVIEW AND COMMENT ON RIGHT OF FIRST REFUSAL MOTION (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          04/19/06          8.30   REVIEW ADDITIONAL COMMENTS FROM R.
                                           GRAY RE: STORE 1335 ASSUMPTION MOTION
                                           (.2); CONFERENCE WITH R. GRAY RE:
                                           STORE 1335 ASSUMPTION MOTION, DRAFT
                                           MEMO TO SAME RE: SAME (.1); REVIEW
                                           AND REVISE MOTION AND PROPOSED ORDER
                                           RE: STORE 1335 ASSUMPTION MOTION AND
                                           RE: COMMENTS TO MOTION RECEIVED FROM
                                           C. JACKSON (.7); REVIEW AND REVISE
                                           PROPOSED ORDER RE: COMMENTS RAISED BY
                                           COMMITTEE TO STORE 1335 ASSUMPTION
                                           MOTION (.1); TELECONFERENCE WITH C.
                                           JACKSON RE: LEASE TERMINATION
                                           AGREEMENTS AND PENDING MOTION RE:
                                           STORE 1335 ASSUMPTION MOTION (.1);
                                           DRAFT CORRESPONDENCE TO C. JACKSON
                                           RE: REVISED STORE 1335 ASSUMPTION
                                           MOTION (.1); TELECONFERENCE WITH D.
                                           MITCHELL RE: LEASES FOR STORES 488 &
                                           2298 (.1); DRAFT CORRESPONDENCE TO C.
                                           IBOLD AND C. JACKSON RE: LEASES FOR
                                           STORES 488 & 2298 (.2); CONFERENCE
                                           WITH R. GRAY RE: LEASES FOR STORES
                                           488 & 2298 (.1); DRAFT CORRESPONDENCE
                                           TO AND REVIEW CORRESPONDENCE FROM J.
                                           CASTLE RE: RHODES CLAIM OBJECTION
                                           (.3); REVIEW UNDERLYING PLEADINGS
                                           (INCLUDING PLAN AND DISCLOSURE
                                           STATEMENT) RE: RHODES CLAIM OBJECTION
                                           (.2); MULTIPLE TELECONFERENCES WITH
                                           C. JACKSON RE: STORE 2298 AND RE:
                                           ISSUES RELATED TO ASSUMPTION MOTION
                                           FOR EXHIBIT B LEASES (.3); DRAFT MEMO
                                           TO R. GRAY RE: SALE ORDERS AND IMPACT
                                           UPON LEASE GUARANTEES (.2); REVIEW
                                           SALE ORDERS AND CODE SECTION 365(K)
                                           (.4); REVIEW CORRESPONDENCE FROM C.
                                           IBOLD RE: STORES 2298, 488, 1335 AND
                                           1419, DRAFT MEMO TO S. HENRY AND R.
                                           GRAY RE: SAME (.3); REVIEW MEMO FROM
                                           R. GRAY RE: STORES 488 AND 2298,
                                           DRAFT CORRESPONDENCE TO C. IBOLD RE:
                                           SAME (.1); ANALYZE QUESTIONS RAISED
                                           BY CORRESPONDENCE RELATED TO STORES
                                           488, 1335 AND 1419, TELECONFERENCE
                                           (VM) WITH C. JACKSON RE: SAME (.1);
                                           DRAFT CORRESPONDENCE TO C. IBOLD RE:
                                           ISSUES RELATED TO REVISED STORE 1335
                                           MOTION (.3); DRAFT CORRESPONDENCE TO
                                           J. MILTON RE: STORE 1335 MOTION (.1);
                                           TELECONFERENCE WITH C. JACKSON RE:
                                           STORE 1335 MOTION (.2); REVIEW STORE
                                           1335 MOTION IN CONNECTION WITH
                                           QUESTIONS/COMMENTS RAISED BY C.
                                           JACKSON (.2); REVIEW CORRESPONDENCE
                                           FROM AND DRAFT CORRESPONDENCE TO C.
                                           IBOLD RE: STORES 488 AND 2419 (.1);
                                           REVIEW OMNIBUS ASSUMPTION MOTION
                                           RECEIVED FROM C. JACKSON (.3);

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

<table>
<tr>
<td></td>
<td></td>
<td></td>
<td>TELECONFERENCE WITH C. JACKSON RE:<br>OMNIBUS ASSUMPTION MOTION (.2);<br>REVIEW AND REVISE STORE 1335<br>ASSUMPTION MOTION (1.0); DRAFT MEMO<br>TO R. GRAY RE: STORE 1335 ASSUMPTION<br>MOTION (.1); TELECONFERENCE WITH S.<br>BUSEY, C. JACKSON, J. POST AND R.<br>GRAY RE: STORE 1335 MOTION (.3);<br>REVIEW AND REVISE STORE 1335 MOTION<br>AND PROPOSED ORDER (1.7); DRAFT<br>CORRESPONDENCE TO C. JACKSON RE:<br>STORE 1335 ASSUMPTION MOTION (.2).</td>
</tr>
<tr>
<td>GRAY RW</td>
<td>04/20/06</td>
<td>0.60</td>
<td>REVIEW AND EDIT MOTION, ORDER AND<br>NOTICE TO REJECT STORE 1419 (.4);<br>REVIEW AND RESPOND TO EMAILS RE:<br>ISSUES RAISED BY COUNSEL TO LANDLORD<br>FOR RIGHT OF FIRST REFUSAL LEASE<br>(.1); CONFER WITH A. RAVIN RE:<br>BRIEFING CLIENT ON ISSUES RELATING TO<br>LEASE ASSUMPTION STRATEGY (.1).</td>
</tr>
</table>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS             04/20/06        6.10   REVIEW CORRESPONDENCE FROM  K. DAW
                                            RE: COMMENTS TO STORE 1335 ASSUMPTION
                                            MOTION, DRAFT CORRESPONDENCE TO K.
                                            DAW RE: SAME, TELECONFERENCE (VM)
                                            WITH SAME RE: SAME (.1); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO J. CASTLE RE: STORE
                                            1335 ASSUMPTION MOTION, REVIEW MEMO
                                            FROM R. GRAY RE: SAME (.1); REVIEW
                                            AND REVISE STORE 1335 ASSUMPTION
                                            MOTION BASED UPON COMMENTS RECEIVED
                                            FROM R. GRAY AND K. DAW (.3); DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.2); REVIEW CORRESPONDENCE FROM M.
                                            CHLEBOVEC RE: LEASES FOR STORES 2298
                                            AND 488 AND DRAFT CORRESPONDENCE M.
                                            CHELBOVEC RE: SAME (.1);
                                            TELECONFERENCE  WITH D. MITCHELL RE:
                                            LEASES FOR STORES 2298 AND 488 (.1);
                                            TELECONFERENCE WITH J. MILTON RE:
                                            STORE 1335 ASSUMPTION MOTION (.2);
                                            REVIEW CORRESPONDENCE FROM J. MILTON
                                            RE: RENEWAL TERM ELECTIONS FOR STORE
                                            1335 LEASE, DRAFT CORRESPONDENCE TO
                                            AND REVIEW CORRESPONDENCE FROM K. DAW
                                            RE: RENEWAL TERM ELECTIONS (.2);
                                            ANALYZE LEASE FOR STORE 1335 RE:
                                            RENEWAL TERM ELECTION (.2); DRAFT
                                            REJECTION MOTION AND RELATED
                                            PLEADINGS FOR STORE 1419 (2.2);
                                            TELECONFERENCE WITH M. CHLEBOVEC RE:
                                            STORE 1419 REJECTION MOTION, DRAFT
                                            MULTIPLE CORRESPONDENCE TO M.
                                            CHELBOVEC RE: REJECTION MOTION AND
                                            REVIEW CORRESPONDENCE FROM SAME RE:
                                            REJECTION MOTION (.3); REVIEW LEASE
                                            FOR STORE 1419 IN CONNECTION WITH
                                            REJECTION MOTION (.2); REVIEW
                                            OBJECTION TO 365(D)(4) MOTION FILED
                                            BY LANDLORD FOR STORE 1419 (.2);
                                            CONFERENCE WITH R. GRAY RE: COMMENTS
                                            TO STORE 1419 REJECTION MOTION (.1);
                                            REVIEW MEMO FROM R. GRAY RE: COMMENTS
                                            TO STORE 1419 REJECTION MOTION AND
                                            REVISE MOTION RE: STORE 1335
                                            ASSUMPTION MOTION (.2); REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO J. JAMES RE: STORE
                                            1419 REJECTION MOTION, DRAFT
                                            CORRESPONDENCE TO M. CHLEBOVEC RE:
                                            SAME (.2); DRAFT CORRESPONDENCE TO J.
                                            MILTON RE: STORE 1419 REJECTION
                                            MOTION (.1); REVIEW AND REVISE STORE
                                            488 ASSUMPTION MOTION, REVIEW
                                            CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE: SAME
                                            (.2);

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

|  |  |  | REVIEW MULTIPLE CORRESPONDENCE FROM D. THERIOT RE: STORE 1335 LEASE MOTION STATUS, DRAFT CORRESPONDENCE TO D. THERIOT RE: STORE 1335 LEASE MOTION, DRAFT MULTIPLE MEMOS TO R. GRAY RE: SAME (.1); DRAFT CORRESPONDENCE TO J. CASTLE AND C. IBOLD RE: STORE 1335 ASSUMPTION MOTION (.2); REVIEW CORRESPONDENCE FROM C. IBOLD RE: STORE 1335 ASSUMPTION MOTION, REVIEW CORRESPONDENCE FROM K. DAW RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. MILTON RE: COMMENT TO STORE 1419 REJECTION MOTION, DRAFT CORRESPONDENCE TO M. CHLEBOVEC RE: SAME (.1); TELECONFERENCE WITH J. MILTON RE: STORE 1419 REJECTION MOTION (.2); DRAFT CORRESPONDENCE TO J. MILTON RE: STORE 1419 REJECTION MOTION (.1); REVIEW PROPOSED ORDER RE: STORE 488 (.1). |
| GRAY RW | 04/21/06 | 0.60 | REVIEW LETTER FROM LANDLORD COUNSEL RE: CURE ISSUE AND DRAFT MEMO TO C. JACKSON AND A. RAVIN RE: SAME (.1); REVIEW AND COMMENT ON PROPOSED EMAIL TO COMPANY RE: LEASE ASSUMPTION RISKS (.2); DRAFT MEMO TO S. BUSEY AND C. JACKSON RE: PROPOSED EMAIL TO COMPANY (.2); REVIEW AND COMMENT ON C. JACKSON MOTION TO ASSUME AND ASSIGN TO FOOD LION (.1). |
| RAVIN AS | 04/21/06 | 1.80 | DRAFT LENGTHY CORRESPONDENCE TO J. CASTLE AND C. IBOLD RE: OMNIBUS ASSUMPTION MOTION (.8); REVIEW MEMOS FROM AND DRAFT MEMOS TO R. GRAY RE: OMNIBUS ASSUMPTION MOTION (.2); REVIEW MEMOS FROM AND DRAFT MEMOS TO D. J. BAKER RE: INQUIRY FROM LANDLORD RE: STATUS OF JACKSONVILLE FLORIDA STORE (.1); ANALYZE STORE LIST RE: JACKSONVILLE FLORIDA STORE INQUIRY (.1); DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND B. GASTON RE: JACKSONVILLE STORE INQUIRY (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM R. BROWN RE: JACKSONVILLE STORE INUIRY (.1); REVIEW BENDERSON OBJECTION TO CURE AMOUNT (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: GUARANTEES REFERENCED IN SALE AGREEMENTS, REVIEW CORRESPONDENCE FROM C. JACKSON RE: LEASE CURE AMOUNTS (.1); REVIEW CORRESPONDENCE FROM B. BOWIN RE: WOOLBRIGHT LEASE TERMINATION AGREEMENT, DRAFT MEMO TO AND REVIEW MEMO FROM J. LEAMY RE: WOOLBRIGHT LEASE TERMINATION (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 04/22/06 | 0.30 | REVIEW FILES RE: WOOLBRIGHT LEASE TERMINATION AGREEMENT (.2); DRAFT CORRESPONDENCE TO B. BOWIN RE: WOOLBRIGHT LEASE TERMINATION AGREEMENT, DRAFT MEMO TO J. LEAMY RE: SAME (.1). |
| RAVIN AS | 04/24/06 | 0.20 | DRAFT MEMO TO S. BROWN RE: SERVICE OF LEASE TERMINATION AGREEMENT ORDER (.1); REVIEW CORRESPONDENCE FROM C. JACKSON AND J. KUHNS RE: WINN-DIXIE CURE QUESTION RE: MERRITT ISLAND (.1). |
| RAVIN AS | 04/25/06 | 0.20 | CONFERENCE WITH S. BROWN RE: SERVICE OF LEASE TERMINATION ORDER (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. WANDER RE: STATUS OF OMNIBUS ASSUMPTION MOTIONS (.1). |
| GRAY RW | 04/26/06 | 0.30 | REVIEW CURE OBJECTIONS (.2); DRAFT MEMO TO C. JACKSON RE: BASES FOR OBJECTIONS (.1). |
| GRAY RW | 04/27/06 | 0.50 | TELECONFERENCE WITH K. LOGAN RE: REJECTION DAMAGE CLAIM ISSUES (.1); DRAFT MEMO TO S. HENRY AND A. RAVIN RE: REJECTION DAMAGE ISSUES (.2); REVIEW AND RESPOND TO EMAIL FROM J. CASTLE RE: TELECONFERENCE ON REJECTION DAMAGE ISSUE (.1); REVIEW MEMOS FROM B. GASTON ET AL. RE: CALCULATION OF CURE AMOUNTS AND DRAFT MEMO TO A. RAVIN AND C. JACKSON RE: SAME (.1). |
| RAVIN AS | 04/27/06 | 0.30 | DRAFT CORRESPONDENCE TO B. GASTON AND M. CHLEBOVEC RE: CURE AMOUNTS FOR STORE 1335 (.1); REVIEW CORRESPONDENCE FROM B. GASTON AND K. DAW RE: STORE 1335 CURE AMOUNT (.1); REVIEW CORRESPONDENCE FROM J. MILTON RE: STATUS OF STORE 488 MOTION, REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.1). |
| HENRY S | 04/28/06 | 0.10 | CONFER WITH R. GRAY RE: REJECTION CLAIMS (.1). |
| GRAY RW | 04/28/06 | 0.10 | TELECONFERENCE WITH S. HENRY RE: REJECTION DAMAGE CLAIM ISSUES (.1). |
| RAVIN AS | 04/28/06 | 0.20 | REVIEW CORRESPONDENCE FROM S. HENRY AND R. GRAY RE: MITIGATION AND 502(B)(6) CAP (.1); REVIEW VARIOUS PLEADINGS FILED IN BUEHLERS INCLUDING PRO HAC VICE ORDER (.1). |
| RAVIN AS | 04/29/06 | 0.10 | DRAFT MEMO TO S. HENRY RE: STATUS OF BUEHLERS ADMIN CLAIM MOTION (.1). |

**MATTER TOTAL**             <u>70.40</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 05/04/06
Nonworking Travel Time[1]                                          Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 04/24/06 | 3.60 | TRAVEL FROM OFFICE TO HOTEL IN JACKSONVILLE FLORIDA FOR INTERVIEWS WITH COMPANY REPRESENTATIVES AS REQUESTED BY THE AD HOC VENDOR COMMITTEE (PLANE DELAYS) (6.2). |
| HENRY S | 04/26/06 | 2.70 | FLIGHT BACK FROM JACKSONVILLE FOLLOWING INTERVIEWS REQUESTED BY COMMITTEE OF TRADERS WITH VENDOR CLAIMS (EXTENSIVE DELAYS FROM PLANE MALFUNCTION AND WEATHER) (5.4). |
| **MATTER TOTAL** | | **6.30** | |

---

[1]    Hours billed represent 50% of hours actually spent traveling.

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Regulatory and SEC Matters                                      Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 04/20/06 | 0.30 | REVIEW 10-Q DISCLOSURE ON EQUITY COMMITTEE (.1); EXCHANGE EMAILS WITH J. CASTLE AND L. APPEL RE: DISCLOSURE AND DRAFT FOLLOWUP MEMO TO R. BARUSCH RE: SAME (.2). |
| GRAY RW | 04/26/06 | 0.20 | REVIEW FORWARD LOOKING STATEMENT (.2). |
| **MATTER TOTAL** | | **0.50** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Reorganization Plan / Plan Sponsors                             Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 04/01/06 | 0.10 | REVIEW MESSAGE FROM H. ETLIN RE: SCHEDULING MEETING WITH AD HOC VENDORS' COMMITTEE (.1). |
| BARUSCH RC | 04/03/06 | 3.40 | BEGIN REVIEW OF CORPORATE COMMENTS RE: PLAN OF REORGANIZATION (3.4). |
| HENRY S | 04/03/06 | 0.10 | REVIEW FOLLOW UP MESSAGE FROM H. ETLIN RE: SCHEDULING MEETING WITH AD HOC VENDOR COMMITTEE; REVIEW MESSAGE FROM K. SAMBUR RE: SCHEDULING MEETING WITH AD HOC VENDOR COMMITTEE (.1). |
| GRAY RW | 04/03/06 | 2.50 | REVIEW/ANALYZE DEBTOR RECLASS ISSUES IN CONTEXT OF SUBSTANTIVE CONSOLIDATION (2.4); REVIEW AND RESPOND TO MEMO FROM R. BARUSCH RE: CORPORATE RELATED PLAN ISSUES (.1). |
| RAVIN AS | 04/03/06 | 0.10 | REVIEW MEMOS FROM R. GRAY AND R. BARUSCH RE: PLAN ISSUES (.1). |
| SAMBUR K | 04/03/06 | 8.60 | CONTINUE TO RESEARCH CASE LAW FOR REQUIREMENTS FOR PLAN SETTLEMENT (8.6). |
| BAKER DJ | 04/04/06 | 0.40 | TELECONFERENCE WITH F. HUFFARD WITH RESPECT TO AD HOC VENDOR COMMITTEE (.4). |
| BARUSCH RC | 04/04/06 | 2.60 | FURTHER REVIEW OF PLAN OF REORGANIZATION (2.6). |
| HENRY S | 04/04/06 | 5.20 | REVIEW MEMO FROM K. SAMBUR TO H. ETLIN RE: AD HOC COMMITTEE REPRESENTATIVE (.1); REVIEW MEMORANDUM AND CASES CITED IN MEMORANDUM CONCERNING THE ELIMINATION OF INTER-CO GUARANTEES IN CONSOLIDATED ESTATES (3.4); REVIEW EMAIL FROM H. ETLIN RE: MEETING WITH AD HOC VENDOR COMMITTEE AND EMAIL FROM K. SAMBUR TO H. ETLIN RE: MEETING, ALSO REVIEW RESPONSE FROM H. ETLIN TO K. SAMBUR (.1); PREPARE FOR MEETING (1.5); REVIEW MEMO DETAILED TO MEMORANDUM ON CONTESTED SETTLEMENTS (.1). |
| GRAY RW | 04/04/06 | 0.10 | DRAFT MEMO TO L. STRINGER TO COORDINATE TELECONFERENCE ON PLAN (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 04/04/06 | 7.40 | CONTINUE TO RESEARCH CASE LAW RE: STANDARDS FOR APPROVING A PLAN SETTLEMENT (6.8); COORDINATE BATES STAMPING OF INTERCOMPANY ACCOUNT RECONCILIATION MATERIALS FOR DISTRIBUTION TO INDENTURE TRUSTEE AND AD HOC COMMITTEE (.6). |
| BAKER DJ | 04/05/06 | 4.90 | BEGIN REVIEW OF DOCUMENTS PRODUCED TO FTI IN PREPARATION FOR MEETING WITH FTI WITH RESPECT TO SUBSTANTIVE CONSOLIDATION ISSUES (1.6); ATTEND MEETING WITH REPRESENTATIVES OF DLA PIPER, BLACKSTONE, AND CROSSROADS, TO DISCUSS SUBSTANTIVE CONSOLIDATION (2.0); TELECONFERENCE WITH M. BARR AND F. HUFFARD WITH RESPECT TO FTI ACCESS TO INFORMATION FROM COMMITTEE (.4); TELECONFERENCE WITH F. HUFFARD AND L. APPEL RE: FTI ACCESS TO INFORMATION (.3); TELECONFERENCE WITH H. ETLIN WITH RESPECT TO REQUEST BY FTI OR ACCESS TO INFORMATION FROM COMMITTEE (.4); OUTLINE AGENDA FOR TELECONFERENCE WITH H. ETLIN AND F. HUFFARD RE: TIMETABLE FOR PLAN OF REORGANIZATION (.2). |
| BARUSCH RC | 04/05/06 | 1.70 | TELECONFERENCE WITH R. GRAY RE: COMMENTS ON PLAN (1.7). |
| HENRY S | 04/05/06 | 1.90 | MEET WITH FTI, TOM CALIFANO, J. BAKER, H. ETLIN RE: AD HOC COMMITTEE INFORMATION REQUEST (BRIEF BREAK FROM MEETING) (1.9). |
| GRAY RW | 04/05/06 | 1.70 | TELECONFERENCE WITH R. BARUSCH TO REVIEW PLAN DRAFT AND CORPORATE/SECURITIES ISSUES IN PLAN (1.7). |
| RAVIN AS | 04/05/06 | 0.10 | REVIEW CREDITORS COMMITTEE'S STATEMENT IN SUPPORT OF EXCLUSIVITY, DRAFT CORRESPONDENCE TO COMPANY RE: EXCLUSIVITY MOTION (.1). |
| SAMBUR K | 04/05/06 | 6.60 | PREPARE DISTRIBUTION OF INTERCOMPANY ACCOUNTING MATERIALS TO INDENTURE TRUSTEE AND AD HOC TRADE COMMITTEE (.4); CONTINUE RESEARCHING MEMORANDUM RE: SETTLEMENT STANDARDS (1.4); MEETING WITH THOM CALIFANO, FTI CONSULTING, H. ETLIN, JAMIE O'CONNELL, J. BAKER AND S. HENRY TO REVIEW SUBSTANTIVE CONSOLIDATION MATERIALS (2.0); BEGIN DRAFTING MEMO RE: STANDARDS FOR APPROVING A PLAN SETTLEMENT (2.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 04/06/06 | 6.20 | CONTINUE REVIEW OF DRAFT PLAN OF REORGANIZATION, IN PREPARATION FOR TELECONFERENCE (2.0); TELECONFERENCE WITH S. HENRY RE: AD HOC COMMITTEE DISCOVERY ISSUES (.1); TELECONFERENCE TO REVIEW DRAFT PLAN OF REORGANIZATION WITH L. APPEL, J. CASTLE, S. BUSEY, C. JACKSON, F. HUFFARD, H. ETLIN, R. GRAY, AND S. HENRY (1.3); TELECONFERENCE WITH S. BUSEY, J. POST, R. GRAY AND S. HENRY RE: PLAN ISSUES (.7); REVIEW MEMORANDUM WITH RESPECT TO INTERVIEW REQUESTS BY FTI, AND RESPOND TO MEMORANDUM (.3); TELECONFERENCE WITH F. HUFFARD AND H. ETLIN RE: PLAN OF REORGANIZATION (1.0); TRANSMIT EMAIL TO S. BUSEY RE: ISSUES RELATED TO FTI INTERVIEW REQUESTS (.1); TELECONFERENCE WITH S. BUSEY WITH RESPECT TO ISSUES RELATED TO HEARING IN BANKRUPTCY COURT (.4); CONFERENCE WITH R. GRAY, S. HENRY AND A. RAVIN RE: PLAN STRATEGY (.3). |
| HENRY S | 04/06/06 | 5.10 | MEMORANDUM TO J. CASTLE RE: MEETING WITH AD HOC VENDORS' COMMITTEE REPRESENTATIVES (.3); REVIEW CORRESPONDENCE FROM T. CALIFANO RE: INTERVIEWS (.2); MEMORANDUM TO H. ETLIN RE: PROTOCOLS RE: LITIGATION AND DISCOVERY ON SUBSTANTIVE CONSOLIDATION ISSUES (.2); DIRECT K. SAMBUR IN FACT FINDING RELATING TO BLACKSTONE REPORT (.3); REVIEW EMAIL FROM J. BAKER TO S. BUSEY AND ME AND RESPONSE FROM S. BUSEY (.2); REVIEW BANKRUPTCY RULES IN CONNECTION WITH ISSUES RAISED BY REQUEST OF AD HOC COMMITTEE FOR INTERVIEWS (.4); REVIEW FURTHER EMAIL FROM T. CALIFANO RE: INTERVIEWS AND REVIEW SERIES OF EMAILS AMONG R. GRAY, J. CASTLE AND F. HUFFARD RE: SCHEDULED CLAIMS AND PLAN ISSUES (.5); REVIEW EMAIL FROM H. ETLIN RE: FTI REQUEST FOR INTERVIEWS (.1); TELECONFERENCE WITH F. HUFFARD, J. CASTLE, L. APPEL ET AL RE: PLAN ISSUES (1.3); TELECONFERENCE WITH R. GRAY, J. BAKER, S. BUSEY AND J. POST RE: PLAN ISSUES (.7); TELECONFERENCE WITH R. GRAY RE: TREATMENT OF SURETIES UNDER PLAN OF REORGANIZATION (.1); FOLLOW UP MEETING WITH R. GRAY, A. RAVIN AND J. BAKER RE: PLAN STRATEGY (.3); TELECONFERENCE WITH H. ETLIN RE: DISCOVERY ISSUES (.1); TELECONFERENCE WITH J. BAKER RE: DISCOVERY ISSUES (.1); EMAIL TO CO RE: DISCOVERY ISSUES (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/06/06 | 5.60 | TELECONFERENCE WITH L. APPEL, J. CASTLE, F. HUFFARD, H. ETLIN AND SKADDEN AND SH&B TEAMS RE: PLAN ISSUES AND DRAFT COMMENTS (1.3); FURTHER TELECONFERENCE WITH SKADDEN AND SH&B TEAMS RE: FURTHER DISCUSSION ON PLAN ISSUES (.8); CONFERENCE WITH J. BAKER, S. HENRY AND A. RAVIN RE: PLAN (.3); DRAFT MEMO TO J. BAKER RE: CORPORATE/RESTRUCTURING PLAN (.1); TELECONFERENCE WITH C.  JACKSON RE: PLAN COMMENTS (.2); TELECONFERENCE WITH S. HENRY RE: TREATMENT OF BOND/LETTER OF CREDIT CLAIMS IN PLAN (.1); TELECONFERENCE WITH F. HUFFARD, J. O'CONNELL, H. ETLIN, AND J. BAKER RE: PLAN PROCESS TIMELINE (.7); REVIEW AND COMMENT ON JENNER & BLOCK RETENTION APPLICATION (.2); BEGIN REVISIONS ON DRAFT PLAN (1.9). |
| RAVIN AS | 04/06/06 | 3.50 | REVIEW AND REVISE DRAFT OF PLAN (1.1); TELECONFERENCE WITH L. APPEL, J. CASTLE, F. HUFFARD, H. ETLIN, J. BAKER, S. HENRY, R. GRAY, S. BUSEY C. JACKSON AND J. POST RE: DRAFT OF PLAN (1.3); FOLLOW UP TELECONFERENCE WITH J. BAKER, S. HENRY, R. GRAY, S. BUSEY C. JACKSON AND J. POST RE: DRAFT OF PLAN (.7); FOLLOW UP CONFERENCE WITH J. BAKER, S. HENRY, R. GRAY RE: PLAN (.3); DRAFT CORRESPONDENCE TO S. BUSEY RE: EXCLUSIVITY MOTION (.1). |
| SAMBUR K | 04/06/06 | 3.20 | CONTINUE DRAFTING MEMO RE: STANDARDS FOR APPROVING A PLAN SETTLEMENT (3.2). |
| BARUSCH RC | 04/07/06 | 2.20 | REVIEW REVISED REORGANIZATION PLAN AND SHAREHOLDER ISSUES (2.2). |
| HENRY S | 04/07/06 | 0.40 | REVIEW AND RESPOND TO  CORRESPONDENCE FROM S. BUSEY, H. ETLIN, T. CALIFANO RE: INTERVIEWS AT WINN-DIXIE (.4). |
| GRAY RW | 04/07/06 | 3.80 | DRAFT MEMO TO R. BARUSCH RE: PLAN SECTION 8.5 ISSUE RAISED BY SH&B AND REVIEW REPLY (.1); EXCHANGE EMAILS WITH C. JACKSON RE: RANDOM LOT PROVISION (.2); REVISE DRAFT PLAN BASED ON COMMENTS RECEIVED (3.3); DRAFT MEMO TO CLIENT AND ADVISORS RE: REVISED PLAN DRAFT (.1); EXCHANGE EMAILS WITH J. CASTLE RE: REVISED PLAN DRAFT (.1). |
| RAVIN AS | 04/07/06 | 0.30 | REVIEW BRIDGE ORDER RE: EXCLUSIVITY, DRAFT CORRESPONDENCE TO L. APPEL AND OTHERS RE: SAME (.1); REVIEW REVISED DRAFT PLAN OF REORGANIZATION (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 04/07/06 | 11.10 | FINISH DRAFTING MEMO RE: STANDARDS FOR APPROVING PLAN SETTLEMENTS (11.1). |
| HENRY S | 04/09/06 | 0.20 | REVIEW MEMO RE: OWENS CORNING CERTIORARI PETITION (.2). |
| BAKER DJ | 04/10/06 | 3.00 | TELECONFERENCE WITH F. HUFFARD WITH RESPECT TO PLAN ISSUES (.2); TELECONFERENCE WITH F. HUFFARD, H. ETLIN, AND R. GRAY RE: PLAN OF REORGANIZATION (.5); TELECONFERENCE WITH H. ETLIN RE: PLAN OF REORGANIZATION (.2); TELECONFERENCE WITH MARK FRIEDMAN RE: FTI INTERVIEW SCHEDULE (.2); TELECONFERENCE WITH S. HENRY RE: FTI INTERVIEW SCHEDULE (.1); BEGIN REVIEW OF LATEST REVISIONS TO PLAN OF REORGANIZATION (1.8). |
| HENRY S | 04/10/06 | 4.10 | REVIEW EMAIL FROM K. SAMBUR RE: HIS INTERVIEW OF M. DUSSINGER ON BACKGROUND OF BLACKSTONE ANALYSIS (.1); REVIEW J. CASTLE RESPONSE TO MEMORANDUM RE: DISCOVERY PROCEDURE ISSUES AND CLAIMS PURCHASES INVESTIGATIONS AND FOLLOW UP WITH EMAIL IN RESPONSE THERETO (.2); TELECONFERENCE WITH J. BAKER RE: SCHEDULING INTERVIEWS (.1); REVIEW AND REVISE MEMO RE: STANDARDS FOR SETTLEMENT INCORPORATED IN PLAN OF REORGANIZATION AND RELATED ISSUES (3.7). |
| GRAY RW | 04/10/06 | 0.80 | TELECONFERENCE WITH F. HUFFARD, H. ETLIN AND J. BAKER RE: PLAN TIMETABLE ISSUES, INCLUDING MANAGEMENT EQUITY AND EXIT LENDING (.5); REVIEW MEMO FROM A. MARGOLIS RE: 1146 PLAN PROVISIONS AND DRAFT MEMO TO R. BARUSCH RE: SAME (.2); DRAFT MEMO TO ARRANGE EMPLOYMENT LAWYER ASSISTANCE ON EQUITY INCENTIVE PLAN AND CEO EMPLOYMENT AGREEMENT (.1). |
| ROTHWELL SE | 04/10/06 | 2.20 | DRAFT MEMO RE: RELISTING FOLLOWING A BANKRUPTCY (2.2). |
| SAMBUR K | 04/10/06 | 11.90 | BEGIN RESEARCH FOR RESPONSE TO A SUBSTANTIVE CONSOLIDATION MOTION (7.3); BEGIN RESEARCH RE: 2004 EXAMS AND ABILITY TO BIND ALL PARTIES TO SINGLE EXAM (4.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 04/11/06 | 2.80 | TELECONFERENCE WITH P. LYNCH, L. APPEL, BENNETT NUSSBAUM, H. ETLIN, AND R. GRAY RE: TIMETABLE FOR PLAN (.7); REVIEW COMMENTS OF L. APPEL RE: PLAN (.1); TELECONFERENCE WITH R. GRAY RE: COMMENTS OF L. APPEL CONCERNING PLAN (.1); REVIEW EMAIL TO L. APPEL RE: PLAN (.1); REVIEW EMAIL FROM MARK FRIEDMAN RE: AD HOC VENDOR COMMITTEE INTERVIEWS (.1); REVIEW DRAFT REPLY TO MARK FRIEDMAN RE: AD HOC VENDER COMMITTEE INTERVIEWS (.1); CONTINUE REVIEW OF REVISED PLAN (1.6). |
| GRAY RW | 04/11/06 | 2.10 | TELECONFERENCE WITH P. LYNCH, B. NUSSBAUM, L. APPEL, F. HUFFARD, H. ETLIN AND J. BAKER RE: BUSINESS PLAN TIMING ISSUES (.7); TELECONFERENCE J. BAKER RE: PLAN ISSUES (.1); REVIEW PLAN PER COMMENTS RECEIVED (.7); DRAFT MEMO TO L. APPEL ET AL. RE: ADDITIONAL COMMENTS BEFORE SENDING TO MILBANK (.1); REVIEW MEMO FROM L. APPEL AND DRAFT FOLLOWUP MEMO TO ADVISORS RE: PLAN COMMENTS (.1); REVISE PLAN PER ADDITIONAL COMMENTS RECEIVED (.2); EXCHANGE EMAILS WITH L. APPEL RE: TIMING ON GETTING DRAFT TO MILBANK (.1); REVIEW MEMO FROM J. POST RE: SAMPLE PLAN PROVISION RE: ADMINISTRATIVE CLAIMS (.1). |
| ROTHWELL SE | 04/11/06 | 2.20 | COMPLETE MEMO ON LISTING ISSUES FOR COMPANIES EMERGING FROM BANKRUPTCY (2.2). |
| RAVIN AS | 04/11/06 | 0.60 | REVIEW MEMO FROM A. MARGOLIS RE: EXEMPTIONS FROM FILING AND MORTGAGE RECORDATION FEES (.1); REVIEW REVISED PLAN (.4); DRAFT MEMOS TO R. GRAY RE: COMMENTS TO REVISED PLAN (.1). |
| SAMBUR K | 04/11/06 | 10.40 | CONTINUE TO RESEARCH 2004 EXAMS AND ABILITY TO BIND NON-PARTICIPATING PARTIES (7.8); CONTINUE RESEARCH FOR SUBSTANTIVE CONSOLIDATION RESPONSIVE PLEADING (2.6). |
| BAKER DJ | 04/12/06 | 4.00 | REVIEW PLAN ISSUES RELATED TO EMPLOYEE MATTERS (.6); CONTINUE REVIEW OF REVISED PLAN OF REORGANIZATION (1.6); TELECONFERENCE R. GRAY RE: SAME (.1); REVIEW MEMORANDUM RE: DISCOVERY REQUESTED BY FTI (.1); REVIEW RESPONSE TO FTI MEMORANDUM BY S. HENRY (.1); TELECONFERENCE WITH F. HUFFARD RE: BUSINESS PLAN (.3); TELECONFERENCE WITH F. HUFFARD AND H. ETLIN RE: TIMING OF BUSINESS PLAN (.4); REVIEW DOCUMENTS PRODUCED TO AD HOC VENDOR COMMITTEE (.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 04/12/06 | 1.90 | REVIEW CONFIDENTIALITY AGREEMENT RELATING TO VENDOR CLAIM PURCHASER COMMITTEE (.8); REVIEW DOCUMENT REQUEST RECEIVED FROM COUNSEL TO VENDOR CLAIM PURCHASER COMMITTEE (.5); FORWARD DOCUMENT REQUEST TO SUBSTANTIVE CONSOLIDATION TEAM AND REVIEW RESPONSE FROM H. ETLIN (.2); REVIEW MEMORANDUM FROM M. FRIEDMAN RE: 2004 EXAMINATION (.2); REVIEW MEMO FROM S. BUSEY RE: SUBSTANTIVE CONSOLIDATION INTERVIEWS RELATING TO SUBSTANTIVE ISSUES (.2). |
| GRAY RW | 04/12/06 | 1.00 | REVIEW LETTER FROM AD HOC COMMITTEE RE: SUB CON DOCUMENT REQUESTS, DRAFT MEMO TO K. LOGAN AND J. LEAMY RE: STATEMENT/SCHEDULE ITEM, AND DRAFT MEMO TO S. HENRY RE: RESPONSE ON ITEM (.2); FINALIZE PLAN DRAFT FOR FORWARDING TO MILBANK (.4); TELECONFERENCE WITH J. BAKER RE: PLAN DRAFT (.1); DRAFT MEMO TO D. DUNNE AND M. BARR RE: PLAN DRAFT (.2); DRAFT MEMO TO TAX TEAM RE: PLAN TIMING ISSUES VIS A VIS TAX REVIEW (.1). |
| SAMBUR K | 04/12/06 | 5.60 | CONTINUE RESEARCH FOR RESPONSIVE SUBSTANTIVE CONSOLIDATION PLEADING (5.6). |
| TURETSKY DM | 04/12/06 | 0.10 | EDIT DRAFT OF PLAN OF REORGANIZATION (.1). |
| BAKER DJ | 04/13/06 | 0.10 | TELECONFERENCE WITH J. CONNELL, F. HUFFARD AND R. GRAY REGARDING PLAN TIMELINE (.1). |
| HENRY S | 04/13/06 | 3.50 | TELECONFERENCE WITH H. ETLIN RE: TELECONFERENCE WITH FTI IN RESPONSE TO QUESTIONS (.2); REVIEW MESSAGES FROM MARK FRIEDMAN AND REPLY VIA VOICEMAIL (.2); READ NUMEROUS EMAILS RE: STRUCTURE FOR AD HOC COMMITTEE DISCOVERY (.6); WORK ON GATHERING TAX REORGANIZATION FILES AS REQUESTED BY THE VENDORS' COMMITTEE (.4); TELECONFERENCE WITH R. GRAY , H. ETLIN AND C. JACKSON RE: CLAIMS OBJECTIONS AND STATEMENT (.2); FOLLOW UP TELECONFERENCE WITH R. GRAY RE: OBJECTIONS (.1); TELECONFERENCE RE: FOLLOW UP DOCUMENT REQUEST FROM AD HOC TRADING COMMITTEE WITH H. ETLIN, M. DUSSINGER, K. SAMBUR, C. JACKSON ET AL (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/13/06 | 1.20 | REVIEW AD HOC COMMITTEE DOCUMENT REQUEST (.1); TELECONFERENCE WITH H. ETLIN, C. JACKSON AND S. HENRY RE: AD HOC TRADE DOCUMENT REQUEST RE: SCHEDULES/STATEMENTS AND CLAIMS OBJECTIONS (.2); FURTHER TELECONFERENCE WITH S. HENRY RE: DOCUMENT REQUEST (.1); LOCATE DOCUMENTS/EMAILS RESPONSIVE TO PLAN TERM SHEET ITEM (.1); REVIEW BLACKSTONE TIMELINE FOR EXIT FINANCING, SUBSTANTIVE CONSOLIDATION, AND DISCLOSURE STATEMENT/PLAN (.3); DRAFT MEMO TO J. OCONNELL RE: COMMENTS ON TIMELINE (.2); TELECONFERENCE WITH F. HUFFARD, J. OCONNELL AND J. BAKER RE: TIMELINE (.1); REVIEW MEMOS FROM J. CASTLE ET AL. RE: SUB CON INTERVIEW STRATEGY (.1). |
| RAVIN AS | 04/13/06 | 0.20 | REVIEW RESPONSE OF AD HOC COMMITTEE IN SUPPORT OF EXCLUSIVITY MOTION, DRAFT CORRESPONDENCE TO L. APPEL RE: SAME (.1); REVIEW JOINDER OF WILMINGTON TRUST IN EXCLUSIVITY MOTION, DRAFT CORRESPONDENCE TO L. APPEL RE: JOINDER (.1). |
| SAMBUR K | 04/13/06 | 5.10 | TELECONFERENCE WITH H. ETLIN, MIKE DUSSINGER, S. HENRY, CYNDI JACKSON AND FTI CONSULTING RE: FOLLOW-UP DOCUMENTATION REQUEST AND FOLLOW-UP QUESTIONS TO 4/5 MEETING (1.8); PREPARE FOR TELECONFERENCE WITH FTI CONSULTING (.4); DRAFT CONFIDENTIALITY AGREEMENT FOR INDENTURE TRUSTEE (2.6); DISTRIBUTE LEON CALVERT'S FILES TO J. CASTLE FOR DISTRIBUTION APPROVAL (.3). |
| SAMBUR K | 04/14/06 | 7.60 | PREPARE DISTRIBUTION OF WEEKLY SALES SUMMARY TO AD HOC TRADE COMMITTEE (.6); PREPARE DISTRIBUTIONS OF DOCUMENTS SENT TO AD HOC COMMITTEE TO J. CASTLE AND CYNDI JACKSON (.6); PREPARE SUPPLEMENTAL MATERIALS FOR AD HOC COMMITTEE (.4); PREPARE MATERIALS TO SATISFY ADDITIONAL DOCUMENTATION REQUESTS MADE BY THOM CALIFANO (1.7); CONTINUE RESEARCH FOR SUBSTANTIVE CONSOLIDATION RESPONSIVE PLEADING (4.3). |
| BAKER DJ | 04/17/06 | 1.70 | REVIEW CORRESPONDENCE RELATED TO INTERVIEWS REQUESTED BY AD HOC TRADE COMMITTEE (.4); CONTINUE ANALYSIS OF ISSUES RELATED TO SUBSTANTIVE CONSOLIDATION (.6); CONTINUE REVIEW OF PLAN ISSUES RELATED TO EMPLOYEE COMPENSATION (.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 04/17/06 | 1.80 | TELECONFERENCE WITH J. CASTLE RE: INTERVIEWS (.2); EMAIL TO S. BUSEY & C. JACKSON RE: INTERVIEWS (.1); EMAIL TO M. FRIEDMAN RE: INTERVIEWS (.1); EMAIL TO AND FROM S. RESIMAN RE: CONFIDENTIALITY AGREEMENT (.2); EMAIL TO J. CASTLE RE: INTERVIEWS AND REVIEW EMAIL FROM J. CASTLE RE: SAME (.4); REVIEW OF FURTHER DOCUMENTS FOR DELIVERY TO AD HOC COMMITTEE (.8). |
| SAMBUR K | 04/17/06 | 8.90 | PREPARE L. CALVERT'S FILES FOR DISTRIBUTION TO INDENTURE TRUSTEE, AD-HOC COMMITTEE AND CREDITORS COMMITTEE (.8); CONTINUE TO DRAFT SUBSTANTIVE CONSOLIDATION RESPONSE (5.6); PERFORM ADDITIONAL RESEARCH ON SUBSTANTIVE CONSOLIDATION RESPONSE (2.3); DISTRIBUTE CONFIDENTIALITY AGREEMENT TO COUNSEL FOR THE INDENTURE TRUSTEE (.2). |
| BAKER DJ | 04/18/06 | 1.30 | PREPARE EMAIL TO L. APPEL RE: PLAN ISSUES RELATED TO EMPLOYEES (.3); RESPOND TO EMAIL FROM H. ETLIN RE: PLAN ISSUES RELATED TO EMPLOYEES (.1); CONTINUE ANALYSIS OF POSSIBLE SUBCON SETTLEMENT OPTIONS (.9). |
| HENRY S | 04/18/06 | 4.40 | EMAIL TO DUSSINGER RE: PREP TELECONFERENCE FOR INTERVIEWS (.1); REVIEW ADDITIONAL DOCUMENTS DELIVERED TO COMMITTEE (.7); TELECONFERENCE WITH R. GRAY RE: VENDOR LIEN AND REORGANIZATION PLAN ISSUES (.1); FURTHER REVIEW OF INFORMATION RELATING TO AD HOC COMMITTEE AND OUTLINE RELEVANT DOCUMENT REQUESTS RE: THE COMMITTEE (3.5). |
| GRAY RW | 04/18/06 | 0.20 | DRAFT MEMO TO H. ETLIN ET AL. RE: DEBTOR OBLIGOR RULES (.1); TELECONFERENCE WITH S. HENRY RE: RECLAMATION STIPULATION PAYMENT TERMS/LIEN AND PLAN TREATMENT (.1). |
| RAVIN AS | 04/18/06 | 0.10 | REVIEW PROPOSED TIMELINE FOR PLAN (.1). |
| SAMBUR K | 04/18/06 | 8.10 | PREPARE CORPORATE CHARTER DOCUMENTS AND ORGANIZATIONAL CHARTS FOR DISTRIBUTION TO AD HOC COMMITTEE AND CREDITORS COMMITTEE (1.4); CONTINUE TO DRAFT SUBSTANTIVE CONSOLIDATION RESPONSE (6.7). |
| SAMBUR K | 04/19/06 | 8.50 | RESPOND TO T. FOUDY E-MAIL RE: DOCUMENT REQUESTS (.8); BEGIN TO PREPARE DISCUSSION POINTS FOR SUBSTANTIVE CONSOLIDATION INTERVIEWS BY AD HOC COMMITTEE (7.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          04/20/06        2.50    REVIEW ISSUES WITH RESPECT TO PLAN
                                          RELEASES (1.6); TELECONFERENCE WITH
                                          S. BUSEY WITH RESPECT TO PLAN OF
                                          REORGANIZATION ISSUES (.5);
                                          TELECONFERENCE WITH NICK BUBNOVICH
                                          RE: EMPLOYEE PLAN ISSUES (.4).

GRAY RW           04/20/06        0.40    EXCHANGE EMAILS WITH J. BAKER RE:
                                          COPY OF PLAN TO J. HELFAT (.1); DRAFT
                                          MEMO TO L. APPEL RE: DIP LENDER PLAN
                                          COPY AND REVIEW REPLY (.1);  DRAFT
                                          MEMO TO J. HELFAT RE: PLAN DRAFT
                                          (.1); TELECONFERENCE WITH J. HELFAT
                                          RE: PLAN (.1).

SAMBUR K          04/20/06       11.40    CONTINUE TO PREPARE DISCUSSION POINTS
                                          FOR SUBSTANTIVE CONSOLIDATION
                                          INTERVIEWS (1.2); REVIEW MATERIALS
                                          PROVIDED TO AD HOC COMMITTEE TO
                                          PREPARE EMPLOYEES FOR INTERVIEWS BY
                                          AD HOC COMMITTEE (10.2).

HENRY S           04/21/06        7.00    REVIEW DOCUMENTS PRODUCED IN
                                          PREPARATION FOR PREPARATION FOR
                                          WITNESS INTERVIEWS (4.3); PARTICIPATE
                                          IN TELECONFERENCE WITH J. CASTLE, S.
                                          BUSEY, H. ETLIN TO PREPARE FOR
                                          INTERVIEWS ON TUESDAY AND WEDNESDAY
                                          (2.7).

GRAY RW           04/21/06        0.20    EXCHANGE EMAILS WITH K. SAMBUR AND J.
                                          BAKER RE: ISSUES OF SUB CON
                                          INTERVIEWS BY AD HOC TRADE COMMITTEE
                                          (.2).

RAVIN AS          04/21/06        0.10    REVIEW ORDER GRANTING FIFTH EXTENSION
                                          OF EXCLUSIVITY, DRAFT CORRESPONDENCE
                                          TO L. APPEL RE: SAME (.1).

SAMBUR K          04/21/06        4.50    PREPARE MATERIALS FOR AD HOC
                                          COMMITTEE INTERVIEWS (1.2);
                                          TELECONFERENCE WITH S. BUSEY, J.
                                          CASTLE, H. ETLIN, S. HENRY AND
                                          NUMEROUS COMPANY EMPLOYEES TO PREPARE
                                          EMPLOYEES FOR AD HOC COMMITTEE
                                          INTERVIEWS (2.7); DISTRIBUTE
                                          CONSOLIDATION MATERIALS TO S. BUSEY
                                          AND M. SELLERS AFTER TELECONFERENCE
                                          (.6).

BAKER DJ          04/24/06        0.60    REVIEW CHAPTER PLAN ISSUES RELATED TO
                                          TREATMENT OF EMPLOYEE CLAIMS (.6).

GRAY RW           04/24/06        0.40    TELECONFERENCE WITH C. JACKSON AND D.
                                          STANFORD RE: PLAN TREATMENT OF DIXON
                                          REALTY TRUST PROPERTIES (.2); DRAFT
                                          MEMO TO C. JACKSON AND D. STANFORD
                                          RE: PLAN TREATMENT RE: TRUST
                                          PROPERTIES (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 04/24/06 | 8.90 | CONTINUE DRAFTING SUBSTANTIVE CONSOLIDATION RESPONSE (6.6); DISTRIBUTE DOCUMENTS TO AD HOC TRADE COMMITTEE (.6); PREPARE TIME LINE OF PRE-PETITION FINANCING AND 2000 RESTRUCTURING (1.1); REVIEW TERM SHEET FOR DISTRIBUTION TO AD HOC TRADE COMMITTEE (.6). |
| HENRY S | 04/25/06 | 9.20 | REVIEW ADDITIONAL MATERIALS PROVIDED TO COMMITTEE OF PURCHASERS OF VENDOR CLAIMS (1.9); PARTICIPATE IN INTERVIEWS OF WINN-DIXIE PERSONNEL (7.3). |
| GRAY RW | 04/25/06 | 0.10 | EXCHANGE EMAILS WITH J. BAKER RE: COMMITTEE REVIEW OF PLAN (.1). |
| SAMBUR K | 04/25/06 | 9.20 | PREPARE SUMMARY OF SOX 404 FOR XROADS AND COMPANY FOR INTERVIEW PREPARATION (.9); DRAFT CONFIDENTIALITY AGREEMENT FOR PAUL WEISS (.5); PREPARE DOCUMENTS FOR DISTRIBUTION TO INDENTURE TRUSTEE (.7); REVISE SETTLEMENT MEMO WITH RESPECT TO FAIR AND EQUITABLE STANDARD (7.1). |
| BAKER DJ | 04/26/06 | 2.90 | TELECONFERENCE WITH M. BARR AND R. GRAY WITH RESPECT TO SUBSTANTIVE CONSOLIDATION ISSUES (.4); PREPARE MEMORANDUM RE: SUBSTANTIVE CONSOLIDATION ISSUES (.4); TRANSMIT SUBSTANTIVE CONSOLIDATION MEMORANDUM TO L. APPEL, J. CASTLE, H. ETLIN, F. HUFFARD, S. HENRY, AND R. GRAY (.1); TRANSMIT SUBSTANTIVE CONSOLIDATION MEMORANDUM TO SKADDEN TEAM (.1); TELECONFERENCE WITH J. SKELTON RE: SUBSTANTIVE CONSOLIDATION ISSUES (.2); TELECONFERENCE WITH H. ETLIN RE: SUBSTANTIVE CONSOLIDATION ISSUES (.2); TELECONFERENCE WITH F. HUFFARD RE: SUBSTANTIVE CONSOLIDATION MATTERS (.2); BEGIN ANALYSIS OF OPEN ISSUES IN CURRENT DRAFT OF PLAN OF REORGANIZATION (1.3). |
| BARUSCH RC | 04/26/06 | 1.90 | REVIEW FLS RIDER FOR 10-Q (1.9). |
| HENRY S | 04/26/06 | 10.50 | MEETINGS WITH J. CASTLE AND CINDY JACKSON RE: INTERVIEWS AND SETTLEMENT PROSPECTS (.8); MEETINGS WITH CINDY JACKSON RE: SETTLEMENT AND LITIGATION ISSUES (.4); INTERVIEWS OF J. CASTLE, L. APPELL, MIKE BYRUM (8.1); MEETINGS WITH REPRESENTATIVES OF TRADERS' COMMITTEE (1.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 04/26/06 | 1.50 | REVIEW D. STANFORD PLAN LANGUAGE FOR DIXON REALTY TRUST AND DRAFT MEMO TO SAME (.1); TELECONFERENCE WITH M. BARR AND J. BAKER RE: PLAN STATUS AND ISSUES (.4); STRATEGIZE RE: PLAN FINALIZATION PROCESS (.2); ANALYZE ADDITIONAL PROVISIONS TO PLAN BASED ON CONTRACT ISSUES (.3); REVIEW AND COMMENT ON MEMO TO CLIENT RE: CONTRACT PROVISIONS (.1); REVIEW 2004 MOTION RE: SUB CON ISSUES AND EXHIBITS FROM AD HOC TRADE COMMITTEE (.3); DRAFT MEMO TO L. APPEL AND J. CASTLE RE: 2004 MOTION (.1). |
| SAMBUR K | 04/26/06 | 7.70 | REVISE SUBSTANTIVE CONSOLIDATION MEMO TO INCORPORATE EFFECT OF MERGER PROVISIONS IN THE INDENTURE (4.7); PREPARE DISTRIBUTION OF ROAD SHOW MATERIALS TO THE AD HOC COMMITTEE AND INDENTURE TRUSTEE (.6); BEGIN RESEARCH RE: CREDITOR STANDING (2.4). |
| BAKER DJ | 04/27/06 | 2.40 | CONTINUE REVIEW OF PENDING ISSUES IN CURRENT VERSION OF PLAN OF REORGANIZATION (1.2); TELECONFERENCE WITH H. ETLIN, R. GRAY AND F. HUFFARD RE: PENDING PLAN ISSUES (.4); REVIEW AD HOC VENDOR COMMITTEE ISSUES RELATED TO PLAN OF REORGANIZATION (.8). |
| BARUSCH RC | 04/27/06 | 1.60 | FURTHER REVIEW OF FLS RIDER (1.2); RESPOND TO EMAILS FROM CLIENT RE: RIDER (.4). |
| HENRY S | 04/27/06 | 9.00 | REVIEW REVISIONS TO SUBSTANTIVE CONSOLIDATION LEGAL MEMORANDUM (.7); REVIEW ADDITIONAL DOCUMENTS PRODUCED TO AD HOC COMMITTEE OF TRADERS RELAVANT TO SUBSTANTIVE CONSOLIDATION (3.6); PREPARE OUTLINE OF RESPONSE TO MOTION TO SUBSTANTIVELY CONSOLIDATE (4.7). |
| GRAY RW | 04/27/06 | 0.40 | TELECONFERENCE WITH F. HUFFARD, H. ETLIN AND J. BAKER RE: PLAN PROCESS ISSUES (.4). |
| SAMBUR K | 04/27/06 | 2.30 | CONTINUE TO PERFORM RESEARCH RE: CREDITOR STANDING TO BRING CONSOLIDATION MOTION (2.3). |
| GRAY RW | 04/28/06 | 0.80 | REVISE DRAFT PLAN TO INCLUDE ADDITIONAL PROVISIONS (.8). |
| SAMBUR K | 04/28/06 | 3.70 | PREPARE FULLY EXECUTED COPIES OF CONFIDENTIALITY AGREEMENTS FOR PAUL WEISS, AD HOC COMMITTEE AND INDENTURE TRUSTEE (.6); REVIEW BOARD MINUTES OF STORES FROM 2001 TO PRESENT FOR DISTRIBUTION TO AD HOC COMMITTEE (3.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

MATTER TOTAL                         <u>293.60</u>

D 08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 05/04/06
Retention / Fee Matters (SASM&F)                                   Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 04/03/06 | 2.70 | REVIEW FEE STATEMENT IN ACCORDANCE WITH EXAMINER GUIDELINES (2.7). |
| TURETSKY DM | 04/03/06 | 1.80 | FURTHER ANALYSIS RE: POTENTIAL DISCLOSURE ISSUES (1.8). |
| TURETSKY DM | 04/04/06 | 3.00 | FURTHER ANALYSIS RE: POTENTIAL DISCLOSURE ISSUES (3.0). |
| LAMAINA KA | 04/05/06 | 0.40 | REVIEW ACCOUNTING IN CASE FOR OUTSTANDING AMOUNTS FOR HEARING TOMORROW (.4). |
| TURETSKY DM | 04/05/06 | 2.60 | FURTHER ANALYSIS RE: POTENTIAL DISCLOSURE ISSUES (2.6). |
| TURETSKY DM | 04/06/06 | 0.60 | FURTHER ANALYSIS RE: ISSUES CONCERNING POTENTIAL DISCLOSURE PARTIES (.6). |
| TURETSKY DM | 04/07/06 | 0.70 | REVIEW AND REVISE FEBRUARY TIME IN CONNECTION WITH SUBMISSION OF FEBRUARY MONTHLY FEE STATEMENTL (.6); E-MAIL TO K. WINTERS AND K. LAMAINA RE: FEBRUARY FEE STATEMENT (.1). |
| TURETSKY DM | 04/10/06 | 0.30 | FURTHER ANALYSIS RE: POTENTIAL DISCLOSURE PARTIES (.3). |
| LAMAINA KA | 04/13/06 | 0.20 | TELECONFERENCE WITH K. WINTERS RE: FEB. AND MARCH FEE STATEMENTS (.2). |
| WITTMAN, JR. RE | 04/13/06 | 1.50 | ASSEMBLE BINDERS OF SKADDEN FEE APPLICATIONS FROM PRECEDENT CASE (1.5). |
| TURETSKY DM | 04/14/06 | 0.50 | FURTHER REVIEW CASE FILINGS AND DOCUMENTS RECEIVED FROM COMPANY IN CONNECTION WITH CASE MATTERS TO IDENTIFY POTENTIAL DISCLOSURE PARTIES (.5). |
| LAMAINA KA | 04/17/06 | 1.60 | REVIEW FEE STATEMENT (1.6). |
| TURETSKY DM | 04/17/06 | 0.80 | FURTHER REVIEW AND ANALYSIS OF CASE FILINGS AND CONNECTIONS DATABASE SEARCH RESULTS RE: POSSIBLE DISCLOSURE PARTIES (.8). |
| TURETSKY DM | 04/18/06 | 0.80 | FURTHER REVIEW AND ANALYSIS RE: CASE FILINGS IN CONNECTION WITH IDENTIFYING POTENTIAL DISCLOSURE PARTIES (.8). |
| WITTMAN, JR. RE | 04/18/06 | 4.30 | REVIEW VARIOUS FEE APPLICATION EXHIBITS FOR MULTIPLE BILLED ENTRIES (2.5); DRAFT CHART OF ALL MULTIPLE BILLED ENTRIES (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 04/19/06 | 1.60 | REVIEW FEBRUARY BILL RELATING TO IDENTIFY WRITE OFFS AND PRIVILEGED MATERIALS (1.6). |
| TURETSKY DM | 04/19/06 | 0.50 | FURTHER ANALYSIS OF CONNECTIONS DATABASE SEARCH RESULTS RE: POSSIBLE DISCLOSURE PARTIES (.5). |
| MORTON LS | 04/19/06 | 2.20 | ASSIST ATTORNEY WITH FEE APPLICATION RELATED CHARTS PREPARATION (2.2). |
| HENRY S | 04/20/06 | 4.30 | REVIEW FEBRUARY BILL FOR PRIVILEGE, CONFIDENTIALITY AND WRITE OFFS (4.3). |
| LAMAINA KA | 04/20/06 | 2.30 | REVIEW FEE STATEMENT FOR COMPLIANCE WITH U.S. TRUSTEE GUIDELINES (2.3). |
| TURETSKY DM | 04/21/06 | 0.80 | FURTHER REVIEW CASE FILINGS AND DOCUMENTS RECEIVED FROM COMPANY IN CONNECTION WITH CASE MATTERS TO IDENTIFY POTENTIAL DISCLOSURE PARTIES (.8). |
| MORTON LS | 04/21/06 | 2.10 | SEARCH SEVERAL DELAWARE AND NEW YORK MEGA CASES FOR PRECEDENT FILING RE: FEE APPLICATIONS (2.1). |
| TURETSKY DM | 04/24/06 | 0.60 | FURTHER REVIEW AND ANALYSIS RE: CASE FILINGS IN CONNECTION WITH IDENTIFYING POTENTIAL DISCLOSURE PARTIES (.6). |
| TURETSKY DM | 04/25/06 | 0.30 | FURTHER REVIEW AND ANALYSIS RE: CASE FILINGS IN CONNECTION WITH IDENTIFYING POTENTIAL DISCLOSURE PARTIES (.3). |
| TURETSKY DM | 04/26/06 | 2.60 | FURTHER REVIEW AND ANALYSIS OF CASE FILINGS AND CONNECTIONS DATABASE SEARCH RESULTS RE: POSSIBLE DISCLOSURE PARTIES (2.6). |
| LAMAINA KA | 04/27/06 | 3.20 | REVIEW FEE STATEMENTS FOR STATUS OF SERVICES PROVIDED TO PREPARE APPLICATION (3.2). |
| TURETSKY DM | 04/27/06 | 0.60 | FURTHER REVIEW AND ANALYSIS OF CASE FILINGS AND CONNECTIONS DATABASE SEARCH RESULTS RE: POSSIBLE DISCLOSURE PARTIES (.6). |
| HENRY S | 04/28/06 | 4.20 | REVIEW AND REVISE MARCH STATEMENT FOR WRITE OFFS, PRIVILEGE AND STRATEGY ISSUES (4.2). |

**MATTER TOTAL**                         <u>47.10</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                        Bill Date: 05/04/06
Retention / Fee Matters / Objections (Others)                       Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 04/01/06 | 0.10 | REVIEW EMAIL FROM R. GRAY RE: OCP CAP (.1). |
| GRAY RW | 04/03/06 | 0.30 | REVIEW MEMO FROM R. DOBY RE: LONE STAR ANTIQUE MALL LETTER, FINALIZE LETTER AND DRAFT MEMO TO R. DOBY RE: SAME (.2); REVIEW AND COMMENT ON MEMO RE: DELOITTE RETENTION STATUS (.1). |
| TURETSKY DM | 04/03/06 | 3.10 | ANALYZE RE: ISSUES CONCERNING APPLICATION TO SUPPLEMENT PWC RETENTION (2.0); TELECONFERENCE WITH K. CAMPBELL RE: PWC SUPPLEMENT (.1); E-MAIL TO K. CAMPBELL RE: PWC SUPPLEMENT (.2); TELECONFERENCE WITH R. YOUNG RE: ISSUES CONCERNING DELOITTE FAS RETENTION APPLICATION (.2); FURTHER ANALYSIS RE: OPEN ISSUES CONCERNING DELOITTE FAS APPLICATION (.5); E-MAIL TO M. BYRUM RE: DELOITTE FAS APPLICATION (.1). |
| GRAY RW | 04/04/06 | 0.20 | REVIEW AND COMMENT ON REVISED DELOITTE FAS APPLICATION (.2). |
| LAMAINA KA | 04/04/06 | 0.90 | REVIEW PROFESSIONALS' ORDER AND TELECONFERENCE K. WARD AND C. JACKSON ON SAME (.4); REVIEW CREDITORS' COMMITTEE MARKUP ON PROFESSIONAL ORDER (.5). |
| TURETSKY DM | 04/04/06 | 1.70 | FURTHER REVISE DELOITTE FAS APPLICATION (1.3); E-MAIL TO R. GRAY RE: DELOITTE FAS APPLICATION (.1); TELECONFERENCE WITH R. YOUNG RE: DELOITTE FAS APPLICATION (.3). |
| GRAY RW | 04/05/06 | 0.40 | TELECONFERENCE WITH D. TURETSKY RE: DELOITTE RETENTION ISSUES (.1); REVIEW REVISIONS TO DELOITTE RETENTION PAPERS (.1); REVIEW JENNER & BLOCK RETENTION ISSUES (.1); EXCHANGE EMAILS WITH D. TURETSKY RE: JENNER & BLOCK RETENTION (.1). |
| EICHEL S | 04/05/06 | 0.10 | RESPOND TO INQUIRY RE: RETENTION QUESTIONNAIRE OF JENNER & BLOCK AS OCP (.1). |
| LAMAINA KA | 04/05/06 | 0.50 | REVISE APRIL 6 HEARING ORDER ON PROFESSIONALS (.4); TELECONFERENCE WITH K. WARD OF SMITH, HULSEY ON APRIL 6 ORDER (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/05/06 | 5.30 | FURTHER ANALYZE ISSUES RE: RETENTION APPLICATION FOR DELOITTE FAS (.9); TELECONFERENCE WITH R. GRAY RE: DELOITTE FAS APPLICATION (.1); TELECONFERENCE WITH R. YOUNG RE: DELOITTE FAS APPLICATION (.2); FURTHER REVISE DELOITTE FAS APPLICATION (.4); E-MAIL TO R. GRAY RE: DELOITTE FAS APPLICATION (.1); E-MAIL TO R. YOUNG RE: DELOITTE FAS APPLICATION (.1); E-MAIL TO J. CASTLE AND M. BYRUM RE: DELOITTE FAS APPLICATION (.1); E-MAIL TO K. CAMPBELL RE: ISSUES CONCERNING APPLICATION TO SUPPLEMENT PWC RETENTION (.1); REVIEW E-MAIL FROM J. CASTLE RE: PROPOSED RETENTION APPLICATION FOR JENNER & BLOCK (.1); IDENTIFY AND ANALYZE ISSUES IN CONNECTION WITH PREPARATION OF JENNER AND BLOCK APPLICATION (2.4); TELECONFERENCE WITH J. MATHIAS AND C. DICKINSON RE: JENNER AND BLOCK APPLICATION (.2); E-MAIL TO R. GRAY RE: JENNER AND BLOCK APPLICATION (.2); E-MAILS TO J. MATHIAS AND C. DICKINSON RE: JENNER AND BLOCK APPLICATION (.4). |
| TURETSKY DM | 04/06/06 | 3.60 | DRAFT APPLICATION TO RETAIN JENNER & BLOCK AS SPECIAL INSURANCE LITIGATION COUNSEL (3.6). |
| GRAY RW | 04/10/06 | 0.20 | REVIEW AND COMMENT ON REVISED JENNER & BLOCK APPLICATION (.1); REVIEW OCP PAYMENT REPORT AND DRAFT MEMO TO S. EICHEL RE: QUESTIONS ON SAME (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 04/10/06 | 1.40 | REVIEW SPREADSHEET FROM M. RICHARD RE: STATEMENT OF PAYMENTS MADE TO OCPS (.2); REVIEW AND REVISE THE SPREADSHEET RE: STATEMENT OF PAYMENTS MADE BY DEBTORS TO OCPS (.2); DRAFT, REVIEW AND REVISE COVER PAGE TO SPREADSHEET OF STATEMENT OF PAYMENTS MADE BY DEBTORS TO OCPS FOR FILING WITH COURT (.1); REVIEW EMAIL FROM M. RICHARD IN RESPONSE TO INQUIRY RE: SPREADSHEET (.1); REVIEW AND REVISE STATEMENT OF PAYMENTS (.1); DRAFT EMAIL TO R. GRAY RE: REVISED STATEMENT OF PAYMENTS (.1); REVIEW EMAIL FROM R. GRAY RE: STATEMENT OF PAYMENTS AND ISSUES WITH RESPECT TO JENNER & BLOCK (.1); REVIEW LIST OF OCPS RETAINED IN CONNECTION WITH TO R. GRAY'S INQUIRY RE: RETENTION OF JENNER & BLOCK AS OCP (.2); DRAFT EMAIL TO R. GRAY RESPONDING TO HER INQUIRY RE: JENNER & BLOCK (.1); DRAFT EMAIL TO M. RICHARD RE: ISSUE WITH RESPECT TO PAYMENTS TO JENNER & BLOCK AND OCP CAP WITH RESPECT TO THAT FIRM (.2). |
| TURETSKY DM | 04/10/06 | 2.00 | REVISE APPLICATION TO EMPLOY JENNER & BLOCK AS SPECIAL COUNSEL (1.0); E-MAIL TO R. GRAY RE: JENNER AND BLOCK APPLICATION (.1); E-MAIL TO J. CASTLE RE: JENNER AND BLOCK APPLICATION (.1); E-MAIL TO J. MATHIAS AND C. DICKINSON RE: JENNER AND BLOCK APPLICATION (.1); E-MAIL TO J. GLEASON RE: APPLICATION TO SUPPLEMENT PWC RETENTION (.1); E-MAIL TO K. CAMPBELL AND L. DANTIN RE: PWC RETENTION (.2); E-MAIL TO R. YOUNG RE: DELOITTE FAS APPLICATION (.2); E-MAIL TO M. BYRUM AND J. CASTLE RE: DELOITTE FAS APPLICATION (.2). |
| GRAY RW | 04/11/06 | 0.20 | REVIEW MEMOS FROM AND PROVIDE ADVICE TO D. TURETSKY RE: JENNER & BLOCK CAP ISSUE (.2). |
| EICHEL S | 04/11/06 | 0.40 | REVIEW EMAIL FROM M. RICHARD (WINN-DIXIE) RE: PAYMENTS TO JENNER & BLOCK IN RESPONSE TO INQUIRY IN CONNECTION WITH FILING OF STATEMENT OF PAYMENTS MADE TO OCPS (.1); REVIEW OCP MOTION IN CONNECTION WITH IDENTIFYING PARTIES TO BE SERVED THE STATEMENT OF OCP PAYMENTS (.1); DRAFT EMAIL TO C. JACKSON (SMITH HULSEY) RE: FILING AND SERVICE OF OCP PAYMENTS (.1); REVIEW EMAIL FROM K. WARD (SMITH HULSEY) RE: FILING OF STATEMENT OF PAYMENTS MADE TO OCPS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/11/06 | 0.70 | FURTHER ANALYSIS RE: ISSUES CONCERNING JENNER & BLOCK RETENTION APPLICATION (.1); E-MAILS TO R. GRAY RE: JENNER AND BLOCK APPLICATION (.2); TELECONFERENCE WITH C. DICKINSON RE: JENNER AND BLOCK APPLICATION (.1); E-MAIL TO J. CASTLE RE: JENNER AND BLOCK APPLICATION (.2); TELECONFERENCE WITH R. YOUNG RE: ISSUES CONCERNING DELOITTE FAS RETENTION APPLICATION (.1). |
| TURETSKY DM | 04/12/06 | 2.00 | REVIEW AND COMMENT RE: DELOITTE ENTITY AFFIDAVITS IN CONNECTION WITH APPLICATION TO RETAIN DELOITTE FAS (1.1); FURTHER ANALYSIS RE: OPEN ISSUES CONCERNING DELOITTE FAS APPLICATION (.2); E-MAIL TO R. YOUNG RE: DELOITTE FAS APPLICATION (.1); E-MAIL TO J. CASTLE AND M. BYRUM RE: DELOITTE FAS APPLICATION (.2); TELECONFERENCE WITH K. CAMPBELL RE: APPLICATION TO SUPPLEMENT TERMS OF PWC RETENTION (.1); E-MAIL TO J. GLEASON RE: PWC SUPPLEMENT (.2); TELECONFERENCE WITH C. DICKINSON RE: JENNER & BLOCK APPLICATION (.1). |
| GRAY RW | 04/13/06 | 0.20 | REVIEW AND COMMENT ON REVISED JENNER & BLOCK APPLICATION (.1); EXCHANGE EMAILS WITH D. TURETSKY RE: COMPANY SIGNOFF ON RETENTION FILING (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/13/06 | 7.20 | REVIEW AND COMMENT RE: SUPPLEMENTAL DECLARATION FOR PWC (.9); TELECONFERENCES WITH K. CAMPBELL RE: PWC SUPPLEMENT (.2); E-MAIL TO K. CAMPBELL RE: PWC SUPPLEMENT (.2); FURTHER REVISE APPLICATION TO SUPPLEMENT PWC RETENTION (.3); DRAFT PWC SUPPLEMENTAL ORDER (.6); E-MAIL TO L. APPEL AND J. CASTLE RE: PAUL HASTINGS FINAL FEE APPLICATION (.3); DRAFT PROPOSED ORDER FOR DELOITTE FAS (1.2); E-MAIL TO R. YOUNG RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.1); TELECONFERENCE WITH R. YOUNG RE: SAME (.2); REVIEW EXECUTED VERSION OF DELOITTE FAS ENGAGEMENT LETTER FOR CHANGES (.9); FURTHER REVISE DELOITTE FAS APPLICATION (.3); E-MAIL TO J. CASTLE RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.2); DRAFT PROPOSED ORDER FOR JENNER & BLOCK APPLICATION (.3); REVIEW AND COMMENT RE: DECLARATION FOR JENNER & BLOCK (.4); FURTHER REVISE JENNER & BLOCK APPLICATION (.7); E-MAIL TO C. DICKINSON AND J. MATHIAS RE: JENNER & BLOCK APPLICATION (.1); TELECONFERENCE WITH C. DICKINSON RE: JENNER & BLOCK APPLICATION (.1); E-MAIL TO C. JACKSON AND S. BUSEY RE: DELOITTE FAS APPLICATION, JENNER & BLOCK APPLICATION, AND PWC APPLICATION (.2). |
| TURETSKY DM | 04/14/06 | 5.20 | FURTHER REVISE APPLICATION TO SUPPLEMENT TERMS OF PWC RETENTION (1.5); E-MAIL TO K. CAMPBELL RE: PWC SUPPLEMENT (.2); E-MAIL TO J. GLEASON AND J. CASTLE RE: PWC SUPPLEMENT (.1); DRAFT NOTICE OF HEARING FOR JENNER & BLOCK RETENTION APPLICATION (.1); FURTHER REVISE JENNER & BLOCK RETENTION APPLICATION AND FINALIZE FOR FILING (1.4); TELECONFERENCES WITH C. DICKINSON RE: JENNER & BLOCK APPLICATION (.2); FURTHER REVISE DELOITTE FAS APPLICATION (.2); E-MAIL MEMOS TO C. JACKSON RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (1.1); DRAFT NOTICE OF HEARING FOR DELOITTE APPLICATION (.2); TELPHONE TELECONFERENCE WITH R. YOUNG RE: DELOITTE FAS APPLICATION (.1); E-MAIL TO J. CASTLE AND M. BYRUM RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.1). |
| LAMAINA KA | 04/17/06 | 0.10 | TELECONFERENCE WITH M. COMERFORD ON INTERIM FEE APPLICATION (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 04/17/06 | 1.40 | FURTHER REVISE DELOITTE FAS RETENTION APPLICATION (.8); E-MAIL TO S. BUSEY AND C. JACKSON RE: DELOITTE FAS AND PWC APPLICATIONS (.3); TELECONFERENCES WITH C. JACKSON RE: DELOITTE FAS AND PWC APPLICATIONS (.2); TELECONFERENCE WITH R. YOUNG RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.1). |
| GRAY RW | 04/18/06 | 0.50 | TELECONFERENCES AND EMAIL EXCHANGE WITH D. TURETSKY RE: DELOITTE FAS/CONSULTING RETENTION (.1); REVIEW AND COMMENT ON REVISED DELOITTE RETENTION APPLICATION (.1); REVIEW AND EDIT REVISED VERSION OF PWC APPLICATION (.1); EMAIL EXCHANGE WITH C. JACKSON AND D. TURETSKY RE: MILBANK INQUIRY ON PROFESSIONAL RETENTION APPLICATIONS (.1); REVIEW ORDER ON PAUL HASTINGS SEALING AND EXCHANGE EMAILS WITH J. BAKER AND D. TURETSKY RE: SAME (.1). |
| TURETSKY DM | 04/18/06 | 5.80 | FURTHER REVISE AND FINALIZE APPLICATION TO RETAIN DELOITTE FAS (2.5); E-MAIL TO S. BUSEY AND C. JACKSON RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.2); TELECONFERENCE WITH S. BUSEY AND C. JACKSON RE: DELOITTE FAS APPLICATION (.1); TELECONFERENCE WITH R. YOUNG RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.1); E-MAIL TO M. BYRUM AND J. CASTLE RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.2); E-MAIL TO R. YOUNG RE: ISSUES CONCERNING DELOITTE FAS APPLICATION (.1); FURTHER REVIEW AND ANALYZE EXECUTED AFFIDAVITS RE: DELOITTE FAS APPLICATION (.1); FURTHER REVISE DELOITTE FAS PROPOSED ORDER (.1); FURTHER REVISE DELOITTE FAS NOTICE OF HEARING (.1); FURTHER REVISE AND FINALIZE FOR FILING APPLICATION TO SUPPLEMENT PWC RETENTION (1.1); TELECONFERENCE WITH K. CAMPBELL RE: PWC SUPPLEMENT (.1); E-MAIL TO C. JACKSON AND K. WARD RE: PWC SUPPLEMENT (.2); E-MAIL TO K. CAMPBELL RE: PWC SUPPLEMENT (.1); E-MAIL TO J. CASTLE AND J. GLEASON RE: PWC SUPPLEMENT (.1); E-MAIL MEMO TO M. COMERFORD RE: FILING OF DELOITTE FAS AND PWC APPLICATIONS (.7). |
| GRAY RW | 04/19/06 | 0.20 | DRAFT MEMO RE: SEALING ISSUES ON PAUL HASTINGS FEE APPLICATION (.1); DRAFT MEMO RE: CALENDARING OF HEARING DATES/OBJECTION DEADLINES RE: APPLICATIONS/MOTION FILED BY EQUITY COMMITTEE PROFESSIONALS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 04/20/06 | 1.00 | EXCHANGE EMAILS WITH M. COMERFORD AND M. BARR RE: UNREDACTED VERSION OF PAUL HASTINGS FEE APPLICATION (.1); EXCHANGE EMAILS WITH B. RIVERA AND S. BROWN RE: OBTAINED UNREDACTED VERSION (.1); REVIEW UNREDACTED VERSION OF FEE APPLICATION (.2); TELECONFERENCE WITH T. SILAS AT PAUL HASTINGS RE: OBTAINING REDLINE SHOWING DELETIONS (.1); DRAFT MEMO TO L. APPEL AND J. CASTLE RE: MAY 2 DEADLINE FOR OBJECTION TO UNSEALING OF REDACTED PORTIONS (.1); REVIEW REDLINE FROM T. SILAS AND TELECONFERENCE WITH SAME RE: REVERSE REDLINE NEEDED TO SHOW DELETIONS (.1); FURTHER TELECONFERENCE WITH T. SILAS RE: REDLINE NOT POSSIBLE (.1); TELECONFERENCES AND EMAILS WITH S. BROWN RE: PREPARING MANUAL REDLINE TO ASSIST CLIENT IN REVIEWING REDACTED PROVISIONS (.2). |
| GRAY RW | 04/21/06 | 0.60 | EXCHANGE EMAILS WITH T. SILAS RE: PAUL HASTINGS APPLICATION AND DRAFT MEMO TO S. BROWN RE: PROJECT (.2); REVIEW MANUAL REDLINE OF PAUL HASTINGS APPLICATION TO PREPARE FOR SENDING TO CLIENT (.2); DRAFT MEMO TO L. APPEL AND J. CASTLE RE: SEALED MATERIAL (.2). |
| TURETSKY DM | 04/21/06 | 0.20 | E-MAIL TO F. HUFFARD AND J. O'CONNELL RE: ENTRY OF ORDER SUPPLEMENTING TERMS OF BLACKSTONE RETENTION (.1); E-MAIL TO L. APPEL AND J. CASTLE RE: ENTRY OF ORDER OF SUPPLEMENTING TERMS OF BLACKSTONE RETENTION (.1). |
| GRAY RW | 04/24/06 | 0.40 | REVIEW PAUL HASTINGS SEALED ATTACHMENTS (.4). |
| GRAY RW | 04/26/06 | 0.80 | REVIEW FINAL FEE APPLICATION REQUIREMENTS RE: OBJECTION DEADLINE ISSUES RE: PAUL HASTINGS AND JEFFERIES (.4); REVIEW PAUL HASTINGS FEE APPLICATION TO PREPARE FOR TELECONFERENCE WITH CLIENT (.4). |
| EICHEL S | 04/26/06 | 0.20 | REVIEW R. GRAY'S EMAIL RE: INQUIRY AS TO INTERPRETATION OF PARAGRAPH 9 OF STUART MAUE RETENTION ORDER IN CONNECTION WITH DETERMINING DEADLINE TO OBJECT TO PROFESSIONAL FEES (.1); REVIEW STUART MAUE RETENTION ORDER IN CONNECTION WITH RESPONDING TO R. GRAY'S INQUIRY (.1). |
| TURETSKY DM | 04/26/06 | 0.70 | REVIEW UNREDACTED FEE APPLICATION BY PAUL HASTINGS (.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 04/27/06 | 0.40 | TELECONFERENCE WITH J. CASTLE, M. BYRUM, S. BUSEY AND R. GRAY RE: FEE ISSUES (.4). |
| GRAY RW | 04/27/06 | 0.80 | TELECONFERENCE WITH J. CASTLE, M. BYRUM, S. BUSEY AND J. BAKER RE: PAUL HASTINGS AND JEFFERIES FEE ISSUES (.4); DRAFT MEMO TO M. BARR RE: COMPANY NOT TO CONTEST UNSEALING OF PAUL HASTINGS DOCUMENTS (.1); DRAFT MEMO TO M. FRIETAG RE: COMMUNICATIONS ISSUES ASSOCIATED WITH UNSEALING (.2); REVIEW AND RESPOND TO MEMOS FROM M. COMERFORD AND D. TURETSKY RE: EXTENSION OF OBJECTION DEADLINE ON RETENTION APPLICATIONS (.1). |
| TURETSKY DM | 04/27/06 | 0.10 | TELECONFERENCES TO K. CAMPBELL AND R. YOUNG (MESSAGES) RE: ISSUES CONCERNING APPLICATIONS (.1). |

**MATTER TOTAL**                    **48.90**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                          Bill Date: 05/04/06
**Tax Matters**                                            Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 04/05/06 | 1.00 | PREPARE FOR TELECONFERENCE RE: IRS ISSUES (.4); PARTICIPATE IN TELECONFERENCE WITH J. CASTLE, K. BRISTOR, S. BUSEY, AND REPRESENTATIVES OF KPMG, TO DISCUSS IRS CLAIM ISSUES (.6). |
| **MATTER TOTAL** | | **1.00** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Utilities                                                        Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KALOUDIS D | 04/03/06 | 0.50 | REVIEW EXECUTED UTILITY STIPULATIONS RE: STARKVILLE AND HILLSBOROUGH (.5). |
| KALOUDIS D | 04/07/06 | 1.70 | TELECONFERENCE WITH S. WHEELIS RE: CLECO STIPULATION AND OBJECTION TO CLAIMS (.3); TELECONFERENCE WITH J. DONAHUE RE: CITY OF TALLHASSEE (.1); TELECONFERENCE WITH J. PETTY RE: FLORIDA PUBLIC UTILITIES (.4); DRAFT EMAIL TO J. PETTY RE: FLORIDA PUBLIC UTILITIES (.9). |
| KALOUDIS D | 04/10/06 | 0.70 | TELECONFERENCE WITH S. GRANTHAM RE: STARKVILLE PAYMENT (.2); DRAFT E-MAIL TO WD RE: EXECUTION OF OXFORD (.1); TELECONFERENCE WITH B. FITZGERALD RE: HILLSBOROUGH (.2). |
| FELD SR | 04/11/06 | 1.10 | REVIEW BOND REDUCTION CHART (.3); WITH D. KALOUDIS REVIEW STATUS OF ADEQUATE ASSURANCE REQUESTS RE: GEORGIA POWER, CLECO, BOWLING GREEN, OXFORD, FOLEY, STARKVILLE (.8). |
| KALOUDIS D | 04/11/06 | 5.00 | MEETING WITH S. FELD RE: STATUS OF PENDING UTILITY BOND DEMANDS (.8); PREPARE FOR MEETING WITH S. FELD RE: STATUS OF PENDING UTILITY BOND DEMANDS (.5); UPDATE UTILITY BOND DEMAND CHARTS (1.6); TELECONFERENCE TO COUNSEL OF CHATTANOOGA RE: CHATTANOOGA STIPULATION (.3); TELECONFERENCE TO HILLSBOROUGH CONTACTS RE: HILLSBOROUGH STIPULATION (.2); DRAFT NOTICE TO NOTICE PARTIES RE: CLECLO (.5); DRAFT NOTICE TO NOTICE PARTIES RE: CHATTANOOGA (.5); SEND NOTICES TO S. FELD (.1); DRAFT EMAIL TO WD RE: STARKVILLE UILITY PAYMENT INFO (.2); LEFT MESSAGE TO CITY OF FOLEY UTILITY RE: PROPOSED STIPULATION (.1); REVIEW CITY OF FOLEY FILE (.2). |
| FELD SR | 04/12/06 | 1.30 | REVIEW STATUS OF BOND RETURN REQUEST RE: SHEFFIELD UTILITIES (.2); REVIEW AND COMMENT ON DRAFT NOTICE TO NOTICE PARTIES RE: ADEQUATE ASSURANCE STIPULATION FOR CLECO AND CHATTANOOGA (.4); COMMENT ON AND EDIT DRAFT STIPULATION RE: CLECO (.7). |
| KALOUDIS D | 04/13/06 | 1.70 | REVISE STIPULATION RE: CLECO (.3); REVISE BOND CHART (.8); DRAFT EMAIL TO S. WHEELIS RE: REVISIONS TO CLECO STIP (.3); REVISE CHATTANOOGA STIPULATION (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 04/17/06 | 1.20 | REVIEW AND COMMENT ON BOND REDUCTION CHART (.7); REVIEW STATUS OF PENDING STIPULATIONS RE: ADEQUATE ASSURANCE (.5). |
| FELD SR | 04/18/06 | 1.20 | TELECONFERENCE WITH B. KICHLER RE: JEA ADEQUATE ASSURANCE REQUEST (.2); PREPARE EMAIL TO J. CASTLE RE: JEA (.2); REVIEW AND COMMENT ON REVISED UTILITY CHART (.4); REVIEW NEW UTILITY BOND REQUESTS RE: WALTON, VOLUNTEER & SHEFFIELD (.4). |
| FELD SR | 04/19/06 | 1.20 | TELECONFERENCE WITH C. LEO RE: GEORGIA POWER POSTPETITION BILLINGS (.3); REVIEW FILES FOR STARKVILLE, OXFORD, HILLSBOROUGH & GEORGIA POWER RE: ADEQUATE ASSURANCE REQUESTS (.9). |
| KALOUDIS D | 04/19/06 | 0.90 | TELECONFERENCE TO C. LEO RE: CITY OF LAFAYETTE (.1); TELECONFERENCE WITH S. FELD RE: STATUS OF UTILITIES (.2); REVISE BOND REDUCTION CHART (.6). |
| FELD SR | 04/20/06 | 0.20 | REVIEW BOND REDUCTION CHART (.2). |
| KALOUDIS D | 04/20/06 | 0.30 | REVIEW HILLSBOROUGH STIPULATION (.3). |
| KALOUDIS D | 04/21/06 | 1.90 | DRAFT EMAIL TO WD RE: HILLSBOROUGH STIPULATION (.3); REVISE CHATTTANOOGA STIPULATION AND PREPARE FOR EXECUTION (.3); DRAFT EMAIL TO COUSNEL FOR CHATTANOOGA RE: CHATTANOOGA STIPULATION (.3); DRAFT EMAIL TO WD RE: CHATTANOOGA STIPULATION (.3); REVISE CLECO STIPULATION AND PREPARE FOR EXECUTION (.3); DRAFT EMAIL TO COUSNEL FOR CLECO RE: CLECO STIPULATION (.2); DRAFT EMAIL TO WD RE: CLECO STIPULATION (.2). |
| FELD SR | 04/24/06 | 0.20 | REVIEW BOND REDUCTION CHART (.2). |
| FELD SR | 04/25/06 | 1.00 | COMMENT ON BOND REDUCTION CHART (.3); REVIEW REVISIONS ON CLECO ADEQUATE ASSURANCE STIPULATION (.4); DEVELOP PROCEDURE FOR DEALING WITH REMAINING UTILITIES WITH LIBERTY MUTUAL BONDS (.3). |
| FELD SR | 04/26/06 | 0.50 | TELECONFERENCE WITH B. RAY RE: SIGNATURE PAGES TO CLECO AND CHATTANOOGA STIPULATIONS (.1); REVIEW AND PREPARE EMAIL TO S. WILLIAMS RE: BOND REDUCTION CHART (.3); REVIEW EMAIL RE: GEORGIA POWER PREPETITION AMOUNT (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KALOUDIS D          04/26/06          0.70    TELECONFERENCE WITH P. DELCAMBRE RE:
                                              BOND DEMAND (.1); TELECONFERENCE WITH
                                              CONTACT AT CLECO RE: CLECO STIP (.2);
                                              ANALYZE ENTITY NAMES ISSUE RE: CLECO
                                              STIP (.2); TELECONFERENCE WITH S.
                                              FELD RE: CLECO STIP (.2).

FELD SR             04/27/06          0.60    UPDATE BOND REDUCTION CHART AND
                                              CIRCULATE TO S. WILLIAMS (.5); REVIEW
                                              EMAIL RE: HILLSBOROUGH ADEQUATE
                                              ASSURANCE STIPULATION (.1).

**MATTER TOTAL**                     <u>**21.90**</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 05/04/06
Vendor Matters                                         Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 04/01/06 | 0.20 | REVIEW EMAIL FROM L. BARR RE: SEABEV STIPULATION (.1); DRAFT REPLY TO L. BARR (.1). |
| EICHEL S | 04/05/06 | 0.20 | REVIEW EMAIL FROM R. DAMORE RE: RUSSELL STOVER DISPUTE (.1); DRAFT EMAIL TO J. CASTLE RE: RUSSELL STOVER DISPUTE AND STRATEGY (.1). |
| EICHEL S | 04/13/06 | 0.20 | REVIEW EMAIL FROM R. DAMORE RE: PREPETITION PAYMENTS TO FINTECH IN CONNECTION WITH RESOLVING CLAIMS OF SOUTHERN WINE & SPIRITS ("SWS") (.1); REVIEW EMAIL FROM R. GRAY IN RESPONSE TO R. DAMORE'S INQUIRY RE: SWS (.1). |
| HENRY S | 04/17/06 | 0.30 | EMAIL TO AND FROM R. GRAY RE: VENDOR LIEN AND PLAN TREATMENT (.3). |
| EICHEL S | 04/17/06 | 0.20 | REVIEW EMAIL FROM B. KICHLER RE: RUSSELL STOVER DEMAND LETTER (.1); DRAFT RESPONSE TO B. KICHLER RE: RUSSELL STOVER DISPUTE (.1). |
| EICHEL S | 04/18/06 | 1.00 | REVIEW EMAIL FROM A. LIU RE: STATUS OF RECONCILIATION OF RUSSELL STOVER CLAIM (.1); TELECONFERENCE WITH R. DAMORE RE: RESOLVING SOUTHERN WINE & SPIRITS ("SWS")/FINTECH POSTPETITION PAYMENT ISSUES (.1); DRAFT EMAIL TO R. DAMORE AND B. KICHLER RE: UPCOMING TELECONFERENCE RE: STRATEGY IN CONNECTION WITH RESOLVING SWS/FINTECH POSTPETITION PAYMENT ISSUES (.1); TELECONFERENCE WITH B. KICHLER (WINN-DIXIE), R. DAMORE (XROADS), AND R. GRAY RE: OPTIONS AND STRATEGY WITH RESPECT TO RESOLVING ISSUES RELATING TO SWS/FINTECH'S POSTPETITION PAYMENT ISSUES (.7). |
| EICHEL S | 04/19/06 | 0.10 | REVIEW EMAIL FROM R. DAMORE (XROADS) RE: POST-PETITION PAYMENT TO FINTECH (.1). |
| EICHEL S | 04/20/06 | 0.20 | REVIEW EMAILS FROM R. GRAY RE: FINTECH/SOUTHERN WINE SPIRITS POSTPETITION PAYMENT ISSUE (.1); REVIEW EMAIL FROM S. HENRY RE: RESTRICTION WITH RESPECT TO PURCHASING LIQUOR IN CONNECTION WITH FINTECH/SOUTHERN WINE PAYMENT ISSUE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 04/21/06 | 0.90 | REVIEW E-MAIL OF K. STUBS RE: POSTPETITION PAYMENT TO FINTECH IN CONNECTION WITH ANALYZING FINTECH/SWS ISSUE (.1); REVIEW AND REVISE SEABEV STIPULATION RESOLVING ISSUE (.5); DRAFT EMAIL TO B. KICHLER RE: REVISED SEABEV STIPULATION (.1); TELECONFERENCE WITH B. KICHLER RE: REVISED SEABEV STIPULATION (.1); DRAFT EMAIL TO L. BARR RE: REVISED SEABEV STIPULATION (.1). |
|---|---|---|---|

**MATTER TOTAL**                     **3.30**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 05/04/06
Fee Examiner                                                     Bill Number: 1107157

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 04/04/06 | 2.00 | COMMENCE REVIEW OF STUART MAUE REPORT (AND EXHIBITS) WITH RESPECT TO SKADDEN'S SECOND INTERIM FEE APPLICATION (2.0). |
| LAMAINA KA | 04/04/06 | 1.70 | BEGIN REVIEW OF FEE EXAMINER REPORT (1.7). |
| EICHEL S | 04/05/06 | 1.60 | COMMENCE DRAFT OF RESPONSE TO STUART MAUE REPORT WITH RESPECT TO SKADDEN'S SECOND INTERIM FEE APPLICATION (.7); DRAFT EMAIL TO K. LAMAINA IN CONNECTION WITH RESPONSE TO STUART MAUE REPORT (.1); ANALYZE ISSUES LISTED IN STUART MAUE REPORT WITH RESPECT TO SKADDEN'S SECOND INTERIM FEE APPLICATION (.8). |
| LAMAINA KA | 04/05/06 | 6.40 | REVIEW EXAMINER REPORTS (2.8); CONTINUE PREPARATIONS FOR RESPONSE BY STRATEGIZING QUICKEST WAY TO RESPOND TO SAVE MONEY FOR ESTATES (1.3); PREPARE RESPONSE BY COORDINATING EXHIBIT RESPONSES (2.3). |
| LAMAINA KA | 04/06/06 | 9.20 | ANALYZE EXHIBITS OF FIRST APPLICATION (4.7); PREPARE EXHIBITS ON FEE EXAMINER REPORTS (4.5). |
| WITTMAN, JR. RE | 04/06/06 | 3.50 | REVIEW FEE EXAMINER REPORTS AND COMPARE TO SKADDEN REPORTS FOR ACCURACY (3.5). |
| EICHEL S | 04/07/06 | 1.20 | REVIEW EMAIL (AND ATTACHMENT) FROM K. LAMAINA RE: RESPONSE TO STUART MAUE REPORT (.2); DRAFT EMAIL TO K. LAMAINA RE: RESPONSE TO STUART MAUE REPORT (.1); ANALYZE ISSUES RE: PREPARING RESPONSE TO VAGUENESS OBJECTION TO SKADDEN'S INTERIM FEE APPLICATION (.8); REVIEW EMAILS FROM D. HART RE: RESPONDING TO VAGUENESS ISSUES RAISED BY STUART MAUE'S INITIAL REPORT (.1). |
| HART JR. DJ | 04/07/06 | 3.80 | DRAFT TWO INTERNAL EMAILS RE: FEE EXAMINER REPORT FOR ALL ATTORNEYS BILLING TO WINN-DIXIE WITH DETAILED INSTRUCTIONS (.8); CREATE LIST OF ALL CURRENT EMPLOYEES WHO BILLED TIME TO WINN-DIXIE FOR EMAIL DISTRIBUTION (.3); PREPARE ATTACHMENTS FOR SAME EMAIL (2.7). |
| LAMAINA KA | 04/07/06 | 5.10 | FINALIZE PREPARATION OF FEE EXAMINER EXHIBITS FOR TEAM FOR RESPONSE TO FEE EXAMINER REPORTS (5.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WITTMAN, JR. RE | 04/07/06 | 3.60 | REVIEW FEE EXAMINER REPORTS AND COMPARE TO SKADDEN REPORTS FOR ACCURACY (3.6). |
| BAKER DJ | 04/10/06 | 0.10 | CONFERENCE WITH S. EICHEL RE: TIME KEEPING ISSUES (.1). |
| HENRY S | 04/10/06 | 2.80 | REVIEW REPORTS OF FEE EXAMINER AND BEGIN WORKING ON RESPONSES THERETO (2.8). |
| GRAY RW | 04/10/06 | 0.20 | DRAFT MEMO TO S. HENRY RE: FEE EXAMINER WORK (.1); CONFERENCE WITH S. EICHEL RE: RESPONSE TO FEE EXAMINER REPORTS (.1). |
| HART JR. DJ | 04/10/06 | 2.90 | REVIEW EDITED TIME ENTRIES FROM ATTORNEYS CORRECTING ENTRIES NOTED AS VAGUE BY FEE EXAMINER (1.9); REVIEW STUART MAUE'S REPORT AND US TRUSTEE GUIDELINES TO EVALUATE SAME (.3); CREATE NEW EXHIBIT OF CORRECTED ENTRIES AND INCORPORATE SAME TO DOCUMENT (.6); TELECONFERENCE K. WINTERS RE: BLOCK BILLED ENTRIES FLAGGED BY FEE EXAMINER (.1). |
| BAKER DJ | 04/11/06 | 1.10 | REVIEW FEE APPLICATION MATERIALS, IN PREPARATION FOR MEETING (.4); MEET WITH S. EICHEL, S. HENRY AND R. GRAY RE: RESPONSE TO FEE EXAMINER (.7). |
| HENRY S | 04/11/06 | 3.60 | CONTINUED ANALYSIS OF FEE EXAMINER REPORT AND REVISIONS TO OUTLINE RE: RESPONSES (2.8); CONFER WITH S. EICHEL RE: SAME (.1); MEET WITH BAKER, EICHEL AND GRAY RE: EXAMINERS' REPORTS AND RESPONSES THERETO (.7). |
| GRAY RW | 04/11/06 | 0.70 | CONFERENCE WITH J. BAKER, S. HENRY AND S. EICHEL RE: STUART MAUE REPORT ISSUES (.7). |
| EICHEL S | 04/11/06 | 2.50 | CONTINUE PREPARING FOR CONFERENCE WITH RESPECT TO RESPONSE TO STUART MAUE REPORTS (.3); CONFERENCE WITH S. HENRY, J. BAKER AND R. GRAY RE: RESPONSE TO STUART MAUE REPORTS (.7); REVIEW AND REVISE PROPOSED LETTER TO WINN-DIXIE TEAM RE: RESPONDING TO STUART MAUE REPORT (1.0); REVIEW STUART MAUE EXHIBITS IN CONNECTION WITH REVISIONS TO PROPOSED LETTER TO WINN-DIXIE TEAM (.4); CONFERENCE WITH S. HENRY IN CONNECTION WITH RESPONSE TO STUART MAUE'S INITIAL REPORT (.1). |
| BAKER DJ | 04/12/06 | 1.30 | REVIEW ISSUES RAISED BY FEE EXAMINER (.6); REVISE MEMORANDUM TO SKADDEN TIMEKEEPERS RE: ISSUES RAISED BY FEE EXAMINER (.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 04/12/06 | 0.20 | REVIEW AND REVISE INSTRUCTION MEMO FOR FEE AUDITOR WORK (.2). |
|---|---|---|---|
| HART JR. DJ | 04/12/06 | 7.50 | REVIEW ATTORNEYS' TIME EDIT SUBMISSIONS FOR CONFORMITY WITH THE STUART MAUE REPORT (1.4); REVISE TRACKING CHART OF SAME (.3); REVISE STUART MAUE FLAGGED BLOCKED ENTRIES (5.8). |
| LAMAINA KA | 04/12/06 | 0.30 | REVIEW FEE EXAMINER MEMO FROM J. BAKER (.3). |
| BAKER DJ | 04/13/06 | 1.20 | CONTINUE ANALYSIS OF FEE EXAMINER ISSUES (1.2). |
| GRAY RW | 04/13/06 | 1.40 | SUPPLEMENT/REVISE TIME DETAIL TO ADDRESS ISSUES IDENTIFIED BY FEE EXAMINER (.8); TELECONFERENCE WITH J. BAKER RE: FORM CHANGE TO ASSIST TIMEKEEPERS (.1); REFORMAT AND CIRCULATE FORMS TO TIMEKEEPERS (.3); REVIEW AND COMMENT ON MEMO TO TIMEKEEPERS (.2). |
| HART JR. DJ | 04/13/06 | 2.90 | REVIEW ATTORNEYS' EDITED ENTRIES FLAGGED BY STUART MAUE FOR CONFORMITY WITH BILLING GUIDELINES (2.6); EDIT TRACKING CHART OF SAME (.3). |
| LAMAINA KA | 04/13/06 | 0.40 | REVIEW EXAMINER'S DAILY HOURS' CHART RE: 12.0 HOURS BILLING/DAY (.4). |
| HART JR. DJ | 04/14/06 | 8.50 | REVIEW ATTORNEYS' EDITS TO STUART MAUE FLAGGED TIME ENTRIES (7.7); UPDATE TRACKING CHART OF SAME (.3); DRAFT EMAIL TO BE SENT TO WINN-DIXIE TEAM RE: BLOCKED BILLED ENTRIES (.5). |
| LAMAINA KA | 04/14/06 | 8.00 | ANALYZE EXHIBITS CONSISTING OF HUNDREDS OF PAGES FOR RESPONSE TO FEE EXAMINER (8.0). |
| MORTON LS | 04/14/06 | 1.70 | REVIEW TIME TICKET ENTRIES FOR RESPONSE TO FEE EXAMINER (1.7). |
| WITTMAN, JR. RE | 04/14/06 | 3.70 | DRAFT CHARTS RE: BLOCK BILLING ATTORNEYS (2.0); REVIEW/COMPARE EXHIBITS FOR BLOCK BILLING ATTORNEYS. (1.7). |
| HENRY S | 04/17/06 | 1.40 | DRAFT MEMO RE: RESPONSE TO FEE EXAMINER REPORT (1.2); EMAIL TO J. BAKER RE: RESPONSE (.1); FOLLOW UP EMAILS TO K. LAMAINA AND D. HART RE: RESPONSE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HART JR. DJ | 04/17/06 | 8.30 | REVIEW ATTORNEYS' EDITS TO STUART MAUE FLAGGED TIME ENTRIES (6.4); REVISE TRACKING CHART OF SAME (.2); REVISE EMAIL TO BE SENT TO WINN-DIXIE TEAM RE: BLOCKED BILLED ENTRIES (.5); REVIEW STUART MAUE EXPENSE REPORT (.6); CREATE LIST OF EXPENSE DETAILS NEEDED TO ANSWER SAME (.4); DRAFT EMAILS TO ACCOUNTING DEPARTMENT RE: EXPENSE DETAILS (.2). |
| LAMAINA KA | 04/17/06 | 2.10 | PREPARE RESPONSE TO INTERIM APPLICATION 1 REPORT (2.1). |
| SAMBUR K | 04/17/06 | 1.60 | DRAFT INSTRUCTIONAL MEMORANDUM RE: BLOCK BILLING (1.6). |
| WITTMAN, JR. RE | 04/17/06 | 5.50 | REVIEW TIME SUMMARIES FOR BLOCK BILLING AND COMPARE TO EXAMINER REPORT (5.5). |
| HART JR. DJ | 04/18/06 | 10.20 | REVIEW ATTORNEYS' EDITS TO STUART MAUE FLAGGED TIME ENTRIES TO ENSURE CONFORMITY WITH BILLING GUIDELINES (8.4); REVISE TRACKING CHART OF SAME (.4); CREATE SPREADSHEET OF TERMINATED EMPLOYEES WITH VAGUE TIME AND COMPUTATION OF BILLED AMOUNT (.6); DETERMINE AND CREATE LIST OF BILLERS WHO HAVE NOT YET SUBMITTED TIME ENTRIES (.3); COORDINATE EXPENSE DISBURSEMENT REPORTS (.5). |
| LAMAINA KA | 04/18/06 | 9.80 | PREPARE FEE EXAMINER RESPONSE (9.8). |
| EICHEL S | 04/19/06 | 0.20 | DRAFT EMAIL TO K. LAMAINA, D. HART AT S. HENRY RE: DRAFTING RESPONSE TO STUART MAUE REPORTS (.2). |
| HART JR. DJ | 04/19/06 | 10.60 | REVIEW ATTORNEYS' EDITS TO STUART MAUE FLAGGED TIME ENTRIES TO ENSURE CONFORMITY WITH BILLING GUIDELINES (3.7); REVISE TRACKING CHART OF VAGUE ENTRIES (.3); REVIEW ATTORNEYS' EDITS TO STUART MAUE FLAGGED BLOCK BILL ENTRIES (.3); REVISE TRACKING CHART OF BLOCK BILL ENTRIES (.1); BEGIN DRAFTING EXPENSE SECTION OF STUART MAUE RESPONSE (5.1); DRAFT EXHIBITS FOR RESPONSE TO FEE EXAMINER REPORT (1.1). |
| EICHEL S | 04/20/06 | 7.80 | REVIEW AND REVISE RESPONSE TO STUART MAUE'S INITIAL REPORT RE: FIRST INTERIM FEE APPLICATION (7.6); RESEARCH RE: PURPOSE OF US TRUSTEE GUIDELINES IN CONNECTION WITH RESPONDING TO STUART MAUE REPORT (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HART JR. DJ | 04/20/06 | 9.40 | DRAFT MEMORANDUM OF LAW RE: COMPENSATION FOR PREPARATION OF RETENTION APPLICATIONS FOR APPENDIX TO RESPONSE TO FEE EXAMINER'S REPORT (2.2); REVIEW ATTORNEYS' EDITS TO TIME ENTRIES FLAGGED BY STUART MAUE AS VAGUE (4.2); REVISE CHART TRACKING EDITS TO VAGUE ENTRIES (.2); REVIEW ATTORNEYS' EDITS TO TIME ENTRIES FLAGGED BY STUART MAUE AS BLOCK BILLED (.3); REVISE CHART TRACKING EDITS TO BLOCK BILL ENTRIES (.1); PREPARE EXHIBITS TO STUART MAUE RESPONSE (2.4). |
| WITTMAN, JR. RE | 04/20/06 | 5.80 | REVIEW AND COMPARE ALL TIME ENTRIES TO EXAMINER REPORT FOR CONFORMITY (5.8). |
| HENRY S | 04/21/06 | 1.80 | PREPARE RESPONSE TO STUART MAUE REPORT (1.8). |
| HART JR. DJ | 04/21/06 | 1.00 | REVIEW NUMEROUS EMAILS FROM INTERNAL WINN-DIXIE TEAM RE: TIME EDITS FOR STUART MAUE REPORT (.4); TELECONFERENCE K. LAMAINA RE: ATTORNEYS' TIME EDITS (.1); BEGIN DRAFTING RESPONSE TO FEE EXAMINER'S REPORT FOR SECOND INTERIM FEE APPLICATION (.5). |
| LAMAINA KA | 04/21/06 | 8.40 | CONTINUE TO PREPARE RESPONSE TO FEE EXAMINER'S REPORTS (8.4). |
| SAMBUR K | 04/21/06 | 4.40 | REVISE MEMORANDUM RE: ABILITY OF A LAW FIRM TO RECEIVE COMPENSATION FOR PREPARING, FILING AND DEFENDING ITS FEE AND RETENTION APPLICATIONS (4.4). |
| WITTMAN, JR. RE | 04/21/06 | 5.80 | REVIEW AND COMPARE ALL TIME ENTRIES TO EXAMINER REPORT FOR CONFORMITY (5.8). |
| EICHEL S | 04/22/06 | 4.60 | REVIEW AND REVISE RESPONSE TO STUART MAUE REPORT TO SKADDEN, ARPS' FIRST INTERIM APPLICATION (4.6). |
| HART JR. DJ | 04/22/06 | 9.30 | CONTINUE TO PREPARE EXHIBITS FOR RESPONSE TO FEE EXAMINER'S REPORT (8.8); REVISE RESPONSE TO FEE EXAMINER'S REPORT (.5). |
| LAMAINA KA | 04/22/06 | 8.20 | PREPARE RESPONSE TO STUART MAUE INTERIM 1 (8.2). |
| LAMAINA KA | 04/23/06 | 10.30 | REVISE RESPONSE TO STUART MAUE INTERIM 1 (3.2); PREPARE RESPONSE TO STUART MAUE INTERIM 2 (7.1). |
| HENRY S | 04/24/06 | 2.30 | PREPARE RESPONSE TO STUART MAUE REPORT (2.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 04/24/06 | 9.70 | REVIEW AND REVISE RESPONSE TO STUART MAUE INITIAL REPORT TO SKADDEN'S FIRST INTERIM FEE APPLICATION (9.4); DRAFT EMAIL TO K. LAMAINA RE: COMMENTS TO RESPONSE TO STUART MAUE REPORT WITH RESPECT TO FIRST INTERIM FEE APPLICATION (.1); DRAFT EMAIL TO K. LAMAINA RE: BLOCKED BILLING CHART IN RESPONSE TO STUART MAUE REPORT ON FIRST INTERIM APPLICATION (.1); DRAFT EMAIL TO K. LAMAINA RE: PROPOSED REVISIONS TO RESPONSE TO STUART MAUE'S REPORT TO FIRST INTERIM FEE APPLICATION (.1). |
| HART JR. DJ | 04/24/06 | 9.50 | CONTINUE TO PREPARE EXHIBITS FOR FIRST INTERIM FEE EXAMINER RESPONSE (2.8); PREPARE EXHIBITS FOR SECOND INTERIM FEE EXAMINER RESPONSE (2.6); CONTINUE TO REVIEW MULTIPLE ATTORNEYS' EDITED ENTRIES FOR RESPONSE TO FEE EXAMINER'S REPORT (1.4); REVISE FIRST INTERIM RESPONSE TO FEE EXAMINER'S REPORT (.8); REVISE SECOND INTERIM RESPONSE TO FEE EXAMINER'S REPORT (.5); DRAFT EMAILS TO TIMEKEEPERS WITH OUTSTANDING EDITS FOR RESPONSES TO FEE EXAMINER (.4); REVIEW EXPENSE EXHIBITS FOR SUPPORT TO FIRST AND SECOND INTERIM RESPONSE TO FEE EXAMINER'S REPORTS (.8); REVIEW EMAILS FROM S. EICHEL RE: EXPENSE EXHIBITS (.2). |
| LAMAINA KA | 04/24/06 | 9.70 | REVISE RESPONSE TO STUART MAUE INTERIM 1 (5.5); CONTINUE RESPONSE TO STUART MAUE INTERIM 2 (4.2). |
| EICHEL S | 04/25/06 | 8.70 | REVIEW AND REVISE RESPONSE TO STUART MAUE REPORT TO FIRST INTERIM FEE APPLICATION (7.4); GATHER DATA IN CONNECTION WITH PREPARATION OF STUART MAUE REPORT (.8); REVIEW COURT HEARING TRANSCRIPTS IN CONNECTION WITH RESPONSE TO STUART MAUE FIRST INITIAL REPORT (.5). |
| HART JR. DJ | 04/25/06 | 8.00 | REVIEW PROPOSED EDITS TO FEE EXAMINER RESPONSE (.2); BEGIN RESEARCH RE: 11TH CIRCUIT CASE LAW FOR MEMORANDUM ON COMPENSATION FOR FEE WORK TO BE ATTACHED AS APPENDIX TO FEE EXAMINER RESPONSES (3.4); RESEARCH CASE LAW FOR PRELIMINARY STATEMENT IN RESPONSE TO FEE EXAMINER'S REPORT (3.2); ANALYZE EXHIBITS FOR CONFORMITY WITH SAME RESPONSE (.5); REVISE SECOND INTERIM RESPONSE TO FEE EXAMINER'S REPORT (.7). |
| LAMAINA KA | 04/25/06 | 9.50 | REVISE RESPONSE TO STUART MAUE INTERIM 1 (9.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 04/26/06 | 4.00 | REVIEW AND REVISE RESPONSE TO STUART MAUE WITH RESPECT TO FIRST INTERIM FEE APPLICATION (3.8); TELECONFERENCE WITH S. EICHEL AND K. LAMAINA RE: RESPONSE TO STUART MAUE (.2). |
| EICHEL S | 04/26/06 | 5.60 | REVIEW AND REVISE SKADDEN, ARPS' RESPONSE (THE "RESPONSE") TO STUART MAUE INITIAL REPORT WITH RESPECT TO FIRST INTERIM FEE APPLICATION (2.4); REVIEW EMAIL FROM K. LAMAINA RE: REVISED RESPONSE (.1); ANALYZE DISBURSEMENT ISSUE IN CONNECTION WITH RESPONSE TO FIRST STUART MAUE REPORT (.3); DRAFT, REVIEW AND REVISE RESPONSE TO STUART MAUE REPORT WITH RESPECT TO SKADDEN'S SECOND INTERIM FEE APPLICATION (2.8). |
| HART JR. DJ | 04/26/06 | 9.80 | CONTINUE TO REVISE SECOND INTERIM RESPONSE TO FEE EXAMINER'S REPORT (5.6); REVISE EXHIBITS TO FIRST AND SECOND RESPONSES (3.4); PREPARE ADDITIONAL EXHIBITS FOR FIRST INTERIM RESPONSE (.8). |
| LAMAINA KA | 04/26/06 | 9.10 | REVISE RESPONSE TO STUART MAUE INTERIM 1 (2.5); REVISE RESPONSE TO STUART MAUE INTERIM 2 (6.6). |
| BAKER DJ | 04/27/06 | 2.50 | REVISE RESPONSE TO STUART MAUE REPORT RE: SECOND INTERIM FEE APPLICATION (2.5). |
| EICHEL S | 04/27/06 | 5.20 | DRAFT, REVIEW AND REVISE RESPONSE TO REPORT WITH RESPECT TO SKADDEN'S SECOND INTERIM FEE APPLICATION (4.2); REVIEW AND REVISE RESPONSE TO REPORT TO SKADDEN'S FIRST INTERIM FEE APPLICATION (.8); DRAFT EMAIL TO S. HENRY RE: REVISIONS TO RESPONSE TO SECOND STUART MAUE REPORT (.1); DRAFT EMAIL TO K. LAMAINA RE: COMMENTS TO SECOND INTERIM FEE APPLICATION (.1). |
| HART JR. DJ | 04/27/06 | 9.90 | REVIEW ATTORNEYS' ENTRIES IN RESPONSE TO STUART MAUE REPORT (1.8); RESEARCH CASE LAW FOR RESPONSE TO FEE EXAMINER REPORT (1.3); PREPARE EXHIBITS TO RESPONSE (2.2); REVISE FIRST INTERIM RESPONSE (4.6). |
| LAMAINA KA | 04/27/06 | 8.50 | CONTINUE TO DRAFT RESPONSE ON INTERIM 1 (4.2); CONTINUE TO DRAFT RESPONSE ON INTERIM 2 (4.3). |
| HENRY S | 04/28/06 | 2.90 | ADDITIONAL REVIEW AND REVISION OF RESPONSE TO STUART MAUE REPORT (2.9). |
| GRAY RW | 04/28/06 | 0.80 | REVIEW/COMMENT ON RESPONSES TO FEE EXAMINER REPORTS (.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HART JR. DJ | 04/28/06 | 9.40 | REVISE SECOND INTERIM RESPONSE TO FEE EXAMINER'S REPORT (2.8); PREPARE EXHIBITS FOR FIRST AND SECOND INTERIM RESPONSE TO FEE EXAMINER (4.6); PREPARE RESPONSES FOR FILING (2.0). |
| LAMAINA KA | 04/28/06 | 9.90 | FINALIZE RESPONSES ON INTERIM APPLICATIONS 1 AND 2 TO DISTRIBUTE TO L. COOPER AND E. ESCAMILLA (30+ ATTACHMENTS) (9.9). |
| SAMBUR K | 04/28/06 | 3.40 | REVIEW CASES CITED IN FEE EXAMINER RESPONSES AND ATTACHMENTS (2.8); REVISE RESPONSES TO INDICATE CORRECTIONS (.6). |

**MATTER TOTAL**  <u>354.00</u>

**CLIENT TOTAL**  <u>1,588.70</u>

D08A