# EXHIBIT E-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(APRIL 1, 2006 - APRIL 30, 2006)**

| Expense Category | Total Expenses |
|---|---:|
| Computer Legal Research | $5,042.11 |
| Long Distance Telephone | $243.69 |
| In-House Reproduction (@ $.10 per page) | $4,818.50 |
| Reproduction-color | $29.50 |
| Outside Reproduction | $2,046.64 |
| Outside Research | $1,160.55 |
| Out-Of-Town Travel | $1,001.40 |
| Business Meals | $61.67 |
| Courier & Express Carriers (e.g., Federal Express) | $632.62 |
| Postage | $150.07 |
| **TOTAL** | **$15,186.75** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 05/04/06
**Disbursements**                                                    Bill Number: 1107157

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/24/06 | Henry S | 659.30 |
| Air/Rail Travel - vendor feed | 04/24/06 | Henry S | -659.30 |
| Air/Rail Travel - vendor feed | 04/26/06 | Henry S | 529.06 |
| | | TOTAL AIR/RAIL TRAVEL - VENDOR FEED | $529.06 |
| In-house Reproduction | 04/04/06 | Copy Center, D | 1,271.30 |
| In-house Reproduction | 04/04/06 | Copy Center, D | 7.40 |
| In-house Reproduction | 04/04/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 04/04/06 | Copy Center, D | 10.20 |
| In-house Reproduction | 04/07/06 | Copy Center, D | 2.10 |
| In-house Reproduction | 04/07/06 | Copy Center, D | 13.10 |
| In-house Reproduction | 04/07/06 | Copy Center, D | 10.70 |
| In-house Reproduction | 04/07/06 | Copy Center, D | 0.70 |
| In-house Reproduction | 04/07/06 | Copy Center, D | 3.10 |
| In-house Reproduction | 04/07/06 | Copy Center, D | 36.00 |
| In-house Reproduction | 04/11/06 | Copy Center, D | 8.10 |
| In-house Reproduction | 04/11/06 | Copy Center, D | 10.50 |
| In-house Reproduction | 04/11/06 | Copy Center, D | 0.70 |
| In-house Reproduction | 04/11/06 | Copy Center, D | 6.70 |
| In-house Reproduction | 04/11/06 | Copy Center, D | 3.10 |
| In-house Reproduction | 04/11/06 | Copy Center, D | 1.90 |
| In-house Reproduction | 04/11/06 | Copy Center, D | 8.80 |
| In-house Reproduction | 04/14/06 | Copy Center, D | 31.90 |
| In-house Reproduction | 04/14/06 | Copy Center, D | 11.60 |
| In-house Reproduction | 04/14/06 | Copy Center, D | 322.80 |
| In-house Reproduction | 04/18/06 | Copy Center, D | 4.60 |
| In-house Reproduction | 04/18/06 | Copy Center, D | 4.00 |
| In-house Reproduction | 04/18/06 | Copy Center, D | 1,276.40 |
| In-house Reproduction | 04/18/06 | Copy Center, D | 55.60 |
| In-house Reproduction | 04/21/06 | Copy Center, D | 179.40 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/21/06 | Copy Center, D | 1,232.70 |
| In-house Reproduction | 04/21/06 | Copy Center, D | 1.80 |
| In-house Reproduction | 04/21/06 | Copy Center, D | 0.60 |
| In-house Reproduction | 04/25/06 | Copy Center, D | 240.40 |
| In-house Reproduction | 04/25/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 04/25/06 | Copy Center, D | 3.60 |
| In-house Reproduction | 04/28/06 | Copy Center, D | 0.90 |
| In-house Reproduction | 04/28/06 | Copy Center, D | 21.00 |
| In-house Reproduction | 04/28/06 | Copy Center, D | 32.80 |
| In-house Reproduction | 04/28/06 | Copy Center, D | 2.00 |
| In-house Reproduction | 04/28/06 | Copy Center, D | 1.30 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4,818.50** |
| Telephone Expense | 04/27/06 | Telecommunications, D | 2.21 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 5.49 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 4.13 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.08 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 4.84 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 3.65 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.69 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.52 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.02 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.75 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.46 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.43 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.01 |

2

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 04/28/06 | Telecommunications, D | 2.03 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.51 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 9.56 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.10 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 6.80 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.46 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.41 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 4.37 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 3.26 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 3.61 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 2.73 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 11.27 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.10 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 8.09 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.15 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.86 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.42 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.03 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 1.23 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.87 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.34 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.31 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.22 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.18 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.06 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.04 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 24.85 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.28 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 17.01 |
| Telephone Expense | 04/28/06 | Telecommunications, D | 0.32 |
| | | **TOTAL TELEPHONE EXPENSE** | **$128.45** |
| Postage | 04/01/06 | Office Admin, D | 16.10 |
| Postage | 04/01/06 | Office Admin, D | 7.95 |
| Postage | 04/01/06 | Office Admin, D | 8.05 |
| Postage | 04/01/06 | Office Admin, D | 8.05 |
| Postage | 04/01/06 | Office Admin, D | 8.05 |
| Postage | 04/01/06 | Office Admin, D | 8.05 |
| Postage | 04/01/06 | Office Admin, D | 72.45 |
| Postage | 04/01/06 | Office Admin, D | 7.95 |
| Postage | 04/01/06 | Office Admin, D | 8.05 |
| Postage | 04/03/06 | Office Admin, D | 1.35 |
| Postage | 04/03/06 | Office Admin, D | 0.39 |
| Postage | 04/07/06 | Office Admin, D | 1.89 |
| Postage | 04/20/06 | Office Admin, D | 1.74 |
| | | **TOTAL POSTAGE** | **$150.07** |
| Non-standard/Outside Reproduction | 04/04/06 | RLS Legal Solutions LLC | 1,231.11 |
| Non-standard/Outside Reproduction | 04/05/06 | World Copy Inc. | 27.09 |
| Non-standard/Outside Reproduction | 04/12/06 | RLS Legal Solutions LLC | 187.17 |
| Non-standard/Outside Reproduction | 04/13/06 | RLS Legal Solutions LLC | 40.42 |
| Non-standard/Outside Reproduction | 04/17/06 | World Copy Inc. | 45.08 |
| Non-standard/Outside Reproduction | 04/19/06 | World Copy Inc. | 476.42 |
| Non-standard/Outside Reproduction | 04/20/06 | RLS Legal Solutions LLC | 32.93 |
| Non-standard/Outside Reproduction | 04/27/06 | World Copy Inc. | 6.42 |

4

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL NON-STANDARD/OUTSIDE REPRODUCTION | $2,046.64 |
| Lexis/Nexis | 04/03/06 | Sambur K | 69.10 |
| Lexis/Nexis | 04/07/06 | Sambur K | 79.03 |
| Lexis/Nexis | 04/10/06 | Henry S | 185.34 |
| Lexis/Nexis | 04/10/06 | Sambur K | 388.20 |
| Lexis/Nexis | 04/11/06 | Sambur K | 298.37 |
| Lexis/Nexis | 04/12/06 | Sambur K | 54.46 |
| Lexis/Nexis | 04/17/06 | Sambur K | 119.70 |
| Lexis/Nexis | 04/20/06 | Hart Jr. DJ | 5.25 |
| Lexis/Nexis | 04/23/06 | Turetsky DM | 283.74 |
| Lexis/Nexis | 04/24/06 | Wasserman J | 600.42 |
| Lexis/Nexis | 04/25/06 | Sambur K | 26.02 |
| Lexis/Nexis | 04/25/06 | Hart Jr. DJ | 331.31 |
| Lexis/Nexis | 04/27/06 | Hart Jr. DJ | 15.75 |
| Lexis/Nexis | 04/28/06 | Sambur K | 148.99 |
| | | TOTAL LEXIS/NEXIS | $2,605.68 |
| Westlaw | 04/01/06 | Kempf J | 173.67 |
| Westlaw | 04/04/06 | Turetsky DM | 666.80 |
| Westlaw | 04/10/06 | Margolis A | 174.79 |
| Westlaw | 04/10/06 | Turetsky DM | 100.58 |
| Westlaw | 04/11/06 | Turetsky DM | 300.30 |
| Westlaw | 04/14/06 | Ravin AS | 46.78 |
| Westlaw | 04/17/06 | Feld SR | 315.64 |
| Westlaw | 04/17/06 | Turetsky DM | 40.17 |
| Westlaw | 04/19/06 | Turetsky DM | 29.32 |
| Westlaw | 04/21/06 | Beaulieu J | 37.64 |
| Westlaw | 04/22/06 | Eichel S | 5.84 |
| Westlaw | 04/25/06 | Leamy JM | 79.34 |
| Westlaw | 04/26/06 | Leamy JM | 199.94 |
| Westlaw | 04/27/06 | Feld SR | 175.91 |
| Westlaw | 04/27/06 | Leamy JM | 89.71 |
| | | TOTAL WESTLAW | $2,436.43 |

DD01

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Scanning Services | 04/14/06 | World Copy Inc. | 27.09 |
| Scanning Services | 04/30/06 | World Copy Inc. | 27.09 |
| Scanning Services | 04/30/06 | World Copy Inc. | 27.09 |
| Scanning Services | 04/30/06 | World Copy Inc. | 27.09 |
| | | **TOTAL SCANNING SERVICES** | **$108.36** |
| Reproduction - color | 04/18/06 | Copy Center, D | 29.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$29.50** |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 9.82 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 13.27 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 21.49 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 4.54 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 4.83 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 22.50 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 9.08 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 19.69 |
| Vendor Hosted Teleconferencing | 04/30/06 | Teleconferencing Services, LLC | 10.02 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$115.24** |
| Out-of-Town Travel | 04/24/06 | Henry S | 472.34 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$472.34** |
| Messengers/ Courier | 04/05/06 | Dist Serv/Mail/Page, D | 24.80 |
| Messengers/ Courier | 04/05/06 | Dist Serv/Mail/Page, D | 22.53 |
| Messengers/ Courier | 04/05/06 | Dist Serv/Mail/Page, D | 34.59 |
| Messengers/ Courier | 04/05/06 | Dist Serv/Mail/Page, D | 18.87 |
| Messengers/ Courier | 04/05/06 | Dist Serv/Mail/Page, D | 21.22 |
| Messengers/ Courier | 04/14/06 | Dist Serv/Mail/Page, D | 32.86 |
| Messengers/ Courier | 04/14/06 | Dist Serv/Mail/Page, D | 38.35 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 04/14/06 | Dist Serv/Mail/Page, D | 34.59 |
| Messengers/ Courier | 04/14/06 | Dist Serv/Mail/Page, D | 37.41 |
| Messengers/ Courier | 04/14/06 | Dist Serv/Mail/Page, D | 34.22 |
| Messengers/ Courier | 04/14/06 | Dist Serv/Mail/Page, D | 29.17 |
| Messengers/ Courier | 04/19/06 | Dist Serv/Mail/Page, D | 29.42 |
| Messengers/ Courier | 04/19/06 | Dist Serv/Mail/Page, D | 29.42 |
| Messengers/ Courier | 04/19/06 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 04/19/06 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 04/20/06 | Dist Serv/Mail/Page, D | 18.87 |
| Messengers/ Courier | 04/21/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 04/21/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 04/21/06 | Dist Serv/Mail/Page, D | 7.63 |
| Messengers/ Courier | 04/21/06 | Dist Serv/Mail/Page, D | 52.60 |
| Messengers/ Courier | 04/24/06 | Dist Serv/Mail/Page, D | 10.47 |
| Messengers/ Courier | 04/26/06 | Dist Serv/Mail/Page, D | 6.19 |
| Messengers/ Courier | 04/26/06 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 04/26/06 | Dist Serv/Mail/Page, D | 12.25 |
| Messengers/ Courier | 04/26/06 | Dist Serv/Mail/Page, D | 36.57 |
| Messengers/ Courier | 04/26/06 | Dist Serv/Mail/Page, D | 6.19 |
| Messengers/ Courier | 04/28/06 | Dist Serv/Mail/Page, D | 6.19 |
| | | **TOTAL MESSENGERS/ COURIER** | **$632.62** |
| Out-of-Town Meals | 04/24/06 | Henry S | 37.39 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$37.39** |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 14.48 |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 1.84 |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 31.84 |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 0.48 |

DD01

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 39.76 |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 0.10 |
| Outside Research/Internet Services | 04/06/06 | Pacer Service Center | 874.24 |
| Outside Research/Internet Services | 04/20/06 | Capitol District Information | 89.45 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$1,052.19** |
| Contracted Catering-NY | 04/06/06 | Baker DJ | 24.28 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$24.28** |
| | | **TOTAL MATTER** | **$15,186.75** |
| | | **TOTAL CLIENT** | **$15,186.75** |

DD01