# EXHIBIT F-1

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**TIME SUMMARY**
**(MAY 1, 2006 - MAY 31, 2006)**

Bill No: 1111288

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| D. J. (Jan) Baker | 1973 | $835 | 158.50 | $132,347.50 |
| Ronald C. Barusch | 1978 | 795 | 35.90 | 28,540.50 |
| Katherine M. Bristor | 1981 | 835 | 20.20 | 16,867.00 |
| Sally McDonald Henry | 1983 | 730 | 101.90 | 74,387.00 |
| Peter J. Neckles | 1978 | 835 | 3.20 | 2,672.00 |
| Regina Olshan | 1994 | 755 | 11.70 | 8,833.50 |
| Wallace L. Schwartz | 1977 | 820 | 2.40 | 1,968.00 |
| | | | | |
| | **TOTAL PARTNERS** | | **333.80** | **$265,615.50** |
| **COUNSEL** | | | | |
| Tiffany Tran Boydell | 1995 | $560 | 20.70 | $ 11,592.00 |
| Stephanie R. Feld | 1982 | 560 | 26.20 | 14,672.00 |
| Rosalie W. Gray | 1982 | 560 | 163.70 | 91,672.00 |
| Alexandra Margolis | 1986 | 560 | 6.20 | 3,472.00 |
| Anthony Saldana | 1996 | 560 | 45.90 | 25,704.00 |
| | | | | |
| | **TOTAL COUNSEL** | | **262.70** | **$147,112.00** |
| **ASSOCIATES** | | | | |
| Steven Eichel | 1988 | $540 | 32.70 | $ 17,658.00 |
| Danny J. Hart Jr. | 2005 | 335 | 50.60 | 16,951.00 |
| Denise Kaloudis | 2003 | 440 | 35.70 | 15,708.00 |
| Kelley M. Keller | 1989 | 540 | 28.40 | 15,336.00 |
| Jessica Kempf | 2005 | 375 | 4.30 | 1,612.50 |
| Kimberly A. LaMaina | 2001 | 465 | 75.30 | 35,014.50 |
| Jane M. Leamy | 1995 | 540 | 138.30 | 74,682.00 |
| Adam S. Ravin | 1995 | 540 | 156.60 | 84,564.00 |
| Abraham A. Reshtick | 2001 | 465 | 19.30 | 8,974.50 |
| Keith Sambur | 2005 | 375 | 184.10 | 69,037.50 |
| David M. Turetsky | 2002 | 440 | 164.60 | 72,424.00 |
| | | | | |
| | **TOTAL ASSOCIATES** | | **889.90** | **$411,962.00** |

**SUMMER/WINTER ASSOCIATES**

| | | | | |
|---|---|---|---|---|
| Jennifer A. Karpe | | $170 | 6.60 | $  1,122.00 |
| Richard L. Oliver | | 170 | 4.20 | 714.00 |
| | | | | |
| | **TOTAL SUMMER/WINTER ASSOCIATES** | | **10.80** | **$  1,836.00** |

**PARAPROFESSIONALS**

| | | | | |
|---|---|---|---|---|
| Larry S. Morton | | $230 | 18.00 | $  4,140.00 |
| Isaac Pirolo | | 175 | 10.90 | 1,907.50 |
| Johannes A. Wetzel | | 175 | 79.10 | 13,842.50 |
| Ronald E. Wittman, Jr. | | 230 | 42.50 | 9,775.00 |
| | | | | |
| | **TOTAL PARAPROFESSIONALS** | | **150.50** | **$ 29,665.00** |
| | | | | |
| | **TOTAL** | | **1,647.70** | **$856,190.50** |
| | **BLENDED HOURLY RATE** | | | **$519.63** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**PROJECT CATEGORY SUMMARY**
**(MAY 1, 2006 - MAY 31, 2006)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 15.60 | $11,960.00 |
| Assets Dispositions (General) | 124.10 | $72,322.50 |
| Automatic Stay (Relief Actions) | 0.10 | $56.00 |
| Business Operations / Strategic Planning | 12.20 | $8,453.00 |
| Case Administration | 104.50 | $28,332.00 |
| Claims Admin. (General) | 285.30 | $131,140.00 |
| Claims Admin. (Reclamation/Trust Funds) | 5.20 | $2,827.00 |
| Creditor Meetings/Statutory Committees | 18.30 | $14,098.00 |
| Disclosure Statement/ Voting Issues | 27.90 | $14,863.00 |
| Employee Matters (General) | 150.80 | $92,037.50 |
| Executory Contracts (Personalty) | 72.20 | $39,468.00 |
| Financing (DIP and Emergence) | 51.70 | $29,420.50 |
| Insurance | 34.10 | $18,192.00 |
| Investigations and Reviews | 47.20 | $23,702.50 |
| Leases (Real Property) | 118.20 | $62,897.50 |
| Litigation (General) | 1.00 | $464.00 |
| Nonworking Travel Time | 5.00 | $3,223.00 |
| Regulatory and SEC Matters | 1.30 | $728.00 |
| Reorganization Plan / Plan Sponsors | 352.30 | $196,129.00 |
| Reports and Schedules | 0.30 | $168.00 |
| Retention / Fee Matters (SASM&F) | 79.50 | $32,010.00 |
| Retention / Fee Matters / Objections (Others) | 14.90 | $7,072.50 |
| Tax Matters | 72.10 | $40,711.00 |
| U.S. Trustee Matters | 0.10 | $46.50 |
| Utilities | 47.30 | $21,849.50 |
| Vendor Matters | 1.00 | $559.00 |
| Fee Examiner | 5.50 | $3,460.50 |

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **TOTAL** | **1647.70** | **$856,190.50** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
General Corporate Advice                                         Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BARUSCH RC | 05/01/06 | 0.30 | REVIEW FORWARD LOOKING STATEMENTS (.3). |
| BAKER DJ | 05/02/06 | 2.20 | BEGIN REVIEW OF BOARD OF DIRECTORS NOTEBOOK IN PREPARATION FOR MEETING OF BOARD OF DIRECTORS (2.2). |
| BARUSCH RC | 05/03/06 | 1.70 | BEGIN 10-Q REVIEW (1.7). |
| BARUSCH RC | 05/04/06 | 2.80 | CONTINUE REVIEW OF DRAFT 10-Q (2.8). |
| BARUSCH RC | 05/05/06 | 0.90 | PROVIDE COMMENTS ON 10-Q TO L. HEWITT (.9). |
| BARUSCH RC | 05/08/06 | 1.30 | REVIEW COMMENTS ON REWRITTEN FLS (1.3). |
| BARUSCH RC | 05/09/06 | 0.80 | REVIEW ADDITIONAL COMMENTS ON FLS (.8). |
| EICHEL S | 05/09/06 | 0.30 | REVIEW EMAILS FROM B. KICHLER RE: CLAIMS ANALYSIS OF FIFTH THIRD IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH VENDOR (.1); REVIEW EMAILS FROM R. GRAY RE: CLAIMS OF FIFTH THIRD IN CONNECTION WITH ENTERING NEW CONTRACT WITH VENDOR (.1); REVIEW EMAILS FROM A. LIU RE: FIFTH THIRD CLAIMS (.1). |
| BAKER DJ | 05/10/06 | 0.70 | REVIEW NY STOCK EXCHANGE LISTING ISSUES (.7). |
| BARUSCH RC | 05/10/06 | 0.90 | TELECONFERENCE WITH J. CASTLE AND D. VANSCHOOR ON LISTING ISSUES (.9). |
| SALDANA A | 05/10/06 | 2.00 | REVIEW AND REVISE CHARTS RE: LISTING REQUIREMENTS FOR NYSE AND NASDAQ (2.0). |
| SALDANA A | 05/17/06 | 0.10 | REVIEW CHARTS RE: NYSE/NASDAQ LISTING REQUIREMENTS AND PROVIDE TO R. BARUSCH (.1). |
| BARUSCH RC | 05/19/06 | 1.30 | PREPARE TERM SHEET ON EMPLOYMENT (1.3). |
| BAKER DJ | 05/22/06 | 0.30 | TELECONFERENCE WITH J. SKELTON RE: ISSUES RELATED TO BOARD OF DIRECTORS (.3). |

**MATTER TOTAL**                               <u>15.60</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
Assets Dispositions (General)                                    Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 05/01/06 | 0.20 | DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM A. SALDANA RE: STATUS OF BAHAMAS SALE, DRAFT CORRESPONDENCE TO R. CHAKRAPANHI RE: SAME, REVIEW CORRESPONDENCE FROM R. CHAKRAPANHI RE: SAME (.2). |
| GRAY RW | 05/03/06 | 0.10 | EXCHANGE EMAILS WITH R. BARUSCH AND J. BAKER RE: AUCTION HANDLING (.1). |
| SALDANA A | 05/04/06 | 0.20 | REVIEW EMAILS RE: PROGRESS IN BAHAMAS TRANSACTION AND UPCOMING SCHEDULE (.2). |
| RAVIN AS | 05/04/06 | 0.20 | REVIEW MEMORANDA FROM R. BARUSCH AND A. SALDANA RE: TIMING OF BAHAMAS AUCTION AND QUESTIONS RELATED TO BIDS, REVIEW BID PROCEDURES RE: SAME, DRAFT MEMORANDUM TO SAME RE: SAME (.2). |
| GRAY RW | 05/05/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDA  FROM R. BARUSCH AND A. RAVIN RE: AUCTION PROCESS ISSUES (.2). |
| SALDANA A | 05/05/06 | 0.20 | REVIEW PRESS RELEASE AND EMAILS RE: SAME (.1); REVIEW SHARE PURCHASE AGREEMENT AND ADVISE RE: ABILITY TO APPROVE PRESS RELEASE (.1). |
| RAVIN AS | 05/05/06 | 0.20 | REVIEW AND ANALYZE BK FOODS DRAFT PRESS RELEASE, REVIEW MEMORANDA  FROM A. SALDANA AND R. BARUSCH RE: SAME, DRAFT MEMORANDA TO R. GRAY RE: SAME (.2). |
| BAKER DJ | 05/09/06 | 0.20 | REVIEW DRAFT PRESS RELEASE RE: STORE SALES (.2). |
| BARUSCH RC | 05/09/06 | 2.40 | REVIEW DOCUMENTS ON BAHAMAS SALES TO PREPARE FOR AUCTION (2.4). |
| SALDANA A | 05/09/06 | 0.70 | REVIEW/RESPOND TO BIDDER REQUESTS FOR INFORMATION (.3); ANALYZE LOGISTICS FOR AUCTION (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/09/06        1.00   REVIEW CORRESPONDENCE FROM R.
                                         CHAKRAPANI RE: BAHAMAS SALE, REVIEW
                                         MEMORANDA FROM A. SALDANA AND R.
                                         BARUSCH RE: SAME, DRAFT MEMORANDA  TO
                                         R. BARUSCH RE: SAME (.2); REVIEW BID
                                         PROCEDURES RE: BAHAMAS SALE (.2);
                                         COORDINATE COURT REPORTER FOR AUCTION
                                         RE: BAHAMAS SALE, TELECONFERENCE WITH
                                         W. WAGA RE: SAME (.2); COORDINATE
                                         CONFERENCE ROOMS FOR AUCTION RE:
                                         BAHAMAS SALE (.1); COORDINATE
                                         STAFFING FOR AUCTION RE: BAHAMAS SALE
                                         (.2); REVIEW OFFER LETTER FROM
                                         POTENTIAL BIDDER (.1).

SALDANA A         05/10/06        2.10   REVIEW AND ADVISE RE: TRANSACTION AND
                                         RELATED ISSUES SURROUNDING BAHAMAS
                                         LEASE RENEWAL (2.0); FOLLOW UP ON
                                         BIDDER REQUESTS (.1).

RAVIN AS          05/10/06        1.10   MULTIPLE CONFERENCES WITH ALYSSA
                                         SLAVIC RE: LOGISTICS RE: BAHAMAS
                                         AUCTION (.2); TELECONFERENCE WITH M.
                                         POLSTER RE: SECURITY CONCERNS RELATED
                                         TO BAHAMAS AUCTION (.1); DRAFT
                                         MEMORANDUM TO R. BARUSCH RE: SECURITY
                                         CONCERNS RELATED TO BAHAMAS AUCTION
                                         (.1); REVIEW CORRESPONDENCE FROM AND
                                         DRAFT CORRESPONDENCE TO H. ETLIN RE:
                                         RENEWAL OF BAHAMAS STORE LEASE 2805
                                         (.4); TELECONFERENCE WITH C. IBOLD
                                         RE: RENEWAL OF BAHAMAS STORE LEASE
                                         2805 AND RE: POTENTIAL OFFER, REVIEW
                                         CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO SAME RE: SAME (.1);
                                         DRAFT CORRESPONDENCE TO R. CHAKRAPANI
                                         RE: RENEWAL OF BAHAMAS STORE LEASE
                                         2805 AND RE: POTENTIAL OFFER (.1);
                                         REVIEW CORRESPONDENCE FROM AND DRAFT
                                         CORRESPONDENCE TO A. SALDANA RE:
                                         RENEWAL OF BAHAMAS STORE LEASE 2805
                                         AND RE: POTENTIAL OFFER (.1).

SAMBUR K          05/10/06        1.30   BEGIN TO READ MOTION AND PROCEDURES
                                         FOR BAHAMAS AUCTION (1.3).

BARUSCH RC        05/11/06        0.90   REVIEW BAHAMAS SUB ISSUES (.9).

GRAY RW           05/11/06        0.10   REVIEW AND RESPOND TO MEMORANDUM FROM
                                         A. RAVIN RE: AUCTION PROCEDURES (.1).

SALDANA A         05/11/06        3.40   TELECONFERENCE WITH L. APPEL, R.
                                         CHAKRAPANI, D. WELLS ET AL. RE: SALE
                                         OF BAHAMIAN STORES AND PREPARATION
                                         (.7); REVIEW BID DOCUMENTS FROM
                                         COMPETING BIDDER (1.5); REVIEW AND
                                         COMMENT ON DRAFT AUCTION PROCEDURES
                                         (.5); EMAIL CORRESPONDENCE RE:
                                         AUCTION LOGISTICS (.3); REVIEW NEW
                                         CORRESPONDENCE FROM BK FOODS (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/11/06 | 6.50 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO L. APPEL RE: STATUS OF RENEWAL OF STORE 2805 (.1); DRAFT AUCTION PROCEDURES RE: BAHAMAS SALE (4.4); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM R. BARUSCH AND A. SALDANA RE: AUCTION PROCEDURES RE: BAHAMAS SALE (.2); DRAFT CORRESPONDENCE TO R. CHAKRAPANI RE: AUCTION PROCEDURES RE: BAHAMAS SALE (.1); CONFERENCE WITH H. WETZEL RE: LOGISTICS FOR AUCTION INCLUDING COPYING OF SALE DOCUMENTS (.1); CONFERENCE WITH T. HURLEY RE: LOGISTICS FOR AUCTION INCLUDING COPYING OF SALE DOCUMENTS (.1); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM R. CHAKRAPANI RE: AUCTION LOGISTICS FOR BAHAMAS AUCTION (.2); REVIEW CORRESPONDENCE FROM A. SALDANA AND UNDERLYING CONFIRMATION OF FUNDS RE: POTENTIAL NEW PURCHASER RE: BAHAMAS SALE (.1); TELECONFERENCE WITH C. JACKSON AND J. KRUZ RE: BID PROCEDURES FOR BAHAMAS SALE (.2); REVIEW FIDELITY BID (.6); CONFERENCE WITH H. WETZEL RE: ASSEMBLY OF BINDERS RE: FIDELITY BID AND OTHER DOCUMENTS NEEDED FOR AUCTION (.2); REVIEW ADDITIONAL MATERIALS DISTRIBUTED BY BK FOODS (.2). |
| BARUSCH RC | 05/12/06 | 1.60 | REVIEW BAHAMAS DEPOSITION AND BID ISSUES (1.6). |
| GRAY RW | 05/12/06 | 0.20 | REVIEW EMAIL EXCHANGE RE: BAHAMAS AUCTION ISSUES (.1); DRAFT MEMORANDUM TO A. RAVIN RE: AUCTION LOGISTICS AND NOTICE ISSUES AND REVIEW REPLY (.1). |
| SALDANA A | 05/12/06 | 3.30 | REVIEW AND ANALYZE BID DOCUMENTS FROM NEW BIDDERS (2.5); DRAFT/REPLY TO EMAIL CORRESPONDENCE RE: BIDS (.5); TELECONFERENCE WITH M. COMERFORD AT MILBANK RE: AUCTION AND BIDS (.2); TELECONFERENCE WITH COUNSEL TO DIP LENDER (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/12/06 | 4.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. KOVACS RE: LOGISTICS FOR AUCTION (.1); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM R. CHAKRAPANI RE: BAHAMAS AUCTION PROCEDURES, BID PROCEDURES AND NOTICE OF AUCTION (.6); REVIEW AND REVISE BAHAMAS AUCTION PROCEDURES (.6); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM R. BARUSCH RE: BAHAMAS AUCTION LOGISTICS AND ISSUES RELATED TO COMPETING BIDS RECEIVED (.4); DRAFT NOTICE OF AUCTION RE: FIDELITY BID (.3); REVIEW AND ANALYZE BID PROCEDURES (.3); DRAFT MULTIPLE MEMORANDA TO AND REVIEW MULTIPLE MEMORANDA FROM R. BARUSCH AND A. SALDANA RE: BID PROCEDURES (.6); MULTIPLE TELEPHONE CONFERENCES WITH COURT REPORTER RE: LOGISTICS FOR AND RESCHEDULING OF BAHAMAS AUCTION (.2); DRAFT CORRESPONDENCE TO M. BARR AND D. FIORILO RE: AUCTION PROCEDURES (.1); MULTIPLE TELEPHONE CONFERENCES WITH M. COMERFORD RE: BAHAMAS AUCTION (.3); REVIEW BFG INTERNATIONAL BID (.4); REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO R. GRAY RE: REVISED NOTICE OF BAHAMAS SALE (.1); REVIEW COMMENTS TO AUCTION PROCEDURES FROM M. COMERFORD (.1). |
| BARUSCH RC | 05/13/06 | 2.40 | REVIEW BAHAMAS BIDS (2.4). |
| SALDANA A | 05/14/06 | 0.50 | REVIEW COMPETING BIDS AND EMAIL CORRESPONDENCE RE: SAME (.5). |
| BAKER DJ | 05/15/06 | 1.50 | REVIEW BIDS RECEIVED FOR STORES LOCATED IN BAHAMAS (1.1); REVIEW EMAIL FROM RON BARUSCH RE: AUCTION (.2); REPLY TO MEMORANDUM FROM MR. BARUSCH RE: AUCTION (.2). |
| GRAY RW | 05/15/06 | 0.10 | REVIEW EMAIL EXCHANGE RE: BAHAMAS SALE ISSUES AND RESPOND TO MEMORANDUM FROM A. RAVIN RE: AUCTION (.1). |
| SALDANA A | 05/15/06 | 5.30 | TELECONFERENCE WITH CREDITORS COMMITTEE RE: AUCTION ISSUES (1.2); TELECONFERENCE WITH M. COMERFORD RE: AUCTION ISSUES (.1); TELECONFERENCE RE: COMPETING BIDS WITH DEBTOR TEAM (1.0); REVIEW BID PACKAGES (2.0); REVIEW AND RESPOND TO EMAIL CORRESPONDENCE RE: BID PACKAGES (1.0). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/15/06 | 3.40 | TELEPHONE CONFERENCES WITH THERESA AT VERITEXT RE: SCHEDULING OF BAHAMAS AUCTION (.2); DRAFT CORRESPONDENCE TO M. KOVACS RE: LOGISTICS FOR BAHAMAS AUCTION (.1); REVIEW AND REVISE AUCTION PROCEDURES FOR BAHAMAS AUCTION (.3); DRAFT CORRESPONDENCE TO R. CHAKRAPANI RE: AUCTION PROCEDURES FOR BAHAMAS AUCTION (.1); CONFERENCE WITH M. COMERFORD RE: AUCTION LOGISTICS FOR BAHAMAS AUCTION (.2); REVIEW BSL COMPETING BID ANALYSIS (.3); REVIEW CORRESPONDENCE FROM R. CHAKRAPANI RE: STATUS OF BIDS/AUCTION FOR BAHAMAS SALE (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM M. COMERFORD RE: AUCTION LOGISTICS (.3); DRAFT MEMORANDUM TO R. BARUSCH AND A. SALDANA RE: BAHAMAS AUCTION (.2); COORDINATE AUCTION LOGISTICS FOR BAHAMAS AUCTION (.3); TELECONFERENCE WITH C. BLEIBERG RE: AUCTION LOGISTICS (.1); CONFERENCE WITH K. SAMBUR RE: LOGISTICS FOR AUCTION (.2); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. COMERFORD RE: AUCTION PROCEDURES (.1); DRAFT MEMORANDUM TO AND REVIEW MEMORANDUM FROM R. BARUSCH RE: AUCTION PROCEDURES (.1); COORDINATE MATERIALS FOR BAHAMAS AUCTION (.7). |
| SAMBUR K | 05/15/06 | 1.10 | CONTINUE TO REVIEW BAHAMAS SALE PROCEDURES AND PURCHASE AGREEMENT (1.1). |
| BARUSCH RC | 05/16/06 | 9.70 | ATTEND BAHAMAS AUCTION INCLUDING MEETINGS WITH WINN-DIXIE TEAM AND COMMITTEE REPRESENTATION (9.7). |
| SALDANA A | 05/16/06 | 9.30 | ATTEND AUCTION (7.0); REVISE AGREEMENT WITH BSL HOLDINGS LIMITED (2.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/16/06 | 10.30 | REVIEW ALL BID MATERIALS, MOTION AND PROCEDURES IN PREPARATION FOR AUCTION (.8); ATTEND PRE-MEETING WITH M. BARR, M. COMERFORD, R. BARUSCH, A. SALDANA, K. SAMBUR,  F. HUFFARD, R. CHAKRAPANI, M. KOVACS, J. COSTI, D. WELLS (PARTIAL) AND HOULIHAN REPRESENTATIVES (1.0); MULTIPLE CONFERENCES WITH SAME AND NEGOTIATIONS WITH REPRESENTATIVES OF BK FOODS AND FIDELITY (6.2); MULTIPLE TELECONFERENCE WITH F. HUFFARD, R. CHAKRAPANI, R. BARUSCH AND L. APPEL, B. NUSSBAUM AND P. LYNCH (PARTIAL) RE: BIDDING ISSUES (1.0); ATTEND AUCTION (.3); POST AUCTION MEETING WITH R. BARUSCH, A. SALDANA, F. HUFFARD (PARTIAL) R. CHAKRAPANI (PARTIAL), A. SALDANA AND D. WELLS (1.0). |
| SAMBUR K | 05/16/06 | 9.60 | DEVELOP AUCTION STRATEGIES PRIOR TO AUCTION WITH BLACKSTONE GROUP, HOULIHAN LOKEY, M. BARR, A. RAVI, R. BARUSCH AND BAHAMIAN COUNSEL FOR WINN-DIXIE (1.0); ASSIST IN AUCTION OF WINN-DIXIE (BAHAMA) LTD. SHARES AND RELATED MEETINGS (8.6). |
| BAKER DJ | 05/17/06 | 2.10 | REVIEW DRAFT PRESS RELEASE RE: AUCTION RESULTS (.4); TELECONFERENCE WITH L. APPEL RE: AUCTION ISSUES (.2); REVIEW REVISED VERSION OF PRESS RELEASE (.4); REVIEW BAHAMAS SALE DOCUMENTS WITH RESPECT TO DEPOSIT REFUND ISSUE (1.1). |
| BARUSCH RC | 05/17/06 | 1.30 | AUCTION FOLLOW UP CONFERENCE WITH CLIENT (1.3). |
| GRAY RW | 05/17/06 | 1.50 | REVIEW AUCTION TRANSCRIPT (.4); EXCHANGE EMAILS WITH A. RAVIN RE: FILING OF AGREEMENT (.1); PARTICIPATE IN CONFERENCE CALL WITH CLIENT AND ADVISORS RE: BAHAMAS TRANSACTION ISSUES IN PREPARATION FOR HEARING (.6); REVIEW AND COMMENT ON REVISED ORDER FOR BAHAMAS TRANSACTION (.1); REVIEW AND COMMENT ON PRESS RELEASE FOR BAHAMAS TRANSACTION (.2); REVIEW AND COMMENT ON EMPLOYEE COMMUNICATION RE: BAHAMAS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

SALDANA A            05/17/06        11.00    TELECONFERENCE WITH DEBTOR TEAM RE:
                                              PLANNING FOR COURT HEARING (.6);
                                              TELECONFERENCE WITH R. CHAKRAPANI AND
                                              A. SUNDERJI RE: TRANSACTION ISSUES
                                              AND FOLLOW UP (.5); REVIEW AND REVISE
                                              TRANSACTION AGREEMENTS (5.0); REVIEW
                                              PRESS RELEASE DRAFTS (1.0); REVIEW
                                              MESSAGE TO BAHAMIAN ASSOCIATES DRAFTS
                                              (.3); DRAFT SHAREHOLDER CONSENT
                                              (1.3); REVIEW AND COMMENT ON DRAFT
                                              MOTION (.3); EMAIL CORRESPONDENCE RE:
                                              AUCTION/HEARING ISSUES (1.3); REVIEW
                                              AND REVISE MEMORANDUM RE: DEPOSIT
                                              RETURN ISSUES (.7).

D 08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/17/06          5.10   REVIEW TRANSCRIPT OF BAHAMAS SALE
                                           AUCTION (.1); REVIEW REVISED BAHAMAS
                                           SHARE PURCHASE AGREEMENT (.2); REVIEW
                                           CORRESPONDENCE FROM BK FOODS RE:
                                           BAHAMAS AUCTION (.1); DRAFT MEMORANDA
                                           TO R. GRAY, J. BAKER  AND R. BARUSCH
                                           RE: BAHAMAS AUCTION (.2); COORDINATE
                                           TELECONFERENCE TO DISCUSS POST-
                                           AUCTION BAHAMAS DEVELOPMENTS, DRAFT
                                           CORRESPONDENCE TO L. APPEL AND OTHERS
                                           RE: SAME (.1); DRAFT NOTICE OF FILING
                                           OF REVISED AGREEMENTS RE: ALTERNATE
                                           BAHAMAS PURCHASER (.7);
                                           TELECONFERENCE WITH J. CASTLE, J.
                                           BAKER, R. GRAY, A. SALDANA, S. BUSEY,
                                           C. JACKSON, R. CHAKRAPANI, AND F.
                                           HUFFARD (PARTIAL) RE: BAHAMAS SALE
                                           HEARING STATUS (.6); REVIEW DRAFT
                                           SHAREHOLDER CONSENT (.1); REVIEW
                                           BAHAMAS PRESS RELEASE (.2); REVIEW
                                           AND REVISE PROPOSED BAHAMAS ORDER
                                           (.7); DRAFT CORRESPONDENCE TO S.
                                           BUSEY RE: BAHAMAS ORDER (.1); DRAFT
                                           MEMORANDA TO AND REVIEW MEMORANDUM
                                           FROM A. SALDANA RE: BAHAMAS ORDER
                                           (.3); DRAFT MULTIPLE CORRESPONDENCE
                                           TO AND REVIEW MULTIPLE CORRESPONDENCE
                                           FROM M. COMERFORD RE: AUCTION
                                           PROCEDURES (.1); ANALYZE ISSUES RE:
                                           SUPPLEMENTAL CERTIFICATE OF SERVICE
                                           RE: BAHAMAS MOTION (.1); CONFERENCE
                                           WITH H. WETZEL RE: BAHAMAS MOTION
                                           (.1); DRAFT CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM R.
                                           CHAKRAPANI RE: BAHAMAS MOTION (.1);
                                           TELECONFERENCE WITH S. BUSEY AND C.
                                           JACKSON RE: PROPOSED BAHAMAS ORDER
                                           (.1); REVIEW AND REVISE PROPOSED
                                           ORDER (.1); CONFERENCES WITH A.
                                           SALDANA RE: PROPOSED BAHAMAS ORDER
                                           (.2); DRAFT CORRESPONDENCE TO M. BARR
                                           RE: PROPOSED BAHAMAS ORDER (.1);
                                           REVIEW MULTIPLE CORRESPONDENCE FROM
                                           AND DRAFT CORRESPONDENCE TO R.
                                           CHAKRAPANI RE: VARIOUS ISSUES RELATED
                                           TO AUCTION (.2); FOLLOW UP CONFERENCE
                                           WITH H. WETZEL RE: CERTIFICATE OF
                                           SERVICE FOR BAHAMAS MOTION (.1);
                                           DRAFT FOLLOW UP CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM M.
                                           FRIETAG, A. SALDANA AND R. GRAY RE:
                                           REVISED DRAFTS OF PRESS RELEASE AND
                                           EMPLOYEE MESSAGE (.3); REVIEW AND
                                           REVISE PRESS RELEASE AND EMPLOYEE
                                           MESSAGE (.2).

OLIVER RL         05/17/06          4.20   ANALYZE SHARE PURCHASE AGREEMENT TO
                                           DETERMINE UNDER WHAT CIRCUMSTANCES
                                           AND PROCEDURES IS A DEPOSIT RETURNED
                                           (.5); DRAFT MEMORANDUM ON RE:
                                           DEPOSITS AND SPA (3.7).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 05/18/06 | 1.80 | CONTINUE REVIEW OF BAHAMAS SALE TRANSACTION WITH RESPECT TO REFUND OF DEPOSIT AND RELATED ISSUES (1.3); TELECONFERENCE WITH S. BUSEY, AND RON BARUSCH RE: BAHAMAS ISSUE (.5). |
| BARUSCH RC | 05/18/06 | 1.90 | REVIEW BACKGROUND INFORMATION FOR HEARING (1.4); TELECONFERENCE WITH G. BAKER AND S. BUSEY RE: BAHAMAS SALE (.5). |
| SALDANA A | 05/18/06 | 1.00 | ANALYZE ISSUES FROM AUCTION IN CONNECTION WITH BANKRUPTCY COURT APPROVAL PROCESS (1.0). |
| RAVIN AS | 05/18/06 | 1.00 | REVIEW FINAL VERSION OF BAHAMAS SALE AGREEMENT AND RELATED AGREEMENTS (.3); REVIEW MEMORANDA  FROM AND DRAFT MEMORANDA TO A. SALDANA RE: FINAL VERSION OF SALE AGREEMENT AND RELATED AGREEMENTS, DRAFT CORRESPONDENCE TO S. BUSEY AND C. JACKSON RE: SAME (.1); MULTIPLE TELEPHONE CONFERENCES WITH M. COMERFORD RE: REVISED PROPOSED BAHAMAS ORDER (.2); REVIEW, REVISE AND FINALIZE PROPOSED BAHAMAS ORDER (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. WARD RE: PROPOSED BAHAMAS ORDER (.1). |
| BAKER DJ | 05/22/06 | 0.60 | REVIEW MEMORANDUM FROM RON BARUSCH RE: BAHAMAS SALE ISSUES (.3); RESPOND TO MEMORANDA RE: BAHAMAS SALE ISSUE (.3). |
| BARUSCH RC | 05/22/06 | 1.30 | ANALYZE BAHAMAS ISSUES RELATING TO NEW BUYER (1.3). |
| SALDANA A | 05/22/06 | 1.10 | CALLS/EMAIL CORRESPONDENCE WITH SKADDEN TEAM RE: GOVT APPROVAL ISSUES (.2); REVIEW COMMENTS FROM D. WELLS RE: SHAREHOLDER CONSENT AND REVISE CONSENT BASED ON D. WELLS COMMENTS (.3); DRAFT EMAIL TO D. WELLS RE: CONSENT ISSUES (.1); REVIEW AGREEMENT RE: GOVT APPROVAL ISSUES (.4); TELECONFERENCE WITH R. BARUSCH AND A. RAVIN RE: SHAREHOLDER CONSENT ISSUES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/22/06          0.60   REVIEW SIGNED ORDER RE: BAHAMAS SALE
                                           (.1); DRAFT CORRESPONDENCE TO R.
                                           CHAKRAPANI RE: SIGNED ORDER RE:
                                           BAHAMAS SALE (.1); REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO B. GASTON RE:
                                           BAHAMAS SALE, REVIEW CORRESPONDENCE
                                           FORM J. COSTI RE: SAME (.1); REVIEW
                                           REVISED BAHAMAS SHAREHOLDER CONSENT,
                                           REVIEW MEMORANDA FROM AND DRAFT
                                           MEMORANDA TO R. BARUSCH AND A.
                                           SALDANA RE: SAME (.2) REVIEW
                                           MEMORANDA FROM R. CHAKRAPANI, R.
                                           BARUSCH, A. SALDANA AND R. GRAY RE:
                                           STATUS OF BSL HOLDINGS BID (.1).

BARUSCH RC        05/23/06          1.10   FURTHER ANALYSIS OF BAHAMAS ISSUES
                                           INCLUDING BSL LIMITED BUYING GROUP
                                           (1.1).

SALDANA A         05/23/06          0.80   TELECONFERENCE WITH R. CHAKRAPANI RE:
                                           STRATEGY (.2); TELECONFERENCE WITH R.
                                           CHAKRAPANI AND D. WELLS RE: APPROVALS
                                           PROCESS (.6).

RAVIN AS          05/23/06          0.10   REVIEW MEMORANDUM FROM AND DRAFT
                                           MEMORANDUM TO H. WETZEL RE: SERVICE
                                           OF BAHAMAS SALE ORDER, CONFERENCE
                                           WITH SAME RE: SAME (.1).

BARUSCH RC        05/24/06          0.90   FURTHER ANALYSIS OF BAHAMAS ISSUES
                                           (.9).

GRAY RW           05/24/06          0.60   REVIEW AND COMMENT ON MOTION TO SELL
                                           STOCKBRIDGE PROPERTY (.6).

SALDANA A         05/24/06          0.20   TELECONFERENCE WITH R. CHAKRAPANI RE:
                                           BSL HOLDINGS (.1); DRAFT EMAIL TO
                                           GROUP RE: DEVELOPMENTS WITH BSL
                                           HOLDINGS (.1).

RAVIN AS          05/24/06          0.10   REVIEW MEMORANDUM FROM A. SALDANA RE:
                                           BAHAMAS STATUS (.1).

BARUSCH RC        05/25/06          0.60   ANALYZE FURTHER ISSUES ON BUYING
                                           GROUP (.6).

SALDANA A         05/26/06          0.60   TELECONFERENCE WITH R. CHAKRAPANI RE:
                                           CONDITIONS TO CLOSING (.1); REVIEW
                                           AND REPLY TO EMAIL CORRESPONDENCE
                                           FROM L. APPEL RE: PUBLIC BSL
                                           SHAREHOLDERS (.4); FOLLOW UP WITH R.
                                           CHAKRAPANI RE: CONSULTATION WITH
                                           PURCHASER (.1).

SALDANA A         05/30/06          0.50   TELECONFERENCE WITH BSL HOLDINGS LTD.
                                           RE: APPROVALS PROCESS AND STATUS
                                           (.4); TELECONFERENCE WITH R.
                                           CHAKRAPANI RE: APPROVALS PROCESS AND
                                           STATUS (.1).

RAVIN AS          05/30/06          0.10   REVIEW CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO M. CHLEBOVEC RE:
                                           STATUS OF BAHAMAS SALE (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SALDANA A | 05/31/06 | 0.40 | TELECONFERENCE WITH R. CHAKRAPANI AND D. WELLS RE: APPROVALS PROCESS AND RELATED MATTERS (.3); REVIEW EMAIL TO BSL STOCKHOLDERS (.1). |
| RAVIN AS | 05/31/06 | 0.20 | REVIEW MEMOS FROM AND DRAFT MEMOS TO R. BARUSCH AND A. SALDANA RE: SERVICE ISSUES RE: BAHAMAS MOTION AND ORDER (.2). |

**MATTER TOTAL**                      **124.10**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/02/06
Automatic Stay (Relief Actions)                        Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/02/06 | 0.10 | REVIEW CONVERGENT NOTICE AND EXCHANGE EMAILS WITH J. POST RE: HANDLING PENDING MOTION (.1). |
| **MATTER TOTAL** | | **0.10** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                              Bill Date: 06/02/06
Business Operations / Strategic Planning                   Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 05/02/06 | 0.10 | TELECONFERENCE WITH R. GRAY REGARDING LOBSTER SETTLEMENT (.1). |
| GRAY RW | 05/02/06 | 0.20 | TELECONFERENCE WITH J. BAKER RE: LOBSTER SETTLEMENT ISSUE (.1); TELECONFERENCE WITH J. CASTLE AND S. BUSEY RE: LOBSTER INVESTIGATION CHARGES (.1). |
| GRAY RW | 05/04/06 | 0.40 | REVIEW BOARD OF DIRECTOR MATERIALS (.4). |
| BAKER DJ | 05/08/06 | 0.60 | REVIEW REVISED BUSINESS PLAN PRIOR TO DELIVERY OF SAME TO CREDITORS (.6). |
| BAKER DJ | 05/09/06 | 1.80 | PREPARE FOR TELECONFERENCE WITH SENIOR MANAGEMENT AND ADVISORS (.6); EMAIL S. HENRY AND R. GRAY RE: MANAGEMENT CONFERENCE CALL (.1); PARTICIPATE IN CONFERENCE CALL WITH SENIOR MANAGEMENT AND OUTSIDE ADVISORS RE: BUSINESS ISSUES (1.1). |
| GRAY RW | 05/09/06 | 1.10 | PARTICIPATE IN TELECONFERENCE WITH CLIENT AND ADVISORS RE: STATUS AND STRATEGY ON PENDING MATTERS (1.1). |
| GRAY RW | 05/10/06 | 1.00 | REVIEW MEMORANDUM FORM B. KICHLER RE: TAMPA ARMATURE WORKS GENERATOR PURCHASE AND PROPOSED PURCHASE AGREEMENT (.2); DRAFT MEMORANDUM TO B. KICHLER RE: DELETION OF APPROVAL REQUIREMENT IN AGREEMENT (.1); DRAFT LETTER TO H. MILLS AT TAMPA ARMATURE RE: ORDINARY COURSE TRANSACTIONS (.4); EMAIL EXCHANGE WITH B. KICHLER RE: JURISDICTION PROVISION (.1); REVIEW AND RESPOND TO MEMORANDUM FROM B. KICHLER RE: TRADEMARK ISSUE (.1); FOLLOW UP TELECONFERENCE WITH B. KICHLER RE: TRADEMARK COUNSEL (.1). |
| GRAY RW | 05/11/06 | 0.80 | FOLLOW UP TO OBTAIN NAME OF TRADEMARK COUNSEL REFERENCE AND DRAFT MEMORANDUM TO B. KICHLER RE: SAME (.1); REVIEW AND RESPOND TO MEMORANDUM FROM B. KICHLER RE: TAW REQUEST FOR ORDER (.2); REVISE LETTER TO TAW RE: CODE PROVISIONS (.2); TELECONFERENCE WITH J. POST RE: DIP CERTIFICATE ISSUE FOR TAW (.1); DRAFT MEMORANDUM TO B. KICHLER RE: REVISED LETTER TO TAW AND REVIEW REPLY (.1); FINALIZE AND ARRANGE FOR TRANSMISSION OF LETTER TO TAW (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 05/12/06 | 1.00 | CONFERENCE CALL WITH L. APPEL, J. CASTLE, S. BUSEY AND R. GRAY REGARDING ASSORTED PENDING ISSUES (1.0). |
| GRAY RW | 05/12/06 | 1.00 | CONFERENCE CALL WITH L. APPEL, J. CASTLE, S. BUSEY AND J. BAKER RE: PENDING LEGAL MATTERS (1.0). |
| GRAY RW | 05/22/06 | 0.20 | TELECONFERENCE WITH F. HUFFARD RE: MAY BUSINESS PLAN (.1); DRAFT MEMORANDUM TO J. BAKER RE: MAY BUSINESS PLAN (.1). |
| BAKER DJ | 05/23/06 | 1.40 | PREPARE FOR TELECONFERENCE WITH SENIOR MANAGEMENT RE: OPERATING ISSUES (.6); PARTICIPATE IN CONFERENCE CALL WITH SENIOR MANAGEMENT AND OUTSIDE ADVISORS RE: BUSINESS AND OPERATIONAL ISSUES (.8). |
| HENRY S | 05/23/06 | 0.80 | TELECONFERENCE WITH COMPANY OVER REORGANIZATION AND BUSINESS ISSUES (.8). |
| GRAY RW | 05/23/06 | 0.80 | PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS RE: PENDING MATTERS AND STRATEGIES (.8). |
| BAKER DJ | 05/30/06 | 0.50 | TELECONFERENCE WITH SENIOR MANAGEMENT REPRESENTATIVES AND OUTSIDE ADVISORS TO DISCUSS BUSINESS OPERATIONS (.5). |
| GRAY RW | 05/30/06 | 0.50 | PARTICIPATE IN UPDATE TELECONFERENCE WITH CLIENT AND ADVISORS RE: STATUS AND STRATEGY ON PENDING MATTERS (.5). |

**MATTER TOTAL**                          <u>12.20</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
Case Administration                                              Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/01/06 | 0.10 | REVIEW 5/1 DOCKET UPDATE (.1). |
| RAVIN AS | 05/01/06 | 0.60 | REVIEW AND REVISE CASE CALENDAR (.2); MULTIPLE CONFERENCES WITH S. BROWN RE: CHANGES TO CASE CALENDAR (.2); MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW CORRESPONDENCE FROM C. PRENTACE RE: CITY OF NORFOLK MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL, REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.1). |
| TURETSKY DM | 05/01/06 | 0.10 | TELECONFERENCE WITH SERAFINA OF DLA PIPER RUDNICK RE: INQUIRY CONCERNING OMNIBUS HEARING DATES (.1). |
| GRAY RW | 05/02/06 | 0.40 | TELECONFERENCE WITH C. JACKSON RE: HEARING PREPARATION ISSUES (.1); REVIEW AND PROVIDE COMMENTS ON HEARING AGENDA (.1); REVIEW 5/2 DOCKET UPDATE (.1); REVIEW AND RESPOND TO MEMORANDUM FROM C. NASS RE: PENDING MOTIONS (.1). |
| RAVIN AS | 05/02/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE AGENDA FOR MAY 4TH HEARING (.1). |
| GRAY RW | 05/03/06 | 0.40 | REVIEW 5/3 DOCKET UPDATE (.1); REVIEW AND COMMENT ON FINAL HEARING AGENDA FOR 5/4 HEARING (.1); EXCHANGE EMAILS WITH J. BAKER AND S. HENRY AND WITH TEAM TO ORGANIZE TEAM MEETING (.2). |
| RAVIN AS | 05/03/06 | 0.40 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW TURNOVER MEMORANDUM RECEIVED FROM S. BROWN (.3). |
| TURETSKY DM | 05/03/06 | 0.20 | REVIEW AND COMMENT RE: FINAL HEARING AGENDA FOR MAY 4 HEARING (.2). |
| GRAY RW | 05/04/06 | 0.10 | REVIEW 5/4 DOCKET UPDATE (.1). |
| RAVIN AS | 05/04/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO R. SOUTH RE: HENRICO COUNTY, VIRGINIA MOTION FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME AND REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); CONFERENCE WITH H. WETZEL RE: SERVICE ISSUES RELATED TO EXECUTORY CONTRACT REJECTION ORDER (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WETZEL JA | 05/04/06 | 2.10 | PREPARE AND DISTRIBUTE DOCKET UPDATES (.4); FILE CERTIFICATE OF SERVICE IN INDIANA COURT (.9); SEARCH BUEHLER FOODS DOCKET AT REQUEST OF A. RAVIN (.8). |
| GRAY RW | 05/05/06 | 0.10 | REVIEW 5/5 DOCKET UPDATE (.1). |
| RAVIN AS | 05/05/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WETZEL JA | 05/05/06 | 4.40 | PREPARE AND DISTRIBUTE DOCKET UPDATE (.4); CHECK BUEHLER FOODS DOCKET (.4); DISTRIBUTE MEDIA UPDATES (.1); DISTRIBUTE MOTION AND PREPARE CERTIFICATE OF SERVICE (1.5); ASSEMBLE COURT PAPERS RE: SALES AND TRANSFERS OF LEASES AT REQUEST OF A. RAVIN (2.0). |
| BAKER DJ | 05/08/06 | 1.40 | PARTICIPATE IN TEAM MEETING RE: CASE STATUS ISSUES (1.4). |
| GRAY RW | 05/08/06 | 0.10 | REVIEW 5/8 DOCKET UPDATE (.1). |
| RAVIN AS | 05/08/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); CONFERENCE WITH H. WETZEL RE: FOUDY MOTION TO WAIVE LOCAL COUNSEL REQUIREMENT AND RETURNED ORDER RE: SAME (.1); REVIEW AND REVISE CASE CALENDAR, DRAFT MEMORANDUM TO H. WETZEL RE: SAME (.1). |
| TURETSKY DM | 05/08/06 | 0.20 | REVIEW AND COMMENT RE: CASE CALENDAR (.2). |
| WETZEL JA | 05/08/06 | 2.50 | PREPARE AND DISTRIBUTE DOCKET UPDATE (.4); UPDATE AND DISTRIBUTE CASE CALENDAR (1.6); SEARCH BUEHLER DOCKET FOR ATTORNEY (.5). |
| HENRY S | 05/09/06 | 1.40 | MEETING WITH R. GRAY ET AL RE: CASE TIMETABLES (1.4). |
| FELD SR | 05/09/06 | 1.40 | ATTEND SKADDEN TEAM MEETING RE: DEVELOPMENTS IN CASES (1.4). |
| GRAY RW | 05/09/06 | 1.50 | ATTEND WINN-DIXIE TEAM MEETING RE: PENDING MATTERS (1.4); REVIEW 5/9 DOCKET UPDATE (.1). |
| MARGOLIS A | 05/09/06 | 1.40 | ATTEND TEAM MEETING RE: STATUS OF PLAN PROCESS AND OTHER CHAPTER 11 ISSUES (1.4). |
| LAMAINA KA | 05/09/06 | 0.20 | TELECONFERENCE WITH J. MATHIAS RE: CASE PROCEDURES (.2). |
| LEAMY JM | 05/09/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/09/06 | 1.60 | MONITOR PLEADINGS FILED ON DOCKET (.1); CONFERENCE WITH J. BAKER, S. HENRY, R. GRAY, S. FELD., A. MARGOLIS, K. SAMBUR, S. EICHEL, D. TURETSKY, J. LEAMY, AND K. LAMAINA RE: CASE STATUS (1.4); REVIEW CORRESPONDENCE FROM J. MILTON RE: OBJECTION DEADLINE ON MOTIONS, DRAFT MEMORANDUM TO R. GRAY RE: SAME, DRAFT CORRESPONDENCE TO J. MILTON RE: SAME (.1). |
| TURETSKY DM | 05/09/06 | 1.40 | MEETING WITH J. BAKER, S. HENRY, R. GRAY, A. MARGOLIS, S. FELD, A. RAVIN, K. SAMBUR, S. EICHEL RE: STATUS OF WINN-DIXIE CHAPTER 11 CASES (1.4). |
| WETZEL JA | 05/09/06 | 2.70 | UPDATE AND DISTRIBUTE CASE CALENDAR (1.2); DISTRIBUTE DOCKET UPDATE (.4); SEARCH BUEHLER DOCKET FOR ATTORNEY (.5); FILE WINN DIXIE DOCUMENTS FOR R. GRAY AND J. BAKER (.6). |
| GRAY RW | 05/10/06 | 0.30 | REVIEW 5/10 DOCKET UPDATE (.1); REVIEW/SUPPLEMENT CASE CALENDAR (.2). |
| RAVIN AS | 05/10/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); CONFERENCE WITH H. WETZEL RE: COMMENTS TO CASE CALENDAR (.1). |
| WETZEL JA | 05/10/06 | 4.30 | PREPARE AND CIRCULATE DOCKET UPDATE (.4); PREPARE AND CIRCULATE MEDIA UPDATES (.2); UPDATE CASE CALENDAR (2.0); DISCUSS CLAIMS TRANSFER CHART WITH ATTORNEY (.8); CHECK BUEHLER DOCKET (.5); FILE DOCUMENTS FOR J. BAKER AND R. GRAY (.4). |
| GRAY RW | 05/11/06 | 0.20 | REVIEW 5/11 DOCKET UPDATE (.1); EMAIL EXCHANGE WITH E. LANE, J. JAMES AND J. CASTLE RE: FILE STORAGE ISSUES (.1). |
| RAVIN AS | 05/11/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WETZEL JA | 05/11/06 | 4.70 | PREPARE AND DISTRIBUTE DOCKET UPDATE (.4); PREPARE AND DISTRIBUTE MEDIA UPDATES (.3); UPDATE AND DISTRIBUTE CASE CALENDAR DRAFT (1.5); PREPARE DOCUMENTS FOR BAHAMAS STORES AUCTION (2.5). |
| GRAY RW | 05/12/06 | 0.20 | REVIEW DOCKET UPDATE (.1); REVIEW AND COMMENT ON HEARING AGENDA (.1). |
| LEAMY JM | 05/12/06 | 0.30 | REVIEW AND COMMENT ON CASE CALENDAR (.2); REVIEW MAY 18 HEARING AGENDA (.1). |
| RAVIN AS | 05/12/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WETZEL JA | 05/12/06 | 5.50 | PREPARE AND DISTRIBUTE DOCKET UPDATES (.4); PREPARE AND DISTRIBUTE MEDIA UPDATES (.6); PREPARE AND DISTRIBUTE CASE CALENDAR (1.5); PREPARE DOCUMENTS FOR BAHAMAS STORES AUCTION (2.2); PREPARE FILED DOCUMENTS FOR ATTORNEY DISTRIBUTION (.8). |
| HENRY S | 05/15/06 | 0.20 | REVIEW AND REPLY TO MEMORANDUM RELATING TO PROTOCOL FOR THE FILING OF PAPERS (.2). |
| BOYDELL T | 05/15/06 | 0.30 | REVIEW CURRENT MEDIA REPORTS AND CASE CALENDAR (.3). |
| GRAY RW | 05/15/06 | 0.30 | REVIEW AND COMMENT ON CASE CALENDAR (.2); REVIEW 5/15 DOCKET UPDATE (.1). |
| RAVIN AS | 05/15/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); DRAFT MEMORANDA TO AND REVIEW MEMORANDA FROM R. GRAY RE: UPDATING CASE CALENDAR (.1). |
| WETZEL JA | 05/15/06 | 4.80 | PREPARE AND DISTRIBUTE DOCKET UPDATES AND MEDIA UPDATES (.8); PREPARE AND DISTRIBUTE CASE CALENDAR (1.5); CREATE COPYSETS, UPDATE BINDER AND COMMUNICATE WITH ATTORNEY RE: BAHAMAS AUCTION (2.5). |
| GRAY RW | 05/16/06 | 0.20 | REVIEW AND COMMENT ON UPDATED HEARING AGENDA FROM C. JACKSON (.1); REVIEW 5/16 DOCKET UPDATE (.1). |
| LEAMY JM | 05/16/06 | 0.10 | REVIEW MAY 18 HEARING AGENDA (.1). |
| RAVIN AS | 05/16/06 | 0.20 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW MAY 18TH HEARING AGENDA, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1). |
| WETZEL JA | 05/16/06 | 3.50 | PREPARE AND DISTRIBUTE DOCKET UPDATE AND MEDIA UPDATE (.8); UPDATE CASE CALENDAR (1.0); FILE MISC. PLEADINGS AND CORRESPONDENCE (1.7). |
| GRAY RW | 05/17/06 | 0.20 | REVIEW 5/16 DOCKET UPDATE (.1); REVIEW AND COMMENT ON FINAL AGENDA FOR TOMORROW'S HEARING (.1). |
| TURETSKY DM | 05/17/06 | 0.10 | TELECONFERENCE WITH R. BALZAC RE: GENERAL INQUIRY CONCERNING WINN-DIXIE CHAPTER 11 CASES (.1). |
| WETZEL JA | 05/17/06 | 4.80 | PREPARE AND DISTRIBUTE DOCKET UPDATES AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (.8); UPDATE CLAIMS TRANSFER CHART (.5); PREPARE AND FILE CERTIFICATE OF SERVICE RE: BAHAMAS STORES (2.7). |
| GRAY RW | 05/18/06 | 0.10 | REVIEW 5/18 DOCKET UPDATE (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/18/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WETZEL JA | 05/18/06 | 4.30 | PREPARE AND DISTRIBUTE DOCKET UPDATE AND MEDIA UPDATE (.8); UPDATE AND DISTRIBUTE CASE CALENDAR (1.0); PREPARE BUEHLER MOTION AND CERTIFICATE OF SERVICE  (2.5). |
| BAKER DJ | 05/19/06 | 0.70 | CONFERENCE CALL WITH L. APPEL, R. GRAY AND S. BUSEY REGARDING NUMEROUS CASE ISSUES (.7). |
| GRAY RW | 05/19/06 | 1.20 | REVIEW 5/19 DOCKET UPDATE (.1); CONFERENCE CALL WITH L. APPEL, J. BAKER AND S. BUSEY RE: PENDING MATTERS (.7); REVIEW 5/19 DOCKET UPDATE (.1); REVIEW MEMORANDUM FROM J. LEAMY RE: HEARING SCHEDULE, DRAFT MEMORANDUM TO C. JACKSON RE: NEW ROUND OF OMNIBUS HEARING DATES AND REVIEW REPLY (.1); REVIEW FURTHER MEMORANDUM RE: C. JACKSON RE: HEARING SCHEDULE AND PROPOSED HEARING SCHEDULE (.1); DRAFT MEMORANDUM TO J. WETZEL RE: ADDITION OF CALENDAR DATES KEYED TO NEW HEARING DATES (.1). |
| LEAMY JM | 05/19/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 05/19/06 | 0.30 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR, DRAFT MEMORANDUM TO J. WETZEL RE: SAME (.2). |
| TURETSKY DM | 05/19/06 | 0.20 | REVIEW AND COMMENT RE: CASE CALENDAR (.2). |
| WETZEL JA | 05/19/06 | 3.60 | PREPARE AND DISTRIBUTE DOCKET UPDATE AND MEDIA UPDATE (.8); UPDATE CASE CALENDAR (.8); PREPARE AND FILE BUEHLER MOTION (2.0). |
| FELD SR | 05/22/06 | 0.20 | REVIEW DOCKET DISTRIBUTION AND CORRESPONDING PLEADINGS (.1); REVIEW CASE CALENDAR (.1). |
| GRAY RW | 05/22/06 | 0.30 | TELECONFERENCE WITH C. JACKSON RE: HEARING SCHEDULE ISSUES (.1); REVIEW AND COMMENT ON CASE CALENDAR (.1); REVIEW 5/22 DOCKET UPDATE (.1). |
| LEAMY JM | 05/22/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 05/22/06 | 0.40 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW AND REVISE CASE CALENDAR, DRAFT MEMORANDA TO H. WETZEL RE: SAME (.3). |
| SAMBUR K | 05/22/06 | 0.40 | PREPARE MSP/SRP FILES FOR PRODUCTION (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WETZEL JA | 05/22/06 | 4.90 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE AND PREPARE CASE CALENDAR (1.0); PREPARE BAHAMAS ORDER FOR SERVICE AND MAIL (2.5); SEARCH DOCKET FOR ATTORNEY (.6). |
| GRAY RW | 05/23/06 | 0.90 | REVIEW RECENT CORRESPONDENCE, DETERMINE PROPER HANDLING AND CIRCULATE FOR HANDLING (.6); DRAFT MEMORANDUM TO J. WETZEL RE: DISTRIBUTION OF OMNIBUS HEARING ORDERS AND EXCHANGE EMAILS RE: CERTAIN ORDERS (.1); REVIEW 5/24 DOCKET UPDATE (.1); EXCHANGE EMAILS WITH C. JACKSON RE: CALENDAR CLEANUP ON PENDING SALE MATTERS (.1). |
| RAVIN AS | 05/23/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WETZEL JA | 05/23/06 | 5.30 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); FINALIZE AND DISTRIBUTE CASE CALENDAR (1.6); PREPARE AND DISTRIBUTE RECENT ORDERS (2.0); PREPARE AND FILE CERTIFICATE OF SERVICE FOR BAHAMAS ORDER (.9). |
| GRAY RW | 05/24/06 | 0.10 | REVIEW 5/24 DOCKET UPDATE (.1). |
| RAVIN AS | 05/24/06 | 0.10 | MONITOR DOCKET FOR RELEVANT MATERIALS (.1). |
| WETZEL JA | 05/24/06 | 4.10 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (1.0); RETRIEVE DOCUMENTS FOR ATTORNEYS (1.0); FILE DOCUMENTS WITH COURT (1.3). |
| GRAY RW | 05/25/06 | 0.10 | REVIEW 5/25 DOCKET UPDATE (.1). |
| LAMAINA KA | 05/25/06 | 0.40 | PREPARE FOR AND ATTEND TELECONFERENCE WITH SMITH HULSEY RE: AUGUST HEARING DATES AND MATTERS (.4). |
| RAVIN AS | 05/25/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| WETZEL JA | 05/25/06 | 6.30 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (2.0); FILE DOCUMENTS WITH COURT (.8); RETRIEVE AND DELIVER DOCUMENTS TO S. HENRY (2.2); RETRIEVE DOCUMENTS FOR ATTORNEY (.5). |
| GRAY RW | 05/26/06 | 0.10 | REVIEW 5/26 DOCKET UPDATE (.1). |
| LEAMY JM | 05/26/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 05/26/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WETZEL JA | 05/26/06 | 4.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); PREPARE AND DISTRIBUTE CASE CALENDAR (1.5); RETRIEVE DOCUMENTS FOR ATTORNEY (.6); PREPARE AND FILE CERTIFICATE OF SERVICE (1.1). |
| GRAY RW | 05/30/06 | 0.30 | PROVIDE CALENDAR UPDATE INFORMATION (.1); REVIEW 5/30 DOCKET UPDATE (.1); REVIEW AND COMMENT ON UPDATED HEARING AGENDA (.1). |
| EICHEL S | 05/30/06 | 0.20 | REVIEW CASE CALENDAR (.2). |
| LEAMY JM | 05/30/06 | 0.10 | REVIEW AND COMMENT ON JUNE 1 HEARING AGENDA (.1). |
| RAVIN AS | 05/30/06 | 0.50 | MONITOR PLEADINGS FILED ON DOCKET (.1); REVIEW HEARING AGENDA FOR JUNE 1 HEARING, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW AND REVISE DRAFT CASE CALENDAR (.2); CONFERENCE WITH H. WETZEL RE: COMMENTS TO DRAFT CASE CALENDAR (.1). |
| WETZEL JA | 05/30/06 | 5.00 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); PREPARE CASE CALENDAR (2.3); PREPARE NOTICES OF APPEARANCE CHART FOR D. TURETSKY (1.0); ASSEMBLE DOCUMENTS FOR ATTORNEYS (.9). |
| GRAY RW | 05/31/06 | 0.20 | REVIEW AND COMMENT ON CASE CALENDAR (.2). |
| RAVIN AS | 05/31/06 | 0.10 | MONITOR PLEADINGS FILED ON DOCKET (.1). |
| SAMBUR K | 05/31/06 | 0.20 | REVISE CASE CALENDAR TO REFLECT ADJOURNMENT OF SUBSTANTIVE CONSOLIDATION HEARINGS (.2). |
| WETZEL JA | 05/31/06 | 2.30 | PREPARE AND DISTRIBUTE DOCKET AND MEDIA UPDATES (.8); UPDATE CASE CALENDAR (1.5). |

**MATTER TOTAL**                          <u>104.50</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                     Bill Date: 06/02/06
Claims Admin. (General)                                          Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/01/06 | 1.80 | REVIEW UPDATE MEMORANDA FROM J. POST RE: LOUISIANA TAX OBJECTION (.1); REVIEW AMSOUTH BANK CLAIM AND REC SHEET (.2); TELECONFERENCE WITH D. YOUNG TO OBTAIN INFORMATION RE: AMSOUTH BANK CLAIM (.1); REVIEW CASH MANAGEMENT ORDER RE: SAME (.1); REVIEW UPDATED CLAIM OBJECTION RESPONSE SUMMARY (.2); REVIEW LOGAN SUMMARY OF CLAIMS BY TYPE RE: OBJECTION STATUS (.3); REVIEW AND COMMENT ON 10TH OMNIBUS CLAIMS OBJECTION, ORDER, NOTICES AND EXHIBITS (.6); REVIEW LOGAN TEAM STATUS REPORT (.2). |
| LEAMY JM | 05/01/06 | 6.80 | TELECONFERENCE WITH K. NEWMARCH RE: JELLY BELLY CLAIM OBJECTION (.2); TELECONFERENCE M. RICHARD RE: CLAIM REPORT (.1); TELECONFERENCE D. BOWERSETT RE: STEAKUMM CLAIM OBJECTION (.1); TELECONFERENCE E. POLLACK RE: 10TH OMNI (.1); TELECONFERENCE A. O'BRIEN RE: SUNMAID CLAIM OBJECTION (.1); REVIEW CLAIMS SUBJECT TO 10TH OMNIBUS OBJECTION (2.6); DRAFT 10TH OMNIBUS OBJECTION (2.3); TELECONFERENCE N. LAFLEUR RE: SIOUX HONEY CLAIM OBJECTION (.1); DRAFT LETTER D. YOUNG RE: NATIONAL LIFT TRUCK CLAIM DOCUMENTATION (.2); REVISE SPECIAL BAR DATE NOTICES (.4); EMAILS J. LANDON RE: XEROX (.2); EMAIL E. LANE RE: XEROX (.2); EMAILS S. SCHULTZ RE: GRUMA CLAIM (.2). |
| TURETSKY DM | 05/01/06 | 1.20 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES IN CONNECTION WITH DEMAND LETTERS FOR CLAIMANTS OWING SUMS TO WINN-DIXIE (.6); E-MAIL TO J. CASTLE, M. BYRUM, A. BARAGONA, B. BACKSTROM, D. WEGMANN, J. POST, S. BUSEY, AND R. GRAY RE: FILING OF OBJECTION TO NON-LITIGATION LOUISIANA TAX CLAIMS (.1); E-MAIL TO E. POLLACK RE: LOUISIANA TAX CLAIMS (.3); RESEARCH RE: RECONCILIATION SHEET FOR AMSOUTH BANK CLAIM (.1); E-MAIL TO R. GRAY RE: RECONCILIATION SHEET FOR AMSOUTH BANK CLAIM (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/02/06 | 2.50 | REVIEW VOICEMAIL FROM G. KURZ OF HHS AND TELECONFERENCE WITH D. VAN SCHOOR RE: LIST OF STATES IN WHICH QUALIFIED TO DO BUSINESS (.1); REVIEW/ANALYZE REPORTS FOR COLLECTION (.1); DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: INFORMATION NEEDED ON RECLAMATION CLAIM SETOFFS (.2); CONFERENCE CALL WITH J. CASTLE, M. BYRUM, A. BARAGONA, T. CREIGHTON, S. BUSEY AND K. BRISTOR RE: IRS TAX CLAIMS (1.0); FOLLOW UP TELECONFERENCE WITH K. BRISTOR RE: CLIENT MEMORANDUM ON IRS ISSUES (.1); REVIEW/ANALYZE ISSUES FOR CLIENT MEMORANDUM (.6); DRAFT MEMORANDUM TO BLACKSTONE RE: MATERIALITY OF POTENTIAL IRS CLAIM (.2); REVIEW AND COMMENT ON REVISED SYLVANIA STIPULATION (.1); EXCHANGE EMAILS WITH J. EDMONSEN AND K. LOGAN RE: DEBTOR OBLIGOR RULES (.1). |
| EICHEL S | 05/02/06 | 0.70 | CONFERENCE WITH D. TURETSKY RE: EFFECT OF RECLAMATION TRADE LIEN PROGRAM WITH RESPECT TO POTENTIALLY RECOVERING MONEY OWED FROM VENDORS (.4); TELECONFERENCE WITH T. WUERTZ RE: VENDORS THAT HAVE OPTED INTO TRADE LIEN PROGRAM IN CONNECTION WITH ANALYSIS OF VENDORS THAT MAY OWE DEBTORS MONEY (.1); REVIEW EMAIL FROM A. LIU RE: TRADE VENDORS THAT HAVE OPTED INTO TRADE LIEN PROGRAM (.1); DRAFT EMAIL TO D. TURETSKY RE: VENDORS THAT HAVE OPTED INTO TRADE LIEN PROGRAM (.1). |
| LEAMY JM | 05/02/06 | 7.50 | TELECONFERENCE S. FREEDMAN RE: CROWN CORK CLAIM OBJECTION (.2); TELECONFERENCE WITH J. CASTLE, S. KAROL, B. GASTON, J. EDMONSON, S. HENRY AND A. RAVIN RE: MITIGATION OF LEASE REJECTION CLAIMS (.6); FINALIZE JUNE 2 SPECIAL BAR DATE NOTICE AND EMAIL M. MARTINEZ RE: SAME (.4); TELECONFERENCES E. POLLACK RE: 10TH OMNI (.5); EMAILS M. MARTINEZ RE: 10TH OMNI NOTICES (.2); FINALIZE AND PREPARE 10TH OMNI OBJECTION FOR FILING (.6); TELECONFERENCE A. SOLOCHECK RE: SYLVANIA CLAIM (.1); REVIEW AND REVISE SYLVANIA STIPULATION (.4); ANALYSIS AND RESOLUTION OF ALL OUTSTANDING RESPONSES TO 8TH OMNI CLAIM OBJECTION (4.5). |
| RAVIN AS | 05/02/06 | 0.10 | DRAFT MEMORANDUM TO J. LEAMY AND REVIEW MEMORANDUM FROM SAME RE: ARTESIA CLAIM (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 05/02/06 | 1.80 | REVIEW E-MAILS FROM J. POST, LOUISIANA DOR, AND PUGH, PUGH AND PUGH RE: ISSUES CONCERNING LOUISIANA TAX OBJECTIONS AND RELATED CASE MANAGEMENT CONFERENCE (.2); TELECONFERENCE WITH J. POST (LEFT VOICEMAIL) RE: ISSUES CONCERNING LOUISIANA TAX OBJECTIONS AND RELATED CASE MANAGEMENT CONFERENCE (.1); FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (1.1); MEETING WITH S. EICHEL CONCERNING ISSUES CONCERNING CLAIMANTS OWING MONEY TO WINN-DIXIE (.4). |
| GRAY RW | 05/03/06 | 3.10 | REVIEW XROADS LATEST VERSION OF RULES IN PREPARATION FOR TELECONFERENCE (.2); CONFERENCE CALL WITH K. LOGAN, B. CROCKER AND J. EDMONDSEN RE: DEBTOR OBLIGOR RULES FOR REPORTS (1.1); REVIEW MEMORANDA FROM A. LIU RE: RECLAMATION CLAIMANT RECEIVABLES (.2); CONFER WITH D. TURETSKY RE: RECLAMATION CLAIMANT RECEIVABLES ISSUES RAISED BY A. LIU (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. OCONNELL RE: IMPACT OF IRS CLAIM ON PLAN (.1); TELECONFERENCE WITH K. BRISTOR RE: NEXT STEPS ON IRS ISSUES (.1); DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: IRS NEXT STEPS (.3); DRAFT MEMORANDUM TO K. BRISTOR RE: IRS PROOFS OF CLAIM (.1); TELECONFERENCE WITH C. JACKSON RE: CLAIM RESOLUTION INFORMATION (.1); REVIEW MEMORANDUM FROM J. POST RE: IRS SETTLEMENT ISSUES (.1); EXCHANGE EMAILS WITH K. BRISTOR RE: IRS SETTLEMENT ISSUES (.1); DRAFT RESPONSE TO J. POST IRS SETTLEMENT ISSUES (.3); CONFER WITH D. TURETSKY RE: RESEARCH ISSUES ON IRS CLAIM AND REFUND (.2); REVIEW ARTESIA ORDER AND DRAFT MEMORANDUM TO C. JACKSON RE: IMPLEMENTING SETTLEMENT (.1). |
| EICHEL S | 05/03/06 | 0.20 | REVIEW EMAIL FROM A. LIU RE: RECLAMATION VENDOR WHO MAY OWE THE COMPANY MONEY (.1); REVIEW EMAIL FROM B. ADKINS (SOUTHERN GOURMET FOODS) RE: REDUCING AND ALLOWING CLAIM OF SOUTHERN GOURMET FOODS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/03/06 | 6.00 | TELECONFERENCE J. DROUSE AND R. NEWKIRK RE: MADISON CLAIMS (.5); TELECONFERENCE E. POLLACK RE: 8TH OMNI ORDER (.1); REVISE 8TH OMNI ORDER (2.3); TELECONFERENCE R. HOROWITZ RE: DIRECT SHIPPERS CLAIM (.1); TELECONFERENCE E. RICE RE: MELITTA CLAIM (.1); EMAIL R. NEWKIRK RE: MADISON CLAIMS (.1); EMAIL H. BERKOWITZ RE: TW GARNER (.1); EMAIL E. POLLACK RE: 8TH REVISIONS (.1); EMAIL B. HOLTON RE: DIRECT SHIPPERS CLAIM (.1); EMAIL B. HOLTON RE: ZAK DESIGNS CLAIM (.1); TELECONFERENCE S. SCHULTZ RE: GRUMA CLAIM OBJECTION (.1); TELECONFERENCE BRIDGET RE: SERVICE FORCE CLAIM OBJECTION (.1); RESEARCH AND ANALYSIS RE: PAID CLAIM OBJECTIONS (.6); ADDITIONAL REVISIONS TO 8TH OMNI ORDER AND EXHIBITS (1.2); EMAILS S. SCHULTZ RE: GRUMA CLAIM (.2); EMAIL C. TAYLOR RE: 8TH OMNI ORDER (.1); EMAIL H. ZIEGLER RE: 8TH OMNI ORDER (.1). |
| RAVIN AS | 05/03/06 | 0.10 | REVIEW CORRESPONDENCE FROM M. GAVEJIEAN RE: SYSCO RECLAMATION CLAIM, DRAFT MEMORANDUM TO R. GRAY RE: SAME (.1). |
| TURETSKY DM | 05/03/06 | 1.60 | REVIEW E-MAIL FROM A. LIU RE: ISSUES CONCERNING CLAIMANTS OWING SUMS TO WINN-DIXIE (.1); TELECONFERENCE WITH R. GRAY RE:  ISSUES CONCERNING CLAIMANTS OWING SUMS TO WINN-DIXIE (.1); FURTHER ANALYSIS AND RESEARCH RE: CLAIMANTS OWING SUMS TO WD (1.4). |
| GRAY RW | 05/04/06 | 1.60 | TELECONFERENCE WITH K. LOGAN RE: DELAY ON DEBTOR OBLIGOR REPORT DUE TO STATUS OF REAL ESTATE CURE (.1); EXCHANGE EMAILS FROM J. EDMONSEN AND K. LOGAN RE: DEBTOR OBLIGOR REPORT (.1); DRAFT MEMORANDUM TO K. BRISTOR RE: IDENTIFYING INFORMATION NEEDED FROM COMPANY TO ADDRESS IRS ISSUES (.3); FOLLOW UP EMAIL EXCHANGE WITH K. BRISTOR RE: FASM CO. FOR IRS ISSUES (.1); DRAFT MEMORANDUM TO K. KELLER RE: IRS INFORMATION FROM MILBANK INVESTIGATION (.1); FOLLOW UP EMAIL EXCHANGE WITH K. KELLER RE: MILBANK INVESTIGATION (.1); REVIEW INTERVIEW SUMMARIES RE: IRS ISSUES (.4); REVIEW TAX FORUM ARTICLE RE: IRS ISSUES (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/04/06 | 2.20 | REVIEW J. MCBURNEY LETTER RE: JOSEPH ENTERPRISE CLAIM (.1); TELECONFERENCE WITH C. HAWKINS RE: CCE CLAIMS (.3); REVIEW MELITTA AMENDED RESPONSE TO 8TH CLAIM OBJECTION (.1); TELECONFERENCE WITH D. FLETCHER RE: MERCH CORP OF AMERICA (.3); TELECONFERENCE WITH H. JONES RE: NTBY CLAIM AND EMAIL H. JONES RE: SAME (.2); TELECONFERENCE WITH E. POLLACK RE: UPCOMING OBJECTION CTS (.3); TELECONFERENCE WITH A. LIU RE: RECLAMATION PROOF OF CLAIMS (.2); EMAIL C. THROCKMORTON RE: 8TH OMNI ORDER (.1); EMAIL S. BIERNACKI RE: 8TH OMNI HEARING (.1); FINALIZE 8TH ORDER AND EMAIL J. POST RE: SAME (.5). |
| GRAY RW | 05/05/06 | 1.50 | REVIEW M. COMERFORD MEMORANDUM RE: TRADE CLAIM SCHEDULING INFORMATION AND DRAFT MEMORANDUM TO E. POLLACK RE: SAME (.1); TELECONFERENCE WITH K. BRISTOR RE: IRS CLAIM ISSUES (.1); REVIEW AND COMMENT ON PROPOSED MEMORANDUM TO A. BARAGONA AND T. CRICHTON RE: IRS ISSUES (.4); REVIEW/ANALYZE BANKRUPTCY ISSUES RE: SAME (.3); REVIEW MEMORANDUM AND FILE FROM A. BARAGONA RE: IRS ISSUES AND DRAFT MEMORANDUM TO K. BRISTOR RE: SAME (.2); DRAFT MEMORANDUM TO D. VAN SCHOOR RE: DBA STATES AND REVIEW REPLY (.1); REVIEW INFORMATION FROM D. VAN SCHOOR RE: DSA STATES AND DRAFT MEMORANDUM TO G. KUNZ RE: SAME (.1); TELECONFERENCES WITH K. JONES RE: CONSENT FOR ROANAKE COUNTY (.1); DRAFT MEMORANDUM TO K. JONES CONFIRMING CONSENT (.1). |
| LEAMY JM | 05/05/06 | 3.30 | TELECONFERENCE WITH E. POLLACK RE: 11TH OMNI (.3); TELECONFERENCE WITH J. WARD RE: BROUGHTON CLAIMS (.4); TELECONFERENCE WITH D. YOUNG RE: 7TH OMNI CLAIMS (.2); EMAILS E. POLLACK RE: 8TH OMNI ORDER (.2); TELECONFERENCE WITH M. MARTINEZ RE: 8TH OMNI SERVICE (.1); PREPARE NOTICE OF ESTABLISHMENT OF SPECIAL BAR DATE FOR FILING WITH COURT (.5); EMAIL TO D. YOUNG RE: RESPONSES TO 9TH CLAIM OBJECTION (.1); REVIEW SERVICE FORCE AND ECAST RESPONSES TO 9TH CLAIM OBJECTION (.4); EMAILS J. DROUSE RE: 7TH OMNI CLAIMS (.2); EMAIL R. NEWKIRK RE: BERRY PLASTICS CLAIM (.1); EMAILS J. GUSO RE: DELNIC CLAIM (.1); EMAILS B HOLTON RE: KEN ROBINSON CLAIM (.2); REVIEW AND REVISE SYLVANIA STIPULATION (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 05/05/06 | 7.40 | BEGIN RESEARCHING CASE LAW RE: 502(E)(1)(B) CONTINGENT CLAIMS OF CO-DEBTORS (7.4). |
| SAMBUR K | 05/06/06 | 5.30 | BEGIN DRAFTING MEMORANDUM ON 502(E)(1)(B) CLAIMS OF CONTINGENT CO-DEBTORS (5.3). |
| SAMBUR K | 05/07/06 | 3.80 | CONTINUE DRAFTING 502(E)(1)(B) MEMORANDUM (3.8). |
| GRAY RW | 05/08/06 | 1.10 | REVIEW SCHEDULED CLAIM REPORT FROM LOGAN (.2); DRAFT MEMORANDUM TO M. COMERFORD RE: LOGAN REPORT (.1); EMAILS AND TELECONFERENCE WITH D. TURETSKY RE: RECEIVABLES COLLECTION LETTERS AND CLIENT APPROVAL (.2); DRAFT MEMORANDUM TO A. LIU RE: RECONCILIATION SPREADSHEETS FOR RECEIVABLES COLLECTION (.1); DRAFT FOLLOW UP MEMORANDUM TO K. BRISTOR RE: IRS ISSUES (.1); REVIEW MEMORANDA FROM J. CASTLE ET AL. RE: SERVICE FORCE CLAIM OBJECTION ISSUES (.1); REVIEW CLAIM OBJECTION STATUS REPORTS AND CONSIDER VOTING ISSUES (.3). |
| EICHEL S | 05/08/06 | 0.10 | REVIEW EMAIL FROM R. GRAY RE: DEMAND LETTER TO CERTAIN NON-RECLAMATION TRADE VENDORS (.1). |
| LEAMY JM | 05/08/06 | 0.30 | EMAILS J. CASTLE RE: SERVICE FORCE CLAIM OBJECTION (.2); EMAIL A. SOLOCHECK RE: SYLVANIA CLAIM STIPULATION (.1). |
| SAMBUR K | 05/08/06 | 10.60 | CONTINUE TO DRAFT SECTION 502(E)(1)(B) MEMORANDUM (10.6). |
| TURETSKY DM | 05/08/06 | 2.20 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES IN CONNECTION WITH DEMAND LETTERS FOR CLAIMANTS OWING SUMS TO WINN-DIXIE (.8); FURTHER REVISE DEMAND LETTERS TO CLAIMANTS OWING SUMS TO WINN-DIXIE (.7); E-MAILS TO R. GRAY RE: DEMAND LETTERS TO CLAIMANTS OWING SUMS TO WINN-DIXIE (.2); MEMORANDUM TO J. CASTLE RE: DEMAND LETTERS TO CLAIMANTS OWING SUMS TO WINN-DIXIE (.5). |
| GRAY RW | 05/09/06 | 0.30 | REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: EMPLOYMENT CLAIMS AND OTHER OBJECTION ISSUES (.1); EXCHANGE EMAILS WITH A. LIU RE: RECONCILIATION SPREADSHEETS NEEDED FOR CLAIMANT DEMAND LETTERS (.1); EXCHANGE EMAILS WITH K. LOGAN AND J. EDMONDSEN RE: DEBTOR OBLIGOR RULE REPORTS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/09/06 | 7.20 | TELECONFERENCE WITH D. YOUNG RE: CLAIM RECONCILIATIONS (.1); TELECONFERENCE WITH B. BROOK RE: SERVICE FORCE CLAIM (.3); TELECONFERENCE WITH E. POLLACK RE: 11TH OMNI (.3); TELECONFERENCE WITH T. WHALEN RE: JMPALMER CLAIM (.1); REVIEW 11TH OMNI EXHIBITS (.7); REVIEW OF 11TH OMNI CLAIMS (2.8); CONFERENCE WITH K. LAMAINA RE: INSURANCE CLAIMS (.5); TELECONFERENCE WITH E. POLLACK RE: 11TH OMNI CLAIMS (.6); TELECONFERENCE WITH A. RAVIN RE: 11TH OMNI CLAIMS (.3); EMAIL H. BERKOWITZ RE: TW GARNER CLAIM (.1); EMAIL W. MCARDLE RE: GOLDEN FLAKE CLAIM (.1); EMAIL R. METH RE: BRIDGESTONE CLAIM (.1); EMAILS R. WHALEN RE: JMPALMER CLAIM (.2); REVIEW AND ANALYSIS OF REPORTS FROM LOGAN RE: PREVOTING CLAIM OBJECTIONS (1.0). |
| TURETSKY DM | 05/09/06 | 0.10 | E-MAIL TO R. GRAY RE: ISSUES CONCERNING DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.1). |
| WITTMAN, JR. RE | 05/09/06 | 3.00 | ASSEMBLE BINDERS OF MULTIPLE PROOFS OF CLAIM (3.0). |
| GRAY RW | 05/10/06 | 2.50 | REVIEW PROPOSED EXHIBITS A, B AND C FOR 11TH OMNIBUS OBJECTION AND IDENTIFY ISSUES (1.8); TELECONFERENCE WITH J. LEAMY RE: ISSUES ON 11TH OMNIBUS OBJECTION CLAIM (.6); TELECONFERENCE WITH R. DAVIS FOR AMSOUTH BANK RE: POTENTIAL CLAIM OBJECTION (.1). |
| LEAMY JM | 05/10/06 | 6.30 | TELECONFERENCE WITH E. POLLACK RE: 11TH OBJECTION (.1); TELECONFERENCE WITH R. HOROWITZ RE: DIRECT SHIPPERS CLAIMS (.2); TELECONFERENCE WITH B. HOLTON RE: BRIDGESTONE CLAIM (.1); TELECONFERENCE WITH R. METH RE: BRIDGESTONE CLAIM (.1); TELECONFERENCE WITH R. GRAY RE: 11TH OMNI EXHIBITS (.6); TELECONFERENCE WITH E. POLLACK RE: 11TH OMNI EXHIBITS (1.0); REVIEW 11TH OMNI PROPOSED CLAIMS (2.5); SEVERAL EMAILS E. POLLACK RE: 11TH OMNI CLAIMS (.4); EMAILS R. METH RE: OBJECTION TO BRIDGESTONE CLAIM (.2); REVIEW A. LIU EMAIL RE: NWP CLAIM OBJECTION (.1); ANALYSIS RE: OBJECTION TO PREPETITION LEASE ASSIGNMENT CLAIMS (1.0). |
| WITTMAN, JR. RE | 05/10/06 | 3.30 | SEARCH FOR PROOFS OF CLAIM FOR MULTIPLE BONDHOLDERS (3.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/11/06 | 2.40 | TELECONFERENCE WITH R. DAVIS RE: AMSOUTH CONSENT TO RECLASSIFICATION OF CLAIM (.1); DRAFT MEMORANDUM TO J. LEAMY AND D. YOUNG RE: AMSOUTH CONSENT (.1); REVIEW AND COMMENT ON D. TURETSKY MEMORANDUM RE: IRS SETOFF AND REFUND ISSUES (.4); DRAFT MEMORANDUM TO K. BRISTOR RE: IRS SETOFF (.2); REVIEW CITY OF NORFOLK LATE CLAIM MOTION AND DRAFT MEMORANDUM TO C. JACKSON RE: SAME (.1); REVIEW DRAFT DEBTOR OBLIGOR RULE-BASED REPORTS FROM LOGAN (.8); CONFERENCE CALL WITH K. LOGAN AND B. CROCKER RE: COMMENTS ON SAME (.7). |
| LAMAINA KA | 05/11/06 | 0.30 | REVIEW LETTER OF CREDIT BENEFICIARY CLAIMS (.3). |
| LEAMY JM | 05/11/06 | 1.10 | REVIEW R. HOROWITZ LETTER RE: DIRECT SHIPPERS CLAIM RESOLUTION (.1); TELECONFERENCE WITH B. BENSINGER RE: MCA CLAIM (.1); TELECONFERENCE WITH E. POLLACK RE: LATE CLAIMS (.4); TELECONFERENCE WITH B. GASTON AND E. CARROLL RE: GUARANTY CLAIMS (.3); EMAIL TO D. YOUNG RE: PROPOSED 11TH OMNIBUS CLAIMS (.2). |
| SAMBUR K | 05/11/06 | 5.80 | BEGIN TO RESEARCH EFFECT OF TOLLING AGREEMENT ON CLAIMS BAR DATE AND DEFENSE TO FAILURE TO FILE A PROOF OF CLAIM (5.8). |
| TURETSKY DM | 05/11/06 | 0.10 | E-MAIL TO R. GRAY RE: CLAIM NO. 640 (.1). |
| WITTMAN, JR. RE | 05/11/06 | 3.80 | SEARCH FOR MULTIPLE PROOFS OF CLAIM AND INDEX (3.8). |
| GRAY RW | 05/12/06 | 0.60 | TELECONFERENCE WITH K. LOGAN RE: RULES REPORTS (.1); PRELIMINARY REVIEW OF DEBTOR OBLIGOR REPORTS FROM LOGAN AND DRAFT MEMORANDUM TO S. HENRY AND J. BAKER RE: SAME (.3); REVIEW/ANALYZE IRS CLAIM ISSUES RAISED BY A. BARAGONA (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/12/06 | 6.20 | REVIEW CLAIMS FOR 11TH OMNIBUS OBJECTION (2.5); TELECONFERENCE WITH E. POLLACK RE: 11TH OMNIBUS OBJECTION (.2); TELECONFERENCE WITH B. BROOKS RE: SERVICE FORCE CLAIM OBJECTION (.2); TELECONFERENCE WITH A. LIU RE: COCA COLA CLAIMS (.3); EMAILS A. LIU RE: COCA COLA CLAIMS (.2); REVIEW OF BROUGTHTON ASSOCIATES RESPONSE TO 9TH CLAIM OBJECTION AND EMAIL TO D. YOUNG RE: 9TH OBJECTION (.5); EMAIL L. HUDSON RE: BROUGHTON CLAIM (.1); REVIEW AND ANALYSIS RE: SERVICE FORCE RESPONSE TO 9TH OBJECTION (.5); EMAIL D. YOUNG RE: SERVICE FORCE RESPONSE (.2); EMAIL M. MARTINEZ RE: 11TH OMNIBUS SERVICE (.1); REVIEW AND ANALYSIS RE: INSURANCE/SURETY CLAIMS (.5); EMAILS E. POLLACK RE: REAL ESTATE CLAIMS (.3); EMAIL K. NEWMARCH RE: JELLYBELLY CLAIM (.1); REVIEW T. PENNINGTON LETTER RE: LIBERTY MUTUAL CLAIMS (.2); EMAIL V. KRISH RE: KEN ROBINSON CLAIM (.1); REVIEW P. CERONE CORRESPONDENCE RE: BEIERSDORF CLAIM (.2). |
| SAMBUR K | 05/12/06 | 0.30 | DRAFT E-MAIL RE: RESEARCH ON TOLLING AGREEMENTS (.3). |
| WITTMAN, JR. RE | 05/12/06 | 2.80 | SEARCH FOR PROOFS OF CLAIM AND INDEX (2.8). |
| LEAMY JM | 05/14/06 | 3.80 | REVIEW CLAIMS SUBJECT TO 11TH OMNI OBJECTION (3.8). |
| HENRY S | 05/15/06 | 0.10 | TELECONFERENCE WITH R. GRAY RE: MSP/SRP OBLIGOR (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/15/06 | 2.90 | TELECONFERENCE WITH K. BRISTOR RE: IRS CLAIM ISSUES (.1); REVIEW AND COMMENT ON 11TH OMNIBUS OBJECTION, ORDER, NOTICES AND EXHIBITS (.6); REVIEW AND COMMENT ON 2ND OMNIBUS TAX OBJECTION (.7); TELECONFERENCE WITH S. HENRY RE: MSP/SRP OBLIGOR ISSUE (.1); DRAFT MEMORANDUM TO L. RODRIGUEZ RE: MSP/SRP SAMPLE FILES AND FOLLOW UP EMAIL EXCHANGE WITH J. DAWSON RE: SAME (.1); TELECONFERENCE WITH J. DAWSON RE: SAMPLE FILES (.1); REVIEW MEMORANDUM FROM J. DAWSON AND DRAFT MEMORANDUM TO D. TURETSKY AND S. HENRY RE: DAWSON MEMO (.1); TELECONFERENCE WITH D. TURETSKY RE: DEBTOR OBLIGOR ISSUE (.1); REVIEW KONICA PROOFS OF CLAIM AND DRAFT MEMORANDUM TO E. LANE RE: HANDLING OF SAME (.1); REVIEW CONVENIENCE CLAIM INFORMATION FROM K. LOGAN (.1); EXCHANGE EMAILS WITH K .LOGAN RE: PARAMETERS (.1); DRAFT MEMORANDUM TO H. ETLIN ET AL. RE: CONVENIENCE CLAIM THRESHOLDS AND AMOUNTS (.2); REVIEW MEMORANDUM FROM B. KICHLER RE: NOPP CLAIM, EXCHANGE EMAILS WITH B. GRODSKY FOR NOPP AND DRAFT REPLY TO B. KICHLER (.1); REVIEW ARTESIA ORDER AND DRAFT MEMORANDUM TO B. GASTON ET AL. RE: DOCUMENTING CLAIM SETTLEMENT (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: MERCHANDISE CORP. CLAIM ISSUES (.1); DRAFT MEMORANDUM TO J. EDMONSEN RE: STATUS OF XROADS REVIEW OF DEBTOR OBLIGOR REPORTS (.1); REVIEW WEEKLY CLAIM RECONCILIATION REPORT FROM LOGAN (.1). |
| LAMAINA KA | 05/15/06 | 2.30 | REVIEW BOND SCHEDULE FROM COMPANY (1.1); TELECONFERENCE WITH LOGAN ON BOND SCHEDULE FROM COMPANY TO DETERMINE MOST EFFICIENT WAY TO ASCERTAIN CLAIMS, ETC. (1.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/15/06 | 6.50 | DRAFT 11TH OMNI OBJECTION (3.0); TELECONFERENCE WITH E. O'CAROLL RE: GUARANTY CLAIMS (.1); TELECONFERENCE WITH E. POLLACK RE: 11TH OMNI (.3); TELECONFERENCE WITH E. POLLACK RE: 11TH OMNI (.3); REVIEW VOTING CLAIMS REPORTS (.5); EMAIL B. GASTON RE: ARTESIA CLAIM (.1); CONFERENCE CALL WITH K. LOGAN E. POLLACK, R. GRAY RE: VOTING CLAIMS REPORTS (.4); REVIEW MCA RESPONSE TO 9TH OMNI (.4); EMAIL J. CASTLE RE: MCA RESPONSE (.2); TELECONFERENCE WITH J. POST RE: MCA RESPONSE (.3); TELECONFERENCE WITH E. HUFSTETLER RE: SIRIUS (.3); TELECONFERENCE WITH B. BENSINGER RE: MCA CLAIM OBJECTION (.2); EMAIL TO J. CASTLE RE: 11TH OMNIBUS OBJECTION (.2); EMAIL J. VERONA RE: BRANDON OAKS CLAIM OBJECTION (.2). |
| WITTMAN, JR. RE | 05/15/06 | 4.70 | SEARCH LOGAN WEB SITES FOR CLAIMS, REC SHEETS AND CLAIMS INFORMATION (4.7). |
| HENRY S | 05/16/06 | 0.10 | TELECONFERENCE WITH R. GRAY RE: CLAIMS ISSUE (.1). |
| GRAY RW | 05/16/06 | 0.70 | TELECONFERENCE WITH S. HENRY RE: DEBTOR OBLIGOR REPORT RULES (.1); TELECONFERENCE WITH J. POST RE: NEW LITIGATION CLAIMS (.1); DRAFT MEMORANDUM TO K. LOGAN RE: BAR DATE NOTICING FOR BENEFIT PLANS (.1); REVIEW AND COMMENT ON SUMMARY PRESENTATION OF DEBTOR OBLIGOR REPORTS (.2); TELECONFERENCE WITH J. EDMONSEN RE: DEBTOR OBLIGOR REPORT ISSUES (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. EDMONSEN RE: VENDOR REPORT ISSUES (.1). |
| LAMAINA KA | 05/16/06 | 4.70 | REVIEW INSURANCE CLAIMS AND SURETY CLAIMS (2.9); REVIEW BOND REPORTS BY LOGAN (1.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/16/06 | 5.10 | FINALIZE 11TH OMNI EXHIBITS (1.0); EMAILS M. MARTINEZ, E. POLLACK RE: 11TH ONNI EXHIBITS (.3); FINALIZE 9TH OMNI FOR FILING (.5); TELECONFERENCE WITH E. POLLACK RE: 11TH OMNI (.1); TELECONFERENCE WITH A. SOSA RE: NARANJA LAKE VENTURE CLAIM OBJECTION (.1); TELECONFERENCE WITH E. POLLACK RE: CLAIMS UNDER $2000 (.1); REVIEW SERVICE FORCE RESPONSE AND DOCUMENTATION (.5); TELECONFERENCE WITH J. CASTLE AND WINN-DIXIE TEAM RE: SERVICE FORCE CLAIM OBJECTION (.7); TELECONFERENCE WITH J. DROUSE AND R. NEWKIRK RE: MADISON LIQUIDITY CLAIMS (.3); EMAILS J. DROUSE RE: MADISON LIQUIDITY (.2); EMAILS K. NEWMARCH, D. YOUNG RE: JELLYBELLY CLAIM (.2); EMAIL D. YOUNG RE: H&T SEAFOOD (.1); EMAIL D. YOUNG RE: 11TH OMNI (.1); EMAIL D. YOUNG RE: STATUS OF OPEN 9TH OMNI RESPONSES (.2); TELECONFERENCE WITH A. FRISCH RE: 9TH OMNI (.1); EMAIL L. HUDSON RE: 9TH CLAIM OBJECTION (.1); REVIEW FORMS OF NOTICE FOR 9TH OMNI (.5). |
| GRAY RW | 05/17/06 | 3.50 | DRAFT MEMORANDUM TO J. BAKER AND S. HENRY RE: POSTPETITION LITIGATION CLAIMS (.1); REVIEW CONTINGENT CASH CLAIM ISSUES AND DRAFT MEMORANDUM TO E. LANE RE: SAME (.1); FOLLOW UP EMAIL EXCHANGE WITH E. LANE RE: REJECTION CLAIMS ARISING FROM PLAN PROVISIONS (.1); REVIEW LETTER FROM R. DAVIS RE: AMSOUTH CLAIM AND DRAFT MEMORANDUM TO J. LEAMY RE: SAME (.1); CONFERENCE CALL WITH J. CASTLE, K. ROMEO AND J. POST RE: ADMINISTRATIVE LITIGATION CLAIMS (1.0); REVIEW VENDOR CLAIM SUMMARY WITH ALTERNATIVE RULES (.2); TELECONFERENCE WITH B. CROCKER RE: COMMENTS ON SUMMARY FORMAT (.1); REVIEW REVISED LITIGATION REPORT FROM LOGAN (.2); TELECONFERENCE WITH K. LOGAN RE: STATUS OF REPORTS (.1); TELECONFERENCE WITH K. BRISTOR RE: IRS CLAIMS ISSUES AND MEMORANDUM TO CLIENT (.2); TELECONFERENCE WITH J. POST RE: ADMINISTRATIVE CLAIM BAR DATE ISSUES (.7); REVISE PLAN DRAFT RE: ADMINISTRATIVE CLAIM BAR DATE (.2); TELECONFERENCE FROM B. BREWER RE: LITIGATION CLAIM AND DRAFT MEMORANDUM TO L. PRENDERGAST RE: HANDLING (.1); REVIEW FAX OF CA FROM J. MCCONNELL AND TELECONFERENCE WITH J. MCCONNELL RE: CA EXECUTION (.1); DRAFT MEMORANDUM TO L. APPEL ET AL RE: CA EXECUTION (.1); REVIEW AND COMMENT ON ORDER FOR 9TH OMNIBUS OBJECTION (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 05/17/06 | 5.10 | TELECONFERENCE WITH E. POLLACK ON CLAIMS (.5); REVIEW LETTERS OF CREDIT BENEFICIARY CLAIMS (4.6). |
| LEAMY JM | 05/17/06 | 3.90 | TELECONFERENCE WITH E. CARROLL RE: AMENDED CLAIMS (.1); TELECONFERENCE WITH E. POLLACK RE: CLAIM RECONCILIATIONS (.2); REVISE 9TH OMNIBUS ORDER AND CIRCULATE TO INTERESTED PARTIES (1.5); ADJUSTMENTS TO EXHIBITS AND EMAIL E. POLLACK (1.0); REVIEW LETTER FROM AMSOUTH COUNSEL RE: 10TH CLAIM OBJECTION (.1); EMAILS J. SARACHECK RE: NATUROPATHIC CLAIM OBJECTION (.3); REVIEW NATUROPATHIC CLAIM (.2); EMAILS J. POST AND J. CASTLE RE: NATUROPATHIC CLAIM (.2); EMAIL B. GASTON RE: ARTESIA CLAIM (.1); EMAIL B. HOLTON RE: NECO CLAIM (.1); EMAIL A. FRISCH RE: 9TH OMNIBUS ORDER (.1). |
| TURETSKY DM | 05/17/06 | 0.10 | E-MAIL TO J. CASTLE RE: DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.1). |
| WITTMAN, JR. RE | 05/17/06 | 4.20 | SEARCH LOGAN WEB SITES FOR CLAIMS, REC SHEETS AND CLAIMS INFORMATION (4.2). |
| GRAY RW | 05/18/06 | 2.20 | REVIEW LITIGATION CLAIM REPORT FROM LOGAN AND DRAFT MEMORANDUM TO K. LOGAN RE: SUMMARY REPORTS (.1); REVIEW VENDOR REPORT FROM J. EDMONSEN (.1); DRAFT MEMORANDUM TO J. EDMONSEN RE: CONSOLIDATING WITH OTHER REPORTS (.1); TELECONFERENCE WITH J. EDMONSEN RE: RECLAMATION CLAIM ISSUES (.1); REVIEW LOGAN REPORTS RE: ADMINISTRATIVE, PRIORITY AND SECURED CLAIMS RE: CONFIRMATION ISSUES (.7); REVIEW DRAFT MEMORANDUM FROM K. BRISTOR RE: IRS CLAIM ISSUES (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. LEAMY RE: OBJECTION PROGRESS AND PLANNING (.1); REVIEW LOGAN REPORT RE: RECONCILED CLAIMS READY FOR OBJECTION (.1); REVISE IRS MEMORANDUM TO ADDRESS BANKRUPTCY ISSUES (.7); DRAFT MEMORANDUM TO K. BRISTOR RE: OPEN CLAIM ISSUES (.1). |
| LAMAINA KA | 05/18/06 | 0.40 | REVIEW MEMORANDA FROM E. POLLACK ON CLAIMS' REPORTS AND REPLY TO E. POLLACK ON THE REPORTS (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM          05/18/06        3.10   TELECONFERENCE WITH B. BROOKS RE:
                                         SERVICE FORCE CLAIMS (.1); EMAIL M.
                                         RUSSELL RE: MATEL CLAIM (.1);
                                         TELECONFERENCE WITH P. CERONE RE:
                                         BIERSDORF CLAIM (.2); TELECONFERENCE
                                         WITH R. METH RE: BRIDGESTONE CLAIMS
                                         (.1); REVIEW REPORT OF RECONCILED
                                         CLAIMS TO DATE (.4); TELECONFERENCES
                                         WITH   E. POLLACK RE: 12TH OMNI (.6);
                                         REVIEW GREENVILLE GROCERY RESPONSE TO
                                         CLAIM OBJECTION AND EMAIL J.
                                         TARKENTON RE: SAME (.4); REVIEW
                                         STRATEGY MEMORANDUM RE: MITIGATION OF
                                         LEASE REJECTION CLAIMS (.4); ANALYSIS
                                         RE: UPCOMING CLAIMS OBJECTIONS (.3);
                                         EMAIL E. POLLACK RE: 12TH OMNI (.2);
                                         EMAIL J. EDMONDSON RE: 9TH OMNI ORDER
                                         (.1); EMAILS J. SARACHEK RE:
                                         NATUROPATHIC CLAIM OBJECTION (.2).

RAVIN AS          05/18/06        0.40   REVIEW CORRESPONDENCE FROM B. GASTON
                                         AND R. GRAY RE: CLAIMS RECONCILIATION
                                         PROCESS IN LIGHT OF MITIGATION
                                         STRATEGY, CONFERENCE WITH R. GRAY RE:
                                         SAME (.2); REVIEW MITIGATION CLAIM
                                         CHART PREPARED BY B. GASTON (.2).

TURETSKY DM       05/18/06        4.40   E-MAIL TO S. EICHEL RE: DEMAND
                                         LETTERS TO CLAIMANTS OWING MONEY TO
                                         WINN-DIXIE (.1); ANALYSIS RE: ISSUES
                                         CONCERNING DEMAND LETTERS TO
                                         CLAIMANTS OWING MONEY TO WINN-DIXIE
                                         (1.1); TELECONFERENCE WITH J. POST
                                         (LEFT VOICEMAIL) RE: ISSUES
                                         CONCERNING DEMAND LETTERS TO
                                         CLAIMANTS OWING MONEY TO WINN-DIXIE
                                         (.1); MEMORANDUM TO J. POST RE:
                                         ISSUES CONCERNING DEMAND LETTERS TO
                                         CLAIMANTS OWING MONEY TO WINN-DIXIE
                                         (.8); E-MAIL TO L. PREDERGAST RE:
                                         ISSUES CONCERNING DEMAND LETTERS TO
                                         CLAIMANTS OWING MONEY TO WINN-DIXIE
                                         (.1); E-MAIL TO M. MARTINEZ RE:
                                         ISSUES CONCERNING DEMAND LETTERS TO
                                         CLAIMANTS OWING MONEY TO WINN-DIXIE
                                         (.4); DRAFT LETTER TO ENERGIZER RE:
                                         CLAIM FILED BY SAME (.4); DRAFT
                                         LETTER TO HI TECH PLASTICS RE: CLAIM
                                         FILED BY SAME (.3); DRAFT LETTER TO
                                         INGRAM ENTERTAINMENT RE: CLAIM FILED
                                         BY SAME (.3) DRAFT LETTER TO KEY
                                         DISTRIBUTORS RE: CLAIM FILED BY SAME
                                         (.2); DRAFT LETTER TO NAVAJO
                                         MANUFACTURING CO. RE: CLAIM FILED BY
                                         SAME (.3); DRAFT LETTER TO NECCO RE:
                                         CLAIM FILED BY SAME (.3).

WITTMAN, JR. RE   05/18/06        3.20   SEARCH LOGAN WEB SITES FOR WACHOVIA
                                         CLAIMS, REC SHEETS AND CLAIMS
                                         INFORMATION (3.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          05/19/06          1.00   DRAFT MEMORANDUM TO K. BRISTOR RE:
                                          JOINT AND SEVERAL ISSUES ON IRS
                                          PENALTY (.1); TELECONFERENCE WITH K.
                                          LOGAN RE: FINALIZING DEBTOR OBLIGOR
                                          REPORTS (.1); TELECONFERENCE WITH J.
                                          EDMONSEN RE: IRS CLAIM AND CONTINGENT
                                          CASH CLAIMS (.1); REVIEW AND RESPOND
                                          TO MEMORANDUM FROM L. PRENDERGAST RE:
                                          MEDICARE CLAIM OBJECTION (.1);
                                          FURTHER EMAIL EXCHANGE WITH L.
                                          PRENDERGAST RE: ADDITIONAL OBJECTION
                                          (.1); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM J. LEAMY RE:
                                          ADMINISTRATIVE CLAIM ISSUES (.1);
                                          DRAFT MEMORANDUM TO E. POLLACK RE:
                                          DEBTOR OBLIGOR ON MSP/SRP CLAIMS AND
                                          REVIEW REPLY (.1); DRAFT MEMORANDUM
                                          TO K. BRISTOR RE: DEBTOR OBLIGOR ON
                                          IRS CLAIMS (.1); REVIEW REVISED
                                          SUMMARY REPORTS FROM B. CROCKER AND
                                          DRAFT MEMORANDUM RE: COMMENTS (.1);
                                          REVIEW MEMORANDA FROM K. BRISTOR AND
                                          D. ROBISON RE: 505 ISSUES AND IRS
                                          CLAIMS (.1).

LAMAINA KA       05/19/06          1.20   CONTINUE REVIEW/ALLOCATION CLAIMS
                                          (.4); REVIEW OF A. POLLACK REPORTS
                                          (.5); RESPOND TO MEMORANDA FROM LOGAN
                                          ON CLAIMS (.3).

LEAMY JM         05/19/06          3.00   TELECONFERENCE WITH B. LEHANCE RE:
                                          DPG FIVE FORKS CLAIMS OBJECTION (.2);
                                          TELECONFERENCE WITH A. BLAKE RE:
                                          PESCANOVA CLAIM OBJECTION (.3);
                                          TELECONFERENCE WITH L. PRENDERGAST
                                          RE: MEDICAID CLAIMS (.3);
                                          TELECONFERENCE WITH H. WETZER RE:
                                          BEORSDORF LETTER (.2); TELECONFERENCE
                                          WITH R. METH RE: BRIDGESTONE CLAIM
                                          (.1); TELECONFERENCE WITH D. YOUNG
                                          RE: H&T SEAFOOD CLAIM (.1);
                                          TELECONFERENCE WITH E. POLLACK RE:
                                          12TH OMNI EXHIBITS (.3);
                                          TELECONFERENCE WITH V. KRISH RE: ZAK
                                          DESIGNS CLAIM (.2); REVIEW SEVERAL
                                          LEASE TERMINATION APPROVAL ORDERS AND
                                          FORWARD TO E. POLLACK RE:
                                          INSTRUCTIONS TO UPDATE CLAIM REGISTER
                                          (.4); REVIEW OUTSTANDING CLAIMS (.6);
                                          RESPOND TO D. YOUNG EMAIL RE:
                                          OUTSTANDING CLAIMS (.2); EMAIL A.
                                          SOLOCHECK RE: SYLVANIA CLAIM (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 05/19/06 | 4.00 | E-MAIL TO M. MARTINEZ RE: ISSUES CONCERNING DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.1); FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (2.0); E-MAIL TO L. PRENDERGAST RE: ISSUES CONCERNING DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.3); DRAFT LETTER TO NEXT PROTEINS RE: CLAIM FILED BY SAME (.2) DRAFT LETTER TO PACIFIC WORLD RE: CLAIM FILED BY SAME (.3); DRAFT LETTER TO THE PARTS STORE RE: CLAIM FILED BY SAME (.3); DRAFT LETTER TO PHARMATON NATURAL HEALTH RE: CLAIM FILED BY SAME (.3); DRAFT LETTER TO PHARMAVITE RE: CLAIM FILED BY SAME (.3); DRAFT LETTER TO SAMY CO. RE: CLAIM FILED BY SAME (.2). |
| LAMAINA KA | 05/21/06 | 4.30 | REVIEW LOGAN REPORT ON CLAIMS FILED BY MORE THAN 113 CLAIMANTS (HUNDREDS OF CLAIMS) (4.3). |
| LEAMY JM | 05/21/06 | 0.10 | EMAIL R. HUTLEY RE: CLAIM OBJECTION (.1). |
| TURETSKY DM | 05/21/06 | 0.70 | CONTINUE DRAFTING LETTER TO SAMY CO. RE: CLAIM FILED BY SAME (.3); DRAFT LETTER TO SUPERMARKET EQUIPMENT RESALE INC. RE: CLAIM FILED BY SAME (.2); E-MAIL TO WUERTZ AND A. LIU RE: ISSUES CONCERNING DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.2). |
| GRAY RW | 05/22/06 | 3.20 | TELECONFERENCE WITH J. POST RE: LOUISIANA CLAIM OBJECTION AND RE: PERSONAL INJURY CLAIM OBJECTIONS (.5); REVIEW MEMORANDUM FROM J. EDMONSEN RE: VENDOR CLAIM OBLIGOR REPORT AND REVIEW REPORT (.3); DRAFT REPLY WITH COPY OF SUMMARY SHOWING SCHEDULED DEBTOR COMPARISON (.1); REVIEW 12TH OMNIBUS OBJECTION DRAFT EXHIBITS (1.7); REVIEW AND RESPOND TO MEMORANDUM FROM K. SAMBUR RE: SELF-INSURED CLAIM ISSUES IN SUB CON ANALYSIS (.2); REVIEW MEMORANDUM FROM A. RESHTICK RE: IRS CLAIM ISSUES AND DRAFT MEMORANDUM RE: SECURED CLAIM ISSUE (.2); EMAIL EXCHANGE WITH K. LOGAN RE: BAR DATE NOTICING FOR CERTAIN POTENTIAL CLAIMANTS (.1); REVIEW LOGAN WEEKLY REPORT RE: CLAIMS PROCESS UPDATE (.1). |
| LAMAINA KA | 05/22/06 | 3.10 | CONTINUE REVIEW OF CLAIMS/CLASSIFICATION FROM LOGAN (3.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/22/06 | 5.80 | TELECONFERENCE WITH K. BURNETT RE: MCCELLAN TRUCK CLAIM (.2); TELECONFERENCE WITH E. POLLACK RE: CLAIM RECONCILIATIONS (.2); TELECONFERENCE WITH E. POLLACK RE: 12TH OMNI (.2); EMAIL E. POLLACK RE: LEASE TERMINATION ORDERS (.2); REVIEW AND COMMENT ON 12TH OMNIBUS PROPOSED EXHIBITS (4.0); EMAIL A. LIU RE: 12TH OMNI PROPOSED EXHIBITS (.1); EMAIL A. LIU RE: SAFE HARBOR SEAFOOD (.1); REVIEW E. GORDON EMAILS RE: ANDERSON NEWS (.1); ANALYSIS RE: RESOLUTION OF REMAINING RECLAMATION CLAIMS (.5); RESPOND TO R. HUTLEY EMAIL RE: CLAIM OBJECTION (.2). |
| TURETSKY DM | 05/22/06 | 2.50 | CONTINUE RESEARCH AND ANALYSIS RE: ISSUES CONCERNING DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.9); E-MAIL TO K. LOGAN AND M. MARTINEZ RE: ISSUES CONCERNING DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.1); CONTINUE DRAFTING LETTER TO SUPERMARKET EQUIPMENT RESALE INC. RE: CLAIM FILED BY SAME (.3); REVISE LETTER TO PHARMATON RE: CLAIM FILED BY SAME (.3); DRAFT LETTER TO TOPPS COMPANY INC. RE: CLAIM FILED BY SAME (.4); DRAFT LETTER TO WHITE RAIN RE: CLAIM FILED BY SAME (.5). |
| WITTMAN, JR. RE | 05/22/06 | 3.50 | SEARCH LOGAN WEB SITES FOR CLAIMS, REC SHEETS AND CLAIM INFORMATION (3.5). |
| GRAY RW | 05/23/06 | 2.70 | CONTINUE REVIEW OF DRAFT EXHIBITS FOR 12TH OMNIBUS (.8); CONFERENCE CALL WITH L. APPEL AND J. CASTLE RE: CLAIMS PROCESS (.5); TELECONFERENCE WITH J. LEAMY RE: COMMENTS ON EXHIBITS FOR 12TH OMNIBUS OBJECTION (.4); TELECONFERENCE WITH E. POLLACK RE: CLAIM OBJECTION STATUS (.2); REVIEW CONTINGENT CLAIMS ANALYSIS (.1); RESPOND TO MEMORANDUM FROM M. DUSSINGER RE: CONTINGENT CLAIMS (.1); FOLLOW UP EMAIL EXCHANGE WITH M. DUSSINGER RE: RELATED ISSUES (.1); REVIEW AND RESPOND TO MEMORANDUM FROM J. POST RE: LATE FILED CLAIM STRATEGY (.2); REVIEW STRATEGY FOR NON-LITIGATION LATE CLAIMS (.2); REVIEW FAX OF KENNEDY CLAIM DISMISSAL AND DRAFT MEMORANDUM TO L. PRENDERGAST RE: HANDLING (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 05/23/06 | 0.80 | ANALYZE ISSUE RE: OBJECTION TO VERTIS CLAIM (.1); REVIEW 12TH OMNIBUS OBJECTION CLAIMS EXHIBITS (.4); REVIEW EMAIL FROM J. LEAMY RE: OBJECTION TO METTLER-TOLEDO CLAIM (.1); REVIEW EMAIL FROM A. LIU RE: RECONCILIATION OF METTLER-TOLEDO CLAIM (.1); DRAFT EMAIL TO J. LEAMY AND A. LIU RE: STATUS OF METTLER-TOLEDO CLAIM (.1). |
| LAMAINA KA | 05/23/06 | 9.40 | CONTINUE REVIEW OF OBLIGEE CLAIMS ON BONDS (9.4). |
| LEAMY JM | 05/23/06 | 7.30 | EMAIL H. BERKOWITZ RE: SCHUSTER MARKETING CLAIM (.1); REVIEW DOMINOS FOODS AND FLORIDA CRYSTALS CLAIMS (.4); TELECONFERENCE BRIDGET RE: SERVICE FORCE CLAIM (.1); TELECONFERENCE WITH R. GRAY RE: 12TH CLAIM OBJECTION (.4); REVIEW OF 12TH OMNIBUS EXHIBITS/CLAIMS (3.7); TELECONFERENCE WITH J. POST RE: LITIGATION CLAIM OBJECTION (.3); TELECONFERENCE WITH E. POLLACK RE: 12TH OMNI (.5); TELECONFERENCE WITH A. BLAKE RE: PESCANOVA CLAIM OBJECTION (.3); FURTHER TELECONFERENCE WITH E. POLLACK RE: 12TH OMNI (.7); SEVERAL EMAILS A. LIU RE: CLAIM RECONCILIATIONS (.3); RESEARCH RE: SERVICE OF PESCANOVA CLAIM OBJECTION AND EMAIL A. BLAKE RE: SAME (.5). |
| SAMBUR K | 05/23/06 | 0.20 | OBTAIN PROOF OF CLAIM OF DOMINO FOODS (.2). |
| WITTMAN, JR. RE | 05/23/06 | 3.80 | SEARCH LOGAN WEB SITES FOR CLAIMS, REC SHEETS AND CLAIM INFORMATION (3.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                05/24/06        0.90    REVIEW MEMORANDA FROM A. LIU AND J.
                                               LEAMY RE: CLAIMS NOT READY FOR
                                               OBJECTION AND FOLLOW UP EMAIL
                                               EXCHANGE WITH J. LEAMY RE: SAME (.1);
                                               REVIEW MEMORANDUM FROM J. LEAMY AND
                                               LANDLORD PROOF OF CLAIM AND
                                               TELECONFERENCE WITH J. LEAMY RE:
                                               ISSUES (.1); DRAFT MEMORANDUM TO L.
                                               RODRIGUEZ RE: MSP/SRP CLAIM AMOUNTS
                                               (.1); TELECONFERENCE WITH L.
                                               RODRIGUEZ RE: MSP/IRS CLAIM AMOUNTS
                                               (.1); REVIEW AND RESPOND TO
                                               MEMORANDUM FROM L. RODRIGUEZ RE: SRP
                                               DECEASED PARTICIPANT (.1); REVIEW
                                               MEMORANDUM FROM J. BAKER RE: RETIREE
                                               CLAIM INFORMATION AND DRAFT
                                               MEMORANDUM TO K. LOGAN TO OBTAIN SAME
                                               (.1); REVIEW CONVERGINT CLAIMS
                                               TRANSFER OBJECTION AND DRAFT
                                               MEMORANDA TO K. LOGAN AND J. POST RE:
                                               SAME (.1); REVIEW LATE CLAIM REPORT
                                               FROM K. LOGAN (.2).

LAMAINA KA             05/24/06        2.70    REVIEW LOGAN INFORMATION ON LETTER OF
                                               CREDIT CLAIMS FILED (2.7).

LEAMY JM               05/24/06        4.10    TELECONFERENCE WITH B. GASTON AND E.
                                               POLLACK RE: LEASE MITIGATION CLAIM
                                               STRATEGY (.2); TELECONFERENCE WITH D.
                                               YOUNG RE: MCA CLAIM OBJECTION (.4);
                                               TELECONFERENCE WITH R. GRAY RE: LEASE
                                               MITIGATION (.1); EMAIL WINN DIXIE
                                               TEAM RE: 12TH CLAIM OBJECTION (.2);
                                               REVIEW ZURICH CLAIMS AND EMAIL B.
                                               GASTON RE: SAME (.4); TELECONFERENCE
                                               WITH E. GUNN RE: CSX ADMINISTRATIVE
                                               CLAIM (.2); TELECONFERENCE WITH M.
                                               WILSON RE: B. YORK CLAIM OBJECTION
                                               (.4); TELECONFERENCE WITH J. RESAK
                                               RE: LASSITER CLAIM OBJECTION (.2);
                                               TELECONFERENCE WITH J. POST RE: LATE
                                               CLAIMS (.1); REVIEW DIGITAL 1
                                               RESPONSE TO 10TH CLAIM OBJECTION
                                               (.1); TELECONFERENCE WITH D. FIRELLI
                                               RE: DIGITAL 1 RESPONSE (.3);
                                               TELECONFERENCE WITH E. POLLACK RE:
                                               DIGITAL 1 RESPONSE (.2); EMAILS B.
                                               HOLTON RE: MATEL CLAIM (.2); EMAILS
                                               WINN-DIXIE TEAM RE: 12TH OMNIBUS
                                               CLAIMS (.3); EMAIL J. TARKENTON RE:
                                               GREENVILLE GROCERY CLAIM OBJECTION
                                               (.1); REVIEW LATE CLAIMS REPORT FROM
                                               K. LOGAN (.4); EMAIL H. BERKOWITZ RE:
                                               ASM CAPITAL CLAIMS (.2); EMAIL V.
                                               KRISH RE: ZAK DESIGNS (.1).

RAVIN AS               05/24/06        0.10    REVIEW CORRESPONDENCE FROM B. GASTON
                                               RE: ZURICH/DEUTSCHE BANK CLAIMS (.1).

TURETSKY DM            05/24/06        0.20    E-MAIL TO E. GORDON AND J. EDMONSON
                                               RE: DEMAND LETTER ISSUES (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WITTMAN, JR. RE | 05/24/06 | 3.80 | SEARCH LOGAN WEB SITES FOR CLAIMS, REC SHEETS AND CLAIM INFORMATION (3.8). |
| GRAY RW | 05/25/06 | 0.30 | CONFERENCE CALL WITH K. LOGAN, B. CROCKER AND J. LEAMY RE: LATE CLAIMS REPORT (.2); REVIEW LOGAN REPORT RE: MSP/SRP CLAIM AMOUNTS (.1). |
| LEAMY JM | 05/25/06 | 5.90 | TELECONFERENCE K. LOGAN, B. CROCKER, R. GRAY RE: LATE CLAIMS (.2); EMAIL B. HOLTON RE: ZAK DESIGNS (.1); TELECONFERENCE WITH E. POLLACK RE: 12TH OMNI (.1); DRAFT FORM OF NOTICE RE: CLAIM OBJECTION (.6); EMAIL J. POST RE: FORM OF NOTICE (.2); EMAIL E. POLLACK RE: SCHUSTERS CLAIM (.2); EMAIL D. YOUNG RE: BRIDGESTONE CLAIM DOCUMENTATION (.1); ANALYSIS RE: SIRIUS CLAIM ALLOWANCE (.4); ANALYSIS RE: CURE PAYMENT OBLIGATIONS (.5); DRAFT 12TH CLAIM OBJECTION AND FORM OF NOTICES (1.0); REVIEW CLAIMS SUBJECT TO 12TH CLAIM OBJECTION (2.5). |
| TURETSKY DM | 05/25/06 | 0.50 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING DEMAND LETTERS TO CLAIMANTS OWING MONEY TO WINN-DIXIE (.4); E-MAIL TO E. GORDON RE: DEMAND LETTERS (.1). |
| WITTMAN, JR. RE | 05/25/06 | 6.40 | REVIEW CLAIMS BINDERS FOR ACCURACY (2.0); ADD REC SHEETS, CLAIMS AND CLAIM INFORMATION TO BINDERS (4.4). |
| GRAY RW | 05/26/06 | 1.40 | REVIEW AND RESPOND TO MEMORANDUM FROM L. APPEL RE: L. CALVERT PROOFS OF CLAIM AND REVIEW FOLLOW UP MEMORANDUM FROM SAME (.1); REVIEW L. CALVERT PROOFS OF CLAIM AND DRAFT MEMORANDUM TO L. APPEL RE: AMENDED CLAIM ISSUES (.2); REVIEW FOLLOW UP MEMORANDUM FROM L. APPEL AND DRAFT RESPONSE RE: AMENDMENT OF SRP PROOF OF CLAIM (.1); REVIEW DRAFT MEMORANDUM TO COMMITTEE RE: SEDGWICK CLAIMS PER REQUEST OF J. POST (.2); TELECONFERENCE WITH J. POST RE: SEDGWICK CLAIM ISSUES (.1); REVIEW AND COMMENT ON 12TH OMNIBUS OBJECTION, ORDER, NOTICES AND REVISED EXHIBITS (.6); EXCHANGE EMAILS WITH E. POLLACK RE: PROGRESS ON COMPLETION OF RECONCILIATIONS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/26/06 | 6.20 | SEVERAL EMAILS WITH B. GASTON RE: LEASE TERMINATIONS (.4); TELECONFERENCE WITH B. BENSINGER RE: MCA CLAIM OBJECTION (.1); REVIEW LETTER FROM M. LEWIS RE: HENRICO COUNTY CLAIM OBJECTION (.1); TELECONFERENCES WITH E. POLLACK RE: 12TH OMNI (.2); TELECONFERENCE WITH A. BLAKE RE: PESCANOVA CLAIM (.2); TELECONFERENCE WITH B. BOWERSETT RE: STEAK UMM CLAIM OBJECTION (.1); DRAFT 12TH CLAIM OBJECTION (2.0); REVIEW AND REVISE 12TH OBJECTION EXHIBITS (1.0); EMAILS TO WINN-DIXIE TEAM AND COMMITTEE RE: 12TH CLAIM OBJECTION EXHIBITS (.3); EMAILS M. MARTINEZ RE: 12TH OMNIBUS NOTICES (.2); REVISE SYLVANIA MOTION TO ALLOW CLAIM (.5); EMAIL B. GASTON RE: LEASE TERMINATIONS (.1); EMAIL K. LOGAN RE: REJECTION BAR DATES (.1); REVIEW NATUROPATHICS RESPONSE TO CLAIM OBJECTION AND EMAIL J. CASTLE RE: SAME (.4); ANALYSIS RE: BENNETT YORK CLAIM OBJECTION AND EMAIL B. GASTON RE: SAME (.5). |
| LEAMY JM | 05/29/06 | 0.60 | EMAILS D. YOUNG RE: 12TH OMNI OBJECTION (.2); EMAILS E. POLLACK RE: 12TH OMNI OBJECTION (.2); EMAILS E. CROCKER RE: REJECTION BAR DATES (.1); EMAIL E. LANE RE: VERTIS CLAIM (.1). |
| GRAY RW | 05/30/06 | 0.30 | EXCHANGE EMAILS WITH E. POLLACK RE: RECONCILIATION PROGRESS OVER WEEKEND (.1); REVIEW MEMORANDUM FROM D. TURETSKY RE: CONTINGENT CASH CLAIMS AND DRAFT MEMORANDUM TO J. LEAMY RE: SAME (.1); REVIEW EMAIL AND MATERIALS FROM E. LANE RE: KONICA CLAIM (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

LEAMY JM          05/30/06          5.30   EMAIL E. POLLACK RE: 12TH CLAIM
                                           OBJECTION (.1); REVIEW A. LOPPICOLO
                                           MOTION TO FILE LATE CLAIM (.1);
                                           TELECONFERENCE E. POLLACK RE: 12TH
                                           OMNI (.1); FINALIZE 12TH OMNI FOR
                                           FILING (1.8); TELECONFERENCE B.
                                           GASTON RE: 12TH OMNI (.3);
                                           TELECONFERENCE E. POLLACK RE: 12TH
                                           OMNI (.2); TELECONFERENCE J. POST RE:
                                           12TH OMNI (.1); TELECONFERENCE T.
                                           BROOKS RE: CLAIM OBJECTION (.1);
                                           TELECONFERENCE M. HAUT RE: KPT
                                           COMMUNITIES CLAIM OBJECTION (.2);
                                           EMAIL M. HAUT RE: KPT COMMUNITIES
                                           (.1); REVIEW SAMPLE 12TH OMNI NOTICES
                                           (.6); EMAIL E. CROCKER RE: LATE
                                           CLAIMS (.1); RESEARCH RE: SPECIAL BAR
                                           DATE NOTICES (.4); EMAILS J.
                                           SARACHECK RE: NATUROPATHICS CLAIM
                                           OBJECTON (.2); EMAIL B. BENSINGER RE:
                                           MCA CLAIM OBJECTION (.1); REVIEW A.
                                           BLAKE EMAIL RE: PESCANOVA CLAIM
                                           OBJECTION (.1); EMAIL E. POLLACK RE:
                                           STATE OF LA. AMENDED CLAIMS (.1);
                                           EMAILS B. BOWIN RE: REAL ESTATE
                                           CLAIMS (.2); EMAIL E. O'CARROLL RE:
                                           REAL ESTATE CLAIMS (.2);
                                           TELECONFERENCE K. WARD RE: 12TH OMNI
                                           FILING (.1); EMAIL B. HOLTON RE:
                                           BAKER DISTRIBUTING CLAIM (.1).

GRAY RW           05/31/06          0.60   REVIEW MATERIALS TO SUPPORT POSITION
                                           ON CONTINGENT CASH (.2); REVIEW LATE
                                           CLAIM MOTION AND DRAFT MEMORANDUM TO
                                           J. POST RE: HANDLING (.1); DRAFT
                                           MEMORANDUM TO S. FELD ET AL. RE:
                                           INSURANCE/SURETY BOND CLAIM ISSUES
                                           AND REVIEW REPLY (.1); REVIEW
                                           MEMORANDUM FROM A. LIU RE: KRAFT
                                           CLAIM ISSUES AND EXCHANGE EMAILS WITH
                                           J. LEAMY RE: SAME (.1);
                                           REVIEW/ANALYZE TEAM 26 CLAIMS
                                           ASSIGNED TO SKADDEN (.1).

LAMAINA KA        05/31/06          0.90   REVIEW LOGAN SCHEDULE ON CREDIT
                                           BENEFICIARY CLAIMS (.9).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/31/06 | 6.60 | REVIEW INDIANA TAX CLAIM WITHDRAWAL (.1); TELECONFERENCE E. POLLACK RE: TEAM 26 CLAIMS AND AMENDED CLAIMS (.5); TELECONFERENCE C. ELLER RE: RIVERDALE FARMS CLAIM OBJECTION (.2); TELECONFERENCE S. KAROL AND B. GASTON RE: REAL ESTATE CLAIMS (.3); REVIEW DISCLOSURE STATEMENT LANGUAGE RE: SPECIAL BAR DATE (.2); RESEARCH RE: ADMINISTRATIVE CLAIM FOR RETIREE BENEFITS (.8); REVIEW QUEST DIAGNOSTICS CLAIM WITHDRAWAL (.1); REVIEW TEAM 26 CLAIMS RE: POTENTIAL OBJECTIONS (1.0); REVISE 10TH OMNIBUS ORDER AND EXHIBITS FOR HEARING (.7); EMAIL SAME TO INTERESTED PARTIES (.2); TELECONFERENCE T. WHALEN RE: JM PALMER CLAIM OBJECTION (.1); EMAIL A. LIU RE: SARGENO CLAIM OBJECTION (.2); EMAIL C. ELLER RE: RIVERDALE FARMS CLAIM OBJECTION (.2); EMAIL D. TAUCH RE: LIFT TRUCK CLAIM OBJECTION (.1); ANALYSIS RE: KRAFT CLAIM STIPULATION (.4); EMAIL A. LIU RE: KRAFT CLAIM STIPULATION (.1); REVIEW 11TH OMNI RESPONSES FROM STATES OF GEORGIA AND SOUTH CAROLINA AND LEC PROPERTIES (.6); EMAILS J. SMITH RE: RICH SEAPAK CLAIM OBJECTION AND ANALYSIS RE: CLAIM (.4); EMAIL B. HOLTON RE: BARKER CLAIM OBJECTION (.1); EMAIL B. GASTON RE: LEASE TERMINATIONS (.2); EMAIL C. HARRISON RE: CCE CLAIM (.1). |
| MORTON LS | 05/31/06 | 1.60 | COMPILE PROOF OF CLIAMS, INFORMATION SHEETS ON PROOF OF CLAIMS AND RELATED DOCUMENTS FOR CLAIMS BINDER (.9); REVIEW BINDERS AND FORWARD TO ATTORNEY FOR REVIEW (.7). |

**MATTER TOTAL**                          <u>285.30</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
Claims Admin. (Reclamation/Trust Funds)                         Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| EICHEL S | 05/01/06 | 0.10 | DRAFT EMAIL TO T. WUERTZ RE: STATUS OF COMMUNICATIONS WITH SE PROVISIONS AND SCHICK (.1). |
| EICHEL S | 05/03/06 | 1.30 | REVIEW EMAIL FROM B. KICHLER RE: KIMBERLY-CLARK CREDIT ISSUE (.1); DRAFT EMAIL TO A. LIU AND T. WUERTZ RE: KIMBERLY-CLARK'S CREDIT PROVIDED TO DEBTORS IN CONNECTION WITH TRADE LIEN PROGRAM (.1); REVIEW EMAIL FROM T. WUERTZ RE: KIMBERLY-CLARK'S MEMORANDUM OF UNDERSTANDING IN CONNECTION WITH VENDOR OPTING INTO TRADE LIEN PROGRAM (.1); DRAFT EMAIL TO B. KICHLER, P. TIBERIO AND OTHERS RE: ANALYSIS OF KIMBERLY-CLARK'S PROPOSED LETTER AGREEMENT WITH RESPECT TO TRADE TERMS (.7); TELECONFERENCE WITH A. LIU RE: STATUS OF OUTSTANDING RECLAMATION CLAIMS (.1); REVIEW EMAIL FROM P. TIBERIO RE: KIMBERLY-CLARK TRADE CREDIT ISSUE (.1); TELECONFERENCE WITH A. LIU AND S. WISOTOFSKY (COUNSEL TO ROSS) RE: HIS CLIENT'S RECLAMATION CLAIM (.1). |
| HENRY S | 05/04/06 | 0.10 | REVIEW MEMO FROM J. CASTLE RE: RECLAMATION SETTLEMENT (.1). |
| EICHEL S | 05/04/06 | 0.70 | REVIEW EMAIL FROM S. HENRY RE: EXTENT TO WHICH RECLAMATION INFORMATION IS PUBLIC (.1); REVIEW SPREADSHEET RE: OUTSTANDING RECLAMATION CLAIMS (.1); TELECONFERENCE WITH A. LIU, T. WUERTZ AND J. EDMONSON RE: OUTSTANDING RECLAMATION CLAIMS (.5). |
| EICHEL S | 05/08/06 | 0.20 | REVIEW EMAIL FROM A. LIU TO BE SENT TO RECLAMATION VENDORS WHOSE CLAIMS HAVE BEEN RECONCILED AT ZERO (.1); TELECONFERENCE WITH A. LIU RE: FORM OF EMAIL TO BE SENT TO RECLAMATION VENDORS (.1). |
| EICHEL S | 05/09/06 | 0.30 | REVIEW EMAILS FROM A. LIU TO BE SENT TO RECLAMATION VENDORS RE: RESOLUTION OF OUTSTANDING RECLAMATION CLAIMS (.2); TELECONFERENCE WITH A. LIU RE: FORM OF EMAIL TO SEND TO RECLAMATION VENDORS RECONCILING OUTSTANDING RECLAMATION CLAIMS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| EICHEL S | 05/10/06 | 0.50 | COORDINATE THE UPDATING OF THOSE RECLAMATION CLAIMS SOLD TO THIRD PARTIES (.1); DRAFT EMAIL TO A. LIU RE: UPDATING LIST OF TRANSFERRED RECLAMATION CLAIMS (.1); REVIEW EMAILS FROM A. LIU TO RECLAMATION VENDORS (EXXON, WORLDWIDE MERCHANDISE RESOURCES, PURCELL INT'L AND OTHERS) RE: RECONCILIATION OF VENDOR'S RECLAMATION CLAIMS (.1); RECONCILIATION OF RECLAMATION CLAIM OF CUMBERLAND SWAN HOLDINGS (.1); REVIEW EMAIL FROM A. LIU RE: RECONCILIATION OF RECLAMATION CLAIM OF DELIZZA, INC. (.1). |
|---|---|---|---|
| EICHEL S | 05/17/06 | 0.10 | TELECONFERENCE WITH M. STEERE (COUNSEL FOR NCR) RE: OPTING INTO RECLAMATION TRADE LIEN PROGRAM (.1). |
| EICHEL S | 05/18/06 | 0.10 | REVIEW EMAIL FROM M. STEERE RE: NCR OPTING INTO TRADE LIEN PROGRAM (.1). |
| EICHEL S | 05/22/06 | 0.50 | REVIEW EMAIL FROM A. LIU RE: RECLAMATION VENDORS SUBJECT TO OBJECTION (.1); DRAFT EMAIL TO A. LIU RE: LIST OF RECLAMATION VENDORS SUBJECT TO OBJECTION (.1); TELECONFERENCE WITH A. LIU RE: OBJECTION TO VENDORS' RECLAMATION CLAIMS (.1); DRAFT EMAIL TO A. LIU AND T. WUERTZ RE: MOTION TO RESOLVE OUTSTANDING RECLAMATION CLAIMS (.2). |
| EICHEL S | 05/23/06 | 0.10 | REVIEW E-MAIL FROM A. LIU RE: UNRESOLVED RECLAMATION CLAIMS (.1). |
| EICHEL S | 05/24/06 | 0.90 | REVIEW EMAIL FROM RUSSELL STOVER'S COUNSEL RE: EXTENSION OF CURE PERIOD (.1); DRAFT EMAILS TO B. KICHLER AND J. JAMES RE: RUSSELL STOVER'S DISPUTE (.2); TEL. CONFS. WITH J. JAMES RE: RUSSELL STOVER LETTER (.2); REVIEW EMAIL FROM J. JAMES RE: SCHEDULING CONFERENCE CALL WITH RUSSELL STOVER (.1); TELECONFERENCE WITH A. LIU RE: RUSSELL STOVER ISSUE (.1); REVIEW EMAIL FROM A. LIU RE: RUSSELL STOVER DISPUTE (.1); DRAFT EMAIL TO A. LIU RE: PREPARATION FOR RUSSELL STOVER CONFERENCE CALL RE: RESOLUTION OF VENDOR DISPUTE (.1). |
| EICHEL S | 05/30/06 | 0.30 | DRAFT EMAIL TO A. LIU AND T. WUERTZ RE: STATUS OF OUTSTANDING RECLAMATION CLAIMS AND MOTION TO RESOLVE OUTSTANDING CLAIMS (.1); REVIEW EMAIL FROM T. WUERTZ RE: OUTSTANDING RECLAMATION CLAIMS (.1); DRAFT REPLY EMAIL TO T. WUERTZ RE: OUTSTANDING RECLAMATION CLAIMS (.1). |

**MATTER TOTAL**                                   **5.20**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 06/02/06
Creditor Meetings/Statutory Committees                            Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 05/04/06 | 0.90 | CONFERENCE CALL WITH R. GRAY AND M. BARR RE: PLAN ISSUES (.9). |
| GRAY RW | 05/04/06 | 0.90 | CONFERENCE CALL WITH J. BAKER AND M. BARR RE: VARIOUS CASE ISSUES (.9). |
| GRAY RW | 05/05/06 | 0.10 | REVIEW MEMORANDA FROM L. APPEL AND J. BAKER RE: COMMITTEE ISSUES (.1). |
| BAKER DJ | 05/08/06 | 1.90 | TELECONFERENCE WITH S. BUSEY WITH RESPECT TO COMMITTEE EXPENSE ISSUES (.4); TRANSMIT EMAIL TO F. HUFFARD AND H. ETLIN RE: COMMITTEE EXPENSE ISSUES (.2); TELECONFERENCE WITH L. APPEL, J. CASTLE, AND S. BUSEY RE: COMMITTEE EXPENSE ISSUES (1.0); FURTHER TELECONFERENCE WITH F. HUFFARD RE: COMMITTEE EXPENSE ISSUES (.3). |
| GRAY RW | 05/08/06 | 0.30 | BEGIN PREPARING CONFIDENTIALITY AGREEMENT FOR AD HOC RETIREE COMMITTEE (.3). |
| BAKER DJ | 05/10/06 | 0.20 | REVIEW EMAIL FROM S. HENRY RE: AD HOC VENDOR COMMITTEE ISSUES (.1); RESPOND TO EMAIL FROM S. HENRY RE: AD HOC VENDOR COMMITTEE (.1). |
| GRAY RW | 05/10/06 | 0.90 | PREPARE DRAFT FORM OF CONFIDENTIALITY AGREEMENT FOR AD HOC RETIREE COMMITTEE (.8); DRAFT MEMORANDUM TO S. BUSEY RE: SAME (.1). |
| GRAY RW | 05/15/06 | 0.10 | DRAFT MEMORANDUM TO C. JACKSON RE: PRODUCTION OF DOCUMENTS TO RETIREES (.1). |
| BAKER DJ | 05/16/06 | 0.30 | REVIEW EMAIL FROM M. BARR RE: COMMITTEE (.1); RESPOND TO EMAIL FROM MR. BARR RE: COMMITTEE (.2). |
| GRAY RW | 05/16/06 | 0.90 | TELECONFERENCE WITH C. JACKSON RE: PRODUCTION FOR AD HOC RETIREES (.1); REVIEW DOCUMENTS TO BE PRODUCED TO AD HOC RETIREE COMMITTEE PER REQUEST OF C. JACKSON (.8). |
| GRAY RW | 05/17/06 | 0.30 | TELECONFERENCE WITH C. JACKSON TO REVIEW DOCUMENTS FOR PRODUCTION TO AD HOC RETIREE COMMITTEE (.3). |
| GRAY RW | 05/19/06 | 0.30 | REVIEW MOTIONS FILED BY COMMITTEE FOR HOULIHAN AND A&M FEES AND DRAFT MEMORANDUM TO J. BAKER RE: MOTIONS (.2); DRAFT MEMORANDUM TO L. APPEL AND J. CASTLE RE: COMMITTEE PROFESSIONAL MOTIONS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/25/06 | 0.20 | REVIEW ADDITIONAL PRODUCTION FOR RETIREES (.1); DRAFT MEMORANDUM TO C. JACKSON RE: OK ON DOCUMENTS (.1). |
| BAKER DJ | 05/26/06 | 1.30 | REVIEW DRAFT PRESENTATION FOR CREDITOR COMMITTEE MEETING (1.3). |
| GRAY RW | 05/26/06 | 0.10 | REVIEW MEMORANDA FROM M. BARR, J. BAKER AND L. APPEL RE: COMMITTEE MEETING ISSUES (.1). |
| BAKER DJ | 05/28/06 | 3.50 | CONTINUE REVIEW OF PRESENTATION TO BE MADE TO COMMITTEE (1.8); TELECONFERENCE WITH L. APPEL, B. NUSSBAUM, F. HUFFARD, AND H. ETLIN TO REVIEW AND REVISE PROPOSAL (1.7). |
| BAKER DJ | 05/30/06 | 3.50 | REVIEW REVISED PRESENTATION TO BE GIVEN TO CREDITOR'S COMMITTEE (1.4); TELECONFERENCE WITH J. CASTLE, L. APPEL, B. NUSSBAUM, H. ETLIN, AND F. HUFFARD TO REVIEW PRESENTATION TO BE GIVEN TO CREDITORS'S COMMITTEE (1.6); TELECONFERENCE WITH J. SKELTON RE: MEETING WITH COMMITTEE (.3); EMAIL TO J. SKELTON RE: MEETING WITH COMMITTEE (.1); EMAIL TO R. GRAY AND S. HENRY RE: TELECONFERENCE TO DISCUSS PLAN CLASSIFICATION ISSUES (.1). |
| GRAY RW | 05/30/06 | 0.20 | REVIEW AND COMMENT ON TIMELINE FOR UCC PRESENTATION (.2). |
| BAKER DJ | 05/31/06 | 2.40 | CONTINUE REVIEW OF REVISED PRESENTATION TO BE MADE TO CREDITORS' COMMITTEE (1.8); TELECONFERENCE WITH L. APPEL RE: MEETING WITH CREDITORS' COMMITTEE (.3); TELECONFERENCE WITH S. BUSEY RE: MEETING WITH CREDITORS' COMMITTEE (.3). |

**MATTER TOTAL**                    <u>18.30</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 06/02/06
Disclosure Statement/ Voting Issues                                Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| RAVIN AS | 05/01/06 | 0.60 | REVIEW AND REVISE DISCLOSURE STATEMENT (.6). |
| SAMBUR K | 05/01/06 | 0.60 | CONTINUE TO DRAFT BALLOTS (.6). |
| RAVIN AS | 05/04/06 | 0.80 | REVIEW AND REVISE DISCLOSURE STATEMENT (.8). |
| GRAY RW | 05/05/06 | 0.80 | REVIEW/ANALYZE SOLICITATION ISSUES BASED ON VOTING DATA BASE (.8). |
| RAVIN AS | 05/05/06 | 3.90 | REVIEW AND REVISE DISCLOSURE STATEMENT INCLUDING REVIEW OF BOARD OF DIRECTORS PRESENTATIONS AND MULTIPLE ASSUMPTION MOTIONS FOR UPDATING BACKGROUND SECTION (3.9). |
| RAVIN AS | 05/08/06 | 0.90 | REVIEW AND REVISE DISCLOSURE STATEMENT INCLUDING REVIEW OF PRIOR SALE MOTIONS FOR SECTION RE: STATUS OF SALE ACTIVITIES (.9). |
| GRAY RW | 05/09/06 | 0.40 | DRAFT MEMORANDUM TO K. LOGAN, J. LEAMY AND E. POLLOCK RE: CLAIMS/VOTING ISSUES (.1); PRELIMINARY REVIEW OF CLAIM/VOTING REPORTS FROM LOGAN (.3). |
| RAVIN AS | 05/10/06 | 0.20 | REVIEW AND REVISE DISCLOSURE STATEMENT (.2). |
| GRAY RW | 05/11/06 | 0.60 | REVIEW LOGAN REPORTS IN CONNECTION WITH VOTING ISSUES (.6). |
| GRAY RW | 05/15/06 | 1.30 | TELECONFERENCE WITH K. LOGAN RE: CONVENIENCE CLAIM AND VOTING ISSUES (.4); CONFERENCE CALL WITH K. LOGAN, B. CROCKER, E. POLLACK AND J. LEAMY RE: VOTING ISSUES (.4); TELECONFERENCE WITH J. CASTLE RE: CLAIMS RECONCILIATION/VOTING ISSUES (.2); BEGIN DRAFT OF MEMORANDUM TO J. CASTLE ET AL. RE: PREPARATION FOR VOTING (.3). |
| GRAY RW | 05/17/06 | 0.30 | FINALIZE DRAFT OF MEMORANDUM TO J. CASTLE ET AL. RE: RECONCILIATION/VOTING PROCESS (.3). |
| RAVIN AS | 05/17/06 | 0.10 | CONFERENCE WITH D. TURETSKY RE: CHANGES TO DISCLOSURE STATEMENT, REVIEW MEMORANDUM FROM SAME RE: SAME RE: CHANGES TO SECTION RE: PROFESSIONAL RETENTIONS (.1). |
| TURETSKY DM | 05/17/06 | 0.60 | REVISE DISCLOSURE STATEMENT (.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/19/06 | 1.80 | DRAFT MEMORANDUM TO S. HENRY AND A. RAVIN RE: VOTING ISSUES RELATING TO REJECTION DAMAGE CLAIMANTS (.4); BEGIN REVIEW/REVISION OF SOLICITION PLEADINGS (.6); CONFERENCE CALL WITH J. CASTLE, B. GASTON, S. HENRY AND A. RAVIN RE: LEASE REJECTION CLAIMANTS AND VOTING ISSUES (.8). |
| RAVIN AS | 05/19/06 | 0.30 | REVIEW AND REVISE DISCLOSURE STATEMENT (.3). |
| GRAY RW | 05/22/06 | 0.50 | REVIEW AND RESPOND TO MEMORANDUM FROM J. BAKER RE: DISCLOSURE STATEMENT HEARING SCHEDULE (.1); REVIEW/ANALYZE VOTING ISSUES PER REPORT FROM LOGAN (.4). |
| RAVIN AS | 05/23/06 | 4.00 | REVIEW AND REVISE DISCLOSURE STATEMENT RE: RECENT 10-Q (3.8); DRAFT CORRESPONDENCE TO C. JACKSON RE: SPECIFIC SECTIONS OF DISCLOSURE STATEMENT (.2). |
| RAVIN AS | 05/24/06 | 0.90 | REVIEW AND REVISE DISCLOSURE STATEMENT (.7); TELECONFERENCE WITH C. JACKSON RE: INFORMATION FOR STORE CLOSURE SECTION OF DISCLOSURE STATEMENT (.2). |
| RAVIN AS | 05/25/06 | 0.70 | REVIEW AND REVISE DISCLOSURE STATEMENT (.7). |
| RAVIN AS | 05/30/06 | 3.10 | REVIEW AND REVISE DISCLOSURE STATEMENT (2.9); DRAFT CORRESPONDENCE TO D. BITTER AND B. GASTON RE: INFORMATION NEEDED FOR DISCLOSURE STATEMENT, REVIEW CORRESPONDENCE FROM D. BITTER RE: SAME (.1); REVIEW MEMO FROM AND DRAFT MEMO TO J. LEAMY RE: SPECIAL BAR DATE NOTICES IN CONNECTION WITH INFORMATION FOR DISCLOSURE STATEMENT (.1). |
| GRAY RW | 05/31/06 | 1.10 | TELECONFERENCES  WITH C. JACKSON RE: DISCLOSURE STATEMENT HEARING SCHEDULE (.1); TELECONFERENCES  WITH C. JACKSON RE: NOTICE OF HEARING (.1); PREPARE NOTICE OF DISCLOSURE STATEMENT HEARING (.7); DRAFT MEMORANDUM TO C. JACKSON RE: NOTICE (.1); TELECONFERENCES AND EMAILS WITH A. RAVIN RE: FOLLOW UP ON COMPONENTS OF DISCLOSURE STATEMENT (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/31/06 | 2.60 | REVIEW AND REVISE DISCLOSURE STATEMENT IN CONNECTION WITH SPECIAL BAR DATE NOTICES, REVIEW SPECIAL BAR DATE NOTICES (.4); REVIEW AND REVISE DISCLOSURE STATEMENT RE: INSURANCE INFORMATION RECEIVED FROM D. BITTER (.4); TELECONFERENCE WITH C. NASS RE: INSURANCE INFORMATION FOR DISCLOSURE STATEMENT (.1); DRAFT CORRESPONDENCE TO C. NASS RE: INSURANCE INFORMATION FOR DISCLOSURE STATEMENT (.1); REVIEW AND REVISE DISCLOSURE STATEMENT (1.4); DRAFT CORRESPONDENCE TO F. HUFFARD AND H. ETLIN RE: STATUS OF VALUATION, PROJECTIONS, AND LIQUIDATION ANALYSIS REVIEW CORRESPONDENCE FROM H. ETLIN AND S. BUSEY RE: SAME (.1); TELECONFERENCE WITH J. O'CONNELL RE: STATUS OF VALUATION AND PROJECTIONS (.1). |
| TURETSKY DM | 05/31/06 | 1.80 | FURTHER REVIEW AND COMMENT RE: DISCLOSURE STATEMENT PARAGRAPHS CONCERNING PROFESSIONAL RETENTIONS AND COMMITTEE MATTERS (.9); RESEARCH RE: ISSUES IN CONNECTION WITH DISCLOSURE STATEMENT PARAGRAPHS CONCERNING PROFESSIONAL RETENTIONS AND COMMITTEE MATTERS (.9). |

**MATTER TOTAL**              <u>27.90</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 06/02/06
Employee Matters (General)                                        Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 05/01/06 | 1.80 | REVIEW ISSUES RELATED TO SENIOR MANAGEMENT CONTRACTS PRIOR TO CONFERENCE CALL TO DISCUSS CONTRACTS (1.2); CONFERENCE CALL N. BUBNOVICH AND A. BERNSTEIN RE: SENIOR MANAGEMENT CONTRACT ISSUES (.6). |
| GRAY RW | 05/01/06 | 0.60 | CONFERENCE CALL WITH A. BERNSTEIN, N. BUBNOVICH AND J. BAKER RE: P. LYNCH EMPLOYMENT AGREEMENT (.6). |
| TURETSKY DM | 05/01/06 | 5.30 | FURTHER RESEARCH RE: ISSUES CONCERNING REJECTION DAMAGES (1.8); UPDATE ANALYSIS RE: REJECTION DAMAGES (3.5). |
| BAKER DJ | 05/02/06 | 1.40 | CONTINUE REVIEW OF SENIOR MANAGEMENT CONTRACT ISSUES (1.4). |
| TURETSKY DM | 05/02/06 | 4.60 | DRAFT REJECTION MOTION RE: EMPLOYMENT-RELATED EXECUTORY CONTRACTS (3.5); FURTHER RESEARCH IN CONNECTION WITH ISSUE CONCERNING REJECTION MOTION RE: EMPLOYMENT EXECUTORY CONTRACTS (1.1). |
| BAKER DJ | 05/03/06 | 7.20 | CONTINUE PREPARATION FOR MEETING WITH BOARD OF DIRECTORS (2.2); ATTEND MEETING WITH BOARD OF DIRECTORS RE: EMPLOYMENT CONTRACTS (5.0). |
| TURETSKY DM | 05/03/06 | 1.90 | REVISE REJECTION MOTION RE: EMPLOYMENT-RELATED EXECUTORY CONTRACTS (.8); FURTHER RESEARCH RE: ISSUES CONCERNING REJECTION OF CERTAIN EMPLOYMENT-RELATED AGREEMENTS (.3); DRAFT MEMORANDUM TO R. GRAY RE: ISSUES CONCERNING REJECTION OF CERTAIN EMPLOYMENT-RELATED AGREEMENTS (.8). |
| BAKER DJ | 05/04/06 | 1.40 | ANALYZE ISSUES RELATED TO MSP/SRP PLANS (.8); CONTINUE REVIEW OF SENIOR MANAGEMENT CONTRACT ISSUES (.6). |
| GRAY RW | 05/04/06 | 0.80 | REVIEW MEMORANDA FROM A. PARSONS, L. RODRIGUEZ AND L. APPEL RE: SRP ACCOUNT, REVIEW LOGAN DATABASE RE: PARSONS CLAIMS, AND DRAFT MEMORANDUM TO L. APPEL RE: SAME (.3); FURTHER EMAIL EXCHANGE WITH L. APPEL AND L. RODRIGUEZ RE: RESPONSE TO PARSONS (.1); BEGIN DRAFT OF RESPONSE TO PARSONS (.4). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 05/04/06 | 0.80 | FURTHER REVISE ANALYSIS RE: ISSUES IN CONNECTION WITH REJECTION DAMAGES FOR CERTAIN EMPLOYEE CONTRACTS (.7); E-MAIL TO J. BAKER RE: ISSUES IN CONNECTION WITH REJECTION DAMAGES FOR CERTAIN EMPLOYEE CONTRACTS (.1). |
| GRAY RW | 05/05/06 | 0.80 | FINALIZE DRAFT OF MEMORANDUM TO A. PARSONS RE: SRP (.3); EXCHANGE EMAILS WITH L. APPEL AND L. RODRIGUEZ RE: PARSONS ISSUES (.2); REVIEW EMAILS FROM A. PARSONS, L. RODRIGUEZ AND L. APPEL RE: FURTHER ON PARSONS ISSUES (.1); TELECONFERENCE WITH J. CASTLE RE: BENEFIT ISSUES (.2). |
| TURETSKY DM | 05/05/06 | 0.80 | FURTHER RESEARCH RE: ISSUES CONCERNING MSP AND SRP (.8). |
| TURETSKY DM | 05/06/06 | 1.30 | FURTHER RESEARCH RE: ISSUES CONCERNING MSP AND SRP (1.3). |
| BAKER DJ | 05/08/06 | 0.20 | ANALYZE ISSUES RELATED TO SENIOR MANAGEMENT CONTRACTS (.2). |
| GRAY RW | 05/08/06 | 1.90 | CONFERENCE CALL WITH J. CASTLE, L. RODRIGUEZ, C. JACKSON ET AL. RE: DOCUMENTATION FOR RESPONSE TO AD HOC RETIREE 2004 (.8); CONFERENCE CALL WITH J. CASTLE, L. RODRIQUEZ ET AL. RE: POTENTIAL CLAIMS IN EMPLOYEE BENEFIT AREA (.7); COMMUNICATE WITH S. REISNER AT K&S RE: POTENTIAL EMPLOYEE CLAIMS (.1); TELECONFERENCE WITH D. TURETSKY RE: MSP OBLIGOR ISSUE (.1); TELECONFERENCE WITH L. RODRIGUEZ RE: INDIVIDUAL MSP DOCUMENTATION (.1); CONFERENCE WITH D. TURETSKY RE: MSP ISSUES (.1). |
| TURETSKY DM | 05/08/06 | 3.30 | CONTINUE RESEARCH RE: ISSUES CONCERNING MSP AND SRP (3.1); TELECONFERENCES WITH R. GRAY RE: ISSUES CONCERNING MSP AND SRP (.2). |
| BAKER DJ | 05/09/06 | 1.20 | PREPARE FOR CONFERENCE CALL RE: LYNCH CONTRACT (.7); CONFERENCE CALL NICK BUBNOVICH, ANDREW BERNSTEIN AND R. GRAY RE: LYNCH CONTRACT (.5). |
| GRAY RW | 05/09/06 | 0.60 | CONFERENCE CALL WITH N. BUBNOVICH, A. BERNSTEIN AND J. BAKER RE: EXECUTIVE COMPENSATION ISSUES (.5); DRAFT MEMORANDUM TO S. REISNER RE: BENEFIT ISSUES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 05/09/06 | 2.80 | E-MAIL TO R. GRAY RE: ISSUES CONCERNING VARIOUS EMPLOYMENT AGREEMENTS (.1); PREPARE FOR CONFERENCE CALL WITH L. APPEL, B. NUSSBAUM, AND J. JAMES RE: ISSUES CONCERNING VARIOUS EMPLOYMENT AGREEMENTS (.3); CONFERENCE CALL WITH J. JAMES, B. NUSSBAUM, AND L. APPEL RE: ISSUES CONCERNING VARIOUS EMPLOYMENT AGREEMENTS (.6); FURTHER REVIEW AND ANALYSIS RE: ISSUES CONCERNING VARIOUS EMPLOYMENT AGREEMENTS (.9); DRAFT MEMORANDUM RE: EMPLOYMENT AGREEMENT (.9). |
| BAKER DJ | 05/10/06 | 4.10 | FURTHER ANALYSIS OF LYNCH CONTRACT ISSUES (1.3); REVIEW MEMORANDUM RE: ERISA ISSUES (1.1); CONTINUE ANALYSIS RAISED MSP/SRP PLANS (1.7). |
| OLSHAN R | 05/10/06 | 1.70 | RESEARCH RE: TOP HAT UNFUNDED PENSION PLANS PRIORITY ISSUES (1.2); REVIEW SERP DOCUMENTS (.5). |
| GRAY RW | 05/10/06 | 0.80 | TELECONFERENCE WITH J. CASTLE RE: BENEFITS LAWYER ON EQUITY INCENTIVE PLAN AND OTHER BENEFIT ISSUES (.1); DRAFT MEMORANDUM TO J. BAKER RE: J. CASTLE REQUEST (.1); REVIEW MEMORANDUM FROM S. REISNER AT K&S RE: BENEFITS ISSUES (.4); TELECONFERENCE WITH J. BAKER RE: BENEFITS ISSUES (.1); TELECONFERENCE WITH S. REISNER RE: MEMORANDUM (.1). |
| TURETSKY DM | 05/10/06 | 0.30 | RESEARCH RE: ISSUES CONCERNING CHANGE IN CONTROL BENEFITS FOR CERTAIN EMPLOYEES (.3). |
| BAKER DJ | 05/11/06 | 4.50 | PREPARE MEMORANDUM TO L. APPEL AND J. CASTLE RE: EMPLOYEE BENEFIT ISSUES (.7); CONTINUE REVIEW OF EMPLOYEE BENEFIT ISSUES (2.8); PREPARE MEMORANDUM TO L. APPEL, F. HUFFARD AND S. BUSEY RE: EMPLOYEE BENEFIT ISSUES (.2); TELECONFERENCE WITH S. BUSEY WITH RESPECT TO EMPLOYEE BENEFIT MATTERS (.2); REVIEW EMAIL FROM L. APPEL RE: BENEFIT QUESTIONS (.1); RESPOND TO EMAIL FROM MR. APPEL RE: BENEFIT ISSUES (.2); TELECONFERENCE WITH L. APPEL RE: ADDITIONAL BENEFIT QUESTIONS (.3). |
| OLSHAN R | 05/11/06 | 4.30 | RESEARCH RE: TOP HAT UNFUNDED PENSION PLAN PRIORITY ISSUES (4.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          05/11/06      0.80   LOCATE AND FORWARD INFORMATION TO D.
                                      TURETSKY RE: CONTINGENT CASH (.2);
                                      REVIEW AND COMMENT ON MEMORANDUM TO
                                      L. APPEL ET AL. RE: BENEFITS ISSUES
                                      (.1); REVIEW TOLLING AGREEMENT (.2);
                                      DRAFT MEMORANDUM TO J. BAKER AND R.
                                      OLSHAN RE: BENEFIT ISSUES (.1); DRAFT
                                      MEMORANDUM TO S. BUSEY ET AL. RE:
                                      BENEFITS ISSUES (.1); REVIEW EMAIL
                                      EXCHANGE BETWEEN L. APPEL AND J.
                                      BAKER RE: BENEFITS ISSUES (.1).

TURETSKY DM      05/11/06      3.60   REVIEW MEMORANDUM FROM S. REISNER RE:
                                      MSP AND SRP (.3); REVIEW APRIL 20
                                      HEARING TRANSCRIPT RE: EHSTER
                                      APPLICATION FOR 2004 EXAMINATION
                                      (.5); CONTINUE RESEARCH RE: ISSUES
                                      CONCERNING CHANGE IN CONTROL BENEFITS
                                      FOR CERTAIN EMPLOYEES (2.8).

BAKER DJ         05/12/06      5.70   CONTINUE REVIEW OF MEMORANDUM RE:
                                      BENEFIT ISSUES (1.0); CONFERENCE CALL
                                      R. OLSHAN, R. GRAY AND M. LAWSON RE:
                                      BENEFIT ISSUES (.7); REVIEW
                                      PROVISIONS OF MSP DOCUMENTS (.9);
                                      OUTLINE ISSUES CREATED BY MSP
                                      DOCUMENTATION (.9); TELECONFERENCE
                                      WITH M. BARR RE: BENEFIT PLAN ISSUES
                                      (.6); EMAIL L. APPEL RE: BENEFIT PLAN
                                      ISSUES (.3); REVIEW MANAGEMENT
                                      INCENTIVE PLAN ISSUES (1.0);
                                      TELECONFERENCE WITH P. LYNCH RE:
                                      MANAGEMENT INCENTIVE PLAN ISSUES
                                      (.3).

OLSHAN R         05/12/06      0.70   TELECONFERENCE WITH WITH J. BAKER, R.
                                      GRAY AND M. LAWSON RE: TOP HAT (.7).

GRAY RW          05/12/06      1.80   TELECONFERENCE WITH S. REISNER RE:
                                      BENEFITS ISSUES (.3); CONFERENCE CALL
                                      WITH R. OLSHAN, J. BAKER AND D.
                                      TURETSKY RE: BENEFITS ISSUES (.7);
                                      CONFERENCE WITH D. TURETSKY RE:
                                      BENEFITS AND CHANGE OF CONTROL ISSUES
                                      (.2); REVIEW RESEARCH MEMORANDUM RE:
                                      TOLLING AGREEMENT (.1); DRAFT
                                      MEMORANDUM TO S. HENRY RE: MSP/SRP
                                      ISSUES (.1); REVIEW ERISA MATERIALS
                                      FROM R. OLSHAN (.4).

TURETSKY DM      05/12/06      5.90   FURTHER RESEARCH RE: ISSUES
                                      CONCERNING CHANGE IN CONTROL BENEFITS
                                      FOR CERTAIN EMPLOYEES (4.3);
                                      TELECONFERENCE WITH R. GRAY RE:
                                      MSP/SRP ISSUES (.2); ADDITIONAL
                                      RESEARCH RE: MSP/SRP ISSUES (.7);
                                      TELECONFERENCE WITH R. OLSHAN, J.
                                      BAKER AND R. GRAY RE: MSP/SRP ISSUES
                                      (.7).

TURETSKY DM      05/14/06      0.60   CONTINUE RESEARCH RE: ISSUES
                                      CONCERNING CHANGE IN CONTROL BENEFITS
                                      FOR CERTAIN EMPLOYEES (.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 05/15/06 | 1.50 | REVIEW LATEST TERM SHEET FOR LYNCH CONTRACT (.6); RESPOND TO EMAIL FROM R. GRAY RE: LYNCH CONTRACT (.1); CONFERENCE WITH R. OLSHAN, R. GRAY AND M. LAWSON RE: PENSION ISSUES (.7); CONFERENCE WITH R. GRAY AND F. HUFFARD RE: LYNCH AGREEMENT (.1). |
| OLSHAN R | 05/15/06 | 2.30 | RESEARCH RE: TOP HAT (2.3). |
| GRAY RW | 05/15/06 | 1.40 | TELECONFERENCE WITH J. BAKER AND F. HUFFARD RE: CEO EMPLOYMENT AGREEMENT ISSUES (.1); CONFERENCE CALL WITH M. LAWSON, R. OLSHAN, J. BAKER AND D. TURETSKY RE: BENEFIT ISSUES (.7); VOICEMAIL AND EMAIL TO S. REISNER RE: BENEFIT ISSUE DISCUSSION (.1); DRAFT EMAILS TO L. RODRIQUEZ AND J. DAWSON RE: EMPLOYEE FILES (.1); TELECONFERENCE WITH J. DAWSON RE: INFORMATION NEEDED (.1); REVIEW MEMORANDUM FROM N. BUBNOVICH AND CEO EMPLOYMENT  TERM SHEET DRAFT (.2); DRAFT MEMORANDUM TO R. BARUSCH AND R. OLSHAN RE: CEO EMPLOYMENT AGREEMENT ISSUES (.1). |
| TURETSKY DM | 05/15/06 | 8.90 | CONTINUE RESEARCH RE: ISSUES CONCERNING CHANGE IN CONTROL BENEFITS FOR CERTAIN EMPLOYEES (.7); FURTHER RESEARCH RE: ISSUES CONCERNING MSP/SRP ISSUES (2.2); CONFERENCE CALL WITH R. OLSHAN, J. BAKER , AND R. GRAY RE: ISSUES CONCERNING MSP/SRP (.7); FOLLOW UP RESEARCH RE: ISSUES RAISED IN CONFERENCE CALL CONCERNING MSP AND SRP (3.3); MEMORANDUM TO J. BAKER RE: RESEARCH RE: MSP AND SRP (2.0). |
| BAKER DJ | 05/16/06 | 3.90 | CONTINUE REVIEW OF MSP ISSUES (1.4); PREPARE FOR CONFERENCE CALL RE: LYNCH CONTRACT (.8); CONFERENCE CALL RE: LYNCH CONTRACT WITH NICK BUBNOVICH, ANDREW BERNSTEIN AND R. GRAY (.5); REVIEW MEMORANDUM FROM NICK BUBNOVICH RE: POSSIBLE TERMS FOR LYNCH CONTRACT (1.2). |
| OLSHAN R | 05/16/06 | 1.40 | ANALYZE TOP HAT PLAN ISSUES (1.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 05/16/06 | 2.10 | REVIEW MEMORANDA FROM J. CASTLE AND J. BAKER RE: MSP/SRP ISSUES AND DRAFT MEMORANDUM TO J. BAKER RE: SUPPLEMENTAL ISSUES (.1); TELECONFERENCE WITH L. RODRIGUEZ RE: SAMPLE FILES FOR MSP RETIREES (.1); FURTHER TELECONFERENCE WITH L. RODRIGUEZ RE: SRP SAMPLES (.1); REVIEW SAMPLE MSP FILES FROM L. RODRIGUEZ (.6); CONFERENCE CALL WITH A. BERNSTEIN, N. BUBNOVICH AND J. BAKER RE: CEO EMPLOYMENT AGREEMENT ISSUES (.5); CONFERENCE CALL WITH S. REISNER, R. OLSHAN, J. BAKER AND D. TURETSKY RE: BENEFITS ISSUES (.7). |
| TURETSKY DM | 05/16/06 | 7.10 | CONTINUE RESEARCH RE: ISSUES CONCERNING CHANGE IN CONTROL BENEFITS FOR CERTAIN EMPLOYEES (3.5); DRAFT MEMORANDUM RE: ISSUES CONCERNING CHANGE IN CONTROL BENEFITS FOR CERTAIN EMPLOYEES (2.1); RESEARCH RE: IMPACT OF SUBSTANTIVE CONSOLIDATION ON RETIREE CLAIMS (1.0); RESEARCH RE: IMPACT OF SUBSTANTIVE CONSOLIDATION ON RETIREE CLAIMS (.5). |
| BAKER DJ | 05/17/06 | 1.30 | REVIEW MEMORANDUM RE: EMPLOYEE CONTRACT ISSUES (.6); CONTINUE ANALYSIS OF LYNCH CONTRACT (.7). |
| GRAY RW | 05/17/06 | 1.40 | DRAFT MEMORANDUM TO J. BAKER RE: ISSUES ON TERM SHEET (.2); REVIEW/ANALYZE DRAFT MEMORANDUM TO CLIENT RE: CHANGE IN CONTROL (.6); TELECONFERENCE WITH D. TURETSKY RE: COMMENTS ON CHANGE IN CONTROL MEMORANDUM (.2); REVIEW AND COMMENT ON REVISED DRAFT RE: CHANGE IN CONTROL (.2); REVIEW AND COMMENT ON FURTHER REVISED DRAFT RE: CHANGE IN CONTROL (.1); DRAFT MEMORANDUM TO J. BAKER RE: ISSUES ON MEMORANDUM RE: CHANGE IN CONTROL (.1). |
| TURETSKY DM | 05/17/06 | 7.00 | CONTINUE RESEARCH RE: IMPACT OF SUBSTANTIVE CONSOLIDATION ON RETIREE CLAIMS (5.6); TELECONFERENCES WITH R. GRAY RE: CHANGE IN CONTROL BENEFITS (.2); REVISE MEMORANDUM RE: CHANGE IN CONTROL BENEFITS (1.1); E-MAIL TO J. BAKER RE: CHANGE IN CONTROL BENEFITS (.1). |
| BAKER DJ | 05/18/06 | 3.60 | REVIEW DRAFT CONTRACT FROM ANDREW BERNSTEIN (1.1); COMPARE DRAFT CONTRACT TO DRAFT RECEIVED FROM NICK BUBNOVICH (.8); TELECONFERENCE WITH ANDREW BERNSTEIN RE: CONTRACT ISSUES (.4); CONTINUE ANALYSIS OF MSP CLAIM ISSUES (1.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

OLSHAN R            05/18/06        1.30   REVIEW CEO TERM SHEET INCLUDING
                                           REVIEW OF 409A AND 162M ISSUES (1.3).

GRAY RW             05/18/06        0.20   TELECONFERENCE WITH D. TURETSKY RE:
                                           MSP/SRP ISSUES (.1); TELECONFERENCE
                                           WITH D. TURETSKY RE: REVISIONS TO
                                           MEMORANDUM (.1).

TURETSKY DM         05/18/06        3.10   FURTHER RESEARCH RE: IMPACT OF
                                           SUBSTANTIVE CONSOLIDATION ON RETIREE
                                           CLAIMS (2.7); TELECONFERENCE WITH R.
                                           GRAY RE: IMPACT OF SUBSTANTIVE
                                           CONSOLIDATION ON RETIREE CLAIMS (.1);
                                           TELECONFERENCE WITH R. GRAY RE:
                                           ISSUES CONCERNING CHANGE IN CONTROL
                                           BENEFITS (.1); FURTHER REVISE
                                           MEMORANDUM RE: CHANGE IN CONTROL
                                           BENEFITS (.2).

BAKER DJ            05/19/06        1.90   CONTINUE REVIEW OF DRAFT OUTLINE FOR
                                           CONTRACT TERMS RECEIVED FROM WATSON,
                                           WYATT (.8); FURTHER REVIEW OF DRAFT
                                           RECEIVED FOR ANDREW BERNSTEIN (.8);
                                           TELECONFERENCE WITH J. SKELTON RE:
                                           LYNCH CONTRACT ISSUES (.3).

GRAY RW             05/19/06        0.80   REVIEW TERM SHEETS FOR CEO EMPLOYMENT
                                           AGREEMENT (.1); REVIEW MEMORANDUM
                                           FROM L. APPEL RE: SEVERANCE ISSUES
                                           AND TELECONFERENCE WITH D. TURETSKY
                                           RE: ISSUES FOR RESPONSE TO L. APPEL
                                           (.1); REVIEW DRAFT RESPONSE TO L.
                                           APPEL RE: SEVERANCE ISSUES (.1);
                                           TELECONFERENCE WITH D. TURETSKY RE:
                                           COMMENTS ON RESPONSE (.1); REVIEW
                                           ALTERNATE TERM SHEETS (.1); REVIEW
                                           AND EDIT DRAFT RESPONSE TO L. APPEL
                                           RE: SEVERANCE ISSUES (.2);
                                           TELECONFERENCE WITH D. TURETSKY RE:
                                           SEVERANCE RESPONSE COMMENTS (.1).

TURETSKY DM         05/19/06        2.20   FURTHER ANALYSIS RE: ISSUES
                                           CONCERNING CHANGE IN CONTROL BENEFITS
                                           (.7); MEMORANDUM TO L. APPEL, B.
                                           NUSSBAUM, AND J. JAMES ADDRESSING
                                           FOLLOW UP QUESTIONS FROM L. APPEL RE:
                                           CHANGE IN CONTROL BENEFITS (1.2);
                                           TELECONFERENCES WITH R. GRAY RE:
                                           ISSUES CONCERNING CHANGE IN CONTROL
                                           BENEFITS (.3).

BAKER DJ            05/22/06        2.40   CONTINUE REVIEW OF LYNCH TERM SHEET
                                           (.8); TELECONFERENCE WITH P. LYNCH
                                           RE: CONTRACT ISSUES (.3);
                                           TELECONFERENCE WITH ANDREW BERSTEIN
                                           RE: LYNCH CONTRACT ISSUES (.3);
                                           TELECONFERENCE WITH F. HUFFARD RE:
                                           LYNCH CONTRACT ISSUES (.3);
                                           TELECONFERENCE WITH H. ETLIN RE: MSP
                                           ISSUES (.3); TELECONFERENCE WITH M.
                                           BARR RE: MSP ISSUES (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/22/06 | 0.10 | TELECONFERENCE WITH L. RODRIGUEZ RE: COLI ISSUES PER PRIOR DISCUSSION WITH J. CASTLE (.1). |
| TURETSKY DM | 05/22/06 | 3.50 | CONTINUE RESEARCH RE: IMPACT OF SUBSTANTIVE CONSOLIDATION ON RETIREE CLAIMS (3.2); E-MAIL TO L. RODRIGUEZ RE: ISSUES CONCERNING RETIREE CLAIMS (.2); E-MAIL TO R. OLSHAN RE: ISSUES CONCERNING RETIREE CLAIMS (.1). |
| BAKER DJ | 05/23/06 | 4.00 | TELECONFERENCE WITH ANDREW BERNSTEIN RE: PROPOSED CONTRACT (.4); REVIEW CHANGES TO CONTRACT DRAFT (.7); CONTINUE ANALYSIS OF EMPLOYEE CONTINGENT CASH ISSUES (1.1); CONTINUE REVIEW OF MSP CLAIM ISSUES (1.4); REVIEW SRP CLAIM ISSUES (.4). |
| TURETSKY DM | 05/23/06 | 5.60 | FURTHER RESEARCH RE: ISSUES ARISING IN CONNECTION WITH SRP CLAIMS AND POTENTIAL TREATMENT OF SUCH CLAIMS UNDER PLAN OF REORGANIZATION (5.6). |
| BAKER DJ | 05/25/06 | 1.90 | REVIEW LOGAN REPORT ON RETIREE CLAIMS (.1); ANALYZE ISSUES RELATED TO POSSIBLE PAYMENTS TO ESTATES OF DECEASED PLAN PARTICIPANTS (.6); CONTINUE ANALYSIS OF MSP/SRP ISSUES (1.2). |
| GRAY RW | 05/25/06 | 0.50 | REVIEW COLI INFORMATION FROM L. RODRIGUEZ (.2); DRAFT MEMORANDUM TO J. BAKER RE: TERMINATION DATE FOR CONTINUING BENEFITS (.1); TELECONFERENCE WITH S. REISNER RE: SRP ISSUES (.2). |
| BAKER DJ | 05/26/06 | 0.80 | CONTINUE REVIEW OF LOGAN REPORT RE: EMPLOYEE CLAIM ISSUES (.3); TELECONFERENCE WITH H. ETLIN AND S. BUSEY RE: EMPLOYEE CLAIM ISSUES (.5). |
| GRAY RW | 05/26/06 | 0.10 | DRAFT MEMORANDUM TO D. TURETSKY RE: CONTINGENT CASH FOLLOW UP ISSUES (.1). |
| BAKER DJ | 05/30/06 | 0.30 | REVIEW EMAIL FROM L. APPEL RE: CLAIM OF LEON CALVERT (.2); RESPOND TO EMAIL FROM MR. APPEL RE: CLAIM OF MR. CALVERT (.1). |
| GRAY RW | 05/30/06 | 0.10 | REVIEW AND COMMENT ON MEMORANDUM TO L. APPEL ET AL. RE: MSP CLAIM FOR DECEDENT (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 05/30/06 | 4.50 | FURTHER RESEARCH RE: ISSUES CONCERNING CALVERT MSP CLAIM (.3); DRAFT MEMORANDUM TO R. GRAY RE: ISSUES CONCERNING CALVERT MSP CLAIM (.7); E-MAIL TO L. APPEL, S. BUSEY, M. DUSSINGER, R. GRAY, AND J. BAKER RE: TELECONFERENCE WITH R. GRAY RE: ISSUES CONCERNING CALVERT MSP CLAIM (.2); FURTHER RESEARCH RE: ISSUES CONCERNING MSP DEATH BENEFITS (1.2); E-MAIL TO J. BAKER AND R. GRAY RE: ISSUES CONCERNING MSP DEATH BENEFITS (.4); TELECONFERENCE WITH J. O'CONNELL (LEFT MESSAGE) RE: MSP/SRP ISSUES (.1); FURTHER RESEARCH RE: ISSUES CONCERNING CONTINGENT CASH OBLIGATIONS (1.5); E-MAIL TO R. GRAY RE: ISSUES CONCERNING CONTINGENT CASH OBLIGATIONS (.1). |
| BAKER DJ | 05/31/06 | 2.10 | REVIEW EMAIL FROM LINDA RODRIGUEZ WITH PRESENT VALUE CALCULATIONS FROM MERCER (.2); RESPOND TO EMAIL FROM LINDA RODRIGUEZ (.2); REVIEW FOLLOW-UP EMAIL WITH ADDITIONAL NUMBERS FROM MERCER (.2); TELECONFERENCE WITH MATT BARR RE: INITIAL NUMBERS CALCULATED BY MERCER (.1); EMAIL TO LINDA RODRIGUEZ TO ASK FOR ADDITIONAL BACK-UP INFORMATION (.3); REVIEW RESPONSE FROM LINDA RODRIGUEZ RE: BACKUP INFO (.1); REVIEW EMAIL FROM HOLLY ETLIN RE: REQUEST FROM SAUL BURIEN FOR ADDITIONAL BACK-UP INFORMATION (.2); RESPOND TO EMAIL FROM HOLLY ETLIN RE: SAUL BURIEN REQUEST (.1); FURTHER TELECONFERENCE WITH MATT BARR RE: ADDITIONAL NUMBERS FROM MERCER (.2); REVIEW PRESENT VALUE CALCULATIONS FOR ALTERNATIVE CLAIM LEVELS (.5). |

**MATTER TOTAL**                    **150.80**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
Executory Contracts (Personalty)                                 Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/01/06 | 1.60 | REVIEW SCHREIBER MARKUP OF MOTION AND ORDER AND CONSIDER ISSUES (.2); REVIEW REJECTION DAMAGE ANALYSIS FOR EMPLOYMENT AGREEMENTS (.4); REVIEW SCHREIBER MARKUP OF SUPPLY AGREEMENT AND EXCHANGE EMAILS WITH B. KICHLER RE: SAME (.3); REVIEW AND COMMENT ON FLOWERS BAKERY CONTRACT/CLAIM ANALYSIS (.2); TELECONFERENCE WITH S. EICHEL RE: FLOWERS BAKERY (.1); EXCHANGE EMAILS WITH K. FAGERSTROM RE: AUTO LEASE ISSUES (.2); EXCHANGE EMAILS WITH J. LEAMY RE: STATUS OF DIVERSIFIED MAINTENANCE MOTION TO COMPEL (.1); EXCHANGE EMAILS WITH C. JACKSON RE: JEA CURE AMOUNT OBJECTION (.1). |
| EICHEL S | 05/01/06 | 2.50 | REVIEW EMAIL FROM C. JACKSON RE: FLOWERS BAKERIES COMMENTS TO INQUIRY RE: RECONCILIATION OF FLOWERS BAKERIES CLAIMS IN CONNECTION WITH REJECTION OF PREPETITION CONTRACT AND ENTERING INTO NEW CONTRACT WITH VENDOR (.1); CONTINUE ANALYSIS OF FLOWERS BAKERIES CLAIMS (.5); REVIEW AND REVISE SUMMARY OF RECONCILIATION OF FLOWERS BAKERIES CLAIMS (1.0); TELECONFERENCE WITH C. JACKSON (LOGAN) RE: CLAIMS INFORMATION RE: FLOWERS BAKERIES (.1); TELECONFERENCES WITH A. LIU RE: FLOWERS BAKERIES CLAIMS INFORMATION AND ANALYSIS (.2); DRAFT EMAIL TO A. LIU, C. JACKSON AND D. YOUNG (WINN-DIXIE) RE: FLOWERS BAKERIES ANALYSIS (.1); REVIEW EMAILS FROM C. JACKSON RE: COMMENTS TO FLOWERS BAKERIES ANALYSIS (.2); REVIEW EMAIL FROM A. LIU RE: FLOWERS BAKERIES ANALYSIS (.1); DRAFT EMAIL TO R. GRAY RE: FLOWERS BAKERIES RECONCILIATION (.1); TELECONFERENCE WITH R. GRAY RE: ISSUES RE: RECONCILIATION OF FLOWERS BAKERIES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/02/06 | 1.30 | REVIEW JEA OBJECTION TO CURE AMOUNT (.1); DRAFT MEMORANDUM J. CASTLE ET AL. RE: JEA CURE ISSUE (.1); FOLLOW UP EMAIL EXCHANGE WITH B. KICHLER RE: HANDLING JEA ISSUE (.1); REVIEW MEMORANDA FROM J. SMYTH AND B. KICHLER RE: SCHREIBER STATUS (.1); DRAFT MEMORANDA TO B. KICHLER RE: EFFECTIVE DATE VS CONFIRMATION DATE AND RE: CLAIM NO. 640 (.2); REVIEW ANALYSES RE: POTENTIAL REJECTION CLAIM (.2); REVIEW AND RESPOND TO MEMORANDA FROM J. CASTLE AND J. KRUMHOLZ RE: SCHREIBER STATUS AND STRATEGY (.2); FURTHER EMAIL EXCHANGE WITH J. CASTLE RE: REJECTION DAMAGE CONCERNS (.2); REVIEW AND COMMENT ON FLOWERS BAKERY CONTRACT/CLAIM ANALYSIS (.1). |
| EICHEL S | 05/02/06 | 0.70 | TELECONFERENCE WITH B. KICHLER RE: FLOWERS BAKERIES RECONCILIATION ANALYSIS (.1); REVIEW AND REVISE FLOWERS BAKERIES RECONCILIATION ANALYSIS (.4); DRAFT EMAIL TO B. KICHLER AND R. GRAY RE: FLOWERS BAKERIES CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM R. GRAY RE: COMMENTS TO FLOWERS BAKERIES CLAIMS ANALYSIS (.1). |
| LEAMY JM | 05/02/06 | 1.30 | DRAFT MANUGISTICS CONTRACT AMENDMENT (1.1); TELECONFERENCE WITH K. FAGERSTROM RE: SIRIUS PROPOSAL (.2). |
| GRAY RW | 05/03/06 | 0.70 | REVIEW AND COMMENT ON REVISED ANALYSIS RE: EXECUTIVE REJECTION CLAIMS (.7). |
| GRAY RW | 05/04/06 | 0.70 | TELECONFERENCE WITH S. HENRY AND S. FELD RE: INSURANCE/SURETY CLAIM AND CONTRACT ISSUES (.2); TELECONFERENCE WITH J. LEAMY RE: INSURANCE SURETY CLAIM (.1); REVIEW CLAIMS REPORT RE: SURETIES (.1); REVIEW REVISED MEMORANDUM RE: EXECUTIVE REJECTION ISSUES (.1); EXCHANGE EMAILS WITH D. TURETSKY RE: NEXT STEPS (.1); REVIEW MEMORANDA FROM J. KRUMHOLZ, B. KICHLER AND J. CASTLE RE: SCHREIBER STATUS (.1). |
| LEAMY JM | 05/04/06 | 4.00 | DRAFT MANUGISTICS AMENDMENT (4.0). |
| GRAY RW | 05/05/06 | 0.70 | REVIEW MANUGISTICS AMENDMENT (.3); TELECONFERENCE WITH J. LEAMY RE: MANUGISTICS AMENDMENT (.1); REVIEW REVISED MANUGISTICS AMENDMENT AND OK FOR FORWARDING (.1); DRAFT MEMORANDUM TO E. LANE RE: INSURING COMPREHENSIVE LIST OF ALL CONTRACTS FOR NOTICING (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LEAMY JM | 05/05/06 | 3.20 | TELECONFERENCE WITH K. FAGERSTROM RE: SIRRIUS CONTRACT (.3); DRAFT REVISIONS TO MANUGISTICS AMENDMENT (2.5); EMAILS K. FAGERSTROM RE: MANUGISTICS, SERENA (.2); EMAILS E. MALYSZ AND K. FAGERSTROM RE: SERENA (.2). |
| GRAY RW | 05/08/06 | 0.70 | TELECONFERENCE WITH J. JAMES AND B. KICHLER (FOR PART) RE: DEEMED REJECTION ISSUES (.4); REVIEW MEMORANDUM AND LIST FROM E. LANE RE: UNSCHEDULED CONTRACTS AND DRAFT MEMORANDUM TO B. CROCKER RE: PLAN NOTICING (.2); REVIEW MEMORANDA FROM J. CASTLE ET AL. RE: SCHREIBER SETTLEMENT (.1). |
| LEAMY JM | 05/08/06 | 0.40 | EMAILS K. FAGERSTROM AND E. MALYSZ RE: SERENA AGREEMENT (.3); EMAIL E. LANE RE: UNSCHEDULED CONTRACTS (.1). |
| GRAY RW | 05/09/06 | 2.90 | REVIEW AND RESPOND TO MEMORANDUM FROM J. JAMES RE: FIFTH THIRD ISSUES (.1); TELECONFERENCE WITH J. JAMES RE: FIFTH THIRD ISSUES (.1); DRAFT MEMORANDUM TO B. KICHLER RE: SCHREIBER STATUS (.1); REVIEW MEMORANDUM FROM B. KICHLER AND CURRENT SCHREIBER AGREEMENT (.2); REVIEW FIFTH THIRD DOCUMENTS IN PREPARATION FOR CONFERENCE CALL (.3); EXCHANGE EMAILS WITH C. JACKSON OF LOGAN RE: CLAIMS FOR FIFTH THIRD (.1); CONFERENCE CALL WITH J. JAMES, B. KICHLER AND L. DORIA RE: FIFTH THIRD ISSUES (.6); DRAFT MEMORANDUM TO B. FECHER RE: FIFTH THIRD ISSUES (.2); REVIEW EMPLOYMENT CONTRACT SPREADSHEET IN PREPARATION FOR TELECONFERENCE WITH CLIENT (.2); CONFERENCE CALL WITH L. APPEL, B. NUSSBAUM AND J. JAMES RE: EMPLOYMENT CONTRACT REVIEW (.6); REVIEW CHANGE IN CONTROL/SEVERANCE PLAN ISSUES (.4). |
| EICHEL S | 05/09/06 | 0.30 | REVIEW EMAIL FROM J. JAMES RE: AMENDMENT TO SERVICE AGREEMENT WITH T. K. K. (.1); REVIEW PROPOSED AMENDMENT TO SERVICE AGREEMENT WITH T.K. KEITH (.1); DRAFT EMAIL TO E. LANE RE: T.K. KEITH SERVICE AGREEMENT (.1). |
| TURETSKY DM | 05/09/06 | 0.70 | REVIEW AND ANALYZE SAMPLE CONFIDENTIALITY AGREEMENT WITH VENDORS TO DETERMINE PROPER DISPOSITION OF SAME (.3); REVIEW AND ANALYZE SAMPLE INDEMNIFICATION AGREEMENT WITH VENDORS TO DETERMINE PROPER DISPOSITION OF SAME (.4). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                05/10/06          2.30    REVIEW/ANALYSIS DRAFT ORDER FROM
                                                 FIFTH THIRD (.3); DRAFT MEMORANDUM TO
                                                 W. FECHER FOR FIFTH THIRD RE:
                                                 RECASTING OF ORDER AND PROCEDURAL
                                                 ISSUES FOR GETTING APPROVED (.3);
                                                 REVIEW AND RESPOND TO MEMORANDA FROM
                                                 J. KRUMHOLZ AND J. CASTLE RE:
                                                 SCHREIBER STATUS AND MOTION TIMING
                                                 (.1); TELECONFERENCE WITH J. JAMES
                                                 AND B. KICHLER RE: SCHREIBER ISSUES
                                                 (.1);  REVIEW AND COMMENT ON
                                                 CONTRACT/CLAIM ANALYSIS FOR BERGENSON
                                                 (.1); REVISE SCHREIBER MOTION AND
                                                 ORDER TO ADDRESS COMMENTS FROM
                                                 SCHREIBER'S COUNSEL (.7); DRAFT
                                                 MEMORANDUM TO B. KICHLER ET AL. RE:
                                                 MUTUAL WAIVER ADDITION PER COMMENTS
                                                 (.1); DRAFT FIFTH THIRD STIPULATION
                                                 (.6).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          05/10/06          2.00   TELECONFERENCE WITH B. KICHLER RE:
                                           STATUS OF OUTSTANDING ANALYSIS WITH
                                           RESPECT TO CONTRACTS TO BE REJECTED
                                           (.1); TELECONFERENCE WITH B. KICHLER
                                           RE: CHEMSTAR, BERGENSON AND SOUTHERN
                                           CLEANING CLAIMS ANALYSIS (.1); REVIEW
                                           BERGENSON CONTRACT IN CONNECTION WITH
                                           CLAIMS ANALYSIS OF VENDOR AS PART OF
                                           NEGOTIATION OF NEW VENDOR CONTRACT
                                           (.2); ANALYZE CLAIMS ANALYSIS OF
                                           BERGENSON (.1); DRAFT CLAIMS ANALYSIS
                                           OF BERGENSON IN CONNECTION WITH
                                           REJECTION OF PREPETITION AGREEMENT
                                           AND NEGOTIATING NEW AGREEMENT (.3);
                                           DRAFT EMAIL TO C. JACKSON (LOGAN) AND
                                           A. LIU (XROADS) RE: BERGENSON'S
                                           CLAIMS ANALYSIS (.1); REVIEW EMAIL
                                           FROM A. LIU RE: COMMENTS TO
                                           BERGENSON'S CLAIMS ANALYSIS (.1);
                                           DRAFT EMAIL TO A. LIU, B. CROCKER AND
                                           E. LANE RE: GATHERING CLAIMS
                                           INFORMATION, AND CONTRACTS RELATING
                                           TO TRADE VENDORS SOUTHERN CLEANING
                                           AND CHEMSTAR (.1); REVIEW EMAILS FROM
                                           ELIZABETH CROCKER (LOGAN) RE: CLAIMS
                                           OF CHEMSTAR AND SOUTHERN CLEANING
                                           (.1); TELECONFERENCE WITH C. JACKSON
                                           RE: CLAIMS ANALYSIS OF BERGENSON
                                           (.1); DRAFT EMAIL TO R. GRAY RE:
                                           CLAIMS ANALYSIS OF BERGENSON'S
                                           PROPERTY SERVICES, INC. (.1);
                                           TELECONFERENCE WITH B. KICHLER, AND
                                           J. JAMES RE: CLAIMS ANALYSIS FOR T.
                                           K. KEITH (.1); ANALYZE
                                           INDEMNIFICATION ISSUES IN CONNECTION
                                           WITH ENTERING INTO AGREEMENT (.2);
                                           TELECONFERENCE WITH B. KICHLER RE:
                                           INDEMNIFICATION ISSUES IN CONNECTION
                                           WITH ENTERING INTO NEW AGREEMENTS
                                           WITH VENDORS (.1); TELECONFERENCE
                                           WITH B. KICHLER AND J. JAMES RE:
                                           CLAIMS ANALYSIS OF T. K. KEITH (.1);
                                           DRAFT EMAIL TO A. LIU AND B. CROCKER
                                           RE: T. K. KEITH CLAIMS INFORMATION
                                           AND CLAIMS RECONCILIATION (.1).

LEAMY JM          05/10/06          0.20   EMAIL K. FAGERSTROM RE: SERENA (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            05/11/06        1.20  REVIEW FIFTH THIRD DOCUMENTS FROM B.
                                         FECHER (.1); DRAFT MEMORANDUM TO B.
                                         FECHER RE: POSTPETITION DOCUMENTS
                                         (.1); FINALIZE REVISIONS TO SCHREIBER
                                         MOTION AND ORDER (.3); DRAFT
                                         MEMORANDUM TO J. SMYTH RE: SCHREIBER
                                         MOTION (.1); REVIEW AND RESPOND TO
                                         MEMORANDUM FROM J. CASTLE RE:
                                         AVOIDANCE ISSUES ON SCHREIBER (.1);
                                         TELECONFERENCE WITH J. SMYTH RE:
                                         ISSUES ON MOTION (.1); DRAFT
                                         MEMORANDUM TO J. CASTLE ET AL. RE:
                                         MUTUAL RELEASE AND CLAIM ALLOWANCE
                                         ISSUES (.3); REVIEW MEMORANDUM FROM
                                         J.SMYTH AND FORWARD SAME TO J. CASTLE
                                         ET AL. (.1).

EICHEL S           05/11/06        1.40  REVIEW T.K. KEITH AGREEMENT IN
                                         CONNECTION WITH REJECTION OF
                                         PREPETITION AGREEMENT AND NEGOTIATING
                                         NEW AGREEMENT (.6); DRAFT CLAIMS
                                         ANALYSIS FOR T.K. KEITH IN CONNECTION
                                         WITH NEGOTIATING NEW AGREEMENT (.4);
                                         REVIEW PROOFS OF CLAIM RE: T.K. KEITH
                                         (.2); DRAFT EMAIL TO A. LIU AND C.
                                         JACKSON (LOGAN) RE: CLAIMS ANALYSIS
                                         OF T.K. KEITH (.1); REVIEW RESPONSE
                                         FOR A. LIU RE: T.K. KEITH CLAIMS
                                         ANALYSIS (.1).

LEAMY JM           05/11/06        0.90  REVIEW E. LANE EMAIL RE: IBM (.1);
                                         TELECONFERENCE WITH E. LANE RE: IBM
                                         CONTRACTS (.3); REVIEW AND COMMENT ON
                                         ARTICLE VII OF DRAFT PLAN RE:
                                         EXECUTORY CONTRACTS (.5).

GRAY RW            05/12/06        0.50  REVIEW AND COMMENT ON TK KEITH
                                         CONTRACT/CLAIM ANALYSIS (.1); REVIEW
                                         SCHREIBER CLAIM RECONCILIATION
                                         INFORMATION AND EXCHANGE EMAILS WITH
                                         J. CASTLE ET AL. RE: PROVIDING TO
                                         SCHREIBER (.1); DRAFT MEMORANDUM TO
                                         J. SMYTH RE: RECONCILIATION
                                         INFORMATION AND REVIEW FURTHER EMAIL
                                         EXCHANGE FROM XROADS PERSONNEL RE:
                                         SCHREIBER REVIEW OF SAME (.1); REVIEW
                                         OF MEMORANDUM AND AMENDMENTS FROM K.
                                         KEPPEL RE: FIFTH THIRD (.2).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S              05/12/06        0.70    TELECONFERENCE WITH B. KICHLER RE:
                                              ARAMARK CLAIMS ANALYSIS IN CONNECTION
                                              WITH REJECTION OF CONTRACT AND
                                              ENTERING INTO NEW CONTRACT WITH
                                              VENDOR (.1); DRAFT EMAIL TO A. LIU
                                              AND E. CROCKER RE: ARAMARK CLAIM
                                              INFORMATION AND RECONCILIATION (.1);
                                              REVIEW EMAIL FROM C. JACKSON (LOGAN)
                                              RE: ANALYSIS OF T.K. KEITH CLAIMS
                                              (.1); DRAFT EMAIL TO R. GRAY RE: T.K.
                                              KEITH CLAIMS ANALYSIS (.1); REVIEW
                                              AND REVISE T.K. KEITH CLAIMS ANALYSIS
                                              (.1); DRAFT EMAIL TO J. JAMES RE:
                                              CLAIMS ANALYSIS OF T.K. KEITH (.1);
                                              REVIEW EMAIL FROM A. LIU RE: ARAMARK
                                              CLAIMS RECONCILIATION (.1).

LEAMY JM              05/12/06        1.20    TELECONFERENCE WITH J. RAGASE AND
                                              EMAIL J. RAGASE RE: MANUGISTICS
                                              CONTRACT (.2); DRAFT IBM ASSUMPTION
                                              AGREEMENT (1.0).

GRAY RW               05/15/06        0.40    REVIEW MEMORANDUM FROM J. SMYTH RE:
                                              SCHREIBER CLAIM RECONCILIATION AND
                                              DRAFT MEMORANDUM TO COMPANY RE: SAME
                                              (.1); REVIEW AND RESPOND TO
                                              MEMORANDUM FROM J. KRUMHOLZ RE:
                                              SCHREIBER STATUS AND TIMING (.1);
                                              REVIEW FAX OF FIFTH THIRD AMENDMENTS
                                              FROM K. KEPPEL (.2).

LEAMY JM              05/15/06        0.50    TELECONFERENCE WITH P. HUFSTETLER RE:
                                              SIRIUS CONTRACT (.4); REVIEW GECC
                                              NOTICE OF ASSET DISPOSITION (.1).

GRAY RW               05/16/06        1.40    TELECONFERENCE WITH E. LANE AT XROADS
                                              RE: VARIOUS CONTRACT
                                              ASSUMPTION/REJECTION ISSUES (.5);
                                              REVIEW/ANALYZE MEMORANDUM FROM E.
                                              LANE AND FUTURISTIC FOODS CONTRACT
                                              AND REJECTION DAMAGE CLAIM (.3);
                                              DRAFT/REVISE FIFTH THIRD STIPULATION
                                              (.4); REVIEW AND COMMENT ON SIRIUS
                                              IMMEDIATE ASSUMPTION REQUEST (.1);
                                              PROVIDE SAMPLE LANGUAGE FOR NO
                                              DEFAULT PROVISION (.1).

EICHEL S              05/16/06        0.20    REVIEW EMAIL FROM J. JAMES RE:
                                              PREPETITION CONTRACT OF ADVO AND NEW
                                              CONTRACT WITH VENDOR (.1); DRAFT
                                              RESPONSE TO J. JAMES WITH
                                              RECOMMENDATION HOW TO PROCEED WITH
                                              RESPECT TO VENDOR ADVO (.1).

LEAMY JM              05/16/06        1.00    REVIEW LETTER FROM SIRIUS COUNSEL RE:
                                              REQUEST FOR ASSUMPTION (.3); ANALYSIS
                                              RE: ASSUMPTION REQUEST (.6); EMAIL K.
                                              FAGERSTROM RE: ASSUMPTION REQUEST
                                              (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/17/06 | 0.60 | REVIEW AND RESPOND TO MEMORANDUM FROM L. PRENDERGAST RE: AHCA AGREEMENT (.1); FOLLOW UP EMAIL EXCHANGE WITH J. LEAMY RE: LICENSE V. EXECUTORY CONTRACT (.1); REVIEW UPDATE FROM A. LIU RE: SCHREIBER CLAIM (.1); REVIEW/REVISE FIFTH THIRD STIPULATION (.3). |
| EICHEL S | 05/17/06 | 1.20 | REVIEW CHEMSTAR AGREEMENT IN CONNECTION WITH REJECTION OF AGREEMENT (.2); REVIEW CHEMSTAR CLAIMS IN CONNECTION WITH PREPARING CLAIMS ANALYSIS IN CONNECTION WITH REJECTION OF CONTRACT AND NEGOTIATING VENDOR CONTRACT (.2); DRAFT EMAIL TO A. LIU AND C. JACKSON RE: CHEMSTAR CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM A. LIU RE: CHEMSTAR CLAIMS ANALYSIS (.1); ANALYZE SOUTHERN CLEANING CLAIMS ISSUES IN CONNECTION WITH REJECTION OF VENDOR'S PREPETITION CONTRACT AND NEGOTIATING NEW CONTRACT (.4); TELECONFERENCE WITH A. LIU RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.2). |
| LEAMY JM | 05/17/06 | 1.50 | TELECONFERENCE WITH E. LANE RE: SIRIUS AND IBM CONTRACTS (.4); ANALYSIS WHETHER MEDICAID AGREEMENT EXECUTORY (.5); ANALYSIS RE: IBM ASSUMPTION PROPOSAL (.5); EMAIL K. FAGERSTROM RE: SIRIUS (.1). |
| GRAY RW | 05/18/06 | 4.00 | REVIEW MEMORANDUM FROM N. GADDY RE: FUTURISTIC REJECTION CLAIM (.1); REVIEW CONTRACT AGAINST ISSUES RAISED BY N. GADDY (.2); DRAFT MEMORANDUM TO E. LANE RE: NEED FOR DOCUMENTARY EVIDENCE OF PERFORMANCE FAILURES (.1); CONTINUE DRAFTING OF FIFTH THIRD STIPULATION (1.4); DRAFT MEMORANDUM TO L. DORIA RE: SAME (.1); EXCHANGE EMAILS WITH B. KICHLER RE: FIFTH THIRD STIPULATION (.1); TELECONFERENCE WITH J. POST RE: PROCEDURE FOR FIFTH THIRD LIFT STAY (.1); DRAFT AGREED ORDER AND NOTICE (.7); TELECONFERENCE WITH J. POST RE: COMMENTS ON FIFTH THIRD PLEADINGS (.1); REVISE PLEADINGS TO INCORPORATE (.1); DRAFT MEMORANDUM TO B. FECHER, FIFTH THIRD COUNSEL, RE: PROPOSED PLEADINGS (.2); REVIEW CONTRACT ASSUMPTION SPREADSHEETS (.7); REVIEW AND COMMENT ON CHEMSTAR CONTRACT/CLAIM ANALYSIS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

EICHEL S          05/18/06      0.60   REVIEW EMAIL FROM C. JACKSON (LOGAN)
                                       RE: CHEMSTAR CLAIMS IN CONNECTION
                                       WITH CLAIMS ANALYSIS FOR
                                       RENEGOTIATION OF VENDOR CONTRACT
                                       (.1); TELECONFERENCE WITH A. LIU RE:
                                       CHEMSTAR SCHEDULED CLAIM IN
                                       CONNECTION WITH CLAIMS ANALYSIS FOR
                                       RENEGOTIATION OF VENDOR CONTRACT
                                       (.1); REVIEW AND REVISE CHEMSTAR
                                       CLAIMS ANALYSIS (.1); DRAFT EMAIL TO
                                       R. GRAY RE: CHEMSTAR ANALYSIS (.1);
                                       REVIEW EMAIL FROM R. GRAY RE:
                                       CHEMSTAR CLAIMS ANALYSIS (.1); DRAFT
                                       EMAIL TO B. KICHLER RE: CHEMSTAR
                                       ANALYSIS (.1).

LEAMY JM          05/18/06      3.20   REVIEW E. LANE EMAILS RE: FUTURISTIC
                                       FOODS (.1); TELECONFERENCE WITH E.
                                       LANE RE: IBM CONTRACT (.2); ANALYSIS
                                       RE:  IBM CONTRACT ASSUMPTION PROPOSAL
                                       (.9); TELECONFERENCE WITH K.
                                       FAGERSTROM RE: AUTO LEASE (.1);
                                       REVIEW CONTRACT ASSUMPTION
                                       SPREADSHEET (.5); EMAIL E. LANE RE:
                                       CONTRACT SPREADSHEET (.1); EMAIL E.
                                       LANE RE: MEDICAID AGREEMENTS (.1);
                                       RESEARCH AND ANALYSIS RE: WHETHER
                                       MEDICAID AGREEMENTS EXECUTORY (1.2).

GRAY RW           05/19/06      0.20   DRAFT FOLLOW UP MEMORANDUM TO J.
                                       CASTLE ET AL. RE: SCHREIBER ISSUES
                                       AND TELECONFERENCE WITH J. CASTLE RE:
                                       SAME (.1); DRAFT MEMORANDUM TO P.
                                       LEACH RE: ENTRY OF HALLMARK ORDER AND
                                       DRAFT MEMORANDUM TO B. KICHLER AND H.
                                       ETLIN RE: PAYMENT DUE DATE PER ORDER
                                       (.1).

LEAMY JM          05/19/06      2.70   TELECONFERENCE WITH P. HUFFSTETLER
                                       RE: SIRIUS CONTRACT (.3); ANALYSIS
                                       RE: WHETHER MEDICAID CONTRACT
                                       EXECUTORY (1.0); ANALYSIS RE:
                                       PROPOSED SIRIUS ASSUMPTION (1.2);
                                       EMAIL J. JAMES RE: GECC NOTICE OF
                                       DISPOSITION OF COLLATERAL (.2).

EICHEL S          05/20/06      0.20   REVIEW SOUTHERN CLEANING CLAIMS
                                       ANALYSIS (.2).

EICHEL S          05/21/06      0.90   REVIEW SOUTHERN CLEANING CLAIMS IN
                                       CONNECTION WITH PREPARING CLAIMS
                                       ANALYSIS FOR RENEGOTIATION OF VENDOR
                                       AGREEMENT (.2); REVIEW SOUTHERN
                                       CLEANING CONTRACTS (.2); DRAFT EMAIL
                                       TO B. KICHLER RE: SOUTHERN CLEANING
                                       CONTRACTS (.1); DRAFT SOUTHERN
                                       CLEANING CLAIMS ANALYSIS IN
                                       CONNECTION WITH ENTERING INTO NEW
                                       CONTRACT WITH VENDORS (.4).

LEAMY JM          05/21/06      0.20   EMAIL E. LANE RE: CONTRACT
                                       ASSUMPTIONS (.1); EMAIL J. JAMES RE:
                                       MEDICAID AGREEMETNS (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW                05/22/06        1.40    REVISE SCHREIBER MOTION AND ORDER TO
                                               ADDRESS ISSUES RAISED BY J. SMYTH
                                               (.3); REVIEW/ANALYZE FINTECH ISSUES
                                               (.3); REVIEW AND REPLY TO MEMORANDUM
                                               FROM E. GORDON RE: ANDERSON NEWS
                                               CLAIM AND CONTRACT (.1); REVIEW
                                               FOLLOW UP MEMORANDA FROM E. GORDON
                                               AND J. JAMES RE: CONTRACT ASSUMPTION
                                               ISSUES (.1); DRAFT MEMORANDUM TO B.
                                               KICHLER ET AL. RE: STATUS OF NEW
                                               SUPPLY AGREEMENTS AND CLAIM VOTING
                                               ISSUES (.2); REVIEW AND COMMENT ON
                                               SOUTHERN CLEANING CONTRACT/CLAIM
                                               ANALYSIS (.1); CONFER WITH S. EICHEL
                                               RE: SCHEDULED CLAIM ISSUE ON SOUTHERN
                                               CLEANING (.1); REVIEW MEMORANDUM FROM
                                               J. LEAMY RE: AHCA CONTRACT ISSUES
                                               (.1); REVIEW AND RESPOND TO
                                               MEMORANDUM FROM J. JAMES RE: USE OF
                                               CONTRACT ASSUMPTION AGREEMENT (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 05/22/06 | 3.30 | REVIEW AND REVISE SOUTHERN CLEANING CLAIMS ANALYSIS (.5); DRAFT EMAIL TO A. LIU AND C. JACKSON RE: SOUTHERN CLEANING CLAIMS ANALYSIS IN CONNECTION WITH REJECTION OF PREPETITION CONTRACT AND NEGOTIATING NEW VENDOR CONTRACT (.1); DRAFT EMAIL TO B. CROCKER RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.1); REVIEW EMAIL FROM B. KICHLER REQUESTING BANKRUPTCY COURT ANALYSIS IN CONNECTION WITH ENTERING INTO NEW CONTRACT WITH CONSTAR (.1); DRAFT CONSTAR BANKRUPTCY ANALYSIS (.1); DRAFT EMAIL TO A. LIU AND B. CROCKER RE: CONSTAR CLAIMS INFORMATION (.1); REVIEW ARAMARK CLAIMS INFORMATION (.1); DRAFT SUBSEQUENT EMAIL TO B. CROCKER RE: ARAMARK CLAIMS INFORMATION (.1); TELECONFERENCE WITH B. KICHLER RE: ARAMARK CONTRACTS AND SOUTHERN CLEANING CONTRACTS (.2); REVIEW EMAIL FROM J. JAMES RE: VERTIS CLAIMS ANALYSIS (.1); DRAFT RESPONSE EMAIL TO J. JAMES RE: ANALYSIS OF VERTIS CLAIMS (.2); REVIEW ARAMARK CONTRACTS (.2); DRAFT EMAIL TO A. LIU AND B. CROCKER REQUESTING ARAMARK CLAIMS INFORMATION (.1); REVIEW FOUR ARAMARK AGREEMENTS (.3); COMMENCE DRAFTING ARAMARK UNIFORM SERVICES CLAIMS ANALYSIS (.2); REVIEW EMAIL FROM R. GRAY RE: STATUS OF NEW VENDOR SUPPLY CONTRACTS (.1); TELECONFERENCE WITH K. LOGAN RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.1); DRAFT EMAIL TO K. LOGAN RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.1); REVIEW B. CROCKER'S EMAIL RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.1); DRAFT EMAIL TO R. GRAY RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.1); TELECONFERENCE WITH B. CROCKER RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.1); TELECONFERENCE WITH E. POLLOCK RE: SOUTHERN CLEANING CLAIMS (.1); DRAFT EMAIL TO B. KICHLER RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.1). |
| LEAMY JM | 05/22/06 | 0.20 | EMAILS J. JAMES RE: MEDICAID AGREEMENTS (.2). |
| FELD SR | 05/23/06 | 0.10 | REVIEW JEA ORDER RE: ASSUMPTION OF EXECUTORY CONTRACT (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            05/23/06        0.80   TELECONFERENCE WITH J. SMYTH RE:
                                          SCHREIBER ISSUES (.1); DRAFT
                                          MEMORANDUM TO A. LIU ET AL. RE: CLAIM
                                          NO. 640 (.1); DRAFT MEMORANDUM TO J.
                                          CASTLE ET AL. RE: MUTUAL WAIVER FOR
                                          SCHREIBER (.2); REVIEW AND COMMENT ON
                                          CONSTAR CONTRACT/CLAIM ANALYSIS (.1);
                                          DRAFT REPLY TO P. TIBERIO RE:
                                          CONSUMPTION ISSUE (.2); EXCHANGE
                                          EMAILS WITH D. YOUNG AND REVIEW
                                          MEMORANDUM FROM T. ROBBINS RE: CLAIM
                                          OFFSETS (.1).

EICHEL S           05/23/06        2.20   DRAFT EMAIL TO B. KICHLER RE: CONSTAR
                                          CONTRACT (.1); REVIEW EMAILS FROM A.
                                          LIU RE: ARAMARK CLAIMS INFORMATION
                                          (.1); REVIEW EMAIL FROM A. LIU RE:
                                          CONSTAR CLAIMS INFORMATION (.1);
                                          DRAFT EMAIL TO A. LIU AND B. CROCKER
                                          RE: CONSTAR CLAIMS INFORMATION (.1);
                                          TELECONFERENCE WITH B. KICHLER RE:
                                          SOUTHERN CLEANING, CONSTAR AND
                                          ARAMARK CLAIMS ANALYSIS IN CONNECTION
                                          WITH ENTERING INTO NEW CONTRACTS WITH
                                          VENDOR (.1); REVIEW EMAIL FROM A. LIU
                                          RE: SOUTHERN CLEANING (.1); DRAFT
                                          EMAIL TO R. GRAY RE: CONSTAR CLAIMS
                                          ANALYSIS (.1); DRAFT EMAIL TO E.
                                          POLLACK (LOGAN) RE: CLAIM OF SOUTHERN
                                          CLEANING (.1); DRAFT EMAIL TO A. LIU
                                          RE: SOUTHERN CLEANING CLAIMS ANALYSIS
                                          (.1); REVIEW EMAIL FROM B. CROCKER
                                          RE: CONSTAR SCHEDULED CLAIM (.1);
                                          REVIEW AND REVISE CONSTAR CLAIMS
                                          ANALYSIS (.1); DRAFT EMAIL TO A. LIU
                                          AND E. POLLACK (LOGAN) RE: CONSTAR
                                          CLAIMS ANALYSIS (.2); ANALYZE ISSUES
                                          RE: CONSTAR CLAIM (.1); REVIEW EMAILS
                                          FROM A. LIU RE: ARAMARK CLAIMS
                                          INFORMATION (.1); REVIEW EMAIL FROM
                                          A. LIU RE: CONSTAR CLAIMS INFORMATION
                                          (.1); DRAFT EMAIL TO A. LIU AND B.
                                          CROCKER RE: CONSTAR CLAIMS
                                          INFORMATION (.1); TELECONFERENCE WITH
                                          B. KICHLER RE: SOUTHERN CLEANING,
                                          CONSTAR AND ARAMARK CLAIMS ANALYSIS
                                          IN CONNECTION WITH ENTERING INTO NEW
                                          CONTRACTS WITH VERTIS (.1); REVIEW
                                          EMAIL FROM A. LIU RE: SOUTHERN
                                          CLEANING (.1); DRAFT EMAIL TO E.
                                          POLLACK (LOGAN) RE: CLAIM OF SOUTHERN
                                          CLEANING (.1); REVIEW EMAIL FROM B.
                                          KICHLER RE: CONSTAR CONTRACT (.1);
                                          DRAFT EMAIL TO B. KICHLER RE: CONSTAR
                                          CLAIMS ANALYSIS (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          05/24/06          0.60   CONFERENCE CALL WITH J. JAMES, E.
                                          LANE, J. LEAMY AND COMPANY'S MEDICAID
                                          COUNSEL RE: HANDLING OF LICENSES FOR
                                          DISCONTINUED OPERATIONS (.4); REVIEW
                                          FOLLOW UP EMAILS FROM E. LANE AND
                                          MEDICAID COUNSEL RE: TERMINATION OF
                                          LICENSES (.1); EMAIL EXCHANGE WITH D.
                                          YOUNG RE: SCHREIBER CLAIM
                                          RECONCILIATION STATUS (.1).

EICHEL S         05/24/06          0.30   REVIEW EMAIL FROM J. JAMES RE:
                                          REQUESTING BANKRUPTCY CLAIMS ANALYSIS
                                          OF EXAMINE, INC. AND KOLDENHOVEN AND
                                          ASSOCIATES (.1); DRAFT EMAIL TO E.
                                          LANE, A. LIU AND B. CROCKER RE:
                                          GATHERING CONTRACTS AND CLAIMS
                                          INFORMATION RE: EXAMINE AND
                                          KOLDENHOVEN AND ASSOCIATES (.1);
                                          DRAFT EMAIL TO J. JAMES RE: CLAIMS
                                          ANALYSIS OF T.K. KEITH (.1).

LEAMY JM         05/24/06          1.00   TELECONFERENCE WITH J. JAMES, E.
                                          LANE, R. GRAY, B. KAHAN RE: MEDICAID
                                          PROVIDER AGREEMENTS (.4); ANALYSIS
                                          RE: MEDICAID PROVIDER AGREEMENTS
                                          (.4); EMAILS K. FAGERSTROM RE:
                                          PASSPORT RENEWAL (.2).

GRAY RW          05/25/06          2.50   REVIEW/ANALYZE FINTECH ISSUES (.6);
                                          REVIEW MEMORANDUM FROM AND EXCHANGE
                                          EMAILS WITH B. FECHER RE: CHANGES TO
                                          FIFTH THIRD STIPULATION (.1);
                                          EXCHANGE EMAILS AND TELECONFERENCE
                                          WITH L. DORIA RE: CHANGES (.1);
                                          REVISE STIPULATION (.1); DRAFT
                                          MEMORANDUM TO B. FECHER RE: EXECUTION
                                          (.1); DRAFT MEMORANDUM TO M. BARR ET
                                          AL. RE: FIFTH THIRD STIPULATION (.1);
                                          PREPARE FIFTH THIRD DOCUMENTS FOR
                                          FILING (.1); REVIEW AND RESPOND TO
                                          MEMORANDUM FROM M. COMERFORD RE:
                                          FIFTH THIRD STIPULATION (.1);
                                          TELECONFERENCE WITH J. SMYTH RE:
                                          SCHREIBER MOTION/CLAIMS (.1);
                                          TELECONFERENCE WITH J. CASTLE RE:
                                          SCHREIBER ISSUES (.1); REVIEW
                                          MEMORANDUM FROM D. YOUNG AND DRAFT
                                          MEMORANDUM TO D. YOUNG RE: SCHREIBER
                                          RECONCILIATION (.1); DRAFT MEMORANDUM
                                          TO J. SMYTH RE: AGREED CLAIM AMOUNT
                                          (.1); REVISE SCHREIBER MOTION AND
                                          ORDER (.4); DRAFT MEMORANDUM TO M.
                                          BARR ET AL. RE: SCHREIBER MOTION
                                          (.1); DRAFT MEMORANDUM TO J. SMYTH
                                          RE: MOTION FOR FILING TOMORROW (.1);
                                          REVIEW TK KEITH AGREEMENT AND
                                          EXCHANGE EMAILS WITH B. KAY AND J.
                                          JAMES RE: SAME (.2).

EICHEL S         05/25/06          0.20   REVIEW EMAIL FROM J. JAMES RE: CLAIMS
                                          OF EXAMINE (.1); DRAFT EMAIL TO D.
                                          YOUNG RE: EXAMINE CLAIMS (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/26/06 | 2.10 | REVIEW AND RESPOND TO MEMORANDA FROM E. LANE AND B. KICHLER RE: FIFTH THIRD STIPULATION AND A&M INQUIRY (.1); FURTHER EMAIL EXCHANGE WITH E. LANE AND B. KICHLER RE: HANDLING A&M INQUIRY (.1); REVIEW AND RESPOND TO MEMORANDUM FROM D. YOUNG RE: SCHREIBER MOTION AND DRAFT FOLLOW UP MEMORANDUM RE: MOTION (.1); DRAFT MEMORANDA TO D. YOUNG RE: ALLOCATION OF SCHREIBER CLAIM 640 AND DRAFT MEMORANDUM TO E. POLLOCK RE: TREATMENT OF SCHREIBER CLAIM 10961 (.1); FINAL REVIEW AND EDIT OF SCHREIBER MOTION AND ORDER (.4); DRAFT NOTICE OF HEARING (.1); TELECONFERENCE WITH J. SMYTH RE: COMMENTS (.1); DRAFT MEMORANDUM TO M. BARR RE: CONFIDENTIALITY OF NEW SUPPLY AGREEMENT (.1); ARRANGE FOR FILING AND SERVICE OF SCHREIBER MOTION (.1); TELECONFERENCE WITH M. COMERFORD RE: FIFTH THIRD STIPULATION (.1); DRAFT MEMORANDUM TO L. DORIA TO OBTAIN INFORMATION REQUESTED BY M. COMERFORD, REVIEW REPLY AND SPREADSHEET, AND DRAFT MEMORANDUM TO M. COMERFORD (.2); ARRANGE FOR FILING AND SERVICE OF FIFTH THIRD AND FOLLOW UP WITH J. POST TO CONFIRM (.1); REVIEW TK KEITH AGREEMENTS (.2); BEGIN REVISIONS TO AMENDMENT (.3). |
| LEAMY JM | 05/26/06 | 0.90 | EMAIL E. LANE RE: CONTRACT REJECTIONS (.1); EMAIL B. GASTON RE: REJECTED LEASES (.1); FURTHER ANALYSIS RE: SIRIUS CONTRACT (.5); EMAIL K. FAGERSTROM RE: PASSPORT RENEWAL (.2). |
| EICHEL S | 05/30/06 | 0.70 | REVIEW EMAIL FROM E. LANE RE: LEXIS-NEXIS EXAMEN CLAIM (.1); REVIEW EMAIL FROM E. LANE RE: ARAMARK CLAIMS (.1); REVIEW AND REVISE CLAIMS ANALYSIS OF SOUTHERN CLEANING SERVICES IN CONNECTION WITH REJECTION OF PREPETITION CONTRACT AND NEGOTIATING NEW CONTRACT (.2); REVIEW CLAIM OF LEXIS NEXIS EXAMEN INC. (.1); DRAFT EMAIL TO E. LANE (XROADS) TO DETERMINE IF DEBTOR HAS A PREPETITION AGREEMENT WITH EXAMEN (.1); DRAFT EXAMEN CLAIMS ANALYSIS (.1). |
| LEAMY JM | 05/30/06 | 0.40 | REVIEW E. LANE EMAIL RE: KONICA CONTRACT (.1); EMAILS K. FAGERSTROM EMAIL RE: SIRIUS CONTRACT (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| GRAY RW | 05/31/06 | 0.80 | REVIEW TK KEITH SERVICE AGREEMENT AND FIRST AMENDMENT (.1); DRAFT, REVISE ASSUMPTION AGREEMENT AND SECOND AMENDMENT (.4); REVIEW LEXIS-NEXIS CONTRACT/CLAIM ANALYSIS AND LOGAN DATABASE RE: CLAIMS (.2); EXCHANGE EMAILS WITH D. YOUNG RE: SCHREIBER POSITION ON TRADE LIEN PROGRAM AND DRAFT MEMORANDUM TO J. SMYTH RE: SAME (.1). |
|---|---|---|---|
| EICHEL S | 05/31/06 | 3.80 | ANALYZE ISSUES RE: LEXIS-NEXIS EXAMEN CLAIM (.2); DRAFT EMAIL TO A. LIU AND C. JACKSON (LOGAN) RE: CLAIMS ANALYSIS OF LEXIS-NEXIS EXAMEN (.1); REVIEW EMAIL FROM C. JACKSON (LOGAN) RE: EXAMEN CLAIMS (.1); DRAFT RESPONSE EMAIL TO C. JACKSON RE: EXAMEN CLAIMS (.1); REVIEW ADVO, INC. CONTRACT IN CONNECTION WITH REJECTION OF CONTRACT AND ENTERING INTO NEW AGREEMENT WITH VENDOR (.4); REVIEW EMAIL FROM A. LIU RE: LEXIS-NEXIS EXAMEN CLAIMS ANALYSIS (.1); DRAFT EMAILS TO A. LIU RE: SOUTHERN CLEANING CLAIMS ANALYSIS (.1); DRAFT EMAIL TO R. GRAY RE: LEXIS-NEXIS EXAMEN CLAIMS ANALYSIS (.2); ANALYZE ISSUES RE: LEXIS-NEXIS EXAMEN, INC. CLAIMS (.4); TELECONFERENCE WITH B. CROCKER RE: LEXIS-NEXIS EXAMEN, INC. CLAIMS (.1); REVIEW EMAIL FROM B. CROCKER RE: LEXIS-NEXIS EXAMEN CLAIMS (.1); REVIEW ADVO, INC CONTRACT (.3); REVIEW ADVO, INC CLAIMS (.3); DRAFT ADVO, INC CLAIMS ANALYSIS (.3); DRAFT EMAIL TO A. LIU AND C. JACKSON RE: ADVO, INC. CLAIMS ANALYSIS (.1); ANALYZE LEXIS-NEXIS CLAIMS ISSUES (.3); DRAFT EMAIL TO B. CROCKER RE: LEXIS NEXIS CLAIMS ISSUES (.1); DRAFT EMAIL TO A. LIU RE: LEXIS-NEXIS CLAIMS (.1); TELECONFERENCE WITH B. CROCKER RE: SPREADSHEET OF LEXIS-NEXIS CLAIMS (.1); ANALYZE ISSUES RE: LEXIS-NEXIS CLAIMS (.2); TELECONFERENCE WITH A. LIU RE: LEXIS-NEXIS CLAIMS AND ADVO CLAIMS (.1). |

**MATTER TOTAL**                          <u>72.20</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| **Winn-Dixie Stores, Inc. (DIP)** | | | **Bill Date: 06/02/06** |
| **Financing (DIP and Emergence)** | | | **Bill Number: 1111288** |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HENRY S | 05/01/06 | 0.40 | REVIEW MEMO FROM A. RAVIN RE: TIMING OF AFCO RENEWAL (.1); REVIEW MEMO FROM D. BITTER RE: AFCO TERMS AND A. RAVIN'S RESPONSE THERETO (.1); REVIEW MEMO FROM A. RAVIN RE: INFORMATION FLOW ON AFCO (.1); REVIEW MEMO FROM A. RAVIN TO C. JACKSON RE: NOTICE (.1). |
| BOYDELL T | 05/01/06 | 0.70 | REVIEW EMAIL MESSAGES RE: EXIT MATTERS (.4); ANALYSIS RE: COLLATERAL MATTERS (.3). |
| GRAY RW | 05/01/06 | 0.10 | TELECONFERENCE WITH A. RAVIN RE: AFCO STATUS (.1). |
| KEMPF J | 05/01/06 | 0.10 | REVIEW EMAIL FROM P. NECKLES (.1). |
| RAVIN AS | 05/01/06 | 0.80 | DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER RE: STATUS OF AFCO, REVIEW CORRESPONDENCE FROM SAME RE: SAME (.3); CONFERENCE WITH R. GRAY RE: STATUS OF AFCO (.1); DRAFT CORRESPONDENCE TO M. BARR RE: STATUS OF AFCO, DRAFT CORRESPONDENCE TO E. ESCAMILLA RE: STATUS OF AFCO, DRAFT CORRESPONDENCE TO J. HELFAT RE: STATUS OF AFCO (.2); REVIEW CORRESPONDENCE FROM A. HEDE RE: STATUS OF AFCO, DRAFT CORRESPONDENCE TO D. BITTER AND M. MADSEN RE: SAME, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. MADSEN RE: SAME (.2). |
| RAVIN AS | 05/02/06 | 0.10 | REVIEW CORRESPONDENCE FROM D. BITTER RE: AFCO STATUS AND DRAFT CORRESPONDENCE TO SAME RE: SAME (.1). |
| RAVIN AS | 05/03/06 | 0.50 | REVIEW CORRESPONDENCE FROM D. FIORILLO RE: PRIOR AFCO PLEADINGS, REVIEW PRIOR PLEADINGS, DRAFT CORRESPONDENCE TO SAME RE: AFCO PLEADINGS (.2); DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER RE: STATUS OF AFCO INFORMATION, REVIEW MULTIPLE CORRESPONDENCE FROM SAME RE: SAME (.2); REVIEW CORRESPONDENCE FROM M. MADSEN RE: AFCO STATUS (.1). |
| HENRY S | 05/04/06 | 0.50 | REVIEW SEVERAL EMAILS BETWEEN D. BITTER AND A. RAVIN RELATING TO AFCO PREMIUM FINANCING AND DISCUSSIONS WITH THE COMMITTEE RE: SAME (.5). |
| BOYDELL T | 05/04/06 | 0.30 | REVIEW EMAIL MESSAGES RE: BANKRUPTCY STATUS AND EXIT FINANCING (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/04/06 | 1.00 | REVIEW CORRESPONDENCE AND SPREADSHEETS FROM M. MADSEN RE: AFCO, DRAFT CORRESPONDENCE TO SAME RE: SAME (.6); DRAFT CORRESPONDENCE TO M. BARR. E. ESCAMILLA AND D. FIORILLO RE: AFCO (.2); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. BITTER RE: AFCO (.2). |
| HENRY S | 05/05/06 | 0.50 | REVIEW SEVERAL EMAILS RE: AFCO FINANCING BETWEEN D. BITTER AND A. RAVIN (.5). |
| RAVIN AS | 05/05/06 | 0.20 | DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. MADSEN RE: AFCO (.1); DRAFT CORRESPONDENCE TO A. HEDE RE: SPREADSHEET RE: AFCO (.1). |
| BOYDELL T | 05/08/06 | 0.40 | DISCUSSION WITH A. MARGOLIS RE: EXIT FINANCING STATUS (.1); FOLLOW UP RE: REAL ESTATE DUE DILIGENCE (.3). |
| GRAY RW | 05/08/06 | 0.20 | REVIEW MEMORANDA FROM J. OCONNELL AND CIT AND EXCHANGE EMAILS WITH A. RAVIN RE: HANDLING CONFIDENTIALITY AGREEMENT ISSUE (.2). |
| MARGOLIS A | 05/08/06 | 1.50 | TELECONFERENCE WITH T. BOYDELL RE: REAL ESTATE ANALYSIS OF LEASES (.1); DRAFT MOTION/ORDER FOR APPROVAL OF EXIT FINANCING DILIGENCE FEES (1.4). |
| RAVIN AS | 05/08/06 | 0.70 | REVIEW CORRESPONDENCE AND RELATED SPREADSHEETS FROM M. MADSEN RE: PROPERTY INSURANCE RENEWAL/AFCO, DRAFT MULTIPLE CORRESPONDENCE TO SAME RE: SAME (.3); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO J. O'CONNELL RE: POTENTIAL EXIT LENDER CONFIDENTIALITY AGREEMENT, REVIEW CONFIDENTIALITY AGREEMENT (.2); TELECONFERENCE WITH J. O'CONNELL RE: POTENTIAL EXIT LENDER CONFIDENTIALITY AGREEMENT (.1); DRAFT MEMORANDUM TO R. GRAY RE: POTENTIAL EXIT LENDER CONFIDENTIALITY AGREEMENT (.1). |
| BOYDELL T | 05/09/06 | 0.70 | ANALYZE COLLATERAL PACKAGE (.2); REVIEW BUSINESS PLAN AND FINANCIAL PERFORMANCE SUMMARY (.5). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/09/06 | 3.10 | REVIEW MULTIPLE CORRESPONDENCE FROM M. MADSEN RE: AFCO, DRAFT MULTIPLE CORRESPONDENCE TO SAME RE: SAME, REVIEW REVISED AFCO QUOTE FORM (.3); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER RE: AFCO (.4); TELECONFERENCE WITH M. MADSEN AND MARIE OF AFCO RE: PREMIUM FINANCE AGREEMENT WITH AFCO (.2); MULTIPLE TELEPHONE CONFERENCES WITH B. RATNER RE: PREMIUM FINANCE AGREEMENT WITH AFCO (.5); REVIEW PRIOR AFCO PREMIUM FINANCE AGREEMENTS (.2); DRAFT MEMORANDUM TO R. GRAY AND S. HENRY RE: "COMFORT LETTER" REQUESTED BY B. RATNER (.2); DRAFT CORRESPONDENCE TO B. RATNER RE: INTERPRETATION OF PRIOR AFCO ORDER (.3); REVIEW CORRESPONDENCE FROM M. FELDMAN RE: CONFIDENTIALITY AGREEMENT WITH POTENTIAL EXIT LENDER (.1); DRAFT CORRESPONDENCE TO M. BARR RE: AFCO (.1); DRAFT CORRESPONDENCE TO J. HELFAT RE: AFCO (.1); DRAFT CORRESPONDENCE TO E. ESCAMILLA RE: AFCO (.1); REVIEW AFCO PREMIUM FINANCE AGREEMENT (.3); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. RATNER RE: REQUESTS (.2); TELECONFERENCE WITH D. BITTER RE: AFCO (.1). |
| SAMBUR K | 05/09/06 | 0.20 | PREPARE DISTRIBUTION OF SIGNATURE PAGES TO AON FROM SURETY AGREEMENT (.2). |
| NECKLES PJ | 05/10/06 | 0.80 | DRAFT E-MAILS RE: FINANCING STATUS WITH A. MARGOLIS, T. BOYDELL, W. SCHWARTZ, AND J. KEMPF (.8). |
| BOYDELL T | 05/10/06 | 1.20 | REVIEW RIDER ON ASSIGNMENT OF ASSUMED REAL PROPERTY LEASES (.2); CONFERENCE CALL WITH F. HUFFARD RE: EXIT FINANCING (.2); REVIEW REVISED BUSINESS PLAN (.4); START REVIEW OF FINANCIAL FORECAST (.4). |
| GRAY RW | 05/10/06 | 0.30 | REVIEW MEMORANDUM FROM P. NECKLES RE: EXIT LENDING TIMETABLE AND TELECONFERENCE WITH J. BAKER RE: SAME (.1); REVIEW MEMORANDUM FROM J. BAKER TO BANKING AND REAL ESTATE TEAMS RE: EXIT LENDING TIMETABLE (.1); DRAFT FURTHER MEMORANDUM TO J. BAKER RE: COLLATERAL ASSIGNMENT PROVISION IN PLAN (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

KEMPF J          05/10/06      0.40   CALLING SMITH GAMBRELL AND EMAILING
                                      W. SCHWARTZ RE: LEASE REVIEW PROCESS
                                      FOR EXIT FACILITY (.2); REVIEWING
                                      TEAM CORRESPONDENCE FROM A. MARGOLIS
                                      AND J. PAOLI RE: THE STATUS OF LOCAL
                                      COUNSEL'S LEASE REVIEW AND THE TIMING
                                      OF THE BANKRUPTCY EXIT AND DILIGENCE
                                      DEADLINES (.2).

RAVIN AS         05/10/06      0.80   TELECONFERENCE WITH M. MADSEN RE:
                                      AFCO AGREEMENT (.1); TELECONFERENCE
                                      WITH D. BITTER RE: AFCO AGREEMENT,
                                      DRAFT MULTIPLE CORRESPONDENCE TO AND
                                      REVIEW MULTIPLE CORRESPONDENCE FROM
                                      SAME RE: SAME (.2); REVIEW AND REVISE
                                      CORRESPONDENCE TO E. ESCAMILLA RE:
                                      AFCO, DRAFT MEMORANDUM TO S. HENRY
                                      RE: SAME (.1); REVIEW MULTIPLE
                                      CORRESPONDENCE FROM AND DRAFT
                                      MULTIPLE CORRESPONDENCE TO L. MANDEL
                                      RE: AFCO (.2); REVIEW AND REVISE
                                      CORRESPONDENCE TO M. BARR, E.
                                      ESCAMILLA AND D. FIORILO RE: AFCO
                                      (.1); TELECONFERENCE WITH B. RATNER
                                      RE: AFCO AGREEMENT (.1).

BOYDELL T        05/11/06      0.60   CONTINUE REVIEW OF FINANCIAL FORECAST
                                      (.6).

KEMPF J          05/11/06      0.30   EMAILING WITH W. SCHWARTZ ABOUT
                                      LEASES REVIEW FOR EXIT FACILITY (.2);
                                      EMAILING WITH DOUG STANFORD AT SMITH
                                      GAMBRELL ABOUT LEASE REVIEW AS PART
                                      OF THE EXIT FINANCING DILIGENCE (.1).

BOYDELL T        05/12/06      0.40   CONTINUE COLLATERAL ANALYSIS (.4).

RAVIN AS         05/15/06      0.60   DRAFT STATUS CORRESPONDENCE TO D.
                                      BITTER RE: AFCO (.1); DRAFT
                                      CORRESPONDENCE TO AND REVIEW
                                      CORRESPONDENCE FROM L. MANDEL RE:
                                      AFCO (.1); DRAFT CORRESPONDENCE TO S.
                                      KAROL RE: AFCO (.1); DRAFT
                                      CORRESPONDENCE TO D. FIORILO RE: AFCO
                                      STATUS, DRAFT CORRESPONDENCE TO E.
                                      ESCAMILLA RE: AFCO (.1); CONFERENCE
                                      WITH S. MARWAN RE: STATUS ISSUES
                                      RELATED TO AFCO (.1); REVIEW
                                      CORRESPONDENCE FROM S. MARWAN RE:
                                      STATUS ISSUES RELATED TO AFCO, REVIEW
                                      CORRESPONDENCE FROM S. KAROL RE: SAME
                                      (.1).

GRAY RW          05/16/06      0.10   REVIEW MEMORANDUM FROM AND
                                      TELECONFERENCE WITH A. RAVIN RE:
                                      COMMITTEE POSITION ON AFCO (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/16/06 | 1.30 | REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO J. CRATELLA RE: AFCO STATUS (.2); DRAFT MULTIPLE CORRESPONDENCE TO D. BITTER AND M. MADSEN RE: AFCO STATUS (.2); MULTIPLE TELEPHONE CONFERENCES WITH D. BITTER AND M. SALEM RE: AFCO STATUS (.3); MULTIPLE TELEPHONE CONFERENCES WITH D. BITTER RE: AFCO STATUS (.2); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO L. MANDEL RE: AFCO STATUS (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. SALEM RE: AFCO (.2); TELEPHONE CONFERENCES (VOICEMAILS) WITH M. MADSEN RE: AFCO (.1). |
| TURETSKY DM | 05/16/06 | 0.20 | FURTHER RESEARCH RE: ISSUES CONCERNING AFCO FINANCING (.1); E-MAIL TO A. RAVIN CONCERNING AFCO-RELATED ISSUES (.1). |
| RAVIN AS | 05/17/06 | 0.70 | TELECONFERENCE (VM) WITH E. ESCAMILLA RE: AFCO, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM SAME RE: SAME (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM L. MANDEL RE: AFCO (.1); DRAFT CORRESPONDENCE TO M. MADSEN AND D. BITTER RE: AFCO (.1); TELECONFERENCE WITH B. RATNER RE: AFCO (.1); DRAFT MEMORANDUM TO R. GRAY AND S. HENRY RE: COMMITTEE'S COMMENTS RE: AFCO FINANCING (.3). |
| SCHWARTZ WL | 05/18/06 | 1.30 | REVIEW CORRESPONDENCE FROM A. RAVIN RE: ISSUE OF REJECTION OF ASSIGNED LEASES (.4); CONFERENCE WITH J. O'RORKE RE: ASSIGNMENT OF LEASE ISSUES (.3); EMAIL MEMORANDUM TO A. RAVIN (.3); CONFERENCE WITH A. RAVIN RE: ASSIGNMENT OF LEASES FOR EXIT FACILITY (.3). |
| RAVIN AS | 05/18/06 | 0.30 | DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM B. RATNER RE: AFCO STATUS (.2); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM M. MADSEN AND D. BITTER RE: AFCO STATUS (.1). |
| BAKER DJ | 05/19/06 | 0.70 | REVIEW LATEST DIP FINANCING SUMMARY (.7). |
| BAKER DJ | 05/23/06 | 0.40 | REVIEW EXIT FINANCING SUMMARIES (.4). |
| NECKLES PJ | 05/23/06 | 0.90 | PREPARE AND DISTRIBUTE E-MAIL TO J. KEMPF, W. SCHWARTZ, T. BOYDELL AND J. BAKER RE: STATUS OF REAL ESTATE DUE DILIGENCE FOR EXIT FACILITY (.9). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SCHWARTZ WL | 05/23/06 | 0.40 | REVIEW CORRESPONDENCE FROM J. KEMPF AND P. NECKLES RE: REAL ESTATE DUE DILIGENCE FILES FOR EXIT FACILITY (.4). |
| BOYDELL T | 05/23/06 | 0.20 | REVIEW EMAIL RE: EXIT FINANCING AND STATUS FROM P. NECKLES FOR EXIT FACILITY (.2). |
| GRAY RW | 05/23/06 | 0.10 | EXCHANGE EMAILS WITH A. MARGOLIS RE: TIMING ON REAL ESTATE LEASE PROJECT FOR EXIT FACILITY AND REVIEW FOLLOW UP EMAIL EXCHANGE FROM P. NECKLES ET AL. (.1). |
| MARGOLIS A | 05/23/06 | 0.10 | EMAIL CORRESPONDENCE WITH P. NECKLES AND J. KEMPF RE: REVIEW OF LEASE FILES FOR EXIT FACILITY (.1). |
| KEMPF J | 05/23/06 | 0.80 | EMAILING A. MARGOLIS ABOUT REVIEW OF SG'S LEASE ABSTRACTS FOR EXIT FINANCING (.1); DISCUSSING NUMBER AND DEPTH OF SG'S REVIEW OF WINN LEASES FOR EXIT FINANCING (.1); CORRESPONDING WITH P. NECKLES, W. SCHWARTZ, A. MARGOLIS, J. BAKER, T. BOYDELL, AND A. RAVIN ABOUT SCOPE OF SMITH GAMBRELL'S REVIEW OF WINN LEASES FOR EXIT FACILITY (.5); COMMUNICATING WITH DOUG STANFORD AT SMITH GAMBRELL ABOUT PROGRESS OF SG'S LEASE REVIEW FOR EXIT FINANCING (.1). |
| NECKLES PJ | 05/24/06 | 0.50 | CONFERENCES WITH A. MARGOLIS AND T. BOYDELL RE: EXIT FINANCING (.1); DRAFT E-MAILS RE: TIMING OF MOTION FOR APPROVAL OF EXIT FINANCING (.4). |
| SCHWARTZ WL | 05/24/06 | 0.20 | CORRESPONDENCE FROM J. KEMPF AND T. BOYDELL RE: REAL ESTATE DUE DILIGENCE AND EXIT FINANCING (.2). |
| BOYDELL T | 05/24/06 | 2.20 | DISCUSS MOTION FOR FEES AND INDEMNITIES WITH A. MARGOLIS AND P. NECKLES (.1); TELECONFERENCE WITH F. HUFFARD WITH A. MARGOLIS RE: SCHEDULE OF EXIT AND MOTION (.1); TELECONFERENCE WITH J. O'CONNELL RE: EXIT PROPOSAL AND MOTION TO PAY FEES AND INDEMNITIES (.2); START REVIEW OF 13 UPDATED DRAFT EXIT LENDER PROPOSALS (1.8). |
| GRAY RW | 05/24/06 | 0.20 | REVIEW MEMORANDUM FROM J. OCONNELL RE: EXIT LENDING PROPOSALS AND DRAFT MEMORANDUM TO A. MARGOLIS RE: TIMING ON MOTION FOR FEES AND COSTS (.1); FOLLOW UP EMAIL EXCHANGE WITH A. MARGOLIS RE: MOTION ISSUES (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| MARGOLIS A | 05/24/06 | 0.20 | TELECONFERENCE WITH P. NECKLES AND T. BOYDELL RE: MOTION FOR APPROVAL OF DUE DILIGENCE EXPENSES FOR EXIT FINANCING (.1); TELECONFERENCE WITH R. GRAY RE: TIMING OF MOTION FOR APPROVAL OF DUE DILIGENCE EXPENSES FOR EXIT FINANCING (.1). |
| KEMPF J | 05/24/06 | 0.10 | COMMUNICATING WITH DOUG STANFORD AT SMITH GAMBRELL ABOUT THE NUMBER AND TYPE OF LEASES HIS FIRM IS REVIEWING, AS WELL AS THE PROGRESS OF THEIR REVIEW FOR EXIT FINANCING (.1). |
| RAVIN AS | 05/24/06 | 0.10 | REVIEW CORRESPONDENCE FROM M. BARKER RE: AFCO STATUS, DRAFT CORRESPONDENCE TO M. MADSEN RE: SAME (.1). |
| BOYDELL T | 05/25/06 | 2.00 | COORDINATE ANALYSIS OF WACHOVIA COMMITMENT LETTER (.4); CONTINUE REVIEW OF 13 UPDATED PROPOSAL LETTERS (1.6). |
| KEMPF J | 05/25/06 | 0.20 | COMMUNICATING WITH T. BOYDELL ABOUT STEPS FOR REVIEWING SMITH GAMBRELL LEASE FILES FOR EXIT FINANCING (.2). |
| BOYDELL T | 05/26/06 | 3.30 | CONTINUE REVIEWING 13 UPDATED PROPOSAL LETTERS FROM POTENTIAL EXIT LENDERS (3.2); REVIEW EMAIL STATUS ON REAL ESTATE DUE DILIGENCE (.1). |
| MARGOLIS A | 05/26/06 | 0.10 | TELECONFERENCE WITH J. POST RE: SCHEDULED HEARING DATES (.1). |
| KEMPF J | 05/26/06 | 0.80 | REVIEWING LEASE BINDER FROM SMITH GAMBRELL (.8). |
| RAVIN AS | 05/26/06 | 0.50 | TELECONFERENCE WITH B. RATNER RE: AFCO (.2); DRAFT CORRESPONDENCE TO D. BITTER AND M. MADSEN RE: AFCO, REVIEW CORRESPONDENCE FROM D. BITTER RE: SAME (.2); DRAFT CORRESPONDENCE TO B. RATNER RE: AFCO STATUS (.1). |
| RAVIN AS | 05/27/06 | 0.10 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO M. MADSEN RE: AFCO (.1). |
| LAMAINA KA | 05/29/06 | 2.30 | REVIEW FINANCING CLAIMS FILED (2.3). |
| BOYDELL T | 05/30/06 | 4.40 | CONTINUE REVIEWING 14 UPDATED BANK PROPOSALS (4.4). |
| GRAY RW | 05/30/06 | 0.10 | TELECONFERENCE WITH A. MARGOLIS RE: EXIT LENDING STATUS AND ISSUES (.1). |
| MARGOLIS A | 05/30/06 | 0.20 | TELECONFERENCES WITH J. O'CONNOLL RE: EXIT FINANCING (.1); TELECONFERENCE WITH R. GRAY RE: EXIT FINANCING (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SCHWARTZ WL | 05/31/06 | 0.50 | CONFERENCE WITH J. KEMPF RE: EXIT FINANCING DUE DILIGENCE (.2); REVIEW BLACKSTONE MATERIALS RE: BANK PROPOSALS (.3). |
| BOYDELL T | 05/31/06 | 4.00 | FINISH REVIEWING 14 UPDATED BANK PROPOSALS (2.8); REVIEW BLACKSTONE'S EVALUATION OF EXIT PROPOSALS (.7); CONFERENCE CALL WITH BLACKSTONE AND BANKRUPTCY AND REAL ESTATE ATTORNEYS RE: BANKRUPTCY STATUS AND EXIT MATTERS (.5). |
| MARGOLIS A | 05/31/06 | 2.70 | REVIEW BLACKSTONE SUMMARY OF EXIT FINANCING PROPOSALS (.4); RESEARCH 1146(C) ISSUES RE: EXIT FINANCING (1.8); CONFERENCE CALL RE: EXIT FINANCING PROPOSALS WITH J. O'CONNOLL (BLACKSTONE), K. HARDEE (COMPANY), J. BAKER, D. NADLER, T. BOYDELL, J. KEMPF (.5). |
| KEMPF J | 05/31/06 | 1.60 | CORRESPONDING WITH WALLY SCHWARTZ AND DAVID NAGLER ABOUT TOPICS FOR THE TELECONFERENCE (.2); REVIEWING LENDER PROPOSAL PRIOR TO TELECONFERENCE (.2); MEETING WITH A. MARGOLIS, D. NAGLER, AND T. BOYDELL AND CALLING WINN-DIXIE AND BLACKSTONE TO DISCUSS STATUS OF EXIT FINANCING PROCESS AND HOW TO STRUCTURE REAL ESTATE PORTIONS OF THE DEAL (.5); SUMMARIZING MEETING AND OUTLINING REMAINING REAL ESTATE ISSUES FOR WALLY SCHWARTZ (.7). |
| RAVIN AS | 05/31/06 | 0.50 | REVIEW COMPARISON OF EXIT FACILITY PROPOSALS AND MEMO FROM P. NECKLES RE: SAME (.2); REVIEW CORRESPONDENCE FROM M. MADSEN RE: AFCO, REVIEW CORRESPONDENCE FROM K. ENGER RE: SAME (.1); TELECONFERENCE WITH B. RATNER RE: AFCO, DRAFT CORRESPONDENCE TO SAME RE: SAME (.2). |

**MATTER TOTAL**                          <u>51.70</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                           Bill Date: 06/02/06
Insurance                                               Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 05/02/06 | 0.50 | REVIEW A NUMBER OF EMAILS BETWEEN D. BITTER AND A. RAVIN RE: AON STATUS (.5). |
| FELD SR | 05/03/06 | 1.60 | CONTINUE TO ANALYZE INSURANCE PROOF OF CLAIMS (.7); REVIEW CASELAW RE: PRIORITY OF WORKERS' COMP. PREMIUMS UNDER 507(A)(5) (.5); RESEARCH ADMIN STATUS OF INSURANCE CLAIMS (.4). |
| HENRY S | 05/04/06 | 4.80 | ANALYSIS OF CLASSIFICATION AND TREATMENT ISSUES WITH RESPECT TO INSURANCE CLAIMS AND APPROPRIATE TREATMENT OF SUCH CLAIMS UNDER A PLAN OF REORGANIZATION (1.5); DISCUSS 502(E)(1)(B) MEMORANDUM WITH K. SAMBUR (.2); ASSIGN CLAIMS ANALYSIS TO K. LAMAINA (.2); TELECONFERENCE WITH R. GRAY RE: ISSUES AND GENERAL PLAN TIMETABLE (.2); TELECONFERENCE WITH D. BITTER RE: OUTSTANDING BONDS (.1); REVIEW SPREADSHEET RE: OUTSTANDING BONDS (.4); REVIEW BOND SCHEDULE (.4); ANALYSIS OF ISSUES RE: TREATMENT OF BONDS IN REORGANIZATION PLAN (1.8). |
| FELD SR | 05/08/06 | 2.80 | TELECONFERENCE WITH T. WILLIAMS RE: WORKERS COMPENSATION INSURANCE (.1); TELECONFERENCE WITH K. ROMEO RE: WORKER'S COMPENSATION SURETY BONDS (.2); ANALYZE INSURANCE CLAIMS (1.2); REVIEW CHART RE: INSURANCE CLAIMS (.2); REVIEW MEMORANDUM RE: 502(E)(I)(B) CLAIMS (1.1). |
| LAMAINA KA | 05/08/06 | 0.70 | TELECONFERENCE S. FELD ON INSURANCE CLAIMS AND TELECONFERENCE TO J. LEAMY TO OBTAIN RELEVANT MATERIALS (.6); REVIEW MEMORANDUM FROM D. BITTER ON WEDNESDAY CONFERENCE ON INSURANCE (.1). |
| LAMAINA KA | 05/09/06 | 4.50 | REVIEW INSURANCE CLAIMS IN CASE FOR TELECONFERENCE WITH D. BITTER (4.5). |
| FELD SR | 05/10/06 | 0.40 | REVIEW PROOF OF CLAIMS RE: SURETY AND INSURANCE CLAIMS (.2); TELECONFERENCE WITH D. BITTER RE: INSURANCE CLAIMS (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| LAMAINA KA | 05/10/06 | 6.00 | CONTINUE REVIEW OF OBLIGEE BOND CLAIMS TO CATEGORIZE SAME (4.1); PREPARE FOR TELECONFERENCE WITH D. BITTER ON INSURANCE CLAIMS STATUS (.7); ATTEND TELECONFERENCE WITH D. BITTER ON INSURANCE CLAIMS STATUS (.5); TELECONFERENCE LOGAN AND CO. RE CLAIMS AND REC SHEETS (.7). |
| FELD SR | 05/12/06 | 0.50 | REVIEW VARIOUS EMAILS AND CHARTS RELATING TO INSURANCE CLAIMS AND POLICIES (.5). |
| GRAY RW | 05/15/06 | 0.20 | REVIEW CORRESPONDENCE FROM MANIER AND HEROD FOR LIBERTY RE: SURETY BOND ISSUES (.2). |
| LAMAINA KA | 05/15/06 | 5.20 | REVIEW MEMORANDUM FROM E. LANE ON PREPETITION INSURANCE CONTRACTS (.5); CONTINUE REVIEW OF 28 CLAIMS RE: SURETY AND INSURANCE (4.7). |
| FELD SR | 05/16/06 | 0.10 | REVIEW STATUS OF INSURANCE CLAIM REVIEW (.1). |
| FELD SR | 05/17/06 | 0.90 | CONTINUE TO ANALYZE INSURANCE AND SURETY CLAIM (.9). |
| FELD SR | 05/23/06 | 0.50 | CONTINUE ANALYZING INSURANCE AND SURETY CLAIMS (.5). |
| LAMAINA KA | 05/25/06 | 2.60 | REVISE D. BITTER INSURANCE SCHEDULE WITH UPDATES FROM LOGAN AND CLAIMS INFORMATION (2.6). |
| FELD SR | 05/26/06 | 0.10 | REVIEW STATUS OF INSURANCE CLAIM ANALYSIS (.1). |
| FELD SR | 05/31/06 | 2.70 | REVIEW AND ANALYZE POC'S BACKED BY SURETY BONDS (1.9); REVIEW 502(E)(1)(B) MEMO (.8). |

**MATTER TOTAL**                     <u>34.10</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
Investigations and Reviews                                       Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 05/01/06 | 1.60 | REVIEW INTERVIEW SUMMARIES RELATED TO INVESTIGATION BEING PERFORMED BY MILBANK (1.6). |
| KELLER KM | 05/01/06 | 4.00 | REVIEW AND REVISE UCC INTERVIEW MEMORANDA (3.5); REVIEW AND ADDRESS UCC DOCUMENT PRODUCTION ISSUES (.5). |
| BAKER DJ | 05/02/06 | 1.80 | FURTHER ANALYSIS OF SUMMARIES OF INTERVIEWS FROM MILBANK INVESTIGATION (1.8). |
| KELLER KM | 05/02/06 | 3.50 | PREPARE FOR AND PARTICIPATE IN A. BARAGONA AND T. CHRICHTON UCC TELEPHONIC INTERVIEW (3.0); TELECONFERENCE WITH T. CHRICHTON RE: TAX PROTEST (.5). |
| GRAY RW | 05/03/06 | 0.30 | REVIEW SUMMARIES OF MILBANK INTERVIEWS (.3). |
| KELLER KM | 05/03/06 | 1.50 | ADDRESS OUTSTANDING UCC DOCUMENT REQUESTS (1.5). |
| BAKER DJ | 05/04/06 | 0.70 | CONTINUE REVIEW OF ISSUES RELATED TO ONGOING MILBANK INVESTIGATION (.7). |
| KELLER KM | 05/04/06 | 2.30 | ADDRESS OUTSTANDING UCC DOCUMENT REQUESTS (2.0); TELECONFERENCE WITH JOHN MACDONALD RE: UCC DOCUMENT REQUESTS (.3). |
| KELLER KM | 05/05/06 | 0.30 | DEVELOP UCC INTERVIEW SCHEDULING (.3). |
| BAKER DJ | 05/08/06 | 1.20 | REVIEW INTERVIEW SUMMARIES RELATED TO COMMITTEE INVESTIGATION BEING CONDUCTED BY MILBANK (1.2). |
| KELLER KM | 05/08/06 | 1.30 | PREPARE FOR AND PARTICIPATE IN UCC TELEPHONIC INTERVIEW OF M. BYRUM (1.3). |
| BAKER DJ | 05/09/06 | 1.80 | CONTINUE REVIEW OF LATEST INTERVIEW SUMMARIES FROM MILBANK INVESTIGATION (1.8). |
| KELLER KM | 05/09/06 | 4.00 | TELEPHONE CONFERENCES WITH J. CASTLE AND M. BYRUM RE: STATUS OF UCC INVESTIGATION (.5); REVIEW STATUS OF UCC INTERVIEWS AND OUTLINE OUTSTANDING ISSUES (3.5). |
| BAKER DJ | 05/10/06 | 0.30 | TELECONFERENCE WITH J. CASTLE AND K. KELLER REGARDING INVESTIGATION STATUS (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KELLER KM | 05/10/06 | 1.50 | PREPARE FOR AND PARTICIPATE IN UCC INTERVIEW OF K. HARDEE (1.2); TELECONFERENCE WITH J. CASTLE AND J. BAKER RE: STATUS OF UCC INVESTIGATION (.3). |
| GRAY RW | 05/11/06 | 0.10 | DRAFT MEMORANDUM TO K. KELLER RE: RETIREE INTERVIEW ISSUES AND REVIEW REPLY (.1). |
| KELLER KM | 05/11/06 | 1.30 | ANALYZE OUTSTANDING UCC DOCUMENT PRODUCTION ISSUES (1.3). |
| KELLER KM | 05/12/06 | 0.30 | TELECONFERENCE WITH SABRINA CLORFEINE AND DERRICK TALERICO RE: STATUS OF UCC INVESTIGATION (.3). |
| GRAY RW | 05/16/06 | 0.10 | REVIEW UPDATE MEMORANDUM FROM K. KELLER RE: MILBANK INVESTIGATION (.1). |
| KELLER KM | 05/16/06 | 1.00 | PREPARE FOR AND PARTICIPATE IN UCC TELEPHONIC INTERVIEW OF T. STOREY (1.0). |
| KELLER KM | 05/18/06 | 1.00 | RESPOND TO OUTSTANDING UCC DOCUMENT PRODUCTION REQUESTS (1.0). |
| KELLER KM | 05/19/06 | 1.00 | RESPOND TO UCC OUTSTANDING DOCUMENT PRODUCTION REQUESTS (1.0). |
| KELLER KM | 05/22/06 | 0.80 | PREPARE FOR AND PARTICIPATE IN UCC TELEPHONIC INTERVIEW OF RICK MCCOOK (.6); ANALYZE UCC OUTSTANDING DISCOVERY MATTERS (.2). |
| KELLER KM | 05/23/06 | 0.20 | ANALYZE OUTSTANDING UCC DOCUMENT PRODUCTION MATTERS (.2). |
| PIROLO I | 05/23/06 | 0.20 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (.2). |
| KELLER KM | 05/25/06 | 1.70 | WORK ON UCC INTERVIEW SCHEDULING (.2); PREPARE FOR AND PARTICIPATE IN UCC TELEPHONIC INTERVIEW OF M. BYRUM (1.5). |
| KELLER KM | 05/26/06 | 0.80 | RECEIPT AND REVIEW OF DOCUMENTS IN RESPONSE TO UCC DOCUMENT PRODUCTION REQUESTS AND FORWARD SAME TO UCC COUNSEL (.8). |
| KELLER KM | 05/30/06 | 1.50 | DRAFT MEMORANDUM FROM M. BYRUM INTERVIEW (1.5). |
| PIROLO I | 05/30/06 | 4.50 | ASSIST WITH ASSEMBLY OF DOCUMENT PRODUCTION (.2); ASSEMBLE FOR ATTORNEY REVIEW THE UCC MEMORANDA BINDERS (4.3). |
| KELLER KM | 05/31/06 | 0.40 | TELECONFERENCE WITH D. TALERICO RE: UCC DRAFT REPORT (.2); PREPARE FINALIZING UCC INTERVIEW MEMORANDA FOR DISTRIBUTION (.2). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| PIROLO I | 05/31/06 | 6.20 | ASSEMBLE FOR ATTORNEY REVIEW THE UCC INVESTIGATIONS MEMORANDA BINDERS (6.2). |

**MATTER TOTAL**                          <u>**47.20**</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/02/06
Leases (Real Property)                                 Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 05/01/06 | 0.80 | REVIEW MEMO FROM A. RAVIN RE: CURE ISSUE (.1); REVIEW MEMO FROM A. RAVIN RE: STORE 260 (.1); REVIEW MEMO FROM A. RAVIN RE: RHODES OBJECTION (.1); REVIEW MEMO FROM A. RAVIN RE: MAY 19 ASSUMPTION LIST (.1); REVIEW MEMO FROM C. JACKSON RE: ASSUMPTION (.1); CONFERENCE WITH A. RAVIN RE: MILIGALIM ISSUES (.3). |
| GRAY RW | 05/01/06 | 0.10 | REVIEW LANDLORD MOTION TO COMPEL CURE PAYMENT AND EXCHANGE EMAILS WITH A. RAVIN RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/01/06          5.90   DRAFT MULTIPLE CORRESPONDENCE TO B.
                                           GASTON RE: CURE AMOUNT CALCULATION
                                           RE: STORE 1335, REVIEW MULTIPLE
                                           CORRESPONDENCE FROM SAME RE: SAME
                                           (.2); REVIEW PRIOR CORRESPONDENCE
                                           FROM F. BURSTEIN RE: STORE 1335 CURE
                                           AMOUNT, DRAFT CORRESPONDENCE TO K.
                                           DAW RE: SAME (.2); REVIEW
                                           CORRESPONDENCE FROM L. MCSHANE RE:
                                           STORE 1335 CURE AMOUNT, REVIEW
                                           SPREADSHEET RE: SAME (.1); REVIEW
                                           PLEADINGS FILED IN BUEHLERS INCLUDING
                                           MOTION OF LIQUIDATING U.S. TRUSTEE TO
                                           CLARIFY DISTRIBUTION DATE (.2);
                                           REVIEW PLAN OF REORGANIZATION IN
                                           BUEHLERS TO DETERMINE ADMIN CLAIM BAR
                                           DATE (.2); TELECONFERENCE (VM) WITH
                                           R. WILLIAMSON RE: STATUS OF RHODES
                                           CLAIMS OBJECTION, DRAFT
                                           CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM SAME RE: SAME
                                           (.2); DRAFT MULTIPLE CORRESPONDENCE
                                           TO C. JACKSON RE: MAY 19TH ASSUMPTION
                                           MOTION, REVIEW CORRESPONDENCE FROM
                                           SAME RE: SAME (.2); MULTIPLE
                                           TELEPHONE CONFERENCES WITH J.
                                           SCHAFERMAN RE: STORE 997 REJECTION
                                           MOTION (.1); REVIEW MOTION AND LEASE
                                           RE: STORE 997, DRAFT CORRESPONDENCE
                                           TO C. JACKSON RE: SAME (.2); REVIEW
                                           AND REVISE SUPPLEMENTAL CERTIFICATE
                                           OF SERVICE RE: LEASE TERMINATION
                                           AGREEMENT ORDER (.2); REVIEW
                                           CORRESPONDENCE FROM AND DRAFT
                                           CORRESPONDENCE TO B. GASTON RE: THREE
                                           365(D)(4) ORDERS (.2); TELECONFERENCE
                                           WITH M. CHLEBOVEC RE: 365(D)(4)
                                           ORDERS (.2); DRAFT CORRESPONDENCE TO
                                           M. CHLEBOVEC RE: 365(D)(4) (.1);
                                           LEGAL RESEARCH RE: RELATIONSHIP
                                           BETWEEN MITIGATION OBLIGATIONS AND
                                           502(B)(6) CAP (2.0); CONFERENCE WITH
                                           S. HENRY RE: MITIGATION OBLIGATIONS
                                           (.3); REVIEW CORRESPONDENCE AND
                                           SPREADSHEET FROM B. GASTON RE: STORES
                                           TARGETED FOR MOTION TO ASSUME/REJECT
                                           BY MAY 19TH (.2); REVIEW CORDER
                                           MOTION TO COMPEL PAYMENT OF CURE
                                           AMOUNTS (.3); REVIEW AND ANALYZE FILE
                                           RE: PRIOR CORRESPONDENCE RE: CORDER
                                           MOTION (.3); TELECONFERENCE WITH B.
                                           GASTON RE: STATUS OF ARTESIA CLAIM,
                                           STORE 997 REJECTION, ADA ISSUE RE:
                                           STORE 211, AND REJECTION MOTION RE:
                                           STORE 1096 (.4); TELECONFERENCE WITH
                                           B. GASTON RE: CORDER (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HENRY S            05/02/06            3.50    CONFERENCE CALL WITH S. KAROL, D.
                                               GASTON, A. RAVIN, J. CASTLE, LOGAN
                                               RE: CALCULATION OF MITIGATION CLAIM
                                               (.6); FOLLOW UP CONFERENCE WITH A.
                                               RAVIN (.2); REVIEW AND REVISE
                                               MEMORANDUM ON MITIGATION (.8); MEET
                                               WITH RAVIN RE: MITIGATION (.1);
                                               TELECONFERENCE WITH J. CASTLE AND A.
                                               RAVIN RE: REJECTION CLAIMS (.1);
                                               REVIEW AND REVISE DRAFT MEMO RE:
                                               MITIGATION (.8); REVIEW NUMEROUS
                                               EMAILS, ORGANIZING FOLLOW UP
                                               TELECONFERENCE RE: MITIGATION (.5);
                                               REVIEW MEMO RE: ST. LOUIS CURE
                                               OBLIGATION (.2); ADDITIONAL
                                               CONFERENCE WITH A. RAVIN RE:
                                               MEMORANDUM ON MITIGATION (.2).

GRAY RW            05/02/06            1.10    REVIEW CORDER MOTION TO COMPEL (.1);
                                               TELECONFERENCE WITH A. RAVIN RE:
                                               CORDER MOTION ISSUES/HANDLING (.1);
                                               TELECONFERENCE WITH C. JACKSON AND E.
                                               SCHULE RE: LANDLORD ATTORNEY FEES
                                               (.2); TELECONFERENCE WITH C. JACKSON
                                               RE: LANDLORD VOTING ISSUE (.1);
                                               REVIEW MEMORANDUM FROM A. RAVIN AND
                                               PROPOSED MEMORANDUM FROM C. JACKSON
                                               TO CLIENT RE: STRATEGY ON LEASE
                                               ASSUMPTION VIS A VIS VOTING CONCERN
                                               (.2); CONFER WITH A. RAVIN RE:
                                               CHANGES TO CLIENT MEMORANDUM (.2);
                                               REVIEW AND COMMENT ON REVISED CLIENT
                                               MEMORANDUM (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/02/06 | 8.40 | REVIEW CORDER MOTION TO COMPEL PAYMENT OF CURE AND UNDERLYING CORRESPONDENCE RE: SAME (.3); DRAFT MEMORANDUM TO R. GRAY RE: PAYMENT TO CURE, CONFERENCE WITH R. GRAY RE: SAME (.1); DRAFT CORRESPONDENCE TO C. JACKSON RE: PAYMENT TO CURE (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: LEASE FOR STORE 1335, REVIEW CORRESPONDENCE FROM SAME RE: SAME AND FROM C. VITEK RE: SAME (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. IBOLD AND K. DAW RE: LEASE FOR STORE 1335 (.3); DRAFT CORRESPONDENCE TO D. THERIOT RE: LEASE FOR STORE 1335 (.3); TELECONFERENCE WITH J. CASTLE, S. HENRY, J. LEAMY, S. KAROL, B. GASTON, K. LOGAN AND E. POLLACK RE: REJECTION CLAIMS (.6); FOLLOW UP CONFERENCE WITH S. HENRY RE: REJECTION CLAIMS (.2); REVIEW REVISED VERSION OF CHART FROM B. GASTON RE: MAY 19TH LEASE ASSUMPTIONS/REJECTIONS (.2); DRAFT MEMORANDUM TO MANAGEMENT RE: MITIGATION/REJECTION DAMAGE ISSUE (3.6); LEGAL RESEARCH RE: MITIGATION/REJECTION DAMAGE ISSUE (.6); CONFERENCE WITH J. JENGO RE: MITIGATION/REJECTION DAMAGE ISSUE (.6); TELECONFERENCE WITH C. JACKSON, C. IBOLD AND S. KAROL RE: 365(D)(4) ORDER (.3); REVIEW CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. JACKSON RE: DRAFT E-MAIL ADDRESSING LEASE ASSUMPTION EFFECTIVE DATES (.6); CONFERENCES WITH R. GRAY RE: LEASE ASSUMPTION DATE (.2); DRAFT MEMORANDUM TO S. KAROL AND B. GASTON RE: MITIGATION MEMORANDUM (.2); CONFERENCE WITH S. HENRY RE: MITIGATION MEMO (.1). |
| HENRY S | 05/03/06 | 0.80 | REVIEW REVISED MITIGATION MEMO (.7); CONFERENCE WITH A. RAVIN RE: SAME (.1). |
| GRAY RW | 05/03/06 | 2.10 | TELECONFERENCE WITH A. RAVIN RE: STORE 1335 CURE AMOUNT ISSUE AND REVIEW EMAIL EXCHANGE RE: SAME (.1); EXCHANGE EMAILS WITH C. JACKSON AND A. RAVIN RE: GUARANTEE ISSUE ON ASSIGNED LEASES (.2); REVIEW LEASE ASSUMPTION ORDER RE: GUARANTEE ISSUE AND EXCHANGE EMAILS WITH A. RAVIN RE: SAME (.2); REVIEW CASE LAW RE: ATTORNEYS FEES AS PART OF LANDLORD CLAIM UNDER DIFFERENT SCENARIOS (1.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            05/03/06        8.80   REVIEW CORRESPONDENCE FROM K. DAW RE:
                                          MITIGATION MEMORANDUM, DRAFT
                                          CORRESPONDENCE TO SAME RE: SAME (.1);
                                          REVIEW AND ANALYZE B. GASTON'S AND C.
                                          JACKSON'S COMMENTS TO MITIGATION
                                          MEMORANDUM (.4); MULTIPLE TELEPHONE
                                          CONFERENCES WITH B. GASTON RE:
                                          MITIGATION MEMO (.5); REVIEW AND
                                          REVISE MITIGATION MEMORANDUM (5.2);
                                          CONFERENCE WITH S. HENRY RE:
                                          MITIGATION MEMO (.1); DRAFT
                                          CORRESPONDENCE TO AND REVIEW
                                          CORRESPONDENCE FROM R. WILLIAMSON RE:
                                          RHODES (.1); CHECK BUEHLERS DOCKET
                                          RE: ENTRY OF ORDER APPROVING
                                          STIPULATION RE: CLAIMS (.1); REVIEW
                                          MULTIPLE CORRESPONDENCE FROM B.
                                          GASTON AND C. VITEK AND DRAFT
                                          CORRESPONDENCE TO SAME RE: LEASE
                                          TERMINATION AGREEMENT ORDERS (.2);
                                          REVIEW CORRESPONDENCE FROM D. THERIOT
                                          RE: STORE 1335, DRAFT CORRESPONDENCE
                                          TO C. IBOLD RE: SAME (.4); REVIEW
                                          CORRESPONDENCE FROM D. THERIOT RE:
                                          STORE 1335 (.2); DRAFT CORRESPONDENCE
                                          TO D. THERIOT RE: STORE 1335 (.3);
                                          CONFERENCE WITH R. GRAY RE: STORE
                                          1335 (.1); REVIEW AND REVISE
                                          SUPPLEMENTAL CERTIFICATES OF SERVICE
                                          FOR REJECTION MOTIONS (.2); REVIEW
                                          CORRESPONDENCE FROM C. JACKSON RE:
                                          GUARANTEE ISSUES, REVIEW MEMORANDUM
                                          FROM R. GRAY RE: SAME (.1); REVIEW
                                          SALE ORDERS IN CONNECTION WITH
                                          GUARANTEE ISSUES (.3); REVIEW
                                          CORRESPONDENCE AND CASE LAW FROM D.
                                          STANFORD RE: MITIGATION UNDER FLORIDA
                                          LAW (.4); DRAFT CORRESPONDENCE TO C.
                                          JACKSON RE: OMNIBUS ASSUMPTION MOTION
                                          (.1).

HENRY S             05/04/06        0.80   TELECONFERENCE WITH A. RAVIN AND
                                          WINN-DIXIE TEAM RE: MITIGATION MEMO
                                          (.2); REVIEW MEMO BY A. RAVIN RE:
                                          BUEHLERS' SETTLEMENT (.1); REVIEW
                                          DRAFT OF MITIGATION MEMO (.5).

GRAY RW             05/04/06        0.50   REVIEW AND COMMENT ON BUEHLERS
                                          ADMINISTRATIVE CLAIM APPLICATION
                                          (.3); EXCHANGE EMAILS WITH A. RAVIN
                                          RE: ATTORNEY FEE RULES FOR
                                          REJECTED/ASSUMED LEASES (.2).

KALOUDIS D          05/04/06        0.90   REVIEW SUBLEASES FOR STORES 1612,
                                          1645, AND 1618 (.8); SEND EMAIL TO H.
                                          WETZEL RE: INDIANA FILING INFORMATION
                                          (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            05/04/06        4.60   REVIEW LIST FORWARDED BY C. JACKSON
                                           RE: STORES SUBJECT OF MAY 19TH
                                           ASSUMPTION/REJECTION DEADLINE AND
                                           COMPARE TO PRIOR ORDERS (.3); DRAFT
                                           CORRESPONDENCE TO D. THERIOT RE:
                                           STORE 1335 RIGHT OF FIRST REFUSAL
                                           (.1); LEGAL RESEARCH RE: 365(D)(3)
                                           AND PAYMENT OF POSTPETITION ATTORNEY
                                           FEES (.6); REVIEW AND REVISE BUEHLERS
                                           ADMIN CLAIM MOTION (.3); PREPARE
                                           BUEHLERS LEASE EXHIBITS FOR FILING
                                           (.2); DRAFT CORRESPONDENCE TO J.
                                           CASTLE RE: BUEHLER LEASE EXHIBITS
                                           (.1); REVIEW AND REVISE
                                           MITIGATION/REJECTION DAMAGE
                                           MEMORANDUM (1.3); TELECONFERENCE WITH
                                           S. HENRY AND B. GASTON RE: MITIGATION
                                           MEMO (.2); DRAFT CORRESPONDENCE TO J.
                                           CASTLE RE: MITIGATION MEMO (.1);
                                           FOLLOW UP TELECONFERENCE WITH B.
                                           GASTON RE: MITIGATION MEMO (.1);
                                           DRAFT CORRESPONDENCE TO C. JACKSON
                                           RE: CORDER MOTION TO COMPEL (.1);
                                           REVIEW AND ANALYZE CORRESPONDENCE
                                           FROM C. JACKSON RE: BUEHLERS LEASE
                                           CLAIM STIPULATION, DRAFT MEMORANDUM
                                           TO R. GRAY RE: SAME, DRAFT
                                           CORRESPONDENCE TO C. JACKSON RE: SAME
                                           (.1); ANALYZE PRIOR RE: SUBLEASE
                                           MEMORANDUM, DRAFT MEMORANDUM TO R.
                                           GRAY RE: SAME, DRAFT CORRESPONDENCE
                                           TO C. JACKSON RE: SAME (.3); DRAFT
                                           CORRESPONDENCE TO L. MCDOWELL RE:
                                           BROOKSHIRES LEASE STATUS (.1);
                                           TELECONFERENCE WITH A. RAY RE: RHODES
                                           (.1); REVIEW BUEHLERS PLEADINGS FILED
                                           (.1); TELECONFERENCE WITH J. GRAHAM
                                           RE: ADMIN CLAIM BAR DATE IN BUEHLERS
                                           (.1); FOLLOW UP TELEPHONE CONFERENCES
                                           WITH B. GASTON RE: 502(B)(6) CLAIM
                                           AMOUNTS REFERENCED IN MITIGATION
                                           MEMORANDUM (.3); REVIEW AND REVISE
                                           MEMORANDUM RE: MITIGATION (.1).

KALOUDIS D         05/05/06        0.30   DRAFT EMAIL TO A.RAVIN RE: MOTIONS IN
                                           FLORIDA (.1); DRAFT EMAIL TO C.
                                           MILLER RE: BUEHLER SERVICE (.1);
                                           TELECONFERENCE TO C. MILLER RE:
                                           BUEHLER SERVICE (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| RAVIN AS | 05/05/06 | 1.60 | REVIEW AND REVISE LEASE REJECTION MITIGATION MEMORANDUM BASED UPON COMMENTS RECEIVED FROM B. GASTON (.7); DRAFT CORRESPONDENCE TO J. CASTLE RE: LEASE REJECTION MITIGATION MEMORANDUM (.1); LEGAL RESEARCH RE: ATTORNEYS FEES ARISING UNDER LEASES (.2); DRAFT CORRESPONDENCE TO C. JACKSON AND E. SCHULE RE: ATTORNEYS FEES ARISING UNDER LEASES, REVIEW CORRESPONDENCE FROM E. SCHULE RE: SAME (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: ATTORNEYS FEES ARISING UNDER LEASES (.2); REVIEW PLEADINGS SERVED IN BUEHLERS (.1); REVIEW BUEHLERS PLEADINGS FILED (.1); REVIEW FUEL CENTER LEASE REJECTION MOTION (.1). |
| HENRY S | 05/08/06 | 0.40 | TELECONFERENCE WITH E. POLLACK, J. CASTLE, A. RAVIN AND B. GASTON RE: REJECTION DAMAGE MITIGATION MEMORANDUM (.3); FOLLOW UP CONFERENCE WITH A. RAVIN RE: MITIGATION MEMO (.1). |
| GRAY RW | 05/08/06 | 0.40 | TELECONFERENCE WITH A. RAVIN RE: CONTINGENT LEASE GUARANTEES UNDER PREPETITION ASSIGNMENTS (.1); DRAFT MEMORANDUM TO A. RAVIN RE: HANDLING OF LEASE GUARANTEES IN POSTPETITION SALES PER DISCUSSION WITH C. JACKSON (.1); REVIEW REVISIONS TO LEASE MITIGATION MEMORANDUM (.2). |

D 08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS            05/08/06        5.30    DRAFT MULTIPLE CORRESPONDENCE TO AND
                                            REVIEW CORRESPONDENCE FROM J. GRAHAM
                                            RE: STATUS OF ORDER APPROVING
                                            BUEHLERS LEASE CLAIM STIPULATION
                                            (.2); REVIEW ORDER RE: REJECTION OF
                                            LEASE TERMINATION AGREEMENTS, DRAFT
                                            CORRESPONDENCE TO K. LOGAN RE: SAME
                                            (.1); REVIEW CORRESPONDENCE FROM C.
                                            JACKSON RE: ORDER RE: REJECTION OF
                                            LEASE TERMINATION AGREEMENTS (.1);
                                            REVIEW UNDERLYING CORRESPONDENCE
                                            RELATED TO 502(B)(6) ISSUES FOR LEASE
                                            TERMINATION AGREEMENT, DRAFT TO B.
                                            GASTON RE: SAME (.3); REVIEW AND
                                            ANALYZE CONTINGENT LEASE GUARANTEE
                                            SPREADSHEET AND PRIOR CORRESPONDENCE
                                            RE: SAME (.8); CONFERENCE WITH R.
                                            GRAY RE: STRATEGY FOR DEALING WITH
                                            GUARANTEED LEASES (.1); LEGAL
                                            RESEARCH RE: PERFORMANCE GUARANTEES
                                            FOR LEASES (.8); REVIEW REJECTION
                                            DAMAGE MITIGATION MEMORANDUM IN
                                            ADVANCE OF FOLLOW UP CALL WITH
                                            COMPANY (.2); TELECONFERENCE WITH J.
                                            CASTLE, E. POLLACK, D. YOUNG, B.
                                            GASTON AND S. HENRY RE: REJECTION
                                            DAMAGE MITIGATION MEMORANDUM (.3);
                                            FOLLOW UP CONFERENCE WITH S. HENRY
                                            RE: REJECTION DAMAGE MITIGATION
                                            MEMORANDUM (.1); REVIEW AND REVISE
                                            REJECTION DAMAGE MITIGATION
                                            MEMORANDUM (.8); REVIEW DJM RETENTION
                                            APPLICATION RE: CONTEMPLATED
                                            MITIGATION EFFORTS (.2); CONFERENCES
                                            WITH D. TURETSKY RE: DJM RETENTION
                                            APPLICATION RE: CONTEMPLATED
                                            MITIGATION EFFORTS (.1); DRAFT
                                            CORRESPONDENCE TO J. CASTLE RE:
                                            REJECTION DAMAGE MITIGATION
                                            MEMORANDUM (.1); DRAFT
                                            INTERROGATORIES AND DOCUMENT REQUESTS
                                            TO BE USED IN CONNECTION WITH
                                            MITIGATION/REJECTION DAMAGE STRATEGY
                                            (.8); REVIEW CORRESPONDENCE FROM AND
                                            DRAFT CORRESPONDENCE TO B. GASTON RE:
                                            REJECTION MOTION FOR STORE 1419 (.1);
                                            REVIEW ADMIN CLAIM APPLICATION STATUS
                                            (.2).

TURETSKY DM         05/08/06        0.50    RESEARCH AND ANALYSIS RE: SCOPE OF
                                            DJM'S EMPLOYMENT RESPONSIBILITIES IN
                                            CONNECTION WITH POTENTIAL NEW PROJECT
                                            (.4); MEETING WITH A. RAVIN RE: SCOPE
                                            OF DJM'S EMPLOYMENT RESPONSIBILITIES
                                            IN CONNECTION WITH POTENTIAL NEW
                                            PROJECT  (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/09/06 | 2.70 | TELECONFERENCE WITH B. GASTON RE: REJECTION OF NEW ORLEANS LEASES (.1); REVIEW AND REVISE MITIGATION/ LEASE REJECTION DAMAGE MEMORANDUM (.3); ANALYZE CONTINGENT GUARANTEE ISSUE WITH RESPECT TO BROOKSHIRE LEASES (.2); DRAFT CORRESPONDENCE TO E. LANE RE: NOTICING RELATED TO GUARANTEE CLAIMS (.1); DRAFT LEASE GUARANTEE REJECTION MOTION AND CORRESPONDING PROPOSED FORM OF ORDER (1.8); REVIEW AND ANALYZE MEMORANDUM FROM K. SAMBUR RE: PRE-PETITION ASSIGNMENT OF LEASES AND POTENTIAL "REJECTION" OF RELATED LEASES, GUARANTEES AND ASSIGNMENTS (.2). |
| SAMBUR K | 05/09/06 | 6.60 | BEGIN TO RESEARCH CASE LAW RE: EXECUTORY NATURE OF LEASE GUARANTEE AND ASSIGNMENTS (6.6). |
| RAVIN AS | 05/10/06 | 0.50 | DRAFT CORRESPONDENCE TO J. CASTLE RE: LEASE REJECTION MITIGATION MEMORANDUM (.1); TELECONFERENCE WITH J. MILTON AND D. AULABAUGH RE: STORE 1419 REJECTION MOTION (.1); DRAFT CORRESPONDENCE TO B. GATSON RE: STORE 1419 REJECTION MOTION (.2); TELECONFERENCE WITH B. GASTON RE: STORE 1419 REJECTION MOTION (.1). |
| GRAY RW | 05/11/06 | 0.40 | DRAFT MEMORANDUM TO C. JACKSON RE: STATUS OF RECOMMENDATION ON LEASE ASSUMPTION STRATEGY (.1); REVIEW AND COMMENT ON DRAFT ASSUMPTION MOTION (.2); TELECONFERENCE WITH A. RAVIN RE: 365(D)(4) ISSUES (.1). |
| RAVIN AS | 05/11/06 | 1.30 | REVIEW CLAIMS PLEADING FILED IN BUEHLERS (.1); REVIEW CORRESPONDENCE FROM E. LANE RE: SERVICE ISSUES RELATED TO GUARANTEES/ASSIGNED STORES (.1); REVIEW MEMORANDUM FROM R. GRAY RE: OMNIBUS ASSUMPTION ISSUE, REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME (.1); REVIEW AND REVISE OMNIBUS ASSUMPTION MOTION (.8); CONFERENCES WITH R. GRAY RE: ISSUES RE: OMNIBUS ASSUMPTION MOTION (.1); DRAFT MEMORANDUM TO C. JACKSON RE: OMNIBUS ASSUMPTION MOTION (.1). |
| HENRY S | 05/12/06 | 0.10 | REVIEW MEMO FROM R. GRAY RE: CURE ISSUES AND RESPOND THERETO (.1). |
| GRAY RW | 05/12/06 | 0.10 | DRAFT MEMORANDUM TO A. RAVIN AND S. HENRY RE: LANDLORD CURE ISSUES AND REVIEW REPLIES (.1). |
| KALOUDIS D | 05/12/06 | 0.30 | REVIEW EMAIL FROM A.RAVIN RE: ORDER APPROVING THE STIPULATION WITH BUEHLERS (.3). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/12/06 | 0.70 | REVIEW ORDER RE: BUEHLERS LEASE CLAIM STIPULATION (.1); DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM D. YOUNG RE: BUEHLERS LEASE CLAIM STIPULATION (.1); REVIEW AND REVISE BUEHLERS ADMIN CLAIM MOTION (.1); DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM J. CASTLE RE: BUEHLERS ADMIN CLAIM MOTION (.1); REVIEW MEMORANDUM FROM AND DRAFT MEMORANDUM TO J. LEAMY RE: LANDLORD CURE ISSUES (.1); REVIEW CORRESPONDENCE FROM J. CASTLE RE: OMNIBUS ASSUMPTION MOTION (.1); REVIEW ADMIN CLAIM BAR DATE MOTION RE: BUEHLERS (.1). |
| HENRY S | 05/15/06 | 0.20 | CONFERENCE WITH A. RAVIN RE: ASSUMPTION MOTION ISSUES (.2). |
| GRAY RW | 05/15/06 | 0.10 | EMAILS AND TELECONFERENCE WITH A. RAVIN RE: LEASE ASSUMPTION MOTION ISSUE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/15/06          3.30    REVIEW MULTIPLE CORRESPONDENCE FROM
                                            AND DRAFT CORRESPONDENCE TO K. DAW
                                            AND C. JACKSON RE: CONTINUATION OF
                                            HEARING RE: STORE 1419 REJECTION
                                            MOTION, DRAFT  MEMORANDUM TO J.
                                            WETZEL RE: SAME (.1); DRAFT
                                            CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM J. CASTLE RE:
                                            LEASE REJECTION MITIGATION MEMORANDUM
                                            (.1); REVIEW STORE 1096 REJECTION
                                            MOTION AND PROPOSED ORDER (.2);
                                            CONFERENCE WITH J. LEAMY RE: LEASE
                                            TERMINATION AGREEMENTS (.2); REVIEW
                                            STIPULATION RE: DOWNTOWN TWO LEASE
                                            CLAIMS (.1); TELECONFERENCE WITH J.
                                            MILTON RE: STORE 1419 REJECTION
                                            MOTION, DRAFT CORRESPONDENCE TO AND
                                            REVIEW CORRESPONDENCE FROM C. JACKSON
                                            RE: SAME (.2); TELECONFERENCE WITH C.
                                            JACKSON AND S. KAROL RE: OMNIBUS
                                            LEASE ASSUMPTIONS (.8); CONFERENCE
                                            WITH S. HENRY RE: OMNIBUS ASSUMPTION
                                            MOTION ISSUES (.2); REVIEW
                                            CORRESPONDENCE FROM S. KAROL RE:
                                            ASSIGNED LEASES, DRAFT MEMORANDUM TO
                                            K. SAMBUR RE: SAME (.1); DRAFT
                                            MULTIPLE LENGTHY CORRESPONDENCE TO C.
                                            JACKSON RE: OMNIBUS ASSUMPTION MOTION
                                            (.6) REVIEW PRIOR 365(D)(4) ORDERS
                                            RE: OMNIBUS ASSUMPTION MOTION (.2);
                                            REVIEW CORRESPONDENCE FROM AND DRAFT
                                            CORRESPONDENCE TO J. KUHNS RE: CAM
                                            FOR NORTH POINT VILLAGE, DRAFT
                                            CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM B. GASTON RE:
                                            SAME (.1); REVIEW AND REVISE OMNIBUS
                                            ASSUMPTION MOTION (.3); DRAFT
                                            CORRESPONDENCE TO C. JACKSON RE:
                                            OMNIBUS ASSUMPTION MOTION (.1).

GRAY RW           05/16/06          0.10    REVIEW AND PROVIDE COMMENTS ON LEASE
                                            REJECTION ORDER (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/16/06 | 2.80 | REVIEW CORRESPONDENCE FROM R. GRAY RE: PROPOSED ORDER REJECTING LEASES FOR ADDITIONAL STORES, REVIEW CORRESPONDENCE FROM E. SCHULE RE: SAME (.1); REVIEW CORRESPONDENCE FROM J. KUHNS RE: NORTH PORT CAM ISSUE, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GASTON RE: SAME (.1); REVIEW CORRESPONDENCE FROM B. GASTON RE: STORE 1361 (.1); DRAFT LENGTHY CORRESPONDENCE TO C. IBOLD RE: ASSIGNED LEASE/GUARANTEE REJECTION STRATEGY (1.2); REVIEW AND DRAFT FOLLOW UP CORRESPONDENCE TO AND FROM K. DAW RE: ASSIGNED LEASE/GUARANTEE REJECTION STRATEGY (.2); ANALYZE AND REVIEW MULTIPLE FOLLOW UP CORRESPONDENCE FROM AND DRAFT FOLLOW UP CORRESPONDENCE TO C. IBOLD RE: ASSIGNED LEASE/GUARANTEE REJECTION STRATEGY (.5); DRAFT MEMORANDA  TO AND REVIEW AND ANALYZE MEMORANDA FROM K. SAMBUR RE: ASSIGNED LEASE/GUARANTEE REJECTION STRATEGY (.3); REVIEW AND REVISE ORDER REJECTING ADDITIONAL STORES, DRAFT CORRESPONDENCE TO E. SCHULE RE: SAME (.3). |
| GRAY RW | 05/17/06 | 0.10 | TELECONFERENCE WITH C. JACKSON AND A. RAVIN RE: OMNIBUS ASSUMPTION MOTION (.1). |
| KALOUDIS D | 05/17/06 | 0.80 | RESEARCH SERVICE ISSUES RE: BUEHLER ADMIN CLAIM MOTION (.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/17/06          2.20   DRAFT CORRESPONDENCE TO C. JACKSON
                                           RE: LEASE ISSUES INCLUDING STORE 260
                                           (.1); REVIEW CORRESPONDENCE FROM C.
                                           IBOLD RE: ASSIGNMENT LEASE REJECTION
                                           ISSUE, DRAFT CORRESPONDENCE TO M.
                                           CHLEBOVEC RE: SAME (.1); MULTIPLE
                                           TELECONFERENCE WITH M. CHLEBOVEC RE:
                                           ASSIGNED GUARANTEE LEASES AND
                                           SUBLEASES (.8); REVIEW SUBLEASE CHART
                                           FROM M. CHLEBOVEC, REVIEW AND REVISE
                                           SAME, DRAFT CORRESPONDENCE TO SAME
                                           RE: SAME (.1); REVIEW AND REVISE
                                           OMNIBUS ASSUMPTION MOTION, DRAFT
                                           CORRESPONDENCE TO C. JACKSON RE: SAME
                                           (.4); REVIEW CORRESPONDENCE FROM B.
                                           GASTON AND K. NIEL RE: NORTH PORT
                                           VILLAGE CAM (.1); TELECONFERENCE (VM)
                                           WITH J. KUHNS RE: NORTH PORT VILLAGE
                                           CAM, DRAFT CORRESPONDENCE TO AND
                                           REVIEW CORRESPONDENCE FROM SAME RE:
                                           SAME (.1); DRAFT MULTIPLE
                                           CORRESPONDENCE TO AND REVIEW
                                           CORRESPONDENCE FROM K. NIEL RE: NORTH
                                           PORT VILLAGE CAM (.1); TELECONFERENCE
                                           WITH B. GASTON RE: OPEN LEASE ISSUES
                                           INCLUDING STORE 1361 AND MITIGATION
                                           (.2); REVIEW SAMPLE MITIGATION
                                           DISCOVERY REQUESTS RECEIVED FROM B.
                                           GASTON (.1); TELECONFERENCE WITH C.
                                           JACKSON AND R. GRAY RE: OMNIBUS
                                           ASSUMPTION MOTION (.1).

HENRY S           05/18/06          0.20   REVIEW MEMO FROM R. GRAY RE:
                                           REJECTION DEADLINE (.1);
                                           TELECONFERENCE R. GRAY RE: VOTING
                                           ISSUE RELATED TO REJECTION CLAIMS
                                           (.1).

GRAY RW           05/18/06          0.80   REVIEW MEMORANDUM FROM B. GASTON RE:
                                           RECONCILIATION DEADLINE FOR REJECTION
                                           CLAIMS AND DRAFT MEMORANDUM TO S.
                                           HENRY AND A. RAVIN TO COORDINATE
                                           (.1); DRAFT RESPONSE TO B. GASTON
                                           (.1); TELECONFERENCE WITH S. HENRY
                                           RE: VOTING ISSUE ON REJECTION CLAIMS
                                           (.1); REVIEW AND PROVIDE COMMENTS ON
                                           REVISED MITIGATION MEMORANDUM (.4);
                                           TELECONFERENCE WITH A. RAVIN RE:
                                           ISSUES ON MITIGATION PROCESS (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/18/06 | 4.10 | DRAFT CORRESPONDENCE TO M. CHLEBOVEC AND B. GASTON RE: SERVICE OF OMNIBUS ASSUMPTION MOTION AND INFORMATION NEEDED FOR SAME, DRAFT MEMORANDUM TO R. GRAY RE: SAME (.1); DRAFT MEMORANDUM TO R. GRAY RE: PROPOSED MODIFICATION TO OMNIBUS ASSUMPTION MOTION (.1); DRAFT MEMORANDA TO C. JACKSON RE: PROPOSED MODIFICATION TO OMNIBUS ASSUMPTION MOTION (.2); DRAFT MEMORANDA TO W. SCHWARTZ RE: REJECTION/ASSIGNEE ISSUE (.4); REVIEW AND ANALYZE RESPONSES OF W. SCHWARTZ RE: REJECTION/ASSIGNEE ISSUE (.3); MULTIPLE CONFERENCES WITH K. SAMBUR RE: REJECTION/ASSIGNEE ISSUE (.7); REVIEW COMMENTS TO MITIGATION MEMORANDUM RECEIVED FROM J. CASTLE (.2); REVIEW AND REVISE AND FINALIZE MITIGATION MEMORANDUM (.6); TELECONFERENCE WITH R. GRAY RE: COMMENTS TO MITIGATION MEMORANDUM (.1); FINALIZE BUEHLERS ADMIN CLAIM MOTION FOR FILING (.7); CONFERENCE WITH H. WETZEL RE: ISSUES RE: SERVICE OF BUEHLERS ADMIN CLAIM MOTION (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO K. NIEL RE: CLAIMS FOR LEASE FOR STORE 662 (.1); DRAFT CORRESPONDENCE TO J. KUHNS RE: CLAIMS FOR LEASE FOR STORE 662 (.1); TELECONFERENCE WITH C. JACKSON RE: OMNIBUS ASSUMPTION MOTION (.2); REVIEW AND REVISE REVISED OMNIBUS ASSUMPTION MOTION (.2). |
| SAMBUR K | 05/18/06 | 0.70 | DISCUSS PRE-PETITION ASSIGNMENT LEASE REJECTION STRATEGY AND EFFECT ON ASSIGNEE'S LEASEHOLD ESTATES WITH A. RAVIN (.7). |
| BAKER DJ | 05/19/06 | 0.20 | REVIEW LEASE REJECTION ORDER (.2). |
| HENRY S | 05/19/06 | 0.80 | TELECONFERENCE WITH J. CASTLE, B. GASTON AND A. RAVIN RE: LEASE OBJECTIONS (.8). |
| GRAY RW | 05/19/06 | 0.70 | REVIEW MEMORANDA FROM C. JACKSON AND COMMENTS FROM M. COMERFORD RE: ASSUMPTION MOTION (.1); TELECONFERENCE WITH A. RAVIN RE: M. COMERFORD COMMENTS (.1); CONFERENCE CALL WITH C. JACKSON, M. COMERFORD AND M. BARR RE: ASSUMPTION MOTION ISSUES (.3); FOLLOW UP CONFERENCE CALL WITH C. JACKSON, M. COMERFORD AND M. BARR TO DISCUSS ASSUMPTION ISSUES (.2). |
| KALOUDIS D | 05/19/06 | 1.00 | CALL WITH BUEHLER COUNSEL RE: SERVICE (.2); DRAFT EMAIL TO CHERYL BUEHLER CONTACT RE: SERVICE (.2); REVIEW ADMIN MOTION FOR FILING (.6). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS        05/19/06        4.50   DRAFT CORRESPONDENCE TO C. JACKSON
                                       RE: COMMENTS TO REVISED OMNIBUS
                                       ASSUMPTION MOTION (.1); REVIEW AND
                                       REVISE PROPOSED ORDER FOR OMNIBUS
                                       ASSUMPTION MOTION, DRAFT
                                       CORRESPONDENCE TO AND REVIEW
                                       CORRESPONDENCE FROM T. COPELAND RE:
                                       SAME (.2); REVIEW MEMORANDUM FROM AND
                                       DRAFT MEMORANDUM TO D. KALOUDIS RE:
                                       BUEHLERS SERVICE ISSUES RE: ADMIN
                                       CLAIM MOTION (.1); REVIEW AND REVISE
                                       ASSIGNED LEASE GUARANTEE REJECTION
                                       MOTION AND CORRESPONDING PROPOSED
                                       ORDER (.6); REVIEW LEASE DOCUMENTS
                                       FOR LOCATION NUMBERS 1361 AND 1385
                                       (.4); DRAFT CORRESPONDENCE TO AND
                                       REVIEW CORRESPONDENCE FROM B. GASTON
                                       RE: BROOKSHIRES ASSIGNMENT (.1);
                                       DRAFT, REVIEW AND REVISE MITIGATION
                                       DISCOVERY REQUESTS (.7); FINALIZE
                                       BUEHLERS ADMIN LEASE CLAIM MOTION FOR
                                       FILING (.4); ANALYZE AND ADDRESS
                                       FILING ISSUES RE: BUEHLERS ADMIN
                                       LEASE CLAIM MOTION (.7); REVIEW AND
                                       ANALYZE MILBANK'S COMMENTS TO OMNIBUS
                                       ASSUMPTION MOTION AND CORRESPONDING
                                       PROPOSED ORDER (.1); CONFERENCE WITH
                                       R. GRAY RE: MILBANK'S COMMENTS TO
                                       OMNIBUS ASSUMPTION MOTION AND
                                       CORRESPONDING PROPOSED ORDER (.1);
                                       TELECONFERENCE WITH B. GASTON, J.
                                       CASTLE AND S. HENRY RE: MITIGATION
                                       ISSUES (.8); DRAFT CORRESPONDENCE TO
                                       J. GRAHAM RE: WITHDRAWAL OF BUEHLERS'
                                       CLAIMS OBJECTION (.1); REVIEW
                                       CORRESPONDENCE FROM AND DRAFT
                                       CORRESPONDENCE TO D. WANDER RE:
                                       OMNIBUS ASSUMPTION MOTION (.1).

RAVIN AS        05/20/06        1.60   REVIEW OMNIBUS ASSUMPTION MOTION AND
                                       REVIEW UNDERLYING E-MAILS AND PRIOR
                                       DRAFTS RE: SAME (.4); DRAFT MULTIPLE
                                       CORRESPONDENCE TO C. JACKSON AND T.
                                       COPELAND RE: OMNIBUS ASSUMPTION
                                       MOTION AND REVIEW MULTIPLE
                                       CORRESPONDENCE FROM SAME RE: SAME
                                       (.2); MULTIPLE TELEPHONE CONFERENCES
                                       WITH C. JACKSON RE: OMNIBUS
                                       ASSUMPTION MOTION (.3); REVIEW AND
                                       REVISE AMENDED OMNIBUS ASSUMPTION
                                       MOTION (.3); DRAFT MEMORANDA TO AND
                                       REVIEW MEMORANDA FROM R. GRAY RE:
                                       AMENDED OMNIBUS ASSUMPTION MOTION
                                       (.3); DRAFT CORRESPONDENCE TO D.
                                       WANDER RE: OMNIBUS ASSUMPTION MOTION
                                       (.1).

RAVIN AS        05/21/06        0.10   REVIEW MEMORANDUM FROM R. GRAY RE:
                                       MITIGATION LEASE STRATEGY (.1).

BAKER DJ        05/22/06        0.10   TELECONFERENCE WITH R. GRAY RE: LEASE
                                       REJECTION ISSUES (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 05/22/06 | 0.10 | REVIEW MEMORANDA RE: ASSUMPTION MOTION (.1). |
| GRAY RW | 05/22/06 | 0.30 | TELECONFERENCE AND EMAIL EXCHANGE WITH D. TURETSKY RE: MITIGATION PROJECT (.1); TELECONFERENCE WITH C. JACKSON AND A. RAVIN RE: LEASE ASSUMPTION ISSUE (.1); TELECONFERENCE WITH J. BAKER RE: LEASE ISSUE (.1). |
| RAVIN AS | 05/22/06 | 4.90 | REVIEW CORRESPONDENCE FROM M. COMERFORD RE: AMENDED OMNIBUS ASSUMPTION ORDER, REVIEW AMENDED ORDER (.1); REVIEW PROPOSED OMNIBUS ASSUMPTION ORDERS AND ANALYZE THEM IN CONNECTION WITH LEASE SPREADSHEET (.5); DRAFT CORRESPONDENCE TO CERTAIN MEMBERS OF BUEHLERS MASTER SERVICE LIST RE: UNDELIVERABLE SERVICE OF ADMIN CLAIM MOTION (.2); CONFERENCE WITH H. WETZEL RE: STRATEGY FOR ADDRESSING CERTAIN MEMBERS OF BUEHLERS MASTER SERVICE LIST RE: UNDELIVERABLE SERVICE OF ADMIN CLAIM MOTION (.1); CONFERENCE WITH D. TURETSKY RE: LEASE MITIGATION STRATEGY (.2); CONFERENCE WITH R. GRAY AND C. JACKSON RE: STRATEGY RE: OMNIBUS ASSUMPTION MOTION (.1); REVIEW AND REVISE ASSIGNED LEASE REJECTION MOTION AND PROPOSED ORDER (2.2); REVIEW AND ANALYZE CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: LEASE FOR STORE 2435, REVIEW AND ANALYZE UNDERLYING ASSIGNMENT (.2); REVIEW AND REVISE BUEHLERS ADMIN CLAIM MOTION CERTIFICATE OF SERVICE (.1); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. WANDER RE: CURE AMOUNT FOR STORE 260, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM B. GASTON AND M. CHLEBOVEC RE: SAME, REVIEW UNDERLYING PROOF OF CLAIM RE: SAME (.3); TELECONFERENCE WITH C. JACKSON RE: STORE 260 AND OMNIBUS ASSUMPTION MOTION (.1); REVIEW AND REVISE DISCOVERY REQUESTS RE: MITIGATION STRATEGY (.3); TELECONFERENCE WITH C. JACKSON RE: OMNIBUS ASSUMPTION STRATEGY (.1); REVIEW CORRESPONDENCE FROM J. SCHLOSSBERG RE: OMNIBUS ASSUMPTION MOTION, DRAFT MEMORANDUM TO S. HENRY RE: SAME (.2); DRAFT CORRESPONDENCE TO C. JACKSON RE: OMNIBUS ASSUMPTION MOTION (.1); REVIEW CORRESPONDENCE FORM S. HELD RE: AMOUNTS OWED RE: STORE 260, DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| SAMBUR K | 05/22/06 | 0.70 | DISCUSS EFFECT OF LEASE REJECTION ON ASSIGNEE'S RENTAL SUBSIDY (.3); REVIEW MOTION TO DISMISS RE: EVICTION OF A SUB-TENANT FOR CONSISTENCY WITH PRIOR RESEARCH (.4). |
|---|---|---|---|
| TURETSKY DM | 05/22/06 | 0.70 | REVIEW SKADDEN/X-ROADS MEMORANDUM RE: MITIGATION STRATEGY FOR LEASE REJECTION DAMAGE CLAIMS (.4); TELECONFERENCE WITH R. GRAY RE: MITIGATION STRATEGY FOR LEASE REJECTION DAMAGE CLAIMS (.1) MEETING WITH A. RAVIN RE: MITIGATION STRATEGY FOR LEASE REJECTION DAMAGE CLAIMS (.2). |
| HENRY S | 05/23/06 | 0.80 | REVIEW MEMORANDA RE: MITIGATION ISSUE IN PREPARATION FOR DISCUSSION WITH COMPANY (.8). |
| GRAY RW | 05/23/06 | 0.20 | TELECONFERENCE WITH C. JACKSON AND A. RAVIN RE: STAPLES TRANSACTION ISSUES (.1); REVIEW AND RESPOND TO MEMORANDA FROM A. RAVIN RE: RESPONSES TO LANDLORD ON ASSUMPTION MOTION ISSUES (.1). |
| RAVIN AS | 05/23/06 | 3.00 | REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO D. WANDER RE: CURE AMOUNT FOR STORE 260, DRAFT MULTIPLE CORRESPONDENCE TO AND REVIEW MULTIPLE CORRESPONDENCE FROM B. GASTON RE: SAME, REVIEW MULTIPLE CORRESPONDENCE FROM K. NIEL RE: SAME (.3); REVIEW AND REVISE MOTION TO REJECT LEASES ASSIGNED PREPETITION AND CORRESPONDING PROPOSED ORDER (.6); REVIEW AND REVISE DISCOVERY REQUESTS RE: MITIGATION STRATEGY (.6); TELECONFERENCE WITH J. POST RE: DISCOVERY REQUESTS RE: MITIGATION STRATEGY (.1); REVIEW SAMPLE INTERROGATORIES AND DOCUMENT REQUESTS FORWARDED BY J. POST IN CONNECTION WITH DRAFTING DISCOVERY REQUESTS RE: MITIGATION STRATEGY (.2); REVIEW MOTION RE: TERMINATION OF STAPLES LEASE (.1); TELECONFERENCE WITH R. GRAY AND C. JACKSON RE: MOTION RE: TERMINATION OF STAPLES LEASE (.1); TELECONFERENCE (VM) WITH M. HELD RE: LEASE INQUIRY (.1); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO D. THERIOT RE: CURE PAYMENT RE: LEASE FOR STORE 1335 (.2); DRAFT MEMORANDUM TO R. GRAY RE: CONDITIONAL ASSUMPTION (.1); REVIEW AND REVISE SUMMARY JUDGMENT MOTION RE: STORE 251 (.6). |
| SAMBUR K | 05/23/06 | 3.10 | RESEARCH CASE LAW RE: ABILITY TO ASSUME A LEASE CONDITIONED UPON CONFIRMATION (3.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HENRY S              05/24/06        0.10   REVIEW MEMO FROM A. RAVIN RE:
                                            PARTICULAR LEASE (.1).

GRAY RW              05/24/06        0.60   REVIEW AND COMMENT ON SUMMARY
                                            JUDGMENT BRIEF (.2); REVIEW AND
                                            COMMENT ON MOTION AND ORDER RE:
                                            REJECTION OF ASSIGNED LEASES (.4).

RAVIN AS            05/24/06        1.80   REVIEW MULTIPLE CORRESPONDENCE FROM
                                            AND DRAFT CORRESPONDENCE TO D. WANDER
                                            RE: STORE 260 (.1); TELECONFERENCE
                                            WITH C. JACKSON RE: OMNIBUS
                                            ASSUMPTION MOTION (.1); REVIEW
                                            CORRESPONDENCE FROM C. IBOLD RE:
                                            STORE 1335 (.1); REVIEW AND REVISE
                                            SUMMARY JUDGMENT MOTION RE: STORE 251
                                            (.2); DRAFT CORRESPONDENCE TO C.
                                            JACKSON RE: SUMMARY JUDGMENT MOTION
                                            RE: STORE 251 (.1); REVIEW AND
                                            ANALYZE CORRESPONDENCE FROM B. GASTON
                                            AND UNDERLYING AGREEMENT RE: STORE
                                            1096 (.2); TELECONFERENCE WITH B.
                                            GASTON RE: STORE 1096 (.1); DRAFT
                                            MEMORANDUM TO R. GRAY AND S. HENRY
                                            RE: STORE 1096 (.1); REVIEW FOLLOW UP
                                            CORRESPONDENCE FROM B. GASTON AND K.
                                            DAW RE: STORE 1096 (.1); REVIEW AND
                                            ANALYZE MEMORANDUM FROM K. SAMBUR RE:
                                            CONDITIONAL ASSUMPTION (.2); MULTIPLE
                                            TELEPHONE CONFERENCES WITH J. REZAC
                                            RE: STORES 1816 AND 482 (.2);
                                            TELEPHONE CONFERENCES WITH B. GASTON
                                            RE: STORES 1816 AND 482 (.2); REVIEW
                                            MEMORANDUM FROM AND DRAFT MEMORANDUM
                                            TO D. KALOUDIS RE: BUEHLERS (.1).

SAMBUR K            05/24/06        1.40   DRAFT E-MAIL TO A. RAVIN RE:
                                            CONDITIONAL LEASE ASSUMPTION (1.4).

HENRY S              05/25/06        0.20   CONFERENCE WITH A. RAVIN RE:
                                            PREPETITION ASSIGNMENT ISSUE (.2).

GRAY RW              05/25/06        0.10   TELECONFERENCE WITH A. RAVIN RE:
                                            ASSIGNED LEASE REJECTION MOTION (.1).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

RAVIN AS          05/25/06          2.90    REVIEW AND REVISE PREPETITION
                                            ASSIGNMENT REJECTION MOTION AND
                                            CORRESPONDING PROPOSED ORDER (.7);
                                            CONFERENCE WITH R. GRAY RE:
                                            PREPETITION ASSIGNMENT REJECTION
                                            MOTION AND CORRESPONDING PROPOSED
                                            ORDER (.1); CONFERENCE WITH S. HENRY
                                            RE: PREPETITION ASSIGNMENT REJECTION
                                            MOTION AND CORRESPONDING PROPOSED
                                            ORDER (.2); DRAFT MEMORANDUM TO C.
                                            IBOLD RE: PREPETITION ASSIGNMENT
                                            REJECTION MOTION AND CORRESPONDING
                                            PROPOSED ORDER AND RE: UNIQUE ISSUES
                                            PRESENTED BY STORE 2435 (.3); DRAFT
                                            CORRESPONDENCE TO AND REVIEW
                                            CORRESPONDENCE FROM D. THERIOT RE:
                                            STORE 1335, DRAFT CORRESPONDENCE TO
                                            C. IBOLD AND K. DAW RE: SAME (.2);
                                            REVIEW 365(D)(4) ORDER RE: STORE 1335
                                            (.2); REVIEW PRIOR CORRESPONDENCE RE:
                                            BROOKSHIRES (.2); DRAFT REJECTION
                                            MOTION AND PROPOSED ORDER RE:
                                            BROOKSHIRES SUBSIDY LEASE (1.0).

BAKER DJ          05/30/06          0.30    TELECONFERENCE WITH MIKE SARGEANT RE:
                                            POSSIBLE OFFER FOR LEASEHOLD INTEREST
                                            (.3).

GRAY RW           05/30/06          0.20    REVIEW AND PROVIDE PRELIMINARY
                                            COMMENTS ON DEERWOOD REJECTION MOTION
                                            (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/30/06 | 3.60 | TELECONFERENCE WITH C. JACKSON RE: ASSIGNED LEASE REJECTION MOTION, DRAFT CORRESPONDENCE TO SAME RE: SAME (.1); REVIEW AND REVISE ASSIGNED LEASE REJECTION MOTION AND CORRESPONDING PROPOSED ORDER (1.0); REVIEW AND REVISE BROOKSHIRES REJECTION MOTION AND CORRESPONDING PROPOSED ORDER, REVIEW UNDERLYING LEASE DOCUMENTS (.5); REVIEW AND REVISE DEERWOOD AREA REJECTION MOTION, DRAFT CORRESPONDENCE TO AND REVIEW CORRESPONDENCE FROM C. JACKSON RE: SAME, REVIEW MEMO FROM R. GRAY RE: SAME (.3); DRAFT CORRESPONDENCE TO J. GRAHAM RE: BUEHLERS REJECTION ORDER, REVIEW UNDERLYING CORRESPONDENCE RE: SAME (.1); TELECONFERENCE WITH M. SINGER OF CAVI DEVELOPERS RE: BOYNTON BEACH LOCATION (.2); DRAFT CORRESPONDENCE TO C. IBOLD RE: CAVI DEVELOPERS RE: BOYNTON BEACH LOCATION, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.2); TELECONFERENCE WITH B. GASTON RE: ASSIGNED LEASE REJECTION MOTION (.2); DRAFT CORRESPONDENCE TO C. IBOLD RE: ASSIGNED LEASE REJECTION MOTION (.1); REVIEW DEFAULT LETTER RE: STORE 1361, REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: SAME, REVISE ASSIGNED LEASE MOTION RE: SAME (.2); TELECONFERENCE WITH B. GASTON RE: E.W. JAMES ESCROW STATUS (.1); REVIEW CORRESPONDENCE AND UNDERLYING PLEADINGS AND AGREEMENTS FROM SAME RE: E.W. JAMES ESCROW STATUS, REVIEW CORRESPONDENCE FROM D. YOUNG RE: SAME (.4); REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: BUEHLERS (.1); REVIEW MEMO FROM AND DRAFT MEMO TO J. LEAMY RE: GOODINGS STATUS AND REVIEW PRIOR CORRESPONDENCE RE: SAME (.1). |
| HENRY S | 05/31/06 | 1.40 | REVIEW EMAILS RELATING TO SECURITY DEPOSIT ISSUE (.5); READ CASES RELATING TO SECURITY DEPOSIT ISSUE (.4); TELECONFERENCE WITH B. GASTON AND A. RAVIN RE: SECURITY DEPOSIT ISSUE (.1); MEET WITH A. RAVIN RE: SECURITY DEPOSIT ISSUE (.3); TELECONFERENCE WITH K. SAMBUR RE: SECURITY DEPOSIT ISSUE (.1). |
| GRAY RW | 05/31/06 | 0.10 | REVIEW MEMORANDUM FROM A. RAVIN AND REVISIONS TO ASSIGNED LEASE MOTION AND PROVIDE INPUT ON REVISIONS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| RAVIN AS | 05/31/06 | 3.60 | REVIEW AND REVISE ASSIGNED LEASE REJECTION MOTION BASED UPON COMMENTS RECEIEVED FROM S. BUSEY (.3); TELECONFERENCE WITH C. JACKSON RE: STORE 1096 REJECTION MOTION (.1); REVIEW MEMO FROM AND DRAFT MEMO TO R. GRAY RE: GUARANTEES, REVIEW MEMO FROM K. SAMBUR RE: SAME, REVIEW FILE RE: SAME (.2); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO C. JACKSON RE: STORE 188 AND MOTION TO ASSUME, REVIEW CORRESPONDENCE FROM AND DRAFT CORRESPONDENCE TO B. GASTON RE: SAME (.1); REVIEW MULTIPLE CORRESPONDENCE FROM B. GASTON RE: LEASE RELATED ISSUES INCLUDING SECURITY DEPOSIT ISSUE (.1); DRAFT CORRESPONDENCE TO B. GASTON RE: SERVICE ISSUES RELATED TO OMNIBUS ASSIGNED LEASE REJECTION MOTION, DRAFT MEMO TO H. WETZEL RE: SAME (.1); LEGAL RESEARCH RE: SECURITY DEPOSITS UNDER SUBLEASES (1.4); CONFERENCE WITH S. HENRY RE: SECURITY DEPOSIT ISSUE (.1); REVIEW NOTICE OF CONFIRMATION AND OTHER DEADLINES FILED IN RHODES (.1); REVIEW MULTIPLE CORRESPONDENCE FROM AND DRAFT MULTIPLE CORRESPONDENCE TO S. MAGADINO AND B. GASTON RE: STORE 1361 (.2); TELECONFERENCE WITH B. GATSON AND S. HENRY RE: SECURITY DEPOSITS UNDER SUBLEASES (.3); DRAFT CORRESPONDENCE TO B. GASTON RE: STORE 1816 (.1); REVIEW OBJECTION RE: STORE 488, DRAFT CORRESPONDENCE TO C. JACKSON RE: SAME (.1); REVIEW APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES RE: STORE # 1358 (.1); DRAFT REJECTION MOTION AND PROPOSED ORDER RE: STORE 188 (.3). |
| SAMBUR K | 05/31/06 | 4.20 | BEGIN TO RESEARCH CASE LAW RE: ABILITY OF DEBTOR TO SET-OFF AMOUNTS HELD AS SECURITY DEPOSIT UNDER A LEASE WITH NON-DEBTOR (4.1); CONFER WITH S. HENRY RE: SAME (.1). |
| **MATTER TOTAL** | | **118.20** | |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                        Bill Date: 06/02/06
Litigation (General)                                                 Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/19/06 | 0.20 | TELECONFERENCE WITH D. TURETSKY RE: SETTLEMENT OF INSURANCE LITIGATION (.1); TELECONFERENCE WITH J. CASTLE AND C. DICKINSON RE: SETTLEMENT APPROVAL (.1). |
| TURETSKY DM | 05/19/06 | 0.70 | TELECONFERENCES WITH C. DICKINSON RE: MARSH/XL INSURANCE LITIGATION (.1); TELECONFERENCE WITH R. GRAY RE: MARSH/XL INSURANCE LITIGATION (.1); RESEARCH IN CONNECTION WITH ISSUES RELATED TO POTENTIAL SETTLEMENT OF MARSH/XL INSURANCE LITIGATION (.2); DRAFT MEMORANDUM RE: ISSUES RELATED TO POTENTIAL SETTLEMENT OF MARSH/XL INSURANCE LITIGATION (.3). |
| TURETSKY DM | 05/22/06 | 0.10 | E-MAIL TO J. CASTLE AND C. DICKINSON RE: ISSUES RELATED TO POTENTIAL SETTLEMENT OF MARSH/XL INSURANCE LITIGATION (.1). |

**MATTER TOTAL**                                 **1.00**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                                    Bill Date: 06/02/06
**Nonworking Travel Time**                                           Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BARUSCH RC | 05/16/06 | 1.80 | TRAVEL TO/FROM NEW YORK FOR BAHAMAS AUCTION (3.6). |
| SALDANA A | 05/16/06 | 3.20 | TRAVEL TO NEW YORK (4.4); TRAVEL FROM NEW YORK TO WASHINGTON (2.0). |
| **MATTER TOTAL** | | **5.00** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
Regulatory and SEC Matters                                       Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/04/06 | 0.10 | EXCHANGE EMAILS WITH J. BAKER AND R. BARUSCH RE: SEC DISCLOSURES RE: STOCK (.1). |
| GRAY RW | 05/08/06 | 1.00 | REVIEW AND COMMENT ON 10-Q DRAFT (.8); REVIEW REVISED FORWARD LOOKING STATEMENT FOR 10-Q (.2). |
| GRAY RW | 05/09/06 | 0.20 | DRAFT MEMORANDUM TO C. NASS RE: COMMENTS ON 10-Q (.1); TELECONFERENCE WITH C. NASS RE: COMMENTS ON 10-Q (.1). |

**MATTER TOTAL**                          **1.30**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
Reorganization Plan / Plan Sponsors                             Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER DJ | 05/01/06 | 1.40 | CONTINUE REVIEW OF LATEST DRAFT OF PLAN OF REORGANIZATION (1.4). |
| HENRY S | 05/01/06 | 0.70 | REVIEW MEMO FROM K. SAMBUR RE: RELEASE OF BY-LAWS TO COMMITTEE (.1); MEMO TO M. DUSSINGER RE: PRODUCTION OF DOCUMENTS (.1); MEMO TO M. FRIEDMAN AND T. CALIFANO RE: 2004 REQUESTS (.1); REVIEW 2004 APPLICATION (.3); REVIEW EMAILS FROM M. FRIEDMAN AND T. CALIFANO RE: DOCUMENT REQUESTS (.1). |
| NECKLES PJ | 05/01/06 | 1.00 | DRAFT E-MAILS TO T. BOYDELL, J. PAOLI, W. SCHWARTZ, AND J. KEMPF RE: SUBSTANTIVE CONSOLIDATION SETTLEMENT (.5); REVIEW J. BAKER'S E-MAILS RE: SUBSTANTIVE CONSOLIDATION SETTLEMENT (.5). |
| GRAY RW | 05/01/06 | 0.20 | TELECONFERENCE WITH L. APPEL RE: TIMING ON MANAGEMENT INCENTIVE PLAN (.1); DRAFT MEMORANDUM TO J. BAKER RE: MANAGEMENT INCENTIVE PLAN ISSUES (.1). |
| SAMBUR K | 05/01/06 | 2.90 | PREPARE BY-LAWS AND CHARTER DOCUMENTS FOR DISTRIBUTION TO INDENTURE U.S. TRUSTEE AND AD HOC TRADE COMMITTEE (.8); DRAFT COVER LETTER FOR DISTRIBUTION OF BANK ACCOUNT INFORMATION AND INTERCOMPANY ASSET TRANSFERS (.3); CONTINUE TO EDIT SUBSTANTIVE CONSOLIDATION RESPONSE MEMORANDUM (1.8). |
| BAKER DJ | 05/02/06 | 1.30 | ANALYZE ISSUES RELATED TO PROPOSED RELEASES TO BE CONTAINED IN PLAN OF REORGANIZATION (1.3). |
| HENRY S | 05/02/06 | 5.70 | REVIEW EMAIL FROM T. CALIFANO RE: DOCUMENT PRODUCTION (.1); REVIEW ADDITIONAL MATERIAL PRODUCED TO AD HOC COMMITTEE (.1); REVIEW THE REVISED INFORMATION LOG PROVIDED BY M. DUSSINGER (.1); REVIEW ADDITIONAL MATERIALS SENT TO INDENTURE TRUSTEE (.2); ANALYSIS OF STATUTE AND CASE LAW RE: 502(E)(1)(B) ISSUE IN CONNECTION WITH CONTINGENT CLAIMS IN CLASS (4.2); TELECONFERENCE H. ETLIN AND K. SAMBUR RE: DELIVERY OF DOCUMENTS TO AD HOC COMMITTEE (.2); CONFERENCE CALL WITH T. CALIFANO, K. SAMBUR, M. DUSSINGER, H. ETLIN, FTI RE: AD HOC TRADERS DOCUMENT REQUEST (.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| FELD SR | 05/02/06 | 2.00 | RESEARCH PLAN CLASSIFICATION RE: SURETY AND INSURANCE CLAIMS (2.0). |
| GRAY RW | 05/02/06 | 0.40 | TELECONFERENCES AND EMAILS WITH K. SAMBUR RE: INFORMATION NEEDED ON AD HOC TRADE COMMITTEE MEMBERS (.2); TELECONFERENCE AND EMAIL WITH K. LOGAN RE: REPORT ON AD HOC COMMITTEE MEMBER CLAIMS (.1); TELECONFERENCE WITH S. HENRY RE: STATUS OF SUB CON SETTLEMENT DISCUSSIONS WITH AD HOC COMMITTEE (.1). |
| SAMBUR K | 05/02/06 | 8.70 | CONTINUE TO REVISE SUBSTANTIVE CONSOLIDATION RESPONSE (7.7); CONFERENCE CALL WITH H. ETLIN, M. DUSSINGER, D. VETRICELLI, F. REISS, T. CALIFANO AND S. HENRY RE: STATUS OF DOCUMENT REQUESTS (.8); CONFERENCE CALL WITH H. ETLIN AND S. HENRY RE: DOCUMENT DISTRIBUTION (.2). |
| BAKER DJ | 05/03/06 | 1.00 | CONFERENCE S. BUSEY, F. HUFFARD AND H. ETLIN RE: ISSUES RELATED TO PLAN OF REORGANIZATION (1.0). |
| HENRY S | 05/03/06 | 1.50 | ANALYSIS OF FACTS RELATING TO COMPOSITION AND HOLDINGS OF AD HOC VENDOR COMMITTEE (1.5). |
| FELD SR | 05/03/06 | 2.30 | RESEARCH PLAN ISSUES RE: CLASSIFICATION OF SURETY AND INSURANCE CLAIMS (2.3). |
| GRAY RW | 05/03/06 | 0.40 | REVIEW MEMORANDA FROM S. HENRY AND J. BAKER RE: AD HOC COMMITTEE POSITION ON SETTLEMENT (.1); TELECONFERENCE WITH K. LOGAN RE: AD HOC COMMITTEE CLAIM POSITIONS (.1); DRAFT MEMORANDUM TO S. HENRY AND K. SAMBUR RE: ASSUMPTIONS FOR POSITIONS REPORT (.1); FOLLOW UP EMAIL EXCHANGE WITH K. SAMBUR RE: POSITIONS REPORT (.1). |
| SAMBUR K | 05/03/06 | 9.60 | PREPARE DISTRIBUTIONS OF ADDITIONAL DOCUMENTS TO AD HOC COMMITTEE AND INDENTURE U.S. TRUSTEE (.6); CONTINUE REVISING SUBSTANTIVE CONSOLIDATION RESPONSE (6.9); REVIEW CASES IN ELEVENTH CIRCUIT RE: CONSOLIDATION (2.1). |
| BAKER DJ | 05/04/06 | 1.80 | TELECONFERENCE WITH M. BARR WITH RESPECT TO ISSUES RELATED TO PLAN OF REORGANIZATION (.4); TRANSMIT MEMORANDUM TO L. APPEL AND J. CASTLE RE: ISSUES RELATED TO PLAN DISCUSSIONS (.4); CONTINUE REVIEW OF RELEASE PROVISIONS (.8); CONFER WITH R. GRAY RE: COMMITTEE PLAN (.1); CONFERENCE WITH R. GRAY RE: PLAN/EMPLOYEE ISSUES (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 05/04/06 | 2.00 | REVIEW AND RESPOND TO EMAILS FROM T. CALIFANO RE: SUB CON PROPOSAL (.2); REVIEW MEMO FROM T. CALIFANO RE: TRADEMARK REGISTRATIONS (.2); CORRESPONDENCE WITH K. SAMBUR RE: INTELLECTUAL PROPERTY ISSUES (.2); FURTHER ANALYSIS RE: MSP/SRP CLAIMS (.1); REVIEW ADDITIONAL MATERIALS TO BE DELIVERED TO ADHOC COMMITTEE (.9); MEMO TO T. CALIFANO RE: EXCLUSIVITY AND PROPOSED MOTION (.4). |
| FELD SR | 05/04/06 | 3.10 | ANALYZE PLAN CLASSIFICATION ISSUES RE: SURETY AND INSURANCE CLAIMS (2.7); RESEARCH 502(E)(1)(B) ISSUES RE: SURETY (.4). |
| GRAY RW | 05/04/06 | 2.20 | REVIEW PLAN PROJECTS LIST/TIMETABLE IN PREPARATION FOR TELECONFERENCE SCHEDULED BY J. CASTLE (.3); REVIEW AD HOC COMMITTEE MEMBER CLAIMS REPORT AND PROVIDE INSTRUCTIONS FOR CHANGES TO SAME (.4); TELECONFERENCE WITH K. LOGAN RE: AD HOC CLAIMS REPORT (.1); REVIEW REVISED REPORT AND EXCHANGE EMAILS WITH B. CROCKER RE: CLARIFICATION (.2); REVIEW FINAL REPORT AND DRAFT MEMORANDUM TO K. SAMBUR RE: SAME (.2); TELECONFERENCE WITH J. BAKER RE: MSP/SRP ISSUES (.1); REVIEW PLAN DOCUMENTS RE: MSP/SRP ISSUES (.3); REVIEW SUB CON MATERIALS RE: MSP/SRP ISSUES (.2); DRAFT MEMORANDUM TO D. TURETSKY RE: RESEARCH ISSUES RELATING TO MSP/SRP TREATMENT (.3); CONFERENCE WITH J. BAKER RE: WORKING WITH MILBANK ON PLAN (.1). |
| LAMAINA KA | 05/04/06 | 0.40 | REVIEW STATUS OF PLAN (.4). |
| SAMBUR K | 05/04/06 | 11.80 | CONTINUE TO PREPARE RESPONSE TO AD HOC COMMITTEES MOTION FOR SUBSTANTIVE CONSOLIDATION (11.8). |
| HENRY S | 05/05/06 | 0.90 | REVIEW SCHEDULES OF HOLDINGS OF AD HOC TRADERS (.7); TELECONFERENCE WITH K. SAMBUR RE: STATUS OF DELIVERIES TO CONSTITUENTS (.2). |
| GRAY RW | 05/05/06 | 2.70 | REVISE/SUPPLEMENT PLAN TO DEAL WITH VARIOUS CONTRACT/LEASE ISSUES (1.6); CONFERENCE CALL WITH J. CASTLE AND J. OCONNELL RE: PLAN TIMETABLE ISSUE (.9); EXCHANGE EMAILS WITH J. CASTLE RE: POSSIBLE ADDITIONS TO TIMETABLE (.1); REVIEW REVISED REPORT FROM B. CROCKER RE: AD HOC COMMITTEE CLAIM POSITIONS (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 05/05/06 | 1.40 | DISTRIBUTE DOCUMENTS TO AD HOC TRADE COMMITTEE AND INDENTURE U.S. TRUSTEE (.5); CONFER WITH S. HENRY RE: DOCUMENTS TO AD HOC TRADE COMMITTEE (.2);  PREPARE REPORT OF CLAIMS HELD BY MEMBERS OF THE AD HOC COMMITTEE (.7). |
| TURETSKY DM | 05/05/06 | 1.00 | FURTHER REVIEW AND COMMENT RE: DRAFT PLAN OF REORGANIZATION (1.0). |
| HENRY S | 05/06/06 | 0.10 | REVIEW AND RESPOND TO EMAIL FROM R. GRAY RE: TIMING OF MEDIATION (.1). |
| BAKER DJ | 05/08/06 | 1.70 | REVIEW ISSUES RELATED TO PROPOSED COMPROMISE ON SUBSTANTIVE CONSOLIDATION (.7); CONFERENCE CALL WITH R. GRAY, L. APPEL, S. BUSEY RE: PLAN (1.0). |
| HENRY S | 05/08/06 | 1.10 | MEMO TO K. SAMBUR RE: AD HOC COMMITTEE DISCOVERY REQUESTS (.1); REVIEW AND RESPOND TO EMAIL FROM J. BAKER RE: PLAN TIMETABLE (.1); REVIEW DOCUMENT REQUEST FROM D. VENTUCELLI RE: FURTHER REVIEW OF DOCUMENTS IN JACKSONVILLE (.2); REVIEW EMAIL EXCHANGE RE: MATERIALS SUPPLIED TO FTI AND HOULIHAN (.4); TELECONFERENCE WITH R. WINTER RE: MATERIALS TO FTI AND HOULIHAN (.1); DRAFT FOLLOWUP EMAILS TO WINN-DIXIE TEAM RE: COMMITTEE COUNSEL HOLDING MATERIALS (.2). |
| GRAY RW | 05/08/06 | 2.00 | REVIEW REVISED TIMETABLE FROM J. OCONNELL AND DRAFT MEMORANDUM TO TO J. BAKER, S. BUSEY ET AL. RE: SAME (.2); TELECONFERENCE WITH A. RAVIN RE: TIMETABLE AND EXCLUSIVITY (.1); REVIEW AND RESPOND TO MEMORANDUM FROM S. BUSEY RE: TIMING ON MEDIATION (.2); CONFERENCE CALL WITH L. APPEL, J. CASTLE, S. BUSEY AND J. BAKER RE: PLAN ISSUES (1.0); FURTHER REVISE PLAN PROVISIONS RE: CONTRACTS/LEASES TO ADDRESS DEEMED REJECTION ISSUES (.3); REVIEW MEMORANDA  FROM S. BURIAN AND H. ETLIN RE: SUB CON ISSUES AND EXCHANGE EMAILS WITH J. BAKER RE: SAME (.1); REVIEW MEMORANDA FROM H. ETLIN, FTI AND S. HENRY RE: FURTHER SUB CON REQUESTS BY FTI (.1). |
| RAVIN AS | 05/08/06 | 0.20 | REVIEW AND ANALYZE UPDATED PLAN TIMELINE (.1); CONFERENCE WITH R. GRAY RE: UPDATED PLAN TIMELINE, REVIEW CORRESPONDENCE FROM SAME RE: SAME, REVIEW CORRESPONDENCE FROM S. BUSEY RE: SAME (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| BAKER DJ | 05/09/06 | 1.30 | PREPARE FOR MEETING ON PLAN ISSUES (.3); MEET WITH PLAN TEAM RE: PLAN STATUS (1.0). |
| HENRY S | 05/09/06 | 1.30 | MEET WITH WINN-DIXIE TEAM FOR PLAN UPDATE (1.0); EMAIL TO R. GRAY RE: DOCUMENT PRODUCTION PROTOCOLS (.1); CONFERENCE WITH A. RAVIN RE: LEASE GUARANTEE ISSUE (.2). |
| GRAY RW | 05/09/06 | 0.50 | DRAFT MEMORANDUM TO J. BAKER RE: TIMELINE CHANGES RE: MEDIATION AND DRAFT MEMORANDUM TO J. OCONNELL AND J. CASTLE RE: SAME (.3); TELECONFERENCE WITH L. STRINGER AND J. OCONNELL RE: UPDATED TIMELINE (.1); DRAFT MEMORANDUM TO J. BAKER RE: REAL ESTATE PROJECT STATUS FOR PLAN/EXIT LENDING (.1). |
| LAMAINA KA | 05/09/06 | 1.00 | REVIEW STATUS OF PLAN TIMELINE (.7); REVIEW SUBSTANTIVE CONSOLIDATION PROGRESS AND NEXT STEPS (.3). |
| SAMBUR K | 05/09/06 | 1.90 | CONTINUE TO PROCESS DOCUMENT REQUESTS FOR AD HOC COMMITTEE AND INDENTURE U.S. TRUSTEE (.6); BEGIN DRAFTING QUESTIONS FOR AD HOC COMMITTEE (.9); DRAFT E-MAIL RE: EFFECT OF BEST INTERESTS TEST ON POTENTIAL SETTLEMENT (.4). |
| BAKER DJ | 05/10/06 | 1.60 | TELECONFERENCE WITH M. BARR RE: PLAN ISSUES (.4); EMAIL TO L. APPEL AND J. CASTLE RE: PLAN ISSUES (.5); CONTINUE ANALYSIS OF ISSUES RELATED TO POSSIBLE COMPROMISE OVER SUBSTANTIVE CONSOLIDATION (.7). |
| HENRY S | 05/10/06 | 3.60 | TELECONFERENCE HOLLY ETLIN RE: DOCUMENT PRODUCTION (.2); EMAIL CORRESPONDENCE WITH H. ETLIN RE: SUBSTANTIVE CONSOLIDATION (.2); EMAIL TO H. ETLIN RE: DISCOVERY FOR FTI (.2); TELECONFERENCE DLA PIPER ATTY RE: SERVICE OF MOTION (.1); EMAIL TO J. CASTLE RE: SERVICE OF MOTION (.1); TELECONFERENCE R. GRAY RE: SERVICE OF MOTION (.1); CORRESPONDENCE K. LOGAN RE: SERVICE (.2); REVIEW DRAFT SUB CON MOTION RESPONSE (1.3); REVIEW AND RESPOND TO EMAIL FROM J. CASTLE RE: SERVICE OF CONSOLIDATION MOTION (.2); REVIEW AND COMMENT ON AGENDA FOR TELECONFERENCE ON PLAN PROCESS (.2); TELECONFERENCE WITH T. CALIFANO, H. ETLIN, K. SAMBUR RE: PRODUCTION TO AD HOC COMMITTEE (.8). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            05/10/06      0.80  REVIEW AND RESPOND TO MEMORANDUM FROM
                                       J. CASTLE RE: CONVENIENCE CLAIM
                                       TREATMENT ISSUES (.2); REVIEW
                                       MEMORANDUM FROM J. CASTLE RE: NYSE
                                       LISTING FOR NEW STOCK AND EXCHANGE
                                       EMAILS WITH R. BARUSCH AND J. BAKER
                                       RE: SAME (.1); REVIEW MEMORANDUM FROM
                                       J. BAKER REPORTING ON DISCUSSION WITH
                                       M. BARR RE: SUB CON AND DRAFT REPLY
                                       (.1); REVIEW UPDATED BUSINESS PLANS
                                       RECEIVED FROM BLACKSTONE (.2); REVIEW
                                       MEMORANDUM FROM F. HUFFARD RE: AGENDA
                                       FOR FRIDAY CALL AND TELECONFERENCE
                                       WITH J. BAKER RE: SUPPLEMENTING
                                       AGENDA (.1); TELECONFERENCE WITH S.
                                       HENRY RE: NOTICING ISSUE ON SUB CON
                                       MOTION (.1).

RAVIN AS           05/10/06      0.20  REVIEW AND ANALYZE MEMORANDUM FROM R.
                                       GRAY (AND UNDERLYING CORRESPONDENCE
                                       FROM J. CASTLE) RE: POSSIBLE
                                       CONVENIENCE CLASS DISTRIBUTION,
                                       REVIEW MEMORANDUM FROM P. NECKLES RE:
                                       PLAN TIMETABLE AND LEASE REVIEW
                                       PROJECT, REVIEW MEMORANDUM FROM J.
                                       BAKER RE: SAME, REVIEW MEMORANDUM
                                       FROM R. GRAY RE: SAME (.2).

SAMBUR K           05/10/06      7.10  CONTINUE TO DRAFT QUESTIONS FOR AD
                                       HOC TRADE COMMITTEE (5.4); CONVERT
                                       SUBSTANTIVE CONSOLIDATION RESPONSE
                                       INTO A FORMAL RESPONSE (1.7).

TURETSKY DM        05/10/06      0.10  REVIEW E-MAIL MEMORANDA FROM AND
                                       BETWEEN R. GRAY AND J. CASTLE RE:
                                       CONVENIENCE CLASS ISSUES (.1).

BAKER DJ           05/11/06      3.90  BEGIN REVIEW OF MOTION FOR
                                       SUBSTANTIVE CONSOLIDATION FILED BY AD
                                       HOC VENDOR COMMITTEE (2.3); CONTINUE
                                       REVIEW OF POSSIBLE COMPROMISE WITH
                                       RESPECT TO SUBSTANTIVE CONSOLIDATION
                                       ISSUES (1.6).

HENRY S            05/11/06      2.60  ANALYZE ISSUES RE: LOC CLASS FOR PLAN
                                       OF REORGANIZATION (1.2); REVIEW EMAIL
                                       FROM R. GRAY RE: LOC CLASS (.1);
                                       TELECONFERENCE WITH DAN VENTRICELLI,
                                       FRED REISS, K. SAMBUR, M. DUSSINGER,
                                       AND H. ETLIN RE: DOCUMENTS TO BE
                                       DELIVERED TO AD HOC COMMITTEE (1.3).

FELD SR            05/11/06      0.70  REVIEW AND COMMENT ON PROPOSED
                                       LANGUAGE FOR PLAN RE: CLAIM BACKED BY
                                       L/C'S (.7).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW             05/11/06          1.50   DRAFT MEMORANDUM TO S. HENRY AND S.
                                             FELD RE: IDENTIFYING CLAIMS FOR
                                             BOND/LOC CLASS (.1); REVIEW AND REPLY
                                             FROM MEMORANDUM FROM S. FELD RE:
                                             BOND/LOC ISSUES (.1); DRAFT FURTHER
                                             MEMORANDUM TO S. FELD RE: PLAN
                                             DEFINITION FOR BOND/LOC CLAIMS (.1);
                                             REVIEW MEMORANDUM FROM S. FELD RE:
                                             AMSOUTH BANK CLAIM AND DRAFT REPLY
                                             (.1); REVIEW/SUPPLEMENT AGENDA FOR
                                             CONFERENCE CALL (.6); DRAFT
                                             MEMORANDUM TO K. LOGAN RE: AD HOC
                                             TRADE COMMITTEE NOTICING OF SUB CON
                                             MOTION (.1); FOLLOW UP EMAIL EXCHANGE
                                             WITH K. LOGAN RE: NOTICING ISSUES
                                             (.1); TELECONFERENCE WITH PIPER
                                             LAWYER RE: NOTICING (.1);
                                             TELECONFERENCE WITH K. LOGAN RE:
                                             PARAMETERS OF NOTICING AND COSTS
                                             (.1); REVIEW EMAIL EXCHANGE RE: NYSE
                                             LISTING ISSUES FOR NEW STOCK (.1).

RAVIN AS            05/11/06          0.30   REVIEW AND REVISE AGENDA FOR PLAN
                                             TELECONFERENCE (.1); REVIEW
                                             MEMORANDUM RE: MRP AND SRP ISSUES
                                             RELATED TO PLAN (.2).

SAMBUR K            05/11/06          1.30   CONFERENCE CALL WITH D. VETRICELLI,
                                             F. REISS, S. HENRY, M. DUSSINGER AND
                                             H. ETLIN REGARDING 5/8 DOCUMENT
                                             REQUESTS AND ON-SITE VISIT (1.3).

BAKER DJ            05/12/06          1.50   CONFERENCE CALL WITH TEAM RE:
                                             CONFIRMATION ISSUES (1.5).

HENRY S             05/12/06          8.00   REVIEW AND RESPOND TO MEMO FROM R.
                                             GRAY RE: MEDIATION TIMING RELATING TO
                                             SUB CON (.1); TELECONFERENCE WITH S.
                                             BUSEY, H. ETLIN, J. BAKER, F. HUFFARD
                                             RE: VARIOUS CONFIRMATION ISSUES
                                             (1.5); REVIEW MOTION TO CONSOLIDATE,
                                             REISS DECLARATION AND MOTIONS TO FILE
                                             UNDER SEAL FILED BY AD HOC COMMITTEE
                                             (2.2); DOUBLE CHECK VARIOUS FACTS SET
                                             FORTH IN MOTIONS (2.4); REVIEW CASES
                                             CITED IN PLEADINGS (1.8).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/12/06 | 3.20 | DRAFT MEMORANDUM TO S. HENRY AND J. BAKER RE: SUB CON MEDIATION ISSUES AND REVIEW REPLY FROM S. HENRY (.1); CONFERENCE CALL WITH F. HUFFARD, H. ETLIN, J. BAKER, S. BUSEY, S. HENRY, ET AL. RE: PLAN ISSUES (1.5); CONFERENCE WITH J. BAKER RE: DISCUSSIONS WITH M. BARR (.3); CONFERENCE CALL WITH S. BUSEY AND J. BAKER RE: REPORT ON M. BARR ISSUES (.3); REVIEW SUB CON MOTION AND RELATED FILINGS (.7); DRAFT MEMORANDUM TO K. LOGAN RE: CONVENIENCE CLAIMS ANALYSIS (.1); REVIEW MEMORANDUM FROM J. BAKER AND FOLLOW UP EMAIL EXCHANGE RE: DISCUSSIONS WITH M. BARR ON PLAN ISSUES (.2). |
| RAVIN AS | 05/12/06 | 2.10 | REVIEW AD HOC'S MOTION TO CONSOLIDATE AND MOTION TO SEAL (.6); CONFERENCE WITH H. ETLIN, F. HUFFARD, J. BAKER, S. HENRY, R. GRAY, D. TURETSKY, K. SAMBUR, J. O'CONNELL RE: PLAN ISSUES (1.5). |
| SAMBUR K | 05/12/06 | 9.10 | REVIEW CONSOLIDATION MOTION AND SUPPORTING DOCUMENTS FILED BY AD HOC COMMITTEE (3.8); CONFERENCE CALL WITH F. HUFFARD, H. ETLIN, J. BAKER, S. HENRY, S. BUSEY, R. GRAY, A. RAVIN AND D. TURETSKY RE: PLAN FORMATION, CLAIMS REVIEW PROCESS, LIQUIDATION ANALYSIS AND SUBSTANTIVE CONSOLIDATION MOTION (1.5); BEGIN TO RESEARCH CASE LAW AND PRECEDENT FOR MOTION TO COMPEL MEDIATION (2.3); DISTRIBUTE DOCUMENTS TO AD HOC COMMITTEE, INDENTURE U.S. TRUSTEE AND LANDLORD FINANCIAL ADVISORS (.9); DRAFT CONFIDENTIALITY AGREEMENT FOR LANDLORD ATTORNEYS (.6). |
| TURETSKY DM | 05/12/06 | 0.70 | REVIEW MOTION FOR SUBSTANTIVE CONSOLIDATION AND RELATED MEMORANDUM OF LAW FILED BY AD HOC TRADE COMMITTEE (.7). |
| SAMBUR K | 05/14/06 | 0.70 | REVIEW REISS AFFIDAVIT TO DETERMINE PROPRIETY OF SEAL MOTION (.7). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          05/15/06          5.80    EMAIL L. APPEL AND J. CASTLE RE:
                                            CONFERENCE CALL (.2); REVIEW REPLY
                                            FROM L. APPEL RE: CONFERENCE CALL
                                            (.1); REVIEW RESPONSE FROM J. CASTLE
                                            RE: CONFERENCE CALL (.1); RESPOND TO
                                            EMAIL FROM L. APPEL RE: CONFERENCE
                                            CALL (.2); RESPOND TO EMAIL FROM J.
                                            CASTLE RE: CONFERENCE CALL (.1);
                                            CONFERENCE CALL WITH M. BARR, S.
                                            BURIEN, S. BUSEY AND S. HENRY RE:
                                            SUBSTANTIVE CONSOLIDATION ISSUES
                                            (1.5); TELECONFERENCE WITH L. APPEL,
                                            S. BUSEY, S. HENRY AND R. GRAY RE:
                                            SUBSTANTIVE CONSOLIDATION (.4);
                                            CONFERENCE CALL WITH F. HUFFARD, S.
                                            BUSEY, M. DUSSINGER, R. GRAY AND S.
                                            HENRY RE: SUBSTANTIVE CONSOLIDATION
                                            (.5); REVIEW EMAIL FROM M. BARR RE:
                                            CONFERENCE CALL (.1); REPLY TO EMAIL
                                            FROM M. BARR RE: CONFERENCE CALL
                                            (.1); OUTLINE PLAN ISSUES RE: LYNCH
                                            CONTRACT (.3); CONFERENCE CALL WITH
                                            M. LAWSON, R. OLSHAN AND R. GRAY RE:
                                            TREATMENT OF BENEFIT PLANS UNDER
                                            CHAPTER 11 REORGANIZATION PLAN (1.1);
                                            REVIEW MEMORANDUM WITH RESPECT TO
                                            REORGANIZATION ISSUES AND BENEFIT
                                            PLANS (.6); OUTLINE REORGANIZATION
                                            ISSUES CONTAINED IN BENEFIT PLANS
                                            (.5).

HENRY S           05/15/06          8.20    REVIEW PRECEDENTS FOR MEDIATION
                                            ORDERS (3.2); REVIEW ISSUES RE: GAAP
                                            ACCOUNTING AS THEY RELATE TO SUB CON
                                            ISSUES (.8); REVIEW EMAIL FROM S.
                                            BUSEY DETAILING CONVERSATION WITH TOM
                                            CALIFANO RE: MEDIATION PROCESS (.1);
                                            TELECONFERENCE WITH S. BUSEY, J.
                                            BAKER, M. BARR, S. BURIAN RE:
                                            PROPOSED RESOLUTION OF SUB CON ISSUE
                                            (1.5); TELECONFERENCE WITH S. BUSEY,
                                            R. GRAY, J. BAKER RE: ISSUES RAISED
                                            BY TELECONFERENCE WITH COMMITTEE
                                            (.4); TELECONFERENCE WITH L. APPEL,
                                            J. BAKER, S. BUSEY RE: TELECONFERENCE
                                            WITH COMMITTEE (.5); REVIEW DOCUMENTS
                                            TO ANSWER QUESTIONS RAISED BY
                                            TELECONFERENCE WITH COMMITTEE (1.7).

GRAY RW           05/15/06          1.30    CONFERENCE WITH J. BAKER RE: PLAN
                                            ISSUES (.3); CONFERENCE CALL WITH S.
                                            BUSEY, J. BAKER AND S. HENRY RE: SUB
                                            CON SETTLEMENT TERMS AND CONTINUING
                                            DISCUSSION WITH L. APPEL (.4);
                                            CONFERENCE CALL WITH F. HUFFARD, M.
                                            DUSSINGER, S. BUSEY, J. BAKER AND S.
                                            HENRY RE: SUB CON SETTLEMENT ISSUES
                                            (.5); REVIEW MEMORANDUM FROM S. BUSEY
                                            RE: SUMMARY OF SUB CON DISCUSSIONS
                                            (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

```
SAMBUR K          05/15/06      8.10  BEGIN TO DRAFT MOTION TO COMPEL
                                      MEDIATION OF SUBSTANTIVE
                                      CONSOLIDATION (8.1).


BAKER DJ          05/16/06      3.20  CONFERENCE CALL WITH L. APPEL, J.
                                      CASTLE, S. BUSEY, F. HUFFARD, R.
                                      GRAY, AND S. HENRY RE: SUBSTANTIVE
                                      CONSOLIDATION PLAN ISSUES (1.0);
                                      CONFERENCE CALL P. LYNCH, L. APPEL,
                                      J. CASTLE, S. BUSEY, F. HUFFARD, R.
                                      GRAY, AND S. HENRY RE: CHAPTER 11
                                      PLAN OF REORGANIZATION (.7); ANALYZE
                                      PROPOSAL TO COMPROMISE SUBSTANTIVE
                                      CONSOLIDATION ISSUES (1.5).


HENRY S           05/16/06      4.20  REVIEW MSP PAPERS BEING PRODUCED TO
                                      AD HOC COMMITTEE AND INDENTURE
                                      TRUSTEE (2.1); TELECONFERENCE T.
                                      CALIFANO RE: SEALING THE PAPERS (.1);
                                      FOLLOW-UP CORRESPONDENCE RE: SEALING
                                      THE PAPERS (.1); TELECONFERENCE WITH
                                      L. APPEL , J. CASTLE, J. BAKER, R.
                                      GRAY, S. BUSEY RE: PLAN ISSUES (1.0);
                                      TELECONFERENCE WITH ABOVE GROUP AND
                                      P. LYNCH RE: PLAN ISSUES (.7);
                                      TELECONFERENCE WITH TOM CALIFANO RE:
                                      MOTION TO FILE UNDER SEAL (.2).


GRAY RW           05/16/06      1.70  CONFERENCE CALL WITH L. APPEL, J.
                                      CASTLE, B. NUSSBAUM, S. BUSEY, J.
                                      BAKER AND S. HENRY RE: PLAN ISSUES
                                      AND STRATEGY (1.0); CONTINUING CALL
                                      WITH FOREGOING PARTIES AND P. LYNCH
                                      FOR BRIEFING AND NEXT STEPS (.7).


SAMBUR K          05/16/06      4.90  CONFERENCE CALL WITH J. YOUNG RE:
                                      ASSERTIONS MADE IN REISS AFFIDAVIT
                                      (.3); CONTINUE TO DRAFT MEDIATION
                                      MOTION (4.6).


BAKER DJ          05/17/06      4.20  PREPARE FOR TELECONFERENCE WITH
                                      SENIOR MANAGEMENT RE: SUBSTANTIVE
                                      CONSOLIDATION ISSUES (.7);
                                      TELECONFERENCE WITH P. LYNCH, J.
                                      SKELTON, S. BUSEY, L. APPEL, AND F.
                                      HUFFARD RE: SUBSTANTIVE CONSOLIDATION
                                      ISSUES (.8); CONTINUE REVIEW POSSIBLE
                                      SUBSTANTIVE CONSOLIDATION COMPROMISE
                                      ISSUES (1.2); TELECONFERENCE WITH F.
                                      HUFFARD RE: SUBSTANTIVE CONSOLIDATION
                                      COMPROMISE (.4); REVIEW OF MOTION FOR
                                      SUBSTANTIVE CONSOLIDATION FILED BY AD
                                      HOC VENDOR COMMITTEE (1.1).


HENRY S           05/17/06      0.80  ANALYSIS OF FACTS RE: PREPETITION
                                      PERSONAL INJURY CLAIMS (.3); ANALYSIS
                                      OF ISSUES RESPECTING MEDIATION NOTICE
                                      (.4); TELECONFERENCE S. BUSEY RE:
                                      DISCUSSIONS WITH T. CALIFANO (.1).


GRAY RW           05/17/06      0.20  REVIEW IDENTIFIED EXCERPTS FROM SUB
                                      CON AFFIDAVIT (.2).
```

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 05/17/06 | 3.90 | DRAFT ORDER FOR AUTHORIZING MEDIATING OF SUBSTANTIVE CONSOLIDATION (.8); DRAFT PROTOCOLS FOR MEDIATION (3.1). |
| TURETSKY DM | 05/17/06 | 0.20 | E-MAIL TO K. SAMBUR RE: ISSUES CONCERNING AD HOC TRADE COMMITTEE'S MOTION FOR SUBSTANTIVE CONSOLIDATION (.2). |
| BAKER DJ | 05/18/06 | 2.30 | TELEPHONE WITH S. BUSEY, M. BARR AND J. CASTLE RE: SUBSTANTIVE CONSOLIDATION (.4); TELECONFERENCE WITH JON HELFAT RE: PLAN OF REORGANIZATION ISSUES (.4); TELECONFERENCE WITH F. HUFFARD RE: SUBSTANTIVE CONSOLIDATION COMPROMISE (.3); CONTINUE REVIEW OF ISSUES RAISED AND MOTION FILED BY AD HOC VENDOR COMMITTEE (1.2). |
| HENRY S | 05/18/06 | 0.20 | TELECONFERENCE WITH M. DUSSINGER RE: CLAIMS ANALYSIS AS UNDERLYING ISSUE FOR PLAN (.2). |
| GRAY RW | 05/18/06 | 0.40 | CONFERENCE CALL WITH F. HUFFARD AND J. BAKER RE: REPORT ON COMMITTEE MEETING AND PLAN COMPROMISE (.2); TELECONFERENCE WITH J. HOROWITZ, CREDITOR, RE: PLAN TIMETABLE AND SUB CON MOTION (.1); TELECONFERENCE WITH S. BUSEY RE: SEALED SUB CON DOCUMENTS AND FORWARD SAME TO L. APPEL ET AL. (.1). |
| SAMBUR K | 05/18/06 | 7.20 | DRAFT MEDIATION SETTLEMENT ORDER (.9); CONTINUE DRAFTING MEDIATION PROTOCOLS (3.1); RESEARCH MANDATORY CLASS CERTIFICATION RULES (2.6); PREPARE DOCUMENTS FOR DISTRIBUTION TO D. DREBSKY (.6). |
| BAKER DJ | 05/19/06 | 5.30 | REVIEW DRAFT MEDIATION ORDER RE: SUBSTANTIVE CONSOLIDATION (.3); TELECONFERENCE WITH S. BUSEY RE: SUBSTANTIVE CONSOLIDATION ISSUES (.4); REVIEW UNREPORTED FLORIDA SUBSTANTIVE CONSOLIDATION OPINIONS (.8); TELECONFERENCE WITH S. BUSEY AND M. BARR RE: PLAN ISSUES (.5); TELECONFERENCE WITH L. APPEL, J. CASTLE AND S. BUSEY RE: PLAN OF REORGANIZATION ISSUES (.7); TELEPHONE WITH F. HUFFARD RE: PLAN OF REORGANIZATION ISSUES (.3); CONTINUE REVIEW OF MOTION FOR SUBSTANTIVE CONSOLIDATION FILED BY AD HOC VENDOR COMMITTEE (1.1); ANALYZE ISSUES RAISED BY PROPOSED COMPROMISE OF SUBSTANTIVE CONSOLIDATION DISPUTE (1.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HENRY S | 05/19/06 | 3.40 | TELECONFERENCE S. BUSEY RE: MEDIATION ORDER (.2); TELECONFERENCE J. BAKER RE: MEDIATION ORDER (.1); TELECONFERENCE MATT BARR, S. BUSEY, JAY CASTLE AND R. GRAY RE: HEARING ON CONSOLIDATION (.3); TELECONFERENCE R. GRAY RE: CLAIM ISSUES (.1); REVISE MEDIATION MOTION, ORDER AND PROTOCOLS (2.7). |
| GRAY RW | 05/19/06 | 0.90 | PARTICIPATE (PARTIAL) IN CONFERENCE CALL WITH HOULIHAN, XROADS AND S. HENRY RE: SUB CON CLAIM ISSUES (.3); FOLLOW UP TELECONFERENCE WITH S. HENRY RE: CLAIM ISSUES AND RELATED MATTERS (.1); FURTHER REVISIONS TO/NOTATION OF ISSUES FOR PLAN DRAFT (.4); REVIEW AND RESPOND TO MEMORANDUM FROM J. OCONNELL RE: BLACKSTONE CA FOR COMMITTEE SUB CON MODEL AND FOLLOW UP EMAIL TO S. HENRY RE: SAME (.1). |
| SAMBUR K | 05/19/06 | 0.60 | REVISE MEDIATION PROTOCOLS (.3); REVISE MEDIATION ORDER (.3). |
| SAMBUR K | 05/21/06 | 0.80 | BEGIN REVIEWING HOULIHAN CONFIDENTIALITY AGREEMENT (.8). |
| BAKER DJ | 05/22/06 | 2.30 | EMAIL M. BARR RE: SUBSTANTIVE CONSOLIDATION MEETING (.2); TELECONFERENCE WITH M. BARR RE: MEETING (.2); EMAIL S. BURIEN RE: MEETING (.2); REVIEW REVISED MEDIATION ORDER (.2); REVIEW EMAIL FROM S. HENRY RE: MEDIATION (.1); CONTINUE ANALYSIS OF ISSUES RELATED TO COMPROMISE OF SUBSTANTIVE CONSOLIDATION ISSUES (1.4). |
| HENRY S | 05/22/06 | 0.50 | DRAFT EMAIL TO J. BAKER ET AL RE: MEDIATION TIMETABLE (.1); REVIEW EMAIL FROM R. GRAY RE: MSP ISSUES AS THEY RELATE TO CONSOLIDATION ISSUES (.1); TELECONFERENCE WITH M. BARR, AGNES TANG, K. SAMBUR AT AL RE: ISSUES RELATING TO POTENTIAL SUBSTANTIVE CONSOLIDATION SETTLEMENT (.3). |
| GRAY RW | 05/22/06 | 1.50 | REVIEW AND COMMENT ON DRAFT MEDIATION ORDER AND PROTOCOLS (.7); REVIEW MEMORANDUM FROM E. POLLACK AND MSP PROOFS OF CLAIM FILED AGAINST OTHER ENTITIES (.2); DRAFT MEMORANDUM TO S. HENRY RE: MSP PROOFS OF CLAIMS (.1); DRAFT PLAN PROVISIONS RE: SUPPLIER INDEMNITY AND CONFIDENTIALITY AGREEMENTS (.3); DRAFT MEMORANDUM TO J. JAMES ET AL. RE: PROVISIONS (.1); EXCHANGE EMAILS WITH B. KICHLER RE: RELATED INSURANCE CERTIFICATE ISSUE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

SAMBUR K          05/22/06          6.10    PREPARE ADDITIONAL COMMENTS TO
                                            HOULIHAN CONFIDENTIALITY AGREEMENT
                                            (1.2); REVISE MEDIATION ORDER AFTER
                                            RECEIVING COMMENTS FROM R. GRAY (.2);
                                            REVISE MEDIATION PROTOCOLS AFTER
                                            RECEIVING COMMENTS FROM R. GRAY
                                            (1.6); CONFERENCE CALL WITH S. HENRY,
                                            M. BARR, M. COMERFORD AND AGNES TANG
                                            RE: JOINT AND SEVERAL TAX LIABILITY
                                            AND SELF INSURANCE GUARANTEES (.3);
                                            BEGIN RESEARCHING JOINT AND SEVERAL
                                            TAX LIABILITY AND EXISTENCE OF SELF
                                            INSURANCE GUARANTEES (1.7);
                                            CONFERENCE CALL WITH M. DUSSINGER RE:
                                            SELF INSURANCE GUARANTEES (1.1).

BAKER DJ          05/23/06          2.20    CONTINUE REVIEW OF SUBSTANTIVE
                                            CONSOLIDATION COMPROMISE ISSUES, IN
                                            PREPARATION FOR SETTLEMENT MEETING
                                            WITH COMMITTEE (2.2).

HENRY S           05/23/06          3.90    TELECONFERENCE R. GRAY RE: CLAIM
                                            AMOUNTS (.1); TELECONFERENCE WITH J.
                                            CASTLE, M. DUSSINGER, R. GRAY, K.
                                            SAMBUR RE: CLAIMS INFORMATION (.5);
                                            EMAILS TO AND FROM R. GRAY RE: TAX
                                            ISSUES AS THEY RELATE TO
                                            CONSOLIDATION (.1); EMAIL TO AND FROM
                                            K. SAMBUR RE: FACT FINDING WITH K.
                                            ROMEO RE: SELF INSURANCE ISSUES (.2);
                                            TELECONFERENCE COMERFORD RE:
                                            LIABILITY ISSUES FOR HOULIHAN MODEL
                                            (.2); REVIEW EMAIL FROM COMERFORD RE:
                                            LIABILITY ISSUES (.1); DRAFT RESPONSE
                                            TO COMERFORD RE: LIABILITY ISSUES
                                            (.3); EMAIL TO J. CASTLE RE: NOTICE
                                            ISSUE (.1); TELECONFERENCE DOJ LAWYER
                                            RE: HEARING DATE (.1); REVIEW
                                            MEMORANDUM RE: STATE TAX ISSUES (.2);
                                            REVIEW MEMO ON SELF INSURED POLICIES
                                            (.4); EMAILS TO AND FROM GENE TARR
                                            RE: SUB CON HEARING (.3); MEMO TO
                                            BUSEY RE: NOTICE ON SUB CON ISSUES
                                            (.2); MEMO TO S. BUSEY RE: MEDIATION
                                            ORDER (.1); EMAIL TO J. CASTLE RE:
                                            NOTICE (.1); REVIEW MEMORANDUM RE:
                                            LOUISIANA TAX ISSUE (.2); REVIEW
                                            EMAILS RE: MEDIATION ISSUES (.3);
                                            CONFERENCE CALL WITH J. CASTLE, K.
                                            ROMEO, R. GRAY AND K. SAMBUR RE:
                                            ISSUE RELEVANT TO SETTLEMENT (.4).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            05/23/06        1.80  REVIEW VOICEMAIL AND EMAIL FROM J.
                                         OCONNELL RE: BUSINESS PLAN FOR
                                         RETIREES AND DRAFT MEMORANDUM TO S.
                                         BUSEY RE: FORWARDING (.1);
                                         TELECONFERENCE WITH S. HENRY RE: SUB
                                         CON CLAIM AMOUNT ISSUES (.1);
                                         CONFERENCE CALL WITH J. CASTLE, M.
                                         DUSSINGER, S. HENRY, K. SAMBER, ET
                                         AL. RE: CLAIMS INFORMATION FOR SUB
                                         CON ANALYSIS (.5); REVIEW AND RESPOND
                                         TO MEMORANDUM FROM H. ETLIN RE:
                                         CONVENIENCE CLAIMS (.1); FOLLOW UP
                                         EMAIL EXCHANGE WITH F. HUFFARD RE:
                                         OPTIONS TO 100% PAYMENT (.1); REVIEW
                                         AND RESPOND TO MEMORANDUM FROM S.
                                         HENRY RE: COMMUNICATIONS WITH
                                         COMMITTEE ON SUB CON TAX CLAIM ISSUES
                                         (.1); REVISE PLAN DRAFT (.6); REVIEW
                                         HOULIHAN MODELS RE: SUB CON (.2).

HART JR. DJ        05/23/06        6.70  COMMUNICATIONS WITH MULTIPLE
                                         ATTORNEYS AND STAFF RE: TIME ENTRIES'
                                         CONFORMITY WITH U.S. TRUSTEE
                                         GUIDELINES FOR FEES AND EXPENSES
                                         (.8); REVIEW TIME ENTRIES TO ENSURE
                                         CONFORMITY WITH U.S. TRUSTEE
                                         GUIDELINES FOR FEES (5.9).

RAVIN AS           05/23/06        0.40  REVIEW COMMITTEE SUB CON ANALYSIS
                                         (.3); REVIEW MEMORANDA FROM P.
                                         NECKLES AND J. KEMPF RE: LEASE
                                         ANALYSIS FOR PLAN (.1).

SAMBUR K           05/23/06        7.10  RESEARCH LAW RE: ABILITY OF JUDGE
                                         ACTING AS A MEDIATOR TO RECEIVE
                                         COMPENSATION (1.3); REVISE ORDER TO
                                         REFLECT RESEARCH (.5); CALL WITH K.
                                         ROMOE RE: SELF INSURANCE GUARANTEES
                                         (.2); E-MAIL S. HENRY AND M.
                                         DUSSINGER RE: DISCUSSION WITH K.
                                         ROMEO (.2); TELECONFERENCE WITH A.
                                         RESHTICK RE: JOINT AND SEVERAL
                                         LIABILITY OF FEDERAL AND STATE TAX
                                         CLAIMS (.4); OBTAIN NOTICE RE:
                                         POSTPONEMENT OF HEARING ON
                                         SUBSTANTIVE CONSOLIDATION (.4);
                                         PREPARE FOR CONFERENCE CALL RE: SELF
                                         INSURANCE (.1); CONFERENCE CALL WITH
                                         S. HENRY, R. GRAY, J. CASTLE, M.
                                         DUSSINGER AND K. ROMEO RE: DEFINITIVE
                                         RESPONSE TO SELF INSURANCE GUARANTEES
                                         (.4); REVIEW STATE LAW TAX CLAIMS FOR
                                         EVIDENCE OF ASSERTIONS OF JOINT AND
                                         SEVERAL LIABILITY (3.6).

TURETSKY DM        05/23/06        2.60  RESEARCH RE: CLASSIFICATION ISSUES IN
                                         CONNECTION WITH PLAN OF
                                         REORGANIZATION (2.6).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

BAKER DJ          05/24/06          9.30   CONTINUE PREPARATION FOR MEETING WITH
                                           CREDITORS' COMMITTEE RE: POSSIBLE
                                           COMPROMISE FOR SUBSTANTIVE
                                           CONSOLIDATION ISSUES (2.3); ATTEND
                                           MEETING WITH M. BARR, S. BURIEN, L.
                                           APPEL, J. CASTLE, F. HUFFARD, H.
                                           ETLIN, AND S. BUSEY RE: PROPOSED
                                           SETTLEMENT OF SUBSTANTIVE
                                           CONSOLIDATION ISSUES (3.9); MEET WITH
                                           L. APPEL, J. CASTLE, S. BUSEY, F.
                                           HUFFARD, AND H. ETLIN RE: MEETING
                                           WITH AD HOC RETIREE COMMITTEE (.5);
                                           MEETING WITH AD HOC RETIREE
                                           COMMITTEE, TOGETHER WITH L. APPEL, J.
                                           CASTLE, S. BUSEY, F. HUFFARD, AND H.
                                           ETLIN, TO REVIEW RETIREE ISSUES (.5);
                                           CONTINUE REVIEW OF PROPOSAL TO
                                           COMPROMISE SUBSTANTIVE CONSOLIDATION
                                           ISSUES (2.1).

HENRY S           05/24/06          5.00   TELECONFERENCE WITH CREDITORS'
                                           COMMITTEE TO EXAMINE PROPOSED
                                           SETTLEMENT AND R. GRAY, S. TURETSKY,
                                           J. BAKER, S. BUSEY (2.8); MEETINGS
                                           WITH WINN-DIXIE TEAM IN CONNECTION
                                           THEREWITH (.3); STUDY DECK PREPARED
                                           WITH RESPECT TO PROPOSED SETTLEMENT
                                           (1.9).

GRAY RW           05/24/06          4.70   REVIEW COMMITTEE'S SUB CON
                                           PRESENTATION IN PREPARATION FOR
                                           MEETING/TELECONFERENCE (.7); PRE-
                                           MEETING WITH SUB CON TEAM RE: SUB CON
                                           ISSUES (.8); PARTICIPATE
                                           TELEPHONICALLY IN COMMITTEE
                                           PRESENTATION OF SUB CON SETTLEMENT
                                           PROPOSAL (2.8); POST-MEETING WITH SUB
                                           CON TEAM RE: ISSUES RAISED (.3);
                                           TELECONFERENCE WITH J. BAKER RE:
                                           COMPROMISE ISSUES (.1).

RAVIN AS          05/24/06          4.50   REVIEW COMMITTEE'S SUBSTANTIVE
                                           CONSOLIDATION SETTLEMENT PRESENTATION
                                           TO THE COMPANY (.5); TELECONFERENCE
                                           WITH J. BAKER, S. HENRY, R. GRAY, D.
                                           TURETSKY, K. SAMBUR, M. BARR, M.
                                           COMERFORD, S. BUSEY, H. ETLIN, L.
                                           APPEL, AND REPRESENTATIVES FROM
                                           HOULIHAN LOKEY RE: SUB CON
                                           PRESENTATION (2.8); POST
                                           TELECONFERENCE MEETING WITH S. HENRY,
                                           R. GRAY, D. TURETSKY, AND K. SAMBUR
                                           RE: SUB CON PRESENTATION (.3); PRE-
                                           TELECONFERENCE WITH R. GRAY, D.
                                           TURETSKY, AND K. SAMBUR RE: SUB CON
                                           PRESENTATION (.8); REVIEW GARDENS
                                           PARK PLAZA'S OBJECTION TO AD HOC
                                           MOTION TO CONSOLIDATE (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SAMBUR K | 05/24/06 | 5.40 | REVIEW COMMENTS TO MEDIATION PROTOCOLS AND ORDER SUPPLIED BY J. CASTE (.6); CONFERENCE CALL WITH CREDITORS' COMMITTEE'S LEGAL AND FINANCIAL ADVISORS, S. HENRY, R. GRAY, A. RAVIN, D. TURETSKY, J. BAKER, S. BUSEY, L. APPEL AND S. BUSEY RE: SUBSTANTIVE CONSOLIDATION SETTLEMENT (2.8); REVISE MEDIATION PROTOCOLS AND ORDER ACCORDING TO J. CASTLE'S SUGGESTIONS AFTER SPEAKING WITH S. HENRY (1.6); TELECONFERENCE WITH CREDITORS RE: AD HOC COMMITTEES MOTION TO FILE SUBSTANTIVE CONSOLIDATION DOCUMENTS UNDER SEAL (.4). |
| TURETSKY DM | 05/24/06 | 7.90 | RESEARCH RE: ISSUES CONCERNING CONVENIENCE CLASS IN CONNECTION WITH PLAN OF REORGANIZATION (4.1); PRE-CONFERENCE CALL MEETING WITH R. GRAY, A. RAVIN, K. SAMBUR AND S. HENRY (PARTIAL) RE: PROPOSED SETTLEMENT OF SUBSTANTIVE CONSOLIDATION ISSUES (.8); CONFERENCE CALL WITH M. BARR, L. APPEL, S. BUSEY, J. BAKER, R. GRAY, A. RAVIN, K. SAMBUR AND S. HENRY RE: PROPOSED SETTLEMENT OF SUBSTANTIVE CONSOLIDATION ISSUES (2.8); POST-CONFERENCE CALL FOLLOW UP MEETING WITH R. GRAY, A. RAVIN, K. SAMBUR AND S. HENRY RE: PROPOSED SETTLEMENT OF SUBSTANTIVE CONSOLIDATION ISSUES  (.2). |
| BAKER DJ | 05/25/06 | 4.00 | TELECONFERENCE WITH MATT BARR RE: MEETING WITH AD HOC RETIREE COMMITTEE (.4); REVIEW EMAIL FROM SAUL BURIEN RE: MEETING WITH RETIREES (.2); TELECONFERENCE WITH LARRY APPEL, STEVE BUSEY, ROSALIE GRAY, AND HOLLY ETLIN RE: PLAN OF REORGANIZATION ISSUES (.7); TELECONFERENCE WITH STEVE BUSEY, AND ROSALIE GRAY RE: PLAN OF REORGANIZATION (.8); TELECONFERENCE WITH KEITH SAMBUR, STEVE BUSEY, AND ROSALIE GRAY RE: REPLY TO MOTION OF AD HOC COMMITTEE (.2); TELECONFERENCE WITH SALLY HENRY RE: REPLY TO AD HOC COMMITTEE (.1); CONTINUE REVIEW OF PROPOSAL TO COMPROMISE SUBSTANTIVE CONSOLIDATION ISSUES (1.3); TELECONFERENCE WITH STEVE BUSEY RE: HIS DISCUSSIONS WITH TOM CALIFANO WITH RESPECT TO POSSIBLE SEALING OF PLEADINGS (.3). |
| HENRY S | 05/25/06 | 1.30 | TELECONFERENCE WITH S. BUSEY RE: RESPONSE TO AD HOC'S MOTION (.1); TELECONFERENCE WITH J. BAKER RE: RESPONSE TO AD HOC'S MOTION (.1); BEGIN TO PREPARE RESPONSE (1.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW          05/25/06       2.10  REVIEW MEMORANDUM FROM S. BURIAN RE:
                                      RETIREE MEETING AND TELECONFERENCE
                                      WITH J. BAKER RE: SAME (.1);
                                      REVIEW/ANALYZE MSP/SRP PARTICIPANT
                                      INFORMATION IN CONNECTION WITH PLAN
                                      PROPOSAL (.3); DRAFT MEMORANDUM TO J.
                                      BAKER RE: LIMITATIONS ON PROPOSAL
                                      (.1); CONFERENCE CALL WITH S. BUSEY
                                      AND J. BAKER RE: PLAN/SUB CON ISSUES
                                      (.8); CONFERENCE CALL WITH J. CASTLE,
                                      H. ETLIN, S. BUSEY AND J. BAKER RE:
                                      PLAN ISSUES/SUB CON PROPOSAL (.6);
                                      FURTHER TELECONFERENCE WITH S. BUSEY
                                      AND J. BAKER RE: PLAN ISSUES (.2).

RAVIN AS         05/25/06       0.30  REVIEW MEMORANDUM AND INFORMATION
                                      RECEIVED FROM R. GRAY RE: MSP/SRP
                                      PARTICIPANTS (.1); REVIEW MULTIPLE
                                      LANDLORD OBJECTIONS TO MOTION TO
                                      CONSOLIDATE (.2).

SAMBUR K         05/25/06       7.20  PREPARE DRAFT OF FORMAL SUB CON
                                      RESPONSE AND ABATEMENT (7.2).

TURETSKY DM      05/25/06       6.70  FURTHER RESEARCH RE: CONVENIENCE
                                      CLASS ISSUES (5.4); REVISE PROVISION
                                      OF PLAN OF REORGANIZATION ADDRESSING
                                      RETIREE ISSUES (.3); E-MAIL TO R.
                                      GRAY RE: PROVISION OF PLAN OF
                                      REORGANIZATION ADDRESSING RETIREE
                                      ISSUES (.1); MEETING WITH K. BOOKER
                                      RE: ISSUES RELATED TO CLASSIFICATION
                                      OF UNSECURED CLAIMS UNDER PLAN OF
                                      REORGANIZATION (.6); REVIEW
                                      OBJECTIONS TO SUBSTANTIVE
                                      CONSOLIDATION MOTION FILED BY AD HOC
                                      TRADE CREDITOR COMMITTEE (.3).

BAKER DJ         05/26/06       5.50  REVISE DRAFT REPLY TO MOTION FOR
                                      SUBSTANTIVE CONSOLIDATION FILED BY AD
                                      HOC VENDOR COMMITTEE (3.1);
                                      TELECONFERENCE WITH MATT BARR RE:
                                      REPLY TO MOTION (.2); TELECONFERENCE
                                      WITH S. HENRY RE: REPLY (.1); REVIEW
                                      REVISED VERSION OF REPLY (.6);
                                      TELECONFERENCE WITH J. SKELTON RE:
                                      SUBSTANTIVE CONSOLIDATION COMPROMISE
                                      PROPOSED BY CREDITORS' COMMITTEE
                                      (.3); TELECONFERENCE WITH STEVE
                                      REISMAN RE: SUBSTANTIVE CONSOLIDATION
                                      COMPROMISE (.3); EMAIL LARRY APPEL
                                      AND JAY CASTLE RE: POSSIBLE
                                      ADJOURNMENT OF SUBSTANTIVE
                                      CONSOLIDATION HEARING (.2); REVIEW
                                      SUGGESTIONS FROM CREDITORS' COMMITTEE
                                      WITH RESPECT TO REPLY TO MOTION OF AD
                                      HOC COMMITTEE (.2); TELECONFERENCE
                                      WITH STEVE BUSEY, LARRY APPEL, AND
                                      JAY CASTLE RE: SUBSTANTIVE
                                      CONSOLIDATION ISSUES (.5).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

HENRY S            05/26/06        8.50   READ CASES CITED IN DRAFT REPLY
                                          (4.6); CONFERENCE WITH J. BAKER RE:
                                          SAME (.1); REVISE DRAFT REPLY (3.8).

GRAY RW            05/26/06        2.80   REVIEW DRAFT OF MOTION TO ABATE SUB
                                          CON MOTION (.4); DRAFT MEMORANDUM TO
                                          J. BAKER WITH COMMENTS ON MOTION
                                          (.1); CONFERENCE WITH J. BAKER RE:
                                          PLAN/SUB CON ISSUES (.2); CONFERENCE
                                          CALL WITH H. ETLIN, J. EDMONSEN, J.
                                          OCONNELL, S. BUSEY AND J. J. BAKER
                                          (PARTIAL) RE: CLAIMS INFORMATION FOR
                                          ANALYSIS OF SUB CON COMPROMISE
                                          PROPOSAL (.8); REVIEW/ANALYZE ISSUES
                                          RE: COMMITTEE SUB CON COMPROMISE
                                          PROPOSAL (.8); REVISE PLAN DRAFT
                                          (.3); TELECONFERENCE WITH K. LOGAN
                                          RE: CLAIMS INFORMATION NEEDED FOR SUB
                                          CON CLASS ANALYSIS (.2).

LAMAINA KA         05/26/06        4.90   REVIEW PLAN INFORMATION ON CLAIMS
                                          (4.9).

SAMBUR K           05/26/06        7.10   REVISE FORMAL SUB CON RESPONSE AND
                                          ABATEMENT AFTER RECEIVING COMMENTS
                                          FROM S. HENRY AND J. BAKER (7.1).

KARPE JA           05/26/06        2.00   STARTED READING CASES AND
                                          ACCOMPANYING DISCLOSURE STATEMENTS
                                          (2.0).

MORTON LS          05/26/06        2.80   ASSIST ATTORNEY WITH SEARCHING FOR
                                          AND COMPILING SEVERAL PRECEDENT
                                          DISCLOSURE STATEMENTS IN VARIOUS
                                          CASES (2.8).

GRAY RW            05/29/06        2.60   REVIEW CLAIMS DETAIL REPORTS TO
                                          IDENTIFY POTENTIAL CATEGORIES OF
                                          UNSECURED CLAIMS FOR INCLUSION WITHIN
                                          SUB CON CLASSES (.9); DRAFT PROPOSED
                                          DEFINITIONS FOR SUB CON CLASSES
                                          (1.6); DRAFT MEMORANDUM TO J. BAKER
                                          RE: ISSUES WITH SUB CON CLASSES (.1).

SAMBUR K           05/29/06        1.20   PREPARE COMMENTS TO S. BUSEY'S SUB
                                          CON RESPONSE (1.2).

BAKER DJ           05/30/06        3.50   REVIEW PLAN CLASSIFICATION
                                          DEFINITIONS (.4); TELECONFERENCE WITH
                                          J. CASTLE, F. HUFFARD, S. BUSEY, AND
                                          R. GRAY RE: PLAN CLASS DEFINITIONS
                                          (1.0); REVIEW REVISED DRAFT OF REPLY
                                          TO MOTION OF AD HOC VENDOR COMMITTEE
                                          (1.6);  TELECONFERENCE WITH M. BARR
                                          RE: DISCUSSIONS WITH AD HOC RETIREE
                                          COMMITTEE (.3); EMAIL L. APPEL RE:
                                          DISCUSSIONS WITH RETIREE COMMITTEE
                                          (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| GRAY RW | 05/30/06 | 5.10 | REVISE CLASSIFICATION DEFINITIONS AND DRAFT MEMORANDUM TO J. CASTLE ET AL. RE: SAME (.4); TELECONFERENCE WITH M. DUSSINGER RE: RETIREE DEATH BENEFITS (.1); DRAFT MEMORANDUM TO L. RODRIGUEZ ET AL. RE: REQUEST (.1); TELECONFERENCE WITH L. RODRIGUEZ TO CLARIFY REQUEST (.1); EMAIL EXCHANGE WITH J. CASTLE, H. ETLIN, M. DUSSINGER AND J. BAKER RE: COMMITTEE INFORMATION REQUESTS RE: MSP AND SRP (.2); REVIEW CLAIMS REPORTS RE: MSP AND SRP INFORMATION (.1); TELECONFERENCE WITH K. LOGAN RE: OBTAINING ADDITIONAL INFORMATION FOR COMMITTEE (.1); CONFERENCE CALL WITH J. CASTLE, S. BUSEY, H. ETLIN, J. OCONNELL AND J. BAKER RE: PLAN CLASS/SUB CON ISSUES (1.0); REVIEW WILMINGTON INDENTURE U.S. TRUSTEE PROOFS OF CLAIM IN CONNECTION WITH DEBTOR OBLIGORS (.2); REVIEW MSP/SRP REPORT FROM K. LOGAN (.2); REVIEW AND COMMENT ON REVISED RESPONSE TO SUB CON MOTION (.3); REVIEW MEMORANDA FROM S. BUSEY AND M. BARR RE: LANDLORD ISSUE IN SUB CON COMPROMISE AND DRAFT RESPONSE TO S. BUSEY (.1); DRAFT MEMORANDUM TO J. BAKER RE: PLAN ISSUES FOR BOARD MEETING (.1); REVIEW RESEARCH RE: PLAN/SUB CON SETTLEMENT CLASSIFICATION ISSUES (.7); REVISE PLAN DRAFT (1.4). |
| SAMBUR K | 05/30/06 | 3.90 | REVIEW COMMENTS FOR INCORPORATION INTO RESPONSE (.1); SHEPARDIZE CITED CASES AND CHECK CASE CITES (1.8); REVISE RESPONSE AFTER RECEIVING COMMENTS FROM J. BAKER (.6); PREPARE JOINT RESPONSE (.6); REVIEW BOARD OF DIRECTORS MINUTES FOR DISTRIBUTION TO CREDITOR CONSTITUENCIES (.8). |
| KARPE JA | 05/30/06 | 4.60 | READING DISCLOSURE STATEMENTS AND BANKRUPTCY PLANS FOR PRECEDENT (3.7); REVIEW PRECEDENT DISCLOSURE STATEMENT (.9). |
| BAKER DJ | 05/31/06 | 2.90 | CONTINUE REVISION OF DRAFT REPLY TO MOTION OF AD HOC VENDOR COMMITTEE (1.7); TELECONFERENCE WITH J. SKELTON RE: PLAN ISSUES (.2); CONTINUE ANALYSIS OF CLASS DEFINITIONS FOR PURPOSES OF PLAN OF REORGANIZATION (1.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            05/31/06         4.50   REVIEW MEMORANDUM FROM L. RODRIGUEZ
                                           AND MERCER INFORMATION AND EXCHANGE
                                           EMAILS WITH L. RODRIGUEZ TO CLARIFY
                                           PART B CALCULATIONS (.1); REVIEW
                                           REVISED MSP/SRP REPORT FROM LOGAN AND
                                           DRAFT MEMORANDUM TO J. BAKER RE: SAME
                                           (.1); REVISE PLAN CLASS DEFINITIONS
                                           FOR SUB CON COMPROMISE (.9); DRAFT
                                           MEMORANDUM TO J. CASTLE ET AL. RE:
                                           ISSUES ADDRESSED IN REVISIONS (.3);
                                           TELECONFERENCE WITH L. RODRIGUEZ RE:
                                           MSP/SRP ISSUES (.1); REVIEW FURTHER
                                           INFORMATION FROM MERCER AND EXCHANGE
                                           EMAILS WITH J. BAKER RE: SAME (.1);
                                           REVIEW AND RESPOND TO MEMORANDUM FROM
                                           J. OCONNELL RE: TIMELINE AND REVIEW
                                           TIMELINE (.1); TELECONFERENCE WITH J.
                                           OCONNELL RE: TIMELINE COMMENTS (.1);
                                           REVIEW REVISED TIMELINE (.1); REVISE
                                           PLAN DRAFT (2.2); TELECONFERENCE WITH
                                           C. JACKSON RE: DISCLOSURE STATEMENT
                                           AND SOLICITATION PROCESS (.2); DRAFT
                                           TO C. JACKSON RE: PROPOSED FORMS
                                           (.1); REVIEW AND RESPOND TO
                                           MEMORANDUM FROM V. ROLDAN RE: SUB CON
                                           CONFIDENTIALITY AGREEMENTS (.1).

SAMBUR K           05/31/06         2.60   DETERMINE WHERE LANDLORD GUARANTEES
                                           LIE (.1); PREPARE DISTRIBUTION OF
                                           ADDITIONAL BOARD OF DIRECTORS MINUTES
                                           AND STAMP CORRECTIONS (.7); DRAFT
                                           CONFIDENTIALITY AGREEMENTS FOR
                                           CREDITORS WISHING TO OBTAIN AD HOC
                                           COMMITTEE SUBSTANTIVE CONSOLIDATION
                                           BRIEF (1.8).

**MATTER TOTAL**                    <u>352.30</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                      Bill Date: 06/02/06
Reports and Schedules                                             Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/08/06 | 0.20 | REVIEW AND RESPOND TO MEMORANDUM FROM J. CASTLE RE: MONTHLY OPERATING REPORT HANDLING OF NEW INSURANCE COVERAGE (.1); REVIEW FURTHER EMAILS FROM D. BITTER, L. APPEL ET AL. RE: SAME (.1). |
| GRAY RW | 05/11/06 | 0.10 | REVIEW MEMORANDA FROM C. JACKSON, D. BITTER AND J. CASTLE RE: MONTHLY OPERATING REPORT /INSURANCE ISSUES AND FOLLOW UP EMAIL EXCHANGE WITH J. CASTLE  (.1). |
| **MATTER TOTAL** | | **0.30** | |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                          Bill Date: 06/02/06
Retention / Fee Matters (SASM&F)                                       Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| TURETSKY DM | 05/02/06 | 0.90 | FURTHER REVIEW AND ANALYSIS OF CASE FILINGS AND CONNECTIONS DATABASE RESULTS TO IDENTIFY POTENTIAL DISCLOSURE PARTIES (.9). |
| TURETSKY DM | 05/03/06 | 0.80 | DRAFT FIFTH SUPPLEMENTAL DECLARATION OF J. BAKER (.8). |
| HART JR. DJ | 05/04/06 | 0.30 | REVIEW TIME ENTRIES FROM MARCH AND APRIL FOR CONFORMITY WITH COURT ORDERS AND U.S. TRUSTEE GUIDELINES (.3). |
| HART JR. DJ | 05/08/06 | 3.60 | DRAFT EMAILS TO ALL TIMEKEEPERS WHO BILLED TIME TO WINN-DIXIE DURING THE MONTHS OF MARCH AND APRIL (2.6); REVIEW MARCH AND APRIL TIME ENTRIES FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES (1.0). |
| LAMAINA KA | 05/08/06 | 0.70 | REVISE MEMORANDUM TO WINN-DIXIE SKADDEN TEAM ON TIME ENTRIES AND U.S. TRUSTEE GUIDELINES (.7). |
| HART JR. DJ | 05/09/06 | 3.40 | REVISE EMAIL RE: TIMEKEEPING PROCEDURE TO BE SENT TO ALL WINN-DIXIE TIMEKEEPERS (.7); PREPARE MATERIALS TO BE SENT TO ALL WINN-DIXIE TIMEKEEPERS RE: TIMEKEEPING UNDER U.S. TRUSTEE GUIDELINES (.8); DRAFT AND SEND EMAILS TO ALL TIMEKEEPERS IN WINN-DIXIE FOR THE MONTHS OF MARCH AND APRIL (1.9). |
| HART JR. DJ | 05/11/06 | 1.20 | MULTIPLE COMMUNICATIONS WITH TIMEKEEPERS IN WINN-DIXIE FOR THE MONTHS OF MARCH AND APRIL RE: REVISIONS TO TIME ENTRIES TO CONFORM TO U.S. TRUSTEE GUIDELINES (.5); REVIEW REVISED ENTRIES FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES (.7). |
| HART JR. DJ | 05/12/06 | 2.80 | REVIEW TIME ENTRIES FROM WINN-DIXIE TIMEKEEPERS TO ENSURE CONFORMITY WITH U.S. TRUSTEE GUIDELINES (2.8). |
| HENRY S | 05/16/06 | 3.90 | CONTINUED REVIEW OF FEBRUARY FEE STATEMENT TO COMPLY WITH EXAMINER'S PROTOCOLS, WRITE OFFS, PRIVILEGE AND CONFIDENTIALITY CONCERNS (3.9). |
| HART JR. DJ | 05/16/06 | 0.80 | EMAIL COMMUNICATIONS WITH MULTIPLE ATTORNEYS RE: TIME KEEPING IN ACCORDANCE WITH U.S. TRUSTEE GUIDELINES (.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HART JR. DJ | 05/17/06 | 3.20 | REVIEW TIME ENTRIES OF VARIOUS ATTORNEYS TO ENSURE CONFORMITY WITH U.S. TRUSTEE GUIDELINES (2.6); CORRESPONDENCE WITH K. WINTERS RE: UPCOMING FEE STATEMENT LETTERS (.3); COMMUNICATIONS WITH A. RAVIN RE: TIME EDITS (.2); REVIEW AND RESPOND TO EMAIL FROM S. EICHEL RE: REVIEW OF TIME ENTRIES (.1). |
| HENRY S | 05/18/06 | 3.50 | REVIEW MARCH FEES FOR WRITE OFFS, PRIVILEGE AND STRATEGY (3.5). |
| HART JR. DJ | 05/18/06 | 4.30 | REVIEW TIME ENTRIES FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES FOR TIMEKEEPING (4.3). |
| MORTON LS | 05/18/06 | 5.70 | REVIEW TIME DETAILED REPORTS RE: FEE APPLICATIONS (5.7). |
| HART JR. DJ | 05/19/06 | 2.80 | REVIEW TIME ENTRIES FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES FOR TIME KEEPING (2.4); EMAIL CORRESPONDENCE WITH K. WINTERS RE: TIME ENTRIES (.2); EMAIL TO S. EICHEL RE: TIME ENTRIES (.1); RESPOND TO EMAIL INQUIRY FROM A. RESHTICK RE: TIME ENTRIES (.1). |
| MORTON LS | 05/19/06 | 2.10 | REVIEW TIME DETAILED REPORTS RE: FEE APPLICATIONS (2.1). |
| HART JR. DJ | 05/22/06 | 2.40 | REVIEW TIME ENTRIES FOR APRIL WINN-DIXIE FEE STATEMENT FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES (1.9); COMMUNICATIONS WITH K. LAMAINA RE: FEES AND EXPENSES (.2); MULTIPLE EMAILS TO K. WINTERS RE: FEE STATEMENT REPORTS (.3). |
| MORTON LS | 05/23/06 | 2.10 | REVIEW TIME DETAILED REPORTS RE: FEE APPLICATIONS (2.1). |
| HART JR. DJ | 05/24/06 | 5.20 | EMAILS TO K. WINTERS RE: FEE DETAILS (.3); EMAILS AND TELECONFERENCES WITH L. MORTON RE: FEE DETAILS (.4); REVIEW TIME DETAILS FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES FOR FEES (4.5). |
| MORTON LS | 05/24/06 | 3.70 | REVIEW TIME DETAILED REPORTS RE: FEE APPLICATIONS (3.7). |
| HENRY S | 05/25/06 | 4.20 | REVIEW OF MARCH BILL FOR WRITE OFFS, PRIVILEGE, CONFIDENTIALITY ISSUES (4.2). |
| HART JR. DJ | 05/25/06 | 5.10 | REVIEW FEBRUARY EXPENSE DETAIL (.2); DRAFT EMAIL TO S. HENRY AND K. WINTERS RE: FEBRUARY EXPENSE DETAIL (.1); REVIEW TIME ENTRIES FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES (4.8). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| HART JR. DJ | 05/26/06 | 1.90 | REVIEW TIME ENTRIES FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES FOR BILLING (1.9). |
| GRAY RW | 05/30/06 | 0.10 | EMAIL EXCHANGE WITH D. TURETSKY RE: UPDATING SKADDEN PARTY IN INTEREST CHECK/DISCLOSURES (.1). |
| HART JR. DJ | 05/30/06 | 4.70 | REVIEW FEE EXPENSE DETAIL FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES FOR BILLING (2.8); REVIEW EXPENSE DETAIL FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES (1.0); DRAFT EMAIL TO J. COHEN RE: TIME ENTRIES (.1); DRAFT FEBRUARY FEE STATEMENT LETTER (.3); DRAFT MARCH FEE STATEMENT LETTER (.2); DRAFT APRIL FEE STATEMENT LETTER (.2); TELECONFERENCE WITH K. WINTERS RE: EXPENSE DETAIL (.1). |
| TURETSKY DM | 05/30/06 | 2.00 | E-MAIL TO R. GRAY RE: POTENTIAL DISCLOSURE PARTIES (.1); FURTHER ANALYSIS AND RESEARCH RE: POTENTIAL DISCLOSURE PARTY ISSUES (1.7); E-MAIL TO H. WETZEL RE: POTENTIAL DISCLOSURE PARTY ISSUES (.1); E-MAIL TO J. LEAMY RE: POTENTIAL DISCLOSURE PARTY ISSUES (.1). |
| HENRY S | 05/31/06 | 3.80 | REVIEW APRIL FEE STATEMENT FOR WRITE OFFS, PRIVILEGE AND CONFIDENTIALITY ISSUES (3.8). |
| HART JR. DJ | 05/31/06 | 2.20 | REVISE MARCH FEE STATEMENT LETTER (.1); REVISE APRIL FEE STATEMENT LETTER (.1); REVIEW VOICE MESSAGE AND EMAIL FROM S. HENRY RE: APRIL TIME ENTRIES AND RESPOND TO SAME (.2); REVIEW TIME ENTRIES FOR CONFORMITY WITH U.S. TRUSTEE GUIDELINES FOR BILLING (1.8). |
| TURETSKY DM | 05/31/06 | 2.10 | FURTHER ANALYSIS AND RESEARCH RE: POTENTIAL DISCLOSURE PARTY ISSUES (1.3); E-MAILS TO J. LEAMY RE: POTENTIAL DISCLOSURE PARTY ISSUES (.3); REVISE FIFTH SUPPLEMENTAL DECLARATION IN CONNECTION WITH SKADDEN RETENTION (.4); E-MAIL TO R. GRAY RE: FIFTH SUPPLEMENTAL DECLARATION IN CONNECTION WITH SKADDEN RETENTION (.1). |

**MATTER TOTAL** <u>79.50</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                     Bill Date: 06/02/06
Retention / Fee Matters / Objections (Others)                    Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRAY RW | 05/01/06 | 0.10 | REVIEW ORDINARY COURSE PROFESSIONAL ORDER PER INQUIRY FROM C. JACKSON AND DRAFT MEMORANDUM TO C. JACKSON RE: CAP AMOUNTS (.1). |
| GRAY RW | 05/02/06 | 0.10 | DRAFT MEMORANDUM TO C. JACKSON RE: INFORMATION FOR JENNER AND  BLOCK HEARING (.1). |
| TURETSKY DM | 05/02/06 | 0.50 | TELECONFERENCE WITH C. JACKSON RE: DELOITTE FAS APPLICATION (.1); TELECONFERENCES WITH R. YOUNG RE: DELOITTE FAS APPLICATION (.2); FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING SAME (.2). |
| TURETSKY DM | 05/03/06 | 0.10 | TELECONFERENCES WITH R. YOUNG RE: ISSUES CONCERNING DELOITTE FAS RETENTION (.1). |
| GRAY RW | 05/05/06 | 0.10 | DRAFT MEMORANDUM TO D. TURETSKY ET AL. RE: JENNER AND BLOCK ASSISTANCE WITH FEE APP PROCESS (.1). |
| LAMAINA KA | 05/05/06 | 0.40 | REVIEW NEW RETAINED PROFESSIONAL AND TELECONFERENCE WITH JENNER ON PROCEDURES IN WINN-DIXIE RE: RETENTION (.4). |
| TURETSKY DM | 05/05/06 | 1.00 | E-MAIL TO K. CAMPBELL RE: ENTRY OF ORDER APPROVING SUPPLEMENT TO RETENTION OF PWC (.1); E-MAIL TO J. GLEASON AND J. CASTLE RE: ENTRY OF ORDER APPROVING SUPPLEMENT TO RETENTION OF PWC (.1); E-MAIL TO C. DICKINSON AND J. MATHIAS RE: ENTRY OF ORDER APPROVING RETENTION OF JENNER AND  BLOCK (.1); E-MAIL TO J. CASTLE RE: ENTRY OF ORDER APPROVING RETENTION OF JENNER AND  BLOCK (.1); E-MAIL TO C. DICKINSON AND J. MATHIAS RE: COMPENSATION PROCEDURES (.6). |
| LAMAINA KA | 05/09/06 | 0.90 | PREPARE AND DISTRIBUTE RETENTION DOCUMENTS TO J. MATHIAS OF JENNER (.9). |
| EICHEL S | 05/18/06 | 0.20 | TELECONFERENCE WITH V. GIORDANO RE: HIS RETENTION AS AN ORDINARY COURSE PROFESSIONAL (.1); DRAFT EMAIL TO V. GIORDANO RE: COMPLETING ORDINARY COURSE PROFESSIONAL QUESTIONNAIRE (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW           05/19/06      0.10   REVIEW AND RESPONSE TO MEMORANDUM
                                       FROM D. TURETSKY RE: JENNER AND
                                       BLOCK ORDINARY COURSE PROFESSIONAL
                                       PAYMENTS AND TELECONFERENCE WITH D.
                                       TURETSKY RE: OPTIONS (.1).

TURETSKY DM       05/19/06      0.70   E-MAIL TO R. GRAY RE: ISSUES
                                       CONCERNING RETENTION OF JENNER AND
                                       BLOCK (.1); RESEARCH AND ANALYSIS RE:
                                       ISSUES CONCERNING RETENTION OF JENNER
                                       AND BLOCK (.4); MEMORANDUM TO R. GRAY
                                       RE: ISSUES CONCERNING RETENTION OF
                                       JENNER AND BLOCK (.2).

EICHEL S          05/20/06      0.10   REVIEW COMPLETED ORDINARY COURSE
                                       PROFESSIONAL QUESTIONNAIRE OF V.
                                       GIORDANO (.1).

EICHEL S          05/21/06      0.40   DRAFT 14TH ORDINARY COURSE
                                       PROFESSIONAL SUPPLEMENT (.2); DRAFT
                                       14TH ORDINARY COURSE PROFESSIONAL
                                       SUBMISSION (.2).

GRAY RW           05/22/06      0.30   REVIEW AND COMMENT ON 14TH ORDINARY
                                       COURSE PROFESSIONAL FILING (.1);
                                       REVIEW BLACKSTONE ENGAGEMENT LETTER
                                       RE: MONTHLY FEE CREDITING AND DRAFT
                                       MEMORANDUM TO J. BAKER RE: SAME (.1);
                                       REVIEW MEMORANDUM FROM J. BAKER TO
                                       CLIENT AND ADVISORS RE: HOULIHAN AND
                                       A&M MOTIONS AND DRAFT FOLLOW UP
                                       MEMORANDUM TO F. HUFFARD AND H. ETLIN
                                       RE: MOTIONS (.1).

EICHEL S          05/22/06      0.40   DRAFT EMAIL TO R. GRAY RE: 14TH
                                       ORDINARY COURSE PROFESSIONAL
                                       SUPPLEMENT AND SUBMISSION (.1);
                                       REVIEW EMAIL FROM R. GRAY RE:
                                       COMMENTS TO 14TH ORDINARY COURSE
                                       PROFESSIONAL SUPPLEMENT AND
                                       SUBMISSION (.1); TELECONFERENCE WITH
                                       B. KICHLER RE: SENSITIVITY RE:
                                       DISCLOSURE IN 14TH ORDINARY COURSE
                                       PROFESSIONAL SUBMISSION (.1);
                                       TELECONFERENCE WITH V. GIORDANO RE:
                                       14TH ORDINARY COURSE PROFESSIONAL
                                       QUESTIONNAIRE (.1).

EICHEL S          05/23/06      0.20   REVIEW AND REVISE 14TH ORDINARY
                                       COURSE PROFESSIONAL SUPPLEMENT (.1);
                                       REVIEW AND REVISE 14TH ORDINARY
                                       COURSE PROFESSIONAL SUBMISSION (.1).

GRAY RW           05/24/06      0.20   REVIEW FINAL 14TH ORDINARY COURSE
                                       PROFESSIONAL AND DRAFT MEMORANDUM TO
                                       S. EICHEL AND C. JACKSON RE:
                                       INCLUSION OF ADDITIONAL ORDINARY
                                       COURSE PROFESSIONAL (.1); REVIEW
                                       NOTICE OF HEARING ON HOULIHAN AND A&M
                                       MOTIONS AND DRAFT MEMORANDUM TO L.
                                       APPEL RE: SAME (.1).

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 05/24/06 | 1.10 | DRAFT EMAIL TO R. GRAY RE: 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND 14TH ORDINARY COURSE PROFESSIONAL SUBMISSION (.1); REVIEW EMAIL FROM R. GRAY RE: RETENTION OF A BROKER AS AN ORDINARY COURSE PROFESSIONAL (.1); REVIEW EMAIL FROM C. JACKSON RE: RETENTION OF A BROKER AS AN ORDINARY COURSE PROFESSIONAL (.1); DRAFT EMAIL TO L. PANKER RE: QUESTIONNAIRE TO BE COMPLETED IN CONNECTION WITH RETENTION AS AN ORDINARY COURSE PROFESSIONAL (.1); DRAFT EMAIL TO R. GRAY RE: RETENTION OF BROKER (.1); REVIEW RETENTION QUESTIONNAIRE OF CENTRE-LINE REAL ESTATE SERVICES (.1); REVIEW AND REVISE 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND 14TH ORDINARY COURSE PROFESSIONAL SUBMISSION TO INCLUDE RETENTION OF CENTRE-LINE REAL ESTATE SERVICES AS ORDINARY COURSE PROFESSIONAL (.3); DRAFT EMAIL TO R. GRAY RE: REVISED 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); DRAFT EMAIL TO J. CASTLE RE: REVISED 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1). |
| GRAY RW | 05/25/06 | 0.20 | CONFERENCE WITH D. TURETSKY RE: JENNER AND BLOCK PAYMENT ISSUES (.1); REVIEW AND RESPOND TO MEMORANDUM FROM C. JACKSON RE: ATECH RETENTION AMENDMENT (.1). |
| TURETSKY DM | 05/25/06 | 0.50 | FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING RETENTION AND COMPENSATION OF JENNER AND BLOCK (.3); MEETING WITH R. GRAY RE: ISSUES CONCERNING RETENTION AND COMPENSATION OF JENNER AND BLOCK (.1); TELECONFERENCE WITH M. RICHARD (LEFT VOICEMAIL) RE: ISSUES CONCERNING RETENTION AND COMPENSATION OF JENNER AND BLOCK (.1). |
| GRAY RW | 05/30/06 | 0.10 | EMAIL FROM AND TELECONFERENCE WITH D. TURETSKY RE: ADDITIONAL DELOITTE RETENTION (.1). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| EICHEL S | 05/30/06 | 0.80 | TELECONFERENCE WITH M. RICHARD RE: 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); REVIEW EMAIL FROM M. RICHARD RE: 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); COORDINATE REVISIONS TO 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); DRAFT EMAIL TO C. JACKSON (SMITH, HULSEY) RE: FILING AND SERVICE OF 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); REVIEW EMAIL FROM K. WARD RE: 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); DRAFT REPLY EMAIL TO K. WARD RE: 14TH ORDINARY COURSE PROFESSIONAL SUPPLEMENT AND SUBMISSION (.1); REVIEW FILES TO DETERMINE WHETHER DELOITTE TOUCHE TAX IS AN ORDINARY COURSE PROFESSIONAL (.2). |
| LAMAINA KA | 05/30/06 | 0.80 | RESPOND TO JENNER QUESTIONS ON APPLICATION PROCEDURES (.5); REVIEW JENNER RETENTION (.3). |
| TURETSKY DM | 05/30/06 | 2.20 | RESEARCH RE: ISSUES CONCERNING APPLICATION TO RETAIN DELOITTE TAX (.3); E-MAIL TO R. GRAY RE: ISSUES CONCERNING APPLICATION TO RETAIN DELOITTE TAX (.1); E-MAIL TO M. BYRUM AND J. CASTLE RE: ISSUES CONCERNING APPLICATION TO RETAIN DELOITTE TAX (.1); TELECONFERENCE WITH M. RICHARD RE: JENNER AND BLOCK ISSUES (.1); FURTHER RESEARCH AND ANALYSIS RE: JENNER AND BLOCK ISSUES (.6); E-MAIL TO K. LAMAINA RE: JENNER AND BLOCK ISSUES (.1); TELECONFERENCE WITH J. MATHIAS RE: JENNER AND BLOCK ISSUES (.2); MEMORANDUM TO J. MATHIAS RE: JENNER AND  BLOCK ISSUES (.7). |
| TURETSKY DM | 05/31/06 | 3.40 | REVIEW ENGAGEMENT LETTER WITH DELOITTE TAX (.7); FURTHER RESEARCH AND ANALYSIS RE: ISSUES CONCERNING APPLICATION TO RETAIN DELOITTE TAX (1.6); TELECONFERENCE WITH R. YOUNG (LEFT VOICEMAIL) RE: APPLICATION TO RETAIN DELOITTE TAX (.1); MEMORANDUM TO M. BYRUM AND J. CASTLE RE: ISSUES CONCERNING DELOITTE TAX APPLICATION (1.0). |

**MATTER TOTAL**                    <u>14.90</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                          Bill Date: 06/02/06
Tax Matters                                            Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BRISTOR KM | 05/02/06 | 2.50 | TELECONFERENCE WITH WINN-DIXIE TEAM RE: STATUS OF AUDITS (1.0); DRAFT MEMORANDUM RE: STATUS OF AUDITS (1.5). |
| BRISTOR KM | 05/03/06 | 1.20 | E-MAIL CORRESPONDENCE RE: IRS AUDIT (.5); RESEARCH RE: STATUS WHETHER TAXES OWED AS PRIORITY CLAIMS IN BANKRUPTCY (.7). |
| TURETSKY DM | 05/03/06 | 3.80 | TELECONFERENCE WITH R. GRAY AND K. BRISTOR (PARTIAL) RE: ISSUES CONCERNING IRS TAX CLAIM (.3); RESEARCH RE: IRS TAX CLAIM (3.5). |
| BAKER DJ | 05/04/06 | 0.60 | REVIEW ISSUES RELATED TO CLAIMS FILED ON BEHALF OF INTERNAL REVENUE SERVICE (.6). |
| TURETSKY DM | 05/04/06 | 7.90 | FURTHER RESEARCH RE: ISSUES CONCERNING IRS TAX CLAIM (7.9). |
| BRISTOR KM | 05/05/06 | 2.50 | DRAFT MEMORANDUM RE: TAX ISSUES AND EFFECT ON PLAN (2.5). |
| TURETSKY DM | 05/05/06 | 5.20 | CONTINUE RESEARCH RE: ISSUES CONCERNING IRS TAX CLAIM (5.2). |
| BRISTOR KM | 05/06/06 | 0.20 | REVIEW ANGELA BERAGONA SPREAD SHEET (.2). |
| BRISTOR KM | 05/08/06 | 1.50 | ANALYSIS OF NOL CARRY BACK AND EFFECT ON PLAN CONFIRMATION (1.5). |
| TURETSKY DM | 05/08/06 | 1.20 | CONTINUE RESEARCH RE: ISSUES CONCERNING IRS TAX CLAIM (1.2). |
| BRISTOR KM | 05/09/06 | 1.10 | TELECONFERENCE WITH ANGELA BERAGONA RE: IMPACT OF IRS AUDIT (1.1). |
| TURETSKY DM | 05/09/06 | 1.80 | CONTINUE RESEARCH RE: ISSUES CONCERNING IRS TAX CLAIM (1.8). |
| BRISTOR KM | 05/10/06 | 1.40 | TELECONFERENCE WITH A. BERGONA RE: TAX SPREADSHEET (.7); REVIEW OF TAX SPREADSHEET (.7). |
| RESHTICK AA | 05/10/06 | 2.50 | RESEARCH AND ANALYZE TAX ISSUES RE: THE PLAN OF LIQUIDATION AND THE PRIORITY OF TAX CLAIMS (2.5). |
| TURETSKY DM | 05/10/06 | 5.00 | DRAFT MEMORANDUM RE: ISSUES CONCERNING IRS CLAIM (5.0). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| TURETSKY DM | 05/11/06 | 4.50 | CONTINUE DRAFTING MEMORANDUM RE: ISSUES CONCERNING IRS CLAIM (3.0); FURTHER RESEARCH IN CONNECTION WITH IRS CLAIM (1.4); TELECONFERENCE WITH R. GRAY RE: IRS CLAIM (.1). |
| BRISTOR KM | 05/15/06 | 2.30 | CONFERENCE CALL RE: BAHAMAS BIDS (1.0); TELECONFERENCE WITH T. CRICHTON OF V&E RE: STATUS OF AUDITS (.8); REVIEW SPREAD SHEET RE: TAX IMPACT OF AUDIT (.5). |
| RESHTICK AA | 05/15/06 | 3.60 | REVIEW AND DISCUSS ISSUES RELATED TO THE VARIOUS BIDS FOR WD BAHAMAS WITH T. SALDANA, K. BRISTOR AND AVISORS FROM THE BLACKSTONE GROUP (1.2); ANALYZE AND DISCUSS STATUS OF THE IRS AUDITS WITH K. BRISTOR AND T. CRICHTON (2.4). |
| BRISTOR KM | 05/16/06 | 0.60 | TELECONFERENCE WITH A. BARAGONA RE: IRS POSITION ON 10 YEAR NOL CARRY BACK (.1); REVIEW AND REVISED TAX SPREAD SHEETS (.5). |
| GRAY RW | 05/16/06 | 0.10 | TELECONFERENCE WITH A. RESHTICK RE: INFORMATION FOR TAX ANALYSIS (.1). |
| RESHTICK AA | 05/16/06 | 2.10 | REVIEW AND ANALYZE STATUS OF THE IRS AUDITS (1.0); RESEARCH RELATED AUDIT ISSUES (1.1). |
| BRISTOR KM | 05/17/06 | 1.50 | ANALYSIS OF TAX ISSUES RE: AUDIT AND IMPACT ON PLAN (1.5). |
| RESHTICK AA | 05/17/06 | 2.40 | REVIEW ISSUES RELATED TO THE STATUS OF THE IRS AUDITS (2.4). |
| BRISTOR KM | 05/18/06 | 2.90 | PREPARE MEMORANDUM RE: TAX ISSUES (2.9). |
| RESHTICK AA | 05/18/06 | 2.50 | REVIEW AND ANALYZE STATUS OF THE IRS AUDITS (1.4); RESEARCH RELATED AUDIT ISSUES (1.1). |
| TURETSKY DM | 05/18/06 | 0.90 | REVIEW AND COMMENT RE: MEMORANDUM CONCERNING IRS TAX ISSUES FROM K. BRISTOR (.9). |
| BRISTOR KM | 05/19/06 | 2.50 | PREPARE TAX MEMORANDUM (2.5). |
| RESHTICK AA | 05/19/06 | 3.80 | REVIEW AND ANALYZE STATUS OF THE IRS AUDITS (2.1); RESEARCH RELATED AUDIT ISSUES (1.7). |
| BAKER DJ | 05/22/06 | 0.70 | REVIEW SECTION 505 ISSUES RE: TAX CLAIMS (.7). |
| RESHTICK AA | 05/23/06 | 2.40 | ANALYZE ISSUES RELATED TO STATE LEVEL TAX CLAIM (2.4). |
| TURETSKY DM | 05/23/06 | 0.20 | MEETING WITH R. GRAY RE: VARIOUS ISSUES CONCERNING TAX PENALTIES (.2). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

```
TURETSKY DM          05/24/06          0.70   RESEARCH RE: ISSUES CONCERNING TAX
                                              PENALTIES AND PLAN TREATMENT RE: SAME
                                              (.6); E-MAIL TO A. RESHTICK RE:
                                              ISSUES CONCERNING TAX PENALTIES AND
                                              PLAN TREATMENT OF SAME (.1).
```

**MATTER TOTAL**                         <u>72.10</u>

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**                           Bill Date: 06/02/06
**U.S. Trustee Matters**                                    Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAMAINA KA | 05/23/06 | 0.10 | TELECONFERENCE WITH E. ESCAMILLA ON WINN-DIXIE STATEMENTS (.1). |
| **MATTER TOTAL** | | **0.10** | |

146                                                                    D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                    Bill Date: 06/02/06
Utilities                                                        Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FELD SR | 05/01/06 | 0.30 | REVIEW STATUS OF PENDING ADEQUATE ASSURANCE STIPULATIONS (.3). |
| KALOUDIS D | 05/01/06 | 0.60 | CONFER WITH S. FELD RE: STATUS OF UTILITIES WITH BOND DEMANDS (.4); DRAFT EMAIL TO COUNSEL TO CLECO RE: EXECUTION OF PROPOSED STIPULATION (.2). |
| KALOUDIS D | 05/02/06 | 1.40 | TELECONFERENCE WITH J. DONHUE RE: PROPOSED STIPULATION AND RETURN OF THE BOND (.2); TELECONFERENCE TO J. PETTY RE: FLORIDA PUBLIC UTILITIES PROPOSED STIPULATION (.3); TELECONFERENCE WITH COUNSEL TO HILLSBOROUGH RE: OUTSTANDING ISSUES AND STIPULATION (.2); TELECONFERENCE TO J. PERRYMAN RE: STATUS OF PROPOSED STIPULATION (.2); TELECONFERENCE TO COUNSEL FOR VOLUNTEER ENERGY RE: STATUS OF PROPOSED STIPULATION (.2); ANALYZE BOND CHART (.3). |
| KALOUDIS D | 05/03/06 | 4.20 | TELECONFERENCE WITH SHEFFIELD RE: RETURN OF THE BOND AND REFUND CHECK (.2); DRAFT EMAIL RE: BOND AND REFUND CHECK TO COMPANY (.4); ANALYZE ALL OUTSTANDING ISSUES RE: UTILTIIES WITH BOND DEMANDS (1.8); REVISE CLECO STIPULATION (.2); DRAFT EMAIL TO COUNSEL TO CLECO RE: EXECUTION OF PROPOSED STIPULATION (.2); DRAFT EMAIL TO J. NEELD RE: YAZOO STIPULATION (.3); ANALYZE ISSUES RE: CANTON UTILITY BOND (.4); SEND EMAIL TO C. LEO RE: HILLSBOROUGH PAYMENT (.2); REVIEW HILLSBOROUGH FINAL EXECUTED STIPULATION (.1); DRAFT EMAIL TO C. LEO RE: FULLY EXECUTED CHATTANOOGA STIPULATION (.2); REVIEW CORRESPONDENCE FROM CHATTANOOGA RE: CHATTANOOGA STIPULATION AND PAYMENT INFORMATION (.2). |
| KALOUDIS D | 05/04/06 | 0.30 | TELECONFERENCE TO T. BROWN RE: BOWLING GREEN BOND DEMAND (.1); REVIEW CORRESPONDENCE FROM A. CASTLEBERRY RE: CANTON BOND (.2). |
| FELD SR | 05/08/06 | 0.30 | REVIEW EMAILS RE: BOWLING GREEN (.2); REVIEW STATUS OF PENDING ADEQUATE ASSURANCE STIPULATIONS (.1). |

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 05/08/06 | 4.90 | UPDATE UTILITY CHART RE: UTILITIES WITH BONDS (1.7); TELECONFERENCE TO CLECO RE: EXECUTION OF PROPOSED STIPULATION (.2); SPOKE TO P. MALLETT RE: CITY OF OXFORD - RETURN OF BOND AND RESCISSION OF BOND DEMAND (.2); REVIEW CORRESPONDENCE FROM P. MALLETTE RE: BOND RESCISSION (.2); TELECONFERENCE WITH S. GRANTHAM RE: RETURN OF THE BOND (.2); ANALYZE PAYMENT DUE UNDER STIPULATION RE: CHATTANOOGA (.5); DRAFT EMAIL TO COMPANY RE: CHATTANOOGA STIPULATION (.2); DRAFT EMAIL TO T. GREEN, UTILITY RE: CHATTANOOGA STIPULATION (.2);  DRAFT EMAIL TO P. DELCAMBRE, MISSISSIPPI POWER RE: BOND REDUCTION (.3); TELECONFERENCE WITH S. LAWRENCE RE: WALTON PROPOSED STIPULATION AND PREPETITION AMOUNTS (.4); REVISED BOWLING GREEN PROPOSED STIPULATION (.5); DRAFT EMAIL TO B. FITZGERALD RE: HILLSBOROUGH (.2); DRAFT EMAIL TO B. KICHLER RE: EXECUTION OF CLECO STIPULATION (.1). |
| KALOUDIS D | 05/09/06 | 1.60 | REVIEW CLECO SIGNATURE PAGES (.2); DRAFT EMAIL TO WD RE: CITY OF FOLEY (.6); EMAIL TO WD RE: VOLUNTEER ENERGY (.5); ANALYZE ISSUES RE: VOLUNTEER ENERGY (.3). |
| FELD SR | 05/11/06 | 0.50 | REVIEW ADEQUATE ASSURANCE STIPULATIONS FOR CITY OF FOLEY AND EMAIL NOTICE (.5). |
| KALOUDIS D | 05/11/06 | 0.60 | ANALYZE ISSUE RE: CITY OF FOLEY STIPULATION (.3); READ EMAILS RE: GEORGIA POWER (.3). |
| LAMAINA KA | 05/11/06 | 2.30 | REVIEW UTILITY BONDS (2.3). |
| FELD SR | 05/12/06 | 0.20 | TELECONFERENCE WITH C. TURNER RE: GEORGIA POWER ADEQUATE ASSURANCE STIPULATION (.2). |
| KALOUDIS D | 05/12/06 | 0.10 | READ EMAIL RE: GEORGIA POWER PREPETITION AMOUNT (.1). |
| KALOUDIS D | 05/15/06 | 0.20 | REVIEW EMAIL CORRESPONDENCE FROM CLECO RE: CLECO (.2). |
| KALOUDIS D | 05/16/06 | 1.90 | CALL WITH CUSTOMER SERVICE CONTACT AT VILLE PLATTE UTILITIES RE: TERMINATION OF WATER SERVICE (.5); CALL WITH COUNSEL FOR VILLE PLATTE UTILITIES RE: TERMINATION OF WATER SERVICE (.2); ANALYZE ISSUES RE: VILLE PLATTE UTILITIES TERMINATION OF WATER SERVICE (.6); BEGIN DRAFTING LETTER TO VILLE PLATTE UTILITIES (.3); CALL WITH COMPANY RE: TERMINATION OF WATER SERVICE (.3). |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

GRAY RW            05/17/06       0.20   REVIEW AND RESPOND TO MEMORANDUM FROM
                                         C. JACKSON RE: UTILITY ISSUES ON 35
                                         STORES (.1); FOLLOW UP EMAIL EXCHANGE
                                         WITH S. FELD AND D. KALOUDIS RE:
                                         RESOLUTION OF ISSUES (.1).

KALOUDIS D         05/17/06       2.50   REVIEW CORRESPONDENCE FROM SHEFFIELD
                                         RE: BOND RETURN AND UTILITY REFUND
                                         CHECK (.5); DRAFT EMAIL TO COMPANY
                                         RE: BOND RETURN (.3); DRAFT EMAIL TO
                                         COMPANY RE: CLECO CHECK (.2); ANALYZE
                                         ISSUES RE: VILLA PELETTER (1.5).

KALOUDIS D         05/18/06       1.70   ANALYZE STATUS OF TERMINATION OF
                                         SERVICES BY VILLE PLATTE (.4); DRAFT
                                         VIOLATION OF STAY LETTER TO VILLA
                                         PLATTE (1.1); SEND TO COUNSEL TO
                                         VILLA PLATTE (.2).

KALOUDIS D         05/19/06       1.50   CALL WITH GEORGIA POWER RE: STIP
                                         (.2); FOLLOW UP CALL WITH GEORGIA
                                         POWER RE: STIP (.2); REVISE GEORGIA
                                         STIP (.8); ANALYZE ISSUES RE: GEORGIA
                                         STIP (.3).

LAMAINA KA         05/20/06       5.60   REVIEW UTILITY CLAIMS (5.6).

KALOUDIS D         05/21/06       2.80   DRAFT STIPULATION FOR WALTON ELECTRIC
                                         UTILITY (.8); DRAFT VOLUNTEER ENERGY
                                         STIPULATION (.9); DRAFT STIPULATION
                                         FOR GEORGIA POWER (.9); EMAIL TO
                                         CLECO RE: PAYMENT INFO (.2).

FELD SR            05/22/06       0.50   REVIEW EMAILS RE: GEORGIA POWER (.1);
                                         REVIEW CLECO ADEQUATE ASSURANCE
                                         STIPULATION (.2); REVIEW EMAIL AND
                                         LETTER RE: VILLE PLATTE TERMINATION
                                         OF SERVICES (.2).

KALOUDIS D         05/22/06       0.40   EMAIL TO COMPANY RE: PAYMENT DUE
                                         UNDER CLECO STIPULATION (.2); REVIEW
                                         CLECO STIPULATION (.2).

FELD SR            05/23/06       0.10   REVIEW STATUS RE: GEORGIA POWER
                                         ADEQUATE ASSURANCE STIPULATION (.1).

KALOUDIS D         05/23/06       0.70   DRAFT EMAIL TO GEORGIA POWER RE:
                                         STIPULATION (.2); DRAFT EMAIL TO
                                         COMPANY RE: STATUS OF VILLA PLATTE
                                         (.3); ANALYZE OUTSTANDING ISSUES RE:
                                         TERMINATION OF WATER SERVICE BY VILLA
                                         PLATTE (.2).

FELD SR            05/24/06       0.90   REVIEW STATUS OF PENDING ADEQUATE
                                         ASSURANCE STIPULATIONS (.7); DEVELOP
                                         PROCEDURE FOR UTILITIES WITH
                                         CONTINUING BONDS (.2).

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 05/24/06 | 5.20 | DRAFT NOTICE TO NOTICE PARTIES RE: CITY OF FOLEY STIPULATION (.5); TELECONFERENCE WITH J. KITTILE RE: VOLUNTEER ENERGY PROPOSED STIPULATION (.2); REVISE BOND UTILITY CHART (1.3); DRAFT EMAIL TO COMPANY RE: STARKVILLE BOND (.2); DRAFT EMAIL TO COUNSEL FOR HILLSBOROUGH UTILITY RE: HILLSBOROUGH BOND (.2); DRAFT CHART RE: UTILITIES WITH BONDS BUT WITHOUT STIPULATIONS WITH WD (.6); DRAFT EMAIL TO COMPANY RE: UTILITIES WITH BONDS (.3); REVISE GEORGIA POWER STIPULATION (.9); DRAFT EMAIL TO COMPANY RE: SERVICE OF HILLSBOROUGH STORE 673 (.2); TELECONFERENCE WITH COUNSEL TO HILLSBOROUGH RE: STORE 673 (.2); RESEARCH PROOF OF CLAIM FILED BY GEORGIA POWER (.3); REVIEW CORRESPONDENCE FROM CLECO RE: BOND REDUCTION AND BOND DEMAND RESCISSION (.3). |
| FELD SR | 05/31/06 | 4.00 | REVIEW ACTIVE ACCOUNTS OF GEORGIA POWER (.4); REVIEW AND COMMENT ON REVISED BOND REDUCTION CHART (.6); REVIEW AND COMMENT ON ADEQUATE ASSURANCE STIPULATIONS FOR VOLUNTEER, GEORGIA POWER, AND WALTON (2.4); FINALIZE GEORGIA POWER STIPULATION AND CIRCULATE TO C. TURNER (.6). |
| KALOUDIS D | 05/31/06 | 1.80 | CONFER WITH S. FELD RE: STATUS OF STIPULATION (.5); REVIEW GEORGIA POWER STIPULATION (.6); FURTHER REVISE BOND CHART (.7). |

**MATTER TOTAL**                          <u>**47.30**</u>

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                        Bill Date: 06/02/06
Vendor Matters                                                      Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 05/03/06 | 0.10 | REVIEW MEMO RE: VENDOR SET-OFF (.1). |
| EICHEL S | 05/03/06 | 0.60 | REVIEW EMAIL FROM T. WUERTZ RE: DEL MONTE RECONCILIATION ISSUES (.1); ANALYZE PROPOSED LETTER TO DEL MONTE FOODS RE: RECONCILIATION OF CLAIM (.1); TELECONFERENCE WITH T. WUERTZ RE: DEL MONTE RECONCILIATION (.1); TELECONFERENCE WITH T. WUERTZ RE: ALLERGIN CLAIM (.2); REVIEW EMAIL FROM T. WUERTZ RE: ALLERGIN CLAIM (.1). |
| EICHEL S | 05/31/06 | 0.30 | REVIEW STIPULATION WITH SOUTHEAST-ATLANTIC BEVERAGE CO. ("SEABEV") ALLOWING FOR SETOFF (.1); TELECONFERENCE WITH L. BARR RE: EXECUTION OF SEABEV STIPULATION (.1); DRAFT EMAIL TO B. KICHLER AND L. BARR RE: EXECUTION OF SEABEV STIPULATION (.1). |

**MATTER TOTAL**                        **1.00**

D08A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Winn-Dixie Stores, Inc. (DIP)                                        Bill Date: 06/02/06
Fee Examiner                                                         Bill Number: 1111288

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HENRY S | 05/01/06 | 0.10 | REVIEW MEMO RE: RESPONSE TO FEE EXAMINER (.1). |
| HENRY S | 05/16/06 | 0.40 | CORRESPONDENCE WITH K. LAMAINA RE: FOLLOW-UP CALLS WITH FEE EXAMINER (.4). |
| LAMAINA KA | 05/16/06 | 0.30 | TELECONFERENCE WITH L. COOPER ON EXAMINER STATUS ON REPORTS (.3). |
| LAMAINA KA | 05/23/06 | 0.60 | REVIEW FEE EXAMINER REPORT WINN-DIXIE 3 (.6). |
| HENRY S | 05/25/06 | 2.80 | REVIEW STUART MAUE REPORT ON THIRD INTERIM FEE APPLICATION (2.8). |
| GRAY RW | 05/25/06 | 0.30 | PRELIMINARY REVIEW OF NEW REPORT FROM STUART MAUE (.3). |
| LAMAINA KA | 05/30/06 | 0.20 | REVIEW STATUS OF EXAMINER TIMELINE (.2). |
| LAMAINA KA | 05/31/06 | 0.80 | REVIEW EMAIL FROM E. ESCAMILLA TO L. COOPER RE: EXAMINER STATUS AND REVIEW EXAMINER STATUS (.5); MEMORANDUM TO S. HENRY ON EXAMINER STATUS (.3). |

**MATTER TOTAL**          <u>5.50</u>

**CLIENT TOTAL**          <u>1,647.70</u>

D08A