# EXHIBIT F-2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

**EXPENSE SUMMARY**
**(MAY 1, 2006 - MAY 31, 2006)**

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $8,761.61 |
| Long Distance Telephone | $342.88 |
| In-House Reproduction (@ $.10 per page) | $4,018.30 |
| Outside Research | $43.09 |
| Court Reporting | $227.50 |
| Out-Of-Town Travel | $3,113.64 |
| Business Meals | $377.91 |
| Courier & Express Carriers (e.g., Federal Express) | $712.64 |
| Postage | $0.39 |
| **TOTAL** | **$17,597.96** |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

**Winn-Dixie Stores, Inc. (DIP)**  Bill Date: 06/02/06
**Disbursements**  Bill Number: 1111288

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 05/02/06 | Baker DJ | 900.00 |
| Air/Rail Travel - vendor feed | 05/16/06 | Saldana A | 327.90 |
| Air/Rail Travel - vendor feed | 05/16/06 | Barusch RC | 342.95 |
| Air/Rail Travel - vendor feed | 05/16/06 | Saldana A | 148.98 |
| Air/Rail Travel - vendor feed | 05/16/06 | Saldana A | -141.45 |
| Air/Rail Travel - vendor feed | 05/23/06 | Baker DJ | 900.00 |
| Air/Rail Travel - vendor feed | 05/23/06 | Baker DJ | -1,318.60 |
| Air/Rail Travel - vendor feed | 05/23/06 | Baker DJ | 900.00 |
| Air/Rail Travel - vendor feed | 05/24/06 | Baker DJ | 659.30 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,719.08** |
| In-house Reproduction | 05/02/06 | Copy Center, D | 1,377.50 |
| In-house Reproduction | 05/02/06 | Copy Center, D | 43.50 |
| In-house Reproduction | 05/02/06 | Copy Center, D | 6.30 |
| In-house Reproduction | 05/02/06 | Copy Center, D | 9.80 |
| In-house Reproduction | 05/02/06 | Copy Center, D | 96.60 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 13.00 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 18.70 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 1.20 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 15.40 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 0.20 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 05/05/06 | Copy Center, D | 21.40 |
| In-house Reproduction | 05/09/06 | Copy Center, D | 2.70 |
| In-house Reproduction | 05/09/06 | Copy Center, D | 31.20 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 195.10 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 0.20 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/12/06 | Copy Center, D | 1.20 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 1.90 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 8.00 |
| In-house Reproduction | 05/12/06 | Copy Center, D | 11.50 |
| In-house Reproduction | 05/16/06 | Copy Center, D | 262.50 |
| In-house Reproduction | 05/16/06 | Copy Center, D | 244.20 |
| In-house Reproduction | 05/19/06 | Copy Center, D | 924.70 |
| In-house Reproduction | 05/19/06 | Copy Center, D | 7.80 |
| In-house Reproduction | 05/19/06 | Copy Center, D | 1.20 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 403.50 |
| In-house Reproduction | 05/23/06 | Copy Center, D | 0.10 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 0.30 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 2.00 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 140.60 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 85.00 |
| In-house Reproduction | 05/26/06 | Copy Center, D | 53.20 |
| In-house Reproduction | 05/30/06 | Copy Center, D | 1.50 |
| In-house Reproduction | 05/30/06 | Copy Center, D | 36.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4,018.30** |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.19 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.26 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 9.12 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 4.79 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.09 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.99 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 4.72 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 2.56 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.56 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 14.65 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 7.51 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.23 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.44 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.11 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.06 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.05 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.29 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.54 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 5.38 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 2.91 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.63 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 3.28 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.77 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.36 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.36 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.77 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.16 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.49 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.83 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.21 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 4.58 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 2.45 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.54 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.12 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.07 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.02 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 10.76 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 5.69 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.09 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.16 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 7.10 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 3.72 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.08 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.74 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 3.25 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.74 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.35 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 1.18 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.69 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.16 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 4.13 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 2.22 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.01 |
| Telephone Expense | 05/26/06 | Telecommunications, D | 0.49 |
| | | **TOTAL TELEPHONE EXPENSE** | **$118.91** |
| Postage | 05/04/06 | Office Admin, D | 0.39 |
| | | **TOTAL POSTAGE** | **$0.39** |
| Lexis/Nexis | 05/02/06 | Flynn SM | 671.42 |
| Lexis/Nexis | 05/03/06 | Flynn SM | 28.45 |
| Lexis/Nexis | 05/04/06 | Sambur K | 118.72 |
| Lexis/Nexis | 05/05/06 | Sambur K | 267.49 |
| Lexis/Nexis | 05/06/06 | Sambur K | 96.75 |
| Lexis/Nexis | 05/08/06 | Sambur K | 88.83 |
| Lexis/Nexis | 05/09/06 | Sambur K | 282.88 |
| Lexis/Nexis | 05/11/06 | Sambur K | 356.91 |
| Lexis/Nexis | 05/12/06 | Sambur K | 43.08 |
| Lexis/Nexis | 05/24/06 | Sambur K | 79.89 |
| Lexis/Nexis | 05/25/06 | Wetzel JA | 302.38 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 05/26/06 | Sambur K | 315.37 |
| Lexis/Nexis | 05/30/06 | Sambur K | 32.30 |
| Lexis/Nexis | 05/31/06 | Sambur K | 483.09 |
| | | **TOTAL LEXIS/NEXIS** | **$3,167.56** |
| Westlaw | 05/01/06 | Turetsky DM | 166.07 |
| Westlaw | 05/01/06 | Ravin AS | 149.48 |
| Westlaw | 05/02/06 | Feld SR | 229.82 |
| Westlaw | 05/02/06 | Jjingo MJ | 420.52 |
| Westlaw | 05/03/06 | Brown SS | 21.64 |
| Westlaw | 05/03/06 | Feld SR | 444.52 |
| Westlaw | 05/03/06 | Turetsky DM | 407.38 |
| Westlaw | 05/04/06 | Turetsky DM | 43.62 |
| Westlaw | 05/05/06 | Turetsky DM | 202.70 |
| Westlaw | 05/08/06 | Ravin AS | 80.07 |
| Westlaw | 05/09/06 | Turetsky DM | 9.77 |
| Westlaw | 05/09/06 | Ravin AS | 12.88 |
| Westlaw | 05/09/06 | Leamy JM | 54.25 |
| Westlaw | 05/10/06 | Reshtick AA | 37.63 |
| Westlaw | 05/10/06 | Turetsky DM | 14.30 |
| Westlaw | 05/11/06 | Turetsky DM | 118.55 |
| Westlaw | 05/11/06 | Turetsky DM | 116.21 |
| Westlaw | 05/12/06 | Wetzel JA | 539.99 |
| Westlaw | 05/15/06 | Turetsky DM | 218.40 |
| Westlaw | 05/16/06 | Turetsky DM | 239.36 |
| Westlaw | 05/18/06 | Turetsky DM | 124.50 |
| Westlaw | 05/18/06 | Leamy JM | 111.94 |
| Westlaw | 05/23/06 | Turetsky DM | 289.08 |
| Westlaw | 05/23/06 | Turetsky DM | 107.83 |
| Westlaw | 05/24/06 | Turetsky DM | 332.39 |
| Westlaw | 05/25/06 | Wetzel JA | 458.17 |
| Westlaw | 05/30/06 | Sambur K | 377.37 |
| Westlaw | 05/31/06 | Margolis A | 220.85 |
| Westlaw | 05/31/06 | Ravin AS | 44.76 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL WESTLAW** | **$5,594.05** |
| Scanning Services | 05/03/06 | World Copy Inc. | 27.09 |
| | | **TOTAL SCANNING SERVICES** | **$27.09** |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 17.30 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 10.82 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 32.01 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 1.45 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 9.59 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 16.51 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 18.74 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 5.49 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 25.59 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 14.58 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 1.66 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 10.09 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 16.16 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 23.22 |
| Vendor Hosted Teleconferencing | 05/31/06 | Teleconferencing Services, LLC | 10.81 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$214.02** |
| Telephone - Long Distance | 05/02/06 | Baker DJ | 9.95 |
| | | **TOTAL TELEPHONE - LONG DISTANCE** | **$9.95** |
| Out-of-Town Travel | 05/03/06 | Baker DJ | 236.17 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 05/03/06 | Baker DJ | 84.89 |
| Out-of-Town Travel | 05/03/06 | Baker DJ | 10.00 |
| Out-of-Town Travel | 05/16/06 | Barusch RC | 28.00 |
| Out-of-Town Travel | 05/16/06 | Barusch RC | 35.50 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$394.56** |
| Messengers/ Courier | 05/01/06 | Dist Serv/Mail/Page, D | 38.86 |
| Messengers/ Courier | 05/01/06 | Dist Serv/Mail/Page, D | 38.86 |
| Messengers/ Courier | 05/01/06 | Dist Serv/Mail/Page, D | 9.23 |
| Messengers/ Courier | 05/01/06 | Dist Serv/Mail/Page, D | 12.36 |
| Messengers/ Courier | 05/01/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/01/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/03/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/04/06 | Dist Serv/Mail/Page, D | 18.25 |
| Messengers/ Courier | 05/04/06 | Dist Serv/Mail/Page, D | 18.25 |
| Messengers/ Courier | 05/06/06 | Blue Marble Logistics, LLC | 86.25 |
| Messengers/ Courier | 05/10/06 | Dist Serv/Mail/Page, D | 7.73 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 10.32 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 10.32 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 12.36 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/11/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/17/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/17/06 | Dist Serv/Mail/Page, D | 6.28 |
| Messengers/ Courier | 05/18/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/19/06 | Dist Serv/Mail/Page, D | 11.75 |
| Messengers/ Courier | 05/25/06 | Dist Serv/Mail/Page, D | 33.30 |
| Messengers/ Courier | 05/26/06 | Dist Serv/Mail/Page, D | 34.86 |
| Messengers/ Courier | 05/27/06 | Blue Marble Logistics, LLC | 129.38 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 12.42 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 21.77 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 9.85 |

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 19.12 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 19.12 |
| Messengers/ Courier | 05/31/06 | Dist Serv/Mail/Page, D | 6.28 |
| | | **TOTAL MESSENGERS/ COURIER** | **$712.64** |
| Out-of-Town Meals | 05/03/06 | Baker DJ | 111.34 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$111.34** |
| Court Reporting | 05/22/06 | Veritext/New Jersey Reporting Company, L | 227.50 |
| | | **TOTAL COURT REPORTING** | **$227.50** |
| Outside Research/Internet Services | 05/01/06 | New York Law Institute | 6.00 |
| Outside Research/Internet Services | 05/05/06 | Columbia University,/Diamond Law Library | 10.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$16.00** |
| Contracted Catering-NY | 05/09/06 | Baker DJ | 266.57 |
| | | **TOTAL CONTRACTED CATERING-NY** | **$266.57** |
| | | **TOTAL MATTER** | **$17,597.96** |
| | | **TOTAL CLIENT** | **$17,597.96** |

DD01