**CERTIFICATE OF SERVICE**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that, on July 21, 2006, I caused to be served the Fourth Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (February 1, 2006 Through May 31, 2006) and the corresponding proposed form of Order, by having a true and correct copy sent via Federal Express and/or E-Mail to the parties listed below:

Elena L. Escamilla
Kenneth C. Meeker
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, FL 32801
Phone: 407-648-6465
Fax: 407-648-6323
elena.l.escamilla@usdoj.gov
ken.meeker@usdoj.gov

Laurence B. Appel
Jay F. Castle
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Phone: 904-783-5000
Fax: 904-783-5059
larryappel@winn-dixie.com
jaycastle@winn-dixie.com

Jonathan N. Helfat
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
jhelfat@oshr.com

Matthew S. Barr
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
mbarr@milbank.com

Linda K. Cooper
Stuart, Maue, Mitchell & James, Ltd.
3840 McKelvey Road
St. Louis, MO 63044
Phone: 314-291-3030
Fax: 314-291-6546
l.cooper@smmj.com

Sarah Robinson Borders
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303
Phone: 404-572-4600
Fax: 404-572-5149
sborders@kslaw.com

Kimberly A. LaMaina

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899
Phone: 302-651-3000
Fax: 302-651-3001
klamaina@skadden.com