# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**ORDER APPROVING FOURTH INTERIM APPLICATION OF
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FEBRUARY 1, 2006 THROUGH MAY 31, 2006)**

These cases came before the Court upon the application (the "Fourth Application") of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps")[1] for an order under 11 U.S.C. §§ 330 and 331 (a) allowing compensation for professional services rendered on behalf of the Debtors in the amount of $3,154,861.00 and authorizing payment of compensation not previously received and (b) allowing actual, necessary expenses incurred in connection with the rendition of such professional services in the amount of $59,318.42 and authorizing reimbursement of expenses not previously received, for the period from February 1, 2006 through May 31, 2006 (the "Application Period"). A hearing on the Fourth Application was held on _____, 2006. The Court has read the Fourth Application, considered the representations of counsel and has determined that notice of the Fourth Application was good and sufficient under the circumstances and that no other or further notice need be given.

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Fourth Application.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Fourth Application is granted.

2. The fees earned and the expenses incurred by Skadden, Arps during the Application Period, as set forth in the Fourth Application, are approved and allowed.

3. The Debtors are authorized and directed to pay to Skadden, Arps (to the extent not previously paid) the sums of: (a) $3,154,861.00, representing fees earned by Skadden, Arps during the Application Period and (b) $59,318.42, representing expenses incurred by Skadden, Arps during the Application Period.

4. The relief granted in this Order is without prejudice to the rights of Skadden, Arps to seek, upon application to this Court, further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred during the Application Period for which approval has not previously been sought and denied.

- 3 -

5. All interim fees and expenses are subject to review by Stuart Maue in accordance with the Fee Examiner Order, and this Court, and no determination is made at this time as to reasonableness. Interim fees and expenses awarded pursuant to this Order may be subject to disgorgement.

Dated this _____ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Fourth Application.

- 3 -

462859-Wilmington Server 1A - MSW