**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 10, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the following applications (the "Applications"):

1. Third Interim Application of Akerman Senterfitt for Allowance and Payment of Compensation for Fees in the Amount of $156,986.50 and Reimbursement of Expenses in the Amount of $4,622.99 (February 1, 2006 - May 31, 2006);

2. Fourth Interim Application of Alvarez & Marsal, LLC for Allowance and Payment of Compensation for Fees in the Amount of $400,000.00 and Reimbursement of Expenses in the Amount of $9,740.18 (February 1, 2006 - May 31, 2006);

3. Fourth Interim Application of The Blackstone Group, L.P. for Allowance and Payment of Compensation for Fees in the Amount of $668,000.00 and Reimbursement of Expenses in the Amount of $55,758.98 (February 1, 2006 - May 31, 2006);

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. Fourth Interim Application of Carlton Fields, P.A. for Allowance and Payment of Compensation for Fees in the Amount of $341,129.50 and Reimbursement of Expenses in the Amount of $23,693.29 (February 1, 2006 - May 31, 2006);

5. First Interim Application of Deloitte Consulting LLP for Allowance and Payment of Compensation for Fees in the Amount of $117,294.80 and Reimbursement of Expenses in the Amount of $16,931. 53 (March 14, 2006 - May 31, 2006);

6. First Interim Application of Deloitte Financial Advisory Services LLP for Allowance and Payment of Compensation for Fees in the Amount of $182,716.45 and Reimbursement of Expenses in the Amount of $14,425.68 (March 14, 2006 - May 31, 2006);

7. Second Interim Application of Deloitte and Touche, LLP for Allowance and Payment of Compensation for Fees in the Amount of $57,784.25 and Reimbursement of Expenses in the Amount of $2,331.52 (February 1, 2006 - May 31, 2006);

8. Fourth Interim Application of Houlihan Lokey Howard & Zukin Capital, Inc. for Allowance and Payment of Compensation for Fees in the Amount of $400,000.00 and Reimbursement of Expenses in the Amount of $24,345.63 (February 1, 2006 - May 31, 2006);

9. First Interim Application of Jenner & Block LLP for Allowance and Payment of Compensation for Fees in the Amount of $606,419.25 and Reimbursement of Expenses in the Amount of $53,156.66 (May 9, 2005 - May 31, 2006).

10. Fourth Interim Application of King and Spalding LLP for Allowance and Payment of Compensation for Fees in the Amount of $67,026.00 and Reimbursement of Expenses in the Amount of $1,870.53 (February 1, 2006 - May 31, 2006);

11. Fourth Interim Application of Kirschner & Legler, P.A. for Allowance and Payment of Compensation for Fees in the Amount of $1,845.00 and Reimbursement of Expenses in the Amount of $43.97 (February 1, 2006 - May 31, 2006);

12. Fourth Interim Application of KPMG LLP for Allowance and Payment of Compensation for Fees in the Amount of $1,553,303.71 and Reimbursement of Expenses in the Amount of $47,239.55 (February 1, 2006 - May 31, 2006);

13. Fourth Interim Application of Milbank, Tweed, Hadley & McCloy LLP for Allowance and Payment of Compensation for Fees in the Amount of $1,552,033.00 and Reimbursement of Expenses in the Amount of $89,609.45 (February 1, 2006 - May 31, 2006);

14. Fourth Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Fees in the Amount of $45,160.25 and Reimbursement of Expenses in the Amount of $3,126.39 (February 1, 2006 - May 31, 2006);

15. Fourth Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Fees in the Amount of $3,154,861.00 and Reimbursement of Expenses in the Amount of $59,318.42 (February 1, 2006 - May 31, 2006);

16. Fourth Interim Application of Smith, Gambrell & Russell LLP for Allowance and Payment of Compensation for Fees in the Amount of $656,939.00 and Reimbursement of Expenses in the Amount of $18,871.04 (February 1, 2006 - May 31, 2006);

17. Fourth Interim Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Fees in the Amount of $1,213,531.50 and Reimbursement of Expenses in the Amount of $48,370.34 (February 1, 2006 - May 31, 2006);

18. First Interim Application of Stuart, Maue, Mitchell & James, Ltd. for Allowance and Payment of Compensation for Fees in the Amount of $870,896.00 and Reimbursement of Expenses in the Amount of $1,857.13 (December 1, 2005 - May 31, 2006); and

19. Fourth Interim Application of XRoads Solutions Group, LLC for Allowance and Payment of Compensation for Fees in the Amount of $3,716,110.50 and Reimbursement of Expenses in the Amount of $236,989.35 (January 29, 2006 - May 27, 2006).

Only objections filed and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher, & Flom LLP, Four Times Square, New York, New York 10036, and on Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, so as to be received by **August 3, 2006**, will be considered by the Bankruptcy Court at the hearing. The relief requested in the Applications may be granted without a hearing if no objection is timely filed.

- 4 -

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: July 21, 2006

| SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By:  /s/ *D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By:  /s/ *Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |