UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING OBJECTIONS TO DEBTOR'S FIRST OMNIBUS MOTION DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED SCHEDULED CLAIMS AND (C) RECLASSIFYING MISCLASSIFIED SCHEDULED CLAIMS

The Court finds that the Objections to Debtors' First Omnibus Motion Deeming schedules amended to (A) Disallow no liability scheduled claims, (B) Reduce overstated scheduled claims and (C) Reclassifying Misclassified scheduled claims filed by Jeffrey A. Sparrow on behalf of Dynamic Scan, Inc., and Sun & Fun Sales, Inc., on July 20, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Objections to Debtors' First Omnibus Motion Deeming schedules amended to (A) Disallow no liability scheduled claims (B) Reduce overstated scheduled claims and (C) Reclassifying Misclassified scheduled claims filed by Jeffrey A. Sparrow on behalf of Dynamic Scan, Inc., and Sun & Fun Sales, Inc., on July 20, 2006 is stricken from the record.

**DATED** July 20, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Jeffrey A. Sparrow, 300 South Pine Island Road, Suite 304, Plantation, FL 33324

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws              Page 1 of 1              Date Rcvd: Jul 20, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Jul 22, 2006.
aty         +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Jeffrey Sparrow,    300 South Pine Island Road, Suite 304,    Plantation, FL 33324-2621

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2006**                    **Signature:**    *Joseph Speetjens*