**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**VISAGENT CORPORATION'S RESPONSE TO DEBTOR'S FOUTEENTH OMNIBUS OBJECTION TO NO LIABILITY CLAIMS**

Comes now, Visagent Corporation, through counsel, and hereby files this as its Response to Debtor's Fourteenth Omnibus Objection to Visagent Corporation's claim in this matter as a no liability claim. In further support of this Response, Visagent Corporation states as follows:

1. Visagent Corporation filed a timely claim in this bankruptcy matter.

2. The Debtor has filed an objection to the claim of Visagent asserting in summary fashion that Visagent's claim "contains no supporting documentation and no explanation of damages calculation".

3. Debtor further stated in apparent defense of Visagent's claim that it "abided by the exclusivity provision and there were no outstanding claims when service agreement expired in June 2004."

4. Debtor's statement regarding the absence of any supporting documentation is incorrect. Visagent attached a copy of the agreement between it and Debtor with its Statement of Claim.

5. Due to the stay of proceedings in state court, Visagent was not able to secure proofs of the amount of damages through discovery

1

regarding some of its claims. Because some damage calculations are a function of the gross sales of Debtor during the three (3) year period from June 2001 though June 2004, and because Debtor is in sole possession of all documentation that would provide such sales data, Visagent has been precluded from obtaining the materials necessary to provide a damages calculation as to this aspect of the claim.

6. Of even date with the filing of this Response, Visagent is filing and serving an omnibus discovery request to Debtor, including a request for production requesting said sales documentation.

7. Accordingly, Debtor's objection as it pertains to Visagent Corporation's precise calculation of damages should not be heard by this Court until the Debtor has provided the requested information to Visagent's litigation counsel and Visagent is provided a reasonable time to work up damages calculations with an expert witness.

8. Debtor's statement that there was no outstanding claims when the Service Agreement expired is also incorrect. Debtor was advised on numerous occasions it was in breach of the service agreement before it expired in June 2004.  See attached affidavit of I. Mark Rubin, Visagent's CEO dated July 17, 2006.

9. Mr. Rubin's Affidavit demonstrates a claim was asserted to Debtor by Visagent numerous times during the term of the Service Agreement.

10. Further still, Visagent filed its action in Circuit Court in Duval County, Florida within ninety (90) days of the expiration of the contract breached by Debtor and nearly five (5) months before Debtor commenced this bankruptcy proceeding. Debtor filed an Answer to the state court action, and therefore undoubtedly has been served with the state court Complaint. Visagent was under no legal obligation to provide notice of breach as a condition precedent to bringing its claim of breach of contract against Debtor.

11. Of even date with the filing of this Response, Visagent is filing and serving an Amended Claim with greater specificity of claims and damages.

12. For the foregoing reasons, Visagent requests Debtor's Objection, as it relates to the subject claim, be overruled.

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail and via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this 23rd day of July, 2006.

**COUNSEL FOR VISAGENT CORPORATION**

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395

Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
guy.rubin@rubinandrubin.com


AND


PAUL M. HARDEN, ESQUIRE
Florida Bar No.: 129557
Rubin & Rubin
1301 Riverplace Blvd
Ste 2601
Jacksonville Florida 32207
904.3965731
904.3995461 (facsimile)


Copy furnished to:

Stephen D. Busey
James H. Post
Cynthia C. Jackson
**Smith Hulsey & Busey**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel: (904) 359-7700
Fax: (904) 359-7708