**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**OBJECTION TO DISCLOSURE STATEMENT AND**
**MOTION TO DENY CONFIRMATION OF THE PLAN**

Visagent Corporation, one of the unsecured creditors herein, holding Claim No. 9953 in the amount of $131,875,000, by its attorneys, hereby objects, pursuant to 11 U.S.C. § 1128(b), to confirmation of the plan of reorganization proposed by the Debtor and filed with the court on June 29, 2006, on the ground that the plan does not comply with the applicable provisions of Chapter 11 of the Bankruptcy Code because:

The claim of Visagent Corporation has been included in Class 16, General Unsecured Creditors, although the claim of is not substantially similar to the other claims included therein as required by 11 U.S.C. § 1122(a), and the vote of with respect to the claim was improperly solicited by the Debtor prior to submission to the creditors of a disclosure statement and the plan of reorganization or a summary thereof, in violation of 11 U.S.C. § 1125(b)].

Movant prays for an order denying confirmation of the plan.

Dated: July 23, 2006

**CERTIFICATE OF SERVICE**

I certify that a true copy was sent via U.S. Mail and via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this 23rd day of July, 2006.

1

**COUNSEL FOR VISAGENT CORPORATION**

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
guy.rubin@rubinandrubin.com

AND

PAUL M. HARDEN, ESQUIRE
Florida Bar No.: 129557
Rubin & Rubin
1301 Riverplace Blvd
Ste 2601
Jacksonville Florida 32207
904.3965731
904.3995461 (facsimile)

Copy furnished to:

Stephen D. Busey
James H. Post
Cynthia C. Jackson
**Smith Hulsey & Busey**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel: (904) 359-7700
Fax: (904) 359-7708