**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: ) CASE NO.: 05-03817-3F1
 )
WINN-DIXIE STORES, INC. et al ) Chapter 11
 )
Debtors. ) Jointly Administered

## NOTICE OF FILING AMENDED STATEMENT OF CLAIM BY VISAGENT CORPORATION

Visagent Corporation, one of the unsecured creditors herein, holding Claim No. 9953 in the amount of $131,875,000, by its attorneys, hereby file this as its Amended Statement of Claim:

**Amended Statement of Claim**

After many months of negotiations and the investment of substantial monetary and human capital by VISAGENT, a contract entitled SERVICE AGREEMENT was executed by both VISAGENT and WINN-DIXIE on June 15, 2001 with an effective date of June 28, 2001.

The term of the SERVICE AGREEMENT is three (3) years from the effective date. Under this agreement WINN-DIXIE was obligated to exclusively utilize the services of VISAGENT for the procurement and sale of all merchandise it acquired or sold, through the internet or similar electronic means, including any means utilizing facsimile, from and through the secondary market. This secondary market is comprised of all sources (buyers and sellers) of merchandise other than direct purchases and returns from original product manufacturers. Pursuant to the terms of the SERVICE

1

AGREEMENT, VISAGENT was entitled to a fee of 2% of all WINN-DIXIE transactions processed through VISAGENT.

WINN-DIXIE breached its contractual obligation to exclusively utilize VISAGENT's services for e-Commerce as provided in the SERVICE AGREEMENT. As a result, VISAGENT has suffered damages in the amount of 2% of all transactions in which WINN-DIXIE participated in the purchase or sale of goods in the secondary market, other than those through the Exchange.

WINN-DIXIE also violated state and federal laws in connection with trade secrets and proprietary information belonging to VISAGENT. This claim is based upon the WINN DIXIE Outside Sales Catalog program (OSC) developed specifically by VISAGENT for WINN-DIXIE. VISAGENT brought the OSC concept to WINN-DIXIE. VISAGENT used its contacts and relationships to introduce compatible trade partners to WINN-DIXIE to trade on a VISAGENT exchange or a custom designed trading platform managed by and through VISAGENT. WINN-DIXIE blatantly attempted to, and then did in fact build a business relationship with some or all of these introduced trading partners on their own by circumventing VISAGENT despite written and oral non-disclosure agreements protecting VISAGENT against such circumvention.

VISAGENT performed extensive services without compensation for WINN-DIXIE based upon promises that ALL Outside Sales Catalog business would be conducted by and through a VISAGENT Exchange. In reliance on said promises, VISAGENT developed a business model for WINN-DIXIE and trained its employees in this regard.

WINN-DIXIE intentionally, fraudulently or negligently encouraged and induced VISAGENT, through said promises, to continue to provide development, training and services toward the development of the OSC and other trading programs that would benefit WINN-DIXIE despite the fact that WINN-DIXIE actually had no intention to use the VISAGENT exchange as was promised. WINN-DIXIE was actually perpetrating a scheme to usurp the business opportunities brought to it by VISAGENT, stealing advanced technical trading knowledge and industry know-how from VISAGENT, without any intention of compensating VISAGENT. VISAGENT relied on these inducements to its detriment and suffered catastrophic damages as a result thereof.

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail and via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this 23rd day of July, 2006.

**COUNSEL FOR VISAGENT CORPORATION**

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
guy.rubin@rubinandrubin.com

AND

PAUL M. HARDEN, ESQUIRE
Florida Bar No.: 129557
Rubin & Rubin

1301 Riverplace Blvd
Ste 2601
Jacksonville Florida 32207
904.3965731
904.3995461 (facsimile)

Copy furnished to:

Stephen D. Busey
James H. Post
Cynthia C. Jackson
**Smith Hulsey & Busey**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel: (904) 359-7700
Fax: (904) 359-7708