**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## VISAGENT CORPORATION'S RULE 3018 MOTION TO PERMIT CREDITOR RIGHT TO CAST CONFIRMATION BALLOT

Comes now, Visagent Corporation, through counsel, and hereby files this Rule 3018(a) Motion to permit Visagent Corporation the right to cast a ballot for the purpose of voting on the Confirmation Plan.

On July 11, 2006, Debtor filed its Fourteenth Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims in which Debtor objected to Visagent's entire claim seeking that it be disallowed. Visagent contests Debtor's objection and has filed a Response thereto in due course which will be the subject of further proceedings.

By way of this Motion, Visagent Corporation seeks to have its claim allowed temporarily for the purposes of voting on the Debtor's Joint Plan of Reorganization. The granting of this Motion furthers the interests of equity and the protection of Visagent's rights. No harm may be caused by the granting of this Motion as the Court may order Visagent's vote to be considered provisional until its claim is finally determined by the Court or agreed between the parties.

WHEREFORE, Visagent Corporation moves this Court for an Order permitting it to cast a provisional ballot in the voting on Debtor's Confirmation Plan.

1

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail and via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this 23rd day of July, 2006.

        **COUNSEL FOR VISAGENT CORPORATION**

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
guy.rubin@rubinandrubin.com

AND

PAUL M. HARDEN, ESQUIRE
Florida Bar No.: 129557
Rubin & Rubin
1301 Riverplace Blvd
Ste 2601
Jacksonville Florida 32207
904.3965731
904.3995461 (facsimile)

Copy furnished to:

Stephen D. Busey
James H. Post
Cynthia C. Jackson
**Smith Hulsey & Busey**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel: (904) 359-7700
Fax: (904) 359-7708