FILED
JACKSONVILLE, FLORIDA
JUL 21 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## OBJECTION TO DEBTORS' SECOND OMNIBUS MOTION

Comes now the respondent, Morris Realty Company, an Alabama Limited Liability Company in response to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief, does hereby object to the cure amount in Debtors' schedule for store number 422 at 3850 West Main Street in Dothan, Alabama. In support of the objection, the respondent respectfully represents as follows:

1. The schedule reflecting the cure amount owed by Debtors' to respondent is inconsistent with respondents cure amount as noted in the attached sworn affidavit.

2. Debtors' Proposed Cure Amount for store number 422 in Dothan, Al. for 2004 in the sum of $22,259.28 is inconsistent with the total amount due creditor from debtor and should reflect a total amount for 2004 and 2005 of $48,681.81.

WHEREFORE, based upon the foregoing, Respondent respectfully requests that the court note this timely objection and enter an order in the amount of $48,681.81,

effectively changing the "Proposed Cure Amount" for store number 422 at 3850 West Main St. in Dothan, Alabama.

Respectfully submitted, this __19__ day of July 2006.

*Scott Marcum*, Managing Member
for Morris Realty, LLC
Pro Se

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of the foregoing document to D.J. Baker, Co-Counsel for Debtor, Four Times Square, New York, New York 10036, and Cynthia C. Jackson, Co-Counsel for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202 by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed this the __19__ day of July, 2006.

Scott Marcum

**STATE OF ALABAMA**        )
                            )   **AFFIDAVIT**
**COUNTY OF HOUSTON**       )

My name is Scott Marcum and I am the Managing Member of Morris Realty Company and I am filing this Affidavit in support of the Creditor's Objection to Debtor's Second Onmibus Motion in the case of Winn-Dixie Store, Inc., et al., a copy of which is attached as Exhibit "A" and says the claim set our therein is true and correct.

Further Affiant Sayeth Not.

_____
SCOTT MARCUM

STATE OF ALABAMA
HOUSTON COUNTY

Before me, the undersigned, a Notary Public in and for said State and County, personally appeared SCOTT MARCUM, who being by me first duly sworn, deposes and says that the matters and things alleged are true and correct.

SWORN to and subscribed before me on this the 19th day of July 2006.

_____
NOTARY PUBLIC
My Commission Expires: 1/7/08



# MORRIS REALTY COMPANY

**Commercial Development and Management**

113 Hidden Glen Way
P. O. Box 1382
Dothan, Alabama 36302
(334) 793-4914
Fax (334) 792-3057

June 2, 2006

Winn-Dixie Real Estate
P.O. Box 43425
Atlanta, GA  30336

Please submit:
Houston Centre, LLC
P.O. Box 1382
Dothan, AL  36302

Re:   2005 Ancillary Charges
      Houston Centre Shopping Center  Store #422-Dothan, AL
                          Invoice

COMMON AREA MAINTENANCE

| | | | |
|---|---|---|---|
| Tenant CAM Expenses: | 41,783.41 | | |
| Tenant Square Footage: | 44,788 | | |
| Total GLA Square Footage | 75,128 | | |
| Tenant Prorata Share Percentage: | 59.62 | | |
| Total Prorate CAM Charges: | | 24,911.27 | |
| 15% Administrative Fee: | | | |
| Total Tenant CAM Charge: | | 24,911.27 | |
| Less Monthly Tenant Contributions: | | 23,723.88 | |
| **Total CAM Charge:** | | | 1,187.39 |

INSURANCE:

| | | | |
|---|---|---|---|
| Total Insurance: | 13,111.00 | | |
| Total Square Footage: | 44,788 | | |
| Total GLA Square Footage: | 75,128 | | |
| Prorata Share %: | 59.62 | 7,816.78 | |
| Prorata Insurance: | | | |
| Less Monthly Tenant Contributions: | | | |
| **Total Insurance Charge:** | | | 7,816.78 |

PROPERTY TAXES:

| | | | |
|---|---|---|---|
| Total Property Taxes: | 29,215.64 | | |
| Tenant Square Footage: | 44,788 | | |
| Total GLA Square Footage: | 75,128 | | |
| Prorata Share %: | 59.62 | | |
| Prorata Taxes: | | 17,418.36 | |
| Less Monthly Contributions: | | | |
| **Total Property Tax Charge:** | | | 17,418.36 |
| TOTAL DUE FROM TENANT: | | | $ 26,422.53 |