UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| | Hearing Date: August 4, 2006 at 9:30 a.m. |

## UNARCO INDUSTRIES, INC.'S LIMITED OBJECTION TO WINN-DIXIE STORES, INC.'S PROPOSED DISCLOSURE STATEMENT

Unarco Industries, Inc. ("Unarco"), by its undersigned counsel, hereby submits this limited objection to Winn-Dixie Stores, Inc.'s, et al., ("Debtors") Disclosure Statement and states:

### I. BACKGROUND

1. Unarco engages in the business of producing and selling shopping carts to various types of businesses, including Debtors.

2. On August 19, 2005, Unarco opted into the Debtor's Reclamation/Trade Lien Program in accordance with the terms of that program.

3. Pursuant to this Court's Order (A) Reducing Overstated Claims, (B) Reducing And Reclassifying Overstated Misclassified Claims And (C) Disallowing No Liability Misclassified Claims As Set Forth in the Debtors' Twelfth Omnibus Objection dated as of June 29, 2006, Unarco holds an unsecured, non-priority claim in the amount of $132,491.85 (Claim No. 11412).

## II. OBJECTION

4. The Debtor's Disclosure Statement establishes various claim classifications including, but not limited to: "Class 14 – Vendor/Supplier Claims" and "Class 16 – Other Unsecured Claims".

5. The proposed distribution is greater to Class 14, Vendor/Supplier Claims than is proposed to Class 16, Other Unsecured Claims.

6. Unarco believes that it is included in Class 14: Vendor/ Supplier Claims, as Unarco has a claim in an amount greater than $3,000 for goods supplied by the Debtor in the ordinary course of the operation of Debtor's business. However, the Disclosure Statements of both Class 14: Vendor/Supplier Claims and Class 16: Other Unsecured Claims are vague and ambiguous, creating doubt as to which classification applies to the claim of Unarco. Such uncertainty of the proposed Classification of its claim and, therefore, the treatment to be afforded that claim under the Plan deprives the Disclosure Statement of the adequate information to Investor's typical of holders of claims or interests of both Class 14 and Class 16 claims in violation of Section 1125(b).

7. Unarco requested clarification from the Debtor on its claim classification, which the Debtor, for various reasons, was unable to provide prior to the July 25, 2006, objection deadline.

8. By way of this Objection, Unarco seeks clarification of its claim classification.

9. Further, depending on its claim classification, Unarco reserves the right to further object to the Disclosure Statement.

WHEREFORE, for the reasons set forth above, Unarco objects to Debtor's Disclosure Statement, and requests confirmation of its assigned class, and for such other and further relief it deems just and proper.

Dated: July 24, 2006

GRAY/ROBINSON, P.A.

By: /s/ Jason B. Burnett
Jason B. Burnett
Florida Bar No.: 822663
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Co-Counsel for Creditor
**Unarco Industries, Inc.**

Dennis E. Quaid, Esq.
Clinton P. Hansen, Esq.
FAGELHABER LLC
55 E. Monroe Street, 40th Floor
Chicago, Illinois 60603
Telephone (312) 346-7500
Facsimile (312) 580-2201

## CERTIFICATE OF SERVICE

I hereby certify that on the 24 day of July, 2006, a true copy of the attached Notice of Appearance and Request for Service of Notices has been furnished electronically or by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Jane Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

_____
Attorney

\7100053\1 - # 7824 v1