UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

**GrayRobinson, P.A.** gives notice of its appearance as co-counsel for creditor and party in interest, **Unarco Industries, Inc.**, and requests, pursuant to Rules 2002(g) and 9010(b), Federal Rules of Bankruptcy Procedure, that all notices, pleadings or other documents to be served on **Unarco Industries, Inc.** also be served on it in care of the undersigned counsel.

GRAY/ROBINSON, P.A.

By: _____
Jason B. Burnett
Florida Bar No.: 822663
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Co-Counsel for Creditor
**Unarco Industries, Inc.**

Dennis E. Quaid, Esq.
Clinton P. Hansen, Esq.
FAGELHABER LLC
55 E. Monroe Street, 40th Floor
Chicago, Illinois 60603

## CERTIFICATE OF SERVICE

I hereby certify that on the 24 day of July, 2006, a true copy of the attached Notice of Appearance and Request for Service of Notices has been furnished electronically or by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Jane Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

_____
Attorney

\710053\1 - # 7825 v1