**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                          :          Chapter 11
                                                :
WINN-DIXIE STORES, INC.,                        :          Case No. 05-03817-3F1
et al.,                                         :          Jointly Administered
                                                :
    Debtors.                 :
_____x

**NOTICE OF HEARING**

        **PLEASE TAKE NOTICE** that a hearing is scheduled for August 10, 2006, at 1:00 p.m. (EST), before the Honorable Jerry A. Funk, United States bankruptcy Judge of the United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Amended Motion to Allow late Filed Claim presented by the City of Norfolk, Virginia, a creditor in interest.

        Only objections field and served on Charles Stanley Prentace, Deputy City Attorney, at charles.prentace@norfolk.gov, 810 Union Street, 900 City Hall Building, Norfolk, VA 23510, so as to be received by August 3, 2006, will be considered by the Bankruptcy Court. The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

        This Notice serves to remind you of Local Rule 5072-1(b) (16), which requires that all persons appearing in the Court, should dress in appropriate business attire

consistent with their financial abilities. A coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order from the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo IDD is required for entry into the Courthouse.

Dated: July 24, 2006.

**CITY OF NORFOLK**

By: /s/ Charles Stanley Prentace
   Charles Stanley Prentace
   Deputy City Attorney
   810 Union Street
   900 City Hall Building
   Norfolk, VA 23510
   (757) 664-4529
   (757) 664-4201 (facsimile)
   charles.prentace@norfolk.gov