UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

<u>ORDER STRIKING OBJECTIONS TO DEBTOR'S FIRST OMNIBUS MOTION DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED SCHEDULED CLAIMS AND (C) RECLASSIFYING MISCLASSIFIED SCHEDULED CLAIMS</u>

The Court finds that the Objections to Debtors' First Omnibus Motion Deeming schedules amended to (A) Disallow no liability scheduled claims, (B) Reduce overstated scheduled claims and (C) Reclassifying Misclassified scheduled claims filed by James S. Telepman on behalf of Royal & Sons, Ltd., on July 21, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Objections to Debtors' First Omnibus Motion Deeming schedules amended to (A) Disallow no liability scheduled claims (B) Reduce overstated scheduled claims and (C) Reclassifying Misclassified scheduled claims filed by James S. Telepman on behalf of Royal & Sons, Ltd., on July 21, 2006 is stricken from the record.

**DATED July 24, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James S. Telepman, 712 U.S. Highway One, Suite 400, North Palm Beach, FL 33408