F I L E D
JACKSONVILLE, FLORIDA

JUL 2 4 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# GENE BARTON LAW FIRM

| MAIN OFFICE | MAILING ADDRESS | SATELLITE OFFICE |
|---|---|---|
| 102 N. CHURCH STREET<br>OKOLONA, MS 38860<br>PHONE: 662-447-2522<br>FAX:    662-447-2526 | P. O. BOX 147<br>OKOLONA, MISSISSIPPI 38860<br><br>EMAIL: GBARTONATTY@BELLSOUTH.NET | 13 W. REYNOLDS STREET<br>PONTOTOC, MS  38863<br>662-489-4204<br><br>TUPELO<br>662-844-5722 |

July 14, 2006

The Honorable D. J. Baker
Law Firm of Henry, Gray, Raven, Skadden,
 Arps, Slate, Meagher and Flom, LLP
Four Times Square
New York, New York   10036

Re:   My Client Elizabeth Montgomery
      Case:   U. S. District Court for the Northern District of Mississippi
      Personal Injury Case Slip and Fall
      Defendant: Winn Dixie Stores
      Bankruptcy Court for the Middle District of Florida, Jacksonville Division
      Case No. 05-03817-3F1

Dear Sir:

We have sent in at least one, two, or three claim forms with all discovery, supporting medical bills and depositions in the above styled case which was set for trial before the U. S. Magistrate where Mrs. Montgomery fell in the store and significantly injured herself. It was my understanding that a mediation procedure was set up and then now something perhaps has changed where there is some procedure where there are mediations or arbitrations occurring and cash payments are being made in settlement of these claims.

We have fully filled out the notice as required by your rules requesting $250,000.00 damages, and the only change that has occurred is my office address is now P. O. Box 147, Okolona, MS 38860 and the new phone number is 662-447-2522, fax 662-447-2526. I believe you have the correct email address.

I am enclosing another copy of the questionnaire that we have filled out and which was sent in by certified mail back in October for which we have heard nothing in regard to when we would have mediation or when some offer of settlement would be made. I would respectfully request the courtesy of someone involved in this case advising us specifically

The Honorable D. J. Baker
July 14, 2006
Page 2

as to what action we need to take to settle this case or have mediation or get relief from he stay to proceed with the law suit. It appears that no one is responding specifically to information and requests regarding the Elizabeth Montgomery case.

    Therefore, within the next seven (7) days I am requesting someone to whom I am sending this letter to advise me as to when mediation will occur and what offer of settlement is going to be made to Elizabeth Montgomery. If I receive no motion within seven (7) days, I know of no alternative but to file appropriate motions in the Bankruptcy Court in Florida and perhaps associate local counsel if necessary. Please call my office or send me an email or fax me specific information as to when we will have mediation and/or what offer of settlement is going to be made to Mrs. Montgomery.

    I will expect a reply within seven (7) days.

Very truly yours,

Gene Barton

GB:bjp

Enc.: Questionnaire

cc:     Honorable Stephen Busey, attorneys for debtor
    225 Water Street
    Suite 1800
    Jacksonville, FL 32202

    The Honorable Jerry A. Funk
    United States Bankruptcy Judge
    Bankruptcy Court for the Middle District of Florida Jacksonville District
    United States Courthouse
    300 N. Hogan Street, 4th floor, Courtroom 4D
    Jacksonville, FL  32202

    Law firm Skadden, Arps, Slate, Meagha and Flom, LLP
    Attn: Johannes Wetzel
    4 Times Square
    NY, NY  10036

The Honorable D. J. Baker
July 14, 2006
Page 3

    Logan and Company, Inc.
    Claims Agent
    546 Valley Road
    Upper Montclair, New Jersey   07043
    (Note: This claim company has already received a proof of claim with much supporting documentation by certified mail.)

    Honorable James H. Post
    Attorney at Law
    225 Water Street, Suite 1800
    Jacksonville, FL   32202

    Honorable J. F. Castle
    In House Counsel
    Winn Dixie Stores, Inc.
    5050 Edgewood Court
    Jacksonville, FL   32254

AFAF

Exhibit 3

Page 1

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

### QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED WITHIN 30 DAYS OF THE POSTMARK DATE ON THE ENVELOPE IN WHICH THIS QUESTIONNAIRE WAS MAILED TO YOU (THE "QUESTIONNAIRE DUE DATE"), THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043. A Questionnaire will not be deemed to have been timely returned unless it is received by the Questionnaire Due Date.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a) fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b) return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than the Questionnaire Due Date, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

*6438997*

Creditor Name.:                                                         Claim No.(s):

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) __8/8/52__

2. Date of injury or claim: (MM/DD/YY) __08/18/03__

3. What is the basis of your claim? __Negligence of the grocery store in Pontotoc, Mississippi, which includes failure to keep floor safe. Plaintiff Montgomery fell on melting ice. There were no warning signs. See Complaint filed.__

4. What is the total amount of your claim? (Please estimate if necessary). __$250,000.00 - see attached Complaint__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
   1) Complaint
   2) Copies of medical bills
   3) Medicare/Medicaid lien
   4) Copy - medical deposition
   5) Copy of some medical records

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. __NoNE__

7. Are you pursuing this claim against any other party? Yes ☑  No ☐
   If so, against whom (list the name, the addresses and counsel for each party, if known)?
   __WINN-DIXIE LOUSIANA, INC.__
   __ATTORNEY LELAND SMITH, BOX 13429,__
   __JACKSON, MS 39236-3429__
   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☑   No ☐  __See Complaint__

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. __U.S. District Court Northern District of Mississippi Western Division Civil Action # 3:04CV109-B-A U.S. Magistrate S. Alan Alexander__

Creditor Number/Creditor Name/Claim Number

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)
if you have any questions about this form

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)
Medical, drug, hospital bills and future medical. Injury to Middle and lower part of back. Pain radiating down left leg - bruises/ contusions/pain/injuries to chest/ribs/future pain medical

11. Where did the injury or damage occur? Inside the grocery store in Pontotoc, Mississippi

Please specify the location and address.

12. How did the injury or damage occur? Claimant (Elizabeth Montgomery) was leaving the store and fell on slippery melting ice where there were no warnings.

13. Did you miss any work as a result of your injury or damage? If so, how many days?
NO - Claimant Elizabeth Montgomery already on disability.

14. Give the name and address of your employer and your salary at the time of your injury or damage.
N/A

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)
No

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).
1. Elizabeth Montgomery, 8th Street, Pontotoc, MS
2. GENE Barton, Attorney
3. John Mason - Pontotoc - former employee
4. Dr. Bobby Smith, MD, Tupelo, MS
5. Dr. Denise Sojourner, M.D, Pontotoc, MS
6. DR. Amid Prasad, MD, Tupelo, MS
7. Micheal Nichols & grandchildren who observed her condition
8. Stephanie George

Creditor Number/Creditor Name/Claim Number

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form

9. All other listed on attached m/care list dated 2/29/2005.

17. If applicable, are treatments still being given for the injury or damages? Yes ☑ No ☐
    (If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.) Claimant, Elizabeth Montgomery, continues to have problems with back and continues to receive medical care.

18. If applicable, please provide the following Physician Data:

    a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
       (1) Emergency Room visits, Pontotoc Hospital, Pontotoc, MS
       (2) DR. Bobby Smith, MD, Tupelo, MS
       (3) DR. Denyse Sojourner, MD, Pontotoc
       (4) DR. Amid Prasad, MD, Tupelo, MS
       (5) DR. Mansour, Pontotoc Emergency Room
       (6) DR. Bendealz, ER, Pontotoc Emergency Room

    b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering. Drug, medical and doctor bills, pain and suffering, future medical expense, emotional distress, — balance of $250,000.00

    c. Give the total amount of the medical bills you incurred as a result of your claim. Estimate — see attached bills + letters from Medicare

    d. Attach medical and hospital records which relate to your claim.

    e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. All bills we have at present being sent in.

    f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. See memo attached from Medicare/Medicaid.

Creditor Number/Creditor Name/Claim Number

Page 5

g. Give the name, address and policy number of your insurance company. _See attached documentation - Medicare/Medicaid_

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

    a. Itemize the damages you claim. _Already answered. Specifically in question #18._

    b. Give the total amount of each item of damage.

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM?** (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.) _$250,000.00_

Please make corrections to your personal information below and include phone and email address information:

| Creditor No.: 385545 | Corrections (if any) |
|---|---|
| | Name: Elizabeth Montgomery |
| | Address: c/o Hon. Gene Barton, P.O. Box 455 |
| | City/State/Zip: Pontotoc, MS 38863-0455 |
| | Phone: 662-489-4204 or 662-447-2522 |
| | Fax: 662-447-2526 |
| | Email Address: gbartonatty@bellsouth.net |

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

Page 6

## PART C - SIGNATURE

NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 4/11/06

_____
Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): GENE BARTON, ATTORNEY AT LAW
Address: P.O. BOX 455
City/State/Zip: PONTOTOC, MS 38863-0455
Relationship to Claimant: ATTORNEY
Phone Number: 662-447-2522 or 662-489-4204
Fax Number: 662-447-2526
Email Address: gbartonatty@bellsouth.net

## PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY THE QUESTIONNAIRE DUE DATE, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received by the Questionnaire Due Date at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

Creditor Number/Creditor Name/Claim Number

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10/18/05

Claimant's Signature: Elizabeth Montgomery

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): Gene Barton Attorney At Law
Address: P.O. Box 455
City/State/Zip: Pontotoc, MS. 38863
Relationship to Claimant: Attorney
Phone Number: 662-489-4204
Fax Number: 662-489-4249
Email Address: gbartonatty@bellsouth.net

## PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

385545-MONTGOMERY, ELIZABETH-Claim No.(s): 3862

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*