# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida (Jacksonville)

FILED

In re: Winn-Dixie Stores, Inc.    Case No. 05-03817-3F1

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CACTUS HOLDINGS GROUP, LLC** | **SELECTIVEND, INC.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices and payments to transferee should be sent: | Court Record Address of Transferor (Court Use Only) |
| CACTUS HOLDINGS GROUP, LLC | |
| 19487 ROBLE CT. | |
| Saratoga, CA. 95070 | Last Four Digits of Acct#: _____ |
| Phone: **(408) 868-1507** | |
| | Name and Current Address of Transferor: |
| | **SELECTIVEND, INC.** |
| | **Attn: Lori McClarey** |
| | **c/o MRCA** |
| | **P.O. Box 71113** |
| | **Clive, IA 50325** |
| | |
| | Last Four Digits of Acct#: _____ |
| | |
| | Court Claim #(if known): **2466** |
| | Claim Amount: **$53,548.05** |
| | Date Claim Filed: **5/18/05** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Maya Krish_    Date: 07/20/06
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

### ~~DEADLINE TO OBJECT TO TRANSFER ~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    **CLERK OF THE COURT**

SELECTIVEND, INC. ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Ct., Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: WINN-DIXIE STORES, et al., (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to SELECTIVEND, INC. Claims of Assignor in the aggregate amount of $53,548.05 representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court Middle District of Florida, Jacksonville Division administered as Case No. 05-03817-3FI. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1)

IN WITNESS WHEREOF, Assignor has signed below as of the ___20___ day of __July__, 2006.

(Assignor)
**SELECTIVEND, INC.**

Signature: _Ray Lantz_
Name: Ray Lantz
Title: Vice President

(Assignee)
**CACTUS HOLDINGS GROUP, LLC**

Signature: _Maya Krish_
Name: Maya Krish
Title: Vice President, Credit

(Assignor)
WITNESS:

Signature: _Lori McClarey_
Name: Lori McClarey
Title: Legal & Bankruptcy Specialist

(Assignee)
WITNESS:

Signature: _Sdg_
Name: Sue de Guzman
Title: Credit Manager

| Form B10 (Official Form 10) (04/04) | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim.

Debtor Name: Winn-Dixie Stores   Case No: 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20244730

WDX-256561-B2-12
MODERN VENDING
8040 UNIVERSITY BLVD
DES MOINES, IA 50325

Telephone No of Creditor: 800-441-9652
Fax No of Creditor: 515-271-8421

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D - FLORID
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 2466**

B. Name and address of signatory or other person to whom notices must be served, if different from above (Check box if): ☒ replaces address above ☐ additional address

Name: Selectivend Inc
Company/Firm: ___
Address: 8040 University Blvd
Clive IA 50325

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor: 2222

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated ___

1. Basis for Claim
☐ Goods sold to debtor(s)
☒ Services performed for debtor(s)
☒ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other ___
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract ___
☐ Retiree benefits as defined in 11 USC § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN ___
Unpaid compensation for services performed from ___ to ___

2. Date debt was incurred: See attached

3. If claim is based on a Court Judgment, date obtained ___

Total Amount of Claim at Time Case Filed: $53,548.05 (unsecured)   $___ (secured)   $___ (priority)   $53,548.05 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of Collateral
☐ Real Estate   ☐ Motor Vehicle   ☐ Other ___
Value of Collateral $___
Amount of arrearage and other charges at time case filed included in secured claim, if any $___

6. Unsecured Nonpriority Claim $53,548.05
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $___
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10. Date-Stamped Copy To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

RECEIVED
LOGAN & COMPANY, INC
AS AGENT
2005 MAY 23 PM 2:14
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

Date: 5-18-05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice.
Print: Lori McClarey   Title: Bankruptcy Specialist
Signature: Lori McClarey

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571