UNITED STATES BANKRUPTCY COURT
Middle District of Florida (Jacksonville)


FILED

In re: Winn-Dixie Stores, Inc.        Case No. 05-03817-3F1

                                       Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.§1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CACTUS HOLDINGS GROUP, LLC**<br>Name of Transferee | **MAC TRAILER LEASING, LLC**<br>**dba PLM Trailer Leasing**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br>CACTUS HOLDINGS GROUP, LLC<br>19487 ROBLE CT.<br>Saratoga, CA. 95070<br>Phone: **(408) 868-1507** | Court Record Address of Transferor<br>(Court Use Only)<br><br>Last Four Digits of Acct#: _____<br><br>Name and Current Address of Transferor:<br>**MAC TRAILER LEASING, LLC**<br>**dba PLM Trailer Leasing**<br>Attn: Teresa Dutton<br>100 Paragon Drive<br>Montvale, NJ 07645<br><br>Last Four Digits of Acct#: _____<br><br>Court Claim #(if known): **4690**<br>Claim Amount: **$15,945.36**<br>Date Claim Filed: **6/24/05** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Maya Krish*                                Date: 07/20/06
    Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.   152 & 3571

---
**~~DEADLINE TO OBJECT TO TRANSFER ~~**
---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____              **CLERK OF THE COURT**

Case 3:05-bk-03817-JAF   Doc 9464   Filed 07/24/06   Page 2 of 3
Jul 18 06 02:51p   Maya               4089730610                    p.2

**MAC TRAILER LEASING, LLC**, dba **PLM Trailer Leasing** ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Ct., Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT, Re: WINN-DIXIE STORES, et al., (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to **MAC TRAILER LEASING, LLC.** dba **PLM Trailer Leasing** Claims of Assignor in the aggregate amount of **$15,945.36** representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court Middle District of Florida, Jacksonville Division administered as Case No. 05-03817. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1)

IN WITNESS WHEREOF, Assignor has signed below as of the __19th__ day of __July__, 2006.

(Assignor)                                      (Assignee)
**MAC TRAILER LEASING, LLC**                    **CACTUS HOLDINGS GROUP, LLC**
(dba PLM Trailer Leasing)

Signature: _Teresa Dutton_                      Signature: _Maya Krish_
Name: _Teresa Dutton_                           Name: _Maya Krish_
Title: _Credit/Collections Supervisor_          Title: _Vice President, Credit_

(Assignor)                                      (Assignee)
WITNESS:                                        WITNESS:

Signature: _Jim Beato_                          Signature: _Sue_
Name: _Jim Beato_                               Name: _Sue de Guzman_
Title: _Director of Corporate Credit_           Title: _Credit Manager_

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT Jacksonville DISTRICT OF Florida | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Winn-Dixie Stores, Inc. | Case Number: 05-03817 |
|---|---|

DEBTOR: WINN-DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
CLAIM NO.: 4690

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 USC § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property): Mac Trailer Leasing LLC 401642 dba PLM Trailer Leasing

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent:
Mac Trailer Leasing LLC
dba PLM Trailer Leasing
1 Maynard Drive
Park Ridge, NJ 07656
Telephone number:

☒ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 55001312 / 57000697

Check here ☐ replaces ☐ amends a previously filed claim, dated _____

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  Trailer rental
   ☐ Retiree benefits as defined in 11 USC § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS # _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)       (date)

2. Date debt was incurred: Sept 2004 - Feb 2005

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 15,945.36
   (unsecured) (secured) (priority) (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral   $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ _____
   ☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507(a)(3)
   ☐ Contributions to an employee benefit plan - 11 USC § 507(a)(4)
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 USC § 507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 USC § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 USC § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 USC § 507(a)(___)
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: 6/21/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Kara Petersen, Credit/Collections Supvr

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 and 3571