UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**OBJECTION OF TOWNE SOUTH PLAZA, LTD. TO DEBTORS'
SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME
NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX
CURE AMOUNTS AND (III) GRANT RELATED RELIEF**

Towne South Plaza, Ltd. ("Towne South") hereby files its Objection to Debtors'

Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property

Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (the "Motion"), and states

as follows:

I.    **Factual and Procedural Background**

1.    On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and

twenty-three (23) of its subsidiaries and affiliates (collectively, the "Debtors"), filed

voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.    Towne South leases to certain Debtors Store No. 2355, a full service store

in the Fort Pierce designated market area.

3.    On or about June 30, 2006, the Debtors filed the Motion (C.P. #8941)

seeking, among other relief, an order allowing Debtors to assume the Towne South lease.

4.    In the Motion, the Debtors allege that the cure amount of the Towne South

lease is $36,461.80.

## II.    Objection to Debtors' Motion

5.  Towne South objects to the Debtors' alleged cure amount.

6.  Towne South submits that the actual cure for the lease of Store No. 2355 is at least $42,557.52, not including monthly lease charges. A copy of (1) the Towne South tax bill has been attached hereto as Exhibit "A", (2) the Debtors' 2004 real estate tax bill and correspondence has been attached hereto as Exhibit "B", (3) the Debtors' 2005 real estate tax bill and correspondence has been attached hereto as Exhibit "C", and (4) the Debtors' correspondence reflecting payment of $38,735.53 for the 2005 real estate taxes accrued Post Petition.

7.  Debtors owed a total of $44,831.25 to Towne South for its 2005 real estate taxes.

8.  Accordingly, the cure amount set forth for Store No. 2355 in the Debtors' Motion fails to provide for pre-petition real estate taxes due under the subject lease, specifically $6,095.72.

9.  Pursuant to *11 U.S.C. §365(b)*, Debtors are required to cure or provide adequate assurance of prompt cure of the defaults of all the leases they intend to assume.

10. Consequently, prior to assuming the Towne South lease, Store No. 2355, per §365, Debtors must cure all the defaults.

**WHEREFORE,** Towne South respectfully requests that this Court sustain the objection raised herein and require the Debtors to cure all defaults of the Towne South lease, Store No. 2355, listed herein and grant Towne South such other relief as is just and proper under the circumstances.

Dated this _24ᵗʰ_ day of July, 2006.

RICE PUGATCH ROBINSON & SCHILLER, P.A.
Attorneys for Hobe Sound SC Company
101 NE Third Ave., Suite 1800
Fort Lauderdale, FL 33301
Telephone:    (954) 462-8000
Facsimile:     (954) 462-4300


By: _____/s/ Mark Roher_____

CRAIG A. PUGATCH
Florida Bar No.:  653381
MARK ROHER
Florida Bar No.: 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, together with any

attachments, has been furnished by U.S. Mail and/or electronic transmission to the parties

set forth on the service list attached to the original hereof, this ____ day of July 2006.


By: __/s/ Mark Roher_____
                Mark Roher

G:\Wpdocs\1500\Pleadings\Objections\Objection for store 2355.doc

TS PIERCE SC CO., LTD.
FORT PIERCE, FLORIDA 34982

**Statement**

019600-4967-CU
WINN DIXIE #2355
4967 SOUTH US 1
FORT PIERCE, FLORIDA 34982

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 03/01/2005 | PRIOR RETAX - NONTAXABLE 2004 | 36,461.80 | |
| 01/24/2006 | PRIOR RETAX - NONTAXABLE 2005 | 6,095.72 | |
| | PREVIOUS MONTH ENDING BALANCE | | 42,557.52 |
| | CURRENT CHARGES | | |
| | TOTAL CURRENT | | 0.00 |
| | | | $ 42,557.52 |

Total Amount Due:

Comments:

WINN DIXIE #2355
ATTN: AREA PROPERTY MANAGER
5050 SW 12TH AVE.
POMPANO BEACH, FL 33069

Statement Date: 04/26/2006

Total Due:  $ 42,557.52

*Please Return This Coupon With Your Payment*

Date  : 04/26/2006

Unit : 019600-4967-CU

Amount Due  : $ 42,557.52

TS PIERCE SC CO., LTD.
FORT PIERCE, FLORIDA 34982

Bill to:
WINN DIXIE #2355
ATTN: AREA PROPERTY MANAGER
5050 SW 12TH AVE.
POMPANO BEACH, FL 33069

Send Remittance to :
TS PIERCE SC CO., LTD.
c/oSouthern Mgmt & Development
P. O. Box 11229
Knoxville, Tennessee 37939



EXHIBIT
"A"



# SMD

5410 Homberg Drive, Suite A • P.O. Box 11229
Knoxville, TN 37939
(865) 584-4175 • Fax (865) 584-4233

SOUTHERN MANAGEMENT AND DEVELOPMENT, L.P.

December 16, 2004

Winn Dixie Stores #2355
Attn: Area Property Manager
5050 SW 12ᵗʰ Avenue
Pompano Beach, Florida 33069

RE: 2004 REAL ESTATE TAXES
     Towne South Plaza, Fort Pierce, Florida

Dear Tenant:

Attached is the 2004 Real Estate Tax billing for your location in the above referenced shopping center.
Your pro-rata share is: $36,461.80.

Please mail your check as soon as possible to:

   **TS PIERCE SC CO., LTD.**
   C/o Southern Management & Development, LP
   P. O. Box 11229
   Knoxville, TN 37939

If you have any questions regarding the attached billing please call 865-584-4175, Ext. 217.

Southern Management & Development, LP as agent for
**TS PIERCE SC CO., LTD.**

Rebecca Maxwell
Commercial A/R

Attachments: 2004 Real Estate Billing & Paid Receipt

---

FLORIDA OFFICE:
21301 Powerline Road, Suite 312 • Boca Raton, FL 33433 • (561) 883-1412 • Fax (561) 883-6218

EXHIBIT
"B"

03-Nov-04

# SOUTHERN MANAGEMENT & DEVELOPMENT, L.P.
21301 Powerline Road, Suite 312
Boca Raton, Florida 33433
561-883-1412

## 2004 REAL ESTATE TAX BILLING
TOWNE SOUTH PLAZA

Tenant Name:                                    Winn Dixie #2355

TOTAL MONTHS OCCUPIED:                    12

REAL ESTATE TAXES PAID IN 2004:          $160,134.67

SUMMARY OF CHARGES:
| | |
|---|---|
| Prorata Share: | 0.4230790 |
| Less Base Year: | 73,952.65 |
| Tenant's Annual Share: | 36,461.80 |
| Less Amount Paid by Tenant: | 0.00 |
| SUBTOTAL: | 36,461.80 |
| Sales Tax 6.5%: | 0.00 |
| TOTAL AMOUNT DUE: | 36,461.80 |

New Monthly Real Estate Tax Charge:

Remit Payment to:          **TS PIERCE SC CO., LTD.**
c/o Southern Management & Development, L.P.
P. O. Box 11229
Knoxville, TN 37939



## NOTICE OF AD VALOREM TAXES AND NON AD VALOREM ASSESSMENTS

| ID NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 3403-244-0000-000/6 | | | | | |

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | TAXES LEVIED |
|---|---|---|
| County Parks MSTU | | |
| Co Public Schools MSTU | | |
| Erosion District | | |
| Environ Signif Land Bond | | |
| Law Enf Jail Judicial Sys | | |
| Co General Revenue Fund | | |
| St Lucie County Port Bond | | |
| City of Fort Pierce | | |
| Childrens Service Council | | |
| St Lucie Co Fire District | | |
| FL Inland Navigation Dist | | |
| Mosquito Control | | |
| School Non Voted Cap Imp | | |
| School Voted Capital Imp | | |
| School Req Lot Lf/Discret | | |
| Water Mgmt District | | |

TOTAL MILLAGE 28.3584  AD VALOREM TAXES $185,925.00

### NON AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| Fort Pierce Stormwater | Stormwater Mgmt | |
| SW Lucie Wtr Mgmt Dist | Water Mgmt | |

ALL TAXES BECOME DELINQUENT APRIL 1st

NON AD VALOREM ASSESSMENTS

COMBINED TAXES AND ASSESSMENTS $172,198.90

| If Paid By Nov 30 | If Paid By Dec 31 | If Paid By Jan 31 | If Paid By Feb 28 | If Paid By Mar 31 | PAST DUE Apr 1 |
|---|---|---|---|---|---|
| 165,309.02 | 167,030.99 | 168,752.96 | 170,474.93 | 172,196.90 | 177,362.61 |

RETAIN THIS PORTION FOR YOUR RECORDS

PLEASE PAY ONLY ONE AMOUNT SHOWN IN YELLOW SHADED AREA



| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1000 OF TAXABLE VALUE) | TAXES LEVIED |
|---|---|---|
| County Parks MSTU | .2500 | .78 |
| Co Public Transit MSTU | .0000 | .00 |
| Erosion District | .0000 | 3.89 |
| Environ Sign Ld Bond | .1250 | 103.18 |
| Law Enf Jail Judicial Sys | .3170 | 20.28 |
| Co General Revenue | 5.0000 | .75 |
| St Lucie County Gen Bond | .0240 | 243.53 |
| City of Fort Pierce | 7.3305 | 12.18 |
| Childrens Service Council | 3.8915 | 466.48 |
| St Lucie Co Fire District | .7805 | 1.20 |
| FL Inland Navigation Dist | .0385 | 8.157 |
| Mosquito Control | .2757 | 62.20 |
| School Non-Voted Cap Imp | 2.0000 | 5.86 |
| School Voted Capital Imp | .1820 | 190.67 |
| School Req Local/District | 6.1810 | 21.97 |
| FL Water Mgmt District | .6970 | |

TOTAL MILLAGE  28.3584          AD VALOREM TAXES          $881.95

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| Pierce Stormwater | Stormwater Mgmt  30/ERU | 37.00 |
| Lucie Water Mgmt Dist | Water Mgmt  105A @ .25 th | 65.00 |

ALL TAXES BECOME DELINQUENT APRIL 1st

NON-AD VALOREM ASSESSMENTS          2.00

COMBINED TAXES AND ASSESSMENTS          993.95

| If Paid By Nov 30 | If Paid By Dec 31 | If Paid By Jan 31 | If Paid By Feb 28 | If Paid By Mar 31 | PAST DUE Apr 1 |
|---|---|---|---|---|---|
| 954.19 | 964.13 | 974.07 | 984.01 | 993.95 | 1,023.77 |



5410 Homberg Drive, Suite A • P.O. Box 11229
Knoxville, TN 37939
(865) 584-4175 • Fax (865) 584-4233

SOUTHERN MANAGEMENT AND DEVELOPMENT, L.P.

December 12, 2005

Winn Dixie #2355
Area Property Manager
5050 SW 12th Avenue
Pompano Beach, Florida 33069

RE: 2005 REAL ESTATE TAXES
    Towne South Plaza

Attached is your 2005 Real Estate Tax billing for your location in the above referenced Shopping Center. Your pro-rata share now due is **$44,831.25.**

Please mail your check as soon as possible to:

TS PIERCE SC CO., LTD.
c/o Southern Management & Development
P. O. Box 11229
Knoxville, TN 37939

If you have any questions regarding the attached billing please call 561-883-1412, Ext. 228.

Southern Management & Development, LP as agent for
TS PIERCE SC CO., LTD.

Jennifer Oskoian
Regional Property Manager

Attachments: 2005 Real Estate Billing & Paid Receipt

FLORIDA OFFICE:
21301 Powerline Road, Suite 312 • Boca Raton, FL 33433 • (561) 883-1412 • Fax (561) 883-6218



EXHIBIT
"C"

8-Dec-05

# SOUTHERN MANAGEMENT & DEVELOPMENT, L.P.
21301 Powerline Road, Suite 312
Boca Raton, Florida 33433
561-883-1412

## 2005 REAL ESTATE TAX BILLING
## TOWNE SOUTH PLAZA

Tenant Name:                          WINN DIXIE

TOTAL MONTHS OCCUPIED:                12

REAL ESTATE TAXES PAID IN 2005:       $179,916.91

SUMMARY OF CHARGES:
|  |  |
|---|---|
| Prorata Share: | 0.4230790 |
| Less Base Year: | 73,952.65 |
| Tenant's Annual Share: | 44,831.25 |
| Less Amount Paid by Tenant: | 0.00 |
| SUBTOTAL: | 44,831.25 |
| Sales Tax 6.5%: | 0.00 |
| TOTAL AMOUNT DUE: | 44,831.25 |

New Monthly Real Estate Tax Charge:

Remit Payment to:        **TS PIERCE SC CO., LTD.**
c/o Southern Management & Development, L.P.
P. O. Box 11229
Knoxville, TN 37939



January 9, 2006

*Via Telecopy with Confirmation and
Certified mail, Return Receipt*
7100 6921 9020 0006 8230

TS PIERCE SC CO., LTD.
c/o Southern Management & Development
P.O. Box 11229
Knoxville, TN 37939

Re:    Store # 2355

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received your request for reimbursement of the amount of $45,170.82 ($180,719.53 - $73,952.65 x 0.4230790) representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $38,735.53.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

RECEIVED
JAN 2 4 2006
BY:_____

Winn-Dixie Stores, Inc.    5050 Edgewood Court    P.O. Box B    Jacksonville, Florida 32203-0297    Phone (904) 783-5000

EXHIBIT
"D"

04/20/06 10:45 FAX

**Bob Davis,** CPA, CGFO, CFC  DUPLICATE  2005 REAL ESTATE
ST. LUCIE COUNTY TAX COLLECTOR  NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 3403-244-0000-000/6 | | 6,971,500 | 0 | 6,971,500 | 0022 |

Ts Pierce Sc Co Ltd
% Southern Mgmt & Dev Lp
21301 Powerline Rd Ste 312
Boca Raton, FL 33433

03  36840E
03 36 40 THAT PART OF E 1/2 OF
SW 1/4 OF SE 1/4 OF NW 1/4 AND
THAT PART OF SE 1/4 OF SE 1/4
OF NW 1/4 AND THAT PART OF S
647 FT OF LOT 21 WHITE CITY S/D
CONTINUED ON TAX ROLL

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| County Parks MSTU | .2500 | | | 1,742.88 |
| Co Public Transit MSTU | .0900 | | | 627.44 |
| Erosion District E | .1000 | | | 697.15 |
| Environ Signif Land Bond | .1154 | | | 804.51 |
| Law Enf,Jail,Judicial Sys | 2.9807 | | | 20,779.95 |
| Co General Revenue Fund | 4.2619 | | | 29,711.84 |
| St Lucie County Port Bond | .0216 | | | 150.58 |
| City of Fort Pierce | 6.9823 | | | 48,677.10 |
| Childrens Service Council | .3915 | | | 2,729.34 |
| St Lucie Co Fire District | 2.7562 | | | 19,214.85 |
| FL Inland Navigation Dist | .0385 | | | 268.40 |
| Mosquito Control | .2757 | | | 1,922.04 |
| School Non-voted Cap Imp | 2.0000 | | | 13,943.00 |
| School Req Loc Ef/Discret | 5.9220 | | | 41,285.22 |
| S FL Water Mgmt District | .6970 | | | 4,859.14 |

RETAIL THIS PORTK FOR YOUR RECORI

| TOTAL MILLAGE | 26.8828 | AD VALOREM TAXES | $187,413.44 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | | RATE | AMOUNT |
|---|---|---|---|
| Fort Pierce Stormwater | Stormwater Mgmt | $54 Per ERU | 11,124.00 |
| N St Lucie Wtr Mgmt Dist | Water Mgmt | .125@Asd;$25Min | 109.41 |

PLEAS PAY ON ONE AMOUI SHOWN YELLO SHADE AREA

**ALL TAXES BECOME DELINQUENT APRIL 1ST.**

| NON-AD VALOREM ASSESSMENTS | $11,233.41 |
|---|---|

| COMBINED TAXES AND ASSESSMENTS | $198,646.85 | PAY ONLY ONE AMOUNT | See reverse side for important information. |
|---|---|---|---|

AMOUI DUE IF PAI BY

| NOV 30 | DEC 31 | JAN 31 | FEB 28 | MAR 31 | APR 30 |
|---|---|---|---|---|---|
| 190,700.98 | 192,687.44 | 194,673.91 | 196,660.38 | 198,646.85 | 204,606.26 |

---

**Bob Davis,** CPA, CGFO, CFC  DUPLICATE  2005 REAL ESTATE
ST. LUCIE COUNTY TAX COLLECTOR  NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 3403-244-0000-000/6 | | 6,971,500 | 0 | 6,971,500 | 0022 |

Ts Pierce Sc Co Ltd
% Southern Mgmt & Dev Lp
21301 Powerline Rd Ste 312
Boca Raton, FL 33433

03  36S 40E
03 36 40 THAT PART OF E 1/2 OF
SW 1/4 OF SE 1/4 OF NW 1/4 AND
THAT PART OF SE 1/4 OF SE 1/4
OF NW 1/4 AND THAT PART OF S
647 FT OF LOT 21 WHITE CITY S/D
CONTINUED ON TAX ROLL

RETURN WITH PAYMENT

PAY IN U.S. FUNDS TO BOB DAVIS, TAX COLLECTOR • P.O. BOX 308 • FT. PIERCE, FL 34954-0308

| NOV 30 | DEC 31 | JAN 31 | FEB 28 | MAR 31 | APR 30 |
|---|---|---|---|---|---|
| 190,700.98 | 192,687.44 | 194,673.91 | 196,660.38 | 198,646.85 | 204,606.26 |

*** PAID *** PAID *** PAID ***
11/17/05 PERIOD 1
04-20051117-001833

**Bob Davis,** CPA, CGFO, CFC   DUPLICATE 2005 REAL ESTATE
ST. LUCIE COUNTY TAX COLLECTOR   NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 3403-243-0002-000/7 | | 31,100 | 0 | 31,100 | 0022 |

Ts Pierce Sc Co Ltd
% Southern Mgmt & Dev Lp
21301 Powerline Rd Ste 312
Boca Raton,FL 33433

03  36S40E
3 36 40 BEG 1605 FT E OF CENTER
OF OLEANDER AV AND MIDWAY, TH
RUN N670 FT, TH E 85 FT, TH S
670 FT, THW 85 FT TO POB-LESS S
150 FT- (1.02 AC) (OR 986-2867)

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| County Parks MSTU | .2500 | | | 7.78 |
| Co Public Transit MSTU | .0900 | | | 2.80 |
| Erosion District E | .1000 | | | 3.11 |
| Environ Signif Land Bond | .1154 | | | 3.59 |
| Law Enf,Jail,Judicial Sys | 2.9807 | | | 92.70 |
| Co General Revenue Fund | 4.2619 | | | 132.55 |
| St Lucie County Port Bond | .0216 | | | 0.67 |
| City of Fort Pierce | 6.9823 | | | 217.15 |
| Childrens Service Council | .3915 | | | 12.18 |
| St Lucie Co Fire District | 2.7562 | | | 85.72 |
| FL Inland Navigation Dist | .0385 | | | 1.20 |
| Mosquito Control | .2757 | | | 8.57 |
| School Non-voted Cap Imp | 2.0000 | | | 62.20 |
| School Req Loc Ef/Discret | 5.9220 | | | 184.18 |
| S FL Water Mgmt District | .6970 | | | 21.67 |

| TOTAL MILLAGE | 26.8828 | AD VALOREM TAXES | $836.07 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | | RATE | AMOUNT |
|---|---|---|---|
| Fort Pierce Stormwater | Stormwater Mgmt | $54 Per ERU | 156.60 |
| N St Lucie Wtr Mgmt Dist | Water Mgmt | .125@Asd;$25Min | 25.00 |

**ALL TAXES BECOME DELINQUENT APRIL 1ST.**

| NON-AD VALOREM ASSESSMENTS | $181.60 |
|---|---|

| COMBINED TAXES AND ASSESSMENTS | $1,017.67 | PAY ONLY ONE AMOUNT | See reverse side for important information. |
|---|---|---|---|

| NOV 30 | DEC 31 | JAN 31 | FEB 28 | MAR 31 | APR 30 |
|---|---|---|---|---|---|
| 976.96 | 987.14 | 997.32 | 1,007.49 | 1,017.67 | 1,048.20 |

RETA
THI:
PORT
EOI
YOU
RECOI

PLEA
PAY C
ON
AMOI
SHOW
YELL
SHAL
ARE

AMOI
DU
IF PA

**Bob Davis,** CPA, CGFO, CFC   DUPLICATE   2005 REAL ESTATE
ST. LUCIE COUNTY TAX COLLECTOR   NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 3403-243-0002-000/7 | | 31,100 | 0 | 31,100 | 0022 |

RETURN WITH PAYMENT

Ts Pierce Sc Co Ltd
% Southern Mgmt & Dev Lp
21301 Powerline Rd Ste 312
Boca Raton,FL 33433

03  36S 40E
3 36 40 BEG 1605 FT E OF CENTER
OF OLEANDER AV AND MIDWAY, TH
RUN N670 FT, TH E 85 FT, TH S
670 FT, THW 85 FT TO POB-LESS S
150 FT- (1.02 AC) (OR 986-2867)

PAY IN U.S. FUNDS TO BOB DAVIS, TAX COLLECTOR · P.O. BOX 308 · FT. PIERCE, FL 34954-0308

| 976.96 | 987.14 | 997.32 | 1,007.49 | 1,017.67 | 1,048.20 |
|---|---|---|---|---|---|
| NOV 30 | DEC 31 | JAN 31 | FEB 28 | MAR 31 | APR 30 |

*** PAID *** PAID *** PAID ***
11/17/05 PERIOD 1
04-20051117-001834