UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**OBJECTION OF HOBE SOUND S C COMPANY LTD. TO DEBTORS'
SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME
NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX
CURE AMOUNTS AND (III) GRANT RELATED RELIEF**

Hobe Sound S C Company, Ltd. ("Hobe Sound") hereby files its Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (the "Motion"), and states as follows:

I.  **Factual and Procedural Background**

1. On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three (23) of its subsidiaries and affiliates (collectively, the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. Hobe Sound leases to certain Debtors Store No. 305, a full service store in the Hobe Sound designated market area.

3. On or about June 30, 2006, the Debtors filed the Motion (C.P. #8941) seeking, among other relief, an order allowing Debtors to assume the Hobe Sound lease.

4. In the Motion, the Debtors allege that the cure amount of the Hobe Sound Lease is $9,256.24.

II.  **Objection to Debtors' Motion**

5. Hobe Sound objects to the Debtors' alleged cure amount.

6. Hobe Sound submits that the actual cure for the lease of Store No. 305 is at least $34,120.69, not including monthly lease charges. A copy of Hobe Sound's Proof of Claim filed in this case is attached hereto as Exhibit "A".

7. Pursuant to *11 U.S.C. §365(b)*, Debtors are required to cure or provide adequate assurance of prompt cure of the defaults of all the leases they intend to assume.

8. Consequently, prior to assuming the Hobe Sound lease, Store No. 305, per §365, Debtors must cure all the defaults.

**WHEREFORE,** Hobe Sound respectfully requests that this Court sustain the objection raised herein and require the Debtors to cure all defaults of the Hobe Sound lease, Store No. 305, listed herein and grant Hobe Sound such other relief as is just and proper under the circumstances.

Dated this 24th day of July, 2006.

RICE PUGATCH ROBINSON & SCHILLER, P.A.
Attorneys for Hobe Sound SC Company
101 NE Third Ave., Suite 1800
Fort Lauderdale, FL 33301
Telephone:   (954) 462-8000
Facsimile:   (954) 462-4300


By:__/s_MarkRoher_____
   CRAIG A. PUGATCH
   Florida Bar No.: 653381
   MARK ROHER
   Florida Bar No.: 178098

*In re Winn-Dixie Stores, Inc., et al.*
*Case No.05-03817-3F1*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, together with any attachments, has been furnished by U.S. Mail and/or electronic transmission to the parties set forth on the service list attached to the original hereof, this 24th day of July 2006.

By:____/s Mark Roher_____
     Mark Roher

G:\Wpdocs\1500\Pleadings\Objections\Objection for store 305.doc

**Adam Ravin**
Attorney for Winn-Dixie Stores, Inc.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**James H. Post**
Attorney for Winn-Dixie Stores, Inc.
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

**Cynthia C. Jackson**
Attorney for Winn-Dixie Stores, Inc.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**Patrick P. Patangan**
Attorney for Unsecured Creditors Committee
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

**John B. Macdonald**
Attorney for Unsecured Creditors Committee
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

**Dennis F. Dunne**
Attorney for Unsecured Creditors Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Elena L Escamilla**
U.S. Trustee
135 W Central Blvd., Ste 620
Orlando, FL 32806

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT __MIDDEL__ DISTRICT OF __FLORIDA__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor WINN-DIXIE STORES, INC. | Case Number 05-03817-3F1 |
|---|---|

claim #9576

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
HOBE SOUND S C COMPANY LTD

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
c/o Southern Management & Development LTD
21301 Powerline Road, Suite 312
Boca Raton, FL 33433

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces a previously filed claim, dated:____
if this claim ☐ amends

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☒ Other __Real Estate Lease__
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)        (date)

2. **Date debt was incurred:** 12/31/04

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 34,120.69
   (unsecured)   (secured)   (priority)   (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $ 34,120.69
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

2005 JUL 28 PM 3:38
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

RECEIVED
LOGAN & COMPANY, INC.
AS AGENT

Date: 7/27/05

Sign: HOBE SOUND S C COMPANY LTD, a Florida limited partnership
By: WESTINVESTMENT COMPANY, INC., a Florida corporation, General Partner
By: _____
Print Name: Steven Levin
Its: Vice President

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT "A"

)4/12/02

## BILLING STATEMENT
### DETAILED

PROPERTY NAME: HOBE SOUND SC COMPANY

| UNIT | OCCUPANT NAME |
|---|---|
| )14400- 8867 | WINN-DIXIE STORES, INC. #305<br>ATTN: JENNIFER NIEVES, PM<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL  32254 |

| CODE | CHARGE DESCRIPTION | DATE | BALANCE |
|---|---|---|---|
| OEE | PRIOR OPER - NONTAXABLE 1996 | 06/17/97 | 24,602.44 |
| OPE | OPERATING EXPENSES NON-TAXABLE | 11/01/99 | 1,359.75 |
| OPE | OPERATING EXPENSES NON-TAXABLE | 12/01/99 | 1,359.75 |
| OPE | OPERATING EXPENSES NON-TAXABLE | 01/01/01 | 1,359.75 |
| OPE | OPERATING EXPENSES NON-TAXABLE | 02/01/01 | 1,359.75 |
| OPE | OPERATING EXPENSES NON-TAXABLE | 03/01/01 | 1,359.75 |
| OPE | OPERATING EXPENSES NON-TAXABLE | 04/01/01 | 1,359.75 |
| OPE | OPERATING EXPENSES NON-TAXABLE | 05/01/01 | 1,359.75 |
| | | TOTAL DUE | 34,120.69 |

REMIT PAYMENT IN FULL TO: HOBE SOUND SC COMPANY
P.O. BOX 11229
KNOXVILLE, TN 37939

PAYMENT IN FULL IS DUE ON OR BEFORE THE FIRST OF EACH MONTH. AS OF THIS DATE, WE HAVE NOT RECEIVED YOUR PAYMENT IN REGARDS TO THE DESCRIPTION ABOVE. PLEASE TAKE A MOMENT TO CLEAR THIS MATTER AND ELIMINATE THE ASSESSMENT OF LATE FEE CHARGES. IF PAYMENT HAS BEEN MAILED, PLEASE DISREGARD THIS NOTICE.

IF BILLING ADDRESS IS NOT CORRECT PLEASE MAKE CORRECTIONS IN THE SPACES BELOW AND FORWARD IT WITH PAYMENT.