**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                            CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al

DEBTOR                                            CHAPTER 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**LOUISIANA DEPARTMENT OF REVENUE'S OBJECTION TO THE**
**DISCLOSURE STATEMENT**

NOW INTO COURT**,** through undersigned counsel, comes the Louisiana
Department of Revenue, hereinafter referred to as the "Department", which hereby
objects to the Bankruptcy Court's approval of the Debtors' Disclosure Statement for the
following reason:

1.

The Department has filed numerous claims, including unsecured general claims in
this case.  The Debtors' Disclosure Statement classifies unsecured general claims in Class
16: Other Unsecured Claims.  According to the Disclosure Statement, the holders of
Class 16 claims will receive either shares of stock or cash in the amount of 67% of the
claim provided that the holder agrees to reduce each claim to $3,000.00 and sufficient
cash remains available.  If sufficient cash is not available (first come first served) then the
holder will receive shares of stock.

2.

The Department is a State agency charged with collecting tax for the State of
Louisiana.  It is forbidden from collecting anything except money as payment of taxes.

Taxes are to be paid in money, unless special provision is made that they are to be paid otherwise.  See *City of Shreveport v. Gregg and Ford*, 28 La.Ann. 836 (La. 1876).

3.

The Department should not be forced to receive shares of stock as provided by the Disclosure Statement.   For this reason, the Department respectfully objects to the approval of the Debtors' Disclosure Statement.

WHEREFORE**,** the Louisiana Department of Revenue prays for an Order of this Honorable Court denying the approval of the Debtors' Disclosure Statement and for such other relief as is just, fair, and equitable.

Respectfully submitted by:

   /s/ David M. Hansen
David M. Hansen, La. Bar Roll Number 26916
Louisiana Department of Revenue
Legal Division
617 North Third Street
Baton Rouge, Louisiana 70802
Telephone (225) 219-2080
Facsimile (225) 219-2090
E-mail: david.hansen@la.gov

## CERTIFICATE OF SERVICE

I hereby certify that electronic notice of the electronic filing of the above and foregoing has been sent to all parties who are registered participants in the Electronic Case Filing System.

Signed in Baton Rouge, Louisiana, on this 24th day of July, 2006.


__/s/ David M. Hansen___
David M. Hansen