**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING ON DEBTOR'S OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 24, 2006** at **1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Debtors' Omnibus Objection to Unresolved Litigation Claims in regard to those claims listed in the attached Exhibit A.

Only objections filed with the Court so as to be received by **August 14, 2006** at 4:00 p.m. (E.T.) and served on Leanne McKnight Prendergast at lprendergast@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: July 25, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Rosalie Walker Gray <br> Jane Leamy | By  */s/ Leanne McKnight Prendergast*  <br> Stephen D. Busey <br> James H. Post <br> Leanne McKnight Prendergast |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00536201

# EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| AETNA US HEALTHCARE, INC. | 11513<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,008.63 | NO LIABILITY -- DISPUTED CLAIM; AND RECLASSIFY TO UNSECURED; LATE CLAIM |
| AIKEN, ROSEMARY | 11485<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $49,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| ALLEN, ERNEST S | 12768<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $827,634.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| ALMEDA, MAILISE | 11447<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED; LATE CLAIM |
| ALVAREZ, ANA | 11763<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| ALVAREZ, HILDA | 7427<br>Debtor: **WINN-DIXIE STORES, INC.** | $80,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| ALVAREZ, HILDA | 7428<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $80,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 7427 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| ARMSTRONG, PAT | 6645<br>Debtor: **WINN-DIXIE STORES, INC.** | $32,500.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| ASHLEY, CANDI | 12730<br>Debtor: **WINN-DIXIE STORES, INC.** | $80,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| BALL, GERALDINE | 12767<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| BARASH, PHYLLIS | 11848<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| BARASH, PHYLLIS | 11855<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| BARKER, ROBERT M | 12761<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $4,218.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| BARRAS, HERBERT JR | 11600<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| BARRIOS, MIRTA | 7051<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED |
| BAYNARD, TANYA WILLIAMS | 12899<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| BEAUDRIE, KEN | 12896<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| BECERRA, ALEYDA | 12752<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| BENJAMIN, NECY | 6830 | $1,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BILLHIMER, FAUSTINA | 11593 | $40,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BILLINGS, LINDA | 7099 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BIVENS, LLC | 11523 | $3,128.43 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED; LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BLUE CROSS BLUE SHIELD OF ALABAMA | 13258 | $2,114.69 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BOATMAN, DOROTHY | 3727 | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BONNER, MINNIE | 11484 | $20,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BOURGEOIS, ANITA | 3759 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BOYLE, DANIEL | 12452 | $1,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BRADLEY, LARRY | 11762 | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| BRIGMAN, HAZEL | 2248 | $175,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BRITTON, JUNE E & JOHN | 327 | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 2781 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BROADWAY, HAZEL | 11549 | $10,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BROWN, HORRACE | 11468 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BROWN, LEAH | 12825 | $275,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BROWN, MARINDA N | 12928 | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BROWN, PAMELA | 11423 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| BROWN, ROY | 2853 | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| BROWN, WANDA | 13280 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| BUCHALSKI, RICHARD | 13137 | $8,153.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| BURCHETT, RALPH A JR | 10683 | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CALHOUN, PHYLLIS | 13256 | $3,750.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CALLE, OFELIA | 9540 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CAMERON, OLGA | 11713 | $15,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CAMP, RONALD | 11403 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CAPUTO, SYLVIA | 4653 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CARPENTER, WILLIAM | 8104 | $7,500.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CARRASQUILLO, LUZ | 11882 | $1,910.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CARTER, SENETTA W | 8459 | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CERVANTES, GENOVEVA | 11616 | $15,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CERVANTEZ, BEATRIZ | 7234 | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 10244 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CEVALLOS, CONCHITA | 13189 | $15,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CLARK, MARGARET | 12742 | $200,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 12743 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CLARK, MARGARET | 12743 | $200,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE RALEIGH, INC. | | |
| CLAY, ERNEST | 5875 | $3,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |
| CLAY, ERNEST | 5841 | $3,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 5875 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | **Debtor:** WINN-DIXIE STORES, INC. | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| COLEMAN, JUANA | 11487<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| COLON, EVELYN | 4239<br>Debtor: **WINN-DIXIE STORES, INC.** | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| CONELY, SALLY | 11456<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED; LATE CLAIM |
| COOK, CHRISTY | 12868<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| COUNTS, LAURA | 11393<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| CRAMER, COREY | 12346<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| CRAMER, COREY L | 12872<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| CRAWFORD, WILLIAM C | 11461<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| CRUZ, ROSA | 11401<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| DAJUVETTE, WHITE | 13085<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $13,003.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| DAVIS, GLORIA | 12248<br>Debtor: **WINN-DIXIE STORES, INC.** | $15,286.30 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| DAVIS, HENRY | 11801<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| DELAPAZ, LILLIAN | 11455<br>Debtor: **WINN-DIXIE STORES, INC.** | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| EDWARDS, ANITA BURNS | 3774<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| EMBERY, JANNIE MAE | 7066<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,707.60 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| EVANS, NEDRA | 12748<br>Debtor: **WINN-DIXIE STORES, INC.** | $10,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| FAIR, DAMEION (MINOR) | 11793<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $30,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| FARRAR, LINDA | 11479<br>Debtor: **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| FERNANDEZ, PETER | 11508<br>Debtor: WINN-DIXIE STORES, INC. | $2,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; AND LATE CLAIM |
| FERNANDEZ, PETER | 11512<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 11508 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| FERNANDEZ, YRMA | 11823<br>Debtor: WINN-DIXIE STORES, INC. | $8,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| FORD, TARI L | 11621<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED; LATE CLAIM |
| GAILLARD, BEVERLY | 11452<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $40,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GARCIA, BARBARA | 11534<br>Debtor: WINN-DIXIE STORES, INC. | $40,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GIRDZUS, JAMES JR | 12947<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $944,790.82 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GONZALES, MARIA | 12916<br>Debtor: WINN-DIXIE STORES, INC. | $667,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GONZALES-MURILLO, ALBA | 10766<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| GONZALEZ, DIGNA | 6832<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| GONZALEZ, EMILIA | 12267<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GOODRICH, ALMA VICK | 12847<br>Debtor: WINN-DIXIE RALEIGH, INC. | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GREEN, PATRICE | 11525<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GREEN, TOMEKIA | 12869<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GREEN, WILLIE JEAN | 12582<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| GREENE, PHYLLIS | 712<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| GREENHOW, DONALD | 6229<br>Debtor: WINN-DIXIE STORES, INC. | $30,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| GUTIERREZ, MARTHA R | 11451<br>Debtor: WINN-DIXIE STORES, INC. | $3,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| HARPER, SHARKEVEA | 1983<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED |
| HARPER, UTOPIA | 12865<br>Debtor: WINN-DIXIE STORES, INC. | $16,500.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| HARRIS, KATHLEEN | 6210<br>Debtor: WINN-DIXIE STORES, INC. | $300,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| HAZELLIEF, THOMAS | 3481<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| HAZELLIEF, THOMAS | 4145<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 3481 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| HEMBY, MERLE | 11577<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| HEREZI, CHEYENNE | 11402<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| HERMANSON, PAULINE | 11768<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| HILL, CARLETHA T | 12735<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| HOOKFIN, KENNETH | 11601<br>Debtor: WINN-DIXIE STORES, INC. | $20,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| HUGHES, ALTHEA | 7947<br>Debtor: WINN-DIXIE STORES, INC. | $1,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| HUGHES, TERRI | 12801<br>Debtor: WINN-DIXIE STORES, INC. | $170,500.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| IVISON, MARILYN | 13328<br>Debtor: WINN-DIXIE STORES, INC. | $20,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| JACKSON, JAMES E III | 12986<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED |
| JAMES-SMITH, JULANDAS | 6883<br>Debtor: WINN-DIXIE STORES, INC. | $33,750.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| JARRELL, MARY | 11497<br>Debtor: WINN-DIXIE STORES, INC. | $1,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 11565 ; RECLASSIFY TO UNSECURED -- LATE CLAIM |
| JARRELL, MARY | 11565<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| JOHNSON, BRENDEN (MINOR) BY | 11532<br>Debtor: WINN-DIXIE STORES, INC. | $65,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| JOHNSON, BRIANNA BY | 11556 | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JOHNSON, CHRISTINE | 3974 | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JOHNSON, GLORY J | 10566 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JOHNSON, MICAH NICOLE (MINOR) | 12358 | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JOHNSON, MICAH NICOLE (MINOR) | 12359 | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **DIXIE STORES, INC.** | |
| JOHNSON, MICAH NICOLE (MINOR) | 12360 | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **WINN-DIXIE MONTGOMERY, INC.** | |
| JOHNSON, MICHELLE SUE | 12355 | $5,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JOHNSON, MICHELLE SUE | 12356 | $5,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **DIXIE STORES, INC.** | |
| JOHNSON, MICHELLE SUE | 12357 | $5,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **WINN-DIXIE MONTGOMERY, INC.** | |
| JOHNSON, SHAUN KEVIN | 12352 | $10,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JOHNSON, SHAUN KEVIN | 12353 | $10,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **DIXIE STORES, INC.** | |
| JOHNSON, SHAUN KEVIN | 12354 | $10,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: | **WINN-DIXIE MONTGOMERY, INC.** | |
| JOHNSON, SHEILA | 4908 | $5,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 4909 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | **DIXIE STORES, INC.** | |
| JOHNSON, TERESA | 12772 | $70,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JONES, BETTY | 12753 | $15,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JONES, DIANE | 3752 | $975,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JONES, ELIZABETH | 12529 | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |
| JONES, HERBERT | 6228 | $30,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | **WINN-DIXIE STORES, INC.** | |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| JONES, LORETTA | 9539<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| JORDAN, MELODY | 11446<br>Debtor: WINN-DIXIE STORES, INC. | $7,500.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| JORGENSEN, NIEL | 13233<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| JORGENSEN, NIEL | 13264<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| KENNEDY, MARY | 11714<br>Debtor: WINN-DIXIE RALEIGH, INC. | $18,541.58 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| KHAJA, RAZIUDDIN S | 11536<br>Debtor: WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| KIDD, NORMA | 12572<br>Debtor: WINN-DIXIE STORES, INC. | $85,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| KLINE, KARL | 11516<br>Debtor: WINN-DIXIE STORES, INC. | $300,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| KNIGHTS, WILLIAM | 13336<br>Debtor: WINN-DIXIE STORES, INC. | $200,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| LA TORRES, NORMA DE | 12049<br>Debtor: WINN-DIXIE STORES, INC. | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| LACROIX, BRIGITTE | 11847<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| LANDRY, RAY JR | 10654<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| LARIOS, MILAGROS E | 11658<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| LEBLANC, EDMOND S | 13178<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| LEE, BETTY | 7426<br>Debtor: WINN-DIXIE STORES, INC. | $400,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| LENHART, HILTRUD | 12829<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| LEONARD, MARTHA D | 11986<br>Debtor: WINN-DIXIE STORES, INC. | $20,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| LEWIS, ESSIE MAE | 12575<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| LEWIS, ROBERT D | 2440<br>Debtor: WINN-DIXIE STORES, INC. | $35,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| LODOLCE, JASON L | 3749<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| LOPICCOLO, ANNA | 12828<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| LOUIS, KENNIE L | 13087<br>Debtor: WINN-DIXIE STORES, INC. | $4,661.30 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| LOWRY, BRENDA | 11389<br>Debtor: WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MAHLE, SHELLY | 11553<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MALLOY, KATHLEEN | 11437<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED; LATE CLAIM |
| MANZANARES, ALMA ROSA | 11115<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| MARTINEZ, ANNA C | 20<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 7971 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| MAURO, ALISSA J | 10744<br>Debtor: WINN-DIXIE STORES, INC. | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED |
| MAZO, FRANCISCO E | 10642<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| MAZZARELLA, LINDA | 3775<br>Debtor: WINN-DIXIE STORES, INC. | $1,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| MCCANN, PEARLIE | 11973<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MCCANN, PEARLIE | 12053<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MCCANN, PEARLIE | 11974<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MCCANN, PEARLIE | 12052<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 12053; LATE CLAIM |
| MCCRAY, EARLINE T | 3115<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| MCDERMOTT, CATHERINE | 11448<br>Debtor: WINN-DIXIE RALEIGH, INC. | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| MCGRIFF, KAYDETTE | 9411<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| MCKENZIE, THERESA | 4674<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 5291 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; RECLASSIFY TO UNSECURED |
| MENDOZA, MIRNA | 12900<br>Debtor: WINN-DIXIE STORES, INC. | $70,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MESA, ELORA BY | 13239<br>Debtor: WINN-DIXIE STORES, INC. | $65,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MITCHELL, ELLA L | 7301<br>Debtor: WINN-DIXIE RALEIGH, INC. | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| MONTALVO, CARLOTA | 5873<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED |
| MORGAN, LORENE | 11545<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MORMAN, KENYETTA C | 12858<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MOSS, ADRIAN | 12833<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MOULEDOUX, EVELYN M | 11469<br>Debtor: WINN-DIXIE STORES, INC. | $5,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| MSL NORTH INC | 8505<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| NEAL, DEBRA HALLMAN | 8942<br>Debtor: WINN-DIXIE STORES, INC. | $125,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| NELSON, DIERDRE | 11613<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| NELSON, MAUDE | 11444<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 11445; LATE CLAIM |
| NELSON, MAUDE | 11445<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| NEUROTECH, INC | 13182<br>Debtor: WINN-DIXIE STORES, INC. | $7,565.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| NICHOLAS, HERMAN | 7259<br>Debtor: WINN-DIXIE STORES, INC. | $7,500.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 7261 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| NICHOLAS, HERMAN | 7260<br>Debtor: DIXIE PACKERS, INC. | $7,500.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 7261 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| NWANKWO, GLORIA C | 13242<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $5,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| O'NEIL, LOU E | 12463<br>**Debtor:** WINN-DIXIE STORES, INC. | $7,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| OGLETREE, DOROTHY | 1964<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| ONEAL, GAIL M | 11404<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| OTERO, SUSET M | 13288<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| PARKER, SAMUEL (MINOR) | 12924<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| PARKS, DORA COON | 13228<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| PARRA, ANA | 11409<br>**Debtor:** WINN-DIXIE STORES, INC. | $80,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| PARTIN, GERALDINE | 7564<br>**Debtor:** WINN-DIXIE STORES, INC. | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 8091 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| PARTIN, GERALDINE | 7583<br>**Debtor:** WINN-DIXIE STORES, INC. | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 8091 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| PATTERSON, LARRY | 3293<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 3295 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| PELLEY, WENDY | 13090<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| PEREZ, DIONISIO | 6834<br>**Debtor:** WINN-DIXIE STORES, INC. | $750,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 7666 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| PEREZ, MARIA C | 3738<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| PETERSON, BARBARA | 6646<br>**Debtor:** WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 7024 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| PETERSON, BARBARA | 7024<br>**Debtor:** WINN-DIXIE STORES, INC. | $45,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| PHELAN, WENDY | 12769<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| PHILLIPS, LINDA | 12470<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| POWERS, JENNIFER | 12799 | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| PRICE, LUCILLE | 10791 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RABAGO, ANA MARIA | 12437 | $99,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RACHUBA, MAE CARVER | 11608 | $7,500.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RAINES, BETTY | 11989 | $5,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| | Debtor: WINN-DIXIE MONTGOMERY, INC. | | |
| RAINES, LINDA | 11582 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RAMSEWAK, ROSEMARY P | 11552 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RATLIFF, LIZZIE | 11430 | $30,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RAY, ROBIN | 2238 | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| REDDICK, KIMBERLY | 8454 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| REYES, AMY ISABEL | 7248 | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RHODD, DORRETT | 11515 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RIDLEY, KAREN | 11476 | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RIGGS, DANNY D | 13017 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RIVERA, BETTY | 5042 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RIVERA, ELIZABETH | 2299 | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| ROBINSON, LLOYD ESTATE OF | 6923 | $400.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |
| RODRIGUEZ, AMARILIS | 3282 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: WINN-DIXIE STORES, INC. | | |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| RODRIGUEZ, ERYKA | 7575<br>Debtor: WINN-DIXIE STORES, INC. | $2,500,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| RODRIGUEZ, JESSICA | 10996<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| RODRIGUEZ, RAMONA | 1833<br>Debtor: WINN-DIXIE STORES, INC. | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| RODRIGUEZ, TELLUNY | 7060<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| ROLDAN, MARIBEL | 8896<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| ROSERO, LENY R | 11407<br>Debtor: WINN-DIXIE STORES, INC. | $80,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| ROSEWAY, BONNIE | 1236<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| RUSHTON, ANDREA | 12819<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SALAZAR, GERSON | 11408<br>Debtor: WINN-DIXIE STORES, INC. | $80,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SALAZAR, WILLIAM | 11405<br>Debtor: WINN-DIXIE STORES, INC. | $80,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SANCHEZ, HERMELINDA | 11406<br>Debtor: WINN-DIXIE STORES, INC. | $80,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SANCHEZ, MARIA | 6641<br>Debtor: WINN-DIXIE STORES, INC. | $30,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| SANCHEZ, ROSA | 12874<br>Debtor: WINN-DIXIE STORES, INC. | $26,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SANTANA, YOLANDA | 13205<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED |
| SCHARFTENBERG, HORST | 11764<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SCOTT, DENISE | 3063<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 3064 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| SCOTT, DENISE | 3064<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| SHIELDS, JAMES | 11632<br>Debtor: WINN-DIXIE STORES, INC. | $1,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |

WINN-DIXIE STORES, INC., ET AL.
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| SILVA, DELIA &/OR PEREZ, EDUARDO | 12794<br>Debtor: WINN-DIXIE STORES, INC. | $5,830.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SINCLAIR, YOLANDA | 12773<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SINGH, ELISHA | 11661<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SIZEMORE, RAY S | 12766<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| SLIZ, STELLA | 6706<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| SMITH, DOREEN BONDS | 9952<br>Debtor: WINN-DIXIE STORES, INC. | $155,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| SMITH, LINDA | 7093<br>Debtor: WINN-DIXIE STORES, INC. | $1,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| SMITH, MARTHA JEAN | 7573<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 8429 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| SMITH, MARTHA JEAN | 8429<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| SMITH, ODESSA | 12779<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SMITH, ODESSA | 13334<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SMITH, SHIRLEY | 13082<br>Debtor: WINN-DIXIE STORES, INC. | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SMITH, TARA | 12107<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM AND RECLASSIFY TO UNSECURED; LATE CLAIM |
| SPRIGGS, EDWIN | 4735<br>Debtor: WINN-DIXIE STORES, INC. | $750,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| ST PAUL TRAVELERS | 12553<br>Debtor: WINN-DIXIE STORES, INC. | $12,954.02 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| STALLINGS, GEORGIA | 11400<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED ; LATE CLAIM |
| STAMPER, REVA JO | 12427<br>Debtor: WINN-DIXIE STORES, INC. | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| STANLEY, CARRIE | 12765<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| STEWART, CINDY REED | 12804<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| STRICKLAND, LORRAINE C | 12910<br>Debtor: WINN-DIXIE STORES, INC. | $10,250.86 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SUAREZ, DULCE | 11398<br>Debtor: WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| SWAIN, JANICE | 12800<br>Debtor: WINN-DIXIE STORES, INC. | $300,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| TAMAYO, MELONIE (MINOR) | 8895<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| THOMAS, RONALD | 12764<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| TIMMONS, DAVID | 8410<br>Debtor: WINN-DIXIE STORES, INC. | $350,000.00 | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 11191 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; RECLASSIFY TO UNSECURED |
| TSAMAS, MICHAEL N | 11436<br>Debtor: WINN-DIXIE STORES, INC. | $6,500.00 | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED; LATE CLAIM |
| URBANO, ANNA | 12906<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| URBANO, JOSE & ANNA | 12903<br>Debtor: WINN-DIXIE STORES, INC. | $200,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| US ARMY 3D INFANTRY DIV | 12417<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| VEGA, MELINDA (MINOR) | 8443<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| VELASQUEZ, BLANCA | 11825<br>Debtor: WINN-DIXIE STORES, INC. | $90,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| VELAZQUEZ, CRISTINA | 11876<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| VESTAL, CHRISTOPHER | 6784<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| VESTAL, JOSEPH | 6783<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| VESTAL, SHAWN J | 6787<br>Debtor: WINN-DIXIE STORES, INC. | $750,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| VESTAL, SHAWN J JR | 6785<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| VICKNAIR, JEANNE L | 11433<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| VOLCE, THIAS | 12763<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| VOLCY, CHRISLENE | 12606<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED |
| VOLOVECKY, VERA | 1973<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| WALKER, SUSAN | 13255<br>Debtor: WINN-DIXIE STORES, INC. | $60,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| WALL, HOLLY M | 7798<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| WALLACE, CASSIE AARON | 12450<br>Debtor: WINN-DIXIE STORES, INC. | $125,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| WALLACE, CASSIE AARON | 12451<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $125,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 12450 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| WALTON, DONNA | 2808<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $5,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| WASHINGTON, LINDA | 9234<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 11005 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| WAUSAU BENEFITS INC, SUBROGEE | 12383<br>Debtor: WINN-DIXIE STORES, INC. | $701.78 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| WELLINGHOFF, ELMA | 11458<br>Debtor: WINN-DIXIE STORES, INC. | $400,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| WHITE, NICOLE | 11522<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM |
| WHITEHORN, CAROL L | 1677<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| WIETCHY, EILEEN | 5548<br>Debtor: WINN-DIXIE STORES, INC. | $750,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| WILLIAMS, CLEAVON (MINOR) | 12848<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| WILLIAMS, HERMAN | 11599<br>Debtor: WINN-DIXIE STORES, INC. | $20,000,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |
| WILLIAMS, JOYCE | 11626<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM |

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAMS, RONNIE | 7409 | $100,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| WILSON, CARRIE D | 6678 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| WRIGHT, TANARRRA | 860 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| **Total Claims to be Disallowed:** | | 291 | |
| **Total Amount to be Disallowed:** | $169,503,859.01 | **Plus Unliquidated Amounts, If Any** | |