## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, et al.

         Debtors.

_____/

CASE NO.: 05-03817-JAF
(*Jointly Administered*)

CHAPTER 11

### NEWPORT PARTNERS' (STORE 251) OBJECTION TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) TO FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

The MORRIS TRACT CORP., a Florida corporation ("Morris"), THE WILLISTON HIGHLANDS DEVELOPMENT CORP., a Florida corporation ("Williston"), and THE MORRIS TRACT CORP., doing business as NEWPORT PARTNERS, doing business as PARTNERSHIP/NEWPORT MOTEL (the "Newport Partners")(collectively, Morris, Williston, and the Newport Partners shall be referred to herein as the "Newport Partners"), by and through their undersigned counsel, file their Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Objection"), and in support state:

### SUMMARY OF THE OBJECTION

By way of its Motion, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (the "Debtors" and/or "Winn-Dixie"), are attempting to assume an alleged lease for Store 251 (the "Lease") that is owned by the Newport Partners. However, the Newport Partners have contested the assumability of the Lease and as a result, its dispute with Winn-Dixie over the Lease is currently being litigated via an adversary proceeding in the instant case. Accordingly, Winn-Dixie

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.

3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

Firm Clients\1836\1836-2\00173036.WPD.

CASE NO.: 05-03817-JAF

should not be entitled to assume the Lease until a final determination in the adversary proceeding is reached.

## PROCEDURAL BACKGROUND

1.     On February 21, 2005, the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code.  The Debtors' cases are being jointly administered for procedural purposes only.

2.     The Court has jurisdiction over the underlying matter pursuant to 28 U.S.C. §§ 157(b) and 1334(b).  The underlying matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3.     On June 30, 2006, Winn-Dixie filed its Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (CP# 8941) (the "Motion").

4.     The deadline to file an objection to the Motion is July 30, 2006.

5.     For the reasons that follow, the Newport Partners object to the Motion.

## THE OBJECTION

6.     Pre-petition, Winn-Dixie was operating a grocery store in the property owned by the Newport Partners located at 3275 Coral Way, Miami, Florida ("Store 251").[1]

7.     By way of its Motion, Winn-Dixie is attempting to assume the alleged Lease between it and the Newport Partners for Store 251.

---

[1]The Debtors' identify Store 251 as "Store 251" in the Motion.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.

3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD,  MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

Firm Clients\1836\1836-2\00173036.WPD.

CASE NO.: 05-03817-JAF

8.    On November 21, 2005 (prior to Winn-Dixie filing the Motion), Winn-Dixie commenced adversary proceeding, Adv. Case No. 05-00317-JAF (the "Adversary"), against the Newport Partners.  (Adversary CP# 1).  On December 29, 2005, the Newport Partners filed their answer and counterclaim (the "Counterclaim") against the Debtors.  (Adversary CP# 9).

9.    The issue being litigated in the Adversary is whether the Lease Winn-Dixie is attempting to assume for Store 251 is assumable.  By way of its Counterclaim, the Newport Partners alleges, among other things,  that Winn-Dixie is in possession of Store 251 as a month-to-month tenant, which month-to-month tenancy was terminated on July 31, 2005.  If the Newport Partners are successful in the Adversary, Winn-Dixie will not be able to assume the Lease.

10.    On May 11, 2006, the Newport Partners filed their Motion for Partial Summary Judgment (the "Newport Motion").  (Adversary CP# 20).  On May 30, 2006, Winn-Dixie filed its Motion for Summary Judgment (the " Winn-Dixie Motion")(collectively, the Newport Motion and the Winn-Dixie Motion shall be referred to herein as the "Motions for Summary Judgment").  (Adversary CP# 24).  As of the date of filing this Objection, the Motions for Summary Judgment have not been fully briefed and the Court has not yet ruled in the Adversary.

11.    Accordingly, the Newport Partners object to Winn-Dixie's request to assume the alleged Lease for Store 251 for the following reasons:

    a.    As set forth in its Newport Motion, the Newport Partners' assert that the Lease Winn-Dixie is attempting to assume for Store 251 was terminated and Winn-Dixie has no Lease to assume; and

CASE NO.: 05-03817-JAF

    b.      Winn-Dixie's attempted assumption of the Lease for Store 251 is premature because this Court's disposition of the Adversary will directly impact Winn-Dixie's ability to assume the Lease for Store 251.

12.    The Newport Partners request this Court to enter an Order either denying Winn-Dixie's request to assume the Lease with Store 251 pending completion of the Adversary, or abate consideration of the Motion until such time as there is a final ruling in the Adversary.

WHEREFORE, the Newport Partners request the Court to enter an Order denying Winn-Dixie's request to assume the Lease for Store 251 pending completion of the Adversary, or in the alternative, abate consideration of the Motion until such time as there is a final ruling in the and for such other relief as this Court deems just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via email upon the parties listed below and to those parties who receive notice via the Court's Notice of Electronic Filing on the 25th day of July, 2006:

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
Via email: cjackson@smithhulsey.com

David J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Via email: djbaker@skadden.com

MELAND, RUSSIN & BUDWICK, P.A.
200 South Biscayne Blvd., Suite 3000
Miami, FL 33131
Phone: (305)358-6363
Fax: (305)358-1221

By:   /s/ Peter D. Russin
        PETER D. RUSSIN
        Fla. Bar No. 765902
        prussin@melandrussin.com

Attorneys for the Newport Partners