**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

---

**NOTICE OF HEARING SCHEDULE**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Court has scheduled omnibus hearings in these cases on the following dates:

1.    Thursday, October 5, 2006 @ 1:00 p.m;

2.    Wednesday, October 25, 2006 @ 9:00 a.m.;

3.    Thursday, November 16, 2006 @ 1:00 p.m.;

4.    Thursday, November 30, 2006 @ 1:00 p.m.; and

5.    Thursday, December 14, 2006 @ 1:00 p.m.

Any interested party who wants a motion heard by the Court at one of these hearings must comply with the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings

(Docket No. 254) as well as this Court's Amended Initial Order upon Transfer of Venue

(Docket No. 762).

Dated:  July 25, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                    By    *s/ Cynthia C. Jackson*
    D. J. Baker                           Stephen D. Busey
    Sally McDonald Henry                  James H. Post
    Rosalie Gray                          Cynthia C. Jackson (FBN 498882)

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      cjackson@smithhulsey.com

Co-Counsel for the Debtors               Co-Counsel for the Debtors


00538515