UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817 |
| | ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, hereby certify that true and correct copies of: (i) Limited Objection of the Ace Companies to Debtors' Disclosure Statement With Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors; and (ii) the within Certificate of Service were served, by first class mail, postage prepaid (and electronic mail or facsimile where indicated) on the parties listed below on July 25, 2006.

Rosalie Walker Gray
D.J. Baker
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036
rgray@skadden.com
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
cjackson@smithhulsey.com

Matthew Barr
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
mbarr@milbank.com
ddunne@milbank.com

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801
Facsimile: 407-648-6323

/s/ Wendy M. Simkulak
Wendy M. Simkulak

DM3\381788.1