# EXHIBIT 2

## ASSIGNMENT AND ASSUMPTION OF LEASE

This ASSIGNMENT AND ASSUMPTION OF LEASE (this "Assignment") is made as of May __, 2000 (the "Effective Date"), by and between DAPHNE PINES, L.L.C., an Alabama limited liability company ("Assignor"), and F.R.O., L.L.C. VIII, a Maryland limited liability company ("Assignee").

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby conveys, transfers and assigns to Assignee all of Assignor's right, title and interest, as landlord, in, to and under that certain lease (as amended, the "Lease"), for certain real property located in Baldwin County in the State of Alabama and more particularly described in Schedule A attached hereto and incorporated herein by this reference (the "Real Property"), which Lease is described in Schedule B hereto, together with any and all rights, title, estates and interests of Assignor in and to any guarantees of the obligations of the tenant under the Lease and the basic rents, additional rents, percentage rents and prepaid rents, if any, as have been paid to Assignor pursuant to such Lease which are attributable to a period of time after the Effective Date.

Assignee hereby accepts the foregoing assignment and agrees to assume, pay, perform and discharge, as and when due, all of the agreements and obligations of Assignor under the Lease from and after the Effective Date, including any with respect to any security deposits and any interest thereon and prepaid rents assigned hereby, and agrees to be bound by all of the terms and conditions of the Lease from and after the Effective Date. Assignee hereby agrees to indemnify, protect, defend and hold Assignor harmless from and against any and all claims, demands, liabilities, losses, costs, damages or expenses (including, without limitation, reasonable attorneys' fees and costs) arising out of or resulting from any breach or default by Assignee under the terms of the Lease accruing on or after the Effective Date. Assignor hereby agrees to indemnify, protect, defend and hold Assignee harmless from and against any and all claims, demands, liabilities, losses, costs, damages or expenses (including, without limitation, reasonable attorneys' fees and costs) arising out of or resulting from any breach or default by Assignor under the terms of the Lease accruing prior to the Effective Date.

The provisions of this Assignment shall be binding upon, and shall inure to the benefit of, the successors and assigns of Assignor and Assignee, respectively.

This Assignment may be executed in any number of counterparts, each of which shall be deemed an original, but all of which when taken together shall constitute one and the same instrument. The signature page of any counterpart may be detached therefrom without impairing the legal effect of the signature(s) thereon, provided such signature page is attached to any other counterpart identical thereto except having additional signature pages executed by other parties to this Assignment attached thereto.

```
State of Alabama, Baldwin County
I certify this instrument was filed
and taxes collected on:

2000 May      -12  12:18PM

Instrument Number  545313  Pages   7
Recording   17.50  Mortgage
Deed               Min Tax
Index          DP            1.00
Archive
Adrian T. Johns, Judge of Probate
```

IN WITNESS WHEREOF, Assignor and Assignee have caused their duly authorized representatives to execute this Assignment as of the date first above written.

ASSIGNOR:

DAPHNE PINES, L.L.C.,
an Alabama limited liability company

By: *Charles R. Trotman*
Name: Charles R. Trotman
Title: Manager

ASSIGNEE:

F.R.O., L.L.C. VIII,
a Maryland limited liability company

By: 5225 Wisconsin Associates, a District of Columbia limited partnership, its sole Member

    By: _____
    Name: Florenz R. Ourisman
    Title: Managing General Partner

2

STATE OF ALABAMA            )

COUNTY OF Montgomery        )

    I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that _Charles P. Tillman_____, whose name as a Manager of DAPHNE PINES, L.L.C., an Alabama limited liability company, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the above and foregoing instrument, he, as such Manager and with full authority, executed the same voluntarily for and as the act of said limited liability company.

    Given under my hand and official seal, this _5th_ day of May, 2000.

(SEAL)

                                        _____
                                        Notary Public
                                        My commission expires: 9/19/2000

3

IN WITNESS WHEREOF, Assignor and Assignee have caused their duly authorized representatives to execute this Assignment as of the date first above written.

ASSIGNOR:

DAPHNE PINES, L.L.C.,
an Alabama limited liability company

By: _____
    Name: _____
    Title: _____

ASSIGNEE:

F.R.O., L.L.C. VIII,
a Maryland limited liability company

By: 5225 Wisconsin Associates, a District of Columbia
limited partnership, its sole Member

By: _____/s/_____
    Name: Florence R. Ourisman
    Title: Managing General Partner

2

STATE OF                    )
COUNTY OF                   )

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that Florenz R. Ourisman, whose name as the Managing General Partner of 5225 Wisconsin Associates, a District of Columbia limited partnership, as the sole Member of F.R.O., L.L.C, VIII, a Maryland limited liability company, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the above and foregoing instrument, he, as such Managing General Partner, and with full authority, executed the same voluntarily for and as the act of said limited partnership, acting as the sole Member of the limited liability company.

Given under my hand and official seal, this 5TH day of MAY, 2000.

_____
Notary Public
My commission expires: June 21, 2003

(SEAL)

HENRY YOKER JR.
Notary Public - State of Florida
My Commission Expires Jun 21, 2003
Commission # CC 840118

## Schedule A

(Real Property)

Lot 1 of Daphne Pines Subdivision, according to map or plat thereof recorded on Slide 1870-A of the records in the Office of the Judge of Probate of Baldwin County, Alabama.

TOGETHER with a non-exclusive easement for underground utilities and drainage over and across the following described real property: Commencing at the southeast corner of Section 7, Township 5 South, Range 2 East, Baldwin County, Alabama; run thence South 89 degrees 41 minutes 25 seconds West, 264.34 feet to a point; thence run North 00 degrees 22 minutes 31 seconds West, 30.0 feet to a point on the North right-of-way line of Whispering Pines Road; formerly Old Spanish Trail; thence run South 89 degrees 45 minutes 28 seconds West, 378.68 feet, along said North right-of-way line; thence run North 89 degrees 24 minutes 05 seconds West, 317.36 feet to a concrete right-of-way marker on the said North right-of-way of Whispering Pines Road (formerly Old Spanish Trail), and the West right-of-way line of U.S. Highway No. 98 (4 lane); thence run South 89 degrees 56 minutes 56 seconds West, 876.66 feet to a capped steel rod (Moore Surveying); thence run North 545.25 feet to a capped steel rod (Moore Surveying) for the point of beginning; thence run South 20.0 feet to a point; thence run South 89 degrees 42 minutes 08 seconds West, 385.27 feet to a point on the East right-of-way of Baldwin County Highway No. 11; thence run northwestwardly along the arc of a curve to the right along said East right-of-way 22.15 feet, said curve having a radius of 1,982.91 feet, the chord bears North 25 degrees 44 minutes 47 seconds West, 22.14 feet to an iron pipe; thence run North 89 degrees 42 minutes 08 seconds East, 392.40 feet to the point of beginning.

## Schedule B

(Lease)

Lease between Daphne Pines, L.L.C. and Winn-Dixie Montgomery, Inc. dated April 13, 1999, as amended by Amendment to Lease and Short Form Lease dated May 3, 2000.

1

## CERTIFICATE

The undersigned certifies to F.R.O., L.L.C. VIII, a Maryland limited liability company ("F.R.O."), that, to Seller's knowledge, all conditions and covenants contained in the Lease dated April 13, 1999 between the undersigned, as Landlord, and Winn-Dixie Montgomery, Inc., as Tenant ("Lease"), have been fulfilled which are conditions precedent to Tenant's obligations to pay Basic Rent (as defined in Lease) and all Additional Rent (as defined in the Lease) under the Lease.

DAPHNE PINES, L.L.C.,
an Alabama limited liability company

By: *Charles R. Trotman*
Name: Charles R. Trotman
Title: Manager

May 12, 2000

F:\USERS\150\TROTMAN.CO\DAPHNE.PIN\5225\certificate2
3147-16
0501000826