# EXHIBIT 3



December 16, 2005

*Via Telecopy with Confirmation and Certified mail, Return Receipt*
7100 6921 9020 0006 5468

FRO LLC VIII
c/o James Hastings
305 Piping Rock Drive
Silver Spring, MD 20905

Re:   Store # 596

Dear Landlord:

    On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

    The Debtors have received a property tax invoice for the above referenced store in the amount of $49,327.88 representing the state or local property taxes. These taxes are usually paid directly by Winn-Dixie Stores Inc. to the applicable taxing authority. A portion of the taxes billed are accrued on or prior to the Petition Date, and the Debtors are not at this time directed by the Bankruptcy Court to pay pre-petition obligations. If the Debtors assume the lease of the referenced property pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

    The enclosed check in the amount of $29,867.02 represents the taxes which accrued after the petition date (through 9/30/05, the tax assessment period). We forward this to you, so that, as the owner of the property, you may ensure that the entire tax bill is paid in a timely manner.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

Winn-Dixie Stores, Inc.   5050 Edgewood Court   P.O. Box B   Jacksonville, Florida 32203-0297   Phone (904) 783-5000



**JAMES P. NIX, JR.**
**Baldwin County Revenue Commissioner**
P.O. Box 1549
Bay Minette, AL 36507-1549



*Here To Serve*

Handwritten notes:
#596.R  10/1
Footprint
Pre-Petition 10/1/04 - 2/21/05  $19,443.90
Post-Petition 2/22/05 - 9/30/05  $29,840.98

F R O, L L C VIII
C/O JAMES HASTINGS, CPA
350 PIPING ROCK DRIVE
SILVER SPRING MD 20905-5650

24811

---

## TAX BILL NOTICE

This tax bill is for Real and/or Business Personal Property located in Baldwin County. Real property is any permanent structure on your property like your home. Business Personal property is movable property associated with the operation of a business. This includes the furnishings in rental property. If you own BUSINESS PERSONAL PROPERTY in Baldwin County, the Code of Alabama, Sections 40-5-13 & 40-5-19, states that no Real Property Payments will be accepted until ALL Business Personal Property is paid.
**The taxes are due October 1 and delinquent after December 31 each tax year.**

If your taxes are being paid through an escrow account, then the amount will be furnished to your mortgage company upon their request. The taxes are still your responsibility so please check to make sure they are paid by the end of the year. **IF YOU HAVE ANY QUESTIONS, PLEASE CALL (251) 937-0245.** If property has been sold, please forward this bill to new owner.

TAX BILL FOR 2005
PPIN #: 077172     PARCEL #:  43-03-07-0-000-057.000

PROPERTY DESCRIPTION: 7 AC(C) LOT 1 DAPHNE PINES SUB SLIDE 1870-A IN THE CITY OF D APHNE SEC 7-T5S-R2E (ST WD)

| ASSESSED VALUE | | | |
|---|---|---|---|
| REAL | 1,146,160 | STATE & COUNTY TAX | 18,338.56 |
| PERSONAL | 0 | SCHOOL TAX | 13,753.92 |
| PENALTY | 0 | MUNICIPAL TAX | 17,192.40 |
| TOTAL | 1,146,160 | LESS EXEMPTIONS | 0.00 |
| | | FEES | 0.00 |
| | | **TOTAL AMOUNT DUE:** | **$ 49,284.88** |



---

**Detach and Return with payment, Please indicate PPIN# on check.**

MAKE CHECKS PAYABLE TO:
**JAMES P. NIX, JR.**
**Baldwin County Revenue Commissioner**
P.O. Box 1549
Bay Minette, AL 36507-1549

TAX BILL FOR 2005
PPIN #: 077172     PARCEL #: 43-03-07-0-000-057.000

**TOTAL AMOUNT DUE:   $ 49,284.88**

Please notify us of any change of address.



24811 | 1-1   DTB
200-9152-00

**$20.00 CHARGE ON ALL RETURNED CHECKS**



**JAMES P. NIX, JR.**
**Baldwin County Revenue Commissioner**
P.O. Box 1549
Bay Minette, AL 36507-1549

# TAX BILL NOTICE

#596R 2 of 2
footprint

Pre-Petition 10/1/04-2/21/05 $16.96
Post-Petition 8/22/05-9/30/05 $26.04

DAPHNE PINES L L C
C/O FRO LLC VIII ATTN: JAMES M HASTINGS
305 PIPING ROCK DR
SILVER SPRING MD 20905-5651          24812

## TAX BILL NOTICE

This tax bill is for Real and/or Business Personal Property located in Baldwin County. Real property is any permanent structure on your property like your home. Business Personal property is movable property associated with the operation of a business. This includes the furnishings in rental property. If you own BUSINESS PERSONAL PROPERTY in Baldwin County, the Code of Alabama, Sections 40-5-13 & 40-5-19, states that no Real Property Payments will be accepted until ALL Business Personal Property is paid.
**The taxes are due October 1 and delinquent after December 31 each tax year.**

If your taxes are being paid through an escrow account, then the amount will be furnished to your mortgage company upon their request. The taxes are still your responsibility so please check to make sure they are paid by the end of the year. **IF YOU HAVE ANY QUESTIONS, PLEASE CALL (251) 937-0245.** If property has been sold, please forward this bill to new owner.

TAX BILL FOR 2005
PPIN #: 067497    PARCEL #:   43-03-07-0-000-058.000

PROPERTY DESCRIPTION: 386.2' X 545.3' IRR BUFFER AND RETENTION AREA DAPHNE PINES S UB SLIDE 1870-A IN THE CITY OF DAPHNE SEC 7-T5S-R2E (WD) IN #488176 IN #488178 IN #488179

| ASSESSED VALUE | | | |
|---|---|---|---|
| REAL | 1,000 | STATE & COUNTY TAX | 16.00 |
| PERSONAL | 0 | SCHOOL TAX | 12.00 |
| PENALTY | 0 | MUNICIPAL TAX | 15.00 |
| TOTAL | 1,000 | LESS EXEMPTIONS | 0.00 |
| | | FEES | 0.00 |
| | | **TOTAL AMOUNT DUE:** | **$ 43.00** |



**Detach and Return with payment, Please indicate PPIN# on check.**

MAKE CHECKS PAYABLE TO:
**JAMES P. NIX, JR.**
**Baldwin County Revenue Commissioner**
P.O. Box 1549
Bay Minette, AL 36507-1549

TAX BILL FOR 2005
PPIN #: 067497    PARCEL #: 43-03-07-0-000-058.000

**TOTAL AMOUNT DUE:**    $ 43.00

Please notify us of any change of address.



$20.00 CHARGE ON ALL RETURNED CHECKS

24812 | 1-1   DTB
200-9152-00

Check Date: 21.Dec.2005                                           Check No.    008144138

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | 0596RET2005 | 10.Dec.2005 | 00686533 | 29,867.02 | 0.00 | 29,867.02 |

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000765988 | FRO LLC VIII | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008144138 | 21.Dec.2005 | $29,867.02 | $0.00 | $29,867.02 |

