IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

In re                                                                                           Chapter 11

WINN-DIXIE STORES, INC., *et al.*                                       Case No. 05-03817-3F1

    Debtor.                                                                       Jointly Administered

_____/

**JOINDER OF F.R.O., LLC VII AND F.R.O., LLC VIII
IN LANDLORD OBJECTIONS TO [First Proposed]
DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF
REORGANIZATION OF WINN-DIXIE, INC. AND AFFILIATED DEBTORS**

    F.R.O., LLC VII and F.R.O, LLC VIII (collectively, "F.R.O."), by counsel, join in the Landlord Objections (defined below) to the [First Proposed] Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie, Inc. and Affiliated Debtors (the "Disclosure Statement"), and in support state as follows:

    1.    Prior to the Petition Date, F.R.O. leased to the Debtors certain real property located in Wake Forest, North Carolina (the "Wake Forest Lease") and Daphne, Alabama (the "Daphne Lease"). The background and documentation with respect to the Wake Forest Lease is set forth in the Application of F.R.O., LLC VII for Allowance of Administrative Claim (Docket No. 3486) and with respect to the Daphne Lease in the Objection of F.R.O., LLC VIII to Proposed Cure Amount in Debtors' Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief (Docket No. 9484), both of which are incorporated herein by reference.

    2.    Pursuant to Section 365 of the Bankruptcy Code, the Debtors rejected the Wake Forest Lease. Accordingly, on October 21, 2005, F.R.O. filed rejection claims against Debtors Winn-Dixie, Inc. and Winn-Dixie Raleigh, Inc. Claim Nos. 12137 and 12138. The Debtors'

LDR/177993.1

motion to assume the Daphne Lease as of the effective date of the Debtors' plan of reorganization is pending.

3. On June 29, 2006, the Debtors filed the Disclosure Statement and the Notice of Hearing to Consider Approval of and Deadline for Objecting to, Debtors' Proposed Disclosure Statement (the "Notice"). The Notice set July 25, 2006 as the deadline to object to the Disclosure Statement.

4. On July 24, 2006, several landlords filed objections to the Disclosure Statement asserting, *inter alia*, that the Disclosure Statement fails to provide adequate information as required by Section 1125 of the Bankruptcy Code with regard to the treatment of landlords' cure and rejections claims under the proposed plan and the effect of substantive consolidation on the rights of landlords. Specifically, certain landlords filed the Limited Objection of Terranova Corp., on Behalf of Certain Landlords, to Debtor's [First Proposed] Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie, Inc. and Affiliated Debtors (Docket No. 9459) and the Objection of E&A Financing II, L.P., E&A Southeast, L.P., E&A Acquisition Two, L.P., Shields Plaza, Inc., Woodberry Plaza (E&A), LLC, Villa Rica Retail Properties, LLC, West Ridge, LLC and Bank of America, as Trustee of Betty Holland, to the Debtors' Disclosure Statement (Docket No. 9468) (collectively, the "Landlord Objections").

5. F.R.O. hereby joins in the Landlord Objections and requests that approval of the Disclosure Statement be denied unless it is amended to address the issues raised in the Landlord Objections.

WHEREFORE, F.R.O. respectfully requests that approval of the Disclosure Statement be denied unless it is amended to address the issues raised in the Landlord Objections and that this Court grant such other and further relief as it deems just and appropriate.

Dated:  July 25, 2006               Respectfully submitted,

                                    ARENT FOX PLLC


                                     */s/ Mary Joanne Dowd*
                                    Mary Joanne Dowd (Florida Bar No. 368970)
                                    Jeffrey N. Rothleder
                                    Arent Fox PLLC
                                    1050 Connecticut Avenue, N.W.
                                    Washington, DC 20036
                                    Telephone: 202/857-6059
                                    Fax: 202/857-6395
                                    Email: dowd.mary@arentfox.com

                                    Counsel for F.R.O., LLC VII and F.R.O., LLC VIII


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July 2006, a true and correct copy of the foregoing has been furnished via electronic transmission or first-class mail to counsel for the Debtor: Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, rgray@skadden.com and Cynthia Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com, counsel to the Committee:  Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com and John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202, john.macdonald@akerman.com, and the Office of the United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.


                                     */s/ Mary Joanne Dowd*
                                    Mary Joanne Dowd

LDR/177993.1