**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

### OBJECTION TO DISCLOSURE STATEMENT BY HAMILTON COUNTY, TENNESSEE

Comes over-secured creditor, Hamilton County, Tennessee, by counsel, Scott N. Brown, Jr., Spears, Moore, Rebman & Williams, P.C., P.O. Box 1749, Chattanooga, Tennessee 37401-1749, and respectfully objects to the proposed treatment of Class 10, Secured Tax Claims, summarized on page 8 of the Disclosure Statement.

Creditor's claim is number 4206 and/or 12950 in the Court's claim management system filed in the amount of $15,431.00 (plus interest). Creditor had a valid first lien on debtor's tangible business personal property assets at four stores located in Hamilton County, Tennessee to secure payment of its claim for ad valorem taxes for year 2005; debtor sold the assets free and clear in this proceeding with creditor's lien attaching to the proceeds; creditor has not received any report of the results of the sale but believes that the proceeds certainly exceeded and continue to exceed the modest amounts owed creditor; creditor is entitled to immediate payment of its taxes plus delinquent interest from the presumably segregated sale proceeds; and the treatment proposed for Class 10 is authorized by the Code for unsecured priority tax claimants but not secured tax claimants.

Accordingly, creditor prays its objection be sustained and that the Disclosure Statement (and Plan) be amended to provide for full payment to creditor in cash at a fixed date, confirmation or effective date, of creditor's entire claim.

    Respectfully submitted,

    SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

    By: /s/Scott N. Brown, Jr.
        Scott N. Brown, Jr., Tenn. Bar No. 1212
        Attorneys for Hamilton County, Tennessee
    801 Broad Street, Sixth Floor
    P.O. Box 1749
    Chattanooga, TN 37401-1749
    Telephone - (423) 756-7000
    snb@smrw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of this pleading has been served on counsel for all parties at interest in this cause by e-mail and by depositing a copy of same in the United States Mail with sufficient postage thereon to carry same to its destination, addressed as follows:

Rosalie Walker Gray
Skadden, Arps, Slate, Meagher
 & Flom, LLP
Four Times Square
New York, NY  10036

(also to rgray@skadden.com)

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL  32202

(also to cjackson@smithhulsey.com)

Matthew Barr, Esq.
Milbank, Tweed, Hadley &
  McCloy, LLLP
1 Chase Manhattan Plaza
New York, NY 10005

(also to mbarr@milbank.com)

This 25th day of July, 2006.

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

BY: /s/Scott N. Brown, Jr.

F:\Library\users\CLIENTS\124898\0012\Obj-DisclStmt snb sg 7-25-06.wpd