UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                            CASE NO.: 3:05-bk-03817-JAF

                                                  CHAPTER 11
WINN-DIXIE STORES, INC., et. al.,

           Debtors.          Jointly Administered

JOINDER OF
CATAMOUNT ROCKINGHAM, LLC,
CATAMOUNT ATLANTA, LLC AND
CATAMOUNT LS-KY, LLC TO OBJECTIONS OF
E&A FINANCING II, L.P., E&A SOUTHEAST, L.P.,
E&A ACQUISITION TWO, L.P, SHIELDS PLAZA, INC.,
WOODBERRY PLAZA (E&A), LLC, VILLA RICA RETAIL
PROPERTIES, LLC, WEST RIDGE, LLC, AND BANK OF AMERICA,
AS TRUSTEE OF BETTY HOLLAND, TO DEBTORS' DISCLOSURE STATEMENT

Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, as lessor of the premises identified as Store Number 2045 located in Rockingham, North Carolina ("Rockingham"); Catamount Atlanta, LLC, a Nevada limited liability company, as (a) assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to

Flask Corporation, as lessor of the premises identified as Store Number 2712 located in Atlanta, Georgia, and (b) as transferee of the claim of Ackerman Midtown Associates, Ltd. ("Ackerman"), as ground lessor of the premises identified as Store Number 2712 located in Atlanta, Georgia ("Atlanta"); and Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, as (x) lessor of the premises identified as Store Number 1673 located in Shelbyville, Kentucky, and (y) lessor of the premises identified as Store Number 1676 located in Louisville, Kentucky ("LS-KY") (Rockingham, Atlanta and LS-KY collectively are referred to hereinafter as "Catamount"), file this Joinder to the Objections of E&A Financing II, L.P., E&A Southeast, L.P., E&A Acquisition Two, L.P, Shields Plaza, Inc., Woodberry Plaza (E&A), LLC, Villa Rica Retail Properties, LLC, West Ridge, LLC, and Bank of America, as Trustee of Betty Holland, to Debtors' Disclosure Statement (Docket No. 9468) (the "Disclosure Statement"), and in support state as follows:

1. Catamount was lessor to Winn-Dixie Montgomery, Inc. ("Montgomery") and Winn-Dixie Raleigh, Inc. ("Raleigh") (as successors-in-interest to prior Winn-Dixie entities), of those

2

certain stores identified in these jointly-administered cases as Store Nos. 2712, 2045, 1676 and 1673. Winn-Dixie Stores, Inc. ("Stores"), guaranteed to Catamount the obligations of Montgomery and Raleigh under the leases for such stores.

2. Catamount has filed proofs of claim against Montgomery, Raleigh and Stores with respect to Catamount's claims for rejection damages with respect to the now-rejected leases for Store Nos. 2712, 2045, 1676 and 1673. In addition, Catamount holds administrative claims herein with respect to such leases.

3. Catamount joins in the July 24, 2006 Objections of E&A Financing II, L.P., et al., to the Debtors' Disclosure Statement (collectively, the "E&A Objection") (Docket No. 9468), for the reasons advanced in the E&A Objection, and hereby adopts such arguments as its own.

WHEREFORE, Catamount asks that approval of the Disclosure Statement be denied until such time as it is amended to disclose

the additional information noted in the E&A Objection, and for all other just and proper relief the Court deems appropriate.

Dated this 25 day of July, 2006.

        KRIEG DeVAULT LLP

        C. Daniel Motsinger
        Florida Bar #0362875
        One Indiana Square, Suite 2800
        Indianapolis, IN  46204-2079
        (317) 238-6237 Telephone
        (317) 636-1507 Facsimile
        cmotsinger@kdlegal.com

        and

        HELD & ISRAEL

        By: _____
        Kimberly Held Israel
        Florida Bar #47287
        Adam N. Frisch
        Florida Bar #635308
        1301 Riverplace Blvd., Suite 1916
        Jacksonville, FL 32207
        (904) 398-7038 Telephone
        (904) 398-4283 Facsimile

        Attorneys for Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; and Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation