IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 05-03817-3F1 |
| WINN-DIXIE STORES. INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## OBJECTION OF MANDARIN LORETTO DEVELOPMENT LTD. TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

Mandarin Loretto Development Ltd. ("Movant"). by counsel, objects to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief ("Second Omnibus Motion"). and states:

Movant is the landlord under a shopping center lease for Winn-Dixie Store #141. In its Second Omnibus Motion. the Debtor proposes to assume the lease and pay Movant the sum of $19,483.72 to cure the lease default. Movant contends that as of July 1, 2006, the sum of $51,537.03 is due landlord under the subject lease, as detailed in the attached Exhibit "A", and the Debtor must pay Movant that sum to cure the lease default. Movant reserves the right to adjust the amount owed to it by Debtor pursuant to the terms of the subject lease as additional amounts will become due in the future and all past due amounts may not have been calculated as of this date.

WHEREFORE, Mandarin Loretto Development Ltd. objects to the Second Omnibus Motion and demands payment of all amounts owed to it by Debtor, including interest, costs and attorney's fees.

MILNE, BUCKINGHAM, MCCORVEY & MYERS
A Partnership of Professional Entities

*/s/ John H. McCorvey, Jr.*

John H. McCorvey, Jr., Esquire
John H. McCorvey, Jr., P.L.
Florida Bar No.: 0844365
4595 Lexington Avenue, Suite 100
Jacksonville, Florida 32210
(904) 387-5400
Attorney for Creditor Mandarin Loretto Development Ltd.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof was furnished to the following, either electronically or by U. S. Mail:

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Office of United States Trustee
135 W. Central Boulevard
Orlando FL 32801

Dated this 25th day of July, 2006.

By: */s/ John H. McCorvey, Jr.*
John H. McCorvey, Jr., Esq.

WD STORE #141
BALANCE DUE AS OF JULY 1, 2006

| ITEM | AMOUNT |
|---|---:|
| Water 01/05 | 577.91 |
| Water 12/04 & 02/05 | 1,587.16 |
| Balance Due '04 CAM | 3,763.00 |
| Balance Due '05 R.E. Taxes (held back as pre-petition) | 13,951.22 |
| Balance Due '05 Property Insurance (held back as pre-petition) | 3,318.82 |
| Pro-rata share of painting (completed Aug. '05 – Dec. '05) | 22,733.65 |
| Balance Due '05 CAM (held back as pre-petition) | 1,182.00 |
| Water Jan-July '06 | 4,423.27 |
| | |
| **TOTAL** | **$51,537.03** |

Exhibit "A"