UNITED STATES BANKRUPTCY COURT
THE MIDDLE DISTRICT OF FLORIDA

IN RE:
WINN-DIXIE STORES, INC, etal                               CASE NUMBER: 05-03817-3F1
     Debtor

## OBJECTION TO DISCLOSURE STATEMENT

Comes now WEINACKER'S SHOPPING CENTER, LLC and files this objection to the Disclosure Statement and would show unto the Court as follows:

1. WEINACKER'S SHOPPING CENTER, LLC avers that by filing its objection to the Disclosure Statement, it does so to preserve its rights to file an objection to Confirmation.

2. Amount of Claim is incorrect.

3. Treatment of claim is inappropriate .

4. Treatment of lease which is still outstanding and Disclosure Statement does not adequately detail provisions for its cure.

Wherefore, WEINACKER'S SHOPPING CENTER, LLC, objects to the Disclosure Statement as it does not adequately detail provisions for cure for such, further and different relief as is just in the premises.

\s\ BARRY A FRIEDMAN
BARRY A FRIEDMAN
Attorney for WEINACKER'S SHOPPING CENTER, LLC
257 St Anthony Street
Post Office Box 2394
Mobile, Alabama   36652
Telephone: 251-439-7400

<u>CERTIFICATE OF SERVICE</u>

     I, the undersigned authority, hereby certify that I have on this 25th  day of July, 2006, served a copy of the foregoing on Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom, LLP Four Times Square, New York, New York, 10036, Fax: 917-777-3214, E-Mail: rgray@skadden.com; Cynthia C Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: 904/359-7708, E-Mail: cjackson@smithhulsey.com and Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: 212/822-5194, E-Mail: mbarr@milbank.com., by depositing same in the United States mail, properly addressed and postage prepaid, facsimile,  and/or electronically.

                                              \s\ BARRY A FRIEDMAN
                                              BARRY A FRIEDMAN