UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Frances Pauline Burnette (Claim No. 1386) [Docket No. 9030] was furnished by mail on July 25, 2006 to Frances Pauline Burnette c/o Patrick ray, Esq., Goldberg and Associates, 505 20th Street North, Suite 325, Birmingham, Alabama 35203.

Dated: July 26, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   D. J. Baker   Sally McDonald Henry   Rosalie Gray | By   *s/ James H. Post*   Stephen D. Busey   James H. Post (FBN 175460)   Cynthia C. Jackson |
| Four Times Square New York, New York 10036 (212) 735-3000 (917) 777-2150 (facsimile) djbaker@skadden.com | 225 Water Street, Suite 1800 Jacksonville, Florida 32202 (904) 359-7700 (904) 359-7708 (facsimile) jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC