UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,            )          Case No. 05-03817-3F1
                                                         )          Chapter 11
                              Debtors.          )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Malyanna Clarke  (Claim No. 10167) [Docket No. 9115] was furnished by mail on July

25, 2006 to Malyanna Clarke c/o K.C. Williams, III, Esq., Williams Law Association,

P.A., 1560 Cleveland Street, Tampa, Florida 33606.

Dated:  July 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*          By      *s/ James H. Post*
        D. J. Baker                              Stephen D. Busey
        Sally McDonald Henry              James H. Post (FBN 175460)
        Rosalie Gray                            Cynthia C. Jackson

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036            Jacksonville, Florida  32202
(212) 735-3000                            (904) 359-7700
(917) 777-2150 (facsimile)            (904) 359-7708 (facsimile)
djbaker@skadden.com                   jpost@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC