**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 05-03817-3F1 |
| WINN DIXIE STORES, INC. et al | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for August 28, 2006 at 1:00 p.m. (prevailing Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Motion to Allow Late Filed Claim filed by creditor William Knights. The Motion has been filed electronically and is available on the Court's website at www.uscourts.gov, or through the undersigned counsel.

Any responses or objections shall be filed and served on Melissa H. Andrade at mandrade@bmaklaw.com, Blanchard, Merriam, Adel & Kirkland, P.A., Post Office Box 1869, Ocala, Florida 34478 so as to be received no later than 4:00 p.m. on August 27, 2006.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Due to heightened security procedures, persons must present photo identification to enter the Courthouse. Avoid delays at Courthouse security checkpoints. You are reminded

that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.

Dated this 26th day of July, 2006.

          BLANCHARD, MERRIAM,
          ADEL & KIRKLAND, P.A.

          By _/s/ Melissa H. Andrade____
          Melissa H. Andrade, Esquire
          Attorneys for William Knights
          Florida Bar No.: 671169
          Post Office Box 1869
          Ocala, Florida 34478
          (352) 732-7218

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to JAMES H. POST, Esquire, SMITH, HULSEY & BUSEY, Attorneys for Debtors, 1800 Wachovia Bank Tower, 255 Water Street, Jacksonville, Florida 32202; Logan & Co. Inc., Claims Agent, 546 Valley Road, Upper Montclair NJ 07043; and Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., Post Office Box 24787, Jacksonville, Florida 32241-4787 this 26th day of July, 2006.

          BLANCHARD, MERRIAM,
          ADEL & KIRKLAND, P.A.

          By _/s/ Melissa H. Andrade____
          Melissa H. Andrade, Esquire
          Attorneys for William Knights
          Florida Bar No.: 671169
          Post Office Box 1869
          Ocala, Florida 34478
          (352) 732-7218