UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Deloris Eubanks (Claim No. 7297) [Docket No. 9033] was furnished by mail on July 25, 2006 to Deloris Eubanks c/o Michael Davis, Esq., Boone & Davis, Attorneys at Law, 2311 North Andrews Avenue, Fort Lauderdale, Florida 33311.

Dated: July 26, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Gray | By   *s/ James H. Post*   <br>    Stephen D. Busey <br>    James H. Post (FBN 175460) <br>    Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC