UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                               )          Chapter 11
                          Debtors.                    )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Lourdes Hernandez  (Claim No. 10740) [Docket No. 9194] was furnished by mail on July

25, 2006 to Lourdes Hernandez c/o Jeffrey M. Friedman, Esq., Vassallo & Bilotta, 1630

S. Congress Avenue, Suite 201, Palm Springs, Florida 33461.

Dated:  July 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                            By        *s/ James H. Post*
        D. J. Baker                                        Stephen D. Busey
        Sally McDonald Henry                        James H. Post (FBN 175460)
        Rosalie Gray                                     Cynthia C. Jackson

Four Times Square                               225 Water Street, Suite 1800
New York, New York 10036                  Jacksonville, Florida  32202
(212) 735-3000                                      (904) 359-7700
(917) 777-2150 (facsimile)                     (904) 359-7708 (facsimile)
djbaker@skadden.com                           jpost@smithhulsey.com

Co-Counsel for Debtors                        Co-Counsel for Debtors
00520151.DOC