UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jean Hughes  (Claim No. 1353) [Docket No. 9117] was furnished by mail on July 25, 2006 to Jean Hughes c/o gene M. Connell, Jr., Esq., Kelaher, Connell & Conner, P.A., P.O. Drawer 14547, Surfside Beach, South Carolina 29587.

Dated:  July 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_              By    _s/  James H. Post_
        D. J. Baker                       Stephen D. Busey
        Sally McDonald Henry              James H. Post (FBN 175460)
        Rosalie Gray                      Cynthia C. Jackson

Four Times Square                    225 Water Street, Suite 1800
New York, New York 10036             Jacksonville, Florida  32202
(212) 735-3000                       (904) 359-7700
(917) 777-2150 (facsimile)           (904) 359-7708 (facsimile)
djbaker@skadden.com                  jpost@smithhulsey.com

Co-Counsel for Debtors               Co-Counsel for Debtors
00520151.DOC