UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

# **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Deborah Ishmael (Claim No. 9650) [Docket No. 9195] was furnished by mail on July 25, 2006 to Deborah Ishmael c/o Thomas D. Hippelheuser, Esq., Law Offices of Brent C. Miller, P.A., 205 E. Burleigh Blvd., Tavares, Florida 32778.

Dated: July 26, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*         D. J. Baker    Sally McDonald Henry    Rosalie Gray | By   *s/ James H. Post*         Stephen D. Busey    James H. Post (FBN 175460)    Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida 32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC