UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 05-03817-JAF |
| WINN-DIXIE STORES, INC., *et al.*, | Chapter 11 |
| Debtors.                              / | Jointly Administered |

**BENJAMIN CHAVES' (STORE NO. 512) OBJECTION TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

Creditor, Benjamin Chaves ("Chaves"), lessor of Store No. 512, non-residential real property, by and through undersigned counsel, files its Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief ("Motion"), and states:

1. On February 21, 2005, the Debtors filed their petitions for relief under chapter 11.

2. Chaves is the lessor and Debtor is the lessee under the lease of non-residential real property situated at 600 East Church Street, Atmore, Alabama, Store No. 512.

3. Exhibit B to the Motion indicates a "Proposed Cure Amount" in the amount of $5,115.35. However, the actual cure amount is approximately $11,577.63 plus any and all mortgage payments that are the responsibility of the Debtor pursuant to the lease agreement. The calculation of the correct cure amount is set forth in attached Exhibit A.

WHEREFORE, Chaves requests the Court enter an order sustaining its Objection and requiring the Debtor to pay to Chaves the total cure amount of $11,577.63 plus any and all mortgage payments that are the responsibility of the Debtor pursuant to the lease agreement, and grant such further relief as is just and proper.

Dated: July 26, 2006

/s/ Andrew D. McNamee
Andrew D. McNamee (FBN 448060)
Patricia A. Redmond (FBN 303739)
STEARNS WEAVER MILLER WEISSLER
   ALHADEFF & SITTERSON, P.A.
SunTrust Financial Centre, Suite 2200
401 E. Jackson Street (Zip: 33602)
Post Office Box 3299
Tampa, FL 33601-3299
Telephone: (813) 223-4800
Facsimile: (813) 222-5089
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served electronically or by first class U.S. Mail, postage prepaid, to Cynthia C. Jackson, 225 Water St., Ste. 1800, Jacksonville, FL 32202; and D.J. Baker, Esq. Four Times Square, New York, NY 10036, this 26th day of July, 2006.

/s/ Andrew D. McNamee
Attorney

G:\W-BANK\36469\002\Drafts\objection to motion to assume.wpd