# EXHIBIT A

## Calculation of Cure Amount

| | |
|---|---|
| Lease payments due directly to landlord from February 6, 2006 through August 31, 2006 (6.9 months @ $350.03/month) | $2,415.21 |
| Unpaid taxes for 2005 | 5,497.45 |
| Unpaid taxes for 2006 (prorated) | approx. 3,664.97 |
| Past Due Mortgage Payments | |
| **Total** | approx. $11,577.63 plus Past Due Mortgage Payments |

The cure amount set forth above are effective through August 31, 2006.

G:\W-BANK\36469\002\Drafts\objection to motion to assume.wpd