F I L E D
JACKSONVILLE, FLORIDA

JUL 2 6 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

July 23, 2006

The Honorable Jerry A. Funk
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

Dear Judge Funk

I have a vested interest in the proceedings concerning Winn-Dixie, and I hope you will take a few minutes to read my letter.

My Dad went to work for Winn-Dixie in the 1930's. He started out at the bottom and before he retired in 1970, he had worked up to being in charge of all manufacturing. He believed in the company and invested heavily in its stock. He instilled in me a very strong work ethic, and I started working for the company as a bagboy when I was 14 years old. I also pursued a career in Winn-Dixie for many years and also invested heavily in Winn-Dixie stock. Of course I know stock investment is sometimes risky, but with such an established company and with such a good dividend record I was not worried.

On my father's death his stock was divided between my sister, my brother and myself. He often asked (should I say told) us to hold on to the stock to help us in our retirement years, mainly because the dividend had set a record for consecutive increases on Wall Street. Holding on to the stock for my retirement was just considered the thing to do and to then pass it along to our daughter.

I hope that when you are considering your ruling you will take into account all the people that are either current or former employees of Winn-Dixie as they also invested in the company they worked for. They were and still are the people who helped build Winn-Dixie. I think they as shareholders need to be protected by not having their stock certificates deemed worthless.

I respect your position and will respect your ruling. If you would like to talk to me either in person or via the phone I am at your disposal. My phone number is; (770) 649-0830 and my address is: 3410 Belleford Court; Roswell, Georgia 30075. Thank you for taking the time to read my comments.

Respectfully yours,

William L. Evans