UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                   Chapter 11
                  Debtors.              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Rebecca Rusnak-Leith  (Claim Nos. 3043 and 12723) [Docket No. 9121] was furnished

by mail on July 25, 2006 to Rebecca Rusnak-Leith c/o Andrew W. Horn, Esq., One

Southeast 3rd Avenue, Miami, Florida 33131 .

Dated:  July 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*              By        *s/ James H. Post*
      D. J. Baker                            Stephen D. Busey
      Sally McDonald Henry                   James H. Post (FBN 175460)
      Rosalie Gray                           Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com


Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC