UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
                    Debtors.                   )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Laurie Shelton-Scott  (Claim No. 2698) [Docket No. 9205] was furnished by mail on July 25, 2006 to Laurie Shelton-Scott c/o Jonathan Rotstein, Esq., Rotstein & Shiffman, LLP, 309 Oakridge Blvd., Suite B, Daytona Beach, Florida 32118.

Dated:  July 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*               By         *s/ James H. Post*
        D. J. Baker                            Stephen D. Busey
        Sally McDonald Henry                   James H. Post (FBN 175460)
        Rosalie Gray                           Cynthia C. Jackson

Four Times Square                     225 Water Street, Suite 1800
New York, New York 10036              Jacksonville, Florida  32202
(212) 735-3000                        (904) 359-7700
(917) 777-2150 (facsimile)            (904) 359-7708 (facsimile)
djbaker@skadden.com                   jpost@smithhulsey.com

Co-Counsel for Debtors                Co-Counsel for Debtors
00520151.DOC