UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 | |
| ) | Chapter 11 | |
| Debtors. ) | Jointly Administered | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Treavion Toins (Claim No. 2758) [Docket No. 9041] was furnished by mail on July 25, 2006 to Treavion Toins c/o Issac Byrd, Jr., Esq., Byrd, Gibbs & Martin, PLLC, P.O. Box 19, Jackson, Mississippi 39205.

Dated: July 26, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*    D. J. Baker    Sally McDonald Henry    Rosalie Gray | By  *s/ James H. Post*    Stephen D. Busey    James H. Post (FBN 175460)    Cynthia C. Jackson |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile)  djbaker@skadden.com | 225 Water Street, Suite 1800  Jacksonville, Florida 32202  (904) 359-7700  (904) 359-7708 (facsimile)  jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC