UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                       )

WINN-DIXIE STORES, INC., et al.,            )        Case No. 05-03817-3F1
                                                     Chapter 11
                Debtors.                    )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sandra Ubaqui-Davila  (Claim Nos. 4565 and 4566) [Docket No. 9042] was furnished by mail on July 25, 2006 to Sandra Ubaqui-Davila c/o Matthew D. Bavaro, Esq., Personal Injury Trial Group. LLC, 2879 S. University Drive, Davie, Florida 33328.

Dated:  July 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER            SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                    By      *s/ James H. Post*
      D. J. Baker                                 Stephen D. Busey
      Sally McDonald Henry                        James H. Post (FBN 175460)
      Rosalie Gray                                Cynthia C. Jackson

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Counsel for Debtors                   Co-Counsel for Debtors
00520151.DOC