UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al.,  ) | Case No. 05-03817-3F1 |
|  ) | Chapter 11 |
| Debtors.  ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Katrina Warren  (Claim No. 5397) [Docket No. 9422] was furnished by mail on July 25, 2006 to Katrina Warren, 710 Executive Center Drive, Apt. 8-27, West Palm Beach, Florida 33401.

Dated:  July 26, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D. J. Baker*   <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Gray | By    *s/ James H. Post*   <br>    Stephen D. Busey <br>    James H. Post (FBN 175460) <br>    Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC