UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                    )
                                          )          Case No.  05-03817-3F1
WINN-DIXIE STORES, INC. et al.,           )          Chapter 11
                                          )
Debtors.                                  )          Jointly Administered
                                          )

### NORTHWAY INVESTMENTS, LLC'S OBJECTION TO THE DEBTOR'S, WINN-DIXIE STORES, INC., PROPOSED CURE AMOUNT

**COMES NOW** DBR Asset Management, Inc., agent for the landlord Northway Investments, LLC, and files its objection to the proposed cure amount and would state:

1)      The Landlord, Northway Investments, LLC, is the owner of Store #343, and received the Debtors' Second Omnibus Motion For Authority To (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount, And (III) Grant Related Relief

2)      The Debtor, on Exhibit B, has scheduled the cure amount for Store #343 in the amount of $7,233.70.

3)      The Landlord, Northway Investments, LLC, objects to the proposed cure amount and would state that the cure amount for Store #343 is $312,042.94. See Exhibit A attached hereto.

**WHEREFORE** the Landlord, Northway Investments, LLC, requests that this Court grant its objection and determine the cure amount to be $312,042.94.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Federal Express this 24th day of July, 2006 to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

DBR Asset Management, Inc.
Agent for Bedford Avenue Realty, Inc.
One Financial Plaza
Suite 2001
Fort Lauderdale, Florida 33394

By:    _____
       Brian Mark

## Unpaid Charges
## Winn Dixie Stores #343 (nscwd)
## Northway Shopping Center

| Date | Description | Charges | Payments | Balance |
|------|-------------|--------:|---------:|--------:|
| | Balance Forward | | | 0.00 |
| 12/31/03 | A/R Beginning Balance | 262,617.58 | | 262,617.58 |
| 01/01/04 | Retail-Rent (01/04) | 20,423.50 | | 283,041.08 |
| 01/01/04 | CAM Rent (01/04) | 570.00 | | 283,611.08 |
| 01/01/04 | Security Service (01/04) | 606.40 | | 284,217.48 |
| 02/01/04 | Retail-Rent (02/04) | 20,423.50 | | 304,640.98 |
| 02/01/04 | CAM Rent (02/04) | 570.00 | | 305,210.98 |
| 02/01/04 | Security Service (02/04) | 606.40 | | 305,817.38 |
| 12/13/05 | 2005 Annual RET Billing | 6,225.56 | | 312,042.94 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---------|---------|--------:|--------:|-----------:|
| 0.00 | 0.00 | 0.00 | 312,042.94 | 312,042.94 |

EXHIBIT A