UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                )
                                      )    Case No. 05-03817-3F1
WINN-DIXIE STORES, INC. et al.,       )    Chapter 11
                                      )
Debtors.                              )    Jointly Administered
                                      )

## THREE LAKES PLAZA LC S OBJECTION TO THE DEBTOR'S, WINN-DIXIE STORES, INC., PROPOSED CURE AMOUNT

**COMES NOW** DBR Asset Management, Inc., agent for the landlord Three Lakes Plaza LC, and files its objection to the proposed cure amount and would state:

1) The Landlord, Three Lakes Plaza LC's, is the owner of Store #210, and received the Debtors' Second Omnibus Motion For Authority To (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount, And (III) Grant Related Relief

2) The Debtor, on Exhibit B, has scheduled the cure amount for Store #210 in the amount of $12,336.61.

3) The Landlord, Three Lakes Plaza LC, objects to the proposed cure amount and would state that the cure amount for Store #210 is $15,077.40. See Exhibit A attached hereto.

**WHEREFORE** the Landlord, Three Lakes Plaza LC, requests that this Court grant its objection and determine the cure amount to be $15,077.40.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Federal Express this 24th day of July, 2006 to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

DBR Asset Management, Inc.
Agent for Bedford Avenue Realty, Inc.
One Financial Plaza
Suite 2001
Fort Lauderdale, Florida 33394

By: _____
Brian Mark

## Unpaid Charges
## Winn Dixie #210 (tlpwd)
## Three Lakes Plaza

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 06/11/04 | 2003 CAM Reconciliation | 1,814.40 | | 1,814.40 |
| 11/30/04 | 2004 Annual RET Billing | 926.39 | | 2,740.79 |
| 12/13/05 | 2005 Annual RET Billing | 12,336.61 | | 15,077.40 |

| Current | 30 Days | | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | | 0.00 | 15,077.40 | 15,077.40 |

*EXHIBIT A*