UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## BEDFORD AVENUE REALTY, INC.'S OBJECTION TO THE DEBTOR'S, WINN-DIXIE STORES, INC., PROPOSED CURE AMOUNT

**COMES NOW** DBR Asset Management, Inc., agent for the landlord Bedford Avenue Realty, Inc, and files its objection to the proposed cure amount and would state:

1) The Landlord, Bedford Avenue Realty, Inc., is the owner of Store #336, and received the Debtors' Second Omnibus Motion For Authority To (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount, And (III) Grant Related Relief

2) The Debtor, on Exhibit B, has scheduled the cure amount for Store #336 in the amount of $39,191.95.

3) The Landlord, Bedford Avenue Realty, Inc., objects to the proposed cure amount and would state that the cure amount for Store #336 is $43,110.82. See Exhibit A attached hereto.

**WHEREFORE** the Landlord, Bedford Avenue Realty, Inc., requests that this Court grant its objection and determine the cure amount to be $43,110.82.

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished via Federal Express this 24th day of July, 2006 to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

DBR Asset Management, Inc.
Agent for Bedford Avenue Realty, Inc.
One Financial Plaza
Suite 2001
Fort Lauderdale, Florida 33394

By: _____
Brian Mark

# Unpaid Charges
## Winn Dixie Store #336 (ewwd)
## Emerald Woods

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 11/30/04 | 2003 Annual RET Billing | 15,274.24 | | 15,274.24 |
| 11/30/04 | 2004 Annual RET Billing | 23,917.71 | | 39,191.95 |
| 12/13/05 | 2005 Annual RET Billing | 3,918.87 | | 43,110.82 |
| 08/01/06 | Retail-Rent (08/06) | 7,253.33 | | 50,364.15 |
| 08/01/06 | CAM Rent (08/06) | 360.21 | | 50,724.36 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 43,110.82 | 50,724.36 |

EXHIBIT A