# UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | **Case No. 05-03817-3F1** |
| Debtors.[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about July 19, 2006 I caused copies of:

•   the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: July 26, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241281-12<br>77 FUEL MART INC<br>ATTN: WILLIAM S HINTON, PRES<br>76022 AL HWY 77<br>LINCOLN, AL 35096 | CREDITOR ID: 241395-12<br>AAA GLASS CO INC<br>ATTN: GYPSY HUNT, A/R BOOKEEPER<br>930 ROBESON STREET<br>FAYETTEVILLE, NC 28305 | CREDITOR ID: 492842-97<br>AAA GLASS CO INC<br>ATTN: ROBERT M HUNT, ACCTNG MGR<br>930 ROBESON STREET<br>FAYETTE NC 28305 |
| CREDITOR ID: 241397-12<br>AAA LOCKSMITHS AND ALARM CO INC<br>ATTN: JACQUELINE GRENIER, OFF MGR<br>1613 WADE HAMPTON BLVD<br>GREENVILLE, SC 29609 | CREDITOR ID: 241526-12<br>ACME LOCK COMPANY<br>ATTN: DIANE FOTO, PRES<br>PO BOX 850165<br>NEW ORLEANS, LA 70185 | CREDITOR ID: 383958-47<br>ADVANCE MOBILE REPAIRS<br>ATTN: DURENDA UNDERWOOD, SEC/TR<br>PO BOX 274<br>DALTON, GA 30722-0274 |
| CREDITOR ID: 241846-12<br>ALABAMA TIRE SERVICE INC<br>ATTN RICHARD GLASS, OWNER<br>923 MARTHA DRIVE<br>DEMOPOLIS, AL 36732 | CREDITOR ID: 381212-47<br>ALFRED DUPLANTIS TRACTOR & WELDING<br>ATTN: ALFRED DUPLANTIS, OWNER<br>5064 BAYOUSIDE DRIVE<br>CHAUVIN, LA 70344 | CREDITOR ID: 383212-15<br>ALL-BRITE SALES CO<br>ATTN CYNTHIA CHAPPELL, OFF ADMIN<br>2204 HAINES STREET<br>JACKSONVILLE FL 32206 |
| CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 243595-12<br>BLACKSHEAR TIMES<br>ATTN: ROBER M WILLIAMS, PUBLISHER<br>PO BOX 410<br>BLACKSHEAR, GA 31516-0410 | CREDITOR ID: 244649-12<br>CAROLINA TIMES<br>ATTN: KENNETH W EDMONDS, VP-TREAS<br>PO BOX 3825<br>DURHAM, NC 27702 |
| CREDITOR ID: 246955-12<br>COOK COUNTY ADVERTISER<br>ATTN: JIM LONG, PUBLISHER<br>700 BEAR CREEK ROAD<br>ADEL, GA 31620 | CREDITOR ID: 247734-12<br>DAVIS SAFE & LOCK INC<br>ATTN: C DAIVS, VP<br>3208 W TENNESSEE STREET<br>TALLAHASSEE, FL 32304 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SYLVIA C. SERRANO<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| CREDITOR ID: 492848-97<br>DIVERSIFIED MAINTENANCE SYSTEMS INC<br>ATTN: S SPARKS OR COBY ORR, PRES<br>5110 EISENHOWER BLVD<br>TAMPA FL 33634 | CREDITOR ID: 405896-15<br>DIVERSIFIED MAINTENANCE SYSTEMS INC<br>C/O TRENAM KEMKER<br>ATTN RICHARD MCINTYRE, ESQ<br>PO BOX 1102<br>TAMPA FL 33601-1102 | CREDITOR ID: 248436-12<br>DOUBLE COLA BOTTLING<br>ATTN: JOHN D BERRY, PRES<br>2550 RALEIGH ROAD<br>ROCKY MOUNT, NC 27803 |
| CREDITOR ID: 248915-12<br>ELLIOTTS SEATING<br>ATTN: JEFF ELLIOTT, VP<br>2052 MORELAND AVE SE<br>ATLANTA, GA 30316-3257 | CREDITOR ID: 384116-47<br>ETHICS OFFICER ASSOCIATION<br>ATTN: MARY ZEINIEH, DIR OPERATIONS<br>411 WAVERLEY OAKS STE 324<br>WALTHAM, MA 02452 | CREDITOR ID: 391952-55<br>GOODSELL, GERALDINE<br>C/O D JAMES DUPLECHIN, LLC<br>ATTN D JAMES DUPLECHIN, ESQ<br>24147 FIFTH AVENUE<br>PO BOX 224<br>FLORALA AL 36442 |
| CREDITOR ID: 452382-98<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17, 6TH FLR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 381459-47<br>HIGH POINT SPRINKLER INC<br>ATTN: LINDA T ROOK, SEC-TREAS<br>2 REGENCY INDUSTRIAL BLVD<br>THOMASVILLE NC 27360 | CREDITOR ID: 251674-12<br>HOBART CORPORATION<br>ATTN: CRAIG SIEMANS, BUSINESS MGR<br>6737 THIRLANE RD<br>ROANOKE, VA 24019 |
| CREDITOR ID: 252509-12<br>JACKSON ADVOCATE<br>ATTN: ALICE TISDALE, VP/MGR<br>438 N MILL STREET<br>JACKSON, MS 39207-3708 | CREDITOR ID: 253933-12<br>KEYS CONSORTIUM<br>ATTN: LORI DEKKER, OWNER<br>93911 OVERSEAS HWY<br>TAVERNIER, FL 33070 | CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>C/O FOX ROTHCHILD LLP<br>ATTN ALLISON M BERGER, ESQ<br>997 LENOX DRIVE, BUILDING THREE<br>LAWRENCEVILLE NJ 08648-2311 |
| CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>C/O FOX ROTHSCHILD LLP<br>ATTN JOSHUA T KLEIN, ESQ.<br>2000 MARKET STREET, 10TH FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 405009-95<br>KONICA MINOLTA PHOTO IMAGING USA<br>ATTN BRIAN J CUPKA, ESQ &<br>DAVID HAKULA, SR VP FINANCE<br>725 DARLINGTON AVENUE<br>MAHWAH NJ 07430-2601 | CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 |

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN PAUL E GRANICK, GP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 492849-97
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN: JAMES R HUESING, GP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN PAUL E GRANICK, GP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 381104-47
MILLER CONSTRUCTION
ATTN: GARY MILLER, OWNER
PO BOX 767
MT STERLING, KY 40353

CREDITOR ID: 384273-47
OBENOUR ROOFING SHEET METAL & SUPPLY
ATTN: JAMES D OBENOUR, PRES
9301 NE 6TH AVE,  STE A101
MIAMI SHORES, FL 33138

CREDITOR ID: 702-03
OZARK UTILITIES BOARD
PO BOX 1125
OZARK AL 36361-1125

CREDITOR ID: 492845-97
RLD DISTRIBUTOR CORP
ATTN: JULIE LLOYD, PRES
2174 NW 24TH CT
MIAMI FL 33142

CREDITOR ID: 259155-12
RLD DISTRIBUTOR CORP
ATTN JULIO LLOVET, CEO
2172-2174 NW 24TH COURT
MIAMI, FL 33142

CREDITOR ID: 261336-12
SOUTHCO SWEEPING & MAINTENANCE
ATTN: DEBORAH P MCCASKILL, VP
933 BROAD STREET
CAMDEN, SC 29020

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

**Total:   40**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**
Docket No.: **9240**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

77 FUEL MART INC

Name of Transferor

77 FUEL MART INC
ATTN: WILLIAM S HINTON, PRES
76022 AL HWY 77
LINCOLN, AL 35096

Phone: 205-763-2200
Account No.: 241281

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32420
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:
Transfer Amount: $190.11

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

UNITED STATES BANKRUPTCY COURT

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AAA GLASS CO INC
_____
Name of Transferor

TRADE-DEBT.NET
_____
Name of Transferee

AAA GLASS CO INC
ATTN: GYPSY HUNT, A/R BOOKEEPER
930 ROBESON STREET
FAYETTEVILLE, NC 28305

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 910 485 8816
Account No.: 241395

Phone: 631 884 0100
Account No.: 399395

AAA GLASS CO INC
ATTN: ROBERT M HUNT, ACCTNG MGR
930 ROBESON STREET
FAYETTE NC 28305

Phone: 810-485-8816
Account No.: 492842

Claim No.: 35826
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $208.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9242

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| AAA LOCKSMITHS AND ALARM CO INC | DEBT ACQUISITION COMPANY OF AMERICA |
| --- | --- |
| Name of Transferor | Name of Transferee |

AAA LOCKSMITHS AND ALARM CO INC
ATTN: JACQUELINE GRENIER, OFF MGR
1613 WADE HAMPTON BLVD
GREENVILLE, SC 29609

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 864-322-7997
Account No.: 241397

Phone: 619 220 8900
Account No.: 407682

Claim No.: 35827
Date Claim Filed: 04/07/2005

Full Transfer: (X)         Partial Transfer:
Transfer Amount: $724.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9243

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ACME LOCK COMPANY

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

ACME LOCK COMPANY
ATTN: DIANE FOTO, PRES
PO BOX 850165
NEW ORLEANS, LA 70185

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 504-831-0008

Account No.: 241526

Phone: 619 220 8900

Account No.: 407682

Claim No.: 33179

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $733.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9244

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ADVANCE MOBILE REPAIRS
_____
Name of Transferor

ADVANCE MOBILE REPAIRS
ATTN: DURENDA UNDERWOOD, SEC/TR
PO BOX 274
DALTON, GA 30722-0274

Phone: 706-278-5369
Account No.: 383958

DEBT ACQUISITION COMPANY OF AMERICA
_____
Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33102
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $959.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9245

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALABAMA TIRE SERVICE INC

Name of Transferor

ALABAMA TIRE SERVICE INC
ATTN RICHARD GLASS, OWNER
923 MARTHA DRIVE
DEMOPOLIS, AL 36732

Phone: 334 289 9400
Account No.: 241846

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 2611
Date Claim Filed: 05/24/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $304.32

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9246

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALFRED DUPLANTIS TRACTOR & WELDING

Name of Transferor

ALFRED DUPLANTIS TRACTOR & WELDING
ATTN: ALFRED DUPLANTIS, OWNER
5064 BAYOUSIDE DRIVE
CHAUVIN, LA 70344

Phone: 985-594-2145
Account No.: 381212

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 34375
Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9247

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALL-BRITE SALES CO
_____
Name of Transferor

ALL-BRITE SALES CO
ATTN CYNTHIA CHAPPELL, OFF ADMIN
2204 HAINES STREET
JACKSONVILLE FL 32206


Phone: 904 354 4687
Account No.: 383212

DEBT ACQUISITION COMPANY OF AMERICA
_____
Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.:  407682

Claim No.: 288

Date Claim Filed: 03/23/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $136.08

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                      Case No.: 05-03817-3F1

                                                            Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BLACKSHEAR TIMES                             TRADE-DEBT.NET
Name of Transferor                           Name of Transferee

BLACKSHEAR TIMES                             TRADE-DEBT.NET
ATTN: ROBER M WILLIAMS, PUBLISHER            ATTN TIMOTHY MCGUIRE
PO BOX 410                                   PO BOX 1487
BLACKSHEAR, GA 31516-0410                    WEST BABYLON NY 11704

Phone: 912-449-6693                          Phone: 631 884 0100
Account No.: 243595                          Account No.: 399315

Claim No.: 30236                             Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                 Transfer Amount: $517.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CAROLINA TIMES
_____
Name of Transferor

TRADE-DEBT.NET
_____
Name of Transferee

CAROLINA TIMES
ATTN: KENNETH W EDMONDS, VP-TREAS
PO BOX 3825
DURHAM, NC 27702

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone:
Account No.: 244649

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36003
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,680.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COOK COUNTY ADVERTISER

Name of Transferor

COOK COUNTY ADVERTISER
ATTN: JIM LONG, PUBLISHER
700 BEAR CREEK ROAD
ADEL, GA 31620

Phone: 229-896-5002
Account No.: 246955

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 30572
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $960.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DAVIS SAFE & LOCK INC
_____
Name of Transferor

DAVIS SAFE & LOCK INC
ATTN: C DAIVS, VP
3208 W TENNESSEE STREET
TALLAHASSEE, FL 32304

Phone: 850-575-9181
Account No.: 247734

TRADE-DEBT.NET
_____
Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 30627
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $177.38

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9221

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DIVERSIFIED MAINTENANCE SYSTEMS INC

Name of Transferor

DIVERSIFIED MAINTENANCE SYSTEMS INC
C/O TRENAM KEMKER
ATTN RICHARD MCINTYRE, ESQ
PO BOX 1102
TAMPA FL 33601-1102

Phone: 813 223 7474
Account No.: 405896

DIVERSIFIED MAINTENANCE SYSTEMS INC
ATTN: S SPARKS OR COBY ORR, PRES
5110 EISENHOWER BLVD
TAMPA FL 33634

Phone:
Account No.: 492848

Claim No.: 2062
Date Claim Filed: 05/19/2005

LONGACRE MASTER FUND LTD

Name of Transferee

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

Phone: 212 259 4314
Account No.: 452049

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $946,493.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DOUBLE COLA BOTTLING

Name of Transferor

DOUBLE COLA BOTTLING
ATTN: JOHN D BERRY, PRES
2550 RALEIGH ROAD
ROCKY MOUNT, NC 27803

Phone: 252-977-4586
Account No.: 248436

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36254
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $353.78

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ELLIOTTS SEATING
_____
Name of Transferor

ELLIOTTS SEATING
ATTN: JEFF ELLIOTT, VP
2052 MORELAND AVE SE
ATLANTA, GA 30316-3257


Phone: 404-622-6455
Account No.: 248915

TRADE-DEBT.NET
_____
Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395


Claim No.: 32633

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $792.34

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ETHICS OFFICER ASSOCIATION

Name of Transferor

ETHICS OFFICER ASSOCIATION
ATTN: MARY ZEINIEH, DIR OPERATIONS
411 WAVERLEY OAKS STE 324
WALTHAM, MA 02452


Phone: 781-647-9333
Account No.: 384116

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 32120
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $150.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9156

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GOODSELL, GERALDINE
_____
Name of Transferor

HAIN CAPITAL HOLDINGS LLC
_____
Name of Transferee

GOODSELL, GERALDINE
C/O D JAMES DUPLECHIN, LLC
ATTN D JAMES DUPLECHIN, ESQ
24147 FIFTH AVENUE
PO BOX 224
FLORALA AL 36442

HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

Phone: 334 858 5858
Account No.: 391952

Phone: 201 896 6100
Account No.: 452382

Claim No.: 4380
Date Claim Filed: 06/21/2005

Full Transfer: (X)         Partial Transfer:

Transfer Amount: $40,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HIGH POINT SPRINKLER INC

Name of Transferor

HIGH POINT SPRINKLER INC
ATTN: LINDA T ROOK, SEC-TREAS
2 REGENCY INDUSTRIAL BLVD
THOMASVILLE NC 27360


Phone: 336-475-6181
Account No.: 381459

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 33094
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $109.61

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HOBART CORPORATION
_____
Name of Transferor

TRADE-DEBT.NET
_____
Name of Transferee

HOBART CORPORATION
ATTN: CRAIG SIEMANS, BUSINESS MGR
6737 THIRLANE RD
ROANOKE, VA 24019

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 540-362-1638
Account No.: 251674

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36409
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $292.14

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JACKSON ADVOCATE

Name of Transferor

JACKSON ADVOCATE
ATTN: ALICE TISDALE, VP/MGR
438 N MILL STREET
JACKSON, MS 39207-3708


Phone: 601-948-4122
Account No.: 252509

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 33766
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,623.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KEYS CONSORTIUM

Name of Transferor

KEYS CONSORTIUM
ATTN: LORI DEKKER, OWNER
93911 OVERSEAS HWY
TAVERNIER, FL 33070

Phone: 302-853-7259
Account No.: 253933

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 31064
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $405.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 9222

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KONICA MINOLTA PHOTO IMAGING USA
Name of Transferor

KONICA MINOLTA PHOTO IMAGING USA
ATTN BRIAN J CUPKA, ESQ &
DAVID HAKULA, SR VP FINANCE
725 DARLINGTON AVENUE
MAHWAH NJ  07430-2601

Phone: 201 574 4014
Account No.: 405009


KONICA MINOLTA PHOTO IMAGING USA
C/O FOX ROTHCHILD LLP
ATTN ALLISON M BERGER, ESQ
997 LENOX DRIVE, BUILDING THREE
LAWRENCEVILLE NJ  08648-2311

Phone: 609 896 3600
Account No.: 405009


KONICA MINOLTA PHOTO IMAGING USA
C/O FOX ROTHCHILD LLP
ATTN JOSHUA T KLIEN, ESQ
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA PA  19103

Phone:  201 574 4014

LONGACRE MASTER FUND LTD
Name of Transferee

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY  10019

Phone: 212 259 4314
Account No.: 452049


Claim No.: 13212
Date Claim Filed: 05/03/2006

Full Transfer: ☒        Partial Transfer:
Amount: $7,748,105.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 19, 2006.

UNITED STATES BANKRUPTCY COURT

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9235

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MASON SHOPPING CENTER PARTNERSHIP

Name of Transferor

MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN PAUL E GRANICK, GP
7452 JAGER COURT
CINCINNATI, OH 45230


Phone: 513 232 2700
Account No.: 2396

MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN: JAMES R HUESING, GP
7452 JAGER COURT
CINCINNATI OH 45230


Phone:
Account No.: 492849


Claim No.: 7931
Date Claim Filed: 07/26/2005

LONGACRE MASTER FUND LTD

Name of Transferee

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019


Phone: 212 259 4314
Account No.: 452049


Full Transfer: (X)        Partial Transfer:
Transfer Amount: $740,804.75


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9236

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MASON SHOPPING CENTER PARTNERSHIP

Name of Transferor

LONGACRE MASTER FUND LTD

Name of Transferee

MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN PAUL E GRANICK, GP
7452 JAGER COURT
CINCINNATI, OH 45230

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

Phone: 513 232 2700
Account No.: 2396

Phone: 212 259 4314
Account No.: 452049

MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN: JAMES R HUESING, GP
7452 JAGER COURT
CINCINNATI OH 45230

Phone:
Account No.: 492849

Claim No.: 7932
Date Claim Filed: 07/26/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $4,951,426.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MILLER CONSTRUCTION | TRADE-DEBT.NET |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MILLER CONSTRUCTION<br>ATTN: GARY MILLER, OWNER<br>PO BOX 767<br>MT STERLING, KY 40353 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 859-585-8112<br>Account No.: 381104 | Phone: 631 884 0100<br>Account No.: 399395 |

| | |
|---|---|
| Claim No.: 37042<br>Date Claim Filed: 04/07/2005 | Full Transfer: (X)        Partial Transfer:<br>Transfer Amount: $1,500.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ING SHEET METAL & SUPPLY

TRADE-DEBT.NET
Name of Transferee

ET METAL & SUPPLY
, PRES
01

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $420.00

Transferee hereby gives notice pursuant to Rule
this notice.

s, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

urity has been filed in the clerk's office
ailing of this notice.  If no objection
court.

, Inc.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9152

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OZARK UTILITIES BOARD

Name of Transferor

OZARK UTILITIES BOARD
ATTN BRAD S POWERS, OFF MGR
PO BOX 1125
OZARK, AL 36361-1125

Phone: 334 774 2336
Account No.: 257865

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 3089
Date Claim Filed: 05/31/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $259.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9211

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RLD DISTRIBUTOR CORP
_____
Name of Transferor

RLD DISTRIBUTOR CORP
ATTN JULIO LLOVET, CEO
2172-2174 NW 24TH COURT
MIAMI, FL 33142


Phone: 305 638 2339
Account No.: 259155

RLD DISTRIBUTOR CORP
ATTN: JULIE LLOYD, PRES
2174 NW 24TH CT
MIAMI FL 33142


Phone: 305-638-2339
Account No.: 492845

Claim No.: 1513
Date Claim Filed: 05/13/2005

ASM CAPITAL LP
_____
Name of Transferee

ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797


Phone: 516 224 6040
Account No.: 399729


Full Transfer: (X)        Partial Transfer:

Transfer Amount: $25,725.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/19/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHCO SWEEPING & MAINTENANCE

Name of Transferor

SOUTHCO SWEEPING & MAINTENANCE
ATTN: DEBORAH P MCCASKILL, VP
933 BROAD STREET
CAMDEN, SC 29020

Phone: 803-432-4030
Account No.: 261336

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 31579
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $491.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 19, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9153

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHCO SWEEPING & MAINTENANCE

Name of Transferor

SOUTHCO SWEEPING & MAINTENANCE
ATTN: DEBORAH P MCCASKILL, VP
933 BROAD STREET
CAMDEN, SC 29020

Phone: 803-432-4030
Account No.: 261336

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36801
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $1,838.19

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/19/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 19, 2006.