IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC.

CASE NO. 05-030817-3F1

DEBTORS

## RESPONSE OF MADISON COUNTY, MISSISSIPPI TAX COLLECTOR TO DEBTORS' FOURTH OMNIBUS OBJECTION TO TAX CLAIMS

COMES NOW, Kay Pace, Madison County, Mississippi, Tax Collector, and files this, her response to the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liability, and in support hereof shows as follows:

1. The Madison County, Mississippi, Tax Collector denies that the debtors are entitled to the relief requested by their Motion.

2. The Madison County, Mississippi, Tax Collector shows that the revised assessed value as asserted by the debtor on page 5 of 14 attached as Exhibit "A" to its Motion dated July 11, 2006, are erroneous and shows that the assessed value as asserted by Madison County, Mississippi, for the years 2004 and 2005 are true and correct values and that the revised assessed value as set forth by the debtors are arbitrary and are not the true assessed value of the property.

WHEREFORE, the Madison County, Mississippi, Tax Collector requests that the Court deny the Debtors' Motion as it pertains to the Madison County, Mississippi, Tax Collector.

Respectfully submitted,

MADISON COUNTY TAX COLLECTOR,
KAY PACE

By: _K. Pace By D. Johnson CDC_

P.O. Box 113
Canton, MS 39046
Telephone: 601-859-5226

## CERTIFICATE OF SERVICE

I, Kay Pace, Madison County, Mississippi, Tax Collector, do hereby certify that I have this day served a true and correct copy of the above and foregoing **RESPONSE OF MADISON COUNTY, MISSISSIPPI TAX COLLECTOR TO DEBTORS' FOURTH OMNIBUS OBJECTION TO TAX CLAIMS** on Cynthia C. Jackson, Smith, Shulsey & Busey, Co-Counsel for Debtors, at 225 Water Street, Suite 1800, Jacksonville, Florida 32202 by mailing same postage prepaid by U.S. Mail and by facsimile to 904-359-7708 on this the 25 day of July, 2006.

K. Pace By D. Johnson C DC
Kay Pace, Madison County, Mississippi,
Tax Collector

damp\bankruptcy\Madison County Tax Collector Response (103)