UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about July 20, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: July 26, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.

**CASE:** 05-03817-3F1

CREDITOR ID: 492840-97
CARDINAL CAPITAL PARTNERS INC
EMPLOYEE PROFIT SHARING PLAN/TRUST
C/O SCOTT HAIRE
8214 WESTCHESTER DR 9TH FLR
DALLAS TX 75225

CREDITOR ID: 410561-15
CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

Total: 4

# EXHIBIT B

Case 3:05-bk-03817-JAF   Doc 9569   Filed 07/26/06   Page 4 of 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                           Case No.: 05-03817-3F1
                                                                 Docket No.: 9165

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CCP EMPLOYEE PROFIT SHARING PLAN<br>Name of Claimant/Transferor | PRINCIPAL LIFE INSURANCE COMPANY<br>Transferee |
| CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001<br><br>Phone: 972 701 7000<br>Account No.: 410561 | PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450<br><br>Phone:<br>Account No.: 492841 |
| CARDINAL CAPITAL PARTNERS INC<br>EMPLOYEE PROFIT SHARING PLAN/TRUST<br>C/O SCOTT HAIRE<br>8214 WESTCHESTER DR 9TH FLR<br>DALLAS TX 75225<br><br>Phone:<br>Account No.: 492840 | DUANE MORRIS LLP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196<br><br>Phone: 215 979 1518<br>Account No.: 417049 |

Claim No.: 8902                              Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 07/27/2005                 Amount: Not Specified

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/20/2006                                          /s/ Logan & Company, Inc.
                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                         Case No.: 05-03817-3F1
                                                               Docket No.: 9165

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CCP EMPLOYEE PROFIT SHARING PLAN                  PRINCIPAL LIFE INSURANCE COMPANY
Name of Claimant/Transferor                       Transferee

CCP EMPLOYEE PROFIT SHARING PLAN                  PRINCIPAL LIFE INSURANCE COMPANY
& TRUST                                           C/O PRINCIPAL REAL ESTATE INVESTORS
C/O HIERSCHE HAYWARD DRAKELEY ET AL               ATTN DARIN BENNIGSDORF
ATTN RUSSELL W MILLS, ESQ                         801 GRAND AVE
15303 DALLAS PARKWAY, SUITE 700                   DES MOINES IA  50392-1450
ADDISON TX  75001
                                                  Phone:
Phone: 972 701 7000                               Account No.: 492841
Account No.: 410561


CARDINAL CAPITAL PARTNERS INC                     DUANE MORRIS LLP
EMPLOYEE PROFIT SHARING PLAN/TRUST                ATTN MARGERY N REED ESQ
C/O SCOTT HAIRE                                   30 SOUTH 17TH STREET
8214 WESTCHESTER DR 9TH FLR                  PHILADELPHIA PA  19103-4196
DALLAS TX  75225
                                                  Phone: 215 979 1518
Phone:                                            Account No.: 417049
Account No.: 492840


Claim No.: 8903                    Full Transfer: ☒        Partial Transfer:
Date Claim Filed: 07/27/2005       Amount: Not Specified

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/20/2006                                              /s/ Logan & Company, Inc.
                                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 20, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  
Case No.: 05-03817-3F1  
Docket No.: 9165

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

<u>CCP EMPLOYEE PROFIT SHARING PLAN</u>  
Name of Claimant/Transferor

CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX  75001

Phone: 972 701 7000
Account No.: 410561

CARDINAL CAPITAL PARTNERS INC
EMPLOYEE PROFIT SHARING PLAN/TRUST
C/O SCOTT HAIRE
8214 WESTCHESTER DR 9TH FLR
DALLAS TX  75225

Phone:
Account No.: 492840

<u>PRINCIPAL LIFE INSURANCE COMPANY</u>  
Transferee

PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA  50392-1450

Phone:
Account No.: 492841

DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA  19103-4196

Phone: 215 979 1518
Account No.: 417049

Claim No.: 11157  
Date Claim Filed: 08/01/2005

Full Transfer: ☒       Partial Transfer:  
Amount: Not Specified

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/20/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 20, 2006.