UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* ) | CASE NO. 05-03817-3F1 |
| Debtors. ) | (Jointly Administered) |
| ) | Judge Jerry A. Funk |

**FLORIDA TAX COLLECTORS' OBJECTION TO MOTION OF DEBTORS FOR ORDER (I) DETERMINING DATES, PROCEDURES AND FORMS APPLICABLE TO SOLICITATION PROCESS, (II) ESTABLISHING VOTE TABULATION PROCEDURES, (III) ESTABLISHING OBJECTION DEADLINE AND SCHEDULING HEARING TO CONSIDER CONFIRMATION OF PLAN, AND (IV) WAIVING LOCAL RULES (DOCKET NO. 9228)**

The Florida Tax Collectors[1] ("FTC"), through their undersigned counsel, object to the *Motion of Debtors for Order (i) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (ii) Establishing Vote Tabulation Procedures, (iii) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (iv) Waiving Local Rules* (Docket No. 9228) (the "Procedures Motion") based on the following:

**OBJECTION TO INCLUSION OF UNILATERAL RELEASE PROVISIONS WITHIN BALLOTS**

1.     FTC object to entry of an Order approving the form of ballots attached to the Procedures Motion. Although the Plan and Disclosure Statement include similar provisions, the ultimate objection to the inclusion of a unilateral release of the Debtors is a matter for confirmation objections. The Court should not approve ballot forms which provide for a complete, unilateral release of the Debtors, employees, agents, and others in return for an affirmative vote for the Plan. The Debtors retain all their rights to object to any claim

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

whatsoever, yet creditors are left with a release of any and all defenses they may have to claim objections.

2. In addition to the general objection that release provisions be stricken from all ballots, FTC further object to the ballot for "Class 10 – Secured Tax Claims" attached to the Procedures Motion. The reverse side of the proposed ballot provides for additional objections in Paragraph 2 and outlines a sub-class procedure and vote count process. These provisions are subject to objections within the disclosure statement approval and plan confirmation process. There is no provision for separate ballots relative to these separate "sub-classes." These provisions on the reverse side of the proposed ballot for Class 10 should also be stricken.

3. The incorporation of Plan provisions within a ballot which is subject to approval pursuant to separate schedule is improper and approval of the ballot forms should be denied.

WHEREFORE, premises considered, FTC request this Court enter an Order denying approval of the form of ballots or, in the alternative, strike in its entirety from the proposed ballots the complete paragraph designated as "Item 3. Releases Pursuant to Plan"; striking the language contained on the reverse side of the proposed ballot for Class 10 providing for separate sub-classes; and such other treatment this Court deems just and proper.

Dated: July 26, 2006

Respectfully submitted,

By: /s/ Brian T. FitzGerald
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org
Attorney for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the *Florida Tax Collectors' Objection to Motion of Debtors for Order (i) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (ii) Establishing Vote Tabulation Procedures, (iii) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (iv) Waiving Local Rules (Docket No. 9228)* has been served this 26th day of July, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker (djbaker@skadden.com), Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Cynthia C. Jackson (cjackson@smithhulsey.com), Attorneys for Debtors; **Milbank, Tweed, Hadley & McCloy, LLP**, Attn: Matthew Barr (mbarr@milbank.com), Attorneys for Unsecured Creditors Committee; **United States Trustee**, Attn: Elena L. Escamilla; and to all parties receiving electronic notice.

_____
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney