## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | Case No. 05-03817-3F1 |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about July 24, 2006 I caused copies of:

• the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: July 26, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 241398-12
AAA PARKING LOT AND
STREET SWEEPING INC
ATTN: ROGER KAUFMAN, PRES
PO BOX 3551
SARASOTA, FL 34230-3551

CREDITOR ID: 241948-12
ALL BRITE SALES CO INC
ATTN: CYNTHIA CHAPPELL, OFF ADMIN
2204 HAINES STREET
JACKSONVILLE, FL 32206

CREDITOR ID: 242329-12
AMIGO MOBILITY CENTER
ATTN: TERESA HOOVER, SEC/TREAS
4200 STEVE REYNOLDS BLVD STE 7
NORCROSS, GA 30093

CREDITOR ID: 397780-75
CALLAGHAN TIRE
ATTN JACQUELINE CORCORAN, CRED MGR
PO BOX 850001
ORLANDO, FL 32885-0330

CREDITOR ID: 244479-12
CAPITAL WINE & BEV
ATTN: DANNY BROWN, CONTROLLER
PO BOX 3389
WEST COLUMBIA, SC 29171

CREDITOR ID: 384040-47
CHARLES G LAWSON TRUCKING INC
ATTN: CHARLES G LAWSON, PRES
7815 MOBILE HIGHWAY
HOPE HULL, AL 36043

CREDITOR ID: 245033-12
CHARLES G LAWSON TRUCKING, INC
ATTN WILLIAM H ROTTON VP
7815 MOBILE HIGHWAY
HOPE HULL, AL 36043

CREDITOR ID: 243926-12
CITY OF BRENT UTILITIES BOARD
ATTN: LORI L STRIPLING, CLERK
PO BOX 220
BRENT, AL 35034-0220

CREDITOR ID: 245699-12
CITY OF DELRAY BEACH
ATTN: TERRILL BARTON, ASST ATTNY
200 NW 1ST AVENUE
DELRAY BEACH, FL 33447-3108

CREDITOR ID: 559-03
CITY OF LEEDS WATER WORKS BOARD
ATTN: CARLA C FORD OR`
WILLIAM L MORRIS, GEN MGR
PO BOX 100
LEEDS AL 35094-0100

CREDITOR ID: 381243-47
HASTY'S COMMUNICATIONS OF FLORIDA INC
7033 COMMONWELATH AVE, SUITE 6
JACKSONVILLE, FL 32220

CREDITOR ID: 256607-12
MONROE SYSTEMS FOR BUSINESS INC
ATTN: BILL AULT, COO
PO BOX 8500-52873
PHILADELPHIA, PA 19178-2873

CREDITOR ID: 381438-47
NEW IMAGE TOWING AND RECOVERY INC
ATTN: SYLVIA M MILLORS, VP
4780 OLD DIXIE HWY
FOREST PARK GA 30297

CREDITOR ID: 257574-12
OCONEE MEDICAL ASSOCIATES
ATTN: W S DARBY JR, MD
PO BOX 529
WALHALLA, SC 29691

CREDITOR ID: 258535-12
PIEDMONT WINE DISTRIBUING
ATTN: DANNY BROWN, CONTROLLER
PO BOX 3389
WEST COLUMBIA, SC 29171

CREDITOR ID: 259097-12
QUALITY TREATS INC
ATTN: ANTHONY W, PRES
2612 WISTERIA LANE
MONROE, NC 28112

CREDITOR ID: 384322-47
RIFE CARBONIC COMPANY
ATTN: LEONARD H RIFE, PRES/OWNER
2259 AURORA ROAD
MELBOURNE, FL 32935

CREDITOR ID: 260528-12
SCHARDEIN MECHANICAL
ATTN: SHERRI BROWN, CONTROLLER
1810 OUTER LOOP
PO BOX 19587
LOUISVILLE, KY 40259-0587

CREDITOR ID: 261690-12
ST JOHNS BIOMEDICAL LAB INC
ATTN: DR EDWIN O S, DIR/OWNER
165 SOUTH PARK BLVD STE A
ST AUGUSTINE, FL 32086

CREDITOR ID: 262032-12
STONY GAP WHOLESALE CO
ATTN: JOHN L LOWDER, PRES
PO BOX 1016
ALBEMARLE, NC 28001

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 264641-12
WEST GEORGIA SHOPPER
ATTN: KELI BREWER, OFFICE MGR
104 KINGSBRIDGE DRIVE
CARROLLTON, GA 30117

CREDITOR ID: 264943-12
WINGATE INN WINDSOR PARKE
ATTN: STEPHEN W
4791 WINDSOR COMMONS COURT
JACKSONVILLE, FL 32224

**Total:   23**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                Case No.: **05-03817-3F1**

                                                          Docket No.: **9357**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AAA PARKING LOT AND                          TRADE-DEBT.NET
_____                  _____
Name of Transferor                           Name of Transferee

AAA PARKING LOT AND                          TRADE-DEBT.NET
STREET SWEEPING INC                          ATTN TIMOTHY MCGUIRE
ATTN: ROGER KAUFMAN, PRES                    PO BOX 1487
PO BOX 3551                                  WEST BABYLON NY 11704
SARASOTA, FL 34230-3551

Phone: 941-358-3374                          Phone: 631 884 0100
Account No.: 241398                          Account No.: 399395

Claim No.: 30037                             Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                 Transfer Amount: $2,045.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006                             /s/ Logan & Company, Inc.
                                             _____
                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                        Case No.: 05-03817-3F1

                                                              Docket No.: 9357

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALL BRITE SALES CO INC                          TRADE-DEBT.NET

Name of Transferor                              Name of Transferee

ALL BRITE SALES CO INC                          TRADE-DEBT.NET
ATTN: CYNTHIA CHAPPELL, OFF ADMIN               ATTN TIMOTHY MCGUIRE
2204 HAINES STREET                              PO BOX 1487
JACKSONVILLE, FL 32206                          WEST BABYLON NY 11704


Phone: 904-354-4687                             Phone: 631 884 0100
Account No.: 241948                             Account No.: 399395


Claim No.: 30082                                Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                    Transfer Amount: $204.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| – | DEADLINE TO OBJECT TO TRANSFER |
|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/24/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9357**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMIGO MOBILITY CENTER

Name of Transferor

AMIGO MOBILITY CENTER
ATTN: TERESA HOOVER, SEC/TREAS
4200 STEVE REYNOLDS BLVD STE 7
NORCROSS, GA 30093


Phone: 770-935-4939
Account No.: 242329

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 35869
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $635.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| – | **DEADLINE TO OBJECT TO TRANSFER** | – |
|---|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 9357

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CALLAGHAN TIRE                                            TRADE-DEBT.NET
_____                                    _____
Name of Transferor                                       Name of Transferee

CALLAGHAN TIRE                                            TRADE-DEBT.NET
ATTN JACQUELINE CORCORAN, CRED MGR                        ATTN TIMOTHY MCGUIRE
PO BOX 850001                                             PO BOX 1487
ORLANDO, FL 32885-0330                                    WEST BABYLON NY 11704


Phone: 941 751 1577                                      Phone: 631 884 0100
Account No.: 397780                                      Account No.: 399395


Claim No.: 2381                            Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 05/23/2005               Transfer Amount: $421.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/24/2006                           /s/ Logan & Company, Inc.
                                           _____
                                           Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**       Case No.: **05-03817-3F1**

     Docket No.: **9355**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CAPITAL WINE & BEV

Name of Transferor

CAPITAL WINE & BEV
ATTN: DANNY BROWN, CONTROLLER
PO BOX 3389
WEST COLUMBIA, SC 29171


Phone: 803-739-0188
Account No.: 244479

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 35993

Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $1,077.81

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| − | **DEADLINE TO OBJECT TO TRANSFER** |
|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9357

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CHARLES G LAWSON TRUCKING, INC

Name of Transferor

CHARLES G LAWSON TRUCKING, INC
ATTN WILLIAM H ROTTON VP
7815 MOBILE HIGHWAY
HOPE HULL, AL 36043


Phone: 334 284 3220
Account No.: 245033

CHARLES G LAWSON TRUCKING INC
ATTN: CHARLES G LAWSON, PRES
7815 MOBILE HIGHWAY
HOPE HULL, AL 36043


Phone: 334-284-3220
Account No.: 384040

Claim No.: 187
Date Claim Filed: 03/17/2005

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395


Full Transfer: (X)          Partial Transfer:

Transfer Amount: $2,610.68

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9355

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF BRENT UTILITIES BOARD

Name of Transferor

CITY OF BRENT UTILITIES BOARD
ATTN: LORI L STRIPLING, CLERK
PO BOX 220
BRENT, AL 35034-0220

Phone: 205-926-4643
Account No.: 243926

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 33296
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $324.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| – | **DEADLINE TO OBJECT TO TRANSFER** |
|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.            Case No.: 05-03817-3F1

Docket No.: 9357

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF DELRAY BEACH

Name of Transferor

CITY OF DELRAY BEACH
ATTN: TERRILL BARTON, ASST ATTNY
200 NW 1ST AVENUE
DELRAY BEACH, FL 33447-3108

Phone: 561-243-7090
Account No.: 245699

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 30399
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $832.12

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9357**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CITY OF LEEDS WATER WORKS BOARD | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CITY OF LEEDS WATER WORKS BOARD | TRADE-DEBT.NET |
| ATTN: CARLA C FORD OR` | ATTN TIMOTHY MCGUIRE |
| WILLIAM L MORRIS, GEN MGR | PO BOX 1487 |
| PO BOX 100 | WEST BABYLON NY 11704 |
| LEEDS AL 35094-0100 | |

| | |
|---|---|
| Phone: 205 699 5151 | Phone: 631 884 0100 |
| Account No.: 559 | Account No.: 399395 |

| | |
|---|---|
| Claim No.: 1097 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 05/09/2005 | Transfer Amount: $196.85 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ‒  **DEADLINE TO OBJECT TO TRANSFER**  ‒ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9357**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HASTY'S COMMUNICATIONS OF FLORIDA INC
_____
Name of Transferor

HASTY'S COMMUNICATIONS OF FLORIDA INC
ATTN: KYM WEST, ADMIN ASST
7033 COMMONWELATH AVE, SUITE 6
JACKSONVILLE, FL 32220

Phone: 904-783-0130
Account No.: 381243

TRADE-DEBT.NET
_____
Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 1493
Date Claim Filed: 05/12/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $422.46

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** | – |
|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: **05-03817-3F1**

                                                          Docket No.: **9356**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MONROE SYSTEMS FOR BUSINESS INC                          TRADE-DEBT.NET
_____                          _____
Name of Transferor                                       Name of Transferee

MONROE SYSTEMS FOR BUSINESS INC                          TRADE-DEBT.NET
ATTN: BILL AULT, COO                                     ATTN TIMOTHY MCGUIRE
PO BOX 8500-52873                                        PO BOX 1487
PHILADELPHIA, PA 19178-2873                              WEST BABYLON NY 11704


Phone: 267-580-2631                                      Phone: 631 884 0100
Account No.: 256607                                      Account No.: 399395




Claim No.: 33932                               Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                   Transfer Amount: $252.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER        –        |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/24/2006                               /s/ Logan & Company, Inc.
                                               _____
                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9356

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NEW IMAGE TOWING AND RECOVERY INC

Name of Transferor

TRADE-DEBT.NET

Name of Transferee

NEW IMAGE TOWING AND RECOVERY INC
ATTN: SYLVIA M MILLORS, VP
4780 OLD DIXIE HWY
FOREST PARK GA 30297

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 770-252-4392
Account No.: 381438

Phone: 631 884 0100
Account No.: 399395

Claim No.: 33092
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $125.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | DEADLINE TO OBJECT TO TRANSFER |
|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9355

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OCONEE MEDICAL ASSOCIATES

Name of Transferor

OCONEE MEDICAL ASSOCIATES
ATTN: W S DARBY JR, MD
PO BOX 529
WALHALLA, SC 29691

Phone: 864-638-2388
Account No.: 257574

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36630
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $225.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9355

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PIEDMONT WINE DISTRIBUTING
_____

Name of Transferor

PIEDMONT WINE DISTRIBUTING
ATTN: DANNY BROWN, CONTROLLER
PO BOX 3389
WEST COLUMBIA, SC 29171

Phone: 803-799-0188
Account No.: 258535

TRADE-DEBT.NET
_____

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36671
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $724.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** | -- |
| --- | --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.
_____

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9355

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PIEDMONT WINE DISTRIBUTING

Name of Transferor

PIEDMONT WINE DISTRIBUTING
ATTN: DANNY BROWN, CONTROLLER
PO BOX 3389
WEST COLUMBIA, SC 29171


Phone: 803-799-0188
Account No.: 258535

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 31383
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $267.95

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| – | **DEADLINE TO OBJECT TO TRANSFER** – | – |
|---|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 24, 2006.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9357

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

QUALITY TREATS INC

Name of Transferor

QUALITY TREATS INC
ATTN: ANTHONY W, PRES
2612 WISTERIA LANE
MONROE, NC 28112

Phone: 204-451-4519
Account No.: 259097

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36700
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $202.69

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 9355 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RIFE CARBONIC COMPANY | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |
| RIFE CARBONIC COMPANY | TRADE-DEBT.NET |
| ATTN: LEONARD H RIFE, PRES/OWNER | ATTN TIMOTHY MCGUIRE |
| 2259 AURORA ROAD | PO BOX 1487 |
| MELBOURNE, FL 32935 | WEST BABYLON NY 11704 |
| Phone: 321-242-8113 | Phone: 631 884 0100 |
| Account No.: 384322 | Account No.: 399395 |

| | |
|---|---|
| Claim No.: 32193 | Full Transfer: (X)      Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $2,340.48 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 07/24/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9356

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHARDEIN MECHANICAL

Name of Transferor

SCHARDEIN MECHANICAL
ATTN: SHERRI BROWN, CONTROLLER
1810 OUTER LOOP
PO BOX 19587
LOUISVILLE, KY 40259-0587

Phone: 502-368-7678
Account No.: 260528

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 32929
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $322.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9356**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ST JOHNS BIOMEDICAL LAB INC

Name of Transferor

TRADE-DEBT.NET

Name of Transferee

ST JOHNS BIOMEDICAL LAB INC
ATTN: DR EDWIN O S, DIR/OWNER
165 SOUTH PARK BLVD STE A
ST AUGUSTINE, FL 32086

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 904-824-5497
Account No.: 261690

Phone: 631 884 0100
Account No.: 399395

Claim No.: 31612
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $255.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9356

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

STONY GAP WHOLESALE CO

Name of Transferor

STONY GAP WHOLESALE CO
ATTN: JOHN L LOWDER, PRES
PO BOX 1016
ALBEMARLE, NC 28001

Phone: 704-982-5360
Account No.: 262032

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36827
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $475.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2). Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER | – |
|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9355**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WEST GEORGIA SHOPPER

Name of Transferor

WEST GEORGIA SHOPPER
ATTN: KELI BREWER, OFFICE MGR
104 KINGSBRIDGE DRIVE
CARROLLTON, GA 30117


Phone: 770-834-5729
Account No.: 264641

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 36990

Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $1,848.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| – | **DEADLINE TO OBJECT TO TRANSFER** |
|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 9357

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WINGATE INN WINDSOR PARKE

Name of Transferor

WINGATE INN WINDSOR PARKE
ATTN: STEPHEN W
4791 WINDSOR COMMONS COURT
JACKSONVILLE, FL 32224

Phone: 904-421-7000
Account No.: 264943

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 34325
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $178.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER | – |
|---|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/24/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 24, 2006.