**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05093817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | Jointly Administered |

**LIMITED OBJECTION OF LANDLORDS TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

Kupelian Ormond & Magy, P.C., counsel to the landlords listed below (each a "Landlord" and collectively, the "Landlords"), hereby asserts the following limited objection (the "Objection") to Debtors'[1] above-recited Motion on Landlords' behalf with regard to their respective shopping center leases (each a "Lease" and collectively, the "Subject Leases"):

**Landlords**

| Landlord | Shopping Center | Address | Location | Store # |
|---|---|---|---|---|
| RLV Marketplace LP | Marketplace of Delray | 14595 S. Military Trail | Delray Beach, FL | 255 |
| Ramco-Gershenson Properties, L.P. | Rivertowne Square | 1019 S. Federal Hwy. | Deerfield Beach, FL | 345 |

**Background**

1. Landlords and Debtors are parties to the Subject Leases for the various retail premises situated in the shopping centers referenced above (the "Subject Premises").

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

1

2. On February 21, 2005, Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Reform Act of 1978, as amended, Title 11.[2] Debtors continue to occupy the Subject Premises and operate their businesses as debtors-in-possession under Sections 1107 and 1108 of the Code.

3. The Debtors continue to occupy the Subject Premises and operate their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Code.

4. On or about June 30, 2006, the Debtors filed the Motion seeking, *inter alia*, authority to assume the Subject Leases and establish cure amounts pursuant to Section 365 of the Code.

## STATEMENT OF LIMITED OBJECTION

5. For the reasons set forth herein below, the Landlords object only to the Debtors' proposed cure amounts as set forth in Exhibit B of the Motion for the reason that such proposed cure amounts do not accurately reflect all amounts that Debtors are currently in default under the Subject Leases, and therefore, such amounts are insufficient to bring the Subject Leases current as required under Section 365 of the Code.

## OBJECTIONS

6. Pursuant to 11 U.S.C. § 365(b), a debtor may assume a lease of non-residential real property only if certain conditions are met. Section 365(b)(1) provides as follows:

> (b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee -
>
> (A) cures, or provides adequate assurance that the trustee will promptly cure, such default:

---

[2] Hereinafter, textual citations to "Section ____" shall refer to the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code") in effect as of the Petition Date.

>   (B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
>
>   (C) provides adequate assurance of future performance under such contract or lease.

7. Pursuant to 11 U.S.C. § 365(b)(1), once a debtor has assumed a lease, all contractual defaults thereunder must be cured by payments, and all contractual provisions enforced. See *In re Entertainment, Inc.*, 223 B.R. 141, 150 (Bankr. N.D. Ill. 1998) (citing *Matter of Superior Toy and Mfg. Co.*, Inc., 78 F.3d 1169 (7th Cir. 1996)). In order to assume the Lease, the Debtors are required pursuant to Section 365(b)(1)(A) to cure, or provide Landlords with adequate assurance that they will promptly cure, any defaults under the Subject Leases, regardless of whether those defaults occurred pre- or post-petition. See *In re Berkshire Chemical Haulers, Inc.*, 20 B.R. 454, 457 (Bankr. D. Mass. 1982). Congress' intent behind the imposition of this cure condition was to ensure that a landlord is made whole and receives the full benefit of its bargain if it is forced to continue performing under the Lease. See *In re Ionosphere Clubs, Inc.*, 85 F.3d 992 (2d Cir. 1996); *Matter of Superior Toy & Mfg. Co., Inc.*, 78 F. 3d at 1174.

8. Therefore, the Debtors must bring the Subject Leases back into compliance with their terms in order to assume and assign the Subject Leases. The Debtors' proposed cure amounts do not accomplish this, and therefore, Landlords object to the amounts proposed by Debtors necessary for the prompt cure of outstanding defaults under the Subject Leases.

**I.  Store # 255 – RLV Marketplace LP – Marketplace of Delray – Delray Beach, FL**

9. Landlord, RLV Marketplace LP, for Store # 255 at Marketplace of Delray Shopping Center, Delray Beach, Florida, asserts that the correct cure amount to be paid by

Debtors for assumption of its Lease totals $6,476.74, as evidenced by the Statement of Account attached hereto as Exhibit 1 and incorporated herein. This cure amount represents Debtors' prorata share of real estate taxes and common area maintenance ("CAM") for the 2005 year-end reconciliation, and for fire sprinkler service charges in March and May 2006.

10. Debtors propose a cure amount of only $5,064.27, which does not take into account the 2005 reconciliation amounts for CAM, and the fire sprinkler service charges, as required to be paid under the terms of the Lease.

11. Therefore, Landlord objects to the Debtors' proposed cure amount for Store # 255 to the extent that it does not account for all of the unpaid charges due under the Lease, and requests that the Court compel payment of the full cure amount of $6,476.74 as a condition of the assumption and assignment of the Lease.

## II.   Store # 345 – Ramco-Gershenson Properties, LP – Rivertowne Square – Deerfield Beach, FL

12. Landlord, Ramco-Gershenson Properties, LP, for Store # 345 at Rivertowne Square Shopping Center, Deerfield Beach, Florida, asserts that the correct cure amount for its Lease totals $45,308.82, as evidenced by the Statement of Account attached hereto as Exhibit 2 and incorporated herein. This cure amount represents Debtors' prorata share of real estate taxes, and CAM for the 2004 year-end reconciliation, and a charge for burglar false alarm.

13. Debtors propose a cure amount of only $38,010.42, which does not take into account the 2004 year-end reconciliation amounts for real estate taxes and CAM, and the charge for the burglar false alarm as required to be paid under the terms of the Lease.

14. Therefore, Landlord objects to the Debtors' proposed cure amount for Store # 345 to the extent that it does not account for all of the unpaid charges due under the Lease, and

4

requests that the Court compel payment of the full cure amount of $45,308.82 as a condition of the assumption and assignment of the Lease.

## **CONCLUSION**

15.     The Landlords reserve their rights to amend their asserted cure amounts to include all charges accruing and unpaid on an ongoing basis until the assumption of any of the Subject Leases.  To the extent that any outstanding charges under the Subject Leases have yet to be billed to Debtors, Landlords reserve the right to amend their asserted cure amounts to reflect the actual figures that are subsequently billed.

**WHEREFORE**, Landlords respectfully request that this Honorable Court enter an order compelling Debtors to promptly pay their respective cure amounts as a condition to assumption of the Subject Leases, as set forth herein above, or as subsequently amended, and grant Landlords such other and further relief as this Court deems just and proper.

Respectfully submitted,

KUPELIAN ORMOND & MAGY, P.C.

By:    /s/ Terrance A. Hiller, Jr.
Terrance A. Hiller, Jr. (P55699)
Attorney for Landlords
25800 Northwestern Hwy., Suite 950
Southfield, Michigan 48075
Tel. 248.357.0000
Fax. 248.357.7488
tah@kompc.com

Dated:   July 26, 2006

1098-1305/87394 /87501 pdf

## EXHIBIT 1

**Statement of Account for Store # 255, Delray Beach, FL**

**RLV MARKETPLACE LP**  
31500 NORTHWESTERN HIGHWAY, SUITE 300  
FARMINGTON HILLS, MI  48334  
PHONE:  248/350-9900   FACSIMILE:  248/350-9925

7/26/2006, 9:53 AM

RE:   WINN-DIXIE STORES, INC.  
    D/B/A WINN-DIXIE  
    MARKETPLACE OF DELRAY  
    DELRAY BEACH, FLORIDA

FILED CHAPTER 11 - FEBRUARY 21, 2005  
LEASE EXPIRES - AUGUST 28, 2016  
LEASE ASSUMED - TBD  
TENANT VACATED - N/A  
LEASE REJECTED -  N/A

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
| 03/01/05 | Rent | 28,743.50 | ck#12154 (28,743.50) | 0.00 |
| 04/01/05 | Rent | 28,743.50 | ck#8029448 (28,743.50) | 0.00 |
| 05/01/05 | Rent | 28,743.50 | ck#8029448 (28,743.50) | 0.00 |
| 06/01/05 | Rent | 28,743.50 | ck#8047990 (28,743.50) | 0.00 |
| 07/01/05 | Rent | 28,743.50 | ck#8065540 (28,743.50) | 0.00 |
| 08/01/05 | Rent | 28,743.50 | ck#8081111 (28,743.50) | 0.00 |
| 09/01/05 | Rent | 28,743.50 | ck#8097608 (28,743.50) | 0.00 |
| 10/01/05 | Rent | 28,743.50 | ck#8110059 (28,743.50) | 0.00 |
| 11/01/05 | Rent | 28,743.50 | ck#8123394 (28,743.50) | 0.00 |
| 11/30/05 | 2005 Real Estate Tax | 35,547.26 | ck#8158623 (30,482.99) | 5,064.27 |

**RLV MARKETPLACE LP**
**31500 NORTHWESTERN HIGHWAY, SUITE 300**
**FARMINGTON HILLS, MI 48334**
**PHONE: 248/350-9900   FACSIMILE: 248/350-9925**

7/26/2006, 9:53 AM

**RE:   WINN-DIXIE STORES, INC.**
       **D/B/A WINN-DIXIE**
       **MARKETPLACE OF DELRAY**
       **DELRAY BEACH, FLORIDA**

**FILED CHAPTER 11 - FEBRUARY 21, 2005**
**LEASE EXPIRES - AUGUST 28, 2016**
**LEASE ASSUMED - TBD**
**TENANT VACATED - N/A**
**LEASE REJECTED - N/A**

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
| 12/01/05 | Rent | 28,743.50 | ck#8135168 (28,743.50) | 0.00 |
| 01/01/06 | Rent | 28,743.50 | ck#8146946 (28,743.50) | 0.00 |
| 02/01/06 | Rent | 28,743.50 | ck#8160408 (28,743.50) | 0.00 |
| 03/01/06 | Rent | 28,743.50 | ck#171914 (28,743.50) | 0.00 |
| 03/01/06 | 2005 Year-End CAM | 24,335.84 0.00 | Ck#12198 - Marketplace of Delray, LTD. ck#8214417 - Winn-Dixie (12,958.62) (11,376.26) | 0.96 |
| 03/28/06 | Fire Sprinkler Service | 1,116.50 | 0.00 | 1,116.50 |
| 04/01/06 | Rent | 28,743.50 | ck #8184285 (28,743.50) | 0.00 |
| 05/01/06 | Rent | 28,743.50 | ck #8195929 (28,743.50) | 0.00 |

**RLV MARKETPLACE LP**
**31500 NORTHWESTERN HIGHWAY, SUITE 300**
**FARMINGTON HILLS, MI  48334**
**PHONE:  248/350-9900    FACSIMILE:  248/350-9925**

7/26/2006,9:53 AM

**RE:   WINN-DIXIE STORES, INC.**
**        D/B/A WINN-DIXIE**
**        MARKETPLACE OF DELRAY**
**        DELRAY BEACH, FLORIDA**

**FILED CHAPTER 11 - FEBRUARY 21, 2005**
**LEASE EXPIRES - AUGUST 28, 2016**
**LEASE ASSUMED - TBD**
**TENANT VACATED - N/A**
**LEASE REJECTED -  N/A**

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
| 05/31/06 | Fire Sprinkler Service | 295.01 | 0.00 | 295.01 |

## RLV MARKETPLACE LP
## 31500 NORTHWESTERN HIGHWAY, SUITE 300
## FARMINGTON HILLS, MI  48334
### PHONE:  248/350-9900    FACSIMILE:  248/350-9925

7/26/2006,9:53 AM

**RE:  WINN-DIXIE STORES, INC.**
**D/B/A WINN-DIXIE**
**MARKETPLACE OF DELRAY**
**DELRAY BEACH, FLORIDA**

**FILED CHAPTER 11 - FEBRUARY 21, 2005**
**LEASE EXPIRES - AUGUST 28, 2016**
**LEASE ASSUMED - TBD**
**TENANT VACATED - N/A**
**LEASE REJECTED -  N/A**

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
| 06/01/06 | Rent | 28,743.50 | ck #8209153 (28,743.50) | 0.00 |
| 07/01/06 | Rent | 28,743.50 | ck #8221126 (28,743.50) | 0.00 |
| **TOTAL DUE** | | **$549,934.11** | **($543,457.37)** | **$6,476.74** |

**NOTE:**  We are holding check#8215321 - $11,069.59 for Prepaid Insurance for 2005-2006.  It is not a payment that is to be used to reduce the cure amount.

**EXHIBIT 2**

**Statement of Account for Store # 345, Deerfield Beach, FL**

**RAMCO-GERHSENSON PROPERTIES, L.P.**  7/26/2006,9:54 AM
**31500 NORTHWESTERN HIGHWAY, SUITE 300**
**FARMINGTON HILLS, MI  48334**
**PHONE:  248/350-9900    FACSIMILE:  248/350-9925**

**RE:   WINN-DIXIE STORES, INC.**
       **D/B/A WINN-DIXIE #345**
       **RIVERTOWNE SQUARE**
       **DEERFIELD BEACH, FL**

**FILED CHAPTER 11 - FEBRUARY 21, 2005**
**LEASE EXPIRES - JUNE 23, 2008**
**LEASE ASSUMED - TBD**
**TENANT VACATED - N/A**
**LEASE REJECTED -  N/A**

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
| 02/28/05 | 2004 Year-End Real Estate Tax | 38,010.42 | 0.00 | 38,010.42 |
|  |  |  | ck #800148 |  |
| 03/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |
|  | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
|  |  |  | ck #8014129 |  |
| 04/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |
|  | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
|  |  |  | ck #80307013 |  |
| 05/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |
|  | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
|  |  |  | ck #8049123 |  |
| 06/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |
|  | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
|  |  |  | ck #8083677 |  |
| 07/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |
|  | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
|  |  |  | ck #8083677 |  |
|  |  |  | ck #8114804 |  |
| 08/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |
|  | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| 08/15/05 | Invoice C-5498 | 385.00 | (385.00) | 0.00 |
|  |  |  | ck #8097609 |  |
| 09/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |

**RAMCO-GERHSENSON PROPERTIES, L.P.**  7/26/2006,9:54 AM
**31500 NORTHWESTERN HIGHWAY, SUITE 300**
**FARMINGTON HILLS, MI  48334**
**PHONE:  248/350-9900    FACSIMILE:  248/350-9925**

**RE:    WINN-DIXIE STORES, INC.**
**D/B/A WINN-DIXIE #345**
**RIVERTOWNE SQUARE**
**DEERFIELD BEACH, FL**

**FILED CHAPTER 11 - FEBRUARY 21, 2005**
**LEASE EXPIRES - JUNE 23, 2008**
**LEASE ASSUMED - TBD**
**TENANT VACATED - N/A**
**LEASE REJECTED -  N/A**

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
|  | Common Area Maintenance | 382.90 | (382.90) | 0.00 |

**RAMCO-GERHSENSON PROPERTIES, L.P.**  
**31500 NORTHWESTERN HIGHWAY, SUITE 300**  
**FARMINGTON HILLS, MI  48334**  
**PHONE:  248/350-9900    FACSIMILE:  248/350-9925**

7/26/2006,9:54 AM

**RE:   WINN-DIXIE STORES, INC.**  
**D/B/A WINN-DIXIE #345**  
**RIVERTOWNE SQUARE**  
**DEERFIELD BEACH, FL**

**FILED CHAPTER 11 - FEBRUARY 21, 2005**  
**LEASE EXPIRES - JUNE 23, 2008**  
**LEASE ASSUMED - TBD**  
**TENANT VACATED - N/A**  
**LEASE REJECTED -  N/A**

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
| | | | ck #8110060 | |
| 10/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| | | | ck #8123395 | |
| 11/01/05 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| | | | ck #8135169 | |
| 1121/2005 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| | | | ck #8146947 | |
| 01/01/06 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| | | | ck #81460409 | |
| 02/01/06 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| | | | ck #8171915 | |
| 03/01/06 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| | | | ck #8193392 | |
| 03/14/06 | 2005 Year-End CAM | 44,671.14 | (37,572.74) | 7,098.40 |
| | | | ck #8184286 | |
| 04/01/06 | Rent | 20,539.92 | (20,539.92) | 0.00 |

**RAMCO-GERHSENSON PROPERTIES, L.P.**  
**31500 NORTHWESTERN HIGHWAY, SUITE 300**  
**FARMINGTON HILLS, MI  48334**  
**PHONE:  248/350-9900    FACSIMILE:  248/350-9925**

7/26/2006,9:54 AM

**RE:    WINN-DIXIE STORES, INC.**  
**D/B/A WINN-DIXIE #345**  
**RIVERTOWNE SQUARE**  
**DEERFIELD BEACH, FL**

**FILED CHAPTER 11 - FEBRUARY 21, 2005**  
**LEASE EXPIRES - JUNE 23, 2008**  
**LEASE ASSUMED - TBD**  
**TENANT VACATED - N/A**  
**LEASE REJECTED -  N/A**

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
|  | Common Area Maintenance | 382.90 | (382.90) | 0.00 |

**RAMCO-GERHSENSON PROPERTIES, L.P.**
**31500 NORTHWESTERN HIGHWAY, SUITE 300**
**FARMINGTON HILLS, MI  48334**
**PHONE:  248/350-9900    FACSIMILE:  248/350-9925**

7/26/2006,9:54 AM

**RE:   WINN-DIXIE STORES, INC.**
         **D/B/A WINN-DIXIE #345**
         **RIVERTOWNE SQUARE**
         **DEERFIELD BEACH, FL**

**FILED CHAPTER 11 - FEBRUARY 21, 2005**
**LEASE EXPIRES - JUNE 23, 2008**
**LEASE ASSUMED - TBD**
**TENANT VACATED - N/A**
**LEASE REJECTED -  N/A**

| PERIOD | CHARGE TYPE | AMOUNT | PAID POST-PETITION | DUE POST-PETITION FROM 02/22/05 |
|---|---|---|---|---|
| | | | ck #8195930 | |
| 05/01/06 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| | | | ck #8209154 | |
| 06/01/06 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| 06/30/06 | Invoice #132 - Burglar False Alarm | 200.00 | 0.00 | 200.00 |
| | | | ck #8221127 | |
| 07/01/06 | Rent | 20,539.92 | (20,539.92) | 0.00 |
| | Common Area Maintenance | 382.90 | (382.90) | 0.00 |
| **TOTAL DUE** | | **$438,954.50** | **($393,645.68)** | **$45,308.82** |