UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Chapter 11

WINN DIXIE STORES, INC., et al.,                Case No. 05-03817-JAF
                                                (Jointly Administered)

    Debtors.
_____/

### AMENDED OBJECTION BY COLONIAL REALTY LIMITED PARTNERSHIP TO DEBTOR'S AMENDED OMNIBUS MOTION FOR ORDER TO (I) ASSUME NON-RESIDENTIAL REAL ESTATE LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

Colonial Realty Limited Partnership ("Colonial Properties") file its Objection to Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief, and states:

### I. Factual and Legal Background

On February 21, 2005 (the "Petition Date), Winn-Dixie Stores, Inc. and twenty three of its subsidiaries and affiliates (Collectively the "Debtors") filed voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code. Colonial Properties is the Lessor to the Debtors at two locations: (1) Store No. 190 located at 1520 University Blvd., Jacksonville, FL; and (2) Store No. 2393 located at 2231 E. Semoran Blvd., Apopka, FL (collectively the "Colonial Leases"). The Debtors have identified

the Colonial Leases as Core Leases which the Debtors seek to assume. In conjunction with the assumption, the Debtors have scheduled proposed Cure Amounts for the Colonial Leases as set forth in Exhibit "B" to the Debtor's Assumption Motion as follows: (1) $14,770.55 as to Store No. 190; and (2) $5,634.00 as to Store No. 2393.

## II. Limited Objection to Debtors' Motion

Colonial Properties objects to the Debtors' proposed Cure Amount for Store No. 190. The correct Cure Amount for Store No. 190 is $44,007.35, as set forth in Colonial Properties' Account Reconciliation for Store No. 190, a true and authentic copy of which is appended as Exhibit "A" and incorporated by reference. Because the debtors have been short paying their rental obligations to Colonial Properties by the sum of $1,005.17 per month for calendar year 2006, Colonial Properties' Cure Amount for Store No. 190 will increase by $1,005.17 for each month that rent accrues from the date of this Objection to the Effective Date of the Debtors' Plan of Reorganization.

Colonial Properties also objects to the Debtors' proposed Cure Amount for Store No. 2393. The correct Cure Amount for Store No. 2393 is $14,056.15, as set forth in Colonial Properties' Account

Reconciliation, a true and authentic copy of which is appended as Exhibit "B" and incorporated by reference. Because the debtors have been short paying their rental obligation to Colonial Properties by the sum of $544.51 per month during calendar year 2006, Colonial Properties' Cure Amount will increase by $544.51 for each month that accrues from the date of this Objection to the Effective Date of the Debtors' Plan of Reorganization.

Colonial Properties reserves its right to amend or supplement this Objection to assert additional claims.

WHEREFORE, Colonial Realty Limited Partnership respectfully requests that the Court sustain its objection and require the Debtor to cure all rental defaults as to Colonial Realty Limited Partnership.

DATED this 27th day of July, 2006.

/s/ Tompkins A. Foster
Tompkins A. Foster
Florida Bar #307335
Attorney for Colonial Realty Limited
   Partnership
Foster, Lindeman & Klinkbeil, P.A.
P.O. Box 3108
Orlando, FL 32802-3108
(407) 422-1966

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnised to the following parties, by either electronic transmission and/or U.S. First Class Mial, in a properly addressed envelope, with adequae postage affixed thereof, as necessary:

cjackson@smithhulsey.com
Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL  32202

djbaker@skadden.com
D.J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Elena.L.Escamilla@usdoj.gov
Elena L. Escamilla, Esq.
Office of United States Trustee
135 W. Central Blvd.
Orlando, FL  32801

ddunne@milbank.com
Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

johnmacdonald@akerman.com
John B. Macdonald, Esq.
Akerman Senterfitt
50 N. Laura Street, Ste. 2500
Jacksonville, FL  32202

larryappel@winn-dixie.com
Winn Dixie Stores, Inc.
Attn:  Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL  32801

Jleamy@skadden.com
Jane Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, DE  19801

Dated this 27 day of July, 2006.

By: /s/ Tompkins A. Foster
Tompkins A. Foster, Esq.