**Account Reconciliation for Winn Dixie**
**CP Lakewood - 301201-001157**

PRE-PETITION:

### January 2005

| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 1/4/05 Ck#16931 | (34,231.83) | |
| 2003 CAM Reconciliation Correction | (5,016.97) | |
| Outstanding Balance - January 2005 | | (4,958.94) |

### February 1-20, 2005

| | | |
|---|---:|---:|
| Base Rent | 19,882.50 | |
| Common Area Maint. | 4,610.26 | |
| | 24,492.76 | |
| 2004 RE Tax Reconciliation | 55,270.65 | |
| Payment 2/17/05 Ck#51779 | (55,270.65) | |
| Outstanding Balance - February 2005 | | 24,492.76 |
| | | |
| 2005 RE Tax (1/1/2005-2/20/2005) | 9,688.14 | |
| 2005 CAM Reconc (1/01/2005-2/20/2005) | 724.00 | |
| Outstanding Balance - 2005 Reconc. | | 10,412.14 |

| **OUTSTANDING PRE-PETITION** | | **29,945.96** |
|---|---|---:|

POST-PETITION (February 21, 2005-July 6, 2006)

### February 21-28, 2005

| | | |
|---|---:|---:|
| Base Rent | 7,953.00 | |
| Common Area Maint. | 1,844.10 | |
| Outstanding Balance - February 2005 | | 9,797.10 |

### March 2005

| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 3/7/05 Ck#8001256 | (34,231.83) | |
| Outstanding Balance - March 2005 | | 58.03 |

### April 2005

| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 4/6/05 Ck#13901 | (40,856.57) | |
| 2004 CAM Reconciliation | (9,777.02) | |
| Outstanding Balance - April 2005 | | (16,343.73) |

### May 2005

| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 5/5/06 Ck#30481 | (33,360.08) | |
| Sign Expense Charge | 3,000.00 | |
| Outstanding Balance - May 2005 | | 3,929.78 |

Exhibit "A"

### June 2005
| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 6/7/05 Ck#9012 | (37,745.59) | |
| Outstanding Balance - June 2005 | | (3,455.73) |

### July 2005
| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 7/7/05 Ck#66528 | (33,360.08) | |
| Outstanding Balance - July 2005 | | 929.78 |

### August 2005
| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 8/5/05 Ck#82309 | (33,360.08) | |
| Outstanding Balance - August 2005 | | 929.78 |

### September 2005
| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 9/6/06 Ck#8412 | (33,360.08) | |
| Outstanding Balance - September 2005 | | 929.78 |

### October 2005
| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 10/6/05 Ck#10705 | (33,360.08) | |
| Outstanding Balance - October 2005 | | 929.78 |

### November 2005
| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 11/7/05 Ck#3924 | (33,360.08) | |
| Outstanding Balance - November 2005 | | 929.78 |

### December 2005
| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,454.36 | |
| | 34,289.86 | |
| Payment 12/8/05 Ck#35807 | (33,360.08) | |
| Outstanding Balance - December 2005 | | 929.78 |

### January 2006
| | | |
|---|---:|---:|
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,505.17 | |
| | 34,340.67 | |
| Payment 1/4/06 Ck#47598 | (33,335.50) | |
| 2005 RE Tax Reconc. (2/21/05-12/31/05) | 58,315.15 | |
| Payment 1/20/06 Ck# 55239 | (58,315.15) | |
| Outstanding Balance - January 2006 | | 1,005.17 |

| | | |
|---|---:|---:|
| **February 2006** | | |
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,505.17 | |
| | 34,340.67 | |
| Payment 2/8/06 Ck#60595 | (33,335.50) | |
| Outstanding Balance - February 2006 | | 1,005.17 |
| **March 2006** | | |
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,505.17 | |
| | 34,340.67 | |
| Payment 3/9/06 Ck#72482 | (33,040.54) | |
| Outstanding Balance - March 2006 | | 1,300.13 |
| **April 2006** | | |
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,505.17 | |
| | 34,340.67 | |
| Payment 4/5/06 Ck#84929 | (33,335.50) | |
| Outstanding Balance - April 2006 | | 1,005.17 |
| **May 2006** | | |
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,505.17 | |
| | 34,340.67 | |
| Payment 5/5/06 Ck#096781 | (27,835.50) | |
| 2005 CAM Reconc. (2/21/05-12/31/05) | 1,666.11 | |
| Outstanding Balance - May 2006 | | 8,171.28 |
| **June 2006** | | |
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,505.17 | |
| | 34,340.67 | |
| Payment 6/5/06 Ck#09492 | (33,335.50) | |
| Outstanding Balance - June 2006 | | 1,005.17 |
| **July 2006** | | |
| Base Rent | 27,835.50 | |
| Common Area Maint. | 6,505.17 | |
| | 34,340.67 | |
| Payment 7/7/06 Ck# 21470 | (33,335.50) | |
| Outstanding Balance - July 2006 | | 1,005.17 |
| **OUTSTANDING POST PETITION:** | | **14,061.39** |
| **BALANCE DUE PRE-PETITION** | | **29,945.96** |

**Account Reconciliation for Winn Dixie**
**CP Wekiva - 301501-001218**

Pre-Petition:

### January 2005

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 12/31/2004 Ck#16930 | (45,124.49) | |
| 2004 RE Tax Reconciliation | 69,384.34 | |
| Payment 1/20/2005 Ck #30310 | (69,245.64) | |
| Outstanding Balance - January 2005 | | 114.12 |

### February 2005

| | | |
|---|---:|---:|
| Base Rent (2/1/05-02/20/05) | 25,830.36 | |
| Common Area Maint. | 6,383.86 | |
| | 32,214.22 | |
| Payment 2/8/05 Ck#40570 (split) | (32,328.34) | |
| 2005 RE Tax (1/01/2005-02/20/2005) | 10,019.53 | |
| 2005 CAM Recon (01/01/2005-02/20/2005) | 844.30 | |
| **OUTSTANDING PRE-PETITION** | | **10,863.83** |

Post Petition:

### February 2005

| | | |
|---|---:|---:|
| Base Rent ( 2/21/05-2/28/2006) | 10,332.14 | |
| Common Area Maint. | 2,553.55 | |
| | 12,885.69 | |
| Payment 2/8/05 Ck#40570 (split) | (10,499.28) | |
| Payment 2/8/05 Ck#40571 (split) | (8,961.99) | |
| Outstanding Balance - February 2005 | | (6,575.58) |

### March 2005

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 3/7/05 Ck#8001256 | (45,124.49) | |
| Outstanding Balance - March 2005 | | (6,600.16) |

### April 2005

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 4/6/05 Ck#13901 | (38,499.75) | |
| Outstanding Balance - April 2005 | | 0.00 |

### May 2005

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 5/5/06 Ck#30481 | (45,099.91) | |
| 2004 CAM Reconciliation | (4,385.51) | |
| Outstanding Balance - May 2005 | | (4,385.51) |

### June 2005

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 6/7/05 Ck#9012 | (40,714.40) | |
| Outstanding Balance - June 2005 | | 0.00 |

Exhibit "B"

### July 2005
| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 7/7/05 Ck#66528 | (45,099.91) | |
| Outstanding Balance - July 2005 | | 0.00 |

### August 2005
| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 8/5/05 Ck#82309 | (45,099.91) | |
| Outstanding Balance - August 2005 | | 0.00 |

### September 2005
| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 9/6/06 Ck#8412 | (45,099.91) | |
| Outstanding Balance - September 2005 | | 0.00 |

### October 2005
| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 10/6/05 Ck#10705 | (45,099.91) | |
| Outstanding Balance - October 2005 | | 0.00 |

### November 2005
| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 11/7/05 Ck#3924 | (45,099.91) | |
| Outstanding Balance - November 2005 | | 0.00 |

### December 2005
| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 8,937.41 | |
| | 45,099.91 | |
| Payment 12/8/05 Ck#35807 | (45,099.91) | |
| Outstanding Balance - December 2005 | | 0.00 |

### January 2006
| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 9,497.50 | |
| | 45,660.00 | |
| Payment 1/4/06 Ck#47598 | (45,124.49) | |
| 2005 RE Tax Reconciliation | 60,309.77 | |
| Payment 1/6/06 Ck# 49138 | (60,309.77) | |
| Outstanding Balance - January 2006 | | 535.51 |

### February 2006
| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 9,497.50 | |
| | 45,660.00 | |
| Payment 2/8/06 Ck#60595 | (45,124.49) | |
| Outstanding Balance - February 2006 | | 1,071.02 |

### March 2006

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 9,497.50 | |
| | 45,660.00 | |
| Payment 3/9/06 Ck#72482 | (45,419.45) | |
| Payment 3/27/06 Ck#81752 | (6,187.49) | |
| 2005 CAM Reconciliation | 5,926.20 | |
| Outstanding Balance - March 2006 | | 1,050.28 |

### April 2006

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 9,497.50 | |
| | 45,660.00 | |
| Payment 4/5/06 Ck#84929 | (39,624.49) | |
| Payment 4/13/06 Ck# 88969 | (5,500.00) | |
| Outstanding Balance - April 2006 | | 1,585.79 |

### May 2006

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 9,497.50 | |
| | 45,660.00 | |
| Payment 5/5/06 Ck#096781 | (17,288.99) | |
| Payment 5/10/06 Ck# 96781 | (27,835.50) | |
| Outstanding Balance - May 2006 | | 2,121.30 |

### June 2006

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 9,497.50 | |
| | 45,660.00 | |
| Payment 6/5/06 Ck#09492 | (45,124.49) | |
| Outstanding Balance - June 2006 | | 2,656.81 |

### July 2006

| | | |
|---|---:|---:|
| Base Rent | 36,162.50 | |
| Common Area Maint. | 9,497.50 | |
| | 45,660.00 | |
| Payment 7/7/06 Ck#21470 | (45,124.49) | |
| Outstanding Balance - July 2006 | | 3,192.32 |

| | |
|---|---:|
| **Balance Due Post Petition** | **$3,192.32** |

| | |
|---|---:|
| **Balance Due Pre Petition** | **10,863.83** |