**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05093817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

<u>Tina Johnson</u> certifies that on the <u>26th day of July 2006</u>, she served copies of the Limited Objection of Landlords to Debtors' Second Omnibus Motion for authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief, as well as this Certificate of Service by First Class Mail upon the following parties.

| | |
|---|---|
| David J. Baker, Esq. | Smith Hulsey & Busey |
| Sally McDonald Henry | Cynthia C. Jackson |
| Roaslie Walker Gray | Stephen D. Busey |
| Skadden Arps Slate Meagher | James H. Post |
| & Flom, LLP | 225 Water Street, Suite 1800 |
| Four Times Square | Jacksonville, FL 32202 |
| New York, NY 10036 | |

Date: <u>July 26, 2006</u>        **/s/Tina Johnson**
                                  Tina Johnson
                                  Kupelian Ormond & Magy, P.C.
                                  25800 Northwestern Hwy., Suite 950
                                  Southfield, MI 48075
                                  (248) 357-0000

1098-1304 & 1305/87530