UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON JULY 27, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda with matters to be heard at the hearing on July 27, 2006 at 1:00 p.m.:

**A.    Uncontested Matters**

1.    *Motion for Order Authorizing Debtors to Agree to an Exit Financing Commitment Letter and to Pay Related Expenses (Docket No. 8892)*

Objection Deadline:  Expired.

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.

**B.    Contested Matters**

1.    *Debtors' Motion for Order Authorizing Rejection of (I) Three Non-Residential Real Property Leases that Were Assigned Prepetition and (II) the Related Assignment Agreements (Docket No. 8762)*

Objection Deadline:  Expired.

Objections:          1997 Properties, Inc. (Docket No. 9013).

Status:              The 1997 Properties, Inc. objection has been resolved.  The Debtors will proceed with the Motion.

2. *Omnibus Motion Deeming Schedules Amended to (a) Disallow No Liability Scheduled Claims, (b) Reduce Overstated Scheduled Claims, and (c) Reclassify Misclassified Scheduled Claims (Docket No. 8788)*

Objection Deadline: Expired.

Objections:               Pepsi-Cola Bottling Company of Winfield, Alabama, Inc. (Docket No. 9358).

Status:                   The Debtors will proceed with the Motion.

3. *Omnibus Objection to (A) Reclamation Claims and (B) Unsecured Non-Priority Claims Held by Reclamation Claimants (Docket No. 8784)*

Response Deadline: Expired.

Responses:                Libbey Glass, Inc. (Docket No. 9262); and Southeast Provisions, LLC (Docket No. 9336).

Status:                   The Debtors will proceed with the Objection.

4. *Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 8772)*

Response Deadline: Expired.

Responses:                Jefferson County, Alabama Tax Collector (Docket No. 9160);
                          Dougherty County Tax Commissioner (Docket No. 9226);
                          Muscogee County, Georgia Tax Commissioner (Docket No. 9227);
                          County of Columbia Tax Commissioner (Docket No. 9232);
                          Tax Commissioner of Bulloch County, Georgia (Docket No. 9233);
                          Tax Commissioner of DeKalb County (Docket No. 9237);
                          Gwinnett County Tax Commissioner (Docket No. 9256 and 9316);
                          Tax Commissioner of Douglas County, Georgia (Docket No. 9258);
                          Tuscaloosa County, Alabama Tax Commissioner (Docket No. 9265); and

Morgan County, Alabama Revenue Commissioner (Docket No. 9317).

Status:        The Debtors will proceed with the Objection.

5.    *Convergint Technologies, LLC's Objection to Notices of Transfer of Claims filed by LCH Opportunities as to Creditor "Servidian" and to Underlying Claims Transfers (Docket No. 8014)*

Response Deadline:  Expired.

Responses:      No responses have been filed.

Status:        The Debtors have been informed that Convergint will proceed with the Objection.

Dated:  July 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By    *s/ D. J. Baker*
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00537289