UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817 |
| Debtors. | (Jointly Administered) |

## APPLICATION OF GOODING'S SUPERMARKETS, INC. FOR ALLOWANCE OF PRIORITY ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) AND 507(a)(2)

COMES NOW GOODING'S SUPERMARKETS, INC. ("Gooding's") by and through its undersigned counsel, and hereby files this Application for Allowance of Priority Administrative Expenses Pursuant To 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) (the "Application") and in support thereof states as follows:

### BACKGROUND

1. On or about February 21, 2005, (the "Petition Date") the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). The Debtors continue to operate as debtors-in-possession under §§1107 and 1108 of the Bankruptcy Code. The Debtors' cases are being jointly administered.

2. Gooding's was the Sub-Landlord under that certain sublease dated October 12, 2000, between the Debtor and Gooding's regarding Winn-Dixie Store number 2387, located at 1024 E. Highway 436, Casselberry, Florida 32707, (the "Sublease"), A copy of the Sublease is attached hereto as *Exhibit "A"*.

3. On or about May 19, 2006, the Court entered its Order Authorizing Debtors to Reject Additional Store Leases, Establishing Rejection Damage Claim Bar Date and Granting Related Relief (the "Order"). Pursuant to the Order, the Sublease was rejected as of May 18, 2006 (the "Rejection Date").

4. Winn-Dixie Stores, Inc., (the "Debtor") has defaulted under the terms of the Sublease by failing to make certain required payments under the Sublease arising after the Petition Date and prior to the Rejection Date.

5. As a result of said default, the Debtor currently owes Gooding's the total amount of $9,755.66 (the "Administrative Expense") as set forth in the in Gooding's Administrative Proof of Claim filed herein on June 15, 2006, and assigned Claim Number 13293, a copy of which is attached hereto as ***Exhibit "B"***. Said amount is properly asserted as an administrative expense pursuant Sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code, and are entitled to priority treatment in the Chapter 11 Case and any subsequent liquidation.

6. A debtor (or a trustee on behalf of the estate) is required to timely perform all post-petition obligations under an unexpired lease of nonresidential real property and must do so until the lease is assumed or rejected. 11 U.S.C. § 365(d)(3); *see also In re Florida Lifestyle Apparel, Inc.*, 221 B.R. 897, 900-01 (Bankr. M.D. Fla. 1997)

7. Gooding's is entitled to allowance and payment of the Administrative Expense under Section 503(b)(1)(A) of the Bankruptcy Code.

WHEREFORE, Gooding's respectfully requests that the Court enter an Order allowing Gooding's Administrative Expense, and such other and further relief as the Court may deem just and appropriate.

_____
Matt E. Beal, Esquire
Florida Bar No. 0865310
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 418-6259
Facsimile: (407) 843-4444
Electronic Mail: matt.beal@lowndes-law.com
Attorneys for Gooding's Supermarkets, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 26 day of July, 2006, to the extent that the foregoing APPLICATION OF GOODING'S SUPERMARKETS, INC. FOR ALLOWANCE OF PRIORITY ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) AND 507(a)(2) was not served electronically via the CM/ECF System, I caused a copy of same to be served via first class mail postage prepaid, to the persons on the attached Service List.

_____
Matt E. Beal, Esq.

## SERVICE LIST

Winn-Dixie Stores, Inc. et al,
5050 Edgewood Court
Jacksonville, Florida 32254-3699

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Sarah Robinson Borders
Brian C. Walsh
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303

United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Elena L Escamilla
Office of the U.S. Trustee
135 W Central Blvd., Ste 620
Orlando, FL 32806

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202