UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

Debtors.   Jointly Administered

**OBJECTION TO PROPOSED CURE AMOUNT REGARDING STORE NUMBER 676 AS SET FORTH IN DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

Great Oak, LLC ("GO"), and GE Capital Realty Group, Inc. as servicing agent for GO (collectively, "GE"), by and through their undersigned counsel, object to the Proposed Cure Amount set forth in the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and represent as follows:

1. Prior to the filing of the case, the Debtors entered into a lease ("Lease") with GE identified by the Debtors as Store No. 676. Pursuant to the Lease, the Debtors are obligated to pay the monthly base rent (with scheduled rent increases, if any) along with various ancillary charges for certain services including, without limitation, trash reimbursement and utilities reimbursement. Attached hereto as *Exhibit A* is a copy of the Lease.

2. Pursuant to Exhibit A of the Motion, the Debtors identify the Lease as one that they intend to assume as part of the Plan. Further, pursuant to Exhibit B of the Motion, the

Debtors assert that the only sum due and owing under the Lease is the sum of $3,127.23.

3. GE asserts (and has filed an Amended Claim to this effect, a copy of which is attached hereto as *Exhibit B*), that $6,158.92 remains due and owing. This amount consists of unpaid real estate taxes in the amount of $5,094.73, and unpaid water and sewer charges in the amount of $1,064.19. Copies of the invoices reflecting these open charges are attached hereto as *Exhibit C*.

4. GE hereby objects to the sum proposed in Exhibit B of the Motion, and requests that the amount paid to GE as part of any assumption be amended to reflect the total sum of $6,158.92 due and owing as a cure amount.

Dated: July 26, 2006

**MORITT HOCK HAMROFF &
HOROWITZ LLP**
Leslie A. Berkoff (LB-4584)
400 Garden City Plaza
Garden City, NY 11530
lberkoff@moritthock.com
(516) 873-2000
(516) 873-2010

and

HELD & ISRAEL
By: _____
Kimberly Held Israel
Florida Bar #47287
Adam N. Frisch
Florida Bar #635308
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile