B10 (Official Form 10) (12/03)

| UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA | **Amended** PROOF OF CLAIM |
|---|---|

| Name of Debtor: Winn Dixie Stores, Inc. | Case Number: 05-03817 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
GE Capital Realy Group, Inc. as servicing agent for Watch Omega Holdings, LP

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
c/o Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, New York 11530
Attn: LAB
Telephone number: 516-873-2000

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☑ amends a previously filed claim, dated: July 29, 2005

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other  Real Property Lease Agreement Store 676

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #:_____
Unpaid compensation for services performed
from _____ to _____
     (date)        (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed*:** $ 6,158.92 (See Attached)          $ 6,158.92
      (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. *If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☑ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 6,158.92

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority  $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § ____ ).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 1/24/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Holly L. Judson, Regional Property Manager  [signature]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

[Stamp: 2006 JAN 27 AM 9:39 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA]
[Stamp: RECEIVED LOGAN & COMPANY, INC. AS AGENT]

Exhibit "B"

**Rider to Proof of Claim \***

GE Capital Realty Group, Inc as servicing agent for Watch Omega Holdings, LP (the "Landlord") asserts a claim under a pre-petition lease for the business at store number 676 located at 185 East Bloomingdale Ave., Brandon, FL 33511 (the "Lease").[1] As of the Filing Date the sum of $1,064.19 is for water/sewer reimbursement and $5,094.73 is for real estate taxes remain open under the Lease. (A copy of the Lease is available upon written request).

\* Documents available upon written request.

---

[1] In the event the Debtor rejects the Lease, Landlord reserves the right to supplement and/or amend this claim

F:\GECC\Winn Dixie\docs\Rider to Proof of Claim Watch Omega Amended.doc

B10 (Official Form 10) (12/03)

| UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Winn Dixie Stores, Inc. | Case Number:<br>05-03817 | Claim # 10253 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>GE Capital Realy Group, Inc as servicing agent for<br>Watch Omega Holdings, LP | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent:<br>c/o Moritt Hock Hamroff & Horowitz LLP<br>400 Garden City Plaza<br>Garden City, New York 11530<br>Attn: LAB<br>Telephone number: 516-873-2000 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends a previously filed claim, dated: _____ | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  Real Property Lease Agreement Store 676

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #:_____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed*:** $ 1,064.19 (See Attached)    $ 1,064.19
(unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. *If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☑ Other _____

Value of Collateral:  $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 1,064.19

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority   $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -11 U S C § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § _____

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain  If the documents are voluminous, attach a summary.*

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>7/25/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>Jerry Tonn, VP of GE Capital Realty Group, Inc. | THIS SPACE IS FOR COURT USE ONLY<br>U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA<br>2005 JUL 29 PM 3:34<br>RECEIVED LOGAN & COMPANY, INC. AS AGENT |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## Rider to Proof of Claim *

GE Capital Realty Group, Inc. as servicing agent for Watch Omega Holdings, LP (the "Landlord") asserts a claim under a pre-petition lease for the business space located at The Promenades Center, 1415 South Novo Rd., Daytona Beach, Florida, Store number 676 (the "Lease").[1] As of the Filing Date the sum of $1,064.19 for waste service reimbursement remain open under the Lease. (A copy of the Lease is available upon written request).

* Documents available upon written request.

---

[1] In the event the Debtor rejects the Lease, Landlord reserves the right to supplement and/or amend this claim.

F:\GECC\Winn Dixie\docs\Rider to Proof of Claim Watch Omega.doc