4/1/2005 bill for Account 0052185000.00                                    Page 1 of 2

 **CBSI**®    Conservation Billing Services, Inc.    **Payment Due:** 4/29/2005
PO Box 628329
Orlando, FL 32862-8329    **Account #:** 0052185000.00

Billing Period: 3/2/2005 thru 4/1/2005

| | | | | Customer | 8:00 a.m. to 5:00 p.m. EST |
| | | | | Care | Monday through Friday |

4/1/2005  0052185000.00
WINN DIXIE #676, C/O CASS INFO
PO Box 182590
Columbus OH 43218-2590

National #   1 (800) 466-6668
Hillsborough
& Pinellas   (813)884-6017
When calling, please have account number available

Service Address:
185 E BLOOMINGDALE AVE

| Prev Read | Curr Read | Usage | Description of Service | Transaction Date | Amount |
|---|---|---|---|---|---|
| | | | Balance Forward | | $1239.33 |
| | | | Cash Receipt | 3/24/2005 | -$175.14 |
| 13020 | 13570 | 55000 | WATER CHARGE: | | $308.34 |
| 0 | 0 | 55000 | SEWER CHARGE: | | $241.26 |

handwritten: 1,064.19

Total Amount Due:                                    1613.79

## Bill Comments

**THIS BILL IS DUE UPON RECEIPT**
**Please do not send cash, and remember to include your account number on your check.**

## Conservation Tips

1. Toilets are the biggest source of water waste. If you suspect a leak, put some food coloring into your tank to see if it leaks into the bowl
2. Check faucets for leaks. Just a slow drip can waste 15 to 20 gallons per day
3. Please promptly report any sources of water waste to your property management personnel.
4. Only do full loads of dishes or laundry to conserve water and electricity.
5. To conserve electricity, lower the thermostat on your water tank while away for extended periods.

**PAYMENT INFORMATION**
**DO NOT SEND CASH**

**METER READINGS**
Meters are read on a monthly basis. Meter read dates and usages are listed on your bill. Most of our meters contain a leak indicator, such as a small triangle that

http://www.cbsi.cc/myinfo/UT_Bill_Detail.asp?DocumentSuffix=3786650&CustID=0052...   1/13/2006

Exhibit "C"

4/1/2005 bill for Account 0052185000.00                                    Page 2 of 2

To ensure proper credit, please include the account number on your check. Please return the bottom portion of your bill in the envelope provided, or mail to:
CBSI
PO Box 628329
Orlando, FL 32862-8329

Please allow 5 days for mail.

Please direct all correspondence to:
CBSI
5454 W. Crenshaw St.
Tampa, FL 33634-3007

### TELEPHONE NUMBERS
For billing inquiries: 1-800-466-6668
Hillsborough & Pinellas (813)884-6017
Fax# (813)886-5949

Para nuestros clientes en espanol por favor llamar al 1-800-466-6668

When calling, please have account number available

### DELINQUENT ACCOUNT INFORMATION
Past due accounts are reported to your property management monthly
Bills are due upon receipt A late payment fee may be assessed if payment is not received by the due date specified on the front of the bill.
Returned checks will be charged a $29.00 fee.

This page was refreshed 1/13/2006 10:07:57 AM

turns when water is being used Should this dial turn or numbers advance when no water is being used, it may indicate a leak. Please contact your property office and report this immediately.

### IF YOUR BILL SEEMS HIGH

1. Be sure to look over your bill and check the following:
    - Make sure the previous balance is not overlooked
    - How many days are in the billing cycle?
    - Is there a deposit included?
2. Immediately have your property maintenance personnel check for possible leaks.
3. If, after reviewing the above steps, you would still like to have your meter inspected, CBSI would be happy to provide this service. Please remember that there is less than a 1% meter error. If the meter is found to be operating correctly, you will be charged a $35.00 fee.

### MOVE OUT
Do not call and report when you are moving out as this information is only accepted from your property management



December 12, 2005

GMH Capital Partners
3733 University Blvd. W.
Jacksonville, FL 32217

*Via Telecopy with Confirmation and*
*Certified mail, Return Receipt*
7100 6921 9020 0006 5062

Re:   Store # 676

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received your request for reimbursement of the amount of $35,761.06 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $30,666.33.

(ck mailed seperate)

Sincerely,

35,761.06
-30,666.33
―――――
5,094.73

Richard M. Tansi
Winn Dixie Stores, Inc.

Winn-Dixie Stores, Inc.    5050 Edgewood Court    P.O. Box B    Jacksonville, Florida 32203-0297    Phone (904) 783-5000



GMH CAPITAL PARTNERS ASSET SERVICES, LP
3733 UNIVERSITY BOULEVARD WEST
JACKSONVILLE, FL 32217

**GMH Capital Partners**
Real Estate Resources & Solutions
*We're Invested*

PHONE 904.636.0616
FAX 904.636.0119

December 2, 2004



CERTIFIED MAIL
RETURN RECEIPT REQUESTED

DEC - 5

Winn-Dixie Stores, Inc.
Attn: Jane DeWitte, Area Property Manager
5050 Edgewood Court
Jacksonville, FL

RE:   **WINN-DIXIE STORE #676**
      **BLOOMINGDALE PLAZA**
      **2005 REAL ESTATE TAXES**

Dear Jane:

Pursuant to the terms of the lease for the above referenced store, Winn-Dixie is to reimburse the Landlord for its prorata share of the real estate taxes. The total due for the 2005 real estate taxes is $35,761.06 and is calculated as follows:

| | |
|---|---|
| Winn-Dixie Store #676 Square Footage | 47,195 |
| Shopping Center Square Footage | 83,192 |
| Prorata Share | 56.7302% |
| | |
| Amount Ad Valorem RE Taxes | $140,305.33 |
| Less 4% Discount | (5,612.21) |
| Less Base Year | (71,656.05) |
| | $63,037.07 |
| Times Winn-Dixie's Prorata Share | 56.7302% |
| **Total Amount Due** | **$35,761.06** |

A copy of the tax bills are attached for your reference. Please remit to Watch Omega Holdings, LP, at your earliest opportunity.

If you have any questions, please do not hesitate to call me.

Sincerely,
GMH CAPITAL PARTNERS ASSET SERVICES, LP
As Agent for Watch Omega Holdings, LP

Holly L. Judson
Regional Property Manager

Attachments

## HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**2005**

| P/M ID | 2172577 | PIN | U-11-30-20-ZZZ-000002-87140.0 | FOLIO NO. | 74707-0000 |
|---|---|---|---|---|---|
| | | | | TAX DISTRICT | A |

| TAXING AUTHORITY | ASSESSED VALUE | EXEMPTION | TAXABLE VALUE | MILLAGE RATE (DOLLARS PER $1000 OF TAXABLE VALUE) | TAX AMOUNT |
|---|---|---|---|---|---|
| COUNTY OPERATING | 695829 | 0 | 695829 | 6.92570 | 4,819.10 |
| ENVIRONMENTAL LAND | 695829 | 0 | 695829 | 0.08400 | 58.45 |
| COUNTY M.S.T.U. | 695829 | 0 | 695829 | 5.16210 | 3,591.94 |
| LIBRARY-SERVICE | 695829 | 0 | 695829 | 0.69230 | 481.72 |
| PARK BONDS - UNINCORPORATED | 695829 | 0 | 695829 | 0.03590 | 24.98 |
| SCHOOL I-SF | 695829 | 0 | 695829 | 0.00900 | 6.26 |
| SCHOOL - LOCAL | 695829 | 0 | 695829 | 2.76000 | 1,920.49 |
| SCHOOL - STATE | 695829 | 0 | 695829 | 5.16800 | 3,596.04 |
| PORT AUTHORITY | 695829 | 0 | 695829 | 0.26000 | 180.92 |
| HILLS CO TRANSIT AUTHORITY | 695829 | 0 | 695829 | 0.50000 | 347.91 |
| CHILDRENS BOARD | 695829 | 0 | 695829 | 0.50000 | 347.91 |
| WATER MANAGEMENT | 695829 | 0 | 695829 | 0.42200 | 293.64 |
| WATER MANAGEMENT A | 695829 | 0 | 695829 | 0.24000 | 167.00 |

| | TOTAL MILLAGE | 22.75900 | AD VALOREM TAXES | 15,836.36 |
|---|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| AUTHORITY | PURPOSE | AMOUNT |
|---|---|---|
| COUNTY SOLID WASTE | SW DISPOSAL | 85.43 |
| COUNTY SOLID WASTE SWC | SW COLLECTION | 85.16 |

| OWNER NAME(S)/PROPERTY LOCATION | | |
|---|---|---|
| 6900 CORP | NON-AD VALOREM ASSESSMENTS | 170.59 |
| | COMBINED TAXES & ASSESSMENTS | 16,006.95 |

**LEGAL DESC.** ESCROW CODE
W 165 FT OF E 1/2 OF NW 1/4 OF NW 1/4 LESS RD R/W

---

*If paying by mail: Please detach and return bottom part with your payment*

### HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**Amount - If Paid by:**

| Amount | Date |
|---|---|
| 15,366.67 | Nov 30 05 |
| 15,526.74 | Dec 31 05 |
| 15,686.81 | Jan 31 06 |
| 15,846.88 | Feb 28 06 |
| 16,006.95 | Mar 31 06 |
| 16,489.91 | Delinquent * Apr 1-May 31 06 |

*Please make checks payable in US Funds to Doug Belden*

* Certified Funds Required

PIN U-11-30-20-ZZZ-000002-87140.0  PROP ID 2172577   Tax Year 2005

| ASSESSED VALUES | ESCROW CODE | MILLAGE CODE | FOLIO NO. |
|---|---|---|---|
| TOTAL 695829 | | A | 74707-0000 |

Paid By:

JUST VALUE  695829
W 165 FT OF E 1/2 OF NW 1/4 OF NW 1/4 LESS RD R/W

DOUG BELDEN, TAX COLLECTOR
601 E. KENNEDY BLVD. 14TH FLOOR
TAMPA FL 33602-4931

6900 CORP
2 BENT TREE TOWER
16479 DALLAS PARKWAY STE 400
DALLAS TX 75248

*** Paid ***   11/30/2005   76303 - 84   15366.67

## HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**2005**

| P/M ID | 2172583 | PIN | U-11-30-20-ZZZ-000002-87170.0 | | FOLIO NO. | 74709-0000 |
|---|---|---|---|---|---|---|
| | | | | | TAX DISTRICT | A |

| TAXING AUTHORITY | ASSESSED VALUE | EXEMPTION | TAXABLE VALUE | MILLAGE RATE (DOLLARS PER $1000 OF TAXABLE VALUE) | TAX AMOUNT |
|---|---|---|---|---|---|
| COUNTY OPERATING | 5469000 | 0 | 5469000 | 6.92570 | 37,876.65 |
| ENVIRONMENTAL LAND | 5469000 | 0 | 5469000 | 0.08400 | 459.40 |
| COUNTY M S.T.U. | 5469000 | 0 | 5469000 | 5.16210 | 28,231.52 |
| LIBRARY-SERVICE | 5469000 | 0 | 5469000 | 0.69230 | 3,786.19 |
| PARK BONDS - UNINCORPORATED | 5469000 | 0 | 5469000 | 0.03590 | 196.34 |
| SCHOOL I-SF | 5469000 | 0 | 5469000 | 0.00900 | 49.22 |
| SCHOOL - LOCAL | 5469000 | 0 | 5469000 | 2.76000 | 15,094.44 |
| SCHOOL - STATE | 5469000 | 0 | 5469000 | 5.16800 | 28,263.79 |
| PORT AUTHORITY | 5469000 | 0 | 5469000 | 0.26200 | 1,421.94 |
| HILLS CO TRANSIT AUTHORITY | 5469000 | 0 | 5469000 | 0.50000 | 2,734.50 |
| CHILDRENS BOARD | 5469000 | 0 | 5469000 | 0.50000 | 2,734.50 |
| WATER MANAGEMENT | 5469000 | 0 | 5469000 | 0.42200 | 2,307.92 |
| WATER MANAGEMENT A | 5469000 | 0 | 5469000 | 0.24000 | 1,312.56 |

**CORRECTION NOTICE BC-188 11/14/2005**

| TOTAL MILLAGE | 22.75900 | AD VALOREM TAXES | 124,468.97 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| AUTHORITY | PURPOSE | AMOUNT |
|---|---|---|
| STORMWATER MANAGEMENT | STORMWATER CONTROL | |

**OWNER NAME(S)/PROPERTY LOCATION**
WATCH OMEGA HOLDINGS LP

101 E BLOOMINGDALE RD

| NON-AD VALOREM ASSESSMENTS | 2,303.95 |
|---|---|
| COMBINED TAXES & ASSESSMENTS | 126,772.92 |

**LEGAL DESC.** ESCROW CODE
Partial Legal Description: NW 1/4 OF NW 1/4 OF NW 1/4 AND N 1/2 OF SW 1/4 OF NW 1/4 OF NW 1/4 LESS TRACT DESC COM AT NW COR OF NW 1/4 OF NW 1/4 RUN S 64 FT THN E 52 FT TO PT OF INTSEC OF S R/W LINE OF BLOOMINGDALE AVE AND E

*If paying by mail: Please detach and return bottom part with your payment.*

## HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**Amount - If Paid by:**  PIN U-11-30-20-ZZZ-000002-87170.0 PROP ID 2172583    Tax Year 2005

| Amount | Date |
|---|---|
| 121,702.00 | Nov 30 05 |
| 122,969.73 | Dec 31 05 |
| 124,237.46 | Jan 31 06 |
| 125,505.19 | Feb 28 06 |
| 126,772.92 | Mar 31 06 |
| 130,578.86 | Delinquent* Apr 1-May 31 06 |

*Please make checks payable to Doug Belden / US Funds*
* Certified Funds Required

| ASSESSED VALUES | ESCROW CODE | MILLAGE CODE | FOLIO NO. |
|---|---|---|---|
| TOTAL 5469000 | | A | 74709-0000 |

Paid By:

JUST VALUE  5469000

NW 1/4 OF NW 1/4 OF NW 1/4 AND N 1/2 OF SW 1/4 OF NW 1/4 OF NW 1/4 LESS TRACT DESC COM AT NW COR OF NW 1/4 OF NW 1/4 RUN S 64 FT THN E 52 FT TO PT OF INTSEC OF S R/W LINE OF BLOOMINGDALE AVE AND E etc.

DOUG BELDEN, TAX COLLECTOR
601 E. KENNEDY BLVD. 14TH FLOOR
TAMPA FL 33602-4931

WATCH OMEGA HOLDINGS LP
292 LONG RIDGE RD
STAMFORD CT 06902-1627

*** Paid ***   11/30/2005   76302 - 84   121702.00

```
AZIIMS                        EDIT MANUAL-MAINTENANCE PAYMENT

LEASE NUMBER 11 0676 0001                      VOUCHER NUMBER 84983

PAYMENT TYPE:     MT    REAL ESTATE TAX       EXTRACT DATE: 12/20/2005
DESCRIPTION:                                   MAINTENANCE CODE:

A\P VEN NO:     234531  W-D INV NO:    0676RET2005  VEN INV NO: RET4461POSTPET
WATCH OMEGA HOLDINGS LP
C/O GMH CAPITAL PARTNERS ASSET
3733 UNIVERSITY BLVD WEST
JACKSONVILLE                  FL   32217
INVOICE DATE: 12/12/2005  DUE DATE: 12/20/2005  INVOICE AMOUNT:      30,666.33
DISCOUNT:                 PERIOD OF BILLING: 02/21/2005  to 12/31/2005
ATTACHMENT FLAG:          CREDIT MEMO FLAG:         FORWARD CODE:
                                                        ****SALES TAX*****
        AMOUNT   Ind      Act     CENTER    GL    SEQ   State County City
     30,666.33           118300   9001811   117    1


NO CHANGES ALLOWED. RECORD EXTRACTED.
F1-HELP    F9-SPEC UPDATE      ENTER-UPDATE    F12-VOID    F3-EXIT    F5-ABORT
```

