**UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:                                                                  Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,        Chapter 11
Debtors

Jointly Administered

**OBJECTION TO DISCLOSURE STATEMENT BY HENRICO COUNTY, VIRGINIA**

Comes over-secured creditor, Henrico County, Virginia ("Henrico"), by counsel, and respectfully objects to the proposed treatment of Class 10, Secured Tax Claims, summarized on page 8 of the Disclosure Statement.

Henrico's $11,610.38 (plus interest) claim (#7447) constituted a valid first lien on debtors' tangible business personal property assets located at the stores debtors previously operated in Henrico County, Virginia to secure payment of its claim for ad valorem taxes for year 2005. The debtors sold these assets free and clear in this proceeding with Henrico's lien attaching to the proceeds. Henrico has not received any report of the results of the sale but believes that the proceeds substantially exceeded Henrico's tax claim. Henrico is entitled to immediate payment of its taxes plus interest from the segregated sale proceeds. The treatment proposed for Class 10 is not authorized by the Code for payment of Henrico's secured tax claim.

Accordingly, Henrico prays its objection be sustained and that the Disclosure Statement (and Plan) be amended to provide for full payment to Henrico in cash on the confirmation or effective date.

Respectfully submitted,

COUNTY OF HENRICO, VIRGINIA

By /s/ Rhysa Griffith South

Rhysa Griffith South, (VSB #25944)
   Assistant County Attorney
Office of County Attorney
County of Henrico
P. O. Box 27032
Richmond, Virginia 23273-7032
Telephone:   (804) 501-5091
Facsimile:    (804) 501-4140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Objection To Disclosure Statement by Henrico County, Virginia has been served this 26th day of July, 2006 by Notice of Electronic Filing on **Skadden, Arps, Slate, Meagher, & Flom, LLP,** Attention: Rosalie Walker Gray (rgray@skadden.com), Attorneys for Debtors; **Smith Hulsey & Busey,** Attention: Cynthia C. Jackson (cjackson@smithhulsey.com), Attorneys for Debtors; **Milbank, Tweed, Hadley & McCloy, LLP,** Attention: Mathew Barr (mbarr@milbank.com) Attorneys for Unsecured Creditors Committee; and **United States Trustee,** Attention: Elena L. Escamilla; (elenal.escamilla@usdoj.gov)

COUNTY OF HENRICO, VIRGINIA

By /s/ Rhysa Griffith South