# EXHIBIT A

FROM :L Watkins					FAX NO. :775 831 2950					Jul. 20 2006 02:14PM P1

A5789

## 2005 DELINQUENT REAL ESTATE
## YOUR TAXES ARE NOW DELINQUENT

**RETAIN THIS TOP PORTION FOR YOUR RECORDS**

**KEN BURTON, JR.**
MANATEE COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES & NON-AD VALOREM ASSESSMENTS**
www.taxcollector.com
*SEE REVERSE SIDE FOR INSTRUCTIONS*

| PROPERTY NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE |
|---|---|---|---|---|---|
| 5741500002 | | 4,271,893 | 0 | 4,271,893 | 0303 |

| DELINQUENT TAX AMOUNT | Outstanding Tax | + Late Interest | + Advertising | Total Due By MAY 31 | |
|---|---|---|---|---|---|
| | 81,185.74 | 2,435.57 | 6.00 | | 83,627.31 |

PLEASE PAY BY CASH, CASHIER'S CHECK, MONEY ORDER OR CERTIFIED FUNDS TO KEN BURTON, JR. TAX COLLECTOR • P.O. BOX 25300 • BRADENTON, FL 34206-5300

WATKINS INVESTMENTS LIMITED PARTNERSHIP
751 CHAMPAGNE ROAD
INCLINE VILLAGE NV 89451-8001

SEC 13 TNSHP 35S RNG 17E
COM AT THE NE COR OF THE E1/2 OF
THE NW1/4 OF THE NW1/4 OF THE NE1/4
OF SEC 13, TWN 35S, RNG 17E; TH N
89 DEG 26 MIN 38 SEC W ALONG THE N
(CONTINUATION ON TAX ROLL)
PAD: 1010 53RD AVE E

\*\*\* Pay taxes online at www.taxcollector.com - See website for Online Payment FAQ's and restrictions.\*\*\*

FROM :L Watkins                FAX NO. :775 831 2950           Jul. 20 2006 02:13PM  P1

| Check Date: 01.May.2006 | | | | | Check No. | 008197509 |
|---|---|---|---|---|---|---|
| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
| WDHDQ | 0630RET2005 | 01.May.2006 | 00713717 | 69,619.55 | 0.00 | 69,619.55 |

*2005 - TAXES  83627.31*
*WINDIXE PAID  69619.55*
*WATKINS PAID  14007.76*   *WINNDIXE OWES WATKINS*

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000232966 | WATKINS INVESTMENT | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008197509 | 01.May.2006 | $69,619.55 | $0.00 | $69,619.55 |