**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                              CASE NO.: 05-03817-3F1

**WINN-DIXIE STORES, INC., et al.,**                Chapter 11

      **Debtors.**[1]

**LIMITED OBJECTION OF NAVARRE SQUARE, INC. TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

Navarre Square, Inc. ("Navarre"), files this objection to the *Debtors' Second Omnibus Motion For Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief* (the "Motion"), as follows:

**PROCEDURAL BACKGROUD**

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "New York Court"). By order dated April 13, 2005, the New York Court transferred venue of these cases to this Court.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Check Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2. Navarre is the landlord and Winn-Dixie Montgomery, Inc. is the tenant (the "Tenant"), pursuant to a lease dated December 16, 1998, as amended (the "Store #501 Lease"), for the premises known as Navarre Square in Navarre, Florida.  Winn-Dixie Stores, Inc. (the "Guarantor") guaranteed the Tenant's obligations under the Store #501 Lease.  On July 12, 2005, Navarre filed proofs of claim against the Tenant, claim #6050, and the Guarantor, claim #6049, for the Tenant's prepetition arrearages for 2004.

3. Navarre will be amending its proofs of claim to add the Tenant's prorated prepetition arrearages for 2005.  Upon information and belief, the Tenant is current on its post-petition 2005 obligations as of the date of this filing.  Navarre reserves all rights, claims, and defenses.

4. On or about June 30, 2006, the Debtors filed the Motion, requesting authority to assume and fix the cure amount for the Store #501 Lease.

**RELIEF REQUESTED**

5. Section 365 of the Bankruptcy Code, provides that a debtor may not assume an unexpired lease, unless at the time of the assumption of such lease, the debtor cures any defaults, compensates for any actual pecuniary loss resulting from such default, and provides adequate assurance of future performance under such lease.

6. Navarre files this limited objection to the Motion because the Motion incorrectly sets the cure amount for the Store #501 Lease.

7. The Debtors propose to set the cure amount for its defaults under the Store #501 Lease at $22,606.55.

8. The correct cure amount for Store #501 Lease is $37,411.57 under the terms of the lease.

9. Accordingly, the Motion fails to comply with Section 365 of the Bankruptcy Code because the Debtors do not propose to pay a sufficient amount to cure all defaults under the Store #501 Lease.

**WHEREFORE**, premises considered, Navarre respectfully requests that this Court:

(1) deny the Motion as stated; or in the alternative

(2) grant the Motion but allow and fix the cure claim amount for the Store #501 Lease at $37,411.57; and

(3) provide such other and further relief as the Court deems just and proper.

Respectfully submitted this 26th day of July, 2006.

/s/ Patrick Darby_____.
Patrick Darby, Esq.
Helen D. Ball, Esq.
Counsel for Navarre Square, Inc.

**BRADLEY ARANT ROSE & WHITE LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

1/1366066.1                     3

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005; John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202; and to the Office of the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32801 on this 26th day of July, 2006.

      /s/ Patrick Darby  
      Of Counsel