## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Notice of Withdrawal of Proof of Claim No. 10762 filed by James B. Wall and the firm of Bunside Wall LLP on behalf of the Estate of Edward O. Ergle, deceased.

Dated: July 26, 2006.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___s/ D. J. Baker_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By ___s/ James H. Post_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

00538658

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No. 05-3817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al.,) | | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

---

## NOTICE OF WITHDRAWAL

The undersigned James B. Wall and the firm of Burnside Wall LLP withdraws from the

further prosecution of the Proof of Claim (No. 10762), with the consent of the Estate of Edward

O. Ergle.

This _18th_ day of July, 2006.

BURNSIDE WALL LLP

By:_____

James B. Wall
454 Greene Street
Augusta, GA 30901

Attorney for Edward O. Ergle, deceased