

December 9, 2005

Investment Management Associates
1575 San Ignacio Avenue, Suite 100
Coral Gables, Florida 33146

*Via Telecopy with Confirmation and Certified mail, Return Receipt*
7100 6921 9020 0006 4706

Re:    Store # 370

Dear Landlord:

    On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

    The Debtors have received your request for reimbursement of the amount of $47,946.14 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

    As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $41,115.46.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

EXHIBIT "B"

Winn-Dixie Stores, Inc.    5050 Edgewood Court    P.O. Box B    Jacksonville, Florida 32203-0297    Phone (904) 783-5000

#7582    P.004/008    INVESTMENT MNGMNT    3056661803 15:20 2006.06.JUL

Check Date: 12.Dec.2005    Check No. 008140483

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | 0370RET2005 | 09.Dec.2005 | 00684767 | 41,115.46 | 0.00 | 41,115.46 |

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000191760 | SUNSET W SHOPPING PLAZA | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008140483 | 12.Dec.2005 | $41,115.46 | $0.00 | $41,115.46 |

The face of this document has a red background on white paper, micro-printing and a security watermark on reverse side.

Winn Dixie Stores, Inc.
Debtor-In-Possession
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK, N.A.
Pensacola, FL 32534

008140483
63-1012/632

Date  12.Dec.2005.

Pay Amount  $41,115.46***

Pay  ****FORTY-ONE THOUSAND ONE HUNDRED FIFTEEN AND 46 / 100 US DOLLAR****
To The Order Of

Winn Dixie Stores, Inc. Consolidated Disbursement Account

SUNSET W SHOPPING PLAZA
INVESTMENT MANAGEMENT ASS
1575 SAN IGNACIO AVE STE 100
CORAL GABLES FL 33146

KD Hardee
Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

⑆008140483⑆ ⑈063210125⑈ 207994000225⑈

VOID

 

**INVESTMENT MANAGEMENT ASSOCIATES**

November 15th, 2005

Ms. Jane DeWitte
Winn Dixie Stores Inc.
5050 Edgewood Court
Jacksonville, FL. 32203-0297

RE: Store # 370, Sunset Plaza - 8710 Sunset Drive, Miami FL.

Dear Jane,

Enclosed is the recovery calculation for the 2005 Property Tax. The Winn Dixie prorated share is $47,946.14. We would like to take advantage of the 4% November payment discount.

Please remit payment immediately to:  Sunset West Shopping Center
                                                  c/o Investment Management Associates Inc.
                                                  1575 San Ignacio Avenue, Suite 10
                                                  Coral Gables, FL. 33146

I can be contacted at (305) 661-0110 if you have any questions.

Sincerely,

*Jacqueline Webley*
Jacqueline Webley
Financial Controller

Enclosures

1575 SAN IGNACIO AVENUE, SUITE 100, CORAL GABLES, FLORIDA 33146    305.661.0110    FAX: 305.661.7803

Case 3:05-bk-03817-JAF  Doc 9593-2  Filed 07/26/06  Page 4 of 5


**INVESTMENT MANAGEMENT ASSOCIATES**



Winn Dixie Stores, Inc.
Jacksonville/Miami Division
Attn: Jane De Witte/Store #370
5050 Edgewood Ct.
Jacksonville FL 32203-0297

LOCATION  Winn Dixie Location # 370
          Sunset West Plaza
          8710 Sunset Drive
          Miami, FL 33173

INVOICE - Real Estate Tax 2005          INVOICE DATE - 11/15/05

Recovery Calculation for Real Estate Tax

| | | | |
|---|---|---|---|
| Square Footage of store | 28465 | Expense Amount | $123,811.02 |
| Parcel square footage | 73505 | Prorata share | 38.73% |
| | | Winn Dixie prorated amount | $47,946.14 |
| | | Sales Tax | $0.00 |
| | | Total Amount Due | $47,946.14 |

Please pay the total amount due immediately. The real estate tax has been paid to take advantage of the 4% discount saving which has been passed on to you.

1575 SAN IGNACIO AVENUE, SUITE 100, CORAL GABLES, FLORIDA 33146    305.661.0110    FAX: 305.661.7803

# 2005 REAL ESTATE PROPERTY TAXES

Miami-Dade County, Florida

## NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

255664

| FOLIO NUMBER | MUNICIPALITY | MILL CODE | ASSESSED VALUE |
|---|---|---|---|
| 30-4033-001-0011 | UNINC. MIAMI-DADE | 3000 | 6,050,291 |

**Mailing Address**
JEFFREY SANDELMAN & SUSAN TRS
% ANTHONY F BALZEBRE
135 LEUCADENDRA DR
CORAL GABLES FL 33156

**Property Address**
7300 SW 87 AVE

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE PER $1,000 OF TAXABLE VALUE | | TAXES LEVIED |
|---|---|---|---|
| School Board | 7.94700 | 6,050,291 | 48,081.66 |
| School Board Debt Service | 0.49100 | 6,050,291 | 2,970.69 |
| Florida Inland Navigation Dist | 0.03850 | 6,050,291 | 232.94 |
| South Florida Water Mgmt District | 0.59700 | 6,050,291 | 3,612.02 |
| Everglades Construction Project | 0.10000 | 6,050,291 | 605.03 |
| Childrens Trust Authority | 0.42880 | 6,050,291 | 2,594.36 |
| County Wide Operating | 5.83500 | 6,050,291 | 35,303.45 |
| County Wide Debt Service | 0.28500 | 6,050,291 | 1,724.33 |
| Library District | 0.48600 | 6,050,291 | 2,940.44 |
| Fire Rescue Operating | 2.60900 | 6,050,291 | 15,785.21 |
| Fire Rescue Debt Service | 0.05200 | 6,050,291 | 314.62 |
| Unincorporated Operating | 2.44700 | 6,050,291 | 14,805.06 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| | | | |

Combined taxes and assessments $128,969.81

**SAVE TIME. PAY ONLINE. www.miamidade.gov**
E-checking is now available

If paid by November 30, 2005   $123,811.02
If paid by December 31, 2005   $125,100.72
If paid by January 31, 2006    $126,390.41
If paid by February 28, 2006   $127,680.11
If paid by March 31, 2006      $128,969.81

† RETAIN FOR YOUR RECORDS †
↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓

**2005 REAL ESTATE PROPERTY TAXES**

30-4033-001-0011    7300 SW 87 AVE
FOLIO NUMBER        PROPERTY ADDRESS

**LEGAL DESCRIPTION**
33 54 40 6.55 AC M/L
SUB OF PB 1-84
TRACT 1 LESS N150FT OF E175FT &
E230FT M/L OF TRACT 2 LESS N50FT

Make checks payable to:
**Miami-Dade Tax Collector**
(in U.S. funds drawn on U.S. banks)

Please use envelope provided or
mail to 140 W. Flagler Street, 12th Floor
Miami, FL 33130-1575

JEFFREY SANDELMAN & SUSAN TRS
% ANTHONY F BALZEBRE
135 LEUCADENDRA DR
CORAL GABLES FL 33156

**PAY ONLY ONE AMOUNT**

Amount if paid by NOVEMBER 30, 2005
$ 123,811.02
Amount if paid by DECEMBER 31, 2005
$ 125,100.72
Amount if paid by JANUARY 31, 2006
$ 126,390.41
Amount if paid by FEBRUARY 28, 2006
$ 127,680.11
Amount if paid by MARCH 31, 2006
$ 128,969.81

5D033 304033001001l0 0012896981 0000000 0000000 0000000 00000 3