# SUNSET WEST SHOPPING CENTER

7/5/06

## WINN DIXIE STATMENT OF ACCOUNT

### PERCENTAGE RENT 2004 - 2005

| | |
|---|---|
| Percentage rent as determined by Winn Dixie | $91,997.32 |
| Winn Dixie payment | $30,215.56 |
| **Shortfall in percentage rent** | **$61,781.76** |

### PROPERTY TAX 2005

| | |
|---|---|
| Winn Dixie prorata share | $47,946.14 |
| Winn Dixie payment | $41,115.46 |
| **Shortfall in property tax** | **$6,830.68** |

### MONTHLY RENT INCLUSIVE OF COMMON AREA MAINTENANCE 1/06 - 6/06

| | 1/06 | 2/06 | 3/06 | 4/06 | 5/06 | 6/06 |
|---|---|---|---|---|---|---|
| Winn Dixie rent | $6,191.63 | $6,191.63 | $6,191.63 | $6,191.63 | $6,191.63 | $6,191.63 |
| Winn Dixie payments | $6,191.63 | $6,191.63 | $6,191.63 | $5,861.63 | $5,861.63 | $5,861.63 |
| Shortfall in rent payment | $0.00 | $0.00 | $0.00 | $330.00 | $330.00 | $330.00 |
| **Total shortfall in rent from 1/06 - 6/06** | **$990.00** | | | | | |

Winn Dixie monthly rent:

| | | |
|---|---|---|
| | BASE RENT | $5,861.63 |
| | CAM | $330.00 |
| | TOTAL RENT | $6,191.63 |



EXHIBIT "C"