UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,                   )          Case No. 3:05-bk-03817-JAF

                                                   )

                        Debtors.                   )

_____)


**RESPONSE OF MOULTON PROPERTIES, INC. TO
DEBTORS' MOTION TO ASSUME NON-RESIDENTIAL
REAL PROPERTY LEASES AND OBJECTION TO
PROPOSED CURE AMOUNTS FOR STORE NOS. 412 AND 493**


Moulton Properties, Inc. ("Moulton") responds to the Debtors' Second Omnibus

Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure

Amounts, and (iii) Granted Related Relief [Docket No. 8941] and objects to the proposed

cure amounts with respect to Store Nos. 412 and 493, and states:

1.      Moulton is the owner of the properties located at 3355 Gulf Breeze Parkway,

Gulf Breeze, Florida (Store No. 412) and 13019 Sorrento Road, Pensacola Florida (Store No.

493), both of which are leased to Winn-Dixie Stores, Inc. ("Winn-Dixie").

2.      On June 30, 2006, Winn-Dixie moved to assume the leases for Stores 412 and

493.

3.      On Exhibit B to the Second Omnibus Motion, Winn-Dixie set forth a

proposed cure amount $49,480.80 for Store 412 and $51,641.14 for Store 493.  The stated

"cure" amounts are inaccurate, the correct figures being $50,634.71 and $53,064.34,

respectively. To the extent that rent, taxes, utilities, attorney's fees or other charges continue

to accrue, or Moulton suffers other pecuniary losses with respect to the leases for Store Nos. 412 and 493 between now and the "Effective Date," Moulton hereby reserves its right to amend its cure amount to reflect such additional amounts or to account for year-end adjustments, which have not yet been billed or have not yet become due under the terms of the applicable leases.

4.      In addition, Moulton requests that Winn-Dixie be required to comply with all contractual obligations to indemnify and hold Moulton harmless with regard to events which may have occurred pre-assumption but which were not known to either Moulton or the debtors as of the date of the assumption, including, but not limited to, claims for personal injury which occurred at the leased premises, damage and destruction to the leased premises or property by the Debtors or their agents, and environment damage or environmental clean-up.

WHEREFORE, Moulton respectfully requests that this Court: (i) sustain its objection to the proposed cure amount; (ii) enter an Order setting the cure amount at $49,480.80 for Store 412, plus any additional amounts determined to be due under the lease as of the Effective Date; (iii) enter an Order setting the cure amount at $51,641.14 for Store 493, plus any additional amounts determined to be due under the lease as of the Effective Date; (iv) require that Winn-Dixie continue to comply with the obligations under the leases to pay indemnification obligations accrued but not yet billed and year-end adjustments in the regular

course of business; and (v) grant such other and further relief as is appropriate.

STUTSMAN THAMES & MARKEY, P.A.

By

Richard R. Thames
Bradley R. Markey

Florida Bar Number 0718459
Florida Bar Number 0984213
50 N. Laura St., Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
RRT@stmlaw.net
BRM@stmlaw.net

Attorneys for Moulton Properties, Inc.

## **Certificate of Service**

I hereby certify on July *26* 2006, the foregoing pleading was transmitted to the

Clerk of the Court for uploading to the Case Management/Electronic Case Filing System,

which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

Attorney

60065

-4-