KONOVER MANAGEMENT SOUTH
7000 WEST PALMETTO PARK ROAD #203
BOCA RATON, FLORIDA 33313
561-394-4224

**ACCOUNT RECONCILIATION**     FOR     Winn Dixie - Davie     DATE     7/24/2006

| DATE | DESCRIPTION | NOTE | CHARGES | CHECK # | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| Dec-04 | R.E.Tax Billing | | 124,775.56 | | | **124,775.56** |
| Jan-05 | Base Rent | | 42,380.25 | | | **167,155.81** |
| | CAM | | 6,433.15 | | | **173,588.96** |
| | Payment Received | | | 741676 | 48,813.40 | **124,775.56** |
| | Payment Received | | | 743203 | 124,775.56 | **0.00** |
| Feb-05 | Base Rent | | 42,380.25 | | | **42,380.25** |
| | CAM | | 6,433.15 | | | **48,813.40** |
| | Payment Received | | | 7440423 | 48,813.40 | **0.00** |
| Mar-05 | 2004 CAM Reconciliation | | 3,011.62 | | | **3,011.62** |
| | 2004 INS Reconciliation | | 19,091.52 | | | **22,103.14** |
| | 2005 CAM Increase Jan | | 250.97 | | | **22,354.11** |
| | 2005 CAM Increase Feb 1-21 | | 188.23 | | | **22,542.34** |
| Jan-06 | 2005 Tax Bill Jan - Feb 21 | | 16,391.08 | | | **38,933.42** |
| May-06 | 2005 CAM Recon Jan -Feb 21 | | (702.80) | | | **38,230.62** |
| | **TOTAL DUE** | | 260,632.98 | | 222,402.36 | **38,230.62** |