UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                  Case Number: 05-03817-3F1

                                                                                              Chapter 11
**WINN-DIXIE STORES, INC., et. al.,**
                                                                                              Jointly Administered

        **Debtors.**
_____/

OBJECTION BY JUPITER PALMS ASSOCIATES LTD.
TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY
TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES,
(II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

      Creditor, **JUPITER PALMS ASSOCIATES LTD. ("Jupiter Palms")**, by and through its undersigned counsel, files its Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and states:

      1.    Jupiter Palms entered into a pre-petition lease of non-residential property with the Debtor for the property located 3757 Military Trail, Jupiter, Florida, Store Number 272.

      2.    In its Motion, Debtor proposes to assume its lease with Jupiter Palms by paying the cure amount of $70,171.31.

      3.    The amount necessary to cure the defaults under the lease is actually $78,565.10. A detailed itemization of this amount is attached as Exhibit A.

      WHEREFORE, Jupiter Palms requests this Court to enter an Order sustaining its Objection to the Motion and requiring the Debtor to pay a cure amount of $78,565.10 as a condition to assuming the lease, and entering such further relief as is necessary and appropriate.

/s/ Jason A. Rosenthal
Jason A. Rosenthal
Florida Bar No. 0009482
The Rosenthal Law Firm, P.A.
212 Pasadena Place, Suite A
Orlando, Florida  32803
Telephone: (407) 488-1220
Facsimile: (407) 488-1221
E-mail: *Jason@therosenthallaw.com*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via Electronic Transmission and/or U.S. Mail this 27th day of July, 2006, to Cynthia Jackson, 225 Water Street, Suite 1800, Jacksonville, FL 32202, D.J. Baker, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, and Office of the Unites States Trustee, 135 W. Central Boulevard, Orlando, FL 32801.

/s/ Jason A. Rosenthal