KONOVER MANAGEMENT SOUTH
7000 WEST PALMETTO PARK ROAD #203
BOCA RATON, FLORIDA 33313
561-394-4224

**ACCOUNT RECONCILIATION**　　FOR　　**Winn Dixie - Jupiter**　　DATE　　**7/24/2006**

| DATE | DESCRIPTION | NOTE | CHARGES | CHECK # | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| Dec-04 | R.E.Tax Billing (overpayment) | | (426.85) | | | (426.85) |
| Jan-05 | Base Rent | | 35,766.50 | | | 35,339.65 |
| | CAM | | 5,617.22 | | | 40,956.87 |
| | Payment Received | | | 7416762 | 41,383.72 | (426.85) |
| Feb-05 | Base Rent | | 35,766.50 | | | 35,339.65 |
| | CAM | | 5,617.22 | | | 40,956.87 |
| | Payment Received | | | 7440424 | 41,383.72 | (426.85) |
| Mar-05 | 2004 CAM Reconciliation | | 38,283.53 | | | 37,856.68 |
| | 2004 INS Reconciliation | | 17,384.64 | | | 55,241.32 |
| Jan-06 | 2005 Tax Bill Jan - Feb 21 | | 14,503.14 | | | 69,744.46 |
| May-06 | 2005 CAM Recon Jan -Feb 21 | | 6,659.54 | | | 76,404.00 |
| | 2005 INS Billing Jan-Feb 21 | | 2,161.10 | | | 78,565.10 |
| | **TOTAL DUE** | | 161,332.54 | | 82,767.44 | 78,565.10 |