United States Bankruptcy Court
For the Middle District Of Florida

| WINN-DIXIE STORES, INC | } Chapter 11 |
| --- | --- |
| | } |
| | } Claim No. 150 |
| | } |
| | } Case No. 05-03817 |
| | } |
| | } |
| Debtor | } Amount $95,796.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
To: Transferor:

**GREENVILLE COMPRESS COMPANY**
**PO BOX 218**
**GREENVILLE, MS 37802**

The transfer of your claim as shown above in the amount of $95,796.00 has been transferred to:

> Liquidity Solutions Inc,
> d/b/a Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Robert Minkoff
Liquidity Solutions Inc
d/b/a Revenue Management
(201) 968-0001

496707

Greenville Compress Company (Store 1330) ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: Winn-Dixie Stores, Inc., et al. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Greenville Compress Company (Store 1330) claim(s) of Assignor in the aggregate amount of 167,728 (amount of your lease rejection claim) representing all claims against Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-3817.

IN WITNESS WHEREOF, Assignor has signed below as of the 14 day of Feb, 2006.

Greenville Compress Company (Store 1330)

WITNESS:

_____
(Signature)

W. A. PERCY
(Print Name of Witness)

By: _Kenneth Brantley_
(Signature)

Kenneth Brantley
(Print Name and Title)
Exec. V. P.

496707