United States Bankruptcy Court
For the Middle District Of Florida

| WINN-DIXIE PROCUREMENT INC | } Chapter 11 |
|---|---|
| | } Case No. 05-11082 |
| Debtor | } Amount $98,791.49 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**FLORAL SENSE INC**
**16794 N KENDALL DR STE # 155**
**MIAMI, FL 33196**

The transfer of your claim as shown above in the amount of $98,791.49 has been transferred to:

> Liquidity Solutions, Inc
> d/b/a Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Robert Minkoff
Liquidity Solutions Inc
d/b/a Revenue Management
(201) 968-0001

783064

TRANSFER NOTICE

FLORAL SENSE INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM Re: Winn-Dixie Procurement, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the FLORAL SENSE INC Claims of Assignor in the aggregate amount of $98,791.49 representing all claims against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-03838, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006

FLORAL SENSE INC

_____
(Signature)

Jose Alberto  CFO
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

_____
(Print Name of Witness)

783064