UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | |
| | ) | |

**OBJECTION BY CARDINAL ENTITIES COMPANY ALSO
KNOWN AS CARDINAL TRI MANAGEMENT, LLC
TO PROPOSED CURE AMOUNT FOR STORE NO. 2603**

Cardinal Entities Company also known as Cardinal Tri Management, LLC ("Cardinal") hereby files its objection to the proposed cure amount set forth in Exhibit B to the Debtors' Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Granted Related Relief [Docket No. 8941] with respect to Store No. 2603 and states as follows:

1. Cardinal is the owner and landlord of a shopping center located at 201 W. 48th Street in Jacksonville, Florida pursuant to a lease dated August 5, 1983 which lease was thereafter amended on August 24, 1993 and November 1998 (the "Lease"). Debtor, Winn-Dixie Stores, Inc. is a tenant operating Store No. 2603 at the shopping center location.

2. On Exhibit B to the Second Omnibus Motion, Debtor sets forth a proposed cure amount for Store No. 2603 of $22,355.79. Cardinal objects to this proposed cure amount. As evidenced by the invoices attached hereto as Exhibit A, the correct cure amount for this lease of non-residential real property, as of the date of the filing of this objection is $69,728.37. To the extent that rent, taxes, utilities, attorney's fees or other charges continue

to accrue, or Cardinal suffers other pecuniary losses with respect to the Lease of Store No. 2603 between now and the "Effective Date," Cardinal reserves its right to amend its cure amount to reflect such additional amounts or to account for year-end adjustments, which have not yet been billed or have not yet become due under the terms of the Lease.

3. In addition, Cardinal requests that the Debtor be required to comply with all contractual obligations to indemnify and hold the Cardinal harmless with regard to events which may have occurred pre-assumption but which were not known to either the Cardinal or the Debtors as of the date of the assumption, including, but not limited to claims for personal injury which occurred at the leased premises, damage and destruction to the leased premises or property by the Debtor or its agents, and environmental damage or environmental clean-up.

WHEREFORE, Cardinal respectfully requests that this Court: (i) sustain its objection to the proposed cure amount; (ii) enter an Order setting the cure amount at $69,728.37, plus any additional amounts due under the Lease; (iii) require that the Debtor continue to comply

with the obligations under the Lease to pay indemnification obligations accrued but not yet billed and year-end adjustments in the regular course of business; and (iv) for such other and further relief as is appropriate.

                                                  **STUTSMAN THAMES & MARKEY, P.A.**

By_____
       Richard R. Thames
       Bradley R. Markey

Florida Bar Number 0718459
Florida Bar Number 0984213
50 N. Laura St., Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
RRT@stmlaw.net
BRM@stmlaw.net

Attorneys for Cardinal Entities Company a/k/a
Cardinal Tri Management, LLC

## Certificate of Service

I hereby certify on July 27, 2006, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com


Attorney

60012