# EXHIBIT "A"

## STATEMENT OF ACCOUNT

CARDINAL TRI MANAGEMENT LLC
P.O. BOX 77
MATTITUCK, NY 11952

Telephone: 631-298 8494

Page 1

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 07/11/06 | 48TH-101 |

Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

Telephone:

| TRANS DATE | INVOICE NO. | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| 09/15/04 | 105453 | GATE REPAIR | 374.50 | 374.50 |
| 12/31/04 | 105804 | MAINTENANCE 2004 | 22355.79 | 22355.79 |
| 01/15/05 | 105803 | 2005 INSURANCE | 11819.92 | 1223.86 |
| 02/01/05 | 105713 | 2004 RE TAXES | 8246.07 | 8246.07 |
| 09/30/05 | 106253 | CAM 1ST QTR 2005 | 5570.47 | 3218.50 |
| 01/15/06 | 106887 | 2006 INSURANCE | 33449.95 | 33449.95 |
| 02/01/06 | 106526 | 2005 RE TAXES | 8897.73 | 859.70 |
| 07/01/06 | 106904 | CURRENT RENT CHARGES | 3884.75 | 0.00 |
| ********* | PAYMENTS | ***************** THANK YOU ********** | | |
| 07/07/06 | 106904 | 008221165 | 3884.75 | |
| 07/11/06 | Payment | 008223877 | 19486.74 | |

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| STATEMENT DATE | ACCOUNT NO. |
|---|---|
| 07/11/06 | 48TH-101 |

Page 1

AMOUNT REMITTED _____

IF PAYING BY INVOICE, CIRCLE INDIVIDUAL INVOICES PAID

| INVOICE NO. | AMOUNT DUE |
|---|---|
| 105453 | 374.50 |
| 105804 | 22355.79 |
| 105803 | 1223.86 |
| 105713 | 8246.07 |
| 106253 | 3218.50 |
| 106887 | 33449.95 |
| 106526 | 859.70 |
| 106904 | 0.00 |

| Current-30 | 31-60 | 61-90 | Over 90 | TOTAL |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 69728.37 | 69728.37 |

| BALANCE DUE | TOTAL |
|---|---|
| | 69728.37 |

## INVOICE

CARDINAL TRI MANAGEMENT LLC
P.O. BOX 77
MATTITUCK, NY 11952

INVOICE NO: 106526
TENANT NO: 48TH-101

Telephone: 631-298-8494

**BILL ADDRESS**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

**LOCATION**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

| DATE | CONTACT | TAX NUMBER | TERMS |
|---|---|---|---|
| 02/01/06 | | (631) 298-6316 | * PAYMENT DUE UPON RECEIPT * |

| REFERENCE | DATE | | LEASE EXPIRES | |
|---|---|---|---|---|
| 2005 RE TAXES | 02/01/06 | | 02/28/2009 | |

| CHARGES | | RENTAL NUMBER / RENTAL DESCRIPTION | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | 2005 RE TAXES | 8897.73 | 8897.73 |

| NON TAXABLE | TAXABLE | SALES TAX | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 8897.73 | 0.00 | 0.000%  0.00 | | 0.00 | 8897.73 |

| | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
|---|---|---|---|
| AMOUNT DUE BASED ON "TERMS" ABOVE | 0.00 | 8038.03 | 859.70 |

# INVOICE

CARDINAL TRI MANAGEMENT LLC
P.O. BOX 77
MATTITUCK, NY 11952

INVOICE NO: 106887
PROJECT NO: 48TH-101

Telephone: 631-298-8494

**CORP ADDRESS**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

**LOCATION**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

| DATE | CONTACT | TAX NUMBER | TERMS | |
|---|---|---|---|---|
| 01/15/06 | | (631) 298-6316 | * PAYMENT DUE UPON RECEIPT * | |
| REFERENCE | | DATE | SHANK EXPIRES | |
| 2006 INSURANCE | | 01/15/06 | 02/28/2009 | |
| CHARGES | | RENTAL NUMBER / RENTAL DESCRIPTION | UNIT AMOUNT | EXTENDED AMOUNT |
| 1 | 1 | 2006 INSURANCE | 33449.95 | 33449.95 |

| NON TAXABLE | TAXABLE | SALES TAX | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 33449.95 | 0.00 | 0.000% | 0.00 | 0.00 | 33449.95 |
| | | | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
| | | | 0.00 | 0.00 | 33449.95 |

AMOUNT DUE BASED ON "TERMS" ABOVE

## INVOICE

CARDINAL TRI MANAGEMENT LLC
P.O. BOX 77
MATTITUCK, NY 11952

| INVOICE NO. | 106253 |
|---|---|
| TENANT NO. | 48TH-101 |

Telephone: 631-298-8494

| CONTACT US | LOCATION |
|---|---|
| Winn Dixie Store, Inc.<br>P.O. Box B<br>Jacksonville, FL 32203 | Winn Dixie Store, Inc.<br>P.O. Box B<br>Jacksonville, FL 32203 |

| DATE | CONTACT | FAX NUMBER | TERMS |
|---|---|---|---|
| 09/30/05 | | (631) 298-6316 | * PAYMENT DUE UPON RECEIPT * |

| REFERENCE | DATE | LEASE EXPIRES | |
|---|---|---|---|
| CAM 1ST QTR 2005 | 09/30/05 | 02/28/2009 | |

| CHARGES | | RENTAL NUMBER / RENTAL DESCRIPTION | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | CAM 1ST QTR 2005 | 5570.47 | 5570.47 |

| NON TAXABLE | TAXABLE | SALES TAX | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 5570.47 | 0.00 | 0.000% | 0.00 | 0.00 | 5570.47 |
| | | | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
| | | | 0.00 | 2351.97 | 3218.50 |

AMOUNT DUE BASED ON "TERMS" ABOVE

# INVOICE

CARDINAL TRI MANAGEMENT LLC
P.O. BOX 77
MATTITUCK, NY 11952

| INVOICE NO | 105713 |
|---|---|
| TENANT NO | 48TH-101 |

Telephone: 631-298 8494

**SHIP ADDRESS**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

**LOCATION**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

| DATE | CONTACT | FAX NUMBER | TERMS |
|---|---|---|---|
| 02/01/05 | | (631) 298-6316 | * PAYMENT DUE UPON RECEIPT * |

| REFERENCE | DATE | LEASE EXPIRES | |
|---|---|---|---|
| 2004 RE TAXES | 02/01/05 | 02/28/2009 | |

| CHARGES | | RENTAL NUMBER / RENTAL DESCRIPTION | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | 2004 RE TAXES | 8246.07 | 8246.07 |

| NON TAXABLE | TAXABLE | SALES TAX | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 8246.07 | 0.00 | 0.000%  0.00 | | 0.00 | 8246.07 |

| | | | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| AMOUNT DUE BASED ON "TERMS" ABOVE | | | 0.00 | 0.00 | 8246.07 |

# INVOICE

CARDINAL TRI MANAGEMENT LLC
P.O. BOX 77
MATTITUCK, NY 11952

INVOICE NO: 105803

TENANT NO: 48TII-101

Telephone: 631-298-8494

**BILL ADDRESS**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

**LOCATION**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

| DATE | CONTACT | TAX NUMBER | TERMS |
|---|---|---|---|
| 01/15/05 | | (631) 298-6316 | * PAYMENT DUE UPON RECEIPT * |

| REFERENCE | DATE | LEASE EXPIRES | |
|---|---|---|---|
| 2005 INSURANCE | 01/15/05 | 02/28/2009 | |

| CHARGES | | RENTAL NUMBER / RENTAL DESCRIPTION | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | 2005 INSURANCE<br>1/15/05-1/14/06 | 11819.92 | 11819.92 |

| NON TAXABLE | TAXABLE | SALES TAX | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 11819.92 | 0.00 | 0.000% | 0.00 | 0.00 | 11819.92 |

AMOUNT DUE BASED ON "TERMS" ABOVE

| | APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
|---|---|---|---|
| | 0.00 | 10596.06 | 1223.86 |

## INVOICE

CARDINAL TRI MANAGEMENT LLC
P.O. BOX 77
MATTITUCK, NY 11952

INVOICE NO. 105804

TENANT NO. 48TH-101

Telephone: 631-298-8494

**CLIENT ADDRESS**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

**LOCATION**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

| DATE | CONTACT | FAX NUMBER | TERMS |
|---|---|---|---|
| 12/31/04 | | (631) 298-6316 | * PAYMENT DUE UPON RECEIPT * |

| RI PERIOD | DATE | | LEASE EXPIRES | |
|---|---|---|---|---|
| MAINTENANCE 2004 | 12/31/04 | | 02/28/2009 | |

| CHARGED | | RENTAL NUMBER / RENTAL DESCRIPTION | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | MAINTENANCE 1/1/04-3/31/04 | 6034.12 | 6034.12 |
| 1 | 1 | MAINTENANCE 4/1/04-6/30/04 | 5460.83 | 5460.83 |
| 1 | 1 | MAINTENANCE 7/1/04-9/30/04 | 5435.23 | 5435.23 |
| 1 | 1 | MAINTENANCE 10/1/04-12/31/04 | 5425.61 | 5425.61 |

| NON TAXABLE | TAXABLE | SALES TAX | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 22355.79 | 0.00 | 0.000% | 0.00 | 0.00 | 22355.79 |

AMOUNT DUE BASED ON "TERMS" ABOVE

| APPLIED CREDIT | TOTAL PAID | BALANCE DUE |
|---|---|---|
| 0.00 | 0.00 | 22355.79 |

# INVOICE

CARDINAL TRI MANAGEMENT LLC
P.O. BOX 77
MATTITUCK, NY 11952

INVOICE NO. 105453
TENANT NO. 48TH 101

Telephone: 631-298-8494

**CORP ADDRESS**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

**LOCATION**
Winn Dixie Store, Inc.
P.O. Box B
Jacksonville, FL 32203

| DATE | CONTRACT | TAX NUMBER | TERMS |
|---|---|---|---|
| 09/15/04 | | (631) 298-6316 | * PAYMENT DUE UPON RECEIPT * |

| REFERENCE | DATE | | LEASE EXPIRES | |
|---|---|---|---|---|
| GATE REPAIR | 09/15/04 | | 02/28/2009 | |

| CHARGES | | RENTAL NUMBER / RENTAL DESCRIPTION | UNIT AMOUNT | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | 1 | GATE REPAIR *<br>TRUCK DAMAGE | 350.00 | 350.00 |

| MIN TAXABLE | % TAXABLE | SALES TAX | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 0.00 | 350.00 | 7.000% | 24.50 | 0.00 | 374.50 |

| | | | APPLIED CREDITS | TOTAL PAID | BALANCE DUE |
|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | 374.50 |

AMOUNT DUE BASED ON "TERMS" ABOVE