UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN DIXIE STORES, INC., et al., | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | |
| | ) | |

**OBJECTION BY SES GROUP MIAMI SPRINGS, LTD.**
**TO PROPOSED CURE AMOUNT FOR STORE NO. 726**

SES Group Miami Springs Ltd. ("SES Group") hereby files its objection to the proposed cure amount set forth in Exhibit B to the Debtors' Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief [Docket No. 8941] with respect to Store No. 726 and states as follows:

1. On May 28, 1978, the Debtor, Winn-Dixie Stores, Inc. entered a Lease Agreement (the "Lease") with Jamerson Construction Corporation for use and occupancy of Store No. 726 located at Pine Island Shopping Center in Lee County, Florida. The Lease was amended on September 15, 1978 and again on November 13, 1992. Since the Lease was executed, the Pine Island Shopping Center was sold to SES Group.

2. Pursuant to the Lease, SES Group is the owner and Landlord of the Pine Island Shopping Center wherein Debtor remains a tenant operating Store No. 726.

3. On Exhibit B to the Second Omnibus Motion, Debtors set forth a proposed cure amount for Store No. 726 of $1,800.57. SES Group objects to this proposed cure

amount. As more fully set forth in SES Group's Motion to Compel Debtor to Pay Rent and to Assume or Reject Lease as Executory Contract [Docket No. 6188], Debtor is required to pay SES base rent in the amount of $25,312.50 per month and its pro rata share of common area maintenance expenses, real estate taxes and shopping center insurance amounting to $937.50 per month for a total monthly rent obligation of $26,350.00.

4. Between October 2005 and February 2006, Debtor failed to pay rent and is indebted to SES Group in the amount of $131,750.00.

5. The correct cure amount for this lease of non-residential real property, as of the date of the filing of this objection is $131,750.00. To the extent that rent, taxes, utilities, attorney's fees or other charges continue to accrue or SES Group suffers other pecuniary losses with respect to the lease of Store No. 726 between now and the "Effective Date," SES Group reserves its right to amend its cure amount to reflect such additional amounts or to account for year-end adjustments (the "Adjustment Amounts"), which have not yet been billed or have not yet become due under the terms of the Lease.

6. In addition, SES Group requests that the Debtor be required to comply with all contractual obligations to indemnify and hold the SES Group harmless with regard to events which may have occurred pre-assumption but which were not known to either the SES Group or the Debtor as of the date of the assumption, including, but not limited to claims for personal injury which occurred at the leased premises, damage and destruction to the leased premises or property by the Debtor or its agents, and environmental damage or environmental clean-up.

WHEREFORE, SES Group respectfully requests that this Court: (i) sustain its objection to the proposed cure amount; (ii) enter an Order setting the cure amount at $131,750.00 plus any additional amounts due under the Lease; (iii) require that the Debtor continue to comply with the obligations under the Lease to pay indemnification obligations accrued but not yet billed and year-end adjustments in the regular course of business; and (iv) for such other and further relief as is appropriate.

**STUTSMAN THAMES & MARKEY, P.A.**

By /s/ *signature*
 Richard R. Thames
 Bradley R. Markey

Florida Bar Number 0718459
Florida Bar Number 0984213
50 N. Laura St., Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
RRT@stmlaw.net
BRM@stmlaw.net

Attorneys for SES Group Miami Springs Ltd.

## Certificate of Service

I hereby certify on July 27th, 2006, the foregoing pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

_____
Attorney

60017