**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05093817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | Jointly Administered |

**<u>AMENDED CERTIFICATE OF SERVICE</u>**

<u>Terrance A. Hiller, Jr.</u> certifies that on the <u>26th day of July 2006</u>, he caused to be served copies of the Limited Objection of Landlords to Debtors' Second Omnibus Motion for authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief, as well as this Certificate of Service by First Class Mail upon the following parties.

David J. Baker, Esq.      Smith Hulsey & Busey
Sally McDonald Henry     Cynthia C. Jackson
Roaslie Walker Gray     Stephen D. Busey
Skadden Arps Slate Meagher     James H. Post
& Flom, LLP     225 Water Street, Suite 1800
Four Times Square     Jacksonville, FL 32202
New York, NY 10036

Date: <u>July 26, 2006</u>      **/s/Terrance A. Hiller, Jr.**
Terrance A. Hiller, Jr. (P55699)
Kupelian Ormond & Magy, P.C.
25800 Northwestern Hwy., Suite 950
Southfield, MI 48075
(248) 357-0000
tah@kompc.com

1098-1304 & 1305/87530