

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 27, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/L. Prendergast

Motion for Order Authorizing Rejection of (I) Three Non-Residential Real Property Leases that were Assigned Prepetition and (II) the Related Assignment Agreements filed by Debtors' (8762)

Objection to Motion filed by 1997 Properties, Inc. (9013)

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
1997 PROPERTIES, INC:    RICHARD MONTAGUE

RULING:

Granted.
Ord / Signed