

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 27, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/L. Prendergast

Omnibus Motion Deeming Schedules Amended to (a) Disallow No Liability Scheduled Claims, (b) Reduce Overstated Scheduled Claims and (c) Reclassify Misclassified Scheduled Claims filed by Debtors' (8788)

Objection to Motion filed by Pepsi-Cola Bottling Company of Winfield, Alabama, Inc. (9358)

*Cont'd. as to: Anderson News, Royal & Sons, Pepsi — until further nte. from either party*

**APPEARANCES:**
**US TRUSTEE:**   ELENA ESCAMILLA
**UNSEC. CRED:**  JOHN B. MACDONALD/PATRICK PATANGAN
                  MATTHEW S. BARR
**PEPSI COLA BOTTLING CO:**  JIMMY PARRISH

**RULING:**

*Granted — Ord/Signed — Except as to: Anderson News, Royal & Sons, Pepsi*