

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
July 27, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/L. Prendergast

Omnibus Objection to (A) Reclamation Claims and (B) Unsecured Non-Priority Claims held by Reclamation Claimants filed by Debtors' (8784)

Response to Objection filed by Libbey Glass, Inc., (9262)

*Dell Labs, Inc.* → *Cont'd. until further nte. or n/ from either party*

Response to Objection filed by Southeast Provisions, LLC (9336)

APPEARANCES:
US TRUSTEE:
UNSEC. CRED:                    ELENA ESCAMILLA
                               JOHN B. MACDONALD/PATRICK PATANGAN
LIBBEY GLASS, INC:             MATTHEW S. BARR
SOUTHEAST PROVISIONS, LLC:     RICHARD THAMES
                               RUDI GRUENEBURG

RULING:

*Granted crd/Segred   Except as to Libbey Glass and Dell Labs, Inc.*