

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**July 27, 2006**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 1 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/L.Prendergast

**Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities filed by Debtors' (8772)**

**Response filed by Dougherty County Tax Commissioner (9226)**

**Response filed by Muscogee County, Georgia Tax Commissioner (9227)**

**Response filed by County of Columbia Tax Commissioner (9232)**

**Response filed by Tax Commissioner of Bulloch County, Georgia (9233)**

**Response filed by Tax Commissioner of DeKalb County (9237)**

*Cont'd is until furth ntc. by either par*

**APPEARANCES CONTINUED TO PAGE 3**



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**July 27, 2006**
**1:00 P.M.**

**PRO MEMO**

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.                    Page 2 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Gwinnett County Tax Commissioner (9256 and 9316)

Response filed by Tax Commissioner of Douglas County, Georgia (9258)

Response filed by Tuscaloosa County, Alabama Tax Commissioner (9265)

Response filed by Morgan County, Alabama Revenue Commissioner (9317)

*Cont'd. Until forth nite. By either parte* (handwritten)



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
July 27, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 3 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR


DOUGHERTY COUNTY TAX COMMISSIONER:     JASON BURNETT
MUSCOGEE COUNTY TAX COMMISSIONER:      RICHARD THAMES
COUNTY OF COLUMBIA TAX COMMISSIONER:   ADAM FRISCH
TAX COMMISSIONER OF BULLOCH COUNTY GA: RICHARD THAMES
TAX COMMISSIONER OF DEKALB COUNTY:
GWINNETT COUNTY TAX COMMISSIONER:      ADAM FRISCH
TAX COMMISSIONER OF DOUGLAS COUNTY GA: STEPHEN CAPLAN
TUSCALOOSA COUNTY, ALABAMA
    TAX COMMISSIONER:                  KRISTOFOR SODERGREN
MORGAN COUNTY ALABAMA REVENUE
    COMMISSIONER:

RULING: Obj Ovrul.
M/ Granted (Except as to the
9 Responses filed)
Ord/Signed