UNITED STATES BANKRUPTCY COURT
THE MIDDLE DISTRICT OF FLORIDA

IN RE:
WINN-DIXIE STORES, INC, etal　　　　　　　　　CASE NUMBER: 05-03817-3F1
　　　Debtor

### OBJECTION TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

Comes now WEINACKER'S SHOPPING CENTER, LLC, Store Number 1333 ( page eight of Exhibit "B") and files this objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief and would show unto the Court as follows:

1.　WEINACKER'S SHOPPING CENTER, LLC avers that the amount to be cured is incorrectly listed for $31,818.58 , as Claim Number 1167 for $31,818.58 was amended by Claim Number 12949 for $44,367.15, which is the correct cure amount.

Wherefore, WEINACKER'S SHOPPING CENTER, LLC, Store Number 1333 (page eight of Exhibit "B") requests that an Order be entered setting the cure amount at $44,367.15 and Order said amount to be paid by the Debtor, and or such, further and different relief as is just in the premises.

\s\ BARRY A FRIEDMAN
BARRY A FRIEDMAN
Attorney for WEINACKER'S SHOPPING CENTER, LLC
257 St Anthony Street
Post Office Box 2394
Mobile, Alabama  36652
Telephone: 251-439-7400

CERTIFICATE OF SERVICE

       I, the undersigned authority, hereby certify that I have on this 27th  day of July, 2006, served a copy of the foregoing on D J Baker, Sally McDonald henry and Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom, LLP Four Times Square, New York, New York, 10036, Fax: 917-777-3214, Cynthia C Jackson, James H Post, and Stephen D Busey , Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: 904/359-7708, by depositing same in the United States mail, properly addressed and postage prepaid, facsimile,  and/or electronically.

       \s\ BARRY A FRIEDMAN
       BARRY A FRIEDMAN