

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 27, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     **WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Convergint Technologies, LLC's Objection to Notices of Transfer of Claims filed by LCH Opportunities as to Creditor "Servidian" and to Underlying Claims Transfers (8014)

**APPEARANCES:**
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
CONVERGINT TECHNOLOGIES LLC:   ROBERT D. WILCOX

RULING: Settlement pending/ Consent ord forthcoming
Cont'd. until further nte. from LCH or
Convergint Technologies