## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                  ) Case No. 05-03817-3F1
                                        )
WINN-DIXIE STORES, INC., et al.,        ) *Chapter 11*
                                        )
Debtors.                                ) Jointly Administered
                                        )

## ORDER ON DEBTORS' (I) THIRD OMNIBUS OBJECTION
## TO TAX CLAIMS AND (II) MOTION REQUESTING
## DETERMINATION OF TAX VALUES AND LIABILITIES

This matter having come before the Court under 11 U.S.C. §§ 105, 502, 505 and

506, Fed. R. Bank. P. 3007 and 9014 and Rule 3007-1 on the (i) Debtors' Third Omnibus

Objection to Tax Claims (the "Objection") and (ii) Motion For Order Determining Tax

Liabilities (the "Motion") (Docket No. 8772), filed by Winn-Dixie Stores, Inc. and

twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). [1]  Several

formal and informal responses to the Objection were raised or filed, as a result of which

the Debtors have agreed to continue the Objection with respect to (i) claim number 7629

of County of Bulloch Tax Commissioner, (ii) claim number 10992 of County of

Columbia Tax Commissioner, (iii) claim number 5816 of County of Dekalb Tax

Commissioner, (iv) claim number 11864 of County of Dougherty Tax Commissioner,

(v) claim number 11870 of County of Douglas Tax Commissioner, (vi) claim numbers

11696, 11697, 11698, 11699, 11700, 11701, 11702, and 11703 of County of Gwinnett

Public Utilities, (vii) claim number 11118 of County of Morgan Revenue Commissioner,

(viii) claim number 1957 of County of Muscogee Tax Commissioner, and (ix) claim

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in
the Motion and the Objection.

number 263 of County of Tuscaloosa Tax Commissioner, which claims have been removed from Exhibits A and B to this Order.

The Court has reviewed the Motion and the Objection and has considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, the Court makes the following findings of fact:

A.      This Court has jurisdiction over the Motion and Objection under 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2).

B.      The Taxing Authorities identified on the attached Exhibits A and B have not responded to the Motion or the Objection. The Motion and the Objection are therefore uncontested as to the properties identified on Exhibits A and B.

C.      The Tax Claims listed on the attached Exhibit A are based on improper assessments and therefore are asserted in improper amounts.

D.      The adjustments to the Taxing Authorities' assessed values are appropriate for the reasons set forth in the Motion and Objection.

E.      The amounts indicated in the "Revised Assessed Value" column on the attached Exhibits A and B reflect the correct taxable values for the properties identified on the Exhibits.

F.      The values indicated in the "Independent Appraiser's Market Values" column on the attached Exhibit C reflect the appropriate market value basis for computing assessed values for tax year 2006 for the property in question.

G.      The statutory interest rates imposed by the Taxing Authorities identified on the attached Exhibits A and B incorporate a penalty element and, therefore, should not

be used in calculating the accrued interest on Tax Claims and other tax liabilities which are secured and entitled to interest.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted and the Objection is sustained.

2.    The tax values for the properties listed on Exhibit A and Exhibit B to this Order in the column titled "Revised Assessed Value" are correct and the Taxing Authorities are directed to use such tax values to compute the Debtors' tax liabilities for the 2004 and 2005 tax years.

3.    The Revised Tax Amounts listed on the attached Exhibits A and B are the correct amount of tax liabilities owed by the Debtors to the Taxing Authorities identified on such Exhibits.

4.    Tax Claims identified on Exhibit A are reduced and allowed in the amount reflected as the Revised Tax Amount.

5.    The "Independent Appraiser's Market Values" amounts listed on the attached Exhibit C are the appropriate valuation basis for which the Taxing Authorities are to compute assessed values and corresponding taxes for tax year 2006.

6.    Where applicable, pursuant to Section 506(b), the interest rate on Revised Tax Amount identified on the attached Exhibits A and B will be calculated using the Adjusted Rate of 6% per annum.

7.    Debtors are authorized to offset any excess amount paid against the Debtors' liability on other accounts within the same jurisdiction and for the same or other tax years, where these determinations result in the Debtors' net tax liability being less that what the Debtors have already paid the Tax Collectors for a particular account.

8.     Upon payment of the allowed tax claims and revised tax amounts as set forth on Exhibits A and B, respectively, any liens relating to the Debtors' secured tax liabilities addressed in this Objection and Motion are extinguished. The Debtors' are authorized to file any documents necessary with the appropriate governmental body to reflect the release of such liens.

9.     The hearing to consider the Objection with respect to the claims of County of Bulloch Tax Commissioner, County of Columbia Tax Commissioner, County of Dekalb Tax Commissioner, County of Dougherty Tax Commissioner, County of Douglas Tax Commissioner, County of Gwinnett Public Utilities, County of Morgan Revenue Commissioner, County of Muscogee Tax Commissioner, and County of Tuscaloosa Tax Commissioner is continued until further order of the Court upon the motion of any party in interest.

10.     This Order is without prejudice to the Debtors' right to object to any proof of claim filed by any Taxing Authorities in these Chapter 11 cases on any further or separate grounds.

11.     This Court retains jurisdiction over the Debtors and the Taxing Authorities whose Tax Claims and Liabilities are subject to the Motion and Objection with respect to any matters related to or arising from implementation of this Order.

Dated this __27__ day of July, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00538746

4

**EXHIBIT A**

## Exhibit A
7/26/2006

**BALDWIN COUNTY REVENUE COMMISSIONER** (County and State: BALDWIN, AL)

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0586 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P080616 | 2005 | 45,020 | $1,485.66 | 23,856 | $787.25 | A |
| | 0570 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P080618 | 2005 | 85,920 | $2,835.36 | 36,960 | $1,219.68 | A |
| | 0490 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P080620 | 2005 | 190,120 | $6,083.84 | 34,584 | $1,106.70 | A |
| | 0571 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P086193 | 2005 | 104,180 | $4,427.65 | 36,960 | $1,570.80 | A |
| | 0599 | PP | | | NIC | | | P221693 | 2004 | 239,680 | $10,306.24 | 44,615 | $1,918.46 | A |
| | 0599 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P221693 | 2005 | 191,820 | $8,248.26 | 39,487 | $1,697.95 | A |
| | 0596 | PP | | | NIC | | | P234778 | 2004 | 291,720 | $12,543.96 | 32,067 | $1,378.86 | A |
| | 0596 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P234778 | 2005 | 248,100 | $10,668.30 | 29,747 | $1,279.12 | A |
| | 1345 | PP | | | NIC | | | P243964 | 2004 | 324,020 | $10,692.66 | 30,365 | $1,002.04 | A |
| | 1345 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P243964 | 2005 | 283,040 | $9,340.32 | 26,295 | $867.75 | A |
| | 0586 | PP | | | NIC | | | P80616 | 2004 | 47,920 | $1,581.36 | 27,548 | $909.08 | A |
| | 0570 | PP | | | NIC | | | P80618 | 2004 | 100,000 | $3,300.00 | 42,680 | $1,408.44 | A |
| | 0490 | PP | | | NIC | | | P80620 | 2004 | 226,580 | $7,250.56 | 39,937 | $1,277.98 | A |
| | 0571 | PP | | | NIC | | | P86193 | 2004 | 128,380 | $5,456.15 | 42,680 | $1,813.90 | A |
| | | | | | | | | | **Tax Subtotals** | | $94,220.32 | | $18,238.00 | |

**Legend for Basis for Adjustment Codes:**   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

**Legend for Case Number(s):**   05-03817-3F1   Winn-Dixie Stores, Inc.

**Footnotes:**

* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
   Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**CITY OF CLAXTON TAX DEPT** (County and State: EVANS, GA)

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ****** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0010 | PP | | | NIC | | | 4825PI | 2004 | 528,838 | $4,310.03 | 217,514 | $1,772.74 | A |
| | 0010 | PP | Priority | 5/31/2005 | 3506 | 05-03817-3F | $0.00 | 4825PI | 2005 | 581,902 | $4,742.50 | 251,946 | $2,053.36 | A |
| | | | | | | | | Tax Subtotals | | | $9,052.53 | | $3,826.10 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset      M = Market      OK = No adjustment made      S = Sales

Legend for Case Number(s):   05-03817-3F1      Winn-Dixie Stores, Inc.

Footnotes:
* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF KINGSLAND TAX COLLECTOR | | | | (County and State: CAMDEN, GA) | | | | | | | | | | |
| | 0166 | PP | | | NIC | | | 3690P05 | 2004 | 499,984 | $4,249.86 | 260,958 | $2,218.14 | A |
| | 0166 | PP | Priority | 5/8/2006 | 13127 | 05-03817 | $4,078.02 | 3690P05 | 2005 | 482,606 | $4,078.02 | 248,937 | $2,103.52 | A |
| | | | | | | | | | Tax Subtotals | | $8,327.88 | | $4,321.66 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset        M = Market        OK = No adjustment made        S = Sales

Legend for Case Number(s):    05-03817        Winn Dixie Stores, Inc.

Footnotes:

\* PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name:** CITY OF WARNER ROBINS UTILITY & TAX DEPARTMENT   (County and State: HOUSTON, GA)

| Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1854 | PP | | | NIC | | | 00011170 | 2004 | 716,349 | $7,078.96 | 267,022 | $2,638.71 | A |
| 1854 | PP | Priority | 10/17/2005 | 12255 | 05-03817-3F | $21,310.89 | 00011170 | 2005 | 679,492 | $6,659.02 | 277,328 | $2,717.81 | A |
| 1854 | R | Priority | 10/17/2005 | 12255 | 05-03817-3F | $21,310.89 | W98144 | 2005 | 1,429,120 | $14,005.37 | 1,429,120 | $14,005.37 | OK |
| | | | | | | | **Tax Subtotals** | | | $27,743.35 | | $19,361.89 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   S = Sales   OK = No adjustment made

Legend for Case Number(s):   05-03817-3F1   Winn-Dixie Stores, Inc.

Footnotes:
* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
   Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF AUTAUGA REVENUE COMMISSIONER | (County and State: AUTAUGA, AL) | | | | | | | | | | | | | |
| | 0527 | PP | | | NIC | | | 0000202450 | 2004 | 228,680 | $6,403.04 | 50,506 | $1,414.17 | A |
| | 0527 | PP | Priority | 5/13/2005 | 2672 | 05-03817-3F | $5,297.04 | 0000202450 | 2005 | 189,180 | $5,297.04 | 44,701 | $1,251.62 | A |
| | | | | | | | | | Tax Subtotals | | $11,700.08 | | $2,665.79 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    S = Sales    OK = No adjustment made

Legend for Case Number(s): 05-03817-3F1    Winn-Dixie Stores, Inc.

Footnotes:

\* PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF BARBOUR REVENUE COMMISSIONER'S OFFICE | | | | (County and State: BARBOUR, AL) | | | | | | | | | | |
| | 0478 | PP | | | NIC | | | 23780 | 2004 | 209,211 | $7,912.44 | 43,444 | $1,643.08 | A |
| | 0478 | PP | Priority | 5/17/2005 | 1938 | 05-03817-3F | $6,400.60 | 23780 | 2005 | 179,064 | $6,625.00 | 37,622 | $1,391.94 | A |
| | | | | | | | | | Tax Subtotals | | $14,537.44 | | $3,035.02 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Legend for Case Number(s): 05-03817-3F1    Winn-Dixie Stores, Inc.

Footnotes:

    * PP in property type is a personal property account and R is a real property account

    ** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
    Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

    *** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

    **** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

    ***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name:** COUNTY OF BARTOW TAX COMMISSIONER   (County and State: BARTOW, GA)

| Location No. | Property Type* | Claim Class** | Claim Filing Date | Claim #*** | Case Number | Total Claim Amount**** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2732 | PP | | | NIC | | | N000134 | 2004 | 493,881 | $13,976.83 | 247,447 | $7,002.72 | A |
| 2732 | PP | Priority | 5/2/2006 | 13206 | 05-03817-3F | $13,597.55 | N000134 | 2005 | 480,479 | $14,049.21 | 229,897 | $6,722.18 | A |
| Tax Subtotals | | | | | | | | | | $28,026.04 | | $13,724.90 | |

**Legend for Basis for Adjustment Codes:**   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

**Legend for Case Number(s):**   05-03817-3F1   Winn-Dixie Stores, Inc.

**Footnotes:**

\* PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
  Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name:** COUNTY OF BEN HILL TAX COMMISSIONER  (County and State: BEN HILL, GA)

| Location No. | Property Type | Claim Class | Claim Filing Date | Claim # | Case Number | Total Claim Amount | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DS.MF.BEV | PP | | | NIC | | | 1235P | 2004 | 1,357,075 | $1,582.79 | 678,537 | $791.39 | A |
| DS.MF.BEV | PP | Priority | 7/15/2005 | 6649 | 05-03817-3F | $1,412.77 | 1235P | 2005 | 1,404,660 | $1,316.78 | 702,330 | $658.39 | A |
| 0126 | PP | | | NIC | | | 5100P | 2004 | 444,412 | $13,603.45 | 202,061 | $6,185.09 | A |
| 0126 | PP | Priority | 7/15/2005 | 11388 | 05-03817-3F | $12,948.39 | 5100P | 2005 | 423,012 | $12,068.53 | 189,386 | $5,403.18 | A |
| DS.MF.JM.JL | PP | | | NIC | | | 6240P | 2004 | 1,598,876 | $1,409.58 | 799,438 | $704.79 | A |
| DS.MF.JM.JL | PP | Priority | 7/15/2005 | 6650 | 05-03817-3F | $5,040.30 | 6240P | 2005 | 2,061,431 | $3,195.91 | 1,030,715 | $1,597.96 | A |
| | | | | | | | | **Tax Subtotals** | | $33,177.04 | | $15,340.81 | |

**Legend for Basis for Adjustment Codes:**   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

**Legend for Case Number(s):**   05-03817-3F1    Winn-Dixie Stores, Inc.

**Footnotes:**

\* PP in the property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.

Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount | Parcel Number **** | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment ****** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF BUTLER TAX COLLECTOR | | (County and State: BUTLER, AL.) | | | | | | | | | | | | |
| | 0519 | PP | | | NIC | | | 12822 | 2004 | 256,100 | $10,884.25 | 39,891 | $1,695.38 | A |
| | 0519 | PP | Priority | 5/12/2005 | 1417 | 05-03817-3F | $10,889.25 | 12822 | 2005 | 204,840 | $8,891.01 | 34,545 | $1,499.42 | A |
| | | | | | | | | | Tax Subtotals | | $19,775.26 | | $3,194.79 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset      M = Market      S = Sales      OK = No adjustment made

Legend for Case Number(s):   05-03817-3F1      Winn-Dixie Stores, Inc.

Footnotes:

* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF CAMDEN TAX COMMISSIONER | | | | (County and State: CAMDEN, GA) | | | | | | | | | | |
| | 0166 | PP | | | NIC | | | Pt 3690 | 2004 | 499,984 | $13,663.57 | 260,958 | $7,131.46 | A |
| | 0166 | PP | Priority | 5/17/2005 | 1967 | 05-03817-3F | $13,663.57 | Pt 3690 | 2005 | 482,606 | $13,092.13 | 248,937 | $6,753.16 | A |
| | | | | | | | | | Tax Subtotals | | $26,755.70 | | $13,884.62 | |

**Legend for Basis for Adjustment Codes:**   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

**Legend for Case Number(s):**   05-03817-3F1    Winn-Dixie Stores, Inc.

Footnotes:
  * PP in property type is a personal property account and R is a real property account
  ** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
      Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.
  *** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.
  **** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.
  ***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF CHILTON TAX COLLECTOR | | | | (County and State: CHILTON, AL) | | | | | | | | | | |
| | 0411 | PP | | | NIC | | | 23202 | 2004 | 63,660 | $2,548.40 | 33,950 | $1,359.07 | A |
| | 0411 | PP | Priority | 5/31/2005 | 3158 | 05-03817-3F | $2,342.00 | 23202 | 2005 | 58,500 | $2,342.00 | 29,400 | $1,177.01 | A |
| | | | | | | | | | Tax Subtotals | | $4,890.40 | | $2,536.07 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset      M = Market      OE = No adjustment made      S = Sales

Legend for Case Number(s):   05-03817-3F1      Winn-Dixie Stores, Inc.

Footnotes:   * PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF CLARKE, GA TAX COMMISSIONER | | | | (County and State: CLARKE, GA) | | | | | | | | | | |
| | 1827 | PP | | | NIC | | | P35616 | 2004 | 507,498 | $16,823.55 | 227,705 | $7,548.42 | A |
| | 1827 | PP | Priority | 10/13/2005 | 12253 | 05-03817-3F | $28,283.06 | P35616 | 2005 | 478,733 | $15,822.12 | 224,277 | $7,412.35 | A |
| | 1834 | PP | | | NIC | | | P35617 | 2004 | 404,506 | $13,409.38 | 215,191 | $7,133.58 | A |
| | 1834 | PP | Priority | 10/13/2005 | 12253 | 05-03817-3F | $28,283.06 | P35617 | 2005 | 377,033 | $12,460.94 | 203,228 | $6,716.67 | A |
| | | | | | | | | | Tax Subtotals | $58,515.99 | | | $28,811.03 | |

**Legend for Basis for Adjustment Codes:**   A = Appraised Asset      M = Market      OK = No adjustment made      S = Sales

**Legend for Case Number(s):** 05-03817-3F1      Winn-Dixie Stores, Inc.

**Footnotes:**

  * PP in property type is a personal property account and R is a real property account

  ** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
     Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

  *** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

  **** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

  ***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # **** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF CLAYTON TAX COMMISSIONER | | | | (County and State: CLAYTON, GA) | | | | | | | | | | |
| | 2711 | PP | | | NIC | | | 018184 | 2004 | 860,215 | $23,180.21 | 285,759 | $7,700.35 | A |
| | 2711 | PP | Priority | 5/17/2005 | 1847 | 05-03817-3F | $106,598.41 | 018184 | 2005 | 854,120 | $23,015.97 | 279,843 | $7,540.92 | A |
| | 1865 | R | Priority | 5/17/2005 | 1847 | 05-03817-3F | $106,598.41 | 05076A | 2005 | 1,659,400 | $51,187.51 | 1,659,400 | $51,187.51 | OK |
| | 2736 | PP | | | NIC | | | 911004 | 2004 | 550,431 | $16,979.14 | 282,139 | $8,703.11 | A |
| | 2736 | PP | Priority | 5/17/2005 | 1847 | 05-03817-3F | $106,598.41 | 911004 | 2005 | 498,669 | $15,382.44 | 250,950 | $7,741.05 | A |
| | 2705 | PP | | | NIC | | | 940293 | 2004 | 555,124 | $17,123.91 | 260,309 | $8,029.75 | A |
| | 2705 | PP | Priority | 5/17/2005 | 1847 | 05-03817-3F | $106,598.41 | 940293 | 2005 | 551,512 | $17,012.49 | 251,482 | $7,757.47 | A |
| | | | | | | | | Tax Subtotals | | | $163,881.67 | | $98,660.16 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Legend for Case Number(s):    05-03817-3F1    Winn-Dixie Stores, Inc.

Footnotes:    * PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
   Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF COFFEE REVENUE COMMISSIONER | | | | (County and State: COFFEE, AL) | | | | | | | | | | |
| | 0476 | PP | | | NIC | | | 8W190290 | 2004 | 42,280 | $1,839.18 | 29,706 | $1,292.22 | A |
| | 0476 | PP | Priority | 6/27/2005 | 4664 | 05-03837-3F | $1,708.68 | 8W190290 | 2005 | 39,280 | $1,708.68 | 25,725 | $1,119.04 | A |
| | | | | | | | | | Tax Subtotals | | $3,547.86 | | $2,411.26 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset       M = Market        OK = No adjustment made          S = Sales

Legend for Case Number(s):   05-03837-3F1        Winn-Dixie Montgomery, Inc.

Footnotes:

    \* PP in property type is a personal property account and R is a real property account

    \*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.

       Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

    \*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

    \*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

    \*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ****** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF COFFEE TAX COMMISSIONER | | | (County and State: COFFEE, GA) | | | | | | | | | | | |
| | 0178 | PP | | | NIC | | | P0964700 | 2004 | 586,104 | $16,619.58 | 217,090 | $6,155.80 | A |
| | 0178 | PP | Priority | 8/30/2005 | 11766 | 05-03817-3F | $15,899.47 | P0964700 | 2005 | 547,162 | $15,899.47 | 211,250 | $6,138.51 | A |
| | | | | | | | | | Tax Subtotals | | $32,519.05 | | $12,294.30 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Legend for Case Number(s):    05-03817-3F1    Winn-Dixie Stores, Inc.

Footnotes:

    * PP in property type is a personal property account and R is a real property account

    ** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
    Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

    *** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

    **** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, antiquidated amounts, interest, penalties, and/or fees.

    ***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF COLQUITT TAX COMMISSIONER | | | | (County and State: COLQUITT, GA) | | | | | | | | | | |
| | 0101 | PP | | | NIC | | | P70121 15 | 2004 | 724,753 | $23,113.10 | 266,917 | $8,512.26 | A |
| | 0101 | PP | Priority | 5/1/2006 | 13207 | 05-03816-3F | $21,443.81 | P70121 15 | 2005 | 624,783 | $21,443.81 | 261,341 | $8,969.76 | A |
| | | | | | | | | | Tax Subtotals | | $44,556.91 | | $17,482.02 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset      M = Market      OK = No adjustment made      S = Sales

Legend for Case Number(s):   05-03818-3F1      Dixie Stores, Inc.

Footnotes:

* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
   Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF COVINGTON REVENUE COMMISSIONER | | | | | | (County and State: COVINGTON, AL) | | | | | | | | |
| | 0471 | PP | | | NIC | | | 90004951 | 2004 | 85,560 | $3,983.84 | 35,016 | $1,630.41 | A |
| | 0471 | PP | Priority | 5/19/2005 | 2075 | 05-03817-3F | $5,814.90 | 90004951 | 2005 | 85,560 | $3,336.84 | 30,323 | $1,182.60 | A |
| | 0450 | PP | | | NIC | | | 90004952 | 2004 | 63,540 | $2,908.62 | 30,601 | $1,400.78 | A |
| | 0450 | PP | Priority | 5/19/2005 | 2075 | 05-03817-3F | $5,814.90 | 90004952 | 2005 | 63,540 | $2,478.06 | 26,499 | $1,033.48 | A |
| | | | | | | | | | Tax Subtotals | | $12,707.36 | | $5,247.27 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Legend for Case Number(s):   05-03817-3F1   Winn-Dixie Stores, Inc.

Footnotes:

* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
   Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**COUNTY OF COWETA TAX COMMISSIONER** (County and State: COWETA, GA)

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2709 | PP | | | NIC | | | 8930P | 2004 | 638,199 | $16,113.52 | 257,795 | $6,509.33 | A |
| | 2709 | PP | Priority | 7/5/2005 | 5320 | 05-03817-3F | $16,113.52 | 8930P | 2005 | 539,270 | $14,285.27 | 255,234 | $6,761.16 | A |
| | | | | | | | | | Tax Subtotals | | $30,398.79 | | $13,270.49 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Legend for Case Number(s):   05-03817-3F1   Winn-Dixie Stores, Inc.

Footnotes:

    \* PP is property type is a personal property account and R is a real property account

    \*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
        Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

    \*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

    \*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

    \*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF CULLMAN REVENUE COMMISSIONER (County and State: CULLMAN, AL.) | | | | | | | | | | | | | | |
| | 0403 | PP | | | NIC | | | 9811 | | | | | | |
| | 0403 | PP | Priority | 7/5/2005 | 5419 | 05-03817-3F | $3,592.05 | 9811 | | | | | | |
| | | | | | | | | | 2004 | 111,112 | $4,278.12 | 44,768 | $1,723.71 | A |
| | | | | | | | | | 2005 | 93,300 | $3,632.97 | 38,769 | $1,509.60 | A |
| | | | | | | | | Tax Subtotals | | | $7,911.09 | | $3,233.30 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset     M = Market     OK = No adjustment made     S = Sales

Legend for Case Number(s):   05-03817-3F1     Winn-Dixie Stores, Inc.

Footnotes:

\* PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
  Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name:** COUNTY OF DALE REVENUE COMMISSIONER (County and State: DALE, AL)

| Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0432 | R | Priority | 8/30/2005 | 11761 | 05-03817-3F | $20,352.00 | 16018 | 2005 | 407,040 | $20,352.00 | 407,040 | $20,352.00 | OK |
| 0432 | PP | | | NIC | | | 80000196 | 2004 | 64,440 | $3,222.00 | 33,950 | $1,697.50 | A |
| 0432 | PP | Priority | 8/30/2005 | 11760 | 05-03817-3F | $3,298.00 | 80000196 | 2005 | 65,967 | $3,298.00 | 29,400 | $1,469.84 | A |
| | | | | | | | | Tax Subtotals | | $26,872.00 | | $23,519.34 | |

**Legend for Basis for Adjustment Codes:**   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

**Legend for Case Number(s):**   05-03817-3F1    Winn-Dixie Stores, Inc.

**Footnotes:**

\* PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
  Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claims filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF DECATUR TAX COMMISSIONER (County and State: DECATUR, GA) | | | | | | | | | | | | | | |
| | 0169 | PP | | | NIC | | | 761505 | 2004 | 585,363 | $14,909.79 | 270,518 | $6,890.37 | A |
| | 0169 | PP | Priority | 7/15/2005 | 6742 | 05-03817-3F | $14,582.76 | 761505 | 2005 | 580,524 | $14,581.61 | 257,216 | $6,460.76 | A |
| | | | | | | Tax Subtotals | | | | | $29,491.40 | | $13,351.13 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OR = No adjustment made    S = Sales

Legend for Case Number(s):    05-03817-3F1    Winn-Dixie Stores, Inc.

Footnotes:
* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
    Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF ELMORE REVENUE COMMISSIONER | | | | (County and State: ELMORE, AL) | | | | | | | | | | |
| | 0428 | PP | | | NIC | | | 336580 | 2004 | 63,156 | $1,705.32 | 40,899 | $1,104.11 | A |
| | 0428 | PP | Secured | 5/23/2005 | 2486 | 05-03837-3F | $11,010.58 | 336580 | 2005 | 59,360 | $1,602.72 | 35,410 | $956.08 | A |
| | 0553 | PP | | | NIC | | | 336590 | 2004 | 36,891 | $922.50 | 23,086 | $577.29 | A |
| | 0553 | PP | Secured | 5/23/2005 | 2486 | 05-03837-3F | $11,010.58 | 336590 | 2005 | 32,680 | $817.00 | 19,992 | $499.80 | A |
| | 0451 | PP | | | NIC | | | 560570 | 2004 | 301,691 | $8,145.90 | 44,428 | $1,199.59 | A |
| | 0451 | PP | Secured | 5/23/2005 | 2486 | 05-03837-3F | $11,010.58 | 560570 | 2005 | 316,900 | $8,590.86 | 38,474 | $1,042.98 | A |
| | | | | | | | | | **Tax Subtotals** | | $21,784.30 | | $5,379.85 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Legend for Case Number(s):    05-03837-3F1    Winn-Dixie Montgomery, Inc.

Footnotes:

\* PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.

Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.