**Creditor Name**

CITY OF CAIRO TAX COLLECTOR    (County and State: GRADY, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0192 | PP | 004855 | 2004 | 597,721 | $5,116.49 | 269,256 | $2,304.83 | A |
| 0192 | PP | 004855 | 2005 | 518,652 | $4,392.98 | 254,392 | $2,154.70 | A |
| | | | **Tax Subtotals** | | $9,509.47 | | $4,459.53 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * *PP* in property type is a personal property account and *R* is a real property account

** *In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF CAMILLA TAX DEPARTMENT | (County and State: MITCHELL, GA) | | | | | | | | |
| | 0175 | PP | 691500PPP | 2004 | 306,536 | $1,992.18 | 162,164 | $1,053.91 | A |
| | 0175 | PP | 691500PPP | 2005 | 289,941 | $2,174.27 | 146,772 | $1,100.64 | A |
| | | | | **Tax Subtotals** | | $4,166.45 | | $2,154.55 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

　　　　　** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CITY OF CONYERS PROPERTY TAX BILLING    (County and State: ROCKDALE, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount*** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 2724 | PP | P16041 | 2004 | 683,526 | $6,766.91 | 261,566 | $2,589.51 | A |
| 2724 | PP | P16041 | 2005 | 622,372 | $6,161.48 | 244,051 | $2,416.10 | A |
| | | | Tax Subtotals | | $12,928.39 | | $5,005.61 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset     M = Market     OK = No adjustment made     S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

  ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF CORDELE TAX COLLECTOR | (County and State: CRISP, GA) | | | | | | | | |
| | 0149 | PP | 005131 | 2004 | 643,807 | $3,403.28 | 254,906 | $1,347.48 | A |
| | 0149 | PP | 005131 | 2005 | 576,825 | $6,508.32 | 247,815 | $2,796.10 | A |
| | | | | **Tax Subtotals** | | $9,911.60 | | $4,143.58 | |

Legend for Basis for Adjustment Codes:  A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:  * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF CORNELIA TAX DEPARTMENT | (County and State: HABERSHAM, GA) | | | | | | | | |
| | 1851 | PP | 001434 | 2004 | 379,007 | $3,069.96 | 198,420 | $1,607.21 | A |
| | 1851 | PP | 001434 | 2005 | 384,647 | $3,038.71 | 197,345 | $1,559.02 | A |
| | | | | Tax Subtotals | | $6,108.67 | | $3,166.23 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF FITZGERALD TAX COLLECTOR | (County and State: BEN HILL, GA) | | | | | | | | |
| | 0126 | PP | 43340 | 2004 | 444,412 | $3,555.30 | 202,061 | $1,616.49 | A |
| | 0128 | PP | 43340 | 2005 | 423,012 | $3,384.10 | 189,386 | $1,515.09 | A |
| | | | | **Tax Subtotals** | | $6,939.40 | | $3,131.58 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less then the Revised Tax Amount.

**CITY OF HARTWELL TOWN CLERK-COLLECTOR**    (County and State: HART, GA)

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| | 1023 | PP | 50090001 | 2004 | 542,435 | $5,207.38 | 253,873 | $2,437.18 | A |
| | 1023 | PP | 50090001 | 2005 | 528,485 | $5,073.46 | 234,369 | $2,249.94 | A |
| | | | | **Tax Subtotals** | | $10,280.84 | | $4,687.12 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CITY OF JESUP TAX COMMISSIONER    (County and State: WAYNE, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0014 | PP | CF,CI | 2004 | 568,074 | $2,613.14 | 255,398 | $1,179.43 | A |
| 0014 | PP | CF,CI | 2005 | 516,795 | $2,377.26 | 247,424 | $1,138.15 | A |
| | | | **Tax Subtotals** | | $4,990.40 | | $2,317.58 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF MCRAE TAX DEPARTMENT | (County and State: TELFAIR, GA) | | | | | | | | |
| | 0042 | PP | 846600 PPP | 2004 | 662,214 | $5,504.32 | 255,260 | $2,121.72 | A |
| | 0042 | PP | 846600 PPP | 2005 | 591,439 | $4,750.44 | 248,643 | $1,997.10 | A |
| | | | | **Tax Subtotals** | | $10,254.76 | | $4,118.81 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF MILLEDGEVILLE TAX COLLECTOR | (County and State: BALDWIN, GA) | | | | | | | | |
| | 1826 | PP | 10130 | 2004 | 627,905 | $6,122.08 | 269,760 | $2,630.17 | A |
| | 1826 | PP | 10130 | 2005 | 599,518 | $5,845.30 | 268,610 | $2,618.95 | A |
| | | | | **Tax Subtotals** | | $11,967.38 | | $5,249.12 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

         ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF MONROE TAX DEPARTMENT    (County and State: WALTON, GA) | | | | | | | | | |
| | 1872 | PP | 719610-001 | 2004 | 681,149 | $4,899.49 | 253,882 | $1,826.17 | A |
| | 1872 | PP | 719610-001 | 2005 | 616,462 | $4,175.91 | 247,347 | $1,675.52 | A |
| | | | | **Tax Subtotals** | | **$9,075.40** | | **$3,501.69** | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

  ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF NORCROSS TAX DEPARTMENT    (County and State: GWINNETT, GA) | | | | | | | | | |
| | 2720 | PP | B301198 | 2004 | 331,210 | $2,244.28 | 185,767 | $1,258.76 | A |
| | 2720 | PP | B301198 | 2005 | 336,001 | $2,276.74 | 181,572 | $1,230.33 | A |
| | | | | Tax Subtotals | | $4,521.02 | | $2,489.09 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF POWDER SPRINGS TAX COMMISIONER (County and State: COBB, GA) | | | | | | | | | |
| | 2708 | PP | P824214 | 2004 | 484,755 | $4,120.42 | 246,512 | $2,095.36 | A |
| | 2708 | PP | P824214 | 2005 | 442,489 | $3,761.16 | 221,553 | $1,883.20 | A |
| | | | | Tax Subtotals | | $7,881.58 | | $3,978.55 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF RIVERDALE TAX DEPARTMENT | (County and State: CLAYTON, GA) | | | | | | | | |
| | 2711 | PP | 018184 | 2004 | 860,215 | $6,451.61 | 285,759 | $2,143.19 | A |
| | 2711 | PP | 018184 | 2005 | 854,120 | $6,405.90 | 279,843 | $2,098.82 | A |
| | | | | **Tax Subtotals** | | $12,857.51 | | $4,242.01 | |

Legend for Basis for Adjustment Codes:    *A = Appraised Asset*    *M = Market*    *OX = No adjustment made*    *S = Sales*

Footnotes:    * *PP in property type is a personal property account and R is a real property account*

    ** *In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

**Creditor Name**

CITY OF ROSWELL, PROPERTY TAX DIVISION    (County and State: FULTON, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 2739 | PP | 10-006000867 | 2004 | 552,290 | $3,361.79 | 239,725 | $1,459.21 | A |
| 2739 | PP | 10-006000867 | 2005 | 261,720 | $1,593.09 | 89,163 | $542.74 | A |
| | | | **Tax Subtotals** | | **$4,954.88** | | **$2,001.94** | |

Legend for Basis for Adjustment Codes:    *A = Appraised Asset*    *M = Market*    *OK = No adjustment made*    *S = Sales*

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF SELMA TAX COLLECTOR   (County and State: DALLAS, AL) | | | | | | | | | |
| | 0543 | PP | 180780-1548 | 2004 | 254,360 | $6,867.72 | 43,444 | $1,172.99 | A |
| | 0543 | PP | 180780-1548 | 2005 | 212,280 | $5,731.56 | 37,622 | $1,015.79 | A |
| | | | | Tax Subtotals | | $12,599.28 | | $2,188.78 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF SMYRNA TAX DEPARTMENT | (County and State: COBB, GA) | | | | | | | | |
| | 2708 | PP | P800-079 | 2004 | 557,087 | $5,375.89 | 255,661 | $2,467.12 | A |
| | 2708 | PP | P800-079 | 2005 | 518,692 | $4,963.88 | 234,270 | $2,241.97 | A |
| | | | | **Tax Subtotals** | | $10,339.77 | | $4,709.09 | |

Legend for Basis for Adjustment Codes:     A = Appraised Asset     M = Market     OK = No adjustment made     S = Sales

Footnotes:     * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CITY OF STATESBORO TAX DEPARTMENT   (County and State:  BULLOCK, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0147 | PP | 18595P | 2004 | 628,180 | $4,347.63 | 276,619 | $1,914.48 | A |
| 0147 | PP | 18595P | 2005 | 537,122 | $3,717.42 | 257,268 | $1,780.55 | A |
| | | | Tax Subtotals | | $8,065.05 | | $3,695.03 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF THOMASVILLE TAX DEPARTMENT | (County and State: THOMAS, GA) | | | | | | | | |
| | 0057 | PP | 4833 | 2004 | 563,362 | $11,011.19 | 277,949 | $5,432.65 | A |
| | 0057 | PP | 4833 | 2005 | 522,622 | $11,265.64 | 258,985 | $5,582.68 | A |
| | | | | Tax Subtotals | | $22,276.83 | | $11,015.33 | |

Legend for Basis for Adjustment Codes:    *A = Appraised Asset*    *M = Market*    *OK = No adjustment made*    *S = Sales*

Footnotes:    * *PP in property type is a personal property account and R is a real property account*

    ** *In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF TIFTON TAX DEPARTMENT | (County and State: TIFT, GA) | | | | | | | | |
| | 0071 | PP | 004406 | 2004 | 580,332 | $2,580.74 | 270,766 | $1,204.10 | A |
| | 0071 | PP | 004406 | 2005 | 559,945 | $3,917.94 | 268,922 | $1,881.65 | A |
| | | | | **Tax Subtotals** | | $6,498.68 | | $3,085.75 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF VIDALIA TAX COLLECTOR | (County and State: TOOMBS, GA) | | | | | | | | |
| | 0055 | PP | 006071 | 2004 | $49,760 | $10,907.79 | 249,438 | $4,949.09 | A |
| | 0055 | PP | 006071 | 2005 | 503,426 | $9,988.47 | 235,734 | $4,677.19 | A |
| | | | | Tax Subtotals | | $20,896.26 | | $9,626.28 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**COBB COUNTY TAX COMMISSIONER**    (County and State: COBB, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 2729 | PP | P251596 | 2004 | 509,969 | $15,232.77 | 265,098 | $7,918.47 | A |
| 2729 | PP | P251596 | 2005 | 478,871 | $14,303.88 | 241,299 | $7,207.60 | A |
| 2708 | PP | P800079 | 2004 | 557,087 | $15,163.91 | 255,661 | $6,959.08 | A |
| 2708 | PP | P800079 | 2005 | 518,692 | $14,118.79 | 234,270 | $6,376.84 | A |
| 2722 | PP | P805754 | 2004 | 523,891 | $15,648.62 | 254,715 | $7,608.34 | A |
| 2722 | PP | P805754 | 2005 | 506,861 | $15,139.94 | 237,018 | $7,079.72 | A |
| 2706 | PP | P824214 | 2004 | 484,755 | $14,479.64 | 246,512 | $7,363.33 | A |
| 2706 | PP | P824214 | 2005 | 442,489 | $13,217.15 | 221,553 | $6,617.78 | A |
| | | | **Tax Subtotals** | | **$117,304.70** | | **$57,131.15** | |

**Legend for Basis for Adjustment Codes:**    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

**Footnotes:**    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

COOK COUNTY TAX COMMISSIONER    (County and State: COOK, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0181 | PP | P0050-321 | 2004 | 483,264 | $11,339.80 | 237,311 | $5,568.52 | A |
| 0181 | PP | P0050-321 | 2005 | 386,705 | $11,705.57 | 215,105 | $6,511.23 | A |
| | | | **Tax Subtotals** | | $23,045.37 | | $12,079.74 | |

**Legend for Basis for Adjustment Codes:**   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CRISP COUNTY TAX COMMISSIONER (County and State: CRISP, GA) | | | | | | | | | |
| | 0149 | PP | P1-7195 | 2004 | 643,807 | $8,900.03 | 254,906 | $3,523.83 | A |
| | 0149 | PP | P1-7195 | 2005 | 576,825 | $16,686.40 | 247,815 | $7,168.81 | A |
| | | | | Tax Subtotals | | $25,586.43 | | $10,692.64 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.