**Creditor Name**

DARLINGTON COUNTY TREASURER    (County and State: DARLINGTON, SC)

| | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| | 2146 | PP | 516-00258-4 | 2005 | 32,230 | $10,287.64 | 20,725 | $6,615.31 | A |
| | | | | Tax Subtotals | | $10,287.64 | | $6,615.31 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

      ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount *** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| DUBLIN CITY AND SCHOOL DISTRICT TAX COLLECTOR | (County and State: LAURENS, GA) | | | | | | | | |
| | 1812 | PP | 3295P | 2004 | 833,054 | $20,126.87 | 285,043 | $6,886.75 | A |
| | 1812 | PP | 3295P | 2005 | 912,586 | $19,599.63 | 267,185 | $5,738.33 | A |
| | | | | **Tax Subtotals** | | **$39,726.50** | | **$12,625.08** | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| ESCAMBIA COUNTY REVENUE COMMISSIONER | (County and State: ESCAMBIA, AL) | | | | | | | | |
| | 0518 | PP | 10680 | 2004 | 50,740 | $2,537.00 | 29,706 | $1,485.31 | A |
| | 0518 | PP | 10680 | 2005 | 49,500 | $2,475.00 | 25,725 | $1,286.25 | A |
| | 0512 | PP | 200512 | 2004 | 70,300 | $3,515.00 | 33,950 | $1,697.50 | A |
| | 0512 | PP | 200512 | 2005 | 64,340 | $3,217.00 | 29,400 | $1,470.00 | A |
| | | | | **Tax Subtotals** | | **$11,744.00** | | **$5,939.06** | |

Legend for Basis for Adjustment Codes:  A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:  * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

EVANS COUNTY TAX COMMISSIONER    (County and State: EVANS, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0010 | PP | 4825PI | 2004 | 528,838 | $10,830.60 | 217,514 | $4,454.69 | A |
| 0010 | PP | 4825PI | 2005 | 581,902 | $12,039.55 | 251,946 | $5,212.76 | A |
| | | | **Tax Subtotals** | | $22,870.15 | | $9,667.45 | |

**Legend for Basis for Adjustment Codes:**    $A$ = Appraised Asset    $M$ = Market    $OK$ = No adjustment made    $S$ = Sales

**Footnotes:**    * PP in property type is a personal property account and R is a real property account

\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| FLORENCE COUNTY TREASURER    (County and State: FLORENCE, SC) | | | | | | | | | |
| | 2116 | PP | 06258-13-000 | 2005 | 25,610 | $6,268.50 | 19,755 | $4,835.39 | A |
| | | | | Tax Subtotals | | $6,268.50 | | $4,835.39 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

GLYNN COUNTY TAX COMMISSIONER    (County and State:  GLYNN, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0060 | PP | PP-21344-1 | 2004 | 489,675 | $17,079.37 | 204,707 | $7,139.98 | A |
| 0060 | PP | PP-21344-1 | 2005 | 468,593 | $16,577.41 | 200,759 | $7,102.26 | A |
| 0019 | PP | PP-23819-1 | 2004 | 498,230 | $12,129.59 | 246,732 | $6,006.78 | A |
| 0019 | PP | PP-23819-1 | 2005 | 518,935 | $12,956.77 | 262,855 | $6,562.96 | A |
| 0159 | PP | PP-68017-1 | 2004 | 434,053 | $10,645.58 | 216,998 | $5,322.08 | A |
| 0159 | PP | PP-68017-1 | 2005 | 417,781 | $10,431.16 | 201,241 | $5,024.59 | A |
| 0097 | PP | PP-89078-1 | 2004 | 929,658 | $32,425.53 | 281,762 | $9,827.59 | A |
| 0097 | PP | PP-89078-1 | 2005 | 859,511 | $30,406.93 | 290,726 | $10,285.01 | A |
| | | | **Tax Subtotals** | | $142,652.34 | | $57,271.26 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

GREENWOOD COUNTY TAX COLLECTOR    (County and State: GREENWOOD, SC)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1258 | PP | 005241098840000 | 2005 | 23,000 | $9,071.20 | 20,149 | $7,946.77 | A |
| | | | Tax Subtotals | | $9,071.20 | | $7,946.77 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| HABERSHAM COUNTY TAX COMMISSIONER | (County and State: HABERSHAM, GA) | | | | | | | | |
| | 1851 | PP | 2005017729 | 2004 | 379,007 | $8,662.59 | 198,420 | $4,535.10 | A |
| | 1851 | PP | 2005017729 | 2005 | 384,647 | $9,298.07 | 197,345 | $4,770.41 | A |
| | | | | Tax Subtotals | | $17,960.66 | | $9,305.51 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

    ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| HART COUNTY TAX COMMISSIONER | (County and State: HART, GA) | | | | | | | | |
| | 1023 | PP | 50090001 | 2004 | 542,435 | $9,980.81 | 253,873 | $4,671.26 | A |
| | 1023 | PP | 50090001 | 2005 | 528,485 | $9,424.46 | 234,369 | $4,179.50 | A |
| | | | | Tax Subtotals | | $19,405.27 | | $8,850.75 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

HOUSTON COUNTY TAX COMMISSIONER    (County and State: HOUSTON, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1854 | PP | 11170P | 2004 | 716,349 | $16,590.65 | 267,022 | $6,184.23 | A |
| 1854 | PP | 11170P | 2005 | 679,492 | $16,002.03 | 277,328 | $6,531.06 | A |
| | | | **Tax Subtotals** | | $32,592.68 | | $12,715.29 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Page 42 of 59

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| LAURENS COUNTY TAX COMMISSIONER | (County and State: LAURENS, GA) | | | | | | | | |
| | 1812 | PP | P1-3295 | 2004 | 833,054 | $5,783.89 | 285,043 | $1,979.05 | A |
| | 1812 | PP | P1-3295 | 2005 | 776,670 | $5,383.88 | 267,185 | $1,852.13 | A |
| | | | | **Tax Subtotals** | | $11,167.77 | | $3,831.18 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Page 43 of 59

**LEE COUNTY TAX COMMISSIONER** (County and State: LEE, GA)

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| | 0110 | PP | 011566 | 2004 | 601,890 | $18,201.16 | 273,758 | $8,278.43 | A |
| | 0110 | PP | 011566 | 2005 | 577,177 | $18,608.18 | 264,597 | $8,530.59 | A |
| | | | | **Tax Subtotals** | | **$36,809.34** | | **$16,809.02** | |

Legend for Basis for Adjustment Codes:    *A = Appraised Asset*    *M = Market*    *OK = No adjustment made*    *R is a real property account*    *S = Sales*

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

LIBERTY COUNTY TAX COMMISSIONER    (County and State: LIBERTY, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0158 | PP | 7825P | 2004 | 398,579 | $17,867.89 | 217,181 | $9,735.02 | A |
| 0158 | PP | 7825P | 2005 | 400,822 | $17,948.81 | 209,174 | $9,366.81 | A |
| | | | **Tax Subtotals** | | **$35,816.70** | | **$19,102.83** | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| MCDUFFIE COUNTY TAX COMMISSIONER | (County and State: MCDUFFIE, GA) | | | | | | | | |
| | 1243 | PP | 594500-001 | 2004 | 413,857 | $9,663.55 | 224,505 | $5,242.18 | A |
| | 1243 | PP | 594500-001 | 2005 | 395,040 | $9,224.18 | 211,978 | $4,949.69 | A |
| | | | | Tax Subtotals | | $18,887.73 | | $10,191.88 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| MITCHELL COUNTY TAX COLLECTOR | (County and State: MITCHELL, GA) | | | | | | | | |
| | 0175 | PP | 691500-001 | 2004 | 306,536 | $8,436.48 | 162,164 | $4,463.08 | A |
| | 0175 | PP | 691500-001 | 2005 | 289,941 | $9,342.48 | 146,772 | $4,729.28 | A |
| | | | | **Tax Subtotals** | | $17,778.96 | | $9,192.36 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

MONTGOMERY COUNTY REVENUE COMMISSIONER (County and State: MONTGOMERY, AL)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0503 | PP | 03-04-08-28-03-000-004.000 | 2004 | 129,120 | $2,840.64 | 43,584 | $958.85 | A |
| 0503 | PP | 03-04-08-28-03-000-004.000 | 2005 | 104,240 | $2,293.28 | 37,743 | $830.34 | A |
| MTG MF DA | PP | 03-04-09-31-03-006-002.000 | 2004 | 406,600 | $14,027.70 | 246,615 | $8,508.20 | A |
| MTG MF DA | PP | 03-04-09-31-03-006-002.000 | 2005 | 381,500 | $13,161.75 | 243,007 | $8,383.73 | A |
| 0460 | PP | 03-09-03-07-02-007-001.002 | 2004 | 258,960 | $8,934.12 | 48,424 | $1,670.64 | A |
| 0460 | PP | 03-09-03-07-02-007-001.002 | 2005 | 219,660 | $7,578.27 | 41,934 | $1,446.74 | A |
| 0448 | PP | 03-09-09-29-04-000-001.003 | 2004 | 94,080 | $3,245.76 | 46,286 | $1,596.88 | A |
| 0448 | PP | 03-09-09-29-04-000-001.003 | 2005 | 83,460 | $2,879.37 | 40,083 | $1,382.87 | A |
| MTG MF PZ | PP | 03-10-01-02-01-000-003.000 | 2004 | 418,360 | $14,433.42 | 109,850 | $3,789.83 | A |
| MTG MF PZ | PP | 03-10-01-02-01-000-003.000 | 2005 | 305,420 | $10,536.99 | 146,833 | $5,065.73 | A |
| 0521 | PP | 03-10-02-10-01-005-016.501 | 2004 | 261,900 | $9,035.55 | 42,619 | $1,470.35 | A |
| 0521 | PP | 03-10-02-10-01-005-016.501 | 2005 | 231,380 | $7,982.61 | 36,907 | $1,273.29 | A |
| 0468 | PP | 03-10-03-08-04-020-001.002 | 2004 | 60,040 | $2,071.38 | 29,706 | $1,024.86 | A |
| 0468 | PP | 03-10-03-08-04-020-001.002 | 2005 | 59,200 | $2,042.40 | 25,725 | $887.51 | A |
| 0464 | PP | 03-10-04-20-02-013-002.000 | 2004 | 138,000 | $4,761.00 | 34,844 | $1,202.13 | A |
| 0464 | PP | 03-10-04-20-02-013-002.000 | 2005 | 127,120 | $4,385.64 | 30,174 | $1,041.02 | A |
| 0463 | PP | 03-10-06-23-04-007-001.005 | 2004 | 114,640 | $3,955.08 | 42,680 | $1,472.46 | A |
| 0463 | PP | 03-10-06-23-04-007-001.005 | 2005 | 103,880 | $3,583.86 | 36,960 | $1,275.12 | A |
| 0531 | PP | 03-10-07-35-02-000-006.004 | 2004 | 156,380 | $5,395.11 | 43,444 | $1,498.83 | A |
| 0531 | PP | 03-10-07-35-02-000-006.004 | 2005 | 130,400 | $4,498.80 | 37,622 | $1,297.96 | A |
| 0449 | PP | 03-10-08-33-02-005-002.000 | 2004 | 100,020 | $3,450.69 | 42,847 | $1,478.21 | A |
| 0449 | PP | 03-10-08-33-02-005-002.000 | 2005 | 93,360 | $3,220.92 | 37,104 | $1,280.10 | A |
| 0465 | PP | 03-10-09-30-04-013-001.000 | 2004 | 59,620 | $2,056.89 | 34,118 | $1,177.06 | A |
| 0465 | PP | 03-10-09-30-04-013-001.000 | 2005 | 60,440 | $2,085.18 | 29,545 | $1,019.32 | A |
| 0446 | PP | 03-14-02-03-02-000-010.003 | 2004 | 62,980 | $2,172.81 | 34,959 | $1,206.07 | A |
| 0446 | PP | 03-14-02-03-02-000-010.003 | 2005 | 60,760 | $2,096.22 | 30,169 | $1,040.84 | A |
| MTG WH N | PP | 03-14-02-10-02-001-003.001 600 | 2004 | 707,080 | $15,555.76 | 270,241 | $5,945.30 | A |
| MTG WH N | PP | 03-14-02-10-02-001-003.001 600 | 2005 | 405,160 | $8,913.52 | 126,579 | $2,784.73 | A |
| MTG WH N | PP | 03-14-02-10-02-001-003.001 1DB | 2004 | 219,580 | $2,415.38 | 83,922 | $923.14 | A |
| MTG WH N | PP | 03-14-02-10-02-001-003.001 1DB | 2005 | 496,980 | $5,466.78 | 155,265 | $1,707.91 | A |
| MTG WH O | PP | 04-09-31-03-006-002.000 6001 | 2004 | 1,290,920 | $44,536.74 | 600,446 | $20,715.40 | A |
| MTG WH O | PP | 04-09-31-03-006-002.000 6001 | 2005 | 1,023,320 | $35,304.54 | 839,134 | $28,950.14 | A |

*Page 48 of 59*

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| MONTGOMERY COUNTY REVENUE COMMISSIONER | (County and State: MONTGOMERY, AL.) | | | | | | | | |
| | MTG.WH.O | R | 04-09-31-03-006-002-000 | 2004 | 2,310,260 | $79,703.97 | 1,720,000 | $59,340.00 | S |
| | MTG.WH.O | R | 04-09-31-03-006-002-000 | 2005 | 2,310,260 | $79,703.97 | 1,720,000 | $59,340.00 | S |
| | MTG.WH.O | R | 10-03-06-02-002-001.001 | 2004 | 15,900 | $548.55 | 11,757 | $405.62 | S |
| | MTG.WH.O | R | 10-03-06-02-002-001.001 | 2005 | 15,900 | $548.55 | 11,757 | $405.62 | S |
| | MTG.WH.N | R | 14-02-10-02-001-003-001 | 2004 | 8,137,580 | $89,513.38 | 6,802,042 | $74,822.46 | A |
| | MTG.WH.N | R | 14-02-10-02-001-003-001 | 2005 | 8,137,580 | $89,513.38 | 6,802,042 | $74,822.46 | A |
| | | | | **Tax Subtotals** | | $594,449.96 | | $383,441.75 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| NEWTON COUNTY TAX COMMISSIONER | (County and State: NEWTON, GA) | | | | | | | | |
| | 2743 | PP | 001 21 50001 | 2004 | 537,708 | $20,796.39 | 231,217 | $8,942.56 | A |
| | 2743 | PP | 001 21 50001 | 2005 | 493,789 | $19,448.38 | 210,279 | $8,282.05 | A |
| | | | | Tax Subtotals | | $40,244.77 | | $17,224.62 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

RANDOLPH COUNTY REVENUE COMMISSIONER    (County and State: RANDOLPH, AL.)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1907 | PP | 112640 | 2004 | 77,061 | $3,197.88 | 34,459 | $1,429.99 | A |
| 1907 | PP | 112640 | 2005 | 64,262 | $2,720.76 | 29,841 | $1,263.42 | A |
| | | | Tax Subtotals | | $5,918.64 | | $2,693.41 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| RICHMOND COUNTY TAX COMMISSIONER | (County and State: RICHMOND, GA) | | | | | | | | |
| | 1007 | PP | 2100605 | 2004 | 488,614 | $14,814.90 | 218,097 | $6,612.74 | A |
| | 1007 | PP | 2100605 | 2005 | 420,901 | $11,587.60 | 200,914 | $5,531.26 | A |
| | 1020 | PP | 2100606 | 2004 | 665,669 | $20,183.25 | 252,814 | $7,665.39 | A |
| | 1020 | PP | 2100606 | 2005 | 580,887 | $15,992.08 | 244,812 | $6,739.78 | A |
| | | | | **Tax Subtotals** | | $62,577.83 | | $26,549.17 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

    ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assesed By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| SHELBY COUNTY TAX COMMISSIONER | (County and State: SHELBY, AL) | | | | | | | | |
| | 0514 | PP | 541004701001000 | 2004 | 127,100 | $5,592.40 | 43,634 | $1,919.91 | A |
| | 0514 | PP | 541004701001000 | 2005 | 116,440 | $5,123.36 | 37,787 | $1,662.61 | A |
| | 0547 | PP | 541005001001000 | 2004 | 117,560 | $6,818.48 | 43,584 | $2,527.87 | A |
| | 0547 | PP | 541005001001000 | 2005 | 109,100 | $6,327.80 | 37,743 | $2,189.08 | A |
| | 0529 | PP | 541005101001000 | 2004 | 118,520 | $6,400.08 | 43,584 | $2,353.54 | A |
| | 0529 | PP | 541005101001000 | 2005 | 108,020 | $5,833.09 | 37,743 | $2,038.11 | A |
| | 0417 | PP | 541005401001000 | 2004 | 123,440 | $8,171.72 | 46,286 | $3,064.16 | A |
| | 0417 | PP | 541005401001000 | 2005 | 99,560 | $6,590.87 | 40,083 | $2,653.51 | A |
| | 0469 | PP | 541005401002000 | 2004 | 211,920 | $10,384.08 | 48,307 | $2,367.04 | A |
| | 0469 | PP | 541005401002000 | 2005 | 160,140 | $7,846.86 | 41,833 | $2,049.81 | A |
| | 0597 | PP | 541005402001000 | 2004 | 208,640 | $11,266.56 | 42,680 | $2,304.72 | A |
| | 0597 | PP | 541005402001000 | 2005 | 158,560 | $8,562.24 | 36,960 | $1,995.84 | A |
| | 0509 | PP | 541005402002000 | 2004 | 240,560 | $10,575.84 | 43,239 | $1,924.52 | A |
| | 0509 | PP | 541005402002000 | 2005 | 209,880 | $9,234.72 | 37,877 | $1,666.60 | A |
| | | | | **Tax Subtotals** | | $108,728.10 | | $30,717.32 | |

**Legend for Basis for Adjustment Codes:**    *A = Appraised Asset*    *M = Market*    *OK = No adjustment made*    *S = Sales*

**Footnotes:**    * PP in property type is a personal property account and R is a real property account

     ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| SUMTER COUNTY TAX COLLECTOR | (County and State: SUMTER, AL) | | | | | | | | |
| | 0562 | PP | W461 69 | 2004 | 41,320 | $1,954.44 | 16,245 | $768.37 | A |
| | 0562 | PP | W461 69 | 2005 | 27,940 | $1,331.56 | 14,067 | $665.39 | A |
| | | | | Tax Subtotals | | $3,276.00 | | $1,433.76 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

TALLADEGA COUNTY REVENUE COMMISSIONER   (County and State: TALLADEGA, AL)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount*** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0452 | PP | 47218 | 2004 | 65,446 | $2,519.44 | 40,470 | $1,557.97 | A |
| 0452 | PP | 47218 | 2005 | 65,446 | $2,316.16 | 35,046 | $1,240.31 | A |
| 0400 | PP | 47225 | 2004 | 71,746 | $2,977.21 | 33,358 | $1,384.66 | A |
| 0400 | PP | 47225 | 2005 | 61,515 | $2,546.44 | 28,896 | $1,196.16 | A |
| | | | **Tax Subtotals** | | **$10,359.25** | | **$5,379.09** | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| TELFAIR COUNTY TAX COMMISSIONER | (County and State: TELFAIR, GA) | | | | | | | | |
| | 0042 | PP | 846600 001 | 2004 | 662,214 | $16,695.73 | 255,260 | $6,435.60 | A |
| | 0042 | PP | 846600 001 | 2005 | 591,439 | $14,509.18 | 248,643 | $6,099.70 | A |
| | | | | **Tax Subtotals** | | $31,204.91 | | $12,535.30 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| THOMAS COUNTY TAX COMMISSIONER | (County and State: THOMAS, GA) | | | | | | | | |
| | 0057 | PP | 220890-001 | 2004 | 563,362 | $4,660.13 | 277,949 | $2,299.19 | A |
| | 0057 | PP | 220890-001 | 2005 | 522,622 | $4,306.41 | 258,985 | $2,134.04 | A |
| | | | | Tax Subtotals | | $8,966.54 | | $4,433.23 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset      M = Market      OK = No adjustment made      S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**TROUP COUNTY TAX COMMISSIONER**  (County and State: TROUP, GA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1807 | PP | 2005022865 | 2004 | 728,696 | $21,613.12 | 259,113 | $7,685.30 | A |
| 1807 | PP | 2005022865 | 2005 | 608,712 | $18,054.40 | 251,827 | $7,469.20 | A |
| 1998 | PP | 2005022866 | 2004 | 520,144 | $15,427.47 | 238,656 | $7,078.55 | A |
| 1998 | PP | 2005022866 | 2005 | 462,833 | $13,727.63 | 236,838 | $7,024.62 | A |
| | | | **Tax Subtotals** | | $68,822.62 | | $29,257.66 | |

**Legend for Basis for Adjustment Codes:**   A = Appraised Asset     M = Market     OK = No adjustment made     S = Sales

**Footnotes:**   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| WALTON COUNTY TAX COMMISSIONER | (County and State: WALTON, GA) | | | | | | | | |
| | 1872 | PP | 719610-001 | 2004 | 681,149 | $19,562.59 | 253,882 | $7,291.49 | A |
| | 1872 | PP | 719610-001 | 2005 | 616,462 | $17,672.12 | 247,347 | $7,090.69 | A |
| | | | | Tax Subtotals | | $37,234.71 | | $14,382.18 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Page 59 of 59

**<u>EXHIBIT C</u>**

*Exhibit C*

7/26/2006

| Jurisdiction | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| BALDWIN COUNTY REVENUE COMMISSIONER | P080620 | 25405 PERDIDO BLVD, ORANGE BEACH AL 36561 | 160,571 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | 54-08-33-2-000-016.003 | 1235 SOUTH MCKENZIE ST., FOLEY AL 36535 | 2,458,824 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P080618 | 1235 SOUTH MCKENZIE ST., FOLEY AL 36535 | 171,600 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P086193 | 710 MCMEANS AVE, BAY MINETTE AL 36507 | 171,600 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P080616 | HWY 59 AND 16TH STREET, GULF SHORES AL 36542 | 110,760 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P234778 | 3075 US HWY 98, DAPHNE AL 36526 | 180,625 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P221693 | 187 BALDWIN SQUARE, FAIRHOPE AL 36532 | 179,487 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P243964 | 21951 HWY 59 SOUTH, SUITE F, ROBERTSDALE AL 36567 | 122,086 | A |
| BIBB COUNTY TAX ASSESSOR-COLLECTOR | 97220 | 125 HWY 25, BRENT AL 35034 | 119,438 | A |
| CALHOUN COUNTY REVENUE COMMISSIONER | 90-02-32-0-000-029.081 | 800 NOBLE STREET, ANNISTON AL 36201 | 140,096 | A |
| CALHOUN COUNTY REVENUE COMMISSIONER | 90-02-21-0-000-011.023 | 2495 HWY 431, ANNISTON AL 36206 | 160,388 | A |
| CALHOUN COUNTY REVENUE COMMISSIONER | 90-02-32-0-000-037.007 | 1408 GOLDEN SPRINGS ROAD, ANNISTON AL 36207 | 174,673 | A |
| CALHOUN COUNTY REVENUE COMMISSIONER | 90-02-24-0-000-010.036 | 4920 HWY 78 WEST, OXFORD AL 36203 | 99,840 | A |
| CALHOUN COUNTY REVENUE COMMISSIONER | 90-02-53-0-000-028.022 | 815 SO. PELHAM ROAD, JACKSONVILLE AL 36265 | 171,600 | A |
| CITY OF AMERICUS TREASURER | 0000001 5055P | 1206 CRAWFORD ST., AMERICUS GA 31709 | 537,493 | A |
| CITY OF CAIRO | 004855 | 1000 FIRST AVENUE NE, CAIRO GA 39823 | 573,471 | A |
| CITY OF CAMILLA TAX DEPARTMENT | 691 500PPP | 129 US HWY 19 NORTH, CAMILLA GA 31730 | 322,679 | A |
| CITY OF CORDELE | 005131 | 1101 16TH AVENUE EAST, CORDELE GA 31015 | 540,851 | A |
| CITY OF KINGSLAND | 3690P05 | 1351 E BOONE AVE, KINGSLAND GA 31548 | 582,651 | A |
| CITY OF SELMA | 180780I-548 | 1952 WEST DALLAS AVE, SELMA AL 36701 | 174,673 | A |
| CITY OF TIFTON TAX DEPARTMENT | 004406 | 412 N VIRGINIA AVENUE, TIFTON GA 31794 | 589,559 | A |
| CITY OF WARNER ROBINS UTILITY & TAX | 0001117 0 | 785 HWY 96, BONAIRE GA 31005 | 625,747 | A |
| COUNTY OF AUTAUGA | 0000202450 | 701 EAST MAIN STREET, PRATTVILLE AL 36067 | 203,186 | A |

Page 1 of 5

| Jurisdiction | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| COUNTY OF BARBOUR REV COMM OFFICE | 23780 | 1037 S. EUFAULA AVE., EUFAULA AL 36027 | 174,673 | A |
| COUNTY OF CAMDEN TAX COMMISSIONER | P1 3690 | 1351 E. BOONE AVE, KINGSLAND GA 31548 | 582,651 | A |
| COUNTY OF CHILTON TAX COLLECTOR | 23202 | 640 OLLIE AVENUE, CLANTON AL 35045 | 136,500 | A |
| COUNTY OF COFFEE REV COMMISSIONER | 8W190290 | 705 84 BY PASS, ENTERPRISE AL 36330 | 119,438 | A |
| COUNTY OF COLQUITT TAX COMMISSIONER | P7012115 | 103 TALMADGE DRIVE, MOULTRIE GA 31768 | 590,726 | A |
| COUNTY OF DALLAS, ET AL | 180780-1-548 | 1952 WEST DALLAS AVE, SELMA AL 36701 | 174,673 | A |
| COUNTY OF DECATUR TAX COMMISSIONER | 761505 | 915 SHOTWELL STREET, BAINBRIDGE GA 39819 | 592,017 | A |
| COUNTY OF ELMORE REVENUE COMMISS | 336580 | 5326 HWY 231 SOUTH, WETUMPKA AL 36092 | 164,405 | A |
| COUNTY OF ELMORE REVENUE COMMISS | 560570 | 3625 HIGHWAY 14, MILLBROOK AL 36054 | 178,628 | A |
| COUNTY OF ELMORE REVENUE COMMISS | 336590 | 1300 GILMER AVENUE, TALLASSEE AL 36078 | 92,820 | A |
| COUNTY OF HOUSTON | 51304 | 3850 W. MAIN STREET, DOTHAN AL 36301 | 174,673 | A |
| COUNTY OF HOUSTON | 51303 | 1571 WESTGATE PKWY, DOTHAN AL 36303 | 181,046 | A |
| COUNTY OF HOUSTON | 22974 | 2131 ROSS CLARK CIRCLE, DOTHAN AL 36301 | 2,008,725 | A |
| COUNTY OF HOUSTON | 51302 | 2131 ROSS CLARK CIRCLE, DOTHAN AL 36301 | 175,235 | A |
| COUNTY OF HOUSTON | 51306 | 1151 ROSS CLARK CR, DOTHAN AL 36301 | 171,600 | A |
| COUNTY OF JEFFERSON, AL | 90-37-5755.090.-PP | 2220 BESSEMER ROAD, BIRMINGHAM AL 35208 | 181,625 | A |
| COUNTY OF JEFFERSON, AL | 23-27-4-008-031.002-00 | 4476 MONTEVALLO ROAD, BIRMINGHAM AL 35213 | 4,871,790 | A |
| COUNTY OF JEFFERSON, AL | 90-37-5755.140.-PP | 4476 MONTEVALLO ROAD, BIRMINGHAM AL 35213 | 181,715 | A |
| COUNTY OF JEFFERSON, AL | 90-37-5755.050-PP | 1721 HWY 31 N, FULTONDALE AL 35068 | 174,674 | A |
| COUNTY OF JEFFERSON, AL | 90-37-5755.120.-PP | 465 MAIN STREET, TRUSSVILLE AL 35173 | 175,859 | A |
| COUNTY OF JEFFERSON, AL | 90-37-5755.000-PP | 4701 CENTERPOINT RD, PINSON AL 35126 | 195,507 | A |
| COUNTY OF JEFFERSON, AL | 28-00-15-4-010-001.002-RR-04 | 3925 CROSSHAVEN DRIVE, BIRMINGHAM AL 35243 | 3,201,405 | A |
| COUNTY OF JEFFERSON, AL | 90-37-5755.010-PP | 3925 CROSSHAVEN DRIVE, BIRMINGHAM AL 35243 | 170,700 | A |
| COUNTY OF JEFFERSON, AL | 64-90-37-0-501-638.02 | 104 RIVER SQUARE PLAZA, HUEYTOWN AL 35023 | 136,500 | A |
| COUNTY OF JEFFERSON, AL | 12-9-3-0-38.004-RR | 2402 OLD SPRINGVILLE ROAD, BIRMINGHAM AL 35215 | 3,044,869 | A |

| Jurisdiction | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| COUNTY OF JEFFERSON, AL | 90-37-5755.060-PP | 2402 OLD SPRINGVILLE ROAD, BIRMINGHAM AL 35215 | 179,487 | A |
| COUNTY OF JEFFERSON, AL | 52-90-37-0-501-638.01 | 2910 MORGAN RD, SUITE 128, BESSEMER AL 35022 | 174,673 | A |
| COUNTY OF LEE, AL REV COMMISSION | 48464 | 2440 PEPPERELL PKY, OPELIKA AL 36801 | 171,600 | A |
| COUNTY OF LEE, AL REV COMMISSION | 48469 | 1441 FOXRUN PARKWAY, OPELIKA AL 36801 | 174,674 | A |
| COUNTY OF LEE, AL REV COMMISSION | 48465 | 1625 E UNIVERSITY DRIVE, AUBURN AL 36830 | 171,600 | A |
| COUNTY OF LEE, AL REV COMMISSION | 48463 | 1617 SOUTH COLLEGE STREET, AUBURN AL 36830 | 171,600 | A |
| COUNTY OF LOWNDES TAX COLLECTOR | P7425 | 1060 LAKES BLVD, LAKE PARK GA 31636 | 573,775 | A |
| COUNTY OF LOWNDES TAX COLLECTOR | P13616 | 3200 NORTH ASHLEY ST., VALDOSTA GA 31602 | 871,304 | A |
| COUNTY OF LOWNDES TAX COLLECTOR | P5891 | 1105 MADISON HIGHWAY, VALDOSTA GA 31601 | 632,340 | A |
| COUNTY OF RUSSELL REV DEPT | 422720 | 3952 US HWY 80, PHENIX CITY AL 36867 | 175,859 | A |
| COUNTY OF ST CLAIR REVENUE COMM | 669281 | 1009 MARTIN ST., PELL CITY AL 35125 | 136,500 | A |
| COUNTY OF TALLAPOOSA REVENUE COMM | 12-02-04-4-501-005.003 | 1061 U.S. HWY, 280 EAST, ALEXANDER CITY AL 35010 | 2,134,270 | A |
| COUNTY OF TALLAPOOSA REVENUE COMM | 207950 | 1061 U.S. HWY, 280 EAST, ALEXANDER CITY AL 35010 | 175,235 | A |
| COUNTY OF WALKER, AL | 26368 | 2601 HWY 78 EAST, JASPER AL 35501 | 174,673 | A |
| CRISP COUNTY TAX COMMISSIONER | P1-7195 | 1101 16TH AVENUE EAST, CORDELE GA 31015 | 540,851 | A |
| DUBLIN CITY AND SCHOOL DISTRICT TAX COLLECT | 3295P | 2101 VETERANS BLVD, DUBLIN GA 31021 | 638,602 | A |
| ESCAMBIA COUNTY REVENUE COMMISSIONER | 200512 | 600 E. CHURCH ST., ATMORE AL 36502 | 136,500 | A |
| ESCAMBIA COUNTY REVENUE COMMISSIONER | 10680 | 1740 DOUGLAS AVE., BREWTON AL 36426 | 119,438 | A |
| GLYNN COUNTY TAX COMMISSIONER | PP-23819-1 | 220 RETREAT ROAD, ST SIMONS ISLAND GA 31522 | 580,658 | A |
| GLYNN COUNTY TAX COMMISSIONER | PP-21344-1 | 1941 GLYNN AVE., BRUNSWICK GA 31520 | 436,200 | A |
| GLYNN COUNTY TAX COMMISSIONER | PP-89078-1 | 4404 ALTAMA AVENUE, BRUNSWICK GA 31520 | 704,980 | A |
| GLYNN COUNTY TAX COMMISSIONER | PP-68017-1 | 5420 NEW JESUP HWY, BRUNSWICK GA 31525 | 479,390 | A |
| GRADY COUNTY TAX COMMISSIONER | 2005-20532 | 1000 FIRST AVENUE NE, CAIRO GA 39828 | 573,471 | A |
| HOUSTON COUNTY TAX COMMISSIONER | 11170P | 785 HWY 96, BONAIRE GA 31005 | 625,747 | A |
| LAURENS COUNTY TAX COMMISSIONER | P1-3295 | 2101 VETERANS BLVD, DUBLIN GA 31021 | 638,602 | A |

| Jurisdiction | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| LEE COUNTY TAX COMMISSIONER | 011566 | 1553 US 19 SOUTH, LEESBURG GA 31763 | 606,425 | A |
| MITCHELL COUNTY TAX COLLECTOR | 691500-001 | 129 US HWY 19 NORTH, CAMILLA GA 31730 | 322,679 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PW035369 | 9082 MOFFETT ROAD, SEMMES AL 36575 | 227,180 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | R0224061400000061.003 | 9082 MOFFETT ROAD, SEMMES AL 36575 | 2,630,662 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PW034828 | 740 N SCHILLINGER, MOBILE AL 36608 | 175,859 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PW034874 | 2502 SCHILLINGER RD S, MOBILE AL 36695 | 187,295 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PM060703 | 5440 HWY. 90 WEST, MOBILE AL 36619 | 171,600 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PW034806 | 5651-A MOFFAT ROAD, MOBILE AL 36618 | 199,320 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PM026300 | 5827D HWY 90 WEST, THEODORE AL 36582 | 179,255 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PM026160 | 231 2ST. STEPHENS ROAD, MOBILE AL 36617 | 119,438 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PW034807 | 6300 GRELOTROAD, MOBILE AL 36695 | 182,246 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PW034808 | 9948 AIRPORT ROAD, MOBILE AL 36608 | 171,600 | A |
| MOBILE COUNTY REVENUE COMMISSIONER | P02PW035453 | 1550 GOVERNMENT BLVD, MOBILE AL 36604 | 130,209 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-14-02-03-02-000-010.003 | 4724 MOBILE HWY, MONTGOMERY AL 36108 | 140,072 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-09-09-29-04-000-001.003 | 7946 VAUGHN ROAD, MONTGOMERY AL 36116 | 186,100 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-09-03-07-02-007-001.002 | 5841 ATLANTA HIGHWAY, MONTGOMERY AL 36117 | 194,696 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-10-06-23-04-007-001.005 | 2730 EASTERN BOULEVARD, MONTGOMERY AL 36117 | 171,600 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-10-04-20-02-013-002.000 | 1740 CARTER HILL ROAD, MONTGOMERY AL 36106 | 140,096 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-04-08-28-03-000-004.000 | 2055 COLISEUM BLVD, MONTGOMERY AL 36110 | 175,235 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-10-02-10-01-005-016.501 | 3381 ATLANTA HIGHWAY, MONTGOMERY AL 36109 | 171,354 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-10-07-35-02-000-006.004 | 4035 EASTERN BLVD PARKWAY, MONTGOMERY AL 36116 | 174,673 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 03-04-09-31-03-006-002.000 | 1550 Jackson Ferry Road, MONTGOMERY AL 36104 | 1,228,935 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 04-09-31-03-006-002.000 6001 | Jackson Ferry Road, MONTGOMERY AL 36102 | 1,760,218 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 04-09-31-03-006-002-000 | Jackson Ferry Road, MONTGOMERY AL 36102 | 8,541,216 | A |
| MONTGOMERY COUNTY REVENUE COMMISSIONER | 10-03-06-02-002-001.001 | Jackson Ferry Road, MONTGOMERY AL 36102 | 58,784 | A |

Page 4 of 5

| Jurisdiction | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| SHELBY COUNTY TAX COMMISSIONER | 541 005401 002000 | 335 HELENA MARKET PLACE, HELENA  AL  35080 | 194,224 | A |
| SHELBY COUNTY TAX COMMISSIONER | 541 005402002000 | 150 CHELSEA CORNERS, CHELSEA  AL  35043 | 175,859 | A |
| SHELBY COUNTY TAX COMMISSIONER | 541 004701 001000 | 2653 VALLEYDALE ROAD, BIRMINGHAM  AL  35243 | 175,438 | A |
| SUMTER COUNTY TAX COMMISSIONER | 1975P | 1206 CRAWFORD ST., AMERICUS  GA  31709 | 537,493 | A |
| TALLADEGA COUNTY REVENUE COMMISSIONER | 47225 | 33404 US HWY 280, CHILDERSBURG  AL  35044 | 134,160 | A |
| TIFT COUNTY TAX COMMISSIONER | T016 012 | 412 N VIRGINIA AVENUE, TIFTON  GA  31794 | 589,559 | A |

Legend  for Basis for Adjustment Code:    A = Appraised Asset