# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

)  Case No. 05-03817-3F1
)

WINN-DIXIE STORES, INC., et al., )  *Chapter 11*
)

Debtors. [1]

)  Jointly Administered
)

## ORDER DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED SCHEDULED CLAIMS AND (C) RECLASSIFY MISCLASSIFIED SCHEDULED CLAIMS AS SET FORTH IN THE DEBTORS' FIRST OMNIBUS MOTION FOR ORDER DEEMING SCHEDULES AMENDED

These cases came before the Court for hearing on July 27, 2006, upon the First Omnibus Motion (the "Motion") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") for entry of an order deeming the Debtors' Schedules amended to disallow, reduce or reclassify the scheduled claims listed on Exhibit A through C (the "Scheduled Claims").[2]  Several formal and informal objections to the Motion were raised or filed, as a result of which the Debtors have agreed to continue the Motion with respect to (i) scheduled claim no. 35573 for Anderson News LLC, (ii) scheduled claim no. 31489 for Royal & Son and (iii) scheduled claim no. 34018 for Pepsi Cola Bottling Co., which scheduled claims have been removed from Exhibits A and B (collectively, the

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

"Unresolved Objections"). The Debtors have withdrawn without prejudice their objection to (i) scheduled claim no. 32203 for Silver Eagle Dist Key West and (ii) scheduled claim no. 32209 for Southern Eagle Dist, which scheduled claims have been removed from Exhibit C. Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Motion is granted.

2.    The Debtors' Schedules are deemed amended to disallow in their entirety the No Liability Scheduled Claims listed on Exhibit A to this Order.

3.    The Debtors' Schedules are deemed amended to reduce the Overstated Scheduled Claims listed on Exhibit B to this Order to the amounts set forth on Exhibit B under the heading Reduced Claim Amount. All amounts exceeding the Reduced Claim Amount are disallowed.

4.    The Debtors' Schedules are deemed amended to reclassify in part the Misclassified Scheduled Claims as specified on Exhibit C to this Order.

5.    With respect to the Overstated Scheduled Claims that are reduced by the amount of the reclamation payments listed on Exhibit B under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Scheduled Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibit B.

6.    Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

2

7.     The hearing to consider the Motion with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

8.     Each Scheduled Claim and the proposed amendments by the Debtors to such claim as addressed in the Motion constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each Scheduled Claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

9.     Neither the Motion nor any disposition of the Scheduled Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

10.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Scheduled Claims.

Dated this _21_ day of July, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3

460602-Wilmington Server 1A - MSW

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT A - NO LIABILITY SCHEDULED CLAIMS

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 244244<br>BVI DBA PRIMED WETUMPKA<br>PO BOX 240695<br>MONTGOMERY, AL 36124-0695 | 33320<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $60.00 | SCHEDULED IN ERROR. |
| Creditor Id: 246637<br>COLLINS & AIKMAN<br>ATTN: JAMES MOOR, VP ENG/REAL ESTAT<br>PO BOX 580<br>ALBEMARLE, NC 28001<br><br>Transferee: ASM CAPITAL LP | 334472<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $11,770.83 | NO LIABILITY. |
| Creditor Id: 246643<br>COLLINS POINTE SHOPPING CENTER<br>C/O CNM ASSOC<br>950 E PACES RD SUITE 900<br>ATLANTA, GA 30326 | 36167<br>Debtor: WINN-DIXIE RALEIGH, INC. | $36,535.37 | NO LIABILITY. |
| Creditor Id: 249513<br>FINAZZLE CORPORATION USA<br>3088 PROCESS DRIVE<br>NORCROSS, GA 30071 | 34830<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $29,167.48 | NO LIABILITY. DEBTOR HAS ACCOUNTS RECEIVABLE BALANCE FROM CLAIMANT OF $58,638.80. ACCORDINGLY, CLAIMANT OWES DEBTOR $29,471.32. |
| Creditor Id: 249906<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | 36314<br>Debtor: WINN-DIXIE RALEIGH, INC. | $11,811.15 | SCHEDULED IN ERROR AGAINST WINN-DIXIE RALEIGH, INC. CLAIMANT FILED CLAIM NUMBER 9794 AGAINST WINN-DIXIE STORES, INC. |
| Creditor Id: 255234<br>GRAVLEE, MACON<br>C/O GENERAL MGMT SERVICES<br>PO BOX 310<br>FAYETTE, AL 35555 | 36532<br>Debtor: WINN-DIXIE RALEIGH, INC. | $14,967.77 | SCHEDULED IN ERROR AGAINST WINN-DIXIE RALEIGH, INC. CLAIMANT FILED CLAIM NUMBER 5542 AGAINST WINN-DIXIE MONTGOMERY, INC. |
| Creditor Id: 252826<br>JDN REALTY CORPORATION<br>PO BOX 532614<br>DEPT 320<br>ACCT# 190320-JD1321<br>ATLANTA, GA 30353-2614 | 31015<br>Debtor: WINN-DIXIE STORES, INC. | $4,719.79 | NO LIABILITY. |

Page: 2 of 2
Date: 07/26/2006

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT A - NO LIABILITY SCHEDULED CLAIMS

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 255579<br>MARLIN LEASING CORP<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 | 32787<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $294.12 | SCHEDULED IN ERROR AGAINST WINN-DIXIE LOGISTICS, INC. CLAIMANT FILED CLAIM NUMBER 1027 AGAINST WINN-DIXIE STORES, INC. |
| Creditor Id: 257018<br>NATIVA FOODS<br>950 WEST ELLIOT RD STE 112<br>TEMPE, AZ 85284 | 35158<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $366.21 | SCHEDULED IN ERROR. |
| Creditor Id: 257540<br>OCALA STAR BANNER<br>PO BOX 915009<br>ORLANDO, FL 32891-5009 | 31300<br>Debtor: WINN-DIXIE STORES, INC. | $16,617.52 | SCHEDULED IN ERROR. $16,617.52 PAID VIA WIRE TRANSFER NUMBER 018206 2/20/05 (ACTUAL AMOUNT OF WIRE PAID $31,650.58 FOR JANUARY & FEBRUARY). |
| Creditor Id: 261510<br>SPARTANBURG COCA COLA BOTTLING<br>PO BOX 11407<br>ATTN ACCT REC<br>BIRMINGHAM, AL 35246-0374 | 34183<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $3,399.32 | NO LIABILITY. DEBTOR'S $6,938.78 CREDITS NOT CONSIDERED WHEN CLAIM AMOUNT WAS SCHEDULED. THUS, CLAIMANT OWES DEBTOR $3,539.46 |
| Creditor Id: 261510<br>SPARTANBURG COCA COLA BOTTLING<br>PO BOX 11407<br>ATTN ACCT REC<br>BIRMINGHAM, AL 35246-0374 | 36810<br>Debtor: WINN-DIXIE RALEIGH, INC. | $54,292.43 | NO LIABILITY. DEBTOR'S $85,599.16 CREDIT NOT CONSIDERED WHEN CLAIM AMOUNT WAS SCHEDULED. THUS, CLAIMANT OWES DEBTOR $31,306.73. |

Total Claims to be Disallowed:    12
Total Amount to be Disallowed:    $184,001.99    Plus Unliquidated Amounts, if Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 241886<br>ALBERTVILLE QUALITY FOOD<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0836 | 34516<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $23,385.60 | $15,668.35 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $233.86 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,483.39. |
| Creditor Id: 242343<br>AMSTAR FOODS<br>400 AUGUSTA ST<br>PO BOX 9239<br>GREENVILLE, SC 29604 | 33222<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $34,005.30 | $22,808.40 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $339.30 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $10,857.60. |
| Creditor Id: 384008<br>BERNIE LITTLE DISTRIBUTING<br>PO BOX 1128<br>EATON PARK, FL 33840-1128 | 32083<br>Debtor: WINN-DIXIE STORES, INC. | $76.30 | $37.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1.18 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $37.78. |
| Creditor Id: 243555<br>BIRCHWOOD FOODS<br>BIN #53012<br>MILWAUKEE, WI 53288 | 34609<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $293,247.89 | $5,712.40 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,713.20 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $278,822.29. |
| Creditor Id: 243575<br>BISSELL INC<br>PO BOX 73669-0<br>CHICAGO, IL 60673-7669 | 34611<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $3,907.51 | $1,446.51 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $45.36, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $585.85 AND $378.18, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,451.61. |
| Creditor Id: 244275<br>C&M FOOD DISTRIBUTING<br>PO BOX 530727<br>BIRMINGHAM, AL 35253-0727 | 34634<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $7,036.60 | $5,281.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $53.19, ACCOUNTS RECEIVABLE BALANCE OF $55.40, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,646.68. |
| Creditor Id: 244969<br>CHAMBERS BOTTLING CO<br>PO BOX 2709<br>HUNTSVILLE, AL 35804 | 33350<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $86,870.04 | $76,952.87 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $300.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,616.65. |
| Creditor Id: 245139<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA 30384-0770 | 34677<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $152,742.77 | $142,742.77 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $10,000. ALSO ON EXHIBIT C. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 245374<br>CHUBS<br>8101 PRESIDENTS DR<br>ORLANDO, FL 32809-7624 | 34687<br>Debtor: | $28,659.90<br>WINN-DIXIE PROCUREMENT, INC. | $22,224.90 | REDUCED AMOUNT REFLECTS CHARGE OF $133.37 FOR INTEREST AND ATTORNEY FEES AND 5/12/05 PAYMENT OF $6,568.37 BY CHECK NUMBER 008024653 PURSUANT TO INTERIM ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| Creditor Id: 245463<br>CITI SYSTEMS LEASING<br>DEPT 56901<br>PO BOX 67000<br>DETROIT, MI 48267 | 30355<br>Debtor: | $152,825.22<br>WINN-DIXIE STORES, INC. | $101,883.48 | REDUCED AMOUNT REFLECTS 6/1/05 PAYMENT OF $50,941.74 BY CHECK NUMBER 008050059 FOR 3/1/05-3/31/05 RENT. INVOICE NUMBER WAS DATED 1/27/05 AND ERRONEOUSLY INCLUDED IN SCHEDULED AMOUNT. |
| Creditor Id: 246519<br>CNS INC<br>NW 5314<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5314 | 34698<br>Debtor: | $66,640.01<br>WINN-DIXIE PROCUREMENT, INC. | $49,310.89 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $525.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $16,803.99. |
| Creditor Id: 247521<br>DALES SAUCES<br>PO BOX 130684<br>BIRMINGHAM, AL 35213-0684 | 34744<br>Debtor: | $46,122.64<br>WINN-DIXIE PROCUREMENT, INC. | $9,366.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,114.70 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $35,641.17. |
| Creditor Id: 248118<br>DIAZ FOODS<br>5501 FULTON INDUSTRIAL BLVD SW<br>ATLANTA, GA 30336 | 36243<br>Debtor: | $44,449.69<br>WINN-DIXIE RALEIGH, INC. | $25,783.10 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $565.66 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $18,100.93. |
| Creditor Id: 248217<br>DIXIE EGG COMPANY<br>PO BOX 6933<br>JACKSONVILLE, FL 32236 | 34771<br>Debtor: | $87,464.00<br>WINN-DIXIE PROCUREMENT, INC. | $36,279.00 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $945.00 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $30,240.00. |
| Creditor Id: 248607<br>DYNAMIC SCAN INC<br>ATTN: JONATHAN LANIGAN, PRES<br>PO BOX 22544<br>WEST PALM BEACH, FL 33416<br>Transferee: LCH OPPORTUNITIES LLC | 30683<br>Debtor: | $53,666.15<br>WINN-DIXIE STORES, INC. | $22,882.86 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $932.83 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $29,850.46. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 249496<br>FIELDALE FARMS CORP<br>PO BOX 558<br>BALDWIN, GA 30511 | 34825<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $159,961.34 | $85,968.16 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,242.21 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $71,750.97. |
| Creditor Id: 249503<br>FILIPPO BERIO SALOV NA CORP<br>PO BOX 23346<br>NEWARK, NJ 07189-3346 | 34828<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $49,899.83 | $34,000.31 | REDUCE AMOUNT REFLETS NET CONSUMPTION WAIVER OF $728.79 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,170.73. |
| Creditor Id: 250854<br>GREEN MOUNTAIN WOOD PRODUCTS INC<br>PO BOX 99<br>RANDOLPH, VT 05060 | 34906<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $8,277.12 | $95.83 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $1,305.72, NET CONSUMPTION WAIVER OF $287.48, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,199.53. |
| Creditor Id: 251589<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 | 36405<br>Debtor: WINN-DIXIE RALEIGH, INC. | $15,233.98 | $12,645.92 | REDUCED AMOUNT REFLECTS 3/25/05 PAYMENT OF $2,588.06 BY CHECK NUMBER 008009899 FOR POSTPETITION INVOICE SCHEDULED IN ERROR. |
| Creditor Id: 253783<br>KENNESAW INC<br>1300 SW FIRST COURT<br>POMPANO BEACH, FL 33069 | 31052<br>Debtor: WINN-DIXIE STORES, INC. | $16,617.35 | $10,066.30 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $198.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $6,352.53. |
| Creditor Id: 254107<br>KOZY SHACK INC<br>DEPT CH 17323<br>PALATINE, IL 60055-7323 | 35023<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $32,845.13 | $2,857.28 | REDUCE AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $908.72 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $29,079.13. |
| Creditor Id: 254125<br>KRISPY KREME<br>1300 EAST PARK AVE<br>TALLAHASSEE, FL 32301 | 31081<br>Debtor: WINN-DIXIE STORES, INC. | $22,346.09 | $14,475.18 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $238.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,632.39. |
| Creditor Id: 254127<br>KRISPY KREME<br>ATTN: FRANK GUTHRIE, PRES<br>1644 GORDON HIGHWAY<br>AUGUSTA, GA 30906 | 31082<br>Debtor: WINN-DIXIE STORES, INC. | $67,271.97 | $66,214.06 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $32.05 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,025.86. |

Transferee: ASM CAPITAL II, LP

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 254128<br>KRISPY KREME<br>465 WEST 23RD STREET<br>PANAMA CITY, FL 32405 | 31083<br>Debtor: WINN-DIXIE STORES, INC. | $9,980.81 | $6,193.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $114.75 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,672.11. |
| Creditor Id: 254133<br>KRISPY KREME<br>PO BOX 752046<br>CHARLOTTE, NC 28275-2046 | 36491<br>Debtor: WINN-DIXIE RALEIGH, INC. | $229,822.61 | $88,908.55 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,270.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $136,643.93. |
| Creditor Id: 384205<br>KRISPY KREME<br>GULF FLORIDA DOUGHNUT CORPORATION<br>ATTN: MARK GAUTHIER, PRES<br>3615 E LAKE AVENUE<br>TAMPA, FL 33610<br>Transferee: ASM CAPITAL LP | 32150<br>Debtor: WINN-DIXIE STORES, INC. | $101,299.78 | $84,881.68 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $497.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,920.58. |
| Creditor Id: 254138<br>KRISPY KREME DONUT CO<br>ATTN: FRANK GUTHRIE, PRES<br>PO BOX 569<br>AUGUSTA, GA 30901<br>Transferee: ASM CAPITAL II, LP | 31087<br>Debtor: WINN-DIXIE STORES, INC. | $56,491.85 | $39,493.67 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $515.10 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $16,483.08. |
| Creditor Id: 254144<br>KRISPY KREME DOUGHNUT CORP<br>3095 ROSS CLARKK CIRCLE<br>DOTHAN, AL 36301 | 31088<br>Debtor: WINN-DIXIE STORES, INC. | $5,394.13 | $2,227.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $95.96 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,070.51. |
| Creditor Id: 254394<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA, GA 30392-0001 | 35039<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $54,118.15 | $31,343.89 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $690.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,083.74. |
| Creditor Id: 254725<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | 31137<br>Debtor: WINN-DIXIE STORES, INC. | $10,127.69 | $8,533.63 | REDUCED AMOUNT REFLECTS REMOVAL OF POSTPETITION PORTIONS OF INVOICES, WHICH PORTIONS WERE SCHEDULED IN ERROR. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 254743<br>LIFECLINIC FINANCE CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY, UT 84189-0750 | 31139<br>Debtor: WINN-DIXIE STORES, INC. | $27,857.90 | $149.91 | REDUCED AMOUNT REFLECTS 5/9/05 PAYMENT OF $27,707.99 BY CHECK NUMBER 0080366335 FOR POSTPETITION INVOICE SCHEDULED IN ERROR. |
| Creditor Id: 255147<br>LUVEL DAIRY INC<br>PO BOX 1229<br>KOSIUSKO, MS 39090 | 33849<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $61,101.51 | $50,605.26 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $319.64 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $10,176.61. |
| Creditor Id: 384234<br>METRO WHOLESALE GROCERS<br>150 EAST 55TH, FOURTH FLOOR<br>NEW YORK, NY 10022 | 35764<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $86,907.44 | $37,586.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,496.65 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $47,824.54. |
| Creditor Id: 380987<br>MITSUBISHI INTERNATIONAL FOOD INGREDIENT<br>ATTN H MAKAMURA<br>ONE BRIDGE PLAZA, SUITE 270<br>FORT LEE NJ 07024 | 32396<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $28,676.55 | $21,615.80 | REDUCED AMOUNT REFLECTS ADDITIONAL AMOUNT DUE OF $1,459.80 AND CREDIT OF $8,520.55 (CM 90416314 DATED 2/3/05). |
| Creditor Id: 384268<br>NORTHLAND CRANBERRIES INC<br>P O BOX 78560<br>MILWAUKEE, WI 53278-0560 | 35771<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $18,647.63 | $223.34 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $3,686.77, NET CONSUMPTION WAIVER OF $670.04, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $21,441.02. |
| Creditor Id: 384283<br>PEACE RIVER DISTRIBUTING<br>9400 PIPER ROAD<br>PUNTA GORDA, FL 33982 | 32179<br>Debtor: WINN-DIXIE STORES, INC. | $2,789.40 | $147.47 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $11,957.85, NET CONSUMPTION WAIVER OF $442.42, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $14,157.36. |
| Creditor Id: 258407<br>PETER PAN SEAFOODS INC<br>PO BOX 60773<br>CHARLOTTE, NC 28260 | 35234<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $54,691.16 | $777.23 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $15,832.28, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $15,742.60 AND $89.68, RESPECTIVELY, NET CONSUMPTION WAIVER OF $2,115.71, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $51,870.22. |
| Creditor Id: 258411<br>PETERSON FARMS<br>PO BOX 115<br>SHELBY, MI 49455-0115 | 32376<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $94,930.00 | $71,402.65 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $712.95 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,814.40. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 259465<br>REPUBLIC TOBACCO<br>2301 RAVINE WAY<br>GLENVIEW, IL 60025 | 35287<br>Debtor: | $5,770.45<br>WINN-DIXIE PROCUREMENT, INC. | $3,077.56 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $87.53 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,605.36. |
| Creditor Id: 259702<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#306688999810<br>ATLANTA, GA 30384-9436 | 31475<br>Debtor: | $89,160.25<br>WINN-DIXIE STORES, INC. | $85,895.25 | REDUCED AMOUNT REFLECTS 2004 HURRICANE DAMAGES OF $3,265.00. |
| Creditor Id: 260292<br>SAFE HARBOR SEAFOOD<br>ATTN: GERALD PACK, PRES<br>4371 OCEAN ST<br>MAYPORT, FL 32233-2417<br><br>Transferee: ASM CAPITAL LP | 35325<br>Debtor: | $1,265,923.46<br>WINN-DIXIE PROCUREMENT, INC. | $1,107,304.97 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,935.71 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $153,682.78. |
| Creditor Id: 260362<br>SAMPCO<br>651 WEST WASHINGTON BLVD, SUITE 300<br>CHICAGO, IL 60661 | 35328<br>Debtor: | $43,890.00<br>WINN-DIXIE PROCUREMENT, INC. | $440.00 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $110.00, NET CONSUMPTION WAIVER OF $1,320.00, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $42,240.00. |
| Creditor Id: 260560<br>SCHWAN'S SALES ENTERPRISES<br>PO BOX 1450 NW 5054<br>MINNEAPOLIS, MN 55485-5054<br><br>Transferee: JPMORGAN CHASE BANK NA | 31531<br>Debtor: | $240,279.17<br>WINN-DIXIE STORES, INC. | $105,348.99 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $11,519.18 AND 3/28/05 PAYMENT OF $123,411.00 BY CHECK NUMBER 8011185 PURSUANT TO ORDER TO RELEASE FUNDS HELD FOR CONSIGNED GOODS (DKT NO. 48). |
| Creditor Id: 261917<br>STEFCO INDUSTRIES INC<br>1006 MARLEY DRIVE<br>HAINES CITY, FL 33844 | 35401<br>Debtor: | $15,408.30<br>WINN-DIXIE PROCUREMENT, INC. | $8,478.50 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $258.60 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $6,671.20. |
| Creditor Id: 262162<br>SUN & FUN SALES INC<br>PO BOX 21574<br>WEST PALM BEACH, FL 33416<br><br>Transferee: LCH OPPORTUNITIES LLC | 31646<br>Debtor: | $21,814.57<br>WINN-DIXIE STORES, INC. | $18,189.64 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $109.84 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,515.09. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 384404<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | 32224<br>Debtor: WINN-DIXIE STORES, INC. | $11,200.00 | $9,901.78 | REDUCED AMOUNT REFLECTS AMOUNT ACTUALLY OWED. |
| Creditor Id: 380976<br>VESTCOM NEW CENTURY LLC<br>PO BOX 34838<br>NEWARK, NJ 07189-4838 | 35695<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $39,078.39 | $390.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,172.36 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $37,515.25. |
| Creditor Id: 264774<br>WILLERT HOME PRODUCTS<br>PO BOX 790051<br>ST LOUIS, MO 63179 | 35548<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $8,389.38 | $4,884.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $106.43 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,398.33. |
| Creditor Id: 264985<br>WISE FOODS INC<br>PO BOX 538062<br>ATLANTA, GA 30353-8062 | 31877<br>Debtor: WINN-DIXIE STORES, INC. | $153,460.50 | $82,017.07 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,491.15 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $68,952.28. |

Total Claims to be Reduced:          49
Total Amount to be Reduced:          $4,170,763.51 Plus Unliquidated Amounts, If Any
Total Reduced Amount:                $2,634,724.11

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 241890<br>ALCOA INC<br>PO BOX 198276<br>ATLANTA, GA 30384-8276 | 34517 | $19,243.37 | Unsecured Non-Priority | Administrative | RECLASSIFY TO ADMINISTRATIVE PRIORITY (RECLAMATION). |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 242536<br>ARIZONA BEVERAGE LLC<br>2450 W COPANS ROAD<br>POMPANO BEACH, FL 33069 | 34551 | $67,803.78 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $28,809.54 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $38,994.24 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 384023<br>BURKHARDT DIST CO<br>PO BOX 438<br>ST AUGUSTINE, FL 32085 | 32091 | $1,548.05 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $275.86 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $1,272.19 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 245139<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA 30384-0770 | 34677 | $152,742.77 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $65,237.88 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $77,504.89 REMAINS UNSECURED NON-PRIORITY. ALSO ON EXHIBIT B. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 245270<br>CHLOE FOODS CORP<br>ATTN: RAY SHAIN, VP<br>3301 ATLANTIC AVENUE<br>BROOKLYN, NY 11208 | 34685 | $215,467.34 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $143,075.45 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $72,391.89 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC.<br>Transferee: ASM CAPITAL II, LP | | | | | |
| Creditor Id: 246952<br>CONWOOD SALES CO, LP<br>ATTN EDWARD J FOSTER<br>PO BOX 217<br>MEMPHIS, TN 38101-0217 | 34723 | $85,117.16 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $30,960.91 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $54,156.25 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 247051<br>COTY US INC<br>PO BOX 70613<br>CHICAGO, IL 60673-0613 | 34727 | $123,177.81 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $15,753.68 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $107,424.13 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 247061<br>COUNTRY GARDEN SILKS<br>PO BOX 802<br>NAHUNTA, GA 31553 | 30581 | $7,268.00 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $1,557.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $5,711.00 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 248571<br>DURHAM COCA COLA BOTTLING CO<br>ATTN: ILEANA CORREA<br>3214 HILLSBOROUGH ROAD<br>DURHAM, NC 27705 | 36262 | $26,932.16 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $2,605.74 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $24,326.42 REMAINS UNSECURED NON-PRIORITY. |
| Debtor:    WINN-DIXIE RALEIGH, INC. | | | | | |
| Transferee: AMROC INVESTMENTS LLC | | | | | |
| Creditor Id: 249303<br>EXXONMOBIL FUELS MARKETING<br>ATTN: BETH E BROWN<br>120 MCDONALD STREET<br>SAINT JOHN NB  E2J 1M5 CANADA | 32645 | $31,170.84 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART.  RECLASSIFY $3,803.39 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $27,367.45 REMAINS UNSECURED NON-PRIORITY. |
| Debtor:    WINN-DIXIE LOGISTICS, INC. | | | | | |
| Creditor Id: 250695<br>GOLD KIST INC<br>PO BOX 116223<br>ATLANTA, GA  30368-6223 | 34888 | $149,527.23 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART.  RECLASSIFY $80,679.94 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $68,847.29 REMAINS UNSECURED NON-PRIORITY. |
| Debtor:    WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 251433<br>HEINEMANNS BAKERIES<br>5035 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | 34927 | $77,338.80 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART.  RECLASSIFY $74,146.68  TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,192.12 REMAINS UNSECURED NON-PRIORITY. |
| Debtor:    WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 252269<br>INTERNATIONAL MULTIFOODS<br>135 S LASALLE<br>DEPT 1913<br>CHICAGO, IL  60674-1913 | 34974 | $70,830.00 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART.  RECLASSIFY $37,042.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $33,787.70 REMAINS UNSECURED NON-PRIORITY. |
| Debtor:    WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 254129<br>KRISPY KREME<br>960 PATTON AVE<br>ASHEVILLE, NC  28806 | 36489 | $13,518.40 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART.  RECLASSIFY $1,739.90 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $11,778.50 REMAINS UNSECURED NON-PRIORITY. |
| Debtor:    WINN-DIXIE RALEIGH, INC. | | | | | |
| Creditor Id: 254130<br>KRISPY KREME<br>ATTN: JAMES ANDERSON, PRES<br>980 INTERNATIONAL SPEEDWAY<br>DAYTONA BEACH, FL  32114 | 31084 | $41,946.63 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART.  RECLASSIFY $27,377.69 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $14,568.94 REMAINS UNSECURED NON-PRIORITY. |
| Debtor:    WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL II, LP | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 254147 KRISPY KREME DOUGHNUTS ATTN: TERRENCE JONES, VP 310 NW 13TH STREET GAINESVILLE, FL 32601 | 31091 | $53,799.63 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $4,870.25 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $48,929.38 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL II, LP | | | | | |
| Creditor Id: 255826 MAXELL CORP OF AMERICA PO BOX 200325 PITTSBURGH, PA 15251-0325 | 35097 | $2,313.00 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $135.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $2,178.00 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 256749 MRS STRATTON'S SALADS PO BOX 190187 BIRMINGHAM, AL 35219-0187 | 33941 | $21,087.57 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $10,659.61 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $10,427.96 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | | |
| Creditor Id: 257888 PACIFIC COAST PRODUCERS ATTN: MARK WAHLMAN, CFO PO BOX 1067, FILE #98783 CHARLOTTE, NC 28201-1067 | 35212 | $207,964.33 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $12,727.62 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $195,236.71 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Transferee: ASM CAPITAL LP | | | | | |
| Creditor Id: 259008 PROVIMI VEAL CORPORATION LOCKBOX BIN NUMBER 137 MILWAUKEE, WI 53288 | 35266 | $34,794.97 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $6,367.80 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $28,427.17 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | | |
| Creditor Id: 259258 RANIR CORPORATION PO BOX 8877 GRAND RAPIDS, MI 49518-8547 | 35277 | $20,651.04 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $12,595.47 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $8,055.57 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 384316 REYNOLDS METALS CO DRAWER CS 198276 ATLANTA, GA 30384-8276 | 35785 | $166,014.34 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $149,633.66 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $16,380.68 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 260561 SCHWANS BAKERY INC PO BOX 532066 ATLANTA, GA 30353-2066 | 35343 | $510,794.72 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $248,778.47 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $262,016.25 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | | | | | |
| Creditor Id: 261689 ST JOHNS BEVERAGE CO ATTN: CARMINE J SCHIAVONE, PRES 1221 SE VEITCH ST GAINESVILLE, FL 32601 | 35396 | $313,691.72 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $192,021.37 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $121,670.35 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Transferee: ASM CAPITAL II, LP | | | | | |
| Creditor Id: 262344 SWIFT & CO PO BOX 88920 CHICAGO, IL 60695-1920 | 35430 | $194,282.26 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $93,152.02 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $101,130.24 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Creditor Id: 384400 TRI EAGLE DISTRIBUTING PO BOX 2128 TALLAHASSEE, FL 32304 | 30022 | $892.55 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $217.01 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $675.54 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Creditor Id: 264614 WENNER BREAD PRODUCTS INC ATTN: RICHARD WENNER, PRES/CEO 33 RAJON ROAD BAYPORT, NY 11705-1102 | 35534 | $238,148.84 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $113,755.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $124,393.54 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| Transferee: MADISON INVESTMENT TRUST | | | | | |

Total Claims to be Reclassified: 27

Total Amount to be Reclassified: $2,848,067.31   Plus Unliquidated Amounts, If Any