UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER AUTHORIZING DEBTORS TO AGREE TO AN EXIT FINANCING COMMITMENT LETTER AND TO PAY RELATED EXPENSES

Upon the motion (the "Motion")[1] of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105(a), 363(b), 503(b) and 507 authorizing the Debtors to (a) enter into a commitment letter (the "Commitment Letter") with Wachovia Bank, National Association ("Wachovia Bank") and Wachovia Capital Markets, LLC ("WCM" and, collectively with Wachovia Bank, "Wachovia"), a copy of which is attached to the Motion as Exhibit A, and (b) in accordance with the terms of the Commitment Letter, (i) pay related expenses, and (ii) provide Indemnifications to Wachovia and its affiliates, as well as their respective directors, officers, agents, employees, and representatives in connection with the Commitment Letter and the Exit Facility; and it appearing to the Court that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; proper and adequate notice of the

---

[1] All capitalized terms not otherwise defined shall have the meaning ascribed to them in the Motion.

Motion and the hearing has been given; and after due deliberation, the relief should be granted as set forth below.

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtors' decision to enter into the Commitment Letter is reasonable and appropriate under the circumstances and is approved.

3. The Debtors are authorized to execute and deliver the Commitment Letter and to perform all acts and to take any and all actions necessary or appropriate to perform their obligations under the Commitment Letter.

4. The Debtors are authorized to pay, as administrative expenses of the estates, reasonable expenses in accordance with the terms of the Commitment Letter, provided that the reimbursement to Wachovia of counsel fees incurred pursuant to the Commitment Letter shall be subject to the same procedures and standards applicable to the reimbursement of Wachovia's counsel fees provided for in the *Final Order Pursuant to Sections 105, 361, 362, 363, 364(c) and 364(d) of the Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Debtors to Obtain Secured Post-Petition Financing on a Superpriority Priming Lien Basis and Modifying The Automatic Stay, (II) Authorizing Debtors to Use Pre-Petition Secured Lenders' Cash Collateral and Granting Adequate Protection, and (III) Authorizing the Repayment in Full of All Claims of Debtors' Pre-Petition Secured Lenders* dated March 23, 2005 [Docket No. 501], and the submission of invoices to the fee examiner, Stuart, Maue, Mitchell & James Ltd. and, if requested, the United States Trustee.

5. In the event Wachovia does not provide the exit facility set forth in the Commitment Letter, Wachovia is authorized and directed to provide the Debtors, to the extent they do not already have them, with copies of any appraisals, reports or other documents prepared and provided to Wachovia by third parties which were either paid for by the Debtors or by Wachovia, subject to reimbursement by the Debtors.

6. The Debtors are authorized to provide Indemnifications to Wachovia and its affiliates, as well as their respective directors, officers, agents, employees, and representatives to the extent required under the Commitment Letter.

7. Notwithstanding Fed. R. Bankr. P. 6004(g) or any other applicable Rule of the Federal Rules of Bankruptcy Procedure, this Order shall take effect immediately upon approval.

Dated July 21, 2006 in Jacksonville, Florida.

---
HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.