**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**SIXTEENTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR APPROVAL OF RETENTION AND COMPENSATION OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors-in-possession, supplement, for the sixteenth time, Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business, as permitted by the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business dated March 4, 2005, to include the following ordinary course

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

professional:

| | |
|---|---|
| The Sessions Law Firm<br>550 Water Street, Suite 935<br>Jacksonville, Florida 32202 | Mediation of pre-petiton tort based claims<br>and potential other non-bankruptcy litigation |

Dated: July 27, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Steven B. Eichel | By   *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

# CERTIFICATE OF SERVICE OF SIXTEENTH SUPPLEMENT TO EXHIBIT A OF THE MOTION FOR APPROVAL OF RETENTION AND COMPENSATION OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

This is to certify that on July 27, 2006, I caused to be served a copy of this Sixteenth Supplement to Exhibit A of the Motion for Approval of Retention and Compensation of Professionals Used in the Ordinary Course of Business on the United States Trustee, counsel to the Creditors' Committee and counsel to the DIP Lender by sending the same via electronic mail to the persons identified below:

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
135 Central Blvd. Suite 620
Orlando FL 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Otterbourg, Steindler, Houston & Rosen, P.C.
Attn: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, NY 10169
Phone: 212-661-9100
Fax: 212-682-6104
Jhelfat@oshr.com

       Milbank, Tweed, Hadley & McCloy LLP
       Attn: Dennis Dunne
       1 Chase Manhattan Plaza
       New York, NY 10005
       Phone: 212-530-5000
       Fax: 212-822-5770
       Ddunne@milbank.com

Dated: July 27, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Rosalie Walker Gray*<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |