UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE
OF ORDINARY COURSE PROFESSIONAL INCLUDED IN THE
SIXTEENTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE
ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] the completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1. The Sessions Law Firm (Exhibit A)

The Debtors will serve copies of the above referenced completed Questionnaire upon the United States Trustee, counsel to the Creditors' Committee and counsel to the DIP Lender. The United States Trustee, the Creditors' Committee, and the DIP Lender shall have

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

20 days after such service to object to the retention the above referenced Ordinary Course Professional.

Dated: July 27, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*<br>   D. J. Baker<br>   Sally McDonald Henry<br>   Rosalie Walker Gray<br>   Steven B. Eichel | By  *s/ Cynthia C. Jackson*<br>   Stephen D. Busey<br>   James H. Post<br>   Cynthia C. Jackson,<br>   Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**Exhibit A**

**In re Winn-Dixie Stores, Inc., et al.**
**Chapter 11 Case No. 0503817**

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE

STORES, INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT TO THE DEBTORS AT:

>Steven Eichel
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, New York 10036
>Telephone: (212) 735-4113
>Facsimile: (917) 777-4113
>Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Jerry L. Sessions, II, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   The Sessions Law Firm
   550 Water Street, Suite 935
   Jacksonville, Florida 32202

2. Date of retention:

   7/25/2006

3. Type of services provided (accounting, legal, etc):

   Legal.

4. Brief description of services to be provided:

   Mediation of pre-petition tort-based claims and potential other non-bankruptcy litigation.

Questionnaire of: Jerry L. Sessions, II

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly.

6. Average hourly rate (if applicable):
   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   $150.00 per hour.

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim:  $0.00

   Date claim arose:  n/a

   Source of claim:  n/a

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: n/a

   Amount of Claim: n/a

   Date claim arose: n/a

   Source of claim: n/a

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: None

2

Questionnaire of: Jerry L. Sessions, II

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: None

    Status: n/a

    Kind of shares: n/a

    No. of shares: n/a

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    None

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: July 25, 2006

Name: Jerry L. Sessions, II
Title: Attorney
Company: The Sessions Law Firm
Address: 550 Water Street, Suite 935
Jacksonville, Florida 32202
Telephone: (904) 224-0690
Facsimile: (904) 224-0691

508767.01-New York Server 5A - MSW

3