# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

## NOTICE OF DISINTEREST AND REQUEST TO NO LONGER RECEIVE NOTICES

COMES NOW Jimmy R. Summerlin, Jr., counsel for Springs Corners, LLC, and shows to the Court that all prior known claims of the Springs Corners, LLC have been resolved. Accordingly, the undersigned hereby enters his Notice of Disinterest in the above captioned cases and requests to be removed from the Master Service List and the Court's CM/ECF notification system concerning the above captioned cases.

The undersigned and Springs Corners, LLC reserve all rights with respect to any future claims which may arise.

Respectfully submitted this 28th day of July, 2006.

            YOUNG, MORPHIS, BACH & TAYLOR, L.L.P.

            By:  /s/ Jimmy R. Summerlin, Jr.
               Jimmy R. Summerlin, Jr.
               N.C. State Bar No.: 31819
               P.O. Drawer 2428
               Hickory, NC 28603
               (828) 322-4663
               (828) 322-2023 facsimile
               Attorney for Springs Corners, LLC

133740.1