UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
) Chapter 11
) Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., )
et.al., ) OBJECTION BY
Debtor, ) CREDITOR REGENT INVESTMENT
) CORPORATION TO CURE AMOUNT
) SET FORTH IN
) DEBTORS' SECOND OMNIBUS
) MOTION FOR AUTHORITY TO
) FIX CURE AMOUNTS

Regent Investment Corporation files this objection to the the cure amount set forth in Debtors' Second Omnibus Motion For Authority to (1) Assume Non-residential Real Property Leases, (2) Fix Cure Amounts, and (3) Grant Related Relief dated June 30, 2006 and filed in this matter (hereafter, "Second Omnibus Motion For Authority"). Specifically:

1.  Regent Investment Corporation is the landlord of Store No. 2626 as set forth on page 12 of Exhibit A and as set forth on page 11 of Exhibit B of the Second Omnibus Motion For Authority.

2.  On or about July 28, 2005, Regent Investment Corporation filed its proof of claim in this matter for all payments owed and to be owed under the lease for the subject premises, which was identified at that time as Sack & Save #63, Hattiesburg, Mississippi. The payments owed and to be owed include all property taxes and assessments required to be paid by the debtor-tenant under the lease.

3.  On June 20, 2005, Regent Investment Corporation paid $16,102.12 to the City of Hattiesburg to redeem the subject premises

from the tax sale for the 2002 City taxes and a copy of that cancelled check is attached. On or about February 22, 2006, Regent Investment Corporation paid $39,079.76 to the Lamar County Treasurer for the 2005 county and city taxes on the subject premises and a copy of that cancelled check is attached. On February 7, 2006, Regent Investment Corporation received $33,180.43 from Debtor purporting to represent the portion 2005, $39,079.76, county and city taxes that accrued after Debtors' bankruptcy petition was filed.

4. Debtors' Cure amount for Regent Investment Corporation is $10,978.75. In fact the total the actual amount necessary to cure the property tax arrearages under the lease is $22,001.45.

5. Accordingly, Regent Investment Corporation objects to the cure amount of $10,978.75 for Store No. 2626, and claims the proper cure amount is $22,001.45.

WHEREFORE, Regent Investment Corporation objects to any Order approving the Second Omnibus Motion For Authority until the Debtor lists the correct cure amount for Store No. 2626.

Dated July 24, 2006.

Respectfully Submitted,
Regent Investment Corporation

By _____
Harold M. Becker, President
222 3rd ST SE #230
Cedar Rapids, IA 52401
Telephone (319) 362-1911
CREDITOR

2

Certificate of Service

The undersigned certifies that on July 24, 2006, a true and correct copy of the foregoing objection, with attachments, was served by U.S. mail and electronic transmission to:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
cjackson@smithhulsey.com

U.S. Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

*/s/ James C. Holmes*







