# EXHIBIT A



**BENDERSON DEVELOPMENT COMPANY, LLC**
570 Delaware Ave. Buffalo, N.Y. 14202
(716) 886-0211 · Fax (716) 886-2269

Remit to - First Berkshire Business Trust
PO Box 823201
Philadelphia, PA 19182-3201

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>Attn: Asset/Property Management<br>5050 Edgewood Court<br>Jacksonville, FL 32254-3699 | Invoice Date   Invoice No<br>05/15/06        04522574<br><br>Lease No.<br>00063568<br><br>RE - 4172    UNIT - 007<br>Sarasota Towne Center |

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE**

| | | |
|---|---|---:|
| 4522574-001 | Insurance | 6,935.28 |
| 4522574-002 | State Sales Tax(Sarasota) 7.0% | 485.47 |
| | Prorated Insurance for the Period 5/10/06-9/30/06 | |
| | Total Amount Due | 7,420.75 |

Note - Please remember to forward your payment to our new P.O. Box noted above. Please make sure to allow for sufficient mailing time to assure timely application of your payment.

Please address any questions regarding this invoice to:
Sharon L. Alcorn at (941)360-7237.

THIS STATEMENT SHOWS CHARGES WHICH ARE DUE ACCORDING TO THE TERMS OF YOUR LEASE, RENTS ARE DUE AND PAYABLE ON THE FIRST OF THE MONTH AND ALL OTHER CHARGES BILLED ARE DUE AND PAYABLE UNDER THE TERMS OF YOUR LEASE.



04522574