**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al,

Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

**LIMITED OBJECTION TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES OF VICTORY REAL ESTATE INVESTMENTS**

Victory Real Estate Investments, LLC, and Victory Investments, Inc., for themselves and their affiliates named in Exhibit "A" (collectively, "Victory") submit this Limited Objection to the Debtors' Second Omnibus Motion for Authority to (i) assume Non-residential Real Property Leases, (ii) fix Cure Amounts, and (iii) grant Related Relief (the "Motion") for the purposes of accepting the Debtors' assumption of the leases listed in Exhibit "A" attached to this Response and the adequacy of the Debtors' assurance of future performance but for the further purpose of correcting the Cure Amounts that the Debtors are required to pay under Victory's leases. Victory, therefore, respectfully submits the following Response and Limited Objection, to wit:

1. Victory is the landlord with respect to certain Non-residential Real Estate Leases listed by the Debtors as Core Leases in Exhibits A and B to the Motion. The correct name of the Victory affiliate which is the landlord with respect to each lease is listed in Exhibit A to this Response.

2. With respect to the Leases of which its affiliates are the Landlords, Victory and its affiliates accept the assumption by the Debtors of the Leases listed in the Motion and accept as adequate the assurance of future performance recited in the Motion.

3. Exhibit B of the Motion however recites incorrect amounts as Proposed Cure Amounts with respect to Victory's leases. With the exception of the Proposed Cure Amount for the Debtors' Store No. 462, the Debtors' Proposed Cure Amounts are understated. The Correct Cure Amount as of June 30, 2006, is listed in Exhibit A to this Response with respect to each Lease of which Victory's affiliates are landlords.

4. This Response and its Exhibit A are effective as of June 30, 2006, only. Further and additional delinquencies that are required to be cured in connection with the assumption of Victory's leases may arise and payments may be made after June 30, 2006, and prior to the Effective Date (the date upon which the assumptions proposed by the Motion take effect). Victory, therefore, reserves the right to amend Exhibit A to this Response and requests that any order entered by this Honorable Court with respect to Cure Amounts require payment of any delinquencies arising after June 30, 2006, through the Effective Date in addition to the amounts listed in Exhibit A of this Response.

5. Paragraph 3 of the proposed order attached to the Motion as Exhibit C should be amended to substitute the word "paid" for the word "made".

6. Paragraph 5 of the proposed order attached to the Motion as Exhibit C purports to preserve for the Debtors "any claims the Debtors may have against the applicable landlords, whether or not related to the Leases." This Honorable Court's adjudication of the correct Cure Amounts should constitute a determination of the amounts due to or from the Debtors under the Leases and, since conclusive as to Victory's claims, also should be conclusive as to the Debtors' claims. Accordingly, paragraph 5 of the proposed order either should be deleted in its entirety or should be amended so that it applies only to claims that are not related to the Leases or amounts due under the Leases.

**WHEREFORE**, Victory respectfully requests that this Honorable Court authorize assumption of its leases, that the Debtors be required to pay the Cure Amounts listed in Exhibit A attached to this Response (together with any delinquencies arising after June 30, 2006) and that the proposed order attached to the Motion be amended as requested in paragraphs 5 and 6 of this Response; and that Victory have such other and further relief as may be just and proper.

Dated: Jacksonville, Florida, July 28, 2006.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Responds and Limited Objection has been furnished by U.S. Mail to D. J. Baker of SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP at Four Times Square, New York New York and Cynthia C. Jackson of SMITH, HULSEY & BUSEY at 225 Water Street, Suite 1800, Jacksonville, FL 32202, along with all other interested parties being served electronically this 28th day of July, 2006.

Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202
(904) 353-0033 (Telephone)
(904) 355-4148 (Telecopy)
embarker@bellsouth.net (Email)

/s/ Earl M. Barker, Jr.
Earl M. Barker, Jr.
Florida Bar No. 110140

Attorneys for Victory Real Estate Investments, LLC, et al

**EXHIBIT A**
to
**Response of Victory Real Estate Investors to**
**Debtors' Second Omnibus Motion for Authority**
**to assume Non-Residential Real Property Leases**

| Store No. | Shopping Center - City, State | Landlord Name | Proposed Cure Amount | Correct Cure Amount |
|---|---|---|---|---|
| 8 | Clay Plaza - Orange Park, FL | Clay Plaza Investors, LLC | 31,173.41 | 36,190.29 |
| 28 | Madison - Madison, FL | Madison Investors, LLC (formerly Victory Madison, Inc.) | 48,540.06 | 58,831.92 |
| 101 | Moultrie - Moultrie, GA | Moultrie Square New Orleans, LLC (formerly Moultrie Square New Orleans, LLC & Mississippi Investors, Inc.) | 34,312.78 | 38,929.88 |
| 103 | Eagle Harbor - Orange Park, FL | Eagle Harbor Investors, LLC | 196,818.52 | 208,744.51 |
| 177 | Cedar Hills - Jacksonville, FL | Cedar Hills Consolidated, LLC (formerly Cedar Hills Investors, LLC & Lake Charles Naval Stores, Inc.) | 79,037.69 | 81,246.63 |
| 434 | Saks - Anniston, AL | Victory Saks Plaza, LLC (formerly Victory Saks Plaza, Inc.) | 27,157.68 | 40,774.48 |
| 438 | River Square - Columbus, GA | Victory River Square, LLC (formerly Victory River Square, Inc.) | 52,608.19 | 61,422.41 |
| 462 | Coldwater - Anniston, AL | Victory Coldwater Plaza, LLC (formerly Victory Coldwater Plaza, Inc.) | 29,824.35 | 27,487.95 |
| 471 | Three Notch - Andalusia, AL | Victory Three Notch Plaza, LLC (formerly Victory Three Notch Plaza, Inc.) | 22,425.56 | 49,583.40 |
| 472 | Eastgate - Meridian, MS | Eastgate Investors, LLC | 37,172.56 | 43,037.65 |
| 545 | Americus - Americus, GA | Marketplace of Americus, LLC | 55,637.19 | 63,203.12 |
| 1405 | Gretna - Gretna, LA | Victory Gretna, LLC | 131,607.45 | 172,156.29 |
| 1406 | Kenner - Kenner, LA | Victory Kenner, LLC | 96,985.71 | 108,826.77 |
| 1540 | Berryland - Ponchatoula, LA | Victory Berryland, LLC (formerly Berryland Investors, LLC) | 68,355.12 | 96,142.65 |
| | **Totals** | | 911,656.27 | 1,086,577.95 |