# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE RALEIGH, INC. | Case No. 05-03839-JAF |
| ("the Debtors") | Scheduled Claim No.: <u>263998-12</u> |

### <u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, VALLEY PROTEINS, INC., IN THE AMOUNT OF $22,700.00, TO DELLACAMERA CAPITAL MASTER FUND, LTD.</u>

**To Transferor:**
VALLEY PROTEINS, INC.
ATTN: KIRBY BROWN, V.P./FINANCE
PO BOX 643393
CINCINNATI, OH 45264-3393

PLEASE TAKE NOTICE that the transfer of $22,700.00 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   DellaCamera Capital Master Fund, Ltd.
c/o DellaCamera Capital Management, LLC
237 Park Avenue
Suite 900
New York, NY 10017

The evidence of transfer of claim is attached hereto. An excerpt of the Debtors' Schedule F listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Winn-Dixie Raleigh, Inc.<br><br>Debtor | Case No. 05-11083 (RDD)<br><br>Chapter 11 |
|---|---|

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Valley Proteins Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $22,700.00 | 263998-12 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address: c/o DellaCamera Capital Management, LLC
237 Park Avenue
Suite 900
New York, NY 10017

ASSIGNOR: Valley Proteins Inc.
Address: PO Box 643393
Cincinnati, OH 45264-3393
Signature: /s/
Name: Kirby Brown
Title: VP Finance
Date: 7/7/06

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   WINN-DIXIE RALEIGH, INC.                                           Case No.:   05-11083 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| USDA (APPALACHIAN MARKETING AREA #5)<br>PO BOX 70796<br>CHICAGO, IL 60673-0796<br>Creditor: 384406 - 47<br>Vendor: 0000778431 | 02/21/2005 | | | | | $25,876.13 |
| USHER ENTERPRISES INC<br>PO BOX 3616 29<br>DECATUR, GA 30036-1629<br>Creditor: 263960 - 12<br>Vendor: 0000802892 | 02/21/2005 | | | | | $126.60 |
| UTILITIES BOARD<br>PO BOX 1395<br>ROANOKE, AL 36274<br>Creditor: 263968 - 12<br>Vendor: 0000211647 | 02/21/2005 | X | | | | $557.81 |
| UTILITY PAYMENT PROCESSING<br>PO BOX 96025<br>BATON ROUGE, LA 70896-9600<br>Creditor: 263971 - 12<br>Vendor: 0000756614 | 02/21/2005 | | | | | $343.40 |
| UTZ QUALITY FOODS INC<br>900 HIGH ST<br>HANOVER, PA 17331<br>Creditor: 263972 - 12<br>Vendor: 0D10500408 | 02/21/2005 | | | | | $4,400.42 |
| VALASSIS<br>PO BOX 71645<br>CHICAGO, IL 60694-1645<br>Creditor: 263983 - 12<br>Vendor: 0000829924 | 02/21/2005 | | | | | $145.99 |
| VALLEY PROTEINS<br>9300 JOHNSON ROAD<br>STRAWBERRY PLAINS, TN 37871<br>Creditor: 2960 - 04 | 02/21/2005 | X | | | | UNLIQUIDATED |
| ==VALLEY PROTEINS INC==<br>==PO BOX 643393==<br>==CINCINNATI, OH 45264-3393==<br>==Creditor: 263998 - 12==<br>==Vendor: 0000830552== | 02/21/2005 | | | | | ==$22,700.00== |

**PAGE TOTAL:**    **$54,150.35**