UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. et al., | Chapter 11 |
| Debtors | Jointly Administered |

**KENTUCKY TAXING AUTHORITIES' OBJECTION TO MOTION OF DEBTORS FOR ORDER (I) DETERMINING DATES, PROCEDURES AND FORMS APPLICABLE TO SOLICITATION PROCESS, (II) ESTABLISHING VOTE TABULATION PROCEDURES, (III) ESTABLISHING OBJECTION DEADLINE AND SCHEDULING HEARING TO CONSIDER CONFIRMATION OF PLAN, AND (IV) WAIVING LOCAL RULES (DOCKET NO. 9228)**

The Kentucky Taxing Authorities[1] (KTA), through counsel, object to the Motion Of Debtors For Order (I) Determining Dates, Procedures And Forms Applicable To Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline And Scheduling Hearing To Consider Confirmation Of Plan, And (IV) Waiving Local Rules (Docket No. 9228) (Procedures Motion) based on the following:

**Reservation of Rights**

1. The KTA file this Objection in respect to the judicial process and to provide the Court with information to assist in the orderly administration of these cases and determination of the rights of the parties. However, the KTA specifically reserve their right to assert any and all defenses, including jurisdiction and the sovereign immunity of

---

[1] The Kentucky Tax Authorities consist of the tax collectors for each of the following counties within the Commonwealth of Kentucky: Bullitt, Campbell, Davies, Fayette, Hardin, Jefferson, Nelson, Scott, and Shelby.

the Commonwealth of Kentucky, relative to the determination of the respective ad valorem property taxes.

**OBJECTION TO INCLUSION OF UNILATERAL RELEASE
PROVISIONS WITHIN BALLOTS**

The KTA hereby join in, adopt by reference and incorporate herein as if set out in full the objection filed by the Florida Tax Collectors (FTA) on July 26, 2006, (Docket No. 9570).

WHEREFORE, the KTA respectfully request this Court enter an Order denying approval of the form of ballots or; in the alternative, strike in its entirety the complete paragraph designated as "Item 3. Releases Pursuant to Plan" from the proposed ballots; strike the language contained on the reverse side of the proposed ballot for Class 10 providing for separate "sub-classes"; and, such other treatment this Court deems just and proper.

Respectfully submitted,

*/s/Susan F. Stivers*
Susan F. Stivers
Kentucky Bar No. 81386
Attorney for Finance & Administration
  Cabinet
Department of Revenue
P.O. Box 5222
Frankfort, Kentucky  40602-5222
Ofc:  (502) 564-4921 ext 4445
Fax:  (502) 564-7348
susan.stivers@ky.gov
Attorney for Kentucky Taxing Authorities

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Kentucky Taxing Authorities' Objection to Motion of Debtors For Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and scheduling Hearing to Consider Confirmation of Plan and (IV) Waiving Local Rules (Docket No. 9228) will be served by first class mail or electronically by the court's CM/ECF System on the date filed on the 28th day of July, 2006, on the parties whose names are listed below:

                                                *s/Susan F. Stivers*
                                                Susan F. Stivers
                                                Department of Revenue

Copies to be served on:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Debtors

D.J. Baker
Skadden, Arps, Slate, Meager
& Flom LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, FL 32202

Co-counsel for Debtors

Elena L. Escamilla
135 W Central Blvd. Ste 620
Orlando, FL 32806
U.S. Trustee's Office

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Creditor Committee