United States Bankruptcy Court
For the Middle District Of Florida

| | |
|---|---|
| WINN-DIXIE STORES, INC | } Chapter 11 |
| | } |
| | } Claim No. 9700 |
| | } |
| | } Case No. 05-03817 |
| | } |
| | } |
| Debtor | } Amount $88,368.97 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

**GRUMA CORP DBA MISSION FOODS SVCE**
**1159 COTTONWOOD LANE SUITE 200**
**IRVING, TX 75038**

The transfer of your claim as shown above in the amount of $88,368.97 has been transferred to:

> Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Ben Finestone
Revenue Management
(201) 968-0001

496712

## TRANSFER NOTICE

GRUMA CORP DBA MISSION FOODS SVCE ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM Re: Winn-Dixie Stores, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the GRUMA CORP DBA MISSION FOODS SVCE Claims of Assignor in the aggregate amount of $88,368.97 representing all claims against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-03817, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 19 day of JULY, 2006

GRUMA CORP DBA MISSION FOODS SVCE

_____
(Signature)

SALVADOR ELIAS/SECRETARY
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

BENJAMIN LIVESTONE
(Print Name of Witness)