# EXHIBIT 3

# GUARANTY

In consideration of the sum of Ten Dollars ($10.00) paid by SRC Realty, L.L.C., an Alabama limited liability company, hereinafter called "Landlord", to WINN-DIXIE STORES, INC., a Florida corporation with its principal office at 5050 Edgewood Court, Jacksonville, Florida 32205, hereinafter called "Guarantor", the receipt and sufficiency whereof are hereby acknowledged, Guarantor does hereby guarantee unto landlord, its heirs, legal representatives, successors and assigns, the due performance and observance by WINN-DIXIE MONTGOMERY, INC., a Kentucky corporation duly qualified to transact business in the State of Florida, hereinafter called "Tenant", of all the terms, covenants and conditions on the part of Tenant to be performed and observed including, without limitation, payment of rentals under the attached and foregoing lease agreement dated _April 19_, 1996, covering certain premises situated at the northeasterly corner of the intersection of U.S. Highway #231 and Transmitter Road in the City of Panama City, Bay County, Florida.

IN WITNESS WHEREOF, Guarantor has caused this Guaranty to be executed in its corporation name and its corporate seal to be hereunto affixed and attested by its officers thereunto duly authorized this _10th_ day of _May_, 1996.

Signed, sealed and delivered
in the presence of:

_Cynthia M. Crossland_
Printed Name: Cynthia M. Crossland

_Rebecca L. Sawyer_
Printed Name: Rebecca L. Sawyer

WINN-DIXIE STORES, INC.

By: _[signature]_
   Its _President_
Printed Name: James Kufeldt
Address:    P.O. Box B
Jacksonville, Florida 32203-0297

Attest: _[signature]_
   Its Assistant Secretary
Printed Name: W. O. Scaife, Jr.
Address: P.O. Box B
Jacksonville, Florida 32203-0297

GUARANTOR

(CORPORATE SEAL)

STATE OF FLORIDA

COUNTY OF DUVAL

The foregoing instrument was acknowledged before me this _May 10_, 1996, by James Kufeldt President and _W. O. Scaife, Jr._, Assistant Secretary, respectively, of WINN-DIXIE STORES, INC., a Kentucky corporation, on behalf of the corporation, who is personally known to me.

Given under my hand and official seal this _10th_ day of _May_, 1996

_Rebecca L. Sawyer_
Printed Name: Rebecca L. Sawyer

(NOTARIAL SEAL)

Notary Public, State and County aforesaid.
My Commission Expires: _____
Notary ID No.: _____

REBECCA L. SAWYER
My Comm. Exp. June 2, 1998
Comm. No. CC 372310

16