IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et. al., | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket No. 8941** |

**OBJECTION OF INLAND SOUTHEAST BRIDGEWATER LIMITED
PARTNERSHIP TO THE SECOND OMNIBUS MOTION FOR AUTHORITY
TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II)
FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

Inland Southeast Bridgewater Limited Partnership ("Inland"), by and through its undersigned counsel, hereby objects to the cure amount proposed by the above-captioned debtors ("Debtors") in the *Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief* [Docket No. 8941] ("Motion"). In support of this objection, Inland states as follows:

**FACTS**

1. On February 21, 2005 ("Petition Date"), the Debtors filed voluntary petitions for reorganization under chapter 11 of title 11 of the United States Code.

2. Prior to the Petition Date, Inland and/or its predecessor, as landlord, and the Debtors and/or their predecessors, as tenants, entered into a lease of non-residential real property in Orlando, Florida (Store No. 2269) ("Lease"). The Lease constitutes a "lease of real property in a shopping center" for purposes of 11 U.S.C. § 365(b)(3).

3. On June 30, 2006, the Debtors filed the Motion, in which they are seeking to assume certain non-residential leases in connection with confirmation of their Plan of

Reorganization, and to pay certain cure amounts in connection with such assumption, which are listed on Exhibit B that is attached to the Motion. The Lease is one of the leases that the Debtors wish to assume pursuant to the Motion, and Exhibit B states that the Debtors believe that the correct cure amount for the Lease is $9,655.41 ("Proposed Cure Amount").

   4.  Inland objects to the Proposed Cure Amount due to its inaccuracy. Pursuant to Inland's books and records, as of June 30, 2006, the defaults under the Lease totaled $24,663.29,[1] and Inland is also entitled to collect at least $6,994.45 in attorneys' fees under the Lease.[2] Accordingly, the total amount that must be cured pursuant to 11 U.S.C. § 365(b)(1) is $31,657.74 ("Actual Cure Amount"). In addition, the Debtors must also cure any default from the date hereof through the actual date of assumption and assignment.

---

[1] $8,300.41 is owed under the Lease for 2004 real estate taxes, and $16,362.89 is owed under the Lease for 2004 insurance charges.

[2] Pursuant to the Lease, in the event of a default under the Lease, the nondefaulting party is entitled to, among other things, reimbursement of reasonable attorneys' fees and costs, even when incurred within a bankruptcy case. *See* Lease § 26, at 22.

WHEREFORE, Inland respectfully requests that the Court enter an order that (i) requires the Debtors to (a) pay the Actual Cure Amount to Inland in connection with an assumption of the Lease, and (b) cure any defaults that may subsequently occur under the Lease until such Lease is actually assumed by the Debtors, and (ii) grants such other and further relief as is proper and just.

Dated: July 28, 2006

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
GRONEK & LATHAM, LLP
390 North Orange Avenue, Suite 600
P.O. Box 3353
Orlando, Florida 32802
(407) 481-5800

      -and-

Karen C. Bifferato
Margaret E. Juliano
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street, P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

*Counsel for Inland Southeast Bridgewater Limited Partnership*

**Certificate of Service**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing, together with all exhibits, has been furnished by either electronic transmission and/or U.S. First Class mail, postage prepaid, to: Cynthia C. Jackson, Smith Hulsey & Busey, a/f Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; D. J. Baker, Skadden, Arps, Slate, et al, a/f Debtors, Four Times Square, New York, New York 10036; Kenneth C. Meeker, Asst. U.S. Trustee, Office of the United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801; Karen C. Bifferato, Connolly Bove Lodge & Hutz LLP, The Nemours Building, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899; and Bert K. Bittourna, The Inland Real Estate Group, Inc., 2901 Butterfield Rd., Oak Brook, IL 60523.

  **DATED** this 28th day of July 2006.

            /s/ R. Scott Shuker
            R. Scott Shuker

478237