UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR LEAVE TO ALLOW LATE FILING OF PROOF OF CLAIM FORM

The Court finds that the Motion for Leave to Allow Late Filing of Proof of Claim Form filed by Pedro J. Fuentes-Cid on behalf of Suset M. Otero, on July 27, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Leave to Allow Late Filing of Proof of Claim filed by Pedro J. Fuentes-Cid on behalf of Suset M. Otero, on July 27, 2006 is stricken from the record.

**DATED July 28, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Pedro J. Fuentes-Cid, 2650 Biscayne Boulevard, Miami, FL 33137