UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                      CHAPTER 11

Debtors.
_____/

**OBJECTION BY CASTO INVESTMENTS COMPANY, LTD., TO PROPOSED CURE AMOUNT SET FORTH IN DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

COMES NOW, Casto Investments Company, Ltd., by and through its undersigned counsel, and files its objection to the proposed cure amount set forth in Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief ("Second Omnibus Motion"), and states as follows:

1. Casto Investments Company, Ltd. ("Casto") is the landlord of Winn-Dixie Store #236 located at 941 SW 24th Street, Fort Lauderdale, Florida. A true and correct copy of the lease agreement between Casto and Winn-Dixie is attached hereto as Exhibit "A."

2. The lease is one of the leases listed on Exhibit "A" of Debtors' Second Omnibus Motion, which the Debtors seek to assume.

3. The Proposed Cure Amount that the Debtors show for Store No. 236 in Exhibit "B" of the Second Omnibus Motion is $19,775.24.

4. Casto asserts that the correct cure amount is $221,095.27, as set forth on the schedule attached hereto as Exhibit "B", and incorporated by reference herein.

CASE NO. 05-03817-3F1

5. In addition to this cure amount, Casto is entitled to accrued interest, attorneys' fees, and any other sums, including rent, that will accrue and be unpaid before the lease is assumed and the cure amount is paid.

6. Casto reserves the right to amend, supplement or modify this objection as may be necessary.

WHEREFORE, Casto requests the Court to sustain its objection and require the Debtors to pay Casto the correct cure amount at the time its lease is assumed and for such other relief as is just and proper.

Dated: July 28, 2006

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
mark.levy@brinkleymcnerney.com
BRINKLEY, McNERNEY, MORGAN,
SOLOMON & TATUM, LLP
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 522-2200
Facsimile: (954) 522-9123

Attorneys for Casto Investments Company, Ltd.

2

CASE NO. 05-03817-3F1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection was sent via U.S. Mail and electronic mail this 28th day of July, 2006 to:

Counsel for the Debtors:

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
cjackson@smithhulsey.com

/s/ Mark A. Levy
MARK A. LEVY

G:\wpfiles\clients\Casto\SouthlandWinnDixieBankruptcy\Pleadings\Objection to Cure Amount.doc

BRINKLEY, MCNERNEY, MORGAN, SOLOMON & TATUM, LLP
200 EAST LAS OLAS BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 (954) 522-2200