## EXHIBIT B

## TO

## OBJECTION BY CASTO INVESTMENTS COMPANY, LTD., TO PROPOSED CURE AMOUNT SET FORTH IN DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

**Vordermeier Management Co**
d/b/a VMC Realty Inc
PO Box 24627
Ft. Lauderdale, FL 33307-4627

Statement

Account: sl - 0941 - win

Date: 07/28/06

Winn-Dixie Stores, Inc #236
Attn: Jane DeWitte
5050 Edgwood Court
Jacksonville, FL 32254

Payment: _____

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 09/28/03 | 2002 UTIL Reconciliation Balance Forward | 3,859.79 | | 3,859.79 |
| 09/28/03 | 2002 CAM Reconciliation | 22,129.46 | | 25,989.25 |
| 12/10/03 | 1998-2003 RET Reconciliation | 76,668.82 | | 102,658.07 |
| 05/01/04 | 2003 CAM Reconciliation | 29,400.75 | | 132,058.82 |
| 05/01/04 | 2003 UTIL Reconciliation | 3,777.37 | | 135,836.19 |
| 02/28/05 | 2004 RET Reconciliation | 16,810.26 | | 152,646.45 |
| 02/28/05 | 2004 CAM Reconciliation | 13,838.05 | | 166,484.50 |
| 02/28/05 | 2004 UTIL Reconciliation | 3,058.29 | | 169,542.79 |
| 03/15/06 | CAM Reconciliation | 46,253.90 | | 215,796.69 |
| 03/15/06 | UTIL Reconciliation | 5,298.58 | | 221,095.27 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 221,095.27 | 221,095.27 |