#9591

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT — MIDDLE DISTRICT OF FLORIDA — JACKSONVILLE DIVISION | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Winn-Dixie Stores, Inc. | Case Number<br>05-3817-3F1 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

**KRG Waterford Lakes, LLC**

Name and addresses where notices should be sent:
c/o Ice Miller
Attn: Mark A. Bogdanowicz
One American Square, Box 82001
Indianapolis, Indiana 46282-0200

410736

Telephone number: (317) 236-2100

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space is for Court Use Only.

Account or other number by which creditor identifies debtor:

Check here if this claim   ☐ replaces   ☐ amends

**1. Basis For Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ■ Other: **Lease Agreement**

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS#: ____
  Unpaid compensation for services performed
  from _____ to _____
  (date)            (date)

**2. Date debt was incurred:** October 10, 1995

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 111,632.48 _____ _____ _____ $ 111,632.48
(unsecured) (secured) (priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other ____
Value of Collateral: $ ____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ ____

**6. Unsecured Nonpriority Claim** $ 111,632.48

■ Check this Box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ ____
Specify the priority of the claim: ____
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/26/05 | Daniel R. Sink, CFO   Daniel R. Sink |

THIS SPACE IS FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RECEIVED 05 JUL 28 PM 2:28 LOGAN & COMPANY, INC. AS AGENT U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

1582253.v1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**KRG WATERFORD LAKES, LLC'S
DESCRIPTION OF PROOF OF CLAIM**

KRG Waterford Lakes, LLC ("KRG Waterford"), hereby describes its claims against debtor Winn-Dixie Stores, Inc. (the "Debtor"), as follows:

1. On or about October 10, 1995, Faison Capital Development, Inc., as landlord, and Debtor, as tenant, entered into a lease agreement (the "Lease") covering certain real property and improvements located at a shopping center in Orlando, Florida (the "Premises"), which Lease is subject to a Short Form Lease entered into by the parties on October 10, 1995, First Amendment to Lease dated April 24, 1996, Second Amendment to Lease dated September 5, 1996, Amendment to Short Form Lease dated August 21, 1997, Third Amendment to Lease dated August 22, 1997, and Supplemental Lease Agreement executed on August 22, 1997. Through a series of subsequent transactions, the lease was assigned to KRG Waterford, the landlord as of February 21, 2005. KRG Waterford will make copies of the relevant documents available to parties in interest upon request.

2. Winn-Dixie Stores, Inc. and various affiliated debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005 (the "Petition Date").

3. On April 28, 2005, the Court entered an order setting August 1, 2005 as the general bar date for unsecured creditors to file proofs of claim (the "Bar Date Order"). The Bar

Date Order further provides that "Proofs of claim for any rejection damages claims under 11 U.S.C. §§ 365(g) and 502(g) as a result of the Debtors' rejection of an executory contract or unexpired lease during these chapter 11 cases must be filed by the later of (a) thirty (30) days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of this Court or pursuant to a notice under procedures approved by this Court and (b) the General Bar Date." As of the date of this Proof of Claim, the Debtor has not rejected the Lease.

4. The Lease provides for the Debtor, as tenant, to pay KRG Waterford, as landlord, additional rent for reimbursement of the pro rata share for common area maintenance expenses ("CAM"), real property taxes, and shopping center insurance ("Additional Rent"). (*See* Lease, Section 3(c).) The Lease provides for the Additional Rent due and payable upon furnishing of an itemized statement by landlord to tenant.

5. The Debtor has not paid certain tax and CAM reconciliations attributable to the year 2004. These are itemized as follows:

   (a)   2004 CAM reconciliation                $ 24,860.00
   (b)   2004 Real Estate Tax reconciliation    $ 70,429.00

6. Likewise, the Debtor has not paid Additional Rent attributable to January and February 2005. These are itemized as follows:

   (a)   January 2005

         (i)    January CAM                 $ 2,183.61
         (ii)   January Real Estate Taxes   $ 6,766.99
         (ii)   January Insurance           $   609.35

   Bringing the total Additional Rent for January 2005 to $ 9,514.95.

    (b)    February 2005 (pro-rata through the Petition Date)

        (i)    February CAM    $ 1,559.72

        (ii)    February Real Estate Taxes    $ 4,833.56

        (iii)    February Insurance    $ 435.25

Bringing the total Additional Rent for February 2005 to $ 6,828.53.

7.    The total claim owed by the Debtor sums to $111,632.48.

8.    To the extent that the Debtor rejects the Lease after the filing of this Proof of Claim, KRG Waterford reserves the right to amend this Proof of Claim in accordance with the provisions of the Bar Date Order.

9.    Since KRG Waterford did not make demand for the Additional Rent prior to the Petition Date, KRG Waterford files this proof of claim without prejudice to alternatively seek administrative claim priority as to the amounts set forth in paragraphs 5 through 7 above. Furthermore, KRG Waterford reserves its right to amend this Proof of Claim, to pursue any other appropriate claims, and/or to file any further appropriate application for payment of administrative claims.