## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

_____ /

Case No.: 05-03817-3F1

Chapter 11

Jointly Administered

### LIMITED OBJECTION BY EQUITY ONE, INC. AND CERTAIN OF ITS AFFILIATES TO CURE AMOUNTS FOR STORE NO.S 51, 54, 64, 249, 271, 361, 364, 365, 371, 572, 627, 717, 1353, 2383, AND 2601 PROPOSED IN DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF (C.P. 8941)

Equity One, Inc. ("Equity One"), and Equity One (Alpha) Corp., Equity One (Monument), Inc., Equity One (Commonwealth), Inc., Equity One (Delta), Inc., Equity One (Lantana), Inc., Equity One (West Lake), Inc., Salerno Village Shopping Center, LLC, Equity One (Point Royale), Inc., UIRT – Skipper Palms, LLC, Equity One (Summerlin), Inc., Equity One (Louisiana Portfolio), LLC, and IRT Partners, LP, each of which is an affiliate of Equity One (collectively, the "Equity One Affiliates"), by and through undersigned counsel and pursuant to the procedures set forth in Paragraph 7 of the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief, filed on June 30,

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2006 (C.P. 8941) (the "Assumption Motion"), file this Limited Objection to the proposed cure amounts set forth in Exhibit B to the Assumption Motion, and state as follows:

1.      In the Assumption Motion, the Debtors request authority from the Court to assume 512 Core Leases.[2]  Included among the Core Leases are 13 leases under which the landlord is Equity One or one of the Equity One Affiliates (the "Equity One Core Leases").  Pursuant to Section 365(b)(1)(A) of title 11 of the United States Code (the "Bankruptcy Code"), the Debtors must cure, or provide adequate assurance that they will promptly cure, all defaults under an unexpired lease prior to assuming the lease.  As a further condition of assumption, Section 365(b)(1)(B) of the Bankruptcy Code requires the Debtors to compensate, or provide adequate assurance that they will promptly compensate, for any actual pecuniary losses resulting from the defaults under an unexpired lease.

2.      Exhibit B of the Assumption Motion reflects the Proposed Cure Amount that the Debtors allege is sufficient to cure the defaults currently existing under each of the Core Leases.  The Proposed Cure Amounts are incorrect with respect to  the Equity One Core Leases.

3.      Attached to this Limited Objection as Schedule "1" is a list that identifies the Equity One Core Leases, the name of each Equity One entity that is the landlord for that store, the Proposed Cure Amount supplied by the Debtors in the Assumption Motion, and the correct amount required to cure all of the defaults under that particular lease (the "Corrected Cure Amount").

---

[2]      All capitalized terms not defined in this Limited Objection shall have the meaning ascribed to them in the Assumption Motion.

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

4.    Also attached to this Limited Objection as composite Schedule "2" is a rent roll for each of the Equity One Core Leases that provides the details for each Corrected Cure Amount.

5.    Each Corrected Cure Amount provided on Schedule "1" reflects the amount needed to cure the defaults under each of the Equity One Core Leases as of June 30, 3006.  In the Assumption Motion, the Debtors state that they will assume the Core Leases on the Effective Date of the Debtors' plan of reorganization filed on June 29, 2006 (C.P. 8856) (the "Plan").  The Plan does not identify a specific day as the Effective Date, therefore, Equity One and the Equity One Affiliates reserve the right to amend this Limited Objection and each Corrected Cure Amount to reflect payments due but not paid under the terms of the Equity One Core Leases as of the Effective Date.

6.    Furthermore, each Corrected Cure Amount provided on Schedule "1" does not include attorneys' fees, interest, and costs that are due under the terms of the Equity One Core Leases.  Equity One and the Equity One Affiliates cannot calculate such fees, interest, and costs until the Effective Date is established by the Debtors.  Therefore, Equity One and the Equity One Affiliates reserve the right to amend this Limited Objection and each Corrected Cure Amount to include attorneys' fees, interest and costs as soon as practicable after the Debtors inform Equity One and the Equity One Affiliates of the Effective Date.

WHEREFORE, Equity One and the Equity One Affiliates respectfully request that this Court modify each Proposed Cure Amount contained in Exhibit B of the Assumption Motion to reflect the Corrected Cure Amount provided in Schedule 1 of this

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

Limited Objection, and grant such other and further relief as the Court deems just and

proper.

Dated:  July 28, 2006.
Miami, Florida.

**GREENBERG TRAURIG, P.A.**
Counsel for Equity One, Inc. and its
Affiliates
1221 Brickell Avenue
Miami, Florida 33131
Telephone:  (305) 579-0500
Fax:  (305) 579-0717

By:    /s/ Mark D. Bloom
         MARK D. BLOOM
         Florida Bar No. 303836
         PAUL J. KEENAN
         Florida Bar No. 594687

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF transmission and first class, U.S. Mail on this 28th day of July, 2006 to all parties on the attached service list.


                                    /s/ Mark D. Bloom
                                    MARK D. BLOOM

MIA-FS1\JONESP\807599v01\ZKLF01_.DOC\7/13/05

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

## SERVICE LIST

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, Florida  32801
Ken.meeker@usdoj.gov

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, Florida  32801
Elenal.escamille@usdoj.gov

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York  10036
aravin@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32201
cjackson@smithhulsey.com

DJ Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York  10036
djbaker@skadden.com

**SCHEDULE "1"**
**In re: Winn Dixie, et al.**
**Case No. 05-3817**

| Store | Landlord | Proposed Cure Amount[1] | Corrected Cure Amount[2] |
|---|---|---|---|
| 51 | Equity One (Alpha), Corp. | $12,017.88 | $44,457.07 |
| 54 | Equity One (Monument), Inc. | $8,526.63 | $43,168.57 |
| 64 & 2601* | Equity One (Commonwealth), Inc. | $14,684.86 | $86,481.80 |
| 249 | Equity One (Delta), Inc. | $18,882.63 | $65,061.95 |
| 271 | Equity One (Lantana), Inc. | $54,588.87 | $76,924.97 |
| 361 | Equity One (West Lake), Inc. | $12,338.14 | $11,771.99 |
| 364 & 365* | Salerno Village Shopping Center, LLC | (364) $34,026.12 (365) $0.00 | (364) $89,630.06 (365) $9,821.50 |
| 371 | Equity One (Point Royale), Inc. | $8,686.19 | $10,520.46 |
| 572 | Equity One, Inc. | $35,714.01 | $133,221.85 |
| 627 | UIRT – Skipper Palms, LLC | $53,584.99 | $62,839.66 |
| 717 | Equity One (Summerlin), Inc. | $21,895.91 | $24,463.02 |
| 1353 | Equity One (Louisiana Portfolio), LLC | $19,438.29 | $55,460.11 |
| 2383 | IRT Partners, LP | $23,037.36 | $29,958.77 |
| **TOTAL** | | **$317,421.88** | **$743,781.78** |

[1] As provided in Exhibit "B" of the Debtor's Assumption Motion. (C.P. No. 8941).

[2] The Corrected Cure Amount provided here is accurate as of June 30, 2006. The Corrected Cure Amount provided on this Schedule "1" will be revised and updated for any additional amounts due under the applicable lease, including but not limited to attorneys' fees, interest, and costs, as soon as practicable after the Debtors establish the Effective Date.

\* Each of these shopping centers is comprised of a grocery store and liquor store that are governed by one lease.

# SCHEDULE "2"

Equity One
Winn Dixie Outstanding AR
As of July 26, 2005

| Center | | Total Open AR | Current Charges Open after 2/22/05 | Prior Base Rent | 2003 Cam | 2004 Cam | 2005 Cam | 2006 Cam | 2004 Annual Ins | 2005 Annual Ins | 2006 Annual Ins | YE 2004 Taxes | YE 2005 Taxes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4045 Bird Ludlum | Winn Dixie #249 | $55,061.95 | | | | 18,882.63 | 11,361.02 | 19,426.05 | | $1,104.30 | | | 14,287.95 |
| 4135 Commonwealth | ...rlln Dixie #64 Sawertin #2601 | $86,481.80 | | | | 14,664.86 | 27,783.13 | 16,816.25 | | $1,820.24 | 19,932.64 | | 6,344.68 |
| 4345 Ft. Caroline | Winn Dixie #51 | $44,457.07 | | | | 12,017.88 | 3,547.99 | 6,868.49 | | $1,487.01 | 15,575.92 | | 4,959.78 |
| 4465 Lantana | Winn Dixie #271 | $76,924.97 | $1,002.95 | | 1,974.11 | | 4,849.93 | | | 422.12 | 7,286.79 | 37,805.51 | 5,290.36 |
| 4585 Monument Point | Winn Dixie #54 | $43,168.57 | 18,293.20 | | | 8,528.63 | 4,027.28 | 6,704.33 | | $1,575.87 | 16,497.74 | | 5,836.75 |
| 4590 Point Royale Shopping | Winn Dixie #371 | $10,520.46 | | 1,834.27 | | | | | | | | | 8,686.19 |
| 4780 Salerno | Winn Dixie #245 | $89,451.56 | | 941.73 | | 9,231.99 | 244.32 | | $9,627.63 | $2,672.42 | 21,390.56 | 37,033.77 | 10,274.00 |
| 4855 Skipper Palm | Winn Dixie #627 | $62,839.66 | $1,695.84 | | | | | | | | | 53,584.99 | 7,558.83 |
| 4885 Summerlin | Winn Dixie #717 | $24,463.02 | | (245.00) | | | | | | | 22,140.91 | | 2,567.11 |
| 4901 Unigold | Winn Dixie #2383 | $23,958.27 | $0.00 | | 569.25 | | 15,666.61 | | | | 1,405.69 | | 7,722.41 |
| 4930 West Lake Shopping Center | Winn Dixie #361 | $11,771.99 | | | | | | | | | | | 11,771.99 |
| 6180 Country Club Plaza | Winn Dixie #1153 | $55,460.11 | | | | 30,088.88 | 6,264.49 | | | 2,451.76 | (2,783.41) | 19,438.29 | |
| 6985 West Gate | W...n Dixie #0572 | $133,221.65 | $9,255.96 | | 9,255.96 | 29,839.75 | 15,806.77 | | | | 14,741.62 | 26,458.05 | 26,456.05 |
| 16 Total | | $737,788.28 | $19,989.89 | $20,824.20 | $11,799.32 | $123,272.72 | $89,551.54 | $49,615.12 | $9,627.63 | $12,939.41 | $91,741.83 | $196,465.52 | $111,758.10 |

7/13/2005 2:24 PM

**Equity One, Inc.**
**Accounts Receivable Aging by Bill Code**
**Business Unit: 4345 Ft. Caroline**

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE\dbriggs

Customer: 50000146    Winn Dixie #51    Lease Number: 43456

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 02/21/2005 | CMP | EQY - CAM Prior Year 4th Qtr | 12,017.88 | 12,017.88 | | | | | 12,017.88 |
| 03/31/2005 | INS | EQY - Insurance | 10,268.80 | 1,487.01 | | | | | 1,487.01 |
| 04/25/2005 | CAM | EQY - CAM 1st Qtr | 6,140.75 | 3,547.99 | | | | | 3,547.99 |
| 12/14/2005 | RET | EQY - Real Estate Taxes | 34,813.84 | 4,959.78 | | | | | 4,959.78 |
| 04/24/2006 | INS | EQY - Insurance 2006 | 15,575.92 | 15,575.92 | | | 15,575.92 | | |
| 04/24/2006 | CAM | EQY - CAM 1st QTR 06 | 6,868.49 | 6,868.49 | | | 6,868.49 | | |
| | | | 85,685.68 | 44,457.07 | 0.00 | 0.00 | 22,444.41 | 0.00 | 22,012.66 |

Company 4345    Ft. Caroline

| | | | 85,685.68 | 44,457.07 | 0.00 | 0.00 | 22,444.41 | 0.00 | 22,012.66 |

# STORE NO. 54

**Equity One, Inc.**
**Accounts Receivable Aging by Bill Code**

Business Unit: 4585 Monument Point

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONEldbriggs

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| Customer: 50000146 | | Winn Dixie # 54 | | Lease Number: 60001698 | | | | | |
| 02/21/2005 | CMP | EQY - CAM Prior Year 4th Qtr | 8,526.63 | 8,526.63 | | | | | 8,526.63 |
| 03/31/2005 | INS | EQY - Insurance | 10,882.42 | 1,575.87 | | | | | 1,575.87 |
| 04/25/2005 | CAM | EQY - CAM 1st Qtr | 6,970.28 | 4,027.28 | | | | | 4,027.28 |
| 04/25/2005 | RET | EQY - Real Estate Taxes | 40,969.51 | 5,836.75 | | | | | 5,836.75 |
| 12/14/2005 | CAM | EQY - CAM 1st QTR 06 | 6,704.33 | 6,704.33 | | | 6,704.33 | | |
| 04/24/2006 | INS | EQY - Insurance 2006 | 16,497.71 | 16,497.71 | | | 16,497.71 | | |
| 04/24/2006 | | | | | | | | | |
| | | | 90,550.89 | 43,168.57 | 0.00 | 0.00 | 23,202.04 | 0.00 | 19,966.53 |
| Company: 4585 | | Monument Point | 90,550.89 | 43,168.57 | 0.00 | 0.00 | 23,202.04 | 0.00 | 19,966.53 |

# STORE NOS. 64 and 2601

**Equity One, Inc.**
**Accounts Receivable Aging by Bill Code**

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

**Business Unit: 4135 Commonwealth**

User ID EQUITYONE/dbriggs

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| Customer: 50000146 | | Winn Dixie #64 Saverite #2601 | Lease Number 41351 | | | | | | |
| 02/21/2005 | CMP | EQY - CAM Prior Year 4th Qtr | 14,684.86 | 14,684.86 | | | | | 14,684.86 |
| 03/31/2005 | INS | EQY - Insurance | 12,569.96 | 1,820.24 | | | | | 1,820.24 |
| 04/25/2005 | CAM | EQY - CAM 1st Qtr | 12,642.47 | 7,304.54 | | | | | 7,304.54 |
| 12/14/2005 | RET | EQY - Real Estate Taxes | 44,534.74 | 6,344.68 | | | | | 6,344.68 |
| 02/10/2006 | CMP | EQY - CAM Prior Year 4th QTR | 20,478.59 | 20,478.59 | | | | | 20,478.59 |
| 04/24/2006 | INS | EQY - Insurance 2006 | 19,032.64 | 19,032.64 | | | 19,032.64 | | |
| 04/26/2006 | CAM | EQY - CAM 1st QTR 06 | 16,816.25 | 16,816.25 | | | 16,816.25 | | |
| | | | 140,759.51 | 86,481.80 | 0.00 | 0.00 | 35,848.89 | 0.00 | 50,632.91 |
| Company: 4135 | | Commonwealth | 140,759.51 | 86,481.80 | 0.00 | 0.00 | 35,848.89 | 0.00 | 50,632.91 |

# STORE NO. 245

Equity One, Inc.
Accounts Receivable Aging by Bill Code

Business Unit: 4780 Salerno Village

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYON\eldbriggs

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| | | | (78,958.81) | 9,821.50 | 0.00 | 3,750.26 | 1,467.01 | 0.00 | 4,604.23 |
| Total for Customer: 50000146 | | | (57,970.53) | 99,451.56 | 0.00 | 3,750.26 | 22,461.78 | 244.32 | 72,995.20 |
| Company: 4780 | Salerno Village | | (57,970.53) | 99,451.56 | 0.00 | 3,750.26 | 22,461.78 | 244.32 | 72,995.20 |

# STORE NO. 249

**Equity One, Inc.**
**Accounts Receivable Aging by Bill Code**

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE\dbriggs

Business Unit 4045 Bird Ludlum

Customer: 50000146    Winn Dixie #249    Lease Number 404531

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 02/21/2005 | CMP | EQY - CAM Prior Year 4th Qtr | 18,882.63 | 18,882.63 | | | | | 18,882.63 |
| 03/24/2005 | INS | EQY - Insurance 2004 annual | 16,569.01 | 954.19 | | | | | 954.19 |
| 03/30/2005 | INP | EQY - Insurance Prior Year | 150.11 | 150.11 | | | | | 150.11 |
| 04/25/2005 | CAM | EQY - CAM 1st Qtr | 14,971.89 | 11,361.02 | | | | | 11,361.02 |
| 12/20/2005 | RET | EQY - Real Estate Taxes | 129,803.88 | 18,492.61 | | | | | 18,492.61 |
| 04/07/2006 | RETP | EQY - RE Taxes - Prior Year | (4,450.60) | (4,204.66) | | | (4,204.66) | | |
| 04/24/2006 | CAM | EQY - CAM 1st QTR 06 | 19,426.05 | 19,426.05 | | | 19,426.05 | | |
| | | | 195,353.07 | 65,061.95 | 0.00 | 0.00 | 15,221.39 | 0.00 | 49,840.56 |

Company: 4045    Bird Ludlum

| | | | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| | | | 195,353.07 | 65,061.95 | 0.00 | 0.00 | 15,221.39 | 0.00 | 49,840.56 |

# STORE NO. 271

**Equity One, Inc.**
**Accounts Receivable Aging by Bill Code**
Business Unit: 4465 Lantana Village

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE/dbriggs

Customer: 50000146    Winn Dixie #271    Lease Number: 446514

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 05/13/2004 | CMP | EOY - CAM Prior Year 2003 | 1,974.11 | 1,974.11 | | | | | 1,974.11 |
| 12/27/2004 | RET | EOY - Real Estate Taxes 2004 | 22,395.65 | 21,206.65 | | | | | 21,206.65 |
| 12/27/2004 | RET | EOY - Real Estate Taxes 2004 | 16,598.86 | 16,598.86 | | | | | 16,598.86 |
| 01/01/2005 | INP | EOY - Insurance Prior Year | 346.40 | 3.43 | | | | | 3.43 |
| 02/01/2005 | CAM | EOY - CAM | 346.40 | 346.40 | | | | | 346.40 |
| 02/01/2005 | CAM | EOY - CAM | 1,203.06 | 816.54 | | | | | 816.54 |
| 02/01/2005 | MRSM | EOY - Min. Rent - Other | 24,390.92 | 18,293.20 | | | | | 18,293.20 |
| 07/01/2005 | CAM | EOY - CAM | 346.40 | 3.43 | | | | | 3.43 |
| 03/31/2005 | INS | EOY - Insurance | 4,822.58 | 687.05 | | | | | 687.05 |
| 03/31/2005 | CMP | EOY - CAM Prior Year | (1,398.40) | (1,398.40) | | | | | (1,398.40) |
| 03/31/2005 | INP | EOY - Insurance Prior Year | (296.65) | (296.65) | | | | | (296.65) |
| 03/31/2005 | CMP | EOY - CAM Prior Year | 4,156.56 | 4,156.56 | | | | | 4,156.56 |
| 03/31/2005 | RETP | EOY - RE Taxes - Prior Year | (0.61) | (0.61) | | | | | (0.61) |
| 04/01/2005 | CAM | EOY - CAM | 1,203.06 | 3.43 | | | | | 3.43 |
| 05/01/2005 | CAM | EOY - CAM | 1,203.06 | 3.43 | | | | | 3.43 |
| 06/01/2005 | CAM | EOY - CAM | 1,203.06 | 3.43 | | | | | 3.43 |
| 06/27/2005 | UNC | No backup. ??? | (14.67) | (14.67) | | | | | (14.67) |
| 12/20/2005 | RET | EOY - Real Estate Taxes 2005 | 20,780.99 | 5,290.36 | | | | | 5,290.36 |
| 01/01/2006 | CAM | EOY - CAM | 1,318.37 | 171.85 | | | | | 171.85 |
| 02/01/2006 | CAM | EOY - CAM | 1,318.37 | 171.85 | | | | | 171.85 |
| 03/01/2006 | CAM | EOY - CAM | 1,318.37 | 171.85 | | | | | 171.85 |
| 04/01/2006 | CAM | EOY - CAM | 1,318.37 | 171.85 | | | 171.85 | | |
| 04/19/2006 | CMP | EOY - CAM Prior Year 2005 | 926.01 | 926.01 | | | 926.01 | | |
| 04/19/2006 | INP | EOY - Insurance Prior Year | 31.72 | 31.72 | | | 31.72 | | |
| 04/19/2006 | EOY | | 7,286.79 | 7,286.79 | | | 7,286.79 | | |
| 04/00/2006 | INS | EOY - Insurance 2006 | 1,318.37 | 144.65 | | 144.65 | | | |
| 05/01/2006 | CAM | EOY - CAM | 1,318.37 | 171.85 | 171.85 | | | | |
| 06/01/2006 | CAM | EOY - CAM | 1,318.37 | 171.85 | 171.85 | | | | |
| **Customer: 50000146** | | | **115,415.52** | **76,924.97** | **171.85** | **144.65** | **8,416.37** | **0.00** | **68,192.10** |
| **Company: 4465    Lantana Village** | | | **115,415.52** | **76,924.97** | **171.85** | **144.65** | **8,416.37** | **0.00** | **68,192.10** |

_(handwritten annotation near 91-120 column: "59,23")_

# STORE NO. 361

Equity One, Inc.
Accounts Receivable Aging by Bill Code

Business Unit: 4930 West Lake Shopping Center

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE\dbriggs

Customer: 50000146    Winn Dixie #361    Lease Number: 49302

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 03/10/2005 | RETP | EQY - RE Taxes - Prior Year | (232.08) | (232.08) | 0.00 | 0.00 | 0.00 | 0.00 | (232.08) |
| 12/14/2005 | RET | EQY - Real Estate Taxes | 84,259.36 | 12,004.07 | 0.00 | 0.00 | 0.00 | 0.00 | 12,004.07 |
| | | | 84,027.28 | 11,771.99 | 0.00 | 0.00 | 0.00 | 0.00 | 11,771.99 |

Company: 4930    West Lake Shopping Center

| Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|
| 84,027.28 | 11,771.99 | 0.00 | 0.00 | 0.00 | 0.00 | 11,771.99 |

# STORE NOS. 364 and 365

**Equity One, Inc.**
**Accounts Receivable Aging by Bill Code**

Business Unit: 4780 Salerno Village

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE\dbriggs

**Customer: 50000126    Winn Dixie # 364    Lease Number: 60000939**

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2004 | RET | EQY - Real Estate Taxes 2004 | 30,909.10 | 26,659.36 | | | | | 26,659.36 |
| 03/25/2005 | INS | EQY - Insurance Annual 2005 | 13,212.15 | 1,913.23 | | | | | 1,913.23 |
| 03/31/2005 | CMP | EQY - CAM Prior Year | 10,489.22 | 8,709.10 | | | | | 8,709.10 |
| 03/31/2005 | INP | EQY - Insurance Prior Year | 8,953.06 | 8,953.06 | | | | | 8,953.06 |
| 03/31/2005 | INP | EQY - Insurance Prior Year | 674.57 | 674.57 | | | | | 674.57 |
| 03/31/2005 | RETP | EQY - RE Taxes - Prior Year | 8,214.90 | 8,214.90 | | | | | 8,214.90 |
| 08/09/2005 | UNC | | (48,995.27) | (2.63) | | | | | (2.63) |
| 08/09/2005 | UNC | | (48,995.27) | (2.63) | | | | | (2.63) |
| 10/07/2005 | UNC | Store & Liquor | (48,995.27) | (2.63) | | | | | (2.63) |
| 12/05/2005 | RET | EQY - Real Estate Taxes 2005   Two leases | 67,406.18 | 10,274.00 | | | | | 10,274.00 |
| 12/14/2005 | UNC | | (48,995.27) | (2.63) | | | | | (2.63) |
| 01/01/2006 | CAM | EQY - CAM | 4,578.29 | 1,001.09 | | | | | 1,001.09 |
| 02/01/2006 | CAM | EQY - CAM | 4,578.29 | 1,001.09 | | | | | 1,001.09 |
| 03/01/2006 | CAM | EQY - CAM | 4,578.29 | 1,001.09 | | | | | 1,001.09 |
| 03/28/2006 | CMP | EQY - CAM Prior Year 2005 | 38,803.34 | 244.32 | | | | 244.32 | |
| 04/01/2006 | CAM | EQY - CAM Prior Year | 4,578.29 | 1,001.09 | | | 1,001.09 | | |
| 04/20/2006 | INS | EQY - Insurance 2006 | 19,993.68 | 19,993.68 | | | 19,993.68 | | |
| | | | 20,988.28 | 89,630.06 | 0.00 | 0.00 | 20,994.77 | 244.32 | 68,390.97 |

**Customer: 50000146    Winn Dixie # 364 Liquor Store    Lease Number: 60001412**

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2004 | RET | EQY - Real Estate Taxes 2004 | 2,159.51 | 2,159.51 | | | | | 2,159.51 |
| 01/01/2005 | MRSM | EQY - Min. Rent - Supermarkets | 4,000.00 | 551.66 | | | | | 551.66 |
| 02/01/2005 | MRSM | EQY - Min. Rent - Supermarkets | 4,000.00 | 405.85 | | | | | 405.85 |
| 03/25/2005 | INS | EQY - Insurance Annual 2005 | 923.08 | 133.67 | | | | | 133.67 |
| 03/31/2005 | INP | EQY - Insurance Prior Year | 625.52 | 625.52 | | | | | 625.52 |
| 07/07/2005 | CMP | EQY - CAM Prior Year | 647.26 | 522.89 | | | | | 522.89 |
| 11/15/2005 | UNC | | (48,995.27) | (2.63) | | | | | (2.63) |
| 01/01/2006 | CAM | EQY - CAM | 319.87 | 70.13 | | | | | 70.13 |
| 02/01/2006 | CAM | EQY - CAM | 319.87 | 70.13 | | | | | 70.13 |
| 03/01/2006 | CAM | EQY - CAM | 319.87 | 70.13 | | | 70.13 | | 70.13 |
| 04/01/2006 | CAM | EQY - CAM | 319.87 | 70.13 | | | 70.13 | | 70.13 |
| 04/20/2006 | INS | EQY - Insurance 2006 | 1,396.88 | 1,396.88 | | | 1,396.88 | | 1,396.88 |
| 05/01/2006 | MRSM | EQY - Min. Rent - Supermarkets | 4,000.00 | 3,750.26 | | 3,750.26 | | | 3,750.26 |

*(handwritten notation: 3117.02)*

# STORE NO. 371

Equity One, Inc.
Accounts Receivable Aging by Bill Code

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE\dbriggs

Business Unit: 4690 Point Royale Shopping

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| Customer: 50000146 | | Winn Dixie #371 | Lease Number: 46906 | | | | | | |
| 12/01/2005 | MRSM | EQY - Min. Rent - Other | 10,747.92 | 1,834.27 | | | | | 1,834.27 |
| 12/21/2005 | RET | EQY - Real Estate Taxes | 41,853.06 | 8,686.19 | | | | | 8,686.19 |
| | | | 52,600.98 | 10,520.46 | 0.00 | 0.00 | 0.00 | 0.00 | 10,520.46 |
| Company: 4690 | | Point Royale Shopping | 52,600.98 | 10,520.46 | 0.00 | 0.00 | 0.00 | 0.00 | 10,520.46 |

# STORE NO. 572

Equity One, Inc.
Accounts Receivable Aging by Bill Code

Business Unit: 6985 West Gate Plaza

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONEIdriggs

Customer: 51000082    Winn Dixie #0572    Lease Number: 6985590

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 03/16/2004 | CMP | ADJ 2003 CAM | 27,630.42 | 9,255.96 | 9,255.96 | | | | 9,255.96 |
| 12/15/2004 | RET | 2004 RET ADJ | 26,458.05 | 26,458.05 | | | | | 26,458.05 |
| 03/18/2005 | INS | 2005 INS ADJ | 9,707.23 | 1,405.69 | | | | | 1,405.69 |
| 03/23/2005 | CMP | ADJ 2004 CAM | 29,839.76 | 29,839.75 | | | | | 29,839.75 |
| 12/20/2005 | RET | 2005 RET ADJ | 26,458.05 | 26,458.05 | | | | | 26,458.05 |
| 03/20/2006 | CMP | ADJ 2005 CAM | 32,778.12 | 15,806.77 | | | | 15,806.77 | |
| 05/17/2006 | INS | 2006 Insurance | 14,741.62 | 14,741.62 | | 14,741.62 | | | |
| 06/01/2006 | MRSM | EQY - Min. Rent - Other | 28,583.33 | 9,255.96 | 9,255.96 | | | | |

35,714.01

| | | | 194,196.57 | 133,221.85 | 9,255.96 | 14,741.62 | 0.00 | 15,806.77 | 93,417.50 |
| | | | 194,196.57 | 133,221.85 | 9,255.96 | 14,741.62 | 0.00 | 15,806.77 | 93,417.50 |

Company: 6985    West Gate Plaza

| | | | 194,196.57 | 133,221.85 | 9,255.96 | 14,741.62 | 0.00 | 15,806.77 | 93,417.50 |

# STORE NO. 627

**Equity One, Inc.**
**Accounts Receivable Aging by Bill Code**

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONEldbriggs

Business Unit: 4855 Skipper Palms

Customer: 50000146    Winn Dixie #627    Lease Number 48559

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/2004 | RET | EQY - Real Estate Taxes 2004 | 54,536.41 | 53,584.99 | | | | | 53,584.99 |
| 07/01/2005 | MRSM | EQY - Min. Rent - Other | 28,893.42 | 2.15 | | | | | 2.15 |
| 08/01/2005 | MRSM | EQY - Min. Rent - Other | 28,893.42 | 2.15 | | | | | 2.15 |
| 09/01/2005 | MRSM | EQY - Min. Rent - Other | 28,893.42 | 2.15 | | | | | 2.15 |
| 10/01/2005 | MRSM | EQY - Min. Rent - Other | 28,893.42 | 2.15 | | | | | 2.15 |
| 11/01/2005 | MRSM | EQY - Min. Rent - Other | 28,893.42 | 2.15 | | | | | 2.15 |
| 12/01/2005 | CAM | EQY - CAM | 1,113.33 | 2.15 | | | | | 2.15 |
| 12/09/2005 | RET | EQY - Real Estate Taxes 2005 | 53,057.14 | 7,558.83 | | | | | 7,558.83 |
| 01/01/2006 | CAM | EQY - CAM | 1,391.67 | 280.49 | | | | | 280.49 |
| 02/01/2006 | CAM | EQY - CAM | 1,391.67 | 280.49 | | | | | 280.49 |
| 03/01/2006 | CAM | EQY - CAM | 1,391.67 | 280.49 | | | | | 280.49 |
| 04/01/2006 | CAM | EQY - CAM | 1,391.67 | 280.49 | | | 280.49 | | |
| 05/01/2006 | CAM | EQY - CAM | 1,391.67 | 280.49 | | 280.49 | | | |
| 06/01/2006 | CAM | EQY - CAM | 1,391.67 | 280.49 | 280.49 | | | | |
| | | | 261,524.00 | 62,839.66 | 280.49 | 280.49 | 280.49 | 0.00 | 61,998.19 |

_52/365_

| | | | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| Company - 4855 | | Skipper Palms | 261,524.00 | 62,839.66 | 280.49 | 280.49 | 280.49 | 0.00 | 61,998.19 |

# STORE NO. 717

Equity One, Inc.
Accounts Receivable Aging by Bill Code
Business Unit: 4885 Summerlin Square

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE/dbriggs

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| Customer- 50000146   Winn Dixie #717 | | | Lease Number 488512 | | | | | | |
| 12/28/2004 | RET | EQY - Real Estate Taxes | 15,579.51 | 15,579.51 | | | | | 15,579.51 |
| 12/28/2004 | RET | EQY - Real Estate Taxes | 6,561.40 | 6,561.40 | | | | | 6,561.40 |
| 01/05/2005 | UNC | | (22,749.99) | (122.50) | | | | | (122.50) |
| 02/11/2005 | UNC | | (22,749.99) | (122.50) | | | | | (122.50) |
| 12/16/2005 | RET | EQY - Real Estate Taxes | 6,028.74 | 2,557.11 | | | | | 2,557.11 |
| | | | (17,330.33) | 24,463.02 | 0.00 | 0.00 | 0.00 | 0.00 | 24,463.02 |
| | | | (17,330.33) | 24,463.02 | 0.00 | 0.00 | 0.00 | 0.00 | 24,463.02 |
| Company- 4885   Summerlin Square | | | (17,330.33) | 24,463.02 | 0.00 | 0.00 | 0.00 | 0.00 | 24,463.02 |

21,895.91

# STORE NO. 1353

Equity One, Inc.
Accounts Receivable Aging by Bill Code

Business Unit: 6180 Country Club Plaza

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE/dbriggs

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| Customer: 51001421 | | Winn Dixie #1353 | | Lease Number: 618029 | | | | | |
| 02/16/2005 | RETP | 2004 Ret Adj | 19,438.29 | 19,438.29 | | | | | 19,438.29 |
| 03/02/2005 | CMP | 02/01/04 - 01/31/05 Cam Adj | 30,088.98 | 30,088.98 | | | | | 30,088.98 |
| 04/15/2005 | INS | 2005 Ins Adj | 4,280.86 | 619.91 | | | | | 619.91 |
| 02/20/2006 | RETP | 2005 Ret Adj | 12,858.18 | 1,831.85 | | | | | 1,831.85 |
| 02/23/2006 | CMP | 02/01/05 - 01/31/06 Cam Adj | 24,052.44 | 5,873.13 | | | | | 5,873.13 |
| 05/16/2006 | CMP | 2005 Cam Adj | 391.36 | 391.36 | | 391.36 | | | |
| 06/26/2006 | UC | INS 2005 | (2,783.41) | (2,783.41) | (2,783.41) | | | | |
| | | | 88,326.70 | 55,460.11 | (2,783.41) | 391.36 | 0.00 | 0.00 | 57,852.16 |
| Company: 6180 | | Country Club Plaza | 88,326.70 | 55,460.11 | (2,783.41) | 391.36 | 0.00 | 0.00 | 57,852.16 |

# STORE NO. 2383

**Equity One, Inc.**
**Accounts Receivable Aging by Bill Code**

Run Date - 07/05/2006 4:01:43
As of Date - 06/30/2006

User ID EQUITYONE\dbriggs

Business Unit: 4901 Unigold Shopping Center

| Invoice Date | Bill Code | Bill Code Description | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| | | **Customer: 51001136    Winn Dixie #2383    Lease Number: 4901188** | | | | | | | |
| 05/11/2004 | CMP | EQY - CAM Prior Year | 32,772.51 | 569.25 | | | | | 569.25 |
| 08/24/2005 | CAM | EQY - CAM 1st & 2nd qtr cam 05 | 3,717.56 | 77.42 | | | | | 77.42 |
| 11/01/2005 | CAM | EQY - CAM 3rd QTR | 9,822.59 | 210.91 | | | | | 210.91 |
| 12/07/2005 | RET | EQY - Real Estate Taxes 2005 | 54,205.40 | 7,722.41 | | | | | 7,722.41 |
| 04/24/2006 | CMP | EQY - CAM Prior Year 4th 2005 | 15,378.28 | 15,378.28 | | | 15,378.28 | | |
| | | | 115,896.34 | 23,958.27 | 0.00 | 0.00 | 15,378.28 | 0.00 | 8,579.99 |
| | | | 115,896.34 | 23,958.27 | 0.00 | 0.00 | 15,378.28 | 0.00 | 8,579.99 |
| | Company: 4901 | Unigold Shopping Center | 115,896.34 | 23,958.27 | 0.00 | 0.00 | 15,378.28 | 0.00 | 8,579.99 |