UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., <u>et al</u>.,

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about July 25, 2006 I caused copies of:

• the **Notice of Debtors' Fifteenth Omnibus Objection to(A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notices as listed above is attached hereto as Exhibit B.

Dated: July 28, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 5E-5G

EXHIBIT A SERVICE LIST
NO LIABILITY CLAIMANTS

SERVICE LIST

**Notice of Debtors' Fifteenth Omnibus Objection to**
**(A) No Liability Claims (B) Overstated Claims and**
**(C) Overstated Misclassified Claims**
**[Exhibit A - No Liability Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 241280-12
7595 CENTURION PARKWAY LLC
C/O MCGUIREWOODS, LLP
ATTN: ROBERT A COX, JR., ESQ
BANK OF AMERICA CORP CENTER
100 NORTH TRYON ST, STE 2900
CHARLOTTE NC 28202

CREDITOR ID: 241280-12
7595 CENTURION PARKWAY LLC
C/O PHOENIX REALTY GROUP INC
ATTN JAMES J SEBESTA
10739 DEERWOOD PARK BLVD, SUITE 103
JACKSONVILLE, FL 32256-2873

CREDITOR ID: 241545-12
ACRON USA FONDS WINN DIXIE LP
C/O RIGGS, ABNEY LAW FIRM
ATTN RYAN J ASSINK, ESQ
502 W 6TH STREET
TULSA OK 74119

CREDITOR ID: 241545-12
ACRON USA FONDS WINN DIXIE LP
C/O ACRON KAPITAL
DALLAS BRANCH
1516 S BOSTON AVE, SUITE 215
TULSA, OK 74119

CREDITOR ID: 241601-12
ADDISON COMMERCIAL REAL ESTATE
ATTN GRAFTON D ADDISON, II, PRES
118 W ADAMS STREET, SUITE 1000
JACKSONVILLE FL 32202

CREDITOR ID: 407535-15
ADECCO EMPLOYMENT SERVICES, BY
NATIONAL SALES SVCES INC, AGENT
C/O EURO RSCG WORLDWIDE, INC
ATTN W FASANO OR NANCY WYNNE, ESQ
350 HUDSON STREET
NEW YORK NY 10014

CREDITOR ID: 415974-15
AUTOZONE MISSISSIPPI PROPERTIES INC
C/O BASS BERRY & SIMS, PLC
ATTN BRADLEY L OTTINGER, ESQ
100 PEABODY PLACE, SUITE 900
MEMPHIS TN 38103

CREDITOR ID: 410918-15
BUEHLER FOODS, INC
C/O SOMMER BARNARD ATTORNEYS, PC
ATTN JERALD I ANCEL, ESQ.
ONE INDIANA SQUARE, SUITE 3500
INDIANAPOLIS IN 46204

CREDITOR ID: 410918-15
BUEHLER FOODS, INC
1100 WEST 12TH AVENUE
PO BOX 82
JASPER IN 47547-0082

CREDITOR ID: 410918-15
BUEHLER FOODS, INC
C/O BINGHAM MCHALE LLP
ATTN THOMAS C SCHERER, ESQ.
2700 MARKET TOWER
10 WEST MARKET STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 397119-67
BUEHLER OF KENTUCKY, LLC
C/O SOMMER BARNARD ATTORNEYS, PC
ATTN JERALD I ANCEL, ESQ.
ONE INDIANA SQUARE, SUITE 3500
INDIANAPOLIS IN 46204

CREDITOR ID: 397119-67
BUEHLER OF KENTUCKY, LLC
C/O BINGHAM MCHALE LLP
ATTN THOMAS C SCHERER, ESQ.
2700 MARKET TOWER
10 WEST MARKET STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 397119-67
BUEHLER OF KENTUCKY, LLC
C/O BUEHLER FOODS, INC.
1100 W 12TH AVENUE
PO BOX 82
JASPER, IN 47547-0082

CREDITOR ID: 410699-15
CAFFERY CENTER, LLC
C/O PLATZER SWERGOLD KARLIN ET AL
ATTN SHERRI D LYDELL, ESQ
1065 AVE OF THE AMERICAS, 18TH FL
NEW YORK NY 10018

CREDITOR ID: 244997-12
CHAPTER 13 TRUSTEE
ATTN SABRINA L MCKINNEY, ESQ
PO BOX 173
MONTGOMERY AL 36101-0173

CREDITOR ID: 411074-15
CLIFFDALE CORNER, INC TA CLIFFDALE
CORNER, FAYETTEVILLE, NC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 382472-51
COMPUTER ASSOCIATES INT'L INC
ATTN ROBERT AUSTEN, MGR
ONE COMPUTER ASSOCIATES PLAZA
ISLANDIA, NY 11749

CREDITOR ID: 262023-12
COUNTY OF STOKES, NC  TAX COLLECTOR
ATTN CHERLY C HILL, ASST TAX ADMIN
PO BOX 57
DANBURY NC 27016

CREDITOR ID: 266729-14
COUNTY OF TISHOMINGO
ATTN: DANNY RYAN
1008 BATTLEGROUND DR
IUKA MS 38852-1020

CREDITOR ID: 492854-37
FROST BROWN TODD LLC
ATTN: EDWARD M KING
400 W MARKET STREET, 32ND FL
LOUISVILLE KY 40202

CREDITOR ID: 381794-99
GENERAL ELECTRIC CAPITAL CORP
C/O MORITT HOCK HAMROFF ET AL
ATTN LESIE BERKOFF & W NILSON, ESQ
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 406122-97
GOLDEN FLAKE SNACK FOODS INC
ATTN MARK MCCUTCHEON, PRES
ONE GOLDEN FLAKE DRIVE
BIRMINGHAM AL 35205

CREDITOR ID: 250702-12
GOLDEN FLAKE SNACK FOODS, INC
ATTN FREEDA ELLIOTT, CR MGR
ONE GOLDEN FLAKE DRIVE
BIRMINGHAM, AL 35205

CREDITOR ID: 250702-12
GOLDEN FLAKE SNACK FOODS, INC
C/O SPAIN & GILLON, LLC
ATTN WALTER F MCARDLE, ESQ
2117 2ND AVENUE NORTH
BIRMINGHAM AL 35203-3753

CREDITOR ID: 250702-12
GOLDEN FLAKE SNACK FOODS, INC
C/O STUTSMAN & THAMES, PA
ATTN NINA LAFLEUR, ESQ.
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 138120-09
GRUBBS, ROBERT J JR
208 SAILING CT
LEXINGTON SC 29072

CREDITOR ID: 418693-ST
HULL, DONNA LYNN
2721 CREEK DR
GRANBURY TX 76048

SERVICE LIST
**Notice of Debtors' Fifteenth Omnibus Objection to**
**(A) No Liability Claims (B) Overstated Claims and**
**(C) Overstated Misclassified Claims**
**[Exhibit A - No Liability Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523 | CREDITOR ID: 151870-09<br>JACKSON, TAKEA M<br>617 WHIDDON STREET<br>TIFTON GA 31794 |
| CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 157520-09<br>JUNGINGER, ROSALIE<br>PO BOX 12671<br>FORT PIERCE FL 34979-2671 |
| CREDITOR ID: 410848-15<br>KIR AUGUSTA II, LP<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 254237-12<br>LA BREA BAKERY INC<br>ATTN MARY KENNEDY, CONTROLLER<br>PO BOX 7537<br>VAN NUYS CA 91409-7537 | CREDITOR ID: 44131-05<br>LEBUHN, MARYANN<br>2215 89 DR<br>VERO BEACH FL 32966 |
| CREDITOR ID: 382042-36<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031 | CREDITOR ID: 382042-36<br>MCCORMICK & COMPANY, INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 260226-12<br>MOORE, RYAN M<br>915 FURMAN COURT<br>FT MILL SC 29708 |
| CREDITOR ID: 411101-15<br>NATIONAL CITY BANK<br>ATTN M ELIZABETH HILS, VP<br>ONE EAST FOURTH STREET<br>MAIL LOCATION 25-C860A<br>CINCINNATI OH 45202 | CREDITOR ID: 411016-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>WEST TOWNE SQUARE, ELIZABETHTON, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410992-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>APISON CROSSING, OOLTEWAH, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 407447-15<br>ORACLE USA, INC FKA<br>PEOPLESOFT USA INC<br>ATTN JOHN WADSWORTH, ESQ<br>500 ORACLE PARKWAY<br>REDWOOD SHORES CA 94065 | CREDITOR ID: 407447-15<br>ORACLE USA, INC FKA<br>C/O PACHULSKI STANG ZIEHL ET AL<br>ATTN HENRY C KEVANE, ESQ<br>150 CALIFORNIA STREET, 15TH FLOOR<br>SAN FRANCISCO CA 94111-4500<br>USA | CREDITOR ID: 410909-15<br>PANASONIC CORPORATION OF N AMERICA<br>ATTN LEONARD SLOANE, DIR<br>TWO PANASONIC WAY, 7D-5<br>SECAUCUS NJ 07094 |
| CREDITOR ID: 399663-72<br>PANASONIC DOCUMENT IMAGING CO<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 | CREDITOR ID: 410527-15<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O THE BROWN COMPANIES<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | CREDITOR ID: 410510-15<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 |
| CREDITOR ID: 410510-15<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O UNUMPROVIDENT<br>ATTN MERI LOWRY, ESQ & S CARVEL, VP<br>2211 CONGRESS STREET, M284<br>PORTLAND ME 04122 | CREDITOR ID: 269333-16<br>PGM DIAMONDHEAD, LLC<br>ATTN CHARLES F MCREYNOLDS<br>248 DEBUYS ROAD, SUITE 29<br>BILOXI, MS 39531 | CREDITOR ID: 192803-09<br>PINKSTON, JIMMIE L<br>3005 MOORCROFT DRIVE, APT B<br>MONTGOMERY AL 36116 |
| CREDITOR ID: 404021-15<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>55 E MONROE STREET, SUITE 4200<br>CHICAGO IL 60603 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 |

SERVICE LIST

**Notice of Debtors' Fifteenth Omnibus Objection to
(A) No Liability Claims (B) Overstated Claims and
(C) Overstated Misclassified Claims
[Exhibit A - No Liability Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 207741-09<br>SCOTT, DINAH<br>3036 LIBBY DRIVE<br>AUGUSTA GA 30906 |
| CREDITOR ID: 68448-05<br>SIMS, ANNIE J<br>2513 AVENUE Q<br>BIRMINGHAM AL 35218 | CREDITOR ID: 261135-12<br>SIX FLAGS NEW ORLEANS<br>ATTN TERRY W PRATHER, VP/GM<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | CREDITOR ID: 278567-25<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 407711-15<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | CREDITOR ID: 416866-AV<br>TAYLORS FIRE & SEWER DISTRICT<br>3335 WADE HAMPTON BLVD<br>TAYLORS SC 29687 | CREDITOR ID: 73444-05<br>THOMAS, BELINDA A<br>6462 BEDFORD LANE<br>LITHONIA GA 30058 |
| CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 278595-25<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | CREDITOR ID: 410584-15<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | |

**Total:   68**

EXHIBIT A SERVICE LIST
REDUCED CLAIMANTS

**Notice of Debtors' Fifteenth Omnibus Objection to
(A) No Liability Claims (B) Overstated Claims and
(C) Overstated Misclassified Claims
[Exhibit B - Reduced Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 241522-12
ACHILLES REALTY COMPANY
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 408391-97
ATLANTA FOODS INTERNATIONAL
ATTN: DAN CROWLEY, VP
PO BOX 116585
ATLANTA GA 30368-6585

CREDITOR ID: 242725-12
ATLANTA FOODS INTERNATIONAL
C/O TROUTMAN SANDERS, LLP
ATTN HARRIS B WINSBERG, ESQ
500 PEACHTREE STREET, NE, STE 5200
ATLANTA GA 30308-2216

CREDITOR ID: 242725-12
ATLANTA FOODS INTERNATIONAL
ATTN DOUG JAY
255 SPRING STREET, SW
ATLANTA, GA 30303

CREDITOR ID: 398024-74
BAKER & HOSTETLER, LLP
ATTN KEVIN SHAUGHNESSY, ESQ.
SUN TRUST CENTER
200 S ORANGE AVENUE, SUITE 2300
ORLANDO FL 32801

CREDITOR ID: 381993-36
BARBER MILK, INC
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKENNEY AVENUE, SUITE 1200
DALLAS TX 75201

CREDITOR ID: 399361-15
BARDSTOWN SC, LLC, SUCCESSOR TO
KHS DEVELOPMENT CO
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
201 EAST FIFTH ST, 2200 PNC CENTER
CINCINNATI OH 45202

CREDITOR ID: 2099-07
BUNKIE INVESTMENT CO, LLC
C/O KOZYAK TROPIN & THROCKMORTON
ATTN LAUREL M ISICOFF, ESQ
2525 PONCE DE LEON BLVD, STE 900
CORAL GABLES FL 33134

CREDITOR ID: 2099-07
BUNKIE INVESTMENT CO, LLC
ATTN CHRISTOPHER A SARPY
3621 RIDGELAKE DRIVE, SUITE 203
METAIRIE LA 70002-1739

CREDITOR ID: 2103-07
C&A LTD, LC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 244349-12
CAGLE'S, INC
C/O STUTSMAN & THAMES, PA
ATTN RICHARD R THAMES, ESQ
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 394053-61
CANTEY & HANGER, LLP
ATTN C HUMPHRIES/BRAD POULOS, ESQS
801 CHERRY STREET, STE 2100
FORT WORTH, TX 76102

CREDITOR ID: 316026-41
CARRINGTON, FRANCIS
ATTN RICHARD DEEMS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 395425-64
CHECKPOINT SYSTEMS INC
ATTN JANINE TREWIN/THERESA HELLICK
101 WOLF DRIVE
THOROFARE, NJ 08086

CREDITOR ID: 394018-61
CHRISTOVICH & KEARNEY, LLP
ATTN JUDY L MILNAR
601 POYDRAS STREET, STE 2300
NEW ORLEANS, LA 70130-6078

CREDITOR ID: 245380-12
CHURCH & DWIGHT
ATTN GERALD J STEPIEN, CREDIT MGR
469 NORTH HARRISON STREET
PRINCETON NJ 08543-5297

CREDITOR ID: 381776-36
CLOROX SALES COMPANY, THE
ATTN SYBIL SHAW
3655 BROOKSIDE PARKWAY, STE 300
ALPHARETTA GA 30022

CREDITOR ID: 411176-15
COCA COLA BOTTLING CO CONSOLIDATED
& PIEDMONT COCA COLA BOTTL ET AL
ATTN JOYCE L ROPER, CR MGR
PO BOX 31487
CHARLOTTE NC 28231

CREDITOR ID: 411176-15
COCA COLA BOTTLING CO CONSOLIDATED
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 411108-15
COCA-COLA COMPANY, THE
C/O HOLLAND & KNIGHT LLP
ATTN ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 411108-15
COCA-COLA COMPANY, THE
PO BOX 1734
NAT 2016
ATLANTA GA 30301

CREDITOR ID: 411236-15
COLORADO BOXED BEEF CO
C/O SIMPSON LAW OFFICES, LLP
ATTN JAMES W MARTIN, ESQ
PO BOX 550105
ATLANTA GA 30355-2505

CREDITOR ID: 416850-AV
COMBINED LAND CO INC
ATTN CLAUDE F SMITH, JR/J MENDOLA
36 RICHMOND PLAZA
ROCKINGHAM NC 28379

CREDITOR ID: 416975-15
COMMONWEALTH OF KENTUCKY REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ALBERT B CHANDLER III, ESQ
STATE CAPITAL, ROOM 116
FRANKFORT KY 40601

CREDITOR ID: 416975-15
COMMONWEALTH OF KENTUCKY REV DEPT
LEGAL BRANCH - BANKRUPTCY SECTION
ATTN LEANNE WARREN
PO BOX 5222
FRANKFORT KY 40602

**Notice of Debtors' Fifteenth Omnibus Objection to
(A) No Liability Claims (B) Overstated Claims and
(C) Overstated Misclassified Claims
[Exhibit B - Reduced Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 381863-99<br>CONTINENTAL MILLS<br>C/O PERKINS COIE, LLP<br>ATTN B MACINTYRE/J STEVENSON, ESQS<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | CREDITOR ID: 247147-12<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 406140-15<br>CRAWFORD LEWIS, PLLC<br>ATTN JOHN M DELGADO, ESQ<br>450 LAUREL STREET, SUITE 1600<br>BATON ROUGE LA 70801 |
| CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 410738-15<br>DE LAGE LANDEN FINANCIAL SVCS INC<br>C/O MILNER DOCUMENT PRODUCTS, INC<br>ATTN RAY CROUSE<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087 | CREDITOR ID: 410696-15<br>DECATUR REALTY, SUCCESSOR TO<br>BAUMGARDNER-HOGAN, INC<br>ATTN DAVID N ESKENAZI, MEMBER<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS IN 46208 |
| CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 | CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>C/O COOK PERKISS & LEW<br>ATTN: DAVID J COOK, ESQ<br>PO BOX 270<br>SAN FRANCISCO CA 94104-0270 |
| CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 | CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 394036-61<br>FAIN, MAJOR & BRENNAN, PC<br>ATTN GENE A MAJOR, ESQ<br>100 GLENRIDGE POINT PKWY, STE 500<br>ATLANTA, GA 30342 |
| CREDITOR ID: 1343-07<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 16765<br>MOBILE AL 36616 | CREDITOR ID: 394040-61<br>FRAZER HUBBARD BRANDT TRASK ET AL<br>ATTN JAMES L YACAVONE III, ESQ<br>595 MAIN STREET<br>DUNEDIN, FL 34698 | CREDITOR ID: 381794-99<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 394068-61<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>ATTN DIANE E KING, MGR CREDIT ADMIN<br>PRUDENTIAL TOWER BUILDING<br>800 BOYLSTON STREET, 26TH FLOOR<br>BOSTON MA 02199 | CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>C/O POPPER & GRAFTON<br>ATTN SAMUEL R GRAFTON, ESQ<br>225 WEST 34TH STREET, SUITE 1609<br>NEW YORK NY 10122-1600 |
| CREDITOR ID: 406122-97<br>GOLDEN FLAKE FOODS INC<br>ATTN MARK MCCUTCHEON, PRES<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM AL 35205 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>C/O SPAIN & GILLON, LLC<br>ATTN WALTER F MCARDLE, ESQ<br>2117 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203-3753 |
| CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA LAFLEUR, ESQ.<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 403504-15<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | CREDITOR ID: 398213-74<br>HILL HILL CARTER FRANCO ET AL<br>ATTN RANDALL MORGAN, VP<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 |
| CREDITOR ID: 416285-15<br>HOMEWOOD ASSOCIATES, INC.<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ.<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 | CREDITOR ID: 251993-12<br>IBERIA WORLD FOODS CORP<br>ATTN LYDIA GREENSTEIN, CR MGR<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 | CREDITOR ID: 252061-12<br>IMAGISTICS INTERNATIONAL INC FKA<br>PITNEY BOWES OFFICE SYSTEMS<br>PO BOX 856193<br>LOUISVILLE, KY 40285-6193 |

**Notice of Debtors' Fifteenth Omnibus Objection to
(A) No Liability Claims (B) Overstated Claims and
(C) Overstated Misclassified Claims
[Exhibit B - Reduced Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411023-15<br>IMAGISTICS INTERNATIONAL INC FKA<br>PITNEY BOWES OFFICE SYSTEMS<br>ATTN MARTHA N HARVEY<br>7555 E HAMPDEN AVENUE, SUITE 200<br>DENVER CO 80231 | CREDITOR ID: 404877-95<br>INFORMATION RESOURCES INC<br>ATTN PETER J DIMAGGIO, CREDIT MGR<br>4766 PAYSHERE CIRCLE<br>CHICAGO IL 60694 | CREDITOR ID: 411153-15<br>IPF/HEIGHTS LP<br>C/O INFINITY PROPERTY MGMT CORP.<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY ROAD, SUITE 1-1650<br>ATLANTA GA 30339 |
| CREDITOR ID: 411153-15<br>IPF/HEIGHTS LP<br>C/O BART & SCHWARTZ, LLP<br>ATTN LAWRENCE J SCHWARTZ, ESQ.<br>ONE HUNTINGTON QUADRANGLE, STE 2S12<br>MELVILLE NY 11747 | CREDITOR ID: 411154-15<br>IPH/HEIGHTS LP<br>ATTN MICHAEL S HOCHBERGER, PRES<br>2 ROCK HILL LANE<br>BROOKVILLE NY 11545 | CREDITOR ID: 403322-83<br>J GORDON ROTHWELL, PA<br>ATTN J GORDON ROTHWELL, PRESIDENT<br>560 1ST AVENUE NORTH<br>ST PETERSBURG FL 33701 |
| CREDITOR ID: 403322-83<br>J GORDON ROTHWELL, PA<br>DAVID B MCEWEN, PA<br>ATTN DAVID B MCEWEN, ESQ<br>BAYVIEW TOWER<br>100 FIRST AVENUE SOUTH, STE 340<br>ST PETERSBURG FL 33701 | CREDITOR ID: 1489-RJ<br>JOHN BENETTI ASSOCIATES<br>C/O JOHN BENETTI<br>80 MOUNT VERNON LANE<br>ATHERTON, CA 94025 | CREDITOR ID: 1489-RJ<br>JOHN BENETTI ASSOCIATES<br>C/O ANDERLINI FINKELSTEIN EMERICK ET AL<br>ATTN DAVID G FINKELSTEIN, ESQ<br>400 S EL CAMINO REAL, SUITE 700<br>SAN MATEO CA 94402 |
| CREDITOR ID: 399445-15<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 403382-99<br>JULA TRUST, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN T SADUTTO/S LYDELL, ESQS<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | CREDITOR ID: 411293-15<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC  H3G1N2<br>CANADA |
| CREDITOR ID: 411293-15<br>KEMOR PROPERTIES, INC<br>C/O MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN: ERIC D SCHWARTZ ESQ<br>1201 NORTH MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899 | CREDITOR ID: 383217-15<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O BELL BOYD & LLOYD, LLC<br>ATTN C LONSTEIN & A SCHAEFFER, ESQS<br>70 W MADISON STREET, SUITE 3300<br>CHICAGO IL 60602 |
| CREDITOR ID: 1529-RJ<br>LAKEWOOD ASSOCIATES, LTD<br>C/O COURTELIS COMPANY<br>ATTN VICTOR STOSIK<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677 | CREDITOR ID: 2365-RJ<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | CREDITOR ID: 407608-15<br>LAND-O-SUN DAIRIES, LLC DBA<br>PET DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 394059-61<br>LANDRY & LAVELLE, LLP<br>ATTN PAUL M LAVELLE<br>3822 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS, LA 70122-4565 | CREDITOR ID: 407463-99<br>LASALLE BANK NAT'L ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN: B SUMMER CHANDLER<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA 30308 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 406287-15<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | CREDITOR ID: 254720-12<br>LEXISNEXIS PEOPLEWISE<br>CANDICE C KRISHER, DIR CUST  ACCTNG<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 | CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |

SERVICE LIST

**Notice of Debtors' Fifteenth Omnibus Objection to**
**(A) No Liability Claims (B) Overstated Claims and**
**(C) Overstated Misclassified Claims**
**[Exhibit B - Reduced Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410573-15<br>MARSHALL DENNEHEY WARNER ET AL<br>ATTN ERNEST DIFILIPPO, FINANCE DIR<br>1845 WALNUT STREET, SUITE 1600<br>PHILADELPHIA PA 19103-4717 | CREDITOR ID: 403331-83<br>MARSHALL DENNEHEY WARNER ET AL<br>12 E BAY STREET<br>JACKSONVILLE FL 32202-3247 | CREDITOR ID: 393748-58<br>MARYLAND & VIRGINIA MILK COOP<br>ATTN: JOEL CLARKE<br>1985 ISAAC NEWTON SQUARE W<br>RESTON, VA 20190-5094 |
| CREDITOR ID: 381840-99<br>MARYLAND & VIRGINIA MILK PRODUCERS<br>C/O REED SMITH LLP<br>ATTN ROBERT M MARINO, ESQ<br>STE 1100, EAST TOWER<br>1301 K STREET NW<br>WASHINGTON DC 20005-3317 | CREDITOR ID: 381840-99<br>MARYLAND & VIRGINIA MILK PRODUCERS<br>C/O REED SMITH LLP<br>ATTN: ANDREW L MORRISON<br>599 LEXINGTON AVE, 29TH FL<br>NEW YORK NY 10022 | CREDITOR ID: 492849-97<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN: JAMES R HUESING, GP<br>7452 JAGER COURT<br>CINCINNATI OH 45230 |
| CREDITOR ID: 2396-07<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN PAUL E GRANICK, GP<br>7452 JAGER COURT<br>CINCINNATI, OH 45230 | CREDITOR ID: 382041-36<br>MCARTHUR DAIRY, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | CREDITOR ID: 255884-12<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 |
| CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATTN M MCINERNEY/N GRIFFINS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O MORRISON & FOERSTER, LLP<br>ATTN LARREN M NASHELSKY, ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 |
| CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 1602-07<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 279072-32<br>MT OLIVE PICKLE COMPANY, INC<br>C/O WHARTON ALDHIZER & WEAVER, PLC<br>ATTN STEPHAN W MILO, ESQ<br>125 S AUGUSTA STREET, STE 2000<br>STAMPTON VA 24401 |
| CREDITOR ID: 256911-12<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | CREDITOR ID: 407534-15<br>NATIONAL SALES SERVICES, INC DBA<br>NATIONAL RETAIL SERVICES<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | CREDITOR ID: 410421-15<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 |
| CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216 | CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O BENNETT, LOTTERHOS, SULSER & WILSON<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 394057-61<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 |
| CREDITOR ID: 279257-35<br>PACTIV CORPORATION<br>ATTN STAN GALINGER/S J MARTIN<br>1900 W FIELD COURT<br>LAKE FOREST IL 60045 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 |
| CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O SWAIN MANAGEMENT LLC<br>1111 MILITARY CUTOFF ROAD, STE 251<br>WILMINGTON, NC 28405 | CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 410527-15<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O THE BROWN COMPANIES<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 |

**Notice of Debtors' Fifteenth Omnibus Objection to**
**(A) No Liability Claims (B) Overstated Claims and**
**(C) Overstated Misclassified Claims**
**[Exhibit B - Reduced Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410386-15<br>PFIZER, INC/WARNER LAMBERT<br>ATTN CAROL CARSON, COLLECTION<br>201 TABOR ROAD, 86-1<br>MORRIS PLAINS NJ 07950 | CREDITOR ID: 407609-15<br>PG-1 DEVELOPMENT COMPANY<br>C/O ROBINSON BARTON MCCARTHY ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | CREDITOR ID: 382068-36<br>PILGRIM'S PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX 75686-0093 |
| CREDITOR ID: 407763-99<br>POTTER SQUARE ASSOCIATES<br>C/O ROSEN LAW GROUP LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 | CREDITOR ID: 411232-15<br>PROCTER & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | CREDITOR ID: 410449-15<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606 |
| CREDITOR ID: 259004-12<br>PROTEMP SERVICES, LLC<br>ATTN ANGEL WESTBROOK & SCOTT BAKER<br>517 BAYHILL RIDGE CIRCLE<br>BIRMINGHAM AL 35244 | CREDITOR ID: 259554-12<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | CREDITOR ID: 394060-61<br>RIGDON, ALEXANDER & RIGDON, LLP<br>ATTN H A RIGDON, JR<br>PO BOX 412169<br>MELBOURNE, FL 32941-2169 |
| CREDITOR ID: 394034-61<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537 | CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>C/O ROBISON, CURPHEY & O'CONNELL<br>ATTN: THOMAS A GIBSON, ESQ<br>FOUR SEAGATE, NINTH FLOOR<br>TOLEDO  OH 43604 |
| CREDITOR ID: 1825-07<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN THOMAS H KEEN, ESQ.<br>1601 ELM STREET<br>4100 THANKSGIVING TOWER<br>DALLAS TX 75201 | CREDITOR ID: 1825-07<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056 | CREDITOR ID: 382164-51<br>SFJ MANAGEMENT, INC<br>ATTN TERRY W PRATHER, VP/GM<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 |
| CREDITOR ID: 279064-99<br>SIRIUS COMPUTER SOLUTIONS INC<br>ATTN JOHN MEDINA, CREDIT MGR<br>613 NW LOOP 410, SUITE 1000<br>SAN ANTONIO TX 78216 | CREDITOR ID: 279064-99<br>SIRIUS COMPUTER SOLUTIONS INC<br>C/O COX & SMITH PC<br>ATTN: THOMAS RICE, ESQ<br>112 E PECAN STREET, STE 1800<br>SAN ANTONIO TX 78205 | CREDITOR ID: 279064-99<br>SIRIUS COMPUTER SOLUTIONS INC<br>C/O COX SMITH MATTHEWS INC<br>ATTN PATRICK F HUFFSTICKLER, ESQ<br>112 EAST PECAN, SUITE 1800<br>SAN ANTONIO TX 78205 |
| CREDITOR ID: 407705-15<br>SOUTHERN FOODS GROUP, LP DBA<br>BROWN'S DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 378217-45<br>STEPHENS, CHARLES P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 |
| CREDITOR ID: 402084-15<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | CREDITOR ID: 262238-12<br>SUNSHINE MILLS INC<br>ATTN KIM SPARKS<br>PO BOX 676<br>RED BAY, AL 35582-0676 | CREDITOR ID: 403362-83<br>TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP<br>ATTN DAYLE A FLAMMIA<br>1621 MIDTOWN PLACE<br>RALEIGH NC 27609 |
| CREDITOR ID: 377844-36<br>TREE OF LIFE INC<br>ATTN S SAGAER/M DUFRESNE<br>405 GOLFWAY WEST DR<br>ST AUGUSTINE FL 32095 | CREDITOR ID: 377844-36<br>TREE OF LIFE INC<br>MCGUIRE WOODS<br>ATTN MARK E FREEDLANDER, ESQ<br>DOMINION TOWER<br>625 LIBERTY AVENUE, 23RD FLR<br>PITTSBURGH PA 15222-3142 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 |

**Notice of Debtors' Fifteenth Omnibus Objection to**
**(A) No Liability Claims (B) Overstated Claims and**
**(C) Overstated Misclassified Claims**
**[Exhibit B - Reduced Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 264152-12
VICTORY WHOLESALE GROCERS
ATTN ALVIN C EDER, VP & CREDIT MGR
400 VICTORY DRIVE
SPRINGBORO OH 45066

CREDITOR ID: 411421-15
VILLA RICA RETAIL PROPERTIES, LC
C/O KITCHENS KELLY GAYNES, PC
ATTN MARK A KELLEY, ESQ
3495 PIEDMONT ROAD NE, SUITE 900
ATLANTA GA 30305-1753

CREDITOR ID: 408366-15
VILLAGE ROYALE PROPERTIES LLC
C/O BENESCH FRIEDLANDER ET AL
ATTN DAVID M NEUMANN, ESQ
200 PUBLIC SQUARE, 2300 BP TOWER
CLEVELAND OH 44114

CREDITOR ID: 410417-15
WACHOVIA BANK, TRUSTEE
UNDER LUCY BUXTON AGREEMENT
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN WILLIAM H SHORT JR, ESQ
PO BOX 11889
COLUMBIA SC 29211

CREDITOR ID: 384412-47
WARNER LAMBERT CONSUMER GROUP
ATTN: MARK CLARK, DIR CREDIT OPER
PO BOX  640727
PITTSBURGH, PA 15264-0727

CREDITOR ID: 416847-15
WELLS FARGO BANK NORTHWEST NA FKA
FIRST SECURITY BANK, NA
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410834-15
WICKER SMITH O'HARA, ET AL
ATTN LISA R DASHER, CONTROLLER
5TH FLOOR GROVE PLAZA BUILDING
2900 MIDDLE STREET, SW 28TH TERRACE
MIAMI FL 33133

CREDITOR ID: 416941-15
WIGGS REALTY COMPANY OF KENTUCKY
ATTN HARRY SINGER, PRESIDENT
11012 AURORA HUDSON ROAD
STREETSBORO OH 44241-1629

CREDITOR ID: 416941-15
WIGGS REALTY COMPANY OF KENTUCKY
C/O SINGERMAN MILLS DESBERG ET AL
ATTN PAUL J SINGERMAN, ESQ
3401 ENTERPRISE PARKWAY, SUITE 200
BEACHWOOD OH 44122

CREDITOR ID: 403375-83
WILKINS, STEPHENS & TIPTON, PA
ATTN LELAND S SMITH
PO BOX 13429
JACKSON MS 39236-3429

CREDITOR ID: 265037-12
WORLD KITCHEN INC
PO BOX 911310
DALLAS, TX 75391-1310

CREDITOR ID: 406071-15
WORLD KITCHEN, INC.
ATTN JON ALI
1200 S ANTRIM WAY
GREEN CASTLE PA 17225

**Total:   150**

EXHIBIT A SERVICE LIST
REDUCED & RECLASSIFIED CLAIMANTS

SERVICE LIST
Notice of Debtors' Fifteenth Omnibus Objection to
(A) No Liability Claims (B) Overstated Claims and
(C) Overstated Misclassified Claims
[Exhibit C - Reduced Reclassified Claimants]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410780-15<br>ALLIED CAPITAL CORP, SVCER<br>ACGS 2004 LLC SECURED NOTES<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 399441-15<br>AQUA STAR<br>ATTN ANDREW PICKERING, CFO<br>2025 1ST AVENUE, SUITE 200<br>SEATTLE WA 98121 |
| CREDITOR ID: 251266-12<br>BAGWELL, HAROLD G<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN JEFFREY T KUCERA, ESQ<br>201 S BISCAYNE BLVD, SUITE 2000<br>MIAMI FL 33131-2399 | CREDITOR ID: 251266-12<br>BAGWELL, HAROLD G<br>PO BOX 1700<br>GARNER, NC 27529 | CREDITOR ID: 243325-12<br>BENSON'S INC<br>C/O MORRIS JAMES HITCHENS & WILLIAMS<br>ATTN: STEPHEN M MILLER, ESQ<br>222 DELAWARE AVENUE<br>PO BOX 2306<br>WILMINGTON DE 19899-2306 |
| CREDITOR ID: 243325-12<br>BENSON'S INC<br>ATTN DAN HARTLEY, PRESIDENT<br>PO BOX 429<br>BOGART, GA 30622-0429 | CREDITOR ID: 278420-24<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | CREDITOR ID: 399622-15<br>CITY OF MOBILE, AL<br>ATTN CAROL CARR LITTLE, ESQ<br>PO BOX 1827<br>MOBILE AL 36633 |
| CREDITOR ID: 378305-15<br>CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520 | CREDITOR ID: 240552-06<br>COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON, ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE KY 40232-5410 | CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 |
| CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>C/O COOK PERKISS & LEW<br>ATTN: DAVID J COOK, ESQ<br>PO BOX 270<br>SAN FRANCISCO CA 94104-0270 | CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>C/O POST HEYMANN & KOFFLER, LLP<br>ATTN WILLIAM W POST, ESQ<br>TWO JERICO PLAZA, WING A, STE 111<br>JERICHO NY 11753 | CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>ATTN CAROLYN TIFFANY<br>7 BULFINCH PLACE SUITE 500<br>BOSTON MA 02114 |
| CREDITOR ID: 408371-15<br>GLAXOSMITHKLINE CONSUMER HEALTHCARE<br>ATTN GREGORY COLICCHIE, FINANCE<br>PO BOX 1467<br>PITTSBURGH PA 15230 | CREDITOR ID: 279371-36<br>HASBRO, INC<br>ATTN JUDITH A SMITH<br>200 NARRAGANSETT PARK DRIVE<br>PAWTUCKET  RI 02862-0200 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 |
| CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>ATTN: A CRAIG HASKINS, MNG MEM<br>PO BOX 681<br>MCCOMB, MS 39648-0681 |
| CREDITOR ID: 279376-36<br>IFCO SYSTEMS, NA<br>ATTN MARIO PRATTS, CREDIT MGR<br>6829 FLINTLOCK ROAD<br>HOUSTON  TX 77040 | CREDITOR ID: 382029-36<br>KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL MN 55108 | CREDITOR ID: 381895-30<br>L&R FARMS INC<br>C/O SMITH GILLIAM WILLIAMS ET AL<br>ATTN BRAD J PATTEN, ESQ<br>PO BOX 1098<br>GAINESVILLE GA 30503 |
| CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 279389-36<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL 60606-1229 | CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK KS 66202 |

SERVICE LIST

**Notice of Debtors' Fifteenth Omnibus Objection to**
**(A) No Liability Claims (B) Overstated Claims and**
**(C) Overstated Misclassified Claims**
**[Exhibit C - Reduced Reclassified Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

CREDITOR ID: 256803-12
MURRYS INC
ATTN D BRADLEY HOLLAND, CFO
PO BOX 37046
BALTIMORE, MD 21297-3046

CREDITOR ID: 382063-36
PEPPERIDGE FARM
ATTN KATE GREELEY
1 CAMPBELL PLACE
CAMDEN NJ 08103

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
ATTN RITA BARBOUR, CORP CREDIT MGR
4700 HOMEWOOD CT, SUITE 200
RALEIGH NC 27609

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
SMITH, ANDERSON, BLOUNT, ET AL
ATTN AMOS U PRIESTER, IV, ESQ
2500 WACHOVIA CAPITOL CENTER
PO BOX 2611
RALEIGH  NC 27601

CREDITOR ID: 1709-07
PINE PLAZA
C/O URBAN RETAIL PROPERTIES CO
ATTN CATHY HOSN, PROP MGR
925 SOUTH FEDERAL HIGHWAY
BOCA  RATON, FL 33432

CREDITOR ID: 1709-07
PINE PLAZA
LAW OFFICES OF JEFFREY SOLOMON
ATTN JEFFREY SOLOMON, ESQ.
3864 SHERIDAN STREET
HOLLYWOOD FL 33021

CREDITOR ID: 405439-95
REVLON CONSUMER PRODUCTS CORP
ATTN SHERRIE C LANDES, SR CREDIT
1501 WILLIAMSBORO STREET
OXFORD NC 27565

CREDITOR ID: 382079-36
REXAM BEVERAGE CAN COMPANY
ATTN BRUCE M BIALY, CR MGR
8770 W BRYN MAWR AVE, SUITE 175
CHICAGO IL 60631-3655

CREDITOR ID: 452442-97
REXAM BEVERAGE CAN COMPANY
ATTN: RON LOTTMAN, VP & CFO
8770 W BRYN MAWR AVE, STE 175
CHICAGO IL 60631

CREDITOR ID: 279038-32
SC JOHNSON & SON, INC
ATTN GERRY BACCASH, MS321
1525 HOWE STREET
RACINE WI 53403

CREDITOR ID: 382085-36
SENECA FOODS CORPORATION
JAECKLE FLEISCHMANN & MUGEL LLP
ATTN JOSEPH W ALLEN, ESQ
12 FOUNTAIN PLAZA
BUFFALO NY 14202-2292

CREDITOR ID: 382085-36
SENECA FOODS CORPORATION
ATTN JANE E SLOAN, CR MGR
3736 S MAIN STREET
MARION NY 14505

CREDITOR ID: 279283-35
SIGNATURE BRANDS, LLC
ATTN ROBERT E MUNN
808 SW 12TH STREET
OCALA FL 34478

CREDITOR ID: 279283-35
SIGNATURE BRANDS, LLC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 261365-12
SOUTHERN GOURMET FOODS
C/O NEAL & HARWELL, PLC
ATTN MARC T MCNAMEE, ESQ
150 FOURTH AVENUE NORTH, SUITE 2000
NASHVILLE TN 37219

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 1885-RJ
SPRINGDALE STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 384381-47
SWISHER INTERNATIONAL INC
ATTN KEVIN WOLFE, CREDIT MGR
459 EAST 16TH STREET
JACKSONVILLE FL 32206

CREDITOR ID: 279401-36
TYSON FOODS, INC
ATTN STEVEN SCHAAL, ESQ
MAIL CODE #AR058124
PO BOX 2020
SPRINGDALE  AR 72765

**Total:   47**

EXHIBIT B
NOTICE TO NO LIABILITY CLAIMANTS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO**
**(A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS**
**AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

Claimant's Name & Address                          Counsel Name & Adress (if any)

| CLAIM(S) TO BE DISALLOWED |
|---|
| **Claim No.:** |
| **Claim Amount:** |
| **Reason for Proposed Disallowance:** |

1.       PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on July 25, 2006 their Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.       **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above.  Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim.**

3.       If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.       If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**4:00 p.m. Eastern Time on August 14, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **August 24, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  July 25, 2006

SKADDEN, ARPS, SLATE, MEAGHER                        SMITH HULSEY & BUSEY
& FLOM, LLP

By      _/s/ D.J. Baker_____               By      _/s/ James H. Post_____
        D.J. Baker                                           Stephen D. Busey
        Sally McDonald Henry                                 James H. Post
        Rosalie Walker Gray                                  Cynthia C. Jackson
        Jane M. Leamy                                        Florida Bar Number 175460
Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                             Jacksonville, Florida  32202
(212) 735-3000                                       (904) 359-7700
(917) 777-2150 (facsimile)                           (904) 359-7708 (facsimile)
djbaker@skadden.com                                   jpost@smithhulsey.com

EXHIBIT B
NOTICE TO REDUCED CLAIMANTS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO**
**(A)  NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS**
**AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

Claimant's Name & Address                                          Counsel Name & Address (if any)

Additional Notice Party (if any)                                      Transferee Name & Address (if any)

| CLAIM(S) TO BE REDUCED |
|---|
| Claim No.: |
| Claim Amount:                              Reduced Amount: |
| Reason for Reduction: |

      1.        PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on July 25, 2006 their Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.        **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.      If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 14, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **August 24, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.      **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  July 25, 2006

SKADDEN, ARPS, SLATE, MEAGHER                          SMITH HULSEY & BUSEY
& FLOM, LLP

By      _/s/ D.J. Baker_                                           By      _/s/ James H. Post_
        D.J. Baker                                                       Stephen D. Busey
        Sally McDonald Henry                                             James H. Post
        Rosalie Walker Gray                                              Cynthia C. Jackson
        Jane M. Leamy                                                    Florida Bar Number 175460
Four Times Square                                                225 Water Street, Suite 1800
New York, New York 10036                                         Jacksonville, Florida  32202
(212) 735-3000                                                   (904) 359-7700
(917) 777-2150 (facsimile)                                       (904) 359-7708 (facsimile)
djbaker@skadden.com                                               jpost@smithhulsey.com

EXHIBIT B
NOTICE TO REDUCED & RECLASSIFIED CLAIMANTS

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO**
**(A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS**
**AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

Claiman's Name & Address                          Counsel Name & Address (if any)

| **CLAIM(S) TO BE REDUCED AND RECLASSIFIED** |
|---|
| **Claim No.:** |
| **Claim Amount:** $496,398.00                    **Reduced Claim Amount:** |
| **Asserted Class Status:**                       **Modified Class Status:** |
| **Reason for Reduction and Reclassification:** |
| |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on July 25, 2006 their Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above. In addition, because the Debtors dispute the classification asserted in your proof of claim(s), the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to the classification listed above under "Modified Class Status."**

3.      If you do NOT oppose the reduction and reclassification of your claim(s) listed above under CLAIM(S) TO BE REDUCED AND RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.      If you DO oppose the reduction and reclassification of your claim(s) listed above under CLAIM(S) TO BE REDUCED AND RECLASSIFIED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 14, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **August 24, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: July 25, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By      /s/ D.J. Baker
       D.J. Baker
       Sally McDonald Henry
       Rosalie Walker Gray
       Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By      /s/ James H. Post
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson
       Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com