# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about July 25, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Fifteenth Omnibus Objection to(A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: July 28, 2006

Kathleen M. Logan

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Fifteenth Omnibus Objection to
(A) No Liability Claims (B) Overstated Claims and
(C) Overstated Misclassified Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 411244-98
CREDIT SUISSE
ESBIN & ALTER LLP
LESLEY HYNES
497 SOUTH MAIN ST
NEW CITY NY 10956

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
ATTN JEFFREY KAPLAN
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

CREDITOR ID: 452126-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET
PO BOX HM 528
HAMILTON  HM 12
BERMUDA

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: JAY R BENDER
1819 FIFTH AVENUE NORTH
ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 492855-37
FROST BROWN TODD LLC
ATTN: RONALD E GOLD
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 417048-97
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER ESQ
THREE RAVINA DRIVE STE 200
ATLANTA GA 30346

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN GANNA LIBERCHUK
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
C/O HELLER EHRMAN LLP
7 TIMES SQUARE
TIMES SQUARE TOWER
NEW YORK NY 10036

CREDITOR ID: 452060-98
IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
270 PARK AVE 17TH FLR
NEW YORK NY 10017

SERVICE LIST
Notice of Hearing
Debtors' Fifteenth Omnibus Objection to
(A) No Liability Claims (B) Overstated Claims and
(C) Overstated Misclassified Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA  PA 19103-4196 |
| CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN MR DEMETRIOS MORAKIS<br>700 12TH STREET NW SUITE 700<br>WASHINGTON DC 20005 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O STUTMAN THAMES & MARKEY PA<br>ATTN: RICHARD THAMES, ESQ.<br>50 N LAURA ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>EPSTEIN BECKER & GREEN PC<br>NEAL D DODELL<br>RESURGENS PLAZA<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 |
| CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>ATTN BILL SINDLINGER VP & COUNSEL<br>AEGON USA REALTY ADVISORS INC<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS IA 52499-5220 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 |
| CREDITOR ID: 452051-98<br>LONGACRE MASTER FUND LTD<br>C/O US BANK NATIONAL ASSOCIATION<br>ATTN DAWNITA EHL<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FLR<br>SEATTLE WA 98101 | CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN MARC KIRSCHNER GC<br>10 NEW KING ST<br>WHITE PLAINS NY 10604 | CREDITOR ID: 411411-98<br>MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 |
| CREDITOR ID: 405991-98<br>MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN GARY COHEN<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 452150-98<br>MSCI 1999-RM1 DALTON PLACE LP<br>NELSON MULLINS RILEY & SCARBOROUGH<br>JOSHUA M KATZ<br>FIRST UNION PLAZA<br>999 PEACHTREE ST NE SUITE 1400<br>ATLANTA GA 30309 | CREDITOR ID: 417079-98<br>NATIONWIDE LIFE INS CO OF AMERICA<br>ATTN RANDALL W MAY ESQ<br>ONE NATIONWIDE PLAZA 01-34-06<br>COLUMBUS OH 43215-2220 |
| CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 |
| CREDITOR ID: 417072-98<br>PROTECTIVE LIFE INSURANCE COMPANY<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 417075-98<br>QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F NEJAD/U MITTAL<br>527 MADISON AVE 8TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 417047-98<br>REASSURE AMERICA LIFE ASSURANCE CO<br>C/O CAPMARK SERVICES INC<br>ATTN CHARLOTTE KOLLIN<br>THREE RAVINA DR STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 | CREDITOR ID: 452058-98<br>SASCO 1996-CFL DOUGLAS CENTER LP<br>C/O LNR PARTNERS, INC<br>ATTN ARNE SHULKIN<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 452052-98<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI III PRESIDENT<br>118 W WAYNE ST<br>MAUMEE OH 43537 |
| CREDITOR ID: 492938-98<br>SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 |

SERVICE LIST
Notice of Hearing
Debtors' Fifteenth Omnibus Objection to
(A) No Liability Claims (B) Overstated Claims and
(C) Overstated Misclassified Claims

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

        **Total:   59**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 24, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims.

Only objections filed with the Court so as to be received by **August 14, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate

for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer.  Please take notice that as an additional security measure a

photo ID is required for entry into the Courthouse.

Dated: July 25, 2006


SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM LLP

By _____*s/ D. J. Baker*_____                    By _____*s/ James H. Post*_____
        D. J. Baker                                        Stephen D. Busey
        Sally McDonald Henry                                James H. Post
        Rosalie Walker Gray                                 Cynthia C. Jackson,
        Jane M. Leamy                                         Florida Bar Number 175460
Four Times Square                                  225 Water Street, Suite 1800
New York, New York 10036                           Jacksonville, Florida  32202
(212) 735-3000                                     (904) 359-7700
(212) 735-2000 (facsimile)                         (904) 359-7708 (facsimile)
djbaker@skadden.com                                jpost@smithhulsey.com

Co-Attorneys for Debtors                           Co-Attorneys for Debtors


2

Hearing Date:  **August 24, 2006 at 1:00 p.m.**
Obj. Deadline:  **August 14, 2006 at 4:00 p.m.**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through C (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing or reclassifying the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

## BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors together with a proposed Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or

assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim. The bar date applicable to governmental units was August 22, 2005. To date, over 13,300 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors. The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims. In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

9.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing or reclassifying the Disputed Claims.

## BASIS FOR RELIEF

A.    No Liability Claims

10.    As a result of their review, the Debtors have identified 60 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

3

11.    The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B.    Overstated Claims

12.    As a result of their review, the Debtors have identified 104 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims").  The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit B.

13.    These claims fall into several categories: (a) Proofs of Claim that include claims that arose postpetition; (b) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (c) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (d) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; and/or (e) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors.

14.    In addition, the Debtors identified certain Overstated Claims that were based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors.  As a result, such Overstated Claims partially duplicate the reclamation demands.  The Debtors and the reclamation vendors listed on Exhibit B have previously agreed to their respective allowed reclamation claims pursuant to the reclamation trade lien program, which was approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated August 5, 2005.  The Debtors seek to

4

reduce the Overstated Claims by those agreed amounts, for which payments are in process, in addition to any other reductions as set forth on Exhibit B.

15.    The Debtors (a) object to the Overstated Claims listed on Exhibit B and (b) seek entry of the Proposed Order reducing the Overstated Claims. Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit B to be reduced. In the absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

C.    Overstated Misclassified Claims

16.    As a result of their review, the Debtors have identified 30 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records and that also appear to be misclassified in whole or part (the "Overstated Misclassified Claims"). The Overstated Misclassified Claims, with specific reasons for reduction, are listed on Exhibit C.

17.    The Debtors seek to reduce the Overstated Misclassified Claims for the reasons discussed in paragraphs 13 and 14 above. In addition, none of the Overstated Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code. With the exception of the claims based on reclamation demands discussed in paragraph 18 below, none of the Overstated Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code. Therefore, the Overstated Misclassified Claims should be reclassified as specified on Exhibit C.

18.    Several of the Overstated Misclassified Claims identified on Exhibit C are based on the same invoices as reclamation demands submitted by the Debtors' suppliers and

5

vendors.  As a result, such Overstated Misclassified Claims partially duplicate the reclamation demands.  In those cases where the reclamation vendors are not subject to the Reclamation Trade Lien Program Stipulation, the Debtors seek to reclassify such Overstated Misclassified Claims as administrative priority claims, to the extent of the allowed reclamation claims, as specified on Exhibit C, with the remainder of the proposed reduced claim amounts to be classified as unsecured non-priority claims.

19.    The Debtors (a) object to the Overstated Misclassified Claims listed on Exhibit C and (b) seek entry of the Proposed Order reducing and reclassifying such Overstated Misclassified Claims as specified on Exhibit C.  Claimants may elect, by not timely responding to this Objection, to permit their Overstated Misclassified Claims to be reduced and reclassified as specified on Exhibit C.  In the absence of a Response (as defined in paragraph 23 below), the Debtors will present to the Court the Proposed Order reducing and reclassifying the Overstated Misclassified Claims.

## SEPARATE CONTESTED MATTERS

20.    Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

21.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek

6

to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

22.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

23.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **August 14, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.      Timely Response Required; Hearing; Replies

24.     If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **August 24, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

25.     If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing, reducing or reclassifying the claim without further notice to the claimant.

## NOTICE

26.     As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be disallowed, reduced or reclassified as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A through C.  Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit D (a) disallowing the No Liability Claims, (b) reducing the Overstated Claims and (c) reducing and reclassifying the Overstated Misclassified Claims, and (iii) grant such other and further relief as is just and proper.

Dated: July 25, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By _____s/ D. J. Baker_____
        D. J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By _____s/ James H. Post_____
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson,
        Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

463490-Wilmington Server 1A - MSW

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 241280**<br>7595 CENTURION PARKWAY LLC<br>C/O PHOENIX REALTY GROUP INC<br>ATTN JAMES J SEBESTA<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873<br><br>Counsel: ATTN: ROBERT A COX, JR., ESQ | 2740<br>**Debtor:** | $1,590.67<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 241545**<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVE, SUITE 215<br>TULSA, OK 74119<br><br>Counsel: ATTN RYAN J ASSINK, ESQ | 7799<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | CLAIM DOES NOT SPECIFY BASIS OR AMOUNT OF LIABILITY. |
| **Creditor Id: 241601**<br>ADDISON COMMERCIAL REAL ESTATE<br>ATTN GRAFTON D ADDISON, II, PRES<br>118 W ADAMS STREET, SUITE 1000<br>JACKSONVILLE FL 32202 | 6321<br>**Debtor:** | $5,500.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE WAS TERMINATED EARLY SO BROKER DID NOT EARN TOTAL FEE. |
| **Creditor Id: 407535**<br>ADECCO EMPLOYMENT SERVICES, BY<br>NATIONAL SALES SVCES INC, AGENT<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | 4213<br>**Debtor:** | $339,760.88<br>**WINN-DIXIE STORES, INC.** | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ALSO, DUPLICATES LIABILITY IN CLAIM NUMBER 4212 FILED BY NATIONAL SALES SERVICES, THE CORRECT CREDITOR. |
| **Creditor Id: 415974**<br>AUTOZONE MISSISSIPPI PROPERTIES INC<br>C/O BASS BERRY & SIMS, PLC<br>ATTN BRADLEY L OTTINGER, ESQ<br>100 PEABODY PLACE, SUITE 900<br>MEMPHIS TN 38103 | 11984<br>**Debtor:** | $1.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410918**<br>BUEHLER FOODS, INC<br>1100 WEST 12TH AVENUE<br>PO BOX 82<br>JASPER IN 47547-0082<br><br>Counsel: ATTN THOMAS C SCHERER, ESQ. | 10077<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410918**<br>BUEHLER FOODS, INC<br>1100 WEST 12TH AVENUE<br>PO BOX 82<br>JASPER  IN  47547-0082 | 10078<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN THOMAS C SCHERER, ESQ. | | | |
| **Creditor Id: 410918**<br>BUEHLER FOODS, INC<br>1100 WEST 12TH AVENUE<br>PO BOX 82<br>JASPER  IN  47547-0082 | 10079<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN THOMAS C SCHERER, ESQ. | | | |
| **Creditor Id: 397119**<br>BUEHLER OF KENTUCKY, LLC<br>C/O BUEHLER FOODS, INC.<br>1100 W 12TH AVENUE<br>PO BOX 82<br>JASPER, IN  47547-0082 | 10080<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN THOMAS C SCHERER, ESQ. | | | |
| **Creditor Id: 397119**<br>BUEHLER OF KENTUCKY, LLC<br>C/O BUEHLER FOODS, INC.<br>1100 W 12TH AVENUE<br>PO BOX 82<br>JASPER, IN  47547-0082 | 10081<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN THOMAS C SCHERER, ESQ. | | | |
| **Creditor Id: 397119**<br>BUEHLER OF KENTUCKY, LLC<br>C/O BUEHLER FOODS, INC.<br>1100 W 12TH AVENUE<br>PO BOX 82<br>JASPER, IN  47547-0082 | 10082<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN THOMAS C SCHERER, ESQ. | | | |
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY  10018 | 12892<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $11,021.83 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12893<br>Debtor: **WINN-DIXIE STORES, INC.** | $11,021.83 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 244997**<br>CHAPTER 13 TRUSTEE<br>ATTN SABRINA L MCKINNEY, ESQ<br>PO BOX 173<br>MONTGOMERY AL 36101-0173 | 1859<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 244997**<br>CHAPTER 13 TRUSTEE<br>ATTN SABRINA L MCKINNEY, ESQ<br>PO BOX 173<br>MONTGOMERY AL 36101-0173 | 1860<br>Debtor: **WINN-DIXIE STORES, INC.** | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 411074**<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 13003<br>Debtor: **WINN-DIXIE STORES, INC.** | $54,664.01 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 382472**<br>COMPUTER ASSOCIATES INT'L INC<br>ATTN ROBERT AUSTEN, MGR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY 11749 | 8010<br>Debtor: **WINN-DIXIE STORES, INC.** | $240,976.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 262023**<br>COUNTY OF STOKES, NC TAX COLLECTOR<br>ATTN CHERLY C HILL, ASST TAX ADMIN<br>PO BOX 57<br>DANBURY NC 27016 | 11686<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 266729**<br>COUNTY OF TISHOMINGO<br>ATTN: DANNY RYAN<br>1008 BATTLEGROUND DR<br>IUKA MS 38852-1020 | 2195<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO LIABILITY, AND UNKNOWN BASIS FOR CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 381794**<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10251<br>Debtor: | $111,919.08<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 250702**<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br><br>Counsel: ATTN WALTER F MCARDLE, ESQ | 1266<br>Debtor: | $71,307.69<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 138120**<br>GRUBBS, ROBERT J JR<br>208 SAILING CT<br>LEXINGTON SC 29072 | 1894<br>Debtor: | $3,016.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 418693**<br>HULL, DONNA LYNN<br>2721 CREEK DR<br>GRANBURY TX 76048 | 13122<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 410805**<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 10635<br>Debtor: | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 410805**<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11031<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 151870**<br>JACKSON, TAKEA M<br>617 WHIDDON STREET<br>TIFTON GA 31794 | 1794<br>Debtor: | $300.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8642<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY TO MORTGAGE LENDER ON GUARANTY, ABSENT PROOF OF ASSIGNMENT. |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420 | 8643<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO LIABILITY TO MORTGAGE LENDER, ABSENT PROOF OF ASSIGNMENT. |
| Counsel: ATTN: BENJAMIN A KAHN, ESQ | | | |
| **Creditor Id: 157520**<br>JUNGINGER, ROSALIE<br>PO BOX 12671<br>FORT PIERCE  FL  34979-2671 | 1221<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410848**<br>KIR AUGUSTA II, LP<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK  NY  10178 | 12074<br>Debtor: **WINN-DIXIE STORES, INC.** | $35,095.57 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 254237**<br>LA BREA BAKERY INC<br>ATTN MARY KENNEDY, CONTROLLER<br>PO BOX 7537<br>VAN NUYS  CA  91409-7537 | 6296<br>Debtor: **WINN-DIXIE STORES, INC.** | $67,314.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 44131**<br>LEBUHN, MARYANN<br>2215 89 DR<br>VERO BEACH  FL  32966 | 11418<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 382042**<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY  MD  21031 | 10844<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 260226**<br>MOORE, RYAN M<br>915 FURMAN COURT<br>FT MILL  SC  29708 | 6362<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $58.77 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR COMPENSATION SAID TO BE EARNED 8/1/02 TO 8/7/02. |
| **Creditor Id: 411101**<br>NATIONAL CITY BANK<br>ATTN M ELIZABETH HILS, VP<br>ONE EAST FOURTH STREET<br>MAIL LOCATION 25-C860A<br>CINCINNATI  OH  45202 | 11042<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $2,800.00 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410992**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>APISON CROSSING, OOLTEWAH, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 12195<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $62,377.12 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 411016**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>WEST TOWNE SQUARE, ELIZABETHTON, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 10312<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $8,231.79 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 407447**<br>ORACLE USA, INC FKA<br>PEOPLESOFT USA INC<br>ATTN JOHN WADSWORTH, ESQ<br>500 ORACLE PARKWAY<br>REDWOOD SHORES  CA  94065<br><br>Counsel: ATTN HENRY C KEVANE, ESQ | 4068<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $38,008.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 399663**<br>PANASONIC DOCUMENT IMAGING CO<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY  MI  48007-7023 | 10044<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $120,465.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410527**<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O THE BROWN COMPANIES<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | 8493<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,538.88 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410510**<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O UNUMPROVIDENT<br>ATTN MERI LOWRY, ESQ & S CARVEL, VP<br>2211 CONGRESS STREET, M284<br>PORTLAND ME 04122<br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 8464<br>Debtor: **WINN-DIXIE STORES, INC.** | $653,965.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR REJECTION DAMAGES TO HOLDER OF SERIES B NOTE. WELLS FARGO, TRUSTEE, IS PROPER PARTY TO RECOVER SUCH DAMAGES. |
| **Creditor Id: 269333**<br>PGM DIAMONDHEAD, LLC<br>ATTN CHARLES F MCREYNOLDS<br>248 DEBUYS ROAD, SUITE 29<br>BILOXI, MS 39531 | 9840<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,466,509.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT FAILED TO COMPLETE CONSTRUCTION WITHIN TIME FRAME SET BY ITS LENDER THEREBY LOSING ITS FINANCING. AS CLAIMANT FAILED TO DELIVER PREMISES, DEBTOR WAS RELIEVED OF ANY OBLIGATION UNDER LEASE. |
| **Creditor Id: 192803**<br>PINKSTON, JIMMIE L<br>3005 MOORCROFT DRIVE, APT B<br>MONTGOMERY AL 36116 | 9865<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 11575<br>Debtor: **CRACKIN' GOOD, INC.** | $635.67 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 11752<br>Debtor: **CRACKIN' GOOD, INC.** | $3,367.34 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410762**<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 9636<br>Debtor: | $6,309,394.92<br>WINN-DIXIE STORES, INC. | NO LIABILITY ON GUARANTEE FOR LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 410762**<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 9637<br>Debtor: | $6,309,394.92<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8815<br>Debtor: | $10,619.80<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON GUARANTY FOR ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/13/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8828<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S MORTGAGE LENDER ON GUARANTY. LEASE WITH PS FRANKLIN LTD TERMINATED 8/9/05. IN CONNECTION WITH TERMINATION AGREEMENT, LANDLORD AGREED TO DISALLOWANCE OF ITS CLAIMS. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 11149<br>Debtor: | $0.00<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY ON THIS CLAIM. DUPLICATES LIABILITY IN CLAIM NUMBER 10086. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 207741**<br>SCOTT, DINAH<br>3036 LIBBY DRIVE<br>AUGUSTA GA 30906 | **1481**<br>Debtor: **WINN-DIXIE STORES, INC.** | $1,063.94 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 68448**<br>SIMS, ANNIE J<br>2513 AVENUE Q<br>BIRMINGHAM AL 35218 | **1888**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 261135**<br>SIX FLAGS NEW ORLEANS<br>ATTN TERRY W PRATHER, VP/GM<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | **7653**<br>Debtor: **WINN-DIXIE STORES, INC.** | $50,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 278567**<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | **11137**<br>Debtor: **WINN-DIXIE STORES, INC.** | $37,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. |
| **Creditor Id: 407711**<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | **12774**<br>Debtor: **WINN-DIXIE STORES, INC.** | $299,000.00 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 416866**<br>TAYLORS FIRE & SEWER DISTRICT<br>3335 WADE HAMPTON BLVD<br>TAYLORS SC 29687 | **12569**<br>Debtor: **WINN-DIXIE STORES, INC.** | $208,170.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR SEWER ASSESSMENT BECAUSE DEBTOR DOES NOT OWN PROPERTY. |
| **Creditor Id: 73444**<br>THOMAS, BELINDA A<br>6462 BEDFORD LANE<br>LITHONIA GA 30058 | **1829**<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 263785**<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 7830<br>Debtor: | $2,622,994.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 278595**<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 11135<br>Debtor: | $98,000.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE ABSENT DOCUMENTATION OF INCURRED EXPENSES. |
| **Creditor Id: 410584**<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | 10875<br>Debtor: | $13,843.39<br>**WINN-DIXIE MONTGOMERY, INC.** | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

**Total Claims to be Disallowed:** 60

**Total Amount to be Disallowed:** $22,079,711.64    Plus Unliquidated Amounts, If Any

# EXHIBIT B

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 241522**<br>ACHILLES REALTY COMPANY<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10884<br>Debtor: | $50,655.12<br>WINN-DIXIE RALEIGH, INC. | $12,323.05 | REDUCED AMOUNT REFLECTS 2005 PREPETITION RENT. REMAINING ASSERTED AMOUNT LACKS SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 242725**<br>ATLANTA FOODS INTERNATIONAL<br>ATTN DOUG JAY<br>255 SPRING STREET, SW<br>ATLANTA, GA 30303<br><br>Transferee: ASM CAPITAL II, LP<br>Counsel: ATTN HARRIS B WINSBERG, ESQ | 7753<br>Debtor: | $226,702.32<br>WINN-DIXIE STORES, INC. | $39,610.20 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $5,669.46, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,112.35 AND $39.88, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $180,270.43. |
| **Creditor Id: 398024**<br>BAKER & HOSTETLER, LLP<br>ATTN KEVIN SHAUGHNESSY, ESQ.<br>SUN TRUST CENTER<br>200 S ORANGE AVENUE, SUITE 2300<br>ORLANDO FL 32801 | 6772<br>Debtor: | $33,831.13<br>WINN-DIXIE STORES, INC. | $30,068.11 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,763.02 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 381993**<br>BARBER MILK, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKENNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4676<br>Debtor: | $261,998.14<br>WINN-DIXIE STORES, INC. | $145,496.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,344.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $6,131.38 AND $8.63, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $107,017.44. |
| **Creditor Id: 399361**<br>BARDSTOWN SC, LLC, SUCCESSOR TO<br>KHS DEVELOPMENT CO<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>201 EAST FIFTH ST, 2200 PNC CENTER<br>CINCINNATI OH 45202 | 502<br>Debtor: | $443,327.00<br>WINN-DIXIE STORES, INC. | $417,476.34 | REDUCED AMOUNT REFLECTS PAYMENT OF PREPETITION AND POSTPETITION RENT OF $18,467.76 AND $7,385.90, RESPECTIVELY, BY CHECK NUMBER 007440721 (CLEARED 2/9/05). REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 2099**<br>BUNKIE INVESTMENT CO, LLC<br>ATTN CHRISTOPHER A SARPY<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739 | 12375<br>Debtor: | $1,661,545.21<br>WINN-DIXIE MONTGOMERY, INC. | $740,284.52 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,723.88 FOR OVERSTATED REJECTION DAMAGES AND $900,000 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION AND ADDITION OF $2,463.19 FOR 2005 PREPETITION REAL ESTATE TAXES. |
| Transferee: CSFB 1998-C1 SHIRLEY ROAD LLC<br>Counsel: ATTN LAUREL M ISICOFF, ESQ | | | | |
| **Creditor Id: 2103**<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242 | 12096<br>Debtor: | $597,159.89<br>WINN-DIXIE STORES, INC. | $561,162.71 | REDUCED AMOUNT REFLECTS REMOVAL OF $35,997.18 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id: 244349**<br>CAGLE'S, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN RICHARD R THAMES, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 9944<br>Debtor: | $210,422.74<br>WINN-DIXIE PROCUREMENT, INC. | $92,870.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $268.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $117,284.40. |
| **Creditor Id: 394053**<br>CANTEY & HANGER, LLP<br>ATTN C HUMPHRIES/BRAD POULOS, ESQS<br>801 CHERRY STREET, STE 2100<br>FORT WORTH, TX 76102 | 4388<br>Debtor: | $81,509.43<br>WINN-DIXIE STORES, INC. | $8,315.13 | REDUCED AMOUNT REFLECTS REMOVAL OF $73,194.30 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 316026**<br>CARRINGTON, FRANCIS<br>ATTN RICHARD DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | 3144<br>Debtor: | $17,921.14<br>WINN-DIXIE RALEIGH, INC. | $13,173.73 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,747.41 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES. DEBTOR GAVE FF ACQUISITION CREDIT FOR SUCH CHARGES IN CLOSING STATEMENT. ACCORDINGLY, FF ACQUISITION OWES THAT AMOUNT, NOT DEBTOR. |
| **Creditor Id: 395425**<br>CHECKPOINT SYSTEMS INC<br>ATTN JANINE TREWIN/THERESA HELLICK<br>101 WOLF DRIVE<br>THOROFARE, NJ 08086 | 3412<br>Debtor: | $656,613.27<br>WINN-DIXIE STORES, INC. | $400,328.07 | REDUCED AMOUNT REFLECTS REMOVAL OF $256,285.20 FOR CHARGES LACKING ADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED REQUESTS. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC, ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 394018<br>CHRISTOVICH & KEARNEY, LLP<br>ATTN JUDY L MILNAR<br>601 POYDRAS STREET, STE 2300<br>NEW ORLEANS, LA 70130-6078 | 1404<br>**Debtor:** | $15,753.55<br>**WINN-DIXIE STORES, INC.** | $15,537.05 | REDUCED AMOUNT REFLECTS REMOVAL OF $216.50 FOR OVERCHARGES (INVOICE NUMBERS 1400146 ($11.50), 1400155 ($23.00), 1400164 ($129.00), 140510 ($53.00)). |
| **Creditor Id:** 245380<br>CHURCH & DWIGHT<br>ATTN GERALD J STEPIEN, CREDIT MGR<br>469 NORTH HARRISON STREET<br>PRINCETON NJ 08543-5297 | 2897<br>**Debtor:** | $689,576.01<br>**WINN-DIXIE STORES, INC.** | $391,173.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,065.46, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,709.96 AND $48,554.36, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $224,053.76, AND REMOVAL OF $16,019.22 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.<br>REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022<br><br>Transferee: AMROC INVESTMENTS LLC | 11268<br>**Debtor:** | $1,763,654.98<br>**WINN-DIXIE PROCUREMENT, INC.** | $1,190,708.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $17,927.18, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,718.95 AND $6,551.30, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $562,572.73. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 411176<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13048<br>**Debtor:** | $502,647.99<br>**WINN-DIXIE STORES, INC.** | $501,647.99 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 411176<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13058<br>**Debtor:** | $489,146.67<br>**WINN-DIXIE RALEIGH, INC.** | $433,574.03 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 411176<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13059<br>**Debtor:** | $751,931.31<br>**WINN-DIXIE MONTGOMERY, INC.** | $750,931.31 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC, ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411108**<br>COCA-COLA COMPANY, THE<br>PO BOX 1734<br>NAT 2016<br>ATLANTA GA 30301<br><br>Counsel: ATTN ALAN M WEISS, ESQ | 7378<br>Debtor: | $554,671.94<br>WINN-DIXIE STORES, INC. | $259,099.51 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,775.83, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $35,605.98 AND $90,444.56, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $161,746.06. |
| **Creditor Id: 411236**<br>COLORADO BOXED BEEF CO<br>C/O SIMPSON LAW OFFICES, LLP<br>ATTN JAMES W MARTIN, ESQ<br>PO BOX 550105<br>ATLANTA GA 30355-2505 | 11538<br>Debtor: | $58,628.72<br>WINN-DIXIE STORES, INC. | $30,960.72 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS AS CLAIM LACKS SUPPORTING DOCUMENTATION DESPITE REPEATED REQUESTS. |
| **Creditor Id: 416850**<br>COMBINED LAND CO INC<br>ATTN CLAUDE F SMITH, JR/J MENDOLA<br>36 RICHMOND PLAZA<br>ROCKINGHAM NC 28379 | 12469<br>Debtor: | $10,157.35<br>WINN-DIXIE RALEIGH, INC. | $8,084.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,072.51 FOR SWEEPING SERVICES DISPUTED BY PROPERTY MANAGER AS DEBTOR EMPLOYS ITS OWN SWEEPER. |
| **Creditor Id: 416975**<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT KY 40602<br><br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 12593<br>Debtor: | $268,996.11<br>WINN-DIXIE STORES, INC. | $254.62 | REDUCED AMOUNT REFLECTS INTEREST AND PENALTY DUE.  CLAIM ASSERTED AGAINST WINN-DIXIE RALEIGH, INC., WINN-DIXIE PROCUREMENT, INC., AND WINN-DIXIE LOGISTICS, INC. RALEIGH PAID $6,134.52 ON 3/8/05 BY CHECK NUMBER 8003720 FOR YEAR ENDING 12/31/2005, PROCUREMENT HAS NO INFORMATION FOR 2001, PAID $1,395.18 ON 1/17/04 BY CHECK NUMBER 7110259 FOR YEAR ENDING 12/31/03, AND HAS A TOTAL CREDIT OF $21.92 FOR YEAR ENDING 12/31/04.  LOGISTICS PAID $1,057.37 ON 1/4/05 BY CHECK NUMBER 7421362 FOR YEAR ENDING 12/31/04.  IT APPEARS FILES WERE SENT TWICE GIVING APPEARANCE THAT WAGES WERE DOUBLE WHAT THEY ACTUALLY WERE BUT CORRECT TAXES WERE PAID.  OF REDUCED AMOUNT, $9.24 IS CLASSIFIED AS UNSECURED PRIORITY AND $245.38 AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 381863**<br>CONTINENTAL MILLS<br>C/O PERKINS COIE, LLP<br>ATTN B MACINTYRE/J STEVENSON, ESQS<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | 9456<br>Debtor: | $109,249.53<br>WINN-DIXIE STORES, INC. | $24,278.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,213.75, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,501.40 AND $423.36, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $65,338.77, AND REMOVAL OF $11,493.48 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 247147**<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10835<br>Debtor: | $29,259.79<br>WINN-DIXIE MONTGOMERY, INC. | $15,780.55 | REDUCED AMOUNT REFLECTS PAYMENT OF $13,479.24 BY CHECK NUMBER 007436946 (CLEARED 2/2/05) FOR 2004 COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 406140**<br>CRAWFORD LEWIS, PLLC<br>ATTN JOHN M DELGADO, ESQ<br>450 LAUREL STREET, SUITE 1600<br>BATON ROUGE LA 70801 | 3380<br>Debtor: | $36,749.83<br>WINN-DIXIE STORES, INC. | $32,188.16 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,867.64 FOR POSTPETITION INVOICES AND 7/5/05 PAYMENT OF $694.03 BY CHECK NUMBER 8068894 FOR POSTPETITION INVOICE NUMBERS 25962, 25967, 25969, AND 25972. |
| **Creditor Id: 410738**<br>DE LAGE LANDEN FINANCIAL SVCS INC<br>C/O MILNER DOCUMENT PRODUCTS, INC<br>ATTN RAY CROUSE<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087 | 9583<br>Debtor: | $13,154.17<br>WINN-DIXIE STORES, INC. | $993.34 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410696**<br>DECATUR REALTY, SUCCESSOR TO<br>BAUMGARDNER-HOGAN, INC<br>ATTN DAVID N ESKENAZI, MEMBER<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS IN 46208 | 9556<br>Debtor: | $2,269,113.00<br>DEBTOR IS UNIDENTIFIABLE | $420,545.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,776,148.94 FOR OVERSTATED REJECTION DAMAGES AND $72,418.50 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 403204**<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618<br><br>Counsel: ATTN: DAVID J COOK, ESQ | 2997<br>Debtor: | $1,692,658.05<br>WINN-DIXIE STORES, INC. | $929,910.74 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,218.30, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $219,008.71 AND $70,479.33, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $262,985.76, AND REMOVAL OF $202,055.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 249222**<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098<br><br>Counsel: ATTN LEWIS H PITMAN, JR | 8778<br>Debtor: | $105,654.00<br>WINN-DIXIE MONTGOMERY, INC. | $91,146.17 | REDUCED AMOUNT REFLECTS REMOVAL OF IMPERMISSIBLE INTEREST IN THE AMOUNT OF $14,507.73. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 394036**<br>FAIN, MAJOR & BRENNAN, PC<br>ATTN GENE A MAJOR, ESQ<br>100 GLENRIDGE POINT PKWY, STE 500<br>ATLANTA, GA 30342 | 10027<br>Debtor: | $38,387.10<br>WINN-DIXIE STORES, INC. | $37,629.81 | REDUCED AMOUNT REFLECTS REMOVAL OF $757.29 FOR DUPLICATE CHARGES (INVOICE NUMBERS 20636, 20638, AND 20639 ARE INCLUDED IN INVOICE NUMBERS 21219, 21122, AND 21223, RESPECTIVELY). |
| **Creditor Id: 1343**<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 16765<br>MOBILE AL 36616 | 9794<br>Debtor: | $48,844.43<br>WINN-DIXIE STORES, INC. | $41,866.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,977.78 FOR ESTIMATED 2005 PREPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. |
| **Creditor Id: 394040**<br>FRAZER HUBBARD BRANDT TRASK ET AL<br>ATTN JAMES L YACAVONE III, ESQ<br>595 MAIN STREET<br>DUNEDIN, FL 34698 | 2216<br>Debtor: | $17,976.87<br>WINN-DIXIE STORES, INC. | $10,070.87 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,026.85 FOR CHARGES LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES AND $153.51 FOR POSTPETITION INVOICE NUMBER 19594 AND 7/5/05 PAYMENT OF $2,727.04 BY CHECK NUMBER 008068689 FOR INVOICE NUMBERS 19591, 19592, 19593, 19596, 19597, AND 19598. |
| **Creditor Id: 381794**<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESLIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10710<br>Debtor: | $70,793.25<br>WINN-DIXIE LOGISTICS, INC. | $24,316.21 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 394068**<br>GEORGE, HARTZ, LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | 2520<br>Debtor: | $118,877.81<br>WINN-DIXIE STORES, INC. | $114,960.39 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $3,917.42 BY CHECK NUMBER 008068623 FOR POSTPETITION INVOICE. |
| **Creditor Id: 407710**<br>GILLETTE COMPANY<br>ATTN DIANE E KING, MGR CREDIT ADMIN<br>PRUDENTIAL TOWER BUILDING<br>800 BOYLSTON STREET, 26TH FLOOR<br>BOSTON MA 02199 | 5298<br>Debtor: | $1,740,230.22<br>WINN-DIXIE STORES, INC. | $502,901.59 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $16,357.11, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $22,912.57 AND $526,716.09, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $514,057.76, AND REMOVAL OF $157,285.10 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

Counsel: ATTN SAMUEL R GRAFTON, ESQ

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 250702**<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3<br>Counsel: ATTN WALTER F MCARDLE, ESQ | 11832<br>**Debtor:** | $543,188.43<br>**WINN-DIXIE STORES, INC.** | $521,413.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $21,775.39 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 403504**<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | 1078<br>**Debtor:** | $21,851.59<br>**WINN-DIXIE MONTGOMERY, INC.** | $13,728.00 | REDUCED AMOUNT REFLECTS REMAINING AMOUNTS DUE UNDER REJECTED CONTRACT. |
| **Creditor Id: 388213**<br>HILL HILL CARTER FRANCO ET AL<br>ATTN RANDALL MORGAN, VP<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 | 8776<br>**Debtor:** | $58,144.39<br>**WINN-DIXIE STORES, INC.** | $56,239.39 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,134.00 ON 10/11/05 BY CHECK NUMBER 09047309 AND $646.00, $50.00, AND $75.00 ON 4/10/06 BY CHECK NUMBERS 09304507, 09304508, AND 09304509, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). |
| **Creditor Id: 416285**<br>HOMEWOOD ASSOCIATES, INC.<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ.<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 | 12294<br>**Debtor:** | $535,846.07<br>**WINN-DIXIE RALEIGH, INC.** | $393,254.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $102,181 FOR ESTIMATED DAMAGES AND $40,610.38 FOR POSTPETITION CHARGES AND INCLUSION OF $199.81 COMPUTATION ERROR IN ASSERTED AMOUNT. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 251993**<br>IBERIA WORLD FOODS CORP<br>ATTN LYDIA GREENSTEIN, CR MGR<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 | 11063<br>**Debtor:** | $532,004.45<br>**WINN-DIXIE STORES, INC.** | $380,558.64 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,009.42, RECLAMATION PAYMENTS IN PROCESS TOTALING $64,301.52, AND REMOVAL OF $85,134.87 NEITHER LISTED ON DEBTOR'S BOOKS AND RECORDS NOR SUPPORTED BY ADEQUATE DOCUMENTATION. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 252061**<br>IMAGISTICS INTERNATIONAL INC FKA<br>PITNEY BOWES OFFICE SYSTEMS<br>PO BOX 856193<br>LOUISVILLE, KY 40285-6193 | 10382<br>**Debtor:** | $124,991.93<br>**WINN-DIXIE STORES, INC.** | $27,257.98 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 404877**<br>INFORMATION RESOURCES INC<br>ATTN PETER J DIMAGGIO, CREDIT MGR<br>4766 PAYSHERE CIRCLE<br>CHICAGO IL 60694 | 11820<br>Debtor: | $2,843,892.04<br>WINN-DIXIE STORES, INC. | $415,200.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,428,692.04 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 411153**<br>IPF/HEIGHTS LP<br>C/O INFINITY PROPERTY MGMT CORP.<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY ROAD, SUITE 1-1650<br>ATLANTA GA 30339<br><br>Counsel: ATTN LAWRENCE J SCHWARTZ, ESQ. | 11182<br>Debtor: | $25,375.50<br>WINN-DIXIE STORES, INC. | $14,438.38 | REDUCED AMOUNT REFLECTS REMOVAL OF $10,936.62 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 403322**<br>J GORDON ROTHWELL, PA<br>ATTN J GORDON ROTHWELL, PRESIDENT<br>560 1ST AVENUE NORTH<br>ST PETERSBURG FL 33701<br><br>Counsel: ATTN DAVID B MCEWEN, ESQ | 9210<br>Debtor: | $74,635.66<br>WINN-DIXIE STORES, INC. | $62,452.75 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,140.71 AND $57 FOR POSTPETITION INVOICE NUMBERS 205 AND 304, RESPECTIVELY, AND 7/5/05 PAYMENT OF $7,985.20 BY CHECK NUMBER 008068665 FOR POSTPETITION WORK. |
| **Creditor Id: 1489**<br>JOHN BENETTI ASSOCIATES<br>C/O JOHN BENETTI<br>80 MOUNT VERNON LANE<br>ATHERTON, CA 94025<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN DAVID G FINKELSTEIN, ESQ | 8620<br>Debtor: | $1,069,400.22<br>WINN-DIXIE STORES, INC. | $481,075.22 | REDUCED AMOUNT REFLECTS REMOVAL OF $588,225.00 FOR OVERSTATED DEFERRED MAINTENANCE CHARGES AND $100.00 FOR CALCULATION ERROR. |
| **Creditor Id: 399445**<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 648<br>Debtor: | $2,012,537.69<br>WINN-DIXIE PROCUREMENT, INC. | $768,890.72 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $27,829.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,143.68 AND $47,041.50, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $890,546.20, AND REMOVAL OF $264,086.02 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 403382**<br>JULA TRUST, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN T SADUTTO/S LYDELL, ESQS<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | 6218<br>Debtor: | $312,617.54<br>WINN-DIXIE STORES, INC. | $254,268.45 | REDUCED AMOUNT REFLECTS REMOVAL OF $41,168.60 FOR MATHEMATICAL ERROR IN PROOF OF CLAIM AND $17,180.49 FOR OVERSTATED 2005 INSURANCE. |

WINN-DIXIE STORES, INC, ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411293**<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC  H3G1N2 CANADA<br><br>Counsel: ATTN: ERIC D SCHWARTZ ESQ | 9833<br>Debtor: | $1,498,272.59<br>WINN-DIXIE MONTGOMERY, INC. | $413,038.55 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,008,333.68 FOR OVERSTATED REJECTION DAMAGES, $62,500 FOR ESTIMATED ROOF REPAIR COSTS, $915.18 AND $326.68 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, $2,125.40 AND $33.20 FOR POSTPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, AND $11,000 FOR LEGAL FEES.  ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 383217**<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 295<br>Debtor: | $772,322.11<br>WINN-DIXIE STORES, INC. | $721,874.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $18,641.05 FOR CALCULATION ERROR IN REJECTION DAMAGES AND $31,806.81 FOR COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 1529**<br>LAKEWOOD ASSOCIATES, LTD<br>C/O COURTELIS COMPANY<br>ATTN VICTOR STOSIK<br>703 WATERFORD WAY, SUITE 800<br>MIAMI, FL 33126-4677<br><br>Counsel: ATTN C LONSTEIN & A SCHAEFFER, ESQS | 979<br>Debtor: | $2,383,543.02<br>WINN-DIXIE STORES, INC. | $1,230,304.95 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,153,238.07 FOR UNWARRANTED ESTIMATED REPAIRS AND MAINTENANCE. |
| **Creditor Id: 2365**<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1682<br>KILMARNOCK  VA 22482 | 9291<br>Debtor: | $3,167,850.00<br>WINN-DIXIE RALEIGH, INC. | $517,003.26 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 407608**<br>LAND-O-SUN DAIRIES, LLC DBA<br>PET DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4574<br>Debtor: | $124,050.77<br>WINN-DIXIE STORES, INC. | $85,755.15 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,080.73, ACCOUNTS PAYABLE CREDIT OF $2,631.33, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $34,583.56. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 394059**<br>LANDRY & LAVELLE, LLP<br>ATTN PAUL M LAVELLE<br>3822 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS, LA 70122-4565 | 2782<br>Debtor: | $35,412.06<br>WINN-DIXIE MONTGOMERY, INC. | $32,423.93 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $2,988.13 FOR POSTPETITION INVOICES BY CHECK NUMBER 008068849. |
| **Creditor Id: 407463**<br>LASALLE BANK NATL ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN: B SUMMER CHANDLER<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA 30308 | 10816<br>Debtor: | $838,708.34<br>WINN-DIXIE MONTGOMERY, INC. | $770,611.00 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $740,077 AND TAXES OF $30,594. CLAIMANT OVERSTATES REJECTION DAMAGES. |
| **Creditor Id: 406287**<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | 13257<br>Debtor: | $151,091.04<br>WINN-DIXIE STORES, INC. | $148,356.39 | REDUCED AMOUNT REFLECTS REMOVAL OF $26.38 FOR POSTPETITION PORTION OF INVOICE NUMBER 050233297 AND PAYMENT OF $2,624.27 ON 5/16/05 AND $84.00 ON 2/15/06 FOR POSTPETITION PORTION OF 0502225921 BY CHECK NUMBER 8040366 AND POSTPETITION INVOICE NUMBER 0502226480 BY CHECK NUMBER 8166701, RESPECTIVELY. |
| Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | | | | |
| **Creditor Id: 403331**<br>MARSHALL DENNEHEY WARNER ET AL<br>12 E BAY STREET<br>JACKSONVILLE FL 32202-3247 | 8936<br>Debtor: | $10,714.53<br>WINN-DIXIE STORES, INC. | $9,852.03 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $862.50 BY CHECK NUMBER 008068571 FOR POSTPETITION INVOICE NUMBERS 637421 AND 637422. |
| **Creditor Id: 381840**<br>MARYLAND & VIRGINIA MILK PRODUCERS<br>C/O REED SMITH LLP<br>ATTN ROBERT M MARINO, ESQ<br>STE 1100, EAST TOWER<br>1301 K STREET NW<br>WASHINGTON DC 20005-3317<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN: ANDREW L MORRISON | 2501<br>Debtor: | $3,242,815.85<br>WINN-DIXIE STORES, INC. | $2,841,542.49 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $42,993.57 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $358,279.79. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 2396**<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN PAUL E GRANICK, GP<br>7452 JAGER COURT<br>CINCINNATI, OH 45230 | 7931<br>**Debtor:** | $755,481.02<br>WINN-DIXIE RALEIGH, INC. | $737,211.08 | REDUCED AMOUNT REFLECTS PAYMENT OF $14,676.27 FOR POSTPETITION RENT AND POSTPETITION CREDIT OF $3,593.67. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: LONGACRE MASTER FUND LTD | | | | |
| **Creditor Id: 382041**<br>MCARTHUR DAIRY, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5287<br>**Debtor:** | $306,045.97<br>WINN-DIXIE STORES, INC. | $160,996.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,084.71, ACCOUNTS PAYABLE CREDIT OF $25,368.30, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $115,596.34. |
| **Creditor Id: 255884**<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12324<br>**Debtor:** | $285,581.19<br>WINN-DIXIE STORES, INC. | $275,587.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,993.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATTN M MCINERNEYIN GRIFFINS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | 13187<br>**Debtor:** | $887,027.04<br>WINN-DIXIE RALEIGH, INC. | $780,789.38 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Counsel: ATTN LARREN M NASHELSKY, ESQ | | | | |
| **Creditor Id: 1602**<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | 8031<br>**Debtor:** | $286,142.56<br>WINN-DIXIE RALEIGH, INC. | $277,629.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,603.01 FOR OVERSTATED REJECTION DAMAGES, $1,535.05 FOR PENALTY ON 2004 REAL ESTATE TAXES, AND $375.00 FOR TRASH REMOVAL. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id: 279072**<br>MT OLIVE PICKLE COMPANY, INC<br>C/O WHARTON ALDHIZER & WEAVER, PLC<br>ATTN STEPHAN W MILO, ESQ<br>125 S AUGUSTA STREET, STE 2000<br>STAMPTON VA 24401 | 9702<br>**Debtor:** | $232,374.75<br>WINN-DIXIE PROCUREMENT, INC. | $57,535.23 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $176.44, NET CONSUMPTION WAIVER OF $5,298.17, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $169,364.91. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 256911**<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2299 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | 5929<br>Debtor: | $42,807.71<br>WINN-DIXIE STORES, INC. | $37,608.91 | REDUCED AMOUNT REFLECTS 6/21/05 PAYMENT OF $5,198.80 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES AND INSURANCE BY CHECK NUMBER 00806830. |
| **Creditor Id: 407534**<br>NATIONAL SALES SERVICES, INC DBA<br>NATIONAL RETAIL SERVICES<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | 4212<br>Debtor: | $473,496.53<br>WINN-DIXIE STORES, INC. | $274,314.57 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410421**<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | 11861<br>Debtor: | $199,625.18<br>WINN-DIXIE RALEIGH, INC. | $175,107.37 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,285.29 FOR OVERSTATED 2005 PREPETITION TAXES AND $12,867.90 AND $6,364.62 FOR POSTPETITION RENT AND REAL ESTATE TAXES, RESPECTIVELY. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 257461**<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 8255<br>Debtor: | $106,890.93<br>WINN-DIXIE MONTGOMERY, INC. | $56,893.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $40,492.74 FOR OVERSTATED REJECTION DAMAGES AND $9,504.30 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 394057**<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 | 8207<br>Debtor: | $93,314.65<br>WINN-DIXIE MONTGOMERY, INC. | $91,071.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,243.61 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 279257**<br>PACTIV CORPORATION<br>ATTN STAN GALINGER/S J MARTIN<br>1900 W FIELD COURT<br>LAKE FOREST IL 60045 | 2233<br>Debtor: | $852,364.97<br>WINN-DIXIE STORES, INC. | $405,319.34 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $10.60, NET CONSUMPTION WAIVER OF $12,898.42, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,140.92 AND $1,559.43, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $402,787.98, AND REMOVAL OF $15,648.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | **12854**<br>Debtor: | $65,763.41<br>**WINN-DIXIE RALEIGH, INC.** | $55,890.95 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,872.46 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 384279**<br>PAMALEE PLAZA ASSOCIATION<br>C/O SWAIN MANAGEMENT LLC<br>1111 MILITARY CUTOFF ROAD, STE 251<br>WILMINGTON, NC 28405<br><br>Counsel: ATTN GENE B TARR, ESQ | **8184**<br>Debtor: | $110,850.16<br>**WINN-DIXIE RALEIGH, INC.** | $16,571.16 | REDUCED AMOUNT REFLECTS REMOVAL OF $94,279.00 FOR ALLEGED DAMAGES LACKING ADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED REQUESTS. |
| **Creditor Id: 410527**<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O THE BROWN COMPANIES<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 | **11133**<br>Debtor: | $21,401.37<br>**WINN-DIXIE STORES, INC.** | $10,030.94 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,370.43 FOR MISCALCULATION OF 2005 PREPETITION INSURANCE OWED. |
| **Creditor Id: 407609**<br>PG-1 DEVELOPMENT COMPANY<br>C/O ROBINSON BARTON MCCARTHY ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | **4583**<br>Debtor: | $217,399.60<br>**WINN-DIXIE RALEIGH, INC.** | $167,080.11 | REDUCED AMOUNT REFLECTS $125,546.63 FOR REJECTION DAMAGES, $18,843.81 FOR 2004 COMMON AREA MAINTENANCE CHARGES, AND $22,689.67 FOR 2004 REAL ESTATE TAXES. REMAINING $7,319.49 AND $43,000 FOR 2004 INSURANCE AND 2005 COMMON AREA MAINTENANCE CHARGES LACK ADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 382068**<br>PILGRIM'S PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX 75686-0093 | **11210**<br>Debtor: | $361,309.07<br>**WINN-DIXIE STORES, INC.** | $242,375.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,799.08, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $28,410.48 AND $208.52, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $87,515.33. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 407763**<br>POTTER SQUARE ASSOCIATES<br>C/O ROSEN LAW GROUP LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 | **12093**<br>Debtor: | $343,968.96<br>**WINN-DIXIE STORES, INC.** | $297,429.03 | REDUCED AMOUNT REFLECTS REMOVAL OF $21,610.24, $8,460.96, $2,975.47, AND $13,493.26 FOR 2004 REAL ESTATE TAXES AND 2005 COMMON AREA MAINTENANCE CHARGES, INSURANCE, AND REAL ESTATE TAXES LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED REQUESTS. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411232**<br>PROCTER & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | **9474**<br>Debtor: | $6,341,805.10<br>**WINN-DIXIE STORES, INC.** | $1,788,497.83 | REDUCED AMOUNT INCLUDES ADDITIONAL RECLAMATION CLAIM OF $63,366.35, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $31,578.36 AND $669,000.05, RESPECTIVELY, NET CONSUMPTION WAIVER OF $120,589.75, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,795,505.46.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410449**<br>PROMOTIONS UNLIMITED, CORP<br>C/O SONNENSCHEIN NATH & ROSENTHAL<br>ATTN ROBERT E RICHARDS, ESQ<br>8000 SEARS TOWER<br>CHICAGO IL 60606<br><br>Transferee: LIQUIDITY SOLUTIONS, INC | **11881**<br>Debtor: | $114,179.76<br>**WINN-DIXIE STORES, INC.** | $78,011.25 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,798.60 AND REMOVAL OF $20,313.78 ASSERTED AND ALLOWED IN CLAIM NUMBER 11880 AND $13,056.13 FOR POSTPETITION INVOICE NUMBERS 86041, 86384, 86391, 86411, AND 86940. |
| **Creditor Id: 259004**<br>PROTEMP SERVICES, LLC<br>ATTN ANGEL WESTBROOK & SCOTT BAKER<br>517 BAYHILL RIDGE CIRCLE<br>BIRMINGHAM AL 35244<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | **275**<br>Debtor: | $79,802.50<br>**WINN-DIXIE STORES, INC.** | $71,644.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,000.00 FOR INVOICE NUMBER 1361 AS PERSON LISTED ON INVOICE WAS NOT HIRED AND THEREFORE PLACEMENT FEE IS NOT OWED AND $4,158.00 FOR INVOICE NUMBER 1185 AS CLAIMANT INFORMED DEBTOR INVOICE WAS PAID. |
| **Creditor Id: 259554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | **4723**<br>Debtor: | $73,013.23<br>**WINN-DIXIE MONTGOMERY, INC.** | $5,741.11 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $67,272.12. |
| **Creditor Id: 259554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | **4724**<br>Debtor: | $124,169.83<br>**WINN-DIXIE STORES, INC.** | $3,453.88 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $120,715.95. |
| **Creditor Id: 394060**<br>RIGDON, ALEXANDER & RIGDON, LLP<br>ATTN H A RIGDON, JR<br>PO BOX 412169<br>MELBOURNE, FL 32941-2169 | **2597**<br>Debtor: | $15,584.53<br>**WINN-DIXIE STORES, INC.** | $13,954.32 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $1,630.21 BY CHECK 008068605 FOR POSTPETITION LIABILITY INCLUDED IN ASSERTED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6850<br>**Debtor:** | $341.50<br>**WINN-DIXIE STORES, INC.** | $297.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $44.50 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICE. |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6853<br>**Debtor:** | $2,318.44<br>**WINN-DIXIE STORES, INC.** | $2,179.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $139.44 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICE. |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6885<br>**Debtor:** | $4,321.18<br>**WINN-DIXIE STORES, INC.** | $3,912.26 | REDUCED AMOUNT REFLECTS PAYMENT OF $408.92 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICES. |
| **Creditor Id: 260495**<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537<br><br>Counsel: ATTN: THOMAS A GIBSON, ESQ. | 11982<br>**Debtor:** | $1,093,475.80<br>**WINN-DIXIE MONTGOMERY, INC.** | $997,986.81 | REDUCED AMOUNT REFLECTS REMOVAL OF $74,677.79 FOR OVERSTATED REJECTION DAMAGES AND $20,812.00 FOR ESTIMATED 2005 REAL ESTATE TAXES AND ADDITION OF $.80 CALCULATION ERROR IN ASSERTED AMOUNT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1825**<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056<br><br>Counsel: ATTN THOMAS H KEEN, ESQ. | 12176<br>**Debtor:** | $2,919,887.32<br>**WINN-DIXIE STORES, INC.** | $1,398,922.22 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,482,647.80 FOR OVERSTATED REJECTION DAMAGES AND $38,317.30 FOR POSTPETITION REAL ESTATE TAXES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 382164**<br>SFJ MANAGEMENT, INC<br>ATTN TERRY W PRATHER, VP/GM<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | 7654<br>**Debtor:** | $169,253.15<br>**WINN-DIXIE STORES, INC.** | $130,593.24 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT INCORRECTLY RECONCILED TICKET SALES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279064**<br>SIRIUS COMPUTER SOLUTIONS INC<br>ATTN JOHN MEDINA, CREDIT MGR<br>613 NW LOOP 410, SUITE 1000<br>SAN ANTONIO TX 78216 | 8471<br>Debtor: | $986,409.30<br>WINN-DIXIE STORES, INC. | $961,150.12 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Counsel: ATTN PATRICK F HUFFSTICKLER, ESQ | | | | |
| **Creditor Id: 407705**<br>SOUTHERN FOODS GROUP, LP DBA<br>BROWNS DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5286<br>Debtor: | $42,610.08<br>WINN-DIXIE MONTGOMERY, INC. | $20,576.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $499.37, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,553.80 AND $129.04, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,850.93. |
| **Creditor Id: 378217**<br>STEPHENS, CHARLES P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | 9968<br>Debtor: | $1,500.00<br>WINN-DIXIE STORES, INC. | $500.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,000.00 ON 2/18/05 BY CASHIER'S CHECK NUMBER 399841231. |
| **Creditor Id: 402084**<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | 877<br>Debtor: | $7,643.70<br>WINN-DIXIE STORES, INC. | $4,925.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,718.50 TO BE DISTRIBUTED DIRECTLY TO WAKE COUNTY CLERK OF COURT PER 2/24/05 SETTLEMENT AGREEMENT. |
| **Creditor Id: 262238**<br>SUNSHINE MILLS INC<br>ATTN KIM SPARKS<br>PO BOX 676<br>RED BAY, AL 35582-0676 | 1559<br>Debtor: | $262,773.06<br>WINN-DIXIE STORES, INC. | $6,917.87 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,807.69, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $98,126.27 AND $4,490.00, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $115,046.23, AND REMOVAL OF $34,385.00 FOR PALLET CHARGES. |
| **Creditor Id: 403362**<br>TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP<br>ATTN DAYLE A FLAMMIA<br>1621 MIDTOWN PLACE<br>RALEIGH NC 27609 | 7108<br>Debtor: | $4,101.90<br>WINN-DIXIE RALEIGH, INC. | $3,682.20 | REDUCED AMOUNT REFLECTS PAYMENT OF $419.70 ON 10/18/05 BY CHECK NUMBER 008118436 FOR POSTPETITION INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 377844<br>TREE OF LIFE INC<br>ATTN S SAGAE/RIM DUFRESNE<br>405 GOLFWAY WEST DR<br>ST AUGUSTINE FL 32095 | 9190<br>**Debtor:** | $3,244,449.98<br>WINN-DIXIE STORES, INC. | $2,497,379.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $16,011.79 AND REMOVAL OF $731,058.89 FOR UNDOCUMENTED CHARGES. CLAIMANT AGREES WITH REDUCED AMOUNT. |
| Counsel: ATTN MARK E FREEDLANDER, ESQ | | | | |
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | 7704<br>**Debtor:** | $3,623,260.98<br>WINN-DIXIE MONTGOMERY, INC. | $707,820.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $43,898.26 FOR OVERSTATED REJECTION DAMAGES, $555,338 FOR DEFERRED MAINTENANCE CHARGES, $2,270,152.52 FOR LIQUIDATED DAMAGES, AND $46,051.53 FOR PREPETITION 2005 RENT PAID 12/30/04 BY CHECK NUMBER 7417725. |
| Counsel: ATTN DIANA M THIMMIG, ESQ | | | | |
| **Creditor Id:** 264152<br>VICTORY WHOLESALE GROCERS<br>ATTN ALVIN C EDER, VP & CREDIT MGR<br>400 VICTORY DRIVE<br>SPRINGBORO OH 45066 | 8855<br>**Debtor:** | $1,053,295.14<br>WINN-DIXIE STORES, INC. | $293,179.80 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $6,524.03, NET CONSUMPTION WAIVER OF $20,590.15, ACCOUNTS PAYABLE CREDIT OF $6,524.33, RECLAMATION PAYMENTS IN PROCESS TOTALING $652,360.68, AND REMOVAL OF $87,164.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | | | | |
| **Creditor Id:** 411421<br>VILLA RICA RETAIL PROPERTIES, LC<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, SUITE 900<br>ATLANTA GA 30305-1753 | 12226<br>**Debtor:** | $1,176,838.91<br>WINN-DIXIE MONTGOMERY, INC. | $846,026.08 | REDUCED AMOUNT REFLECTS REMOVAL OF $328,728.56, $1,524.69, $655.18, AND $.16 FOR OVERSTATED REJECTION DAMAGES, PREPETITION 2005 MAINTENANCE CHARGES AND INSURANCE, RESPECTIVELY, AND CALCULATION ERROR AND INCLUSION OF $95.76 FOR ADDITIONAL PREPETITION 2005 REAL ESTATE TAXES. |
| **Creditor Id:** 408366<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O BENESCH FRIEDLANDER ET AL<br>ATTN DAVID M NEUMANN, ESQ<br>200 PUBLIC SQUARE, 2300 BP TOWER<br>CLEVELAND OH 44114 | 7040<br>**Debtor:** | $87,363.00<br>WINN-DIXIE STORES, INC. | $28,883.85 | REDUCED AMOUNT REFLECTS PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES OF $354.35 AND $4,097.28, RESPECTIVELY, AND RENT OF $24,432.22. REMAINING ASSERTED AMOUNT FOR REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES ARE ESTIMATED AND, AT TIMES, INCLUDE POSTPETITION PAID LIABILITIES. |
| **Creditor Id:** 410417<br>WACHOVIA BANK, TRUSTEE<br>UNDER LUCY BUXTON AGREEMENT<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT JR, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211 | 12257<br>**Debtor:** | $1,852,373.29<br>WINN-DIXIE STORES, INC. | $533,900.21 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,314,466.18 FOR OVERSTATED REJECTION DAMAGES AND $4,005.90 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 384412**<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN: MARK CLARK, DIR CREDIT OPER<br>PO BOX 640727<br>PITTSBURGH, PA 15264-0727 | 7386<br>**Debtor:** | $1,334,367.13<br>**WINN-DIXIE STORES, INC.** | $534,239.53 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $13,010.34, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,266.36 AND $367,520.06, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $416,330.84. |
| Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | | | | |
| **Creditor Id: 416847**<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201 | 12332<br>**Debtor:** | $844,260.99<br>**WINN-DIXIE MONTGOMERY, INC.** | $740,528.47 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Transferee: MERRILL LYNCH PIERCE FENNER & SMITH | | | | |
| **Creditor Id: 410834**<br>WICKER SMITH O'HARA, ET AL<br>ATTN LISA R DASHER, CONTROLLER<br>5TH FLOOR GROVE PLAZA BUILDING<br>2900 MIDDLE STREET, SW 28TH TERRACE<br>MIAMI FL 33133 | 9871<br>**Debtor:** | $1,145.58<br>**WINN-DIXIE STORES, INC.** | $1,112.58 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $33.00 BY CHECK NUMBER 008068619 FOR POSTPETITION INVOICE NUMBER 208453. |
| **Creditor Id: 416941**<br>WIGGS REALTY COMPANY OF KENTUCKY<br>ATTN HARRY SINGER, PRESIDENT<br>11012 AURORA HUDSON ROAD<br>STREETSBORO OH 44241-1629 | 12415<br>**Debtor:** | $882,604.42<br>**WINN-DIXIE RALEIGH, INC.** | $188,895.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $685,127 FOR REPAIRS LACKING SUPPORTING DOCUMENTATION AND $1,345.02 FOR INSURANCE AS DEBTOR IS SELF-INSURED AND PAYMENT OF $7,237.20 FOR POSTPETITION RENT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Counsel: ATTN PAUL J SINGERMAN, ESQ | | | | |
| **Creditor Id: 403375**<br>WILKINS, STEPHENS & TIPTON, PA<br>ATTN LELAND S SMITH<br>PO BOX 13429<br>JACKSON MS 39236-3429 | 2109<br>**Debtor:** | $46,678.66<br>**WINN-DIXIE STORES, INC.** | $46,476.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $202.15 FOR INVOICE NUMBER 657030424, NOT AN INVOICE OF ANY OF THE DEBTORS. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id:  265037<br>WORLD KITCHEN INC<br>PO BOX 911310<br>DALLAS, TX 75391-1310 | 3032<br>Debtor:  WINN-DIXIE STORES, INC. | $64,367.71 | $29,854.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $597.01, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $160.20 AND $28.89, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $18,915.40, AND REMOVAL OF $14,811.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

Total Claims to be Reduced:            104

Total Amount to be Reduced:     $68,113,105.13 Plus Unliquidated Amounts, If Any

Total Reduced Amount:            $34,509,892.87

# EXHIBIT C

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

Page: 1 of 6
Date: 07/24/2006

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| ALLIED CAPITAL CORP, SVCER<br>ACGS 2004 LLC SECURED NOTES<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 10952 | $547,912.05 | Multiple Classes<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured<br>Non-Priority | $521,501.20 | REDUCED AMOUNT REFLECTS ADDITION OF $40.00 FOR CALCULATION ERROR AND REMOVAL OF $24,634.09, $177.36, AND $1,639.40 FOR OVERSTATED 2004, 2005 PREPETITION, AND 2005 POSTPETITION REAL ESTATE TAXES, RESPECTIVELY (DEBTOR PAID $1,526.32 FOR POSTPETITION REAL ESTATE TAXES). ALSO, MISCLASSIFIED CLAIM. |
| AQUA STAR<br>ATTN ANDREW PICKERING, CFO<br>2025 1ST AVENUE, SUITE 200<br>SEATTLE WA 98121<br>Transferee: AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK, NY 10022 | 635 | $704,041.00 | Unsecured<br>Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $699,565.70 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $62.10 AND $4,413.20, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $32,844.78 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $666,720.92 REMAINS UNSECURED NON-PRIORITY. |
| BAGWELL, HAROLD G<br>PO BOX 1700<br>GARNER, NC 27529 | 12136 | $496,398.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured<br>Non-Priority | $483,598.36 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,000 FOR POSTPETITION CHARGES AND ADDITION OF $2,200 FOR SIGN REMOVAL AND $.36 FOR CALCULATION ERROR. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| BENSONS INC<br>ATTN DAN HARTLEY, PRESIDENT<br>PO BOX 429<br>BOGART, GA 30622-0429 | 8506 | $383,253.20 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $360,514.88 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $689.04, ACCOUNTS PAYABLE OFFSET OF $52.20, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $21,997.08. ALSO, MISCLASSIFIED CLAIM. |
| BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | 1344 | $429,243.43 | Secured<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $351,790.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $77,452.53 FOR OVERSTATED REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CITY OF MOBILE, AL<br>ATTN CAROL CARR LITTLE, ESQ<br>PO BOX 1827<br>MOBILE AL 36633 | 715 | $18,998.75 | Multiple Classes<br><br>Debtor: **WINN-DIXIE STORES, INC.** | Multiple Classes | $3,415.40 | REDUCED AMOUNT REFLECTS PAYMENTS OF $7,098.06 ON 12/20/04 BY CHECK NUMBER 7410597 FOR SALES TAXES DUE NOVEMBER 2004 AND OF $8,485.29 ON 2/23/05 BY CHECK NUMBER 39984125I FOR SALES TAXES DUE JANUARY 2005 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435). CLAIM FILED AS SECURED, UNSECURED PRIORITY, AND UNSECURED NON-PRIORITY TO BE RECLASSIFIED AS $2,628.40 UNSECURED PRIORITY AND $787.00 UNSECURED NON-PRIORITY. |
| CONAIR CORPORATION<br>ATTN A LUCAS & J DEOL<br>150 MILFORD ROAD<br>EAST WINDSOR NJ 08520<br><br>**Transferee:** MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK, KS 66202 | 16 | $161,899.78 | Administrative<br><br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured<br>Non-Priority | $12,105.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,539.21, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,392.52 AND $14,112.99, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $129,749.27. ALSO, MISCLASSIFIED CLAIM. |
| COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON,<br>ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE KY 40232-5410 | 10757 | $1,438.26 | Multiple Classes<br><br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | Unsecured<br>Non-Priority | $65.35 | REDUCED AMOUNT REFLECTS PENALTY OWED. DEBTOR PAID $3.67 ON 3/17/2005 BY CHECK NUMBER 8006508 FOR 2004 OCCUPATIONAL TAX. NO AMOUNT IS DUE ON WITHHOLDING FOR TAX PERIOD 6/30/2005. ACCOUNT WAS CLOSED IN APRIL 2005 AND NO TAXES WERE DUE. ALSO, MISCLASSIFIED CLAIM. |
| DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 | 2998 | $377,383.55 | Administrative<br><br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured<br>Non-Priority | $72,704.46 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $9,015.02, ACCOUNTS PAYABLE CREDIT OF $839.29, RECLAMATION PAYMENTS IN PROCESS TOTALING $287,641.44, AND REMOVAL OF $7,183.34 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| FT-WD PROPERTY LLC<br>ATTN CAROLYN TIFFANY<br>7 BULFINCH PLACE SUITE 500<br>BOSTON MA 02114 | 12493 | $10,148,969.87 | Multiple Classes<br><br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured<br>Non-Priority | $1,663,974.42 | REDUCED AMOUNT REFLECTS $1,638,222.78 FOR REJECTION DAMAGES AND $25,751.64 FOR PREPETITION REAL ESTATE TAXES. $10,123,218.23 ADMINISTRATIVE CLAIM REQUESTED FOR REMAINING OF LEASE TERM TO BE DISALLOWED. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| GLAXOSMITHKLINE CONSUMER HEALTH<br>ATTN GREGORY COLICCHIE, FINANCE<br>PO BOX 1467<br>PITTSBURGH  PA  15230 | 7035 | $799,552.63<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | $438,333.30 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,717.06, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,562.28 AND $7,902.83, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $338,037.16. ALSO, MISCLASSIFIED CLAIM. |
| HASBRO, INC<br>ATTN JUDITH A SMITH<br>200 NARRAGANSETT PARK DRIVE<br>PAWTUCKET  RI  02862-0200 | 3466 | $33,369.09<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Multiple Classes | $22,801.90 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,487.30 AND REMOVAL OF $7,079.89 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY, UNSECURED PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $389.10 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $22,412.80 REMAINS UNSECURED NON-PRIORITY. |
| HASCO PROPERTIES<br>PO BOX 681<br>MC COMB  MS  39648-0681<br>**Transferee:** LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK, NY 10010 | 11867 | $957,250.02<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Multiple Classes | Unsecured<br>Non-Priority | $955,071.61 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,178.41 FOR POSTPETITION 2005 COMMON AREA MAINTENANCE CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| IFCO SYSTEMS, NA<br>ATTN MARIO PRATTS, CREDIT MGR<br>6829 FLINTLOCK ROAD<br>HOUSTON  TX  77040 | 2278 | $184,427.77<br>Debtor: WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | Multiple Classes | $92,403.02 | REDUCED AMOUNT REFLECTS REMOVAL OF $92,024.75 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ALSO, MISCLASSIFIED IN PART.  RECLASSIFY $20,392.13 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $72,010.89 REMAINS UNSECURED NON-PRIORITY. |
| KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL  MN  55108 | 7390 | $69,973.30<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | $39,927.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $906.77, ACCOUNTS PAYABLE CREDIT OF $13.32, RECLAMATION PAYMENTS IN PROCESS TOTALING $29,016.40, AND REMOVAL OF $109.20 FOR CHARGES LACKING ADEQUATE SUPPORTING DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| L&R FARMS INC<br>C/O SMITH GILLIAM WILLIAMS ET AL<br>ATTN BRAD J PATTEN, ESQ<br>PO BOX 1098<br>GAINESVILLE  GA  30503 | 5572 | $484,550.45<br>Debtor: DEEP SOUTH PRODUCTS, INC. | Multiple Classes | Unsecured<br>Non-Priority | $220,815.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,991.97 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $255,743.14. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC. C/O WILDMAN HARROLD ALLEN & DIXON ATTN J W YOUNG & J C PASCHKE, ESQS 225 WEST WACKER DRIVE, STE 3000 CHICAGO IL 60606-1229 | 7737 | $112,044.44 | Unsecured Non-Priority | Multiple Classes | $58,820.07 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $585.12 AND $52,639.25, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $24,732.96 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $34,087.11 REMAINS AS UNSECURED NON-PRIORITY. |
| | | | Debtor: WINN-DIXIE PROCUREMENT, INC. | | | |
| MURRYS INC ATTN D BRADLEY HOLLAND, CFO PO BOX 37046 BALTIMORE, MD  21297-3046 | 2968 | $13,160.00 | Priority | Unsecured Non-Priority | $9,392.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,200.00 AND $567.59, RESPECTIVELY, AND CREDIT OF $2,000.00 ON INVOICE NUMBER 327689.  ALSO, MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| PEPPERIDGE FARM ATTN KATE GREELEY 1 CAMPBELL PLACE CAMDEN NJ  08103 | 8327 | $312,776.84 | Multiple Classes | Unsecured Non-Priority | $4,096.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,290.35 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $296,389.71. ALSO, MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | | |
| PEPSI BOTTLING VENTURES, LLC ATTN RITA BARBOUR, CORP CREDIT MGR 4700 HOMEWOOD CT, SUITE 200 RALEIGH NC  27609 | 7909 | $599,960.42 | Multiple Classes | Unsecured Non-Priority | $348,554.40 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,146.22, ACCOUNTS RECEIVABLE BALANCE OF $147,580.87, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $100,678.93. ALSO, MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| PINE PLAZA C/O URBAN RETAIL PROPERTIES CO ATTN CATHY HOSN, PROP MGR 925 SOUTH FEDERAL HIGHWAY BOCA RATON, FL  33432 | 6217 | $14,839.76 | Multiple Classes | Unsecured Non-Priority | $11,663.77 | REDUCED AMOUNT REFLECTS 2003 REAL ESTATE TAX CREDIT OF $3,175.99.  ALSO, MISCLASSIFIED CLAIM. |
| | | | Debtor: WINN-DIXIE STORES, INC. | | | |
| REVLON CONSUMER PRODUCTS CORP ATTN SHERRIE C LANDES, SR CREDIT 1501 WILLIAMSBORO STREET OXFORD NC  27565 | 6121 | $87,920.26 | Unsecured Non-Priority | Administrative | $5,598.14 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $168.48 AND $44,238.61, RESPECTIVELY, AND CHARGEBACKS OF $37,915.03 ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ALSO, MISCLASSIFIED CLAIM (RECLAMATION). |
| | | | Debtor: WINN-DIXIE STORES, INC. | | | |
| REXAM BEVERAGE CAN COMPANY ATTN BRUCE M BIALY, CR MGR 8770 W BRYN MAWR AVE, SUITE 175 CHICAGO IL  60631-3655 | 9469 | $815,667.63 | Multiple Classes | Unsecured Non-Priority | $629,259.75 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,862.59, RECLAMATION PAYMENTS IN PROCESS TOTALING $133,433.57, AND REMOVAL OF $42,111.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ALSO, MISCLASSIFIED CLAIM. |
| | | | Debtor: DEEP SOUTH PRODUCTS, INC. | | | |
| Transferee: AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FLR NEW YORK, NY 10022 | | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | $367,758.41 | Multiple Classes<br><br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | Unsecured<br>Non-Priority | $29,176.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,358.18 AND $76,406.28, RESPECTIVELY, NET CONSUMPTION WAIVER OF $7,877.96, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $251,939.88. ALSO, MISCLASSIFIED CLAIM. |
| SENECA FOODS CORPORATION<br>ATTN JANE E SLOAN, CR MGR<br>3736 S MAIN STREET<br>MARION NY 14505<br>Transferee: SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA, MN 55305 | 3791 | $989,164.20 | Unsecured<br>Non-Priority<br><br>Debtor: **WINN-DIXIE STORES, INC.** | Multiple Classes | $986,234.42 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT BALANCE OF $280.57 AND $20.32, RESPECTIVELY, REMOVAL OF CHARGES LACKING SUPPORTING DOCUMENTATION AGGREGATING $3,081.69, AND ADDITIONAL RECLAMATION CLAIM OF $42.48. MISCLASSIFIED IN PART. RECLASSIFY $95,697.07 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $890,537.35 REMAINS UNSECURED NON-PRIORITY. |
| SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478 | 10855 | $184,164.50 | Multiple Classes<br><br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | Multiple Classes | $142,798.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $8.46 AND $41,357.93, RESPECTIVELY. ALSO, MISCLASSIFIED CLAIM. CLAIM FILED AS UNSECURED NON-PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $9,100.36 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $133,697.75 TO UNSECURED NON-PRIORITY. |
| SOUTHERN GOURMET FOODS<br>C/O NEAL & HARWELL, PLC<br>ATTN MARC T MCNAMEE, ESQ<br>150 FOURTH AVENUE NORTH, SUITE 2000<br>NASHVILLE TN 37219 | 3275 | $278,341.22 | Secured<br><br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured<br>Non-Priority | $46,682.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,019.97, ACCOUNTS RECEIVABLE BALANCE OF $3,049.80, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $221,589.20. ALSO, MISCLASSIFIED CLAIM. |
| SPRINGDALE STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br>Transferee: LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK, NY 10010 | 8028 | $324,358.15 | Multiple Classes<br><br>Debtor: **WINN-DIXIE RALEIGH, INC.** | Unsecured<br>Non-Priority | $320,302.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,287.58 FOR OVERSTATED REJECTION DAMAGES AND $1,767.78 FOR 2004 TAX PENALTY NOT INCURRED BY DEBTOR. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| SWISHER INTERNATIONAL INC<br>ATTN KEVIN WOLFE, CREDIT MGR<br>459 EAST 16TH STREET<br>JACKSONVILLE FL 32206 | 6671 | $82,772.34 | Unsecured Non-Priority<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $70,611.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,725.08 AND $379.27, RESPECTIVELY, AND REMOVAL OF $9,056.58 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $28,005.22 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $42,606.19 REMAINS UNSECURED NON-PRIORITY. |
| TYSON FOODS, INC<br>ATTN STEVEN SCHAAL, ESQ<br>MAIL CODE #AR058124<br>PO BOX 2020<br>SPRINGDALE AR 72765 | 6165 | $1,070,327.44 | Unsecured Non-Priority<br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $1,023,174.16 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $34,989.66 AND $12,163.62, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $745,948.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $277,226.10 UNSECURED NON-PRIORITY. |

**Total Claims to be Reduced & Reclassified:** 30
**Total Amount to be Reduced & Reclassified:** $21,051,916.76
**Total Reduced & Reclassified Amount:** $9,624,953.81

Plus Unliquidated Amounts, If Any

**EXHIBIT D**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### ORDER DISALLOWING (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on August 24, 2006,

upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibits A through C (the "Disputed Claims").[2]  Upon

consideration, it is

ORDERED AND ADJUDGED:

1.     The Objection is sustained.

2.     The No Liability Claims listed on Exhibit A are disallowed in

their entirety.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.     The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4.     The Overstated Misclassified Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _____ day of August, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**