IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                          )
                                )   Chapter 11
WINN-DIXIE STORES, INC., et al., )
                                )   Case No. 05—03817-3F1
    Debtors.                    )   Jointly Administered
_____ )

**TIGER CROSSING, W.D.'S (STORE 579) RESPONSE TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

COMES NOW Landlord/Creditor Tiger Crossing, W.D. (Store 579), an Alabama general partnership (hereinafter referred to as "Tiger Crossing") and objects to Debtors' Second Omnibus Motion For Authority To (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief by showing this Court as follows:

1.

Tiger Crossing is the landlord for that certain Winn Dixie store, designated Store 579, in which the Debtor is Winn-Dixie Montgomery, Inc. bankruptcy case no. 05-BK-03837-3F1.

2.

The lease assumption cost scheduled by the Debtor is $7,582.83.

3.

The actual lease assumption cost for Store 579 is as follows:

| Description | Dollar Amount |
|---|---|
| 2004 pre-petition CAM | $ 7,582.83 |
| 2005 pre-petition property taxes | 4,693.41 |
| 2005 post-petition property taxes | 8,303.74 |
| 2005 pre-petition CAM adjustment | 2,569.08 |

| Description | Dollar Amount |
|---|---|
| 2005 post-petition CAM adjustment | 9,969.97 |
| March 2005 CAM estimate | 916.67 |
| 2006 Insurance | 7,831.87 |
| Total | $41,867.57 |

4.

A true and correct of the lease assumption cost labeled Exhibit "A" is attached hereto and incorporated herein by reference.

5.

By order dated August 23, 2005, counsel was admitted pro hac vice to represent this Landlord/Creditor in this case.

This 28th day of July, 2006.

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Landlords

*/s/Annette Kerlin McBrayer*

Annette Kerlin McBrayer
Georgia Bar No. 415782

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia  30326
(404) 923-9000

AT:449078v1



*Never paid*

# REDD REALTY SERVICES

| | | |
|---|---|---|
| A. M. Redd, Jr. | (404) 841-0123, ext. 104 | |
| Margaret P. Staats | (404) 841-0123, ext. 102 | |
| William M. Lybrook, IV | (404) 841-0123, ext. 105 | |
| Jacqueline J. Wicker | (404) 841-0123, ext. 101 | |
| Vicki C. Wilkins | (404) 841-0123, ext. 100 | |
| Brandi G. Swilling | (404) 841-0123, ext. 111 | |

4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123   FAX (404) 841-0127

www.reddrealty.com

February 4, 2005

Jay Archambault
Winn Dixie La.
PO Box 51059
New Orleans, La. 70151

    RE:   Tiger Crossing Shopping Center, Auburn, Alabama,
          2004 Common Area Maintenance, Winn-Dixie Store #579

Dear Ms. Archambault:

In regard to the above referenced shopping center, you occupy 44,000 square feet which represents 69.34% of the total of 63,460 square feet in the total center.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of common area maintenance.

The total common area maintenance expense for the fee and leasehold property was $26,799.64

| | | |
|---|---|---|
| Current Common Area Maintenance | | $26,799.64 |
| Administrative Overhead 15% | | N/A |
| Total Cost | | 26,799.64 |
| Pro Rata % | x | 69.34% |
| Pro Rata Share for Year | | 18,582.87 |
| Pro Rata Percent Occupancy | x | 100.00% |
| Pro Rata Share Owed | | 18,582.87 |
| Less: Previously Paid & Accrued 1/1/04 to 12/31/04 | | 11,000.04 |
| NET PRO RATA DUE | | $7,582.83 |

Please contact our office with any questions.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/lll              Exhibit "A"

---

Tennessee Office: 1254 Old Hillsboro Road, Franklin, TN 37069 ▪ (615) 591-5525 ▪ Fax (615) 591-5868
G. Marshall Hart, Jr. (615) 591-5431 ▪ Jeff Hall (615) 591-5368 ▪ Steve Pierce (615) 591-5680 ▪ Jon Thomas (615) 591-6526 ▪ Robert VanSant (615) 591-3918
North Carolina Office: Marlene Klintworth (919) 868-4475

SHOPPING CENTER SPECIALISTS ▪ SOUTHEASTERN USA

Pd 19947.01 12/19/05



# REDD REALTY SERVICES

| | | |
|---|---|---|
| A. M. Redd, Jr. | (404) 841-0123, ext. 104 | |
| Margaret P. Staats | (404) 841-0123, ext. 102 | |
| William M. Lybrook, IV | (404) 841-0123, ext. 105 | |
| Jacqueline J. Wicker | (404) 841-0123, ext. 101 | |
| Vicki C. Wilkins | (404) 841-0123, ext. 100 | |
| Brandi G. Swilling | (404) 841-0123, ext. 111 | |

4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123   FAX (404) 841-0127

www.reddrealty.com

October 26, 2005

Ms. Jay Archambault
Winn Dixie La.
PO Box 51059
New Orleans, La. 70151

RE:   Winn-Dixie Store #579, Tiger Crossing Shopping
       Center, Auburn, Alabama, 2005 Property Taxes

Dear Ms. Archambault:

In regard to the above referenced shopping center, you occupy 44,000 square feet which represents 94.02% of the total of 46,800 square feet covered by the enclosed property tax bill.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of property taxes.

The total property tax expense for city and county for the fee and leasehold property in 2005 was $35,039.52. (Please note that the tax bill for 2004 was $33,457.32.)

| | | |
|---|---|---:|
| Current Taxes | | $35,039.52 |
| Administrative Overhead 15% | | N/A |
| Total Cost | | 35,039.52 |
| Pro Rata % | x | 94.02% |
| Pro Rata Share for Year | | 32,944.16 |
| Pro Rata Percent Occupancy | x | 100.00% |
| Pro Rata Share Owed | | 32,944.16 |
| Less: Previously Paid & Accrued 1/1/05 to 12/31/05 | | -0- |
| NET PRO RATA OWED | | $32,944.16 |

Make your check payable to TIGER CROSSING, W.D. and mail c/o Redd Realty Services, 4200 Northside Parkway, Building 10, Suite 101, Atlanta, Georgia 30327. Please make sure your payment comes to our office in Atlanta as rents are sent to our mortgagee.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/111

Tennessee Office: 1254 Old Hillsboro Road, Franklin, TN 37069 ■ (615) 591-5525 ■ Fax (615) 591-5868
G. Marshall Hart, Jr. (615) 591-5431 ■ Jeff Hall (615) 591-5368 ■ Steve Pierce (615) 591-5680 ■ Jon Thomas (615) 591-6526 ■ Robert VanSant (615) 591-3918
North Carolina Office: Marlane Klintworth (919) 868-4475

SHOPPING CENTER SPECIALISTS ■ SOUTHEASTERN USA



**OLINE W. PRICE, ACTA**
REVENUE COMMISSIONER, LEE COUNTY
P.O. BOX 2413
OPELIKA, ALABAMA 36803-2413

BILL NUMBER        29039

PPIN NUMBER        40373

**TOTAL TAX & FEES PAY THIS AMOUNT** $ 40051.80

**PROPERTY TAX NOTICE**

A2S-G TAX YEAR-2005

PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
PERMIT NO. 359
OPELIKA, AL

BILL NUMBER 29085

PPIN NUMBER 40373

**TOTAL TAX & FEES PAY THIS AMOUNT** $ 40051.80

Univ

09-08-28-2-000-047.000
1625 E UNIVERSITY DR
DB 1567 PG 342
LOT 85-A

CHAPPELL S/D
6TH A

DDITION

HOMESTEAD NO

TIGER CROSSING
1895 E UNIVERISTY DR
AUBURN              AL 36830

* SEE REVERSE SIDE *            RETURN THIS STUB WITH PAYMENT

---

**OLINE W. PRICE, ACTA**
REVENUE COMMISSIONER, LEE COUNTY
P.O. BOX 2413
OPELIKA, ALABAMA 36803-2413

BILL NUMBER        29086

PPIN NUMBER        40403

**TOTAL TAX & FEES PAY THIS AMOUNT** $ 35039.52

**PROPERTY TAX NOTICE**

ABS-G TAX YEAR-2005

BILL NUMBER 29086

PPIN NUMBER 40403

**TOTAL TAX & FEES PAY THIS AMOUNT** $ 35039.52

Tiger
WD

19-01-01-0-000-017.000
1617 S COLLEGE ST
DB 1855 PG 336
LOT 5-BBB, RESUB LOT 5-BB
, RESUB LOT 5-B, PAGE SD,
                1ST ADD, 1ST RE
V, PG 15/17 SEC 1, TIGER
R25E                 EXCEPT
T PART:COM SE COR LOTT 5-

HOMESTEAD NO

TIGER CROSSING W D
1725 E UNIVERSITY DR
AUBURN              AL 36830

Recipient not at this Address

* SEE REVERSE SIDE *            RETURN THIS STUB WITH PAYMENT





# REDD REALTY SERVICES

| | |
|---|---|
| A. M. Redd, Jr. | (404) 841-0123, ext. 104 |
| Margaret P. Staats | (404) 841-0123, ext. 102 |
| William M. Lybrook, IV | (404) 841-0123, ext. 105 |
| Jacqueline J. Wicker | (404) 841-0123, ext. 101 |
| Vicki C. Wilkins | (404) 841-0123, ext. 100 |
| Brandi G. Swilling | (404) 841-0123, ext. 111 |

4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123   FAX (404) 841-0127

www.reddrealty.com

July 11, 2006

Jay Archambault
Winn Dixie La.
PO Box 51059
New Orleans, La. 70151

RE:  Tiger Crossing Shopping Center, Auburn, Alabama,
     2005 Common Area Maintenance, Winn-Dixie Store #579

Dear Ms. Archambault:

In regard to the above referenced shopping center, you occupy 44,000
square feet which represents 69.34% of the total of 63,460 square feet
in the total center.

Under the terms of your Lease, you are obligated to pay as additional
rent the following pro rata share of common area maintenance.

The total common area maintenance expense for the fee and leasehold
property was $33,947.34

| | | |
|---|---|---|
| Current Common Area Maintenance | | $33,947.34 |
| Administrative Overhead 15% | | N/A |
| Total Cost | | 33,947.34 |
| Pro Rata % | x | 69.34% |
| Pro Rata Share for Year | | 23,539.09 |
| Pro Rata Percent Occupancy | x | 100.00% |
| Pro Rata Share Owed | | 23,539.09 |
| Less: Previously Paid & Accrued | | |
| 1/1/05 to 12/31/05 | | 11,000.04 |
| NET PRO RATA DUE | | $12,539.05 |

Please contact our office with any questions.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/lll

Tennessee Office: 1254 Old Hillsboro Road, Franklin, TN 37069 ▪ (615) 591-5525 ▪ Fax (615) 591-5866
G. Marshall Hart, Jr. (615) 591-5431 ▪ Jeff Hall (615) 591-5368 ▪ Steve Pierce (615) 591-5680 ▪ Jon Thomas (615) 591-6526 ▪ Robert VanSant (615) 591-3918
North Carolina Office: Mariane Klintworth (919) 868-4475

SHOPPING CENTER SPECIALISTS ▪ SOUTHEASTERN USA

*Winn Dixie*
*# 579*

**General Ledger (Cash)**
**Tiger Crossing - Winn Dixie - (tigwd)**
**Months: Jan 05 - Dec 05**

*Page 1*

Page 1
3/21/2006
03:59 PM

| Property | Date | Period | Description | Control | Refer | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6200** | | | Repair & Maintenance (CA | | | | | 0.00 | = Beginning Balance = |
| tigwd | 01/06/05 | 01/05 | (long) Long's Pressure Was | K-503 | 100083 | 145.00 | | 145.00 | Cleaning Sidewalks |
| tigwd | 01/06/05 | 01/05 | (long) Long's Pressure Was | K-504 | 100083 | 145.00 | | 290.00 | Cleaning Sidewalks |
| tigwd | 01/26/05 | 01/05 | (long) Long's Pressure Was | K-506 | 100085 | 145.00 | | 435.00 | Cleaning Sidewalks |
| tigwd | 02/09/05 | 02/05 | (long) Long's Pressure Was | K-509 | 100087 | 145.00 | | 580.00 | Cleaning Sidewalks |
| tigwd | 02/15/05 | 02/05 | (hy&g) HY&G Construction | K-513 | 100091 | 600.00 | | 1,180.00 | Irrigation Repair |
| tigwd | 02/22/05 | 02/05 | (long) Long's Pressure Was | K-515 | 100093 | 145.00 | | 1,325.00 | Cleaning Sidewalks |
| tigwd | 03/10/05 | 03/05 | (long) Long's Pressure Was | K-520 | 100098 | 145.00 | | 1,470.00 | cleaning sidewalks |
| tigwd | 03/16/05 | 03/05 | (long) Long's Pressure Was | K-522 | 100099 | 145.00 | | 1,615.00 | Cleaning sidewalks |
| tigwd | 04/11/05 | 04/05 | (long) Long's Pressure Was | K-528 | 100103 | 145.00 | | 1,760.00 | Cleaning Sidewalks |
| tigwd | 05/05/05 | 05/05 | (long) Long's Pressure Was | K-533 | 100107 | 145.00 | | 1,905.00 | Cleaning sidewalks |
| tigwd | 05/26/05 | 05/05 | (long) Long's Pressure Was | K-534 | 100108 | 145.00 | | 2,050.00 | Cleaning Sidewalks |
| tigwd | 06/08/05 | 06/05 | (long) Long's Pressure Was | K-539 | 100112 | 145.00 | | 2,195.00 | Cleaning Sidewalks |
| tigwd | 06/22/05 | 06/05 | (long) Long's Pressure Was | K-541 | 100114 | 145.00 | | 2,340.00 | Cleaning Sidewalks |
| tigwd | 07/13/05 | 07/05 | (long) Long's Pressure Was | K-548 | 100119 | 145.00 | | 2,485.00 | Cleaning Sidewalks |
| tigwd | 07/20/05 | 07/05 | (long) Long's Pressure Was | K-550 | 100121 | 145.00 | | 2,630.00 | Cleaning Sidewalks |
| tigwd | 08/11/05 | 08/05 | (long) Long's Pressure Was | K-556 | 100126 | 145.00 | | 2,775.00 | Cleaning sidewalks |
| tigwd | 08/17/05 | 08/05 | (long) Long's Pressure Was | K-557 | 100127 | 145.00 | | 2,920.00 | Cleaning Sidewalks |
| tigwd | 09/21/05 | 09/05 | (long) Long's Pressure Was | K-565 | 100135 | 145.00 | | 3,065.00 | Cleaning sidewalks |
| tigwd | 10/12/05 | 10/05 | (long) Long's Pressure Was | K-571 | 100140 | 145.00 | | 3,210.00 | Cleaning sidewalks |
| tigwd | 10/12/05 | 10/05 | (long) Long's Pressure Was | K-572 | 100140 | 145.00 | | 3,355.00 | Cleaning sidewalks |
| tigwd | 11/15/05 | 11/05 | (long) Long's Pressure Was | K-578 | 100145 | 145.00 | | 3,500.00 | Cleaning sidewalks (10/19/0 |
| tigwd | 11/15/05 | 11/05 | (long) Long's Pressure Was | K-579 | 100145 | 145.00 | | 3,645.00 | Cleaning sidewalks (11/3/05) |
| tigwd | 12/08/05 | 12/05 | (long) Long's Pressure Was | K-586 | 100151 | 145.00 | | 3,790.00 | Cleaning sidewalks |
| tigwd | 12/08/05 | 12/05 | (long) Long's Pressure Was | K-587 | 100151 | 145.00 | | 3,935.00 | Cleaning sidewalks |
| | | | NetChange= 3,935.00 | | | | | 3,935.00 | = Ending Balance = |
| **6220** | | | Sweeping & Cleaning | | | | | 0.00 | = Beginning Balance = |
| tigwm | 01/06/05 | 01/05 | (prof) Professional Sweeping | K-747 | 90890 | 820.00 | | 820.00 | 12/04 Sweeping |
| tigwm | 02/08/05 | 02/05 | (prof) Professional Sweeping | K-770 | 90914 | 820.00 | | 1,640.00 | MONTHLY SWEEPING-TIG |
| tigwm | 03/16/05 | 03/05 | (prof) Professional Sweeping | K-799 | 90939 | 820.00 | | 2,460.00 | 2/05 Sweeping |
| tigwm | 04/18/05 | 04/05 | (prof) Professional Sweeping | K-831 | 90968 | 820.00 | | 3,280.00 | 3/05 Sweeping |
| tigwm | 05/05/05 | 05/05 | (prof) Professional Sweeping | K-849 | 90982 | 820.00 | | 4,100.00 | MONTHLY SWEEPING-TIG |
| tigwm | 06/09/05 | 06/05 | (prof) Professional Sweeping | K-874 | 91006 | 820.00 | | 4,920.00 | MONTHLY SWEEPING-TIG |
| tigwm | 07/13/05 | 07/05 | (prof) Professional Sweeping | K-900 | 91028 | 820.00 | | 5,740.00 | MONTHLY SWEEPING-TIG |
| tigwm | 08/17/05 | 08/05 | (prof) Professional Sweeping | K-924 | 91051 | 820.00 | | 6,560.00 | MONTHLY SWEEPING-TIG |
| tigwm | 09/12/05 | 09/05 | (prof) Professional Sweeping | K-942 | 91066 | 820.00 | | 7,380.00 | MONTHLY SWEEPING-TIG |
| tigwm | 10/12/05 | 10/05 | (prof) Professional Sweeping | K-967 | 91090 | 820.00 | | 8,200.00 | 9/05 Sweeping |
| tigwm | 11/15/05 | 11/05 | (prof) Professional Sweeping | K-992 | 91112 | 820.00 | | 9,020.00 | MONTHLY SWEEPING-TIG |
| tigwm | 12/13/05 | 12/05 | (prof) Professional Sweeping | K-1014 | 91133 | 820.00 | | 9,840.00 | 11/05 sweeping |
| | | | NetChange= 9,840.00 | | | | | 9,840.00 | = Ending Balance = |
| **6225** | | | Landscaping | | | | | 0.00 | = Beginning Balance = |
| tigwm | 01/06/05 | 01/05 | (prolawn) Pro Lawns, Inc. | K-746 | 90891 | 145.00 | | 145.00 | 12/04 Lawn Maintenance |
| tigwm | 01/12/05 | 01/05 | (uni) University Lawn Care | K-754 | 90898 | 800.00 | | 945.00 | Monthly Lawn Maintenance |
| tigwm | 02/04/05 | 02/05 | (prolawn) Pro Lawns, Inc. | K-766 | 90910 | 145.00 | | 1,090.00 | Monthly Lawn Maintenance- |
| tigwm | 02/15/05 | 02/05 | (uni) University Lawn Care | K-774 | 90918 | 800.00 | | 1,890.00 | Monthly Lawn Maintenance |
| tigwm | 03/04/05 | 03/05 | (prolawn) Pro Lawns, Inc. | K-789 | 90930 | 145.00 | | 2,035.00 | Monthly Lawn Maintenance- |
| tigwm | 03/16/05 | 03/05 | (uni) University Lawn Care | K-800 | 90940 | 800.00 | | 2,835.00 | Monthly Lawn Maintenance |
| tigwm | 04/11/05 | 04/05 | (prolawn) Pro Lawns, Inc. | K-822 | 90958 | 145.00 | | 2,980.00 | March Lawn Maintenance |
| tigwm | 04/26/05 | 04/05 | (uni) University Lawn Care | K-835 | 90971 | 800.00 | | 3,780.00 | Monthly Lawn Maintenance |
| tigwm | 05/05/05 | 05/05 | (prolawn) Pro Lawns, Inc. | K-848 | 90983 | 145.00 | | 3,925.00 | 4/05 Lawn Maintenance on |
| tigwm | 05/05/05 | 05/05 | (uni) University Lawn Care | K-847 | 90984 | 800.00 | | 4,725.00 | Monthly Lawn Maintenance |
| tigwm | 06/09/05 | 06/05 | (uni) University Lawn Care | K-867 | 91000 | 800.00 | | 5,525.00 | Monthly Lawn Maintenance |
| tigwm | 06/09/05 | 06/05 | (prolawn) Pro Lawns, Inc. | K-873 | 91007 | 145.00 | | 5,670.00 | 5/05 Lawn Maintenance |
| tigwm | 07/13/05 | 07/05 | (prolawn) Pro Lawns, Inc. | K-899 | 91029 | 145.00 | | 5,815.00 | Monthly Lawn Maintenance- |
| tigwm | 07/13/05 | 07/05 | (uni) University Lawn Care | K-898 | 91030 | 800.00 | | 6,615.00 | Monthly Lawn Maintenance |
| tigwm | 08/11/05 | 08/05 | (prolawn) Pro Lawns, Inc. | K-919 | 91048 | 145.00 | | 6,760.00 | Monthly Lawn Maintenance- |
| tigwm | 08/11/05 | 08/05 | (uni) University Lawn Care | K-918 | 91049 | 800.00 | | 7,560.00 | Monthly Lawn Maintenance |
| tigwm | 08/30/05 | 08/05 | (prolawn) Pro Lawns, Inc. | K-926 | 91052 | 145.00 | | 7,705.00 | Monthly Lawn Maintenance- |
| tigwm | 09/21/05 | 09/05 | (uni) University Lawn Care | K-945 | 91070 | 800.00 | | 8,505.00 | Monthly Lawn Maintenance |
| tigwm | 10/06/05 | 10/05 | (prolawn) Pro Lawns, Inc. | K-959 | 91082 | 145.00 | | 8,650.00 | Monthly Lawn Maintenance- |
| tigwm | 10/12/05 | 10/05 | (uni) University Lawn Care | K-958 | 91091 | 800.00 | | 9,450.00 | 9/05 Sweeping |
| tigwm | 11/04/05 | 11/05 | (prolawn) Pro Lawns, Inc. | K-983 | 91102 | 145.00 | | 9,595.00 | 10/05 Monthly Lawn Mainten |
| tigwm | 11/21/05 | 11/05 | (uni) University Lawn Care | K-993 | 91113 | 800.00 | | 10,395.00 | Monthly Lawn Maintenance |
| tigwm | 12/08/05 | 12/05 | (prolawn) Pro Lawns, Inc. | K-994 | 91123 | 145.00 | | 10,540.00 | Monthly Lawn Maintenance- |
| | | | NetChange= 10,540.00 | | | | | 10,540.00 | = Ending Balance = |

*Winn Dixie*
*#579*

**General Ledger (Cash)**
**Tiger Crossing Shopping Center - (tigwm)**
**Months: Jan 05 - Dec 05**

*Page 2*

Page 1
3/21/2006
03:55 PM

| Property | Date | Period | Description | Control | Refer | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6415 | | | Electricity | | | | | 0.00 | = Beginning Balance = |
| tigwm | 01/12/05 | 01/05 | (alabam) Alabama Power Co | K-750 | 90894 | 153.08 | | 153.08 | Acct. #51943-90009 04 |
| tigwm | 01/12/05 | 01/05 | (alabam) Alabama Power Co | K-751 | 90895 | 12.56 | | 165.64 | Acct. #87853-89002 04 |
| tigwm | 01/12/05 | 01/05 | (alabam) Alabama Power Co | K-752 | 90896 | 298.65 | | 464.29 | Acct. #50893-90059 04 |
| tigwm | 02/15/05 | 02/05 | (alabam) Alabama Power Co | K-775 | 90916 | 296.80 | | 761.09 | Acct. #50893-90059 04 |
| tigwm | 02/15/05 | 02/05 | (alabam) Alabama Power Co | K-776 | 90917 | 157.83 | | 918.92 | Acct. #51943-90009 04 |
| tigwm | 03/10/05 | 03/05 | (alabam) Alabama Power Co | K-795 | 90935 | 290.94 | | 1,209.86 | Acct. #50893-90059 04 |
| tigwm | 03/10/05 | 03/05 | (alabam) Alabama Power Co | K-796 | 90936 | 12.24 | | 1,222.10 | Acct. #87853-89002 04 |
| tigwm | 03/10/05 | 03/05 | (alabam) Alabama Power Co | K-797 | 90937 | 162.35 | | 1,384.45 | Acct. #51943-90009 04 |
| tigwm | 04/11/05 | 04/05 | (alabam) Alabama Power Co | K-818 | 90954 | 157.98 | | 1,542.43 | Acct. #51943-90009 04 |
| tigwm | 04/11/05 | 04/05 | (alabam) Alabama Power Co | K-819 | 90955 | 12.08 | | 1,554.51 | Acct. #87853-89002 04 |
| tigwm | 05/12/05 | 05/05 | (alabam) Alabama Power Co | K-853 | 90987 | 12.15 | | 1,566.66 | Acct. #87853-89002 04 |
| tigwm | 05/12/05 | 05/05 | (alabam) Alabama Power Co | K-854 | 90988 | 143.03 | | 1,709.69 | Acct. #51943-90009 04 |
| tigwm | 05/12/05 | 05/05 | (alabam) Alabama Power Co | K-855 | 90989 | 261.11 | | 1,970.80 | Acct. #50893-90059 04 |
| tigwm | 06/09/05 | 06/05 | (alabam) Alabama Power Co | K-868 | 91001 | 131.14 | | 2,101.94 | Acct. #51943-90009 04 |
| tigwm | 06/09/05 | 06/05 | (alabam) Alabama Power Co | K-869 | 91002 | 262.27 | | 2,364.21 | Acct. #50893-90059 04 |
| tigwm | 06/09/05 | 06/05 | (alabam) Alabama Power Co | K-870 | 91003 | 11.93 | | 2,376.14 | Acct. #87853-89002 04 |
| tigwm | 07/13/05 | 07/05 | (alabam) Alabama Power Co | K-894 | 91025 | 109.73 | | 2,485.87 | Acct. #51943-90009 04 |
| tigwm | 07/13/05 | 07/05 | (alabam) Alabama Power Co | K-895 | 91026 | 281.59 | | 2,767.46 | Acct. #50893-90059 04 |
| tigwm | 07/29/05 | 07/05 | (alabam) Alabama Power Co | K-910 | 91040 | 12.57 | | 2,780.03 | Acct. #87853-89002 04 |
| tigwm | 08/11/05 | 08/05 | (alabam) Alabama Power Co | K-915 | 91045 | 307.09 | | 3,087.12 | Acct. #50893-90059 04 |
| tigwm | 08/11/05 | 08/05 | (alabam) Alabama Power Co | K-916 | 91046 | 12.11 | | 3,099.23 | Acct. #87853-89002 04 |
| tigwm | 08/11/05 | 08/05 | (alabam) Alabama Power Co | K-917 | 91047 | 86.52 | | 3,185.75 | Acct. #51943-90009 04 |
| tigwm | 09/12/05 | 09/05 | (alabam) Alabama Power Co | K-938 | 91062 | 12.94 | | 3,198.69 | Acct. #87853-89002 04 |
| tigwm | 09/12/05 | 09/05 | (alabam) Alabama Power Co | K-939 | 91063 | 101.58 | | 3,300.27 | Acct. #51943-90009 04 |
| tigwm | 09/12/05 | 09/05 | (alabam) Alabama Power Co | K-940 | 91064 | 297.69 | | 3,597.96 | Acct. #50893-90059 04 |
| tigwm | 10/12/05 | 10/05 | (alabam) Alabama Power Co | K-964 | 91087 | 12.45 | | 3,610.41 | Acct. #87853-89002 04 |
| tigwm | 10/12/05 | 10/05 | (alabam) Alabama Power Co | K-965 | 91088 | 111.71 | | 3,722.12 | Acct. #51943-90009 04 |
| tigwm | 10/12/05 | 10/05 | (alabam) Alabama Power Co | K-966 | 91089 | 298.42 | | 4,020.54 | Acct. #50893-90059 04 |
| tigwm | 11/08/05 | 11/05 | (alabam) Alabama Power Co | K-988 | 91108 | 84.40 | | 4,104.94 | Acct. #51943-90009 |
| tigwm | 11/08/05 | 11/05 | (alabam) Alabama Power Co | K-989 | 91109 | 13.10 | | 4,118.04 | Account #87853-89002 |
| tigwm | 11/08/05 | 11/05 | (alabam) Alabama Power Co | K-990 | 91110 | 306.05 | | 4,424.09 | Account #50893-90059 |
| tigwm | 12/13/05 | 12/05 | (alabam) Alabama Power Co | K-1009 | 91128 | 13.62 | | 4,437.71 | Acct. #87853-89002 04 |
| tigwm | 12/13/05 | 12/05 | (alabam) Alabama Power Co | K-1010 | 91129 | 93.54 | | 4,531.25 | Acct. #51943-90009 04 |
| tigwm | 12/13/05 | 12/05 | (alabam) Alabama Power Co | K-1011 | 91130 | 345.04 | | 4,876.29 | Acct. #50893-90059 04 |
| | | | NetChange= 4,876.29 | | | | | 4,876.29 | = Ending Balance = |
| | | | | | | | | | |
| 6430 | | | Water & Sewer | | | | | 0.00 | = Beginning Balance = |
| tigwm | 01/12/05 | 01/05 | (water) The Water Works Bo | K-755 | 90899 | 392.86 | | 392.86 | Acct. #20/10100-4 |
| tigwm | 02/04/05 | 02/05 | (water) The Water Works Bo | K-768 | 90912 | 318.87 | | 711.73 | Acct. #20/10100-4, Cust. #4 |
| tigwm | 02/04/05 | 02/05 | (water) The Water Works Bo | K-769 | 90913 | 8.39 | | 720.12 | Acct. #20/10300-2, Cust. #1 |
| tigwm | 03/04/05 | 03/05 | (water) The Water Works Bo | K-791 | 90932 | 358.33 | | 1,078.45 | Acct. #20/10100-4 |
| tigwm | 03/04/05 | 03/05 | (water) The Water Works Bo | K-792 | 90933 | 8.39 | | 1,086.84 | Acct. #20/10300-2 |
| tigwm | 04/11/05 | 04/05 | (water) The Water Works Bo | K-823 | 90959 | 8.39 | | 1,095.23 | Acct. #20/10300-2 |
| tigwm | 04/11/05 | 04/05 | (water) The Water Works Bo | K-824 | 90960 | 437.26 | | 1,532.49 | Acct. #20/10100-4 |
| tigwm | 05/05/05 | 05/05 | (water) The Water Works Bo | K-850 | 90985 | 8.39 | | 1,540.88 | Acct. #20/10300-2, Cust. #1 |
| tigwm | 05/05/05 | 05/05 | (water) The Water Works Bo | K-851 | 90986 | 348.47 | | 1,889.35 | Acct. #20/10100-4, Cuts. #4 |
| tigwm | 06/09/05 | 06/05 | (water) The Water Works Bo | K-875 | 91008 | 5.60 | | 1,894.95 | Acct. #20/10300-2 |
| tigwm | 06/09/05 | 06/05 | (water) The Water Works Bo | K-876 | 91009 | 318.87 | | 2,213.82 | Acct. #20/10100-4 |
| tigwm | 06/09/05 | 06/05 | (water) The Water Works Bo | K-877 | 91010 | 178.00 | | 2,391.82 | Acct. #30/700000-3 Annual |
| tigwm | 07/07/05 | 07/05 | (water) The Water Works Bo | K-889 | 91022 | 259.68 | | 2,651.50 | Acct. #20/10100-4 |
| tigwm | 07/07/05 | 07/05 | (water) The Water Works Bo | K-890 | 91023 | 2.80 | | 2,654.30 | Acct. #20/10300-2 |
| tigwm | 08/05/05 | 08/05 | (water) The Water Works Bo | K-912 | 91042 | 5.60 | | 2,659.90 | Acct. #20/10300-2 |
| tigwm | 08/05/05 | 08/05 | (water) The Water Works Bo | K-913 | 91043 | 279.41 | | 2,939.31 | Acct. #20/10100-4 |
| tigwm | 09/12/05 | 09/05 | (water) The Water Works Bo | K-943 | 91067 | 8.39 | | 2,947.70 | Acct. #20/10300-2, Cust. #1 |
| tigwm | 09/12/05 | 09/05 | (water) The Water Works Bo | K-944 | 91068 | 279.41 | | 3,227.11 | Acct. #20/10100-4 |
| tigwm | 10/06/05 | 10/05 | (water) The Water Works Bo | K-961 | 91084 | 270.39 | | 3,497.50 | Acct. #20/10100-4 |
| tigwm | 10/06/05 | 10/05 | (water) The Water Works Bo | K-962 | 91085 | 8.80 | | 3,506.30 | Acct. #20/10300-2 |
| tigwm | 11/04/05 | 11/05 | (water) The Water Works Bo | K-980 | 91103 | 178.00 | | 3,684.30 | Acct. #30/700000-3 |
| tigwm | 11/04/05 | 11/05 | (water) The Water Works Bo | K-981 | 91104 | 8.80 | | 3,693.10 | Acct. #20/10300-2 |
| tigwm | 11/04/05 | 11/05 | (water) The Water Works Bo | K-982 | 91105 | 640.19 | | 4,333.29 | Acct. #20/10100-4 |
| tigwm | 12/08/05 | 12/05 | (water) The Water Works Bo | K-1008 | 91127 | 422.76 | | 4,756.05 | Acct. #20/10100-4 |
| | | | NetChange= 4,756.05 | | | | | 4,756.05 | = Ending Balance = |

# Tenant Ledger

| | |
|---|---|
| Date: | 07/10/06 |
| Tenant Code: | winn |
| Property: | tigwd |
| Unit: | 101 |
| Status: | Current |
| Rent: | 0.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/02/95 |
| Move Out Date: | |
| Due Day: | 1 |
| Tel# (O): | |
| Tel# (H): | |

Winn Dixie
1613 South College Street
Auburn, AL  36830

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 38,936.80 |
| 01/01/05 | Rent | 26,583.33 | | 65,520.13 |
| 01/01/05 | Common Area Maintenance | 916.67 | | 66,436.80 |
| 01/10/05 | chk# 007422418  2004 insurance rec'd | | 7,480.23 | 58,956.57 |
| 01/20/05 | chk# 007430097  2004 Property Tax Rec'd | | 31,456.57 | 27,500.00 |
| 01/31/05 | chk# 086220  Jan, 05 rent rec'd | | 27,500.00 | 0.00 |
| 02/01/05 | Rent | 26,583.33 | | 26,583.33 |
| 02/01/05 | Common Area Maintenance | 916.67 | | 27,500.00 |
| 02/04/05 | 2004 CAM charges due | ( 7,582.83 ) | | 35,082.83 |
| 02/18/05 | chk# 087077  Feb, 05 Rent Rec'd | | 27,500.00 | 7,582.83 |
| 03/01/05 | Rent | 26,583.33 | | 34,166.16 |
| 03/01/05 | Common Area Maintenance | ( 916.67 ) | | 35,082.83 |
| 03/28/05 | chk# 087730  March, 2005 Rent Only | | ( 26,583.33 ) | 8,499.50 |
| 04/01/05 | Rent | 26,583.33 | | 35,082.83 |
| 04/01/05 | Common Area Maintenance | 916.67 | | 35,999.50 |
| 04/18/05 | chk# 088555  April, 05 Rent Rec'd | | 27,500.00 | 8,499.50 |
| 05/01/05 | Rent | 26,583.33 | | 35,082.83 |
| 05/01/05 | Common Area Maintenance | 916.67 | | 35,999.50 |
| 05/16/05 | chk# 089568  May, 05 Rent Rec'd | | 27,500.00 | 8,499.50 |
| 06/01/05 | Rent | 26,583.33 | | 35,082.83 |
| 06/01/05 | Common Area Maintenance | 916.67 | | 35,999.50 |
| 06/20/05 | chk# 090271  June, 05 Rent Rec'd | | 27,500.00 | 8,499.50 |
| 07/01/05 | Rent | 26,583.33 | | 35,082.83 |
| 07/01/05 | Common Area Maintenance | 916.67 | | 35,999.50 |
| 07/15/05 | 2005 insurance due (06/30/05 - 06/30/06) | 6,930.21 | | 42,929.71 |
| 07/18/05 | chk# 091053  July, 05 Rent Rec'd | | 27,500.00 | 15,429.71 |
| 07/27/05 | chk# 008077753  2005 insurance | | 6,930.21 | 8,499.50 |
| 07/29/05 | roof leak call | 245.00 | | 8,744.50 |
| 08/01/05 | Rent | 26,583.33 | | 35,327.83 |
| 08/01/05 | Common Area Maintenance | 916.67 | | 36,244.50 |
| 08/16/05 | chk# 091770  Aug, 05 Rent Rec'd | | 27,500.00 | 8,744.50 |
| 08/25/05 | chk# 008093646  Roof Leak Call | | 245.00 | 8,499.50 |
| 09/01/05 | Rent | 26,583.33 | | 35,082.83 |
| 09/01/05 | Common Area Maintenance | 916.67 | | 35,999.50 |
| 09/19/05 | chk# 092471  Sept, 05 Rent Rec' | | 27,500.00 | 8,499.50 |
| 10/01/05 | Rent | 26,583.33 | | 35,082.83 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 07/10/06 |
| Tenant Code: | winn |
| Property: | tigwd |
| Unit: | 101 |
| Status: | Current |
| Rent: | 0.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/02/95 |
| Move Out Date: | |
| Due Day: | 1 |
| Tel# (O): | |
| Tel# (H): | |

**Winn Dixie**
**1613 South College Street**
**Auburn, AL   36830**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 35,082.83 |
| 10/01/05 | Common Area Maintenance | 916.67 | | 35,999.50 |
| 10/26/05 | 2005 Property Taxes Due | ( 32,944.16) | | 68,943.66 |
| 11/01/05 | Rent | 26,583.33 | | 95,526.99 |
| 11/01/05 | Common Area Maintenance | 916.67 | | 96,443.66 |
| 11/18/05 | chk# 093984  Oct and Nov Rent Received | | 55,000.00 | 41,443.66 |
| 12/01/05 | Rent | 26,583.33 | | 68,026.99 |
| 12/01/05 | Common Area Maintenance | 916.67 | | 68,943.66 |
| 12/19/05 | chk# 008139569  part prop taxes due | | ( 19,947.01) | 48,996.65 |
| 12/27/05 | chk# 094921  Rent Check rec'd | | 27,500.00 | 21,496.65 |

| Current | 30 Days | | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | | 0.00 | 21,496.65 | 21,496.65 |

# Tenant Ledger

| | |
|---|---|
| Date: | 07/10/06 |
| Tenant Code: | winntigw |
| Property: | tigwd |
| Unit: | WINN |
| Status: | Current |
| Rent: | 0.00 |
| Deposit: | 0.00 |
| Move In Date: | |
| Move Out Date: | |
| Due Day: | 1 |
| Tel# (O) | |
| Tel# (H) | |

**Winn Dixie**
**Tiger WD**
**1619 South College Street, #WINN**
**Auburn, AL   36830**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 21,496.65 |
| 01/01/06 | Credit Fixed Min Rent Due (01/2006) | 26,583.33 | | 48,079.98 |
| 01/01/06 | Common Area Maintenance (01/2006) | 916.67 | | 48,996.65 |
| 01/17/06 | chk# 100337  Jan, 06 Rent Rec'd | | 27,500.00 | 21,496.65 |
| 02/01/06 | Credit Fixed Min Rent Due (02/2006) | 26,583.33 | | 48,079.98 |
| 02/01/06 | Common Area Maintenance (02/2006) | 916.67 | | 48,996.65 |
| 02/28/06 | chk# 101655  Feb, 06 Rent Rec'd | | 27,500.00 | 21,496.65 |
| 03/01/06 | Credit Fixed Min Rent Due (03/2006) | 26,583.33 | | 48,079.98 |
| 03/01/06 | Common Area Maintenance (03/2006) | 916.67 | | 48,996.65 |
| 03/16/06 | chk# 101873  March, 06 Ren tRec'd | | 27,500.00 | 21,496.65 |
| 04/01/06 | Credit Fixed Min Rent Due (04/2006) | 26,583.33 | | 48,079.98 |
| 04/01/06 | Common Area Maintenance (04/2006) | 916.67 | | 48,996.65 |
| 04/24/06 | chk# 102802  April, 06 Rent Rec'd | | 27,500.00 | 21,496.65 |
| 05/01/06 | Credit Fixed Min Rent Due (05/2006) | 26,583.33 | | 48,079.98 |
| 05/01/06 | Common Area Maintenance (05/2006) | 916.67 | | 48,996.65 |
| 06/01/06 | Credit Fixed Min Rent Due (06/2006) | 26,583.33 | | 75,579.98 |
| 06/01/06 | Common Area Maintenance (06/2006) | 916.67 | | 76,496.65 |
| 06/07/06 | chk# 0088565  May, 06 residual rent check rec'd | | 27,500.00 | 48,996.65 |
| 06/23/06 | chk# 0089527  June, 06 Rent Rec'd | | 27,500.00 | 21,496.65 |
| 07/01/06 | Credit Fixed Min Rent Due (07/2006) | 26,583.33 | | 48,079.98 |
| 07/01/06 | Common Area Maintenance (07/2006) | 916.67 | | 48,996.65 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 27,500.00 | 0.00 | 0.00 | 21,496.65 | 48,996.65 |



# REDD REALTY SERVICES

| | |
|---|---|
| A. M. Redd, Jr. | (404) 841-0123, ext. 104 |
| Margaret P. Staats | (404) 841-0123, ext. 102 |
| William M. Lybrook, IV | (404) 841-0123, ext. 105 |
| Jacqueline J. Wicker | (404) 841-0123, ext. 101 |
| Vicki C. Wilkins | (404) 841-0123, ext. 100 |
| Brandi G. Swilling | (404) 841-0123, ext. 111 |

**4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123   FAX (404) 841-0127**

*www.reddrealty.com*

July 20, 2006

Winn Dixie
Attn: Lease Accounting
5050 Edgewood Court
Jacksonville, FL 32254-3699

RE:    Tiger Crossing Shopping Center, Auburn, Alabama, 2006

Insurance, Winn-Dixie Store #579

Dear Madam/Sir:

In regard to the above referenced shopping center, you occupy 44,000 square feet which represents 94.02% of the total of 46,800 square feet in the Winn Dixie parcel. We have had this building insured separately to more closely follow the same pattern as the property taxes for this location.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of insurance.

The total insurance premium for the fee and leasehold property for the period 6/30/06 - 6/30/07 is $8,330.00.

| | |
|---|---|
| Current Insurance Premium | $ 8,330.00 |
| Administrative Overhead 15% | N/A |
| Total Cost | 8,330.00 |
| Pro Rata % | x   94.02% |
| Pro Rata Share for Year | 7,831.87 |
| Pro Rata Percent Occupancy | x   100.00% |
| Pro Rata Share Owed | 7,831.87 |
| Less: Previously Paid & Accrued | |
| 1/1/06 to 12/31/06 | -0- |

NET PRO RATA OWED                                    $7,831.87

Please contact our office with any questions.

Sincerely,

*Laura L. Lovell*

Laura L. Lovell
REDD REALTY SERVICES

Tennessee Office: 1254 Old Hillsboro Road, Franklin, TN 37069 ▪ (615) 591-5525 ▪ Fax (615) 591-5868
G. Marshall Hart, Jr. (615) 591-5431 ▪ Jeff Hall (615) 591-5368 ▪ Steve Pierce (615) 591-5680 ▪ Jon Thomas (615) 591-6526 ▪ Robert VanSant (615) 591-3918
North Carolina Office: Marlene Klintworth (919) 868-4475

SHOPPING CENTER SPECIALISTS ▪ SOUTHEASTERN USA

# Southern Insurance Agency, Inc

**2740 Bert Adams Road NW**

**Suite 200**
**Atlanta GA 30339**
**Phone Number: (770) 434-5000**

# Invoice

| Account | 00001007 |
|---|---|
| Policy | Various |
| Invoice | |
| Date | 07/14/2006 |
| Page | |

**A.M. Redd, Jr. - General Partner**
**4200 Northside Parkway, N.W.**
**Building 10, Suite 101**
**Atlanta, GA   30327**

| Account Executive |
|---|
| Southern Insurance Agency, Inc. |

| Account Representative |
|---|
| Johnnie Mae Hall-Gaston |

Return this portion with your payment

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Insured's Name | Policy Number | Policy Period |
|---|---|---|
| A.M. Redd, Jr. - General Partner | Various | 06/30/2006 - 06/30/2007 |

| Transaction Type | Effective | Company | Description | Amount |
|---|---|---|---|---|
| Renewal | 06-30-00 | ST. Paul Travelers | Tiger WD | |
| | | | 1613 S.College Ave.,Auburn,AL | |
| | | | #680-397C587 -Property | $5,566 |
| | | | #680-397C587 - General Liability | $2,159 |
| | | | #CUP3901Y27A - Umbrella | $605 |
| | | | **Paid in Full** | |

| Invoice Total |
|---|
| **$8,330** |

Thank You

| Southern Insurance Agency, Inc. | Invoice Number | Date |
|---|---|---|
| (770) 434-5000 | | 07/14/2006 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                    )
                                          )    Chapter 11
WINN-DIXIE STORES, INC., et al., )
                                          )    Case No. 05—03817-3F1
        Debtors.                         )    Jointly Administered
_____)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing TIGER CROSSING, W.D.'S (STORE 579) RESPONSE TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

D.J. Baker, Esq,                          also via e-mail
Skadden, Arps, Slate, Meagher & Flom, LLC    djbaker@skadden.com
Four Times Square
New York, New York 10036

Elena L. Escamilla, Esq.
Office of the U.S. Trustee
Suite 620
135 W. Central Boulevard
Orlando, Florida 32806

Cynthia C. Jackson, Esq.                  also via e-mail
Smith Hulsey & Busey                      cjackson@smithhulsey.com
Suite 1800
225 Water Street
Jacksonville, Florida 32202

This 28th day of July, 2006.


                                    /s/Annette Kerlin McBrayer
                                    Annette Kerlin McBrayer


AT·449078v1

3

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA  30326
(404) 923-9000