Form B10 (Official Form 10) (04/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**
**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered**

Chapter 11
**PROOF OF CLAIM**

**DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: Winn-Dixie Montgomery, Inc. Case No. 05bk-03837-3F1
(See List of Names and Case Numbers on Reverse Side)

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

**A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):** Tiger Crossing W.D., an Alabama general general partnership d/b/a

19948431
Creditor Id: WDX-2639-B1-07
UNIVERSITY CROSSING
C/O REED REALTY SERVICES
4200 NORTHSIDE PARKWAY
BUILDING 10 ST 101
ATLANTA, GA 30327

(404) 923-9046
Telephone No. of Creditor

(404) 923-9099
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

Your claim is scheduled as follows:

Debtor
Winn-Dixie Montgomery, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$.00
Unliquidated

Claim # 10128

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above ☒ additional address

Name: Annette Kerlin McBrayer
Company/Firm: Epstein Becker & Green, P.C.
Address: 945 East Paces Ferry Road Suite 2700
Atlanta, Georgia 30326

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: WD store 470

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: This is second amendment- 1st amend. Aug. 15, 2005

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☒ Real property lease
- ☐ Personal property lease
- ☐ Other contract
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN:
  Unpaid compensation for services performed from ______ (date) to ______ (date)

**2. Date debt was incurred:** lease dated May 11, 1992

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$ 4,708.34 (unsecured) $ ______ (secured) $ ______ (priority) $ 4,708.34* (Total)

*tenant reserves the right to file a lease rejection claim if lease is rejected

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other ______
Value of Collateral: $______
Amount of arrearage and other charges at time case filed included in secured claim, if any: $______

**6. Unsecured Nonpriority Claim $**______
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $______
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 7-26-06

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:**

Print: Annette Kerlin McBrayer Title: Attorney
Signature: [signature]

Exhibit "B"

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | |
| | Case No. 05—03817-3F1 |
| Debtors. | Jointly Administered |

**TIGER CROSSING d/b/a UNIVERSITY CROSSING SHOPPING CENTER'S (STORE 470) SECOND AMENDMENT TO PROOF OF CLAIM No. 10128**

| Description | Dollar Amount |
|---|---|
| 2005 pre-petition property taxes ($27,155.12 x .1424657) | $ 3,868.67 |
| 2005 pre-petition CAM adjustment | 839.67 |
| Total | $ 4,708.34 |

Exhibit "A"



REDD REALTY SERVICES

A. M. Redd, Jr. (404) 841-0123 ext 104 Email: buddy@reddrealty.com
Margaret P. Staats (404) 841-0123 ext 102 Email: maggie@reddrealty.com
William M. Lybrook, IV (404) 841-0123 ext 105 Email: will@reddrealty.com

www.reddrealty.com

Ten North Parkway Square
4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123
(404) 841-0127 FAX

October 26, 2005

Ms. Jay Archambault
Winn Dixie La.
PO Box 51059
New Orleans, La. 70151

RE: Winn-Dixie Store #470, University Crossing Shopping Center, Auburn, Alabama, 2005 Property Taxes

Dear Ms. Archambault:

In regard to the above referenced shopping center, you occupy 44,000 square feet which represents 67.80% of the total of 64,900 square feet in the total center.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of property taxes.

The total property tax expense for city and county for the fee and leasehold property in 2005 was $40,051.80. For your information, the 2004 property taxes were $38,593.80.

| | | | |
|---|---|---|---|
| Current Taxes | | $40,051.80 | |
| Administrative Overhead 15% | | N/A | |
| Total Cost | | 40,051.80 | |
| Pro Rata % | x | 67.80% | |
| Pro Rata Share for Year | | 27,155.12 | |
| Pro Rata Percent Occupancy | x | 100.00% | |
| Pro Rata Share Owed | | 27,155.12 | |
| Less: Previously Paid & Accrued 1/1/05 to 12/31/05 | | -0- | |
| NET PRO RATA OWED | | | $27,155.12 |

Make your check payable to UNIVERSITY CROSSING and mail c/o Redd Realty Services, 4200 Northside Parkway, Building 10, Suite 101, Atlanta, Georgia 30327.

Sincerely,

Laura L. Lovell

Laura L. Lovell
REDD REALTY SERVICES

/111

Tennessee office: 1254 Old Hillsboro Road, Franklin, TN 37069 ● (615)591-5525 ● Fax (615)591-5868
G. Marshall Hart, Jr. (615)591-5431 ● Jeff Hall (615)591-5368 ● Steve Pierce (615)591-5680 ● Jon Thomas (615)591-6526 ● Johnny Adaire (615)591-5789 ● Marlane Klintworth (919)868-4472

SHOPPING CENTER SPECIALISTS ● SOUTHEASTERN USA

Oct-11-05 09:27am From- T-790 P.06/06 F-806

Univ

OLINE W. PRICE, ACTA
REVENUE COMMISSIONER, LEE COUNTY
P.O. BOX 2413
OPELIKA, ALABAMA 36803-2413

BILL NUMBER 29085
PPIN NUMBER 40373

TOTAL TAX & FEES PAY THIS AMOUNT $40051.80

09-08-28-2-000-177.000
1625 E UNIVERSITY DR
DB 1567 PG 242
LOT 65-A

CHAPPELL S/D

6TH A

DDITION

HOMESTEAD NO

* SEE REVERSE SIDE *

# PROPERTY TAX NOTICE

PRESORTED FIRST CLASS U.S. POSTAGE PAID PERMIT NO. 35 OPELIKA, AL

A&S-G TAX YEAR-2005

BILL NUMBER 29085
PPIN NUMBER 40373

TOTAL TAX & FEES PAY THIS AMOUNT $ 40051.80

TIGER CROSSING
1695 E UNIVERISTY DR
AUBURN AL 36830

RETURN THIS STUB WITH PAYMENT



**REDD REALTY SERVICES**

A. M. Redd, Jr. (404) 841-0123, ext. 104
Margaret P. Staats (404) 841-0123, ext. 102
William M. Lybrook, IV (404) 841-0123, ext. 105
Jacqueline J. Wicker (404) 841-0123, ext. 101
Vicki C. Wilkins (404) 841-0123, ext. 100
Brandi G. Swilling (404) 841-0123, ext. 111

4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123 FAX (404) 841-0127

www.reddrealty.com

July 11, 2006

Ms. Jay Archambault
Winn Dixie La.
PO Box 51059
New Orleans, La. 70151

RE: Winn-Dixie Store #470,
University Crossing Shopping Center,
2005 Common Area Maintenance

Dear Ms. Archambault:

In regard to the above referenced shopping center, you occupy 44,000 square feet which represents 67.80% of the total of 64,900 square feet in the total center.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of Common Area Maintenance.

The total Common Area Maintenance expense for the fee and leasehold property was $24,412.19.

| | |
|---|---|
| Current CAM Expense | $ 24,412.19 |
| Administrative Overhead 15% | N/A |
| Total CAM Cost | 24,412.19 |
| Pro Rata % | 67.80 % |
| Pro Rata Share for Year | 16,551.46 |
| Pro Rata % Occupancy | 100.00% |
| Pro Rata Share Owed | 16,551.46 |
| Less: Previously Paid & Accrued 1/1/05 to 12/31/05 | 11,000.04 |
| Net Prorata Share Due | $ 5,551.42 |

Please contact our office with any questions.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/111

Tennessee Office: 1254 Old Hillsboro Road, Franklin, TN 37069 ■ (615) 591-5525 ■ Fax (615) 591-5868
G. Marshall Hart, Jr. (615) 591-5431 ■ Jeff Hall (615) 591-5368 ■ Steve Pierce (615) 591-5680 ■ Jon Thomas (615) 591-6526 ■ Robert VanSant (615) 591-3918
North Carolina Office: Mariane Klintworth (919) 868-4475

SHOPPING CENTER SPECIALISTS ■ SOUTHEASTERN USA

Winn Dixie #470

## General Ledger (Cash)
## University Crossing - (univ)
## Months: Jan 05 - Dec 05

Page 1
2/22/2006
11:41 AM

| Property | Date | Period | Description | Control | Refer | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6200 | | | Repair & Maintenance (CA | | | | | 0.00 | = Beginning Balance = |
| univ | 01/06/05 | 01/05 | (long) Long's Pressure Was | K-2145 | 80745 | 185.00 | | 185.00 | Cleaning Sidewalks |
| univ | 01/26/05 | 01/05 | (long) Long's Pressure Was | K-2186 | 80753 | 185.00 | | 370.00 | Cleaning Sidewalks |
| univ | 02/22/05 | 02/05 | (long) Long's Pressure Was | K-2201 | 80766 | 185.00 | | 555.00 | Cleaning Sidewalks |
| univ | 03/16/05 | 03/05 | (long) Long's Pressure Was | K-2213 | 80776 | 185.00 | | 740.00 | Cleaning Sidewalks |
| univ | 03/29/05 | 03/05 | (cannon) Cannon Pest Contr | K-2262 | 80783 | 150.00 | | 890.00 | Termite Bond Annual Renew |
| univ | 04/19/05 | 04/05 | (long) Long's Pressure Was | K-2272 | 80791 | 185.00 | | 1,075.00 | Cleaning Sidewalks |
| univ | 05/05/05 | 05/05 | (long) Long's Pressure Was | K-2287 | 80804 | 185.00 | | 1,260.00 | Cleaning Sidewalks |
| univ | 05/12/05 | 05/05 | (sup) Superior Roofing | K-2294 | 80812 | ~~1,600.00~~ | 2881.38 | 2,860.00 | Roof repairs @ Verizon Wire |
| univ | 05/26/05 | 05/05 | (long) Long's Pressure Was | K-2351 | 80815 | 185.00 | | 3,045.00 | Cleaning sidewalks |
| univ | 06/22/05 | 06/05 | (long) Long's Pressure Was | K-2366 | 80829 | 185.00 | | 3,230.00 | Cleaning Sidewalks |
| univ | 07/20/05 | 07/05 | (long) Long's Pressure Was | K-2381 | 80843 | 185.00 | | 3,415.00 | Cleaning sidewalks |
| univ | 08/11/05 | 08/05 | (starr) R. D. Starr | K-2431 | 80853 | 141.38 | | 3,556.38 | 2 Stop Signs Installed |
| univ | 08/17/05 | 08/05 | (long) Long's Pressure Was | K-2434 | 80858 | 185.00 | | 3,741.38 | Cleaning sidewalks |
| univ | 09/21/05 | 09/05 | (long) Long's Pressure Was | K-2468 | 80872 | 185.00 | | 3,926.38 | Cleaning sidewalks |
| univ | 10/12/05 | 10/05 | (long) Long's Pressure Was | K-2479 | 80883 | 185.00 | | 4,111.38 | Cleaning sidewalks |
| univ | 11/15/05 | 11/05 | (long) Long's Pressure Was | K-2499 | 80899 | 185.00 | | 4,296.38 | Cleaning sidewalks |
| univ | 12/08/05 | 12/05 | (long) Long's Pressure Was | K-2514 | 80912 | 185.00 | | 4,481.38 | Cleaning sidewalks |
| | | | NetChange= 4,481.38 | | | | | 4,431.38 | = Ending Balance = |
| 6220 | | | Sweeping & Cleaning | | | | | 0.00 | = Beginning Balance = |
| univ | 01/06/05 | 01/05 | (prof) Professional Sweeping | K-2146 | 80746 | 645.00 | | 645.00 | 12/04 Sweeping |
| univ | 02/08/05 | 02/05 | (prof) Professional Sweeping | K-2196 | 80762 | 645.00 | | 1,290.00 | Monthly Parking Lot Sweepi |
| univ | 03/16/05 | 03/05 | (prof) Professional Sweeping | K-2214 | 80777 | 645.00 | | 1,935.00 | Monthly Parking Lot Sweepi |
| univ | 04/19/05 | 04/05 | (prof) Professional Sweeping | K-2273 | 80792 | 645.00 | | 2,580.00 | 3/05 Sweeping |
| univ | 05/05/05 | 05/05 | (prof) Professional Sweeping | K-2288 | 80805 | 645.00 | | 3,225.00 | Monthly Parking Lot Sweepi |
| univ | 06/09/05 | 06/05 | (prof) Professional Sweeping | K-2359 | 80822 | 645.00 | | 3,870.00 | Monthly Parking Lot Sweepi |
| univ | 07/13/05 | 07/05 | (prof) Professional Sweeping | K-2377 | 80839 | 645.00 | | 4,515.00 | Monthly Parking Lot Sweepi |
| univ | 08/17/05 | 08/05 | (prof) Professional Sweeping | K-2435 | 80859 | 645.00 | | 5,160.00 | Monthly Parking Lot Sweepi |
| univ | 09/12/05 | 09/05 | (prof) Professional Sweeping | K-2456 | 80870 | 645.00 | | 5,805.00 | Monthly Parking Lot Sweepi |
| univ | 10/12/05 | 10/05 | (prof) Professional Sweeping | K-2480 | 80884 | 645.00 | | 6,450.00 | 9/05 Sweeping |
| univ | 11/15/05 | 11/05 | (prof) Professional Sweeping | K-2500 | 80900 | 645.00 | | 7,095.00 | Monthly Parking Lot Sweepi |
| univ | 12/13/05 | 12/05 | (prof) Professional Sweeping | K-2516 | 80914 | 645.00 | | 7,740.00 | 11/05 sweeping |
| | | | NetChange= 7,740.00 | | | | | 7,740.00 | = Ending Balance = |
| 6225 | | | Landscaping | | | | | 0.00 | = Beginning Balance = |
| univ | 01/12/05 | 01/05 | (uni) University Lawn Care | K-2148 | 80748 | 800.00 | | 800.00 | Monthly Lawn Maintenance |
| univ | 01/12/05 | 01/05 | (uni) University Lawn Care | K-2149 | 80749 | 300.00 | | 1,100.00 | RETENTION POND MAINT |
| univ | 02/15/05 | 02/05 | (uni) University Lawn Care | K-2197 | 80763 | 800.00 | | 1,900.00 | Monthly Lawn Maintenance |
| univ | 02/15/05 | 02/05 | (uni) University Lawn Care | K-2198 | 80764 | 300.00 | | 2,200.00 | RETENTION POND MAINT |
| univ | 03/16/05 | 03/05 | (uni) University Lawn Care | K-2215 | 80778 | 800.00 | | 3,000.00 | Monthly Lawn Maintenance |
| univ | 03/16/05 | 03/05 | (uni) University Lawn Care | K-2216 | 80779 | 300.00 | | 3,300.00 | RETENTION POND MAINT |
| univ | 04/26/05 | 04/05 | (uni) University Lawn Care | K-2275 | 80794 | 800.00 | | 4,100.00 | Monthly Lawn Maintenance |
| univ | 04/26/05 | 04/05 | (uni) University Lawn Care | K-2276 | 80795 | 300.00 | | 4,400.00 | RETENTION POND MAINT |
| univ | 05/05/05 | 05/05 | (uni) University Lawn Care | K-2290 | 80807 | 800.00 | | 5,200.00 | Monthly Lawn Maintenance |
| univ | 05/05/05 | 05/05 | (uni) University Lawn Care | K-2291 | 80808 | 300.00 | | 5,500.00 | RETENTION POND MAINT |
| univ | 06/09/05 | 06/05 | (uni) University Lawn Care | K-2360 | 80823 | 800.00 | | 6,300.00 | Monthly Lawn Maintenance |
| univ | 06/09/05 | 06/05 | (uni) University Lawn Care | K-2361 | 80824 | 300.00 | | 6,600.00 | RETENTION POND MAINT |
| univ | 07/13/05 | 07/05 | (uni) University Lawn Care | K-2378 | 80840 | 800.00 | | 7,400.00 | Monthly Lawn Maintenance |
| univ | 07/13/05 | 07/05 | (uni) University Lawn Care | K-2379 | 80841 | 300.00 | | 7,700.00 | RETENTION POND MAINT |
| univ | 08/11/05 | 08/05 | (uni) University Lawn Care | K-2428 | 80854 | 800.00 | | 8,500.00 | Monthly Lawn Maintenance |
| univ | 08/11/05 | 08/05 | (uni) University Lawn Care | K-2429 | 80855 | 300.00 | | 8,800.00 | RETENTION POND MAINT |
| univ | 09/21/05 | 09/05 | (uni) University Lawn Care | K-2466 | 80873 | 800.00 | | 9,600.00 | Monthly Lawn Maintenance |
| univ | 09/21/05 | 09/05 | (uni) University Lawn Care | K-2467 | 80874 | 300.00 | | 9,900.00 | RETENTION POND MAINT |
| univ | 10/12/05 | 10/05 | (uni) University Lawn Care | K-2481 | 80885 | 800.00 | | 10,700.00 | Monthly Lawn Maintenance |
| univ | 10/12/05 | 10/05 | (uni) University Lawn Care | K-2482 | 80886 | 300.00 | | 11,000.00 | RETENTION POND MAINT |
| univ | 11/21/05 | 11/05 | (uni) University Lawn Care | K-2502 | 80902 | 800.00 | | 11,800.00 | Monthly lawn maintenance |
| univ | 11/21/05 | 11/05 | (uni) University Lawn Care | K-2503 | 80903 | 300.00 | | 12,100.00 | Monthly retention pond maint |
| | | | NetChange= 12,100.00 | | | | | 12,100.00 | = Ending Balance = |
| 6430 | | | Water & Sewer | | | | | 0.00 | = Beginning Balance = |
| univ | 01/06/05 | 01/05 | (water) The Water Works Bo | K-2147 | 80747 | 12.84 | | 12.84 | Acct. #19/251000-2 |
| univ | 02/04/05 | 02/05 | (water) The Water Works Bo | K-2195 | 80761 | 15.07 | | 27.91 | Acct. #19/251000-2 |
| univ | 03/04/05 | 03/05 | (water) The Water Works Bo | K-2210 | 80773 | 19.52 | | 47.43 | Acct. #19/251000-2 |
| univ | 04/11/05 | 04/05 | (water) The Water Works Bo | K-2270 | 80790 | 19.52 | | 66.95 | Acct. #19/251000-2 |
| univ | 05/05/05 | 05/05 | (water) The Water Works Bo | K-2292 | 80809 | 30.65 | | 97.60 | Acct. #19/251000-2 |
| univ | 06/09/05 | 06/05 | (water) The Water Works Bo | K-2362 | 80825 | 234.00 | | 331.60 | Acct. #30/605400-2 Annual |
| univ | 06/09/05 | 06/05 | (water) The Water Works Bo | K-2363 | 80826 | 26.20 | | 357.80 | Acct. #19/251000-2 |
| univ | 06/09/05 | 06/05 | (water) The Water Works Bo | K-2364 | 80827 | 312.00 | | 669.80 | Acct. #30/321000-2 Annual |
| univ | 07/07/05 | 07/05 | (water) The Water Works Bo | K-2376 | 80838 | 10.62 | | 680.42 | Acct. #19/251000-2 |
| univ | 08/11/05 | 08/05 | (water) The Water Works Bo | K-2432 | 80856 | 10.62 | | 691.04 | Acct. #19/251000-2 |
| univ | 11/04/05 | 11/05 | (water) The Water Works Bo | K-2497 | 80897 | 312.00 | | 1,003.04 | Acct. #30/321000-2 |
| univ | 11/04/05 | 11/05 | (water) The Water Works Bo | K-2498 | 80898 | 234.00 | | 1,237.04 | Acct. #30/605400-2 |
| | | | NetChange= 1,237.04 | | | | | 1,237.04 | = Ending Balance = |

Winn Dixie #470

## General Ledger (Cash)
## University Crossing - (univ)
## Months: Jan 05 - Dec 05

| Property | Date | Period | Description | Control | Refer | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6415 | | | Electricity | | | | | 0.00 | = Beginning Balance = |
| univ | 01/26/05 | 01/05 | (alabam) Alabama Power | K-2184 | 80751 | 28.47 | | 28.47 | Acct. #27703-98002 16 |
| univ | 01/26/05 | 01/05 | (alabam) Alabama Power | K-2185 | 80752 | 26.11 | | 54.58 | Acct. #23923-98008 16 |
| univ | 02/28/05 | 02/05 | (alabam) Alabama Power | K-2204 | 80768 | 25.05 | | 79.63 | Acct. #27703-98002 16 |
| univ | 02/28/05 | 02/05 | (alabam) Alabama Power | K-2205 | 80769 | 23.97 | | 103.60 | Acct. #23923-98008 16 |
| univ | 03/29/05 | 03/05 | (alabam) Alabama Power | K-2260 | 80781 | 24.13 | | 127.73 | Acct. #23923-98008 16 |
| univ | 03/29/05 | 03/05 | (alabam) Alabama Power | K-2261 | 80782 | 18.43 | | 146.16 | Acct. #27703-98002 16 |
| univ | 05/01/05 | 05/05 | (alabam) Alabama Power | K-2282 | 80800 | 26.81 | | 172.97 | Acct. #23923-98008 16 |
| univ | 05/05/05 | 05/05 | (alabam) Alabama Power | K-2285 | 80802 | 8.88 | | 181.85 | Acct. #27703-98002 16 |
| univ | 05/26/05 | 05/05 | (alabam) Alabama Power | K-2349 | 80813 | 23.76 | | 205.61 | Acct. #23923-98008 16 |
| univ | 05/26/05 | 05/05 | (alabam) Alabama Power | K-2350 | 80814 | 8.88 | | 214.49 | Acct. #27703-98002 16 |
| univ | 06/29/05 | 06/05 | (alabam) Alabama Power | K-2368 | 80831 | 25.97 | | 240.46 | Acct. #23923-98008 16 |
| univ | 06/29/05 | 06/05 | (alabam) Alabama Power | K-2369 | 80832 | 8.88 | | 249.34 | Acct. #27703-98002 16 |
| univ | 07/29/05 | 07/05 | (alabam) Alabama Power | K-2425 | 80849 | 28.29 | | 277.63 | Acct. #23923-98008 16 |
| univ | 07/29/05 | 07/05 | (alabam) Alabama Power | K-2426 | 80850 | 8.88 | | 286.51 | Acct. #27703-98002 16 |
| univ | 08/30/05 | 08/05 | (alabam) Alabama Power | K-2437 | 80861 | 25.58 | | 312.09 | Acct. #23923-98008 16 |
| univ | 09/12/05 | 09/05 | (alabam) Alabama Power | K-2454 | 80868 | 8.87 | | 320.96 | Acct. #27703-98002 16 |
| univ | 09/28/05 | 09/05 | (alabam) Alabama Power | K-2469 | 80875 | 26.33 | | 347.29 | Acct. #23923-98008 16 |
| univ | 11/01/05 | 11/05 | (alabam) Alabama Power | K-2495 | 80895 | 37.13 | | 384.42 | Acct. #27703-98002 16 |
| univ | 11/01/05 | 11/05 | (alabam) Alabama Power | K-2496 | 80896 | 24.28 | | 408.70 | Acct. #23923-98008 16 |
| univ | 11/29/05 | 11/05 | (alabam) Alabama Power | K-2504 | 80904 | 25.50 | | 434.20 | Acct. #23923-98008 16 |
| univ | 11/29/05 | 11/05 | (alabam) Alabama Power | K-2505 | 80905 | 19.57 | | 453.77 | Acct. #27703-98002 16 |
| | | | NetChange= 453.77 | | | | | 453.77 | = Ending Balance = |