**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | Case No. 05—03817-3F1 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**MOBLEY FAMILY PARTNERSHIP, LP AND REDD FAMILY II, LP d/b/a BLUE ANGEL CROSSING'S (STORE 535) RESPONSE TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

COME NOW Landlord/Creditor Mobley Family Partnership, LP and Redd Family II, LP d/b/a Blue Angel Crossing (Store 535) (hereinafter referred to as "Blue Angel") and object to Debtors' Second Omnibus Motion For Authority To (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief by showing this court as follows:

1.

Blue Angel is the landlord for that certain Winn Dixie store, designated Store 535, in which the Debtor is Winn-Dixie Montgomery, Inc. bankruptcy case no. 05-BK-03837-3F1.

2.

The lease assumption cost scheduled by the Debtor is $6,562.20.

3.

The actual lease assumption cost for Store 535 is as follows:

| Description | Dollar Amount |
|---|---|
| 2005 pre-petition property taxes | $ 4,055.79 |
| 2005 pre-petition CAM adjustment | <661.67> |

| Description | Dollar Amount |
|---|---|
| 2005 post-petition CAM adjustment | 5398.75 |
| 2006 insurance premium | 23,498.86 |
| Total | $32,291.73 |

4.

A true and correct of the lease assumption cost labeled Exhibit "A" is attached hereto and incorporated herein by reference.

5.

By order dated August 23, 2005, counsel was admitted pro hac vice to represent this Landlord/Creditor in this case.

This 28th day of July, 2006.

EPSTEIN BECKER & GREEN,P.C.
Attorneys for Landlords

*/s/Annette Kerlin McBrayer*

Annette Kerlin McBrayer
Georgia Bar No. 415782

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 923-9000



**REDD REALTY SERVICES**

A. M. Redd, Jr. (404) 841-0123 ext 104 Email: buddy@reddrealty.com
Margaret P. Staats (404) 841-0123 ext 102 Email: maggie@reddrealty.com
William M. Lybrook, IV (404) 841-0123 ext 105 Email: will@reddrealty.com

www.reddrealty.com

Ten North Parkway Square
4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123
(404) 841-0127 FAX

November 14, 2005

Ms. Jay Archambault
Winn-Dixie Stores, Inc.
600 Edwards Avenue
Harahan, LA 70123

RE: Blue Angel Crossing, 2005 Property Taxes, Winn Dixie #535

Dear Jay:

In regard to the above referenced shopping center, you occupy 51,282 square feet which represents 75.37% of the total of 68,042 square feet in the total center.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of property taxes.

The total property tax expense for city and county for the fee and leasehold property in 2005 is $39,345.50 based on payment of the tax bills by November 30th. The county has given a reduced value this year because of all the hurricane damage to the area.

Below is the amount owed by Winn Dixie.

| | | |
|---|---|---|
| Current Taxes (if paid by 11/30/05) | $ 37,771.68 | |
| Administrative Overhead 15% | -0- | |
| Total Cost | 37,771.68 | |
| Pro Rata % | x 75.37% | |
| Pro Rata Share for Year | 28,468.52 | |
| Pro Rata Percent Occupancy | x 100.00% | |
| Pro Rata Share Owed | 28,468.52 | |
| Less: Previously Paid & Accrued | -0- | |
| NET AMOUNT DUE | | $ 28,468.52 |

Please send us your check payable to Blue Angel Crossing at your earliest convenience. We will return a paid receipt as soon as we receive it from the County.

Please contact our office with any questions. Thanks for your prompt attention to this matter.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/lll
Enclosures

Exhibit "A"

Tennessee office: 1254 Old Hillsboro Road, Franklin, TN 37069 ● (615)591-5525 ● Fax (615)591-5868
G. Marshall Hart, Jr. (615)591-5431 ● Jeff Hall (615)591-5368 ● Steve Pierce (615)591-5680 ● Jon Thomas (615)591-6526 ● Johnny Adaire (615)591-5789 ● Marlane Klintworth (919)868-4472

SHOPPING CENTER SPECIALISTS ● SOUTHEASTERN USA

JANET HOLLEY, CFC
ESCAMBIA COUNTY TAX COLLECTOR

**2005 Real Estate**

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 09-4548-930 | | 2100320 | 0 | 2100320 | 00 |

2005 Real Estate 0082065.0000

OFFICE (850) 438-65(

TTY FOR THE HEARING IMPAIRED (850) 472-00:

5E - 00078 / 01183 3-9019 JMS2230
REDD FAMILY II PARTNERSHIP
& MOBLEY FAMILY PARTNERSHIP
4200 NORTHSIDE PKWY
BLDG 10 SUITE 101
ATLANTA GA 30327-3052

232S31-1000-000-060
50 S BLUE ANGEL PKWY
LOT 6
BLUE ANGEL CROSSING
PB 16 P 64
OR 3701 P 532

AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | TAXES LEVIED |
|---|---|---|
| COUNTY OF ESCAMBIA | 8.7560 | 18390.40 |
| SCHOOL BOARD OF ESCAMBIA CO. | 8.0330 | 16871.87 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0500 | 105.02 |
| M.S.T.U. - SHERIFF | 0.7470 | 1568.94 |
| TOTAL MILLAGE | 17.5860 | AD VALOREM TAXES 36936.23 |

RETAIN THI PORTION FOR YOUR RECORDS

ESCAMBIA COUNTY TAX COLLECTOR * P.O. BOX 1312 * PENSACOLA, FL 32591-1312

NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| FIRE (CALL 595-4960) | | 2409.27 |
| NON-AD VALOREM ASSESSMENTS | | 2409.27 |

PLEASE PAY ONL\ ONE AMOUNT SHOWN I! YELLOW SHADED AREA

COMBINED TAXES AND ASSESSMENTS 39345.50 — PAY ONLY ONE AMOUNT — See reverse side for Important Information

| If Paid by the Amount is | Nov 30 2005 | Dec 31 2005 | Jan 31 2006 | Feb 28 2006 | Mar 31 2006 |
|---|---|---|---|---|---|
| | 37771.68 | 38165.13 | 38558.59 | 38952.04 | 39345.50 |

AMOU! DUE IF PAI BY

JANET HOLLEY, CFC
ESCAMBIA COUNTY TAX COLLECTOR

**2005 Real Estate**

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 09-4548-930 | | 2100320 | 0 | 2100320 | 00 |

2005 Real Estate 0082065.0000

REDD FAMILY II PARTNERSHIP
& MOBLEY FAMILY PARTNERSHIP
4200 NORTHSIDE PKWY
BLDG 10 SUITE 101
ATLANTA GA 30327-3052

232S31-1000-000-060
50 S BLUE ANGEL PKWY
LOT 6
BLUE ANGEL CROSSING
PB 16 P 64
OR 3701 P 532

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312 (850) 438-6500

| If Paid by the Amount is | Nov 30 2005 | Dec 31 2005 | Jan 31 2006 | Feb 28 2006 | Mar 31 2006 |
|---|---|---|---|---|---|
| | 37771.68 | 38165.13 | 38558.59 | 38952.04 | 39345.50 |

RETURN WI PAYMEN1

0000000000 0003934550 00000008206 50000 0001 1





**REDD REALTY SERVICES**

A. M. Redd, Jr. (404) 841-0123, ext. 104
Margaret P. Staats (404) 841-0123, ext. 102
William M. Lybrook, IV (404) 841-0123, ext. 105
Jacqueline J. Wicker (404) 841-0123, ext. 101
Vicki C. Wilkins (404) 841-0123, ext. 100
Brandi G. Swilling (404) 841-0123, ext. 111

4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123 FAX (404) 841-0127

www.reddrealty.com

July 11, 2006

Ms. Jay Archambault
Winn-Dixie Atlanta, Inc.
P. O. Box 51059
New Orleans, LA 70151

RE: Blue Angel Crossing, 2005 Common Area Maintenance, Winn Dixie #535

Dear Ms. Archambault:

In regard to the above referenced shopping center, you occupy 51,282 square feet which represents 75.37% of the total of 68,045 square feet in the total center.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of Common Area Maintenance.

The total Common Area Maintenance expense for the fee and leasehold property for 01/01/05 - 12/31/05 is summarized below. We have enclosed copies of all the bills for your review.

| | | |
|---|---|---|
| Current CAM Expense | $ 32,112.09 | |
| Administrative Overhead 15% | -0- | |
| Total CAM Cost | 32,112.09 | |
| Pro Rata % | x 75.37% | |
| Pro Rata Share for Year | 24,202.88 | |
| Pro Rata Percent Occupancy | x 100.00% | |
| Pro Rata Share Owed | 24,202.88 | |
| Less: Previously Paid & Accrued 01/01/05 to 12/31/05 | | 19,465.80 |
| NET PRO RATA DUE | | $ 4,737.08 |

Please contact our office with any questions.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/lll

Enclosures - copies of common area maintenance bills for 2005

Tennessee Office: 1254 Old Hillsboro Road, Franklin, TN 37069 ■ (615) 591-5525 ■ Fax (615) 591-5868
G. Marshall Hart, Jr. (615) 591-5431 ■ Jeff Hall (615) 591-5368 ■ Steve Pierce (615) 591-5680 ■ Jon Thomas (615) 591-6526 ■ Robert VanSant (615) 591-3918
North Carolina Office: Mariane Klintworth (919) 868-4475

SHOPPING CENTER SPECIALISTS ■ SOUTHEASTERN USA

Winn Dixie #535

## General Ledger (Cash)
## Blue Angel Crossing - (blue)
## Months: Jan 05 - Dec 05

Page 1
3/22/2006
04:02 PM

| Property | Date | Period | Description | Control | Refer | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6200 | | | Repairs & Maint. (CAM) | | | | | 0.00 | = Beginning Balance = |
| blue | 01/12/05 | 01/05 | (downs) Downs Plumbing Co | K-1439 | 211350 | [illegible] | | 362.50 | Customer #00111 Repair to |
| blue | 01/12/05 | 01/05 | (pods) PODS, Inc. | K-1443 | 211355 | [illegible] | | 431.84 | 50% of POD #234872 rental |
| blue | 01/12/05 | 01/05 | (pugh) L. Pugh & Associates | K-1441 | 211357 | 80.00 | | 511.84 | Cust. #BECPRO Quarterly In |
| blue | 02/15/05 | 02/05 | (mcbride) McBride Construct | K-1461 | 211371 | [illegible] | | 986.84 | Winn-Dixie temporary roof re |
| blue | 02/22/05 | 02/05 | (greg) Greg Williams Electric | K-1468 | 211374 | 2,707.46 | | 3,694.30 | Parking Lot & Security Lighti |
| blue | 03/15/05 | 03/05 | (hunt) Harold Hunt | K-1481 | 211385 | 65.00 | | 3,759.30 | Security lights maintenance |
| blue | 03/15/05 | 03/05 | (preci) Precision Lot Mainten | K-1483 | 211387 | 2,554.00 | | 6,313.30 | Fence repairs around retenti |
| ~~blue~~ | ~~03/23/05~~ | ~~03/05~~ | ~~( ) Gulf~~ | ~~[illegible]~~ | ~~[illegible]~~ | | | ~~6,243.96~~ | ~~refund of curtains~~ |
| blue | 04/11/05 | 04/05 | (pugh) L. Pugh & Associates | K-1498 | 211401 | 80.00 | | 6,323.96 | Quarterly Fire Protection Ins |
| blue | 04/11/05 | 04/05 | (pugh) L. Pugh & Associates | K-1499 | 211401 | 30.00 | | 6,353.96 | 1 water gauge & FDC caps r |
| blue | 06/08/05 | 06/05 | (greg) Greg Williams Electric | K-1537 | 211432 | 1,027.15 | | 7,381.11 | Parking Lot Lighting Repairs |
| blue | 07/11/05 | 07/05 | (mcbride) McBride Construct | K-1558 | 211446 | [illegible] | | 8,231.11 | Roof repairs-Federal Credit |
| blue | 07/11/05 | 07/05 | (pugh) L. Pugh & Associates | K-1559 | 211447 | 80.00 | | 8,311.11 | Quarterly inspection of fire s |
| blue | 08/01/05 | 08/05 | (spray) Spray Tech | K-1568 | 211456 | 390.00 | | 8,701.11 | Cleaning Sidewalks |
| blue | 08/01/05 | 08/05 | (gulfbree) Gulf Breeze Cross | K-1573 | 211460 | 520.00 | | 9,221.11 | Reimburse 50% of hurricane |
| blue | 08/23/05 | 08/05 | (mcbride) McBride Construct | K-1582 | 211467 | [illegible] | 9009.61 | 10,521.11 | Roof repairs @ Sweet Repe |
| blue | 09/09/05 | 09/05 | (kuch) Kuch Marking Service | K-1594 | 211476 | 295.00 | | 10,816.11 | Parking lot pothole repairs & |
| blue | 09/09/05 | 09/05 | (preci) Precision Lot Mainten | K-1595 | 211478 | 316.00 | | 11,132.11 | Canopy security lighting repa |
| blue | 09/27/05 | 09/05 | (pugh) L. Pugh & Associates | K-1601 | 211484 | 80.00 | | 11,212.11 | Quarterly Sprinkler Inspectio |
| blue | 10/19/05 | 10/05 | (kuch) Kuch Marking Service | K-1617 | 211496 | 180.00 | | 11,392.11 | Parking lot striping-NO PAR |
| blue | 11/01/05 | 11/05 | (preci) Precision Lot Mainten | K-1625 | 211502 | 135.00 | | 11,527.11 | Security light repairs |
| blue | 11/01/05 | 11/05 | (spray) Spray Tech | K-1626 | 211503 | 390.00 | | 11,917.11 | Cleaning sidewalks |
| blue | 12/19/05 | 12/05 | (pugh) L. Pugh & Associates | K-1666 | 211532 | 80.00 | | 11,997.11 | Quarterly inspection (Dec.05 |
| | | | NetChange= 11,997.11 | | | | | 11,997.11 | = Ending Balance = |
| 6220 | | | Sweeping & Cleaning | | | | | 0.00 | = Beginning Balance = |
| blue | 01/05/05 | 01/05 | (super) Supervac | K-1431 | 211349 | 825.00 | | 825.00 | MONTHLY PARKING LOT S |
| blue | 02/04/05 | 02/05 | (super) Supervac | K-1455 | 211368 | 825.00 | | 1,650.00 | MONTHLY PARKING LOT S |
| blue | 03/15/05 | 03/05 | (super) Supervac | K-1484 | 211388 | 825.00 | | 2,475.00 | MONTHLY PARKING LOT S |
| blue | 04/11/05 | 04/05 | (super) Supervac | K-1500 | 211402 | 825.00 | | 3,300.00 | MONTHLY PARKING LOT S |
| blue | 04/18/05 | 04/05 | (preci) Precision Lot Mainten | K-1512 | 211410 | 210.00 | | 3,510.00 | 3/05 Cleaning & Trash Rem |
| blue | 05/04/05 | 05/05 | (super) Supervac | K-1523 | 211421 | 825.00 | | 4,335.00 | MONTHLY PARKING LOT S |
| blue | 06/08/05 | 06/05 | (super) Supervac | K-1543 | 211435 | 825.00 | | 5,160.00 | MONTHLY PARKING LOT S |
| blue | 07/11/05 | 07/05 | (super) Supervac | K-1560 | 211448 | 825.00 | | 5,985.00 | MONTHLY PARKING LOT S |
| blue | 08/10/05 | 08/05 | (super) Supervac | K-1577 | 211463 | 825.00 | | 6,810.00 | MONTHLY PARKING LOT S |
| blue | 09/09/05 | 09/05 | (super) Supervac | K-1593 | 211479 | 825.00 | | 7,635.00 | MONTHLY PARKING LOT S |
| blue | 10/04/05 | 10/05 | (super) Supervac | K-1609 | 211490 | 825.00 | | 8,460.00 | MONTHLY PARKING LOT S |
| blue | 11/04/05 | 11/05 | (super) Supervac | K-1633 | 211508 | 825.00 | | 9,285.00 | MONTHLY PARKING LOT S |
| blue | 12/12/05 | 12/05 | (plm) PLM Services of Pens | K-1656 | 211525 | 150.00 | | 9,435.00 | Hauling & dumping debris be |
| blue | 12/12/05 | 12/05 | (super) Supervac | K-1658 | 211527 | 900.00 | | 10,335.00 | MONTHLY PARKING LOT S |
| | | | NetChange= 10,335.00 | | | | | 10,335.00 | = Ending Balance = |
| 6225 | | | Landscaping | | | | | 0.00 | = Beginning Balance = |
| blue | 01/12/05 | 01/05 | (pen) Pensacola Landscapin | K-1438 | 211354 | 471.50 | | 471.50 | Monthly Lawn Service |
| blue | 02/15/05 | 02/05 | (pen) Pensacola Landscapin | K-1462 | 211372 | 471.50 | | 943.00 | Monthly Lawn Service |
| blue | 03/08/05 | 03/05 | (pen) Pensacola Landscapin | K-1477 | 211382 | 471.50 | | 1,414.50 | Monthly Lawn Service (11/04 |
| blue | 03/15/05 | 03/05 | (pen) Pensacola Landscapin | K-1482 | 211386 | 471.50 | | 1,886.00 | Monthly Lawn Service |
| blue | 04/18/05 | 04/05 | (pen) Pensacola Landscapin | K-1509 | 211409 | 471.50 | | 2,357.50 | Monthly Lawn Service |
| blue | 05/11/05 | 05/05 | (pen) Pensacola Landscapin | K-1527 | 211422 | 471.50 | | 2,829.00 | Monthly Lawn Service |
| blue | 06/08/05 | 06/05 | (pen) Pensacola Landscapin | K-1542 | 211434 | 471.50 | | 3,300.50 | Monthly Lawn Service |
| blue | 07/19/05 | 07/05 | (pen) Pensacola Landscapin | K-1563 | 211451 | 471.50 | | 3,772.00 | Monthly Lawn Service |
| blue | 08/23/05 | 08/05 | (pen) Pensacola Landscapin | K-1581 | 211468 | 471.50 | | 4,243.50 | Monthly Lawn Service |
| blue | 09/09/05 | 09/05 | (pen) Pensacola Landscapin | K-1592 | 211477 | 670.00 | | 4,913.50 | Monthly Lawn Service |
| blue | 10/12/05 | 10/05 | (pen) Pensacola Landscapin | K-1610 | 211493 | 670.00 | | 5,583.50 | Monthly Lawn Service |
| blue | 11/18/05 | 11/05 | (pen) Pensacola Landscapin | K-1639 | 211513 | 670.00 | | 6,253.50 | Monthly Lawn Service |
| blue | 12/19/05 | 12/05 | (pen) Pensacola Landscapin | K-1665 | 211531 | 670.00 | | 6,923.50 | Monthly Lawn Service |
| | | | NetChange= 6,923.50 | | | | | 6,923.50 | = Ending Balance = |
| 6410 | | | Electricity | | | | | 0.00 | = Beginning Balance = |
| blue | 02/04/05 | 02/05 | (gulf) Gulf Power Company | K-1454 | 211367 | 603.81 | | 603.81 | Acct. #11689-33007 15 |
| blue | 03/04/05 | 03/05 | (gulf) Gulf Power Company | K-1475 | 211380 | 551.23 | | 1,155.04 | Acct. #11689-33007 15 |
| blue | 04/01/05 | 04/05 | (gulf) Gulf Power Company | K-1495 | 211400 | 490.90 | | 1,645.94 | Acct. #11689-33007 15 |
| blue | 05/04/05 | 05/05 | (gulf) Gulf Power Company | K-1522 | 211420 | 533.41 | | 2,179.35 | Acct. #11689-33007 15 |
| blue | 06/08/05 | 06/05 | (gulf) Gulf Power Company | K-1538 | 211433 | 397.91 | | 2,577.26 | Acct. #11689-33007 15 |
| blue | 07/07/05 | 07/05 | (gulf) Gulf Power Company | K-1555 | 211444 | 307.46 | | 2,884.72 | Acct. #11689-33007 15 |
| blue | 08/01/05 | 08/05 | (gulf) Gulf Power Company | K-1572 | 211459 | 293.96 | | 3,178.68 | Acct. #11689-33007 15 |
| blue | 09/02/05 | 09/05 | (gulf) Gulf Power Company | K-1589 | 211473 | 351.48 | | 3,530.16 | Acct. #11689-33007 15 |
| blue | 09/27/05 | 09/05 | (gulf) Gulf Power Company | K-1600 | 211483 | 328.92 | | 3,859.08 | Acct. #11689-33007 15 |
| blue | 11/01/05 | 11/05 | (gulf) Gulf Power Company | K-1627 | 211504 | 358.36 | | 4,217.44 | Acct. #11689-33007 15 |
| blue | 12/07/05 | 12/05 | (gulf) Gulf Power Company | K-1653 | 211522 | 349.56 | | 4,567.00 | Acct. #11689-33007 15 |
| | | | NetChange= 4,567.00 | | | | | 4,567.00 | = Ending Balance = |

Blue Angel page 2
Winn Dixie # 535

| 6435 | | | Irrigation Water | | | 0.00 = Beginning Balance = |
|---|---|---|---|---|---|---|
| blue | 01/12/05 | 01/05 | (ECUA) Escambia County Ut K-1437 | 211352 | 117.77 | 117.77 Acct. #202745-108688 |
| blue | 02/04/05 | 02/05 | (ECUA) Escambia County Ut K-1453 | 211366 | 32.02 | 149.79 Acct. #202745-108688 |
| blue | 02/22/05 | 02/05 | (ECUA) Escambia County Ut K-1470 | 211376 | 48.54 | 198.33 Acct. #202745-108688 |
| blue | 03/28/05 | 03/05 | (ECUA) Escambia County Ut K-1494 | 211399 | 73.17 | 271.50 Acct. #202745-108688 |
| blue | 04/26/05 | 04/05 | (ECUA) Escambia County Ut K-1518 | 211415 | 64.85 | 336.35 Acct. #202745-108688 |
| blue | 05/24/05 | 05/05 | (ECUA) Escambia County Ut K-1529 | 211425 | 115.83 | 452.18 Acct. #202745-108688 |
| blue | 06/22/05 | 06/05 | (ECUA) Escambia County Ut K-1549 | 211439 | 125.12 | 577.30 aCCT. #202745-108688 |
| blue | 08/01/05 | 08/05 | (ECUA) Escambia County Ut K-1571 | 211458 | 91.53 | 668.83 Acct. #202745-108688 |
| blue | 08/23/05 | 08/05 | (ECUA) Escambia County Ut K-1580 | 211466 | 65.39 | 734.22 Acct. #202745-108688 |
| blue | 09/27/05 | 09/05 | (ECUA) Escambia County Ut K-1599 | 211482 | 152.47 | 886.69 Acct. #202745-108688 |
| blue | 11/01/05 | 11/05 | (ECUA) Escambia County Ut K-1622 | 211500 | 170.82 | 1,057.51 Acct. #202745-108688 |
| blue | 11/29/05 | 11/05 | (ECUA) Escambia County Ut K-1644 | 211517 | 59.22 | 1,116.73 Acct. #202745-108688 |
| blue | 12/22/05 | 12/05 | (ECUA) Escambia County Ut K-1669 | 211534 | 160.25 | 1,276.98 Acct. #202745-108688 |
| | | | NetChange= 1,276.98 | | | 1,276.98 = Ending Balance = |





REDD REALTY SERVICES

A. M. Redd, Jr. (404) 841-0123, ext. 104
Margaret P. Staats (404) 841-0123, ext. 102
William M. Lybrook, IV (404) 841-0123, ext. 105
Jacqueline J. Wicker (404) 841-0123, ext. 101
Vicki C. Wilkins (404) 841-0123, ext. 100
Brandi G. Swilling (404) 841-0123, ext. 111

4200 Northside Parkway
Building 10, Suite 101
Atlanta, Georgia 30327-3080
(404) 841-0123 FAX (404) 841-0127

www.reddrealty.com

July 11, 2006

Ms. Jay Archambault
Winn-Dixie Atlana, Inc.
P.O. Box 51059
New Orleans, LA 70151

RE: Winn Dixie Store #535, Blue Angel Crossing Shopping Center

Dear Ms. Archambault:

In regard to the above referenced shopping center, you occupy 51,282 square feet which represents 75.37% of the total of 68,045 square feet in the total center.

Under the terms of your lease, you are obligated to pay as additional rent the following pro rata share of insurance.

The total premium for fire and extended coverage, public liability and sign with respect to the above referenced property is $31,178.00. Enclosed are copies of the Declaration Pages from the policies.

| | | |
|---|---|---|
| Insurance Premium | $31,178.00 | |
| Administrative Overhead 15% | N/A | |
| Total Insurance Cost | 31,178.00 | |
| Pro Rata % | 75.37% | |
| Pro Rata Share for Year | 23,498.86 | |
| Pro Rata % Occupancy | 100.00% | |
| Pro Rata Share Owed | 23,498.86 | |
| Less: Previously Paid | -0- | |
| NET PRO RATA OWED | | $ 23,498.86 |

Please remit this amount to Blue Angel Crossing and mail to us c/o Redd Realty Services, 4200 Northside Parkway, NW Building 10, Suite 101, Atlanta, GA 30327.

Please contact our office with any questions.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/lll

Tennessee Office: 1254 Old Hillsboro Road, Franklin, TN 37069 ■ (615) 591-5525 ■ Fax (615) 591-5868
G. Marshall Hart, Jr. (615) 591-5431 ■ Jeff Hall (615) 591-5368 ■ Steve Pierce (615) 591-5680 ■ Jon Thomas (615) 591-6526 ■ Robert VanSant (615) 591-3918
North Carolina Office: Mariane Klintworth (919) 868-4475

SHOPPING CENTER SPECIALISTS ■ SOUTHEASTERN USA

Wachovia Securities
Commercial Real Estate Services
8739 Research Drive, URP4
NC1075
Charlotte, NC 28288-1075
www.wachovia.com/strprod

WACHOVIA SECURITIES

December 12, 2005

MOBLEY FAMILY PA RTNERSHIP & REDD FAMILY
II, LP
4200 NORTHSIDE PARKWAY NW
BUILDING 10 SUITE 101
ATLANTA, GA 30327

RECEIVED
DEC 19 2005
REDD REALTY SERVICES

Re: Insurance Disbursement Confirmation - Loan # 35-5132448

Dear Sir or Madam:

You will find attached the detail of recent insurance premium payments disbursed from your escrow account. The detail shows the date of the disbursement, the insurance payee, and the amount of the disbursement. Funds will be sent to the appropriate insurance payee per the instructions on the premium invoice.

All insurance invoices that are scheduled to be paid may not appear on this letter, as premium invoices for all lines of coverage may not be received at the same time. Insurance disbursement confirmation letters are generated on a weekly basis for the previous week's activity. Therefore, you may receive separate insurance disbursement confirmation letters for subsequent disbursements.

This letter and your monthly billing statement shall serve as confirmation that Wachovia paid the insurance invoices listed on the attachment. In addition, you may see the disbursement transactions on Wires, the online loan information access system, which resides on our Website at http://www.Wachovia.com/Wires. Please contact the toll free number listed below if you need assistance accessing your account on Wires.

Please do not hesitate to contact our office if you have any questions regarding this notice.

Sincerely,

Wachovia Corporate & Investment Banking Division
Real Estate & Financial Services Investment Banking
800-326-1334 Toll-free
8:00 AM - 6:00 PM, EST, Monday - Friday
704-715-0474 Fax # for Insurance certificates and invoices

<u>All invoices scheduled to be paid may not appear on this letter.</u>
You may receive separate insurance disbursement confirmation letters for subsequent disbursements.

Wachovia Securities is the trade name for the corporate and investment banking services of Wachovia Corporation

Wachovia Securities
Commercial Real Estate Services
8739 Research Drive, URP4
NC1075
Charlotte, NC 28288-1075
www.wachovia.com/strprod

WACHOVIA SECURITIES

Loan# 35-5132448
Investor# 357

| Date of Disbursement | | Disbursement Amount |
|---|---|---|
| 12/09/2005 | ZURICH INS CO (CHICAGO) | 31,178.00 |

<u>All invoices scheduled to be paid may not appear on this letter.</u>

You may receive separate insurance disbursement confirmation letters for subsequent disbursements.

Wachovia Securities is the trade name for the corporate and investment banking services of Wachovia Corporation

Sihle Insurance Group

www.sihleinsurance.com

871 Douglas Ave. • P.O. Box 160398 • Altamonte Springs, FL 32716 • 407-869-0962 • 1-800-728-0988 • Fax 407-774-0936

December 6, 2005

RECEIVED
DEC 08 2005
REDD REALTY SERVICES

MOBLEY FAMILY PARTNERSHIP
4200 NORTHSIDE PKWY S. 101
ATLANTA, GA 30327

RE: Commercial Package
Policy #PPS35776898
Effective: 12/22/05 to 12/22/06

Dear Johnnie :

Thank you for allowing **SIHLE INSURANCE GROUP** an opportunity to serve you. Enclosed please find your Commercial Package policy issued through Zurich Insurance Services Inc. NOTE: THE WIND DEDUCTIBLE WAS INCREASED BY THE COMPANY TO 5% ON THE PROPERTY.

We ask that you take a few moments to review your policy for accuracy, paying close attention to the coverage limits, policy limitations, conditions, and exclusions. If you have any questions, or changes that need to be made, please let us know.

If we can be of assistance to you with any other insurance needs, please give me a call.

We are a **FULL SERVICE** agency offering Personal, Commercial, Life and Health coverage's for your needs.

Sincerely

Judy

Judy Watkins, CIC, AAI Ext 352
Account Manager

*Since 1974*

*"The Difference is Service"*

Blue Angel - Insurance

# ACORD EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

OP ID JW | DATE (MM/DD/YYYY) 03/31/2006

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

PRODUCER NAME, CONTACT PERSON AND ADDRESS
PHONE (A/C, No, Ext): 407-869-0962
FAX (A/C, No): 407-774-0936
E-MAIL ADDRESS:

SIHLE INSURANCE GROUP, INC.
P. O. BOX 160398
ALTAMONTE SPRINGS FL 32716

CODE: SUB CODE:
AGENCY CUSTOMER ID #: MOBLE-1

NAMED INSURED AND ADDRESS
MOBLEY FAMILY PARTNERSHIP
L.P. AND REDD FAMILY II L.P.
4200 NORTHSIDE PKWY S. 101
ATLANTA GA 30327

ADDITIONAL NAMED INSURED(S)

COMPANY NAME AND ADDRESS | NAIC NO:

The Northern Ins. Co.

RECEIVED
APR 19 2006
REDD REALTY SERVICES

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

LOAN NUMBER | POLICY NUMBER PPS35776898

EFFECTIVE DATE 12/22/05 | EXPIRATION DATE 12/22/06 | CONTINUED UNTIL TERMINATED IF CHECKED [ ]

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION (Use additional sheets if more space is required)

LOCATION/DESCRIPTION
BLUE ANGEL SHOPPING CENTER, PENSACOLA
001
22-50 S BLUE ANGEL PARKWAY
PENSACOLA FL 32506

## COVERAGE INFORMATION

CAUSE OF LOSS FORM: [ ] BASIC [ ] BROAD [X] SPECIAL [ ] OTHER

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 3,675,000 DED: 2500

| | YES | NO | |
|---|---|---|---|
| BUSINESS INCOME / RENTAL VALUE | X | | If YES, LIMIT: [X] Actual Loss Sustained # of months: 12 |
| BLANKET COVERAGE | | | If YES, indicate amount of insurance on properties identified above: $ |
| TERRORISM COVERAGE | X | | Attach signed Disclosure Notice / DEC |
| IS COVERAGE PROVIDED FOR "CERTIFIED ACTS" ONLY? | | | If YES, SUB LIMIT: DED: |
| IS COVERAGE A STAND ALONE POLICY? | | | If YES, LIMIT: DED: |
| DOES COVERAGE INCLUDE DOMESTIC TERRORISM? | | | If YES, SUB LIMIT: DED: |
| COVERAGE FOR MOLD | | | If YES, LIMIT: DED: |
| MOLD EXCLUSION (If "YES", specify organization's form used) | | | |
| REPLACEMENT COST | X | | |
| AGREED AMOUNT | | | |
| COINSURANCE | | | If YES, % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | If YES, LIMIT: DED: 500 |
| LAW AND ORDINANCE - Coverage for loss to undamaged portion of building | X | | If YES, LIMIT: DED: |
| - Demolition Costs | X | | If YES, LIMIT: 50000 DED: |
| - Incr. Cost of Construction | X | | If YES, LIMIT: 50000 DED: |
| EARTHQUAKE (If Applicable) | | X | If YES, LIMIT: DED: |
| FLOOD (If Applicable) | | X | If YES, LIMIT: DED: |
| WIND / HAIL (If Separate Policy) | X | | If YES, LIMIT: DED: |
| PERMISSION TO WAIVE SUBROGATION PRIOR TO LOSS | | | |

## REMARKS - Including Special Conditions (Use additional sheets if more space is required)

5% WIND/HAIL DEDUCTIBLE (ON BUILDING VALUE). COVERAGE FOR EQUIPMENT BREAKDOWN INCLUDED IN POLICY, SUBJECT TO $ 500 DEDUCTIBLE. Mortgagee Clause: GMACCM as master Servicer on behalf of State Street as Trustee for the benefit of the Certificate Holders of Commercial Mortgage Pass Through Certificates Series, CMP/FUNB 1999C1 c/o Wachovia Bank as Servicer.

## CANCELLATION

THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW 30 DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

## ADDITIONAL INTEREST

NAME AND ADDRESS
355132448

WACHOVIA SECURITIES

P.O. BOX 563956
CHARLOTTE NC 28256-3956

[X] MORTGAGEE
[X] LOSS PAYEE

LENDER SERVICING AGENT NAME AND ADDRESS
GMACCM as Master Servicer on Behalf of State Streeet as Tru stee for benefit of Certificat holders of Commercial

AUTHORIZED REPRESENTATIVE
Darrell Wilmore

ACORD 28 (2003/10)

© ACORD CORPORATION 2003

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PPS 35776898 | | 02056513 | | M008 101208-001-00001 | NONE |

ANNIVERSARY EFF 12/22/2005

BRANCH ZO ZURICH GROUP-OR

# NORTHERN INSURANCE COMPANY OF NEW YORK
# PRECISION PORTFOLIO POLICY - COMMON DECLARATIONS
## PRECISION PREMIER
## RETAIL PROGRAM

This policy consists of the declarations as well as the coverage forms and endorsements listed on the Forms and Endorsements Applicable List.

**NAMED INSURED AND MAILING ADDRESS**

MOBLEY FAMILY PARTNERSHIP L.P AND
REDD FAMILY II L.P.
4200 NORTHSIDE PARKWAY
BLDG.10 SUITE 101
ATLANTA GA 30327-3054

**AGENCY NAME AND SERVICING ADDRESS**

SIHLE INSURANCE GROUP
PO BOX 160398
ALTAMONTE SPRINGS FL 32716-0398
(407) 869-0962

**BRANCH NAME AND SERVICING ADDRESS**

ZURICH GROUP-ORLANDO
P.O. BOX 10197
JACKSONVILLE, FL 32247-0197
(800) 800-3907

**POLICY PERIOD**

| FROM | TO |
|---|---|
| 12/22/2005 12:01 a.m. | UNTIL CANCELLED/ NON-RENEWED |

BUSINESS ENTITY: PARTNERSHIP

## POLICY PREMIUMS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts. This premium may be subject to adjustment.

| | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE PART | $ 22,329.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ 10,858.00 |
| TOTAL TAXES AND SURCHARGES | $ 35.00 |
| PREMIUM SIZE CREDIT | $ 2,708.00- |
| FEDERAL TERRORISM PREMIUM | $ 664.00 |
| **TOTAL ANNUAL PREMIUM** | $ 31,178.00 |

YOUR PRECISION POLICY RENEWAL PREMIUM INCLUDES A LOSS-FREE CREDIT.

Countersigned by [signature] Authorized Representative 12/6/05 Date

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984.
Copyright, Maryland Casualty Company, 1992.

COMMON
9S5007 Ed. 09-02

INSURED'S COPY

11/16/2005

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | Case No. 05-03817-3F1 |
| Debtors. | ) | Jointly Administered |
| ______________________________ | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing MOBLEY FAMILY PARTNERSHIP, LP AND REDD FAMILY II, LP d/b/a BLUE ANGEL CROSSING'S (STORE 535) RESPONSE TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

D. J. Baker, Esq,
Skadden, Arps, Slate, Meagher & Flom, LLC
Four Times Square
New York, New York 10036
also via e-mail
djbaker@skadden.com

Elena L. Escamilla, Esq.
Office of the U.S. Trustee
Suite 620
135 W. Central Boulevard
Orlando, Florida 32806

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
Suite 1800
225 Water Street
Jacksonville, Florida 32202
also via e-mail
cjackson@smithhulsey.com

This 28th day of July, 2006.

*/s/Annette Kerlin McBrayer*
Annette Kerlin McBrayer

AT:449128v1

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA 30326
(404) 923-9000