IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC.,                        CASE NO. 3:05-bk-03817-JAF
                                                CHAPTER 11
      Debtor.                                **Jointly Administered**

_____/


### NOTICE OF HEARING ON JANICE SWAIN'S VERIFIED MOTION FOR ENLARGEMENT OF TIME TO FILE PROOF OF CLAIM

     PLEASE TAKE NOTICE that a hearing is scheduled for **August 24, 2006, at 1:00 p.m.**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Janice Swain's Verified Motion for Enlargement of Time to File Proof of Claim (Doc No. 4676).

     You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

     You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.


### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing has been furnished electronically or by U. S. Mail to **Winn-Dixie Stores, Inc., Debtor**, 5050 Edgewood Court, Jacksonville, FL 32254-3699; **Adam Ravin, Esquire**, Skadden Arps et al., Attorneys for Debtor, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32201; **James H. Post, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street,

Suite 1800, Jacksonville, FL 32202; **Stephen D. Busey, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **United States Trustee - JAX**, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Elena L. Escamilla, Esquire**, Attorney for United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Dennis F. Dunne, Esquire**, Milbank, Tweed et al., 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; and **Patrick P. Patangan, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 this 28th day of July, 2006.

/s/J. Richard Young
JOHN R. STUMP
Florida Bar No.: 377449
J. RICHARD YOUNG III
Florida Bar No.: 0563250
STUMP, CALLAHAN, DIETRICH
 & SPEARS, P.A.
Post Office Box 3388
Orlando, FL 32802-3388
Telephone: (407) 425-2571
Facsimile: (407) 425-0827