# EXHIBIT A

| Database: | 05M | | Aged Delinquencies | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Newton Oldacre McDonald | | | | | | |
| BLDG: | 503 | | CLANTON MARKETPLACE | | | | | | |
| | | | Date: 7/27/2006 | | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 503-503015 | **WINN-DIXIE #411** | | Master Occupant Id: D10-1 | | | Day Due: 1 | Delq Day 10 | | |
| | JANE DEWITTE | | H    Current | | | Last Payment: | 7/5/2006 | | 18,784.11 |
| | (904) 783-5065 | | | | | | | | |
| 2/23/2005 | SANDY | FILED CHAPTER 11, 2-21-2005 | | | | | | | |
| 5/5/2003 | INA | ANNUAL INSURANCE | CH | 516.87 | 0.00 | 0.00 | 0.00 | 0.00 | 516.87 |
| 7/9/2004 | INA | ANNUAL INSURANCE | CH | 593.42 | 0.00 | 0.00 | 0.00 | 0.00 | 593.42 |
| 3/3/2005 | CAY | PR YR CAM | NC | -1,195.74 | 0.00 | 0.00 | 0.00 | 0.00 | -1,195.74 |
| 12/29/2005 | RTA | REAL ESTATE TAX ANNUAL | CH | 4,515.78 | 0.00 | 0.00 | 0.00 | 0.00 | 4,515.78 |
| 3/23/2006 | CAY | PR YR CAM | CH | 75.76 | 0.00 | 0.00 | 0.00 | 0.00 | 75.76 |
| 7/11/2006 | INA | ANNUAL INSURANCE | CH | 6,087.87 | 6,087.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **WINN-DIXIE #411 Total:** | | | 10,593.96 | 6,087.87 | 0.00 | 0.00 | 0.00 | 4,506.09 |
| | **BLDG 503 Total:** | | | 10,593.96 | 6,087.87 | 0.00 | 0.00 | 0.00 | 4,506.09 |

| Database: | 05M | Aged Delinquencies |
|---|---|---|
| BLDG: | 543 | Newton Oldacre McDonald<br>WYE SHOPPING CENTER<br>Date: 7/27/2006 |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 543-543001 | **WINN-DIXIE #494**<br>JANE DEWITTE<br>(904) 783-5065 | | | Master Occupant Id: D112-1<br>A      Current | | | Day Due:     1   Delq Day:   10<br>Last Payment:      7/5/2006    26,914.83 | | |
| 5/6/2005 | SANDY | FILED CHAPTER 11, 2-21-2005 | | | | | | | |
| 3/3/2005 | CAY | PR YR CAM | CH | 18,048.86 | 0.00 | 0.00 | 0.00 | 0.00 | 18,048.86 |
| 11/23/2005 | RTA | REAL ESTATE TAX ANNUAL | CH | 1,901.70 | 0.00 | 0.00 | 0.00 | 0.00 | 1,901.70 |
| 4/14/2006 | CAY | PR YR CAM | CH | 28,692.26 | 0.00 | 0.00 | 0.00 | 28,692.26 | 0.00 |
| 4/17/2006 | FLD | FLOOD INSURANCE | CH | 3,638.92 | 0.00 | 0.00 | 0.00 | 3,638.92 | 0.00 |
| 7/12/2006 | INA | ANNUAL INSURANCE | CH | 56,670.59 | 56,670.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **WINN-DIXIE #494 Total:** | | | 108,952.33 | 56,670.59 | 0.00 | 0.00 | 32,331.18 | 19,950.56 |
| | **BLDG 543 Total:** | | | 108,952.33 | 56,670.59 | 0.00 | 0.00 | 32,331.18 | 19,950.56 |

| Database: | 05M | | | | Aged Delinquencies<br>Newton Oldacre McDonald | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BLDG: | 551 | | | | CANTONMENT / 29 NORTH<br>Date: 7/27/2006 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 551-551005 | **WINN DIXIE #498** | | | Master Occupant Id: D164-1 | | | Day Due: 1 Delq Day: 10 | | |
| | JANE DEWITTE | | | D Current | | | Last Payment: 7/5/2006 | 31,493.39 | |
| | (904) 783-5065 | | | | | | | | |
| 5/6/2005 | SANDY | FILED CHAPTER 11, 2-21-2005 | | | | | | | |
| 3/18/2005 | CAY | PR YR CAM | CH | 1,518.82 | 0.00 | 0.00 | 0.00 | 0.00 | 1,518.82 |
| 1/26/2006 | RTA | REAL ESTATE TAX ANNUAL | CH | 4,678.45 | 0.00 | 0.00 | 0.00 | 0.00 | 4,678.45 |
| 3/23/2006 | CAY | PR YR CAM | CH | 1,699.87 | 0.00 | 0.00 | 0.00 | 0.00 | 1,699.87 |
| | **WINN DIXIE #498 Total:** | | | 7,897.14 | 0.00 | 0.00 | 0.00 | 0.00 | 7,897.14 |
| | **BLDG 551 Total:** | | | 7,897.14 | 0.00 | 0.00 | 0.00 | 0.00 | 7,897.14 |

| Database: | 05M | | | Aged Delinquencies | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Newton Oldacre McDonald | | | | | |
| BLDG: | 541 | | | NINE MILE SHOPPING CENTER | | | | | |
| | | | | Date: 7/27/2006 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 541-541043 | **WINN DIXIE #506** | | | Master Occupant Id: D91-1 | | | Day Due: 1 | Delq Day: 10 | |
| | JANE DEWITTE | | | 32 Current | | | Last Payment: | 7/5/2006 | 35,552.92 |
| | (904) 783-5065 | | | | | | | | |
| 2/23/2005 | SANDY | FILED CHAPTER 11, 2-21-2005 | | | | | | | |
| 4/28/2004 | INA | ANNUAL INSURANCE | NC | -1,566.17 | 0.00 | 0.00 | 0.00 | 0.00 | -1,566.17 |
| 2/1/2005 | OTH | OTHER INCOME | CR | -10.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 |
| 4/25/2005 | CAY | PR YR CAM | CH | 2,339.93 | 0.00 | 0.00 | 0.00 | 0.00 | 2,339.93 |
| 11/23/2005 | RTA | REAL ESTATE TAX ANNUAL | CH | 3,943.81 | 0.00 | 0.00 | 0.00 | 0.00 | 3,943.81 |
| 3/23/2006 | CAY | PR YR CAM | CH | 566.08 | 0.00 | 0.00 | 0.00 | 0.00 | 566.08 |
| 7/12/2006 | INA | ANNUAL INSURANCE | CH | 66,850.27 | 66,850.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| **WINN DIXIE #506 Total:** | | | | 72,123.92 | 66,850.27 | 0.00 | 0.00 | 0.00 | 5,273.65 |
| **BLDG 541 Total:** | | | | 72,123.92 | 66,850.27 | 0.00 | 0.00 | 0.00 | 5,273.65 |

| Database: | 05M | | Aged Delinquencies | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BLDG: | 553 | | Newton Oldacre McDonald RIVER SQUARE/HUEYTOWN Date: 7/27/2006 | | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 553-553001 | **WINN-DIXIE #550** JANE DEWITTE (904) 783-5065 | | | Master Occupant Id: D176-1 1      Current | | | Day Due:      1   Delq Day:    10 Last Payment:      7/17/2006   0.08 | | | |
| 6/21/2005 | SANDY | BASE YEAR IN QUESTION | | | | | | | |
| 2/23/2005 | SANDY | FILED CHAPTER 11, 2-21-2005 | | | | | | | |
| 6/2/2003 | INA | ANNUAL INSURANCE | CH | 2,853.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,853.54 |
| 2/25/2005 | INA | ANNUAL INSURANCE | CH | 3,268.87 | 0.00 | 0.00 | 0.00 | 0.00 | 3,268.87 |
| 7/21/2005 | INA | ANNUAL INSURANCE | CH | 2,100.18 | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.18 |
| 4/26/2006 | ADY | PR YR ADD'L RENT | CH | 5,652.60 | 0.00 | 0.00 | 0.00 | 5,652.60 | 0.00 |
| 4/26/2006 | ADY | PR YR ADD'L RENT | CH | 34.77 | 0.00 | 0.00 | 0.00 | 34.77 | 0.00 |
| 7/11/2006 | INA | ANNUAL INSURANCE | CH | 2,730.05 | 2,730.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WINN-DIXIE #550 Total: | | | 16,640.01 | 2,730.05 | 0.00 | 0.00 | 5,687.37 | 8,222.59 |
| | BLDG 553 Total: | | | 16,640.01 | 2,730.05 | 0.00 | 0.00 | 5,687.37 | 8,222.59 |

| Database: | 05M | | Aged Delinquencies | | | | | |
| BLDG: | 625 | | Newton Oldacre McDonald | | | | | |
| | | | 98 PALMS CENTER,LTD | | | | | |
| | | | Date: 7/27/2006 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 625-000077 | WINN DIXIE #560 | | | Master Occupant Id: WINN DIX-1 | | Day Due: | 1 | Delq Day: | 10 |
| | JANE DEWITTE | | | A | Current | Last Payment: | 7/6/2006 | | 52,502.74 |
| | (904) 783-5065 | | | | | | | | |
| 3/18/2005 | SANDY | FILED CHAPTER 11, 2-21-2005 | | | | | | | |
| 3/3/2005 | CAY | PR YR CAM | NC | -2,176.67 | 0.00 | 0.00 | 0.00 | 0.00 | -2,176.67 |
| 11/21/2005 | RTA | REAL ESTATE TAX ANNUAL | CH | 8,196.34 | 0.00 | 0.00 | 0.00 | 0.00 | 8,196.34 |
| 3/13/2006 | CAY | PR YR CAM | NC | -3,242.21 | 0.00 | 0.00 | 0.00 | 0.00 | -3,242.21 |
| 3/22/2006 | ADY | PR YR ADD'L RENT | CH | 1,937.86 | 0.00 | 0.00 | 0.00 | 0.00 | 1,937.86 |
| 3/22/2006 | ADY | PR YR ADD'L RENT | CH | 11,661.14 | 0.00 | 0.00 | 0.00 | 0.00 | 11,661.14 |
| 3/22/2006 | ADY | PR YR ADD'L RENT | CH | 27,189.62 | 0.00 | 0.00 | 0.00 | 0.00 | 27,189.62 |
| 4/7/2006 | RTY | PR YR RETAX | CH | 30,123.50 | 0.00 | 0.00 | 0.00 | 30,123.50 | 0.00 |
| 7/11/2006 | INA | ANNUAL INSURANCE | CH | 72,529.08 | 72,529.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **WINN DIXIE #560 Total:** | | | 146,218.66 | 72,529.08 | 0.00 | 0.00 | 30,123.50 | 43,566.08 |
| | **BLDG 625 Total:** | | | 146,218.66 | 72,529.08 | 0.00 | 0.00 | 30,123.50 | 43,566.08 |
| | **Grand Total:** | | | 611,098.04 | 253,209.12 | 0.00 | -1,405.41 | 88,471.56 | 270,822.77 |

| Database: | 05M | | | | Aged Delinquencies | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Newton Oldacre McDonald | | | | |
| BLDG: | 524 | | | | MANDEVILLE MARKETPLACE | | | | |
| | | | | | Date: 7/27/2006 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 524-524009 | WINN-DIXIE #1446 | | Master Occupant Id: D51-1 | | | Day Due: 1 Delq Day: 10 | | | |
| | JANE DEWITTE | | E Current | | | Last Payment: 7/5/2006 53,798.25 | | | |
| | (904) 783-5065 | | | | | | | | |
| 2/23/2005 | SANDY | FILED CHAPTER 11, 2-21-2005 | | | | | | | |
| 6/11/2003 | INA | ANNUAL INSURANCE | CH | 1,956.38 | 0.00 | 0.00 | 0.00 | 0.00 | 1,956.38 |
| 7/9/2004 | INA | ANNUAL INSURANCE | CH | 1,213.81 | 0.00 | 0.00 | 0.00 | 0.00 | 1,213.81 |
| 2/4/2005 | RTA | REAL ESTATE TAX ANNUAL | CH | 49,477.02 | 0.00 | 0.00 | 0.00 | 0.00 | 49,477.02 |
| 3/8/2005 | FLD | FLOOD INSURANCE | CH | 6.94 | 0.00 | 0.00 | 0.00 | 0.00 | 6.94 |
| 3/18/2005 | CAY | PR YR CAM | CH | 27,980.62 | 0.00 | 0.00 | 0.00 | 0.00 | 27,980.62 |
| 2/15/2006 | RTA | REAL ESTATE TAX ANNUAL | CH | 7,468.61 | 0.00 | 0.00 | 0.00 | 0.00 | 7,468.61 |
| 3/23/2006 | CAY | PR YR CAM | CH | 3,950.34 | 0.00 | 0.00 | 0.00 | 0.00 | 3,950.34 |
| 7/11/2006 | INA | ANNUAL INSURANCE | CH | 48,341.26 | 48,341.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WINN-DIXIE #1446 Total: | | | 140,394.98 | 48,341.26 | 0.00 | 0.00 | 0.00 | 92,053.72 |
| | BLDG 524 Total: | | | 140,394.98 | 48,341.26 | 0.00 | 0.00 | 0.00 | 92,053.72 |