UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**STORE 609'S OBJECTION TO PROPOSED CURE AMOUNT**

Avon Square, Ltd. ("Avon"), by and through its undersigned counsel, in support of Store 609's Objection to Proposed Cure Amount (the "Objection"), respectfully states, as follows:

1. Avon leases non-residential property located at 802 US Highway 27 S, Avon Park, Florida, Store Number 609 ("Store 609") to Winn-Dixie Stores, Inc. (the "Debtors").

2. On June 30, 2006, Winn-Dixie filed the Debtors' Second Omnibus Motion for Authority to (1) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), which, according to Exhibit B of the Motion, provides for a cure of $31,896.22 (the "Proposed Cure Amount") for Store 609.

3. As of the date of this Objection, Avon's records reflect a cure amount of $37,192.01 (the "Cure Amount") for property taxes associated with Store 609. The Proposed Cure Amount appears to be based on 2004 property taxes and does not include the pro rata share of 2005 property taxes from January 1, 2005 through February 21, 2005.

Wherefore, Avon respectfully requests the Court enter an order sustaining the Objection, establishing the cure amount as $37,192.01, requiring payment of the Cure

Amount immediately upon assumption, and granting such other and further relief as may be just and proper.

Dated: July 28, 2006.

/s/ Susan H. Sharp
Susan H. Sharp
Florida Bar No. 0716421
STICHTER, RIEDEL, BLAIN
 & PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
Phone (813) 229-0144
Fax (813) 229-1811
Email ssharp@srbp.com
Attorneys for Avon Square, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Store 609's Objection to Proposed Cure Amount has been furnished by the Court's CM/ECF system or U.S. MAIL to:

Adam Ravin, Esq.
Skadden Arps, Slate, Meagher
  & Flom LLP
Four Times Square
New York, NY 10036
Co-Counsel for Debtors

Cynthia C. Jackson, Esq.
James H. Post, Esq.
Stephen D. Busey, Esq.
225 Water Street, Suite 1800
Jacksonville, FL 32202
Co-Counsel for Debtors

on this 28th day of July, 2006.

/s/ Susan H. Sharp
Susan H. Sharp Florida Bar No. 0716421
Attorneys for Avon Square, Ltd.

H:\User\SHS\Avon Square\Objection to Cure Claim.doc

3