UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. | Case #05-03817-3F1 |
| Debtors, | (Jointly Administered) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

STATE OF FLORIDA

COUNTY OF ESCAMBIA

On this day, before me, the undersigned authority, personally appeared Kimberly R. Lambert, Esquire, who, after being duly sworn, states:

1) I have personal knowledge of the facts stated herein, and I am competent to testify.

2) I am the attorney of record for JOAN SCHELBLE, the Movant herein, and have been authorized by Movant to give this Affidavit. On behalf of Movant, I filed a personal injury cause of action against the Debtor herein, in the Circuit Court in and for Lake County, Florida, on May 22, 2006.

3) The facts stated in the Motion for Relief are true and correct and are based upon Affiant's personal knowledge and involvement in Movant's personal injury lawsuit.

4) The value of the Movant's claim or interest is unliquidated and undetermined at this time, however, the value will not exceed the recoverable insurance policy benefits held by Sedgwick Claims Management Services as Third Party Administrator for Winn-Dixie Stores, Inc.

_____
KIMBERLY R. LAMBERT

The foregoing instrument was acknowledged before me, the undersigned authority, a notary public, by Kimberly R. Lambert, who is personally known to me or who has produced _____ as photo identification and who did/did not take an oath.

WITNESS my hand and official seal, on this 27 day of July, 2006.

_____
NOTARY PUBLIC
State of Florida at Large
My Commission Expires 2/9/10

(SEAL)



RHONDA COMER HARRIS
MY COMMISSION # DD 509640
EXPIRES: February 9, 2010
Bonded Thru Notary Public Underwriters