UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____/

Case No.: 05-03817-JAF
Chapter 11

Jointly Administered

## CREDITOR'S, GARDENS PARK PLAZA, Ltd., AMENDED LIMITED OBJECTION TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

Creditor, **Gardens Park Plaza, Ltd**. ("GPP"), lessor of non-residential real property, by and through undersigned counsel, hereby files its Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief, and respectfully represents:

1. On February 21, 2005, the Debtors filed their petitions under chapter 11 of title 11 of the United States Code, commencing these cases.

2. GPP is the lessor under the lease of non-residential real property with the Debtors, located in Gardens Park Plaza, Palm Beach Gardens, Florida, Store No. 333.

3. Exhibit B to the Debtors' Motion indicates that $90,422.66 is the "Proposed Cure Amount", as defined in the Motion, which the Debtors believe is owed to GPP pursuant to the lease. The Proposed Cure Amount only covers the 2004 Common Area Maintenance due and does not take into account the amount of $17,859.84 which remains due and owing for 2005.

4. GPP also seeks reimbursement of attorney fees in the amount of $7,136.16, as well as future attorney fees which GPP may incur in this matter.

5. Attached hereto as Exhibit "A" is a breakdown of the monies which is currently due under the lease:

| | |
|---|---|
| 2004 Common Area Maintenance | $ 90,442.66 |
| 2005 | 17,859.84 |
| Attorney's Fees | 7,136.16 |
| Total | $ 115,438.66 |

6. 11 U.S.C. § 365(b)(1) provides that, in order to assume an executory contract or unexpired lease in which a default has occurred, the trustee must cure the default and provide compensation for pecuniary loss, or provide adequate assurance that cure and compensation will occur promptly. *In re Valley View Shopping Center, L.P.*, 260 B.R. 10 (Bankr. D. Kan. 2001).

7. GPP objects to the assumption and Proposed Cure Amount to the extent that no provision has been made to cure the balance due for 2005 taxes pursuant to paragraph 34 of the Lease, as well as for the payment of attorney fees pursuant to Florida Statute § 83. As a condition to the assumption, the Debtor should pay the balance due to GPP for 2005 in the amount of $17,859.84 in addition to attorney fees incurred in the amount of $7,136.16 pursuant to Florida Statute § 83, for a total cure amount of $115,438.66, as well as providing a provision that future attorney fees incurred in this matter will be paid.

WHEREFORE, Creditor, **Gardens Park Plaza, Ltd.** ("GPP"), by and through undersigned counsel, respectfully requests that the Court enter an Order sustaining Creditor's, Gardens Park Plaza, Ltd., limited objection, and requiring the Debtor to pay to such Creditor the total cure amount of $115,438.66, and providing a provision that future attorney fees incurred in this matter by Creditor, Gardens Park Plaza, Ltd., shall be paid by the Debtor pursuant to Florida Statute § 83, plus that the Court grant such other and further relief as the court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to: **Cynthia C. Jackson, Esq.**, 225 Water St., Suite 1800, Jacksonville FL 32202; and **D.J. Baker, Esq.**, Four Times Square, New York NY 10036, on this the 28 day of July 2006.

ELK, BANKIER, CHRISTU & BAKST, LLP

/s/ Rilyn A. Carnahan
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
Rilyn A. Carnahan, Esq.
Florida Bar No.: 614831
Attorneys for Gardens Park Plaza, Ltd.
222 Lakeview Ave., Suite 1330
West Palm Beach FL 33401
Telephone: (561) 238-9900
Facsimile: (561) 238-9920

060728/dlc

Gardens Park Plaza, Ltd.
c/o Flagler Realty and Development, Inc.
505 South Flagler Drive, Suite 1010
West Palm Beach, Florida   33401
561-655-7200

February 14, 2005

Winn Dixie Stores, Inc.
Store #333
5050 Edgewood Court
Jacksonville, FL 32254

RE:  2004 Common Area Maintenance, Insurance and Real Estate Tax
     Gardens Park Plaza Store #333
     Palm Beach Gardens, Florida

|                  |                              |              |
|------------------|------------------------------|--------------|
|                  | **ORIGINAL STORE AREA**      |              |
| 1/1/04-12/31/04  | Real Estate Tax Shopping Center | $ 254,053.79 |
|                  | Less Base Year               | (32,044.80)  |
|                  | Net Tax Billable             | 222,008.99   |
|                  | Your Contractual Percentage  | 23.79%       |
|                  | Your Pro-rata Share          | $ 52,815.94  |

**1989 STORE EXPANSION**

Taxes and Insurance are due for the year 2004 on the expansion area of 10,450 sq. ft. These costs are **Not Deductible** against percentage rent.

| | | |
|---|---|---|
| Taxes: | Assessment after expansion | $ 1,027,591.00 |
| | Assessment before expansion | 748,254.00 |
| | Increase in Assessed Value | 279,337.00 |
| | Millage Rate | 24.720998 |
| | Taxes Due on Expansion Area | $ 6,905.49 |
| Insurance: | 2003 Premium | $ 27,667.00 |
| | 2004 Premium | 36,937.00 |
| | Percentage of Increase (Decrease) | 0.34 |
| | 2004 Premium Billed | 7,760.01 |
| | x Percentage Increase (Decrease) | 34.00% |
| | Your Share of 2004 Premium | $ 2,638.40 |

EXHIBIT "A"

Winn Dixie Stores, Inc.
Gardens Park Plaza
February 14, 2005
Page Two

### 1997 STORE EXPANSION

Taxes and Insurance are due for the year 2004 on the expansion area of 10,441 sq. ft. These costs are **Not Deductible** against percentage rent.

| | | | |
|---|---|---|---|
| Taxes: | Real Estate Tax Shopping Center | $ | 254,053.79 |
| | x Prorata Share (10,441/120,241 sq. ft.) | | 8.68% |
| | | | 22,051.87 |

| | | | |
|---|---|---|---|
| Insurance: | Insurance for Shopping Center | $ | 69,481.10 |
| | x Prorata Share (10,441/120,241 sq. ft.) | | 8.68% |
| | | | 6,030.96 |

| | | | |
|---|---|---|---|
| Summary: | Taxes due under Original Lease | $ | 52,815.94 |
| | Taxes due on the 1989 Expansion | | 6,905.49 * |
| | Insurance due on 1989 Expansion | | 2,638.40 * |
| | Taxes due on 1997 Expansion | | 22,051.87 * |
| | Insurance due on 1997 Expansion | | 6,030.96 * |
| | TOTAL 2004 EXPENSES DUE | $ | 90,442.66 |

(*Not Deductible from Percentage Rents)

Please make your check payable to Gardens Park Plaza, Ltd. and remit to the letterhead address.

Gardens Park Plaza, Ltd.
c/o Flagler Realty and Development, Inc.
505 South Flagler Drive, Suite 1010
West Palm Beach, Florida   33401
561-655-7200

January 12, 2006

Winn Dixie Stores, Inc.
Store #333
5050 Edgewood Court
Jacksonville, FL 32254

RE:  2005 Common Area Maintenance, Insurance and Real Estate Tax
     Gardens Park Plaza Store #333
     Palm Beach Gardens, Florida

|  |  | ORIGINAL STORE AREA |  |  |
|---|---|---|---|---|
| 1/1/05-12/31/05 |  | Real Estate Tax Shopping Center | $ | 257,648.12 |
|  |  | Less Base Year |  | (32,044.80) |
|  |  | Net Tax Billable |  | 225,603.32 |
|  |  | Your Contractual Percentage |  | 23.79% |
|  |  | Your Pro-rata Share | $ | 53,671.03 |

**1989 STORE EXPANSION**

Taxes and Insurance are due for the year 2005 on the expansion area of 10,450 sq. ft. These costs are **Not Deductible** against percentage rent.

| Taxes: | Assessment after expansion | $ 1,027,591.00 |
|---|---|---|
|  | Assessment before expansion | 748,254.00 |
|  | Increase in Assessed Value | 279,337.00 |
|  | Millage Rate | 24.141569 |
|  | Taxes Due on Expansion Area | $ 6,743.63 |
| Insurance: | 2004 Premium | $ 36,937.00 |
|  | 2005 Premium | 35,169.10 |
|  | Percentage of Increase (Decrease) | -0.05 |
|  | 2004 Premium Billed | 2,638.40 |
|  | x Percentage Increase (Decrease) | -0.05% |
|  | Your Share of 2005 Premium | $ (131.92) |

Winn Dixie Stores, Inc.
Gardens Park Plaza
January 12, 2006
Page Two

### 1997 STORE EXPANSION

Taxes and Insurance are due for the year 2005 on the expansion area of 10,441 sq. ft. These costs are **Not Deductible** against percentage rent.

| | | | |
|---|---|---|---|
| Taxes: | Real Estate Tax Shopping Center | $ | 257,648.12 |
| | x Prorata Share (10,441/120,241 sq. ft.) | | 8.68% |
| | | | 22,363.86 |

| | | | |
|---|---|---|---|
| Insurance: | Insurance for Shopping Center | $ | 71,413.14 |
| | x Prorata Share (10,441/120,241 sq. ft.) | | 8.68% |
| | | | 6,198.66 |

| | | | |
|---|---|---|---|
| Summary: | Taxes due under Original Lease | $ | 53,671.03 |
| | Taxes due on the 1989 Expansion | | 6,743.63 * |
| | Insurance due on 1989 Expansion | | (131.92) * |
| | Taxes due on 1997 Expansion | | 22,363.86 * |
| | Insurance due on 1997 Expansion | | 6,198.66 * |
| | TOTAL 2005 EXPENSES DUE | $ | 88,845.26 |

(*Not Deductible from Percentage Rents)   pd 4/3/06   <70,985.42>
                                           Balance    17,859.84

Please make your check payable to Gardens Park Plaza, Ltd. and remit to the letterhead address.

| Gardens | | | | | | Vendor Ledger | | | | | Page 1<br>7/10/2006<br>02:40 PM |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Ctrl# | Invoice Number | Invoice Date | Property | Expense Account | Payable Account | Amount | Unpaid Amount | Check Number | Check Date | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Elk | Elk, Bankier, Christu and Bakst | | | | | | | | | |
| 2816 | 50376 | 05/01/05 | 001 | 7450 | 2200 | 748.00 | | 11902 | 05/01/05 | WD Bankruptcy |
| 2847 | 50667 | 05/26/05 | 001 | 7450 | 2200 | 3,480.02 | | 11923 | 05/26/05 | File00086-0004-WD |
| 2888 | 51451 | 07/19/05 | 001 | 7450 | 2200 | 567.50 | | 11952 | 07/19/05 | WD bankruptcy |
| 2897 | 51834 | 08/10/05 | 001 | 7450 | 2200 | 422.50 | | 11960 | 08/10/05 | WD vs Bankrutcy |
| 2952 | 52227 | 09/20/05 | 001 | 7450 | 2200 | 648.14 | | 11996 | 09/20/05 | File # 003282-0001 Reversed by |
| | | | 001 | 7450 | 2200 | -648.14 | | 11996 | 12/15/05 | 3030 |
| | | | 001 | 7450 | 2200 | 648.14 | 648.14 | | | |
| 2967 | 52353 | 10/13/05 | 001 | 7450 | 2200 | 260.00 | | 12009 | 10/13/05 | RE: Winn-Dixie chap 11 bankrup |
| 3030 | 52227 | 12/15/05 | 001 | 7450 | 2200 | -648.14 | -648.14 | | | :Prog Gen Reverses invoice ctrl# |
| | | | 001 | 7450 | 2200 | 648.14 | 648.14 | | | |
| | | | 001 | 7450 | 2200 | -648.14 | -648.14 | | | |
| 3152 | 060503 | 05/03/06 | 001 | 7450 | 2200 | 648.14 | | 12140 | 05/03/06 | Winn-Dixie Bankruptcy |
| 3180 | 54555 | 06/08/06 | 001 | 7450 | 2200 | 525.00 | | 12166 | 06/08/06 | Winn-Dixie Stores, Inc. Chapter |
| | | | | | | 6,651.16 | 0.00 | | | |
| | | | | | | 6,651.16 | 0.00 | | | |

| Number | Totals By Account Name | Total |
|---|---|---|
| 7450 | Legal and Accounting | 6,651.16 |

# Elk, Bankier, Christu & Bakst, LLP
Sanctuary Centre, Suite 200E
4800 N. Federal Highway
Boca Raton, FL 33431
(561) 368-8800

Garden Park Plaza, Ltd.
Patrick Koenig
c/o Flagler Realty & Dev., Inc.
505 South Flagler Drive
West Palm Beach, FL 33401

July 11, 2006
Invoice No: 54879
File No: 003282-0001

Winn-Dixie Stores, Inc. Chapter 11 Bankruptcy

**Professional Fees**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/1/2006 | MRB | Various emails for two days with counsel for trade committee as to hearing set for today, which was continued to 6/15/06 at the last minute; initial preparation for hearing beforehand | 1.00 | 350.00 |
| 6/13/2006 | RAC | Conference with Busey re. hearings on motion to substantively consolidate and motion to file papers under seal and whether they are going forward | 0.30 | 67.50 |
| 6/14/2006 | RAC | Sent confirming email to Busey re. hearings on Thurs. and status thereof | 0.10 | 22.50 |
| 6/14/2006 | RAC | Received and reviewed agenda for hearings tomorrow to confirm that they reflect what we were told by attorneys for Debtor and ad hoc trade creditors committee | 0.20 | 45.00 |

Sub-total Fees: 485.00

**Fee Summary**

| | | | |
|---|---|---|---|
| Michael R. Bakst | 1.00 hrs. @ | 350.00 | 350.00 |
| Rilyn A. Carnahan | 0.60 hrs. @ | 225.00 | 135.00 |

Total Current Billing: 485.00

Previous Balance Due: 525.00
Payments Since Last Statement: 525.00

**Total Now Due:** 485.00