## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about July 28, 2006 I caused copies of:

•  the **Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims and (C) Reclassify Misclassified Scheduled Claims as Set Forth in the Debtors' First Omnibus Motion for Order Deeming Schedules Amended**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: July 28, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Order Deeming Schedules Amended to (A) Disallow
No Liability Scheduled Claims, (B) Reduce Overstated
Scheduled Claims and (C) Reclassify Misclassified
Scheduled Claims as Set Forth in the Debtors' First
Omnibus Motion for Order Deeming Schedules Amended**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 241886-12
ALBERTVILLE QUALITY FOOD
PO BOX 11407
BIRMINGHAM, AL 35246-0836

CREDITOR ID: 241890-12
ALCOA INC
PO BOX 198276
ATLANTA, GA 30384-8276

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 242343-12
AMSTAR FOODS
400 AUGUSTA ST
PO BOX 9239
GREENVILLE, SC 29604

CREDITOR ID: 278710-99
ANDERSON NEWS LLC
ATTN JENNIFER VOSS, VP ACCOUNTING
PO BOX 52570
KNOXVILLE, TN 37950-2570

CREDITOR ID: 242536-12
ARIZONA BEVERAGE LLC
2450 W COPANS ROAD
POMPANO BEACH, FL 33069

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 384008-47
BERNIE LITTLE DISTRIBUTING
PO BOX 1128
EATON PARK, FL 33840-1128

CREDITOR ID: 243555-12
BIRCHWOOD FOODS
BIN #53012
MILWAUKEE, WI 53288

CREDITOR ID: 243575-12
BISSELL INC
PO BOX 73669-0
CHICAGO, IL 60673-7669

CREDITOR ID: 384023-47
BURKHARDT DIST CO
PO BOX 438
ST AUGUSTINE, FL 32085

CREDITOR ID: 244244-12
BVI DBA PRIMED WETUMPKA
PO BOX 240695
MONTGOMERY, AL 36124-0695

CREDITOR ID: 244275-12
C&M FOOD DISTRIBUTING
PO BOX 530727
BIRMINGHAM, AL 35253-0727

CREDITOR ID: 244969-12
CHAMBERS BOTTLING CO
PO BOX 2709
HUNTSVILLE, AL 35804

CREDITOR ID: 245139-12
CHATTEM INC
PO BOX 100770
ATLANTA, GA 30384-0770

CREDITOR ID: 245270-12
CHLOE FOODS CORP
ATTN: RAY SHAIN, VP
3301 ATLANTIC AVENUE
BROOKLYN, NY 11208

CREDITOR ID: 245374-12
CHUBS
8101 PRESIDENTS DR
ORLANDO, FL 32809-7624

CREDITOR ID: 245463-12
CITI SYSTEMS LEASING
DEPT 56901
PO BOX 67000
DETROIT, MI 48267

CREDITOR ID: 246519-12
CNS INC
NW 5314
PO BOX 1450
MINNEAPOLIS, MN 55485-5314

CREDITOR ID: 246637-12
COLLINS & AIKMAN
ATTN: JAMES MOOR, VP ENG/REAL ESTAT
PO BOX 580
ALBEMARLE, NC 28001

CREDITOR ID: 246643-12
COLLINS POINTE SHOPPING CENTER
C/O CNM ASSOC
950 E PACES RD SUITE 900
ATLANTA, GA 30326

CREDITOR ID: 246952-12
CONWOOD SALES CO, LP
ATTN EDWARD J FOSTER
PO BOX 217
MEMPHIS, TN 38101-0217

CREDITOR ID: 247051-12
COTY US INC
PO BOX 70613
CHICAGO, IL 60673-0613

CREDITOR ID: 247061-12
COUNTRY GARDEN SILKS
PO BOX 802
NAHUNTA, GA 31553

CREDITOR ID: 247521-12
DALES SAUCES
PO BOX 130684
BIRMINGHAM, AL 35213-0684

CREDITOR ID: 248118-12
DIAZ FOODS
5501 FULTON INDUSTRIAL BLVD SW
ATLANTA, GA 30336

SERVICE LIST
Order Deeming Schedules Amended to (A) Disallow
No Liability Scheduled Claims, (B) Reduce Overstated
Scheduled Claims and (C) Reclassify Misclassified
Scheduled Claims as Set Forth in the Debtors' First
Omnibus Motion for Order Deeming Schedules Amended

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 248217-12<br>DIXIE EGG COMPANY<br>PO BOX 6933<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 248571-12<br>DURHAM COCA COLA BOTTLING CO<br>ATTN: ILEANA CORREA<br>3214 HILLSBOROUGH ROAD<br>DURHAM, NC 27705 | CREDITOR ID: 248607-12<br>DYNAMIC SCAN INC<br>ATTN: JONATHAN LANIGAN, PRES<br>PO BOX 22544<br>WEST PALM BEACH, FL 33416 |
| CREDITOR ID: 249303-12<br>EXXONMOBIL FUELS MARKETING<br>ATTN: BETH E BROWN<br>120 MCDONALD STREET<br>SAINT JOHN NB E2J 1M5<br>CANADA | CREDITOR ID: 249496-12<br>FIELDALE FARMS CORP<br>PO BOX 558<br>BALDWIN, GA 30511 | CREDITOR ID: 249503-12<br>FILIPPO BERIO SALOV NA CORP<br>PO BOX 23346<br>NEWARK, NJ 07189-3346 |
| CREDITOR ID: 249513-12<br>FINAZZLE CORPORATION USA<br>3088 PROCESS DRIVE<br>NORCROSS, GA 30071 | CREDITOR ID: 249906-12<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | CREDITOR ID: 250695-12<br>GOLD KIST INC<br>PO BOX 116223<br>ATLANTA, GA 30368-6223 |
| CREDITOR ID: 255234-12<br>GRAVLEE, MACON<br>C/O GENERAL MGMT SERVICES<br>PO BOX 310<br>FAYETTE, AL 35555 | CREDITOR ID: 250854-12<br>GREEN MOUNTAIN WOOD PRODUCTS INC<br>PO BOX 99<br>RANDOLPH, VT 05060 | CREDITOR ID: 251433-12<br>HEINEMANNS BAKERIES<br>5035 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| CREDITOR ID: 251589-12<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 | CREDITOR ID: 252269-12<br>INTERNATIONAL MULTIFOODS<br>135 S LASALLE<br>DEPT 1913<br>CHICAGO, IL 60674-1913 | CREDITOR ID: 252826-12<br>JDN REALTY CORPORATION<br>PO BOX 532614<br>DEPT 320<br>ACCT# 190320-JD1321<br>ATLANTA, GA 30353-2614 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 253783-12<br>KENNESAW INC<br>1300 SW FIRST COURT<br>POMPANO BEACH, FL 33069 |
| CREDITOR ID: 254107-12<br>KOZY SHACK INC<br>DEPT CH 17323<br>PALATINE, IL 60055-7323 | CREDITOR ID: 254133-12<br>KRISPY KREME<br>PO BOX 752046<br>CHARLOTTE, NC 28275-2046 | CREDITOR ID: 254125-12<br>KRISPY KREME<br>1300 EAST PARK AVE<br>TALLAHASSEE, FL 32301 |
| CREDITOR ID: 254129-12<br>KRISPY KREME<br>960 PATTON AVE<br>ASHEVILLE, NC 28806 | CREDITOR ID: 254128-12<br>KRISPY KREME<br>465 WEST 23RD STREET<br>PANAMA CITY, FL 32405 | CREDITOR ID: 254127-12<br>KRISPY KREME<br>ATTN: FRANK GUTHRIE, PRES<br>1644 GORDON HIGHWAY<br>AUGUSTA, GA 30906 |
| CREDITOR ID: 384205-47<br>KRISPY KREME<br>GULF FLORIDA DOUGHNUT CORPORATION<br>ATTN: MARK GAUTHIER, PRES<br>3615 E LAKE AVENUE<br>TAMPA, FL 33610 | CREDITOR ID: 254130-12<br>KRISPY KREME<br>ATTN: JAMES ANDERSON, PRES<br>980 INTERNATIONAL SPEEDWAY<br>DAYTONA BEACH, FL 32114 | CREDITOR ID: 254138-12<br>KRISPY KREME DONUT CO<br>ATTN: FRANK GUTHRIE, PRES<br>PO BOX 569<br>AUGUSTA, GA 30901 |

**Order Deeming Schedules Amended to (A) Disallow**
**No Liability Scheduled Claims, (B) Reduce Overstated**
**Scheduled Claims and (C) Reclassify Misclassified**
**Scheduled Claims as Set Forth in the Debtors' First**
**Omnibus Motion for Order Deeming Schedules Amended**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 254144-12<br>KRISPY KREME DOUGHNUT CORP<br>3095 ROSS CLARKK CIRCLE<br>DOTHAN, AL 36301 | CREDITOR ID: 254147-12<br>KRISPY KREME DOUGHNUTS<br>ATTN: TERRENCE JONES, VP<br>310 NW 13TH STREET<br>GAINESVILLE, FL 32601 | CREDITOR ID: 254394-12<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA, GA 30392-0001 |
| CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 254725-12<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | CREDITOR ID: 254743-12<br>LIFECLINIC FINANCE CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY, UT 84189-0750 |
| CREDITOR ID: 255147-12<br>LUVEL DAIRY INC<br>PO BOX 1229<br>KOSIUSKO, MS 39090 | CREDITOR ID: 411411-98<br>MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 405907-98<br>MADISON INVESTMENT TRUST - SERIES 4<br>ATTN SALLY MEYER<br>6310 LAMAR AVE SUITE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 255579-12<br>MARLIN LEASING CORP<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 | CREDITOR ID: 255826-12<br>MAXELL CORP OF AMERICA<br>PO BOX 200325<br>PITTSBURGH, PA 15251-0325 |
| CREDITOR ID: 384234-47<br>METRO WHOLESALE GROCERS<br>150 EAST 55TH, FOURTH FLOOR<br>NEW YORK, NY 10022 | CREDITOR ID: 380987-47<br>MITSUBISHI INTERNATIONAL FOOD INGREDIENT<br>ATTN H MAKAMURA<br>ONE BRIDGE PLAZA, SUITE 270<br>FORT LEE NJ 07024 | CREDITOR ID: 256749-12<br>MRS STRATTON'S SALADS<br>PO BOX 190187<br>BIRMINGHAM, AL 35219-0187 |
| CREDITOR ID: 257018-12<br>NATIVA FOODS<br>950 WEST ELLIOT RD STE 112<br>TEMPE, AZ 85284 | CREDITOR ID: 384268-47<br>NORTHLAND CRANBERRIES INC<br>P O BOX 78560<br>MILWAUKEE, WI 53278-0560 | CREDITOR ID: 257540-12<br>OCALA STAR BANNER<br>PO BOX 915009<br>ORLANDO, FL 32891-5009 |
| CREDITOR ID: 257888-12<br>PACIFIC COAST PRODUCERS<br>ATTN: MARK WAHLMAN, CFO<br>PO BOX 1067, FILE #98783<br>CHARLOTTE, NC 28201-1067 | CREDITOR ID: 384283-47<br>PEACE RIVER DISTRIBUING<br>9400 PIPER ROAD<br>PUNTA GORDA, FL 33982 | CREDITOR ID: 258335-12<br>PEPSI COLA BOTTLING CO<br>1766 BANKHEAD HIGHWAY<br>WINFIELD, AL 35594 |
| CREDITOR ID: 258407-12<br>PETER PAN SEAFOODS INC<br>PO BOX 60773<br>CHARLOTTE, NC 28260 | CREDITOR ID: 258411-12<br>PETERSON FARMS<br>PO BOX 115<br>SHELBY, MI 49455-0115 | CREDITOR ID: 415959-97<br>PROVIMI FOODS INC F/K/A<br>PROVIMI VEAL CORPORATION<br>ATTN: DANIEL R SCHOBER<br>W2103 COUNTY ROAD VV<br>SEYMOUR WI 54165 |
| CREDITOR ID: 259008-12<br>PROVIMI VEAL CORPORATION<br>LOCKBOX BIN NUMBER 137<br>MILWAUKEE, WI 53288 | CREDITOR ID: 259258-12<br>RANIR CORPORATION<br>PO BOX 8877<br>GRAND RAPIDS, MI 49518-8547 | CREDITOR ID: 259465-12<br>REPUBLIC TOBACCO<br>2301 RAVINE WAY<br>GLENVIEW, IL 60025 |

SERVICE LIST
**Order Deeming Schedules Amended to (A) Disallow
No Liability Scheduled Claims, (B) Reduce Overstated
Scheduled Claims and (C) Reclassify Misclassified
Scheduled Claims as Set Forth in the Debtors' First
Omnibus Motion for Order Deeming Schedules Amended**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 384316-47
REYNOLDS METALS CO
DRAWER CS 198276
ATLANTA, GA 30384-8276

CREDITOR ID: 259702-12
RIVERWALK PLAZA JOINT VENTURE
PO BOX 409436
ACCT#3068899810
ATLANTA, GA 30384-9436

CREDITOR ID: 260084-12
ROYAL & SON
802 NW 1ST STREET
SOUTH BAY, FL 33493

CREDITOR ID: 260292-12
SAFE HARBOR SEAFOOD
ATTN: GERALD PACK, PRES
4371 OCEAN ST
MAYPORT, FL 32233-2417

CREDITOR ID: 260362-12
SAMPCO
651 WEST WASHINGTON BLVD, SUITE 300
CHICAGO, IL 60661

CREDITOR ID: 405533-95
SCHWANS BAKERY INC
ATTN: HARRY G LEONARDI, VP & CFO
2855 ROLLING PIN LANE
SUWANEE GA 30024

CREDITOR ID: 260561-12
SCHWANS BAKERY INC
PO BOX 532066
ATLANTA, GA 30353-2066

CREDITOR ID: 279039-32
SCHWAN'S CONSUMER BRANDS NORTH
AMERICA, INC.
ATTN: JILL E. HAAN - SUITE 2000
NORMANDALE LAKE OFFICE PARK
8500 NORMANDALE LAKE BLVD.
BLOOMINGTON MN 55437

CREDITOR ID: 260560-12
SCHWAN'S SALES ENTERPRISES
PO BOX 1450 NW 5054
MINNEAPOLIS, MN 55485-5054

CREDITOR ID: 384358-47
SILVER EAGLE DIST KEY WEST
1000 PARK COMMERCE BLVD
HOMESTEAD, FL 33035

CREDITOR ID: 384366-47
SOUTHERN EAGLE DIST
ATTN: JEROME CURRAN, ADMIN DIR
5300 GLADES CUT OFF ROAD
FORT PIERCE, FL 34981

CREDITOR ID: 261510-12
SPARTANBURG COCA COLA BOTTLING
PO BOX 11407
ATTN ACCT REC
BIRMINGHAM, AL 35246-0374

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 261689-12
ST JOHNS BEVERAGE CO
ATTN: CARMINE J SCHIAVONE, PRES
1221 SE VEITCH ST
GAINESVILLE, FL 32601

CREDITOR ID: 261917-12
STEFCO INDUSTRIES INC
1006 MARLEY DRIVE
HAINES CITY, FL 33844

CREDITOR ID: 452220-97
SUN & FUN SALES
ATTN: JONATHAN LANIGAN, PRES
1239 OLYMPIC CIRCLE
W PALM BEACH FL 33413

CREDITOR ID: 262162-12
SUN & FUN SALES INC
PO BOX 21574
WEST PALM BEACH, FL 33416

CREDITOR ID: 262344-12
SWIFT & CO
PO BOX 88920
CHICAGO, IL 60695-1920

CREDITOR ID: 384400-47
TRI EAGLE DISTRIBUTING
PO BOX 2128
TALLAHASSEE, FL 32304

CREDITOR ID: 384404-47
TYRONE GARDENS LLC
SCOTT ROSS
1825 MAIN STREET SUITE 105
WESTON, FL 33326

CREDITOR ID: 380976-47
VESTCOM NEW CENTURY LLC
PO BOX 34838
NEWARK, NJ 07189-4838

CREDITOR ID: 264614-12
WENNER BREAD PRODUCTS INC
ATTN: RICHARD WENNER, PRES/CEO
33 RAJON ROAD
BAYPORT, NY 11705-1102

CREDITOR ID: 264774-12
WILLERT HOME PRODUCTS
PO BOX 790051
ST LOUIS, MO 63179

CREDITOR ID: 264985-12
WISE FOODS INC
PO BOX 538062
ATLANTA, GA 30353-8062

**Total:   106**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al., )             *Chapter 11*
                                          )
Debtors. [1]                              )    Jointly Administered
                                          )

**ORDER DEEMING SCHEDULES AMENDED TO (A) DISALLOW NO
LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED
SCHEDULED CLAIMS AND (C) RECLASSIFY MISCLASSIFIED
SCHEDULED CLAIMS AS SET FORTH IN THE DEBTORS' FIRST
OMNIBUS MOTION FOR ORDER DEEMING SCHEDULES AMENDED**

These cases came before the Court for hearing on July 27, 2006, upon

the First Omnibus Motion (the "Motion") of Winn-Dixie Stores, Inc. and twenty-

three of its subsidiaries and affiliates (collectively, the "Debtors") for entry of an

order deeming the Debtors' Schedules amended to disallow, reduce or reclassify the

scheduled claims listed on Exhibit A through C (the "Scheduled Claims").[2] Several

formal and informal objections to the Motion were raised or filed, as a result of

which the Debtors have agreed to continue the Motion with respect to (i) scheduled

claim no. 35573 for Anderson News LLC, (ii) scheduled claim no. 31489 for Royal

& Son and (iii) scheduled claim no. 34018 for Pepsi Cola Bottling Co., which

scheduled claims have been removed from Exhibits A and B (collectively, the

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
         cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
         Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
         Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
         Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
         Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
         Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
         Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
         Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
         them in the Motion.

"Unresolved Objections"). The Debtors have withdrawn without prejudice their objection to (i) scheduled claim no. 32203 for Silver Eagle Dist Key West and (ii) scheduled claim no. 32209 for Southern Eagle Dist, which scheduled claims have been removed from Exhibit C. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Motion is granted.

2.      The Debtors' Schedules are deemed amended to disallow in their entirety the No Liability Scheduled Claims listed on Exhibit A to this Order.

3.      The Debtors' Schedules are deemed amended to reduce the Overstated Scheduled Claims listed on Exhibit B to this Order to the amounts set forth on Exhibit B under the heading Reduced Claim Amount. All amounts exceeding the Reduced Claim Amount are disallowed.

4.      The Debtors' Schedules are deemed amended to reclassify in part the Misclassified Scheduled Claims as specified on Exhibit C to this Order.

5.      With respect to the Overstated Scheduled Claims that are reduced by the amount of the reclamation payments listed on Exhibit B under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Scheduled Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibit B.

6.      Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

2

7.     The hearing to consider the Motion with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

8.     Each Scheduled Claim and the proposed amendments by the Debtors to such claim as addressed in the Motion constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each Scheduled Claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

9.     Neither the Motion nor any disposition of the Scheduled Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

10.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Scheduled Claims.

Dated this _27_ day of July, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

3

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT A - NO LIABILITY SCHEDULED CLAIMS

Page: 1 of 2
Date: 07/26/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 244244**<br>BVI DBA PRIMED WETUMPKA<br>PO BOX 240695<br>MONTGOMERY, AL 36124-0695 | **33320**<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $60.00 | SCHEDULED IN ERROR. |
| **Creditor Id: 246637**<br>COLLINS & AIKMAN<br>ATTN: JAMES MOOR, VP ENGREAL ESTAT<br>PO BOX 580<br>ALBEMARLE, NC 28001<br>Transferee: ASM CAPITAL LP | **33472**<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $11,770.83 | NO LIABILITY. |
| **Creditor Id: 246643**<br>COLLINS POINTE SHOPPING CENTER<br>C/O CNM ASSOC<br>950 E FACES RD SUITE 900<br>ATLANTA, GA 30326 | **36167**<br>Debtor: WINN-DIXIE RALEIGH, INC. | $36,535.37 | NO LIABILITY. |
| **Creditor Id: 249513**<br>FINAZZLE CORPORATION USA<br>3088 PROCESS DRIVE<br>NORCROSS, GA 30071 | **34830**<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $29,167.48 | NO LIABILITY. DEBTOR HAS ACCOUNTS RECEIVABLE BALANCE FROM CLAIMANT OF $58,638.80.   ACCORDINGLY, CLAIMANT OWES DEBTOR $29,471.32. |
| **Creditor Id: 249906**<br>FOLMAR & ASSOCIATES<br>PO BOX 12<br>MONTGOMERY, AL 36101 | **36314**<br>Debtor: WINN-DIXIE RALEIGH, INC. | $11,811.15 | SCHEDULED IN ERROR AGAINST WINN-DIXIE RALEIGH, INC.  CLAIMANT FILED CLAIM NUMBER 9794 AGAINST WINN-DIXIE STORES, INC. |
| **Creditor Id: 255234**<br>GRAVLEE, MACON<br>C/O GENERAL MGMT SERVICES<br>PO BOX 310<br>FAYETTE, AL 35555 | **36532**<br>Debtor: WINN-DIXIE RALEIGH, INC. | $14,967.77 | SCHEDULED IN ERROR AGAINST WINN-DIXIE RALEIGH, INC.  CLAIMANT FILED CLAIM NUMBER 5542 AGAINST WINN-DIXIE MONTGOMERY, INC. |
| **Creditor Id: 252826**<br>JDN REALTY CORPORATION<br>PO BOX 532614<br>DEPT 320<br>ACCT # 190320-JD1321<br>ATLANTA, GA 30353-2614 | **31015**<br>Debtor: WINN-DIXIE STORES, INC. | $4,719.79 | NO LIABILITY. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS MOTION FOR ORDER**
**DEEMING SCHEDULED CLAIMS AMENDED**
**EXHIBIT A - NO LIABILITY SCHEDULED CLAIMS**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 255579**<br>MARLIN LEASING CORP<br>PO BOX 13604<br>PHILADELPHIA, PA 19101-3604 | 32787<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | $294.12 | SCHEDULED IN ERROR AGAINST WINN-DIXIE LOGISTICS, INC. CLAIMANT FILED CLAIM NUMBER 1027 AGAINST WINN-DIXIE STORES, INC. |
| **Creditor Id: 257018**<br>NATIVA FOODS<br>950 WEST ELLIOT RD STE 112<br>TEMPE, AZ 85284 | 35158<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $366.21 | SCHEDULED IN ERROR. |
| **Creditor Id: 257540**<br>OCALA STAR BANNER<br>PO BOX 915009<br>ORLANDO, FL 32891-5009 | 31300<br>**Debtor:** WINN-DIXIE STORES, INC. | $16,617.52 | SCHEDULED IN ERROR. $16,617.52 PAID VIA WIRE TRANSFER NUMBER 018206 2/2/05 (ACTUAL AMOUNT OF WIRE PAID $31,650.58 FOR JANUARY & FEBRUARY). |
| **Creditor Id: 261510**<br>SPARTANBURG COCA COLA BOTTLING<br>PO BOX 11407<br>ATTN ACCT REC<br>BIRMINGHAM, AL 35246-0374 | 34183<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $3,399.32 | NO LIABILITY. DEBTOR'S $6,938.78 CREDITS NOT CONSIDERED WHEN CLAIM AMOUNT WAS SCHEDULED. THUS, CLAIMANT OWES DEBTOR $3,539.46 |
| **Creditor Id: 261510**<br>SPARTANBURG COCA COLA BOTTLING<br>PO BOX 11407<br>ATTN ACCT REC<br>BIRMINGHAM, AL 35246-0374 | 36810<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $54,292.43 | NO LIABILITY. DEBTOR'S $85,599.16 CREDIT NOT CONSIDERED WHEN CLAIM AMOUNT WAS SCHEDULED. THUS, CLAIMANT OWES DEBTOR $31,306.73. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 12 | |
| **Total Amount to be Disallowed:** | $184,001.99 | **Plus Unliquidated Amounts, If Any** |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 241886<br>ALBERTVILLE QUALITY FOOD<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-0836 | 34516<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $23,385.60 | $15,668.35 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $233.86 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,483.39. |
| Creditor Id: 242343<br>AMSTAR FOODS<br>400 AUGUSTA ST<br>PO BOX 9239<br>GREENVILLE, SC 29604 | 33222<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $34,005.30 | $22,808.40 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $339.30 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $10,857.60. |
| Creditor Id: 384008<br>BERNIE LITTLE DISTRIBUTING<br>PO BOX 1128<br>EATON PARK, FL 33840-1128 | 32083<br>Debtor: WINN-DIXIE STORES, INC. | $76.30 | $37.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1.18 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $37.78. |
| Creditor Id: 243555<br>BIRCHWOOD FOODS<br>BIN #53012<br>MILWAUKEE, WI 53288 | 34609<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $293,247.89 | $5,712.40 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,713.20 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $278,822.29. |
| Creditor Id: 243575<br>BISSELL INC<br>PO BOX 73669-0<br>CHICAGO, IL 60673-7669 | 34611<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $3,907.51 | $1,446.51 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $45.36, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $585.85 AND $378.18, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,451.61. |
| Creditor Id: 244275<br>C&M FOOD DISTRIBUTING<br>PO BOX 530727<br>BIRMINGHAM, AL 35253-0727 | 34634<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $7,036.60 | $5,281.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $53.19, ACCOUNTS RECEIVABLE BALANCE OF $55.40, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,646.68. |
| Creditor Id: 244969<br>CHAMBERS BOTTLING CO<br>PO BOX 2709<br>HUNTSVILLE, AL 35804 | 33350<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $86,870.04 | $76,952.87 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $300.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,616.65. |
| Creditor Id: 245139<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA 30384-0770 | 34677<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $152,742.77 | $142,742.77 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $10,000. ALSO ON EXHIBIT C. |

WINN-DIXIE STORES, INC., ET AL
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 245374**<br>CHUBS<br>8101 PRESIDENTS DR<br>ORLANDO, FL 32809-7624 | 34687<br>Debtor: | $28,659.90<br>WINN-DIXIE PROCUREMENT, INC. | $22,224.90 | REDUCED AMOUNT REFLECTS CHARGE OF $133.37 FOR INTEREST AND ATTORNEY FEES AND 5/12/05 PAYMENT OF $6,568.37 BY CHECK NUMBER 008024653 PURSUANT TO INTERIM ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (DOCKET NUMBER 77). |
| **Creditor Id: 245463**<br>CITI SYSTEMS LEASING<br>DEPT 56901<br>PO BOX 67000<br>DETROIT, MI 48267 | 30355<br>Debtor: | $152,825.22<br>WINN-DIXIE STORES, INC. | $101,883.48 | REDUCED AMOUNT REFLECTS 6/1/05 PAYMENT OF $50,941.74 BY CHECK NUMBER 008050069 FOR 3/1/05-3/31/05 RENT. INVOICE NUMBER WAS DATED 1/27/05 AND ERRONEOUSLY INCLUDED IN SCHEDULED AMOUNT. |
| **Creditor Id: 246519**<br>CNS INC<br>NW 5314<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5314 | 34698<br>Debtor: | $66,640.01<br>WINN-DIXIE PROCUREMENT, INC. | $49,310.89 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $525.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $16,803.99. |
| **Creditor Id: 247521**<br>DALES SAUCES<br>PO BOX 130684<br>BIRMINGHAM, AL 35213-0684 | 34744<br>Debtor: | $46,122.64<br>WINN-DIXIE PROCUREMENT, INC. | $9,366.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,114.70 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $35,641.17. |
| **Creditor Id: 246118**<br>DIAZ FOODS<br>5501 FULTON INDUSTRIAL BLVD SW<br>ATLANTA, GA 30336 | 36243<br>Debtor: | $44,449.69<br>WINN-DIXIE RALEIGH, INC. | $25,783.10 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $565.66 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $18,100.93. |
| **Creditor Id: 246217**<br>DIXIE EGG COMPANY<br>PO BOX 6933<br>JACKSONVILLE, FL 32236 | 34771<br>Debtor: | $67,464.00<br>WINN-DIXIE PROCUREMENT, INC. | $36,279.00 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $945.00 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $30,240.00. |
| **Creditor Id: 246607**<br>DYNAMIC SCAN INC<br>ATTN: JONATHAN LANIGAN, PRES<br>PO BOX 22544<br>WEST PALM BEACH, FL 33416<br>Transferee: LCH OPPORTUNITIES LLC | 30683<br>Debtor: | $53,666.15<br>WINN-DIXIE STORES, INC. | $22,882.86 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $932.83 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $29,850.46. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS MOTION FOR ORDER**
**DEEMING SCHEDULED CLAIMS AMENDED**
**EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 249496<br>FIELDALE FARMS CORP<br>PO BOX 558<br>BALDWIN, GA 30511 | 34825<br>Debtor: | $159,961.34<br>WINN-DIXIE PROCUREMENT, INC. | $85,968.16 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,242.21 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $71,750.97. |
| Creditor Id: 249503<br>FILIPPO BERIO SALOV NA CORP<br>PO BOX 23346<br>NEWARK, NJ 07189-3346 | 34828<br>Debtor: | $49,899.83<br>WINN-DIXIE PROCUREMENT, INC. | $34,000.31 | REDUCE AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $728.79 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,170.73. |
| Creditor Id: 250854<br>GREEN MOUNTAIN WOOD PRODUCTS INC<br>PO BOX 98<br>RANDOLPH, VT 05060 | 34906<br>Debtor: | $8,277.12<br>WINN-DIXIE PROCUREMENT, INC. | $95.83 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $1,305.72, NET CONSUMPTION WAIVER OF $287.48, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $9,199.53. |
| Creditor Id: 251569<br>HIGH POINT ENTERPRISE<br>ATTN KATHY MCKINNEY<br>PO BOX 1009<br>HIGH POINT, NC 27261 | 36405<br>Debtor: | $15,233.98<br>WINN-DIXIE RALEIGH, INC. | $12,645.92 | REDUCED AMOUNT REFLECTS 3/25/05 PAYMENT OF $2,588.06 BY CHECK NUMBER 008008899 FOR POSTPETITION INVOICE SCHEDULED IN ERROR. |
| Creditor Id: 253783<br>KENNESAW INC<br>1300 SW FIRST COURT<br>POMPANO BEACH, FL 33069 | 31052<br>Debtor: | $16,617.35<br>WINN-DIXIE STORES, INC. | $10,066.30 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $198.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $6,352.53. |
| Creditor Id: 254107<br>KOZY SHACK INC<br>DEPT CH 17323<br>PALATINE, IL 60055-7323 | 35023<br>Debtor: | $32,845.13<br>WINN-DIXIE PROCUREMENT, INC. | $2,857.28 | REDUCE AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $908.72 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $29,079.13. |
| Creditor Id: 254125<br>KRISPY KREME<br>1300 EAST PARK AVE<br>TALLAHASSEE, FL 32301 | 31081<br>Debtor: | $22,346.09<br>WINN-DIXIE STORES, INC. | $14,475.18 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $238.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $7,632.39. |
| Creditor Id: 254127<br>KRISPY KREME<br>ATTN: FRANK GUTHRIE, PRES<br>1844 GORDON HIGHWAY<br>AUGUSTA, GA 30906<br>Transferee: ASM CAPITAL II, LP | 31082<br>Debtor: | $67,271.97<br>WINN-DIXIE STORES, INC. | $66,214.06 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $32.05 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,025.86. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 254128<br>KRISPY KREME<br>465 WEST 23RD STREET<br>PANAMA CITY, FL 32405 | 31083<br>Debtor: | $9,980.81<br>WINN-DIXIE STORES, INC. | $6,193.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $114.75 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,672.11. |
| Creditor Id: 254133<br>KRISPY KREME<br>PO BOX 752046<br>CHARLOTTE, NC 28275-2046 | 36491<br>Debtor: | $229,822.61<br>WINN-DIXIE RALEIGH, INC. | $88,908.55 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,270.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $136,643.93. |
| Creditor Id: 384205<br>KRISPY KREME<br>GULF FLORIDA DOUGHNUT CORPORATION<br>ATTN: MARK GAUTHIER, PRES<br>3615 E LAKE AVENUE<br>TAMPA, FL 33610 | 32150<br>Debtor: | $101,299.78<br>WINN-DIXIE STORES, INC. | $84,881.68 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $497.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,920.58. |
| Transferee: ASM CAPITAL LP | | | | |
| Creditor Id: 254138<br>KRISPY KREME DONUT CO<br>ATTN: FRANK GUTHRIE, PRES<br>PO BOX 569<br>AUGUSTA, GA 30901 | 31087<br>Debtor: | $56,491.85<br>WINN-DIXIE STORES, INC. | $39,493.67 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $515.10 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $16,483.08. |
| Transferee: ASM CAPITAL II, LP | | | | |
| Creditor Id: 254144<br>KRISPY KREME DOUGHNUT CORP<br>3095 ROSS CLARKK CIRCLE<br>DOTHAN, AL 36301 | 31088<br>Debtor: | $5,394.13<br>WINN-DIXIE STORES, INC. | $2,227.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $95.96 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,070.51. |
| Creditor Id: 254394<br>LANE LIMITED<br>PO BOX 101372<br>ATLANTA, GA 30392-0001 | 35039<br>Debtor: | $54,118.15<br>WINN-DIXIE PROCUREMENT, INC. | $31,343.89 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $690.52 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,083.74. |
| Creditor Id: 254725<br>LIBBY CROSS STATION ENTERPRISE LLC<br>ATTN RUSS CANNANE<br>803 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | 31137<br>Debtor: | $10,127.69<br>WINN-DIXIE STORES, INC. | $8,533.63 | REDUCED AMOUNT REFLECTS REMOVAL OF POSTPETITION PORTIONS OF INVOICES, WHICH PORTIONS WERE SCHEDULED IN ERROR. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 254743**<br>LIFECLINIC FINANCE CORPORATION<br>PO BOX 30750<br>SALT LAKE CITY, UT 84189-0750 | 31139<br>**Debtor:** | $27,857.90<br>WINN-DIXIE STORES, INC. | $149.91 | REDUCED AMOUNT REFLECTS 5/9/05 PAYMENT OF $27,707.99 BY CHECK NUMBER 008039635 FOR POSTPETITION INVOICE SCHEDULED IN ERROR. |
| **Creditor Id: 255147**<br>LUVEL DAIRY INC<br>PO BOX 1229<br>KOSIUSKO, MS 39090 | 33849<br>**Debtor:** | $61,101.51<br>WINN-DIXIE MONTGOMERY, INC. | $50,605.26 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $319.64 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $10,176.61. |
| **Creditor Id: 384234**<br>METRO WHOLESALE GROCERS<br>150 EAST 55TH, FOURTH FLOOR<br>NEW YORK, NY 10022 | 35764<br>**Debtor:** | $86,907.44<br>WINN-DIXIE PROCUREMENT, INC. | $37,586.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,496.65 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $47,824.54. |
| **Creditor Id: 380987**<br>MITSUBISHI INTERNATIONAL FOOD INGREDIENT<br>ATTN H MAKAMURA<br>ONE BRIDGE PLAZA, SUITE 270<br>FORT LEE NJ 07024 | 32396<br>**Debtor:** | $28,676.55<br>DEEP SOUTH PRODUCTS, INC. | $21,615.80 | REDUCED AMOUNT REFLECTS ADDITIONAL AMOUNT DUE OF $1,459.80 AND CREDIT OF $8,520.55 (CM 90416314 DATED 2/3/05). |
| **Creditor Id: 384268**<br>NORTHLAND CRANBERRIES INC<br>P O BOX 78560<br>MILWAUKEE, WI 53278-0560 | 35771<br>**Debtor:** | $18,647.63<br>WINN-DIXIE PROCUREMENT, INC. | $223.34 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $3,886.77, NET CONSUMPTION WAIVER OF $670.04, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $21,441.02. |
| **Creditor Id: 384283**<br>PEACE RIVER DISTRIBUTING<br>9400 PIPER ROAD<br>PUNTA GORDA, FL 33982 | 32179<br>**Debtor:** | $2,789.40<br>WINN-DIXIE STORES, INC. | $147.47 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $11,957.85, NET CONSUMPTION WAIVER OF $442.42, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $14,157.36. |
| **Creditor Id: 258407**<br>PETER PAN SEAFOODS INC<br>PO BOX 60773<br>CHARLOTTE, NC 28260 | 35234<br>**Debtor:** | $54,691.16<br>WINN-DIXIE PROCUREMENT, INC. | $777.23 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $15,832.28, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $15,742.60 AND $89.68, RESPECTIVELY, NET CONSUMPTION WAIVER OF $2,115.71, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $51,870.22. |
| **Creditor Id: 258411**<br>PETERSON FARMS<br>PO BOX 115<br>SHELBY, MI 49455-0115 | 32376<br>**Debtor:** | $94,930.00<br>DEEP SOUTH PRODUCTS, INC. | $71,402.65 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $712.95 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $22,814.40. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 259465<br>REPUBLIC TOBACCO<br>2301 RAVINE WAY<br>GLENVIEW, IL 60025 | 35287<br>**Debtor:** | $5,770.45<br>WINN-DIXIE PROCUREMENT, INC. | $3,077.56 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $87.53 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,605.36. |
| **Creditor Id:** 259702<br>RIVERWALK PLAZA JOINT VENTURE<br>PO BOX 409436<br>ACCT#306899810<br>ATLANTA, GA 30384-9436 | 31475<br>**Debtor:** | $89,160.25<br>WINN-DIXIE STORES, INC. | $85,895.25 | REDUCED AMOUNT REFLECTS 2004 HURRICANE DAMAGES OF $3,265.00. |
| **Creditor Id:** 260292<br>SAFE HARBOR SEAFOOD<br>ATTN: GERALD PACK, PRES<br>4371 OCEAN ST<br>MAYPORT, FL 32233-2417<br><br>Transferee: ASM CAPITAL LP | 35325<br>**Debtor:** | $1,265,923.46<br>WINN-DIXIE PROCUREMENT, INC. | $1,107,304.97 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,935.71 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $153,682.78. |
| **Creditor Id:** 260362<br>SAMPCO<br>651 WEST WASHINGTON BLVD, SUITE 300<br>CHICAGO, IL 60661 | 35328<br>**Debtor:** | $43,890.00<br>WINN-DIXIE PROCUREMENT, INC. | $440.00 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $110.00, NET CONSUMPTION WAIVER OF $1,920.00, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $42,240.00. |
| **Creditor Id:** 260560<br>SCHWAN'S SALES ENTERPRISES<br>PO BOX 1450 NW 5054<br>MINNEAPOLIS, MN 55485-5054<br><br>Transferee: JPMORGAN CHASE BANK NA | 31531<br>**Debtor:** | $240,279.17<br>WINN-DIXIE STORES, INC. | $105,348.89 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $11,519.18 AND 3/28/05 PAYMENT OF $123,411.00 BY CHECK NUMBER 8011185 PURSUANT TO ORDER TO RELEASE FUNDS HELD FOR CONSIGNED GOODS (DKT NO. 49). |
| **Creditor Id:** 261917<br>STEFCO INDUSTRIES INC<br>1006 MARLEY DRIVE<br>HAINES CITY, FL 33844 | 35401<br>**Debtor:** | $15,408.30<br>WINN-DIXIE PROCUREMENT, INC. | $8,478.50 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $258.60 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $6,671.20. |
| **Creditor Id:** 262162<br>SUN & FUN SALES INC<br>PO BOX 21574<br>WEST PALM BEACH, FL 33416<br><br>Transferee: LCH OPPORTUNITIES LLC | 31646<br>**Debtor:** | $21,814.57<br>WINN-DIXIE STORES, INC. | $18,189.64 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $109.84 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,515.09. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - SCHEDULED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 384404<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | 32224<br>Debtor: | $11,200.00<br>WINN-DIXIE STORES, INC. | $9,901.78 | REDUCED AMOUNT REFLECTS AMOUNT ACTUALLY OWED. |
| Creditor Id: 380976<br>VESTCOM NEW CENTURY LLC<br>PO BOX 34838<br>NEWARK, NJ 07189-4838 | 35695<br>Debtor: | $39,078.39<br>WINN-DIXIE PROCUREMENT, INC. | $390.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,172.36 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $37,515.25. |
| Creditor Id: 264774<br>WILLERT HOME PRODUCTS<br>PO BOX 790051<br>ST LOUIS, MO 63179 | 35548<br>Debtor: | $8,389.38<br>WINN-DIXIE PROCUREMENT, INC. | $4,884.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $106.43 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,398.33. |
| Creditor Id: 264985<br>WISE FOODS INC<br>PO BOX 538062<br>ATLANTA, GA 30353-8062 | 31877<br>Debtor: | $153,460.50<br>WINN-DIXIE STORES, INC. | $82,017.07 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,491.15 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $68,952.28. |

Total Claims to be Reduced: 49
Total Amount to be Reduced: $4,170,763.51 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $2,634,724.11

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS MOTION FOR ORDER**
**DEEMING SCHEDULED CLAIMS AMENDED**
**EXHIBIT C - CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 241890<br>ALCOA INC<br>PO BOX 198276<br>ATLANTA, GA 30384-8276<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 34517 | $19,243.37 | Unsecured Non-Priority | Administrative | RECLASSIFY TO ADMINISTRATIVE PRIORITY (RECLAMATION). |
| Creditor Id: 242536<br>ARIZONA BEVERAGE LLC<br>2450 W COPANS ROAD<br>POMPANO BEACH, FL 33069<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 34551 | $67,803.78 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $28,809.54 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $38,994.24 REMAINS UNSECURED NON-PRIORITY. |
| Creditor Id: 384023<br>BURKHARDT DIST CO<br>PO BOX 438<br>ST AUGUSTINE, FL 32085<br><br>Debtor: WINN-DIXIE STORES, INC. | 32091 | $1,548.05 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $275.86 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $1,272.19 REMAINS UNSECURED NON-PRIORITY. |
| Creditor Id: 245139<br>CHATTEM INC<br>PO BOX 100770<br>ATLANTA, GA 30384-0770<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 34677 | $152,742.77 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $65,237.88 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $77,504.89 REMAINS UNSECURED NON-PRIORITY. ALSO ON EXHIBIT B. |
| Creditor Id: 245270<br>CHLOE FOODS CORP<br>ATTN: RAY SHAIN, VP<br>3301 ATLANTIC AVENUE<br>BROOKLYN, NY 11208<br>Transferee: ASM CAPITAL II, LP<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 34685 | $215,467.34 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $143,075.45 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $72,391.89 REMAINS UNSECURED NON-PRIORITY. |
| Creditor Id: 246952<br>CONWOOD SALES CO, LP<br>ATTN EDWARD J FOSTER<br>PO BOX 217<br>MEMPHIS, TN 38101-0217<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 34723 | $85,117.16 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $30,960.91 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $54,156.25 REMAINS UNSECURED NON-PRIORITY. |
| Creditor Id: 247051<br>COTY US INC<br>PO BOX 70613<br>CHICAGO, IL 60673-0613<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 34727 | $123,177.81 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $15,753.68 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $107,424.13 REMAINS UNSECURED NON-PRIORITY. |
| Creditor Id: 247061<br>COUNTRY GARDEN SILKS<br>PO BOX 802<br>NAHUNTA, GA 31553<br><br>Debtor: WINN-DIXIE STORES, INC. | 30581 | $7,268.00 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $1,557.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $5,711.00 REMAINS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - CLAIMS TO BE RECLASSIFIED

Page: 2 of 4
Date: 07/27/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 248571**<br>DURHAM COCA COLA BOTTLING CO<br>ATTN: ILEANA CORREA<br>3214 HILLSBOROUGH ROAD<br>DURHAM, NC 27705 | 36262 | $26,932.16 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $2,605.74 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $24,326.42 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | | |
| Transferee: AMROC INVESTMENTS LLC | | | | | |
| **Creditor Id: 249303**<br>EXXONMOBIL FUELS MARKETING<br>ATTN: BETHE BROWN<br>120 MCDONALD STREET<br>SAINT JOHN NB E2J 1M5 CANADA | 32645 | $31,170.84 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $3,803.39 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $27,367.45 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE LOGISTICS, INC. | | | | | |
| **Creditor Id: 250695**<br>GOLD KIST INC<br>PO BOX 116223<br>ATLANTA, GA 30368-6223 | 34888 | $149,527.23 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $80,679.94 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $68,847.29 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| **Creditor Id: 251433**<br>HEINEMANNS BAKERIES<br>5035 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 34927 | $77,338.80 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $74,146.68 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $3,192.12 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| **Creditor Id: 252269**<br>INTERNATIONAL MULTIFOODS<br>135 S LASALLE<br>DEPT 1913<br>CHICAGO, IL 60674-1913 | 34974 | $70,830.00 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $37,042.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $33,787.70 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | | |
| **Creditor Id: 254129**<br>KRISPY KREME<br>960 PATTON AVE<br>ASHEVILLE, NC 28806 | 36489 | $13,518.40 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $1,739.90 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $11,778.50 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE RALEIGH, INC. | | | | | |
| **Creditor Id: 254130**<br>KRISPY KREME<br>ATTN: JAMES ANDERSON, PRES<br>980 INTERNATIONAL SPEEDWAY<br>DAYTONA BEACH, FL 32114 | 31084 | $41,946.63 | Unsecured<br>Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $27,377.69 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $14,568.94 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: ASM CAPITAL II, LP | | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIRST OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 254147<br>KRISPY KREME DOUGHNUTS<br>ATTN: TERRENCE JONES, VP<br>310 NW 13TH STREET<br>GAINESVILLE, FL 32601 | 31091 | $53,799.63 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $4,870.25 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $48,929.38 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE STORES, INC. | | | |
| *Transferee: ASM CAPITAL II, LP* | | | | | |
| Creditor Id: 255826<br>MAXELL CORP OF AMERICA<br>PO BOX 200325<br>PITTSBURGH, PA 15251-0325 | 35097 | $2,313.00 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $135.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $2,178.00 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE PROCUREMENT, INC. | | | |
| Creditor Id: 256749<br>MRS STRATTON'S SALADS<br>PO BOX 190187<br>BIRMINGHAM, AL 35219-0187 | 33941 | $21,087.57 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $10,659.61 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $10,427.96 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE MONTGOMERY, INC. | | | |
| Creditor Id: 257888<br>PACIFIC COAST PRODUCERS<br>ATTN: MARK WAHLMAN, CFO<br>PO BOX 1067, FILE #99783<br>CHARLOTTE, NC 28201-1067 | 35212 | $207,964.33 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $12,727.62 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $195,236.71 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE PROCUREMENT, INC. | | | |
| *Transferee: ASM CAPITAL LP* | | | | | |
| Creditor Id: 259008<br>PROVIMI VEAL CORPORATION<br>LOCKBOX BIN NUMBER 137<br>MILWAUKEE, WI 53288 | 35266 | $34,794.97 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $6,367.80 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $28,427.17 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE PROCUREMENT, INC. | | | |
| *Transferee: MADISON INVESTMENT TRUST - SERIES 3* | | | | | |
| Creditor Id: 259258<br>RANIR CORPORATION<br>PO BOX 8877<br>GRAND RAPIDS, MI 49518-8547 | 35277 | $20,651.04 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $12,595.47 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $8,055.57 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE PROCUREMENT, INC. | | | |
| Creditor Id: 384316<br>REYNOLDS METALS CO<br>DRAWER CS 198276<br>ATLANTA, GA 30384-8276 | 35785 | $166,014.34 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $149,633.66 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $16,380.68 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor:  WINN-DIXIE PROCUREMENT, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**FIRST OMNIBUS MOTION FOR ORDER**
**DEEMING SCHEDULED CLAIMS AMENDED**
**EXHIBIT C - CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 260561**<br>SCHWANS BAKERY INC<br>PO BOX 532066<br>ATLANTA, GA 30353-2066<br>Debtor: WINN-DIXIE PROCUREMENT, INC.<br>Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | 35343 | $510,794.72 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $248,778.47 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $262,016.25 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 261689**<br>ST JOHNS BEVERAGE CO<br>ATTN: CARMINE J SCHIAVONE, PRES<br>1221 SE VEITCH ST<br>GAINESVILLE, FL 32601<br>Debtor: WINN-DIXIE PROCUREMENT, INC.<br>Transferee: ASM CAPITAL II, LP | 35396 | $313,691.72 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $192,021.37 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $121,670.35 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 262344**<br>SWIFT & CO<br>PO BOX 88920<br>CHICAGO, IL 60695-1920<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 35430 | $194,282.26 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $93,152.02 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $101,130.24 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 384400**<br>TRI EAGLE DISTRIBUTING<br>PO BOX 2128<br>TALLAHASSEE, FL 32304<br>Debtor: WINN-DIXIE STORES, INC. | 30022 | $892.55 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $217.01 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $675.54 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 264614**<br>WENNER BREAD PRODUCTS INC<br>ATTN: RICHARD WENNER, PRES/CEO<br>33 RAJON ROAD<br>BAYPORT, NY 11705-1102<br>Debtor: WINN-DIXIE PROCUREMENT, INC.<br>Transferee: MADISON INVESTMENT TRUST | 35534 | $238,148.84 | Unsecured Non-Priority | Multiple Classes | RECLASSIFY IN PART. RECLASSIFY $113,755.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $124,393.54 REMAINS UNSECURED NON-PRIORITY. |

Total Claims to be Reclassified:    27

Total Amount to be Reclassified:    $2,848,067.31    Plus Unliquidated Amounts, If Any