Hearing Date: August 24, 2006, 1:00 p.m.
Objection Deadline: August 10, 2006, 4:00 p.m.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## DEBTORS' FIRST OMNIBUS MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND FIXING CURE AMOUNTS

Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move the Court for entry of an order under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts"), effective as of the effective date of the Debtors' proposed plan of reorganization (the "Effective Date"), and fixing the cure amount for each of the Contracts as set forth on Exhibit A (the "Motion"). In support of the Motion, the Debtors state as follows:

**Background**

1.  On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2. The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005, was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4. On June 29, 2006, the Debtors filed a proposed plan of reorganization with an accompanying disclosure statement. The hearing to consider the adequacy of the disclosure statement is scheduled to be held on August 4, 2006.

5. This Court has jurisdiction over the Motion under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6. The statutory predicates for the relief requested by this Motion are sections 105(a) and 365 of the Bankruptcy Code, supported by Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Relief Requested**

7. By this Motion, the Debtors seek an order of the Court, pursuant to sections 105(a) and 365 of the Bankruptcy Code and Rule 6006 of the Bankruptcy Rules, approving the

assumption of the Contracts as of the Effective Date and fixing the cure amount for each of the Contracts. If there is no Effective Date, the Contracts will not be assumed by the Debtors and no payments will be made on such cure amounts.

8. To the extent that they are in default under the Contracts, assumption of the Contracts will require that the Debtors satisfy section 365(b) of the Bankruptcy Code by paying the applicable non-Debtor counter parties to the Contracts (the "Counter Parties") a cure amount. Included in Exhibit A to this Motion are the respective cure amounts that the Debtors believe are owed to the Counter Parties with respect to the Contracts (the "Proposed Cure Amounts").

9. The Debtors seek certainty as to the Proposed Cure Amounts. Therefore, to the extent that a Counter Party disputes the Proposed Cure Amount or otherwise objects to the Motion, the Counter Party must file an objection with the Court and serve the objection on the Debtors on or before August 10, 2006 (the "Objection Deadline"). In the absence of a timely objection, the Counter Party will be deemed to have consented to the assumption of the Contract and the Proposed Cure, will be barred from asserting a larger claim for cure, and will be deemed to have waived all claims under the Contract against the Debtors other than the Proposed Cure Amount.

10. If a Counter Party asserts a cure amount that is higher than the Proposed Cure Amount, or for any other reason, the Debtors reserve the right, in their discretion, prior to the entry of an order approving this Motion, to remove any Contract from Exhibit A, and to alternatively seek by separate motion to reject or otherwise dispose of such Contract.

**Basis for Relief**

11. As part of their restructuring, the Debtors have undertaken a comprehensive review and analysis of each of the Contracts, together with the consequences and costs of assumption or rejection. Based upon this analysis, including the anticipated cost reflected by the

Proposed Cure Amount, the Debtors have at this time determined that assumption of the Contracts is in the best interests of the Debtors and their estates. The Contracts are for goods and services that are used in the operation of the Debtors' businesses. Assumption will allow the Debtors to realize benefits of the Contracts.

12. To the extent that there has been a default under the Contracts, the Debtors represent that the requirements of section 365(b) of the Bankruptcy Code will be satisfied through (a) payment of the Proposed Cure Amount, which will cure such default and compensate the applicable Counter Party for any actual pecuniary loss resulting from such default and (b) the Debtors' continuing business operations, which will provide adequate assurance of future performance under the Contracts.

**Applicable Authority**

13. Pursuant to sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365. "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon burdensome property.'" Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.), 4 F.3d 1095, 1098 (2d Cir. 1993).

14. A debtor's decision to assume or reject a contract or unexpired lease is subject to review under the business judgment standard. See Byrd v. Gardinier, Inc. (In re Gardinier), 831 F.2d 974, 975 n.2 (11th Cir. 1987); In re Orion Pictures Corp., 4 F.3d at 1098-99. Under this standard, the debtor's assumption of a contract or lease is appropriate if it will benefit the estate. See Westshire, Inc. v. Trident Shipworks, Inc., 247 B.R. 856 (M.D. Fla. 2000). Upon finding that a debtor has exercised its sound business judgment in determining that assumption of a particular

4

executory contract is in the best interests of the debtor's estate, the bankruptcy court should approve assumption under section 365(a) of the Bankruptcy Code. See In re Gucci, 193 B.R. 411, 415-17 (S.D.N.Y. 1996) (affirming bankruptcy court's approval of assumption of executory contract upon determining that assumption "was in the best interest of the estate"); Blue Cross Blue Shield of Conn. v. Gurski (In re Gurski), Nos. 94-51202 & 3:95CV1883, 1996 WL 684397, at *2 (D. Conn. Jan. 25, 1996) (affirming bankruptcy court's determination that executory contracts were beneficial to the debtor such that the debtor could assume them under section 365(a)). In the case of assumption, "[t]he § 365 election permits a trustee to … continue performance on a contract which will benefit the estate." In re Diamond Mfg. Co., 164 B.R. 189 (Bankr. S.D. Ga. 1994) (citing In re Brada Miller Freight Sys., Inc., 702 F.2d 890, 893-894 (11th Cir. 1983)). The Debtors respectfully submit that they have satisfied the business judgment standard for assuming the Contracts.

15.     The Debtors recognize that as to those Contracts as to which a default has occurred, section 365(b) of the Bankruptcy Code imposes an obligation upon the Debtors to (a) cure or provide adequate assurance to the Counter Party to such Contract that the Debtors will cure such default, (b) compensate or provide adequate assurance that the Debtors will promptly compensate the Counter Party to such Contract for any actual pecuniary loss to such Counter Party resulting from such default, and (c) provide adequate assurance of future performance under such Contract. As set forth above, these obligations are satisfied.

## Notice

16.     Notice of the Motion has been provided to (a) counsel to the Office of the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) the Counter Parties. No other or further notice need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter an order substantially in the form attached as Exhibit B (a) authorizing and approving the assumption of the Contracts effective as of Effective Date and (b) fixing the costs of assumption at the Proposed Cure Amounts set forth on Exhibit A and (ii) grant such other and further relief as the Court deems just and proper.

Dated:  July 28, 2006.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     David M. Turetsky<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | By   *s/ Cynthia C. Jackson*  <br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson,<br>       Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

**Exhibit A**

**Exhibit A**
**Contracts for Assumption**

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| | | Pharmacy Third Party Insurance | ALT | (ALTA RX)- FIRST HEALTH RX | 4300 Cox Road Glen Allen VA, 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AARP DISCOUNT CARD | 13900 Riverport Drive Maryland Heights MO, 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AARP DISCOUNT CARD (ESI) | 13900 Riverport Drive Maryland Heights MO, 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | ACI Worldwide Inc. | 330 South 108th Ave. Omaha Ne, 68154 | ATM Terminal Support | $0.00 |
| Winn-Dixie Procurement | HDQ | Software Maintenance | | ACL Services LTD | 1550 Alberni Street Vancouver BC, V6G 1A5 | ACL for Windows v7.2.1 S/N 32803W-32806W and ACL for Windows v7.2.1 CD Pacl S/N 33048W | $6,725.67 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | ACS State Healthcare (Florida Medicaid) | 2308 Killearn Center Boulevard Suite 200 Provider Enrollment Tallahassee FL, 32309 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | ACS State Healthcare (Mississippi Medicaid) | 385B Highland Colony Pkwy Suite 300 Ridgeland MS, 39157 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Adheris, Inc. | 400 West Cummings Park, Ste. 3050 Woburn MA, 1801 | Patient Compliance Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | APC | ADVANCED Pharmacy CARE | 911 NW 209th Avenue, Suite 111 Pembroke Pines FL, 33029 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ARX | ADVANCED RXCARE | 1112 I Street, Suite 100 Sacramento CA, 95814-9624 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | ADVANTRA XTRA | 2211 Sanders Road Northbrook IL, 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AET | AETNA HEALTH PLAN | 151 Farmington Avenue Hartford CT, 6156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AETNA RX | 151 Farmington Avenue Hartford CT, 06156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AGE | AGELITY | 555 Broad Hollow Road., Suite 402 Melville NY, 11747 | Prescription Benefit Contract | $4,527.10 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AGELITY | 555 Broad Hollow Road., Suite 402 Melville NY, 11747 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Alabama Department of Public Health WIC Program | The RSA Tower, Suite 1300 P.O. Box 303017 Montgomery, AL 36130 AL, 36130 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MAL | ALABAMA MEDICAID | 501 Dexter Avenue, P.O. Box 5624 Montgomery AL, 36103 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Western Region | Utility Agreement | | ALABAMA POWER | 600 N. 18th Street Birmingham AL, 35291 | Master contract for electric service | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ALA | ALAGAP DATA SYSTEMS, INC | P.O. Box 800107 LaGrange GA, 30240 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ALS | ALASCRIPT | P.O. Box 749 Northport AL, 35476 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Allen Systems Group, Inc. | 1333 Third Avenue S. Naples FL, 34102 | Zeke Agent NT for VSE | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | BD001 | **Alltel Communications** | 400 East Bryan Street Douglas GA, 31533 | Communication Service Agreement for Deep South (Maintenenace for PBX Switch hardware) | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ASI | **ALPHA SCRIPT INC** | 6560 N Scottsdale Road, Suite G-216 Scottsdale AZ, 85267-4999 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Total Corporati | Indemnity Agreement | | **Aluminum Company of America** | 1501 Alcoa Building Pittsburgh PA, 15219 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores | All | Product Purchase | | **American Express** | World Financial Center New York NY, 10285<br>4315 South 2700 West Salt Lake City, UT 84184<br>General Counsel, American Express Tower, 200 Vesey Street New York, NY 10285-4900 Attn: Travelers Cheque Counsel | Amex appoints WD as representative to sell AMEX Gift Cards. | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | **American Express Travel Services Company Inc.** | 4315 South 2700 West Salt Lake City UT, 84184 | Marketing Program Agreement, dated May 20, 2004 | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | N/A | **AMERICAN PROMOTIONAL EVENTS** | 4511 HELTON DR FLORENCE AL, 35630 | VENDOR GUARANTEE OF INDEMNITY TO WINN-DIXIE FOR SALE OF FIREWORKS. $2,000,000 COMBINED SINGLE LIMIT OF LIABILITY FOR BODILY INJURY AND PROPERTY. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AHC | **AMERICA'S HEALTH CHOICE** | 1175 South U.S. Highway 1 Vero Beach FL, 32962 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NWP | **AMNET** | 929 East Mian Avenue, Suite 310 Puyallup WA, 98372 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AHS | **ANTHEM HEALTH PLAN (CMI)** | 1351 William Howard Taft Road Cincinnati OH, 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **ANTHEM RX** | 1351 William Howard Taft Road Cincinnati OH, 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | MSA | **Applied Decisions USA** | 2801 S. Fairfield Ave. Suite B Lombard IL, 60148 | | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 8005658 | **Aprisma Management Technologies** | 273 Corporate Drive Portmouth NH, 3801 | Spectrum Enterprise Manager | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | **APS- EAP** | 8403 Colesville Rd., Suite 1600 Attn: Joe Huffman Silver Springs MD, 20910 APS Healthcare Bethesda 6705 Rockledge Drive Suite 200 Bethesda, MD 20817-1850 | Employee Assistance Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ARG | **ARGUS** | 1300 Washington Street Kansas City MO, 64105-1433 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT - Consulting Agreement | Cody Shive | **Arrington Group** | 6413 Arrington Rd. Raleigh NC, 27607 | Data Management | $0.00 |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT Master Service Agreement | MSA | **Arrington Group** | 6413 Arrington Rd. Raleigh NC, 27607 | Data Management | $0.00 |
| Winn-Dixie Stores, Inc. | Total Corporati | Indemnity Agreement | | **Associated Brands, Inc.** | FORMERLY ONTARIO FOODS INC PO BOX 2739 BUFFALO NY, 14240 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Astute Solutions** | 2400 Corporate Exchange Drive, Suite 150 Columbus OH, 43231 | PowerCenter | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Ateb** | 4501 Atlantic Ave. Suite 110 Suite 110 Raleigh NC, 27604 | PharmacyLine | $8,010.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AVM | **AV MED HEALTH PLAN OF FL** | 9400 S. Dadeland Boulevard Miami FL, 33156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Plant City Dairy | Equipment Lease | n/a | **Axsa** | 5806 Brekenridge Parkway Tampa FL, 33610 | Copier - Sharp AR-M450U Digital Imager | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Lease | 4250-932 | **Barnard Software Inc.** | 806 Silk Oak Terrace Lake Mary FL, 32746 | TCP/IP Topols for VSE | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAL | **BC/BS OF ALABAMA** | 450 Riverchase Parkway East Birmingham AL, 35298-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCN | **BC/BS OF CENTRAL NEW YORK** | 344 South Warren Street Syracuse NY, 13202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCT | **BC/BS OF CONNECTICUT** | P.O. Box 530 North Haven CT, 06473-0530 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BGA | **BC/BS OF GEORGIA** | 3350 Peachtree Road Atlanta GA, 30326 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BMI | **BC/BS OF MICHIGAN** | 600 Lafayette East Detroit MI, 48226 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BMS | **BC/BS OF MISSISSIPPI** | P.O.Box 3494 Jackson MS, 39207-3494 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BOK | **BCBS OF OKLAHOMA** | P.O. Box 3283 Tulsa OK, 74102-3283 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BWY | **BCBS OF WYOMING** | 7330 Woolworth Omaha NE, 68103-2228 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **BD ADVANTAGE** | 450 Riverchase Parkway East Birmingham AL, 35298-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **BEA Systems** | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $29,907.30 |

3

**Exhibit A**
**Contracts for Assumption**

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Production Support for HRMS - Tomax Project | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Production Support for HRMS - Tomax Project | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAS | BENEFIT ADMIN SYSTEMS | 17475 Jovanna Dr, Suite 1B Homewood IL, 60430 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAR | BENEFIT ADVANTAGE RX NETWORK | 39155 S Carson Street, PBM 422 Carson City NV, 89701 | Prescription Benefit Contract | $0.00 |

4

**Exhibit B**

1138813-New York Server 7A - MSW

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER PURSUANT TO FIRST OMNIBUS MOTION (I) AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) FIXING CURE AMOUNTS**

These cases came before the Court for hearing on August 24, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts"), effective as of the Effective Date and (b) fixing the costs of assumption at the Proposed Cure Amounts identified on Exhibit A (the "Motion").[1] The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel, after due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief requested in the Motion and that granting such relief is in the best interest of these estates and creditors. Accordingly, it is

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to assume the Contracts pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date. The Debtors' assumption of the Contracts as of, and upon the occurrence of, the Effective Date is approved.

3. For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors are the Proposed Cure Amounts listed on Exhibit A.

4. The Counter Parties listed on Exhibit A are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A, except for the Proposed Cure Amount.

5. The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

6. The requirements of 11 U.S.C. § 365(b)(1) are hereby deemed satisfied with respect to each of the Contracts.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9.  In the event the Debtors' plan of reorganization is not confirmed or has not become effective, this Order shall be null and void.

Dated _____ \_\_\_, 2006 in Jacksonville, Florida.

                                          Jerry A. Funk
                                          United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

**Exhibit A**

**Exhibit A**
**Contracts for Assumption**

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| | | Pharmacy Third Party Insurance | ALT | (ALTA RX)- FIRST HEALTH RX | 4300 Cox Road Glen Allen VA, 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AARP DISCOUNT CARD | 13900 Riverport Drive Maryland Heights MO, 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AARP DISCOUNT CARD (ESI) | 13900 Riverport Drive Maryland Heights MO, 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | ACI Worldwide Inc. | 330 South 108th Ave. Omaha Ne, 68154 | ATM Terminal Support | $0.00 |
| Winn-Dixie Procurement | HDQ | Software Maintenance | | ACL Services LTD | 1550 Alberni Street Vancouver BC, V6G 1A5 | ACL for Windows v7.2.1 S/N 32803W-32806W and ACL for Windows v7.2.1 CD Pacl S/N 33048W | $6,725.67 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | ACS State Healthcare (Florida Medicaid) | 2308 Killearn Center Boulevard Suite 200 Provider Enrollment Tallahassee FL, 32309 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | ACS State Healthcare (Mississippi Medicaid) | 385B Highland Colony Pkwy Suite 300 Ridgeland MS, 39157 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Adheris, Inc. | 400 West Cummings Park, Ste. 3050 Woburn MA, 1801 | Patient Compliance Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | APC | ADVANCED Pharmacy CARE | 911 NW 209th Avenue, Suite 111 Pembroke Pines FL, 33029 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ARX | ADVANCED RXCARE | 1112 I Street, Suite 100 Sacramento CA, 95814-9624 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | ADVANTRA XTRA | 2211 Sanders Road Northbrook IL, 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AET | AETNA HEALTH PLAN | 151 Farmington Avenue Hartford CT, 6156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AETNA RX | 151 Farmington Avenue Hartford CT, 06156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AGE | AGELITY | 555 Broad Hollow Road., Suite 402 Melville NY, 11747 | Prescription Benefit Contract | $4,527.10 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AGELITY | 555 Broad Hollow Road., Suite 402 Melville NY, 11747 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Alabama Department of Public Health WIC Program | The RSA Tower, Suite 1300 P.O. Box 303017 Montgomery, AL 36130 AL, 36130 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MAL | ALABAMA MEDICAID | 501 Dexter Avenue, P.O. Box 5624 Montgomery AL, 36103 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Western Region | Utility Agreement | | ALABAMA POWER | 600 N. 18th Street Birmingham AL, 35291 | Master contract for electric service | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ALA | ALAGAP DATA SYSTEMS, INC | P.O. Box 800107 LaGrange GA, 30240 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ALS | ALASCRIPT | P.O. Box 749 Northport AL, 35476 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Allen Systems Group, Inc. | 1333 Third Avenue S. Naples FL, 34102 | Zeke Agent NT for VSE | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | BD001 | **Alltel Communications** | 400 East Bryan Street Douglas GA, 31533 | Communication Service Agreement for Deep South (Maintenenace for PBX Switch hardware) | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ASI | **ALPHA SCRIPT INC** | 6560 N Scottsdale Road, Suite G-216 Scottsdale AZ, 85267-4999 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Total Corporati | Indemnity Agreement | | **Aluminum Company of America** | 1501 Alcoa Building Pittsburgh PA, 15219 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores | All | Product Purchase | | **American Express** | World Financial Center New York NY, 10285  4315 South 2700 West Salt Lake City, UT 84184  General Counsel, American Express Tower, 200 Vesey Street New York, NY 10285-4900 Attn: Travelers Cheque Counsel | Amex appoints WD as representative to sell AMEX Gift Cards. | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | **American Express Travel Services Company Inc.** | 4315 South 2700 West Salt Lake City UT, 84184 | Marketing Program Agreement, dated May 20, 2004 | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | N/A | **AMERICAN PROMOTIONAL EVENTS** | 4511 HELTON DR FLORENCE AL, 35630 | VENDOR GUARANTEE OF INDEMNITY TO WINN-DIXIE FOR SALE OF FIREWORKS. $2,000,000 COMBINED SINGLE LIMIT OF LIABILITY FOR BODILY INJURY AND PROPERTY. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AHC | **AMERICA'S HEALTH CHOICE** | 1175 South U.S. Highway 1 Vero Beach FL, 32962 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NWP | **AMNET** | 929 East Mian Avenue, Suite 310 Puyallup WA, 98372 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AHS | **ANTHEM HEALTH PLAN (CMI)** | 1351 William Howard Taft Road Cincinnati OH, 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **ANTHEM RX** | 1351 William Howard Taft Road Cincinnati OH, 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | MSA | **Applied Decisions USA** | 2801 S. Fairfield Ave. Suite B Lombard IL, 60148 | | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 8005658 | **Aprisma Management Technologies** | 273 Corporate Drive Portmouth NH, 3801 | Spectrum Enterprise Manager | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | **APS- EAP** | 8403 Colesville Rd., Suite 1600 Attn: Joe Huffman Silver Springs MD, 20910 APS Healthcare Bethesda 6705 Rockledge Drive Suite 200 Bethesda, MD 20817-1850 | Employee Assistance Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ARG | **ARGUS** | 1300 Washington Street Kansas City MO, 64105-1433 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT - Consulting Agreement | Cody Shive | **Arrington Group** | 6413 Arrington Rd. Raleigh NC, 27607 | Data Management | $0.00 |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT Master Service Agreement | MSA | **Arrington Group** | 6413 Arrington Rd. Raleigh NC, 27607 | Data Management | $0.00 |
| Winn-Dixie Stores, Inc. | Total Corporati | Indemnity Agreement | | **Associated Brands, Inc.** | FORMERLY ONTARIO FOODS INC PO BOX 2739 BUFFALO NY, 14240 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Astute Solutions** | 2400 Corporate Exchange Drive, Suite 150 Columbus OH, 43231 | PowerCenter | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Ateb** | 4501 Atlantic Ave. Suite 110 Suite 110 Raleigh NC, 27604 | PharmacyLine | $8,010.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AVM | **AV MED HEALTH PLAN OF FL** | 9400 S. Dadeland Boulevard Miami FL, 33156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Plant City Dairy | Equipment Lease | n/a | **Axsa** | 5806 Brekenridge Parkway Tampa FL, 33610 | Copier - Sharp AR-M450U Digital Imager | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Lease | 4250-932 | **Barnard Software Inc.** | 806 Silk Oak Terrace Lake Mary FL, 32746 | TCP/IP Topols for VSE | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAL | **BC/BS OF ALABAMA** | 450 Riverchase Parkway East Birmingham AL, 35298-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCN | **BC/BS OF CENTRAL NEW YORK** | 344 South Warren Street Syracuse NY, 13202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCT | **BC/BS OF CONNECTICUT** | P.O. Box 530 North Haven CT, 06473-0530 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BGA | **BC/BS OF GEORGIA** | 3350 Peachtree Road Atlanta GA, 30326 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BMI | **BC/BS OF MICHIGAN** | 600 Lafayette East Detroit MI, 48226 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BMS | **BC/BS OF MISSISSIPPI** | P.O.Box 3494 Jackson MS, 39207-3494 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BOK | **BCBS OF OKLAHOMA** | P.O. Box 3283 Tulsa OK, 74102-3283 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BWY | **BCBS OF WYOMING** | 7330 Woolworth Omaha NE, 68103-2228 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **BD ADVANTAGE** | 450 Riverchase Parkway East Birmingham AL, 35298-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **BEA Systems** | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $29,907.30 |

**Exhibit A**
**Contracts for Assumption**

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Production Support for HRMS - Tomax Project | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Production Support for HRMS - Tomax Project | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAS | BENEFIT ADMIN SYSTEMS | 17475 Jovanna Dr, Suite 1B Homewood IL, 60430 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAR | BENEFIT ADVANTAGE RX NETWORK | 39155 S Carson Street, PBM 422 Carson City NV, 89701 | Prescription Benefit Contract | $0.00 |

4