### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about July 28, 2006 I caused copies of:

- the **Order (A) Reducing or Disallowing Reclamation Claims, (B) Reducing Unsecured Non-Priority Claims Held by Reclamation Claimants, and (C) Disallowing Superseded and Duplicate Claims as Set For in the Debtors' Omnibus Reclamation Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: July 28, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Order (A) Reducing or Disallowing Reclamation Claims,
(B) Reducing Unsecured Non-Priority Claims Held by
Reclamation Claimants, and (C) Disallowing Superseded
and Duplicative Claims as Set Forth in the Debtors'
Omnibus Reclamation Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 383991-47<br>BAKER & TAYLOR<br>LOCKBOX 510334<br>PO BOX 7777<br>PHILADELPHIA, PA 19175-0334 | CREDITOR ID: 279204-35<br>BAKER & TAYLOR<br>ATTN ROGER LEE/J ROBERTS<br>2550 WEST TYVOLA RD<br>CHARLOTTE NC 28217 |
| CREDITOR ID: 247906-12<br>DEL LABORATORIES INC<br>PO BOX 5500<br>NEW YORK, NY 10087-5500 | CREDITOR ID: 279221-35<br>DEL LABORATORIES, INC<br>ATTN R DENTON/M LYONS<br>178 EAB PLAZA<br>PO BOX 9357<br>UNIONDALE NY 11553-9357 | CREDITOR ID: 250558-12<br>GFA BRANDS INC<br>PO BOX 397<br>HOWARD B SEIFERAS<br>CRESSKILL, NJ 07626-0397 |
| CREDITOR ID: 251313-12<br>HARTZ MOUNTAIN CORP<br>PO BOX 18429<br>NEWARK, NJ 07191 | CREDITOR ID: 279370-36<br>HARTZ MOUNTAIN CORPORATION, THE<br>ATTN JOHN RUSSAK CR MGR<br>400 PLAZA DRIVE<br>SECAUCUS  NJ 07094-3688 | CREDITOR ID: 252293-12<br>INTERSTATE BRANDS CORP<br>PO BOX 668348<br>CHARLOTTE NC 28266-8648 |
| CREDITOR ID: 252292-12<br>INTERSTATE BRANDS CORP<br>PO BOX 10663<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 252291-12<br>INTERSTATE BRANDS CORP<br>PO BOX 100435<br>ATLANTA, GA 30384-0435 | CREDITOR ID: 252297-12<br>INTERSTATE BRANDS CORPORATION<br>PO BOX 30000<br>ORLANDO, FL 32891-9998 |
| CREDITOR ID: 411104-15<br>INTERSTATE BRANDS CORPORATION<br>C/O SHOOK HARDY & BACON LLP<br>ATTN TODD W RUSKAMP, ESQ<br>2555 GRAND BOULEVARD<br>KANSAS CITY MO 64108-2613 | CREDITOR ID: 252296-12<br>INTERSTATE BRANDS CORPORATION<br>PO BOX 1000<br>DEPT 546<br>MEMPHIS, TN 38148-0546 | CREDITOR ID: 252299-12<br>INTERSTATE BRANDS MERITA<br>3100 NORTHWEST DRIVE<br>KNOXVILLE, TN 37921 |
| CREDITOR ID: 252301-12<br>INTERSTATE BRANDS/MERITA<br>PO BOX 28489<br>JACKSONVILLE, FL 32226-8489 | CREDITOR ID: 252928-12<br>JEL SERT COMPANY<br>3739 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | CREDITOR ID: 279398-36<br>JEL SERT COMPANY, THE<br>ATTN RONALD L MOTSINGER, CR DIR<br>PO BOX 261<br>WEST CHICAGO IL 60186-0261 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 403479-15<br>LIBBEY GLASS INC<br>ATTN JOHN SHAFFER, CREDIT DEPT<br>300 MADISON AVENUE<br>PO BOX 10060<br>TOLEDO OH 43699-0060 |
| CREDITOR ID: 254724-12<br>LIBBEY GLASS INC<br>PO BOX 93864<br>CHICAGO, IL 60673-3864 | CREDITOR ID: 256094-12<br>MERITA BAKERIES<br>PO BOX 30000<br>ORLANDO, FL 32891 | CREDITOR ID: 256095-12<br>MERITA BAKERY<br>INTERSTATE BRANDS CO<br>PO BOX 28489<br>JACKSONVILLE, FL 32226-8489 |
| CREDITOR ID: 256096-12<br>MERITA BAKERY-IBC<br>PO BOX 668648<br>CHARLOTTE, NC 28266 | CREDITOR ID: 258998-12<br>PRO'S CHOICE BEAUTY CARE<br>PO BOX 32394<br>HARTFORD, CT 06150-2394 | CREDITOR ID: 279270-35<br>REILY FOODS COMPANY<br>ATTN LEE ALBRIGHT, CR MGR<br>640 MAGAZINE ST<br>NEW ORLEANS LA 70130 |

**SERVICE LIST**

**Order (A) Reducing or Disallowing Reclamation Claims,
(B) Reducing Unsecured Non-Priority Claims Held by
Reclamation Claimants, and (C) Disallowing Superseded
and Duplicative Claims as Set Forth in the Debtors'
Omnibus Reclamation Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:  05-03817-3F1**

CREDITOR ID: 259426-12
REILY FOODS COMPANY
PO BOX 60263
CHARLOTTE, NC 28260-0263

CREDITOR ID: 260533-12
SCHICK WILKINSON SWORD
ATTN KEVIN R CARTER SR CRDT MGR
22594 NETWORK PLACE
CHICAGO, IL 60673-1225

CREDITOR ID: 261346-12
SOUTHEAST PROVISIONS LLC
11 TASK INDUSTRIAL COURT
GREENVILLE, SC 29607

CREDITOR ID: 279113-99
SOUTHEAST PROVISIONS LLC
C/O GRUENEBERG LAW GROUP LLC
ATTN RUDI R GRUENEBERG, ESQ
704 E MAIN ST, BLDG E
MOORESTOWN NJ 08057

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 264030-12
VANGUARD PLASTICS, INC
ATTN WILLIAM C SEANOR, CEO
4555 LANGLAND ROAD
FARMERS BRANCH TX 75244

**Total:   34**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## ORDER (A) REDUCING OR DISALLOWING RECLAMATION CLAIMS, (B) REDUCING UNSECURED NON-PRIORITY CLAIMS HELD BY RECLAMATION CLAIMANTS, AND (C) DISALLOWING SUPERSEDED AND DUPLICATE CLAIMS AS SET FORTH IN THE DEBTORS' OMNIBUS RECLAMATION CLAIMS OBJECTION

These cases came before the Court for hearing on July 27, 2006, upon the Omnibus Reclamation Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection (the "Disputed Claims").[2] Several formal and informal responses to the Objection were raised or filed, as a result of which: (1) resolutions have been reached with regard to the claims of Interstate Brands Corporation and Southeast Provisions, LLC identified in the Objection; and (2) the Debtors have agreed to continue the Objection with respect to (i) scheduled claim numbers 34759 and 5642 of Del Laboratories, Inc., and (ii) scheduled claim numbers 35045 and 1035 of Libbey Glass, Inc. Upon consideration, it is

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]   All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The reclamation claims and unsecured non-priority claims listed on Exhibit A to the Objection are allowed in the reduced amounts set forth on the attached Exhibit 1. The scheduled claims of each claimant listed in the footnotes on Exhibit A are superseded by the claimant's remaining claim set forth on Exhibit 1, and thus are disallowed in their entirety.

3.    The reclamation claims and unsecured non-priority claims listed on Exhibit B to the Objection are allowed in the reduced amounts set forth on the attached Exhibit 1. The scheduled claims and filed claims of each claimant listed in the footnotes on Exhibit B are either duplicative of, or superseded by, the claimant's remaining claim set forth on Exhibit 1, and thus are disallowed in their entirety.

4.    The reclamation claims and unsecured non-priority claims listed on Exhibit C to the Objection are allowed in the reduced amounts set forth on the attached Exhibit 1. The scheduled claims and filed claims of each claimant listed in the footnotes on Exhibit C are either duplicative of, or superseded by, the claimant's remaining claim set forth on Exhibit 1, and thus are disallowed in their entirety.

5.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6.     The hearing to consider the Objection with respect to the claims of Del Laboratories, Inc. and Libby Glass, Inc. is continued until further order of the Court upon the motion of any party in interest.

7.     The Debtors' right to commence an adversary proceeding against Del Laboratories, Inc. and Libby Glass, Inc. to recover monies owed to it is preserved.

8.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the claimants.

9.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

10.     This Order is without prejudice to the Debtors' right to object to another proof of claim or interests filed in these chapter 11 cases.

Dated this _21_ day of July, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

EXHIBIT 1

| Exhibit | Name of Vendor | Remaining Claim No. | Reclamation | Unsecured Non-Priority |
|---------|----------------|---------------------|-------------|------------------------|
| Exhibit A | Schick Wilkinson Sword, division of Energizer | 10359 | $22,211.30 | $247,994.97 |
| Exhibit A | The Jel Sert Company | 7888 | $2,228.01 | $10,039.65 |
| Exhibit A | Vanguard Plastics, Inc. | 7366 | $38,008.22 | $175,730.15 |
| Exhibit B | GFA Brands, Inc. | 34877* | $8,542.48 | $78,038.09 |
| Exhibit B | Pro's Choice Beauty Care, Inc. | 35265* | $7,138.79 | $22,248.76 |
| Exhibit B | Reily Foods Company | 7645 | $53,173.59 | $30,993.83 |
| Exhibit B | The Hartz Mountain Corp. | 3484 | $34,126.90 | $177,875.17 |
| Exhibit C | Baker & Taylor | 6350 | $33,898.87 | $1,112,897.39 |
| Exhibit C | Interstate Brands Corp. | 11019 | $360,848.02 | $912,880.23 |
| Exhibit C | Southeast Provisions, LLC | 10819 | $78,378.23 | $374,085.59 |

---

\*    GFA Brands, Inc. and Pro's Choice Beauty Care, Inc. did not file a proof of claim. The remaining claims for these vendors are scheduled claims.