**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                      )
                                            )   Case No. 05-03817-3F1
WINN DIXIE STORES, et al.                   )
                                            )   *Chapter 11*
          Debtors.                          )   Jointly Administered

**SARRIA ENTERPRISES, INC.'S OBJECTION TO DEBTOR'S SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

NOW COMES, SARRIA ENTERPRISES, INC., (and Related Entities), by and through the undersigned counsel and hereby files this Objection to Debtor's Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief and states in support thereof:

1. SARRIA ENTERPRISES, INC. (and its related entities) objects to the proposed Cure Amounts and should be as follows:

| **Store Number:** | **Cure Amount as Listed** | **Actual Cure Amount** |
|---|---|---|
| 270 | $1,949.06 | $20,054.81 |
| 237 | $124,036.00 | $131,354.67 |
| 330 | $7,524.17 | $7,524.17 |
| 302 | $ 0.00 | $30,792.88 |

In Re: Winn Dixie Stores, et al.
Case No. 05-03817-3F1

    2.     Accordingly, the Landlord respectfully requests that the cure amounts be as stated in this Objection.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served via electronic notice if registered in the Electronic Case Filing System, otherwise by U.S. Mail on this 28th day of July, 2006 to: D.J. Baker. Sally McDonald, Henry and Rosalie W. Gray, Skadden, Arpts, Slate, Meagher & Flom, LLP. Four Times Square. New York, NY 10036-6522 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254.

BURGER, FARMER, COHEN, P.L.
1601 Forum Place, Suite 404
West Palm Beach, FL 33401
Telephone Number: (561) 689-1663
Facsimile Number: (561) 689-1707

/s/ Alan M. Burger
Alan M. Burger, Esq.
Florida Bar Number: 833290

/s/ Michael A. Kaufman
Michael A. Kaufman, Esq.
Florida Bar No.: 0628042