# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about July 27, 2006 I caused copies of:

• the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: July 28, 2006

_Kathleen M. Logan_
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

Notice of Transfer of Claim Other Than For Security

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 492954-97
AMERICAN FOOD DISTRIBUTORS INC
C/O MACCO & STERN
ATTN: RICHARD L STERN, ESQ
135 PINELAWN ROAD
MELVILLE NY 11747

CREDITOR ID: 400438-15
AMERICAN FOOD DISTRIBUTORS, INC
ATTN: LEONARD H KANTER, VP
325 WIRELESS BLVD
HAUPPAUGE NY 11788

CREDITOR ID: 492959-97
BOWDOIN SQUARE LLC
ATTN: PETER IDIME, MEMBER/MGR
PO BOX 230
POINT CLEAR AL 36564

CREDITOR ID: 410856-15
BOWDOIN SQUARE, LLC
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: F WENDELL ALLEN, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 244344-12
CAFE CAMPESINO FAIR TRADE COFFEES
CAFE CAMPESINO, INC
ATTN: TRIPP POMEROY, GM
725 SPRING STREET
AMERICUS, GA 31709

CREDITOR ID: 492946-97
CAFE CAMPESINO INC
ATTN: HARLEM POMERY III, PARTNER
725 SPRING STREE
AMERICUS GA 31709

CREDITOR ID: 404022-15
CAFE CAMPESINO, INC
ATTN: TRIPP POMEROY, GM
725 SPRING STREET
AMERICUS GA 31709

CREDITOR ID: 415960-15
CC REALTY INTERMEDIATE FUND, LTD
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
PIEDMONT CTR, BLDG 11, SUITE 900
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 492955-97
CC REALTY INTERMEDIATE FUND, LTD
ATTN: DOUGLAS ENGEL, MGR
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 260774-12
CITY OF BIRMINGHAM SEWER & WATER
ATTN: KENYA WHITE, CUST SERVICE REP
PO BOX 830269
BIRMINGHAM, AL 35283

CREDITOR ID: 246244-12
CITY OF VILLE PLATTE
UTILITY DEPARTMENTS
ATTN MARY JENKINS
PO BOX 390
VILLEPLATTE, LA 70586

CREDITOR ID: 492947-97
CITY OF VILLE PLATTE
ATTN: BRYAN SAVANT, CITY CLERK
UTILITY DEPT, PO BOX 390
126 EAST MAIN STREET
VILLE PLATTE LA 70586

CREDITOR ID: 246295-12
CKS PACKAGING INC
ATTN: MALCOLM MC CARN, ESQ
PO BOX 44386
ATLANTA, GA 30336-4386

CREDITOR ID: 492948-97
CYNDERELLAS
ATTN: SUSAN D SMITH, OWNER
103 E CENTRAL AVENUE
FITZGERALD GA 31750

CREDITOR ID: 247387-12
CYNDERELLAS
ATTN: MICHELLE WARREN, BUS ADMIN
103 E CENTRAL AVENUE
FITZGERALD, GA 31750

CREDITOR ID: 492956-97
DOLCO PACKAGING
C/O PITNEY HARDIN LLP
ATTN: PETER FORGOSH, ESQ
200 CAMPUS DRIVE
FLORHAM PARK NY 07932

CREDITOR ID: 279100-32
DOLCO PACKAGING
ATTN: GREGORY A MEYER, GRP CONTROLL
2110 PATTERSON STREET
PO BOX 1005
DECATUR IN 46733

CREDITOR ID: 248751-12
ECOTECH ENVIRONMENTAL SERVICES INC
ATTN: JAMES A BALDRIDGE, CONTR
PO BOX 36557
LOUISVILLE, KY 40233-6557

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 249655-12
FLEXION MATERIAL HANDLING INC
ATTN: MICHELLE BRAVENDER, ACCTNG
PO BOX 23702
NEW ORLEANS, LA 70183-0702

CREDITOR ID: 411132-15
GF NC MANAGEMENT DBA
QUALITY SUITES PINEVILLE
ATTN: ED WOLF, CONTROLLER
1811 CHESTNUT STREET, 4TH FLR
PHILADELPHIA PA 19103

CREDITOR ID: 492949-97
HACKBARTH DELIVERY SERVICE INC
ATTN: LONA WHITLOCK, ASST CONTROLLE
DEPT 1201
PO BOX 2153
BIRMINGHAM AL 35287

CREDITOR ID: 251126-12
HACKBARTH DELIVERY SERVICE, INC
ATTN: SHANNON WOODS, AR MGR
DEPT 1201
PO BOX 2153
BIRMINGHAM, AL 35287-1201

CREDITOR ID: 452382-98
HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

CREDITOR ID: 251286-12
HARRIS TRANSPORT COMPANY
ATTN: C R HIGHLANDS, VP COLLECTIONS
PO BOX 529
MONROE, NC 28111

CREDITOR ID: 492945-97
HARRIS TRANSPORT COMPANY
ATTN: I J PETRILL JR, PRES
1166 CURTIS STREET
MONROE NC 28111

CREDITOR ID: 492957-97
HARVARD DRUG GROUP, LLC
ATTN: DAVID F LIMING, SVP/CFO
211 WEST FORT ST, 15TH FL
DETROIT MI 48226

CREDITOR ID: 315691-36
HARVARD DRUG GROUP, LLC
C/O BARRIS SOTT DENN & DRIKER PLLC
ATTN STEPHEN E GLAZEK, ESQ
211 WEST FORT ST, 15TH FL
DETROIT MI 48226

CREDITOR ID: 492950-97
HOUSE AUTRY MILLS INC
ATTN: JIM BRENT, CONTROLLER
7000 US HWY 301 SOUTH
PO BOX 460
FOUR OAKS NC 27524

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:** **05-03817-3F1**

CREDITOR ID: 410411-15
HOUSE AUTRY MILLS, INC
ATTN: PAUL PARKS, VP FINANCE
7000 US HWY 301 SOUTH
PO BOX 460
FOUR OAKS NC 27524-0460

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 254965-12
LOOPS NURSERY & GREENHOUSE
ATTN: DAVID W LOOP, PRES
2568 OLD MIDDLEBURG RD
JACKSONVILLE FL 32210

CREDITOR ID: 407642-15
MAC TRAILER LEASING, LLC DBA
PLM TRAILER LEASING
ATTN: KARA PETERSON, CREDIT SUPER
1 MAYNARD DRIVE
PARK RIDGE NJ 07656

CREDITOR ID: 394024-61
MARLOW, CONNELL, VALERIUS ET AL
ATTN: T F VAGERIUS, ESQ
4000 PONCE DE LEON BLVD, STE 570
CORAL GABLES, FL 33146

CREDITOR ID: 408375-15
PROTECTIVE LIFE INSURANCE CO
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL, ESQ
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 492952-98
PROTECTIVE LIFE INSURANCE CO AS
SUCCESSOR INTEREST LW SMITH JR TRUS
ATTN: CHARLES M PRIOR, VP INVESTMEN
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 259095-12
QUALITY SUITES PINEVILLE
ATTN: ED WOLF, CONTROLLER
9840 PINEVILLE MATTHEWS ROAD
PINEVILLE, NC 28134

CREDITOR ID: 492951-97
QUALITY SUITES PINEVILLE
ATTN: ULKESH DESAI
9840 PINEVILLE MATTEWS ROAD
PINEVILLE NC 28134

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 394032-61
ROUTMAN, ALAN S MD, FACS
5601 N DIXIE HWY, STE 210
FT LAUDERDALE, FL 33334

CREDITOR ID: 492953-97
SELECTIVEND INC
ATTN: RAY LANTZ, VP
PO BOX 71113
CLIVE IA 50325

CREDITOR ID: 256561-12
SELECTIVEND INC DBA MODERN VENDING
ATTN: LORI MCCLAREY, BKRPTC SPEC
8040 UNIVERSITY BLVD
DES MOINES, IA 50325

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 261082-12
SILVER SPRINGS BOTTLED WATER
ATTN: KANE RICHMOND, CEO
PO BOX 926
SILVER SPRINGS, FL 34489

CREDITOR ID: 261265-12
SOUND VIDEO CORP
ATTN: W R EVANS, PRES
3125-A GATEWAY DRIVE
NORCROSS, GA 30071-1107

CREDITOR ID: 262270-12
SUPERMARKET SYSTEMS, INC
ATTN: WILLIAM M LINEBERGER, PRES
PO BOX 472513
CHARLOTTE, NC 28247-2513

CREDITOR ID: 492944-97
SUPERMARKET SYSTEMS, INC
ATTN: WILLIAM M LINEBERGER III, VP
6419 BANNINGTON DR, STE B
CHARLOTTE NC 28226

CREDITOR ID: 492958-97
SWEDISH MATCH NORTH AMERICA, INC
ATTN: RICHARD F FLAHERTY, CFO
909 E MAIN ST, STE 1200
RICHMOND VA 23219

CREDITOR ID: 410374-15
SWEDISH MATCH NORTH AMERICA, INC &
SWEDISH MATCH CIGARS INC
C/O CHRISTIAN & BARTON, LLP
ATTN JENNIFER M MCLEMORE, ESQ
909 E MAIN STREET, SUITE 1200
RICHMOND VA 23219

CREDITOR ID: 263344-12
TOWN OF LANDIS, NC
ATTN: DEBBIE GOODMAN, BILLING CLERK
PO BOX 8165
LANDIS, NC 28088-8165

CREDITOR ID: 264974-12
WIREGRASS COMMERCIAL SERVICE
ATTN: B JAY HELMS, OWNER
2329 STATE HWY 85
GENEVA, AL 36340

**Total:   53**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                           Case No.: 05-03817-3F1

                                                                 Docket No.: 9497

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERICAN FOOD DISTRIBUTORS, INC                  REDROCK CAPITAL PARTNERS LLC

Name of Transferor                               Name of Transferee

AMERICAN FOOD DISTRIBUTORS, INC                  REDROCK CAPITAL PARTNERS LLC
ATTN: LEONARD H KANTER, VP                       ATTN CRAIG KLEIN
325 WIRELESS BLVD                                111 S MAIN ST STE C11
HAUPPAUGE NY 11788                               PO BOX 9095
                                                 BRECKENRIDGE CO 80424


Phone: 631 549 7900                              Phone: 970 547 9058
Account No.: 400438                              Account No.: 407577

AMERICAN FOOD DISTRIBUTORS INC
C/O MACCO & STERN
ATTN: RICHARD L STERN, ESQ
135 PINELAWN ROAD
MELVILLE NY 11747


Phone: 631-549-7900
Account No.: 492954

Claim No.: 836                                   Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 04/25/2005                     Transfer Amount: $45,137.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/27/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9498

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERICAN FOOD DISTRIBUTORS, INC

Name of Transferor

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

AMERICAN FOOD DISTRIBUTORS, INC
ATTN: LEONARD H KANTER, VP
325 WIRELESS BLVD
HAUPPAUGE NY 11788

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 631 549 7900
Account No.: 400438

Phone: 970 547 9058
Account No.: 407577

AMERICAN FOOD DISTRIBUTORS INC
C/O MACCO & STERN
ATTN: RICHARD L STERN, ESQ
135 PINELAWN ROAD
MELVILLE NY 11747

Phone: 631-549-7900
Account No.: 492954

Claim No.: 835
Date Claim Filed: 04/25/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $1,347.38

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9584**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BOWDOIN SQUARE, LLC | LIQUIDITY SOLUTIONS, INC |
| Name of Transferor | Name of Transferee |
| | |
| BOWDOIN SQUARE, LLC | LIQUIDITY SOLUTIONS, INC |
| C/O BRADLEY ARANT ROSE & WHITE LLP | DBA REVENUE MANAGEMENT |
| ATTN: F WENDELL ALLEN, ESQ | ATTN JEFFREY CARESS |
| 1819 FIFTH AVENUE NORTH | ONE UNIVERSITY PLAZA STE 312 |
| BIRMINGHAM AL 35203 | HACKENSACK NJ 07601 |
| | |
| Phone: 205 521 8000 | Phone: 201 968 0001 |
| Account No.: 410856 | Account No.: 399393 |

BOWDOIN SQUARE LLC
ATTN: PETER IDIME, MEMBER/MGR
PO BOX 230
POINT CLEAR AL 36564

Phone:
Account No.: 492959

Claim No.: 9939

Date Claim Filed: 07/29/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $400,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9584

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BOWDOIN SQUARE, LLC

Name of Transferor

LIQUIDITY SOLUTIONS, INC

Name of Transferee

BOWDOIN SQUARE, LLC
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: F WENDELL ALLEN, ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 205 521 8000
Account No.: 410856

Phone: 201 968 0001
Account No.: 399393

BOWDOIN SQUARE LLC
ATTN: PETER IDIME, MEMBER/MGR
PO BOX 230
POINT CLEAR AL 36564

Phone:
Account No.: 492959

Claim No.: 9940
Date Claim Filed: 07/29/2005

Full Transfer: (X)     Partial Transfer:
Transfer Amount: $400,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9412

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CAFE CAMPESINO FAIR TRADE COFFEES

Name of Transferor

CAFE CAMPESINO FAIR TRADE COFFEES
CAFE CAMPESINO, INC
ATTN: TRIPP POMEROY, GM
725 SPRING STREET
AMERICUS, GA 31709


Phone:
Account No.: 244344

CAFE CAMPESINO INC
ATTN: HARLEM POMERY III, PARTNER
725 SPRING STREE
AMERICUS GA 31709



Phone: 229-924-2468
Account No.: 492946

Claim No.: 35986
Date Claim Filed: 04/07/2005

SIERRA LIQUIDITY FUND

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614



Phone: 949 660 1144
Account No.: 492938

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $764.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9413

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CAFE CAMPESINO, INC | SIERRA LIQUIDITY FUND |
|---|---|
| Name of Transferor | Name of Transferee |

CAFE CAMPESINO, INC
ATTN: TRIPP POMEROY, GM
725 SPRING STREET
AMERICUS GA 31709

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 229 924 2468
Account No.: 404022

Phone: 949 660 1144
Account No.: 492938

CAFE CAMPESINO INC
ATTN: HARLEM POMERY III, PARTNER
725 SPRING STREE
AMERICUS GA 31709

Phone: 229-924-2468
Account No.: 492946

Claim No.: 1932
Date Claim Filed: 05/17/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $544.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9499

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CC REALTY INTERMEDIATE FUND, LTD

Name of Transferor

CC REALTY INTERMEDIATE FUND, LTD
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
PIEDMONT CTR, BLDG 11, SUITE 900
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

Phone: 404 237 4100
Account No.: 415960

CC REALTY INTERMEDIATE FUND, LTD
ATTN: DOUGLAS ENGEL, MGR
3495 PIEDMONT ROAD NE
ATLANTA GA 30305


Phone:
Account No.: 492955

Claim No.: 12213
Date Claim Filed: 10/24/2005

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424


Phone: 970 547 9058
Account No.: 407577


Full Transfer: (X)      Partial Transfer:

Transfer Amount: $448,090.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9499

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CC REALTY INTERMEDIATE FUND, LTD

Name of Transferor

CC REALTY INTERMEDIATE FUND, LTD
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
PIEDMONT CTR, BLDG 11, SUITE 900
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

Phone: 404 237 4100
Account No.: 415960

CC REALTY INTERMEDIATE FUND, LTD
ATTN: DOUGLAS ENGEL, MGR
3495 PIEDMONT ROAD NE
ATLANTA GA 30305


Phone:
Account No.: 492955

Claim No.: 11875
Date Claim Filed: 10/10/2005

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 970 547 9058
Account No.: 407577

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $448,090.72

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9424

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF BIRMINGHAM SEWER & WATER

Name of Transferor

CITY OF BIRMINGHAM SEWER & WATER
ATTN: KENYA WHITE, CUST SERVICE REP
PO BOX 830269
BIRMINGHAM, AL 35283

Phone: 244 4026
Account No.: 260774

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 10497
Date Claim Filed: 08/01/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $3,297.78

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9425

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF VILLE PLATTE

Name of Transferor

CITY OF VILLE PLATTE
UTILITY DEPARTMENTS
ATTN MARY JENKINS
PO BOX 390
VILLEPLATTE, LA 70586

Phone: 337 363 4505
Account No.: 246244

CITY OF VILLE PLATTE
ATTN: BRYAN SAVANT, CITY CLERK
UTILITY DEPT, PO BOX 390
126 EAST MAIN STREET
VILLE PLATTE LA 70586

Phone:
Account No.: 492947

Claim No.: 2334
Date Claim Filed: 05/23/2005

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,617.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9489

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CKS PACKAGING INC
_____
Name of Transferor

SIERRA LIQUIDITY FUND
_____
Name of Transferee

CKS PACKAGING INC
ATTN: MALCOLM MC CARN, ESQ
PO BOX 44386
ATLANTA, GA 30336-4386

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 404 699 9438
Account No.: 246295

Phone: 949 660 1144
Account No.: 492938

Claim No.: 3651
Date Claim Filed: 06/06/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $58,018.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9491

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CKS PACKAGING INC
_____
Name of Transferor

SIERRA LIQUIDITY FUND
_____
Name of Transferee

CKS PACKAGING INC
ATTN: MALCOLM MC CARN, ESQ
PO BOX 44386
ATLANTA, GA 30336-4386

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 404 699 9438
Account No.: 246295

Phone: 949 660 1144
Account No.: 492938

Claim No.: 32340
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $57,607.73

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9427

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CYNDERELLAS

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

CYNDERELLAS
ATTN: MICHELLE WARREN, BUS ADMIN
103 E CENTRAL AVENUE
FITZGERALD, GA 31750

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 229 423 0330
Account No.: 247387

Phone: 212 967 4035
Account No.: 408404

CYNDERELLAS
ATTN: SUSAN D SMITH, OWNER
103 E CENTRAL AVENUE
FITZGERALD GA 31750

Phone:
Account No.: 492948

Claim No.: 375
Date Claim Filed: 03/28/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $1,192.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9500

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DOLCO PACKAGING
_____
Name of Transferor

REDROCK CAPITAL PARTNERS LLC
_____
Name of Transferee

DOLCO PACKAGING
ATTN: GREGORY A MEYER, GRP CONTROLL
2110 PATTERSON STREET
PO BOX 1005
DECATUR IN 46733

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 260 728 2161
Account No.: 279100

Phone: 970 547 9058
Account No.: 407577

DOLCO PACKAGING
C/O PITNEY HARDIN LLP
ATTN: PETER FORGOSH, ESQ
200 CAMPUS DRIVE
FLORHAM PARK NY 07932

Phone:
Account No.: 492956

Claim No.: 2389
Date Claim Filed: 05/19/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $57,132.97

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9429

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ECOTECH ENVIRONMENTAL SERVICES INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

ECOTECH ENVIRONMENTAL SERVICES INC
ATTN: JAMES A BALDRIDGE, CONTR
PO BOX 36557
LOUISVILLE, KY 40233-6557

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 502 935 1130
Account No.: 248751

Phone: 212 967 4035
Account No.: 408404

Claim No.: 9224
Date Claim Filed: 07/29/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,079.19

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9430

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLEXION MATERIAL HANDLING INC

Name of Transferor

FLEXION MATERIAL HANDLING INC
ATTN: MICHELLE BRAVENDER, ACCTNG
PO BOX 23702
NEW ORLEANS, LA 70183-0702

Phone: 504 736 0996
Account No.: 249655

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 11431
Date Claim Filed: 08/11/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,202.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9431

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HACKBARTH DELIVERY SERVICE, INC
Name of Transferor

FAIR HARBOR CAPITAL LLC
Name of Transferee

HACKBARTH DELIVERY SERVICE, INC
ATTN: SHANNON WOODS, AR MGR
DEPT 1201
PO BOX 2153
BIRMINGHAM, AL 35287-1201

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 251 478 1401
Account No.: 251126

Phone: 212 967 4035
Account No.: 408404

HACKBARTH DELIVERY SERVICE INC
ATTN: LONA WHITLOCK, ASST CONTROLLE
DEPT 1201
PO BOX 2153
BIRMINGHAM AL 35287

Phone:
Account No.: 492949

Claim No.: 1734
Date Claim Filed: 05/17/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,335.06

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9409

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| HARRIS TRANSPORT COMPANY | SIERRA LIQUIDITY FUND |
|---|---|
| Name of Transferor | Name of Transferee |

HARRIS TRANSPORT COMPANY
ATTN: C R HIGHLANDS, VP COLLECTIONS
PO BOX 529
MONROE, NC 28111

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 704 289 5447
Account No.: 251286

Phone: 949 660 1144
Account No.: 492938

HARRIS TRANSPORT COMPANY
ATTN: I J PETRILL JR, PRES
1166 CURTIS STREET
MONROE NC 28111

Phone: 704-289-5447
Account No.: 492945

Claim No.: 32707
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $51,932.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9410

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HARRIS TRANSPORT COMPANY

Name of Transferor

HARRIS TRANSPORT COMPANY
ATTN: C R HIGHLANDS, VP COLLECTIONS
PO BOX 529
MONROE, NC 28111

Phone: 704 289 5447
Account No.: 251286

HARRIS TRANSPORT COMPANY
ATTN: I J PETRILL JR, PRES
1166 CURTIS STREET
MONROE NC 28111

Phone: 704-289-5447
Account No.: 492945

Claim No.: 3492
Date Claim Filed: 06/03/2005

SIERRA LIQUIDITY FUND

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144
Account No.: 492938

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $64,703.29

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9501

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HARVARD DRUG GROUP, LLC

Name of Transferor

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

HARVARD DRUG GROUP, LLC
C/O BARRIS SOTT DENN & DRIKER PLLC
ATTN STEPHEN E GLAZEK, ESQ
211 WEST FORT ST, 15TH FL
DETROIT MI 48226

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 313 965 9725
Account No.: 315691

Phone: 970 547 9058
Account No.: 407577

HARVARD DRUG GROUP, LLC
ATTN: DAVID F LIMING, SVP/CFO
211 WEST FORT ST, 15TH FL
DETROIT MI 48226

Phone:
Account No.: 492957

Claim No.: 5819
Date Claim Filed: 07/12/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $297,170.76

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                      Case No.: **05-03817-3F1**

Docket No.: **9432**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HOUSE AUTRY MILLS, INC                          FAIR HARBOR CAPITAL LLC

Name of Transferor                              Name of Transferee

HOUSE AUTRY MILLS, INC                          FAIR HARBOR CAPITAL LLC
ATTN: PAUL PARKS, VP FINANCE                     ATTN FRED GLASS
7000 US HWY 301 SOUTH                            875 AVENUE OF THE AMERICAS STE 2305
PO BOX 460                                       NEW YORK NY 10001
FOUR OAKS NC 27524-0460


Phone: 919 963 6200                             Phone: 212 967 4035
Account No.: 410411                             Account No.: 408404

HOUSE AUTRY MILLS INC
ATTN: JIM BRENT, CONTROLLER
7000 US HWY 301 SOUTH
PO BOX 460
FOUR OAKS NC 27524


Phone: 919-963-1183
Account No.: 492950


Claim No.: 7472                                 Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/22/2005                    Transfer Amount: $3,536.06

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/27/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9453

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LOOPS NURSERY & GREENHOUSE
Name of Transferor

FAIR HARBOR CAPITAL LLC
Name of Transferee

LOOPS NURSERY & GREENHOUSE
ATTN: DAVID W LOOP, PRES
2568 OLD MIDDLEBURG RD
JACKSONVILLE FL 32210

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 904 772 0880
Account No.: 254965

Phone: 212 967 4035
Account No.: 408404

Claim No.: 3181
Date Claim Filed: 05/31/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $3,732.85

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9454

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MAC TRAILER LEASING, LLC DBA | FAIR HARBOR CAPITAL LLC |
| Name of Transferor | Name of Transferee |

MAC TRAILER LEASING, LLC DBA
PLM TRAILER LEASING
ATTN: KARA PETERSON, CREDIT SUPER
1 MAYNARD DRIVE
PARK RIDGE NJ 07656

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.: 407642

Phone: 212 967 4035
Account No.: 408404

Claim No.: 4690
Date Claim Filed: 06/27/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $15,945.36

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9434

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MARLOW, CONNELL, VALERIUS ET AL

Name of Transferor

MARLOW, CONNELL, VALERIUS ET AL
ATTN: T F VAGERIUS, ESQ
4000 PONCE DE LEON BLVD, STE 570
CORAL GABLES, FL 33146

Phone: 305 446 0500
Account No.: 394024

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 2480
Date Claim Filed: 05/23/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,812.37

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9457

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PROTECTIVE LIFE INSURANCE CO

Name of Transferor

HAIN CAPITAL HOLDINGS LLC

Name of Transferee

PROTECTIVE LIFE INSURANCE CO
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL, ESQ
PO BOX 52687
JACKSONVILLE FL 32201-2687

HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

Phone: 904 798 7342
Account No.: 408375

Phone: 201 896 6100
Account No.: 452382

PROTECTIVE LIFE INSURANCE CO AS
SUCCESSOR INTEREST LW SMITH JR TRUS
ATTN: CHARLES M PRIOR, VP INVESTMEN
PO BOX 52687
JACKSONVILLE FL 32201-2687

Phone:
Account No.: 492952

Claim No.: 12097
Date Claim Filed: 10/20/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $629,831.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9561

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PROTECTIVE LIFE INSURANCE CO

Name of Transferor

PROTECTIVE LIFE INSURANCE CO
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL, ESQ
PO BOX 52687
JACKSONVILLE FL 32201-2687

Phone: 904 798 7342
Account No.: 408375

PROTECTIVE LIFE INSURANCE CO AS
SUCCESSOR INTEREST LW SMITH JR TRUS
ATTN: CHARLES M PRIOR, VP INVESTMEN
PO BOX 52687
JACKSONVILLE FL 32201-2687

Phone:
Account No.: 492952

Claim No.: 12098
Date Claim Filed: 10/20/2005

HAIN CAPITAL HOLDINGS LLC

Name of Transferee

HAIN CAPITAL HOLDINGS LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

Phone: 201 896 6100
Account No.: 452382

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $629,831.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 9435

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

QUALITY SUITES PINEVILLE
Name of Transferor

QUALITY SUITES PINEVILLE
ATTN: ED WOLF, CONTROLLER
9840 PINEVILLE MATTHES ROAD
PINEVILLE NC  28134

Phone:
Account No.: 259095


GF NC MANAGEMENT DBA
QUALITY SUITES PINEVILLE
ATTN: ED WOLD, CONTROLLER
1811 CHESTNUT STREET, 4TH FLR
PHILADELPHIA PA  19103

Phone: 704-889-7095
Account No.: 411132


QUALITY SUITES PINEVILLE
ATTN: ULKESH DESAI
9840 PINEVILLE MATTHES ROAD
PINEVILLE NC  28134

Phone:
Account No.: 492951


FAIR HARBOR CAPITAL LLC
Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN: FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY  10001

Phone: 212 967 4035
Account No.: 408404


Claim No.: 11139
Date Claim Filed: 07/29/2005

Full Transfer: ☒        Partial Transfer:
Amount: $3,803.82

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9436

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROUTMAN, ALAN S MD, FACS
_____
Name of Transferor

ROUTMAN, ALAN S MD, FACS
5601 N DIXIE HWY, STE 210
FT LAUDERDALE, FL 33334

Phone: 954 776 4707
Account No.: 394032

FAIR HARBOR CAPITAL LLC
_____
Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 3097
Date Claim Filed: 05/31/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,955.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9437

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROUTMAN, ALAN S MD, FACS
_____
Name of Transferor

FAIR HARBOR CAPITAL LLC
_____
Name of Transferee

ROUTMAN, ALAN S MD, FACS
5601 N DIXIE HWY, STE 210
FT LAUDERDALE, FL 33334

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 954 776 4707
Account No.: 394032

Phone: 212 967 4035
Account No.: 408404

Claim No.: 3099
Date Claim Filed: 05/31/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $2,810.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9438

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROUTMAN, ALAN S MD, FACS

Name of Transferor

ROUTMAN, ALAN S MD, FACS
5601 N DIXIE HWY, STE 210
FT LAUDERDALE, FL 33334

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 954 776 4707
Account No.: 394032

Phone: 212 967 4035
Account No.: 408404

Claim No.: 3098
Date Claim Filed: 05/31/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $1,660.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9463

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SELECTIVEND INC DBA MODERN VENDING

Name of Transferor

SELECTIVEND INC DBA MODERN VENDING
ATTN: LORI MCCLAREY, BKRPTC SPEC
8040 UNIVERSITY BLVD
DES MOINES, IA 50325

Phone: 800 441 9652
Account No.: 256561

SELECTIVEND INC
ATTN: RAY LANTZ, VP
PO BOX 71113
CLIVE IA 50325

Phone:
Account No.: 492953

Claim No.: 2466
Date Claim Filed: 05/23/2005

CACTUS HOLDINGS GROUP LLC

Name of Transferee

CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

Phone: 408 868 1507
Account No.: 403520

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $53,548.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9591

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SILVER SPRINGS BOTTLED WATER

Name of Transferor

SILVER SPRINGS BOTTLED WATER
ATTN: KANE RICHMOND, CEO
PO BOX 926
SILVER SPRINGS, FL 34489

Phone: 352 368 6806
Account No.: 261082

SIERRA LIQUIDITY FUND

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144
Account No.: 492938

Claim No.: 35360
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $404,857.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9592

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SILVER SPRINGS BOTTLED WATER

Name of Transferor

SIERRA LIQUIDITY FUND

Name of Transferee

SILVER SPRINGS BOTTLED WATER
ATTN: KANE RICHMOND, CEO
PO BOX 926
SILVER SPRINGS, FL 34489

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 352 368 6806
Account No.: 261082

Phone: 949 660 1144
Account No.: 492938

Claim No.: 5969
Date Claim Filed: 07/13/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $485,903.09

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 9439

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUND VIDEO CORP                                FAIR HARBOR CAPITAL LLC

Name of Transferor                              Name of Transferee

SOUND VIDEO CORP                                FAIR HARBOR CAPITAL LLC
ATTN: W R EVANS, PRES                           ATTN FRED GLASS
3125-A GATEWAY DRIVE                            875 AVENUE OF THE AMERICAS STE 2305
NORCROSS, GA 30071-1107                         NEW YORK NY 10001


Phone: 770 448 5020                             Phone: 212 967 4035
Account No.: 261265                             Account No.:  408404


Claim No.: 1710                                 Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 05/17/2005                    Transfer Amount: $1,977.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 07/27/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9408

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUPERMARKET SYSTEMS, INC

Name of Transferor

SUPERMARKET SYSTEMS, INC
ATTN: WILLIAM M LINEBERGER, PRES
PO BOX 472513
CHARLOTTE, NC 28247-2513

Phone: 704 542 600
Account No.: 262270

SUPERMARKET SYSTEMS, INC
ATTN: WILLIAM M LINEBERGER III, VP
6419 BANNINGTON DR, STE B
CHARLOTTE NC 28226

Phone:
Account No.: 492944

Claim No.: 6939
Date Claim Filed: 07/21/2005

LONGACRE MASTER FUND LTD

Name of Transferee

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

Phone: 212 259 4314
Account No.: 452049

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $67,854.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9502

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SWEDISH MATCH NORTH AMERICA, INC &

Name of Transferor

SWEDISH MATCH NORTH AMERICA, INC &
SWEDISH MATCH CIGARS INC
C/O CHRISTIAN & BARTON, LLP
ATTN JENNIFER M MCLEMORE, ESQ
909 E MAIN STREET, SUITE 1200
RICHMOND VA 23219

Phone: 804 697 4129
Account No.: 410374

SWEDISH MATCH NORTH AMERICA, INC
ATTN: RICHARD F FLAHERTY, CFO
909 E MAIN ST, STE 1200
RICHMOND VA 23219

Phone:
Account No.: 492958

REDROCK CAPITAL PARTNERS LLC

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

Phone: 970 547 9058
Account No.: 407577

Claim No.: 11664
Date Claim Filed: 08/19/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $92,530.09

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1

                                                                   Docket No.: 9440

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TOWN OF LANDIS, NC                                   FAIR HARBOR CAPITAL LLC
_____                          _____
Name of Transferor                                   Name of Transferee

TOWN OF LANDIS, NC                                   FAIR HARBOR CAPITAL LLC
ATTN: DEBBIE GOODMAN, BILLING CLERK                  ATTN FRED GLASS
PO BOX 8165                                          875 AVENUE OF THE AMERICAS STE 2305
LANDIS, NC 28088-8165                                NEW YORK NY 10001

Phone: 704 857 2411                                  Phone: 212 967 4035
Account No.: 263344                                  Account No.: 408404

Claim No.: 11666                                     Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 08/02/2005                         Transfer Amount: $1,040.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006                                     /s/ Logan & Company, Inc.
                                                     _____
                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9441

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WIREGRASS COMMERCIAL SERVICE

Name of Transferor

WIREGRASS COMMERCIAL SERVICE
ATTN: B JAY HELMS, OWNER
2329 STATE HWY 85
GENEVA, AL 36340

Phone: 334 248 2422
Account No.: 264974

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 2547
Date Claim Filed: 05/20/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $2,711.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  July 27, 2006.