**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                            Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                         *Chapter 11*

Debtors.                                                                       Jointly Administered

**NOTICE OF APPEARANCE**

The undersigned hereby enters notice of appearance as counsel for Camilla Marketplace Associates, LP, and requests notice of pleadings and events in the above-styled matter. Additionally, the undersigned states that he is enrolled in the Court's Case Management/Electronic Case Filing Program.

I HEREBY CERTIFY that on this 28th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing, and by US Mail to counsel for debtors: D. J. Baker, Four Times Square, New York, NY 10036I, djbaker@skadden.com, and Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, FL 32202, cjackson@smithhulsey.com.

    *s/ D. Lance Langston*
D. LANCE LANGSTON
Florida Bar No. 0607398
300 East Park Avenue
Tallahassee, FL 32301
850-561-5050
850-222-1521 (facsimile)
lancelangston@earthlink.net