**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. | Jointly Administered |

**CAMILLA MARKETPLACE ASSOCIATES, LP'S OBJECTION TO
DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY
TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES,
(II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

Camilla Marketplace Associates, LP, objects to Debtors Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Lease, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion") and states as follows.

1. Camilla Marketplace Associates is a successor in interest to a non-residential lease agreement (the "Lease") with Winn-Dixie Stores, Inc., with the subject real estate identified in the Exhibits to the Motion as Store No. 175, 129 US Hwy 19 North, Camilla, Ga. The Lease is a Core Lease as established in the proposed plan of reorganization, and Debtors seek to assume the Lease under the proposed plan of reorganization.

2. Exhibit B to the Motion lists a cure amount for Store No. 175 of $0.00.

3. Pursuant to the terms of the Lease, Winn-Dixie Stores, Inc. is responsible for its pro-rata share of common area maintenance charges, referred to as the CAM charges. There exists an outstanding balance of $27,513.12 for CAM charges for the period January 2004 through February 22, 2005. The CAM charges were reconciled and

invoiced subsequent to the filing of the petition in this case and Winn-Dixie Stores, Inc. has refused payment of same.

WHEREFORE, Camilla Marketplace Associates, LP, requests that the Court fix the cure amount of the Lease in the amount of $27,513.12 and grant such other relief as the Court deems just and proper.

I HEREBY CERTIFY that on this 28th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing, and by US Mail to counsel for debtors: D. J. Baker, Four Times Square, New York, NY 10036I, djbaker@skadden.com, and Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, FL 32202, cjackson@smithhulsey.com.

 *s/ D. Lance Langston*
D. LANCE LANGSTON
Florida Bar No. 0607398
300 East Park Avenue
Tallahassee, FL 32301
850-561-5050
850-222-1521 (facsimile)
lancelangston@earthlink.net