IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**OBJECTION OF ALFA PROPERTIES, INC.
TO PROPOSED CURE AMOUNTS**

Alfa Properties, Inc. ("Alfa Properties"), through counsel, objects to the Proposed Cure Amounts set forth in the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"). In support of this objection, Alfa Properties states as follows:

1. Alfa Properties is the landlord of the Debtors with respect to that certain lease for property and improvements located at 4724 Mobile Highway, Montgomery, Alabama ("Lease No. 446").

2. Alfa Properties is also the landlord of the Debtors with respect to that certain lease for real property and improvements located at 7946 Vaughn Road, Montgomery, Alabama ("Lease No. 448").

3. The Proposed Cure Amounts (as defined in the Motion) for Lease No. 446 and Lease No. 448 are incorrect and Alfa Properties objects to such amounts.

852213.1

| | |
|---|---|
| Dated: July 28, 2006 | /s/ Christie L. Dowling<br>W. Clark Watson<br>Christie Lyman Dowling<br>BALCH & BINGHAM LLP<br>1901 Sixth Avenue North, Ste. 2600<br>Birmingham, Alabama 35203<br>Tel: (205) 251-8100<br>Fax: (205) 226-8799<br><br>*Attorneys for Alfa Properties, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via electronic mail, where indicated, and U.S. mail, properly addressed and postage prepaid, on July 28, 2006:

| | |
|---|---|
| D. J. Baker<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>djbaker@skadden.com | Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>cjackson@smithhulsey.com |

/s/ Christie L. Dowling
Of Counsel

852213.1                            2