IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**OBJECTION OF ALFA MUTUAL FIRE INSURANCE
COMPANY, INC. TO PROPOSED CURE AMOUNTS**

Alfa Mutual Fire Insurance Company, Inc. ("Alfa Mutual"), through counsel, objects to the Proposed Cure Amount set forth in the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"). In support of this objection, Alfa Mutual states as follows:

1.  Alfa Mutual is the landlord of the Debtors with respect to that certain lease for property and improvements located at 2055 Coliseum Boulevard, Montgomery, Alabama ("Lease No. 503").

2.  The Proposed Cure Amount (as defined in the Motion) for Lease No. 503 is incorrect and Alfa Mutual objects to such amount.

Dated: July 28, 2006

/s/ Christie L. Dowling
W. Clark Watson
Christie Lyman Dowling
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Ste. 2600
Birmingham, Alabama 35203
Tel: (205) 251-8100
Fax: (205) 226-8799

*Attorneys for Alfa Mutual Fire Insurance Company, Inc.*

852222.1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following via electronic mail, where indicated, and U.S. mail, properly addressed and postage prepaid, on July 28, 2006:

| | |
|---|---|
| D. J. Baker | Cynthia C. Jackson |
| Skadden, Arps, Slate, Meagher & Flom LLP | Smith Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, NY 10036 | Jacksonville, FL 32202 |
| djbaker@skadden.com | cjackson@smithhulsey.com |

      /s/ Christie L. Dowling
      Of Counsel

852222.1