UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: | |
|---|---|
| WINN DIXIE STORES INC. | In Proceedings For A Reorganization Under Chapter 11 |
| | Case No. 05-03817 |
| | Claim # Unknown |
| *Debtors* | |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    Habersham County Medical Center
PO Box 37
Demforest, GA 30535

The transfer of your claim as shown above, in the amount of $ 167.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____, 200___.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                              )
                                    )    Case No.05-03817
Winn Dixie Stores, Inc.             )    Jointly Administered
                                    )
                                    )    Chapter 11.
                                    )
                                    )    NOTICE OF TRANSFER OF CLAIM
         Debtors.                   )    OTHER THAN FOR SECURITY AND
                                    )    WAIVER OF NOTICE.
                                    )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of **HABERSHAM COUNTY MEDICAL CENTER** in the amount of $ 167.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **HABERSHAM COUNTY MEDICAL CENTER** is not less than $ 167.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
HABERSHAM COUNTY MEDICAL CENTER
PO BOX 37 DEMOREST GA 30535
Please print your name _James A Peterson_ Signature _[signed]_
Title _Senior VP Finance_ Date _July 21, 2006_
HCMC Address: _PO Box 37 Demorest GA 30535_
(city,state,zip)
Telephone _706 7542161_ Fax _706 754-1456_ Email _jpeterson@hcmcmed.org_
Federal Taxpayer ID / Social Security Number _58-6002961_

<u>Transferee:</u>
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By _[signed]_
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-03817<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:　　　Glenns Sewer & Drain
　　　　　　　　　1914 HWY 1185
　　　　　　　　　Cottonport LA 71327

The transfer of your claim as shown above, in the amount of $ 250.00 has been transferred *(unless previously expunged by court order)* to:

　　　　　　　　　Trade-Debt.Net
　　　　　　　　　P.O. Box 1487
　　　　　　　　　West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
　　　　　　　**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

　　　　　　　　　United States Courthouse
　　　　　　　　　300 North Hogan Street
　　　　　　　　　Suite 3-350
　　　　　　　　　Jacksonville, Florida 32202
　　　**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

06:36p                                                                          p.4

AVOYELLES OFFICE SU                              02.09:58 p.m   07-19-2006    2/2

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                              )
                                    )   Case No.05-03817
Winn Dixie Stores, Inc.             )   Jointly Administered
                                    )
                                    )   Chapter 11,
                                    )
                                    )   NOTICE OF TRANSFER OF CLAIM
          Debtors.                  )   OTHER THAN FOR SECURITY AND
                                    )   WAIVER OF NOTICE
                                    )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of GLENNS SEWER & DRAIN in the amount of $ 250.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of GLENNS SEWER & DRAIN is not less than $ 250.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
GLENNS SEWER & DRAIN
1914 HWY 1185 COTTONPORT, LA 71327
                                        GREGORY
Please print your name FRALICK  Signature  Gregory Fralick
Title  OWNER                    Date
Address: 1914 Hwy-1185   Cottonport, LA. 71327
(city,state,zip)
Telephone 318-359-46-72   Fax ___   Email 7-15-06
Federal Taxpayer ID / Social Security Number 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

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: ___
Timothy McGuire

                                                                          wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: | |
|---|---|
| WINN DIXIE STORES INC. | |
| *Debtors* | |

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-03817

Claim # Unknown

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:   Florida Medical Clinic
38135 Market SQ
Zephyrhills , FL 33540

The transfer of your claim as shown above, in the amount of $ 494.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                     )
                                           )   Case No. 05-03817
Winn Dixie Stores, Inc.                    )   Jointly Administered
                                           )
                                           )   Chapter 11,
                                           )
                                           )   NOTICE OF TRANSFER OF CLAIM
                   Debtors.                )   OTHER THAN FOR SECURITY AND
                                           )   WAIVER OF NOTICE.
                                           )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **FLORIDA MEDICAL CLINIC** in the amount of $ 494.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **FLORIDA MEDICAL CLINIC** is not less than $ 494.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
FLORIDA MEDICAL CLINIC
38135 MARKET SQ ZEPHYRHILLS FL 33540
Please print your name _Colleen Cuffe_ Signature _Colleen Cuffe_
Title _Chief Financial Officer_ Date _7/19/06_
Address: _38135 Market Sq. Zephyrhills, FL 33542_
(city,state,zip)
Telephone _813 780-8440_ Fax _813 780-4411_ Email _ccuffe@floridamedicalclinic.com_
Federal Taxpayer ID / Social Security Number _59 3156212_

**Transferee:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| WINN DIXIE STORES INC. | Case No. 05-03817 |
| | Claim # Unknown |
| *Debtors* | |

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:     Acme Lock Company
PO Box 850165
New Orleans, LA 70185

The transfer of your claim as shown above, in the amount of $ 733.88 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____    Transferee _____   Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                              )
                                    )  Case No.05-03817
Winn Dixie Stores, Inc.             )  Jointly Administered
                                    )
                                    )  Chapter 11,
                                    )
                                    )  NOTICE OF TRANSFER OF CLAIM
           Debtors.                 )  OTHER THAN FOR SECURITY AND
                                    )  WAIVER OF NOTICE.
                                    )  RULE 3001 (e)(1)

Please take notice that your unsecured claim of ACME LOCK COMPANY in the amount of $ 733.88 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of ACME LOCK COMPANY is not less than $ 733.88 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ACME LOCK COMPANY
PO BOX 850165 NEW ORLEANS LA 70185

Please print your name Diane Poto    Signature Diane P
Title President                       Date 7-13-06
Address: 265 Jules Ave   Jefferson, LA 70121
(city,state,zip)
Telephone 504-831-0558  Fax 504-831-8866  Email AcmeLockCo@aol.com
Federal Taxpayer ID / Social Security Number 72-0677232

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-03817<br><br>Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:    City of Magee
               123 North Main
               Magee, MS 39111
               _____

The transfer of your claim as shown above, in the amount of $ 224.88 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

                                                                    _____
                                                                         Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re.                               )
                                     )   Case No. 05-03817
Winn Dixie Stores, Inc.              )   Jointly Administered
                                     )
                                     )   Chapter 11.
                                     )
                                     )   NOTICE OF TRANSFER OF CLAIM
                                     )   OTHER THAN FOR SECURITY AND
            Debtors.                 )   WAIVER OF NOTICE.
                                     )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of CITY OF MAGEE in the amount of $ 224.88 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of CITY OF MAGEE is not less than $ 224.88 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CITY OF MAGEE
123 NORTH MAIN  MAGEE MS 39111

Please print your name FANNIE Butler  Signature Fannie Butler
Title DEPUTY CLERK   Date 7-24-06
Address: 123 MAIN AVE N
(city, state, zip)
Telephone 601-849-5344  Fax 601 849 6461  Email _____
Federal Taxpayer ID / Social Security Number 64 600064

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By. _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| WINN DIXIE STORES INC. | Case No. 05-03817 |
| | Claim # Unknown |
| *Debtors* | |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     Aberdeen Examiner
                   Po box 279
                   Aberdeen, MS 39730

The transfer of your claim as shown above, in the amount of $ 1,589.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
   **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

   **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------------
**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____   Debtor's Attorney ____

                                                        _____
                                                             Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                          )
                                )   Case No. 05-03817
Winn Dixie Stores, Inc.         )   Jointly Administered
                                )
                                )   Chapter 11.
                                )
                                )   NOTICE OF TRANSFER OF CLAIM
           Debtors.             )   OTHER THAN FOR SECURITY AND
                                )   WAIVER OF NOTICE.
                                )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **ABERDEEN EXAMINER** in the amount of $ 1,589.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **ABERDEEN EXAMINER** is not less than $ 1,589.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
ABERDEEN EXAMINER
PO BOX 279 PO BOX 279 ABERDEEN MS 39730

Please print your name Charlotte A. Wolfe   Signature Charlotte Wolfe
Title Associate Publisher   Date 7/20/06
Address: P.O. Box 909 Tupelo, MS 38802
(city,state,zip)
Telephone 662.678.1656  Fax 662-680-9986  Email Charlotte.wolfe@djournal.com

Federal Taxpayer ID / Social Security Number 64-0183970

**Transferee:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

Aberdeen Examiner is owned by Journal Publishing Company
Address above is corporate address.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* |
|---|

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-03817

Claim # Unknown

**NOTICE:  OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:     Cintas Corporation #543
                   P.O Box 91508
                   Lafayette, LA 70509

The transfer of your claim as shown above, in the amount of $ 119.31 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

----

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re.                              )
                                    )  Case No. 05-03817
Winn Dixie Stores, Inc.             )  Jointly Administered
                                    )
                                    )  Chapter 11,
                                    )
                                    )  NOTICE OF TRANSFER OF CLAIM
                Debtors.            )  OTHER THAN FOR SECURITY AND
                                    )  WAIVER OF NOTICE.
                                    )  RULE 3001 (e)(1)

Please take notice that your unsecured claim of CINTAS CORPORATION #543 in the amount of $119.31 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of CINTAS CORPORATION #543 is not less than $119.31 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade-Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CINTAS CORPORATION #543
PO BOX 91508 LAFAYETTE LA 70509

Please print your name __Shannon Gary__ Signature __Shannon Gary__
Title __Office Manager__ Date __7.19.06__
Address __101 Venture Way, Lafayette__
(city, state, zip) __234-8531__
Telephone (337) 981-3025 Fax (337) 235-4859 Email __garys@cintas.com__

Federal Taxpayer ID / Social Security Number __31-1703809__

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-03817<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:   Truckers 24 HR Road Service
6187 Stewart St
Milton, FL 32570
_____

The transfer of your claim as shown above, in the amount of $ 556.31 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 200___.
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____  Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                              )
                                    )   Case No. 05-03817
Winn Dixie Stores, Inc.             )   Jointly Administered
                                    )
                                    )   Chapter 11.
                                    )
                                    )   NOTICE OF TRANSFER OF CLAIM
         Debtors.                   )   OTHER THAN FOR SECURITY AND
                                    )   WAIVER OF NOTICE.
                                    )   RULE 3001 (e)(1)
                                    )

Please take notice that your unsecured claim of TRUCKER'S 24 HR ROAD SERVICE in the amount of $ 556.31 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of TRUCKER'S 24 HR ROAD SERVICE is not less than $ 556.31 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
TRUCKER'S 24 HR ROAD SERVICE
6187 STEWART ST MILTON FL 32570

Please print your name John W. Franklin    Signature John W Franklin
Title V.P. Operations                       Date 7-21-2006
Address: 6187 Stewart St. Milton, FL 32570
(city, state, zip)
Telephone 850-983-9622   Fax 850-983-8415   Email _____
Federal Taxpayer ID / Social Security Number 59-3138342

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| Winn Dixie Stores, Inc | Case No. 05-03817 |
| | Claim # Unknown |
| *Debtors* | |

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:   Soddy Daisy Falling Water
PO Box 612
High Point, NC 27761

The transfer of your claim as shown above, in the amount of $ 225.05 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                  )
                                        )   Case No.05-03817
Winn Dixie Stores, Inc.                 )   Jointly Administered
                                        )
                                        )   Chapter 11,
                                        )
                                        )   NOTICE OF TRANSFER OF CLAIM
            Debtors.                    )   OTHER THAN FOR SECURITY AND
                                        )   WAIVER OF NOTICE.
                                        )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **SODDY DAISY FALLING WATER** in the amount of $ 225.05 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **SODDY DAISY FALLING WATER** is not less than $ 225.05 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
SODDY DAISY FALLING WATER
PO BOX 575 SODDY DAISY TN 37384

Please print your name MARY R Phillips  Signature *Mary R Phillips*
Title  Office Mgr             Date  7-12-06
Address:  PO Box 575, Soddy Daisy TN 37384
(city,state,zip)
Telephone  423 332 2421   Fax  423 332 6681   Email _____
Federal Taxpayer ID / Social Security Number  626000935

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-03817<br><br>Claim # Unknown |
|---|---|

**NOTICE:** OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:     Chiefland Medical Center Inc
              PO Box 2147
              Chiefland, FL 32644

The transfer of your claim as shown above, in the amount of $ 105.00 has been transferred *(unless previously expunged by court order)* to:

        Trade-Debt.Net
        P.O. Box 1487
        West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
         **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

        United States Courthouse
        300 North Hogan Street
        Suite 3-350
        Jacksonville, Florida 32202
     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____    Debtor's Attorney ____

                              _____
                              Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re. | ) |
| | ) Case No.05-03817 |
| Winn Dixie Stores, Inc. | ) Jointly Administered |
| | ) |
| | ) Chapter 11, |
| | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE.** |
| | ) RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **CHIEFLAND MEDICAL CENTER INC** in the amount of $ 105.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **CHIEFLAND MEDICAL CENTER INC** is not less than $ 105.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CHIEFLAND MEDICAL CENTER INC
PO BOX 2147 PO BOX 2147 CHIEFLAND FL 32644

Please print your name Amy Gore    Signature Amy Gore
Title Practice Manager    Date 7-17-06
Address: 1113 NW 23rd Ave Chiefland Fl. 32626
(city,state,zip)
Telephone 352-493-9500 Fax 352-493-7070 Email agore@chiefmed.com

Federal Taxpayer ID / Social Security Number 510497038

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd