UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-03817<br><br>Claim # Unknown |
|---|---|

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:     Central Carolina Hospital
                   P.O box 740778
                   Atlanta, GA 30374

The transfer of your claim as shown above, in the amount of $ 252.70 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____  Transferee ____ Debtor's Attorney ____

_____
Deputy Clerk

06:38p                                                            P.9
JL.20.2006   4:44PM   TENET A & D LEGAL  972 702 6164    NO.286  P.1/1

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                          )
                                )   Case No. 05-03817
Winn Dixie Stores, Inc.         )   Jointly Administered
                                )
                                )   Chapter 11,
                                )
                                )   NOTICE OF TRANSFER OF CLAIM
          Debtors.              )   OTHER THAN FOR SECURITY AND
                                )   WAIVER OF NOTICE
                                )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of CENTRAL CAROLINA HOSPITAL in the amount of $ 252.70 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of CENTRAL CAROLINA HOSPITAL is not less than $ 252.70 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CENTRAL CAROLINA HOSPITAL
PO BOX 740778 ATLANTA GA 30374
Please print your name: Rama Walpole  Signature: Rama Walpole
Title: Paralegal                Date: 7-20-06
Address: 13737 Noel Road, Dallas, TX 75240
(city, state, zip)
Telephone: 469-893-2405  Fax: 469-893-3405  Email: RAMA.WALPOLE@TENETHEALTH.COM
Federal Taxpayer ID / Social Security Number: 95-3409179

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN DIXIE STORES INC.

*Debtors*

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-03817

Claim # Unknown

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:   Al Duck Inc.
                 26231 River Run Trail
                 Zuni, VA 23898

The transfer of your claim as shown above, in the amount of $ 856.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____  Transferee _____  Debtor's Attorney _____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re.

Winn Dixie Stores, Inc.

Debtors.

) Case No.05-03817
) Jointly Administered
)
) Chapter 11,
)
) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE.
) RULE 3001 (e)(1)

Please take notice that your unsecured claim of AL DUCK INC in the amount of $ 856.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of AL DUCK INC is not less than $ 856.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below

Transferor:
AL DUCK INC
26231 RIVER RUN TRAIL ZUNI VA 23898
Please print your name: BRENDA GAIL REDD   Signature: Brenda Gail Redd
Title: OWNER _____ Date _____
Address: 26231 RIVER RUN TRAIL, Zuni, VA. 23898
(city,state,zip)
Telephone: 757-562-2387  Fax _____  Email _____
Federal Taxpayer ID / Social Security Number 146-023035-9

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| WINN DIXIE STORES INC. | Case No. 05-03817 |
| | Claim # Unknown |
| *Debtors* | |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Alltech Mechanical Services
577 Moulton Rd
Louisburg, NC 27549

The transfer of your claim as shown above, in the amount of $ 234.58 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-----------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                          )
                                )   Case No. 05-03817
Winn Dixie Stores, Inc.         )   Jointly Administered
                                )
                                )   Chapter 11,
                                )
                                )   NOTICE OF TRANSFER OF CLAIM
         Debtors                )   OTHER THAN FOR SECURITY AND
                                )   WAIVER OF NOTICE
                                )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of ALLTECH MECHANICAL SERVICES in the amount of $ 234.58 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of ALLTECH MECHANICAL SERVICES is not less than $ 234.58 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
ALLTECH MECHANICAL SERVICES
577 MOULTON ROAD LOUISBURG NC 27549
Please print your name _Kenneth M Hunt_ Signature _X_____M____
Title _Owner_____ Date_____
Address: _577 Moulton Rd Louisburg NC 27549_
(city,state,zip)
Telephone _919-496-7250_ Fax _919-496-7259_ Email _____
Federal Taxpayer ID / Social Security Number _25-1924029_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704
By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-03817<br><br>Claim # Unknown |
|---|---|

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:    Oconee Family Practice P.A
12016 N Radio Station Rd
Seneca, SC 29678

The transfer of your claim as shown above, in the amount of $ 156.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
    **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____    Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                              )
                                    )      Case No.05-03817
Winn Dixie Stores, Inc.             )      Jointly Administered
                                    )
                                    )      Chapter 11,
                                    )
                                    )      NOTICE OF TRANSFER OF CLAIM
            Debtors.                )      OTHER THAN FOR SECURITY AND
                                    )      WAIVER OF NOTICE.
                                    )      RULE 3001 (e)(1)

Please take notice that your unsecured claim of **OCONEE FAMILY PRACTICE P.A.** in the amount of $ 156.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **OCONEE FAMILY PRACTICE P.A.** is not less than $ 156.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
OCONEE FAMILY PRACTICE P.A.
12016 N RADIO STATION ROAD SENECA SC 29678
Please print your name _Sue Kirby_  Signature _Sue Kirby_
Title _Office Manager_  Date _7-19-2006_
Address: _12016 N. Radio Station Rd, Seneca SC 29678_
(city,state,zip)
Telephone _864-882-2225_ Fax _864-885-9192_ Email _____
Federal Taxpayer ID / Social Security Number _57-0670496_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Dana Corp.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 06-10354<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:    North State Communication
PO Box 612
High Point, NC 27761
_____

The transfer of your claim as shown above, in the amount of $ 901.20 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
-------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

Deputy Clerk

JUL. 19. 2006 10:04AM    NORTH STATE COMM CS 336-886-4434    NO. 8229    P. 1

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                              )
                                    )   Case No. 05-03817
Winn Dixie Stores, Inc.             )   Jointly Administered
                                    )
                                    )   Chapter 11,
                                    )
                                    )   NOTICE OF TRANSFER OF CLAIM
                       Debtors      )   OTHER THAN FOR SECURITY AND
                                    )   WAIVER OF NOTICE.
                                    )   RULE 3001 (e)(2)

Please take notice that your unsecured claim of NORTH STATE COMMUNICATIONS in the amount of $ 901.20 and all Proof of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferee on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net upon the terms as set forth in the offer letter received. I represent that the claim of NORTH STATE COMMUNICATIONS is not less than $ 901.20 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade-Debt.net any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
NORTH STATE COMMUNICATIONS
PO BOX 613 HIGH POINT NC 27261

Please print your name _LISA BURTON_ Signature _Lisa Burton_

Title _ACCT REP_    Date _7-19-06_

Address _1720 WESTCHESTER DR, HIGH POINT NC 27262_
(city/state/zip)
Telephone _336-812-6782_ Fax _336-886-4434_ Email _lburton@nscom.com_

Federal Taxpayer ID / Social Security Number _56-0341710_

**Transferee:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy Mcguire

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN DIXIE STORES INC.

*Debtors*

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-03817

Claim # Unknown

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Mea Medical AHC
5606 Old Canton Rd
Jackson, MS 39211

The transfer of your claim as shown above, in the amount of $ 120.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.   If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re. | ) | |
| | ) | Case No.05-03817 |
| Winn Dixie Stores, Inc. | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11, |
| | ) | |
| | ) | NOTICE OF TRANSFER OF CLAIM |
| Debtors. | ) | OTHER THAN FOR SECURITY AND |
| | ) | WAIVER OF NOTICE. |
| | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of MEA MEDICAL CLINIC AHC in the amount of $ 120.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of MEA MEDICAL CLINIC AHC is not less than $ 120.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MEA MEDICAL CLINIC AHC
5606 OLD CANTON ROAD  JACKSON MS 39211

Please print your name Joy Beattie    Signature Joy Beattie
Title Clinic Administrator    Date 7-14-06

Address: _____
(city,state,zip)
Telephone 601/957-3233  Fax 601/957-3885  Email _____

Federal Taxpayer ID / Social Security Number 64-0824796

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-03817<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:       Mea Medical AHC
                     5606 Old Canton Rd
                     Jackson, MS 39211
                     _____

The transfer of your claim as shown above, in the amount of $ 280.00 has been transferred *(unless previously expunged by court order)* to:

                     Trade-Debt.Net
                     P.O. Box 1487
                     West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
               **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

                     United States Courthouse
                     300 North Hogan Street
                     Suite 3-350
                     Jacksonville, Florida 32202
          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**
------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____    Transferee ____   Debtor's Attorney ___

                                                           _____
                                                           Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                  )
                                        )    Case No. 05-03817
Winn Dixie Stores, Inc.                 )    Jointly Administered
                                        )
                                        )    Chapter 11,
                                        )
                                        )    NOTICE OF TRANSFER OF CLAIM
              Debtors.                  )    OTHER THAN FOR SECURITY AND
                                        )    WAIVER OF NOTICE.
                                        )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of MEA MEDICAL CLINIC AHC in the amount of $ 280.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of MEA MEDICAL CLINIC AHC is not less than $ 280.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MEA MEDICAL CLINIC AHC
5606 OLD CANTON ROAD  JACKSON MS 39211

Please print your name  Joy Beattie    Signature  Joy Beattie
Title  Clinic Administrator    Date  7-14-06
Address: _____
(city,state,zip)
Telephone 601/957-3333  Fax 601/957-3335  Email _____

Federal Taxpayer ID / Social Security Number  64 0824796

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

                                                                                    wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN DIXIE STORES INC.

*Debtors*

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-03817

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:    Mickey Brown Inc.
257 Bergerson St
Houma, LA 70364

The transfer of your claim as shown above, in the amount of $ 714.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____    Transferee ____    Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                              )
                                    )   Case No.05-03817
Winn Dixie Stores, Inc.             )   Jointly Administered
                                    )
                                    )   Chapter 11,
                                    )
                                    )   NOTICE OF TRANSFER OF CLAIM
            Debtors.                )   OTHER THAN FOR SECURITY AND
                                    )   WAIVER OF NOTICE.
                                    )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **MICKEY BROWN INC** in the amount of $ 714.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **MICKEY BROWN INC** is not less than $ 714.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

<u>Transferor:</u>
MICKEY BROWN INC
257 BERGERON ST  HOUMA LA 70364

Please print your name _MARSHALL E. BROWN III_  Signature _marshall e. brown III_

Title _President_   Date _7/10/06_

Address: _257 Bergeron St. Houma, LA. 70364_
(city,state,zip)
Telephone _985-879-3447_ Fax _985-223-3001_ Email _temale3@bellsouth.net_

Federal Taxpayer ID / Social Security Number _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_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-03817<br><br>Claim # Unknown |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Okeechobee Hospital
                 DBA Raulerson Hospital PO Box 1307
                 Okeechobee, FL 34973
                 _____

The transfer of your claim as shown above, in the amount of $ 206.25 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
                                                         Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                              )
                                    )   Case No.05-03817
Winn Dixie Stores, Inc.             )   Jointly Administered
                                    )
                                    )   Chapter 11,
                                    )
                                    )   NOTICE OF TRANSFER OF CLAIM
            Debtors.                )   OTHER THAN FOR SECURITY AND
                                    )   WAIVER OF NOTICE.
                                    )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **OKEECHOBEE HOSPITAL** in the amount of $ 206.25 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **OKEECHOBEE HOSPITAL** is not less than $ 206.25 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
OKEECHOBEE HOSPITAL
DBA RAULERSON HOSPITAL PO BOX 1307 OKEECHOBEE FL 34972

Please print your name EDNA JONES   Signature Edna Jones
Title CONTROLLER              Date 7-18-2006
Address: 1796 US HWY 441 N OKEECHOBEE, FL 34972
(city,state,zip)
Telephone 863-824-2773 Fax 863-824-2725 Email Edna.Jones@HCAHealthcare.com

Federal Taxpayer ID / Social Security Number 59-1833934

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| WINN DIXIE STORES INC.<br><br><br><br>*Debtors* | Case No. 05-03817<br><br>Claim # Unknown |

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:   Kool Down Inc.
                 PO Box 2705
                 Ormond, Beach, FL 32175

The transfer of your claim as shown above, in the amount of $ 279.00 has been transferred *(unless previously expunged by court order)* to:

> Trade-Debt.Net
> P.O. Box 1487
> West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

> United States Courthouse
> 300 North Hogan Street
> Suite 3-350
> Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                )
                                      )   Case No.05-03817
Winn Dixie Stores, Inc.               )   Jointly Administered
                                      )
                                      )   Chapter 11,
                                      )
                                      )   NOTICE OF TRANSFER OF CLAIM
         Debtors.                     )   OTHER THAN FOR SECURITY AND
                                      )   WAIVER OF NOTICE.
                                      )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **KOOL DOWN INC.** in the amount of $ 279.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **KOOL DOWN INC.** is not less than $ 279.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
KOOL DOWN INC.
PO BOX 2705 PO BOX 2705 ORMOND BEACH FL 32175

Please print your name Daniel Peekins  Signature President /Daniel Peet/
Title President    Date 7-14-06
Address: 2706 South Ridgewood Ave, South Daytona, FL-32119
(city,state,zip)
Telephone 386-760-1091  Fax _____  Email _____
Federal Taxpayer ID / Social Security Number 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

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd