# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter   11

IN RE:

WINN-DIXIE STORES, INC.,

<u>Debtor(s)</u>

## <u>ORDER STRIKING MOTION FOR LEAVE TO ALLOW LATE FILING OF PROOF OF CLAIM FORM</u>

The Court finds that the Motion for Leave to Allow Late Filing of Proof of Claim Form filed by Pedro J. Fuentes-Cid on behalf of Suset M. Otero, on July 27, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Leave to Allow Late Filing of Proof of Claim filed byPedro J. Fuentes-Cid on behalf of Suset M. Otero,  on July 27, 2006  is stricken from the record.

**DATED July 28, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Pedro J. Fuentes-Cid, 2650 Biscayne Boulevard, Miami, FL 33137

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Jul 28, 2006
Case: 05-03817                Form ID: pdfdoc           Total Served: 1


The following entities were served by first class mail on Jul 30, 2006.
aty          +Pedro Fuentes-Cid,   2650 Biscayne Blvd.,   Miami, FL 33137-4531

The following entities were served by electronic transmission.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2006**                                **Signature:** _____