July 25, 2006

The Honorable Jerry A. Funk
Judge of the Bankruptcy Court
Jacksonville, Fl

Case No. 05-03817-3Fl
Chapter 11
Winn-Dixie Stores., et al.,

FILED
JACKSONVILLE, FLORIDA

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Your Honor,

In no way should the company, Winn Dixie, its affiliates or corporate officials be rewarded by this bankruptcy.

The stock should never be allowed to be declared worthless. If the company is bankrupt then all the assets should be sold. The proceeds should then be distributed among the stockholders. Anything short of this is not just. The stockholders OWN the company. I liken it to living in a house, declaring bankruptcy, then getting the house free and clear.

Every person and company should be held accountable for their decisions. Winn Dixie's leadership has made poor decisions and the company should be held responsible.

Sincerely,
Gregory J. Holt
4874 Fayann St.
Orlando, Fl  32812
407-273-2055

Second address:
5330 Michie Pebble Hill Rd.
Michie, Tn 38357
731-632-3105

CC: Logan and Company, Inc