UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., ET AL., | * | CHAPTER 11 |
| DEBTORS. | * | JOINTLY ADMINISTERED |
| | * | |

*　　*　　*　　*　　*　　*　　*

## OBJECTION TO PROPOSED CURE AMOUNT

Gordon K. Konrad ("Landlord") respectfully submits this objection to the proposed cure amount owed to Landlord in conjunction with the assumption of that certain lease agreement by and between Landlord and Winn-Dixie Montgomery, Inc. ("Debtor"), as such proposed cure amount is set forth in the Debtors' Second Omnibus Motion for Authority to Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"), and represents as follows:

1.

On February 21, 2005 (the "Petition Date"), Debtor filed its petition under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2.

Prior to the Petition Date, Debtor and Landlord executed a certain lease agreement (the "Lease"), whereby Debtor became a tenant of Landlord's shopping center located in Covington, Louisiana[1].

---

[1] The Debtor's store subject to the Lease is described as store No. 1448 in the exhibits attached to the Motion.

| | ASSESSMENT NUMBER |
|---|---|
| 06 | 1060097322 |

| CID NUMBER | BILL NUMBER |
|---|---|
| | 0000000000 |

| PROPERTY ASSESSED | ASSESSMENT |
|---|---|
| LAND | 10,910 |
| BUILDING(S) | 194,520 |
| TOTAL ASSESSMENT | 205,430 |
| LESS HOMESTEAD EXEMPTION | 0 |
| NET ASSESSMENT | 205,430 |

```
||...||.....||.||.....||.|..|....||.|.|.|.|..||......||..||..|
******AUTO**3-DIGIT 701
KONRAD, GORDON                        177 197
3900 RIVER RD STE 3                   54515
JEFFERSON LA  70121-4150
```

### MILLAGE - BASED TAX CHARGES

| TAX DISTRICT | TAX RATE | TAX AMT |
|---|---|---|
| LAW ENFORCEMENT (SHERIFF) | 10.720 | 2,202.22 |
| SCHOOL DIST NO. 12 BOND/INT | 23.900 | 4,909.78 |
| SCHOOL CONST TAX | 3.700 | 760.09 |
| SCHOOL MAINT OPERATIONS | 5.190 | 1,066.18 |
| SCHOOL BLDG REPAIR | 3.700 | 760.09 |
| OPERATION AND MAINT. SCHOOLS | 38.100 | 7,826.88 |
| FLORIDA PAR. JUV. CENTER | 3.000 | 616.29 |
| DRAINAGE MAINTENANCE | 1.800 | 369.77 |
| LIBRARY | 5.240 | 1,076.45 |
| PARISH SPECIAL ASSESSOR | 2.660 | 546.44 |
| PUBLIC HEALTH | 1.800 | 369.77 |
| ANIMAL SHELTER | 0.830 | 170.51 |
| COUNCIL ON AGING | 0.830 | 170.51 |
| STARC | 0.830 | 170.51 |
| ALIMONY 2 (PARISH GOVERNMENT) | 1.470 | 301.98 |
| MOSQUITO DIST 2 | 5.550 | 1,140.14 |
| CITY OF COVINGTON | 20.810 | 4,275.00 |
| FIRE DIST 12 | 23.170 | 4,759.81 |

WE CAN NO LONGER MAIL PAID RECEIPTS. THIS DOCUMENT AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT. PLEASE ALLOW UNTIL MARCH 20TH, 2005 FOR CHECK TO CLEAR DUE TO VOLUME OF MAIL THAT HAS TO BE PROCESSED

IMPORTANT NOTICE TO THE PROPERTY OWNER: You are requested to return the bottom portion of this bill with remittance in the enclosed return envelope. Taxes for the year 2004 become delinquent after January 21, 2005 except in the cases of supplemental assessment notices which become delinquent fifteen (15) days following issuance of such supplemental notices. Interest will accrue on the taxes from and after the date the taxes become delinquent and shall bear interest from January twenty-first of such year until paid, at the rate of one percent per month or any part thereof. If your mortgage company pays this bill for you, you must forward this bill to them as soon as possible for their payment. IF YOU NO LONGER OWN THIS PROPERTY, PLEASE FORWARD THIS BILL TO THE NEW OWNER OR USE THE RETURN ENVELOPE TO NOTIFY US OF THE NEW OWNER'S NAME AND ADDRESS. If you still own the property and your mailing address has changed, please complete the section below.

### PROPERTY DESCRIPTION

3.642 ACS SEC 45 6 11 BEING PT TRACT 1 CB 1131 115 CB 1287 450 CB 1289 700 INST NO 919146 INST NO 930387 INST NO 1117167

*Winn Dixie 2005-04*

**POSTED**
PAID _CRK 31492.42_
CK. # _4315 GKK_
DATE _1-14-05_

| PAY THIS AMOUNT | $31,492.42 |
|---|---|

---

## DO NOT MAIL PAYMENT WITH THIS CHANGE OF ADDRESS NOTICE.

CHANGE OF ADDRESS NOTIFICATION : If you are still the owner of the above described property and your address has changed, you are requested to complete and detach this section and mail it to: St. Tammany Assessor, 701 N. Columbia St., Covington, LA 70433.

Assessment #:  **1060097322**

My Correct Address is: _____

City, State, Zip: _____

The physical address of my property is: _____

Signature _____ Date_____



March 24, 2006

7100 6921 9020 0007 3944

RICHARD M. TANSI
Manager, Sales/Use and Property Tax

Gordon K. Konrad
P.O. Box 10890
Jefferson, LA 70181

Re:    Store # 1448

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received your request for reimbursement of the amount of $33,357.73 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $28,605.40.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

---

WINN-DIXIE JACKSONVILLE        PO BOX B, 5050 EDGEWOOD COURT        JACKSONVILLE, FL 32203-0297        (904) 783-5000

Printed on Recycled Paper

WD 22-102

*ST. TAMMANY*
*FOOT PRINT*
*LL*

**GORDON K. KONRAD**
**P.O. Box 10890**
**Jefferson, LA  70191-0890**
**(504) 831-9985**

March 3, 2006

Ms. Jay Archambault                    RETURN RECEIPT REQUESTED
Director of Real Estate
Winn-Dixie Louisiana, Inc.
P.O. Box 51059
New Orleans, LA  70151-1059

    RE:   Main Street Shopping Center
          Covington, Louisiana
          Winn Dixie Store #1448

Dear Ms. Archambault:

    Enclosed please find a copy of the 2005 St. Tammany Parish tax bill for the Winn Dixie Store #1448 located at the above referenced shopping center. Please note that St. Tammany Parish is collecting the taxes for the City of Covington. The breakdown is shown on the bottom right hand corner of the tax bill. According to your lease agreement, you are to reimburse landlord for your property taxes.

    Please forward your check in the amount of $33,357.73 payable to Gordon K. Konrad to the above address. If you need any additional information, please feel free to call our office. Thank you.

# APPROVED

MAR 2 1 2006

/lw **PROPERTY TAX MANAGER**
Enclosure

Sincerely,

*Lana W. Konrad*
Lana W. Konrad

TAX 2005

33357.73 / 365 = 91.39104 (DR)

PRE: $4752.33 (1/1 - 2/21) 52 DAYS
DST: $28605.40 (2/22 - 12/31) 313 DAYS

**APPROVED**
WESTERN REGION #7
STORE #_____ #1448

MAR 1 3 2006

JAY ARCHAMBAULT
AREA PROPERTY MGR.

# 075191

3,642

1060097322

WARD                    ASSESSMENT NUMBER

| CID NUMBER | BILL NUMBER |
|---|---|
|  | 00336092 |

| PROPERTY ASSESSED | ASSESSMENT |
|---|---|
| LAND | 10,910 |
| BUILDING(S) | 194,520 |
| TOTAL ASSESSMENT | 205,430 |
| NET ASSESSMENT | 205,430 |
|  |  |
|  |  |

RECEIVED

FEB 03 2006

BELLE CHASSE

Marine Trans, Inc.

I|..||I|......||.|.|.|...||.|.|.|....||.|.||...|.|..|..||...||.|.||

******AUTO**3-DIGIT 701
KONRAD, GORDON                              82 97
3900 RIVER RD STE 3                         18974
JEFFERSON LA  70121-4150

| MILLAGE - BASED TAX CHARGES | | |
|---|---|---|
| TAX DISTRICT | TAX RATE | TAX AMT |
| LAW ENFORCEMENT | 10.72 | 2,202.21 |
| ANIMAL SHELTER | .83 | 170.51 |
| COUNCIL ON AGING | .83 | 170.51 |
| STARC | .83 | 170.51 |
| CORONER'S MILLAGE | 4.00 | 821.72 |
| PARISH SPECIAL ASSESSOR | 2.66 | 546.44 |
| PUBLIC HEALTH | 1.80 | 369.77 |
| ALIMONY 2 | 1.47 | 301.98 |
| SCHOOL DIST NO 12 BOND/INT | 21.90 | 4,498.92 |
| FIRE DIST 12 | 25.00 | 5,135.75 |
| MOSQUITO DIST 2 | 5.55 | 1,140.14 |
| SCHOOL CONST TAX | 4.47 | 918.27 |
| SCHOOL MAINT OPERATIONS | 5.69 | 1,168.90 |
| SCHOOL BLDG REPAIR | 4.05 | 831.99 |
| CITY OF COVINGTON | 20.81 | 4,275.00 |
| OPERATION AND MAINT SCHOOL | 41.73 | 8,572.60 |
| FLORIDA PARISH JUV CENTER | 3.00 | 616.29 |
| DRAINAGE MAINTENANCE | 1.80 | 369.77 |
| LIBRARY | 5.24 | 1,076.45 |

### WE CAN NO LONGER MAIL PAID RECEIPTS.
THIS DOCUMENT AND YOUR CANCELLED CHECK WILL SERVE AS YOUR RECEIPT. PLEASE ALLOW UNTIL MAY 20TH, 2006 FOR CHECK TO CLEAR DUE TO VOLUME OF MAIL THAT HAS TO BE PROCESSED

IMPORTANT NOTICE TO THE PROPERTY OWNER: You are requested to return the bottom portion of this bill with remittance in the enclosed return envelope. Taxes for the year 2005 become delinquent after March 13th, 2006 except in the cases of supplemental assessment notices which become delinquent fifteen (15) days following issuance of such supplemental notices. Interest will accrue on the taxes from and after the date the taxes become delinquent and shall bear interest from March thirteenth of such year until paid, at the rate of one percent per month or any part thereof. If your mortgage company pays this bill for you, you must forward this bill to them as soon as possible for their payment. IF YOU NO LONGER OWN THIS PROPERTY, PLEASE FORWARD THIS BILL TO THE NEW OWNER OR USE THE RETURN ENVELOPE TO NOTIFY US OF THE NEW OWNER'S NAME AND ADDRESS. If you still own the property and your mailing address has changed, please complete the section below.

| PROPERTY DESCRIPTION |
|---|
| 3.642 ACS SEC 45 6 11 BEING PT TRACT 1 CB 1131 115 CB 1287 450 CB 1289 700 INST NO 919146 INST NO 930387 INST NO 1117167 |

| PAY THIS AMOUNT | $33,357.73 |
|---|---|

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

DO NOT MAIL PAYMENT WITH THIS CHANGE OF ADDRESS

*SALE TO EVERETT WILLIAMS*
*2-12-04*

Residential                                                                    Commercial

**Concrete Specialties Inc.**
**Concrete Contractor**
Concrete Pumping, Forming & Finishing

PAID  20,000.00
CK #  3981  JKK
DATE  2-13-04

John Wiebelt
Phone: 727-9504
Beeper: 595-0155

**POSTED**

WINN - DIXIE JOB

Back Hoe
Dump Truck Service
Bob-Cat

| PROPOSAL SUBMITTED TO MR GORDON CONRAD | PHONE 831-9985 | DATE 2-13-04 |
|---|---|---|
| STREET 3900 RIVER ROAD suite (6) | JOB NAME -SAme- | |
| CITY, STATE AND ZIP CODE JeffeRSon LA RIVER ROAD | JOB LOCATION WINN-DIXIE STORE (Covington) | |

We hereby propose to furnish materials and labor necessary for the completion of:

Remove & RePlace PARKING Lot PAnels IN (multiple) PlAces
RePlace BACK with 3000 P.S.I concRete 6" Thick with
6x12 HighWAY steel mesh. PLACe SAND IN Hole to "try
to EStABlish A good BASe to PouR on. PLAce Dowel Pins
Where NeedeD IN EXisting concRete FoR New PouR. PLAce
EXPANSION Joints Where Needed. IN ReAR OF Building
& StReet BeHIND shell STATion, PANels shall Get SAND &
Rock mixtuRe.
SAW Cutting oveR 10', IS $1.45 PeR INch Foot EXTRA
CURB RePlAcement 6x6" veRTICAl IS $12.00 L.F EXTRA
FlAt WoRK R&R 6" IS $750 S.Q. Ft.
FIBeR mesh IS .50 Sq Ft EXTRA (not to exceed 300 sq ft)
RoALT X:
BeRINt UP:
NOT Responsible FOR DAMAge To UNDERGROUND utilities etc.!"
6145-04    6025-04
wrong
acct

| WE PROPOSE hereby to furnish material and labor – complete in accordance with above specifications, for the sum of: CC |
|---|
| Limit SAW Cutting To 300 sq  _____ dollars ($ _____ ) |

Payment to be made as follows:
Limit S.q FootAge To, ~~$3000~~ SQ. FT.
ReAD Below & INITIAL

All material is guaranteed to be as specified. All work to be completed in a substantial workmanlike manner according to specifications submitted, per standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. "     X:

Authorized Signature

Note: This proposal may be withdrawn by us if not accepted within ____ (7) ____ days.

"We are not responsible for cracks, discoloring, drying, shrinkage or expansion and/or any poblems due to the movement or settlement of ground."

ACCEPTANCE OR PROPOSAL The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outline above.

Date of Acceptance: 2-13-04

Signature X:
Signature X: John Wiebelt

VENDOR NO: CONC1000 NAME: Concrete Specialties

GORDON K. KONRAD
JEFFERSON, LA

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 11/02/04    CHECK NO.: 4216    PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 11/2/04 | --- | | | $3,900.00 | concrete paving Main Street Shopping Ct |

POSTED

6145-04

| | TOTALS ▶ | | | $3,900.00 | |

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004216

| CHECK NUMBER | DATE |
|---|---|
| 4216 | 11/2/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $3,900.00** |

PAY EXACTLY ***Three thousand nine hundred and 00/100 dollars***

PAY TO THE ORDER OF    Concrete Specialties**

NON - NEGOTIABLE

⑈004216⑈ ⑆065000090⑈81 24⑈3582 5⑈

VENDOR NO.: W1BB1000        NAME:   John Wiebelt

**GORDON K. KONRAD**
JEFFERSON, LA

DATE: 10/4/04        CHECK NO.: 4188        PAGE: 1

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 10/4/04 | --- | | | $22,627.00 | Main Street Shopping Ct Concrete repairs to parking lot |
| | | | | | POSTED |
| | | | | | 6145-04 |
| TOTALS ▶ | | | | $22,627.00 | |

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND.

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004188

| CHECK NUMBER | DATE |
|---|---|
| 4188 | 10/4/04 |

**HIBERNIA NATIONAL BANK**
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $22,627.00** |

PAY EXACTLY  ***Twenty-two thousand six hundred twenty-seven and 00/100 dollars**

PAY TO THE ORDER OF  John Wiebelt**

 NON NEGOTIABLE

⑆004188⑈ ⑆065000090⑈81 24⑈3582 5⑈

GORDON K. KONRAD
JEFFERSON, LA

VENDOR NO.: WIEBI000    NAME:    John Wiebelt

DATE: 9/30/04    CHECK NO.: 4174    PAGE: 1

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 9/30/04 | --- | | | $10,000.00 | Main Street S/Center Concrete draw |
| | | | POSTED | | |
| | | | | | '145-04 |
| TOTALS ▶ | | | | $10,000.00 | |

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND.

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004174

| CHECK NUMBER | DATE |
|---|---|
| 4174 | 9/30/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $10,000.00** |

PAY EXACTLY    ***Ten thousand and 00/100 dollars***

PAY
TO THE    John Wiebelt**
ORDER
OF

NON - NEGOTIABLE

⑃004174⑃ ⑁065000090⑈81 24⑈3582 5⑈

VENDOR NO. ~~~~~~~~~   NAME: ~~~~ ~~~~~~~

GORDON K. KONRAD
JEFFERSON, LA

DATE: 8/16/04          CHECK NO.: 4136          PAGE: 1

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 8/16/04 | --- - | | | $886.94 | Main Street S/Center 17 Buckets |
| | | | | | |

POSTED

6025-04

| | TOTALS ▶ | | | b | $886.94 | |

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND

004136

GORDON K. KONRAD
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

| CHECK NUMBER | DATE |
|---|---|
| 4136 | 8/16/04 |

HIBERNIA NATIONAL BANK
NEW ORLEANS, LOUISIANA 70161
84-254/650

AMOUNT

$886.94**

PAY EXACTLY   **Eight hundred eighty-six and 94/100 dollars***

PAY
TO THE
ORDER
OF   John Wiebelt**

NON - NEGOTIABLE

⑆004136⑆ ⑈065000090⑈81 24⑈3582 5⑈

**GORDON K. KONRAD**
JEFFERSON, LA

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE 8/27/04        CHECK NO. 4155        PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 8/27/04 | --- | | | $10,000.00 | Main Street S/Center 4th Draw |
| | | | | | 6025-04 |
| TOTALS ▶ | | | | $10,000.00 | |

*POSTED*

---

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND.

**004155**

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

| CHECK NUMBER | DATE |
|---|---|
| 4155 | 8/27/04 |

**HIBERNIA NATIONAL BANK**
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $10,000.00** |

PAY EXACTLY   **Ten thousand and 00/100 dollars****

PAY
TO THE
ORDER
OF      Concrete Specialties**

NON - NEGOTIABLE

⑈004155⑈ ⑆065000090⑆81 24⑈3582 5⑈

GORDON K. KONRAD
JEFFERSON, LA

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 6/4/04          CHECK NO.: 4070          PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 6/4/04 | --- | | | $10,000.00 | Main Street S/Center 3rd Draw |
| | | | | POSTED | 6145·04 |
| TOTALS ▶ | | | | $10,000.00 | |

**THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND**

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004070

| CHECK NUMBER | DATE |
|---|---|
| 4070 | 6/4/04 |

**HIBERNIA NATIONAL BANK**
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $10,000.00** |

PAY EXACTLY   **Ten thousand and 00/100 dollars***

PAY
TO THE   Concrete Specialties**
ORDER
OF

NON-NEGOTIABLE

⑈004070⑈ ⑆065000090⑆81 24⑈3582 5⑈

GORDON K. KONRAD
JEFFERSON, LA

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

VENDOR NO.:          NAME:

DATE:          CHECK NO.:          PAGE:

| INVOICE DATE | INVOICE NO | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 04/13/04 | | $680.00 | | $680.00 | Concrete- Main Street Shopping Center |
| | | | | | POSTED |
| TOTALS ▶ | | | | | 6145-04 |

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND.

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004027

| CHECK NUMBER | DATE |
|---|---|
| 004027 | 04/13/04 |

**HIBERNIA NATIONAL BANK**
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $680.00 |

PAY EXACTLY ***Six Hundred Eighty and no/100's***

PAY TO THE ORDER OF    Concrete Specialties

NON - NEGOTIABLE

⑈004027⑈ ⑆065000040⑈81 24⑈3582 5⑈

VENDOR NO: CONC1000    NAME: Concrete Specialties, Inc.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 3/19/04    CHECK NO.: 4005    PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 3/19/04 | --- | | | $20,000.00 | Concrete Advance Main Street Shopping Ctr   DRAW 2   POSTED   6145-04 |
| TOTALS ▶ | | | | $20,000.00 | |

**THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND**

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

004005

| CHECK NUMBER | DATE |
|---|---|
| 4005 | 3/19/04 |

**HIBERNIA NATIONAL BANK**
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $20,000.00* |

PAY EXACTLY  **Twenty thousand and 00/100 dollars**

PAY TO THE ORDER OF  Concrete Specialties, Inc.**

NON - NEGOTIABLE

⑈004005⑈ ⑆065000090⑆81  24⑈3582 5⑈

**GORDON K. KONRAD**
JEFFERSON, LA

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

DATE: 2/13/04     CHECK NO.: 3981     PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 2/13/04 | --- | | | $20,000.00 | Advance on concrete Main Street Shopping Ctr DRAW 1 |
| | | POSTED 6145-04 | | | |
| TOTALS ▷ | | | | $20,000.00 | |

THIS DOCUMENT HAS A COLORED BACKGROUND—NOT A WHITE BACKGROUND

003981

**GORDON K. KONRAD**
3900 RIVER ROAD, SUITE 3
JEFFERSON, LA 70121
(504) 831-9985

| CHECK NUMBER | DATE |
|---|---|
| 3981 | 2/13/04 |

**HIBERNIA NATIONAL BANK**
NEW ORLEANS, LOUISIANA 70161
84-254/650

| AMOUNT |
|---|
| $20,000.00** |

PAY EXACTLY ***Twenty thousand and 00/100 dollars***

PAY
TO THE
ORDER
OF        Concrete Specialties, Inc.

NON - NEGOTIABLE

⑈003981⑈ ⑈065000090⑈81 24⑈3582 5⑈

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on counsel for Debtors listed below via facsimile and via depositing same in the United States mail, first class postage prepaid and properly addressed, on the 27th day of July, 2006.

        D. J. Baker, Esq.
        Sally McDonald Henry, Esq.
        Rosalie Walker Gray, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, New York 10036
        (Facsimile No. 212-735-2000)

        Stephen D. Busey, Esq.
        James H. Post, Esq.
        Cynthia C. Jackson, Esq.
        Smith Hulsey & Busey
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (Facsimile No. 904-359-7708)

                                              _____
                                            GORDON K. KONRAD

#618761

4