In the **UNITED STATES BANKRUPTCY COURT** for the
**MIDDLE DISTRICT OF FLORIDA**

CASE NO. 05-03817-3F1
CHAPTER 11

In re:

WINN-DIXIE STORES, INC.,

    Debtor.

_____/

### BIG PINE SHOPPING CENTER, LLC's (STORE #358) OBJECTION TO PROPOSED CURE AMOUNT

COMES NOW Big Pine Shopping Center, LLC (Lessor), by and through its undersigned counsel, and files this Objection to the Proposed Cure Amount, and as grounds therefor states:

1. On June 30, 2006, the Debtor filed its Second Omnibus Motion to Assume Non-Residential Real Estate Leases (CP#8941).

2. The motion seeks to assume the lease between the Debtor and the Lessor, as well as fix the cure amount for said assumption of the lease.

3. Debtor's motion fixes the cure amount at $5,405.04.

4. Lessor objects to the cure amount because the amount of rent presently due the Lessor is $39,002.73. This rent amount is comprised of amounts due and owing for the Debtor's pro rata share of sewer treatment plant charges for the years 2004 and 2005, as well as for real estate tax prorations due for the year 2005. Pursuant to the lease, these charges are deemed to be additional rent due and owing. Copies of the letters from the Lessor to the Debtor setting forth this debt is attached hereto. An itemization of the amounts due and owing are attached hereto.

5. The provisions of §365 of the Bankruptcy Code requires payment in full, or adequate assurance of timely payment, as a prerequisite to the assumption of this lease in default.

WHEREFORE, the Lessor requests an order of this court fixing the cure amount at $39,002.73 as a condition of the assumption of the lease.

## STATEMENT OF COUNSEL

In late 1999 or sometime in 2000, I sent an application to become a member of the United States District Court for the Middle District of Florida. At the time, I was appearing as counsel on behalf of a defendant in the Orlando Division of the District Court, Case Number 99-984-CIV-ORL-22C. It is my recollection that I was required to make the application to become a member of the court as the only condition of being allowed to continue the representation of the defendant. I recall sending my signed completed application to the clerk in charge of admissions, along with the required payment, but I never heard further from the clerk regarding the required swearing in ceremony. I recall making calls to the clerk in charge to inquire about the delay, but without results. I never heard further from the clerk in charge regarding the date for the swearing in ceremony or otherwise. Prior to filing this objection, I made inquiry via the internet to see if I was listed on the roster of attorneys admitted to practice before the court, but my name does not appear. I am aware that local rules of practice for this court require admission to the United States District Court for the Middle District of Florida, and does not provide for *pro hac vice* appearance of counsel residing in the State of Florida. However, given the time limitations, it was not practical for my client to be directed to seek out counsel admitted to practice before this court. We needed to file in order to preserve the client's objection before the deadline to file.

I have advised the client of the need to immediately seek and retain counsel admitted to practice before this court, who should then make an appearance for the client in substitution of my appearance. Wherefore, the court's indulgence is requested to forgive the impermissible appearance of undersigned counsel.

> REX E. RUSSO, ESQ.
> Russo & Kavulich, P.L.
> 2655 LeJeune Road, PH 1-D
> Coral Gables, FL 33134
> Tel. (305) 442-7393
> Fax (305) 445-4751
> rexlawyer@prodigy.net
>
> _____
> Rex E. Russo
> Florida Bar #0331597

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Smith-Hulsey-Busey, attorneys for the Debtor, 225 Water Street, #1800, Jacksonville, FL 32202; and to Skadden-Arps-et al, co-counsel for the Debtor, Four Times Square, New York, NY 10036, this July 26, 2006.

_____
Rex E. Russo

## ITEMIZATION OF RENT DUE AND OWING

| | | |
|---|---|---:|
| 2004 Sewer Treatment Charges | | $19,219.05 |
| Legal interest on the above | (7% from 02/17/2005 to 12/31/2005) (i.e. $3.73/day times 322 days) | 1,201.06 |
| Legal interest on the above | (9% from 01/01/2006 to 07/26/2006) (i.e. $4.80/day times 206 days) | 988.80 |
| 2005 Sewer Treatment Charges | | 11,497.22 |
| Legal interest on the above | (9% from 02/23/2006 to 07/26/2006) (i.e.$2.87/day times 153 days) | 439.11 |
| 2005 property tax bill ($37, 939.19 less payment of $32,534.15) | | 5,405.04 |
| Legal interest on the above | (9% from 01/19/2006 to 07/26/2006) (i.e. $1.35/day times 187 days) | 252.45 |
| **TOTAL DUE AND OWING** | | **$39,002.73** |



**CURTIS SKOMP, CCIM**
Broker / Associate
Certified Commercial Investment Member

**COLDWELL BANKER COMMERCIAL SCHMITT REAL ESTATE, CO.**
3132 FLAGLER AVENUE
KEY WEST, FL 33040
WEBSITE www.keywestcommercial.com
BUS. (305) 292-7441
FAX: (305) 296-6770
TOLL FREE (800) 598-7727
MOBILE (305) 304-0084
EMAIL cskomp@aol.com

January 17, 2005

Winn-Dixie Stores, Inc.
Real Estate Department
P.O. Box 408300
Ft. Lauderdale, FL 33340-8300

RE: Winn-Dixie Store No. 358
  Big Pine Shopping Center
  Big Pine Key, FL 33043

Gentlemen:

Please be advised that your annual pro rata share of sewer treatment plant charges for 2004 is now due and has been computed as follows:

| | |
|---|---|
| 2004 Sewer Treatment Charges | $40,207.22 |
| Winn Dixie Stores Pro Rata Share (47.8%) | $19,219.05 |

Kindly forward at your earliest convenience.

Sincerely,

Curtis Skomp, Property Manager
Coldwell Banker Schmitt Real Estate Co.
Big Pine Shopping Center, LLC

©2003 Coldwell Banker Corporation. Coldwell Banker® is a registered trademark of Coldwell Banker Corporation. An Equal Opportunity Company. Equal Housing Opportunity. Each Office Is Independently Owned And Operated.



**CURTIS SKOMP, CCIM**
Broker / Associate
Certified Commercial Investment Member

COLDWELL BANKER COMMERCIAL
SCHMITT REAL ESTATE, CO.
3132 FLAGLER AVENUE
KEY WEST, FL 33040
WEBSITE www.keywestcommercial.com
BUS. (305) 292-7441
FAX: (305) 296-6770
TOLL FREE (800) 598-7727
MOBILE (305) 304-0084
EMAIL cskomp@aol.com

December 19, 2005

Winn-Dixie Stores, Inc.
Real Estate Department
P.O. Box 408300
Ft. Lauderdale, FL   33340-8300

RE:  Pro-Rata Share of 2005 Real Estate Taxes
     Winn-Dixie Store No. 358
     Big Pine Shopping Center
     Big Pine Key, FL   33043

Gentlemen:

Request is hereby made for your pro rata share of real estate taxes for 2005. They have been computed as follows:

| | |
|---|---|
| 2005 Taxes | $79,370.69 |
| Winn Dixie Stores Pro Rata Share (47.8%) | $37,939.19 |

Kindly forward at your earliest convenience and make check payable to Big Pine Shopping Center, LLC.

Sincerely,


Curtis Skomp, Property Manager
Coldwell Banker Schmitt Real Estate Co.
Big Pine Shopping Center, LLC

©2003 Coldwell Banker Corporation. Coldwell Banker® is a registered trademark of Coldwell Banker Corporation. An Equal Opportunity Company.  Equal Housing Opportunity. Each Office Is Independently Owned And Operated.

CURTIS SKOMP, CCIM
Broker / Associate
Certified Commercial Investment Member



COLDWELL BANKER COMMERCIAL
SCHMITT REAL ESTATE, CO.
3132 FLAGLER AVENUE
KEY WEST, FL 33040
WEBSITE www.keywestcommercial.com
BUS. (305) 292-7441
FAX: (305) 296-6770
TOLL FREE (800) 598-7727
MOBILE (305) 304-0084
EMAIL Curtis@keywestcommercial.com

January 23, 2006

Winn Dixie Stores, Inc.
Real Estate Department
P.O. Box 408300
Ft. Lauderdale, FL 33340-8300

RE: Winn Dixie Store No. 358
    Big Pine Shopping Center
    Big Pine Key, FL 33043

Gentlemen:

Please be advised that your annual pro rata share of sewer treatment plant charges for 2005 is now due and has been computed as follows:

    2005 Sewer Treatment Charges    $24,052.77

    Winn Dixie Stores Pro Rata Share (47.8)    $11,497.22

Kindly forward at your earliest convenience.

Sincerely,

Curtis Skomp, Property Manager
Coldwell Banker Commercial
Big Pine Shopping Center, LLC

C/2003 Coldwell Banker Corporation. Coldwell Banker® is a registered trademark of Coldwell Banker Corporation.
An Equal Opportunity Company. Equal Housing Opportunity. Each Office Is Independently Owned And Operated.