```
           IN THE UNITED STATES BANKRUPTCY COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION

In re:                         )
                               )    Chapter 11
WINN-DIXIE STORES, INC., et al.,)
                               )    Case No. 05-03817-3F1
     Debtors.                  )    Jointly Administered
_____)
```

**MOBLEY FAMILY PARTNERSHIP, LP AND REDD FAMILY II, LP d/b/a
BLUE ANGEL CROSSING'S (STORE 535) RESPONSE TO DEBTORS' FOURTEENTH
OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS AND
(B) NO LIABILITY MISCLASSIFIED CLAIMS**

COME NOW Landlord/Creditor Mobley Family Partnership, LP and Redd Family II, LP d/b/a Blue Angel Crossing (Store 535) (hereinafter referred to as "Blue Angel") and object to Debtors' Fourteenth Omnibus Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims by showing this Court as follows:

1.

Blue Angel is the landlord for that certain Winn Dixie store, designated Store 535, in which the Debtor is Winn-Dixie Montgomery, Inc. bankruptcy case no. 05-BK-03837-3F1.

2.

Blue Angel initially filed a Proof of Claim as a -0- claim, Claim No. 10129; however, Blue Angel has now amended its Proof of Claim to reflect the pre-petition adjustments due the landlord.

3.

A true and correct copy of the Amendment labeled Exhibit "A" is attached hereto and incorporated herein by reference.

This 28th day of July, 2006.

                                  EPSTEIN BECKER & GREEN, P.C.
Attorneys for Landlords

*/s/Annette Kerlin McBrayer*

Annette Kerlin McBrayer
Georgia Bar No. 415782

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia  30326
(404) 923-9000

AT:457124v1

2

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: __Winn-Dixie Montgomery, Inc.__     Case No. __05-bk-03837-3F1__
(See List of Names and Case Numbers on Reverse Side)

Claim # 10129

Your claim is scheduled as follows:

Debtor
Winn-Dixie Stores, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$.00
Disputed Contingent Unliquidated

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): Mobley Family Partnership, L.P. & Redd Family II LP d/b/a
19947659
Creditor Id: WDX-1128-B1-07
BLUE ANGEL CROSSINGS
C/O REDD REALTY SERVICES
4200 NORTHSIDE PARKWAY Building 10, Suite 101
ATLANTA, GA 30327-~~3654~~ 3080

Telephone No. of Creditor (404) 923-9045
Fax No. of Creditor (404) 923-9099

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

RECEIVED
MAY 0 ~ 2005
REDD REALTY SERVICES

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☒ additional address

Name: Annette Kerlin McBrayer
Company/Firm: Epstein Becker & Green, P.C.
Address: 945 East Paces Ferry Road Suite 2700
Atlanta, Georgia 30326

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: WD Store 535

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: July 18, 2005

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☒ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____
  (date)        (date)

**2. Date debt was incurred:** Lease dated 12-11-1997

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $3,394.12 (unsecured)   $_____ (secured)   $_____ (priority)   $3,394.12* (Total)

*Tenant reserves the right to file a lease rejection claim if lease is rejected.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate    ☐ Motor Vehicle    ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Exhibit "A"

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 7-24-06 | Print: Annette Kerlin McBrayer   Title: Attorney<br>Signature: /s/ Annette Kerlin McBrayer |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                )
                                      )   Chapter 11
                                      )
WINN-DIXIE STORES, INC., et al.,      )
                                      )   Case No. 05-03817-3F1
      Debtors.                        )   Jointly Administered
                                      )

**MOBLEY FAMILY PARTNERSHIP, LP AND REDD FAMILY II, LP d/b/a BLUE ANGEL CROSSING'S (STORE 535) AMENDMENT TO PROOF OF CLAIM NO. 10129**

| Description | Dollar Amount |
|---|---|
| 2005 pre-petition property taxes (28,468.52 x .1424657) | $ 4,055.79 |
| 2005 pre-petition CAM adjustment | <661.67> |
| Total | $3,394.12 |

Exhibit "A"

AT:456687v1



# REDD REALTY SERVICES

| | | | |
|---|---|---|---|
| A. M. Redd, Jr. | (404) 841-0123 ext 104 | Email: buddy@reddrealty.com | Ten North Parkway Square |
| Margaret P. Staats | (404) 841-0123 ext 102 | Email: maggie@reddrealty.com | 4200 Northside Parkway |
| William M. Lybrook, IV | (404) 841-0123 ext 105 | Email: will@reddrealty.com | Building 10, Suite 101 |
| | | | Atlanta, Georgia 30327-3080 |
| | | | (404) 841-0123 |
| | | www.reddrealty.com | (404) 841-0127 FAX |

November 14, 2005

Ms. Jay Archambault
Winn-Dixie Stores, Inc.
600 Edwards Avenue
Harahan, LA 70123

RE:    Blue Angel Crossing, 2005 Property Taxes, Winn Dixie #535

Dear Jay:

In regard to the above referenced shopping center, you occupy 51,282 square feet which represents 75.37% of the total of 68,042 square feet in the total center.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of property taxes.

The total property tax expense for city and county for the fee and leasehold property in 2005 is $39,345.50 based on payment of the tax bills by November 30th. The county has given a reduced value this year because of all the hurricane damage to the area.

Below is the amount owed by Winn Dixie.

| | | |
|---|---|---|
| Current Taxes (if paid by 11/30/05) | $ 37,771.68 | |
| Administrative Overhead 15% | -0- | |
| Total Cost | 37,771.68 | |
| Pro Rata % | x   75.37% | |
| Pro Rata Share for Year | 28,468.52 | |
| Pro Rata Percent Occupancy | x   100.00% | |
| Pro Rata Share Owed | 28,468.52 | |
| Less: Previously Paid & Accrued | -0- | |
| NET AMOUNT DUE | | $ 28,468.52 |

Please send us your check payable to Blue Angel Crossing at your earliest convenience. We will return a paid receipt as soon as we receive it from the County.

Please contact our office with any questions. Thanks for your prompt attention to this matter.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/lll
Enclosures

Tennessee office: 1254 Old Hillsboro Road, Franklin, TN 37069 ● (615)591-5525 ● Fax (615)591-5868
G. Marshall Hart, Jr. (615)591-5431 ● Jeff Hall (615)591-5368 ● Steve Pierce (615)591-5680 ● Jon Thomas (615)591-6526 ● Johnny Adaire (615)591-5789 ● Marlane Klinnworth (919)868-4472

SHOPPING CENTER SPECIALISTS ● SOUTHEASTERN USA

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

**2005 Real Estate** — NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 09-4548-930 | | 2100320 | 0 | 2100320 | 00 |

2005 Real Estate 0082065.0000

SE - 00078 / 01183 1-9019 JMS2230
REDD FAMILY II PARTNERSHIP
& MOBLEY FAMILY PARTNERSHIP
4200 NORTHSIDE PKWY
BLDG 10 SUITE 101
ATLANTA GA 30327-3052

232S31-1000-000-060
50 S BLUE ANGEL PKWY
LOT 6
BLUE ANGEL CROSSING
PB 16 P 64
OR 3701 P 532

OFFICE (850) 438-65[
TTY FOR THE HEARING IMPAIRED (850) 472-00[

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | TAXES LEVIED |
|---|---|---|
| COUNTY OF ESCAMBIA | 8.7560 | 18390.40 |
| SCHOOL BOARD OF ESCAMBIA CO. | 8.0330 | 16871.87 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0500 | 105.02 |
| M.S.T.U. - SHERIFF | 0.7470 | 1568.94 |

RETAIN THI PORTION FOR YOUR RECORDS

ESCAMBIA COUNTY TAX COLLECTOR * P.O. BOX 1312 * PENSACOLA, FL 32591-1312

| TOTAL MILLAGE | 17.5860 | AD VALOREM TAXES | 36936.23 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| FIRE (CALL 595-4960) | | 2409.27 |
| NON-AD VALOREM ASSESSMENTS | | 2409.27 |

PLEASE PAY ONLY ONE AMOUNT SHOWN I[ YELLOW SHADED AREA

| COMBINED TAXES AND ASSESSMENTS | 39345.50 | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|

| If Paid by the Amount is | Nov 30 2005 37771.68 | Dec 31 2005 38165.13 | Jan 31 2006 38558.59 | Feb 28 2006 38952.04 | Mar 31 2006 39345.50 |
|---|---|---|---|---|---|

AMOU[ DUE IF PAI BY

---

**JANET HOLLEY, CFC**
ESCAMBIA COUNTY TAX COLLECTOR

**2005 Real Estate** — NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 09-4548-930 | | 2100320 | 0 | 2100320 | 00 |

2005 Real Estate 0082065.0000

REDD FAMILY II PARTNERSHIP
& MOBLEY FAMILY PARTNERSHIP
4200 NORTHSIDE PKWY
BLDG 10 SUITE 101
ATLANTA GA 30327-3052

232S31-1000-000-060
50 S BLUE ANGEL PKWY
LOT 6
BLUE ANGEL CROSSING
PB 16 P 64
OR 3701 P 532

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312   (850) 438-6500

| If Paid by the Amount is | Nov 30 2005 37771.68 | Dec 31 2005 38165.13 | Jan 31 2006 38558.59 | Feb 28 2006 38952.04 | Mar 31 2006 39345.50 |
|---|---|---|---|---|---|

RETURN W[ PAYMEN[

0000000000  0003934550  0000000820650000  0001 1




# REDD REALTY SERVICES

| | | |
|---|---|---|
| A. M. Redd, Jr. | (404) 841-0123, ext. 104 | 4200 Northside Parkway |
| Margaret P. Staats | (404) 841-0123, ext. 102 | Building 10, Suite 101 |
| William M. Lybrook, IV | (404) 841-0123, ext. 105 | Atlanta, Georgia 30327-3080 |
| Jacqueline J. Wicker | (404) 841-0123, ext. 101 | (404) 841-0123  FAX (404) 841-0127 |
| Vicki C. Wilkins | (404) 841-0123, ext. 100 | www.reddrealty.com |
| Brandi G. Swilling | (404) 841-0123, ext. 111 | |

July 11, 2006

Ms. Jay Archambault
Winn-Dixie Atlanta, Inc.
P. O. Box 51059
New Orleans, LA 70151

    RE:    Blue Angel Crossing, 2005 Common Area Maintenance, Winn Dixie #535

Dear Ms. Archambault:

In regard to the above referenced shopping center, you occupy 51,282 square feet which represents 75.37% of the total of 68,045 square feet in the total center.

Under the terms of your Lease, you are obligated to pay as additional rent the following pro rata share of Common Area Maintenance.

The total Common Area Maintenance expense for the fee and leasehold property for 01/01/05 - 12/31/05 is summarized below. We have enclosed copies of all the bills for your review.

| | | |
|---|---|---|
| Current CAM Expense | $ 32,112.09 | |
| Administrative Overhead 15% | -0- | |
| Total CAM Cost | 32,112.09 | |
| Pro Rata % | x   75.37% | |
| Pro Rata Share for Year | 24,202.88 | |
| Pro Rata Percent Occupancy | x   100.00% | |
| Pro Rata Share Owed | 24,202.88 | |
| Less: Previously Paid & Accrued | | |
|     01/01/05 to 12/31/05 | | 19,465.80 |
| NET PRO RATA DUE | | $  4,737.08 |

Please contact our office with any questions.

Sincerely,

Laura L. Lovell
REDD REALTY SERVICES

/lll

Enclosures - copies of common area maintenance bills for 2005

Tennessee Office:  1254 Old Hillsboro Road, Franklin, TN 37069 ▪ (615) 591-5525 ▪ Fax (615) 591-5868
G. Marshall Hart, Jr. (615) 591-5431 ▪ Jeff Hall (615) 591-5368 ▪ Steve Pierce (615) 591-5680 ▪ Jon Thomas (615) 591-6526 ▪ Robert VanSant (615) 591-3918
North Carolina Office:  Mariane Klintworth (919) 868-4475

SHOPPING CENTER SPECIALISTS ▪ SOUTHEASTERN USA

*Winn Dixie #535*

**General Ledger (Cash)**
**Blue Angel Crossing - (blue)**
**Months: Jan 05 - Dec 05**

Page 1
3/22/2006
04:02 PM

| Property | Date | Period | Description | Control | Refer | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 6200 | | | Repairs & Maint. (CAM) | | | | | 0.00 | = Beginning Balance = |
| blue | 01/12/05 | 01/05 | (downs) Downs Plumbing Co | K-1439 | 211350 | ~~362.50~~ | | 362.50 | Customer #00111 Repair to |
| blue | 01/12/05 | 01/05 | (pods) PODS, Inc. | K-1443 | 211355 | ~~69.34~~ | | 431.84 | 50% of POD #234B72 rental |
| blue | 01/12/05 | 01/05 | (pugh) L. Pugh & Associates | K-1441 | 211357 | 80.00 | | 511.84 | Cust. #BECPRO Quarterly In |
| blue | 02/15/05 | 02/05 | (mcbride) McBride Construct | K-1461 | 211371 | ~~475.00~~ | | 986.84 | Winn-Dixie temporary roof re |
| blue | 02/22/05 | 02/05 | (greg) Greg Williams Electric | K-1468 | 211374 | 2,707.46 | | 3,694.30 | Parking Lot & Security Lighti |
| blue | 03/15/05 | 03/05 | (hunt) Harold Hunt | K-1481 | 211385 | 65.00 | | 3,759.30 | Security lights maintenance |
| blue | 03/15/05 | 03/05 | (preci) Precision Lot Mainten | K-1483 | 211387 | 2,554.00 | | 6,313.30 | Fence repairs around retenti |
| ~~blue~~ | ~~03/23/05~~ | ~~03/05~~ | ~~( ) Gulf~~ | ~~K-1638~~ | ~~063.30~~ | | | ~~6,343.96~~ | ~~refund of curtains~~ |
| blue | 04/11/05 | 04/05 | (pugh) L. Pugh & Associates | K-1498 | 211401 | 80.00 | | 6,323.96 | Quarterly Fire Protection Ins |
| blue | 04/11/05 | 04/05 | (pugh) L. Pugh & Associates | K-1499 | 211401 | 30.00 | | 6,353.96 | 1 water gauge & FDC caps r |
| blue | 06/08/05 | 06/05 | (greg) Greg Williams Electric | K-1537 | 211432 | 1,027.15 | | 7,381.11 | Parking Lot Lighting Repairs |
| blue | 07/11/05 | 07/05 | (mcbride) McBride Construct | K-1558 | 211446 | ~~850.00~~ | | 8,231.11 | Roof repairs-Federal Credit |
| blue | 07/11/05 | 07/05 | (pugh) L. Pugh & Associates | K-1559 | 211447 | 80.00 | | 8,311.11 | Quarterly inspection of fire s |
| blue | 08/01/05 | 08/05 | (spray) Spray Tech | K-1568 | 211456 | 390.00 | | 8,701.11 | Cleaning Sidewalks |
| blue | 08/01/05 | 08/05 | (gulfbree) Gulf Breeze Cross | K-1573 | 211460 | 520.00 | | 9,221.11 | Reimburse 50% of hurricane |
| blue | 08/23/05 | 08/05 | (mcbride) McBride Construct | K-1582 | 211467 | ~~1,300.00~~ | | 10,521.11 | Roof repairs @ Sweet Repe |
| blue | 09/09/05 | 09/05 | (kuch) Kuch Marking Service | K-1594 | 211476 | 295.00 | | 10,816.11 | Parking lot pothole repairs & |
| blue | 09/09/05 | 09/05 | (preci) Precision Lot Mainten | K-1595 | 211478 | 316.00 | | 11,132.11 | Canopy security lighting repa |
| blue | 09/27/05 | 09/05 | (pugh) L. Pugh & Associates | K-1601 | 211484 | 80.00 | | 11,212.11 | Quarterly Sprinkler Inspectio |
| blue | 10/19/05 | 10/05 | (kuch) Kuch Marking Service | K-1617 | 211496 | 180.00 | | 11,392.11 | Parking lot striping-NO PAR |
| blue | 11/01/05 | 11/05 | (preci) Precision Lot Mainten | K-1625 | 211502 | 135.00 | | 11,527.11 | Security light repairs |
| blue | 11/01/05 | 11/05 | (spray) Spray Tech | K-1626 | 211503 | 390.00 | | 11,917.11 | Cleaning sidewalks |
| blue | 12/19/05 | 12/05 | (pugh) L. Pugh & Associates | K-1666 | 211532 | 80.00 | | 11,997.11 | Quarterly inspection (Dec.05 |
| | | | NetChange= 11,997.11 | | | | | 11,997.11 | = Ending Balance = |
| 6220 | | | Sweeping & Cleaning | | | | | 0.00 | = Beginning Balance = |
| blue | 01/05/05 | 01/05 | (super) Supervac | K-1431 | 211349 | 825.00 | | 825.00 | MONTHLY PARKING LOT S |
| blue | 02/04/05 | 02/05 | (super) Supervac | K-1455 | 211368 | 825.00 | | 1,650.00 | MONTHLY PARKING LOT S |
| blue | 03/15/05 | 03/05 | (super) Supervac | K-1484 | 211388 | 825.00 | | 2,475.00 | MONTHLY PARKING LOT S |
| blue | 04/11/05 | 04/05 | (super) Supervac | K-1500 | 211402 | 825.00 | | 3,300.00 | MONTHLY PARKING LOT S |
| blue | 04/18/05 | 04/05 | (preci) Precision Lot Mainten | K-1512 | 211410 | 210.00 | | 3,510.00 | 3/05 Cleaning & Trash Rem |
| blue | 05/04/05 | 05/05 | (super) Supervac | K-1523 | 211421 | 825.00 | | 4,335.00 | MONTHLY PARKING LOT S |
| blue | 06/08/05 | 06/05 | (super) Supervac | K-1543 | 211435 | 825.00 | | 5,160.00 | MONTHLY PARKING LOT S |
| blue | 07/11/05 | 07/05 | (super) Supervac | K-1560 | 211448 | 825.00 | | 5,985.00 | MONTHLY PARKING LOT S |
| blue | 08/10/05 | 08/05 | (super) Supervac | K-1577 | 211463 | 825.00 | | 6,810.00 | MONTHLY PARKING LOT S |
| blue | 09/09/05 | 09/05 | (super) Supervac | K-1593 | 211479 | 825.00 | | 7,635.00 | MONTHLY PARKING LOT S |
| blue | 10/04/05 | 10/05 | (super) Supervac | K-1609 | 211490 | 825.00 | | 8,460.00 | MONTHLY PARKING LOT S |
| blue | 11/04/05 | 11/05 | (super) Supervac | K-1633 | 211508 | 825.00 | | 9,285.00 | MONTHLY PARKING LOT S |
| blue | 12/12/05 | 12/05 | (plm) PLM Services of Pens | K-1656 | 211525 | 150.00 | | ~~9,435.00~~ | Hauling & dumping debris be |
| blue | 12/12/05 | 12/05 | (super) Supervac | K-1658 | 211527 | 900.00 | | 10,335.00 | MONTHLY PARKING LOT S |
| | | | NetChange= 10,335.00 | | | | | 10,335.00 | = Ending Balance = |
| 6225 | | | Landscaping | | | | | 0.00 | = Beginning Balance = |
| blue | 01/12/05 | 01/05 | (pen) Pensacola Landscapin | K-1438 | 211354 | 471.50 | | 471.50 | Monthly Lawn Service |
| blue | 02/15/05 | 02/05 | (pen) Pensacola Landscapin | K-1462 | 211372 | 471.50 | | 943.00 | Monthly Lawn Service |
| blue | 03/08/05 | 03/05 | (pen) Pensacola Landscapin | K-1477 | 211382 | 471.50 | | 1,414.50 | Monthly Lawn Service (11/04 |
| blue | 03/15/05 | 03/05 | (pen) Pensacola Landscapin | K-1482 | 211386 | 471.50 | | 1,886.00 | Monthly Lawn Service |
| blue | 04/18/05 | 04/05 | (pen) Pensacola Landscapin | K-1509 | 211409 | 471.50 | | 2,357.50 | Monthly Lawn Service |
| blue | 05/11/05 | 05/05 | (pen) Pensacola Landscapin | K-1527 | 211422 | 471.50 | | 2,829.00 | Monthly Lawn Service |
| blue | 06/08/05 | 06/05 | (pen) Pensacola Landscapin | K-1542 | 211434 | 471.50 | | 3,300.50 | Monthly Lawn Service |
| blue | 07/19/05 | 07/05 | (pen) Pensacola Landscapin | K-1563 | 211451 | 471.50 | | 3,772.00 | Monthly Lawn Service |
| blue | 08/23/05 | 08/05 | (pen) Pensacola Landscapin | K-1581 | 211468 | 471.50 | | 4,243.50 | Monthly Lawn Service |
| blue | 09/09/05 | 09/05 | (pen) Pensacola Landscapin | K-1592 | 211477 | 670.00 | | 4,913.50 | Monthly Lawn Service |
| blue | 10/12/05 | 10/05 | (pen) Pensacola Landscapin | K-1610 | 211493 | 670.00 | | 5,583.50 | Monthly Lawn Service |
| blue | 11/18/05 | 11/05 | (pen) Pensacola Landscapin | K-1639 | 211513 | 670.00 | | 6,253.50 | Monthly Lawn Service |
| blue | 12/19/05 | 12/05 | (pen) Pensacola Landscapin | K-1665 | 211531 | 670.00 | | 6,923.50 | Monthly Lawn Service |
| | | | NetChange= 6,923.50 | | | | | 6,923.50 | = Ending Balance = |
| 6410 | | | Electricity | | | | | 0.00 | = Beginning Balance = |
| blue | 02/04/05 | 02/05 | (gulf) Gulf Power Company | K-1454 | 211367 | 603.81 | | 603.81 | Acct. #11689-33007 15 |
| blue | 03/04/05 | 03/05 | (gulf) Gulf Power Company | K-1475 | 211380 | 551.23 | | 1,155.04 | Acct. #11689-33007 15 |
| blue | 04/01/05 | 04/05 | (gulf) Gulf Power Company | K-1495 | 211400 | 490.90 | | 1,645.94 | Acct. #11689-33007 15 |
| blue | 05/04/05 | 05/05 | (gulf) Gulf Power Company | K-1522 | 211420 | 533.41 | | 2,179.35 | Acct. #11689-33007 15 |
| blue | 06/08/05 | 06/05 | (gulf) Gulf Power Company | K-1538 | 211433 | 397.91 | | 2,577.26 | Acct. #11689-33007 15 |
| blue | 07/07/05 | 07/05 | (gulf) Gulf Power Company | K-1555 | 211444 | 307.46 | | 2,884.72 | Acct. #11689-33007 15 |
| blue | 08/01/05 | 08/05 | (gulf) Gulf Power Company | K-1572 | 211459 | 293.96 | | 3,178.68 | Acct. #11689-33007 15 |
| blue | 09/02/05 | 09/05 | (gulf) Gulf Power Company | K-1589 | 211473 | 351.48 | | 3,530.16 | Acct. #11689-33007 15 |
| blue | 09/27/05 | 09/05 | (gulf) Gulf Power Company | K-1600 | 211483 | 328.92 | | 3,859.08 | Acct. #11689-33007 15 |
| blue | 11/01/05 | 11/05 | (gulf) Gulf Power Company | K-1627 | 211504 | 358.36 | | 4,217.44 | Acct. #11689-33007 15 |
| blue | 12/07/05 | 12/05 | (gulf) Gulf Power Company | K-1653 | 211522 | 349.56 | | 4,567.00 | Acct. #11689-33007 15 |
| | | | NetChange= 4,567.00 | | | | | 4,567.00 | = Ending Balance = |

*handwritten annotation: 9,009.61*

*Blue Angel page 2*
*Winn Dixie # 535*

| 6435 | | | Irrigation Water | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 0.00 | = Beginning Balance = |
| blue | 01/12/05 | 01/05 | (ECUA) Escambia County Ut K-1437 | 211352 | 117.77 | 117.77 | Acct. #202745-108688 |
| blue | 02/04/05 | 02/05 | (ECUA) Escambia County Ut K-1453 | 211366 | 32.02 | 149.79 | Acct. #202745-108688 |
| blue | 02/22/05 | 02/05 | (ECUA) Escambia County Ut K-1470 | 211376 | 48.54 | 198.33 | Acct. #202745-108688 |
| blue | 03/28/05 | 03/05 | (ECUA) Escambia County Ut K-1494 | 211399 | 73.17 | 271.50 | Acct. #202745-108688 |
| blue | 04/26/05 | 04/05 | (ECUA) Escambia County Ut K-1518 | 211415 | 64.85 | 336.35 | Acct. #202745-108688 |
| blue | 05/24/05 | 05/05 | (ECUA) Escambia County Ut K-1529 | 211425 | 115.83 | 452.18 | Acct. #202745-108688 |
| blue | 06/22/05 | 06/05 | (ECUA) Escambia County Ut K-1549 | 211439 | 125.12 | 577.30 | aCCT. #202745-108688 |
| blue | 08/01/05 | 08/05 | (ECUA) Escambia County Ut K-1571 | 211458 | 91.53 | 668.83 | Acct. #202745-108688 |
| blue | 08/23/05 | 08/05 | (ECUA) Escambia County Ut K-1580 | 211466 | 65.39 | 734.22 | Acct. #202745-108688 |
| blue | 09/27/05 | 09/05 | (ECUA) Escambia County Ut K-1599 | 211482 | 152.47 | 886.69 | Acct. #202745-108688 |
| blue | 11/01/05 | 11/05 | (ECUA) Escambia County Ut K-1622 | 211500 | 170.82 | 1,057.51 | Acct. #202745-108688 |
| blue | 11/29/05 | 11/05 | (ECUA) Escambia County Ut K-1644 | 211517 | 59.22 | 1,116.73 | Acct. #202745-108688 |
| blue | 12/22/05 | 12/05 | (ECUA) Escambia County Ut K-1669 | 211534 | 160.25 | 1,276.98 | Acct. #202745-108688 |
| | | | NetChange= 1,276.98 | | | 1,276.98 | = Ending Balance = |

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | Case No. 05-03817-3F1 |
| Debtors. ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing MOBLEY FAMILY PARTNERSHIP, LP AND REDD FAMILY II, LP d/b/a BLUE ANGEL CROSSING'S (STORE 535) AMENDMENT TO PROOF OF CLAIM No. 10129 by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

D. J. Baker, Esq,                          also via e-mail
Skadden, Arps, Slate, Meagher & Flom, LLC  djbaker@skadden.com
Four Times Square
New York, New York 10036

James H. Post, Esq.                        also via e-mail
Smith Hulsey & Busey                       jpost@smithhulsey.com
Suite 1800
225 Water Street
Jacksonville, Florida 32202

This 28th day of July, 2006.

/s/Annette Kerlin McBrayer
Annette Kerlin McBrayer

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA  30326
(404) 923-9000

AT:456687v1

2

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | Case No. 05-03817-3F1 |
| Debtors. ) | Jointly Administered |
| _____) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing MOBLEY FAMILY PARTNERSHIP, LP AND REDD FAMILY II, LP d/b/a BLUE ANGEL CROSSING'S (STORE 535) RESPONSE TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS AND (B) NO LIABILITY MISCLASSIFIED CLAIMS FOR by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

D. J. Baker, Esq.                              also via e-mail
Skadden, Arps, Slate, Meagher & Flom, LLC      djbaker@skadden.com
Four Times Square
New York, New York 10036

James H. Post, Esq.                            also via e-mail
Smith Hulsey & Busey                           jpost@smithhulsey.com
Suite 1800
225 Water Street
Jacksonville, Florida 32202

This 28th day of July, 2006.

/s/Annette Kerlin McBrayer
Annette Kerlin McBrayer

Epstein Becker & Green, P.C.
Suite 2700
945 East Paces Ferry Road
Atlanta, GA  30326
(404) 923-9000

AT:457124v1

3