**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: TBD |
| | ) | Objection Deadline: July 30, 2006 |

**LIMITED OBJECTION OF HERITAGE SPE, LLC TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

Heritage SPE, LLC ("Heritage"), a lessor of nonresidential real property in the above-captioned bankruptcy, by its undersigned counsel, hereby objects (the "Limited Objection") to the Debtors' Second Omnibus Motion For Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Granting Related Relief (the "Motion"), and, in support thereof, respectfully states as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157, and venue is proper in this District pursuant to 28 U.S.C. § 1409(a).

2. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. Prior to the Petition Date, Heritage, as lessor, and the Debtors, as lessee, entered into a lease (the "Lease") of certain non-residential real property located in a

shopping center in Pompano Beach, Florida, which the Debtors have identified as Store No. 207.  A copy of the Lease will be made available upon request.

4. In the Motion, the Debtors seek, among other things, authority to assume the Lease as of the effective date of the Debtors' plan of reorganization, which was filed on June 29, 2006, and to fix the cure amount for the Lease.  The Debtors have asserted that the proposed cure amount for the Lease is $52,404.76 (the "Proposed Cure Amount").

5. Heritage objects to the Proposed Cure Amount and states that as of the date of the filing of this Limited Objection, the known cure costs are at least $167,693.78 plus attorneys' fees as required by the Lease and as an "actual pecuniary loss" resulting from the Debtors' defaults pursuant to section 365(b)(1) of the Bankruptcy Code.  Attached hereto as Exhibit A is a breakdown of all currently outstanding charges under the Lease.

6. In addition, Heritage is entitled to any amounts that may become due under the Lease if Debtors fail to timely perform all of their obligations under the Lease, as required by 11 U.S.C. § 365(d)(3), until the date the proposed assignment closes.  The accruing obligations may include, without limitation, tax obligations, common area maintenance ("CAM") expenses, percentage, periodic and minimum rent obligations, special assessments, utilities, periodic repair costs and reserves, and other costs and attorney's fees.

7. Heritage is further entitled to recover for any unknown, contingent or potential obligations and/or liabilities that may occur or accrue prior to the closing date, including, but not limited to, accidents, personal injuries, property damage,

\\FIN\227701.1

environmental contamination, fire or vandalism, and Heritage expressly reserves the right to collect all amounts otherwise due under the Lease for such obligations or liabilities.

8. Finally, Heritage objects to the Motion on the ground that it does not afford adequate assurances of future performance in the context of the shopping center lease here in issue as required by 11 U.S.C. § 365(b)(3).[1]

9. Heritage reserves the right to amend or supplement this Limited Objection, including the cure amount.

(Remainder of page intentionally left blank.)

---

[1] Heritage acknowledges that its counsel has been in contact with Debtors' counsel in an effort to provide Heritage with all requisite assurances. However, these discussions are ongoing and no resolution has been reached as of the filing of this Limited Objection.

\\FIN\227701.1

WHEREFORE, Heritage respectfully requests that this Court enter an order:

A. preserving Heritage's rights to receive payment in full of all amounts under the Lease, including any attorneys fees;

B. preserving Heritage's rights to receive payment of all obligations and amounts that may accrue under the Lease but which may not come due until after the date of this Limited Objection or the effective date of the assignment;

C. preserving Heritage's rights to recover for any unknown, contingent, or potential obligations and/or liabilities that may occur or accrue, in whole or in part, prior to the closing date of any assumption;

D. requiring the Debtors to provide all of the adequate assurances of future performance required for a lease of real property in a shopping center as set forth in 11 U.S.C. § 365(b)(3); and

E. granting such other and further relief as the Court determines is just or appropriate.

Dated: July 30, 2006                                       Respectfully submitted,

                                        By: /s/ Michael M. Schmahl
                                        Michael M. Schmahl (ARDC # 6275860)
                                        McGuireWoods LLP
                                        77 W. Wacker Drive
                                        Suite 4100
                                        Chicago, IL 60601
                                        (T) (312) 750-8881
                                        (F) (312) 920-6598

\\FIN\227701.1

## CERTIFICATE OF SERVICE

    I, Michael M. Schmahl, an attorney certify that I caused a true and correct copy LIMITED OBJECTION OF HERITAGE SPE, LLC TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF on the parties listed below by facsimile and electronic mail on this 30th day of July, 2006.

                                      /s/ Michael M. Schmahl

### Service List

| | |
|---|---|
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Skadden, Arps, Slate, Meagher & Flom LLP | Smith, Hulsey, & Busey |
| Four Times Square | 225 Water St., Suite 1800 |
| New York, NY 10036 | Jackson, FL 32202 |
| Facsimile: (212) 735-2000 | Facsimile: (904) 359-7708 |
| djbaker@skadden.com | cjackson@smithhulsey.com |

\\FIN\227701.1