037SHO-721781  **WINN DIXIE STORE**

| Date | Description | Amount |
|---|---|---|
| 3/8/2005 | RE Tax - Annual 1/1/04 - 12/31/04 | $ 64,390.36 |
| 3/11/2005 | CAM Reconciliation 10/1/03 - 9/30/04 | $ (942.87) |
| 5/10/2005 | CAM Reconciliation 10/1/03 - 9/30/04 | $ (56.25) |
| 7/29/2005 | Common Area Maintenance 10/1/04 - 7/31/05 | $ (3,913.87) |
| 2/28/2006 | CAM Reconciliation 2005 | $ (3,502.93) |
| 7/11/2006 | RE Tax - Annual 2005 occup % Adj | $ 64,824.91 |
| 7/24/2006 | Common Area Maintenance 1/1/06 - 7/31/06 * | $ 5,767.27 |
| 7/24/2006 | Real Estate Tax 1/1/06 - 7/31/06 * | $ 41,127.16 |
|  |  | **$ 167,693.78** |

\* = Estimate



EXHIBIT A