UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re: | In Proceedings For A Reorganization Under Chapter 11 |
|---|---|
| WINN DIXIE STORES INC. | Case No. 05-03817 |
| | Claim # Unknown |
| *Debtors* | |

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Mea After Hours Clinic
1515 Jefferson St
Lauren MS 39440

The transfer of your claim as shown above, in the amount of $ 150.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

--------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re.                                 )
                                       )   Case No. 05-03817
Winn Dixie Stores, Inc.                )   Jointly Administered
                                       )
                                       )   Chapter 11,
                                       )
                                       )   NOTICE OF TRANSFER OF CLAIM
         Debtors.                      )   OTHER THAN FOR SECURITY AND
                                       )   WAIVER OF NOTICE.
                                       )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of MEA AFTER HOURS CLINIC in the amount of $ 150.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of MEA AFTER HOURS CLINIC is not less than $ 150.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
MEA AFTER HOURS CLINIC
1515 JEFFERSON STREET LAUREL MS 39440
Please print your name Katie McDaniel  Signature /s/ Katie McDaniel
Title Clinic Administrator  Date 7-28-06
Address: 1515 Jefferson St Laurel MS 39440
(city, state, zip)
Telephone (601) 425-4893  Fax (601) 428-8633  Email laurelmea@meamedicalclinics.com
Federal Taxpayer ID / Social Security Number 640824796

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: /s/
Timothy McGuire

FAXED

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| In re:<br><br>WINN DIXIE STORES INC.<br><br><br><br>*Debtors* |
|---|

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-03817

Claim # Unknown

**NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)**

To transferor:  Connect-Tek Inc.
39-20 24th St
Long Island City, NY 11101

The transfer of your claim as shown above, in the amount of $ 233.00 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re.                        )
                              )   Case No. 05-03817
Winn Dixie Stores, Inc.       )   Jointly Administered
                              )
                              )   Chapter 11,
                              )
                              )   NOTICE OF TRANSFER OF CLAIM
         Debtors.             )   OTHER THAN FOR SECURITY AND
                              )   WAIVER OF NOTICE.
                              )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of CONNECT - TEK INC in the amount of $ 233.00 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of CONNECT - TEK INC is not less than $ 233.00 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
CONNECT - TEK INC
39-20 24TH ST LONG ISLAND CITY NY 11101
Please print your name Rick Scherer Signature [signed]
Title President                Date 7/22/06
Address: 39-20 24th Street   Long Island City NY 11101
(city,state,zip)
Telephone 718 7293700 Fax 718 729-3972 Email Sales@Connect-Tek.com
Federal Taxpayer ID / Social Security Number 13-3475324

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: [signed]
Timothy McGuire

wd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN DIXIE STORES INC.

*Debtors*

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-03817

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:      High Point Sprinkler Inc.
                    PO Box 2478
                    High Point, NC 27261-2478

The transfer of your claim as shown above, in the amount of $ 109.61 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent ____   Transferee ____   Debtor's Attorney ____

                                                                    _____
                                                                    Deputy Clerk

FAXED TO:   ATTN:   TIMOTHY MCGUIRE
631/884-0500

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

**FAXED**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.                                          )
                                                )   Case No. 05-03817
Winn Dixie Stores, Inc.                         )   Jointly Administered
                                                )
                                                )   Chapter 11.
                                                )
                                                )   NOTICE OF TRANSFER OF CLAIM
                       Debtors.                 )   OTHER THAN FOR SECURITY AND
                                                )   WAIVER OF NOTICE.
                                                )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of HIGH POINT SPRINKLER INC in the amount of $ 109.61 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of HIGH POINT SPRINKLER INC is not less than $ 109.61 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

**Transferor:**
HIGH POINT SPRINKLER INC
PO BOX 2478 HIGH POINT NC 27261-2478

Please print your name  Linda T. Rook   Signature: _Linda J Rook_

Title  Sec.-Treas.              Date  07/10/2006

Address:  2 Regency Industrial Blvd, Thomasville NC 27360
(city, state, zip)
Telephone  336/475-6181  Fax 336/475-4613  Email  lrook@highpointsprinkler.com

Federal Taxpayer ID / Social Security Number  56-1349852

**Transferee:**
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

wd