# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                          )   Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                )   *Chapter 11*

       Debtors.                              )   Jointly Administered

## NOTICE OF ADDITIONAL OMNIBUS HEARING DATE

TO PARTIES IN INTEREST:

      PLEASE TAKE NOTICE that the Court has set aside the following dates as additional omnibus hearing dates in these cases:

    Thursday, August 31, 2006 @ 1:30 p.m.;

    Thursday, September 14, 2006 @ 1:30 p.m.; and

    Thursday, October 12, 2006 @ 1:30 p.m.

Dated: July 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie Gray | By  *s/ Cynthia C. Jackson* <br>   Stephen D. Busey <br>   James H. Post <br>   Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br>New York, New York 10036 <br>(212) 735-3000 <br>(917) 777-2150 (facsimile) <br>djbaker@skadden.com | 225 Water Street, Suite 1800 <br>Jacksonville, Florida 32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>cjackson@smithhulsey.com |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

00539043