UNITED STATES BANKRUPTCY COURT
THE MIDDLE DISTRICT OF FLORIDA

IN RE:

WINN-DIXIE STORES, INC, etal                              CASE NUMBER: 05-03817-3F1
        Debtor

### **MOTION TO WITH DRAW OBJECTION TO DISCLOSURE STATEMENT**

        Comes now , the Movant, Weinacker's Shopping Center, LLC, by and through its attorney, Barry A Friedman and would request the Court to withdraw its Objection to the Disclosure Statement based on the following agreement with the Parties:

        Nothing will preclude Weinacker's from raising the same issues in an objection to confirmation of the Debtors' Plan and the Debtors hereby agree that they will not assert that this  withdrawal of Objection to the Disclosure Statement precludes Weinacker's from filing such further objections.

        WHEREFORE, MOVANT prays that the Court will withdraw its Objection to the Disclosure Statement and grant the relief they seek plus any other, further and different relief as is just in the premises.

                                        \S\ BARRY A FRIEDMAN
                                        BARRY A FRIEDMAN
                                        Attorney for MOVANT
                                        257 St Anthony Street
                                        Mobile, Alabama   36603
                                        Telephone: 251-439-7400


                                CERTIFICATE OF SERVICE

        I, the undersigned authority, hereby certify that I have on this 25th  day of July, 2006, served a copy of the foregoing on Rosalie Walker Gray and Adam S Raving , Skadden, Arps, Slate, Meagher & Flom, LLP Four Times Square, New York, New York, 10036, Fax: 917-777-3214, E-Mail: aravin@skadden.com; Cynthia C Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: 904/359-7708, E-Mail: cjackson@smithhulsey.com and Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: 212/822-5194, E-Mail: mbarr@milbank.com., by depositing same in the United States mail, properly addressed and postage prepaid, facsimile,  and/or electronically.


                                        \s\ BARRY A FRIEDMAN
                                        BARRY A FRIEDMAN