F I L E D
JACKSONVILLE, FLORIDA
JUL 28 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )   Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al,           )   Chapter 11
                                          )
                                          )   Jointly Administered
Debtors.                                  )

LANDLORD'S OBJECTION TO PROPOSED CURE
AMOUNT FOR STORE #456
(ALEXANDER CITY, AL)

Comes now the Landlord, Regency Commercial Associates, LLC, by Jeff Howell, its Vice-President of Property Management, and files its Objection to the proposed cure amount for Winn-Dixie store #456 located in Alexander City, Alabama. In support of its Objection, the Landlord, Regency Commercial Associates, Inc., respectfully represents as follows:

1. Regency Commercial Associates, Inc. ("Regency"), is the landlord for Winn-Dixie store #456 in Alexander City, Tallapoosa County, Alabama, located in the shopping center known as The Marketplace.

2. Regency and the Debtor entered into a non-residential real property lease dated February 11, 1994, subsequently amended (collectively "Lease"), whereby the Debtor, as tenant under the Lease, operated a grocery and pharmaceutical retail store under the Winn-Dixie name.

3. On February 21, 2005, the Debtor filed its voluntary petition for reorganization under chapter 11 of title 11 of the bankruptcy code.

4. On or about June 30, 2006, the Debtor filed its "Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief" ("Debtors' Motion") to assume some of the non-residential real property leases, including the Lease for store #456 located in Alexander City, Alabama.

This document is deemed filed on 7/28/06 @ 4:47 pm
pursuant to Administrative Order FLMB-2003-2
governing after-hours filing.

5. In accordance with the Debtor's Motion, a landlord must file an objection to the Proposed Cure Amounts set forth in that Motion on or before July 30, 2006.

6. In exhibit B attached to Debtor's Motion, the Debtor states that no amount is owed to cure a default under the Lease for store #456 located in Alexander City, AL.

7. The Landlord believes that as of July 28, 2006, the sum of $6,202.93 ("Cure Amount") is owed by the Debtor to cure the default. The Cure Amount represents the annual CAM and Real Estate adjustments charged to the Tenant pursuant to the Lease. Attached as Exhibit 1 is a copy of the Landlord's Aging Report.

8. By this Objection, the Landlord seeks a determination of the Cure Amount owed by the Debtor under the Lease.

Dated: 7-28-06

Regency Commercial Associates, LLP

By: *Jeff Howell* (signature)

Jeff Howell, Vice President of Property Management
330 Cross Pointe Boulevard
Evansville, Indiana  47715-4027
(812) 424-9200
(812) 424-9242 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of July, 2006, a true and correct copy of the foregoing was served personally or by first-class United States mail, postage prepaid, to the following:

| | |
|---|---|
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, New York   10036 | Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson, FBN 498882<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida   32202 |

_____
Jeff Howell, Vice President of Property Management

User: SHELAH   Regency Property Services L.L.C.   Page: 1

Print Date: 7/25/2006 10:18:48AM

# Aging Report (Detailed)
### PROPERTY : The Marketplace LLC
### ( 98) Alexander City AL 35010
### AS OF 07/25/2006

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1-30 DAYS | AGED 31-60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| CURR | WINN | Winn-Dixie #456 | 0.00 | 6,202.93 | | | | 6,202.93 |

| | CHARGE CODE | CHARGE DESCRIPTION | CHARGE DATE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | CAA | Annual CAM Adjustment-05 | 02/23/2006 | | | | | (3,309.07) |
| | RTA | Annual Real Estate Tax Adj-0 | 02/23/2006 | | | | | 9,512.00 |

User: SHELAH

Regency Property Services L.L.C.

Page: 2

Print Date: 7/25/2006  10:18:48AM

# Aging Report (Detailed)
PROPERTY : The Marketplace LLC
( 98) Alexander City AL 35010
AS OF 07/25/2006

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1-30 DAYS | AGED 31-60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| **PROPERTY TOTALS** | | | 0.00 | 6,202.93 | 0.00 | 0.00 | 0.00 | 6,202.93 |

| CHARGE CODE | CHARGE DESCRIPTION | CHARGE TOTAL | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CAA | Annual CAM Adjustment | (3,309.07) | | | | | | (3,309.07) |
| RTA | Annual Real Estate Tax Adjust. | 9,512.00 | | | | | | 9,512.00 |