UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    )           Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          )           *Chapter 11*

Debtors.                                                )           Jointly Administered

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, Creditor, Big Lots Stores, Inc., hereby appears in the above-captioned case through its counsel, Milam Howard Nicandri Dees & Gillam, P.A.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

Peter E. Nicandri, Esq.
Milam Howard Nicandri Dees & Gillam, P.A.
pnicandri@milamhoward.com
14 East Bay Street
Jacksonville, Florida 32202
Tel: (904) 357-3660
Fax: (904) 357-3661

Dated this 1st day of August, 2006.

> MILAM HOWARD NICANDRI
> DEES & GILLAM, P.A.
>
>
> By __/s/ Peter E. Nicandri__
>     Peter E. Nicandri
>     Florida Bar No. 823090
>     pnicandri@milamhoward.com
>     14 East Bay Street
>     Jacksonville, Florida 32202
>     Tel: (904) 357-3660
>     Fax: (904) 357-3661
>
> ATTORNEYS FOR
> BIG LOTS STORES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk of the U.S. Bankruptcy Court, Middle District of Florida, and a copy delivered by electronic mail to:

D.J. Baker, Esq.
djbaker@skadden.com
Skadden Arps Slate,
  Meagher & Flom, LLP
4 Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
cjackson@smithhulsey.com
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

and to all other persons entitled to receive electronic service in the above-styled matter on this 1ST day of August, 2006.

> By __/s/ Peter E. Nicandri__
>     Attorney