**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.   05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

Please take notice that the **Wilcox Law Firm** hereby appears in the above-captioned case as counsel to creditor and party-in-interest **BIG PINE SHOPPING CENTER, LLC**, party-in-interest and landlord of Winn-Dixie Store #358; such counsel hereby enters its appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Rules 2002, 30117 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone and facsimile numbers indicated:

Robert D. Wilcox, Esq.
Wilcox Law Firm
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or

- 2 -

conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

The Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoff, or recoupments to which the above-named entities is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoff, and recoupments are expressly reserved.

August 1, 2006                                       WILCOX LAW FIRM

 /s/ **Robert Wilcox**
Robert D. Wilcox, Esq.
Florida Bar No. 755168
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone:  (904) 281-0700
Fax:  (904) 513-9201
RWilcox@WilcoxLawFirm.com

*Attorneys for Big Pine Shopping Center, LLC*