# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re:                                                                                    CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC.,                                                 CHAPTER 11

        Debtor.
_____/

**BIG PINE SHOPPING CENTER, LLC's (STORE #358)
OBJECTION TO PROPOSED CURE AMOUNT IN DEBTOR'S SECOND OMNIBUS
MOTION TO ASSUME NON-RESIDENTIAL REAL ESTATE LEASES**
(Related Docket Item No. 8941)

COMES NOW Big Pine Shopping Center, LLC ("Lessor"), by and through its undersigned counsel, and files this Objection to the Proposed Cure Amount for Store #358 in Debtors' Second Omnibus Motion to Assume Non-Residential Real Estate Leases, and as grounds therefor states:

1. On June 30, 2006, the Debtor filed its Second Omnibus Motion to Assume Non-Residential Real Estate Leases (the "Motion")(CP#8941).

2. The Motion seeks authority to to assume the lease between the Debtor and the Lessor, as well as fix the cure amount for said assumption of the lease.

3. The Motion fixes the cure amount at $5,405.04.

4. Lessor objects to the cure amount because the amount of rent presently due the Lessor is $39,002.73. This rent amount comprise of amounts due and owing for the Debtor's pro rata share of sewer treatment plant charges for the years 2004 and 2005, as well as for real estate tax prorations due for the year 2005. Pursuant to the lease, these charges are deemed to be additional rent due and owing. Copies of the letters from the Lessor to the Debtor setting forth this debt and an itemization of the amounts due and owing are

attached hereto as Exhibits

5. The provisions of §365 of the Bankruptcy Code requires payment in full, or adequate assurance of timely payment, as a prerequisite to the assumption of this lease in default.

WHEREFORE, Big Pine Shopping Center, LLC requests the entry of an order of this court fixing the cure amount at $39,002.73 as a condition of the assumption of the lease.

WILCOX LAW FIRM

/s/ **Robert D. Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700
Facsimile: (904) 513-9201

And

REX E. RUSSO, ESQ.
Russo & Kavulich, P.L.
2655 LeJeune Road, PH 1-D
Coral Gables, FL 33134
Tel. (305) 442-7393
Fax (305) 445-4751
rexlawyer@prodigy.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006 I caused a copy of the foregoing **Limited Objection** to be served on the Debtor by James H. Post, Esq., Debtor's Counsel, John MacDonald, Esq., Counsel for the Official Committee of Unsecured Creditors, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all parties on the Rule 1007(d) Parties in Interest list, all served electronically, and by electronic mail to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

/s/ **Robert Wilcox**
Robert D. Wilcox

# EXHIBIT A

## ITEMIZATION OF RENT DUE AND OWING

| | | |
|---|---|---:|
| 2004 Sewer Treatment Charges | | $19,219.05 |
|     Legal interest on the above | (7% from 02/17/2005 to 12/31/2005) (i.e. $3.73/day times 322 days) | 1,201.06 |
|     Legal interest on the above | (9% from 01/01/2006 to 07/26/2006) (i.e. $4.80/day times 206 days) | 988.80 |
| 2005 Sewer Treatment Charges | | 11,497.22 |
|     Legal interest on the above | (9% from 02/23/2006 to 07/26/2006) (i.e.$2.87/day times 153 days) | 439.11 |
| 2005 property tax bill ($37, 939.19 less payment of $32,534.15) | | 5,405.04 |
|     Legal interest on the above | (9% from 01/19/2006 to 07/26/2006) (i.e. $1.35/day times 187 days) | <u>252.45</u> |
| **TOTAL DUE AND OWING** | | **$39,002.73** |

# EXHIBIT B



CURTIS SKOMP, CCIM
Broker / Associate
Certified Commercial Investment Member

**COLDWELL BANKER COMMERCIAL
SCHMITT REAL ESTATE, CO.**
3132 FLAGLER AVENUE
KEY WEST, FL 33040
WEBSITE www.keywestcommercial.com
BUS. (305) 292-7441
FAX: (305) 296-6770
TOLL FREE (800) 598-7727
MOBILE (305) 304-0084
EMAIL cskomp@aol.com

January 17, 2005

Winn-Dixie Stores, Inc.
Real Estate Department
P.O. Box 408300
Ft. Lauderdale, FL  33340-8300

RE:  Winn-Dixie Store No. 358
     Big Pine Shopping Center
     Big Pine Key, FL  33043

Gentlemen:

Please be advised that your annual pro rata share of sewer treatment plant charges for 2004 is now due and has been computed as follows:

| | |
|---|---|
| 2004 Sewer Treatment Charges | $40,207.22 |
| Winn Dixie Stores Pro Rata Share (47.8%) | $19,219.05 |

Kindly forward at your earliest convenience.

Sincerely,

Curtis Skomp, Property Manager
Coldwell Banker Schmitt Real Estate Co.
Big Pine Shopping Center, LLC

©2003 Coldwell Banker Corporation. Coldwell Banker® is a registered trademark of Coldwell Banker Corporation. An Equal Opportunity Company. Equal Housing Opportunity. Each Office Is Independently Owned And Operated.



CURTIS SKOMP, CCIM
Broker / Associate
Certified Commercial Investment Member

COLDWELL BANKER COMMERCIAL
SCHMITT REAL ESTATE, CO.
3132 FLAGLER AVENUE
KEY WEST, FL 33040
WEBSITE www.keywestcommercial.com
BUS. (305) 292-7441
FAX: (305) 296-6770
TOLL FREE (800) 598-7727
MOBILE (305) 304-0084
EMAIL cskomp@aol.com

December 19, 2005

Winn-Dixie Stores, Inc.
Real Estate Department
P.O. Box 408300
Ft. Lauderdale, FL   33340-8300

RE: Pro-Rata Share of 2005 Real Estate Taxes
    Winn-Dixie Store No. 358
    Big Pine Shopping Center
    Big Pine Key, FL   33043

Gentlemen:

Request is hereby made for your pro rata share of real estate taxes for 2005. They have been computed as follows:

| | |
|---|---|
| 2005 Taxes | $79,370.69 |
| Winn Dixie Stores Pro Rata Share (47.8%) | $37,939.19 |

Kindly forward at your earliest convenience and make check payable to Big Pine Shopping Center, LLC.

Sincerely,

Curtis Skomp, Property Manager
Coldwell Banker Schmitt Real Estate Co.
Big Pine Shopping Center, LLC

©2003 Coldwell Banker Corporation. Coldwell Banker® is a registered trademark of Coldwell Banker Corporation. An Equal Opportunity Company. Equal Housing Opportunity. Each Office Is Independently Owned And Operated.



CURTIS SKOMP, CCIM
Broker / Associate
Certified Commercial Investment Member

COLDWELL BANKER COMMERCIAL
SCHMITT REAL ESTATE, CO.
3132 FLAGLER AVENUE
KEY WEST, FL 33040
WEBSITE www.keywestcommercial.com
BUS. (305) 292-7441
FAX: (305) 296-6770
TOLL FREE (800) 598-7727
MOBILE (305) 304-0084
EMAIL Curtis@keywestcommercial.com

January 23, 2006

Winn Dixie Stores, Inc.
Real Estate Department
P.O. Box 408300
Ft. Lauderdale, FL 33340-8300

RE: Winn Dixie Store No. 358
Big Pine Shopping Center
Big Pine Key, FL 33043

Gentlemen:

Please be advised that your annual pro rata share of sewer treatment plant charges for 2005 is now due and has been computed as follows:

    2005 Sewer Treatment Charges    $24,052.77

    Winn Dixie Stores Pro Rata Share (47.8)    $11,497.22

Kindly forward at your earliest convenience.

Sincerely,

Curtis Skomp, Property Manager
Coldwell Banker Commercial
Big Pine Shopping Center, LLC

C/2003 Coldwell Banker Corporation. Coldwell Banker® is a registered trademark of Coldwell Banker Corporation.
An Equal Opportunity Company. Equal Housing Opportunity. Each Office Is Independently Owned And Operated.