UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------X
In re:                                                        |
                                                              | Chapter 11
WINN-DIXIE STORES INC.                                        |
                                                              | Case No. 05-03817
                                                              |
        Debtor.                                               | Jointly Administered
-----------------------------------------------------------------X **Claim No. 4850**

FILED
JACKSONVILLE, FLOR

JUL 31 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### WITHDRAWAL OF NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

Longacre Master Fund, Ltd. ("Longacre") hereby withdraws its Notice of Transfer of Claim filed on July 21, 2006 pursuant to FRBP 3001(e)(2).

Longacre further stipulates and requests that all distributions or notices in respect of Claim 4850 be sent to the Transferor at the following address:

> Georgia Pacific Corporation
> 133 Peachtree St, NE
> Atlanta, GA 30303
> Attn: Chris Gilmartin

This the 27th day of July 2006.

_____
Emily Cheung
Longacre Master Fund, Ltd.
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Tel:   212-259-4312
Fax:   212-259-4343

# **LONGACRE**

LONGACRE MANAGEMENT, LLC

810 Seventh Avenue, 22nd Floor
New York, New York, 10019
Tel: 212-259-4300
Fax: 212-259-4345

F I L E D
JACKSON
JUL 3 1 2006
CLERK, U. S. BANKRUPT...
MIDDLE DISTRICT OF FLORIDA

July 27, 2006

**By FedEx**
United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street
Jacksonville, FL 32202
Attn: Clerk

Re:   **Winn-Dixie Stores, Inc. ("Debtor")**
       Case No. 05-03817

Dear Clerk:

I am hereby filing a Notice of Withdrawal of Transfer of Claim with respect to the following Transferor(s):

| Transferor | Amount | Proof of Claim Number |
|---|---|---|
| 1. Georgia Pacific Corporation | $572,425.80 | 4850 |
| 2. Georgia Pacific Corporation | $1,424,965.29 | 4850 |

I have enclosed the following: (a) one original of each Notice of Withdrawal of Transfer of Claim; (b) one unbound copy of each Notice of Withdrawal of Transfer of Claim for the court; (c) one bound copy of the Notice of Withdrawal of Transfer of Claim for each transferor; (d) one bound copy of the Notice of Withdrawal of Transfer of Claim for the transferee; and (e) one bound copy of each Notice of Withdrawal of Transfer of Claim for the debtor's counsel.

Kindly indicate receipt and filing of the enclosed documents by time-stamping the enclosed copy of this letter and return the same to my attention in the self-addressed stamped envelope provided for your convenience. Should you have any questions or require additional information, do not hesitate to contact me at (212) 259-4300. Thank you for your attention to this matter.

Very truly yours,

Emily Cheung

cc:   Cynthia C. Jackson, Smith Hulsey & Busey
       Winn-Dixie Stores Claims Agent, Logan & Company, Inc.