F I L E D
JACKSONVILLE, FLORIDA

JUL 3 1 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                               Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                     *Chapter 11*

Debtors.                                             Jointly Administered

---

## OBJECTION OF O'BRIEN KIERNAN-GRAMERCY, LLC TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF

O'Brien Kiernan-Gramercy, LLC, successor in interest by assignment from T-B Partnership ("OBK"), by and through its undersigned counsel, hereby objects to the proposed cure amount listed in Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Motion"). In support of this objection, OBK states as follows:

I.      **Background**

1.      On February 21, 2005 ("Petition Date"), Winn-Dixie Stores, Inc. and twenty-three (23) of its subsidiaries and affiliates (collectively referred to as the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.      OBK leases Store 1463 located at 1803 LA HWY 3125, Gramercy, Louisiana to Debtors ("OBK Lease").

3.      On or about June 30, 2006, the Debtors filed the Motion seeking, among other relief, an order allowing Debtors to assume the OBK Lease.

4.      In the Motion, Debtors allege that the cure amount for the OBK Lease is $6,334.28.

## II.    Objection to Debtors' Motion

5.    OBK Objects to the Debtors' alleged cure amount.

6.    The actual cure amount of rent for the OBK Lease is $6,722.18.

7.    OBK further objects to the language contained in paragraph 7 of the Motion.

8.    Paragraph 7 states, in relevant part, that Landlords will be "deemed to have waived all claims under their respective Core Lease other than the Proposed Cure Amount" if they do not file a timely objection to the Motion.  OBK affirmatively states that it does not waive claims for amounts or obligations other than the monetary.

WHEREFORE, OBK respectfully requests that the Court sustain the objections raised herein, establish the amounts of the cure claim at $6,722.18, maintain all other obligations of the assumed lease and such other relief as is just and proper under the circumstances.

Dated this 30th day of July, 2006.

Respectfully submitted,

By: _____
Steven T. Waterman (4164)
RAY QUINNEY & NEBEKER
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Fax: (801) 532-7543
Counsel for O'Brien Kiernan-Gramercy LLC

2

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a true and correct copy of the within and foregoing Objection of O'Brien Kiernan-Gramercy, LLC to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief on the following parties, by either electronic transmission and/or U.S. First Class mail, in a properly addressed envelope, with adequate postage affixed thereof, as necessary:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Dated this 28th day of July, 2006.

By: _____