IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

JUL 3 1 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:   WINN-DIXIE STORES, INC.

CASE NO. 05-030817-3F1

DEBTORS

---

### RESPONSE OF FORREST COUNTY, MISSISSIPPI, TAX COLLECTOR TO DEBTORS' FOURTH OMNIBUS OBJECTION TO TAX CLAIMS

**COMES NOW**, Delbert Dearman, Forrest County, Mississippi, Tax Collector, and files this, his response to the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liability, and in support hereof shows as follows:

1. The Forrest County, Mississippi, Tax Collector, denies that the Debtors are entitled to the relief requested by their Motion.

2. The Forrest County, Mississippi, Tax Collector, shows that the revised assessed value as asserted by the Debtor on page 32 of 69 attached as Exhibit "B" to its Motion dated July 11, 2006, are erroneous and shows that the assessed value as asserted by Forrest County, Mississippi, for the years 2004 and 2005 are true and correct values and that the revised assessed value as set forth by the Debtors are arbitrary and are not the true assessed value of the property.

3. The times for objection to values by taxpayers as provided by the laws of the State of Mississippi have passed for 2004 and 2005. Taxes for 2004 have been paid, but 2005 remains delinquent. Claims for 2005 have been filed.

4. The true value of $330,950.00 shown on page 2 of 4 of Exhibit "C" identified as Parcel 215-0000-018-021.00 as asserted by the Debtor as erroneous and the correct true value for Debtors' property in Forrest County for 2006 tax year is $682,537.00 with an assessed value of $102,381.00.

**WHEREFORE**, the Forrest County, Mississippi, Tax Collector, requests that the Court deny the Debtors' Motion as it pertains to Forrest County, Mississippi.

Respectfully submitted,

FORREST COUNTY TAX COLLECTOR,
DELBERT DEARMAN

By: /s/ Delbert Dearman

Delbert Dearman
Post Office Box 1689
Hattiesburg, MS   39403-1689
Telephone: (601) 582-8228

## CERTIFICATE OF SERVICE

I, DELBERT DEARMAN, Forrest County, Mississippi, Tax Collector, do hereby certify that I have this day served a true and correct copy of the above and foregoing **RESPONSE OF FORREST COUNTY, MISSISSIPPI, TAX COLLECTOR TO DEBTORS' FOURTH OMNIBUS OBJECTION TO TAX CLAIMS** on Cynthia C. Jackson, Smith, Shulsey & Busey, Co-Counsel for Debtors, at 225 Water Street, Suite 1800, Jacksonville, Florida 32202, by mailing same postage prepaid by U.S. Mail and by facsimile to 904-359-7708, on this the 27th day of July, 2006.

/s/ Delbert Dearman
DELBERT DEARMAN, FORREST COUNTY,
MISSISSIPPI, TAX COLLECTOR