Jill Wilson
44 Sommerset Drive
Phenix City, Alabama 36869
Phone: (334) 297-5934
Work: (706) 649-7247
Cell: (706) 325-8805

July 28, 2006

FILED
JACKSONVILLE, FLORIDA
JUL 31 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Honorable Judge Jerry Funk
United States Courthouse
Jacksonville Division
300 North Hogan Street
Suite 9-150
Jacksonville, Florida 32202

RE: Case # 3-05-BK-3817

Dear Honorable Judge Funk:

This letter is in reference to Winn-Dixie bankruptcy case # 3-05-BK-3817. The Winn-Dixie website indicates that the company's proposed plan for emergence from bankruptcy states that the company does not intend to provide any compensation to shareholders for Winn-Dixie stock currently owned.

Please consider my earnest plea that you reject Winn-Dixie's proposed plan. My husband Ronnie and I own nearly 18,000 shares of Winn-Dixie stock, which we purchased over a period of about 20 years for over $100,000. Winn-Dixie executives knew ahead of time that the company was in financial trouble, but they kept it quiet for years for fear that the shareholders would sell their stock shares. These executives are of the same caliber as Enron executives, Kenneth Lay and Jeffrey Skilling, and should be punished accordingly. They are liars and thieves who deceived and robbed shareholders. The fact that the company has publicly stated their intent to cancel existing stock owned by shareholders proves they feel no remorse and possess no sense of decency.

My husband has worked for Winn-Dixie since he was 16 years old, working as a store manager for 19 years, until he was diagnosed with Multiple Sclerosis (MS) in 1999. When Winn-Dixie learned of his illness, the company tried to terminate him because they did not want to deal with the problems associated with his illness. When my husband contacted the ADA about this, Winn-Dixie got scared and agreed to find a suitable position for him within the company. Winn-Dixie's callous treatment of my husband following his MS diagnosis further illustrates the company's lack of decency and integrity.

It is public knowledge that Winn-Dixie, under the leadership of Peter Lynch, has acquired the financial backing necessary to reimburse its shareholders, and yet the company has chosen not to do so because they simply do not care about the

shareholders and have no desire to "do the right thing". I ask you, Your Honor, to make a public example of these liars and thieves by requiring them to pay back the money that they rightly owe to the shareholders.

Thank you for your time and consideration.

Yours truly,

*Jill C. Wilson*

Jill C. Wilson
Winn-Dixie Shareholder

JCW/jcw