United States Bankruptcy Court
For the Middle District Of Florida

| WINN-DIXIE PROCUREMENT INC | } Chapter 11 |
| | } |
| | } Claim No. 9427 |
| | } |
| | } Case No. 05-11082 |
| | } |
| | } |
| Debtor | } Amount $128,353.24 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

**CASCADES TISSUE GROUP**
**DEPT # 234801**
**PO BOX 67000**
**DETROIT, MI 48267**

The transfer of your claim as shown above in the amount of $128,353.24 has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Robert Minkoff
    Revenue Management
    (201) 968-0001

783113

CASCADES TISSUE GROUP ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM Re: Winn-Dixie Procurement Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the CASCADES TISSUE GROUP claim(s) of Assignor in the aggregate amount of $128,353.24 representing all claims against Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-11082, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the __17__ day of __July__, 2006.

CASCADES TISSUE GROUP

WITNESS:

_____  By: _____
(Signature)                     (Signature)

Robert Minkoff              GARY A. HAYDEN
(Print Name of Witness)     (Print Name and Title)
                            V.P. AND GENERAL MGR.