**United States Bankruptcy Court**
Middle District of Florida, Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32201
(904) 301-6490

August 2, 2006

Mr. Delbert Dearman
Forest County Mississippi Tax Collector
P.O. Box 1689
Hattiesburg, MS 39403-1689

Re: Winn-Dixie Stores, Inc.
Case No.: 05-3817-3F1

Dear Mr. Dearman:

The Court is in receipt of your Response to the Debtors' Fourth Omnibus Objection to Tax Claims that you filed on July 31, 2006. A hearing on that Notice has been set for August 10, 2006 at 1:00 p.m. in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

This is to advise you that pursuant to Local Rule 1074-1, "Corporations, partnerships, trusts and other non-individual parties may appear and be heard only through counsel permitted to practice in the Court pursuant to Local Rule 2090-1".

Sincerely,

Susan Baldwin
Susan Baldwin
Case Manager
(904) 301-6531