IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC.,                         CASE NO. 3:05-bk-03817-JAF
                                                 CHAPTER 11
        Debtor.                                  **Jointly Administered**

_____/

## RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS AS TO JANICE SWAIN

        The Claimant, Janice Swain ("SWAIN"), by and through her attorney hereby files her

Response to Debtors' Omnibus Objection to Unresolved Litigation Claims and states in support

the following:

        1.      **SWAIN opposes the disallowance of her claim.**

        2.      On December 19, 2005, SWAIN filed her Verified Motion for Enlargement of

Time to File Proof of Claim ("Verified Motion").  *See Docket No. 4676.*  The Verified Motion

set forth SWAIN's argument for acceptance of her late filed claim; namely the death of her

former attorney, James Richard Hooper.

        3.      SWAIN has been engaged in good faith negotiations with the Debtors since the

filing of her Verified Motion.

        4.      The good faith negotiations have been ongoing and include the March 27, 2006,

submission of  voluminous documentary evidence of SWAIN's damages claim against the

Debtors.  This submission was sent at the request of the Debtors' agents.

5.    SWAIN and the Debtors' agent, Sedgwick Claims Management Services, Inc.

have exchanged several offers of settlement and have come to terms in respect to SWAIN's

claims.

6.    Prior to receipt of the Notice of Hearing on Debtors' Omnibus Objection to

Unresolved Litigation Claims, SWAIN noticed her Verified Motion for hearing on August 24,

2006, at 1:00 p.m.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing has been furnished electronically or by U. S. Mail to **Winn-Dixie Stores, Inc., Debtor**, 5050 Edgewood Court, Jacksonville, FL 32254-3699; **Adam Ravin, Esquire**, Skadden Arps et al., Attorneys for Debtor, Four Times Square, New York, NY 10036; **Tana Copeland, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202; **United States Trustee - JAX**, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Elena L. Escamilla, Esquire**, Attorney for United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Dennis F. Dunne, Esquire**, Milbank, Tweed et al., 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; and **Patrick P. Patangan, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 this 2nd day of August, 2006.

/s/J. Richard Young
JOHN R. STUMP
Florida Bar No.: 377449
J. RICHARD YOUNG III
Florida Bar No.: 0563250
STUMP, CALLAHAN, DIETRICH
    & SPEARS, P.A.
Post Office Box 3388
Orlando, FL  32802-3388
Telephone:    (407) 425-2571
Facsimile:    (407) 425-0827