UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING OPPOSITION TO FOURTEENTH OBJECTION TO (A) NO LIABILITY CLAIMS AND (B) NO LIABILITY MISCLASSIFIED CLAIMS

The Court finds that the Opposition to Fourteenth Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims filed by Robert Nersesian, on behalf of Pay Centers, LLC, on August 1, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Opposition to Fourteenth Objection to (A) No Liability Claims and (B) No Liability Misclassified Claims filed by Robert Nersesian on behalf of Pay Centers LLC, on August 1, 2006 is stricken from the record.

**DATED August 1, 2006**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Robert A. Nersesian, 528 South Eight Street, Las Vegas, NV 89101