UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING OBJECTION TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS AND (III) GRANT RELATED RELIEF

The Court finds that the Objections to Debtors' Second Omnibus Motion for Authority to Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Steven T. Waterman on behalf of O'Brien Kiernan Investments Co., et al and O'Brien Kiernan-Gramercy, LLC, on July 31, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Objections to Debtors' Second Omnibus Motion for Authority to Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Steven T. Waterman on behalf of O'Brien Kiernan Investments Co., et al and O'Brien Kiernan-Gramercy, LLC, on July 31, 2006 are stricken from the record.

**DATED August 1, 2006,** at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Steven T. Waterman, P.O. Box 45385, Salt Lake City, UT 84145-0385