IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC.,                    CASE NO. 3:05-bk-03817-JAF
                                            CHAPTER 11
        Debtor.                             **Jointly Administered**

_____/

## AMENDED* RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS AS TO JENNIFER POWERS

        The Claimant, Jennifer Powers ("POWERS"), by and through her attorney hereby files her Response to Debtors' Omnibus Objection to Unresolved Litigation Claims and states in support the following:

        1.      **POWERS opposes the disallowance of her claim.**

        2.      On December 19, 2005, POWERS filed her Verified Motion for Enlargement of Time to File Proof of Claim ("Verified Motion").  *See Docket No. 4678.*  The Verified Motion set forth POWERS' argument for acceptance of her late filed claim; namely the death of her former attorney, James Richard Hooper.

        3.      POWERS has been engaged in good faith negotiations with the Debtor since the filing of her Verified Motion.

        4.      The good faith negotiations have been ongoing and include the March 23, 2006, submission of  voluminous documentary evidence of POWERS' damages claim against the

Debtors.  This submission was sent at the request of the Debtors' agents.

5.    Prior to receipt of the Notice of Hearing on Debtors' Omnibus Objection to

Unresolved Litigation Claims POWERS noticed her Verified Motion for hearing on August 24,

2006, at 1:00 p.m.

*Certificate of Service date is corrected in this Amended Response

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing has been furnished electronically or by U. S. Mail to **Winn-Dixie Stores, Inc., Debtor**, 5050 Edgewood Court, Jacksonville, FL 32254-3699; **Adam Ravin, Esquire**, Skadden Arps et al., Attorneys for Debtor, Four Times Square, New York, NY 10036; **Tana Copeland, Esquire**, Smith Hulsey & Busey, Attorneys for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202 **United States Trustee - JAX**, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Elena L. Escamilla, Esquire**, Attorney for United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; **Dennis F. Dunne, Esquire**, Milbank, Tweed et al., 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; and **Patrick P. Patangan, Esquire**, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202 this 2nd day of August, 2006.

/s/J. Richard Young
JOHN R. STUMP
Florida Bar No.: 377449
J. RICHARD YOUNG III
Florida Bar No.: 0563250
STUMP, CALLAHAN, DIETRICH
    & SPEARS, P.A.
Post Office Box 3388
Orlando, FL  32802-3388
Telephone:    (407) 425-2571
Facsimile:    (407) 425-0827