United States Bankruptcy Court
For the Middle District Of Florida

| WINN-DIXIE PROCUREMENT INC | } Chapter 11 |
| | } |
| | } Claim No. 2580 |
| | } |
| | } Case No. 05-03817 |
| | } |
| | } |
| Debtor | } Amount $18,559.47 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
To: Transferor:

BWI COMPANIES INC
PO BOX 990
NASH, TX 75569

The transfer of your claim as shown above in the amount of $18,559.47 has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Robert Minkoff
    Revenue Management
    (201) 968-0001

782842

BWI COMPANIES INC. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM Re: Winn-Dixie Stores, Inc. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the BWI COMPANIES INC. Claims of Assignor in the aggregate amount of $18,559.47 representing all claims against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-03817, subject to the terms of the Assignment of Claim agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 11th day of July, 2006

BWI COMPANIES INC.

_____
(Signature)

Art Phelps    Corporate Credit Mgr
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

Robert Minkoff
(Print Name of Witness)

782842