**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing (Final) on Motion for Relief from Stay filed by Thrivent Financial for Lutherans is rescheduled to November 13, 2006 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated August 2, 2006 .

                             Lee Ann Bennett, Clerk of Court
                             300 North Hogan Street Suite 3−350
                             Jacksonville, FL 32202

Copies furnished to:
Debtors
Attorneys for Debtor
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors
Thomas Lallier, Attorney for Movant
Jeffrey D. DeCarlo, Attorney for Movant