UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              CASE NO.: 3:05-bk-03817-3F1

WINN-DIXIE STORES, INC., et al,                     CHAPTER 11

    Debtors.                                        JOINTLY ADMINISTERED
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for:

Teresita Blanco – Proof of Claim No. 9537

Creditor in the above referenced matter. In accordance with Bankruptcy Rule 2002 we respectfully request that one copy of all orders, notices, pleadings, and other papers served and filed herein be served upon the undersigned.

## Certificate of Service

**I HEREBY CERTIFY** that I am a member in good standing of the Middle District of Florida and that a true and correct copy of the forgoing was furnished by electronic filing this 2nd day of August, 2006 to counsel for debtors: D. J. Baker, Four Times Square, New York, NY 10036I, djbaker@skadden.com, and Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, FL 32202, cjackson@smithhulsey.com.

                                              DAVID W. LANGLEY, P.A.
                                              8181 W. Broward Boulevard
                                              Suite 204
                                              Plantation, FL 33324-2049
                                              Telephone: (954) 356-0450
                                              Facsimile:  (954) 356-0451
                                              dave@flalawyer.com
                                                     /s/
                           By:    David W. Langley, Esq.    FBN 348279