UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                CASE NO.: 3:05-bk-03817-3F1

WINN-DIXIE STORES, INC., et al,                    CHAPTER 11

    Debtors.                                                      JOINTLY ADMINISTERED
_____/

**OFELIA CALLE'S RESPONSE TO DEBTOR'S OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

Unsecured Creditor Ofelia Calle responds to Debtor's Omnibus Objection to Unresolved Litigation Claims filed June 22, 2006, as follows:

1. Ofelia Calle timely filed Proof of Claim No. 9450 with Logan and Company on July 27, 2005. A copy of the file stamped Proof of Claim is attached as Exhibit A.

2. Calle also completed and filed a Questionnaire for Litigation Claimants and produced substantial documentation of her claim and injuries to Sedgwick Claims Management Services, Inc., the Debtor's claims agent.

3. Calle is willing to provide any additional documentation in her possession requested by the Debtor and requests her claim be allowed in an amount to be determined through mediation or, in unsuccessful, through trial on her claim.

WHEREFORE, Creditor Ofelia Calle, respectfully requests the Court overrule Debtor's Omnibus Objections to Unresolved Litigation Claims filed June 22, 2006 as to this claimant and allow her Claim to proceed through mediation and trial, and grant such other relief as is just and proper.

## Certificate of Service

**I HEREBY CERTIFY** that I am a member in good standing of the Middle District of Florida and that a true and correct copy of the forgoing was furnished by electronic filing this 2nd day of August, 2006 to counsel for debtors: D. J. Baker, Four Times Square, New York, NY 10036I, djbaker@skadden.com, Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, FL 32202, cjackson@smithhulsey.com and by email to Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, FL 32202, tcopeland@smithhulsey.com.

                                              DAVID W. LANGLEY, P.A.
                                              8181 W. Broward Boulevard
                                              Suite 204
                                              Plantation, FL 33324-2049
                                              Telephone: (954) 356-0450
                                              Facsimile: (954) 356-0451
                                              dave@flalawyer.com

                                                  /s/
                    By:    David W. Langley, Esq.
                           FBN 348279