UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | CASE NO.: 3:05-bk-03817-3F1 |
| WINN-DIXIE STORES, INC., et al, | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for:

Brenda Nelson - Proof of Claim No. 9541

Creditor in the above referenced matter. In accordance with Bankruptcy Rule 2002 we respectfully request that one copy of all orders, notices, pleadings, and other papers served and filed herein be served upon the undersigned.

**Certificate of Service**

**I HEREBY CERTIFY** that I am a member in good standing of the Middle District of Florida and that a true and correct copy of the forgoing was furnished by electronic filing this 2nd day of August, 2006 to counsel for debtors: D. J. Baker, Four Times Square, New York, NY 10036I, djbaker@skadden.com, and Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, FL 32202, cjackson@smithhulsey.com.

DAVID W. LANGLEY, P.A.
8181 W. Broward Boulevard
Suite 204
Plantation, FL 33324-2049
Telephone: (954) 356-0450
Facsimile: (954) 356-0451
dave@flalawyer.com
    /s/
By:    David W. Langley, Esq.    FBN 348279