**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**NOTICE OF DEBTORS' PROPOSED SOLICITATION LETTER**
**WITH RESPECT TO JOINT PLAN OF REORGANIZATION**

   Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates submit the attached proposed solicitation letter as referred to in paragraph 12 of the Motion of Debtors for Order (i) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (ii) Establishing Vote Tabulation Procedures, (iii) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (iv) Waiving Local Rules dated July 14, 2006 (Docket No. 9228), to be heard on August 4, 2006.

Dated: August 3, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   */s/ D. J. Baker*  <br>  D. J. Baker <br>  Sally McDonald Henry <br>  Rosalie Walker Gray <br>  Adam S. Ravin | By   */s/ Cynthia C. Jackson*  <br>  Stephen D. Busey <br>  James H. Post <br>  Cynthia C. Jackson, <br>  Florida Bar Number 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com <br> Co-Counsel for Debtors | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com <br> Co-Counsel for Debtors |

**DEBTORS' PROPOSED SOLICITATION LETTER**

[WINN-DIXIE LETTERHEAD]

August __, 2006

To our Creditors:

On behalf of Winn-Dixie's board of directors and management team, I am pleased to forward our Disclosure Statement and Plan of Reorganization. Since Winn-Dixie's chapter 11 filing 18 months ago, thousands of employees have worked diligently to strengthen our business, particularly by focusing on improving our product offerings, customer service and shopping experience. Our new management team has implemented an across-the-board program to get the company back on track. We are very excited about the progress that has been made and are very appreciative of the tremendous support we have received – not only from our Associates, but from our customers, vendor partners, landlords, and the communities we serve.

The documents that are enclosed represent the culmination of a concerted effort by a large number of people to get Winn-Dixie out of chapter 11 and maximize its value to creditors. The Official Creditors Committee in particular has provided invaluable assistance in brokering the compromise of the "substantive consolidation" dispute that is included in the Plan, which also has the support of the Ad Hoc Trade Committee and Ad Hoc Retirees Committee. Without the compromise, our chapter 11 case could be mired in expensive litigation for many years. We are gratified to have had the support of the Official Creditors Committee throughout the case, and to now have the Official Creditors Committee lend its support to our emergence from chapter 11 by recommending to creditors a vote in favor of the Plan.

The Disclosure Statement and Plan are complicated legal documents – we wish they were shorter and simpler, but the rules of the chapter 11 process make it important to give creditors as much information about the company and its business as we can, and we have tried to do that. Those of you who are entitled to vote on the Plan will receive a ballot, which will let you vote to accept the Plan or not. Everyone at Winn-Dixie strongly encourages you to mark your ballot to "ACCEPT" the Plan and return it before the voting deadline of _____, 2006, at 4:00 p.m. If we don't get creditor support, then we will not be able to emerge from chapter 11, which would be a result that would hurt everyone, but particularly our creditors.

If creditors vote to accept our Plan and the Court agrees, then we expect to emerge from chapter 11 as soon as late October 2006. When that occurs, with the exception of our CEO Peter Lynch, the current board of directors will resign, and a new board will take over the supervision of the reorganized Winn-Dixie. All of the current board members will do everything within their power to accomplish a smooth transition to the new board, to insure every possible success for Winn-Dixie.

**DEBTORS' PROPOSED SOLICITATION LETTER**

  Chapter 11 is a difficult process. Our board and management have witnessed the hardship caused to creditors, shareholders, and employees by this process. We believe, however, that the Plan offers the best possible opportunity for our creditors to recover as much as possible. I encourage you to mark the ballot to "ACCEPT" the Plan and to return your ballot before the deadline.

  With best regards,

                Yours very truly

                H. Jay Skelton
                Chairman
                Board of Directors