UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

| | | |
|---|---|---|
| WINN-DIXIE STORES, INC., et al, | ) | Chapter 11 |
| | ) | Case No.: 05-03817-3F1 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND**
<u>**DEMAND FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that MICHAEL A. PAASCH of the firm of Mateer & Harbert, P.A., 225 East Robinson Street, Suite 600, Landmark Center II, Orlando, Florida 32801, files this Notice of Appearance as co-counsel of record in this proceeding on behalf of **ROD NORTHCUTT, C.F.C., C.P.M., BREVARD COUNTY TAX COLLECTOR**.

Pursuant to Rules 2002 (a), (b), (c), and (i) and 3017 (a) of the Bankruptcy Rules, the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices or other communications filed in or pertaining to this proceeding, to the undersigned, whether such motion, application, order, pleading, notice, plan, disclosure statement, notice or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 3rd day of August, 2006 by Notice of Electronic Filing to Skadden, Arps, Slate, Meagher & Flom, LLP, Attn:  Rosalie Walker Gray, Attorneys for Debtors; Smith Hulsey & Busey, Attn:  Cynthia C. Jackson; Attorneys for Debtors; Milbank, Tweed Hadley & McCloy, LLP. Attn:  Matthew Barr, Attorneys for Unsecured Creditors Committee; Unites States Trustee Attn: Elena L. Escamilla and to all parties receiving electronic notice.

/s/ Michael A. Paasch
MICHAEL A. PAASCH
Florida Bar Number 852805
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida  32802-2854
Telephone:  (407) 425-9044
Facsimile:  (407) 423-2016

Attorneys for Rod Northcutt, C.F.C., C.P.M., Brevard County Tax Collector