UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## AGENDA FOR HEARING TO BE HELD ON AUGUST 4, 2006

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on August 4, 2006 at 9:30 a.m.:

1. *Proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No. 8854)*

   Objection Deadline: Expired.

   Objections:
   (a) Rodney Butler (Docket No. 9068);
   (b) William W. Box and Sarah H. Box (Docket No. 9366);
   (c) Visagent Corporation (Docket No. 9447);
   (d) Unarco Industries, Inc. (Docket No. 9455);
   (e) Terranova Corp. (Docket No. 9459);
   (f) E&A Financing II, L.P., et al. (Docket No. 9468);

|   |   |   |
|---|---|---|
| | (g) | Louisiana Department of Revenue (Docket No. 9470); |
| | (h) | United States (Docket No. 9474); |
| | (i) | ACE American Insurance Company, et al. (Docket No. 9476); |
| | (j) | The Prudential Insurance Company of America (Docket No. 9483); |
| | (k) | F.R.O., LLC VII, et al. (Docket No. 9485); |
| | (l) | Hamilton County, Tennessee (Docket No. 9486); |
| | (m) | Catamount Rockingham, LLC, et al. (Docket No. 9487); |
| | (n) | Florida Tax Collectors (Docket No. 9492); |
| | (o) | William L. Evans (Docket No. 9543); |
| | (p) | Nina M. Gonzalez (Docket No. 9549); |
| | (q) | Henrico County, Virginia (Docket No. 9581; untimely filed); |
| | (r) | United States Trustee (Docket No. 9609); |
| | (s) | Ronnie Wilson (Docket No. 8988); and |
| | (t) | Gregory Holt (Docket No. 9724; untimely filed). |
| Status: | | The Debtors will ask the Court to approve the Proposed Disclosure Statement, as revised by the Second Proposed Disclosure Statement filed in response to these objections (Docket No. 9787). |

> 2. *Motion of Debtors for Order (i) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (ii) Establishing Vote Tabulation Procedures, (iii) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (iv) Waiving Local Rules (Docket No. 9228)*

    Objection Deadline:  July 28, 2006.

    Objections:
- (a) Terranova Corp. (Docket No. 9460);
- (b) E&A Financing II, L.P., et al. (Docket No. 9469);
- (c) Florida Tax Collectors (Docket No. 9570); and
- (d) Kentucky Taxing Authorities (Docket No. 9680).

    Status:  The Debtors will proceed with the Motion.

Dated: August 3, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker* | By  *s/ Cynthia C. Jackson* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00538677