**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**NOTICE OF CREDITORS' COMMITTEE'S PROPOSED SOLICITATION**
**LETTER WITH RESPECT TO JOINT PLAN OF REORGANIZATION**

The Official Committee of Unsecured Creditors (the "Creditors' Committee") of Winn-Dixie Stores, Inc., et al., debtors and debtors in possession (collectively, the "Debtors") submit the attached proposed solicitation letter as referred to in paragraph 12 of the Debtors' Motion for Order (i) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (ii) Establishing Vote Tabulation Procedures, (iii) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (iv) Waiving Local Rules, dated July 14, 2006 (Docket No. 9228), to be heard on August 4, 2006.

Dated: August 3, 2006

                                        **AKERMAN SENTERFITT**

                                        By: */s/John B. Macdonald*
                                              John B. Macdonald
                                              Florida Bar No. 230340
                                              Email: john.macdonald@akerman.com
                                              Patrick P. Patangan
                                              Florida Bar No. 348340
                                              Email: patrick.patangan@akerman.com
                                              50 North Laura Street, Suite 2500
                                              Jacksonville, Florida 32202
                                              Telephone: (904) 798-3700
                                              Facsimile: (904) 798-3730

                                        Co-Counsel for Official Committee of Unsecured
                                        Creditors of Winn-Dixie Stores, Inc. et al.

                                        - and -

{JA285277;1}

{JA285277;1}

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Matthew S. Barr (MB 9170)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Co-counsel for Official Committee of Unsecured
Creditors of Winn-Dixie Stores, Inc., et al.