IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No.: 05-03817-JAF |
| Debtors. | (Jointly Administered) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Dillon, Bitar & Luther, LLC, appearing on behalf of Spectrum Investment Partners, LP, in the above-captioned case under chapter 11 of title 11, United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and section 1109(b) of the Bankruptcy Code requests that Michael L. Rich, Esq. be removed from receiving any and all notices given or required to be given in this case and deleted from the list of counsel for Spectrum Investment Partners, LP, a creditor in this proceeding.

Dated: August 4, 2006

DILLON, BITAR & LUTHER, LLC

By: _/s/ Chuck V. Quinn_
Chuck V. Quinn, Esq.
A Member of the Firm

Attorneys for Spectrum Investment Partners, LP