## *Sarah H. Box*

6211 Autlan Drive
Jacksonville, FL 32210
Phone: (904) 771-4526
e-mail: wboxjax@aol.com

F I L E D
JACKSONVILLE, FLORIDA

AUG - 3 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Adam S. Ravin, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522

    Re:   Winn Dixie Bankruptcy

Dear Mr. Ravin:

    This letter is in response to your letter of July 27, 2006. First let me thank you for your detailed explanation of the current plans for reorganization of Winn Dixie. Thank you for the opportunity to ask further questions. However, the purpose for my previous letter was not specifically to request compensation, but also to file my objections to this plan.

    Why was I given an opportunity to file any and all objections to the Disclosure Statement regarding Winn Dixie, Inc., if my objections were not to be recognized? I stand by my objections and would like for them to be addressed on or before August 4, 2006.

    Furthermore, since the Board of Directors represent the shareholders, I am particularly concerned that they have been compensated generously for their services, but the shareholders will receive nothing. Also, the CEO, other officers and management of Winn Dixe have received unbelievably extravagant cash bonuses for their efforts, yet, again, there is nothing for the shareholders. I object.

    Can you explain why, since the new company will retain the name of Winn Dixie, it can not offer the loyal stockholders a small percentage of the stock which will be offered after the reorganization?

    I plan to be at the meeting on August 4 and I look forward to having the opportunity to voice my concerns publically.

               Very truly yours,

               SARAH H. BOX