**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | Case No. 05-03817-3F1 |
| **WINN-DIXIE STORES, INC.,** *et al.*, | Chapter 11 |
| DEBTORS. | Jointly Administered |

_____/

**NOTICE OF THE WITHDRAWAL OF
APPLICATION BY MARKETPLACE PORT ST. LUCIE LIMITED PARTNERSHIP
FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM
FOR POST-PETITION REAL PROPERTY TAXES**

Marketplace Port St. Lucie Limited Partnership ("Marketplace"), by and through the undersigned counsel, filed its Application for Allowance and Payment of an Administrative Claim for Post-Petition Real Property Taxes on February 17, 2006 (the "Application") (Dkt No. 5892). Subsequently, in June, 2006, Debtor, Winn-Dixie Stores, Inc., tendered a payment to Marketplace. Marketplace has agreed to accept the payment made by Debtor as payment in full of the post-petition portion of the real property taxes owed by Debtor to Marketplace, and Marketplace agrees to withdraw the Application.

WHEREFORE, Marketplace gives notice and hereby withdraws the Application.

/s/ Rod Anderson
Rod Anderson
Florida Bar No. 370762
HOLLAND & KNIGHT LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602
(813) 227-8500
(813) 229-0134 (facsimile)
Attorneys for Marketplace Port St. Lucie
Limited Partnership

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Application by Marketplace Port St. Lucie Limited Partnership for Allowance of Administrative Claim for Post-Petition Real Property Taxes was furnished by the Court's electronic notification system, or by U.S. Mail on this 4th day of August, 2006, to:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32201

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Stephen D. Busey
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

United States Trustee – JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, FL 32806

Kenneth C. Meeker
U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Official Committee of Unsecured Creditors of
Winn-Dixie Stores, Inc.
c/o Dennis F. Dunne
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Official Committee of Unsecured Creditors
of Winn-Dixie Stores, Inc.
c/o John B. Macdonald
Akerman Senterfitt
50 N. Laura St., Suite 2500
Jacksonville, FL 32202

Official Committee of Unsecured Creditors of
Winn-Dixie Stores, Inc.
c/o Patrick P. Patangan
Akerman Senterfitt
50 N. Laura St., Suite 2500
Jacksonville, FL 32202

/s/ Rod Anderson
**Attorney**

# 3919718_v1