# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Friday
August 4, 2006
9:30 A.M..

## PRO MEMO

Page 1 of 5

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/L. Prendergast

1. Disclosure Statement (8854)
   Plan - (8856)
   Second Proposed Disclosure Statement (9787)
   Second Proposed Plan (9788)

   Objection to Disclosure Statement filed by Rodney Butler (9068)

   Objection to Disclosure Statement and Plan filed by William W. Box and Sarah H. Box (9366)

   Objection to Disclosure Statement and Plan filed by Visagent Corp.(9447)

   Objection to Disclosure Statement filed by Unarco Industries, Inc., (9455)

   Limited Objection to Disclosure Statement filed by Terranova Corp. (9459)

   Objection to Disclosure Statement filed by E&A Financing II, L.P.et al (9468)

   Objection to Disclosure Statement filed by Louisiana Department of Revenue (9470)

APPEARANCES CONTINUED TO PAGE 4



**HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE**

Friday
August 4, 2006
9:30 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 2 of 5

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

Objection to Disclosure Statement filed by United States on behalf of IRS (9474)

Limited Objection to Disclosure Statement filed by Ace American Insurance Company, et al (9476)

Limited Objection to Disclosure Statement filed by Prudential Insurance Co. of America (9483)

Joinder Objection to Disclosure Statement filed by F.R.O. LLC VII et al (9485)

Objection to Disclosure Statement filed by Hamilton County, Tennessee (9486)

Joinder Objection to Disclosure Statement filed by Catamount Rockingham, LLC, et al (9487)

Objection to Disclosure Statement filed by Florida Tax Collectors (9492)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Friday
August 4, 2006
9:30 A.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 3 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Objection to Disclosure Statement filed by William L. Evans (9543)

Objection to Disclosure Statement filed by Nina Gonzalez (9549)

Objection to Disclosure Statement filed by Henrico County, Virginia (9581) - Untimely filed

Objection to Disclosure Statement filed by United States Trustee (9609)

Objection to Disclosure Statement filed by Ronnie Wilson (8988)

Objection to Disclosure Statement filed by Gregory Holt (9724)- Untimely filed