

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Friday
August 4, 2006
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                                Page 4 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/L. Prendergast

APPEARANCES:
US TRUSTEE: *L. WILLIAM PORTER - P*    ELENA ESCAMILLA/L. WILLIAM PORTER
UNSEC. CRED: *DENNIS DUNN - P*    JOHN B. MACDONALD/PATRICK PATANGAN
                                    MATTHEW S. BARR
RODNEY BUTLER: *- P*    PRO SE *- P*
WILLIAM AND SARAH BOX: *- P*    PRO SE *- P* / *REBECCA REEVES - P*
VISAGENT CORP:    GUY B. RUBIN
UNARCO INDUSTRIES INC:    JASON BURNETT *- P*
TERRANOVA CORP:    KAREN SPECIE *- P*
E&A FINANCING II, AND ET AL:    ADAM FRISCH *P* - *MARK KELLEY - P*
LOUISIANA DEPT OF REVENUE:    DAVID M. HANSEN
INTERNAL REVENUE SERVICE:    DEBORAH MORRIS *- P*
ACE COMPANIES:    WENDY M. SIMKULAK
PRUDENTIAL LIFE INS. CO:    ADAM FRISCH *- P*
FRO, LLC VII AND FRO, LLC VIII:    MARY JOANNE DOWD *- P*
HAMILTON COUNTY, TENNESSEE:    SCOTT N. BROWN, JR.
CATAMOUNT ROCKINGHAM, LLC ET AL:    ADAM FRISCH *- P*
FLORIDA TAX COLLECTORS:    BRIAN T. FITZGERALD *- P*
WILLIAM L. EVANS:    PRO SE
NINA GONZALEZ:    PRO SE
HENRICO COUNTY, VIRGINIA:    RHYSA GRIFFITH SOUTH
RONNIE WILSON:    PRO SE
GREGORY HOLT:    PRO SE
*VINCENT*    *AD HOC TRADE CMTE.*

RULING:

*Approved as revised*
*Ord/Busey Signed*