

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Friday
August 4, 2006
9:30 A.M.

## PRO MEMO

Page 5 of 5

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

2. Motion for Order (I) Determining Dates, Procedures and Forms Applicable to Solicitation Process, (II) Establishing Vote Tabulation Procedures, (III) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan, and (IV) Waiving Local Rules filed by Debtors (9228)

   Objection to Motion filed by Terranova Corp., on behalf of Certain Landlords (9460)

   Objection to Motion filed by E&A Southeast, II, et al (9469)

   Objection to Motion filed by Florida Tax Collectors (9570)

   Objection to Motion filed by Kentucky Taxing Authorities (9680)

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA/ L. WILLIAM PORTER - P
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR - DENNIS DUNN - P
KAREN SPECIE - P
TERRANOVA CORP: ADAM FRISCH - P
E&A FINANCING II AND ET AL: BRIAN T. FITZGERALD - P
FLORIDA TAX COLLECTORS: SUSAN F. STIVERS
KENTUCKY TAXING AUTHORITIES:

RULING: Granted subj. to revision
Ord/Signed