**JEFFERSON COUNTY**
**TAX COLLECTOR**

J. T. SMALLWOOD
Tax Collector

Room 160 Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, AL 35203
Phone (205) 325-5500

Center Point Office
2651 Center Point Road
Birmingham, AL 35215

Homewood Office
813 Greensprings Hwy.
Birmingham, AL 35209

Redemption Division
Phone (205) 325-5084

F I L E D
JACKSONVILLE, FLORIDA

AUG - 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

July 26, 2006

Winn-Dixie Stores, Inc.
Claims Processing
U.S. Bankruptcy Court
For the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York NY 10004-1408

ADMINISTRATIVE EXPENSE

I would like to file an Administrative Expense for 2005 ad valorem taxes for the following account:

    Debtor: Winn-Dixie Stores, Inc.
    Bankruptcy Case No: 05-11063
    Parcel ID: SEE ATTACHED
    2005 File No. SEE ATTACHED
    Date Incurred: October 1, 2005


    TOTAL DUE:     $161,224.12

_Teresa Brakefield_
Teresa Brakefield
Senior Accountant
JEFFERSON COUNTY TAX COLLECTOR
716 Richard Arrington Jr. Blvd. N.
ROOM 160 COURTHOUSE
BIRMINGHAM AL  35203
TELEPHONE:  205-325-5500



```
CLIMASINQ                    INSOLVENT RECORD INQUIRY
   WINN DIXIE MONTGOMERY INC

   PO BOX B
   JACKSONVILLE FL                       32203-0297
   FILE YR  05      FILE NBR   305731
   DIST      055    SUB DIST   0000
   PARCEL   05-90-37-501638.000-PP
   LEGAL1   WINN DIXIE #523                LEGAL2
   MOBILE NBR
   CASE NBR
   REMARKS    LIT-02005 BR-05-03837-3-F1 200
   TCIN-IND   01         LITIGATION     STM WTR FEE           .00
   ASSD VALUE          83,940           LIEN FEE              .00
                                        FOREST FEE            .00
   NET TAX           6,253.53           WEED FEE              .00
   COL FEE                  .00         CONDEMN FEE           .00
   ASD FEE                  .00         EXTRA-1 FEE           .00
   CIT FEE                  .00         CONV FEE              .00
   INTEREST                 .00         AMT PAID              .00
   ADV FEE                  .00         PAID DATE     000000
   LEVY FEE                 .00         PROC DATE     000000
   FIERI FEE                .00         PAID BY
   MISC. FEE                .00         BAL DUE          6,253.53
```

```
CLIMASINQ                 INSOLVENT RECORD INQUIRY
  WINN DIXIE MONTGOMERY INC

  PO BOX B
  JACKSONVILLE FL                    32203-0297
  FILE YR   05      FILE NBR   305732
  DIST      052     SUB DIST   0000
  PARCEL   05-90-37-501638.010-PP
  LEGAL1   WINN DIXIE #595                  LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS    LIT-02005 BR-05-03837-3F1 2005
  TCIN-IND   01         LITIGATION     STM WTR FEE           .00
  ASSD VALUE         107,540           LIEN FEE              .00
                                       FOREST FEE            .00
  NET TAX          7,388.00            WEED FEE              .00
  COL FEE                .00           CONDEMN FEE           .00
  ASD FEE                .00           EXTRA-1 FEE           .00
  CIT FEE                .00           CONV FEE              .00
  INTEREST               .00           AMT PAID               .00
  ADV FEE                .00           PAID DATE  000000
  LEVY FEE               .00           PROC DATE  000000
  FIERI FEE              .00           PAID BY
  MISC. FEE              .00           BAL DUE           7,388.00
```

```
CLIMASINQ                  INSOLVENT RECORD INQUIRY
   WINN DIXIE MONTGOMERY INC

   PO BOX B
   JACKSONVILLE FL                     32203-0297
   FILE YR  05     FILE NBR   305734
   DIST      052   SUB DIST   0012
   PARCEL   05-90-37-501638.030-PP
   LEGAL1   WINN DIXIE #594            LEGAL2
   MOBILE NBR
   CASE NBR
   REMARKS    LIT-02005 BR-05-03837-3F1 2005
   TCIN-IND   01         LITIGATION    STM WTR FEE           .00
   ASSD VALUE          127,920         LIEN FEE              .00
                                       FOREST FEE            .00
   NET TAX           8,788.10          WEED FEE              .00
   COL FEE                 .00         CONDEMN FEE           .00
   ASD FEE                 .00         EXTRA-1 FEE           .00
   CIT FEE                 .00         CONV FEE              .00
   INTEREST                .00         AMT PAID              .00
   ADV FEE                 .00         PAID DATE    000000
   LEVY FEE                .00         PROC DATE    000000
   FIERI FEE               .00         PAID BY
   MISC. FEE               .00         BAL DUE          8,788.10
```

```
CLIMASINQ                INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC

  5050 EDGEWOOD CT
  JACKSONVILLE FL                      32254-3601
  FILE YR   05     FILE NBR   324976
  DIST      030    SUB DIST   0000
  PARCEL    05-90-37-5755.140-PP
  LEGAL1    WINN-DIXIE #435                  LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS       LIT-02005 05-03817-3F1
  TCIN-IND  01         LITIGATION      STM WTR FEE             .00
  ASSD VALUE      214,440              LIEN FEE                .00
                                       FOREST FEE              .00
  NET TAX         14,903.58            WEED FEE                .00
  COL FEE              .00             CONDEMN FEE             .00
  ASD FEE              .00             EXTRA-1 FEE             .00
  CIT FEE              .00             CONV FEE                .00
  INTEREST             .00             AMT PAID                    .00
  ADV FEE              .00             PAID DATE      000000
  LEVY FEE             .00             PROC DATE      000000
  FIERI FEE            .00             PAID BY
  MISC. FEE            .00             BAL DUE            14,903.58
```

```
CLIMASINQ              INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC
  ATTN TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                        32254-3601
  FILE YR  05     FILE NBR   324977
  DIST     006    SUB DIST   0000
  PARCEL   05-90-37-5755.120-PP
  LEGAL1   WINN-DIXIE #461              LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS      LIT-02005 05-03817-3F1
  TCIN-IND  01         LITIGATION   STM WTR FEE         .00
  ASSD VALUE       178,020           LIEN FEE           .00
                                     FOREST FEE         .00
  NET TAX         9,808.90           WEED FEE           .00
  COL FEE             .00            CONDEMN FEE        .00
  ASD FEE             .00            EXTRA-1 FEE        .00
  CIT FEE             .00            CONV FEE           .00
  INTEREST            .00            AMT PAID              .00
  ADV FEE             .00            PAID DATE    000000
  LEVY FEE            .00            PROC DATE    000000
  FIERI FEE           .00            PAID BY
  MISC. FEE           .00            BAL DUE         9,808.90
```

```
CLIMASINQ                  INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC
  ATTN DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                       32254-3601
  FILE YR   05     FILE NBR    324978
  DIST      030    SUB DIST    0000
  PARCEL   05-90-37-5755.080-PP
  LEGAL1   WINN-DIXIE # 421              LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS        LIT-02005 05-03817-3F1
  TCIN-IND   01        LITIGATION     STM WTR FEE              .00
  ASSD VALUE            91,420         LIEN FEE                .00
                                       FOREST FEE              .00
  NET TAX              6,353.68        WEED FEE                .00
  COL FEE                   .00        CONDEMN FEE             .00
  ASD FEE                   .00        EXTRA-1 FEE             .00
  CIT FEE                   .00        CONV FEE                .00
  INTEREST                  .00        AMT PAID                  .00
  ADV FEE                   .00        PAID DATE    000000
  LEVY FEE                  .00        PROC DATE    000000
  FIERI FEE                 .00        PAID BY
  MISC. FEE                 .00        BAL DUE              6,353.68
```

```
CLIMASINQ                INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC
  ATTN TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                      32254-3601
  FILE YR  05    FILE NBR   324979
  DIST     009   SUB DIST   0000
  PARCEL   05-90-37-5755.050-PP
  LEGAL1   WINN-DIXIE #458              LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS    LIT-02005 05-03817-3F1
  TCIN-IND   01       LITIGATION   STM WTR FEE         .00
  ASSD VALUE       210,760          LIEN FEE            .00
                                    FOREST FEE          .00
  NET TAX          10,559.08        WEED FEE            .00
  COL FEE               .00         CONDEMN FEE         .00
  ASD FEE               .00         EXTRA-1 FEE         .00
  CIT FEE               .00         CONV FEE            .00
  INTEREST              .00         AMT PAID            .00
  ADV FEE               .00         PAID DATE    000000
  LEVY FEE              .00         PROC DATE    000000
  FIERI FEE             .00         PAID BY
  MISC. FEE             .00         BAL DUE       10,559.08
```

```
CLIMASINQ              INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC #405
  ATTN JOHN TAYLOR-TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                      32254-3601
  FILE YR  05    FILE NBR   324980
  DIST     030   SUB DIST   0000
  PARCEL   05-90-37-5755.090-PP
  LEGAL1   WINN-DIXIE #405                 LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS     LIT-02005 05-03817-3F1
  TCIN-IND  01        LITIGATION     STM WTR FEE          .00
  ASSD VALUE       144,120            LIEN FEE            .00
                                      FOREST FEE          .00
  NET TAX          10,016.33          WEED FEE            .00
  COL FEE                .00          CONDEMN FEE         .00
  ASD FEE                .00          EXTRA-1 FEE         .00
  CIT FEE                .00          CONV FEE            .00
  INTEREST               .00          AMT PAID                  .00
  ADV FEE                .00          PAID DATE   000000
  LEVY FEE               .00          PROC DATE   000000
  FIERI FEE              .00          PAID BY
  MISC. FEE              .00          BAL DUE        10,016.33
```

```
CLIMASINQ              INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC #414
  ATTN JOHN TAYLOR-TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                        32254-3601
  FILE YR  05      FILE NBR   324981
  DIST       006   SUB DIST   0000
  PARCEL   05-90-37-5755.150-PP
  LEGAL1   WINN-DIXIE #415               LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS       LIT-02005 05-03817-3F1
  TCIN-IND    01        LITIGATION     STM WTR FEE            .00
  ASSD VALUE       304,220             LIEN FEE               .00
                                       FOREST FEE             .00
  NET TAX          16,762.52           WEED FEE               .00
  COL FEE                .00           CONDEMN FEE            .00
  ASD FEE                .00           EXTRA-1 FEE            .00
  CIT FEE                .00           CONV FEE               .00
  INTEREST               .00           AMT PAID                    .00
  ADV FEE                .00           PAID DATE   000000
  LEVY FEE               .00           PROC DATE   000000
  FIERI FEE              .00           PAID BY
  MISC. FEE              .00           BAL DUE           16,762.52
```

```
CLIMASINQ              INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC #414
  ATTN JOHN TAYLOR-TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                     32254-3601
  FILE YR  05      FILE NBR   324982
  DIST     030     SUB DIST   0000
  PARCEL   05-90-37-5755.030-PP
  LEGAL1   WINN-DIXIE #414                      LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS       LIT-02005 05-03817-3F1
  TCIN-IND    01       LITIGATION       STM WTR FEE            .00
  ASSD VALUE          98,420            LIEN FEE               .00
                                        FOREST FEE             .00
  NET TAX           6,840.18            WEED FEE               .00
  COL FEE                .00            CONDEMN FEE            .00
  ASD FEE                .00            EXTRA-1 FEE            .00
  CIT FEE                .00            CONV FEE               .00
  INTEREST               .00            AMT PAID               .00
  ADV FEE                .00            PAID DATE     000000
  LEVY FEE               .00            PROC DATE     000000
  FIERI FEE              .00            PAID BY
  MISC. FEE              .00            BAL DUE          6,840.18
```

```
CLIMASINQ                INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC #500
  ATTN JOHN TAYLOR-TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                    32254-3601
  FILE YR   05      FILE NBR   324983
  DIST       002    SUB DIST   0000
  PARCEL    05-90-37-5755.000-PP
  LEGAL1    WINN-DIXIE #500                LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS    LIT-02005 05-03817-3F1
  TCIN-IND   01        LITIGATION    STM WTR FEE          .00
  ASSD VALUE       223,680           LIEN FEE             .00
                                     FOREST FEE           .00
  NET TAX         11,206.37          WEED FEE             .00
  COL FEE              .00           CONDEMN FEE          .00
  ASD FEE              .00           EXTRA-1 FEE          .00
  CIT FEE              .00           CONV FEE             .00
  INTEREST             .00           AMT PAID             .00
  ADV FEE              .00           PAID DATE    000000
  LEVY FEE             .00           PROC DATE    000000
  FIERI FEE            .00           PAID BY
  MISC. FEE            .00           BAL DUE        11,206.37
```

```
CLIMASINQ               INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC #517
  ATTN JOHN TAYLOR-TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                    32254-3601
  FILE YR   05      FILE NBR   324984
  DIST      020     SUB DIST   0000
  PARCEL    05-90-37-5755.010-PP
  LEGAL1    WINN-DIXIE 517               LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS     LIT-02005 05-03817-3F1
  TCIN-IND   01       LITIGATION    STM WTR FEE            .00
  ASSD VALUE        115,420         LIEN FEE               .00
                                    FOREST FEE             .00
  NET TAX         10,687.89         WEED FEE               .00
  COL FEE               .00         CONDEMN FEE            .00
  ASD FEE               .00         EXTRA-1 FEE            .00
  CIT FEE               .00         CONV FEE               .00
  INTEREST              .00         AMT PAID               .00
  ADV FEE               .00         PAID DATE   000000
  LEVY FEE              .00         PROC DATE   000000
  FIERI FEE             .00         PAID BY
  MISC. FEE             .00         BAL DUE          10,687.89
```

```
CLIMASINQ                INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC #532
  ATTN JOHN TAYLOR-TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                     32254-3601
  FILE YR   05      FILE NBR    324985
  DIST      020     SUB DIST    0000
  PARCEL    05-90-37-5755.130-PP
  LEGAL1    WINN-DIXIE #532                LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS      LIT-02005 05-03817-3F1
  TCIN-IND   01        LITIGATION     STM WTR FEE           .00
  ASSD VALUE          173,100         LIEN FEE              .00
                                      FOREST FEE            .00
  NET TAX           16,029.06         WEED FEE              .00
  COL FEE                  .00        CONDEMN FEE           .00
  ASD FEE                  .00        EXTRA-1 FEE           .00
  CIT FEE                  .00        CONV FEE              .00
  INTEREST                 .00        AMT PAID              .00
  ADV FEE                  .00        PAID DATE    000000
  LEVY FEE                 .00        PROC DATE    000000
  FIERI FEE                .00        PAID BY
  MISC. FEE                .00        BAL DUE         16,029.06
```

```
CLIMASINQ                INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC #574
  ATTN JOHN TAYLOR-TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                         32254-3601
  FILE YR  05     FILE NBR   324986
  DIST     002    SUB DIST   0000
  PARCEL   05-90-37-5755.060-PP
  LEGAL1   WINN-DIXIE #574              LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS    LIT-02005 05-03817-3F1
  TCIN-IND   01         LITIGATION     STM WTR FEE        .00
  ASSD VALUE        120,760            LIEN FEE           .00
                                       FOREST FEE         .00
  NET TAX           6,050.08           WEED FEE           .00
  COL FEE                .00           CONDEMN FEE        .00
  ASD FEE                .00           EXTRA-1 FEE        .00
  CIT FEE                .00           CONV FEE           .00
  INTEREST               .00           AMT PAID           .00
  ADV FEE                .00           PAID DATE    000000
  LEVY FEE               .00           PROC DATE    000000
  FIERI FEE              .00           PAID BY
  MISC. FEE              .00           BAL DUE       6,050.08
```

```
CLIMASINQ                INSOLVENT RECORD INQUIRY
  WINN-DIXIE MONTGOMERY INC #593
  ATTN JOHN TAYLOR-TAX DEPT
  5050 EDGEWOOD CT
  JACKSONVILLE FL                          32254-3601
  FILE YR  05      FILE NBR   324987
  DIST      004    SUB DIST   0000
  PARCEL   05-90-37-5755.100-PP
  LEGAL1   WINN-DIXIE #593              LEGAL2
  MOBILE NBR
  CASE NBR
  REMARKS     LIT-02005 05-03817-3F1
  TCIN-IND    01         LITIGATION     STM WTR FEE          .00
  ASSD VALUE           141,960          LIEN FEE             .00
                                        FOREST FEE           .00
                                        WEED FEE             .00
  NET TAX              8,616.98         CONDEMN FEE          .00
  COL FEE                   .00         EXTRA-1 FEE          .00
  ASD FEE                   .00         CONV FEE             .00
  CIT FEE                   .00         AMT PAID             .00
  INTEREST                  .00         PAID DATE   000000
  ADV FEE                   .00         PROC DATE   000000
  LEVY FEE                  .00         PAID BY
  FIERI FEE                 .00         BAL DUE          8,616.98
  MISC. FEE                 .00
```