```
          IN THE UNITED STATES BANKRUPTCY COURT
                MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

IN RE:   WINN-DIXIE STORES, et al.   )
                                     )   Chapter 11
         Debtor.                     )   Case No. 05-03817-3F1

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES OF ADDITIONAL COUNSEL</u>**

PLEASE TAKE NOTICE that Heather D. Dawson hereby files an appearance pursuant to Bankruptcy Rule 9010 in connection with the above-captioned Chapter 11 case on behalf of Bank of America, as Trustee of Betty Holland; CC Realty Intermediate Fund, LTD; E&A Acquisitions Two, L.P; E&A Financing II, L.P.; E&A Investments, L.P.; E&A Southeast, L.P; Edens & Avant Properties, L.P.; GLA, LLC; Palm Beach West; Perlis-Ellin LLC; Shields Plaza, Inc.; West Ridge, LLC; and Woodberry LLC, all creditors.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code Sections 102(a) and 342, Ms. Dawson hereby request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon her at the following office address and/or email address, and telephone and facsimile numbers:

```
Heather D. Dawson, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:  (404) 237-4100
Facsimile:  (404) 364-0126
email: hdawson@kkgpc.com
```

The foregoing request includes not only notices and papers referred to in the Rules specified above and any other provision,

but also includes, without limitation, orders and notices of all filings with respect to any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telecopy, email or otherwise, which affects or seeks to affect in any way, any rights or interests of the debtor or any creditor, equity security holder, party in interest, and/or any other person or entity.

                                Respectfully submitted,

                                KITCHENS KELLEY GAYNES, P.C.

                                By:/S/ Heather D. Dawson_____
                                    Heather D. Dawson
                                    Georgia Bar No. 100169

Suite 900
11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 237-4100