UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO.: 3:05-bk-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al, | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | JOINTLY ADMINISTERED |
| | ) | |

_____

## NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rule of Procedure 9010, the undersigned hereby appears as attorney for Marinda N. Brown - Proof of Claim No. 12928 Creditor in the above referenced matter. In accordance with Bankruptcy Rule 2002 we respectfully request that one copy of all orders, notices, pleadings, and other papers served and filed in the above captioned case be mailed to:

>Meredith N. Brasca
>The Weaver Law Group
>2633 Herschel Street
>Jacksonville, Florida 32204
>Tel. (904) 389-2022
>Fax (904) 389-4048
>mnbrasca@aol.com

Dated this 3rd day of August, 2006.

>By:   /s/ Meredith N. Brasca

>Meredith N. Brasca
>Florida Bar No. 0012827
>The Weaver Law Group
>2633 Herschel Street
>Jacksonville, Florida 32204
>Tel. (904) 389-2022
>Fax (904) 389-4048
>mnbrasca@aol.com

**Certificate of Service**

**I HEREBY CERTIFY** that I am a member in good standing of the Middle District of Florida and that a true and correct copy of the forgoing has been electroniclly filed with the Clerk of the U.S. Bankruptcy Court, Middle District of Florida, and a copy delivered by electronic mail this 4th day of August, 2006 to counsel for debtors:

| | |
|---|---|
| D. J. Baker, Esq. | Cynthia C. Jackson |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Smith, Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800, |
| New York, NY 10036 | Jacksonville, FL 32202 |

and to all other persons entitled to receive electronic service in this matter.

        Meredith N. Brasca
        Florida Bar No. 0012827
        2633 Herschel Street
        Jacksonville, Florida 32204
        Tel. (904) 389-2022
        Fax (904) 389-4048
        mnbrasca@aol.com

By:    /s/ Meredith N. Brasca