[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                           Case No. 3:05−bk−03817−JAF
                                                                                                 Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing (Final) on Motion for Relief from Stay filed by Thrivent Financial for Lutherans is rescheduled to November 13, 2006 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated August 2, 2006 .

                                          Lee Ann Bennett, Clerk of Court
                                          300 North Hogan Street Suite 3−350
                                          Jacksonville, FL 32202

Copies furnished to:
Debtors
Attorneys for Debtor
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors
Thomas Lallier, Attorney for Movant
Jeffrey D. DeCarlo, Attorney for Movant

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: baldws              Page 1 of 1               Date Rcvd: Aug 02, 2006
Case: 05-03817                 Form ID: 3902a            Total Served: 3
```

The following entities were served by first class mail on Aug 04, 2006.
aty        +Cynthia C. Jackson,    Smith Hulsey & Busey,    225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494
           +Jeffrey D. DeCarlo,    4770 Biscayne Blvd. Suite 100,    Miami, FL 33137-3202
           +Thomas Lallier,    c/o Thrivent Financial for Lutherans,    250 Marquette Avenue Suite 1200,
             Minneapolis, MN 55401-1874

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2006**                    **Signature:**    _Joseph Speetjens_