**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.   05-03817-3FI |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**RESPONSE OF ROBBIE McMILLAN TO DEBTORS' OMNIBUS**
**OBJECTION TO UNRESOLVED LITIGATION CLAIMS**
(Related Docket Item 8702)

**Comes Now**, Robbie McMillan ("Ms. McMillan"), the holder of claims 12581 and 12733, by and through the undersigned counsel, and pursuant to 11 U.S.C. Section 502 and Fed. R. Bankr. P. 3007 and 9014 and hereby responds in opposition to the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Omnibus Objection") and states as follows.

**BACKGROUND**

1. On July 3, 2004, Ms. McMillan was a guest and patron at the Winn-Dixie store on Belle Chase Highway in the Parish of Jefferson, State of Louisiana. Upon information and belief, that is Winn-Dixie Store No. #1405. While shopping inside the store and walking near a freezer that had leaked water, she slipped on the water, fell violently to the floor and thus sustained substantial injuries. One or more of the debtors had a duty to maintain the store free of hazards such as the one that caused Ms. McMillan's injuries. As a result of her injuries, Ms. McMillan has suffered, inter alia, extensive pain, loss of use of her arm, and related damages.

2. On February 21, 2005, Winn-Dixie Stores, Inc. and related debtors including Winn-Dixie Montgomery, Inc. filed petitions for relief under Chapter 11 of Title 11.

3. On November 25, 2005, Ms. McMillan filed a timely proof of claim for $200,000.00 against Winn-Dixie Montgomery, Inc. (Claim No. 12581).

4. On November 30, 2005, Ms. McMillan filed a timely proof of claim for

$200,000.00 against Winn-Dixie Stores, Inc. (Claim No. 12733). Claims No. 12581 and No. 12733 are hereinafter at times referred to as "Ms. McMillan's Claims", and the first page of each is attached hereto as Exhibit A.

5. On or about June 22, 2006 the Debtors' filed their Omnibus Objection which, inter alia, seeks to expunge Ms. McMillan's Claims.

## MEMORANDUM OF LAW

In their Omnibus Objection, the Debtors object to Ms. McMillan's Claims on the bases that they are "no liability" claims and that they are duplicative. *See Attachment to Omnibus Objection, page 20.*

As to the first ground, Ms. McMillan submits that the liability of Winn-Dixie Stores, Inc. and/or Winn-Dixie Montgomery, Inc. is clear. The operator of the Winn-Dixie store was responsible for maintaining safe premises at the Jefferson Parish store, which it failed to do. That failure was a proximate cause of Ms. McMillan's damages, and she is entitled to compensation as provided for under Louisiana state law and the Bankruptcy Code.

Secondly, Ms. McMillan asserts that it has never been entirely clear which debtors were involved in the operation of the Jefferson Parish Winn-Dixie store, or which set the policies for such operations, and which are therefore liable. As a result, to the extent that more than one debtor is liable, Ms. McMillan is entitled to maintain claims against more than one debtor in these cases. Until the issue of liability is determined, the allegedly fatal duplication does not exist, and should not form the basis of an order expunging Ms. McMillan's Claims.

The Omnibus Objection is not well-founded as it relates to Ms. McMillan's Claims and he asks that it be denied, or, in the alternative, this matter be set for a final evidentiary hearing.

Wherefore, based upon the foregoing, Robbie McMillan asks that the Court enter an order:

A. Denying the Omnibus Objection as it relates to her claim, and,

B. For other such relief as is just and proper.

August 6, 2006                    WILCOX LAW FIRM

/s/ **Robert Wilcox**
Robert D. Wilcox, Esq.
Florida Bar No. 755168
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700
Fax: (904) 513-9201
RWilcox@WilcoxLawFirm.com

*Attorneys for Robbie McMillan*

### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2006 I caused a copy of the foregoing Response to Omnibus Objection to be served on the Debtor by James H. Post, Esq., Debtor's Counsel, John MacDonald, Esq., Counsel for the Official Committee of Unsecured Creditors, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all parties on the Rule 1007(d) Parties in Interest list, all served electronically, and by U.S. Mail to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254; and by electronic mail to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

/s/ **Robert Wilcox**
Robert D. Wilcox

# EXHIBIT A

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc, et al., Case No 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM FOR SPECIAL BAR DATE: November 30, 2005 at 5:00 p.m. Eastern Time | APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS DEBTOR WINN-DIXIE STORES, INC U S BANKRUPTCY COURT M D -FLORIDA JOINTLY ADMINISTERED UNDER CASE 05-03817 (3F1) CHAPTER 11 |

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name __Winn-Dixie Montgomery Inc__ Case No __05-03837 3F1__
(See List of Names and Case Numbers on Reverse Side)

## CLAIM NO.: 12581

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

Creditor ID WDX-416818-BE-L1
MCMILLAN, ROBBIE
C/O RONALD TANET
ATTN RONALD TANET, ESQUIRE
1615 POYDRAS STE 850
NEW ORLEANS LA 70112

Telephone No of Creditor: __504-524-1431__

Fax No of Creditor: __504 522-1729__

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☑ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

**B. Name and address of signatory or other person to whom notices must be served, if different from above.** (Check box if): ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

Account or Other Number by Which C___
__SCMS Claim #__

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☑ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from _____ to _____
(date) (date)

**2. Date debt was incurred** __7/3/04__

**3. If claim is based on a Court Judgment, date obtained:** _____

**4 Total Amount of Claim at Time Case Filed.** $__200,000__ (unsecured) $_____ (secured) $_____ (priority) $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8. Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**9 Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**10 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

*[Stamp: 2005 NOV 25 AM 9:20 U.S. BANKRUPTCY MIDDLE DISTRICT OF FLORIDA / RECEIVED LOGAN & COMPANY AS AGENT]*

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 11/24/05 | Print __Ronald Tanet__ Title __Attorney__<br>Signature __Ronald Tanet__ |

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No: 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM<br>FOR SPECIAL BAR<br>DATE: November 30,<br>2005 at 5:00 p.m.<br>Eastern Time | APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS<br><br>DEBTOR WINN-DIXIE STORES, INC<br>US BANKRUPTCY COURT M D - FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11 |

Name of Debtor Against Which You Assert Your Claim.

Debtor Name **Winn Dixie, Inc**   Case No **05-03837-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**CLAIM NO.: 12733**

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Creditor ID. *WDX-416664-BE-L1*
MCMILLAN, ROBBIE
2353 ALEX KORMAN
HARVEY LA 70058

Telephone No of Creditor: **285-675-2619**

Fax No of Creditor:

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☒ replaces address above ☐ additional address

Name **Robbie McMillan**
Company/Firm **44506 Braud St**
Address **Sorrento LA 70778**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

*If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.*

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim
☐ replaces  ☐ amends  a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

**2. Date debt was incurred:** **7-3-04**

**3** If claim is based on a Court Judgment, date obtained: _____

**4. Total Amount of Claim at Time Case Filed:** $**200,000.00** (unsecured)  $_____ (secured)  $_____ (priority)  $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § ___ (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is For Court Use Only

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice
Print **Robbie McMillan**  Title **Plaintiff**
Signature **Robbie McMillan**

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 and 3571