UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
AUG 04

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Debtors. ) Jointly Administered

## ORDER APPROVING DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF REORGANIZATION OF WINN-DIXIE STORES, INC. AND AFFILIATED DEBTORS

Upon the request of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order approving their proposed disclosure statement dated June 29, 2006, as subsequently revised and refiled on August 1, 2006 (the "Disclosure Statement"), with respect to the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"); and it appearing that good and sufficient notice of the deadline for filing objections to, and the hearing to consider approval of, the Disclosure Statement has been given and that no other or further notice is necessary; and the Court having reviewed and considered all timely filed objections to the Disclosure Statement; and the hearing to consider approval of the Disclosure Statement having been held on August 4, 2006 (the "Disclosure Statement Hearing"); and the Court having considered the arguments and statements of counsel made at the Disclosure Statement Hearing; and upon the record of the Disclosure Statement Hearing and these chapter 11 cases; and after due deliberation it appearing that good cause exists to approve the Disclosure Statement, it is

ORDERED AND ADJUDGED THAT:

1. Any and all objections to approval of the Disclosure Statement, to the extent not previously resolved or withdrawn, are overruled.

2. The Disclosure Statement in the form dated August 1, 2006, as it may be further modified pursuant to Paragraph 3 of this Order, is approved, and found to contain "adequate information" within the meaning of section 1125(a) of the Bankruptcy Code.

3. Prior to the commencement of solicitation, the Debtors are authorized to make additional correcting, conforming and finalizing changes to the Disclosure Statement and to the corresponding Plan. The Disclosure Statement in its final form shall be titled "Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors " and shall bear a date that corresponds to the commencement of the solicitation process. The Plan in its final form shall be titled "Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors" and shall bear a date that corresponds to the commencement of the solicitation process.

Dated this ____ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Disclosure Statement.

663972-New York Server 1A - MSW

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: baldws           Page 1 of 1            Date Rcvd: Aug 04, 2006
Case: 05-03817              Form ID: pdfdoc        Total Served: 1
```

The following entities were served by first class mail on Aug 06, 2006.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
             Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2006**              **Signature:** _Joseph Speetjens_