UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

**RESPONSE OF COMMERCIAL NET LEASE REALTY, INC. n/k/a NATIONAL RETAIL PROPERTIES, INC. TO DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO (A) MISCLASSIFIED CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

COMES NOW, COMMERCIAL NET LEASE REALTY, INC. n/k/a NATIONAL RETAIL PROPERTIES, INC. (NYSE Symbol "NNN" and hereinafter referred to as "NNN"), by and through its undersigned attorneys, and files this Response of Commercial Net Lease Realty Inc. n/k/a National Retail Properties, Inc. to Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Response"), and states as follows:

1. On July 31, 2006, Debtors filed Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "16th Objection"), in which the Debtors seek, *inter alia*, to eliminate certain claims that were allegedly overstated. One of the claims to which the Debtors object is claim number 12110 ("Claim 12110"). This claim was filed by an entity known as Commercial Net Lease Realty, Inc. Commercial Net Lease Realty, Inc. recently changed its name to National Retail Properties, Inc., but did not merge or undergo any change in corporate form.

2. With respect to the objection to Claim 12110, Debtors seek a reduction in the amount of the claim from $972,396.17 to $552,955.27. The reason for the reduction as stated in

the 16th Objection is: "Reduced amount reflects removal of $419,440.90 for overstated rejection damages."

3. The basis for Claim 12110 is rejection damages calculated pursuant to 11 U.S.C. § 502(b)(6) and case law interpreting the same, with respect to a lease of real property on which Winn-Dixie Store 2719 was operated (the "2719 Lease"). NNN maintains that Claim 12110 is valid as filed and should not be reduced.

4. Upon receipt of the 16th Objection, counsel for NNN contacted counsel for the Debtors to attempt to determine the specific basis for the objection to Claim 12110. Counsel for the Debtors indicated that there had been an error with respect to the termination date of the 2719 Lease, and that Claim 12110 is actually accurate as filed. Therefore, NNN and the Debtors reached an agreement that Claim 12110 will be allowed as filed, in the amount of $972,396.17, and that NNN's calculation of the claim amount is correct. NNN files this response merely to comply with the requirement that a response to the 16th Objection be filed by August 21, 2006.

WHEREFORE, NNN respectfully requests that the 16th Objection be overruled with respect to Claim 12110, and that Claim 12110 be allowed as filed in the amount of $972,396.17, and for such other and further relief this Court deems appropriate.

_____
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor
    & Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Attorneys for Commercial Net Lease Realty,
Inc. n/k/a National Retail Properties, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Response of Commercial Net Lease Realty Inc. n/k/a National Retail Properties, Inc. to Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims has been served via the CM/ECF system, and also via U.S. Mail, and email (if an email address is indicated in connection with a party on the service list) this __7__ day of August, 2006, to those parties listed on the service list below

Zachary J. Bancroft

## SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
Email: djbaker@skadden.com

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Email: cjackson@smithhulsey.com

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida 32801