UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

NOTICE OF WITHDRAWAL OF
CLAIM NO. 12452 FILED BY DANIEL BOYLE

Daniel Boyle withdraws and releases his Proof of Claim (Number 12452) filed in these cases on November 10, 2005 and all related claims.

Dated: August 3, 2006.

TANNEY, ENO, TANNEY, GRIFFITH
& INGRAM, P.A.

By: _____
Anthony J. Griffith

Florida Bar No. 629073
29605 U.S. Highway 19 North
Suite 210
Clearwater, Florida 33761
(727) 781-8817
(727) 781-8606 (facsimile)

Attorney for Claimant