UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

CERTIFICATE OF SERVICE WITH RESPECT TO [SECOND PROPOSED] DISCLOSURE STATEMENT WITH RESPECT TO JOINT PLAN OF REORGANIZATION OF WINN-DIXIE STORES, INC. AND AFFILIATED DEBTORS

    I, Adam S. Ravin, certify that on August 2, 2006 I caused to be served the [Second Proposed] Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors [Docket No. 9787], by having true and correct copies thereof sent to the parties listed in Exhibit A via email.

Dated: August 7, 2006

                                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Adam S. Ravin
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY

By: /s/ Cynthia C. Jackson
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

**Exhibit A**

| Email | Last Name | First Name |
|---|---|---|
| banthony@cagmil.com. | Anthony | Brian J. |
| aucoinp@bellsouth.net | Aucoin | Paul |
| davisbarnhill@yahoo.com | Barnhill | Dave |
| davisbarnhill@yahoo.com | Barnhill | Davis and Susan |
| glendal178@aol.com | Benfield | Terry |
| cindy.boggs@us.michelin.com | Boggs | Cindy |
| wboxjax@aol.com | Box | Sarah |
| snb@smrw.com | Brown | Scott |
| jburnett@gray-robinson.com | Burnett | Jason |
| dburns@sweetworks.net | Burns | Doreen |
| ethelbutler60@bellsouth.net | Butler | Ethel |
| deebyers@webtv.net | Byers | William |
| bcalloway@rbmcc.com | Calloway | Bill |
| jim1104@aol.com | Childers | James |
| maryloucollins@yahoo.com | Collins | Marylou |
| jenny.creasy@ncmail.net | Creasy | Jennifer |
| scupps@keglerbrown.com | Cupps | Stewart |
| dowd.mary@arentfox.com | Dowd | Mary |
| aquaman551@hotmail.com | Dunn | Jack |
| mollybelle8@yahoo.com | Elliott | Reba |
| b_pevans@bellsouth.net | Evans | William |
| fitzgeraldb@hillsboroughcounty.org | Fitzgerald | Brian |
| friedman@bafmobile.com | Friedman | Barry |
| rickgreen@clearchannel.com | Green | Rick |
| david.hansen@la.gov | Hansen | David |
| kandehinson@bellsouth.net | Hinson | Katherine M. |
| judyplusgreg@netzero.net | Holt | Greg |
| rhorowit@tampabay.rr.com | Horowitz | Jeffrey |
| shymowitz@kiesewetterwise.com | Hymowitz | Steven |
| khisrael@hilawfirm.com | Israel | Kimberly |
| f.hill1952@rjsonline.net | Jackson | Mary |
| specie@scruggs-carmichael.com | Karen | Specie |
| pkeeton@earthlink.net | Keeton | Phyllis |
| mkelley@kkgpc.com | Kelley | Mark |
| robertk322@aol.com | Kiger | Shirley |
| elainelane@kc.rr.com | Lane | Elaine |
| elane@callawaypartners.com | Lane | Elaine |
| thomas.leanse@kattenlaw.com | Leanse | Thomas |
| trl@tewlaw.com | Lehman | Thomas |
| dennis@bcylaw.com | LeVine | Dennis |
| mreed@duanemorris.com | Margery | Reed |
| wmarlow2@comcast.net | Marlow | W.J. |
| deborah.m.morris@usdoj.gov | Morris | Deborah |
| malcolm139@bellsouth.net | Myers | Jimmy |

| Email | Last Name | First Name |
|---|---|---|
| lawoff@fdn.com | Naclerio | John |
| plorshan@duanemorris.com | Orshan | Paul |
| owens2222@msn.com | Owens | Howard |
| mpalahach@palahachcruanes.com | Palahach | Michael |
| geriparker@bellsouth.net | Parker | Jeri |
| drpfsp@bellsouth.net | Pickard | Dennis |
| bill.porter@usdoj.gov | Porter | Bill |
| dquaid@fagelhaber.com | Quaid | Dennis |
| rar@tobinreyes.com | Reyes | Ricardo |
| lricc1125@netzero.net | Ricciardi | Lee and Claire |
| bob_riecke@walle.com | Riecke | Bob |
| guy.rubin@rubinandrubin.com | Rubin | Guy |
| truskamp@shb.com | Ruskamp | Todd |
| lrussell@svud.org | Russell | Linda |
| jsailer@murrayfrank.com | Sailer | Jacqueline |
| ajscreminpa@aol.com | Scremin | Iliana |
| arshope@dnet.net | Shope | Anita |
| bsisul@canteyhanger.com | Sisul | Bill |
| akdsmith@hotmail.com | Smith | Billy |
| sou06@co.henrico.va.us | South | Rhysa |
| steinkeprsims@aol.com | Steinke | Percy |
| jason.stoter@agl.ca | Stoter | Jason |
| catswift@demetreebrothers.com | Swift | Cat |
| douglas.szabo@henlaw.com | Szabo | Douglas |
| dawn@bcylaw.com | Tuccillo | Dawn |
| yrwalker@cox.net | Walker | Roger |
| mweitzel@acrei.com | Weitzel | Michelle |
| jillwilson18@earthlink.net | Wilson | Jill |
| bobyar@mandafinemeats.com | Yarborough | Robert |

620918.01-New York Server 2A - MSW