**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about July 31, 2006 I caused copies of:

- the **Notice of Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service Lists attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: August 7, 2006

_Kathleen M. Logan_
Kathleen M. Logan

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT A SERVICE LIST
[MISCLASSIFIED CLAIMANTS]

**SERVICE LIST**

**Notice of Debtors' Sixteenth Omnibus Objection**
**to (A) Misclassified Claims (B) Overstated Claims**
**and (C) Overstated Misclassified Claims**

**[Exhibit A - Misclassified Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

CREDITOR ID: 279332-36
A DUDA & SONS, INC
C/O MEUERS LAW FIRM, PI
ATTN LAWRENCE H MEUERS, ESQ
5395 PARK CENTRAL COURT
NAPLES FL 34109

CREDITOR ID: 242523-12
AGAPION, BILL DBA ARCO REALTY CO
625 S ELM STREET
GREENSBORO, NC 27406-1327

CREDITOR ID: 398023-74
ALLEN NORTON & BLUE, PA
ATTN ROBERT LARKIN/R NORTON
121 MAJORCA AVENUE
CORAL GABLES FL 33134

CREDITOR ID: 279338-36
ASSOCIATED BRANDS, INC
ATTN BECKY L RATH, CR MGR
PO BOX 788
MEDINA  NY 14103

CREDITOR ID: 381991-36
BAR-S FOODS CO
C/O SNELL & WILMER, LLP
ATTN PETER J RATHWELL, ESQ
400 EAST VAN BUREN ST
PHOENIX AZ 85004-2202

CREDITOR ID: 381991-36
BAR-S FOODS CO
ATTN M KACHALUBA OR M SURIANO
3838 N CENTRAL AVE SUITE 1900
PHOENIX AZ 85012

CREDITOR ID: 381769-15
BERNEY, INC
ATTN STEVEN L LOUVAR
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS IA 52405

CREDITOR ID: 243625-12
BLOSSMAN GAS INC
2221 S HORNER BLVD
SANFORD, NC 27330

CREDITOR ID: 404046-15
BLOSSMAN GAS, INC
ATTN DANIELLE WATFORD
PO BOX 1110
OCEAN SPRINGS MS 39564-1110

CREDITOR ID: 12796-05
BURGI, ANTONIO E
2040 SPOONBILL STREET
JACKSONVILLE FL 32224

CREDITOR ID: 123-03
CITY OF BEDFORD
ATTN JOANNE CALDWELL, TREAS
215 EAST MAIN STREET
BEDFORD VA 24523

CREDITOR ID: 410776-15
CITY OF BIRMINGHAM, AL
C/O DEPARTMENT OF LAW
ATTN JACINDA ANDERSON
710 NORTH 20TH STREET
BIRMINGHAM AL 35203-2216

CREDITOR ID: 240009-06
CITY OF DANIA BEACH
C/O WEISS SEROTA HELFMAN
ATTN DOUGLAS R GONZALES, ESQ
3107 STIRLING ROAD, SUITE 300
FORT LAUDERDALE FL 33312

CREDITOR ID: 245677-12
CITY OF DANIA WATER & SEWER
ATTN: PATRICIA VARNEY, FINANCE DIR
PO BOX 1708
DANIA, FL 33004-1708

CREDITOR ID: 381011-47
CITY OF FAYETTEVILLE PUBLIC WORKS
ATTN BEVAN E GRICE
PO BOX 7000
FAYETTEVILLE, NC 28302

CREDITOR ID: 267391-31
CITY OF FORT LAUDERDALE, FL
ATTN CITY ATTORNEY'S OFFICE
100 N ANDREWS AVENUE, 7TH FLOOR
FORT LAUDERDALE FL 33301

CREDITOR ID: 404031-15
CITY OF HOLLYWOOD PUBLIC WORKS DEPT
C/O CITY ATTORNEY
ATTN TRACY A LYONS, ESQ
2600 HOLLYWOOD BLVD, SUITE 407
HOLLYWOOD FL 33020

CREDITOR ID: 245851-12
CITY OF HOMESTEAD
C/O WEISS SEROTA HELFMAN
ATTN DOUGLAS R GONZALES, ESQ
3107 STIRLING ROAD, SUITE 300
FORT LAUDERDALE FL 33312

CREDITOR ID: 955-03
CITY OF MADISON WATER & WASTEWATER
ATTN BERNARD L BRESSETTE, GM
PO BOX 197
MADISON AL 35758

CREDITOR ID: 245967-12
CITY OF MIRAMAR FINANCE DEPT
C/O WEISS SEROTA HELFMAN
ATTN DOUGLAS R GONZALES, ESQ.
3107 STIRLING ROAD, SUITE 300
FORT LAUDERDALE FL 33312

CREDITOR ID: 245967-12
CITY OF MIRAMAR FINANCE DEPT
6700 MIRAMAR PARKWAY
MIRAMAR, FL 33023

CREDITOR ID: 975-03
CITY OF WILLISTON
ATTN MARK SCHIEFER, FIN DIR
PO DRAWER 160
WILLISTON FL 32696-0160

CREDITOR ID: 110532-09
COLLINS, MARYLOU
4699 PEACHWOOD COURT
SOCASTEE SC 29588

CREDITOR ID: 406116-15
COUNTY OF PASCO BD OF COMMISSIONERS
C/O PASCO COUNTY ATTORNEY'S OFFICE
ATTN ANTHONY M SALZANO, ESQ
7530 LITTLE ROAD, SUITE 340
NEW PORT RICHEY FL 34654

CREDITOR ID: 411053-15
CRAMER, BRADLEY M JR
11000 UNIVERSITY PARKWAY
BOX 32413
PENSACOLA FL 32514

CREDITOR ID: 113192-09
CRAMER, BRADLEY M JR
1442 CACAO LANE
PENSACOLA FL 32507

CREDITOR ID: 406060-15
DAHLEM ENTERPRISES, INC
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

**Notice of Debtors' Sixteenth Omnibus Objection**
**to (A) Misclassified Claims (B) Overstated Claims**
**and (C) Overstated Misclassified Claims**

**[Exhibit A - Misclassified Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SYLVIA C. SERRANO<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 279485-99<br>DL LEE & SONS, INC<br>C/O MACEY WILENSKY ET AL<br>ATTN LOUIS G MCBRYAN, ESQ<br>600 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVE<br>ATLANTA GA 30303-1229 | CREDITOR ID: 279485-99<br>DL LEE & SONS, INC<br>C/O WORMSER KIELY GALEF & JACOBS<br>ATTN G R VON STANGE<br>825 THIRD AVENUE<br>NEW YORK NY 10022-7519 |
| CREDITOR ID: 411234-15<br>DOLPHIN CAPITAL CORPORATION<br>PO BOX 56<br>MOBERLY MO 65270 | CREDITOR ID: 248304-12<br>DON MICHAEL CIGARS CLASSICS<br>ATTN ADRIAN GADD, PRES<br>4 BAYS CENTER, SUITE F<br>303 SOUTH TAMIAMI TRAIL<br>NOKOMIS, FL 34275 | CREDITOR ID: 22886-05<br>DUHE, CLINT<br>PO BOX 534<br>GARYVILLE LA 70051 |
| CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O KLUGER PERETZ KAPLAN & BERLINE<br>ATTN: BRADLEY S SHRAIBERG, ESQ<br>2385 NW EXECUTIVE CTR DR, STE 300<br>BOCA RATON FL 33431 | CREDITOR ID: 1295-07<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 E WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46804 | CREDITOR ID: 123813-09<br>ELLIOTT, ASHLEY E<br>114 CHANDLER CIRCLE<br>PO BOX 313<br>CHURCH HILL TN 37642 |
| CREDITOR ID: 126542-09<br>FERMIN, KELLYS L<br>420 JACKSON AVE<br>GREENACRES FL 33463 | CREDITOR ID: 249964-12<br>FOSTER FARMS<br>DEPT 33334<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3334 | CREDITOR ID: 315688-36<br>FOSTER POULTRY FARMS<br>ATTN SUZANNE KOCH, CORP CREDIT MGR<br>1333 SWAN<br>PO BOX 198<br>LIVINGSTON CA 95334 |
| CREDITOR ID: 394041-61<br>GAUNT, PRATT, RADFORD & METHE, PA<br>ATTN KENT S PRATT, PRES<br>1401 FORUM WAY, SUITE 500<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 410975-15<br>GE COMMERCIAL FIN BUS PROP CORP<br>C/O MORRITT HOCK HAMROFF & HOROWITZ<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>C/O ANDREW J CAVANAUGH LAW OFFICES<br>ATTN ANDREW J CAVANAUGH, ESQ<br>205 E ANAPAMU STREET<br>SANTA BARBARA CA 93101 |
| CREDITOR ID: 1386-07<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET<br>SANTA BARBARA, CA 93101 | CREDITOR ID: 250959-12<br>GRIMBALL & CABANISS CHARLESTON<br>C/O GRIMBALL & CABANISS<br>ATTN WARREN MOISE, ESQ<br>473 SAVANNAH HIGHWAY<br>CHARLESTON SC 29407 | CREDITOR ID: 250959-12<br>GRIMBALL & CABANISS CHARLESTON<br>PO BOX 816<br>CHARLESTON SC 29407 |
| CREDITOR ID: 252787-12<br>HELGESTAD, JASON<br>4163 REDOAK LANE<br>IRONSTATION NC 28080 | CREDITOR ID: 410522-15<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 147262-09<br>HOLLAND, YASMIN<br>389 ENOTA PLACE<br>ATLANTA GA 30310-1258 |
| CREDITOR ID: 452132-15<br>IRON OUT, INC<br>ATTN TAMARA A MAYER, ACCT MGR<br>1515 DIVIDEND ROAD<br>FORT WAYNE IN 46808 | CREDITOR ID: 252506-12<br>JACKS RESTAURANT<br>ATTN WALKER MEAD, OWNER<br>1593 COUNTY ROAD 437A<br>CULLMAN AL 35055 | CREDITOR ID: 253319-12<br>JOHNSONVILLE SAUSAGE, LLC<br>ATTN JOY KRUGEL, CREDIT MGR<br>PO BOX 786<br>SHEBOYGAN WI 53082-0786 |
| CREDITOR ID: 452206-15<br>KAHN AND ASSOCIATES<br>ATTN MORRIS KAHN, OWNER<br>1000 NORTH RAMPART STREET<br>NEW ORLEANS LA 70116 | CREDITOR ID: 255331-12<br>MAJESTIC DRUG COMPANY, INC<br>ATTN NILDA L OYOLA<br>PO BOX 490<br>4996 MAIN STREET<br>SOUTH FALLSBURG, NY 12779 | CREDITOR ID: 407724-15<br>NANCY LANE COMMERCIAL REALTY, INC<br>C/O BENNETT LOTTERHOS SULSER ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 |

SERVICE LIST

**Notice of Debtors' Sixteenth Omnibus Objection**
**to (A) Misclassified Claims (B) Overstated Claims**
**and (C) Overstated Misclassified Claims**

**[Exhibit A - Misclassified Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:   05-03817-3F1**

CREDITOR ID: 405305-95
ORALABS INC
ATTN DEAN GRAVES, CONTROLLER
18685 E PLAZA DR
PARKER COQ 80134-9061

CREDITOR ID: 258983-12
PROJECT ASSISTANTS, INC
C/O MORRIS NICHOLS ARSHT & TUNNELL
ATTN: ROBERT DEHNEY, ESQ
1201 NORTH MARKET STREET
WILMINGTON DE 19899-1347

CREDITOR ID: 258983-12
PROJECT ASSISTANTS, INC
ATTN ROBERT KIRKPATRICK
1409 FOULK ROAD, SUITE 200
WILMINGTON, DE 19803

CREDITOR ID: 200059-09
RISO, MARIE C
PO BOX 5322
FORT LAUDERDALE FL 33310

CREDITOR ID: 403355-83
SHELL FLEMING DAVIS & MENGE, PA
ATTN R MARK DITTO, ADMINISTRATOR
PO BOX 1831
PENSACOLA FL 32591-1831

CREDITOR ID: 209557-09
SHELLEY, RONNIE L
10 UNIVERSITY PL
VALDOSTA GA 31602

CREDITOR ID: 263343-12
TOWN OF LAKE PLACID
ATTN JACQUELINE HAYNES
51 PARK DRIVE
LAKE PLACID, FL 33852

CREDITOR ID: 410925-15
WCL FIVE, LLC
ATTN W CLARKE LINDLEY, MEMBER MGR
PO BOX 341
BURLINGTON NC 27216

CREDITOR ID: 264281-12
WE BASSETT COMPANY, INC, THE
ATTN BEVERLY KAMAITIS CREDIT MGR
100 TRAP FALLS ROAD EXTENSION
SHELTON CT 06484

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES, LP
C/O STIRLING PROPERTIES
ATTN DONNA TAYLOR
109 NORTHPARK BLVD, SUITE 300
COVINGTON LA 70433

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES, LP
C/O SESSIONS FISHMAN & NATHAN LLP
ATTN J DAVID FORSYTH, ESQ.
5222 SUMMA COURT, SECTION 3, STE C
BATON ROUGE LA 70809

  **Total:   65**

EXHIBIT A SERVICE LIST
[OVERSTATED CLAIMANTS]

SERVICE LIST

**Notice of Debtors' Sixteenth Omnibus Objection
to (A) Misclassified Claims (B) Overstated Claims
and (C) Overstated Misclassified Claims**

**[Exhibit B - Overstated Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 241285-12
99 EGLIN LTD
ATTN MARK PORTER, DIRECTOR
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 241285-12
99 EGLIN LTD
C/O DOWD LAW FIRM, PA
ATTN JOHN R DOWD, ESQ
285 HARBOUR BLVD, SUITE A
DESTIN FL 32541

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN I M GOLD/N B WARANOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 415977-15
ALLARD, LLC
C/O FISHER & SAULS, PA
ATTN THOMAS H MCLAIN, JR, ESQ
100 SECOND AVENUE S, SUITE 701
PO BOX 387
ST PETERSBURG FL 33731

CREDITOR ID: 410941-15
AMEGY MORTGAGE COMPANY, LLC FKA
MITCHELL MORTGAGE COMPANY, LLC
ATTN: DALE H AMBREDS
4576 RESEARCH FOREST DRIVE
THE WOODLANDS TX 77381

CREDITOR ID: 410941-15
AMEGY MORTGAGE COMPANY, LLC FKA
C/O BADGER LAW OFFICE
ATTN BRUCE M BADGER, ESQ.
3400 AVENUE H, 2ND FLOOR
ROSENBERG TX 77471

CREDITOR ID: 411009-15
ARONOV REALTY CO & F M JOHNSON TA
SATTERFIELD PLAZA, SELMA, AL
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 242578-12
ARS INVESTMENT CORPORATION
THOMAS E CARR & ASSOCIATES, PC
ATTN THOMAS E CARR, ESQ
1100 BOULDERS PARKWAY, STE 650
RICHMOND VA 23225

CREDITOR ID: 242578-12
ARS INVESTMENT CORPORATION
C/O HARDING & ASSOCS INC
ATTN DOUG MAREK, ESQ
5006 MONUMENT AVE
RICHMOND VA 23230

CREDITOR ID: 242578-12
ARS INVESTMENT CORPORATION
C/O METTLER SHELTON RANDOLPH ET AL
340 ROYAL POINCIANA WAY, SUITE 340
PALM BEACH FL 33480

CREDITOR ID: 410753-15
ARTESIA MEDICAL DEVELOPMENT CO
C/O BEN-EZRA & KATZ, PA
ATTN M MORALES & M BEN-EZRA, ESQS
2901 STIRLING RD, STE 300
FT LAUDERDALE FL 33312

CREDITOR ID: 416262-15
ASHY-BROWN GONZALES PARTNERSHIP
C/O HERBERT G BROWN
17757 US HIGHWAY 19 NORTH, STE 325
CLEARWATER FL 33764

CREDITOR ID: 416262-15
ASHY-BROWN GONZALES PARTNERSHIP
C/O MCCOLLISTER MCCLEARY & FAZIO
ATTN THOMAS D FAZIO, ESQ.
PO BOX 40686
BATON ROUGE LA 70835

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 1131-07
BONNER'S POINT LLC
C/O RETAIL MANAGEMENT GROUP INC
ATTN JULIE BEAL, COO
PO BOX 11407
BIRMINGHAM, AL 35246-1036

CREDITOR ID: 1131-07
BONNER'S POINT LLC
C/O HELMSING, LEACH, HERLONG ET AL
ATTN JEFFERY J HARTLEY, ESQ
LACLEDE BLDG, SUITE 2000
150 GOVERNMENT STREET
MOBILE AL 36602

CREDITOR ID: 397706-99
BT MARIETTA, LLC
C/O KLEHR HARRISON ET AL
ATTN JEFFREY KURTZMAN, ESQ
260 SOUTH BROAD STREET
PHILADELPHIA PA 19102

CREDITOR ID: 1148-07
BT MARIETTA, LLC
C/O KLEHR HARRISON ET AL
ATTN JEFFREY KURTZMAN, ESQ
260 S BROAD STREET
PHILADELPHIA PA 19102

CREDITOR ID: 1148-07
BT MARIETTA, LLC
C/O BET INVESTMENTS, MANAGING AGENT
2600 PHILMONT AVENUE
HUNTINGDON VALLEY, PA 19006

CREDITOR ID: 410433-15
CADBURY ADAMS USA LLC
ATTN JIM TREASTER, CREDIT DIRECTOR
5301 LEGACY DRIVE
PLANO TX 75024

CREDITOR ID: 423157-15
CAPX REALTY, LLC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802

CREDITOR ID: 410454-15
CAROLINA ENTERPRISES, INC
ATTN JAMES T SCHOFIELD, PRESIDENT
PO BOX 13559
FLORENCE SC 29504

CREDITOR ID: 410586-99
CATAMOUNT ATLANTA, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410586-99
CATAMOUNT ATLANTA, LLC, ASSIGNEE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 410586-99
CATAMOUNT ATLANTA, LLC, ASSIGNEE
OF HELENE FUNK & PETER W MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

SERVICE LIST

**Notice of Debtors' Sixteenth Omnibus Objection**
**to (A) Misclassified Claims (B) Overstated Claims**
**and (C) Overstated Misclassified Claims**

**[Exhibit B - Overstated Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
H FUNK & PW MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, STE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 1197-07
CIVIC CENTER STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 382485-51
CROSSMEDIA SERVICES, INC
ATTN MARY VANKOEVERING, CFO
225 N MICHIGAN AVENUE, STE 1500
CHICAGO, IL 60601

CREDITOR ID: 382485-51
CROSSMEDIA SERVICES, INC
C/O RICH MAY, PC
ATTN BOB TEDESCO, ESQ
176 FEDERAL STREET 6TH FLOOR
BOSTON MA 02110-2223

CREDITOR ID: 410824-15
DANIEL G KAMIN CLARKSVILLE
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 410824-15
DANIEL G KAMIN CLARKSVILLE
CROSSING, LLC
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, MGR
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 410826-15
DANIEL G KAMIN ZACHARY ENTERPRIZES
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, TRUSTEES
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 410826-15
DANIEL G KAMIN ZACHARY ENTERPRIZES
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
55 E MONROE STREET, SUITE 4200
CHICAGO IL 60603

CREDITOR ID: 408328-15
DEAN MILK COMPANY, INC
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, SUITE 1200
DALLAS TX 75201

CREDITOR ID: 383211-15
DELL MARKETING, LP
C/O HUGHES & LUCE, LLP
ATTN SABRINA L STREUSAND, ESQ
111 CONGRESS AVENUE, SUITE 900
AUSTIN TX 78701

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 410397-15
EBINPORT ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON STREET, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 492837-97
EBINPORT ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P.
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

CREDITOR ID: 278458-24
ELIZABETHTON PLAZA LTD
C/O TML REALTY CORP
ATTN LAURA HACKEL
485 MADISON AVE, 24TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 279290-35
FATHER'S TABLE COMPANY, THE
ATTN BARRY J VOODRE, CONTROLLER
2100 COUNTRY CLUB ROAD
SANFORD FL FL 32771

CREDITOR ID: 279290-35
FATHER'S TABLE COMPANY, THE
C/O FRANTZ WARD LLP
ATTN MATTHEW H MATHENEY, ESQ.
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND OH 44114

CREDITOR ID: 411103-15
FRITO-LAY, INC
C/O DLA PIPER RUDNICK ET AL
ATTN D M NEFF & B A AUDETTE, ESQS
203 N LASALLE STREET, SUITE 1900
CHICAGO IL 60601-1293

CREDITOR ID: 452059-98
FUCMS 1999-C1 MERIDIAN GROCERY LLC
C/O LNR PARTNERS
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 410985-15
GLIMCHER PROPERTIES LP
ATTN PATRICIA A POWERS, ESQ.
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 250724-12
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT, CREDIT MGR
909 PACKERLAND DRIVE
GREEN BAY  WI 54303

CREDITOR ID: 410368-15
GREENWOOD PLAZA, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 410908-15
JDN REALTY AL, INC
C/O KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE, ESQ
101 PARK AVENUE
NEW YORK NY 10178-0002

CREDITOR ID: 410908-15
JDN REALTY AL, INC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 410848-15
KIR AUGUSTA II, LP
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

**Notice of Debtors' Sixteenth Omnibus Objection**
**to (A) Misclassified Claims (B) Overstated Claims**
**and (C) Overstated Misclassified Claims**

**[Exhibit B - Overstated Claimants]**

| | | |
|---|---|---|
| **DEBTOR:   WINN-DIXIE STORES, INC., ET. AL.** | | **CASE:   05-03817-3F1** |

CREDITOR ID: 416266-15
LAFAYETTE LIFE INSURANCE COMPANY
C/O LEATHERWOOD WALKER TODD & MANN
ATTN EARLE PREVOST, ESQ
300 EAST MCBEE AVENUE, SUITE 500
GREENVILLE SC 29601

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 255235-12
MACRO 4, INC
PO BOX 19157
NEWARK, NJ 07195-0157

CREDITOR ID: 403532-15
MACRO 4, INC
ATTN SCOTT MATEO
35 WATERVIEW BLVD
PARSIPPANY NJ 07054

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 410537-15
MARSHALL PLANING MILL, INC
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 394063-61
MCCONNAUGHHAY DUFFY COONROD ET AL
ATTN MARY L WAKEMAN, CORP SECRETARY
PO DRAWER 229
TALLAHASSEE, FL 32302-0229

CREDITOR ID: 399444-15
MCNEIL NUTRITIONALS, LLC
C/O PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKHOUSE, ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 256145-12
MEYERCORD REVENUE COMPANY
ATTN VINCE MUGLIA, CONTROLLER
PO BOX 95598
CHICAGO, IL 60694-5598

CREDITOR ID: 417086-15
NATIONWIDE LIFE INSURANCE COMPANY
C/O SCOGGINS GOODMAN, PC
ATTN RANDALL W MAY, ESQ
ONE NATIONWIDE PLAZA
COLUMBUS OH 43215-2220

CREDITOR ID: 452138-97
NATIONWIDE LIFE INSURANCE COMPANY
ATTN: ROBERT J MALONEY, VP
ONE NATIONWIDE PLAZA
COLUMBUS OH 43215

CREDITOR ID: 411078-15
NEW PLAN EXCEL REALTY TRUST INC TA
ROANOKE LANDING, WILLIAMSTON, NC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410992-15
NEW PLAN EXCEL REALTY TRUST INC TA
APISON CROSSING, OOLTEWAH, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 417059-97
REDDYICE GROUP INC DBA
REDDY ICE CORP &  TRIANGLE ICE
ATTN: STEVEN J JANUSEK, CFO
8750 NORTH CENTRAL EXPRESSWAY
STE 1800
DALLAS TX 75231

CREDITOR ID: 410580-15
REDDYICE GROUP, INC DBA
REDDY ICE CORP &  TRIANGLE ICE
C/O AKIN GUMP STRAUSS HAUER & FELD
ATTN KEITH MILES AURZADA, ESQ
1700 PACIFIC AVENUE, SUITE 4100
DALLAS TX 75201

CREDITOR ID: 410739-15
RP BARREN RIVER, LLC
C/O SQUIRE SANDERS & DEMPSEY, LLP
ATTN KRISTIN E RICHNER, ESQ
1300 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS OH 43215

CREDITOR ID: 260289-12
SADDLE FUND I LP
C/O WINTHROP INVESTMENT GROUP
ATTN HANS J SCHMIDT, GP
PO BOX 327
MCLEAN VA 22101

CREDITOR ID: 260289-12
SADDLE FUND I LP
C/O NIXON PEABODY LLP
ATTN: DANIEL W SKLAR, ESQ
889 ELM STREET
MANCHESTER NH 03101

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 395730-65
SUNCOAST PARKING LOT SERVICES INC
ATTN WILLIAM B KNAPP, PRES
11709 106TH AVENUE N
SEMINOLE, FL 33778

CREDITOR ID: 410538-15
TEACHERS RETIREMENT SYSTEM OF THE
STATE OF KENTUCKY
C/O WYATT TARRANT & COMBS LLP
ATTN JOHN P BRICE, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 269369-16
TSCA 6, LP
C/O QUINE & ASSOCIATES, INC
PO BOX 833009
RICHARDSON, TX 75083-3009

CREDITOR ID: 269369-16
TSCA 6, LP
C/O MUNSCH HARDT KOPF & HARR, PC
ATTN ERIC SPETT/SCOTT ELLIS, ESQS
4000 FOUNTAIN PLACE
1445 ROSS AVENUE
DALLAS TX 75202

SERVICE LIST

**Notice of Debtors' Sixteenth Omnibus Objection
to (A) Misclassified Claims (B) Overstated Claims
and (C) Overstated Misclassified Claims**

**[Exhibit B - Overstated Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 377597-44
UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON, CT 06413

CREDITOR ID: 410973-15
UNILEVER HOME & PERSONAL CARE
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT 06611

CREDITOR ID: 423148-97
UNILEVER UNITED STATES INC
ATTN: BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

CREDITOR ID: 416937-15
WATERS, INC
ATTN K MARTIN WATERS JR, CHAIRMAN
301 S MCDOWELL STREET, SUITE 210
CHARLOTTE NC 28204

CREDITOR ID: 405885-99
WOLFCHASE ASSOCIATES LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 405885-99
WOLFCHASE ASSOCIATES LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREEK PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 415978-15
WOLFCHASE ASSOCIATES, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ.
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 416284-15
WTH, II, LLC
C/O WILES & WILES
ATTN JOHN J WILES, ESQ.
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA 30060-7946

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
C/O FOLEY & LARDNER
ATTN LORI V VAUGHAN, ESQ
100 N TAMPA STREET, SUITE 2700
TAMPA FL 33602

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
ATTN VANESSA ADAMS, BANKR COORD
1301 RIDGEVIEW ROAD, R-382-450
LEWISVILLE TX 75028

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
C/O HUGHES & LUCE, LLP
ATTN SABRINA L STREUSAND, ESQ
111 CONGRESS AVENUE, STE. 900
AUSTIN TX 78701

**Total:   92**

EXHIBIT A SERVICE LIST
[OVERSTATED MISCLASSIFIED CLAIMANTS]

SERVICE LIST

**Notice of Debtors' Sixteenth Omnibus Objection
to (A) Misclassified Claims (B) Overstated Claims
and (C) Overstated Misclassified Claims**

**[Exhibit C - Overstated Misclassified Claimants]**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116 | CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>C/O BLACKWELL SANDERS PEPER MARTIN<br>ATTN JOHN J CRUCIANI, ESQ<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY MO 64112 | CREDITOR ID: 1076-07<br>APPLEWOOD SHOPPING CENTER<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 |
| CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 | CREDITOR ID: 410556-15<br>BLANKENBAKER PLAZA I, LLC<br>C/O HOGAN DEVELOPMENT CO<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202 | CREDITOR ID: 410556-15<br>BLANKENBAKER PLAZA I, LLC<br>C/O KAREM & KAREM<br>ATTN JOHN W HARRISON JR, ESQ<br>2100 GARDINER LANE, SUITE 103-B<br>LOUISVILLE KY 40205 |
| CREDITOR ID: 1351-07<br>BOREN, FRANK D AND GAIL F<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 279211-35<br>CARGILL MEAT SOLUTIONS CORP<br>ATTN JENNIFER HENDERSON, LAW<br>151 N MAIN STREET<br>WICHITA KS 67202 | CREDITOR ID: 410585-99<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>OF H FUNK & P MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS IN 46204-2079 |
| CREDITOR ID: 410585-99<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>C/O LIONEL SAWYER & COLLINS<br>ATTN CRAIG E ETEM, ESQ<br>BANK OF AMERICA PLAZA<br>50 WEST LIBERTY STREET, SUITE 1100<br>RENO NV 89501 | CREDITOR ID: 410585-99<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 |
| CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O WILLKIE FARR & GALLAGHER<br>ATTN ALAN J LIPKIN, ESQ<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6373 | CREDITOR ID: 410817-15<br>CRIIMI MAE SVCS LLP, SERIES 1998-D6<br>HOLDERS NOMURA ASSET SECURITIES<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 417063-98<br>DK ACQUISITION PARTNERS LP<br>C/O MH DAVIDSON & CO<br>ATTN MICHAEL J LEFELL<br>65 EAST 55TH STREET, 19TH FLOOR<br>NEW YORK NY 10022 |
| CREDITOR ID: 407591-15<br>EAS C/O ABBOTT LABORATORIES<br>C/O KOHNER MANN & KAILAS, SC<br>ATTN MATTHEW J STICKEL, ESQ<br>WA BLDG, BARNABAS BUSINESS CENTER<br>4650 N PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 | CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY SC 29690 |
| CREDITOR ID: 381890-30<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS MN 55426 | CREDITOR ID: 410796-15<br>GWALTNEY OF SMITHFIELD, LTD<br>C/O MCGUIREWOODS, LLP<br>ATTN ROBERT A COX, JR ESQ<br>100 N TRYON STREET, SUITE 2900<br>CHARLOTTE NC 28202-4011 | CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>ATTN JO N WARD<br>PO BOX 2109<br>LAKE CITY, FL 32056-2109 |
| CREDITOR ID: 251626-12<br>HILLANDALE FARMS, INC<br>MOSELEY, PRICHARD, PARRISH, ET AL<br>ATTN RICHARD K. JONES, ESQ.<br>501 WEST BAY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 382056-36<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 |

**Notice of Debtors' Sixteenth Omnibus Objection
to (A) Misclassified Claims (B) Overstated Claims
and (C) Overstated Misclassified Claims**

**[Exhibit C - Overstated Misclassified Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 415976-99
OCEAN 505 ASSOCIATES, LLC. &
GRANDECKS ASSOCIATES, LLC
C/O ECKSTEIN PROPERTIES LLC, AGENT
ATTN SHIMON ECKSTEIN
60 BROAD STREET, SUITE 3503
NEW YORK NY 10004

CREDITOR ID: 415976-99
OCEAN 505 ASSOCIATES, LLC. &
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 415976-99
OCEAN 505 ASSOCIATES, LLC. &
C/O SCHNADER, HARRISON, ET AL
ATTN: WILLIAM J MAFFUCCI, ESQ
1600 MARKET STREET, STE 3600
PHILADELPHIA PA 19103

CREDITOR ID: 257806-12
OTIS SPUNKMEYER INC
ATTN KATHY SOLIZ
7090 COLLECTION DR
CHICAGO, IL 60693

CREDITOR ID: 405328-95
PARAMOUNT FARMS INC
ATTN C LEE, CR MGR/A ASCH, ESQ
11444 W OLYMPIC BLVD, SUITE 250
LOS ANGELES CA 90064

CREDITOR ID: 258015-12
PARAMOUNT FARMS, INC
PO BOX 200937
DALLAS TX 75320-0937

CREDITOR ID: 378301-15
ROSS PRODS DIV ABBOTT LABS INC
C/O KOHNER MANN & KAILAS SC
ATTN MATTHEW J STICKEL ESQ
WA BLDG BARNABAS BUSINESS CENTER
4650 N PORT WASHINGTON ROAD
MILWAUKEE WI 53212-1059

CREDITOR ID: 406061-97
ROSS PRODS DIV ABBOTT LABS INC
ATTN: BARRY BARNARD, VP & CONTROLLE
625 CLEVELAND AVENUE
COLUMBUS OH 43215-1724

CREDITOR ID: 279277-35
SAF-T-GARD INTERNATIONAL INC
ATTN: SHERRY CARLIN, CR MGR
205 HUEHL ROAD
NORTHBROOK IL 60062

CREDITOR ID: 406279-97
SAF-T-GARD INTERNATIONAL INC
ATTN: ROBERT DRELL, CFO
205 HUEHL ROAD
NORTHBROOK IL 60062

CREDITOR ID: 261161-12
SLIM FAST FOODS - UNILEVER
ATTN RICHARD BELLIS
2200 CABOT DR, SUITE 200
LISLE IL 60532

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 2597-07
STOCKMAN & NALLEY PARTNERSHIP
1142 REYNOLDS AVENUE
GREENWOOD, SC 29649

CREDITOR ID: 2597-07
STOCKMAN & NALLEY PARTNERSHIP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY OF EASLEY INC
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY OF EASLEY INC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 263381-12
TOWN SQUARE DEVELOPMENT
ATTN: JAMES M SIMPSON
29 PELZER AVENUE
WILLIAMSTON, SC 29697-1023

CREDITOR ID: 263381-12
TOWN SQUARE DEVELOPMENT
C/O JONES SPITZ MOORHEAD ET AL
ATTN CAROLYN G BAIRD, ESQ.
415 NORTH MAIN STREET (29621)
PO BOX 987
ANDERSON SC 29622-0987

CREDITOR ID: 423148-97
UNILEVER UNITED STATES INC
ATTN: BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

**Total:    46**

EXHIBIT B
[NOTICE TO MISCLASSIFIED CLAIMANTS]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### NOTICE OF DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO
### (A) MISCLASSIFIED CLAIMS, (B) OVERSTATED CLAIMS
### AND (C) OVERSTATED MISCLASSIFIED CLAIMS

[Claimant's Name & Address]

| **CLAIM(S) TO BE RECLASSIFIED** |
|---|
| **Claim No.:**<br>**Claim Amount:**<br>**Claim Class Status:**<br><br>**Modified Class Status:**<br>**Reason for Reclassification:**<br><br> |

     1.     PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on July 31, 2006 their Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

     2.     **Because the Debtors dispute the classification asserted in your proof of claim(s), the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above under CLAIM(S) TO BE RECLASSIFIED from the classification(s) listed above to the classification(s) listed above under "Modified Class Status."**

     3.     If you do NOT oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.      If you DO oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 21, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **August 31, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.      **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  July 31, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By      _/s/ D.J. Baker_____ | By      _/s/ James H. Post_____ |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Jane M. Leamy | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |

EXHIBIT B
[NOTICE TO OVERSTATED CLAIMANTS]

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO**
**(A) MISCLASSIFIED CLAIMS, (B) OVERSTATED CLAIMS**
**AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

[Claimant's Name & Address]                              [Counsel Address (if any)]

| **CLAIM(S) TO BE REDUCED** |
|---|
| **Claim No.:** |
| **Claim Amount:** |
| |
| **Reduced Amount:** |
| **Reason for Reduction:** |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on July 31, 2006 their Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

3.      If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00**

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**p.m. Eastern Time on August 21, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

     5.       Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

     6.       In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

     7.       A hearing will be held on **August 31, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

     8.       The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

     9.       The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

     10.      **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  July 31, 2006

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM, LLP

By     */s/ D.J. Baker*                      By     */s/ James H. Post*
       D.J. Baker                                  Stephen D. Busey
       Sally McDonald Henry                       James H. Post
       Rosalie Walker Gray                        Cynthia C. Jackson
       Jane M. Leamy                            Florida Bar Number 175460
Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036              Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                  jpost@smithhulsey.com

EXHIBIT B
[NOTICE TO OVERSTATED MISCLASSIFIED CLAIMANTS]

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO**
**(A) MISCLASSIFIED CLAIMS, (B) OVERSTATED CLAIMS**
**AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

[Claimant's Name & Address]                                    [Counsel Address (if any)]

---

**CLAIM(S) TO BE REDUCED AND RECLASSIFIED**

**Claim No.:**
**Claim Amount:**
**Asserted Class Status:**

**Modified Class Status:**
**Reduced Claim Amount:**
**Reason for Reduction and Reclassification:**

---

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on July 31, 2006 their Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED AND RECLASSIFIED for the reason set forth above.  In addition, because the Debtors dispute the classification asserted in your proof of claim(s),  the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to the classification listed above under "Modified Class Status."**

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.      If you do NOT oppose the reduction and reclassification of your claim(s) listed above under CLAIM(S) TO BE REDUCED AND RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the reduction and reclassification of your claim(s) listed above under CLAIM(S) TO BE REDUCED AND RECLASSIFIED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 21, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **August 31, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do not agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  July 31, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By     _/s/ D.J. Baker_____ | By     _/s/ James H. Post_____ |
|         D.J. Baker |         Stephen D. Busey |
|         Sally McDonald Henry |         James H. Post |
|         Rosalie Walker Gray |         Cynthia C. Jackson |
|         Jane M. Leamy |         Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com |  jpost@smithhulsey.com |