# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                          Case No. 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,    Chapter 11

        Debtors.                Jointly Administered

_____/

**AFFIDAVIT OF THOMAS J. SNYDER IN SUPPORT OF
APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF WINN-DIXIE STORES, INC., et al. FOR
ORDER, PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103
AND FED. R. BANKR. P. 2014, AUTHORIZING RETENTION
AND EMPLOYMENT OF SPENCER STUART, EFFECTIVE AS OF
JULY 10, 2006, AS DIRECTOR RETENTION CONSULTANT**

STATE OF ILLINOIS        )
                         )   SS.
COUNTY OF COOK           )

        Pursuant to Federal Rule of Bankruptcy Procedure

(the "Bankruptcy Rules") 2014, Thomas J. Snyder, being duly

sworn, deposes and says:

        1.    I am the co-leader of the retail practice

for Spencer Stuart, which maintains offices at 401 North

Michigan Avenue, Suite 3400, Chicago, Illinois 60611, and

I am duly authorized to make this Affidavit on behalf of

Spencer Stuart.

        2.    I make this Affidavit in support of the

Application Of Official Committee Of Unsecured Creditors Of

Winn-Dixie Stores, Inc., et al. For Order, Pursuant To 11

U.S.C. §§ 328(a) And 1103 And Fed. R. Bankr. P. 2014,

Authorizing Retention And Employment Of Spencer Stuart,
Effective As Of July 10, 2006, As Director Retention
Consultant, dated August 7, 2006 (the "Application") on the
terms set forth in the Engagement Letter.[1]

3.    Unless otherwise stated in this Affidavit, I
have personal knowledge of the facts set forth herein, and
if called as a witness, I would testify thereto.

## SPENCER STUART'S QUALIFICATIONS

4.    Spencer Stuart has nearly 50 years of
experience in the executive search field and is one of the
leading executive search firms in the United States.
Spencer Stuart also has extensive experience in assisting
companies in selecting board candidates.  Moreover, Spencer
Stuart has been employed to conduct executive and board
searches for a number of companies emerging from bankruptcy
including Spiegel, Inc., Federated Department Stores,
Payless Cashways, Inc., and Warnaco.

## SERVICES TO BE PROVIDED

5.    Spencer Stuart will work with the Committee
to locate qualified candidates to serve on the Board of
reorganized Winn Dixie.  Spencer Stuart's services will
include, among others, the following:

---

[1]    Capitalized terms used herein but not defined shall have
the meanings assigned to them in the Application.

(i)     Meeting with the Committee to develop background information on the significant issues and creditor expectations to become as knowledgeable as possible about the Debtors and the relevant positions, as to obtain the full benefit of the Committee's thinking, prior to approaching and meeting with candidates;

(ii)    Working with the Committee to develop detailed position specifications based on, inter alia, Spencer Stuart's knowledge of the business;

(iii)   Constructing a search strategy for the positions to define and prioritize potential candidate locations, position levels and other elements of the search focus in order to ensure a comprehensive search assignment;

(iv)    Conducting an intensive search utilizing Spencer Stuart's retail networks and knowledge of the marketplace to yield qualified individuals for the Committee to compare and evaluate;

(v)     Thoroughly interviewing qualified candidates to obtain a realistic understanding of their experience, accomplishments, capabilities, and potential, and preparing and presenting a comprehensive resume for review of each candidate recommended to be interviewed;

(vi)    Presenting the best qualified and interested individuals for selection interviews;

(vii)   Assisting as necessary in developing and negotiating the final compensation package and other terms of employment for the directors;

(viii)  Conducting reference checks of successful candidates, including (a) speaking directly with individuals who are or have been in positions to evaluate the candidate's performance on the job; and (b) verifying information such as university degrees and professional qualifications;

(ix)    Conducting periodic progress reviews with
        the Committee to discuss individuals
        contacted, candidate interest, recruiting
        issues, and any other matters related to the
        search; and

(x)     Performing such other search-related
        services as may be required by the
        Committee.

6.    Subject to Court approval, Spencer Stuart
will be retained until the completion of the assignment
unless terminated beforehand in accordance with the
provisions of the Engagement Letter.

7.    Spencer Stuart is willing to serve as
director retention consultant to the Committee and perform
the services described above.

## SPENCER STUART'S CONNECTIONS WITH PARTIES IN INTEREST

8.    Except as otherwise set forth herein,
Spencer Stuart does not hold or represent an interest
adverse to the Committee or the Debtors in connection with
these chapter 11 cases and is a "disinterested person" with
respect to Debtors as defined by section 101(14) of the
Bankruptcy Code.

9.    In connection with its proposed retention by
the Committee, Spencer Stuart searched its client database
for the last three (3) years to determine whether it had,
within such period of time, any relationships with the
parties listed on the list of interested parties (the "List

of Interested Parties") furnished by Debtors' counsel and annexed hereto as Schedule 2.

10.   To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry -- including by my review of the List of Interested Parties -- that to the extent that Spencer Stuart has a relationship with any such entity on the List of Interested Parties, the identities of such entities, and Spencer Stuart's relationships therewith, are set forth on Schedule 1 attached hereto and incorporated herein.

11.   The Debtors have thousands of creditors and shareholders and, accordingly, Spencer Stuart may have rendered or may currently render services to certain of these creditors and shareholders.  Spencer Stuart does not perform services for any of these entities in connection with these cases nor does it believe that any relationship it may have with any of the Debtors' creditors or equity security holders will interfere with or impair Spencer Stuart's service to the Committee in these cases.

12.   If Spencer Stuart discovers additional information that requires disclosure regarding its relationships, Spencer Stuart will file a supplemental disclosure with the Court.

## COMPENSATION

13.   As of the date of this Affidavit, Spencer Stuart has received no compensation for its work on behalf of the Committee.

14.   Pursuant to the Engagement Letter, Spencer Stuart's retainer fee will be up to $525,000 (the "Retainer Fee"), which will be billed in three (3) equal installments of $175,000 (each, an "Installment" and, collectively, "Installments") for up to seven (7) Board member placements at $75,000 per each Board member placement.  The Installments are to be paid by the Debtors on August 15, 2006, September 15, 2006, and October 16, 2006 (each, an "Installment Date" and, collectively, "Installment Dates"), subject to entry of an order approving this Application. If an order approving this Application is not entered prior to an Installment Date (or Installment Dates, as the case may be), Spencer Stuart shall be paid as soon as practicable for that Installment (or Installments) following entry of an order approving this Application. If the Retainer Fee has been fully invoiced prior to completion of Spencer Stuart's work, no further fees (except out-of-pocket expenses) will be billed.  If the assignment is completed prior to the end of the retainer period, the full fee will be due at that time.

15.   In addition to the fees noted above, Spencer Stuart also charges monthly for search-related expenses at ten percent of each Installment.  Spencer Stuart will also be reimbursed for direct, out-of-pocket expenses (i.e., candidate and consultant interview and travel-related expenses).  Direct, out-of-pocket expenses will be billed as incurred.

16.   In the event that Spencer Stuart's engagement is terminated after the first month, fees are considered earned to the date of cancellation on a 90-day prorated basis from the date Spencer Stuart was authorized to proceed on the engagement.  However, the first month's fees plus associated overhead are considered earned in their entirety at the commencement of the assignment regardless of the date of cancellation.  If the Committee cancels the search without a placement but then hires a candidate as a Board member that was presented or identified to the Committee within one year from the completion or termination of the engagement, Spencer Stuart will bill Winn-Dixie the Retainer Fee as outlined above.

17.   If the Committee selects any additional candidates for the Board presented or identified to the Committee by Spencer Stuart within one year from the completion or termination of the engagement, Spencer Stuart

will bill the Debtors an additional search fee of $75,000 for each additional placement.

18.   Spencer Stuart will file supplemental affidavits regarding this retention if any additional relevant information comes to its attention.

_____
Thomas J. Snyder


Sworn to and subscribed before me
this 17th day of August 2006.

_____
Notary Public

"OFFICIAL SEAL"
JASON W. FEEHAN
Notary Public, State of Illinois
My Commission Expires 04/03/07

## SCHEDULE 1 TO SNYDER AFFIDAVIT

| Party In Interest | Relationship with Spencer Stuart |
|---|---|
| Aetna, Inc | Current Client |
| Air Products & Chemicals, Inc. | Current Client |
| Alberto-Culver Company | Former Client |
| Albertson's, Inc. | Former Client |
| AlixPartners, LLC | Current Client |
| Assurant, Inc. | Former Client |
| AT&T Corporation | Former Client |
| Bain & Company, Inc. | Former Client |
| Bank of New York Company, Inc. | Former Client |
| BEA Systems, Inc. | Current Client |
| Blackstone Group L.P. | Former Client |
| Blue Cross & Blue Shield of Florida | Current Client |
| Campbell Soup Company, Inc. | Current Client |
| Cardinal Health, Inc. | Current Client |
| Cardtronics, Inc. | Former Client |
| Cargill, Inc. | Current Client |
| CA, Inc. | Former Client |
| CheckFree Corporation | Current Client |
| Clorox Company | Current Client |
| Coca-Cola Company | Former Client |
| ConAgra Foods, Inc. | Current Client |
| ConAgra Grocery Products Company | Former Client |
| Corporation of Lloyd's | Former Client |
| Credit Suisse Asset Management (US) | Former Client |
| Credit Suisse First Boston LLC | Former Client |
| Dannon Company | Former Client |
| Dean Foods Company | Current Client |

| Party In Interest | Relationship with Spencer Stuart |
|---|---|
| Del Monte (USA) | Current Client |
| Dell, Inc. | Former Client |
| Deloitte & Touche LLP | Current Client |
| Discover Financial Services, Inc. | Former Client |
| Duke Energy Corporation | Former Client |
| EMC Corporation | Former Client |
| Entergy Corporation | Former Client |
| FedEx Corporation | Current Client |
| Ferrero USA, Inc. | Former Client |
| Food Lion, LLC | Current Client |
| Fortis Group | Current Client |
| General Mills, Inc. | Former Client |
| Georgia-Pacific Corporation | Former Client |
| Gerber Products Company | Former Client |
| Getronics USA | Former Client |
| Gillette Company | Former Client |
| H.E. Butt Grocery Company | Former Client |
| H.J. Heinz Company | Former Client |
| Hartford Financial Services Group, Inc. | Former Client |
| Hershey Company | Current Client |
| Hershey Foods Corporation | Former Client |
| Houlihan Lokey Howard & Zukin | Former Client |
| Hyperion Solutions Corporation | Former Client |
| ICOS Corporation | Current Client |
| Informatica Corporation | Former Client |
| Information Resources, Inc. | Former Client |
| Infosys Technologies (US) | Former Client |
| Kimberly-Clark Corporation | Current Client |

| Party In Interest | Relationship with Spencer Stuart |
|---|---|
| Kmart Corporation | Former Client |
| KPMG LLC | Former Client |
| Kraft Foods, Inc. | Former Client |
| Kroger Company | Current Client |
| L'Oréal USA, Inc. | Former Client |
| Liberty Mutual Insurance Company | Former Client |
| Marsh, Inc. | Former Client |
| McDonald's Corporation | Current Client |
| MeadWestVaco Corporation | Current Client |
| Merrill Lynch & Company, Inc. | Current Client |
| Mettler-Toledo International, Inc. | Former Client |
| Morgan, Lewis & Bockius LLC | Former Client |
| National City Corporation | Former Client |
| NCR Corporation | Current Client |
| Network Associates, Inc. | Former Client |
| Network General Corporation | Former Client |
| New York Stock Exchange, Inc. | Former Client |
| Nielsen Media Research | Current Client |
| Novartis Consumer Health | Current Client |
| Payless ShoeSource, Inc. | Current Client |
| Pepperidge Farm, Inc. | Former Client |
| Pfizer, Inc. | Current Client |
| Pharmavite LLC | Former Client |
| Pinnacle Foods Corporation | Former Client |
| Pitney Bowes, Inc. | Current Client |
| PriceWaterhouseCoopers | Current Client |
| RLI Corp. | Former Client |
| Safety-Kleen Corporation | Former Client |

| Party In Interest | Relationship with Spencer Stuart |
| --- | --- |
| Safeway, Inc. | Former Client |
| Schering-Plough Corporation | Current Client |
| SIRVA, Inc. | Former Client |
| Specialty Brands, Inc. | Former Client |
| SPSS, Inc. | Current Client |
| SunTrust Banks, Inc. | Former Client |
| Supervalu, Inc. | Current Client |
| Tyson Foods, Inc. | Former Client |
| Unilever Bestfoods North America | Former Client |
| Unilever Home & Personal Care North America | Former Client |
| UBS AG (US) | Current Client |
| US Bancorp | Current Client |
| Wachovia Bank N.A. | Former Client |
| Wachovia Corporation | Former Client |
| Wachovia Securities LLC | Former Client |
| Wal-Mart Stores, Inc. | Current Client |
| Weingarten Realty Investors | Former Client |
| Western Union Financial Services, Inc. | Former Client |
| Wellington Management Company | Current Client |
| Winn-Dixie Stores, Inc. | Current Client |
| Wyeth Consumer Healthcare, Inc. | Former Client |
| Xerox Corporation | Current Client |

| Party In Interest | Relationship with Spencer Stuart |
| --- | --- |
| Peter L. Lynch | Spencer Stuart conducted the management search that resulted in the placement of Mr. Lynch as Chief Executive Officer of Winn-Dixie Stores, Inc. |

## SCHEDULE 2 TO SNYDER AFFIDAVIT

### List of Interested Parties Searched

#### Debtors
Astor Products, Inc.
Crackin' Good, Inc.
Deep South Distributors, Inc.
Deep South Products, Inc.
Dixie Darling Bakers, Inc.
Dixie Home Stores, Inc.
Dixie Packers, Inc.
Dixie Spirits, Inc.
Economy Wholesale Distributors, Inc.
Foodway Stores, Inc.
Kwik Chek Supermarkets, Inc.
Sunbelt Products, Inc.
Superior Food Company
Table Supply Food Stores Co., Inc.
WD Brand Prestige Steaks, Inc.
Winn-Dixie Handyman, Inc.
Winn-Dixie Logistics, Inc.
Winn-Dixie Montgomery, Inc.
Winn-Dixie Procurement, Inc.
Winn-Dixie Raleigh, Inc.
Winn-Dixie Stores, Inc. (Parent)
Winn-Dixie Supermarkets, Inc.

#### Non-Debtor Affiliates
Bahamas Supermarkets Limited
SaveRite Grocery Warehouse, Inc.
The City Meat Markets Limited
W-D (Bahamas) Limited
WIN General Insurance, Inc.

#### Former Subsidiaries
Monterey Canning Co. (listed as guarantor on Second
   Amended Indenture but not listed as a Winn-Dixie
   subsidiary on webpage)
Sundown Sales, Inc.
Winn-Dixie Charlotte, Inc.
Winn-Dixie Louisiana, Inc.

#### Directors
John E. Anderson
Laurence B. Appel
Keva M. Bethel
Dale H. Bitter
D. Michael Byrum
John H. Dasburg
A. Dano Davis
T. Wayne Davis
Judith W. Dixon
Tillie K. Fowler
Kellie D. Hardee
Micheal J. Istre
L.B. Johnson
Robert L. Johnson
Richard C. Judd

Peter L. Lynch
Richard P. McCook
Edward W. Mehrer, Jr.
Charles R. Newsom
Julia B. North
Bennett L. Nussbaum
Barry J. Rassin
Carleton T. Rider
Hugh G. Sands
John R. Sheehan
H. Jay Skelton
Bruce R. Souder
John R. Souder
N/A Charles P. Stephens
Ronald Townsend

**Officers**

Laurence B. Appel
Dale H. Bitter
James R. Brogan
D. Michael Byrum
Keith B. Cherry
Dedra Dogan
C.W. Doolitle, Jr.
Gari L. Estill
W. Fisher
C.A. Forehand
Nancy H. Gaddy
J.R. Gage
Kellie D. Hardee
David F. Henry
Hal I. Hopkins, Jr.
Randall L. Hutton
Michael J. Istre
John James
G.B. Jones
Richard C. Judd
Paul J. Kennedy
Bryan C.S. Knowles
Dan G. Lafever
Peter L. Lynch
Dewey J. Maroney
D.K. Martin
Mark W. Matta
Joseph P. Medina
David A. Moore, Jr.
Paul Novak
Bennett L. Nussbaum
Evan L. Rainwater
Randall L. Rambo
Kim A. Romeo
Allen R. Rowland
Jayson J. Roy
Cynthia S. Rubio
Karen E. Salem
C.L. Scott
Mark A. Sellers
Dennis M. Sheehan
John R. Sheehan
Bruce R. Souder

Blake S. Spooner
Paul L. Tiberio
H. Stanley Wadford
Charles M. Weston
David M. Young

**Former Directors/Executive Officers**
Dean Dell Antonia
Joel B. Barton
Stephen T. Deriesthal
Curt M. Gore
George T. Gue Jr.
Dennis H. Hanley
Frank Lazaran
Paul Novak
Fred Ottolino
James H. Thatcher

**Agents and Lenders to 2004 Credit Agreement**
Amsouth Bank
Bank One
The CIT Group/Business Credit, Inc.
Congress Financial Corporation (Florida)
Fleet Retail Group, Inc.
General Electric Capital Corporation
GMAC Commercial Finance LLC
Israel Discount Bank
Merrill Lynch Capital
National City Business Credit, Inc.
PNC Business Credit
RZB Finance LLC
Siemens Financial Services, Inc.
Suntrust Bank
UBS AG, Stamford Branch
Wachovia Bank, National Association
Wachovia Capital Markets, LLC
Webster Business Credit Corp.
Wells Fargo Foothill, LLC

**Other Secured Parties**
Lutheran Brotherhood

**Indenture Parties**
Wilmington Trust Company

**Banks at which Accounts are Maintained**
American Gateway Bank
AmSouth Bank
Bancorp South
Bank of Clarkson
Bank of Granite
BB&T
Centura Bank
Citizens Bank
Colonial Bank
Colony Bank of Fitzgerald
Community Bank & Trust
Community Trust Bank
Compass Bank
Farmers Bank & Trust

Fidelity Federal Bank & Trust
Fifth Third Bank
First Citizens Bank
The First National Bank
First National Bank of Manchester
First National Bank of Wauchula
First State Bank
Hancock Bank
Hibernia Bank
The Heritage Bank
Iberia Savings Bank
IronStone Bank
Marketplace Federal Credit Union
Merchants & Marine Bank
National Bank of Walton
National City
Northeast Georgia Bank
Ocean Bank
Peoples State Bank & Trust
The Provident Bank
Regions Bank
Security State Bank
South GA Banking Co.
Sun Trust Bank
Teche Federal Savings Bank
Tippins Bank & Trust Co.
Trustmark National Bank
Union Planters Bank
United Bank
US Bank
Wachovia
Wakulla Bank
Wilson & Muir

**Top 50 Unsecured Trade Creditors as of Filing**
Alberto Culver USA
Anderson News LLC
Bayer Corp.
Blue Cross Blue Shield of South Carolina
Campbell Soup Co
CH Robinson Worldwide Inc
Clorox Sales Co - KPD
Coca-Cola Bottling Co.
Coca-Cola Bottling Works
Conagra Grocery Products Co.
Del Monte Foods USA
DLJ Produce Inc
Edy's Grand Ice Cream
Fin Tech
Florida Coca-Cola Bottling
Florida Power & Light Co.
Frito Lay Inc.
Front End Services Corp.
General Electric Company
General Mills Inc.
Georgia-Pacific Corp.
Gerber Products Company
Gillette Company
Good Humor Breyers Ice Cream
Gourmet Award Foods Mid Atlantic

4

Gulf Coast Coca-Cola Bottling Company
Hershey Chocolate USA
JJSLC
Keebler Company
Kellogg Sales Company
Kimberly Clark
Konica Photo Imaging
Kraft General Foods Inc.
Kraft Pizza Company
Louisiana Coca-Cola
Mansfield Oil Company
McKee Foods Corporation
Nabisco Brands Inc.
Nestle Purina Petcare Company
Nestle USA
Pepperidge Farm Inc. - Cookies
Pepsico, Inc.
Powerhouse Produce LLC
Procter & Gamble Dist Co.
Quaker Oats Company
Riverdale Farms
Ross Laboratories
Safe Harbor Seafood
Sanderson Farms
Sara Lee Foods
Schering-Plough Health Care
Schreiber Foods Inc
Smith Kline Beecham
Unilever Best Foods
Unilever HPC USA
US Bank Corporation
Warner Lambert Consumer Group
Wyeth Consumer Healthcare

**Institutional Bond Holders**
American Bond Fund of America
American Capital World Bond Fund
American Funds
American Funds High Income Trust
American Funds Insurance - Asset Allocation
American Funds Insurance
American Funds Smallcap World Fund
American Memorial Life Insurance Co.
Amerihealth Insurance Company of New Jersey
Ameriprime Funds
ANIA High Yield Bond Portfolio
Arnhold & S Bleichroeder Advisers, LLC
Assurant Inc.
Austin Investment Management Co.
Aviva Life Insurance Company
Capital Research and Management Company
CGU Insurance Group
Clariden US High Yield Bond Fund
Colonial Intermarket Income Trust
Columbia Management Advisors
Credit Suisse Asset Management Ltd.
Credit Suisse FS High Yield Bond
Credit Suisse High Yield Bond Fund
Delphi Financial Group
Denver Investment Advisors Inc.

DLJ Investment Management Corp.
Dynamic American Value
Dynamic American Value Fund
First Eagle Funds
First Eagle US Value Fund
First Fortis Life Insurance Company
Fortis Benefits Insurance Company
Fortis Group
Fortis Insurance Company
Fringe Benefit Life Insurance Company
Goodman & Co. Investment Counsel
High Yield Plus Fund
IMS Capital Management
IMS Strategic Income Fund
Independence Blue Cross
John Alden Life Insurance Company
Julius Meinl Investment Gmbh
Liberty Funds Distributor, Inc.
Meinl Capitol
PHUP Training
Prudential Investments Fund Management LLC
QCC Insurance Company
Regence Blue Shield
Regence BlueCross BlueShield of Oregon
Regence BlueCross BlueShield of Utah
Reliance Standard Life Insurance Company
Securities Management and Research, Inc.
The Vanguard Group
Vanguard Group Incorporated
Vanguard High-Yield Corporate Bond Portfolio
Vanguard VVIF HighYield Bond Fund
Wellington Management Co. LLP
Westcore Flexible Income Fund
Westcore Funds

**Institutional/Significant Shareholders**
Charles H. Brandes
Brandes Investment Partners, Inc.
Brandes Investment Partners, L.P.
Brandes Worldwide Holdings, L.P.
Davis Family Irrevocable Term Trust
Jeffrey A. Busby
Glenn R. Carlson
D.D.I., Inc. formerly Vadis Investments, Inc.

**Parties that Have Filed UCC-1s**
American Bank Note Company, As Agent For
  The United States Postal Services
Amsouth Bank
Bank of America, N.A.
Bennett's Leasing Incorporated
Cargill, Incorporated
Cisco Systems Capital Corporation
Computer Leasing Company of Michigan, Inc.
Cryovac, Inc.
EMC Corporation
Fidelity Leasing, Inc.
First Union National Bank
Fleet Business Credit, LLC
Fleet Capital Leasing - Technology Finance

Fleet Leasing Corporation
GATX Technology Services Corporation
GE Capital
General Electric Capital
General Electric Capital Corporation
Healthguard Finance Corporation
Healthguard International, Inc.
IBM Credit Corporation (Lessor)
IBM Credit LLC
Ikon Office Solutions Inc.
Konica Photo Imaging
Konica USA Inc.
National City Bank of Michigan/Illinois
NCR Corporation
Norse Dairy Systems
State of Alabama, Dept. of Revenue
Storagetek Financial Services Corporation
US Bancorp
Wachovia Bank, National Association, As Administrative Agent
Wells Fargo Bank, N.A.
Xpedex - Division of International Paper

**Other Known Creditors as of Filing**
Canadian Imperial Bank of Commerce

**Lessors of Real Property**
100 Executive Drive LP
11010 Seventh Ave Investments
145 Associates Ltd
17161 N W 27th Avenue LLC
1954 Unionport Associates LLC
1980 Unionport Associates LLC
1997 Properties
2525 East Hillsborough Ave LLC
40/86 Mortagage Capital Inc
440 Group Ltd
4JS Family LLLC
5 Points West Shopping Center
51st Street & 8th Ave Corp
7595 Centurion Parkway LLC
9 SC Associates
98 Palms Ltd
99 Eglin Ltd
A F I Management
A G Edwards
A J & C Garfunkel
A L S Telfair Plaza
Ackerman-Midtown Assoc
Acorn Assoc Ltd
Acron USA Fonds Winn Dixie LP
Adams Realty
Aegis Waterford LLC
Aegon USA Realty Advisors Inc
AEI Income & Growth Fund XXI L
AEI Net Lease Income & Growth
AEM Stiftung LLC
Agree Limited Partnership
Aintsar Realty Corp
Airkaman Of Jacksonville Inc
Al Bellotto Inc

Alabama '83 Center Associates
Albert J Cirignano Sr
Albion Pacific Prop Resources
Alfa Mutual Fire Ins Co
Allard LLC
Allen Canning Company
Allied Capital Corporation
Allied Capital REIT Inc
Altamonte SSG Inc
Alvin B Chan Family LP
Alvin B Chan Inc
Alvyn L Woods
Amberjack, Ltd.
Amelia Plaza Shopping Center
American Commercial Realty
American Federal Properties
American Mortgage & Realty Corp.
American Paper Box Company Inc
American Plaza Ltd Partnership
American United Life Ins Co
Americana East Investments Inc
Anderson News LLC
Ansel Properties Inc
Applewood Shopping Center
Arcadia FL Diversey West
Arco Realty Company
Arlington Properties Inc
Arnobo Associates Partnership
Aronov Realty Company, Inc.
ARS Investment Corporation
Asbury Commons Ltd
Ashy-Brown Gonzales
August Urbanek Investments
Avon Square Ltd
Avondale Square Limited
Azalea Management And Leasing
Azalea Shopping Center
B V Belk Jr
Bailey & Associates
Bainbridge Associates
Baker & Baker
Bakersmith Corners LLC
Banc One
Bank Midwest
Bank Of New York
Barbaree G. Rosenbaum
Bardstown SC LLC
Barlind Enterprises
Barron Collier Partnership
Barrett Crossing Shopping Cent
Baumgardner-Hogan I LLC
Baxley Zamagias Lp
Baylanding Inc
Bayview Loan Servicing LLC
Beachwalk Centre II LLC
Beauty Beat
Bedford Avenue Realty Inc
Beer Wells Real Estate Service
Belco Enterprises
Belk Investments

Belleview Square Corp
Belmart Inc
Benderson 85-1 Trust And Wayne
Benderson Trust & Wayne Ruben
Ben Fitzgerald Real Estate Services
Benjamin Adam Setzer As Truste
Bennett V York
Bennetsville 99-SC, LLC
BEP II Limited Partnership
Bergeron WD Palmetto LLC
BG Highlands LLC
BG Turfway LLC
BHBS Inc
BHR LLC
Big Pine Shopping Center LLC
Bill Agapion
Bird Square Plaza Management I
Birmingham Realty Co
Blaine Lake LLC
Blanchard and Calhoun Real Est
Blue Angel Crossings
Bob Neill & Associates
Boca Greens Realty Associates, LLC
Boehringer Ingelheim Consumer Health Care Products, Inc.
Bogalusa Shopping Center Co
Bonners Point LLC
Bordeaux Center Inc
Bowdoin Square LLC
Boyd L Hyder
Boynton Lakes Plaza
Brandon Centre South
Brandywine Plaza Ltd
Brent Lance Trager
Brierwood Village Plaza
Bright-Meyers Dublin Assoc
Broad Street Station S.C.,LLC
Broadmoor Development Co
Brookhaven Retail LLC
Brookwood Flamingo Partners LP
Brookwood LLC
Brown Investment Properties
Brown Noltemeyer Company
BT Marietta LLC
Bundy New Orleans Co LLC
Bunkie Investment Co LLC
Burlington Associates Ltd Prt
Butler Investments, LLC
BW Dix Inc
BW Treasure Inc
Byars & Co Inc
C & A Ltd, Lc
C C Altamonte Joint Venture
Ca New Fixed Rate Partnership
Ca New Plan Venture Fund Louis
Cadillac Partnership
Caffery Center LLC
Caldwell Realty & Investment C
California Club Mall
Callahan Plaza Shopping Center
Cameron Edenton Co

Cameron Sanford Company LLC
Camilla Marketplace Associates
Cane River Shopping Cen
Capco 1998 D-7 Arlington Cente
Capital Advisors Inc
Capital Development Company
Capital Properties Associates
Capmark Services LP
Cardinal Entities Company LLC
Capital Crossing Bank
Capital Plaza Shopping Center
Carl Dupuis
Carolina Enterprises Inc
Casselsquare LLC
Casto Investments Co Ltd
Cayce Marketplace LP
CC Realty Intermediate Fund I
CCP Employee Profit Sharing Plan & Trust
CDC Paying Agent LLC
Cedar Creek Crossing Associate
Cedar Mountain Village
Cedar Springs Ctr Assocs
Central Progressive Bank
Central Texas Shopping
Centrex Properties Inc
Century Management And
CFG Limited
Chambers Square LLC
Chapel Trail Associates Ltd
Chapin Development Co
Charles Simon Trustee Of Same
Charleston Square Inc Bank Of
Chester Dix Jefferson Corp.
CHK & Associates
Cityview LLC
Civic Center Station Ltd
Clayton Crossings LLC
Clearlake Square
Cleveland Marketplace Ltd
Cliffdale Corner Inc
Clinton House Company
CMC Real Estate Program
Collett Management LLC
Collins & Aikman
Collins Pointe Shopping Center
Colonial Development Co LLC
Colonial Properties Services
Colonial Properties Trust
Columbia Marketplace LLC
Columbus Life Insurance Co
Comke Inc
Commercial Leasing One
Commercial Leasing Two
Commercial Net Lease Realty In
Commodore Realty Inc
Concire Centers Inc
Concord Advantage LP
Conseco Mortgage Capital Inc
Constellation Apartments
Cooper Smolen Joint Venture

Coralwood Shopping Center
Cordova Collection Lp
Country Club Centre LLC
CPG Finance I LLC
CPM Associates LP
Crawford Norwood Realtors Inc
Crenshaw-Singleton Properties
Crescent Investment Corp
Crest Haven LLC
Crestview Marketplace LLC
Cross County Associates LP
Crossing Of Orlando Ltd
Crowder Family Joint Venture
Crown Liquors Broward Inc.
Crump Investments Ltd
Crystal Beach Acquistion LP
Crystal Lake At Orlando
Curry Ford LP
Cypress Run LLC
D R Plaza Ltd
Dahlem Enterprises Inc
Dairy Plaza Associates Ltd
Dalraida Properities Inc
Daniel G Kamin
Daniel H Case And
Dauksch Family Partnership
David R. Krug & Associates
Davie Plaza Limited Partnership
Davis Mill Station
Day Properties LLC
DBT Porcupine WD3
DDR Downreit LLC
DDR MDT Carillon Place LLC
Debary Common Shopping Center
Decatur Realty LLC
Deerfield Company Inc
Deerfoot Marketplace LLC
Defuniak Square Partners Ltd
Del Fair Inc
Del Mar Shopping Center
Delnice Corp N.V.
Delta Interest LLC
Delta Plaza LLC
Deltona Assoc Ltd
DEM Partnership
Dept of Finance State of Alabama
Devcon Enterprises Inc
Developers Diversified Realty
Dickinson Logan Todd & Barber
DMI Agent For IDR Jr & LLR Jr
Downtown Destin S/C
Downtown Two LLC
DPJ Company Limited
Dr Ralph Dayan
Drake Rental Account
Drinkard Development
Duckworth Morris Realty
Durham Plaza Associates
E & A Southeast LP
E and A Aquisition Two LP

East Partners Ltd
Eastdale Square LLC
Eastern Retail Holdings LP
Eastgate Center LLC
Eastgate Investors LLC
Ebinport Assoc
EBR Partnership
Eckstein Properties LLC
Ed Street Dev Co
Eden Meadow Greens Associates
Edens & Avant Inc
Edens & Avant Properties LP
EIG Gordon Village LLC
EIG Hampton Square LLC
Elfers Square Center Inc
Eliot Properties
Elizabethton Plaza, Ltd.
Elkmont Associates
Ellis Gibson Development Group
Elston/Leetsdale LLC
Englewood Village LLC
English Village LLC
Equity Assoc
Equity One (Delta) Inc
Equity One (Hunters Creek)Inc
Equity One (Lantana) Inc
Equity One (Pointe Royale) Inc
Equity One (Summerlin) Inc
Equity One (West Lake) Inc
Equity One Alpha Inc
Equity One Commonwealth Inc
Equity One Inc
Equity One Monument Pointe Inc
Ernst Properties, Inc
Ervin & Susanne Bard
Esther S. Fleder
Eugene M Mclain
Eupora Shopping Center
Eutis Mortgage Corporation
Evangeline Life Insurance Co
E. W. James, Inc.
Excel Realty Partners LP
F R O LLC VII
Fairfield Partners LP
Fairway Food Stores
First National Bank
First Republic Corp of America
First Security Bank
First Security Bank Natl Assoc
First Union National Bank
First Union Wholesale Lockbox
First Westgate Mall LP
Flag Bank
Flagler Retail Associates Ltd
Flamingo East Ltd
Fletcher Bright Company
Flint Crossing LLC
Florida Dickens Associates Ltd
FMV Associates
Folmar & Associates

Foothills Partnership
Fountain Columbus Assoc LLC
Four Florida Shopping Centers
Francine Trager Kempner
Francis Carrington
Frank D Boren And Gail F Boren
Frank W Guilford Jr Trustee
Frankford Dallas, LLC
FRO LLC VIII
Fury's Ferry Shoppes
FWI 16 LLC
FWI 20 LLC
FWI 23 LLC
FWI 5 LLC
G H I of West Palm Beach LLC
Gad & Asher Realty Ltd
Galileo Cmb T1 H1 TX LP
Galt Ocean Marketplace
Gardens Park Plaza  219
Gates Of St Johns LLC
Gator Carriage Partners Ltd
Gator Jacaranda Ltd
Gator Linton Partners Ltd
Gehr Development Florida LLC
GEM Nickerson, LLC
Gem Warwick LLC
General Electric Business Asset
General Electric Capital Business
General Management Services
Genoa Associates LLC
Gentilly Square
George B Nalley Jr
George C Walker &
George Chen Formosa Developers
George D Zamias
George Dewrell
GLA LLC
Glenway Associates
Glenwood Midway Co LLC
Glimcher Properties Limited
Glynn Enterprises LLC
Golden Flake Snack Foods, Inc.
Goodings Supermarkets Inc
Gordon K Konrad
Gottlieb Family Trust Houma Ll
Graham And Company
Grandecks Associates, L.L.C., c/o Eckstein Properties
Gray - White LLC
GRE Coralwodd LP
GRE Properties L L C
Great Oak LLC
Great South Mgmt LLC
Greenville Associates
Greenville Compress Co
Greenville Grocery LLC
Greenwood Commons Assoc
Greer Plaza Inc
Gregory F. Reggie
GS II Brook Highland LLC
GS II Jacksonville Regional LL

Guin Square LLC
Gulf Coast Properties
Gulfport Plaza Center Inc
H C Plunkett
H R Orlando LLC
H V McCoy & Company Inc
Haddco Properties Ltd Partners
Hall Properties
Halpern Enterprises
Halpern Enterprises Inc
Hamilton Square LLC
Hammerdale Inc
Hammonton Partners
Harold G  Bagwell
Harvey Lindsay Commercial Real
Hasco Properties
Hayday Inc
Haydel Realty Company Inc
Heathrow Square LLC
Helena Marketplace LLC
Helman Realty, LLC
Henderson Corporation
Herbert Singer
Heritage Community Bank
Heritage Crossing Associates
Heritage Prop Investment Ltd P
Heritage SPE LLC
Heritage Square Assoc
Herman Maisel & Co Inc
Hialeah Fee Commons Ltd
Hialeah Promenade Limited Part
Highland Associates Lp
Highland Commons Boone LLC
Highland Lakes Associates
Highland Sq Shop Center
Hildebran Associates
Hillcrest Shopping Center
Hillsboro-Lyons Investors Ltd
Hilyard Manor Associates LLP
Hiram 99-GA, LLC
HMG Coinvestment, LLC
Hobe Sound S C Company Ltd
Holbrook Heritage Hills LP
Homestead Plaza
Homewood Associates Inc
Homosassa Assoc
Houston Centre LLC
Howell Mill Vlge Shpg Ct
HPC Wade Green LLC
Hudson Square Center Inc
Hurtak Family Partnership Ltd
I Reiss & Company
I Reiss and Co as Agent For
ICOS LLC
III T West LLC Marco Island Ma
Imperial Christina Shopping Ct
Independence Square
Indian Creek Crossing E&A LLC
Indian Village Group Inc
Indianapolis Life Insurance Co

Indrio Crossings Inc
Inland Southeast Property Mgmt
Interchange Associates Inc
Interwest Capital Corporation
Intracoastal Mall LLC
Invesco LP
IPF Heights Limited Partnershi
IPF/Capital Limited Partnersp
IRT Partners LP
IRT Partners LP Equity One Rea
IRT Property Company
Island Plaza LLC
Isram Realty & Managemnet Inc
Ivey Electric Company
J B Levert Land Co Inc
Jack Fiorella III
Jackson I-55, LLC
Jamerson Investments
James And Carolyn Sell
JDN Realty Corporation
Jefferson-Pilot Life
JEM Investments Ltd
Jerome H And Faith Pearlman Tr
JKA Enterprises LLC
JNB Company of Virginia LLC
John Benetti Associates
John C Eyster and E Lee Barran
John Stewart Walker Company
John T Henley et al
JRT Realty Group - TIAA
Judy R. Street
Jula Trust
Jupiter Palm Assoc
JWV (La) LLC dba Sunshine Sq
K B Properties Inc
Kamin Realty Company
Keller Crossing Texas Lp
Kemor Properties Inc
Kenneth City Partners
Kerbby Partnership
Killen Marteplace LLC
Kimco Development Corp
Kimco Realty Corporation
Kimco University Co Inc
Kingfisher Inc
Kir Augusta 1 044 LLC
Kir Colerain 017 LLC
Kirk Meraux Winn-Dixie LLC
Kite Eagle Creek LLC
KJump Inc
Kmart Corporation
Knightdale Crossing LLC
Koger Equity
Kotis Properties
KPT Communities LLC
KRG Waterford Lakes LLC
L J Melody & Company
L O L LLC
L W Smith Jr Trust
La Petite Roche Center General

Lafayette Life Insurance Co
Lagrange Marketplace LLC
Lake Jackson Tradng Post
Lake Mary Limited Partnership
Lake Sun Properties Ltd
Lakeland Partners
Lakewood Associates Ltd.
Lancaster Community Investors
Land Dade Inc.
Landing Station
Landmark Enterprises
Landsouth Partners
Langdale Tire Co.
Langston Place
Lantana Square Shopping Center, Ltd.
Lapalco Village Shop Cen
Laramie River Bay Limited Part
Larissa Lake June Limited Ptnr
Lasala Pinebrook Associates LP
Lasco Realty LLC
Lauderhill Mall
Laura C. Kimbrell
Laureate Capital
Lawrence M Heard
Leatherman Assoc.
LeDrue Gravlee
Leesburg Bansal LLC
Lehmberg Crossing LLC
Lennar Alabama Partners, Inc.
Leonard R Setzer
LF Limited LP & Walnut Street
Libby Cross Station Enterprise
LIF Realty Trust
Life Insurance Co Of Georgia
Lincoln Square Partners LP
Lincoln Trust Company
Linpro Investments Inc
Linus Noel
Lisette Stanish as Trustee
Litchfield Investments Riverwo
LN Piedmont Village LLC
Lockwood Assoc of GA Ltd Ptr
London Associates Ltd
LPI Key West Associates Ltd
LRS General Partnership
Lucy Company Of South Carolina
LW Jog S C Ltd
M & P Shopping Center
Macon Gravlee
Madison Mall Shopping Ctr Inc
Madison Station Properties LLC
Magnolia Park Shopping Center
Main Street Marketplace LLC
Manatee Village Investments Inc.
Mandarin Loretto Development
Mar Bay Investments LLC
Marions Hope LLC
Market Place Partners
Market Square Inc
Marketown Investors Inc

16

Marketplace of Americas LLC
Marketplace of Delray Ltd
Marketplace Shopping Center
Mason Shopping Center Partnership
Matlock Oaks Partners
McComb Associates
McDonough Marketplace Partners
McDuffie Square L P
McNab Plaza Inc
MCW Development Inc
MCW RC FL Highlands LLC
MDC South Wind Ltd
MDC Westgate Ltd
Melbourne Beach LLC
Mellon Trust Of California
Merchants Square Investments L
Meridian Supermarket LLC
Metro International Property
Miami Gardens Acquisition LLC
Michael & Irene Simon
Mid American Management Corp
Mid South Yazoo LP
Midland Loan Services
Midwest Centers
Milford Station Ltd
Miller Group Properties Corp
Miramar Parkway Plaza LLC
Mitchell Co
Mitchell Mortgage Company LLC
Modern Woodman
Modern Woodmen Of America
Mohatra Inc
Monroeville Center Partners
Moorings of Manatee Inc.
Morgran Co
Morris Track Corp & Williston
Morro Palms Shopping Center
Moulton Properties
Mount Castle Properties
MPM Resources, LLC
Mr E M Arnovitz & Mr M Plasker
Mr Hugh M Tarbutton
Mr Malcolm Rosenberg
Mrs Mildred V Gray
Mt Dora Marketplace Ltd
Museum Associates
N K C Properties
N O M Properties Inc
Nalley Construction Co Inc
Naples South Realty Assoicates
Naranja Lakes Joint Ventures
Nashville TN Associates
National Western Insurance Co
National Western Life Insurance Company
Navarre Square
NB/85 Associates Wayne M Ruben
NDC Asset Management
New Bay Minette LLC
New England Realty Resources
New Plan Excel Realty Trust

17

New Plan Realty Trust
Newberry Square Shopping Cente
Newton Associates
NMB Partners L P
Noble Management Company
Normandy Equities Ltd
North & South Station
North Columbus Crossing Shopping
North Hixson Marketplace LLC
North Madison Associates Ltd
North Port Village Shopping
Northcross Land & Development
Northeast Plaza Associates
Northern Funds FBO Urbanek Inv
Northside Development Group
Northside Shopping Center
Northway Investments LLC
Northwest Junction Partners
Northwood Oaks LLC Providence
Northwood Plaza LLC
NP of Tennessee, LP
Oakdale Investors LP
Oaks Shopping Center Inc
Oakwood Village Associates
O'Brien Kiernan Investment Co
Ocean 505 Associates, L.L.C.
Oceanway Plaza Assoc Ltd
Old 97 Inc
Old Kings Highway Assoc
Opal Lee Smith & Sara N Jordan
Orange Grove Shopping Center
Orix Capital Markets LLC
Orix Real Estate Capital Markets
Orlando Marketplace Limited Pa
PAJ
Palisades Investors LLC
Palm Aire Marketplace LL
Palm Bay West
Palm Beach 2000 Inc
Palm Coast Corners Assoc Lp
Palm Lakes, LLC
Palm Trails Plaza
Palmetto Place Center LLC
Paradise Isle LLC
Park Plaza LLC
Park Plaza Shopping Ctr LLC
Parkland Partnership LP
Parkview Square Owner Corp
Parkwood Plaza Shopping Center
Parkwood Village Joint Venture
Pass Christian Village
Patricia Or Marshall Weigel
Patton Plaza LLC
Paw Creek Crossing
Peach Orchard Center
Peachtree Parkway Plaza
Pearl Brittain Inc
Pelican Associates
Pelican Group
Pell City Marketplace Partners

Peninsula Utilities Inc
Penman Plaza Associates Ltd
Peregine Properties LP
Perimeter Place Associates
Peripety Group Inc c/o Comm P
PG-1 Development Company
Phillips Edison & Company
Phoenix Jr Inc
Pinar Assoc Sc Co Ltd
Pine Island Shopping Center
Pine Plaza
Pinel LP
Pineroots LLC
Pines/Carter
Pinetree Partners Ltd
Pinewood Plaza Associates
Pinson Valley Ltd
Plaza West 15190117351
Pmt Partners V LLC
Pnc Bank Philadelphia
Ponce Realty Company
Ponderosa Center Inc
Popps Ferry Ms Dev
Potter Square Associates
Peregrine Properties Limited Partnership
PRB Investments LLC
Premier Plaza Associates LLC
Prestonburg Village Shop Cente
Primax Properties LLC
Prime Shoppes Partners
Primo Justice Properties LLC
Principal Capital Management LP
Principal Life Insurance Co
Procacci Commerical Realty Inc
Professional Mortgage Co Inc
Promenades Mall (E&A), LLC
Promventure Limited Partnership
Property One, Inc.
PSI of Louisiana Inc
PSMA Ltd AP FHA FP FLA TIC
Quail Roost Associates
Quail Run Village
Quincy Associates Ltd
R & G Associates
R P Barren River LLC
Rab Land & Development Inc
Rainbow Marketplace LLC
Rainbow Springs Ventures Lc
Ralph Meitin Family
Ramco USA Development Inc
Randall Benderson 1993-1 Trust
Randy Roark
Rappaport Management Co
Rayne Plaza Shopping Center
RB Beachway, LLC
Red Oak Shopping Center LLC
Reef Associates Ltd
Regency Centers Inc
Regency Saving Bank FSB
Regent Investment Corporation

Retail Capital Group, LLC
Retail Center Hampton LLC
Retail Management Group Inc
Retreat Village Management Co
Rial Corporation
Richard Ball & Associates
Ridgeview Inc.
Riley Place LLC
River Oaks
Riverwalk Plaza Joint Venture
RK Associates
Robert D Powers
Robert G  Horsman
Robert H Palmer Jr
Robert N Rizika
Robertsdale Dev LLC
Rockbridge Place
Roebuck Ventures Ltd
Roger P. Friou
Ronald Benderson 1995 Trust
Rose J. Caplan
Rosemyr Corp
Roxborough Associates LLC
Royal & Son
Royal Companies
Royal Homes Inc
Royal Oaks Brandon Partners
Royal Oaks Plaza Inc
Royals O K Lunch Inc
RSSC LLC
Rudco Properties Inc
Rushmore Friendship LLC
Ruth Guest House Inc
Ruth S Smith Snodgrass Aires
S & C Properties
Salem Crossing Shopping Center
Salemo Village Shopping Center
Sam Development Associates LLC
Samuel Oschin Trustee Michael
Sandefur Investments Inc
Sandifer Partnership Ltd
Sandra Mackey
Saran, Ltd.
Sarria Enterprises Inc
Sarria Holdings II Inc
Sarria Holdings Inc
Satterfield Plaza T I C
Saufley Field Partners Ltd
Savitar A/M/A SRA/American LLC
Sawicki Realty Co
SCG Management Inc
Schilleci Millbrook SC LLC
School St Crossing LP
Schwartz Family Trust
Scotland Mall Inc
SCP Winter Garden Fl LLC
Scribe Riviera JV
Sea Pea Inc
Sebring Square Ltd
Selig Enterprises Inc

Sendero Commercial Investments
Seven  Springs Plaza LLC
Shades Creek Partners
Shadrall Associates
Shannon Village Shopping Center
Shepherdsville Mall Assoc LP
Sherffield Estates Inc
Sheri Trager Weiss
Shields Plaza
Shoals Marketplace LLC
Shoppes @ 104
Shoppes At 18th & Commercial
Shoppes At Lake Avenue Inc.
Shoppes Of Liberty Cit LLC
Sidney Kohl Company
Sidney Lefcourt
Simmons & Harris Inc
Situs Servicing Inc
Sizeler Companies
SJS-Woodlake Plaza LP
Skinners Of Jacksonville Inc
SKS Properties LC
SKW II Real Estate Limited Partnership
Small Properties
Smith Barney Fbo Weinacker's
Snellville Plaza Ltd
Sormi Inc
South Broadway Corp
South Monroe Commons LLC
South Plaza Associates LLC
South Rockdale Shopping Center
South Square Marketplace
South Win Limited Partnership
Southbrook Partners LLC
SOUTHCHASE INVESTORS, LLC,
Southchase Investors LLC
Southeast US Retail Fund LP
Southern Boulevard Corp
Southern Farm Bureau
Southern Farm Bureau Life Insurance
Southern Partners
Southern Stores II LLC
Southgate Associates II LP
Southgate Plaza 93 Ltd
Southgate Plaza Associates LLC
Southland-Anderson W.D. Delaware Business Trust
Southmark Properties LLC
Southtrust Bank
Southview Square LLC
SPCP Group, LLC
Spectrum Walker
Spectrum/Grandview Pines
Spiller Investment Inc
Spishores LLC
Spring Hill Assoc Ltd
Spring Plaza Limited Partnership
Springdale Station Ltd.
Springfield Crossing LLC
Springhill Associates LLC
Springland Associates LLC

Springs Corners LLC
SR JLP JAP LLC
SR TCS LLC
SRT Acquistion Corporation
SSKIB Corporation
St Charles Partners
St Johns Commons Owner Corp
St. Stephens Partners
Staunton Plaza Associate
Stiles West Associates Ltd
Stichting Ken's Plaza Fonds
Stockman & Nalley Partnership
Stonebridge Village
Structured Product Servicing
STW Holdings LLC
Sugarland Shopping Center
Sulphur Springs Partners LLP
Sumter Crossing Properties Inc
Sun Lake Plaza Inc
Sun West NC III Ptn Lim
Sunburst Properties Corp
Sunset Centres Ltd
Sunset Centres Ltd Partnership
Sunset Station Partners LLC
Sunset West Shopping Plaza
Sunwest NC III Partnerships
Suwanee County Investors LLC / Suwanee County Investments, LLC
Suwannee County Tax Collector
Swiss Re Investors Inc
T K Harris Comm Re Ser
T S Margate Co Ltd
TA/Western LLC (Pom. Mktplce)
Talladega Community Builders
Tappen Properties LP
Tatone Properties Fla Inc
Tavares Assoc Ltd
Taylor Square Venture
Teachers Retirement System
Ted Glasrud Associates Inc
Terra Nova The Realty Assoc Fu
THC LLC
The Center of Seven Springs, Inc.
The Market at Byram LLC
The Marketplace LLC
The Morgan Company
The Schreiber Co Belleview Ass
The Sembler Company
Tifton Mall Inc
Timberlake Station LLC
TL Nguyen LLC
Toulouse Village Associates
Tower Associates Ltd
Town & Country Shopping Center
Town Square Development
Town'n Country Realty
Trail Plaza
Triangle IV LLP
Tri-State Commercial Asc
TRL Properties LLC
Troy Marketplace LLC

Trustee Of Trust B
Trustees Of Trust A/C -1
Trustmark National Bank
TS Pierce Sc Co Ltd
TSO Volusia LLC
Tunica Village Partnership
Twelfth Street & Washington
Tyrone Gardens LLC
U P SC Ltd
Ullmann Company
United Commercial Mortgage Cor
United Investors Realty
University Crossing
University Tenancy In Common
UrbanAmerica L.P.
US Bank Trust Na Corp Trust TF
U.S. Bank Trust NA
USPG Portfolio Two LLC
USRP I LLC Glen Lea Shopping C
USRP I LLC Shoppes Of Kildaire
Vachlia Inc
Valrico Square
Venetia Village Center
Ventures LLC
Victoria Square Partners LLC
Victory Berryland LLC
Victory Investments Inc
Victory Kenner LLC
Vigouroux Development LLC
Villa Rica Retail Properties L
Village Marketplace Of
Village Plaza Inc
Village Royale Properties LLC
Vineyard Marketplace Limited Partnership
Vogel & Vogel Partnership
W D Route 3 Limited
W T H II LLC
Wachovia Securities
Wakulla County Tax Collector
Walker LA Commercial
Walker Chapel Plaza, LLC
Watch Omega Holdings Lp
Waters & Armenia Plaza
Waters Inc S C Mgmt Trust Acct
Watkins Investment
Wayne Ruben
Waynesville Shopping
WBFV Inc
W.C. Wilbur & Co.
WCL Five LLC
WD Development LLC
WD Jacksonville Fl LLC
WD Marianna Portfolio LP
WD Milton Portfolio LP
WD Rainsville Trust
WD Roanoke, LLC
WD Route 3 Limited Partnership
W-D Shelby Partnership
WD Wichita Falls
Weavers Corner Jt Venture

Webb/Lexington Ventures #108
Webber Commercial Properties L
Weeki Wachee Village Shop Cntr
Weingarten Realty Investors
Wesley Chapel Sc Co Ltd
West Eck Partners LP
West Napoleon Joint Venture
Westfork Plaza
Westgate LLC
Westland Shopping Center LP
Weston Road Shopping Center LL
Westside City Inc
Westwood Shopping Center
WIAB Properties LLC Operating
Wiedemann Square Ltd
Wiedmann Square LLC
Wiggs Realty Co
William H Hall
Willowood Partners Ltd
Winbrook Management Inc
Windsor Place
Windsor Station Limited Liability Company
Windsor Station LC
Windward Partners IV LP
Winyah Village Shopping Ctr
Wiregrass Plaza LLC
Wolfchase Assoc LLC North Palm
Woodberry Plaza E&A LLC
Woodland Hartford Associates, LLC
Woodland Village Partnership
Woolbright/SSR Marketplace, LLC
WRI/Texla LLC
Xarla Realty LLC
YBD Three Lakes LC
ZSF/WD Clayton, LLC
Zuppardo Properties LLC
Zuppardo Real Estate Co

**Competitors**
Ahold USA
Albertson's, Inc.
Brookshire Grocery Company
Bruno's Supermarkets, Inc. a/k/a Food World
Delhaize America, Inc.
Food World a/k/a Bruno's Supermarkets, Inc.
Great A&P
H.E. Butt Grocery Company
IGA, Inc.
J.H. Harvey Company
The Kroger Co.
Piggly Wiggly
Publix
Safeway Inc.
SuperValu Inc.
Wal-Mart Stores, Inc.

**Closed Store Subtenants**
Aaron Rents, Inc.
All American Quality Foods, Inc.
Allied Veterans of the World

Aniques & Flea Mall, LLC
Avonlea Antique Center Inc.
BFL, Inc.
Big Lots Stores, Inc.
Brookshire Grocery Company
Don F. and Wendy L. Bradford
Capital Retail Systems
Cornerstone Christian Ctr., Inc.
Daker Enterprises
Delray Farms
Discount Furniture Connection
Downtown Jimmie Hale Mission
Eckerd Corporation
Fairfield Partners, Ltd.
Fine Furniture Warehouse, Inc.
Food Lion, LLC
Fun Adventure, LLC
Gold's Gym
Goodwill Industries of North Georgia
Jeffrey and Elizabeth Hayslett
Johnson's Giant Foods, Inc.
Kmart
Lack's Stores, Inc.
McDonald's
McKinney's Foods of Wayne Co.
Nielsen Media Research
Office Depot Inc.
Payless Shoes
Piggly Wiggly Alabama Distributing Company, Inc.
Pro Fit Management, Inc.
Professional Bars Inc.
PS Turfway, LLC
Rhodes, Inc.
Ritzy Corp.
Savemore Superstores, Inc.
Supermarket Operations, Inc.
TCIM Services, Inc.
TJX Companies, Inc.
World Fitness, Inc.
World Indoor Sports, Inc.
World of Sleep Outlets, LLC

**Insurance Providers**
ACE American Insurance Co.
ACE Bermuda Insurance, Ltd.
ACE (Illinois Union)
ACE USA
AIG Aviation, Inc.
American Guarantee Liability Insurance Company (Zurich)
Arch Insurance Co.
AWAC (Bermuda)
Axis Surplus Insurance Co.
Chubb & Son
Commonwealth Insurance Company
Employer's Insurance Company of Wausau
Federal Insurance Co.
Great American Assurance
Gulf Insurance Company Inc.
Hanseatic Ins. Co. (Bermuda) Ltd.
The Hartford

Illinois Union Insurance Co.
Lexington Insurance Co.
Liberty Insurance Underwriters, Inc. (Bermuda)
Liberty Mutual Insurance Company
Liberty Mutual Insurance Europe Ltd.
Lloyd's of London
Magna Carta Insurance Ltd.
Marsh Inc.
Marsh USA Inc.
Max Re (Bermuda)
National Union Fire Insurance Co.
RLI Corp.
SR International Business Insurance Co. Ltd.
St. Paul (Bermuda) Ltd.
St. Paul Fire & Marine Ins. Co.
St. Paul Mercury
Starr Excess Liability Ins. Int'l Ltd. (Bermuda)
Travelers Indemnity Co. of Illinois
XL Insurance America, Inc.
Zurich American Insurance Co.

**Transfer Agents**
Corporation Service Company
CSC-Lawyers Incorporating Service Company
Fidelity Share Registrars & Transfer Agents Limited

**Contract Parties**
Aetna Inc.
Aetna Life Insurance Company
American Express Travel Related Services Company, Inc.
Larry B. Appel
The Bahamas Commercial Stores, Supermarkets and
   Warehouse Workers Union
BlueCross BlueShield of Florida
BlueCross BlueShield of South Carolina
Delchamps, Inc.
Discover Financial Services, Inc.
Employee Benefit Security Administration
Fifth Third Bank
First Union Capital Markets
Florida Lottery
Georgia Lottery Corporation
Integrated Payment Systems, Inc.
Interstate Jitney Jungle Stores, Inc.
Richard C. Judd
Jitney Jungle Stores of America, Inc.
Kentucky Lottery Corporation
Frank Lazaran
Louisiana Lottery Corporation
Mark Matta
P&S Operations, Inc.
Pump and Save, Inc.
Richard P. McCook
Paul Novak
Bennett L. Nussbaum
Karen E. Salem
South Carolina Education Lottery Commission
Southern Jitney Jungle Company, Inc.
State Lottery Commission of Indiana
Supermarket Cigarette Sales, Inc.

T. Rowe Price Retirement Plan Services, Inc.
Telecheck Services, Inc.
Tennessee Lottery Corporation
Unum Life Insurance Company of America
Western Union Financial Services, Inc.
Western Union North America
ZSF/WD Fitzgerald, LLC
ZSF/WD Hammond, LLC

**Software Providers**
Allen Systems Group
Applied Communications, Inc.
Aprisma Management Technologies
Armstrong Laing Group
Astute
ATEB, Inc.
Authoria, Inc.
Barnard Software, Inc.
BEA Systems, Inc.
Cadec Corporation
CheckFree
Chicago-Soft, Ltd.
CIT Technology Financing Services Inc.
Citrix
Computer Associates
Compuware
Concur Technologies, Inc.
Connectivity Systems, Inc.
Cybermation Inc.
Cyclone Commerce
Dakota Worldwide, Inc.
Data 21
DataSource Technology
Deloitte & Touche
DISI (Distributed Intelligence)
DPSI
eHelp
ELT Inc.
EMC Corporation
e Techservices.com
Federal Liaison Services
Fifth Dimension
Funk Software
GEAC Enterprise Solutions
Getronics
H&W Computer Systems
Hummingbird Ltd.
Hyperion Solutions
IBM Corp.
ICC (Internet Commerce Corp.)
Informatica
Information Builders, Inc.
Information Resources, Inc.
Intecom
Intersource
iTrade Network
Labor Standards International, Inc.
Lifo-Pro, Inc.
Logix3
Mackinney Systems

Macro4 Inc.
Management Computer System
Manugistics
Matra Systems
Mercury Interactive Corporation
Metafile Information Systems
Microstrategy
National Health Information Network
NCR Teradata
NDC Health
Network Associates
Network General
OMI International
Oracle Corporation
OutlookSoft Corporation
Park City Group
PDX (software provider)
Peoplesoft
Peregrine Systems
Quest Software
Questionmark
Radiant
Responsive Systems Company
SAM Group, Inc.
SAS Institute Inc.
SEA (Software Engineering of America)
Sendmail, Inc.
Serena Software, Inc.
Sky Bridge
Software Diversified
Software Engineering
SPSS Inc.
SRC (software provider)
Sterling Commerce, Inc.
Steton Technology
TCI Solutions, Inc.
Tele Atlas North America
THINQ Learning Solutions, Inc.
Tidal Software
Tomax Corporation
Trax Retail Solutions
Vanguard Integrity Professionals
Workbrain
Workshare, Inc.

**Proposed DIP Facility Lenders**
General Electric Capital Corporation
Wachovia Bank, National Association

**Debtors' Professionals**
AlixPartners LLC
Assessment Technologies, Ltd.
Bain & Company, Inc.
The Blackstone Group, L.P.
Carlton Fields, P.A.
Citigate Sard Verbinnen
Credit Suisse First Boston LLC
DJM Asset Management, LLC
Gordon Brothers Retail Partners, LLC
Holland & Knight LLP

King & Spalding LLP
Kekst and Company
Kirschner & Legler, P.A.
KPMG
Logan & Company, Inc.
PricewaterhouseCoopers LLP
Skadden, Arps, Slate, Meahger & Flom LLP
Smith, Gambrell & Russell, LLP
Smith Hulsey & Busey
Stuart, Maue, Mitchell & James Ltd.
The Food Partners, LLC
Togut, Segal & Segal LLP
Watson Wyatt & Co.
XRoads Solutions Group (previously Crossroads, LLC)

**Litigation/Investigation Parties**
Bruckmann, Rosser, Sherrill & Co., L.P.
Barbara M. Dorminey
Federal Trade Commission
Jitney-Jungle Stores of America, Inc.
Louis Rubinstein

**Other Parties**
D.D.I., Inc. formerly Vadis Investments, Inc.
New York Stock Exchange
UrbanAmerica

**Southern District of New York Bankruptcy Judges**
Stuart M. Bernstein
Prudence C. Beatty
Cornelius Blackshear
Robert D. Drain
Robert E. Gerber
Arthur J. Gonzalez
Allan L. Gropper
Adlai S. Hardin
Burton R. Lifland
Cecelia G. Morris

**Southern District of New York District Court Judges**
Harold Baer, Jr.
Deborah A. Batts
Richard M. Berman
Charles L. Brieant
Naomi Reice Buchwald
Robert L. Carter
Richard Casey
P. Kevin Castel
Miriam Goldman Cedarbaum
Denny Chin
William C. Conner
Denise Cote
George B. Daniels
Kevin Thomas Duffy
Thomas P. Griesa
Charles S. Haight, Jr.
Alvin K. Hellerstein
Richard J. Holwell
Barbara S. Jones
Lewis A. Kaplan

Kenneth M. Karas
John F. Keenan
Whitman Knapp
John G. Koeltl
Shirley Wohl Kram
Peter K. Leisure
Gerard E. Lynch
Victor Marrero
Lawrence M. McKenna
Colleen McMahon
Constance Baker Motley
Michael B. Mukasey
Richard Owen
Robert P. Patterson, Jr.
William H. Pauley
Milton Pollack
Loretta A. Preska
Jed S. Rakoff
Stephen C. Robinson
Leonard B. Sand
Shira A. Scheindlin
John E. Sprizzo
Louis L. Stanton
Sidney H. Stein
Laura Taylor Swain
Robert W. Sweet
Kimba M. Wood

**Office of the United States Trustee for the Southern District of New York**
Diana G. Adams
Courtney Arso
Catletha Brooks
Maria Catapano
Danny A. Choy
Tracy Hope Davis
Elizabeth C. Dub
Hollie T. Elkins
Marilyn Felton
Myrna R. Fields
Nadkarni Joseph
Alicia M. Leonhard
Delores Lord
Pamela J. Lustrin
Anna M. Martinez
Dierdre A. Martini
Brian S. Masumoto
Ercilia A. Mendoza
Darin L. Mobley
Mary V. Moroney
Richard C. Morrissey
Paul K. Schwartzberg
Sylvester Sharp
Hector Soto
Mary E. Tom
Greg M. Zipes

**Middle District of Florida U.S. Trustee's Office (Orlando)**
Appel, Kathleen M.
Clark, Linda
Escamilla, Elena L.

Gentry, Gary E.
Gimenez, Maureen E.
Harper, Alisa
Mangi, Patsy S.
Meeker, Kenneth C.
Murrey, Donna
Porter, Bill
Shafter, Carol D.
Sinclair, Patricia A.
Singh, J. Leila
Suarez, Miriam G.
Turner, Felicia S.

**Middle District of Florida / Jacksonville Bankruptcy Judges**
Jerry A. Funk
George L. Proctor

**Middle District of Florida / Jacksonville District Court Judges**
Lee Adams, Jr.
Timothy J. Corrigan
Howell W. Melton
John H. Moore II
Marcia Morales Howard
Thomas E. Morris
Monte C. Richardson
Harvey E. Schlesinger
Howard T. Snyder

**Creditors Committee**
Deutsche Bank Trust Company Americas
Capital Research and Management Company
Kraft Foods Global, Inc.
New Plan Excel Realty Trust, Inc.
OCM Opportunities Fund V, L.P.
Pepsico & Subsidiaries
$R^2$ Investments, LDC (c/o Amalgamated Gadget, LP)

**Committee Professionals**
Akerman Senterfitt
Alvarez & Marsal, LLC
Houlihan Lokey Howard & Zukin Capital
Milbank, Tweed, Hadley & M$^c$Cloy LLP

**Other Party Professionals**
Morgan, Lewis & Bockius LLP
Otterbourg, Steindler, Houston & Rosen, P.C.
Pepper Hamilton LLP
Shearman & Sterling LLP

**Utilities Filing Objections**
Alabama Power Company
American Electric Power
BellSouth Corporation
City of Ocala
Dominion North Carolina Power
Dominion Virginia Power
Duke Energy
Entergy Corporation
Florida Power & Light
JEA

Orlando Utilities Commission
Progress Energy Carolinas
Progress Energy Florida
Tampa Electric Company

**Parties Filing Notices of Appearance/Other Identified Parties**

Accurate Inventory and Calculating, Accurate Inventory
   and Calculation Services
40/86 Advisors, Inc.
Adam L Alpert
A. Duda & Sons, Inc.
ADS Seafood, Inc., d/b/a Atlantic Fisheries
AEI Fund Mangement, Inc.
Agnes Olivieri
AICS Company
Airgas Inc.
Alabama Power Company
Alachua County, FL Tax Collector
Albert Garcia
ALG Limited Partnership
Alvin Lapidus & Lois Lapidus, LLC
Allen Canning Co.
Alliance Shippers, Inc.
Allied Capital Corporation
Altamonte SSG, Inc.
Amanda English
Amanda Johnson,
America Ortega Garcia
American Electric Power
American Express Centurion Bank
American Food Distributors Inc.
American KB Properties I Limited Partnership
American Sugar Refining, Inc.
AmSouth Bank
AMSW, Inc.
Andalusia Newspapers, Inc.
Anna C. Martinez,
Applewood Shopping Center, a General Partnership.
Appraisers Associated Ltd.
Aronov Realty
Arrowhead Net Lease, LP
Artesia Medical Development Company
Ascential Software Corporation
Associated Wholesale Grocers, Inc.
Andalusia Newspapers, Inc.
Atlanta Foods International
Atmore Newspapers, Inc.
B&F Systems, Inc.
Baker County Tax Collector
Baker Distributing Company
Baker Farms
BAL Global Finance, LLC
Barbara Oschin
Bar S Foods
Baton Rouge 00-AL, LLC
Baumgardner Hogan Real Estate, LLC
Bay City Produce
Bay County Tax Collector
Bear Stearns Investment Products, Inc.
Beaver Street Fisheries, Inc.

Bedford Avenue Realty, Inc.
Belford L. Drew
Belco Distributors
BellSouth Business Systems, Inc.
BellSouth Communications Systems, Inc.
BellSouth Long Distance, Inc.
BellSouth Telecommunications, Inc.
Bellview Square Corporation
Ben-Arnold Sunbelt Beverage Company of South Carolina, LP.
Benderson Development Company, Inc..
Benjamin Chavez
Bensons Inc.
Bert Associates
Blankenbaker Plaza I, LLC
Blue Cross and Blue Shield of Florida
Bobby K Bennett
Boggy Creek MarketPlace, Inc.
Boone Newspapers, Inc.
Bobbie Edwards
Bottling Group LLC
Bradley Operating Limited Partnership
Brenden Johnson
Brevard County, FL Tax Collector
Brewton Newspapers, Inc.
Broad Street Station Shopping Center, LLC
Brookhaven Retail LIC
Broward County, FL Tax Collecto
Broward County Revenue Collection Division, Litigation center,
   Government Center.
Brown Bottling Group, Inc.
BT Marietta, LLC
Buckeye Capital Partners, LP
Buffalo Rock Company
Building Diagnostics Associates PA
BVBelk Properties
C&T Durham Trucking Co.
C.F. Sauer Company
Cadbury Adams USA LLC
Caffery Center, LLC
Cagle's, Inc.
Cal-Maine Foods, Inc.
Campbell Soup Company
Capstone Advisors, Inc.
Cardinal Health
Cardinal Tri Management, LLC
Cardtronics, Inc.
Carolina Development Company
Carolina Power & Light / Progress Energy Company
Carthage Cup, L.P.
Catamount Atlanta, LLC
Catamount LS-KY, LLC
Catamount Rockingham, LLC
Cavendish Farms Operations, Inc.
CCMSC 2000-1 Broward Planza, LLC
CCP Employee Profit Sharing Plan & Trust
Cedar Mountain Village, LLC
Cencor Realty Services
Centre Stage Limited Partnership
CenturyTel, Inc.
Certified Foods Corporation

Chaim Katzman
Chapel Trail Associates Ltd.
Charles S Ball
Chep Equipment Pooling Systems
Chester Dix Corp.
Chester Dix Alexandra Corporation
Chester Dix Crawfordville Corporation
Chester Dix Crescent Corporation
Chester Dix Florence Corporation
Chester Dix Fort Corporation
Chester Dix Hurst Corporation
Chester Dix Jefferson Corporation
Chester Dix LaBelle Corporation
Chester Dix Lake Corporation
Chester Dix Newman Corporation
Chester Dix Pikeville Corporation
Chester Dix Wauchula Corporation
Chester Dix Williston Corporation
Chevron Phillips Chemical Company, L.P.
Chris Hughes
Christian E. Valdivia
Christina Gagnon
Church Brothers, LLC
Citicorp Vendor Finance, Inc., as assignee of Miami Office
  Systems, Inc. d/b/a M.O.S., and Gulf Coast Office Supplies
Citrus County Tax Collector
Citrus World, Inc., d/b/a Florida's Natural
City of Dania Beach, Florida
City of Fairhope
City of Hampton, Virginia
City of Homestead, Florida
City of Huntsville, Alabama
City of Ocala, Florida dba Ocala Electric Utility
City of Plaquemine, City Light and Water Plant
Clearview Investments
Cleco Corporation
Cliffdale Corner
Clorox Sales Co.
Coca-Cola Bottling Company United, Inc.
Coca-Cola Company, the
Coca-Cola Enterprises, Inc.
Cole Fine Foods
Cole's Quality Foods Inc.
Collier County, FL Tax Collector
Colliers Keenan, Inc.
Colonial Realty Limited Partnership
Colorado Boxed Beef Company
Columbia County Tax Collector
Commercial Net Lease Realty, Inc.
Commodore Realty, Inc.
Community Coffee Company, LLC
Computer Leasing Company of Michigan, Inc.
ConAgra Foods, Inc.
Concord-Fund IV Retail, L.P.
Conecuh Sausage Co., Inc.
Conopco, Inc.
Consolidated Biscuit Co.
Continental Mills, Inc.
Contrarian Capital Management, LLC
Convergint Technologies LLC

Corinne L. Dodero Trust for the Arts & Sciences
Corporate Property Associates 6
Corporate Property Associates 9
Craig I Kelley
Crawford Norwood Realty
Crescent Center Associate
Crest Haven, LLC**
Crews & Garcia, Inc.
Criimi Mae Services Limited Partnership
CSX Transportation
CVS EGL Overseas Marathon FL, L.L.C.
Cypress Run, LLC
D. L. Lee & Sons, Inc
Dairy Farmers of America, Inc.
Daniel G. Kamin
Daniel G. Kamin Clarksville Crossing LLC
Daniel G. Kamin Mandeville LLC
David Oppenheimer & Associates
Daniel Oschin
Dawn Food Products Inc.
DBR Asset Management, Inc., agent for Galt Ocean Marketplace
DBT Porcupine WD1 Delaware Business Trust
Dean Specialty Foods Group, LLC
Dean Foods Company
Del Fair Inc.
Delford L. Drew
Del Laboratories, Inc.
Del Monte Corporation t/a Del Monte Foods
Dell Inc.
Delta Interests, the
Desoto County Tax Collector
Deutsche Bank Trust Company Americas
Developers Diversified Realty Corp
DG Kamin Brynn Marr Enterprises
DGK Zachary Enterprises
DGK Zebulon Enterprisess
Dial Corporation
Diaz Wholesale & Manufacturings, Co. Inc.
Dietz & Watson, Inc.
Dim Vastgoed
Direct Shippers Association, Inc.
Discover Financial Services, Inc.
DIVERSIFIED MAINTENANCE SYSTEMS, INC.
DLJ Produce, Inc.
Doane Pet Care Company
DOLCO Packaging, a Tekni-Plex Company
Domino Foods, Inc., Agent for American Sugar Refining, Inc.
Donald R. Cooley
Dorothy Stevens-Frickey
Douglas Group.
Downtown Destin Associates
DPJ Company
Dr Pepper/Seven Up, Inc.
Dreyer's Grand Ice Cream
DS Partners, Inc.
DSC Sales, Inc.
Duke Energy Corporation
Duro-Bag Manufacturing Company
Duval County, FL Tax Collector
E & A Financing II, LP

E&A Acquisition, LP
Eagle Creek Commercial Company, Inc.
eCAST Settlement Corporation
EAS, Inc.
Edens & Avant
Efesos Properties N.V., Inc.
Elizabeth Montgomery
Elston-Leetsdale, LLC
ENERGIZER BATTERY INC.
Entergy Gulf States, Inc.
Entergy Louisiana, Inc.
Entergy Mississippi, Inc.
Entergy New Orleans, Inc.
Equity One, Inc.
Ernst Properties, Inc.
Escambia County Tax Collector
Estate of Matthew Perret
Ethan Schwartz
Euna Walker
Excess Space Retail Services
Exel Transportation Services, Inc.
Faison-Waterford Lakes Village Limited Partnership
Falcon Farms, Inc.
Federal Express Corporation
FERRERO USA INC.
Financial Supermarkets, Inc.
FIRST QUALITY HYGIENIC INC.
Flagler County Tax Collector
Flager Retail Associates, Ltd.
Flagler Retail Associates, Ltd.
Flask Corporation
Flavor Pic Tomato Co
Fletcher Bright Company
Florence Trigger
Florida Crystals Food Corporation
Florida Power Corporation
Florida Power & Light Company
Florida Tax Collectors
Flowers Foods, Inc.
Flowers, Inc. Balloons
Food Lion LLC
Foley Partners, LLC
Fountain Columbus Associates
Four Florida Shopping Center Properties, L.P.
Frankford Dallas, LLC
Frankino & Frankino Charitable Foundation
Frankino Investments, L.L.C.
Frederick Keebler
Freida's Inc.
Fresh Express, Inc.
Fresh Start Produce Sales, Inc.
Frito-Lay, Inc.
Front End Services
FW NC-Shoppes of Kildaire, LLC
Garden Park Plaza, Ltd.
Gardner F. Davis
Gator Coastal Shopping Centre, LLC
GE Capital Realty Group
GE Commercial Finance Business Property Corporation
    f/k/a General Electric Capital Business Asset Funding Corporation

GE Consumer & Industrial (f/k/a GE Lighting)
Gehr Florida Development, LLC
GEM Nickerson, LLC
GEM Warwich, LLC
General Electric Capital Corporation
General Electric Company
General Mills, Inc.
George B. Nalley Jr.
George B. Nalley Jr. and Abner P. Stockman
George C. Douglas
George Weston Bakeries Inc.
Georgia Crown Distributing Co.
Georgia Power Company
GHIRARDELLI CHOCOLATE
Giamarra Vineyards
Glabal Berry Farms, LLC
Gooding's Supermarkets Inc.
Goodwill Industries-Suncoast, Inc.
GORTON'S, INC.
GRE Coralwood, LP
Greater Properties, Inc.
Great Fish Company, LLC
Great Oak LLC
Greenland Trust
Greenville Newspapers
Greenwood Commons
Greenwood Plaza, Ltd.
GRE Properties L.L.C.
Gulf Power Company
Gustafson's, LLC
GVD, Inc.
Gwaltney of Smithfield, Ltd.
H.J. Heinz Company, L.P.
H.T. Hackney Co., the
Hamilton Beach/Proctor-Silex Inc.
Hammerdale, Inc. NV
Hancock Bank
Hazel Rogers
Healthcare Consultants of Central Florida, Inc.
Hector M Asprea
Held & Israel
Helene Funk
Helen Oschin
Henderson Corporation
Hendry County Tax Collector
Henschel-Steinau, Inc.
Heritage Mint, Ltd.
Heritage Property Investment Trust
Hershey Foods Corporation
Highlands County Tax Collector
Hillandale Farms
Hillsborough County, FL Tax Collector
Hinton Farms Produce, Inc.
HI TECH PLASTICS INC / CHEMCOM INC.
HMAC 1999-PH1 Watauga Center Limited Partnership
Hobart Corporation
Hollar & Greene produce Co., Inc.
Homewood Associates, Inc.
Hormel Foods Corporation
Hussman Corporation

Hussman Services Corporation
IIIT West, LLC
INGRAM ENTERTAINMENT INC.
Inland Southeast Grant Prairie Limited Partnership, Inland Southeast
    West Chester, L.L.C., Inland Southeast St. Cloud Limited Partnership,
    Inland Southeast Lake Olympia Limited Partnership, Inland Southeast
    Countryside Limited Partnership, Inland Southeast Bridgewater, L.L.C.
Integrated Payment Systems, Inc.
Intracoastal Mall, LLC
Iris and Sam Davidson
Isram Realty & Management, Inc.
Jackson County Tax Collector
Jac. Vandenberg, Inc.
Jade Drug Company
Jamarco Realty, LLC
James Grady
James M. Malley
Janet Holley
Jason B. Burnett
JEA
Jefferson County Tax Collector
Jefferson Pilot Financial Co.
Jeffrey R. Becker
Jennifer Johnson
Jerrett M. McConnell
John H O La Gatta
Krusch Properties LLC
Joanne Dehaven
Joey E Schlosberg
John Benetti Associates
Johnson, Micah Nicole
Johnson, Michelle Sue
Johnson, Shaun Kevin
Jula Trust, LLC
K-2 Properties, LLC
K&C Produce Co., Inc.
Kamin Realty Corp.
Karen K Specie
Kashi Company
KASHI SALES, LLC
Keebler Company
Kellogg Sales Company
Kemor Properties, Inc.
Kennedy Wilson Properties, Ltd.
Kentucky Department of Revenue
KEY DISTRIBUTORS INC.
Kimco Realty Corporation
Kite Realty Group Trust
Kleinpeter Farms Dairy, L.L.C.
Klement Sausage Company, Inc.
Kmart Management Corp.`
Konica Minolta Imaging, Inc.
Kraft Foods Global, Inc
Kravitz Family Trust
Krispy Kreme Doughnuts Corporation
Kristen F. Trainor
Kyle R Grubbs
Kyle Todd
L&R Farms, Inc.
Lake County, FL Tax Collector

Lake Placid Groves, LLC
Larren M Nashelsky
LaSalle Bank National Association
Lassiter Propoerties, Inc.
Laura's Lean Beef
LB UBS 2001-C2 Commercial Mortgage Pass-Through Certificates
Lea & Perrins, Inc.
Lee R Benton
Lee County Electric Cooperative, Inc.
Lee County, FL Tax Collector
LEC Properties, Inc.
Lehmberg Crossing, L.L.C.
Lennar Partners, Inc.
Lenoir Partners LLC
Leon County Tax Collector
Levy County Tax Collector
LIBBEY GLASS INC.
Liberty Mutual Insurance Company
Liverpool Group Inc.
Long Wholesale, Inc. d/b/a CCC Beauty Supply
Loreal Paris
Madison County Tax Collector
Madison Station Properties, LLC
Manatee County Tax Collector
Manny Lawrence Sales, Inc.
Mansfield Oil Company
Maples Gas Company
Marilyn Sevin
Marion County Tax Collector
Maritime Products International, Inc.
Marjon Specialty Foods, Inc.
Marketplace Port St. Lucie Limited Partnership
Marrero Land & Improvement Assoc., Ltd
Mary Hay
Mary Knowles Anderson
Maryland & Virginia Milk Producers Cooperative Association, Inc.
Masterfoods, a division of Mars, Inc.
Maura I Russell
McCormick & Company, Inc.
MCW-RC-GA-Howell Mill Village, LLC
MCW-RC-GA-Peachtree Parkway Plaza, LLC
MDL Westgate, Ltd
MeadWestvaco Corporation
Meridian Coca-Cola Bottling Company
Merill Lynch, Pierce, Fenner & Smith Incorporated
Metro-Goldwyn-Mayer Home Entertainment LLC
Mettler-Toledo, Inc.
MFR Properties LLC
Michael Foods, Inc.
Michael L Rich
Michael Oschin
Miss Becky Seafood
Mobley Family Partnership, LP
Monroe County Tax Collector
Morgran Company
Morris Tract Corp. & Williston Highland Development Corp.
Morrisville Market, LLC
Mosby's Packing Company, Inc.
Mott's LLP
Moulton Properties, Inc.

Mount Olive Pickle Company, Inc.
Moyer Packing Co.
Murray Biscuit Co.
N&W Farm Produce, Inc.
Nalley Construction Co. Inc.
Nassau County Tax Collector
National Asbestos Workers Pension Fund
National Fish & Seafood, Inc.
NAVAJO MANUFACTURING CO.
NCR Corporation
NDC Real Estate Management Inc.
NECCO
Net Lease Investors (BDM Financial Corp.)
New Plan Excel Realty Trust, Inc
Newton Oldacre McDonald LLC
New York Value Club, Ltd.
NEXT PROTEINS, INC.
Nina Lafleur
99 Cent Supercenter, LLC
North Madison Associates, Ltd.
Northeast MS Coca-Cola Bottling Co., Inc.
North Hixon Marketplace, LLC
Northpoint Trading, Inc.
Northway Investments, LLC
Novartis Consumer Health, Inc.
Oakshire Mushroom Sales, Inc.
Ocean Duke Corporation
OCM Opportunities Fund V, L.P.
Ohio Casualty Insurance Company
Okaloosa County Tax Collector
Okeelanta Corporation
Orange County, FL Tax Collector
Orion Investment and Management Ltd. Corp.
ORIX Capital Markets, L.L.C
Orlando Utilities Commission**
Osceola County, FL Tax Collector
Oxford Building Company LLC
PAC Fruit Company, llc
PACIFIC WORLD CORPORATION
Packerland Holdings
Palm Beach County, FL Tax Collector
Palm Springs Mile Associates, Ltd.
PARTS STORE, THE DBA EQUIPMENT SALE
Paskert Distributing, Inc.
Pasco County Board of County Commissioners
Pasco County, FL Tax Collector
Patrick G. Emmanuel Jr.
Paulding County Tax Commissioner
PC Properties, L.L.C.
PC Woo, Inc. dba Mega Toys.
Peace River Citrus Products, Inc.
Pelican Group, Inc.
Penman Plaza Associates, Ltd.
Pepsi Bottling Group
Pepsi Bottling Ventures LLC
PepsiAmericas, Inc.
Perlis-Ellin, LLC
Pero Packing and Sales Inc.
Peter E. Nicandri
Peter W. Merner

Pfizer Inc.
PHARMATON NATURAL HEALTH
PHARMAVITE, LLC
Phillips Edison & Company
Pictsweet Frozen Foods
Pilgrim's Pride Corporation
Pinellas County, Florida, Tax Collector
PINNACLE FOODS CORP
Pioneer Growers Cooperative
Pioneer Paper and Plastics, Inc.
PMAT Flamingo, L.L.C.
PMG Ocean Associates
Pomenade Mall, LLC
Porcupine WD5, LLC
Powerhouse Produce, LLC
Premier Beverage Company, LLC
Proctor & Gamble Distributing Co.
Project Assistants, Inc.
Provender Hall, LLC
Prudential Insurance Company of America, the
Public Service of North Carolina
Pulse EFT Ass.
Putnam County Tax Collector
Quadrangle Group LLC
Quail Roost Assoc. Partnership
Quaker Oats Company
QUIGLEY CORPORATION
Qwest Communications Corporation
Ramco-Gershenson Properties, L.P.
Rayburn Barfield
Redd Family Partnership LLLP d/b/a Blue Angel Crossing
  Shopping Center
Refron, Inc.
Rehan N. Khawaja
Richard Boswell, Dendra Boswell
Richard H. OHara
Richard R. Thames
Richard S. Ehster/Esther
Rich-SeaPak Corporation
Rita Ferguson
Riverdale Farms, Inc.
Riviana Foods, Inc.
RLV Marketplace LP
RMC Property Group
Robert D Wilcox
Robert L. Shields, III
Ronald A. Katz Technology Licensing, L.P.
Roxborough Associates, LLC
RP Barren River, LLC
R Scott Shuker
Rushmore Properties, LLC
Russell Reid
S. C. Johnson & Son, Inc.
Samantha Olea and Robert Olea
SAMY CO.
San Angelo Texas WD, LP
Santa Rosa County Tax Collector
Sara Lee Corporation
Sarasota County, FL Tax Collector
Sargento Foods, Inc.

SBM of Davie, Inc.
Scana Energy Marketing, Inc.
Schreiber Foods Inc.
Seald Sweet, LLC
Sedwick Claims Management Services, Inc.
Selma Highway 80 Venture II Joint Venture
Selma Newspapers, Inc.
Sembler Company
Seminole County, FL Tax Collector
Sendero Commerical Investments - Park Place, LP
SES Group Miami Springs, Ltd.
Seven Springs Plaza, LLC
Seyfarth Shaw LLP
SFB, LLC
SFP, LLC
Shades Creek Partners
Shelby County Newspapers, Inc.
Shoppes at Lake Avenue, Inc.
The Silver Companies
Simon Property Group
SIMMONS ALLIED PET FOOD CO, INC.
Sirius Computer Solutions, Inc.
Sioux Honey Association
SIRVA Relocation
Smithfield Packing Company, Inc.
Southbrook Partners, LLC
South Carolina Electric & Gas Company
Southeast-Atlantic Beverage Corporation
Southeast Milk, Inc.
Southeast Provisions, LLC
Southern Cleaning Services, Inc.
Southern Family Markets, LLC
Southern Gourmet Foods, Inc.
Southern Pride Catfish d/b/a American Pride Seafoods
Southern Specialties
Southern Wine & Spirits of America, Inc.
Southern Wine & Spirits of Florida
Southern Wine & Spirits of South Carolina, Inc.
Southland-Amite W.D.
Southland-Arlington W.D. Delware Business Trust
Southland Birmingham W.D.
Southland-Conyers W.D.
Southland-Crystal River W.D. Delaware Business Trust
Southland-Jonesboro W.D.
Southland-Mansfield W.D. Delaware Business Trust
Southland-Ponciana W.D. Delaware Businses Trust
Southland-Powder W.D.
Southland River Ridge W.D.
Southland-Summerville W.D.
Southland-Waco W.D. Delaware Business Trust
South Rockdale Associates, LLC
SPCP Group, LLC
Specialty Brands, L.P.
Spectrum Cable Management, LLC
Spectrum Cauble Management LLC
Spectrum Investment Partners
Spectrum Realty Advisors, Inc
Spice World, Inc.
Spring Hill Associates, Ltd.
S. Stephen Selig, III

St. Johns County Tax Collector
State of Georgia, Assistant Attorney General
Steven T. Waterman
Stiles West Associates, Ltd.
Still Hunter, Jr.
Stirling Properties
St. Lucie County, FL Tax Collector
Stoltz Management of Delaware, Inc.
Sun Commodities, Inc.
Sun Lake Plaza, Inc.
Sunkist Growers, Inc.
Sunrise Properties, LLC
Sunshine Mills, Inc.
SUPERMARKET EQUIPMENT RESALE INC.
Susan F Stivers
TA Cresthaven, LLC
TA/Western, LLC
Tallapoosa Publishers, Inc.
Tammy Hunt
Tampa Electric Power
Telfair-Perlis, LLP
The Clanton Advertiser
The Dannon Company
THE TOPPS CO. INC.
Three Lakes Plaza, LC
Thrivent Financial
Tiger Crossing d/b/a University Crossing Shopping Center
Tiger Crossing WD
Tim Edmonson Farms
Tip Top Canning Company, Inc.
Tower Center Associates, Ltd.
Town 'N Country Realty of Easley, Inc.
Tramecia Atkins
TRM Corporation
TSO Volusia, LLC
Tunica Village Partnership
Turney Dunham Plaza Partners Limited Partnership
Tyson Foods Inc.
U.S. Bank National Association, as Indenture Trustee
Unarco Industries, Inc.
UniCru, Inc.
Unifrutti of America, Inc
United Sugar Corporation
USPG Portfolio II, LLC
Valleydale Associates, Inc.
Valrico Partners, LP, Ltd.
Vertis, Inc.
Vestcom New Century LLC
Victory Investments, Inc.
Victory Real Estate Investments, LLC
Victory Wholesale Grocers, Inc.
Vikki Lynn Perkins
Virginia Electric and Power Company, d/b/a Dominion Virginia
   Power and Dominion North Carolina Power
Vision Equipment & Auction Company
Volusia County, FL Tax Collector
W.D. FLORENCE PORTFOLIO, LP.
W.D. MARIANNA PORTFOLIO, LP.
W.D. MILTON PORTFOLIO, LP
Wachovia Bank, N.A.

Wackenhut Corporation.
Watch Omega Holdings, LP
Watkins Investments, L.P.
WD Hillard, LLC
WD Jacksonville FL, LLC
WD Miami, LLC
WD Montgomery LLC
WD Mt. Carmel LLC
WD Westminster SC, LLC
Webb's Seafood, Inc.
Weddinton Associates, a North Carolina partnership
West Pak Avocado, Inc.
Western Union Financial Services, Inc
Westfork Tower, LLC
Westland Plaza Associates, L.P.
Weston Road Shopping Center, LLC
WHITE RAIN
William F. Harmeyer & Associates
William J. Wade
Wilmington Trust Company
Wilson & Son Sales, Inc.
Winn-Dixie Green Cove Trust
Winn-Dixie Jacksonville Trust
Winn-Dixie Pasco Trust
Winn-Dixie Tampa Trust
WRI Texla LLC
WM. G. Roe & Sons, Inc.
Wolfchase Associates, LLC
Woodbury Plaza, LLC
W.T.H., II, LLC
Xerox Capital Services, LLC
Yakima Roche Fruit Sales, LLC
ZATARAINS, INC.
Zubi Advertising Services, Inc.

**Contract Rejection Parties**
Adamo Enterprises, Inc.
ADT
Air Products
American Cold Storage-North America, L.P.
Armstrong Laing, Inc.
The Arrington Group, Inc.
AT&T
Authoria
Barbco, Inc.
Bayforce Staffing Solutions
CARDINAL HEALTH
Certified Arms
Cintas Corporation
CIT
CIT Technologies Corporation
CIT Technology Financing Services
Custom Staffing, Inc.
Dolphin Capital Corp.
Florence Times
Futuristic Foods, Inc.
GEAC Enterprise Solutions, Inc.
GlobalNetXchange, LLC
Great America Leasing Corporation
Hallmark Marketing Corporation

Health Research Associates d/b/a Pharmacy Resources Network
Hocking Valley Leasing Company
IBM Credit Corporation
Information Builders
Informatica Corporation
Information Resources
Infosys Technologies Limited
Jacksonville Electric Authority
Kenan Advantage Group, Inc.
Lease 1
Mantek
MCI Telecommunications Corporation
Mead Westvaco Package System
Mercury Interactive Corporation
Microstrategy
Modis Consulting
National Welders Supply Company
Nova Information Systems, Inc.
Panasonic Communications & Systems Company
Pharmacy Relief Services of Central Florida, Inc.
Phoenix Closures
Pitney Bowes
Predixis, Inc.
ProClarity
Project Assistants, Inc.
Protection One
Protemp Services, LLC
Questionmark Corporation
Radiant Systems, Inc.
RCG Information Technology
Rx Relief
Rx Solutions
Safety-Kleen
SAM Group, Inc.
Scanna Energy Marketing, Inc.
Six Flags, Inc. (Atlanta Properties)
Tequiila Software
Triad Business Solutions
Wachovia
Wackenhut Corporation
Waste management of AL- North
Wipro Limited
Xerox

**Equity Committee Members (Now Disbanded)**
Brandes Investment Partners, L.P.
Houston N. Maddox
Poul Madsen / Paul Madsen
Michael Nakonechny
Kenneth M. Thomas

**Equity Committee Professionals**
Jefferies & Company, Inc.
Jennis & Bowen, P.L.
Paul, Hastings, Janofsky & Walker LLP

**Publicly Disclosed Potential Bidders for Bahamas
Assets/Operations (BK Foods Limited)**
BK Foods Limited
BK Partners (parent)

Colina Financial Advisors (Financial Advisor)
Mark Anthony Garet Finlayson (Director)
Jerome Fitzgerald (Director)
Goodmas Bay Corporate Centre (affiliate?)
Higgs & Johnson (Legal Counsel)
Philip Kemp (Director)

**Ad Hoc Trade Committee**
ASM Capital
Amroc Investments, LLC
Avenue Capital Group
ConAgra Foods, Inc.
Conopco, Inc.
Contrarian Capital Management, LLC
DellaCamera Capital Management, LLC
General Mills Inc.
LCH Opportunities, LLC
Longacre Fund Management, LLC
Madison Capital Management
S.C. Johnson & Son, Inc.
The Procter & Gamble Distributing Co.
VR Capital Group, Ltd.,

**Ad Hoc Trade Committee Professionals**
DLA Piper Rudnick Gray Cary
FTI Consulting