# EXHIBIT B

# SpencerStuart

401 N. Michigan Avenue, Suite 3400
Chicago, Illinois 60611

T 312.822.0080  F 312.822.0116
www.spencerstuart.com

July 10, 2006

Official Committee of Unsecured Creditors of
Winn-Dixie Stores, Inc., et al.
c/o Matthew S. Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005

Dear Mr. Barr:

Thank you for the opportunity to assist the Official Committee of Unsecured Creditors (the "Committee") of Winn-Dixie Stores, Inc. et al. ("Winn-Dixie") in recruiting new members for the Winn-Dixie board of directors (the "Board"). The purpose of this letter is to confirm our working arrangements with the Committee for conducting these important assignments and to get written authorization to proceed.

**Our Understanding of the Need**

We understand that, subject to bankruptcy court approval, Spencer Stuart is being exclusively engaged by the Committee for this engagement, effective as of June 9, 2006, and Winn-Dixie shall solely be responsible for any and all fees and expenses incurred in connection with this engagement. The Committee is seeking a variety of executives to complement the current composition of the Board. This is further described in the attached draft Position and Board Candidate Specification.

**Staffing**

In conducting this search, I will be the lead Spencer Stuart consultant and will work closely with Susan Hart and Julie Daum. We operate under a best-team approach that utilizes consultants who have specific industry knowledge, functional expertise, geographic reach, or prior experience that is relevant to the Committee's search. We also draw upon the extensive skills of our research staff in the candidate identification and development phases of the search.

**Our Approach**

Each search assignment follows a planned strategy and employs a systematic approach tailored to the client. Our standard documentation includes a Candidate Specification that describes your unique circumstances, requirements, and candidate qualifications. This is coupled with a thorough, disciplined process for identifying and attracting the best qualified candidates through our personal relationships, research capabilities, global database, and network of contacts. We can offer the services of a third-party investigative firm for conducting background checks on all finalists.

Amsterdam
Atlanta
Barcelona
Beijing
Bogota
Boston
Brussels
Budapest
Buenos Aires
Chicago
Dallas
Frankfurt
Geneva
Hong Kong
Houston
Johannesburg
Leeds
London
Los Angeles
Madrid
Manchester
Melbourne
Mexico City
Miami
Milan
Minneapolis/St. Paul
Montreal
Mumbai
Munich
New York
Orange County
Paris
Philadelphia
Prague
Rome
San Francisco
San Mateo
Santiago
Sao Paulo
Scottsdale
Shanghai
Singapore
Stamford
Stockholm
Sydney
Tokyo
Toronto
Vienna
Warsaw
Washington, D.C.
Zurich

# SpencerStuart

*See the attached document for more information about the "Enhanced Due Diligence Services."*

**Description of Services to be Rendered**

In working with the Committee to locate qualified candidates to serve on the Board, Spencer Stuart will render, among others, the following services:

(i) Meeting with the Committee to develop background information on the significant issues and creditor expectations to become as knowledgeable as possible about the Debtors and the relevant positions, as to obtain the full benefit of the Committee's thinking, prior to approaching and meeting with candidates;

(ii) Working with the Committee to develop detailed position specifications based on, inter alia, Spencer Stuart's knowledge of the business;

(iii) Constructing a search strategy for the positions to define and prioritize potential candidate locations, position levels and other elements of the search focus in order to ensure a comprehensive search assignment;

(iv) Conducting an intensive search utilizing Spencer Stuart's retail networks and knowledge of the marketplace to yield qualified individuals for the Committee to compare and evaluate;

(v) Thoroughly interviewing qualified candidates to obtain a realistic understanding of their experience, accomplishments, capabilities, and potential, and preparing and presenting a comprehensive resume for review of each candidate recommended to be interviewed;

(vi) Presenting the best qualified and interested individuals for selection interviews;

(vii) Assisting as necessary in developing and negotiating the final compensation package and other terms of employment for the directors;

(viii) Conducting reference checks of successful candidates, including (a) speaking directly with individuals who are or have been in positions to evaluate the candidate's performance on the job; and (b) verifying information such as university degrees and professional qualifications;

# SpencerStuart

    (ix)    Conducting periodic progress reviews with the Committee to discuss individuals contacted, candidate interest, recruiting issues, and any other matters related to the search; and

    (x)    Performing such other search-related services as may be required by the Committee.

**Administration, Fees, and Expenses**

We charge a professional fee and expenses for our services. It is our understanding that Winn-Dixie has agreed to be responsible for any and all fees and expenses incurred in connection with this engagement, subject to bankruptcy court approval. Our professional fee of up to $525,000 is compensation for conducting the assignment for up to seven (7) members of the Board at $75,000 per each Board member placement. The fee will be billed according to the following schedule:

August 15, 2006    $175,000
September 15, 2006  $175,000
October 16, 2006    $175,000

We charge monthly for search-related expenses at ten percent (10%) of the retainer billed according to the above fee schedule. Additionally, we bill for out-of-pocket expenses, if any, such as consultant and candidate travel and other items (e.g., expedited delivery costs, videoconferencing, etc.) related to the search. In jurisdictions where required, applicable state and city service taxes will be added.

Should we complete the assignment prior to the end of the retainer period, our full fee will be due at that time. If, for any reason, the Committee decides to cancel the assignment after the first month, our fees are considered earned to the date of cancellation on a 90-day prorated basis from the date the Committee authorized us to proceed on this project. However, the first month's fee plus associated overhead and expenses are considered earned in their entirety at the commencement of the assignment regardless of the date of cancellation. Should the Committee cancel the search without a placement, but then hire a candidate as a member of the Board that we have presented or identified to you within one year from the completion or termination of the assignment, then we will bill Winn-Dixie the fees as outlined above.

Within one year from the completion or termination of the assignment, if the Committee selects any additional candidates for the Board whom we have presented or identified to the Committee, we will bill Winn-Dixie an additional search fee of $75,000 for each additional placement.

For the Committee's convenience and internal confidentiality, invoices for this project will be given a unique assignment number and, subject to bankruptcy court approval, will be forwarded directly to Winn-Dixie Stores, Inc., c/o D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 with a copy to the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al., c/o Matthew

Matthew S. Barr, Esq.
July 10, 2006
Page 4

# SpencerStuart

S. Barr, Esq., Milbank, Tweed, Hadley & M$^c$Cloy LLP, One Chase Manhattan Plaza, New York, New York 10005. For your records, Spencer Stuart's Tax Identification Number is 36-3538416. Invoices for professional services and expenses are due and payable upon receipt.

Our normal off-limits policy that applies to our executive search assignments does not apply to board searches, as we do not have access to privileged information about the company's management team.

## Agreement

The Committee agrees to the terms and conditions of this search assignment as outlined above.

I look forward to the opportunity to partner with the Committee on this important director search. I am confident that we can quickly identify a group of qualified candidates who best meet the Committee's requirements.

Best regards,

Thomas J. Snyder

cc: D. J. Baker, Esq.

## Agreed and Confirmed

Official Committee of Unsecured Creditors of
Winn-Dixie Stores, Inc., et al.

By: /s/ Matthew S. Barr for the Committee

**FOR YOUR CONVENIENCE: CONTACT INFORMATION "TEAR OFF" SHEET**

| | | |
|---|---|---|
| **Tom Snyder** | Office telephone: | 312.321.8336 |
| | Office fax: | 312.822.0116 |
| | E-mail address: | tsnyder@spencerstuart.com |
| | Home telephone: | 630.469.0766 |
| | Cellular telephone: | 312.925.1963 |
| **Halina Tylka** | Office telephone: | 312.936.3885 |
| | E-mail address: | htylka@spencerstuart.com |
| **Susan Hart** | Office telephone: | 203.326.3710 |
| | Office fax: | 203.326.3787 |
| | E-mail address: | shart@spencerstuart.com |
| | Home telephone: | 203.625.5345 |
| | Cellular telephone: | 917.602.3083 |
| **Julie Daum** | Office telephone: | 212.336.0263 |
| | Office fax: | 212.336.0224 |
| | E-mail address: | jdaum@spencerstuart.com |
| | Home telephone: | 212.327.1805 |
| | Cellular telephone: | 646.824.4045 |
| **Barb Peterson** | Office telephone: | 312.321.8335 |
| | E-mail address: | bpeterson@spencerstuart.com |

# SpencerStuart

**ENHANCED DUE DILIGENCE SERVICES**

In order to assist our clients, Spencer Stuart can refer the Committee to a qualified, independent investigative firm that offers the most comprehensive background information possible about potential candidates that complements our search process.

In all cases, the candidate must provide the investigative firm with written consent prior to beginning the background check, which generally occurs after the final reference stage on the finalist candidate(s). The cost of these services is incurred by the client.

**Board of Director Screen (public domain information only)**

Cost: $3,500 (minimum)
Estimated turnaround time: Three to five business days

- *Employment verification*: Extensive database searching is done, using publicly available press or other online information, to find press releases or articles that corroborate the executive's employment history. Please note: this does not include calling current and previous employers.

- *Civil and criminal litigation checks*: An extensive review of the relevant federal and state legal filing databases available to the public to identify any civil or criminal proceedings naming the candidate as a party. In addition, we will search for criminal records in the county where the candidate maintains his/her primary residence and current place of employment. In jurisdictions where legal filings are not available electronically, on-site courthouse searches can be conducted for an additional cost. If requested, the actual court documents can be obtained for further clarification for an additional cost.

- *Professional licensing authority checks*: A comprehensive search is conducted for any actions taken against the candidate by licensing authorities (e.g., accountancy boards) or by securities authorities (e.g., SEC, NASD).

During the assignment, the investigative firm will provide oral updates, followed by a detailed, written report, which includes the pertinent findings.