UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 3:05-bk-03817-JAF

          Debtors.                                              Chapter 11

                                                                 Jointly Administered

_____/

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that a hearing is scheduled for **September 7, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Application of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. for Order, Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014, Authorizing Retention and Employment of Spencer Stuart, Effective as of July 10, 2006, as Director Retention Consultant.

    Only objections filed with the Court so as to be received by **August 27, 2006** and served on Matthew S. Barr at mbarr@milbank.com, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 and John B. Macdonald at john.macdonald@akerman.com, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing.

    You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among

{JA285566;1}

other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: August 7, 2006

AKERMAN SENTERFITT
By:/s/*John B. Macdonald*
John B. Macdonald
Florida Bar No. 230340
Email: john.macdonald@akerman.com
Patrick P. Patangan
Florida Bar No. 348340
Email: patrick.patangan@akerman.com
50 North Laura St., Suite 2500
Jacksonville, Florida 32202
(904) 798-3700 (telephone)
(904) 798-3730 (facsimile)

-and –

MILBANK, TWEED, HADLEY & McCLOY LLP
Matthew S. Barr, Esq.
Jeffrey K. Milton, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000 (telephone)
(212) 530-5219 (facsimile)
Co-Counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA285566;1}