# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about August 1, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: August 7, 2006

_____
Kathleen M. Logan

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Sixteenth Omnibus Objection to
(A) Misclassified Claims (B) Overstated Claims
and (C) Overstated Misclassified Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 452136-98<br>ASM CAPITAL II, LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY NY 11797 | CREDITOR ID: 452217-97<br>BT MARIETTA LLC<br>ATTN: MICHAEL MARKMAN, PRES<br>2600 PHILMONT AVENUE<br>HUNTINGTON VALLEY PA 19006 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 417419-98<br>CADLEROCK LLC<br>ATTN VIC BUENTE<br>100 NORTH CENTER STREET<br>NEWTON FALLS OH 44444 | CREDITOR ID: 423158-97<br>CAPX REALTY LLC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN: M.BEAL & Z.BANCROFT<br>450 S ORANGE AVE, STE 800<br>ORLANDO FL 32801 |
| CREDITOR ID: 423154-98<br>CAPX REALTY LLC<br>101 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 405971-98<br>CAVENDISH FARMS INC<br>ATTN DAVID BATES<br>100 MIDLAND DRIVE<br>DIEPPE NB E1A6X4<br>CANADA | CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASSANTVILLE NY 10570 |
| CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ESBIN & ALTER LLP<br>LESLEY HYNES<br>497 SOUTH MAIN ST<br>NEW CITY NY 10956 |
| CREDITOR ID: 423075-98<br>DELLACAMERA CAPITAL MANAGEMENT LLC<br>ATTN JEFFREY KAPLAN<br>237 PARK AVENUE SUITE 800<br>NEW YORK NY 10017 | CREDITOR ID: 452126-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O MERIDIAN CORPORATE SERVICES LTD<br>73 FRONT STREET<br>PO BOX HM 528<br>HAMILTON  HM 12<br>BERMUDA | CREDITOR ID: 417049-97<br>DUANE MORRIS LLP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 | CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: JAY R BENDER<br>1819 FIFTH AVENUE NORTH<br>ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 |
| CREDITOR ID: 417048-97<br>GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER ESQ<br>THREE RAVINA DRIVE STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN GANNA LIBERCHUK<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 | CREDITOR ID: 411409-98<br>HAIN CAPITAL OPPORTUNITIES LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17 N 6TH FLOOR<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>C/O HELLER EHRMAN LLP<br>7 TIMES SQUARE<br>TIMES SQUARE TOWER<br>NEW YORK NY 10036 | CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: CHRISTINE L MYATT<br>PO BOX 3463<br>GREENSBORO NC 27402 |
| CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Sixteenth Omnibus Objection to**
**(A) Misclassified Claims (B) Overstated Claims**
**and (C) Overstated Misclassified Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O STUTMAN THAMES & MARKEY PA
ATTN: RICHARD THAMES, ESQ.
50 N LAURA ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O CW CAPITAL ASSET MANAGEMENT
ATTN MR DEMETRIOS MORAKIS
700 12TH STREET NW SUITE 700
WASHINGTON DC 20005

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN MARC KIRSCHNER GC
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 405907-98
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 452150-98
MSCI 1999-RM1 DALTON PLACE LP
A GEORGIA LIMITED PARTNERSHIP
C/O LNR PARTNERS INC
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

CREDITOR ID: 417047-98
REASSURE AMERICA LIFE ASSURANCE CO
C/O CAPMARK SERVICES INC
ATTN CHARLOTTE KOLLIN
THREE RAVINA DR STE 200
ATLANTA GA 30346

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 452058-98
SASCO 1996-CFL DOUGLAS CENTER LP
C/O LNR PARTNERS, INC
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 452052-98
SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Sixteenth Omnibus Objection to**
**(A) Misclassified Claims (B) Overstated Claims**
**and (C) Overstated Misclassified Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN
2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

**Total:   60**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 31, 2006, at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims.

Only objections filed with the Court so as to be received by **August 21, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: July 31, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By     _s/ D. J. Baker_____
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray
     Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By     _s/ James H. Post_____
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson,
     Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

2

Hearing Date:  **August 31, 2006 at 1:00 p.m.**
Obj. Deadline:  **August 21, 2006 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO (A) MISCLASSIFIED CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through C (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") reclassifying or reducing the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

### BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.   The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.   On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.   On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

5.   The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.   The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.   Proofs of Claim

7.   By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or

assert) prepetition claims against one or more of the Debtors to file and serve a written proof of

claim with respect to any such claim.  The bar date applicable to governmental units was August

22, 2005.  To date, over 13,300 proofs of claim (the "Proofs of Claim") have been filed against

the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was

provided by mail and publication in accordance with the procedures outlined in the Claims Bar

Date Order.

    8. In the ordinary course of business, the Debtors maintain books and records

(the "Books and Records") that reflect, among other things, the Debtors' liabilities and the

amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the

Proofs of Claim filed in these cases (including supporting documentation) and a comparison of

the claims asserted in the Proofs of Claim with the Books and Records to determine the validity

of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim

that are objectionable, as more particularly described below.

**RELIEF REQUESTED**

    9. By this Objection, the Debtors object to the Disputed Claims and, for the

reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and

507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, reclassifying or reducing the

Disputed Claims.

**BASIS FOR RELIEF**

A. Misclassified Claims

    10. As a result of their review, the Debtors have identified approximately 57

Disputed Claims that are misclassified in whole or part (the "Misclassified Claims").  A list of

the Misclassified Claims is attached as Exhibit A.

3

11.    None of the Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  With the exception of several claims based on reclamation demands discussed in paragraph 12 below, none of the Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Misclassified Claims should be reclassified as specified on Exhibit A.

12.    Several of the Misclassified Claims identified on Exhibit A are based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors.  As a result, such Misclassified Claims partially duplicate the reclamation demands.  The Debtors seek to reclassify such Misclassified Claims as administrative priority claims, to the extent of the allowed reclamation claims, as specified on Exhibit A, with the remainder of the Misclassified Claims to be classified as unsecured non-priority claims.

13.    The Debtors (a) object to the Misclassified Claims listed on Exhibit A and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit A.  Claimants may elect, by not timely responding to this Objection, to permit their Misclassified Claims listed on Exhibit A to be reclassified as specified on Exhibit A.  In the absence of a Response (as defined in paragraph 25 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

B.    Overstated Claims

14.    As a result of their review, the Debtors have identified 53 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims").  The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit B.

4

15.   These claims fall into several categories: (a) Proofs of Claim that include claims that arose postpetition; (b) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (c) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (d) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; and/or (e) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors.

16.   In addition, the Debtors identified certain Overstated Claims that were based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors. As a result, such Overstated Claims partially duplicate the reclamation demands. The Debtors and the reclamation vendors listed on Exhibit B have previously agreed to their respective allowed reclamation claims pursuant to the reclamation trade lien program, which was approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated August 5, 2005. The Debtors seek to reduce the Overstated Claims by those agreed amounts, for which payments have been made or are in process, in addition to any other reductions as set forth on Exhibit B.

17.   The Debtors (a) object to the Overstated Claims listed on Exhibit B and (b) seek entry of the Proposed Order reducing the Overstated Claims. Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit B to be reduced. In the absence of a Response (as defined in paragraph 25 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

C.    Overstated Misclassified Claims

18.    As a result of their review, the Debtors have identified 24 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records and that also appear to be misclassified in whole or part (the "Overstated Misclassified Claims").  The Overstated Misclassified Claims, with specific reasons for reduction, are listed on Exhibit C.

19.    The Debtors seek to reduce the Overstated Misclassified Claims for the reasons discussed in paragraphs 15 and 16 above.  In addition, none of the Overstated Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  With the exception of the claims based on reclamation demands discussed in paragraph 20 below, none of the Overstated Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Overstated Misclassified Claims should be reclassified as specified on Exhibit C.

20.    Several of the Overstated Misclassified Claims identified on Exhibit C are based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors.  As a result, such Overstated Misclassified Claims partially duplicate the reclamation demands.  In those cases where the reclamation vendors are not subject to the Reclamation Trade Lien Program Stipulation, the Debtors seek to reclassify such Overstated Misclassified Claims as administrative priority claims, to the extent of the allowed reclamation claims, as specified on Exhibit C, with the remainder of the proposed reduced claim amounts to be classified as unsecured non-priority claims.

6

21.    The Debtors (a) object to the Overstated Misclassified Claims listed on Exhibit C and (b) seek entry of the Proposed Order reducing and reclassifying such Overstated Misclassified Claims as specified on Exhibit C.  Claimants may elect, by not timely responding to this Objection, to permit their Overstated Misclassified Claims to be reduced and reclassified as specified on Exhibit C.  In the absence of a Response (as defined in paragraph 25 below), the Debtors will present to the Court the Proposed Order reducing and reclassifying the Overstated Misclassified Claims.

## SEPARATE CONTESTED MATTERS

22.    Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

23.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to the resolution of substantive consolidation issues, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

24.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against

7

any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such

Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.      Filing and Service of Responses

           25.      Pursuant to the Claim Objection Procedures Order, to contest an Objection

a claimant must file a written response to the Objection (a "Response") with the United States

Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic

filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **August 21, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline").  In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

                    Counsel for the Debtors:

                    D. J. Baker Esq.
                    Skadden, Arps, Slate, Meagher
                    & Flom LLP
                    Four Times Square
                    New York, New York 10036
                    (212) 735-2000 (facsimile)
                    djbaker@skadden.com

B.      Timely Response Required; Hearing; Replies

           26.    If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **August 31, 2006, at 1:00**

**p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.

Only those Responses made in writing and timely filed and received will be considered by the

Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

27.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order reclassifying or reducing the claim without further notice to the claimant.

## NOTICE

28.    As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that their claims may be reclassified or reduced as a result of the Objection (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A through C.  Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit D (a) reclassifying the Misclassified Claims, (b) reducing the Overstated Claims and (c) reducing and reclassifying the Overstated Misclassified Claims, and (iii) grant such other and further relief as is just and proper.

Dated: July 31, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*_____
  D. J. Baker
  Sally McDonald Henry
  Rosalie Walker Gray
  Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*_____
  Stephen D. Busey
  James H. Post
  Cynthia C. Jackson,
  Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

11

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 279332**<br>A DUDA & SONS, INC<br>C/O MEUERS LAW FIRM, PI<br>ATTN LAWRENCE H MEUERS, ESQ<br>5395 PARK CENTRAL COURT<br>NAPLES FL 34109 | 9766<br><br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $91,430.49 | Multiple Classes | Multiple Classes | MISCLASSIFIED IN PART. CLAIM FILED AS SECURED AND UNSECURED NON-PRIORITY. RECLASSIFY $24,397.05 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $67,033.44 TO UNSECURED NON-PRIORITY. |
| **Creditor Id: 242523**<br>AGAPION, BILL DBA ARCO REALTY CO<br>625 S ELM STREET<br>GREENSBORO, NC 27406-1327 | 2413<br><br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $2,246.50 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 398023**<br>ALLEN NORTON & BLUE, PA<br>ATTN ROBERT LARKIN/R NORTON<br>121 MAJORCA AVENUE<br>CORAL GABLES FL 33134 | 7637<br><br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $45,350.11 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 279338**<br>ASSOCIATED BRANDS, INC<br>ATTN BECKY L RATH, CR MGR<br>PO BOX 788<br>MEDINA NY 14103 | 1502<br><br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $8,996.33 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $1,903.35 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $7,018.10 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 381991**<br>BAR-S FOODS CO<br>ATTN M KACHALUBA OR M SURIANO<br>3838 N CENTRAL AVE SUITE 1900<br>PHOENIX AZ 85012<br><br>Counsel: ATTN PETER J RATHWELL, ESQ | 1051<br><br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $84,102.18 | Multiple Classes | Multiple Classes | MISCLASSIFIED IN PART. CLAIM FILED AS $194.40 UNSECURED NON-PRIORITY AND $83,907.78 ADMINISTRATIVE PRIORITY. RECLASSIFY $3,550.71 TO UNSECURED NON-PRIORITY AND $80,551.47 REMAINS ADMINISTRATIVE PRIORITY (RECLAMATION). |
| **Creditor Id: 381769**<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | 160<br><br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $10,004.47 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 381769**<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | 161<br><br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $3,003.06 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 381769<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | 162<br><br>**Aserted**<br>**Debtor:** | $1,465.38<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 381769<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | 163<br><br>**Aserted**<br>**Debtor:** | $18,316.53<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 243625<br>BLOSSMAN GAS INC<br>2221 S HORNER BLVD<br>SANFORD, NC 27330 | 1996<br><br>**Aserted**<br>**Debtor:** | $274.71<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 12796<br>BURGI, ANTONIO E<br>2040 SPOONBILL STREET<br>JACKSONVILLE FL 32224 | 5949<br><br>**Aserted**<br>**Debtor:** | $10,000.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 123<br>CITY OF BEDFORD<br>ATTN JOANNE CALDWELL, TREAS<br>215 EAST MAIN STREET<br>BEDFORD VA 24523 | 1309<br><br>**Aserted**<br>**Debtor:** | $10,786.33<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM, |
| **Creditor Id:** 410776<br>CITY OF BIRMINGHAM, AL<br>C/O DEPARTMENT OF LAW<br>ATTN JACINDA ANDERSON<br>710 NORTH 20TH STREET<br>BIRMINGHAM AL 35203-2216 | 10957<br><br>**Aserted**<br>**Debtor:** | $22,890.05<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 240009<br>CITY OF DANIA BEACH<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES, ESQ<br>3107 STIRLING ROAD, SUITE 300<br>FORT LAUDERDALE FL 33312 | 10169<br><br>**Aserted**<br>**Debtor:** | $391.13<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |

Transferee: DEBT ACQUISITION COMPANY OF AMERICA

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 381011<br>CITY OF FAYETTEVILLE PUBLIC WORKS<br>ATTN BEVAN E GRICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | 12946<br><br>**Aserted Debtor:** | $86,652.60<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 267391<br>CITY OF FORT LAUDERDALE, FL<br>ATTN CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE FL 33301 | 11190<br><br>**Aserted Debtor:** | $200.00<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| **Creditor Id:** 267391<br>CITY OF FORT LAUDERDALE, FL<br>ATTN CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE FL 33301 | 11192<br><br>**Aserted Debtor:** | $6,961.88<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| **Creditor Id:** 404031<br>CITY OF HOLLYWOOD PUBLIC WORKS DEPT<br>C/O CITY ATTORNEY<br>ATTN TRACY A LYONS, ESQ<br>2600 HOLLYWOOD BLVD, SUITE 407<br>HOLLYWOOD FL 33020 | 1950<br><br>**Aserted Debtor:** | $5,122.68<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| **Creditor Id:** 245851<br>CITY OF HOMESTEAD<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES, ESQ<br>3107 STIRLING ROAD, SUITE 300<br>FORT LAUDERDALE FL 33312 | 10170<br><br>**Aserted Debtor:** | $62,970.78<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| **Creditor Id:** 955<br>CITY OF MADISON WATER & WASTEWATER<br>ATTN BERNARD L BRESSETTE, GM<br>PO BOX 197<br>MADISON AL 35758 | 2306<br><br>**Aserted Debtor:** | $427.70<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. THERE IS NO SECURITY BOND. |
| **Creditor Id:** 245967<br>CITY OF MIRAMAR FINANCE DEPT<br>6700 MIRAMAR PARKWAY<br>MIRAMAR, FL 33023<br>Counsel: ATTN DOUGLAS R GONZALES, ESQ. | 10171<br><br>**Aserted Debtor:** | $9,578.55<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 975<br>CITY OF WILLISTON<br>ATTN MARK SCHIEFER, FIN DIR<br>PO DRAWER 160<br>WILLISTON FL 32699-0160 | 3464 | $29,658.94 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id:** 110532<br>COLLINS, MARYLOU<br>4699 PEACHWOOD COURT<br>SOCASTEE SC 29588 | 10548 | $392.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor:   WINN-DIXIE RALEIGH, INC. | | | | | |
| **Creditor Id:** 406116<br>COUNTY OF PASCO BD OF COMMISSIONERS<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7530 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY FL 34654 | 3269 | $5,191.57 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| Aserted Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id:** 113192<br>CRAMER, BRADLEY M JR<br>1442 CACAO LANE<br>PENSACOLA FL 32507 | 10645 | $217.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor:   WINN-DIXIE SUPERMARKETS, INC. | | | | | |
| **Creditor Id:** 406060<br>DAHLEM ENTERPRISES, INC<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 3012 | $200,235.75 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id:** 279485<br>DL LEE & SONS, INC<br>C/O WORMSER KIELY GALEF & JACOBS<br>ATTN G R VON STANGE<br>825 THIRD AVENUE<br>NEW YORK NY 10022-7519 | 7659 | $138,948.55 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $24,620.71 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $114,327.84 REMAINS UNSECURED NON-PRIORITY. |
| Aserted Debtor:   WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN LOUIS G MCBRYAN, ESQ | | | | | |
| **Creditor Id:** 411234<br>DOLPHIN CAPITAL CORPORATION<br>PO BOX 56<br>MOBERLY MO 65270 | 11527 | $6,995.76 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor:   WINN-DIXIE STORES, INC. | | | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 248304**<br>DON MICHAEL CIGARS CLASSICS<br>ATTN ADRIAN GADD, PRES<br>4 BAYS CENTER, SUITE F<br>303 SOUTH TAMIAMI TRAIL<br>NOKOMIS, FL 34275 | 344 | $17,068.88 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 22886**<br>DUHE, CLINT<br>PO BOX 534<br>GARYVILLE LA 70051 | 7029 | $355.83 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 1295**<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 E WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46804 | 11871 | $407,461.97 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN: BRADLEY S SHRAIBERG, ESQ | | | | | |
| **Creditor Id: 123813**<br>ELLIOTT, ASHLEY E<br>114 CHANDLER CIRCLE<br>PO BOX 313<br>CHURCH HILL TN 37642 | 1338 | $222.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 126542**<br>FERMIN, KELLYS L<br>420 JACKSON AVE<br>GREENACRES FL 33463 | 2787 | $150.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 249964**<br>FOSTER FARMS<br>DEPT 33334<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3334 | 8898 | $85,479.84 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $4,857.59 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $80,622.25 REMAINS UNSECURED NON-PRIORITY. |
| Aserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 394041**<br>GAUNT, PRATT, RADFORD & METHE, PA<br>ATTN KENT S PRATT, PRES<br>1401 FORUM WAY, SUITE 500<br>WEST PALM BEACH, FL 33401 | 3076 | $41,076.05 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Aserted Debtor: | | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410975**<br>GE COMMERCIAL FIN BUS PROP CORP<br>C/O MORRITT HOCK HAMROFF & HOROWITZ<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10250 | $214,374.96 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
|  | Aserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| **Creditor Id: 1386**<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET<br>SANTA BARBARA, CA 93101 | 12283 | $783,247.60 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
|  | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |
|  | Counsel: ATTN ANDREW J CAVANAUGH, ESQ | | | | |
| **Creditor Id: 250959**<br>GRIMBALL & CABANISS CHARLESTON<br>PO BOX 816<br>CHARLESTON SC 29407 | 2267 | $8,850.30 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
|  | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |
|  | Counsel: ATTN WARREN MOISE, ESQ | | | | |
| **Creditor Id: 252787**<br>HELGESTAD, JASON<br>4163 REDOAK LANE<br>IRONSTATION NC 28080 | 4651 | $382.82 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
|  | Aserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| **Creditor Id: 410522**<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 12890 | $364,765.80 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
|  | Aserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| **Creditor Id: 147262**<br>HOLLAND, YASMIN<br>389 ENOTA PLACE<br>ATLANTA GA 30310-1258 | 2283 | $248.48 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
|  | Aserted Debtor: | DEBTOR IS UNIDENTIFIABLE | | | |
| **Creditor Id: 452132**<br>IRON OUT, INC<br>ATTN TAMARA A MAYER, ACCT MGR<br>1515 DIVIDEND ROAD<br>FORT WAYNE IN 46808 | 13249 | $10,703.52 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
|  | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 252506**<br>JACKS RESTAURANT<br>ATTN WALKER MEAD, OWNER<br>1593 COUNTY ROAD 437A<br>CULLMAN AL 35055 | 2158<br><br>Aserted<br>Debtor: | $139.46<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 253319**<br>JOHNSONVILLE SAUSAGE, LLC<br>ATTN JOY KRUGEL, CREDIT MGR<br>PO BOX 786<br>SHEBOYGAN WI 53082-0786 | 3001<br><br>Aserted<br>Debtor: | $179,449.40<br><br>WINN-DIXIE PROCUREMENT, INC. | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $172,271.42 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $7,177.98 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 452206**<br>KAHN AND ASSOCIATES<br>ATTN MORRIS KAHN, OWNER<br>1000 NORTH RAMPART STREET<br>NEW ORLEANS LA 70116 | 13268<br><br>Aserted<br>Debtor: | $11,680.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 255331**<br>MAJESTIC DRUG COMPANY, INC<br>ATTN NILDA LOYOLA<br>PO BOX 490<br>4996 MAIN STREET<br>SOUTH FALLSBURG, NY 12779 | 538<br><br>Aserted<br>Debtor: | $456.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 407724**<br>NANCY LANE COMMERCIAL REALTY, INC<br>C/O BENNETT LOTTERHOS SULSER ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | 5392<br><br>Aserted<br>Debtor: | $832.07<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 405305**<br>ORALABS INC<br>ATTN DEAN GRAVES, CONTROLLER<br>18685 E PLAZA DR<br>PARKER COQ 80134-9061 | 8937<br><br>Aserted<br>Debtor: | $7,914.24<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 258983**<br>PROJECT ASSISTANTS, INC<br>ATTN ROBERT KIRKPATRICK<br>1409 FOULK ROAD, SUITE 200<br>WILMINGTON, DE 19803<br>Counsel: ATTN: ROBERT DEHNEY, ESQ | 11039<br>**Aserted<br>Debtor:** | $41,677.37<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 200059**<br>RISO, MARIE C<br>PO BOX 5322<br>FORT LAUDERDALE FL 33310 | 2837<br>**Aserted<br>Debtor:** | $2,500.00<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 403355**<br>SHELL FLEMING DAVIS & MENGE, PA<br>ATTN R MARK DITTO, ADMINISTRATOR<br>PO BOX 1831<br>PENSACOLA FL 32591-1831 | 11061<br>**Aserted<br>Debtor:** | $21,000.48<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 209557**<br>SHELLEY, RONNIE L<br>10 UNIVERSITY PL<br>VALDOSTA GA 31602 | 10362<br>**Aserted<br>Debtor:** | $10,241.20<br>CRACKIN' GOOD, INC. | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 263343**<br>TOWN OF LAKE PLACID<br>ATTN JACQUELINE HAYNES<br>51 PARK DRIVE<br>LAKE PLACID, FL 33852 | 1164<br>**Aserted<br>Debtor:** | $332.14<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 410925**<br>WCL FIVE, LLC<br>ATTN W CLARKE LINDLEY, MEMBER MGR<br>PO BOX 341<br>BURLINGTON NC 27216 | 10103<br>**Aserted<br>Debtor:** | $36,960.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id: 410925**<br>WCL FIVE, LLC<br>ATTN W CLARKE LINDLEY, MEMBER MGR<br>PO BOX 341<br>BURLINGTON NC 27216 | 10104<br>**Aserted<br>Debtor:** | $5,060.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 264281**<br>WE BASSETT COMPANY, INC, THE<br>ATTN BEVERLY KAMAITIS CREDIT MGR<br>100 TRAP FALLS ROAD EXTENSION<br>SHELTON CT 06484 | 10338<br><br>Aserted<br>Debtor:  WINN-DIXIE STORES, INC. | $6,676.20 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $687.66 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $5,988.54 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id: 415966**<br>WESTLAND PLAZA ASSOCIATES, LP<br>C/O STIRLING PROPERTIES<br>ATTN DONNA TAYLOR<br>109 NORTHPARK BLVD, SUITE 300<br>COVINGTON LA 70433 | 11966<br><br>Aserted<br>Debtor:  WINN-DIXIE MONTGOMERY, INC. | $225,217.96 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Counsel: ATTN J DAVID FORSYTH, ESQ. | | | | | |

| | | | |
|---|---|---|---|
| **Total Claims to be Reclassified:** | 57 | | |
| **Total Amount to be Reclassified:** | $3,347,335.60 | Plus Unliquidated Amounts, If Any | |

# EXHIBIT B

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 241285<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7325<br>Asserted Debtor: | $281,430.00<br>WINN-DIXIE MONTGOMERY, INC. | $26,306.29 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. CLAIMANT ALSO FILED CLAIM NUMBER 7324 IN THE AMOUNT OF $5,300.22 THAT DEBTOR AGREES TO ALLOW. |
| **Creditor Id:** 410534<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028<br><br>Transferee: LIQUIDITY SOLUTIONS INC<br>Counsel: ATTN I M GOLD/N B WARANOFF | 12313<br>Asserted Debtor: | $1,491,998.47<br>WINN-DIXIE MONTGOMERY, INC. | $1,444,403.47 | REDUCED AMOUNT REFLECTS REMOVAL OF $47,595.00 FOR POSTPETITION REAL ESTATE TAXES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 415977<br>ALLARD, LLC<br>C/O FISHER & SAULS, PA<br>ATTN THOMAS H MCLAIN, JR, ESQ<br>100 SECOND AVENUE S, SUITE 701<br>PO BOX 387<br>ST PETERSBURG FL 33731 | 12012<br>Asserted Debtor: | $699,432.02<br>WINN-DIXIE STORES, INC. | $676,634.25 | REDUCED AMOUNT REFLECTS PAYMENT OF $22,797.77 FOR PREPETITION RENT BY CHECK NUMBER 00744470 WHICH CLEARED 2/10/05. |
| **Creditor Id:** 410941<br>AMEGY MORTGAGE COMPANY, LLC FKA<br>MITCHELL MORTGAGE COMPANY, LLC<br>ATTN: DALE H AMBREDS<br>4576 RESEARCH FOREST DRIVE<br>THE WOODLANDS TX 77381<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN BRUCE M BADGER, ESQ. | 10181<br>Asserted Debtor: | $1,858,299.52<br>WINN-DIXIE STORES, INC. | $1,716,975.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $117,351.97 AND $23,971.76 FOR 2003 REAL ESTATE TAXES AND INSURANCE AS DEBTOR PAID SUCH TAXES AND INSURANCE IN THE AMOUNT OF $124,504.02 AND $29,969.11 BY CHECK NUMBERS 007059019 AND 00707353A WHICH CLEARED 11/26/03 AND 12/11/03, RESPECTIVELY. |
| **Creditor Id:** 411009<br>ARONOV REALTY CO & F M JOHNSON TA<br>SATTERFIELD PLAZA, SELMA, AL<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10305<br>Asserted Debtor: | $112,871.44<br>WINN-DIXIE STORES, INC. | $107,182.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,688.88 FOR OVERSTATED REJECTION DAMAGES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  242578**<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVE<br>RICHMOND  VA  23230<br><br>Counsel: ATTN THOMAS E CARR, ESQ | 12477<br><br>Asserted<br>Debtor: | $746,013.75<br><br>WINN-DIXIE RALEIGH, INC. | $297,907.75 | REDUCED AMOUNT REFLECTS ADDITION OF $64,616.84 FOR CALCULATION ERROR IN PROOF OF CLAIM FORM (CHARGES ATTACHED AS DOCUMENTATION BUT NOT INCLUDED IN ASSERTED AMOUNT) AND REMOVAL OF $484,635.40 FOR OVERSTATED REJECTION DAMAGES AND $12,266.24, $5,911.31, AND $9,909.89 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES, INSURANCE, AND COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY. |
| **Creditor Id:  410753**<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES & M BEN-EZRA, ESQS<br>2901 STIRLING RD, STE 300<br>FT LAUDERDALE  FL  33312 | 12436<br><br>Asserted<br>Debtor: | $1,480,384.84<br><br>WINN-DIXIE STORES, INC. | $1,280,834.84 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:  416262**<br>ASHY-BROWN GONZALES PARTNERSHIP<br>C/O HERBERT G BROWN<br>17757 US HIGHWAY 19 NORTH, STE 325<br>CLEARWATER  FL  33764<br><br>Counsel: ATTN THOMAS D FAZIO, ESQ. | 12209<br><br>Asserted<br>Debtor: | $273,001.15<br><br>WINN-DIXIE STORES, INC. | $256,945.99 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,212.55 AND $9,890.16 FOR OVERSTATED REJECTION DAMAGES AND 2005 PREPETITION REAL ESTATE TAXES, RESPECTIVELY, AND $2,952.45 FOR 2005 INSURANCE AS DEBTOR IS SELF-INSURED. |
| **Creditor Id:  1131**<br>BONNER'S POINT LLC<br>C/O RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEAL, COO<br>PO BOX 11407<br>BIRMINGHAM,  AL  35246-1036<br><br>Counsel: ATTN JEFFERY J HARTLEY, ESQ | 10949<br><br>Asserted<br>Debtor: | $96,498.93<br><br>WINN-DIXIE MONTGOMERY, INC. | $51,650.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $39,658.87 FOR OVERSTATED REJECTION DAMAGES AND $5,190.06 FOR 2004 REAL ESTATE TAXES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id:  1148**<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS, MANAGING AGENT<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA  19006<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD<br>Counsel: ATTN JEFFREY KURTZMAN, ESQ | 1536<br><br>Asserted<br>Debtor: | $224,283.65<br><br>WINN-DIXIE RALEIGH, INC. | $196,349.77 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,175.36 AND $16,758.73 FOR 2003 AND 2004 COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY, AS CLAIMANT INCLUDED MANAGEMENT FEES, OVERNIGHT MAIL COSTS, PERMITS, FEES, AND MISCELLANEOUS ITEMS THAT ARE NOT DEBTOR'S OBLIGATIONS UNDER LEASE. |
| **Creditor Id:  410433**<br>CADBURY ADAMS USA LLC<br>ATTN JIM TREASTER, CREDIT DIRECTOR<br>5301 LEGACY DRIVE<br>PLANO  TX  75024 | 8218<br><br>Asserted<br>Debtor: | $396,870.00<br><br>WINN-DIXIE STORES, INC. | $245,982.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,468.28, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $35,971.26 AND $3,420.54, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $9,555.78, AND REMOVAL OF $100,471.52 FOR CHARGES LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 423157<br>CAPX REALTY, LLC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802 | 13004<br><br>**Asserted Debtor:** | $1,312,988.29<br><br>WINN-DIXIE STORES, INC. | $1,143,480.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $169,507.40 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id:** 410454<br>CAROLINA ENTERPRISES, INC<br>ATTN JAMES T SCHOFIELD, PRESIDENT<br>PO BOX 13559<br>FLORENCE SC 29504 | 8211<br><br>**Asserted Debtor:** | $443,767.62<br><br>WINN-DIXIE RALEIGH, INC. | $377,234.35 | REDUCED AMOUNT REFLECTS REMOVAL OF $66,533.27 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 410586<br>CATAMOUNT ATLANTA, LLC, ASSIGNEE<br>OF HELENE FUNK & PETER W MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS IN 46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11787<br><br>**Asserted Debtor:** | $310,150.47<br><br>WINN-DIXIE MONTGOMERY, INC. | $153,219.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,949.54 FOR INCORRECTLY BILLED INSURANCE, $22,529.34 AND $85,000 FOR OVERSTATED REAL ESTATE TAXES AND REJECTION DAMAGES, RESPECTIVELY, AND $34,644.84, AND $11,607.08 FOR COMMON AREA MAINTENANCE CHARGES AND TENANT SECURITY SERVICES, RESPECTIVELY, AS THEY LACK SUPPORTING DOCUMENTATION. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 408297<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE<br>H FUNK & PW MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, STE 2800<br>INDIANAPOLIS IN 46204-2079<br><br>Counsel: ATTN CRAIG E ETEM, ESQ | 11892<br><br>**Asserted Debtor:** | $287,939.65<br><br>WINN-DIXIE RALEIGH, INC. | $207,277.71 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,180.70 AND $8,481.24 FOR OVERSTATED 2005 PREPETITION CITY AND COUNTY REAL ESTATE TAXES, RESPECTIVELY, AND $67,000 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 1197<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8039<br><br>**Asserted Debtor:** | $576,695.29<br><br>WINN-DIXIE RALEIGH, INC. | $556,803.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $19,891.87 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12110<br>Asserted<br>Debtor: | $972,396.17<br>**WINN-DIXIE RALEIGH, INC.** | $552,955.27 | REDUCED AMOUNT REFLECTS REMOVAL OF $419,440.90 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 382485**<br>CROSSMEDIA SERVICES, INC<br>ATTN MARY VANKOEVERING, CFO<br>225 N MICHIGAN AVENUE, STE 1500<br>CHICAGO, IL 60601<br><br>Counsel: ATTN BOB TEDESCO, ESQ | 11521<br>Asserted<br>Debtor: | $47,975.00<br>**WINN-DIXIE STORES, INC.** | $28,619.00 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410824**<br>DANIEL G KAMIN CLARKSVILLE<br>CROSSING, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 9643<br>Asserted<br>Debtor: | $328,208.33<br>**WINN-DIXIE RALEIGH, INC.** | $199,208.33 | REDUCED AMOUNT REFLECTS REMOVAL OF $129,000.00 FOR ESTIMATED GENERAL MAINTENANCE CHARGES AND REPAIRS TO AIR CONDITIONER, PLUMBING, AND SPRINKLER SYSTEM. |
| **Creditor Id: 410826**<br>DANIEL G KAMIN ZACHARY ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEES<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 9648<br>Asserted<br>Debtor: | $519,993.39<br>**WINN-DIXIE MONTGOMERY, INC.** | $240,713.87 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,279.52 FOR OVERSTATED REJECTION DAMAGES AND $256,000.00 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 408328**<br>DEAN MILK COMPANY, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 6987<br>Asserted<br>Debtor: | $7,961.11<br>**WINN-DIXIE STORES, INC.** | $6,611.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,349.22 FOR LACK OF SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

Page: 5 of 10
Date: 07/31/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 383211**<br>DELL MARKETING, LP<br>C/O HUGHES & LUCE, LLP<br>ATTN SABRINA L STREUSAND, ESQ<br>111 CONGRESS AVENUE, SUITE 900<br>AUSTIN TX 78701 | 286<br>Asserted<br>Debtor: | $442,147.71<br>WINN-DIXIE STORES, INC. | $105,199.73 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $201.16, RECLAMATION PAYMENTS IN PROCESS TOTALING $6,437.29, AND REMOVAL OF $330,309.53 FOR CHARGES LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 410397**<br>EBINPORT ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246<br><br>Transferee: LCH OPPORTUNITIES LLC | 12080<br>Asserted<br>Debtor: | $733,827.80<br>WINN-DIXIE RALEIGH, INC. | $730,900.76 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,927.04 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 278458**<br>ELIZABETHTON PLAZA LTD<br>C/O TML REALTY CORP<br>ATTN LAURA HACKEL<br>485 MADISON AVE, 24TH FLOOR<br>NEW YORK NY 10022 | 9560<br>Asserted<br>Debtor: | $287,229.88<br>WINN-DIXIE RALEIGH, INC. | $254,041.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $29,093.76 FOR 2004 RENT FOR LACK OF SUPPORTING DOCUMENTATION, $3,448.34 AND $449.85 FOR OVERSTATED 2004 AND 2005 INSURANCE, RESPECTIVELY, AND $295.78 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES, AND ADDITION OF $99.41 FOR UNDERSTATED PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 279290**<br>FATHER'S TABLE COMPANY, THE<br>ATTN BARRY J VOODRE, CONTROLLER<br>2100 COUNTRY CLUB ROAD<br>SANFORD FL 32771<br><br>Counsel: ATTN MATTHEW H MATHENEY, ESQ. | 8474<br>Asserted<br>Debtor: | $78,639.36<br>WINN-DIXIE STORES, INC. | $65,586.08 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $490.72 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $12,562.56. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047<br>Asserted<br>Debtor: | $7,654,394.86<br>WINN-DIXIE MONTGOMERY, INC. | $1,785,260.41 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $62,410.15, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,301,842.86 AND $362,256.84, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,997,124.60.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410985**<br>GLIMCHER PROPERTIES LP<br>ATTN PATRICIA A POWERS, ESQ.<br>150 EAST GAY STREET<br>COLUMBUS OH 43215 | 11959<br>Asserted<br>Debtor: | $266,262.40<br>WINN-DIXIE STORES, INC. | $248,090.46 | REDUCED AMOUNT REFLECTS CREDIT OF $18,171.94 OWED TO DEBTOR. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 250724<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT, CREDIT MGR<br>909 PACKERLAND DRIVE<br>GREEN BAY WI 54303 | 10861<br>Asserted<br>Debtor: | $1,794,371.43<br>WINN-DIXIE STORES, INC. | $1,335,460.53 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,739.31, ACCOUNTS PAYABLE CREDIT OF $38,513.93, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $407,657.66. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

Transferee: DK ACQUISITION PARTNERS LP

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410368<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 12579<br>Asserted<br>Debtor: | $439,611.75<br>WINN-DIXIE MONTGOMERY, INC. | $358,214.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $20,401.12 FOR OVERSTATED REJECTION DAMAGES, $911.49 AND $84.94 FOR OVERSTATED 2004 AND 2005 REAL ESTATE TAXES, RESPECTIVELY, AND $60,000 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION. |

Transferee: FUCMS 1999-C1 MERIDIAN GROCERY LLC

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410908<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12167<br>Asserted<br>Debtor: | $30,453.10<br>WINN-DIXIE STORES, INC. | $8,943.92 | REDUCED AMOUNT REFLECTS ADDITION OF $1.51 FOR CALCULATION ERROR AND REMOVAL OF $3,212.59 FOR 2002 COMMON AREA MAINTENANCE CHARGES (DEBTOR PAID $3,174.60 FOR ACTUAL BILL), $5,520.10 FOR 2003 COMMON AREA MAINTENANCE CHARGES (CLAIMANT FAILED TO REFLECT REVISED INVOICE), AND $12,778 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES. |

Counsel: ATTN: ROBERT LEHANE, ESQ

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410848<br>KIR AUGUSTA II, LP<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12073<br>Asserted<br>Debtor: | $959,109.73<br>WINN-DIXIE STORES, INC. | $764,017.12 | REDUCED AMOUNT REFLECTS REMOVAL OF $135,448.99 FOR OVERSTATED REJECTION DAMAGES AND $59,643.62 FOR REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 416266<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | 12286<br>Asserted<br>Debtor: | $732,057.34<br>WINN-DIXIE RALEIGH, INC. | $686,476.49 | REDUCED AMOUNT REFLECTS REMOVAL OF $45,580.85 FOR ESTIMATED REAL ESTATE TAXES. |
| **Creditor Id:** 255235<br>MACRO 4, INC<br>PO BOX 19157<br>NEWARK, NJ 07195-0157 | 1367<br>Asserted<br>Debtor: | $15,533.20<br>WINN-DIXIE STORES, INC. | $7,766.60 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC, ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410537**<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 12840<br>**Asserted Debtor:** | $391,473.34<br>WINN-DIXIE STORES, INC. | $377,745.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,728.34 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 394063**<br>MCCONNAUGHHAY DUFFY COONROD ET AL<br>ATTN MARY L WAKEMAN, CORP SECRETARY<br>PO DRAWER 229<br>TALLAHASSEE, FL 32302-0229 | 4975<br>**Asserted Debtor:** | $60,203.98<br>WINN-DIXIE STORES, INC. | $56,922.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $139.80 FOR CLAIM 81121527 AS DUPLICATIVE OF CLAIM PAID TO INJURED WORKERS' COMPENSATION CLAIMANT AND PAYMENTS OF $160.20 ON 10/18/05 FOR INVOICE NUMBERS 61621 AND 61265 BY CHECK NUMBER 008118439, $20.00 ON 3/16/06 FOR INVOICE NUMBER 62389 BY CHECK NUMBER 00904443, AND $2,972.56 ON 7/5/05 FOR INVOICE NUMBERS 61602, 61624, 61601, 61623, 60927, 60875, 60926, 61622, 61603 BY CHECK NUMBER 008068576. ALL INVOICES REFLECT POSTPETITION WORK. |
| **Creditor Id: 399444**<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 646<br>**Asserted Debtor:** | $418,522.47<br>WINN-DIXIE PROCUREMENT, INC. | $156,562.29 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,250.98, ACCOUNTS PAYABLE CREDITS AND ACCOUNTS RECEIVABLE BALANCE OF $12,112.90 AND $2,094.61, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $232,031.22, AND REMOVAL OF $8,470.47 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 256145**<br>MEYERCORD REVENUE COMPANY<br>ATTN VINCE MUGLIA, CONTROLLER<br>PO BOX 95598<br>CHICAGO, IL 60694-5598 | 1581<br>**Asserted Debtor:** | $1,540.80<br>WINN-DIXIE STORES, INC. | $856.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $684.80 FOR POSTPETITION CHARGES. |
| **Creditor Id: 417086**<br>NATIONWIDE LIFE INSURANCE COMPANY<br>C/O SCOGGINS GOODMAN, PC<br>ATTN RANDALL W MAY, ESQ<br>ONE NATIONWIDE PLAZA<br>COLUMBUS OH 43215-2220<br><br>Transferee: LCH OPPORTUNITIES LLC | 12860<br>**Asserted Debtor:** | $553,050.00<br>WINN-DIXIE STORES, INC. | $535,050.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $18,000 FOR TRANSPOSITION ERROR IN ASSERTED AMOUNT. |
| **Creditor Id: 410992**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>APISON CROSSING, OOLTEWAH, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 12194<br>**Asserted Debtor:** | $993,457.72<br>WINN-DIXIE STORES, INC. | $913,560.24 | REDUCED AMOUNT REFLECTS REMOVAL OF $79,761.56 AND $135.92 FOR OVERSTATED REJECTION DAMAGES AND 2005 PREPETITION REAL ESTATE TAXES, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 411078<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>ROANOKE LANDING, WILLIAMSTON, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 11550<br>Asserted<br>Debtor: | $293,784.70<br>WINN-DIXIE STORES, INC. | $252,278.13 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,730 AND $898.05 FOR PAID POSTPETITION RENT AND COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY, AND $24,878.52 INCLUDED IN ASSERTED AMOUNT FOR WHICH THERE IS NO EXPLANATION. |
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 12155<br>Asserted<br>Debtor: | $663,393.85<br>WINN-DIXIE MONTGOMERY, INC. | $486,120.88 | REDUCED AMOUNT REFLECTS REMOVAL OF $177,272.97 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id:** 410580<br>REDDYICE GROUP, INC DBA<br>REDDY ICE CORP & TRIANGLE ICE<br>C/O AKIN GUMP STRAUSS HAUER & FELD<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 8951<br>Asserted<br>Debtor: | $434,048.80<br>WINN-DIXIE STORES, INC. | $221,251.36 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,147.66, ACCOUNTS PAYABLE CREDIT OF $7,826.46, RECLAMATION PAYMENTS IN PROCESS TOTALING $34,406.90, AND REMOVAL OF $169,416.42 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:** 410739<br>RP BARREN RIVER, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | 12085<br>Asserted<br>Debtor: | $261,274.00<br>WINN-DIXIE STORES, INC. | $248,300.27 | REDUCED AMOUNT REFLECTS REMOVAL OF $12,973.73 IN OVERSTATED REJECTION DAMAGES. |
| **Creditor Id:** 260289<br>SADDLE FUND I LP<br>C/O WINTHROP INVESTMENT GROUP<br>ATTN HANS J SCHMIDT, GP<br>PO BOX 327<br>MCLEAN VA 22101<br><br>Counsel: ATTN: DANIEL W SKLAR, ESQ | 12011<br>Asserted<br>Debtor: | $239,779.25<br>WINN-DIXIE STORES, INC. | $59,630.37 | REDUCED AMOUNT REFLECTS REMOVAL OF $163,625 FOR OVERSTATED REJECTION DAMAGES AND $19,154.25 FOR 2004 REAL ESTATE TAXES AS DEBTOR PAID ACCURATE 2004 REAL ESTATE BILL OF $18,620.46 ON 10/12/04 BY CHECK NUMBER 007355077 AND ADDITION OF $2,630.37 FOR 2005 REAL ESTATE TAXES NOT INCLUDED IN PROOF OF CLAIM FORM BUT PRESENTED DURING RECONCILIATION WITH DEBTORS. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 395730<br>SUNCOAST PARKING LOT SERVICES INC<br>ATTN WILLIAM B KNAPP, PRES<br>11709 106TH AVENUE N<br>SEMINOLE, FL 33778 | 949<br><br>**Asserted Debtor:** | $4,125.16<br><br>**WINN-DIXIE STORES, INC.** | $3,000.11 | REDUCED AMOUNT REFLECTS 4/25/05 PAYMENTS OF $1,125.05 FOR INVOICE NUMBERS 2013, 2014, AND 2015 BY CHECK NUMBER 9901555 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429). |
| Transferee: ASM CAPITAL LP | | | | |
| **Creditor Id:** 410538<br>TEACHERS RETIREMENT SYSTEM OF THE<br>STATE OF KENTUCKY<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 8513<br><br>**Asserted Debtor:** | $486,741.36<br><br>**WINN-DIXIE STORES, INC.** | $435,867.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $50,873.96 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id:** 269369<br>TSCA 6, LP<br>C/O QUINE & ASSOCIATES, INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | 8157<br><br>**Asserted Debtor:** | $142,323.76<br><br>**WINN-DIXIE STORES, INC.** | $132,323.76 | REDUCED AMOUNT REFLECTS PAYMENT OF $10,000 FOR FEBRUARY 2005 RENT BY CHECK WHICH CLEARED 2/8/05. |
| Counsel: ATTN ERIC SPETT/SCOTT ELLIS, ESQS | | | | |
| **Creditor Id:** 377597<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413 | 10347<br><br>**Asserted Debtor:** | $1,587,552.45<br><br>**WINN-DIXIE PROCUREMENT, INC.** | $522,048.65 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $25,490.98, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,248.48 AND $223,052.96, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $815,711.38. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: DK ACQUISITION PARTNERS LP | | | | |
| **Creditor Id:** 416937<br>WATERS, INC<br>ATTN K MARTIN WATERS JR, CHAIRMAN<br>301 S MCDOWELL STREET, SUITE 210<br>CHARLOTTE NC 28204 | 12885<br><br>**Asserted Debtor:** | $779,253.53<br><br>**WINN-DIXIE RALEIGH, INC.** | $764,942.44 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,239.01 FOR OVERSTATED REJECTION DAMAGES AND $7,072.08 FOR LATE-FILED REAL ESTATE TAXES. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id:** 405885<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | 2583<br><br>**Asserted Debtor:** | $48,583.27<br><br>**WINN-DIXIE STORES, INC.** | $31,823.62 | REDUCED AMOUNT REFLECTS PAYMENT OF $16,759.65 FOR 2005 POSTPETITION INSURANCE INCLUDED IN ASSERTED AMOUNT BY CHECK NUMBER 008055468 WHICH CLEARED 6/10/05. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 415978**<br>WOLFCHASE ASSOCIATES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ.<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE  FL  32207 | 12013<br><br>**Asserted Debtor:** | $1,538,990.31<br><br>**WINN-DIXIE STORES, INC.** | $1,536,490.31 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY FEES. |
| **Creditor Id: 416284**<br>WTH, II, LLC<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ.<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA  GA  30060-7946 | 12293<br><br>**Asserted Debtor:** | $539,457.41<br><br>**WINN-DIXIE RALEIGH, INC.** | $493,750.18 | REDUCED AMOUNT REFLECTS REMOVAL OF $45,707.23 FOR POSTPETITION 2005 REAL ESTATE TAXES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 411145**<br>XEROX CAPITAL SERVICES, LLC<br>ATTN VANESSA ADAMS, BANKR COORD<br>1301 RIDGEVIEW ROAD, R-382-450<br>LEWISVILLE  TX  75028 | 11836<br><br>**Asserted Debtor:** | $270,174.98<br><br>**WINN-DIXIE STORES, INC.** | $241,721.38 | REDUCED AMOUNT REFLECTS PAYMENTS OF $2,168.18 AND $20,915.07 ON 3/14/05 BY CHECK NUMBERS 8005241 AND 8005242 FOR POSTPETITION INVOICES AND REMOVAL OF $5,343.35 FOR INVOICE NUMBER 008101581 AS IT COVERS BILLING PERIOD SUBSEQUENT TO COPIER'S REMOVAL FROM DEBTOR'S PREMISES AND $27.00 FOR CALCULATION ERROR IN INVOICE NUMBER 595406685. |

Counsel: ATTN SABRINA L STREUSAND, ESQ

**Total Claims to be Reduced:** 53

**Total Amount to be Reduced:** $35,610,528.79 Plus Unliquidated Amounts, If Any

**Total Reduced Amount:** $23,587,500.40

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| AMERICAN ITALIAN PASTA COMPANY ATTN CARA VANDEL, CR MGR 4100 N MULBERRY DRIVE, SUITE 200 KANSAS CITY MO 64116 | 9828 | $232,604.15 Asserted Debtor: **WINN-DIXIE STORES, INC.** | Multiple Classes | Multiple Classes | $210,358.62 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,677.30 AND $18,568.23, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. CLAIM ASSERTED AS $88,832.37 UNSECURED NON-PRIORITY AND $143,771.78 ADMINISTRATIVE PRIORITY. RECLASSIFY $116,231.52 TO UNSECURED NON-PRIORITY AND $94,127.10 REMAINS ADMINISTRATIVE PRIORITY (RECLAMATION). |
| APPLEWOOD SHOPPING CENTER C/O KENNEDY, COVINGTON, ET AL ATTN AMY PRITCHARD WILLIAMS, ESQ HEARST TOWER 47TH FLOOR 214 NORTH TRYON STREET CHARLOTTE, NC 28202 | 12207 | $389,498.59 Asserted Debtor: **WINN-DIXIE STORES, INC.** | Multiple Classes | Unsecured Non-Priority | $373,877.74 | REDUCED AMOUNT REFLECTS PAYMENT OF $15,620.85 FOR 2005 POSTPETITION PRE-REJECTION REAL ESTATE TAXES. ALSO, MISCLASSIFIED CLAIM. |
| BLANKENBAKER PLAZA I, LLC C/O HOGAN DEVELOPMENT CO 420 W LIBERTY STREET LOUISVILLE KY 40202 | 12830 | $934,177.36 Asserted Debtor: **WINN-DIXIE RALEIGH, INC.** | Multiple Classes | Unsecured Non-Priority | $846,987.65 | REDUCED AMOUNT REFLECTS PAYMENTS AGGREGATING $63,082.59 FOR 2005 POSTPETITION REAL ESTATE TAXES BY CHECK NUMBERS 008177641 AND 008156401 AND REMOVAL OF $14,731.55 FOR REPAIRS AND $9,375.57 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| BOREN, FRANK D AND GAIL F 9169 GREAT BLUE HERON LANE BLAINE WA 98250 | 12055 | $737,330.21 Asserted Debtor: **WINN-DIXIE RALEIGH, INC.** | Multiple Classes | Unsecured Non-Priority | $655,633.71 | REDUCED AMOUNT REFLECTS ADDITION OF $2,000 FOR CALCULATION ERROR IN PROOF OF CLAIM FORM AND REMOVAL OF $50,000 FOR ALLEGED DAMAGES LACKING SUPPORTING DOCUMENTATION, $26,463 FOR OVERSTATED TAXES, AND $7,233.50 FOR POSTPETITION RENT AS SUCH RENT AROSE AFTER DEBTOR VACATED PREMISES ON 9/30/05. ALSO, MISCLASSIFIED CLAIM. |
| CARGILL MEAT SOLUTIONS CORP ATTN JENNIFER HENDERSON, LAW 151 N MAIN STREET WICHITA KS 67202 | 9703 | $766,481.48 Asserted Debtor: **WINN-DIXIE STORES, INC.** | Multiple Classes | Multiple Classes | $713,869.23 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $16,970.07 AND REMOVAL OF $7,901.51 FOR LACK OF SUPPORTING DOCUMENTATION AND $27,740.67 FOR POSTPETITION INVOICE NUMBER 24398160. ALSO, MISCLASSIFIED CLAIM. CLAIM ASSERTED AS SECURED, ADMINISTRATIVE PRIORITY, AND UNSECURED NON-PRIORITY. RECLASSIFY $94,775.44 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $619,093.79 TO UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CATAMOUNT LS-KY, LLC, ASSIGNEE OF H FUNK & P MERNER C/O KRIEG DEVAULT LLP ATTN C DANIEL MOTSINGER, ESQ ONE INDIANA SQUARE, SUITE 2800 INDIANAPOLIS IN 46204-2079 | 12859 | $594,892.21 | Multiple Classes | Unsecured Non-Priority | $551,346.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $22,851.05 AND $20,695.16 FOR 2005 POSTPETITION REAL ESTATE TAXES FOR STORES 1673 AND 1676, RESPECTIVELY. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
|  |  |  | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| CORPORATE PROPERTY ASSOCS 9, LP C/O W P CAREY & CO, LLC ATTN THOMAS LEWIS, VP 50 ROCKEFELLER PLAZA NEW YORK NY 10020 | 10131 | $479,266.56 | Multiple Classes | Unsecured Non-Priority | $151,283.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $312,983.56 FOR OVERSTATED REJECTION DAMAGES AND $15,000 FOR ATTORNEY FEES. ALSO, MISCLASSIFIED CLAIM. |
|  |  |  | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| CRIIMI MAE SVCS LLP, SERIES 1998-D6 HOLDERS NOMURA ASSET SECURITIES C/O VENABLE LLP ATTN G A CROSS & H D FOLEY, ESQS TWO HOPKINS PLAZA, STE 1800 BALTIMORE MD 21201 | 10605 | $115,394.97 | Multiple Classes | Unsecured Non-Priority | $101,811.98 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,582.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
|  |  |  | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| EAS C/O ABBOTT LABORATORIES C/O KOHNER MANN & KAILAS, SC ATTN MATTHEW J STICKEL, ESQ WA, BLDG, BARNABAS BUSINESS CENTER 4650 N PORT WASHINGTON ROAD MILWAUKEE WI 53212-1059 | 7383 | $112,475.03 | Multiple Classes | Multiple Classes | $42,941.81 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $53.28 AND $69,479.94, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $4,503.86 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $38,437.95 TO UNSECURED NON-PRIORITY. |
|  |  |  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| GBN HICKORT NC, LLC PO BOX 1929 EASLEY SC 29690 | 12309 | $333,609.80 | Multiple Classes | Unsecured Non-Priority | $242,050.26 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $230,657.12. PREPETITION 2005 REAL ESTATE TAXES AND INSURANCE OF $3,702.60 AND $690.54, RESPECTIVELY. CLEAN UP COSTS OF $4,500.00, AND REMOVAL OF REFRIGERATION EQUIPMENT FEE OF $2,500.00. ALSO, MISCLASSIFIED CLAIM. |
|  |  |  | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| GENERAL MILLS/LLOYD'S BARBECUE CC ATTN MARK PENDER, CR MGR ONE GENERAL MILLS BLVD MINNEAPOLIS MN 55426 | 6769 | $5,070,761.83 | Multiple Classes | Unsecured Non-Priority | $667,259.23 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $12,460.30, NET CONSUMPTION WAIVER OF $79,886.93, ACCOUNTS PAYABLE CREDITS AND ACCOUNTS RECEIVABLE BALANCE OF $91,847.22 AND $1,054,887.68, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $2,483,341.22, PACA PAYMENT OF $275,000.00 ON 4/26/05 BY CHECK NUMBER 8028396 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER PERISHABLE AGRICULTURAL COMMODITIES ACT (DKT 77), AND REMOVAL OF $430,999.85 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| | | | | | | Asserted Debtor: WINN-DIXIE PROCUREMENT, INC. |
| GWALTNEY OF SMITHFIELD, LTD C/O MCGUIREWOODS, LLP ATTN ROBERT A COX, JR ESQ 100 N TRYON STREET, SUITE 2900 CHARLOTTE NC 28202-4011 | 10940 | $1,095,362.13 | Multiple Classes | Unsecured Non-Priority | $20,970.02 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $31,918.71, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $26,389.91 AND $40.72, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,016,042.77. ALSO, MISCLASSIFIED CLAIM. |
| | | | | | | Asserted Debtor: WINN-DIXIE STORES, INC. |
| HILLANDALE FARMS, INC ATTN JO N WARD PO BOX 2109 LAKE CITY, FL 32056-2109 | 7770 | $772,767.15 | Multiple Classes | Unsecured Non-Priority | $269,735.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,431.44, RECLAMATION PAYMENTS IN PROCESS TOTALING $397,806.00, AND APPLICATION OF PREPETITION CERTIFICATE OF DEPOSIT OF $92,794.27. ALSO, MISCLASSIFIED CLAIM. |
| | | | | | | Asserted Debtor: WINN-DIXIE PROCUREMENT, INC. |
| NALLEY, G B JR & GARRETT BP JR, TTE PO BOX 1929 EASLEY SC 29641 | 12307 | $223,681.88 | Multiple Classes | Unsecured Non-Priority | $157,987.92 | REDUCED AMOUNT REFLECTS REMOVAL OF $58,550.00 FOR ALLEGED DAMAGES LACKING SUPPORTING DOCUMENTATION AND $7,143.96 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| | | | | | | Asserted Debtor: WINN-DIXIE RALEIGH, INC. |
| NEWELL RUBBERMAID INC (W15246) ATTN GARY POPP, SR CR MGR 29 E STEPHENSON STREET FREEPORT IL 61032 | 7311 | $404,128.00 | Multiple Classes | Multiple Classes | $217,815.82 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $147.24 AND REMOVAL OF $186,164.94 FOR CHARGEBACKS OF PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $45,508.11 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $172,307.71 TO UNSECURED NON-PRIORITY. |
| | | | | | | Asserted Debtor: WINN-DIXIE STORES, INC. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| OCEAN 505 ASSOCIATES, LLC. & GRANDECKS ASSOCIATES, LLC C/O ECKSTEIN PROPERTIES LLC, AGENT ATTN SHIMON ECKSTEIN 60 BROAD STREET, SUITE 3503 NEW YORK NY 10004 | 12209 | $342,417.38 | Multiple Classes | Unsecured Non-Priority | $240,328.14 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,089.24 FOR OVERSTATED REJECTION DAMAGES AND $100,000 FOR ESTIMATED COSTS OF FURNITURE, FIXTURES, AND EQUIPMENT REMOVAL LACKING SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| OTIS SPUNKMEYER INC ATTN KATHY SOLIZ 7090 COLLECTION DR CHICAGO, IL 60693 | 4016 | $28,853.58 | Unsecured Non-Priority | Multiple Classes | $23,232.35 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,621.23 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. MISCLASSIFIED IN PART, RECLASSIFY $9,547.76 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $13,684.59 REMAINS UNSECURED NON-PRIORITY. |
| | | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| PARAMOUNT FARMS, INC PO BOX 200937 DALLAS TX 75320-0937 | 10266 | $29,121.18 | Multiple Classes | Multiple Classes | $21,585.18 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,536.00 FOR INVOICE NUMBER 27208000 AS CHARGE LACKS ADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY. RECLASSIFY $8,960.06 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $12,625.12 REMAINS UNSECURED NON-PRIORITY. |
| | | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| ROSS PRODS DIV ABBOTT LABS INC C/O KOHNER MANN & KAILAS SC ATTN MATTHEW J STICKEL ESQ WA BLDG BARNABAS BUSINESS CENTER 4650 N PORT WASHINGTON ROAD MILWAUKEE WI 53212-1059 Transferee: JPMORGAN CHASE BANK NA ATTN ANDREW OPEL 270 PARK AVE 17TH FLR NEW YORK, NY 10017 | 11 | $1,316,295.00 | Unsecured Non-Priority | Multiple Classes | $1,297,713.85 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $6,430.26 AND $12,150.89, RESPECTIVELY. ALSO MISCLASSIFIED IN PART. RECLASSIFY $259,756.45 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $1,037,957.40 REMAINS UNSECURED NON-PRIORITY. |
| | | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| SAF-T-GARD INTERNATIONAL INC ATTN: SHERRY CARLIN, CR MGR 205 HUEHL ROAD NORTHBROOK IL 60062 Transferee: ATRADIUS TRADE CREDIT INSURANCE INC CLAIMS DEPARTMENT ATTN DANA SANTILLI 5026 CAMPBELL BLVD STE A-D BALTIMORE, MD 21236 | 3465 | $11,651.00 | Multiple Classes | Multiple Classes | $11,509.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $141.60. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY. RECLASSIFY $3,719.10 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $7,790.30 REMAINS UNSECURED NON-PRIORITY. |
| | | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| SLIM FAST FOODS - UNILEVER<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532<br><br>**Transferee:** DK ACQUISITION PARTNERS LP<br>C/O MH DAVIDSON & CO<br>ATTN MICHAEL J LEFELL<br>65 EAST 55TH STREET, 19TH FLOOR<br>NEW YORK, NY 10022 | 10019 | $509,917.55 | Multiple Classes<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $72,777.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,833.48, ACCOUNTS PAYABLE CREDIT OF $745.49, ACCOUNTS RECEIVABLE BALANCE OF $272,297.46 FOR CLAIM NUMBER 10024, RECLAMATION PAYMENTS IN PROCESS TOTALING $58,671.48, AND REMOVAL OF $103,592.39 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 | 12304 | $412,954.00 | Multiple Classes<br><br>**Asserted Debtor:** WINN-DIXIE RALEIGH, INC. | Unsecured<br>Non-Priority | $333,509.09 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,586.67 FOR OVERSTATED 2004 REAL ESTATE TAXES, $47,817.25 FOR ALLEGED DAMAGES LACKING ADEQUATE DOCUMENTATION, AND $30,040.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| TOWN N COUNTRY REALTY OF EASLEY I<br>PO BOX 1929<br>EASLEY SC 29641-1929 | 12177 | $409,319.19 | Multiple Classes<br><br>**Asserted Debtor:** WINN-DIXIE RALEIGH, INC. | Unsecured<br>Non-Priority | $368,375.27 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,400 FOR ALLEGED REPAIRS LACKING SUPPORTING DOCUMENTATION AND $25,543.92 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| TOWN SQUARE DEVELOPMENT<br>ATTN: JAMES M SIMPSON<br>29 PELZER AVENUE<br>WILLIAMSTON, SC 29697-1023<br><br>**Transferee:** MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 13066 | $469,844.61 | Administrative<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | Unsecured<br>Non-Priority | $358,424.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $44,560.77 FOR OVERSTATED REJECTION DAMAGES AND $66,858.94 FOR OVERSTATED PREPETITION CHARGES. ALSO, MISCLASSIFIED CLAIM. |

| | | |
|---|---|---|
| **Total Claims to be Reduced & Reclassified:** | 24 | |
| **Total Amount to be Reduced & Reclassified:** | $15,792,804.84 | **Plus Unliquidated Amounts, If Any** |
| **Total Reduced & Reclassified Amount:** | $7,951,383.86 | |

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**ORDER (A) RECLASSIFYING MISCLASSIFIED CLAIMS, (B) REDUCING
OVERSTATED CLAIMS AND (C) REDUCING AND RECLASSIFYING
OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE
DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on August 31, 2006,

upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibits A through C (the "Disputed Claims").[2]  Upon

consideration, it is

ORDERED AND ADJUDGED:

1.        The Objection is sustained.

2.        The asserted class status alleged for each of the Misclassified

Claims listed on Exhibit A is denied; and the Misclassified Claims are reclassified as

specified on Exhibit A under the heading "Modified Class Status."

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related
cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.,
Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery,
Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

[2]        All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Objection.

3.      The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4.      The Overstated Misclassified Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.      Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _____ day of August, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4