**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

    Jointly Administered

_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that true and correct copies of the (1) Application of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. for Order, Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014, Authorizing Retention and Employment of Spencer Stuart, Effective as of July 10, 2006, as Director Retention Consultant, and (2) Notice of Hearing were furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 7th day of August, 2006, to Thomas J. Snyder, Spencer Stuart, 401 N. Michigan Avenue, Suite 3400, Chicago, IL 60611; Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

Dated: August 7, 2006

    AKERMAN SENTERFITT
    By:/s/John B. Macdonald
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura St., Suite 2500
    Jacksonville, Florida 32202
    (904) 798-3700 (telephone)
    (904) 798-3730 (facsimile)

    -and –

{JA285560;1}

MILBANK, TWEED, HADLEY &
McCLOY LLP
Matthew S. Barr, Esq.
Jeffrey K. Milton, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000 (telephone)
(212) 530-5219 (facsimile)
Co-Counsel for Official Committee of
Unsecured Creditors of Winn-Dixie Stores,
Inc., et al.

{JA285560;1}