# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et</u> <u>al</u>.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about August 1, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

  to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: August 7, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                                                                 **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241464-12<br>ABS METAL FABRICATORS INC<br>ATTN: CLYDE CHADDOCK, VP<br>6995 NW 32 AVENUE<br>MIAMI, FL 33147 | CREDITOR ID: 242151-12<br>AMERICAN COFFEE CO INC<br>ATTN: DARLENE M BARRAS<br>PO BOX 52018<br>NEW ORLEANS, LA 70152-2018 | CREDITOR ID: 243194-12<br>BEAR CREEK SMOKEHOUSE<br>ATTN: C R SHOULTS, PRES<br>10857 STATE HIGHWAY 154<br>MARSHALL, TX 75670-8105 |
| CREDITOR ID: 493114-97<br>BEAR CREEK SMOKEHOUSE<br>C/O PALMER LAW FIRM INC<br>ATTN: W F PALMER, ESQ<br>PO DRAWER M<br>MARSHALL TX 75671 | CREDITOR ID: 278856-30<br>BROWNS PRODUCE<br>ATTN: PETER BROWN OR<br>WILLIAM H BROWN, OWNER<br>1310 27TH STREET<br>MERIDIAN, MS 39464 | CREDITOR ID: 246356-12<br>CLASSIC TOUCH CAR WASH<br>ATTN: OCTAVIO CORDOVES, OWNER<br>795 E 49TH STREET<br>HIALEAH, FL 33010 |
| CREDITOR ID: 247363-12<br>CUSTOM DELIS EQUIPMENT CO INC<br>ATTN: KENT SEVERE, CEO<br>153 N RIVERSIDE DRIVE<br>FORT WORTH, TX 76111-3911 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SYLVIA C. SERRANO<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 249347-12<br>FALCON PACKAGING OF GA<br>ATTN: CLIFTON PERRYMAN, CONTROLLER<br>PO BOX 39<br>COVINGTON, OH 45318-0039 | CREDITOR ID: 384125-47<br>FLORAL SENSE INC<br>ATTN: JOSE ALBERTO, CFO<br>16794 N KENDALL DR STE#155<br>MIAMI, FL 33196 | CREDITOR ID: 493112-97<br>GREENVILLE COMPRESS COMPANY<br>C/O TOLLISON LAW FIRM PA<br>ATTN: NINA STUBLLEFIELD TOLLISON<br>100 COURTHOUSE SQUARE<br>PO BOX 1216<br>OXFORD MS 38655 |
| CREDITOR ID: 381764-15<br>GREENVILLE COMPRESS COMPANY<br>ATTN: W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701 | CREDITOR ID: 251275-12<br>HAROLD'S CAJUN DRESSING MIX<br>C/O KRAMER DUHON, PRES<br>17512 RIVER HILL DRIVE<br>DALLAS, TX 75287 | CREDITOR ID: 254387-12<br>LANDSCAPE PLUS<br>ATTN: MIKE EASTER, OWNER<br>4104 W WHITE ROAD, SUITE 103<br>PO BOX 445<br>OAKWOOD, GA 30566 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 255209-12<br>M&M METALWORKS INC<br>ATTN: HENRY A HAMMONS, PRES<br>1728 21ST STREET<br>GULFPORT, MS 39501 | CREDITOR ID: 255935-12<br>MEA MEDICAL CLINIC AHC<br>ATTN: JOY BEATTIE, CLINIC ADMIN<br>5606 OLD CANTON ROAD<br>JACKSON, MS 39211 |
| CREDITOR ID: 255939-12<br>MEA MEDICAL CLINIC RESERVOIR<br>ATTN: SAM SCOTT, CFO<br>507 LAKELAND PLACE<br>BRANDON, MS 39047 | CREDITOR ID: 255955-12<br>MECHANICAL EQUIPMENT CO<br>ATTN: MICHAEL J GODSEY, CFO<br>PO BOX 689<br>MATTHEWS NC 28106-0689 | CREDITOR ID: 256329-12<br>MID-STATE SHOPPER'S GUIDE<br>ATTN: DIANNE E SMITH, CO-OWNER<br>PO BOX 306<br>COCHRAN, GA 31014 |
| CREDITOR ID: 256497-12<br>MISSISSIPPI SAFE & LOCK INC<br>ATTN: BRUCE J TARBET, OWNER<br>210 MAUDEDITH LN<br>CLINTON, MS 39056 | CREDITOR ID: 381323-47<br>MONROE, NINA<br>C/O MARCIA K MONROE, PERSONAL REP<br>202 BLAKELY AVENUE<br>LAURENS, SC 29360 | CREDITOR ID: 256893-12<br>NANTAHALA MEATS & POULTRY<br>ATTN: LYNN TALLEY, SEC/TREAS<br>211 WEST PALMER STREET<br>FRANKLIN, NC 28734 |
| CREDITOR ID: 257284-12<br>NOBIS EXPORTAC USA CORP<br>ATTN: ISIDRO ROMERO, PRES<br>1628 NW 82TH AVENUE<br>MIAMI, FL 33126 | CREDITOR ID: 257644-12<br>OLD HICKORY BARBEQUE INC<br>ATTN: SHERRIE BAXLEY, PRES<br>8761 FAYETTEVILLE HWY<br>GODWIN, NC 28344-8905 | CREDITOR ID: 257868-12<br>P&G COMMUNICATIONS INC<br>ATTN: GERALD ROACH<br>683 SW SEA HOLLY TERRACE<br>PORT SAINT LUCIE FL 34984 |
| CREDITOR ID: 493113-97<br>P&G COMMUNICATIONS INC<br>ATTN: DENNIS RODRIGUEZ, VP<br>683 SW SEA HOLLY TERRACE<br>PORT SAINT LUCIE FL 34984 | CREDITOR ID: 259295-12<br>RAYMOND PLUMBING & HEATING INC<br>ATTN JANET RAYMOND-SWAIN, OWNER<br>12170 OLD GENTILLY RD #210<br>NEW ORLEANS LA 70129-8214 | CREDITOR ID: 259726-12<br>ROBBINS PACKING CO<br>ATTN: PHILLIP REBBERY, CONTROLLER<br>PO DRAWER 887<br>STATESBORO, GA 30458 |

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 263028-12
TIERCE INDUSTRIAL SERVICE DBA
ROTO ROOTER & TT PORTABLE TOIL
ATTN: JANE TIERCE, SEC
2590 TANGLEWOOD DRIVE
MILLBROOK AL 36054

CREDITOR ID: 264983-12
WISDOM RETAIL SALES
ATTN: JOEL D WARRAY, PRES
2430 PAYNE STREET
EVANSTON, IL 60201-2513

CREDITOR ID: 265187-12
ZIMMER CUSTOM-MADE PACKAGING
ATTN: CHARLES E BOLLARD, CFO
1450 E 20TH STREET
INDIANAPOLIS IN 46218

**Total:   34**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **9638**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ABS METAL FABRICATORS INC                          DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                                 Name of Transferee

ABS METAL FABRICATORS INC                          DEBT ACQUISITION COMPANY OF AMERICA
ATTN: CLYDE CHADDOCK, VP                            ATTN SYLVIA C. SERRANO
6995 NW 32 AVENUE                                  1565 HOTEL CIRCLE SOUTH STE 310
MIAMI, FL 33147                                     SAN DIEGO CA 92108


Phone: 305-696-1881                                Phone: 619 220 8900
Account No.: 241464                                Account No.: 407682


Claim No.: 32428                                   Full Transfer: (X)       Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $731.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/01/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9617

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERICAN COFFEE CO INC

Name of Transferor

AMERICAN COFFEE CO INC
ATTN: DARLENE M BARRAS
PO BOX 52018
NEW ORLEANS, LA 70152-2018

Phone:
Account No.: 242151

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 212 967 4035
Account No.: 408404

Claim No.: 34527
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $2,714.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9616

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BEAR CREEK SMOKEHOUSE

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

BEAR CREEK SMOKEHOUSE
ATTN: C R SHOULTS, PRES
10857 STATE HIGHWAY 154
MARSHALL, TX 75670-8105

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 903 935 5217
Account No.: 243194

Phone: 212 967 4035
Account No.: 408404

BEAR CREEK SMOKEHOUSE
C/O PALMER LAW FIRM INC
ATTN: W F PALMER, ESQ
PO DRAWER M
MARSHALL TX 75671

Phone: 903-935-9303
Account No.: 493114

Claim No.: 1942
Date Claim Filed: 05/17/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,349.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9639

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BROWNS PRODUCE
_____

Name of Transferor

BROWNS PRODUCE
ATTN: PETER BROWN OR
WILLIAM H BROWN, OWNER
1310 27TH STREET
MERIDIAN, MS 39464

Phone: 601-527-8161
Account No.: 278856

DEBT ACQUISITION COMPANY OF AMERICA
_____

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 34339
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $2,135.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.
_____

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9640**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLASSIC TOUCH CARE WASH

Name of Transferor

CLASSIC TOUCH CARE WASH
ATTN: OCTAVIO CORDOVES, OWNER
795 E 49TH STREET
HIALEAH, FL 33010


Phone: 305-769-0700
Account No.: 246356

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 30521
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $108.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9641

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CUSTOM DELIS EQUIPMENT CO INC

Name of Transferor

CUSTOM DELIS EQUIPMENT CO INC
ATTN: KENT SEVERE, CEO
153 N RIVERSIDE DRIVE
FORT WORTH, TX 76111-3911

Phone: 817-831-7080
Account No.: 247363

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33516
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $122.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9615

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FALCON PACKAGING OF GA

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

FALCON PACKAGING OF GA
ATTN: CLIFTON PERRYMAN, CONTROLLER
PO BOX 39
COVINGTON, OH 45318-0039

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:
Account No.: 249347

Phone: 212 967 4035
Account No.: 408404

Claim No.: 34812
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $2,789.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9600

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLORAL SENSE INC

Name of Transferor

FLORAL SENSE INC
ATTN: JOSE ALBERTO, CFO
16794 N KENDALL DR STE#155
MIAMI, FL 33196

Phone:
Account No.: 384125

LIQUIDITY SOLUTIONS, INC

Name of Transferee

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 201 968 0001
Account No.: 399393

Claim No.: 35746
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $98,791.49

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9599

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GREENVILLE COMPRESS COMPANY

Name of Transferor

GREENVILLE COMPRESS COMPANY
ATTN: W A PERCY
PO BOX 218
GREENVILLE MS 38701

Phone: 662 378 3751
Account No.: 381764

GREENVILLE COMPRESS COMPANY
C/O TOLLISON LAW FIRM PA
ATTN: NINA STUBLLEFIELD TOLLISON
100 COURTHOUSE SQUARE
PO BOX 1216
OXFORD MS 38655

Phone: 662-234-7070
Account No.: 493112

Claim No.: 150
Date Claim Filed: 03/14/2005

LIQUIDITY SOLUTIONS, INC

Name of Transferee

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 201 968 0001
Account No.: 399393

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $95,796.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9642

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HAROLD'S CAJUN DRESSING MIX

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

HAROLD'S CAJUN DRESSING MIX
C/O KRAMER DUHON, PRES
17512 RIVER HILL DRIVE
DALLAS, TX 75287

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 214-505-3655
Account No.: 251275

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33702
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $168.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9643

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LANDSCAPE PLUS

Name of Transferor

LANDSCAPE PLUS
ATTN: MIKE EASTER, OWNER
4104 W WHITE ROAD, SUITE 103
PO BOX 445
OAKWOOD, GA 30566

Phone: 770-967-3343
Account No.: 254387

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36504
Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $438.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9644

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

M&M METALWORKS INC

Name of Transferor

M&M METALWORKS INC
ATTN: HENRY A HAMMONS, PRES
1728 21ST STREET
GULFPORT, MS 39501

Phone: 228-864-6705
Account No.: 255209

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33854
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $214.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9631**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MEA MEDICAL CLINIC AHC

Name of Transferor

MEA MEDICAL CLINIC AHC
ATTN: JOY BEATTIE, CLINIC ADMIN
5606 OLD CANTON ROAD
JACKSON, MS 39211

Phone: 601-957-3333
Account No.: 255935

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36550
Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $120.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9632**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MEA MEDICAL CLINIC AHC

Name of Transferor

MEA MEDICAL CLINIC AHC
ATTN: JOY BEATTIE, CLINIC ADMIN
5606 OLD CANTON ROAD
JACKSON, MS 39211

Phone: 601-957-3333
Account No.: 255935

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33885
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $280.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9633**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MEA MEDICAL CLINIC RESERVOIR

Name of Transferor

MEA MEDICAL CLINIC RESERVOIR
ATTN: SAM SCOTT, CFO
507 LAKELAND PLACE
BRANDON, MS 39047


Phone: 601-898-7500
Account No.: 255939

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 33887
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:

Transfer Amount: $158.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9645

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MECHANICAL EQUIPMENT CO

Name of Transferor

MECHANICAL EQUIPMENT CO
ATTN: MICHAEL J GODSEY, CFO
PO BOX 689
MATTHEWS NC 28106-0689

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 704 847 2100
Account No.: 255955

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32799
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $233.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9634

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MID-STATE SHOPPER'S GUIDE

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

MID-STATE SHOPPER'S GUIDE
ATTN: DIANNE E SMITH, CO-OWNER
PO BOX 306
COCHRAN, GA 31014

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 478-934-6047
Account No.: 256329

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36567
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $1,228.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9630

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MISSISSIPPI SAFE & LOCK INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

MISSISSIPPI SAFE & LOCK INC
ATTN: BRUCE J TARBET, OWNER
210 MAUDEDITH LN
CLINTON, MS 39056

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 601-924-4184
Account No.: 256497

Phone: 619 220 8900
Account No.: 407682

Claim No.: 33916
Date Claim Filed: 04/07/2005

Full Transfer: (X)    Partial Transfer:
Transfer Amount: $2,383.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9636

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MONROE, NINA

Name of Transferor

MONROE, NINA
C/O MARCIA K MONROE, PERSONAL REP
202 BLAKELY AVENUE
LAURENS, SC 29360

Phone: 864 984 4345
Account No.: 381323

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 37069
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $250.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**         Case No.: **05-03817-3F1**

Docket No.: **9635**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NANTAHALA MEATS & POULTRY

Name of Transferor

NANTAHALA MEATS & POULTRY
ATTN: LYNN TALLEY, SEC/TREAS
211 WEST PALMER STREET
FRANKLIN, NC 28734

Phone: 828-524-2139
Account No.: 256893

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36588
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:
Transfer Amount: $336.42

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| :---: |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9646

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NOBIS EXPORTAC USA CORP

Name of Transferor

NOBIS EXPORTAC USA CORP
ATTN: ISIDRO ROMERO, PRES
1628 NW 82TH AVENUE
MIAMI, FL 33126

Phone: 305-263-6988
Account No.: 257284

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 31283
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $3,076.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9647

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OLD HICKORY BARBEQUE INC

Name of Transferor

OLD HICKORY BARBEQUE INC
ATTN: SHERRIE BAXLEY, PRES
8761 FAYETTEVILLE HWY
GODWIN, NC 28344-8905

Phone: 910-567-2806
Account No.: 257644

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 35200
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,534.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9614

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

P&G COMMUNICATIONS INC

Name of Transferor

FAIR HARBOR CAPITAL LLC

Name of Transferee

P&G COMMUNICATIONS INC
ATTN: GERALD ROACH
683 SW SEA HOLLY TERRACE
PORT SAINT LUCIE FL 34984

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 772 878 9114
Account No.: 257868

Phone: 212 967 4035
Account No.: 408404

P&G COMMUNICATIONS INC
ATTN: DENNIS RODRIGUEZ, VP
683 SW SEA HOLLY TERRACE
PORT SAINT LUCIE FL 34984

Phone:
Account No.: 493113

Claim No.: 1310
Date Claim Filed: 05/11/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $2,404.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9613**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RAYMOND PLUMBING & HEATING INC

Name of Transferor

RAYMOND PLUMBING & HEATING INC
ATTN JANET RAYMOND-SWAIN, OWNER
12170 OLD GENTILLY RD #210
NEW ORLEANS LA 70129-8214


Phone: 504 242 1847
Account No.: 259295

FAIR HARBOR CAPITAL LLC

Name of Transferee

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001


Phone: 212 967 4035
Account No.: 408404

Claim No.: 1877

Date Claim Filed: 05/17/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,896.23

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                      Case No.: 05-03817-3F1

                                                            Docket No.: 9648

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROBBINS PACKING CO                          DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferor                          Name of Transferee

ROBBINS PACKING CO                          DEBT ACQUISITION COMPANY OF AMERICA
ATTN: PHILLIP REBBERY, CONTROLLER           ATTN SYLVIA C. SERRANO
PO DRAWER 887                               1565 HOTEL CIRCLE SOUTH STE 310
STATESBORO, GA 30458                        SAN DIEGO CA 92108


Phone: 910-764-7503                         Phone: 619 220 8900
Account No.: 259726                         Account No.: 407682


Claim No.: 36729                            Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                Transfer Amount: $1,179.59

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/01/2006                            /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9637**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TIERCE INDUSTRIAL SERVICE DBA

Name of Transferor

TIERCE INDUSTRIAL SERVICE DBA
ROTO ROOTER & TT PORTABLE TOIL
ATTN: JANE TIERCE, SEC
2590 TANGLEWOOD DRIVE
MILLBROOK AL 36054

Phone: 800-423-5028
Account No.: 263028

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32985

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $2,900.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9629

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WISDOM RETAIL SALES

Name of Transferor

WISDOM RETAIL SALES
ATTN: JOEL D WARRAY, PRES
2430 PAYNE STREET
EVANSTON, IL 60201-2513

Phone: 847-256-3990
Account No.: 264983

SIERRA LIQUIDITY FUND

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144
Account No.: 492938

Claim No.: 35555
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $7,076.16

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9628**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ZIMMER CUSTOM-MADE PACKAGING

Name of Transferor

ZIMMER CUSTOM-MADE PACKAGING
ATTN: CHARLES E BOLLARD, CFO
1450 E 20TH STREET
INDIANAPOLIS IN 46218

Phone: 317 263 3436
Account No.: 265187

SIERRA LIQUIDITY FUND

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144
Account No.: 492938

Claim No.: 31902

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $8,289.77

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9627**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ZIMMER CUSTOM-MADE PACKAGING

Name of Transferor

SIERRA LIQUIDITY FUND

Name of Transferee

ZIMMER CUSTOM-MADE PACKAGING
ATTN: CHARLES E BOLLARD, CFO
1450 E 20TH STREET
INDIANAPOLIS IN 46218

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 317 263 3436
Account No.: 265187

Phone: 949 660 1144
Account No.: 492938

Claim No.: 4685
Date Claim Filed: 06/27/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $8,289.77

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 1, 2006.