# ENTERED

# IN

# ERROR