IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | Case No. 05-03817 |
| | ) | Chapter 11 |
| Debtor. | ) | Jointly Administered |
| _____ | ) | |

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OPPOSED
MOTION TO CONTINUE HEARING FOR MOOTNESS
AND INCORPORATED MEMORANDUM OF LAW**

Creditor United States Department of Health and Human Services (DHHS), through the undersigned counsel, moves to continue the hearing scheduled in this matter for August 10, 2006, on Winn Dixie Inc. and its subsidiaries' (Debtor's) objection to DHHS' *original* proof of claim (POC).  DHHS seeks this continuance in light of DHHS' recently filed and intervening *amended* POC, which effectively moots Debtor's objection to DHHS' original POC and renders premature any hearing on Debtor's objection to DHHS' *original* POC.

On July 29, 2005,  DHHS timely filed its original POC in this case for amounts owed by Debtor to DHHS pursuant to the Medicare Act.  (Claim No.10662).  In doing so, DHHS expressly reserved its right to amend its POC as investigation and information developed in regards to DHHS' claim.  On February 16, 2006, Debtor filed its objection to DHHS' claim (Doc. No. 5872) asserting broad and general objections, disputing the amount of the claim, and requesting documentation to substantiate DHHS' claim.  The hearing that is the subject of this motion—that is, the hearing on Debtor's objection to DHHS' original POC—is now scheduled for August 10, 2006.

On August 3, 2006, following significant effort in investigating its claims and conferring

with Debtor to obtain essential information regarding same, DHHS filed its Response to

Debtor's objection (the "Response") addressing the objection substantively and also referring the

Court to DHHS' amended POC, a draft copy of which was attached to the Response and was to

be filed imminently.  The amended POC fully reconciled the alleged deficiencies in DHHS'

original POC and effectively rendered moot Debtor's objection to the original POC.  A copy of

the Response is attached and incorporated fully herein as Exhibit A.  DHHS filed its amended

POC with the Court shortly thereafter.  Debtor has not yet filed a response to DHHS' amended

POC.

Because Debtor has yet to file its approval or objection to DHHS' amended POC, and for

the reasons stated herein and in DHHS' Response (attached), the currently scheduled hearing on

Debtor's objection to DHHS' original POC is, at the very least, premature and unnecessary.

The undersigned have conferred with counsel for Debtor in an effort to reach an

agreement regarding this motion.  Counsel for Debtor has stated that Debtor **OPPOSES** this

motion.

This motion is filed in good faith and to serve the interests of justice and to conserve this

Court's valuable resources and those of the parties.

This Court has inherent authority to control its own docket and to grant the relief

requested in this motion.

WHEREFORE, DHHS respectfully requests that this Court enter an Order continuing the

August 10 hearing on Debtor's objection to DHHS' original proof of claim with such hearing

being subject to rescheduling, as appropriate.  A proposed order is attached.

Respectfully submitted,


/s/ *Marcio W. Valladares*
MARCIO W. VALLADARES
Assistant United States Attorney
Trial Counsel
Florida Bar No. 0986917
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No. (904) 301-6324/6300
Facsimile No. (904) 301-6363/6310
Email: Marcio.Valladares@usdoj.gov


and

/s/ *Gary Kurz*
Gary Kurz
Assistant Regional Counsel
Office of the General Counsel
Dept. of Health and Human Services
61 Forsyth Street, S.W.
Suite 5M60
Atlanta, Georgia  30303-8909
(404) 562-7824(t)
(404)562-7855(f)
gary.kurz@hhs.gov
Ga. Bar No. 430490

3

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on

the following persons by first class United States mail, postage prepaid, on this 7th day of

August, 2006.  Service was otherwise made through the electronic filing system.


Adam Ravin, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Debtor's Attorney
Four Times Square
New York, New York 10036

United States Trustee's Office
c/o Elena L. Escamilla, Esquire
135 W. Central Boulevard, Suite 620
Orlando, Florida 32801

Cynthia C. Jackson, Esquire
   and James H. Post, Esquire
Smith, Hulsey & Busey
Debtor's Attorney
225 Water Street, Suite 1800
Jacksonville, Florida 32201

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

John B. Macdonald, Esquire
Patrick P. Patangan, Esquire
Ackerman Senterfitt, Esquire
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202


/s/ *Marcio W. Valladares*
MARCIO VALLADARES
Assistant United States Attorney

4