UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | Chapter 11<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about August 2, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: August 7, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 242234-12
AMERICAN REFRIGERATION
PO BOX 6328
RICHMOND, VA 23230

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 242865-12
AVOYELLES HOSPITAL
PO BOX 31172
TAMPA, FL 33631-1172

CREDITOR ID: 279212-35
CASCADES TISSUE GROUP
ATTN JEAN P BREAULT, CONTR
1200 FOREST ST
EAU CLAIRE WI 54703

CREDITOR ID: 244729-12
CASCADES TISSUE GROUP
ATTN: GARY A HAYDEN, PV & GEN MNG
DEPT # 234801
PO BOX 67000
DETROIT, MI 48267-2348

CREDITOR ID: 533547-97
CITY OF APOPKA
ATTN:  CINDY HAYNES, UTILITY MGR
PO DRAWER 1188
APOPKA FL 32704-1188

CREDITOR ID: 245534-12
CITY OF APOPKA
ATTN CHERYL MARTIN
PO DRAWER 1188
APOPKA, FL 32704-1188

CREDITOR ID: 245987-12
CITY OF MYRTLE BEACH
PO BOX 2468
MYRTLE BEACH, SC 29578

CREDITOR ID: 246255-12
CITY OF WEST MELBOURNE
2285 MINTON ROAD
MELBOURNE, FL 32904-4928

CREDITOR ID: 381264-47
CONTINENTAL AUTO & TRUCK SERVICE CENTER
985 SR 206 W
ST AUGUSTINE, FL 32086

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 248097-12
DIAMOND H RECOGNITION
100 N RUPERT STREET
FORT WORTH, TX 76107

CREDITOR ID: 248891-12
ELITE REFRIGERATION INC
385 NEAL/ DAVIS ROAD
RINGGOLD, VA 24586

CREDITOR ID: 249191-12
EUFAULA TRIBUNE
ATTN ABB JACKSON SMITH, II, PRES
PO BOX 628
EUFAULA, AL 36072-0628

CREDITOR ID: 249634-12
FLAVORX INC
ATTN RICHARD LEVIN, EXEC VP
8120 WOODMONT AVE, STE 600
BETHESDA, MD 20814

CREDITOR ID: 382014-36
GEORGIA-PACIFIC CORPORATION
ATTN: ERICH L MCINNIS, COLL MNGR
133 PEACHTREE STREET NE (30303)
PO BOX 105605
ATLANTA GA 30348-5605

CREDITOR ID: 533548-97
GEORGIA-PACIFIC CORPORATION
ATTN:  CHRIS GILMARTIN OR
TYLER WOOLSON, SVP & CFO
133 PEAR ST NE
ATLANTA GA 30303

CREDITOR ID: 533549-97
GRUMA CORP
ATTN: SALVADOR ELIAS
1159 COTTONWOOD LANE, STE 200
IRVING TX 75038

CREDITOR ID: 410686-15
GRUMA CORP DBA MISSION FOODS SVCE
C/O AKIN, GUMP, STAUSS, ET AL
ATTN SARA SCHULTZ, ESQ
1700 PACIFIC AVENUE, SUITE 4100
DALLAS TX 75201

CREDITOR ID: 251021-12
GULF COAST OFFICE PRODUCTS INC
11825 SUN BELT COURT
BATON ROUGE, LA 70809

CREDITOR ID: 407439-15
HICKS, LAURIE
C/O PRUGH HOLLIDAY & KARATINOS, PL
ATTN TIMOTHY F PRUGH, ESQ
1009 WEST PLATT STREET
TAMPA FL 33606

CREDITOR ID: 254000-12
LECKIE, KIMERLY R
3140 RAULERSON ROAD
ST AUGUSTINE, FL 32092-0552

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 254875-12
LISBON MAINTENANCE CO
1500 LISBON BRIDGE RD
GARLAND, NC 28441-8430

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 392875-55
MCDOWELL, CASSANDRA
C/O DELL & SCHAEFER, PA
ATTN MALCOLM A PUROW, ESQ
2404 HOLLYWOOD BLVD
HOLLYWOOD FL 33020

CREDITOR ID: 256354-12
MIKE & JERRYS PAINT AND SUPPLY
828 CENTRAL AVENUE
JEFFERSON, LA 70121

CREDITOR ID: 256567-12
MODULAR MAILING SYSTEMS INC
4913 W LAUREL STREET
TAMPA, FL 33607

CREDITOR ID: 257501-12
OB MACARONI
PO BOX 53
FORT WORTH, TX 76101-0053

## SERVICE LIST
### Notice of Transfer of Claim Other Than For Security

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 259726-12
ROBBINS PACKING CO
ATTN: PHILLIP REBBERY, CONTROLLER
PO DRAWER 887
STATESBORO, GA 30458

CREDITOR ID: 260318-12
SAINT GOBAIN CONTAINERS
ATTN DONALD GALLINAT
1509 S MACEDONIA AVE
MUNCIE IN 47307-4200

CREDITOR ID: 381334-47
SFI ELECTRONICS INC
PO BOX 11275
CHARLOTTE, NC 28220

CREDITOR ID: 262163-12
SUN BELT INC
ATTN LINDA PUTMAN, GM
5001 GATEWAY BLVD, SUITE 1
LAKELAND, FL 33811

CREDITOR ID: 533550-97
SUN BELT INC
ATTN:  GUNNAR HENNING, PRES
5001 GATEWAY BLVD, STE 1
LAKELAND FL 33811

CREDITOR ID: 262426-12
TALLAHASSEE ADVERTISER
PO BOX 2213
TALLAHASSEE, FL 32316-2213

CREDITOR ID: 262530-12
TASCO
6600 YORK ROAD SUITE 203
BALTIMORE, MD 21212

CREDITOR ID: 392463-55
TERRELL, BETTY
C/O CHURCH MINOR ABBOTT ET AL
ATTN MATT ABBOTT, ESQ
1609 COGSWELL AVENUE
PELL CITY AL 35125

CREDITOR ID: 263331-12
TOWN OF HAW RIVER
PO BOX 103
HAW RIVER, NC 27258-0103

CREDITOR ID: 264661-12
TOWN OF WEST UNION WATER DEPT
PO BOX 129
WEST UNION, SC 29696-0129

CREDITOR ID: 263527-12
TRILLIUM HEALTH CARE PRODUCTS INC
5 HERRIOTT STREET
PERTH, ON K7H35E5
CANADA

CREDITOR ID: 263850-12
UNIVERSAL ADCOM
2921 AVENUE E EAST
ARLINGTON, TX 76011

CREDITOR ID: 533551-97
VALLEY PROTEINS INC
ATTN:  KIRBY BROWN, VP/FINANCE
PO BOX 643393
CINCINNATI OH 45264-3393

CREDITOR ID: 263998-12
VALLEY PROTEINS INC
ATTN TRISHA B DAUGHERTY, MGR
PO BOX 643393
CINCINNATI, OH 45264-3393

CREDITOR ID: 397819-75
WHITMORE PLUMBING
1812 BOUNDARY STREET
BEAUFORT, SC 29902

**Total:   45**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9660

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AMERICAN REFRIGERATION

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

AMERICAN REFRIGERATION
ATTN: SIDNEY ANDERSON, PRES
PO BOX 6328
RICHMOND, VA 23230

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 804-880-4888
Account No.: 242234

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32457
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $369.60

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9661

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AVOYELLES HOSPITAL

Name of Transferor

AVOYELLES HOSPITAL
ATTN: KAREN BRULTE, BUS OFF MGR
PO BOX 31172
TAMPA, FL 33631-1172


Phone: 318-240-6145
Account No.: 242865

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 33254
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $418.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9767

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CASCADES TISSUE GROUP

Name of Transferor

LIQUIDITY SOLUTIONS, INC

Name of Transferee

CASCADES TISSUE GROUP
ATTN JEAN P BREAULT, CONTR
1200 FOREST ST
EAU CLAIRE WI 54703

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

Phone: 715 833 3130
Account No.: 279212

Phone: 201 968 0001
Account No.: 399393

CASCADES TISSUE GROUP
ATTN: GARY A HAYDEN, PV & GEN MGR
DEPT # 234801
PO BOX 67000
DETROIT, MI 48267-2348

Phone:
Account No.: 244729

Claim No.: 9427
Date Claim Filed: 07/29/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $128,353.24

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                         Docket No.: 9662

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF APOPKA                                 DEBT ACQUISITION COMPANY OF AMERICA
_____                        _____
Name of Transferor                             Name of Transferee

CITY OF APOPKA                                 DEBT ACQUISITION COMPANY OF AMERICA
ATTN: CHERYL MARTIN, UTILITY MGR               ATTN SYLVIA C. SERRANO
PO DRAWER 1188                                 1565 HOTEL CIRCLE SOUTH STE 310
APOPKA, FL 32704-1188                          SAN DIEGO CA 92108


Phone: 407 703 1727                            Phone: 619 220 8900
Account No.: 245534                            Account No.: 407682

CITY OF APOPKA
ATTN: CINDY HAYNES, UTILITY MGR
PO DRAWER 1188
APOPKA FL 32704-1188



Phone: 407-703-1727
Account No.: 493117

Claim No.: 2332                                Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/23/2005                   Transfer Amount: $603.01

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2006                               /s/ Logan & Company, Inc.
                                               _____
                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9663

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CITY OF MYRTLE BEACH | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CITY OF MYRTLE BEACH | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: MARY C MCDOWELL, ASST FIN DIR | ATTN SYLVIA C. SERRANO |
| PO BOX 2468 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| MYRTLE BEACH, SC 29578 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 843-918-1175 | Phone: 619 220 8900 |
| Account No.: 245987 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 36116 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $180.51 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9664

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF WEST MELBOURNE

Name of Transferor

CITY OF WEST MELBOURNE
ATTN: CHARLOTTE LUIKART, FIN DIR
2285 MINTON ROAD
MELBOURNE, FL 32904-4928


Phone: 321-727-7700
Account No.: 246255

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682


Claim No.: 30506
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $969.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9665

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CONTINENTAL AUTO & TRUCK SERVICE CENTER

Name of Transferor

CONTINENTAL AUTO & TRUCK SERVICE CENTER
ATTN: STEVEN L G, PRES
985 SR 206 W
ST AUGUSTINE, FL 32086


Phone: 904-797-2665
Account No.: 381264

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 33078

Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 04/07/2005

Transfer Amount: $363.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9768**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DIAMOND H RECOGNITION

Name of Transferor

DIAMOND H RECOGNITION
ATTN:  LESA BLAKEY, CONTROLLER
100 N RUPERT STREET
FORT WORTH, TX 76107

Phone: 817-332-6765 ext214
Account No.: 248097

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 30653
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $381.28

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9666

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ELITE REFRIGERATION INC

Name of Transferor

ELITE REFRIGERATION INC
ATTN: MICHAEL HAZELWOOD, SEC/TREAS
385 NEAL/ DAVIS ROAD
RINGGOLD, VA 24586


Phone: 434-251-1309
Account No.: 248891

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 36277

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $813.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9769

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EUFAULA TRIBUNE

Name of Transferor

EUFAULA TRIBUNE
ATTN: ABB JACKSON SMITH, II, PRES
PO BOX 628
EUFAULA, AL 36072-0628


Phone: 334 687 3506
Account No.: 249191

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 5516
Date Claim Filed: 07/05/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $907.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9676

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FLAVORX INC
_____
Name of Transferor

FLAVORX INC
ATTN: RICHARD LEVIN, EXEC VP
8120 WOODMONT AVE, STE 600
BETHESDA, MD 20814

Phone: 301 657 1314 ext 206
Account No.: 249634

DEBT ACQUISITION COMPANY OF AMERICA
_____
Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 5066
Date Claim Filed: 07/01/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $2,189.35

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9756

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GEORGIA-PACIFIC CORPORATION

Name of Transferor

GEORGIA-PACIFIC CORPORATION
ATTN: ERICH L MCINNIS, COLL MNGR
133 PEACHTREE STREET NE (30303)
PO BOX 105605
ATLANTA GA 30348-5605

Phone: 404 652 7184
Account No.: 382014

GEORGIA-PACIFIC CORPORATION
ATTN: CHRIS GILMARTIN OR
TYLER L WOOLSON, SVP & CFO
133 PEATREE ST NE
ATLANTA GA 30303

Phone:
Account No.: 493119

Claim No.: 4850
Date Claim Filed: 06/28/2005

LONGACRE MASTER FUND LTD

Name of Transferee

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

Phone: 212 259 4314
Account No.: 452049

Full Transfer:          Partial Transfer:

Transfer Amount: $792,783.85

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9681

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GRUMA CORP DBA MISSION FOODS SVCE | LIQUIDITY SOLUTIONS, INC |
| Name of Transferor | Name of Transferee |
| GRUMA CORP DBA MISSION FOODS SVCE<br>C/O AKIN, GUMP, STAUSS, ET AL<br>ATTN SARA SCHULTZ, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| Phone: 214 969 2800<br>Account No.: 410686 | Phone: 201 968 0001<br>Account No.: 399393 |
| GRUMA CORP<br>ATTN: SALVADOR ELIAS<br>1159 COTTONWOOD LANE, SUITE 200<br>IRVING TX 75038 | |
| Phone: 972-232-5000<br>Account No.: 279018 | |
| Claim No.: 9700<br>Date Claim Filed: 07/29/2005 | Full Transfer: (X)      Partial Transfer:<br>Transfer Amount: $88,368.97 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9667

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GULF COAST OFFICE PRODUCTS INC

Name of Transferor

GULF COAST OFFICE PRODUCTS INC
ATTN: ROBIN HATCHER, OFFICE MGR
10424 PLAZA AMERICANA DR
BATON ROUGE, LA 70816

Phone: 225-756-2644
Account No.: 251021

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 32703
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $325.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9679

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| HICKS, LAURIE | DELLACAMERA CAPITAL MASTER FUND LTD |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| HICKS, LAURIE | DELLACAMERA CAPITAL MASTER FUND LTD |
| C/O PRUGH HOLLIDAY & KARATINOS, PL | C/O DELLACAMERA CAPITAL MGMT LLC |
| ATTN TIMOTHY F PRUGH, ESQ | ATTN JEFFREY KAPLAN |
| 1009 WEST PLATT STREET | 237 PARK AVE SUITE 900 |
| TAMPA FL 33606 | NEW YORK NY 10017 |

| | |
|---|---|
| Phone: 813 251 3548 | Phone: 212 808 3597 |
| Account No.: 407439 | Account No.: 452148 |

| | |
|---|---|
| Claim No.: 4988 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 06/30/2005 | Transfer Amount: $90,000.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9668

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LECKIE, KIMERLY R
_____
Name of Transferor

LECKIE, KIMERLY R
PO BOX 887154
GREAT LAKES IL 60088

Phone: 904-501-4647
Account No.: 254000

DEBT ACQUISITION COMPANY OF AMERICA
_____
Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 30013
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:
Transfer Amount: $263.34

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.
_____
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9669

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LISBON MAINTENANCE CO

Name of Transferor

LISBON MAINTENANCE CO
ATTN: NORWOOD S CARTER, PRES
1500 LISBON BRIDGE RD
GARLAND, NC 28441-8430

Phone: 910-529-1921
Account No.: 254875

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36520
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:
Transfer Amount: $715.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

Docket No.: **9682**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MCDOWELL, CASSANDRA | DELLACAMERA CAPITAL MASTER FUND LTD |
| Name of Transferor | Name of Transferee |
| | |
| MCDOWELL, CASSANDRA | DELLACAMERA CAPITAL MASTER FUND LTD |
| C/O DELL & SCHAEFER, PA | C/O DELLACAMERA CAPITAL MGMT LLC |
| ATTN MALCOLM A PUROW, ESQ | ATTN JEFFREY KAPLAN |
| 2404 HOLLYWOOD BLVD | 237 PARK AVE SUITE 900 |
| HOLLYWOOD FL 33020 | NEW YORK NY 10017 |
| | |
| Phone: 954 620 8300 | Phone: 212 808 3597 |
| Account No.: 392875 | Account No.: 452148 |

Claim No.: 1287                                         Full Transfer: (X)        Partial Transfer:

Date Claim Filed: 05/10/2005                            Transfer Amount: $100,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006                                        /s/ Logan & Company, Inc.

                                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9670

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MIKE & JERRYS PAINT AND SUPPLY | DEBT ACQUISITION COMPANY OF AMERICA |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MIKE & JERRYS PAINT AND SUPPLY | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: GLEN K BOHTE, VP | ATTN SYLVIA C. SERRANO |
| 828 CENTRAL AVENUE | 1565 HOTEL CIRCLE SOUTH STE 310 |
| JEFFERSON, LA 70121 | SAN DIEGO CA 92108 |

| | |
|---|---|
| Phone: 504-736-9004 | Phone: 619 220 8900 |
| Account No.: 256354 | Account No.: 407682 |

| | |
|---|---|
| Claim No.: 32808 | Full Transfer: (X)     Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $1,455.96 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9671

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MODULAR MAILING SYSTEMS INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| MODULAR MAILING SYSTEMS INC<br>ATTN: C A HOOTEN, VP CUST SRVS<br>4913 W LAUREL STREET<br>TAMPA, FL 33607 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SYLVIA C. SERRANO<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 813-876-6245 | Phone: 619 220 8900 |
| Account No.: 256567 | Account No.: 407682 |

Claim No.: 31229

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $892.38

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9677

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| OB MACARONI | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| OB MACARONI<br>ATTN: CARLO LANERI SR, PRES<br>PO BOX 53<br>FORT WORTH, TX 76101-0053 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SYLVIA C. SERRANO<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 817-335-4629<br>Account No.: 257501 | Phone: 619 220 8900<br>Account No.: 407682 |

Claim No.: 35190

Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $148.41

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9656

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROBBINS PACKING CO
_____

Name of Transferor

ROBBINS PACKING CO
ATTN: PHILLIP REBBERY, CONTROLLER
PO DRAWER 887
STATESBORO, GA 30458


Phone: 910-764-7503
Account No.: 259726

DEBT ACQUISITION COMPANY OF AMERICA
_____

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 31476

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $1,780.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.
_____

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9773

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SAINT GOBAIN CONTAINERS

Name of Transferor

SAINT GOBAIN CONTAINERS
ATTN: DONALD GALLINAT, DIR CREDIT
1509 S MACEDONIA AVE
MUNCIE IN 47307-4200

Phone: 765 741 7629
Account No.: 260318

AMROC INVESTMENTS LLC

Name of Transferee

AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

Phone: 212 905 2882
Account No.: 399614

Claim No.: 1350
Date Claim Filed: 05/12/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $36,433.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9672

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SFI ELECTRONICS INC

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

SFI ELECTRONICS INC
ATTN: DARREN WATTS, CONTROLLER
PO BOX 11275
CHARLOTTE, NC 28220

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 704-522-0800 ext229
Account No.: 381334

Phone: 619 220 8900
Account No.: 407682

Claim No.: 37071
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $240.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9673

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SUN BELT INC

Name of Transferor

SUN BELT INC
ATTN: LINDA PUTMAN, GM
5001 GATEWAY BLVD, SUITE 1
LAKELAND, FL 33811

Phone: 863 701 9898
Account No.: 262163

SUN BELT INC
ATTN: GUNNAR HENNING, PRES
5001 GATEWAY BLVD, STE 1
LAKELAND FL 33811

Phone: 863-701-9898
Account No.: 493118

Claim No.: 32325
Date Claim Filed: 04/07/2005

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $1,398.03

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9674

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TALLAHASSEE ADVERTISER

Name of Transferor

TALLAHASSEE ADVERTISER
ATTN: DAVE KNIGHT, GEN MGR
PO BOX 2213
TALLAHASSEE, FL 32316-2213

Phone: 850-574-0520
Account No.: 262426

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 31675
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $186.15

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9678

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TASCO

Name of Transferor

TASCO
ATTN: DIANE MARECKI, OFF/ACCTNG ASS
6600 YORK ROAD, STE 203
BALTIMORE, MD 21212

Phone: 410-377-3000
Account No.: 262530

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36849
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $288.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9655

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TERRELL, BETTY

Name of Transferor

TERRELL, BETTY
C/O CHURCH MINOR ABBOTT ET AL
ATTN: MATT ABBOTT, ESQ
1609 COGSWELL AVENUE
PELL CITY AL 35125


Phone: 205 338 2295
Account No.: 392463

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017


Phone: 212 808 3597
Account No.: 452148

Claim No.: 11238
Date Claim Filed: 08/01/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $42,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9657

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TOWN OF HAW RIVER

Name of Transferor

TOWN OF HAW RIVER
ATTN: MISTY HAGOOD, INTERIM MGR
PO BOX 103
HAW RIVER, NC 27258-0103

Phone: 336-578-0784
Account No.: 263331

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36901
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $441.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9675**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TOWN OF WEST UNION WATER DEPT

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

TOWN OF WEST UNION WATER DEPT
ATTN: CECILIA ATKINS, TOWN ADMIN
PO BOX 129
WEST UNION, SC 29696-0129

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 864-638-9978
Account No.: 264661

Phone: 619 220 8900
Account No.: 407682

Claim No.: 36991
Date Claim Filed: 04/07/2005

Full Transfer: (X)     Partial Transfer:

Transfer Amount: $684.97

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 2, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9658

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| TRILLIUM HEALTH CARE PRODUCTS INC | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |
| TRILLIUM HEALTH CARE PRODUCTS INC<br>ATTN: HOWARD CODESKY, CFO<br>5 HERRIOTT STREET<br>PERTH, ON K7H35E5 CANADA | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SYLVIA C. SERRANO<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 647-403-1565<br>Account No.: 263527 | Phone: 619 220 8900<br>Account No.: 407682 |

Claim No.: 35476

Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $3,888.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9770

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| UNIVERSAL ADCOM | DEBT ACQUISITION COMPANY OF AMERICA |
| Name of Transferor | Name of Transferee |

UNIVERSAL ADCOM
ATTN: SANDY MALONE, ASST TO CFO
2921 AVENUE E EAST
ARLINGTON, TX 76011

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone:
Account No.: 263850

Phone: 619 220 8900
Account No.: 407682

Claim No.: 34284
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $179.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9653

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| VALLEY PROTEINS INC | DELLACAMERA CAPITAL MASTER FUND LTD |
|---|---|
| Name of Transferor | Name of Transferee |

VALLEY PROTEINS INC
ATTN: TRISHA B DAUGHERTY, MGR
PO BOX 643393
CINCINNATI, OH 45264-3393

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

Phone: 540 877 2590
Account No.: 263998

Phone: 212 808 3597
Account No.: 452148

VALLEY PROTEINS INC
ATTN: KIRBY BROWN, VP/FINANCE
PO BOX 643393
CINCINNATI OH 45264-3393

Phone:
Account No.: 493116

Claim No.: 36952
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:
Transfer Amount: $22,700.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9654

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

VALLEY PROTEINS INC

Name of Transferor

DELLACAMERA CAPITAL MASTER FUND LTD

Name of Transferee

VALLEY PROTEINS INC
ATTN: TRISHA B DAUGHERTY, MGR
PO BOX 643393
CINCINNATI, OH 45264-3393

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN
237 PARK AVE SUITE 900
NEW YORK NY 10017

Phone: 540 877 2590
Account No.: 263998

Phone: 212 808 3597
Account No.: 452148

VALLEY PROTEINS INC
ATTN: KIRBY BROWN, VP/FINANCE
PO BOX 643393
CINCINNATI OH 45264-3393

Phone:
Account No.: 493116

Claim No.: 6880
Date Claim Filed: 07/19/2005

Full Transfer: (X)       Partial Transfer:
Transfer Amount: $50,345.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: 05-03817-3F1

Docket No.: 9659

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WHITMORE PLUMBING

Name of Transferor

WHITMORE PLUMBING
ATTN: JOYCE SCOTT, BOOKEEPING
PO BOX 556
BEAUFORT, SC 29902


Phone: 843-524-3911
Account No.: 397819

DEBT ACQUISITION COMPANY OF AMERICA

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SYLVIA C. SERRANO
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900
Account No.: 407682

Claim No.: 37181

Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $131.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/02/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 2, 2006.