# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al.</u>,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about August 4, 2006 I caused copies of:

•   the **Notice of Hearing**
•   the **Debtors' Second Omnibus Motion For Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: August 7, 2006

_____
Kathleen M. Logan

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

CREDITOR ID: 397137-67
AMSOUTH PROPERTIES
ATTN: HENRY LONG
PO BOX 11007
BIRMINGHAM, AL 35288

CREDITOR ID: 533329-AF
ARLINGTON PROPERTIES INC
2117 SECOND AVE
PO BOX 12767
BIRMINGHAM AL 35202-2767

CREDITOR ID: 533330-AF
BAYVIEW LOAN SERVICING LLC
ATTN PAYMENT PROCESSING DEPT
PO BOX 4767
COLUMBUS GA 31904

CREDITOR ID: 533331-AF
BELMART INC
C/O KIMCO REALTY CORP
3333 NEW HYDE PARK RD STE 100
NEW HYDE PARK NY 11042-0020

CREDITOR ID: 383074-51
BENESCRIPT
300 HALCOMB BRIDGE RD, SUITE 228
NORCROSS, GA 30010-1229

CREDITOR ID: 533332-AF
BIG PINE SHOPPING CENTER LLC
PO BOX 431944
BIG PINE KEY FL 33043

CREDITOR ID: 382238-51
BIRMINGHAM NEWS, THE
2200 FOURTH AVE NORTH
BIRMINGHAM, AL 35202

CREDITOR ID: 533333-AF
BIRMINGHAM REALTY CO
ACCOUNTING DEPT
27 INVERNESS CENTER PARKWAY
BIRMINGHAM AL 35242-4202

CREDITOR ID: 382421-51
BLUECROSS/BLUE SHIELD
ATTN: INGER M. ROOD, DCC3/5
4800 DEERWOOD CAMPUS PKWY
JACKSONVILLE, FL 32246

CREDITOR ID: 383066-51
BLUESAVER ADVANTAGE
100 PARSONS POND DRIVE
FRANKLIN LAKES, NJ 07417

CREDITOR ID: 383059-51
BLUESAVER PREMIER
100 PARSONS POND DRIVE
FRANKLIN LAKES, NJ 07417

CREDITOR ID: 397151-67
BRIDGECOM WIRELESS GULF COAST
2395 EAST GAUSE BLVD, SUITE 3
SLIDELL, LA 70461

CREDITOR ID: 382737-51
BROWN, J
1010 WASHINGTON BLVD
STAMFORD, CT 06901

CREDITOR ID: 383050-51
BUREAU OF CHILD W/MED HNDCPS
PO BOX 1603
COLUMBUS, OH 43216-1603

CREDITOR ID: 382430-51
CADEC CORPORATION
8 E. PERIMETER ROAD
LONDONDERRY, NH 03053

CREDITOR ID: 397275-69
CAJUN CUTTERS
ATTN CRAIG A LEBLANC, OWNER
20535 LEO ROAD
ABBEVILLE, LA 70510

CREDITOR ID: 382431-51
CARDINAL HEALTH
7000 CARDINAL PLACE
DUBLIN, OH 43017

CREDITOR ID: 383043-51
CAREMARK
2211 SANDERS ROAD
NORTHBROOK, IL 60062

CREDITOR ID: 383035-51
CAREMARK/ADVANCE PCS-AZ
2211 SANDERS ROAD
NORTHBROOK, IL 60062

CREDITOR ID: 406211-G4
CARGILL
BOX 9300
MEMPHIS TN 55440

CREDITOR ID: 406212-G4
CARGILL
CARGILL BUILDING
MINNEAPOLIS MN 55402

CREDITOR ID: 406210-G4
CARGILL
BOX 5647
TAMPA FL 33605

CREDITOR ID: 382437-51
CATALINA MARKETING
201 CARILLON PARKWAY
ST PETERSBURG, FL 33716

CREDITOR ID: 383028-51
CATALYST RX
851 S RAMPART BLVD, SUITE 110
LAS VEGAS, NV 89147

CREDITOR ID: 383019-51
CBCA RX FKA
YORK PRESCRIPTION
675 FOXON ROAD SUITE 204
EAST HAVEN, CT 06513

CREDITOR ID: 383012-51
CEDAR HILL INDEPENDENT SCHOOLS
PO BOX 167768
IRVING, TX 75016

CREDITOR ID: 383004-51
CELGENE CORP THALOMID
86 MORRIS AVENUE
SUMMIT, NJ 07901

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406304-G5<br>CELGENE CORPORATION<br>7 POWDER HORN DRIVE<br>WARREN NJ 07059 | CREDITOR ID: 382439-51<br>CERTIFIED PARTS WAREHOUSE<br>12 INDUSTRIAL DRIVE<br>EXETER, NH 03833 | CREDITOR ID: 395620-65<br>CHAMPION BLACKTOP MAINTENANCE<br>ATTN BRANT CUNNINGHAM, OWNER<br>PO BOX 5772<br>MERIDIAN, MS 39301 |
| CREDITOR ID: 382997-51<br>CHAMPUS VA<br>PO BOX 7927<br>MADISON, WI 53707 | CREDITOR ID: 382444-51<br>CHECKFREE<br>4411 EAST JONES BRIDGE ROAD<br>NORCROSS, GA 30092 | CREDITOR ID: 533334-AF<br>CHESTER DIX CRAWFORDVILLE CORP.<br>P.O. BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 382448-51<br>CHICAGO-SOFT<br>6232 NORTH PULASKI ROAD, SUITE 402<br>CHICAGO, IL 60646-5131 | CREDITOR ID: 382987-51<br>CHOICE RX<br>1525 MERRILL DRIVE, SUITE 2000<br>LITTLE ROCK, AR 72211 | CREDITOR ID: 382980-51<br>CIGNA<br>900 COTTAGE GROVE ROAD<br>HARTFORD, CT 06152-1136 |
| CREDITOR ID: 382453-51<br>CITRIX<br>6400 NW 6TH WAY<br>FT. LAUDERDALE, FL 33309 | CREDITOR ID: 382972-51<br>CLAIMSPRO<br>24370 NORTHWESTERN HWY<br>SOUTHFIELD, MI 48075 | CREDITOR ID: 395628-65<br>CLEAN SWEEP OF ORLANDO, INC<br>ATTN HARRY A COADY<br>217 LOCHBERRY PLACE<br>LONGWOOD, FL 32779 |
| CREDITOR ID: 382467-51<br>COMMERCEQUEST<br>5481 W WATERS AVENUE #100<br>TAMPA, FL 33634-1205 | CREDITOR ID: 382469-51<br>COMMONWEALTH BRANDS, INC<br>PO BOX 51587<br>BOWLING GREEN, KY 42102 | CREDITOR ID: 533379-67<br>COMMONWEALTH BRANDS, INC.<br>ATTN: LEANE WARREN<br>PO BOX 5222<br>FRANKFORT KY 40602 |
| CREDITOR ID: 382948-51<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>SERVICES CABINET<br>ATTN RICHARD WARNE, ESQ<br>275 EAST MAIN STREET<br>FRANKFORT, KY 40621-0001 | CREDITOR ID: 382965-51<br>COMMUN-I-CARE<br>PO BOX 186<br>COLUMBIA, SC 29202-0186 | CREDITOR ID: 397180-67<br>COMMUNITY BANK & TRUST-HABER<br>PO BOX 1900<br>CORNELIA, GA 30531 |
| CREDITOR ID: 397179-67<br>COMMUNITY BANK AND TRUST<br>ATTN: CINDY STAVELY<br>474 NORTH MAIN STREET<br>CORNELIA, GA 30531 | CREDITOR ID: 382956-51<br>COMMUNITY CARE RX<br>PO BOX 391180<br>CLEVELAND, OH 44139 | CREDITOR ID: 382949-51<br>COMMUNITY RX ANTHEM PRES MGM<br>1351 WILLIAM HOWARD TAFT ROAD<br>CINCINNATI, OH 45206-1775 |
| CREDITOR ID: 382941-51<br>COMPANION HEALTH CARE<br>300 ARBOR LAKE DRIVE SUITE 800<br>COLUMBIA, SC 29223 | CREDITOR ID: 246802-12<br>COMPLETE SWEEP, INC<br>ATTN RITA MILAM, PRES<br>PO BOX 177<br>GADSDEN, AL 35902 | CREDITOR ID: 382934-51<br>COMPSCRIPT<br>4000 TERMINAL TOWER<br>CLEVELAND, OH 44113 |
| CREDITOR ID: 382476-51<br>COMPUWARE<br>31440 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS, MI 48334-2564 | CREDITOR ID: 533335-AF<br>CONCORD SHOPPING CENTER<br>C/O TERRANOVA CORP<br>801 ARTHUR GODFREY RD, STE 600<br>MIAMI  BEACH FL 33140 | CREDITOR ID: 382924-51<br>CONSOLIDATED PRESCRIPTION SERVICES<br>3637 MEDINA ROAD, SUITE 325<br>MEDINA, OH 44256 |

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382917-51<br>CONSULCARE PRESCRIPTION NETWORK<br>6061 SOUTH WILLOW DRIVE, SUITE 125<br>GREENWOOD VILLAGE, CO 80111 | CREDITOR ID: 382909-51<br>CONSULTEC, INC.<br>9040 ROSWELL ROAD<br>ATLANTA, GA 30350 | CREDITOR ID: 382902-51<br>CONTRACT PHARMACY SERVICES<br>PO BOX 1223<br>ANNISTON, AL 36202 |
| CREDITOR ID: 382893-51<br>COVENTRY HC OF PENNSYLVANIA<br>2815 COLISEUM CENTRE DRIVE STE 550<br>CHARLOTTE, NC 28217-4522 | CREDITOR ID: 382890-51<br>COVENTRY HEALTH CARE<br>2815 COLISEUM CENTRE DRIVE STE 550<br>CHARLOTTE, NC 28217-4522 | CREDITOR ID: 395436-64<br>CREATIVE PRODUCTS<br>PO BOX 14356<br>MILWAUKEE, WI 53259 |
| CREDITOR ID: 380986-47<br>CREATIVE PRODUCTS SCREEN PRINTERS INC<br>ATTN ED BROSNAN, CEO<br>3001 WEST GRANADA STREET<br>TAMPA, FL 33629 | CREDITOR ID: 410922-15<br>CREATIVE PRODUCTS SCREEN, ET AL<br>C/O WALTER SANDERS & ASSOCIATES, PA<br>ATTN WALTER SANDERS<br>16528 NORTH DALE MABRY HWY<br>TAMPA FL 33618 | CREDITOR ID: 395279-63<br>CREDIT UNION 24<br>2473 CARE DRIVE, SUITE 1<br>TALLAHASSEE, FL 32308 |
| CREDITOR ID: 382886-51<br>CRITERION ADVANTAGE<br>7047 E. GREENWAY PARKWAY, SUITE 360<br>SCOTTSDALE, AZ 85254 | CREDITOR ID: 382486-51<br>CROWN CORK & SEAL USA, INC.<br>1 CROWN WAY<br>PHILADELPHIA, PA 19154-4599 | CREDITOR ID: 382487-51<br>CSI<br>8120 STATE ROUTE 138<br>WILLIAMSPORT, OH 43164 |
| CREDITOR ID: 406215-G4<br>CSX<br>500 WATER STREET, J180<br>JACKSONVILLE FL 32202 | CREDITOR ID: 382489-51<br>CYBERMATION<br>12020 SUNRISE VALLEY DRIVE, STE 100<br>RESTON, VA 20191 | CREDITOR ID: 533336-AF<br>DANIEL G. KAMIN<br>490 SOUTH HIGHLAND AVE.<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 382554-51<br>DATA 21<br>3510 TORRANCE BLVD, SUITE 300<br>TORRANCE, CA 90503 | CREDITOR ID: 397286-69<br>DATA SAVERS<br>600 NORTH ELLIS ROAD<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 382555-51<br>DATASOURCE<br>1805 ARABIAN AVE<br>NAPERVILLE, IL 60565 |
| CREDITOR ID: 383129-51<br>DESTINATION RX (AGELITY)<br>555 BROAD HOLLOW ROAD., SUITE 402<br>MELVILLE, NY 11747 | CREDITOR ID: 382560-51<br>DIAMOND H<br>ATTN: JIM STRATTON<br>100 N RUPERT STREET<br>FT. WORTH, TX 76107 | CREDITOR ID: 397101-67<br>DIMA'S JEWELRY, INC<br>3275 CORAL WAY<br>MIAMI, FL 33165 |
| CREDITOR ID: 383125-51<br>DIRECT COMP RX<br>3316 W QUAIL AVENUE<br>PHOENIX, AZ 85027 | CREDITOR ID: 395281-63<br>DISCOVER BUSINESS SERVICES INC.<br>2500 LAKE COOK ROAD (2/3AA)<br>RIVERWOODS, IL 60015 | CREDITOR ID: 395282-63<br>DISCOVER CARD SERVICES INC.<br>ATTN GINGER MERRIMAN<br>2500 LAKE COOK ROAD (2/3AA)<br>RIVERWOODS, IL 60015 |
| CREDITOR ID: 383121-51<br>DIVERSIFIED<br>7760 FRANCE AVENUE SOUTH, SUITE 500<br>EDINA, MN 55435 | CREDITOR ID: 397629-72<br>DOLE FOOD COMPANY INC.<br>ONE DOLE DRIVE<br>WESTLAKE VILLAGE, CA 91362-7300 | CREDITOR ID: 410756-15<br>DOLE PACKAGED FOODS COMPANY<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NE, STE 310<br>WASHINGTON DC 20016 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Second Omnibus Motion For Order**
**Authorizing Assumption of Executory Contracts and**
**Unexpired Leases and Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406218-G4<br>DON MARSHALL & ASSOCIATES<br>6216 MICHELE RD.<br>MACCLENNY FL 32063 | CREDITOR ID: 382566-51<br>DPI TELECONNECT<br>2997 LBJ FREEWAY, SUITE 225<br>DALLAS, TX 75234 | CREDITOR ID: 382567-51<br>DPSI<br>4905 KORGER BLVD, SUITE 101<br>GREENSBORO, NC 27407 |
| CREDITOR ID: 383118-51<br>EBRX<br>250 EAST BROAD STREET, SUITE 600<br>COLUMBUS, OH 43215 | CREDITOR ID: 383113-51<br>ECKERDS HEALTH SYSTEM<br>620 EPSILON DRIVE<br>PITTSBURGH, PA 15238 | CREDITOR ID: 397288-69<br>EDS (ALABAMA MEDICAID)<br>301 TECHNACENTER DR<br>MONTGOMERY, AL 36124-4035 |
| CREDITOR ID: 397289-69<br>EDS (GEORGIA MEDICAID)<br>809 OAK ST<br>MCRAY, GA 31055 | CREDITOR ID: 382625-51<br>ELT<br>708 WEST KENOSHA<br>BROKEN ARROW, OK 74012-8913 | CREDITOR ID: 382606-51<br>EMC<br>171 SOUTH STREET<br>HOPKINTON, MA 01748-9103 |
| CREDITOR ID: 399332-79<br>EMC CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>ATTN PHYLLIS A HAYES<br>PO BOX 5126<br>TIMONIUM MD 21094 | CREDITOR ID: 383110-51<br>EMPLOYEE BENEFIT MGMT SVCES<br>PO BOX 21367<br>BILLINGS, MT 59104 | CREDITOR ID: 383103-51<br>EMPLOYEE HLTH INS MGMT, INC.<br>26711 NORTHWESTERN HWY<br>STE 400<br>SOUTHFIELD, MI 48034-2154 |
| CREDITOR ID: 383096-51<br>EMPLOYER HEALTH OPTIONS<br>2801 WEST AVENUE T<br>TEMPLE, TX 76504 | CREDITOR ID: 383087-51<br>ENHANCED PHARMACY CARE<br>345 EDGEWOOD TERRACE DRIVE<br>JACKSON, MS 39206 | CREDITOR ID: 249048-12<br>ENVIRONMENTAL WASTE SOLUTIONS<br>73 SOUTH PALM AVENUE, SUITE 222<br>SARASOTA, FL 34236 |
| CREDITOR ID: 533337-AF<br>ERNST PROPERTIES, INC<br>601 POYDRAS STREET SUITE 2300<br>PAN AMERICAN LIFE CENTER<br>NEW ORLEANS LA 70130-6078 | CREDITOR ID: 533338-AF<br>ERNST PROPERTIES, INC.<br>PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET SUITE 2300<br>NEW ORLEANS LA 70130-6078 | CREDITOR ID: 382597-51<br>ESKILL<br>600 SUFFOLK STREET, 4TH FLOOR<br>LOWELL, MA 01854-3629 |
| CREDITOR ID: 383076-51<br>EXPRESS SCRIPTS-MED ADVANTAGE<br>13900 RIVERPORT DRIVE<br>MARYLAND HEIGHTS, MO 63043 | CREDITOR ID: 411271-15<br>EXXON MOBIL CHEMICAL COMPANY<br>ATTN CHRISTOPHER M SCHULTZ, CREDIT<br>13501 KATY FREEWAY<br>HOUSTON TX 77581 | CREDITOR ID: 374868-44<br>EXXON MOBILE CHEMICAL COMPANY<br>DEPT. AT40161<br>ATLANTA, GA 31192-0161 |
| CREDITOR ID: 406220-G4<br>EXXON MOBILE CHEMICAL COMPANY<br>729 PITTSFORD PALMYRA RD<br>MACEDON NY 14502 | CREDITOR ID: 533339-AF<br>F.R.G, INC.<br>AXEWOOD PROFESSIONAL BLDG<br>7004 W. BUTLER PARKWAY<br>AMBLER PA 19002 | CREDITOR ID: 382589-51<br>FANFARE ADCART<br>25300 RYE CANYON RD<br>VALENCIA, CA 91355 |
| CREDITOR ID: 382588-51<br>FANFARE CASH REGISTER RECEIPT<br>25300 RYE CANYON RD<br>VALENCIA, CA 91355 | CREDITOR ID: 383073-51<br>FEDERAL BLACK LUNG PROGRAM<br>PO BOX 8302<br>LONDON KY 40742-8302 | CREDITOR ID: 397290-69<br>FEDERAL GOV MEDICARE PROGRAM<br>PALMETTO GOV BENEFITS ADMINS<br>2300 SPRINGDALE DRIVE, BLDG 1 GM/219<br>CAMDEN, SC 29020 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Second Omnibus Motion For Order**
**Authorizing Assumption of Executory Contracts and**
**Unexpired Leases and Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397108-67<br>FIDELITY FEDERAL SAVINGS BANK<br>218 DATURA STREET<br>WEST PALM BEACH, FL 33401 | CREDITOR ID: 382237-51<br>FIFTH DIMENSION, THE<br>YEOMANS DRIVE<br>BUCKINGHAMSHIRE,  MK14 5LS<br>ENGLAND | CREDITOR ID: 383070-51<br>FINGER LAKES BC/BS<br>150 EAST MAIN STREET<br>ROCHESTER, NY 14647 |
| CREDITOR ID: 406221-G4<br>FINTECH<br>4720 W. CYPRESS STREET, STE. 100<br>TAMPA FL 33607 | CREDITOR ID: 383065-51<br>FIRST COMMUNITY HEALTH<br>188 SPARKMAN DRIVE<br>HUNTSVILLE, AL 35804 | CREDITOR ID: 383062-51<br>FIRST RX<br>PO BOX 152539<br>TAMPA, FL 33684 |
| CREDITOR ID: 533340-AF<br>FIRST SECURITY BANK NATL ASSOC<br>ATTN CORPORATE TRUST SERVICES ACCT #0510922115<br>79 SOUTH MAIN STREET<br>SALT LAKE CITY  UT 84111 | CREDITOR ID: 397111-67<br>FIRST STATE BANK OF THE KEYS<br>1201 SIMONTON STREET<br>KEY WEST, FL 33040 | CREDITOR ID: 395442-64<br>FLAVORX<br>8120 WOODMONT AVE<br>SUITE 600<br>BETHESDA, MD 20814 |
| CREDITOR ID: 249634-12<br>FLAVORX INC<br>ATTN RICHARD LEVIN, EXEC VP<br>8120 WOODMONT AVE, STE 600<br>BETHESDA, MD 20814 | CREDITOR ID: 382579-51<br>FLEET BUSINESS CREDIT<br>ONE SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | CREDITOR ID: 383058-51<br>FLORIDA MEDICAID<br>PO BOX 13000<br>TALLAHASSEE, FL 32317-3000 |
| CREDITOR ID: 411344-GX<br>FLORIDA POWER & LIGHT COMPANY<br>P O BOX 25426<br>MIAMI FL 33102 | CREDITOR ID: 395480-64<br>FLORIDA STATE LOTTERY COMMISSION<br>250 MARRIOTT DRIVE<br>TALLAHASSEE, FL 32301 | CREDITOR ID: 406223-G4<br>FRYDMAN CONSULTING CORPORATION<br>200 WEST 108TH ST.<br>NEW YORK NY 10025 |
| CREDITOR ID: 382332-51<br>FUJITSU CONSULTING<br>1000 SHERBROOKE STREET W, STE 1400<br>MONTREAL, CA H3A 3R2<br>CANADA | CREDITOR ID: 382329-51<br>GARY BITNER PUBLIC RELATIONS, INC<br>5310 NW 33RD AVE, STE 218<br>FORT LAUDERDALE, FL 33309 | CREDITOR ID: 381767-15<br>GE CAPITAL<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 |
| CREDITOR ID: 397640-72<br>GE CAPITAL COMMERCIAL<br>EQUIPMENT FINANCE<br>1000 WINDWARD CONCOURSE, SUITE 403<br>ALPHARETTA, GA 30005 | CREDITOR ID: 533380-67<br>GE CAPITAL COMMERCIAL EQUIPMENT FIN<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN; LESLIE BERKOFF & W NILSON<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 383055-51<br>GENERAL PRESCRIPTION PROGRAM<br>127 EAST 59TH STREET<br>NEW YORK, NY 10022 |
| CREDITOR ID: 383049-51<br>GENESIS HEALTH PLAN OF OHIO<br>515 NORTH 6TH STREET<br>ST LOUIS, MO 63101 | CREDITOR ID: 383046-51<br>GEORGE WASHINGTON UNIVERSITY<br>25 BLACKSTONE VALLEY PLAZA<br>LINCOLN, RI 02865 | CREDITOR ID: 383042-51<br>GEORGIA MEDICAID<br>1720 PEACHTREE STREET NW STE 200<br>ATLANTA, GA 30309 |
| CREDITOR ID: 395481-64<br>GEORGIA STATE LOTTERY COMMISSION<br>250 WILLIAMS, SUITE 3000<br>ATLANTA, GA 30303 | CREDITOR ID: 250529-12<br>GEORGIA WIC BRANCH<br>VENDOR MANAGEMENT SECTION<br>2 PEACHTREE STREET NW SUITE 10-476<br>ATLANTA, GA 30303 | CREDITOR ID: 382342-51<br>GETRONICS<br>8110 ANDERSON ROAD, SUITE 100<br>TAMPA, FL 33634-2318 |

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                              **CASE:    05-03817-3F1**

CREDITOR ID: 382344-51
GLOBAL NETXCHANGE
333 BUSH STREET, 18TH FLOOR
SAN FRANCISCO, CA 94104

CREDITOR ID: 382343-51
GNX
333 BUSH STREET, 18TH FLOOR
SAN FRANCISCO, CA 94104

CREDITOR ID: 408386-15
GNX (GLOBAL NETXCHANGE)
ATTN JOE LAUGHLIN
200 WEST MONROE ST, 12TH FLR
CHICAGO IL 60606

CREDITOR ID: 382632-51
GRANITE TELECOMMUNICATIONS
234 COPELAND STREET
QUINCY, MA 02169

CREDITOR ID: 382317-51
GULFPORT SUN HERALD
PO BOX 4567
BILOXI, MS 39531

CREDITOR ID: 533341-AF
GUMBERG ASSET MGMT CORP
REF: PROMENADE SHOPS
3200 N. FEDERAL HIGHWAY
FORT LAUDERDALE FL 33306-1064

CREDITOR ID: 382640-51
H&W COMPUTER SYSTEMS
PO BOX 46019
BOISE, ID 83711

CREDITOR ID: 533342-AF
HAMILTON ROAD LTD. PARTNERSHIP
P O BOX 7481
MOBILE AL 36670

CREDITOR ID: 383039-51
HARRIS METHODIST HEALTH PLAN
611 RYAN PLAZA, SUITE 1500
ARLINGTON, TX 76011

CREDITOR ID: 382652-51
HAWKEYE INFORMATION SYSTEMS
PO BOX 21667
FT. COLLINS, CO 80522

CREDITOR ID: 395423-64
HAYES FOOD  PRODUCTS
PO BOX 121
GREENVILLE, SC 29602

CREDITOR ID: 383031-51
HEALTH CHOICE SELECT BLD BNK
369 OFFICE PLAZA, SUITE 100
TALLAHASSEE, FL 32301

CREDITOR ID: 383027-51
HEALTH LINK
830 SOUTH GLOSTER STREET
TUPELO, MS 38801

CREDITOR ID: 383024-51
HEALTH NET PLUS (RX CARE)
33 NORTH ROAD
WAKEFIELD, RI 02879

CREDITOR ID: 383018-51
HEALTH PARTNERS OF ALABAMA
TWO PERIMETER PARK S, SUITE 200 W
BIRMINGHAM, AL 35243

CREDITOR ID: 383015-51
HEALTH PARTNERS/PHARMACARE
695 GEORGE WASHINGTON HWY
LINCOLN, RI 02865

CREDITOR ID: 383011-51
HEALTH REACH RX
445 HUTCHINSON AVENUE, SUITE 300
COLUMBUS, GA 43235

CREDITOR ID: 383000-51
HEALTHCARE DELIVERY SYSTEMS
9700 NORTH 91ST STREET, SUITE 232
SCOTTSDALE, AZ 85258

CREDITOR ID: 382996-51
HEALTHEASE /TAMPA GENERAL
6800 N DALEMABRY HWY, SUITE 270-299
TAMPA, FL 33614

CREDITOR ID: 395426-64
HEALTHGUARD INTERNATIONAL
255 NORTH WASHINGTON STREET
ROCKVILLE, MD 20850

CREDITOR ID: 382993-51
HEALTHNET ARIZONA
10680 TREENA ST, 5TH FLOOR
SAN DIEGO, CA 92131

CREDITOR ID: 382986-51
HEALTHNET ARIZONA
33 NORTH ROAD
WAKEFIELD, RI 02879

CREDITOR ID: 533343-AF
HEATHROW SQUARE LLC
1230 MONTANA AVE., SUITE 202
SANTA MONICA  CA 90403

CREDITOR ID: 533344-AF
HELENA MARKETPLACE LLC
III  RIVERCHASE OFFICE PLAZA
SUITE 102
BIRMINGHAM AL 35244

CREDITOR ID: 397091-67
HERITAGE BANK, THE
ATTN: BRANCH ADMINISTRATOR SVP
PO BOX 1009
HINESVILLE, GA 31310

CREDITOR ID: 533345-AF
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 382657-51
HEWITT INVESTMENT GROUP
ATTN: WESTON TOMPKINS
3350 RIVERWOOD PARKWAY, SUITE 80
ATLANTA, GA 30339

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395659-65<br>HINTON ENTERPRISES<br>PO BOX 390423<br>DELTONA, FL 32738 | CREDITOR ID: 382983-51<br>HIP OF FLA<br>7 WEST 34TH STREET<br>NEW YORK, NY 10001 | CREDITOR ID: 382979-51<br>HUMANA<br>500 W. MAIN STREET<br>LOUISVILLE, KY 40202 |
| CREDITOR ID: 382666-51<br>HUMMINGBIRD<br>1 SPARKS AVENUE<br>TORONTO, ON M2H 2W1<br>CANADA | CREDITOR ID: 382668-51<br>HYPERION<br>ATTN DAISY L JACKSON<br>5450 GREAT AMERICA PARKWAY<br>SANTA CLARA, CA 95054 | CREDITOR ID: 533346-AF<br>III T WEST LLC MARCO ISLAND MA<br>C/O DBR ASSET MANAGEMENT LLC<br>1 FINANCIAL PLAZA<br>FORT LAUDERDALE FL 33394 |
| CREDITOR ID: 382976-51<br>INSTIL HEALTH SOLUTIONS<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO, CA 92131 | CREDITOR ID: 382971-51<br>INSURX, INC.<br>4700 ROCKSIDE ROAD, SUITE 200<br>INDEPENDENCE, OH 44131 | CREDITOR ID: 382968-51<br>INTEQ GROUP<br>1100 CENTENNIAL BLVD, SUITE 180<br>RICHARDSNO, TX 75081 |
| CREDITOR ID: 382964-51<br>INTERMOUNTAIN HEALTH CARE<br>36 SOUTH STATE STREET<br>SALT LAKE CITY, UT 84111 | CREDITOR ID: 397110-67<br>INTERNATIONAL BANKING, 1ST STATE BK<br>1770 INDIAN TRAIL ROAD<br>NORCROSS, GA 30093 | CREDITOR ID: 382961-51<br>INTERNATIONAL COMMUNITY ALLIANCE<br>PO BOX 2381<br>RANCHO CORDOVA, CA 95741 |
| CREDITOR ID: 382955-51<br>INTERNATIONAL PHARMACY MANAGEMENT<br>110 12TH STREET NORTH<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 382735-51<br>IP MONITOR<br>15 GAMELIN BLVD, SUITE 500<br>GATINEAU, QC J8Y 1V4<br>CANADA | CREDITOR ID: 382736-51<br>ITRADE<br>2600 KITTY HAWK ROAD, SUITE 115<br>LIVERMORE, CA 94550 |
| CREDITOR ID: 397649-72<br>ITW GALE WRAP<br>75 REMITTANCE DR STE 1643<br>CHICAGO, IL 60675-1643 | CREDITOR ID: 533348-AF<br>J B LEVERT LAND CO INC<br>PO BOX 518<br>METAIRIE LA 70004-0518 | CREDITOR ID: 533347-AF<br>J B LEVERT LAND CO INC<br>13105 RIVER ROAD<br>LULING LA 70070 |
| CREDITOR ID: 382740-51<br>JACKSONVILLE FLORIDA TIMES UNION<br>1 RIVERSIDE AVE<br>JACKSONVILLE, FL 32202 | CREDITOR ID: 395673-65<br>JOINER SWEEPING & LANDSCAPING<br>2225 CARTER ROAD<br>ST. AUGUSTINE, FL 32084 | CREDITOR ID: 395672-65<br>JT MAINTENANCE SERVICE<br>PO BOX 1093<br>KENNER, LA 70063 |
| CREDITOR ID: 382952-51<br>KAISER PERMANENTE<br>25 BLACKSTONE VALLEY PLACE<br>PO BOX 519<br>LINCOLN, RI 02865 | CREDITOR ID: 406232-G4<br>KEANE (FORMERLY METRO INFORMATION SERV)<br>400 INTERSTATE NORTH PKWY SE STE 950<br>ATLANTA GA 30339-5054 | CREDITOR ID: 395675-65<br>KEELCO INCORPORATED<br>11476 DUVAL PLACE WEST, SUITE 202<br>JACKSONVILLE, FL 32218 |
| CREDITOR ID: 375708-44<br>KEKST AND COMPANY<br>437 MADISON AVENUE<br>19TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 533349-AF<br>KIMCO REALTY CORPORATION<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD STE 100<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 397096-67<br>KING ENTERTAINMENT, INC.<br>ATTN: ERIC SMITH<br>215 E MAIN ST<br>HAVELOCK NC 28532-2215 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Second Omnibus Motion For Order**
**Authorizing Assumption of Executory Contracts and**
**Unexpired Leases and Fixing Cure Amounts**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 533350-AF
L J MELODY AND CO
PO BOX 297480
HOUSTON TX 77297

CREDITOR ID: 397102-67
L&E JEWELRY
11241-D SW 40TH STREET
MIAMI, FL 33165

CREDITOR ID: 397104-67
LA GARDENIA CORPORATION
11425 SW 41 ST STREET
MIAMI, FL 33165

CREDITOR ID: 533351-AF
LAKE JACKSON TRADNG POST
151 SAWGRASS CORNERS DR  STE 2
PONTE VEDRA BEACH FL 32082-1929

CREDITOR ID: 395681-65
LAWN MAINTENANCE/PRO-BORING
915 SILVER PALM WAY
APOLLO BEACH, FL 33572

CREDITOR ID: 382945-51
LDI PHARMACY BENEFIT MGMT
300 SOUTH GRAND BOULEVARD
ST. LOUIS, MO 63103

CREDITOR ID: 395516-64
LEARNSOMETHING.COM
2457 CARE DRIVE
TALLAHASSEE, FL 32308

CREDITOR ID: 382772-51
LIFE-PRO
10730 PACIFIC STREET, SUITE 248
OMAHA, NE 68114

CREDITOR ID: 382773-51
LIFESCAN, INC.
1000 GILBRALTAR DR.
MILPITAS, CA 95035

CREDITOR ID: 382776-51
LOOMIS FARGO & COMPANY
3650 MORRIS FARM DRIVE, UNIT 1D
GREENSBORO, NC 27409

CREDITOR ID: 382035-36
LORILLARD TOBACCO COMPANY
KENNETH CHERRY
714 GREEN VALLEY RD
GREENSBORO NC 27408

CREDITOR ID: 397304-69
LOUISIANA LOTTERY
55 LAUREL STREET
BATON ROUGE, LA 70801

CREDITOR ID: 382940-51
LOUISIANA MEDICAID
PO BOX 91030
BATON ROUGE, LA 70821-9030

CREDITOR ID: 533353-AF
LPI KEY WEST ASSOCIATES LTD
750 NE 7TH AVENUE
DANIA BEACH FL 33004

CREDITOR ID: 533352-AF
LPI KEY WEST ASSOCIATES LTD
2200 S DIXIE HIGHWAY
SUITE 702 B
MIAMI FL 33133-1900

CREDITOR ID: 395685-65
LUTHER'S LAWN & LANDSCAPING
5739 CONNELL RD
PLANT CITY, FL 33567

CREDITOR ID: 382780-51
MACKINNEY SYSTEMS
4411 E STATE HWY D, SUITE F
SPRINGFIELD, MO 65809

CREDITOR ID: 382786-51
MACRO4
35 WATERVIEW BLVD
PARIPPANY, NJ 07054-0292

CREDITOR ID: 382787-51
MACROVISION
900 NATIONAL PARKWAY, SUITE 125
SCHAUMBURG, IL 60173-5108

CREDITOR ID: 533354-AF
MAGNOLIA PARK ASSOCIATES, L.P.
C/O TALCOR COMMERCIAL R.E. SER
1018 THOMASVILLE RD., SUITE 20
TALLAHASSEE FL 32303

CREDITOR ID: 533356-AF
MAGNOLIA PARK SHOPPING CENTER
3382 CAPITAL CIRCLE NE
TALLAHASSEE FL 32308

CREDITOR ID: 533355-AF
MAGNOLIA PARK SHOPPING CENTER
% TALCOR COMMERCIAL RL EST INC
1018 THOMASVILLE RD SUITE A
TALLAHASSEE FL 32303

CREDITOR ID: 382937-51
MANAGED PHARMACY BENEFITS
110 N. COLLEGE, SUITE 900
TYLER, TX 75702

CREDITOR ID: 382788-51
MANAGEMENT COMPUTER SYSTEMS CORP.
14 WALNUT AVE.
CLARK, NJ 07066

CREDITOR ID: 382796-51
MARX BROTHERS
3102 SECOND AVENUE SOUTH
BIRMINGHAM, AL 35234

CREDITOR ID: 382794-51
MARX BROTHERS
3100 SECOND AVENUE SOUTH
BIRMINGHAM, AL 35233

CREDITOR ID: 382795-51
MARX BROTHERS
3101 SECOND AVENUE SOUTH
BIRMINGHAM, AL 35233

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 395686-65
MASTER LAWN MAINTENANCE
PO BOX 5621
PLANT CITY, FL 33563

CREDITOR ID: 382933-51
MAXICARE
5550 77 CENTER DRIVE, SUITE 380
CHARLOTTE, NC 28217

CREDITOR ID: 382930-51
MAXORPLUS
320 S. POLK STREET, SUITE 200
AMARILLO, TX 79101

CREDITOR ID: 382923-51
MCKESSON HEALTH
9700 N. 91ST STREET, SUITE 232
SCOTTSDALE, AZ 85258-5036

CREDITOR ID: 382920-51
MEDCARE USA
10680 TREENA ST, 5TH FLOOR
SAN DIEGO, CA 92131

CREDITOR ID: 382916-51
MEDCO HEALTH
100 PARSONS POND DRIVE
FRANKLIN LAKES, NJ 07417

CREDITOR ID: 382913-51
MEDICARE - DURABLE MED EQUIP
BB&T BUILDING
1 WEST PACK SQUARE, SUITE 1400
ASHEVILLE, NC 28801

CREDITOR ID: 382908-51
MEDICARE & MORE
2505 S. FINDLEY ROAD, SUITE 110
LOMBARD, IL 60148

CREDITOR ID: 382905-51
MEDICARE & MORE (AETNA)
151 FARMINGTON AVENUE
HARTFORD, CT 06156

CREDITOR ID: 382898-51
MEDIMPACT
10680 TREENA ST, 5TH FLOOR
SAN DIEGO, CA 92131

CREDITOR ID: 382892-51
MEDTRAK SERVICES
6400 GLENWOOD, SUITE 104
OVERLAND PARK, KS 66202

CREDITOR ID: 382811-51
MERCER
1166 AVENUES OF THE AMERICAS, FL 28
NEW YORK, NY 10036

CREDITOR ID: 382812-51
MERCER
ATTN: DOMENICK CIARNIELLO
1166 AVENUES OF THE AMERICAS, FL 28
NEW YORK, NY 10036

CREDITOR ID: 382814-51
MERCURY
379 N. WHISMAN ROAD
MOUNTAIN VIEW, CA 94043-3969

CREDITOR ID: 382891-51
MERIT HL PL-HLTH STRATEGIES
TWO PERIMETER PARK SOUTH STE 200 W
BIRMINGHAM, AL 35243

CREDITOR ID: 382815-51
METAFILE INFORMATION SYSTEMS
2900 43RD STREET NW
ROCHESTER, MN 55901-5895

CREDITOR ID: 382817-51
MG TAMPA TRIBUNE
200-202 S PARKER STREET
TAMPA, FL 33606

CREDITOR ID: 382889-51
MI M'CARE CARD/FIRST HEALTH
4300 COX ROAD
GLEN ALLEN, VA 23060

CREDITOR ID: 395520-64
MICROSOFT LICENSING, GP
7000 N STATE HWY 161
IRVING, TX 75039

CREDITOR ID: 395694-65
MILLENNIUM
2864 STATEN DRIVE
DELTONA, FL 32738

CREDITOR ID: 384244-47
MISSISSIPPI POWER CO
ATTN JAN STUART
401 WEST MAIN AVE
LUMBERTON MS 39455

CREDITOR ID: 533357-AF
MORRIS TRACK CORP & WILLISTON
HIGHLANDS DEVELOPMENT CORP PTNRSHP/NP
2601 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 533358-AF
MORRIS TRACK CORP & WILLISTON  HIGHLANDS
DEVELOPMENT CORP PTNRSHP/NP
2601 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 382888-51
MY PHARMACARE
695 GEORGE WASHINGTON HIGHWAY
LINCOLN, RI 02865

CREDITOR ID: 382840-51
NAPLES  DAILY NEWS
1075 CENTRAL AVE
NAPLES, FL 34102

CREDITOR ID: 402370-15
NAPLES DAILY NEWS
C/O RECEIVABLE MANAGEMENT SERVICES
ATTN PHYLLIS A HAYES
PO BOX 5126
TIMONIUM MD 21094

CREDITOR ID: 397150-67
NATIONAL COMMERCE BANK
ONE COMMERCE SQUARE
MEMPHIS, TN 38150

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

CREDITOR ID: 382847-51
NATIONAL HEALTH INFORMATION
NETWORK, INC
101 JIM WRIGHT FREEWAY S, SUITE 200
FORT WORTH, TX 76108-2202

CREDITOR ID: 382884-51
NATIONAL PRESCRIPTION ADMIN.
PO BOX 1981
EAST HANOVER, NJ 07936

CREDITOR ID: 382885-51
NC STATE EMPLOYEE/TEACHERS
PO BOX 30111
DURHAM, NC 27702

CREDITOR ID: 382101-51
NETWORK GENERAL
178 E TASMAN DRIVE
SAN JOSE, CA 95134

CREDITOR ID: 382121-51
NETWORK GENERAL CORPORATION
ATTN DAN CLAYTON
178 E TASMAN DRIVE
SAN JOSE, CA 95134

CREDITOR ID: 381012-47
NETWORK GENERAL CORPORATION
ATTN DAN CLAYTON, DIR
DEPT 33621
PO BOX 39000
SAN FRANCISCO, CA 94139

CREDITOR ID: 382124-51
NETWORK SOLUTION
13200 WOODLAND PARK ROAD
HERNDON, VA 20171

CREDITOR ID: 382882-51
NETWORKS PRESCRIPTION DRUGS
695 GEORGE WASHINGTON HWY
LINCOLN, RI 02865

CREDITOR ID: 533359-AF
NOBLE MANAGEMENT CO.
5821-C LAKE ROAD
GREENACRES FL 33463

CREDITOR ID: 533360-AF
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE FL 33310-0849

CREDITOR ID: 533361-AF
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES FL 33463

CREDITOR ID: 382881-51
NORTH CAROLINA MEDICAID
2515 MAIL SERVICE CENTER
RALEIGH, NC 27699-2515

CREDITOR ID: 533363-AF
NORTH COLUMBUS CROSSING SHOPPI
ATT: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS GA 31904

CREDITOR ID: 382181-51
NORTHWEST FLORIDA DAILY NEWS
200 RACETRACK ROAD NW
FORT WALTON BEACH, FL 32547

CREDITOR ID: 383131-51
NOVA SCRIPT/PROCARE PBM
6005 WAYZATA BLVD
ST LOUIS PARK, MN 55416

CREDITOR ID: 383128-51
NY M'CARE CARD/FIRST HEALTH
4300 COX ROAD
GLEN ALLEN, VA 23060

CREDITOR ID: 382943-51
OATH-A HLTH PLAN FOR ALA, THE
TWP PERIMETER PARK S, SUITE 200 W
BIRMINGHAM, AL 35243

CREDITOR ID: 406239-G4
OBJECTWATCH
13359 US HWY 183N, SUITE 406
AUSTIN TX 78759

CREDITOR ID: 397097-67
OCEAN BANK
780 NW 42ND AVENUE, SUITE 600
MIAMI, FL 33126

CREDITOR ID: 397190-67
OFFICE DEPOT, INC #025
2200 OLD GERMANTOWN ROAD
DELRAY BEACH, FL 33345

CREDITOR ID: 397223-67
OFFICE DEPOT, INC #110
2200 OLD GERMANTOWN ROAD
DELRAY BEACH, FL 33445

CREDITOR ID: 397224-67
OFFICE DEPOT, INC #511
2200 OLD GERMANTOWN ROAD
DELRAY BEACH, FL 33445

CREDITOR ID: 397309-69
OFFICE OF PUBLIC HEALTH CENTER
PREVENTIVE HEALTH
325 LOYOLA AVENUE, ROOM 406
PO BOX 60630
NEW ORLEANS,  LA 70160

CREDITOR ID: 383124-51
OHIO MEDICAID
30 EAST BROAD STREET
COLUMBUS, OH 43266-0423

CREDITOR ID: 383123-51
OKLAHOMA MEDICAID
4545 NORTH LINCOLN BLVD, SUITE 124
OKLAHOMA CITY, OK 73154

CREDITOR ID: 383120-51
OMNISYS INC
2824 TERRELL ROAD, SUITE 602
GREENVILLE, TX 75403

CREDITOR ID: 395700-65
OPELOUSAS SWEEPERS
PO BOX 803
OPELOUSAS, LA 70571

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382939-51<br>OPEN PHARMACY NETWORK, THE<br>369 BILL MITCHELL ROAD<br>SALT LAKE CITY, UT 84111 | CREDITOR ID: 383119-51<br>OPUS HEALTH PLAN<br>1324-106 MOTOR PARKWAY<br>HAUPPAUGE, NY 11788 | CREDITOR ID: 382633-51<br>ORACLE<br>PO BOX 71028<br>CHICAGO, IL 60694-1028 |
| CREDITOR ID: 382573-51<br>OUTLOOKSOFT<br>NORTH TOWER<br>100 PROSPECT STREET<br>STAMFORD, CT 06901 | CREDITOR ID: 383117-51<br>PA M'CARE CARD/FIRST HEALTH<br>4300 COX ROAD<br>GLEN ALLEN, VA 23060 | CREDITOR ID: 383116-51<br>PACIFICARE<br>221 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 |
| CREDITOR ID: 383112-51<br>PACIFICARE OF FLA<br>10833 VALLEY VIEW DRIVE<br>CYPRESS, CA 90630 | CREDITOR ID: 383111-51<br>PAID PRESCRIPTIONS<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 397103-67<br>PARADISE TRAVEL CENTER<br>C/O BARBARA MUSIBAY<br>2925 SW 93RD PLACE<br>MIAMI, FL 33165 |
| CREDITOR ID: 382315-51<br>PARK CITY GROUP<br>PO BOX 4000<br>PARK CITY, UT 84060 | CREDITOR ID: 533364-AF<br>PARKVIEW SQUARE OWNER CORP<br>LASALLE BANK NA ACCT# 721810.1<br>135 SOUTH LASALLE ST SUITE 162<br>CHICAGO IL 60603 | CREDITOR ID: 383109-51<br>PARTNERS<br>13900 RIVERPORT DRIVE<br>MARYLAND HEIGHTS, MO 63043 |
| CREDITOR ID: 382309-51<br>PEAK<br>9200 BERGER ROAD<br>COLUMBIA, MD 21046 | CREDITOR ID: 410914-15<br>PEAK TECHNOLOGIES INC<br>C/O RR DONNELLEY COMPANY<br>ATTN DAN PEVONKA, SR MGR CFS<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 | CREDITOR ID: 382182-51<br>PEAK10<br>8810 LENOX POINT DRIVE<br>CHARLOTTE, NC 28273 |
| CREDITOR ID: 397661-72<br>PECO PALLET, INC.<br>BLDG 4 PENTHOUSE<br>29 WELLS AVENUE<br>YONKERS, NY 10701 | CREDITOR ID: 397105-67<br>PENA, JOSE (ENEIDA FASHIONS, INC)<br>11241 SW 40TH ST<br>MIAMI, FL 33165 | CREDITOR ID: 406240-G4<br>PENN-PAK INC<br>ATTN JOE JEFFERSON, CR MGR<br>PO BOX 290<br>MADISON GA 30650 |
| CREDITOR ID: 382106-51<br>PEOPLESOFT<br>500 WEST MONROE STREET<br>CHICAGO, IL 60661 | CREDITOR ID: 382104-51<br>PEOPLEWISE-LEXIS/NEXIS<br>BUILDING E, SUITE 2200<br>700 E TECHNOLOGY AVENUE<br>OREM, UT 84097-6204 | CREDITOR ID: 382120-51<br>PEREGINE<br>3611 VALLEY CENTRE DRIVE<br>SAN DIEGO, CA 92130 |
| CREDITOR ID: 383102-51<br>PERFORM COST MANAGEMENT<br>9700 NORTH 91ST STREET, SUITE 232<br>SCOTTSDALE, AZ 85258 | CREDITOR ID: 395702-65<br>PERFORMANCE POWER SWEEP<br>PO BOX 146<br>BARTOW, FL 33831 | CREDITOR ID: 383099-51<br>PHARMA CARE<br>C/O SAUL EWING LLP<br>ATTN MARK MINUTI, ESQ<br>222 DELAWARE AVENUE, SUITE 1200<br>PO BOX 1266<br>WILMINGTON DE 19899 |
| CREDITOR ID: 383099-51<br>PHARMA CARE<br>PHARMA CARE MANAGEMENT SVCS, INC<br>ATTN JOHN BUCKLEY, SVP<br>695 GEORGE WASHINGTON HWY<br>LINCOLN, RI 02865 | CREDITOR ID: 383095-51<br>PHARMACARE NET RX<br>25 BLACKSTONE VALLEY PLACE<br>LINCOLN, RI 02865 | CREDITOR ID: 383092-51<br>PHARMACEUTICAL CARD SYSTEM<br>9501 EAST SHEA BLVD<br>SCOTTSDALE, AZ 85260 |

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383086-51<br>PHARMACEUTICAL CARE NETWORK<br>9343 TECH CENTER DRIVE, SUITE 200<br>SACRAMENTO, CA 95826 | CREDITOR ID: 383083-51<br>PHARMACY ACCESS<br>PO BOX 3010<br>ANDOVER, MA 01810 | CREDITOR ID: 383079-51<br>PHARMACY ASSOCIATES INC<br>PO BOX 23007<br>LITTLE ROCK, AK 72221 |
| CREDITOR ID: 383075-51<br>PHARMACY BENEFIT ADMINISTRATE<br>10655 NW 29TH TERRACE<br>MIAMI, FL 33172 | CREDITOR ID: 383072-51<br>PHARMACY BUSINESS ASSOCIATES<br>1575 N UNIVERSAL AVENUE, SUITE 100<br>KANSAS CITY, MO 64120 | CREDITOR ID: 383071-51<br>PHARMACY CARD INC<br>135 CHESTERFIELS LANE<br>MAUMEE, OH 43537 |
| CREDITOR ID: 383068-51<br>PHARMACY CARE ALLIANCE<br>13900 RIVERPORT DRIVE<br>MARYLAND HEIGHTS, MO 63043 | CREDITOR ID: 383064-51<br>PHARMACY DIRECT NETWORK<br>221 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY, UT 84116 | CREDITOR ID: 383063-51<br>PHARMACY SERV CORP NEW YORK<br>210 GREAT OAKS BLVD<br>ALBANY, NY 12203 |
| CREDITOR ID: 383061-51<br>PHARMACY SERVICES GROUP<br>1200 SOUTH PINE ISLAND ROAD #300<br>PLANTATION, FL 33324 | CREDITOR ID: 383060-51<br>PHARMACY SMART CARD<br>PO BOX 407<br>BOYS TOWN, NE 68010 | CREDITOR ID: 383057-51<br>PHARMASURE INC.<br>728 SHADES CREEK PARKWAY, SUITE 100<br>BIRMINGHAM, AL 35209 |
| CREDITOR ID: 383056-51<br>PHCY NTWK NATIONAL CORP<br>1540 H WADE HAMPTON BLVD<br>GREENVILLE, SC 29605 | CREDITOR ID: 383054-51<br>PHP TENN CARE<br>201 EXECUTIVE CENTER DRIVE, STE 300<br>COLUMBIA, SC 29210 | CREDITOR ID: 397106-67<br>PIALEX COMMUNICATIONS, INC.<br>C/0 ALEX MARTINEZ<br>14290 SW 122 COURT<br>MIAMI, FL 33186 |
| CREDITOR ID: 383053-51<br>PREFERRED PRESCRIPTION DISCT<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 383048-51<br>PREFERRED SOLUTIONS INC.<br>30 HUNTER LANE<br>CAMP HILL, PA 17011 | CREDITOR ID: 382321-51<br>PRESCIENT APPLIED INTELLIGENCE FKA<br>VIALINK<br>ATTN STAN SZCZYGIEL, CFO<br>1247 WARD AVE<br>WEST CHESTER PA 19380 |
| CREDITOR ID: 383047-51<br>PRESCRIP<br>775 SPARTAN BLVD STE 202<br>SPARTANBURG SC 29301-1370 | CREDITOR ID: 383045-51<br>PRESCRIPTION BENEFIT SERVICE<br>5440 NORTH CUMBERLAND AVE, STE 250<br>CHICAGO, IL 60656 | CREDITOR ID: 383044-51<br>PRESCRIPTION DELIVERY SYSTEM<br>PO BOX 340<br>HATBORO, PA 19040 |
| CREDITOR ID: 383041-51<br>PRESCRIPTION DISCOUNT CARD<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES, NJ 07417 | CREDITOR ID: 383040-51<br>PRESCRIPTION HEALTH SERVICES<br>2211 SANDERS ROAD<br>NORTHBROOK, IL 60062 | CREDITOR ID: 383038-51<br>PRESCRIPTION PROCESSING SERVICE<br>3611 QUEEN PALM DRIVE<br>TAMPA, FL 33630 |
| CREDITOR ID: 383037-51<br>PRESCRIPTION SOLUTIONS<br>3515 HARBOR BOULEVARD<br>COSTA MESA, CA 92626 | CREDITOR ID: 383033-51<br>PRESCRIPTION SVCES AMERICA<br>PO BOX 52727<br>LAFAYETTE, LA 70505 | CREDITOR ID: 397663-72<br>PRIME CUT LAWN & TRACTOR WORK<br>31227 N HORSESHOE<br>INDEPENDENCE, LA 70443 |

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 258932-12<br>PRO SWEEP<br>12522 WINDERMERE OAKS<br>BATON ROUGE, LA 70810 | CREDITOR ID: 395705-65<br>PRO SWEEP<br>17124 FOX RIDGE<br>PRAIRIEVILLE, LA 70769 | CREDITOR ID: 383032-51<br>PROCARE PBM<br>3090 PREMIERE PARKWAY, SUITE 100<br>DULUTH, GA 30097 |
| CREDITOR ID: 383030-51<br>PROCARE RX<br>3090 PREMIERE PARKWAY, SUITE 100<br>DULUTH, GA 30097 | CREDITOR ID: 395706-65<br>PROFESSIONAL LAWN CARE & LANDSCAPING<br>7201 BRUNER STREET<br>PENSACOLA, FL 32526 | CREDITOR ID: 533365-AF<br>PROMVENTURE LIMITED PARTNERSHI<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND OH 44193-0124 |
| CREDITOR ID: 395708-65<br>PROPERTY MANAGEMENT SERVICE, LLC<br>PO BOX 210861<br>MONTGOMERY, AL 36112 | CREDITOR ID: 383029-51<br>PRO-SERV<br>PO BOX 5012<br>THOUSAND OAKS, CA 91359 | CREDITOR ID: 383025-51<br>PROVANTAGE FKA BCM<br>PO BOX 1662<br>WAUKESHA, WI 53187 |
| CREDITOR ID: 397315-69<br>PROVIDED SERVICES<br>1985 UMSTEAD DRIVE<br>RALEIGH, NC 27603 | CREDITOR ID: 383023-51<br>PROVIDER MEDICAL PHARM. INC.<br>CITY PLEX TOWERS BUILDING, 50TH FL<br>TULSA, OK 74137 | CREDITOR ID: 383022-51<br>PRXN PRESCRIPTION DRUG PLAN<br>2505 NORTH HIGHWAY 360, SUITE 670<br>GRAND PRARIE, TX 75050 |
| CREDITOR ID: 382176-51<br>QUEST DIAGNOSTICS INCORPORATED<br>ATTN JUDITH A PARSONS - CV 2035<br>1201 SOUTH COLLEGEVILLE ROAD<br>COLLEGEVILLE, PA 19426 | CREDITOR ID: 382292-51<br>QUEST SOFTWARE<br>8001 IRVINE CENTER DRIVE<br>IRVINE, CA 92618 | CREDITOR ID: 395534-64<br>QUICKWAY LOGISTICS, INC.<br>113 CANDY LANE<br>NASHVILLE, TN 37211 |
| CREDITOR ID: 397664-72<br>QUICKWAY LOGISTICS, INC.<br>7589 CENTURION PKWY<br>JACKSONVILLE, FL 32256 | CREDITOR ID: 382289-51<br>RADIANT<br>3925 BROOKSIDE PARKWAY<br>ALPHARETTA, GA 30022 | CREDITOR ID: 406245-G4<br>RCG INFORMATION TECHNOLOGY<br>4700 MILLENIA BLVD STE 370<br>ORLANDO FL 32839-6014 |
| CREDITOR ID: 383016-51<br>REGENCE BC/BS OF OREGON<br>201 HIGH STREET, SE<br>SALEM, OR 97309 | CREDITOR ID: 383017-51<br>REGENCE BC/BS OF WASHINGTON<br>PO BOX 1071<br>PORTLAND, OR 97207 | CREDITOR ID: 397160-67<br>REGIONS BANK<br>800 SOUTH LEWIS ST<br>PO BOX 11240<br>NEW IBERIA, LA 70562 |
| CREDITOR ID: 397146-67<br>REGIONS BANK<br>PO BOX 1448<br>MONTGOMERY, AL 36102 | CREDITOR ID: 397145-67<br>REGIONS BANK<br>417 NORTH TWENTIETH ST.<br>BIRMINGHAM, AL 35203 | CREDITOR ID: 533376-67<br>REGIONS CORP REAL ESTATE<br>ATTN: PORTFOLIO ADMIN<br>7130 GOODLETT FARMS PKWAY<br>CORDOVA TN 38106 |
| CREDITOR ID: 382110-51<br>REPUBLIC REFRIGERATION INC.<br>2890 GRAY FOX ROAD<br>MONROE, NC 28110 | CREDITOR ID: 406247-G4<br>RESOURCE SPECTRUM (CONSULTING SPECTRUM)<br>967 WEST WALL STREET, SUITE 100<br>GRAPEVINE TX 76051 | CREDITOR ID: 382108-51<br>RESPONSIVE SYSTEMS COMPANY<br>281 HIGHWAY 79<br>MORGANVILLE, NJ 07751 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Second Omnibus Motion For Order**
**Authorizing Assumption of Executory Contracts and**
**Unexpired Leases and Fixing Cure Amounts**

**DEBTOR:     WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383013-51<br>RESTAT<br>724 ELM STREET<br>PO BOX 758<br>WEST BEND, WI 53095 | CREDITOR ID: 382116-51<br>RETALIX<br>1501 WOODFIELD ROAD, SUITE 210<br>SCHAUMBURG, IL 60173 | CREDITOR ID: 383010-51<br>REX CLUB<br>240 CORPORATE BOULEVARD<br>NORFOLK, VA 23502 |
| CREDITOR ID: 382171-51<br>RINALD PRINTING CO.<br>4514 ADAMO DRIVE<br>TAMPA, FL 33605 | CREDITOR ID: 259154-12<br>RJ'S SWEEPER SERVICE<br>ATTN RICK BARTLEY, PRES<br>PO BOX 1131<br>CENTURY, FL 32535 | CREDITOR ID: 383009-51<br>RX ADVANTAGE<br>PO BOX 66048<br>TUCSON, AZ 85728 |
| CREDITOR ID: 383007-51<br>RX AMERICA<br>369 BILLY MITCHELL ROAD<br>SALT LAKE CITY, UT 84116 | CREDITOR ID: 383006-51<br>RX CONNECTIONS<br>1925 ENTERPRISE PARKWAY<br>TWINSBURG, OH 44087 | CREDITOR ID: 383002-51<br>RX DIRECT<br>852 EAST ARROWHEAD LANE<br>MURRAY, UT 84107 |
| CREDITOR ID: 383001-51<br>RX NET OF CA<br>30 WEST SPRING STREET<br>COLUMBUS, OH 43215 | CREDITOR ID: 382999-51<br>RX PRIME<br>900 COTTAGE GROVE ROAD<br>HARTFORD, CT 06152 | CREDITOR ID: 382998-51<br>RX SAVINGS ACCESS CARD<br>9700 N 91ST STREET, SUITE 232<br>SCOTTSDALE, AZ 85258-5036 |
| CREDITOR ID: 382994-51<br>RX SOLUTIONS-WRK COMP<br>3515 HARBOR BOULEVARD<br>COSTA MESA, CA 92626 | CREDITOR ID: 382992-51<br>RXCARE/ PHP CARITEN WRK COMP<br>226 CAPITOL BOULEVARD, SUITE 510<br>NASHVILLE, TN 37219 | CREDITOR ID: 382991-51<br>RXCHANGE<br>3651 RIDGE MILL DRIVE<br>COLUMBUS, OH 43206 |
| CREDITOR ID: 382985-51<br>RXSAVINGS<br>2211 SANDERS ROAD<br>NORTHBROOK, IL 60062 | CREDITOR ID: 382984-51<br>RXSAVINGS MINNONITE MUTUAL<br>2211 SANDERS ROAD<br>NORTHBROOK, IL 60062 | CREDITOR ID: 382982-51<br>RXSAVINGS READERS DIGEST<br>9501 EAST SHEA BLVD<br>SCOTTSDALE, AZ 85260 |
| CREDITOR ID: 382981-51<br>RXWEST<br>9 INVERNESS DRIVE EAST<br>ENGLEWOOD, CO 80112 | CREDITOR ID: 395714-65<br>SAGES LAWN SERVICE<br>3105 CR 121<br>BALDWIN, FL 32234 | CREDITOR ID: 382743-51<br>SANFILIPO, JOHN B<br>2299 BUSSE ROAD<br>ELK GROVE VILLAGE, IL 60007 |
| CREDITOR ID: 382978-51<br>SAV-RX<br>1612 NORTH BELL STREET<br>FREMONT, NE 68025 | CREDITOR ID: 382977-51<br>SAV-RX MED-ADVANTAGE<br>224 NORTH PARK AVENUE<br>FREMONT, NE 68025 | CREDITOR ID: 382977-51<br>SAV-RX MED-ADVANTAGE<br>1612 NORTH BELL STREET<br>FREMONT, NE 68025 |
| CREDITOR ID: 382974-51<br>SCRIP SOLUTIONS CHOICE<br>33 NORTH ROAD<br>WAKEFIELD, RI 02879-2164 | CREDITOR ID: 382970-51<br>SCRIP SOLUTIONS FREEDOM<br>33 NORTH ROAD<br>WAKEFIELD, RI 02879-2164 | CREDITOR ID: 382969-51<br>SCRIPCARD<br>448 EAST 6400 SOUTH, SUITE 400<br>SALT LAKE CITY, UT 84107 |

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 382967-51<br>SCRIPT CARE INC.<br>155 IH-10 NORTH, SUITE 5<br>BEAUMONT, TX 77707 | CREDITOR ID: 382966-51<br>SCRIPT NET<br>2251 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89146 | CREDITOR ID: 382963-51<br>SCRIPTSAVE PLUS-PREMIER<br>333 E. WETMORE, 4TH FLOOR<br>TUCSON, AZ 85705 |
| CREDITOR ID: 382962-51<br>SCRIPTSAVE, INC<br>161 S. LINCOLNWAY STREET, SUITE 203<br>NORTH AURORA, IL 60542 | CREDITOR ID: 382960-51<br>SELF-INSURANCE ADMINISTRATOR<br>PO BOX 81189<br>LAFAYETTE, LA 70598-1189 | CREDITOR ID: 382270-51<br>SENDMAIL<br>6425 CHRISTIE AVENUE, 4TH FLOOR<br>EMERYVILLE, CA 94608 |
| CREDITOR ID: 382128-51<br>SERENA<br>3445 NW 211TH AVENUE<br>HILLSBORO, OR 97124 | CREDITOR ID: 393732-58<br>SERENA SOFTWARE<br>PO BOX 201448<br>DALLAS, TX 75320-1448 | CREDITOR ID: 408354-15<br>SERENA SOFTWARE, INC<br>ATTN ERIC JOHNSON, DIR OF FINANCE<br>3445 NW 211TH TERRACE<br>HILLSBORO OR 97124 |
| CREDITOR ID: 382959-51<br>SERVU PRESCRIPTION PLAN<br>416 MARY LINDSAY POLK DR, STE 515<br>FRANKLIN, FL 37067 | CREDITOR ID: 382266-51<br>SHPS<br>ATTN: KATHY CARWILE<br>11405 BLUEGRASS PARKWAY<br>LOUISVILLE, KY 40299 | CREDITOR ID: 382265-51<br>SHPS<br>ATTN: NICOLE LANE<br>400 GALLERIA PARKWAY, SUITE 1850<br>ATLANTA, GA 30339 |
| CREDITOR ID: 382263-51<br>SIRIUS<br>613 NW LOOP, SUITE 410<br>SAN ANTONIO, TX 78216 | CREDITOR ID: 395460-64<br>SIRIUS<br>PO BOX 224968<br>DALLAS, TX 75222 | CREDITOR ID: 533377-67<br>SIRIUS COMPUTER SOLUTIONS, INC<br>112 E PECAN, SUITE 1800<br>SAN ANTONIO TX 78205 |
| CREDITOR ID: 406254-G4<br>SIRIUS COMPUTER SOLUTIONS, INC<br>613 NW LOOP 410, SUITE 1000<br>SAN ANTONIO TX 78216 | CREDITOR ID: 382262-51<br>SKYBRIDGE<br>BUILDING 7<br>161 VILLAGE PARKWAY<br>MARIETTA, GA 30067 | CREDITOR ID: 382954-51<br>SMARTPLAN<br>33 NORTH ROAD<br>PEACH DALE, RI 02883 |
| CREDITOR ID: 382953-51<br>SMCRX, INC.<br>4535 MISSOURI FLAT ROAD, SUITE 200<br>PLACERVILLE, CA 95667 | CREDITOR ID: 382126-51<br>SOFTWARE DIVERSIFIED SERVICES<br>PO BOX 32707<br>MINNEAPOLIS, MN 55432 | CREDITOR ID: 382160-51<br>SOFTWARE ENGINEERING OF AMERICA<br>1230 HEMPSTEAD TURNPIKE<br>FRANKLIN SQUARE, NY 11010 |
| CREDITOR ID: 382951-51<br>SOUTH CAROLINA MEDICAID<br>ALLWIN DATA SERVICES<br>4290 INDIANOLA AVENUE<br>COLUMBUS, OH 43214 | CREDITOR ID: 533366-AF<br>SOUTH MONROE COMMONS<br>1629 K STREET<br>NW SUITE 501<br>WASHINGTON DC 20006 | CREDITOR ID: 533367-AF<br>SOUTH MONROE COMMONS LLC<br>9816 S. MILITARY TRAIL, SUITE C2<br>BOYNTON BEACH FL 33436 |
| CREDITOR ID: 382157-51<br>SPSS<br>233 S WACKER DRIVE, 11TH FLOOR<br>CHICAGO, IL 60606-6412 | CREDITOR ID: 382158-51<br>SRC<br>190 S GLASSELL ST<br>ORANGE  CA 92866-1422 | CREDITOR ID: 397292-69<br>STATE OF FLORIDA HEALTH DEPT<br>BUREAU OF WIC AND NUTRITION SVCS<br>4052 BALD CYPRESS WAY<br>TALLAHASSEE,  FL 32399-1726 |

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                             **CASE:    05-03817-3F1**

CREDITOR ID: 397318-69
STATE OF SC HEALTH & HUMAN SERVICES
(SOUTH CAROLINA MEDICAID)
1801 MAIN STREET
COLUMBIA, SC 29201

CREDITOR ID: 533368-AF
STERLING CAMDEN LIMITED PARTNERSHI
%STERLING CENTRECORP MGMT SERV
ONE NORTH CLEMATIS STREET, STE
WEST PALM BEACH FL 33401

CREDITOR ID: 382138-51
STETON TECHNOLOGY GROUP
912 W 1600 S STE A200
SAINT GEORGE UT 84770-6309

CREDITOR ID: 395731-65
SUNCOAST PARKING LOT SERVICE
PO BOX 4255
SEMINOLE, FL 33776

CREDITOR ID: 395730-65
SUNCOAST PARKING LOT SERVICES INC
ATTN WILLIAM B KNAPP, PRES
11709 106TH AVENUE N
SEMINOLE, FL 33778

CREDITOR ID: 397237-67
SUNSET COVE
1100 5TH AVENUE SOUTH, SUITE 405
NAPLES, FL 34102

CREDITOR ID: 382950-51
SXC HEALTH SOLUTIONS
7047 E GREENWAY PARKWAY, SUITE 360
SCOTTSDALE, AZ 85254

CREDITOR ID: 395377-64
T ROWE PRICE RETIREMENT PLAN SVCS
ATTN DARRELL N BRAMAN, VP
100 EAST PRATT STREET
BALTIMORE, MD 21202

CREDITOR ID: 395737-65
T&A ENTERPRISE
3208 OLIVER ROAD
JEANERETTE, LA 70544

CREDITOR ID: 262451-12
TALX CORPORATION
ATTN BILL BARGE, BUS ANALYST MGR
PO BOX 790051
ST LOUIS MO 63179

CREDITOR ID: 382245-51
TALX CORPORATION
1850 BROMAN COURT
ST. LOUIS, MO 63146

CREDITOR ID: 397329-69
TALX CORPORATION
135 SOUTH LASALLE, DEPT 4076
CHICAGO, IL 60674-4076

CREDITOR ID: 382135-51
TCI SOLUTIONS
17752 SKYPARK CIRCLE, SUITE 160
IRVINE, CA 92614

CREDITOR ID: 382947-51
TDI MANAGED CARE SERVICES
620 EPSILON DRIVE
PITTSBURGH, PA 15238

CREDITOR ID: 410423-15
TDI MANAGED CARE SERVICES, INC
C/O SAUL EWING LLP
ATTN MARK MINUTI, ESQ
222 DELAWARE AVENUE, SUITE 1200
PO BOX 1266
WILMINGTON DE 19899

CREDITOR ID: 410423-15
TDI MANAGED CARE SERVICES, INC
C/O PHARMA CARE
ATTN JOHN BUCKLEY, SVP
695 GEORGE WASHINGTON HWY
LINCOLN RI 02865

CREDITOR ID: 382946-51
TENNCARE-FIRST HEALTH
PO BOX 24486
NASHVILLE, TN 24486

CREDITOR ID: 533369-AF
TERRANOVA THE REALY ASSOC FUND
PO BOX 223423
PITTSBURGH PA 15251-2423

CREDITOR ID: 382944-51
TEXAS HEALTH CHOICE
PO BOX 15645
LAS VEGAS, NV 89114-5645

CREDITOR ID: 382936-51
THIRD PARTY SOLNS GA, CAROLIN
ATTN LINDA TUEDE, MGR
PO BOX 17124
MEMPHIS, TN 38187-0124

CREDITOR ID: 395741-65
THOMLEY'S VAC-U-SWEEP
103 WAVERLY CIRCLE
DOTHAN, AL 36301

CREDITOR ID: 406261-G4
THRESHOLD CONSULTING SERVICES
200 N. GARDEN AVE.
CLEARWATER FL 33755

CREDITOR ID: 382233-51
TOMAX
224 SOUTH 200 WEST
SALT LAKE CITY, UT 84101

CREDITOR ID: 395743-65
TOTAL GROUNDS
PO BOX 77952
BATON ROUGE, LA 70879

CREDITOR ID: 395744-65
TOTAL MAINTENANCE OF BAY COUNTY, INC.
2326 EAST 34TH PLACE
PANAMA CITY, FL 32405

CREDITOR ID: 382935-51
TOTAL SCRIPT
10901 WEST 120TH AVENUE, SUITE 110
BROOMFIELD, CO 80021

CREDITOR ID: 382932-51
TOUCHPOINT/NAVITUS HEALTH
PO BOX 101632
PITTSBURGH, PA 15237

SERVICE LIST
Notice of Hearing
Debtors' Second Omnibus Motion For Order
Authorizing Assumption of Executory Contracts and
Unexpired Leases and Fixing Cure Amounts

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:  05-03817-3F1**

CREDITOR ID: 382883-51
TOUCHPOINT-TPH
DEPT OF EMPLOYEE TRUST FUNDS
PO BOX 101632
PITTSBURGH, PA 15237

CREDITOR ID: 406262-G4
TREX COMPANY, INC.
160 EXETER DRIVE
WINCHESTER VA 22203

CREDITOR ID: 263506-12
TRI-COUNTY STRIPING & SWEEPER SVCES
ATTN MAX C STUDSTILL, OWNER
PO BOX 301
CENTERVILLE, GA 31028

CREDITOR ID: 397098-67
TROPICAL FINANCIAL CREDIT UNION
8000 NW 7TH STREET
MIAMI, FL 33126

CREDITOR ID: 382931-51
TRUST PLUS
6712 OLD CANTON ROAD, SUITE 5
RIDGELAND, MS 39157

CREDITOR ID: 397188-67
TXJ COMPANIES, INC.
SOUTHEAST LEASING & MGMT CO
9210 CYPRESS GREEN DRIVE
JACKSONVILLE, FL 32216

CREDITOR ID: 382929-51
U SHARE PRESCRIPT DISC CARD
100 PARSONS POND DRIVE
FRANKLIN LAKES, NJ 07417

CREDITOR ID: 382144-51
UCAC
5737 CORPORATE WAY
WEST PALM BEACH, FL 33407-2097

CREDITOR ID: 382928-51
UHP HEALTHCARE
3405 W IMPERIAL HWY
INGLEWOOD CA 90303

CREDITOR ID: 382922-51
UNITED HEALTHCARE
2307 W. CONE BLVD.
GREENSBORO, NC 27408

CREDITOR ID: 382921-51
UNITED PROVIDER SERVICES
5125 DAVIS BLVD.
FT. WORTH, TX 76180

CREDITOR ID: 410422-15
UNITED PROVIDER SERVICES, INC
C/O SAUL EWING LLP
ATTN MARK MINUTI, ESQ
222 DELAWARE AVENUE, SUITE 1200
PO BOX 1266
WILMINGTON DE 19899

CREDITOR ID: 410422-15
UNITED PROVIDER SERVICES, INC
C/O PHARMA CARE
ATTN JOHN BUCKLEY, SVP
695 GEORGE WASHINGTON HWY
LINCOLN RI 02865

CREDITOR ID: 382919-51
UNIVERSAL MGD PRESC. BENEFIT
4201 SOUTH 87TH STREET
OMAHA, NB 38127

CREDITOR ID: 382918-51
UNIVERSAL RX
ONE COLUMBIA PLACE
GREENSBURG, PA 15601

CREDITOR ID: 382227-51
UPROMISE
117 KENDRICK ST, STE 200
NEEDHAM, MA 02494

CREDITOR ID: 382915-51
US HEALTHCARE HMO
1000 MIDDLE STREET
MIDDLETOWN, CT 06457

CREDITOR ID: 382914-51
US SCRIPT
1300 E SHAW, SUITE 173
FRESNO, CA 93710

CREDITOR ID: 382190-51
VALASSIS SALES AND MARKETING, INC
19975 VICTOR PARKWAY
LIVONIA, MI 48152

CREDITOR ID: 533370-AF
VALLEYDALE ASSOCIATES, LTD.
2117 SECOND AVE P O BOX 12767
BIRMINGHAM AL 35202-2767

CREDITOR ID: 382912-51
VALUE RX (MEDICOST)
1825 SOUTH WOODWARD AVE, SUITE 200
BLOOMFIELD HILLS, MI 48302

CREDITOR ID: 395752-65
VAN ELMORE SERVICES, INC.
12 BUERGER RD
MOBILE AL 36608-1801

CREDITOR ID: 382189-51
VANGUARD
3035 E. PATRICK LANE, SUITE 11
LAS VEGAS, NV 89120-3748

CREDITOR ID: 533371-AF
VIGOUROUX DEVELOPMENT LLC
C/O FOSHEE REALTY COMPANY, INC
51 TACON STREET STE B
MOBILE AL 36607

CREDITOR ID: 382911-51
VIRGINIA MEDICAID
600 EAST BROAD STREET, SUITE 1300
RICHMOND, VA 23219

CREDITOR ID: 382907-51
VYTRA HEALTH PLAN
7 WEST 34TH STREET
NEW YORK, NY 10001

CREDITOR ID: 397088-67
WAKULLA BANK
NWC MONROE AND PAUL RUSSELL
TALLAHASSEE, FL 32356

SERVICE LIST
**Notice of Hearing**
**Debtors' Second Omnibus Motion For Order**
**Authorizing Assumption of Executory Contracts and**
**Unexpired Leases and Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 397085-67<br>WAKULLA BANK<br>PO BOX 610<br>CRAWFORDVILLE, FL 32256 | CREDITOR ID: 382906-51<br>WALGREEN'S HEALTH INITIATIVE<br>2275 HALF DAY ROAD, SUITE 250<br>BANNOCKBURN, IL 60015 | CREDITOR ID: 533372-AF<br>WEINGARTEN REALTY INVESTORS<br>PO BOX 200518<br>HOUSTON TX 77216-0518 |
| CREDITOR ID: 533374-AF<br>WEINGARTEN REALTY MANAGEMENT CO<br>PO BOX 924133<br>HOUSTON TX 77292-4133 | CREDITOR ID: 533373-AF<br>WEINGARTEN REALTY MANAGEMENT CO<br>JENNY<br>HOUSTON TX 77292-4133 | CREDITOR ID: 382904-51<br>WELLBORN HEALTH PLAN<br>10680 TREENA STREET, 5TH FLOOR<br>SAN DIEGO, CA 92131 |
| CREDITOR ID: 382938-51<br>WELLNESS PLAN OF NC, THE<br>695 GEORGE WASHINGTON HWY<br>PO BOX 519<br>LINCOLN, RI 02865 | CREDITOR ID: 382903-51<br>WELLPOINT PHARMACY MANAGEMENT<br>PO BOX 4488<br>WOODLAND HILLS, CA 91365 | CREDITOR ID: 382900-51<br>WHP HEALTH INITIATIVES, INC.<br>2275 HALF DAY ROAD, SUITE 250<br>BANNOCKBURN, IL 60015 |
| CREDITOR ID: 533375-AF<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET SUITE B<br>MOBILE AL 36607 | CREDITOR ID: 382899-51<br>WMS RX DRUG PLAN<br>3090 PREMIERE PARKWAY, SUITE 100<br>DULUTH, GA 30097 | CREDITOR ID: 382202-51<br>WORKBRAIN<br>3440 PRESTON RIDGO ROAD, SUITE 300<br>ALPHARETTA, GA 30005 |
| CREDITOR ID: 533378-67<br>WORKBRAIN INC<br>PO BOX 503123<br>ST LOUIS MO 63150-2123 | CREDITOR ID: 382212-51<br>WORKSHARE<br>20 FASHION STREET<br>LONDON,  E1 6PX<br>ENGLAND | |

**Total:   473**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**<u>NOTICE OF HEARING</u>**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **August 24, 2006 at 1:00 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Second Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts.

Only objections filed and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 and James H. Post at jpost@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202 so as to be received by **4:00 p.m. (prevailing Eastern Time) on August 17, 2006** will be considered by the Bankruptcy Court at the hearing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  August 4, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By     /s/ D. J. Baker
        D. J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)

Co-Counsel for the Debtors

SMITH HULSEY & BUSEY

By     /s/ James H. Post
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson
        Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for the Debtors

2

Hearing Date: August 24, 2006, 1:00 p.m.
Objection Deadline: August 17, 2006, 4: 00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' SECOND OMNIBUS MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND FIXING CURE AMOUNTS

Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move the Court for entry of an order under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts") and of the prepetition subleases set forth on the attached Exhibit B (the "Subleases"), in each case effective as of the effective date of the Debtors' proposed plan of reorganization (the "Effective Date"), and fixing the cure amount for each of the Contracts and Subleases as set forth on the applicable of Exhibit A and Exhibit B (the "Motion"). In support of the Motion, the Debtors state as follows:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Background**

1.     On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.     The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.     On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005, was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.     On June 29, 2006, the Debtors filed a proposed plan of reorganization with an accompanying disclosure statement. The hearing to consider the adequacy of the disclosure statement is scheduled to be held on August 4, 2006.

5.     This Court has jurisdiction over the Motion under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.     The statutory predicates for the relief requested by this Motion are sections 105(a) and 365 of the Bankruptcy Code, supported by Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2

**Relief Requested**

7.      By this Motion, the Debtors seek an order of the Court, pursuant to

sections 105(a) and 365 of the Bankruptcy Code and Rule 6006 of the Bankruptcy Rules,

approving the assumption of the Contracts and Subleases as of the Effective Date and fixing

the cure amount for each of the Contracts and Subleases.  If there is no Effective Date, the

Contracts will not be assumed by the Debtors and no payments will be made on such cure

amounts.

8.      To the extent that they are in default under the Contracts or Subleases,

assumption of the Contracts and Subleases will require that the Debtors satisfy section 365(b)

of the Bankruptcy Code by paying the applicable non-Debtor counter parties to the Contracts

and Subleases (the "Counter Parties") a cure amount.  Included in Exhibit A to this Motion are

the respective cure amounts that the Debtors believe are owed to the Counter Parties with

respect to the Contracts and included in Exhibit B to this Motion are the respective cure

amounts that the Debtors believe are owed to the Counter Parties with respect to the Subleases

(the "Proposed Cure Amounts").

9.      The Debtors seek certainty as to the Proposed Cure Amounts.

Therefore, to the extent that a Counter Party disputes the Proposed Cure Amount or otherwise

objects to the Motion, the Counter Party must file an objection with the Court and serve the

objection on the Debtors on or before August 17, 2006 (the "Objection Deadline").  In the

absence of a timely objection, the Counter Party will be deemed to have consented to the

assumption of the Contract or Sublease and the Proposed Cure, will be barred from asserting a

larger claim for cure, and will be deemed to have waived all claims under the Contract or

Sublease against the Debtors other than the Proposed Cure Amount.

3

10.     If a Counter Party asserts a cure amount that is higher than the Proposed Cure Amount, or for any other reason, the Debtors reserve the right, in their discretion, prior to the entry of an order approving this Motion, to remove any Contract from Exhibit A and any Sublease from Exhibit B, and to alternatively seek by separate motion to reject or otherwise dispose of such Contract or Sublease.

**Basis for Relief**

11.     As part of their restructuring, the Debtors have undertaken a comprehensive review and analysis of each of the Contracts and Subleases, together with the consequences and costs of assumption or rejection.  Based upon this analysis, including the anticipated cost reflected by the Proposed Cure Amount, the Debtors have at this time determined that assumption of the Contracts and Subleases is in the best interests of the Debtors and their estates.  The Contracts are for goods and services that are used in the operation of the Debtors' businesses.  Under the Subleases, the Debtors are able to generate additional income by subletting spaces within their operating stores (e.g. for banks or kiosks) and in stores that the Debtors no longer operate.  Assumption will allow the Debtors to realize benefits of the Contracts and Subleases.

12.     To the extent that there has been a default under the Contracts or Subleases, the Debtors represent that the requirements of section 365(b) of the Bankruptcy Code will be satisfied through (a) payment of the Proposed Cure Amount, which will cure such default and compensate the applicable Counter Party for any actual pecuniary loss resulting from such default and (ii) the Debtors' continuing business operations, which will provide adequate assurance of future performance under the Contracts and Subleases.

4

**Applicable Authority**

13.     Pursuant to sections 365(a) and 1107(a) of the Bankruptcy Code, a

debtor-in-possession, "subject to the court's approval, may assume or reject any executory

contract or unexpired lease of the debtor." 11 U.S.C. § 365. "[T]he purpose behind allowing

the assumption or rejection of executory contracts is to permit the trustee or debtor-in-

possession to use valuable property of the estate and to 'renounce title to and abandon

burdensome property.'" Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion

Pictures Corp.), 4 F.3d 1095, 1098 (2d Cir. 1993).

14.     A debtor's decision to assume or reject a contract or unexpired lease is

subject to review under the business judgment standard. See Byrd v. Gardinier, Inc. (In re

Gardinier), 831 F.2d 974, 975 n.2 (11th Cir. 1987); In re Orion Pictures Corp., 4 F.3d at 1098-

99. Under this standard, the debtor's assumption of a contract or lease is appropriate if it will

benefit the estate. See Westshire, Inc. v. Trident Shipworks, Inc., 247 B.R. 856 (M.D. Fla.

2000). Upon finding that a debtor has exercised its sound business judgment in determining

that assumption of a particular executory contract is in the best interests of the debtor's estate,

the bankruptcy court should approve assumption under section 365(a) of the Bankruptcy

Code. See In re Gucci, 193 B.R. 411, 415-17 (S.D.N.Y. 1996) (affirming bankruptcy court's

approval of assumption of executory contract upon determining that assumption "was in the

best interest of the estate"); Blue Cross Blue Shield of Conn. v. Gurski (In re Gurski), Nos.

94-51202 & 3:95CV1883, 1996 WL 684397, at *2 (D. Conn. Jan. 25, 1996) (affirming

bankruptcy court's determination that executory contracts were beneficial to the debtor such

that the debtor could assume them under section 365(a)). In the case of assumption, "[t]he §

365 election permits a trustee to … continue performance on a contract which will benefit the

5

estate." In re Diamond Mfg. Co., 164 B.R. 189 (Bankr. S.D. Ga. 1994) (citing In re Brada

Miller Freight Sys., Inc., 702 F.2d 890, 893-894 (11th Cir. 1983)).  The Debtors respectfully

submit that they have satisfied the business judgment standard for assuming the Contracts and

Subleases.

15.     The Debtors recognize that as to those Contracts and Subleases as to

which a default has occurred, section 365(b) of the Bankruptcy Code imposes an obligation

upon the Debtors to (a) cure or provide adequate assurance to the Counter Party to such

Contract or Sublease that the Debtors will cure such default, (b) compensate or provide

adequate assurance that the Debtors will promptly compensate the Counter Party to such

Contract or Sublease for any actual pecuniary loss to such Counter Party resulting from such

default, and (c) provide adequate assurance of future performance under such Contract or

Sublease.  As set forth above, these obligations are satisfied.

### Notice

16.     Notice of the Motion has been provided to (a) counsel to the Office of

the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c)

counsel for the Creditors Committee, (d) the other parties in interest named on the Master

Service List maintained in these cases, and (e) the Counter Parties.  No other or further notice

need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that

the Court (i) enter an order substantially in the form attached as Exhibit C (a) authorizing and

approving the assumption of the Contracts and Subleases effective as of Effective Date and

(b) fixing the costs of assumption at the Proposed Cure Amounts set forth on Exhibit A and

Exhibit B and (ii) grant such other and further relief as the Court deems just and proper.

Dated:  August 4, 2006.

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By     *s/ D. J. Baker*                              By     *s/ James H. Post*
       D. J. Baker                                            Stephen D. Busey
       Sally McDonald Henry                                   James H. Post
       Rosalie Walker Gray                                    Cynthia C. Jackson,
       David M. Turetsky                                       Florida Bar Number 175460
Four Times Square                                     225 Water Street, Suite 1800
New York, New York 10036                              Jacksonville, Florida  32202
(212) 735-3000                                        (904) 359-7700
(212) 735-2000 (facsimile)                            (904) 359-7708 (facsimile)
djbaker@skadden.com                                   cjackson@smithhulsey.com

Co-Counsel for the Debtors                            Co-Counsel for the Debtors

7

**<u>Exhibit A</u>**

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BEN | BENESCRIPT | 300 Halcomb Bridge Road, Suite 228 30092  Norcross, GA 30010-1229 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | BlueCross/Blue Shield | 4800 Deerwood Campus Pkwy, DCC 3/5 Attn: Inger M. Rood - Account Exec. Jacksonville, FL 32246 | Medical benefits contractor | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | BLUESAVER ADVANTAGE (BCBSFL)(Medco) | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $15.41 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | BLUESAVER PREMIER (BCBS/FL)(Medco) | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCC | BUREAU OF CHILD W/MED HNDCPS | P.O. Box 1603  Colombus, OH 43216-1603 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License | | Cadec Corporation | 8 E. Perimeter Road  Londonderry, NH 3053 | End-User License Agreement and Product Sales Agreement for Software, dated 10/15/02 | $4,596.87 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Cadec Corporation | 8 E. Perimeter Road  Londonderry, NH 3053 | Mobius TTS Mobile | $0.00 |
| Winn-Dixie Stores, Inc. | 1551, 1570, 1571 | Maintenance Agreement - Store | | CAJUN CUTTERS | 20535 LEO ROAD  ABBEVILLE, LA 70510 20631 LEO ROAD  ABBEVILLE, LA 70510 | LANDSCAPING | $1,430.00 |
| Winn-Dixie Stores, Inc. | | Product Purchase | | Cardinal Health | 7000 Cardinal Place  Dublin, OH 43017 | Prime vendor agreement; wholesale pharmaceutical supplier to all pharmacies | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CRK | CAREMARK | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | CAREMARK/ADVANCEPCS-AZ | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Cargill | Box 5647  Tampa, Fl 33605 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Cargill | Cargill Building  Minneapolis, MN 55402 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Cargill | Box 9300  Memphis, TN 55440 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | West | Confidentiality Agreement | N/A | Catalina Marketing | 201 Carillon Parkway  St Petersburg, FL 33716 | Confidential Disclosure of information from Winn-Dixe to Catalina marketing. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CAT | CATALYST RX | 851 S. Rampart Blvd., Suite 110  Las Vegas, NV 89147 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | USI | CBCA RX(FORMERLY YORK PRESC) | 675 Foxon Road, Suite 204  East Haven, CT 6513 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CHS | CEDAR HILL INDEPENDANT SCHLS | P.O. Box 167768  Irving, TX 75016 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CAL | CELGENE CORP THALOMID | 86 Morris Avenue  Summit, NJ 07901 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Product Purchase | | Celgene Corporation | 7 Powder Horn Drive  Warren, NJ 07059 | Requirements and registration agreement for Thalomid | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | Certified Parts Warehouse | 12 Industrial Drive  Exeter, NH 03833 | 4693 Keyboard Depot Test | $534.60 |
| Winn-Dixie Stores, Inc. | 533, 536, 583 | Maintenance Agreement - Store | | CHAMPION BLACKTOP MAINTENANCE | Po Box 5772  Meridian, MS 39302 | Sweeper & Lawn | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CHM | CHAMPUS VA | P.O. Box 7927  Madison, WI 53707 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CheckFree | 4411 East Jones Bridge Road  Norcross, GA 30092 | Recon for Windows | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CheckFree | 4411 East Jones Bridge Road  Norcross, GA 30092 | Recon for Windows new Licenses purchased 1/27/05 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 9811747 | Chicago-Soft | 6232 North Pulaski Road, Suite 402 Suite 402 Chicago, IL 60646-5131 | MVS/Quick Ref | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CCX | CHOICE RX | 1525 Merrill Drive, Suite 2000  Little Rock, AR 72211 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CIG | CIGNA | 900 Cottage Grove Road  Hartford, CT 06152-1136 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 1203WINCX1 | Citrix | 6400 NW 6th way  Ft. Lauderdale, FL 33309 | Citrix Metaframe | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Citrix | 6400 NW 6th way  Ft. Lauderdale, FL 33309 | Preferred Extended Support Services | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CAP | CLAIMSPRO | 24370 Northwestern Hwy  Southfield, MI 48075 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 2313, 2334, 2342, 2382, 2390 | Maintenance Agreement - Store | | CLEAN SWEEP OF ORLANDO, INC. | 217 LOCHBERRY PLACE  LONGWOOD, FL 32779 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | IT Master Service Agreement | | CommerceQuest | 5481 West Waters Ave. Suite 100 Tampa, FL 33634 | MSA | $33,643.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CommerceQuest | 2202 N WestShore Blvd., Suite 600  600 Tampa, FL 33607 | PM4Data Software | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CommerceQuest | 2202 N WestShore Blvd.  600 Tampa, FL 33607 | Websphere MQ-WM/CQ | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | n/a | Commonwealth Brands, Inc | PO Box 51587  Bowling Green, KY 42102  ATTN Leane Warren PO Box 5222 Frankfort, KY 40602 | Commonwealth guarantees to indemnify Winn-Dixie for all claims arising from tobacco products manufactured by Commonwealth. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CCI | COMMUN-I-CARE | P.O. Box 186  Columbia, SC 29202-0186 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | COMMUNITY CARE RX-MEMBER HTH | P.O. Box 391180  Cleveland, OH 44139 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CMI | COMMUNITY RX ANTHEM PRES MGM | 1351 William Howard Taft Road  Cincinnati, OH 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CHL | COMPANION HEALTH CARE | 300 Arbor Lake Drive Suite 800  Columbia, SC 29223 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 429, 525 | Maintenance Agreement - Store | | COMPLETE SWEEP, INC. | P.O. BOX 177  GADSDEN, AL 35902 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CSP | COMPSCRIPT | 4000 Terminal Tower  Cleveland, OH 44113 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software License | | Compuware | 31440 Northwestern Highway  Farmington Hills, MI 48334-2564 | Abend-AID File-AID and Xpediter/CICS-TSO w/ Cobol | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CPR | CONSOLIDATED PRESCRIP. SRVCS | 3637 Medina Road, Suite 325  Medina, OH 44256 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CCP | CONSULCARE PRESCRIPTION NTWK | 6061 South Willow Drive, Suite 125  Greenwood Village, CO 80111 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CON | CONSULTEC, INC. | 9040 Roswell Road  Atlanta, GA 30350 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CRX | CONTRACT Pharmacy SERVICES | P.O. Box 1223  Anniston, AL 36202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COV | COVENTRY HC OF PENNSYLVANIA | 2815 Coliseum Centre Drive, Suite 550  Charlotte, NC 28217-4522 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COV | COVENTRY HEALTH CARE | 2815 Coliseum Centre Drive, Suite 550  Charlotte, NC 28217-4522 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Creative Products | PO BOX 14356 TAMPA, FL    33690  3001 W Granada Tampa, FL 33629  Walter Sander 16528 N Dale Mabry Hwy Tampa FL 33618 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Debit & Credit Card Processing Arrangement | | Credit Union 24 | 2473 Care Drive Suite 1  Tallahassee, FL 32308 | Systems Management. Network Service and License Agreement 4/2/04 | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | CRITERION ADVANTAGE | 7047 E. Greenway Parkway, Suite 360  Scottsdale, AZ 85254 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Fitzgerald - Mc | Supply Agreement | | Crown Cork & Seal USA, Inc. | 1 Crown Way  Philadelphia, PA 19154-4599 | Exclusive Supply Agreement for 12 oz #202 decreated bodies & lids. | $36,433.71 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CSI | 8120 State Route 138  Williamsport, OH 43164 | BIM-COSBOL | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CSI | 8120 State Route 138  Williamsport, OH 43164 | Doctor D | $0.00 |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | | CSX | 500 Water Street J180 Jacksonville, FL 32202 | Contracts for Sidetracks, Land, Water Pipelines. | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Cybermation | 12020 Sunrise Valley Drive Suite 100 Reston, VA 20191 | ESP System Agent | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Data 21 | 3510 Torrance Blvd. Suite 300 Torrance, CA 90503 | ZIP/VSE | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Service Agreement | | Data Savers | 600 North Ellis Road  JACKSONVILLE , FL 32254 | Services for Hard Copy Files and Business Records | $6,834.77 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | DataSource | 1805 Arabian Ave  Naperville, IL 60565 | MapMarker Plus v9.3 | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ETF | DEPT OF EMPLOYEE TRUST FUNDS (TouchPoint-TPH) | P.O. Box 101632  Pittsburgh, PA 15237 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | DRX | DESTINATION RX (AGELITY) | 555 Broad Hollow Road., Suite 402  Melville, NY 11747 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | Diamond H | 100 N. Rupert St. Attn: Jim Stratton Ft. Worth, TX 76107 | Awards benefits contractor | $381.28 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | DCR | DIRECT COMP RX | 3316 W Quail Avenue  Phoenix, AZ 85027 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Debit & Credit Card Processing Arrangement | | Discover Business Services Inc. | 2500 Lake Cook Road (2/3AA)  Riverwoods, IL 60015 | Systems Management.  Merchant Services Agreement 11/1/03 | $0.00 |
| Winn-Dixie Stores, Inc. | | Debit & Credit Card Processing Arrangement | | Discover Card Services Inc. | 2500 Lake Cook Road (2/3AA)  Riverwoods, IL 60015 | Systems Management.  Merchant Services Agreement 6/8/91 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | DISI | 725 Primera Blvd,  Suite 235 Lake Mary, FL 32746 | INGEN | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | DPS | DIVERSIFIED | 7760 France Avenue South, Suite 500  Edina, MN 55435 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Transportation Contract | | Dole Food Company Inc. | One Dole Drive  Westlake Village, CA 91362-7300 C/O MCCARRON & DIESS ATTN LOUIS W DIESS, III, ESQ 4900 MASSACHUSETTS AVE NE, STE 310 WASHINGTON DC 20016 | Container Interchange Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | Offsite | IT - Consulting Agreement | | Don Marshall & Associates | 6216 Michele Rd.  Macclenny, FL 32063 | Communications Consultants | $0.00 |
| Winn-Dixie Stores, Inc. | All | Service Agreement | | dPi Teleconnect | 2997 LBJ Freeway, Suite 225  Dallas, TX 75234 | Telecommuncations | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | DPSI | 4905 Korger Blvd Suite 101 Greensboro, NC 27407 | PMC Software Support | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EBR | EBRX | 250 East Broad Street, Suite 600  Columbus, OH 43215 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EHS | ECKERDS HEALTH SYSTEM | 620 Epsilon Drive  Pittsburgh, PA 15238 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | EDS (Alabama Medicaid) | 301 Technacenter Dr  Montgomery , AL 36124-4035 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | EDS (Georgia Medicaid) | 809 Oak St  McRay , GA 31055 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | ELT | 708 West Kenosha  Broken Arrow, OK 74012-8913 | ELT Power Suite | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | M60158900 A | EMC | 171 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | SYM 8530-36 Frame (MMEM3-2048) | $0.00 |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | M60158903A | EMC | 172 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | SYM 8530-36 Frame (MMEM3-4096) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | M60158905A | EMC | 173 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | SYM 8530-36 Frame (MMEM3-4096) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | M60145931SA | EMC | 174 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | Symmetrix | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | M60146005SA | EMC | 175 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | Connectrix Director Model | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | M60147150S | EMC | 176 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | MFT-12, MFT-Run-Open, and MRPK-WIN-T12 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | EMC | 177 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | Catalog Solutions | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EBM | EMPLOYEE BENEFIT MGMT SRVCS | P.O. Box 21367  Billings, MT 59104 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EHM | EMPLOYEE HLTH INS MGMT, INC. | 24700 West Twelve Mile Road, Suite 101  Southfield, MI 48034 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EHO | EMPLOYER HEALTH OPTIONS | 2801 West Avenue T  Temple, TX 76504 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EPC | ENHANCED Pharmacy CARE | 345 Edgewood Terrace Drive  Jackson, MS 39206 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All Retail Store | Service Agreement | 8 | Environmental Waste Solutions | 73 South Palm Ave.Suite222  Sarasota, FL 34236 | Waste Hauling Bill Consolidator | $13,500.34 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | eSkill | 600 Suffolk St. 4th Floor Lowell, MA | ASP | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ESI | EXPRESS SCRIPTS-MED ADVANTAG | 13900 Riverport Drive  Maryland Heights, MO 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores | All | Confidentiality Agreement | | Exxon Mobile Chemical Company | 729 PITTSFORD PALMYRA RD  MACEDON, NY 14502 Dept AT 40161 Atlanta, GA 31192 ATTN CHRISTOPHER M SCHULTZ, CREDIT 13501 KATY FREEWAY HOUSTON TX 77581 | Confidentiality of proprietary information provided to each party of contract. Information specifically concerning blow-molding processes. | $0.00 |
| Winn-Dixie Stores, Inc. | All | Advertising Agreement | N/A | Fanfare Adcart | 25300 Rye Canyon Rd  Valencia, CA 91355 | Shopping Cart Advertising | $0.00 |
| Winn-Dixie Stores, Inc. | All | Advertising Agreement | N/A | Fanfare Cash Register Receipt | 25300 Rye Canyon Rd  Valencia, CA 91355 | Cash Receipt Advertising | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | FBL | FEDERAL BLACK LUNG PROGRAM | P.O. Box 828  Lanham-Seabroock, MD 20703 | Prescription Benefit Contract | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | Federal Government Medicare Program Palmetto Government Benefits Administrators | 2300 Springdale Drive Bldg. 1 GM/219 Camden, SC 29020 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | FLB | FINGER LAKES BC / BS | 150 East Main Street   Rochester, NY 14647 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores | All | Service Agreement | | Fintech | 4720 W. Cypress Street, Ste. 100   Tampa, FL 33607 | Provision of electronic data interchange and electronic funds transfer services | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | FCH | FIRST COMMUNITY HEALTH | 188 Sparkman Drive   Huntsville, AL 35804 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TME | FIRST RX (W/COMP) | P.O. Box 152539  Tampa , FL 33684 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Product Purchase | | Flavorx | 8120 WOODMONT AVE GARDENA, CA 90248 ATTN RICHARD LEVIN, EXEC VP 8120 WOODMONT AVE, STE 600 BETHESDA, MD 20814 | Pharmacy Product Purchase Agreement | $2,189.35 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | M548838 | Fleet Business Credit - EMC | One South Wacker Drive   Chicago, IL 60606 | Symmetrix 8730-73 S/M HK185700180 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | M548838 | Fleet Business Credit - EMC | One South Wacker Drive   Chicago, IL 60606 | Upgrades to S/N HK185700180 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | C60265441 | Fleet Business Credit - EMC | One South Wacker Drive   Chicago, IL 60606 | Clarion CX600 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | M60145850 | Fleet Business Credit - EMC | One South Wacker Drive   Chicago, IL 60606 | Symmetrix 8830-73 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | M60145931 | Fleet Business Credit - EMC | One South Wacker Drive   Chicago, IL 60606 | Symmetrix 8830-73 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | M60146005 SA | Fleet Business Credit - EMC | One South Wacker Drive   Chicago, IL 60606 | Connectrix DEC-1200 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | M60146005 | Fleet Business Credit - EMC | One South Wacker Drive   Chicago, IL 60606 | Symmetrix DMX2000-3 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | M60337928 H48 | Fleet Business Credit - EMC | One South Wacker Drive   Chicago, IL 60606 | Symmetrix DMX2000 S/N TN187700700 | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Florida Department of Health | Bureau of WIC and Nutrition Services 4052 Bald Cypress Way Tallahassee, FL 32399-1726, FL 32399-1726 | WIC Contract | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Florida Department of Health | Bureau of WIC and Nutrition Services 4052 Bald Cypress Way Tallahassee, FL 32399-1726, FL 32399-1726 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MFL | FLORIDA MEDICAID | 106 East College Avenue, Suite 1200   Tallahassee, FL 32301 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | DC - Miami | Utility Agreement | 37728-79783 | Florida Power & Light Company | P O BOX 25426           MIAMI  , FL 33102 | Commercial/Industrial Loan Control Program Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Florida State Lottery Commission | 250 Marriott Drive  Tallahassee, , FL  32399-4020 | Lottery contract | $0.00 |
| Winn-Dixie Stores, Inc. | New York | IT - Consulting Agreement | Isaac Frydman | Frydman Consulting Corporation | 200 West 108th St.  New York, NY 10025 | Corporate Telecommunications Strategy | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Fujitsu Consulting | 1000 Sherbrooke Stret West 1400 Montreal, Canada H3A 3R2 | Macroscope KnowledgeCentral | $0.00 |
| Winn-Dixie Stores, Inc. | ALL STORES | Advertising Agreement | N/A | Gary Bitner Public Relations, Inc | 5310 NW 33rd Ave, Ste 218  Fort Lauderdale, FL 33309 | Publicity, media, community relations, graphic communications, special evts, writing, counseling, strategy and news clipping | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Logistics, Inc. | | Transportation Contract | 4126213 | GE Capital Commercial Equipment Financing | 1000 Windward Concourse, Suite 403  Alpharetta, GA 30005 ATTN STEVEN L LOUVAR 1010 THOMAS EDISON BLVD SW CEDAR RAPIDS IA 52405 C/O MORITT HOCK HAMROFF ET AL ATTN LESIE BERKOFF & W NILSON, ESQ 400 GARDEN CITY PLAZA GARDEN CITY NY 11530 | Over the Road Tractor Master Lease Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | GPP | GENERAL PRESCRIPTION PROGRAM | 127 East 59th Street  New York, NY 10022 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | GOH | GENESIS HLTH PLAN OF OHIO | 515 North 6th Street  St Louis, MO 63101 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | GWU | GEORGE WASHINGTON UNIVERSITY | 25 Blackstone Valley Plaza  Lincoln, RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MGA | GEORGIA MEDICAID | 1720 Peachtree Street, NW, Suite 200  Atlanta, GA 30309 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Georgia State Lottery Commission | 250 WILLIAMS          SUITE 3000          ATLANTA , GA  30303 | Lottery contract | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Georgia WIC Branch Vendor Management Section | 2 Peachtree Street NW Suite 10-476  Atlanta, GA 30303, GA 30303 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | Getronics | 8110 Anderson Road Suite 100 Tampa, FL 33634-2318 | Store Systems Maintenance | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Getronics | 8110 Anderson Road Suite 100 Tampa, FL 33634-2318 | Store Systems Maintenance | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | GNX (Global NetXchange) | 333 Bush Street, 18th Floor  San Francisco, CA 94104 Attn: Joe Laughlin 200 West Monroe Street, 12th Floor Chicago, IL 60606 | Indemnity Agreement from Software & Service Provider | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | Granite Telecommunications | 234 Copeland Street  Quincy, MA 02169 | GTE/Verizon | $8,036.86 |
| Winn-Dixie Stores, Inc. | West | Advertising Agreement | N/A | Gulfport Sun Herald | PO Box 4567  Biloxi, MS 39531 | Rop and Preprint | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | H & W Computer Systems | P.O. Box 46019  Boise, ID 83711 | SYSM/E/EMCS WITH CICS Sockets | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software License | | H & W Computer Systems | P.O. Box 46019  Boise, ID 83711 | SYSBII-CICS VSAM | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | H & W Computer Systems | P.O. Box 46019  Boise, ID 83711 | SYSBII-CICS  Mainframe Electrical Mail | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HUE | HARRIS METHODIST HEALTH PLN | 611 Ryan Plaza, Suite 1500  Arlington, TX 76011 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hawkeye Information Systems | P.O. Box 21667  Ft. Collins, CO. 80522 | AS/400 | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Hayes Food Products | PO BOX 121          GREENVILLE          , SC 296020121 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HCS | HEALTH CHOICE SELECT BLD BNK | 369 Office Plaza, Suite 100  Tallahassee, FL 32301 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HLK | HEALTH LINK | 830 South Gloster Street  Tupelo, MS 38801 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HHN | HEALTH NET PLUS (RX CARE) | 33 North Road  Wakefield, RI 2879 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HLP | HEALTH PARTNERS OF ALABAMA | Two Perimeter Park South, Sutie 200 West  Birmingham, AL 35243 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | HEALTH PARTNERS/PHARMACARE | 695 George Washington Hwy  Lincoln, RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HRX | HEALTH REACH RX | 445 Hutchinson Avenue, Suite 300  Columbus, GA 43235 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HDS | HEALTHCARE DELIVERY SYSTEMS | 9700 North 91st Street, Suite 232  Scottsdale, AZ 85258 | Prescription Benefit Contract | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HTG | HEALTHEASE /TAMPA GENERAL | 6800 N. DaleMabry Hwy, Suite 270-299  Tampa, FL 33614 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | | Healthguard International | 255 North Washington Street  Rockville, MD 20850 | Blood Pressure Machine Lease Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | HEALTHNET ARIZONA | 10680 Treena St, 5th Floor  San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | HEALTHNET ARIZONA | 33 North Road   Wakefield, RI 02879 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | Hewitt Investment Group | 3350 Riverwood Parkway, Suite 80 Attn: Weston Tompkins Atlanta, GA 30339 | Investment Consultant for 401(k) | $0.00 |
| Winn-Dixie Stores, Inc. | 2313, 2343, 2375 | Maintenance Agreement - Store | | HINTON ENTERPRISES | P.O. BOX 390423  DELTONA, FL 32738 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HIP | HIP OF FLA | 7 West 34th Street  New York, NY 10001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | HUMANA (PCS) | 500 W. Main Street  Louisville, KY 40202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hummingbird | 1 Sparks Avenue  Toronto, Ontario M2H 2W1 | Hummingbird Volume License | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hyperion | 5450 Great America Parkway  Sanata Clara, CA 95054 | Performance Suite | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hyperion | 5450 Great America Parkway  Sanata Clara, CA 95054 | Performance Suite Test and Development | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hyperion | 5450 Great America Parkway  Sanata Clara, CA 95054 | Reporting Tool/EDW | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | INSTIL HEALTH SOLUTIONS | 10680 Treena St, 5th Floor  San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ICS | INSURX, INC. | 4700 Rockside Road, Suite 200  Independence, OH 44131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ITQ | INTEQ GROUP | 1100 Centennial Blvd, Suite 180  Richardson, TX 75081 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | IMH | INTERMOUNTAIN HEALTH CARE | 36 South State Street  Salt Lake City, UT 84111 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ICA | INTERNATIONAL COMMUNITY ALLI | P.O. Box 2381  Rancho Cordova, CA 95741 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | IPM | INTERNAT'L Pharmacy MGMT | 110 12th Street North  Birmingham, AL 35203 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | IP Monitor | 15 Gamelin Blvd Suite 500 Gatineau, Quebec J8Y 1V4 | IP Monitor | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | iTrade | 2600 Kitty Hawk Road 115 Livermore, CA 94550 | OMI/Web Survey | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT Statement of Work | Laura Chalker | iTrade Network Inc. | 2600 Kitty Hawk Rd 115 Livermore, CA 84550 | iTrade and OMI/Web Survey (Fresh Procurement Project) | $0.00 |
| Winn-Dixie Logistics, Inc. | | Transportation Contract | | ITW Gale Wrap | 1320 Leslie Drive, Douglasville, GA 30134 | Wrapping supplies and services for trucks | $0.00 |
| Winn-Dixie Stores, Inc. | All | Confidentiality Agreement | N/A | J Brown | 1010 Washington Blvd  Stamford, CT 6901 | Confidential Disclosure of information from Winn-Dixie to J Brown in application processing. | $0.00 |
| Winn-Dixie Stores, Inc. | 1434, 1438, 1444, 1500, 1576, 1583 | Maintenance Agreement - Store | | J.T. MAINTENANCE SERVICE | P.O. BOX 1093  KENNER, LA 70063 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | Central | Advertising Agreement | N/A | Jacksonville Florida Times Union | 1 Riverside Ave  Jacksonville, FL 32202 | Purchase of advertising space. | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | John B. Sanfilipo | 2301 Busse Road  Elk Grove Village, IL 60009 / 2299 Busse Road  Elk Grove Village, IL 60007 | Indemnity Agreement resulting from the sale of Almonds and Pecans in sale contracts ended 2004. | $0.00 |
| Winn-Dixie Stores, Inc. | 129, 182, 196 | Maintenance Agreement - Store | | JOINER SWEEPING & LANDSCAPING | 2225 CARTER ROAD  ST. AUGUSTINE, FL 32084 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | KAI | KAISER PERMANENTE | 25 Blackstone Valley Place, P.O. Box 519  Lincoln, RI 2865 | Prescription Benefit Contract | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | IT - Consulting Agreement | | Keane (formerly Metro Information Services) | 7650 W. Courtney Campbell Suite 100 Tampa, FL 33607 | MSA | $0.00 |
| Winn-Dixie Stores, Inc. | 37, 80, 125, 129, 138, 145, 161, 162, 176, 179, 185, 194, 199 | Maintenance Agreement - Store | | KEELCO INCORPORATED | 11476 DUVAL PLACE WEST #202   JACKSONVILLE, FL 32218 | LANDSCAPING | $9,450.00 |
| Winn-Dixie Stores, Inc. | 182 | Maintenance Agreement - Store | | KEELCO INCORPORATED | 11476 DUVAL PLACE WEST #202   JACKSONVILLE, FL 32218 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 186 | Maintenance Agreement - Store | | KEELCO INCORPORATED | 11476 DUVAL PLACE WEST #202   JACKSONVILLE, FL 32218 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Marketing Agreement | | Kekst and Company | 437 Madison Ave 19th Floor New York, NY 10022 | Corporate Communications (public relations) advisor contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MKY | KENTUCKY MEDICAID | 275 East Main Street   Frankfort, KY 40621-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 602, 605, 619, 630, 625, 636, 651, 663, 664, 667, 673, 695, 701, 705 | Maintenance Agreement - Store | | LAWN MAINTENANCE / PRO-BORING | 915 Silver Palm Way  Apollo Beach, FL 33572 | LANDSCAPING | $4,968.94 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | LDI | LDI Pharmacy BENEFIT MGMT | 300 South Grand Boulevard   St. Louis, MO 63103 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License | | LearnSomething.com | 2457 Care Drive  Tallahassee, FL 32308 | HIPPA Training License Agreement dated 2/13/03 | $23,896.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Life-Pro | 10730 Pacific Street 248 Omaha, NE 68114 | Income Tax SW | $0.00 |
| Winn-Dixie Stores, Inc. | | Marketing Agreement | | LifeScan, Inc. | 1000 Gilbraltar Dr.   Milpitas, CA 95035 | MDF program | $0.00 |
| Winn-Dixie Stores, Inc. | | Confidentiality Agreement | | Loomis Fargo & Company | 3650 Morris Farm Drive, Unit 1D  Greensboro, NC 27409 | Confidentiality Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Indemnity Agreement | | Lorillard Tobacco Company | 714 Green Valley Road  Greensboro, NC 27408 | Indemnity Agreement relatinig to sale of cigarettes. | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Louisiana Lottery | 55 Laurel Street  Baton Rouge, LA 70801 | Lottery Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MLA | LOUISIANA MEDICAID | P.O.Box 91030  Baton Rouge, LA 70821-9030 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 604, 608 | Maintenance Agreement - Store | | LUTHER'S LAWN & LANDSCAPING | 5739 Connell Rd  Plant City, FL 33567 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | MacKinney Systems | 4411 E. State Hwy D F Springfield, MO 65809 | CICS/MAPR II, CICS OLFU | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | MacKinney Systems | 4411 E. State Hwy D F Springfield, MO 65809 | VTAM Virtual Printer | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 002141G00 01 | Macro4 | 35 Waterview Blvd.   Parsippany, NJ 07054-0292 | DUMPMASTER (rental) | $7,766.60 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 002141G00 04 | Macro4 | 35 Waterview Blvd.   Parsippany, NJ 07054-0292 | VTAMPRINT VSE (rental) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Letter Agreement | Macro4 | 35 Waterview Blvd.   Parsippany, NJ 07054-0292 | VTAMPRINT MVS | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 002141G00 03 | Macro4 | 35 Waterview Blvd.   Parsippany, NJ 07054-0292 | TUBES VM (rental) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 002141G00 03 | Macro4 | 35 Waterview Blvd.   Parsippany, NJ 07054-0292 | VSAMTUNE VSE (rental) | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | MacroVision | 900 National Parkway  Suite 125 Schaumburg, IL 60173-5108 | Admin Studio | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MPB | MANAGED Pharmacy BENEFITS | 110 N. College, Suite 900  Tyler, TX 75702 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Management Computer Systems Corp. | 14 Walnut Ave.  Clark, NJ 07066 | MCS for windows SQL | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Marx Brothers | 3100 Second Avenue South  Birmingham, AL 35233 3102 Second Avenue South  Birmingham, AL 35234 3100 Second Avenue South  Birmingham, AL 35233 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | 608, 675, 683 | Maintenance Agreement - Store | | MASTER LAWN MAINTENANCE | PO Box 5621  Plant City, FL 33563 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MAX | MAXICARE | 5550 77 Center Drive, Suite 380  Charlotte, NC 28217 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MXP | MAXORPLUS | 320 S. Polk Street, Suite 200  Amarillo, TX 79101 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | MCKESSON HEALTH | 9700 N. 91st Street, Suite 232  Scottsdale, AZ 85258-5036 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | MEDCARE USA | 10680 Treena St, 5th Floor  San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | MEDCO HEALTH | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | DME | MEDICARE - DURABLE MED EQUIP | 1 West Pack Square, Suite 1400, BB&T Building  Asheville, NC 28801 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | MEDICARE & MORE | 2505 S. Findley Road, Suite 110  Lombard, IL 60148 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | MEDICARE & MORE (Aetna) | 151 Farmington Avenue  Hartford, CT 06156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | MEDIMPACT | 10680 Treena St, 5th Floor  San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MEI | MEDIMPACT | 10680 Treena St, 5th Floor  San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDT | MEDTRAK SERVICES | 6400 Glenwood, Suite 104  Overland Park, KS 66202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | HR/Compensation Vendor | | Mercer | 1166 Avenues of the Americas 28th Floor New York, NY 10036 | Contractor for Surveys - market pricing information and research relating to compensation, cost-of-living,, HR demographics, and benefit issues. | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Mercury | 379 N. Whisman Road  Mountain View, CA 94043-3969 | LoadRunner | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MRT | MERIT HL PL-HLTH STRATEGIES | Two Perimeter Park South, Suite 200 W  Birmingham, AL 35243 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Metafile Information Systems | 2900 43rd Street NW  Rochester, MN 55901-5895 | Metaviewer Software Support | $0.00 |
| Winn-Dixie Stores, Inc. | South | Advertising Agreement | N/A | MG Tampa Tribune | 200-202 S. Parker St.  Tampa, FL 33606 | Dollar Volume | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | MI M'CARE CARD/FIRST HEALTH | 4300 Cox Road  Glen Allen, VA 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License | | Microsoft Licensing, GP | 7000 N State Hwy 161  Irving , TX 75039 | Microsoft Select License Agreement dated 11/11/03 | $0.00 |
| Winn-Dixie Stores, Inc. | 2281, 2313, 2334, 2375, 3650, 2652, 2654, 2390 | Maintenance Agreement - Store | | MILLENNIUM | 2864 STATEN DRIVE  DELTONA, FL 32738 | PRESSURE WASHING | $0.00 |
| Multiple | Multiple | Utility Agreement | G-01383 | Mississippi Power | Jan Stuart  401 W. Main Avenue  Lumberton, MS 39455 | Contracts for electric service in Mississippi locations | $0.00 |
| Winn-Dixie Stores, Inc. | 533 | Maintenance Agreement - Store | | MODERN LANDSCAPE DESIGN, LLC | 3700 HIGHWAY 39 NORTH  MERIDIAN , MS 39301 | MAINTENANCE | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | MY PHARMACARE | 695 George Washington Highway  Lincoln, RI 02865 Mark | Prescription Benefit Contract | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NCT | N.C. STATE EMPLOYEE/TEACHERS | P.O. Box 30111  Durham , NC 27702 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | South | Advertising Agreement | 14370 | Naples  Daily News | 1075 Central Ave  Naples, FL 34102 c/o Receivable Management Services  PO Box 5126  Timonium, MD 21094 | Purchase of advertising space. | $18,824.20 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | National Health Information Network | 101 Jim Wright Freeway South 200 Ft. Worth , TX 76108-2202 | PDX Internet Web Engine | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | National Health Information Network | 101 Jim Wright Freeway South 200 Ft. Worth , TX 76108-2202 | Drug, Warning and Spanish Education File | $0.00 |
| Winn-Dixie Stores, Inc. | | License Agreement | | National Health Information Network, Inc. | 101 Jim Wright Freeway Sth., #200  Fort Worth, TX 76108-2202 | Claims direction/switch administration | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NPA | NATIONAL PRESCRIPTION ADMIN. | P.O. Box 1981  East Hanover, NJ 07936 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Network General | 178 E. Tasman Drive  San Jose , CA 95134 Dept. 33621  PO Box 39000  San Francisco, CA 94139 | Sniffer-Pro Lan | $12,133.80 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Network Solution | 13200 Woodland Park Road  Herndon, VA 20171 | Domain name | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NET | NETWORKS PRESCRIPTION DRUG S | 695 George Washington Hwy  Lincoln, RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MNC | NORTH CAROLINA MEDICAID | 2515 Mail Service Center  Raleigh, NC 27699-2515 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | West | Advertising Agreement | N/A | Northwest Florida Daily News | 200 Racetrack Road NW  Fort Walton Beach, FL 32547 | Preprint inserts in newspapers. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NOS | NOVA SCRIPT/PROCARE PBM | 6005 Wayzata Blvd  St Louis Park, MN 55416 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | NY M'CARE CARD/FIRST HEALTH | 4300 Cox Road  Glen Allen, VA 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Master Service Agreement | | ObjectWatch | 13359 US Hwy 183N Suite 406 Box 232 Austin, TX 78759 | MSA | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Office of Public Health Center for Preventive Health | 325 Loyola Avenue Room 406 P.O. Box 60630 New Orleans, LA 70160, LA 70160 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MOH | OHIO MEDICAID | 30 East Broad Street  Colombus, OH 43266-0423 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MOK | OKLAHOMA MEDICAID | 4545 North Lincoln Blvd, Suite 124  Oklahoma City, OK 73154 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | OMS | OMNISYS INC | 2824 Terrell Road, Suite 602  Greenville, TX 75403 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 1570, 1571 | Maintenance Agreement - Store | | OPELOUSAS SWEEPERS | P.O. BOX 803  OPELOUSAS, LA 70571 | SWEEPING | $2,150.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | OPU | OPUS HEALTH PLAN | 1324-106 Motor Parkway  Hauppauge, NY 11788 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Oracle | P.O. Box 71028  Chicago, IL 60694-1028 | Oracle Database Name User License | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | OutlookSoft | 100 Prospect Street North Tower Stamford, CT 06901 | Outlook Soft EAP | $0.00 |
| Winn-Dixie Stores, Inc. | | Supply Agreement | | Owens-Illinois Prescription Products, Inc. | 1 Sea Gate  Toledo, OH 43666 | Prescription vial supply | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | PA M'CARE CARD/FIRST HEALTH | 4300 Cox Road  Glen Allen, VA 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PAC | PACIFICARE | 221 N. Charles Lindbergh Drive  Salt Lake City, UT 84116 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSO | PACIFICARE OF FLA | 10833 Valley View Drive  Cypress, CA 90630 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PAI | PAID PRESCRIPTIONS | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Park City Group | P.O. Box 4000  Park City, UT 84060 | FSG Remote Site Software (ROI Cash Report) | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | PARTNERS (NON-$600 CREDIT) | 13900 Riverport Drive  Maryland Heights, MO 63043 | Prescription Benefit Contract | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | Peak Technologies | 9200 Berger Road  Columbia, MD 21046 c/o RR Donnelley  3075 Highland Pkwy.  Downers Grove, IL 60515 | Printers | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | Peak10 | 8810 Lenox Point Drive  Charlotte, NC 28273 | Data Center Space (Jax-Colo-CABQTR); Advanced Managed Hosting Package (JAX-BBW-P90-1.0 and JAX-ADVHOST); Offsite Tape Storage(JAX-Backup-offsite); JAX-SYSADMIN and JAX-Hardware; Data Center Space(RDU-RACKUNIT); Internet Bandwidth(RDU-BBW-P90-.256; Standard Managed Hosting Package (RDU-STDHOST) | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | PECO Pallet, Inc. | 29 Wells Avenue Bldg 4 Penthouse Yonkers, NY 10701 | Pallett use | $0.00 |
| Winn-Dixie Stores | All | Indemnity Agreement | | Penn-Pak Inc. | P.O. Box 290  Madison, GA 30650 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | PeopleSoft | 500 West Monroe Street  Chicago, IL 60661 | PeopleSoft HRMS | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | PeopleSoft | 500 West Monroe Street  Chicago, IL 60661 | Merant Net Express | $0.00 |
| Winn-Dixie Stores, Inc. | All | Service Agreement | | Peoplewise-Lexis/Nexis | 700 E. Technology Ave. Building E, Suite 2200  Orem, UT 84097 | Open-ended contract-vendor for Background checks, Pharmacy certification checks and DMV checks. | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Peregine | 3611 Valley Centre Drive  San Diego, CA 92130 | Service Center, Get-IT | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PRF | PERFORM COST MANAGEMENT | 9700 North 91st Street, Suite 232  Scottsdale, AZ 85258 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 602, 664, 667, 705 | Maintenance Agreement - Store | | PERFORMANCE POWER SWEEP | PO Box 146  Bartow, FL 33831 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCR | PHARMA CARE | 695 George Washington Hwy  Lincoln, RI 02865 Mark Minuti, Esq.  Saul Ewing LLP  222 Delaware Avenue Suite 1200 PO Box 1266  Wilmington, DE  19899 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PNR | PHARMACARE NET RX | 25 Blackstone Valley Place  Lincoln, RI 2865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCS | PHARMACEUTICAL CARD SYSTEM | 9501 East Shea Blvd  Scottsdale, AZ 85260 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCN | PHARMACEUTICAL CARE NETWORK | 9343 Tech Center Drive, Suite 200  Sacramento, CA 95826 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PYA | Pharmacy ACCESS | P.O. Box 3010  Andover, MA 01810 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PHA | Pharmacy ASSOCIATES INC | P.O. Box 23007  Little Rock, AK 72221 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PYB | Pharmacy BENEFIT ADMINISTRAT | 10655 NW 29th Terrace  Miami, FL 33172 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PBA | Pharmacy BUSINESS ASSOCIATES | 1575 N Universal Avenue, Suite 100  Kansas City, MO 64120 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCI | Pharmacy CARD INC | 135 Chesterfiels Lane  Maumee, OH 43537 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | Pharmacy CARE ALLIANCE | 13900 Riverport Drive  Maryland Heights, MO 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | Pharmacy CARE ALLIANCE | 13900 Riverport Drive  Maryland Heights, MO 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PDN | Pharmacy DIRECT NETWORK | 221 N. Charles Lindbergh Drive  Salt Lake City, UT 84116 | Prescription Benefit Contract | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PNY | **Pharmacy SERV CORP NEW YORK** | 210 Great Oaks Blvd  Albany, NY 12203 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSG | **Pharmacy SERVICES GROUP** | 1200 South Pine Island Road #300  Plantation, FL 33324 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **Pharmacy SMART CARD** | P.O. Box 407  Boys Town, NE 68010 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSR | **PHARMASURE INC.** | 728 Shades Creek Parkway, Suite 100  Birmingham, AL 35209 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PNC | **PHCY NTWK NATIONAL CORP** | 1540 H Wade Hampton Blvd  Greenville, SC 29605 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PHP | **PHP TENN CARE** | 201 Executive Center Drive, Suite 300  Columbia , SC 29210 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **PREFERRED PRESCRIPTION DISCT** | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSI | **PREFERRED SOLUTIONS INC.** | 30 Hunter Lane  Camp Hill, PA 17011 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PRS | **PRESCRIP** | 125 Venture Blvd  Spartanburg, SC 29306 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PBS | **PRESCRIPTION BENEFIT SERVICE** | 5440 North Cumberland Avenue, Suite 250  Chicago, IL 60656 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PDS | **PRESCRIPTION DELIVERY SYSTEM** | P.O. Box 340  Hatboro, PA 19040 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **PRESCRIPTION DISCOUNT CARD** | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PHS | **PRESCRIPTION HEALTH SERVICES** | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PPW | **PRESCRIPTION PROCESSING SERV** | 3611 Queen Palm Drive, Tampa FL 33630 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **PRESCRIPTION SOLUTIONS** | 3515 Harbor Boulevard  Costa Mesa, CA 92626 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSA | **PRESCRIPTION SRVCS AMERICA** | P.O. Box 52727  Lafayette, LA 70505 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Logistics, Inc. | Winn-Dixie Lo | Service Agreement | | **Prime Cut Lawn & Tractor Work** | 31227 N. Horshoe  Independence, LA 70443 | Lawn maintenance for Logistics and Winn Dixie Dairy | $830.00 |
| Winn-Dixie Stores, Inc. | 1453, 1467, 1577, 1579, 1581, 1589 | Maintenance Agreement - Store | | **PRO SWEEP** | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769<br>12522 WINDERMERE OAKS<br>BATON ROUGE LA 70810 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 1461 | Maintenance Agreement - Store | | **PRO SWEEP** | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 1576 | Maintenance Agreement - Store | | **PRO SWEEP** | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 1590 | Maintenance Agreement - Store | | **PRO SWEEP** | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 1591 | Maintenance Agreement - Store | | **PRO SWEEP** | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCP | **PROCARE PBM** | 3090 Premiere Parkway, Suite 100  Duluth, GA 30097 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCE | **PROCARE RX** | 3090 Premiere Parkway, Suite 100  Duluth, GA 30097 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 495 | Maintenance Agreement - Store | | **PROFESSIONAL LAWN CARE & LANDSCAPING** | 7201 BRUNER STREET  PENSACOLA, FL 32526 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 429, 433, 435, 463, 468, 482, 500, 517, 525, 527, 531 | Maintenance Agreement - Store | | **PROPERTY MANAGEMENT SERVICE, LLC** | P.O. BOX 210861  MONTGOMERY , AL 36112 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PRO | **PRO-SERV** | P.O. Box 5012  Thousand Oaks, CA 91359 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PVA | **PROVANTAGE (FORMERLY BCM)** | P.O. Box 1662  Waukesha, WI 53187 | Prescription Benefit Contract | $0.00 |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | **Provided Services (North Carolina Medicaid)** | 1985 Umstead Dr  Raleigh, NC  27603 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PMP | **PROVIDER MEDICAL PHARM. INC.** | City Plex Towers Building (50th Floor)  Tulsa, OK 74137 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PRX | **PRXN PRESCRIPTION DRUG PLAN** | 2505 North Highway 360, Suite 670  Grand Prarie, TX 75050 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | HR Vendor | | **Quest Diagnostics** | 1201 South Collegeville Road  Collegeville, PA 19426 | Contract for Drug Screens | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Quest Software** | 8001 Irvine Center Drive  Irvine, CA. 92618 | PS Production SVR | $5,223.90 |
| Winn-Dixie Stores, Inc. | | Transportation Contract | | **Quickway Logistics, Inc.** | 113 CANDY LANE  NASHVILLE TN 37211 | Dedicated Transportation Agreement to haul milk, dated11/5/03 | $0.00 |
| Winn-Dixie Stores, Inc. | 512 | Maintenance Agreement - Store | | **R. J.'s SWEEPER SERVICE** | P.O. BOX 1131  CENTURY, FL 32535 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 518 | Maintenance Agreement - Store | | **R. J.'s SWEEPER SERVICE** | P.O. BOX 1131  CENTURY, FL 32535 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | **Radiant** | 3925 Brookside Parkway  Alpharetta, GA 30022 | Fuel CRC Hardware | $53,010.63 |
| Winn-Dixie Stores, Inc. | HDQ | Service Agreement | | **RCG Information Technology** | 20 North Orange Ave. Suite 705 Orlando, FL 32801 | MSA | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RBW | **REGENCE B/SHIELD OF WASHINGT** | PO Box 1071  Portland, OR 97207 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RBO | **REGENCE BC/BS OF OREGON** | 201 High Street, SE  Salem, OR 97309 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All Manufactu | Maintenance Agreement | n/a | **Republic Refrigeration Inc.** | 2890 Gray Fox Road  Monroe , NC 28110 | Twice yearly vibration analysis on 100 compressors and 8 hours refresher course on refrigeration system. | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Master Service Agreement | | **Resource Spectrum (Consulting Spectrum)** | 967 West Wall Street Suite 100 Grapevine, TX 76051 | Revised MSA | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Responsive Systems Company** | 281 Highway 79  Morganville, NJ 07751 | Buffer Pool Tool for DBS and Buffer Pool Optimizer | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **RESTAT** | 724 Elm Street, P.O. Box 758  West Bend, WI 53095 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXE | **RESTAT** | 724 Elm Street, PO Box 758  West Bend, WI 53095 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Retalix** | 1501 Woodfield Road Suite 210 Schaumburg, IL 60173 | Triceps | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Retalix** | 1501 Woodfield Road Suite 210 Schaumburg, IL 60173 | Biceps, Abs, Prompt | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | REX | **REX CLUB** | 240 Corporate Boulevard  Norfolk, VA 23502 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | **Rinaldi Printing Co.** | 4514 Adamo Drive  Tampa, FL 33605 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXV | **RX ADVANTAGE** | P.O. Box 66048  Tucson, AZ 85728 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXA | **RX AMERICA** | 369 Billy Mitchell Road  Salt Lake City, UT 84116 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXW | **RX CONNECTIONS** | 1925 Enterprise Parkway  Twinsburg, OH 44087 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RDR | **RX DIRECT** | 852 East Arrowhead Lane  Murray, UT 84107 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXN | **RX NET OF CA** | 30 West Spring Street  Columbus, OH 43215 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXP | **RX PRIME** | 900 Cottage Grove Road  Hartford, CT 6152 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **RX SAVINGS ACCESS CARD** | 9700 N. 91st Street, Suite 232  Scottsdale, AZ 85258-5036 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXL | **RX SOLUTIONS-WRK COMP** | 3515 Harbor Boulevard  Costa Mesa, CA 92626 | Prescription Benefit Contract/Workers Compensation | $0.00 |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXT | RXCARE/ PHP CARITEN WRK COMP | 226 Capitol Boulevard, Suite 510  Nashville, TN 37219 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RCH | RXCHANGE | 3651 Ridge Mill Drive  Columbus, OH 43206 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | RXSAVINGS | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | RXSAVINGS: MINNONITE MUTUAL | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | RXSAVINGS: READERS DIGEST (PCS) | 9501 East Shea Blvd  Scottsdale, AZ 85260 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RWS | RXWEST | 9 Inverness Drive East  Englewood, CO 80112 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 144, 123 | Maintenance Agreement - Store | | SAGES LAWN SERVICE | 3105 CR 121  BALDWIN, FL 32234 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SAV | SAV-RX | 1612 North Bell Street  Fremont, NE 68025 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SAV-RX MED-ADVANTAGE | 1612 North Bell Street  Fremont, NE 68025 SAVRX Advantage 224 NORTH PARK AVE FREMONT, NE 68025 | Prescription Benefit Contract | $2,135.15 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | SC Dept. of Health & Human Services (South Carolina Medicial) | 1801 Main Street Medicial Provider Enrollment Columbia , SC 29201 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MIM | SCRIP SOLUTIONS | 33 North Road  Wakefield, RI 02879-2164 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SCRIP SOLUTIONS CHOICE | 33 North Road  Wakefield, RI 02879-2164 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SCRIP SOLUTIONS FREEDOM | 33 North Road  Wakefield, RI 02879-2164 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SCR | SCRIPCARD | 448 East 6400 South, Suite 400  Salt Lake City, UT 84107 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SCI | SCRIPT CARE INC. | 155 IH-10 North, Suite 5  Beaumont, TX 77707 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SCT | SCRIPT NET | 2251 South Jones Boulevard  Las Vegas, NV 89146 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SCRIPTSAVE PLUS-PREMIER | 333 E. Wetmore, 4th Floor  Tucson, AZ 85705 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SSV | SCRIPTSAVE, INC | 161 S. Lincolnway Street, Suite 203  North Aurora, IL 60542 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SIA | SELF-INSURANCE ADMINISTRATOR | P.O. Box 81189  Lafayette, LA 70598-1189 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | SendMail | 6425 Christie Ave. 4th Floor Emeryville, CA 94608 | Sendmail | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License and Maintenance | | Serena Software Inc. | 3445 NW 211th Avenue  Hillsboro, OR 97124 3445 NW 211th Terrace  Hillsboro OR 97124 PO BOX 201448 DALLAS, TX 75320-1448 | Software License Schedule to Master License Agreement dated 3/1/04; Changeman and TeamTrack | $122,566.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SPP | SERVU PRESCRIPTION PLAN | 416 Mary Lindsay Polk Drive, Suite 515  Franklin, FL 37067 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | SHPs | 11405 Bluegrass Parkway Attn: Kathy Carwile Louisville, KY 40299 | FSA's | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Sirius | 613 NW Loop Suite 410  San Antonio, TX 78216 | DB2 Software for WorkBrain p570 Server | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Sirius | 613 NW Loop Suite 410  San Antonio, TX 78216 | F5 SWMA for AIX Processor | $0.00 |
| Winn-Dixie Stores | | Equipment Lease | | SIRIUS Computer Solutions, Inc. | 613 N.W. Loop 410, Ste. 1000  San Antonio, TX 78216 112 E Pecan, Ste 1800  San Antonio, TX 78205 | Sub-agreement of master agreement 1-1TN97-CA: install and configure hardware management console. | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores | | IT-Hardware Lease | | SIRIUS Computer Solutions, Inc. | 613 N.W. Loop 410, Ste. 1000  San Antonio, TX 78216 | Sub-agreement of master agreement 1-1TN97-CA: renatl of hardware and software | $0.00 |
| Winn-Dixie Stores | | IT-Hardware Lease | | SIRIUS Computer Solutions, Inc. | 613 N.W. Loop 410, Ste. 1000  San Antonio, TX 78216 | Sub-agreement of master agreement 1-1TN97-CA: DB2 Software | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | SkyBridge | 161 Village Parkway Bldg 7 Marietta, GA 30067 | PeopleSoft Financials | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PMK | SMARTPLAN | 33 North Road  Peach Dale, RI 02883 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SMC | SMCRX, INC. | 4535 Missouri Flat Road, Suite 200  Placerville, CA 95667 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Software Diversified Services | P.O. Box 32707  Minneapolis, MN 55432 | IPCP Plus (S/N 047534, CPU 2064-1C9) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Software Engineering of America | 1230 Hempstead Turnpike  Franklin Square, NY 11010 | MNT SAVRS/VTAM PROG PROD | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MSC | SOUTH CAROLINA MEDICAID(Allwin Data Services) | 4290 Indianola Avenue  Colombus, OH 43214 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | SPSS | 233 S. Wacker Drive 11th Floor Chicago, IL 60606-6412 | Forecasting Tool for Merchandising | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | SRC | 131 N. Glassell Street Suite 200 Orange, CA 92866 | Allocate Market Bundle | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Steton Technology Group | 2711 Santa Clara Drive Suite 200 Santa Clara, UT 84765 | Quality Suite | $1,992.84 |
| Winn-Dixie Stores, Inc. | 642, 684 | Maintenance Agreement - Store | | SUNCOAST PARKING LOT SERVICE Inc. | PO Box 4255  Seminole, FL 33776  11709 106TH AVENUE N  SEMINOLE, FL 33778 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SXC HEALTH SOLUTIONS | 7047 E. Greenway Parkway, Suite 360  Scottsdale, AZ 85254 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 1559 | Maintenance Agreement - Store | | T & A ENTERPRISE | 3208 OLIVER ROAD  JEANERETTE, LA 70544 | SWEEPING AND LANDSCAPING | $1,225.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | T. Rowe Price | 100 East Pratt Street  Baltimore, MD 21202 | 401(k) vendor | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Agreement | | Talx Corp. | 135 SOUTH LASALLE         DEPT 4076  CHICAGO              , IL    60674-4076 | HR Services | $0.00 |
| Winn-Dixie Stores, Inc. | | HR Vendor | | Talx Corp. | 1850 Broman Court  St. Louis, MO 63146  PO BOX 790051  ST LOUIS MO 63179 | Employment Verification contractor | $932.40 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | TCI Solutions | 17752 Skypark Circle Suite 160 Irvine, CA 92614 | HDQ Solution HQPM2 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | TCI Solutions | 17752 Skypark Circle Suite 160 Irvine, CA 92614 | Integration Workbench | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TDI | TDI MANAGED CARE SERVICES Inc. | 620 Epsilon Drive  Pittsburgh, PA 15238  695 GEORGE WASHINGTON HWY  LINCOLN RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TNN | TENNCARE-FIRST HEALTH | P.O. Box 24486  Nashville, TN 24486 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TXH | TEXAS HEALTH CHOICE | P.O. Box 15645  Las Vegas, NV 89114-5645 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | West | Newspaper Ad | N/A | The Birmingham News | 2200 Fourth Ave North  Birmingham, AL 35202 | Preprint | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | The Fifth Dimension | Yeomans Drive  Buckinghamshire, England MK14 5LS | Apollo Total Store License | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | OAT | THE OATH-A HLTH PLAN FOR ALA | Twp Perimeter Park South, Suite 200 West  Birmingham, AL 35243 | Prescription Benefit Contract | $0.00 |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | OPN | THE OPEN Pharmacy NETWORK | 369 Bill Mitchell Road  Salt Lake City, UT 84111 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | WPN | THE WELLNESS PLAN OF N. C. | 695 George Washington Hwy, PO Box 519  Lincoln, RI 2865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TPS | THIRD PARTY SOLNS.GA,CAROLIN | P.O. Box 17124  Memphis, TN 38187-0124 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 454 | Maintenance Agreement - Store | | THOMLEY'S VAC-U-SWEEP | 103 WAVERLY CIRCLE  DOTHAN, AL 36301 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 457 | Maintenance Agreement - Store | | THOMLEY'S VAC-U-SWEEP | 103 WAVERLY CIRCLE  DOTHAN, AL 36301 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT - Consulting Agreement | Steve Patterson | Threshold Consulting Services | 200 N. Garden Ave.  Clearwater, FL 33755 | Hyperion Intelligence Information Engineer | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Consulting Agreement | John Bailey | Threshold Consulting Services | 200 N. Garden Ave.  Clearwater, FL 33755 | TCI | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Consulting Agreement | Mike Holt | Threshold Consulting Services | 200 N. Garden Ave.  Clearwater, FL 33755 | Sales Planning Management System | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License and Maintenance | | Tomax | 224 South 200 West  Salt Lake City, UT 84101 | Software License Agreement dated 6/28/02; Labor Scheduler | $0.00 |
| Winn-Dixie Stores, Inc. | 1453, 1590, 1591 | Maintenance Agreement - Store | | TOTAL GROUNDS MAINTENANCE LLC | P.O. BOX 77952  BATON ROUGE, LA 70879 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 481 | Maintenance Agreement - Store | | TOTAL MAINTENANCE OF BAY COUNTY, INC. | 2326 EAST 34TH PLACE  PANAMA CITY, FL 32405 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 487 | Maintenance Agreement - Store | | TOTAL MAINTENANCE OF BAY COUNTY, INC. | 2326 EAST 34TH PLACE  PANAMA CITY, FL 32405 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 488 | Maintenance Agreement - Store | | TOTAL MAINTENANCE OF BAY COUNTY, INC. | 2326 EAST 34TH PLACE  PANAMA CITY, FL 32405 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 552 | Maintenance Agreement - Store | | TOTAL MAINTENANCE OF BAY COUNTY, INC. | 2326 EAST 34TH PLACE  PANAMA CITY , FL 32405 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TSC | TOTAL SCRIPT | 10901 West 120th Avenue, Suite 110  Broomfield, CO 80021 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TPH | TOUCHPOINT/NAVITUS HEALTH | P.O. Box 101632  Pittsburgh, PA 15237 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores | See Exhibit A | Supply Agreement | 12 | Trex Company, Inc. | 160 Exeter Drive  Winchester , Virgina 32203 | Purchases Recycle Waste / Polyethylene | $0.00 |
| Winn-Dixie Stores, Inc. | 1854 | Maintenance Agreement - Store | | TRI-COUNTY STRIPING & SWEEPER | P.O. BOX 301  CENTERVILLE, GA 31028 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TBC | TRUST PLUS | 6712 Old Canton Road, Suite 5  Ridgeland, MS 39157 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | U SHARE PRESCRIPT DISC CARD | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | HR Vendor | | UCAC | 5737 Corporate Way  West Palm Beach, FL 33407-2097 | Unemployment Claims contractor | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | UHP HEALTHCARE | 10680 Treena St, 5th Floor  San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | UHC | UNITED HEALTHCARE | 2307 W. Cone Blvd.  Greensboro, NC 27408 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | UPS | UNITED PROVIDER SERVICES | 5125 Davis Blvd.  Ft. Worth, TX 76180<br>695 GEORGE WASHINGTON HWY<br>LINCOLN RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | UNP | UNIVERSAL MGD PRESC. BENEFIT | 4201 South 87th Street  Omaha, NB 38127 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | URX | UNIVERSAL RX | One Columbia Place  Greensburg, PA 15601 | Prescription Benefit Contract | $0.00 |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | All | Service Agreement | N/A | Upromise | 117 Kendrick St, Ste 200  Needham, MA 2494 | Develop, market, and administer a marketing and savings network for manufacturers. Provision of investments of rebates given to customers. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | USH | US HEALTHCARE - HMO | 1000 Middle Street  Middletown, CT 6457 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | USC | US SCRIPT | 1300 E Shaw, Suite 173  Fresno, CA 93710 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Confidentiality Agreement | N/A | Valassis Sales and Marketing, Inc. | 19975 Victor Parkway  Livonia, MI 48152 | Confidential Disclosure | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | VRX | VALUE RX (MEDICOST) | 1825 South Woodward Ave, Suite 200  Bloomfield Hills, MI 48302 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 473, 549, 571, 596, 1333 | Maintenance Agreement - Store | | VAN ELMORE SERVICES, INC. | 19 ASHLEY DRIVE  MOBILE, AL 36608 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 495 | Maintenance Agreement - Store | | VAN ELMORE SERVICES, INC. | 19 ASHLEY DRIVE  MOBILE, AL 36608 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Vanguard | 3035 E. Patrick Lane Suite 11 Las Vegas, NV 89120-3748 | Administrator maintenance 1000-MNA-140-151-18 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Vanguard | 3035 E. Patrick Lane Suite 11 Las Vegas, NV 89120-3748 | Password reset | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Vanguard | 3035 E. Patrick Lane Suite 11 Las Vegas, NV 89120-3748 | Administrator maintenance 1000-MNA-151-18 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | ViaLink | P.O. Box 200457  Houston, TX 77216-0457 | | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MVA | VIRGINIA MEDICAID | 600 East Broad Street, Suite 1300  Richmond , VA 23219 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | VYT | VYTRA HEALTH PLAN | 7 West 34th Street  New York, NY 10001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | WALGREEN'S HEALTH INITIATIVE | 2275 Half Day Road, Suite 250  Bannockburn, IL 60015 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | WELLBORN HEALTH PLAN | 10680 Treena St, 5th Floor  San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | WELLPOINT Pharmacy MANAGEMENT | P.O. Box 4488  Woodland Hills, CA 91365 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | WIN | WHP HEALTH INITIATIVES, INC. | 2275 Half Day Road, Suite 250  Bannockburn, IL 60015 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | WMS | WMS RX DRUG PLAN | 3090 Premiere Parkway, Suite 100  Duluth, GA 30097 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Workbrain | PO Box 503123  St Louis, MO  63150-2123 3440 PRESTON RIDGE ROAD, SUITE 100 ALPHARETTA, GA 30005 | WorkBrain ERM 3.0 Workforce Management | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Workshare | 20 Fashion Street  London, England E1 6PX | DeltaView Software Subscription Support | $0.00 |
| | | | | | | | |

**<u>Exhibit B</u>**

Exhibit B
Subleases for Assumption

| Store # | | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Proposed Cure Amount |
|---|---|---|---|---|
| 2231 | SubLease Agreement | OFFICE DEPOT INC #110 | OFFICE DEPOT INC #110 2200 OLD GERMANTOWN ROAD , DELRAY BEACH  FL  33445 0000 | $0.00 |
| 362 | SubLease Agreement | OFFICE DEPOT#025 | OFFICE DEPOT#025 2200 OLD GERMANTOWN ROAD , DELRAY BEACH  FL  33345 0000 | $0.00 |
| 2290 | SubLease Agreement | OFFICE DEPOT, INC.#511 | OFFICE DEPOT, INC.#511 2200 OLD GERMANTOWN ROAD , DELRAY BEACH  FL  33445 0000 | $0.00 |
| 531 | SubLease Agreement | COMMUNITY BANK & TRUST | COMMUNITY BANK & TRUST P.O. BOX 1900 CORNELIA, GA., 30531 0000 | $0.00 |
| 439 | SubLease Agreement | COMMUNITY BANK AND TRUST | COMMUNITY BANK AND TRUST 474 NORTH MAIN STREET ATTN: CINDY STAVELY, CORNELIA  GA  30531 0000 | $0.00 |
| 251 | SubLease Agreement | DIMA'S JEWELRY, INC | DIMA'S JEWELRY, INC 3275 CORAL WAY , MIAMI  FL  33145 0000 | $0.00 |
| 368 | SubLease Agreement | FIDELITY FEDERAL SAVINGS BANK | FIDELITY FEDERAL SAVINGS BANK 218 DATURA STREET , WEST PALM BEACH  FL  33401 0000 | $0.00 |
| 358 | SubLease Agreement | FIRST STATE BANK OF THE KEYS | FIRST STATE BANK OF THE KEYS 1201 SIMONTON STREET , KEY WEST  FL  33040 0000 | $0.00 |
| 317 | SubLease Agreement | INT'L BANKING(1ST STATE BANK O | INT'L BANKING(1ST STATE BANK O  1770 INDIAN TRAIL ROAD, NORCROSS  GA  30093 0000 | $0.00 |
| 254 | SubLease Agreement | JOSE PENA (ENEIDA FASHIONS,INC | L & E JEWELRY 11241-D S.W. 40TH STREET , MIAMI  FL  33165 0000 | $0.00 |
| 254 | SubLease Agreement | L & E JEWELRY | LA GARDENIA CORPORATION 11425 SW 41 ST STREET , MIAMI  FL  33165 0000 | $0.00 |
| 254 | SubLease Agreement | LA GARDENIA CORPORATION | JOSE PENA (ENEIDA FASHIONS,INC 11241 SW 40TH ST , MIAMI  FL  33165 0000 | $0.00 |
| 1329 | SubLease Agreement | NATIONAL COMMERCE BANK | NATIONAL COMMERCE BANK ONE COMMERCE SQUARE , MEMPHIS  TN  38150 0000 | $0.00 |
| 218 | SubLease Agreement | OCEAN BANK | OCEAN BANK 780 NW 42ND AVE SUITE 600, MIAMI  FL  33126 0000 | $0.00 |
| 274 | SubLease Agreement | OCEAN BANK | OCEAN BANK 780 NW 42ND AVENUE SUITE 600, MIAMI  FL  33126 0000 | $0.00 |
| 254 | SubLease Agreement | PARADISE TRAVEL CENTER | PIALEX COMMUNICATIONS, INC. C/0 ALEX MARTINEZ 14290 SW 122 COURT, MIAMI  FL  33186 0000 | $0.00 |
| 254 | SubLease Agreement | PIALEX COMMUNICATIONS, INC. | PARADISE TRAVEL CENTER C/O BARBARA MUSIBAY 2925 SW 93RD PLACE, MIAMI  FL  33165 0000 | $0.00 |
| 469 | SubLease Agreement | REGIONS BANK | REGIONS BANK P.O. BOX 1448 , MONGOMERY  AL  36102 0000 | $0.00 |
| 564 | SubLease Agreement | REGIONS BANK | REGIONS CORP. REAL ESTATE ATTN: PORTFOLIO ADMIN. 7130 GOODLETT FARMS PKWY, CORDOVA  TN  38106 0000 | $0.00 |
| 580 | SubLease Agreement | REGIONS BANK | REGIONS CORP. REAL ESTATE ATTN: PORTFOLIO ADMIN. 7130 GOODLETT FARMS PKWY, CORDOVA  TN  38016 0000 | $0.00 |
| 591 | SubLease Agreement | REGIONS BANK | REGIONS CORP. REAL ESTATE ATTN: PORTFOLIO ADMIN. 7130 GOODLETT FARMS PKWY, CORDOVA  TN  38016 0000 | $0.00 |
| 595 | SubLease Agreement | REGIONS BANK | REGIONS BANK 417 NORTH TWENTIETH ST. , BIRMINGHAM AL  35203 3203 | $0.00 |
| 1555 | SubLease Agreement | REGIONS BANK | REGIONS BANK 800 SOUTH LEWIS ST P O BOX 11240, NEW IBERIA  LA  70562 1240 | $0.00 |
| 729 | SubLease Agreement | SUNSET COVE | Sunset Cove Marco, LP 1100 5th Ave. South Suite 405 , Naples, FL 34102 | $0.00 |
| 166 | SubLease Agreement | THE HERITAGE BANK | THE HERITAGE BANK ATTN: BRANCH ADMINISTRATOR SVP PO BOX 1009, HINESVILLE  GA  31310 8009 | $0.00 |
| 222 | SubLease Agreement | TROPICAL FINANCIAL CREDIT UNIO | TROPICAL FINANCIAL CREDIT UNIO 8000 N.W. 7TH STREET , MIAMI  FL  33126 4099 | $0.00 |
| 250 | SubLease Agreement | TROPICAL FINANCIAL CREDIT UNIO | TROPICAL FINANCIAL CREDIT UNIO 8000 N.W. 7TH STREET , MIAMI  FL  33126 4099 | $0.00 |
| 291 | SubLease Agreement | TROPICAL FINANCIAL CREDIT UNIO | TROPICAL FINANCIAL CREDIT UNIO 8000 N.W. 7TH STREET , MIAMI  FL  33126 4099 | $0.00 |
| 7 | SubLease Agreement | TXJ COMPANIES, INC. | TXJ COMPANIES, INC. SOUTHEAST LEASING & MGMT CO 9210 CYPRESS GREEN DRIVE, JACKSONVILLE  FL  32216 0000 | $0.00 |
| 52 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK  PO BOX 610, CRAWFORDVILLE  FL  32356 0000 | $0.00 |
| 86 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK P.O. BOX 610 , CRAWFORDVILLE  FL  32356 0000 | $0.00 |
| 116 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK NWC MONROE AND PAUL RUSSELL , TALLAHASSEE  FL  32356 0000 | $0.00 |
| 125 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK P.O. BOX 610 , CRAWFORDVILLE  FL  32326 0000 | $0.00 |
| 186 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK PO BOX 610 , CRAWFORDVILLE  FL  32356 0000 | $0.00 |
| 514 | SubLease Agreement | AMSOUTH PROPERTIES | AMSOUTH PROPERTIES ATTN: HENRY LONG P.O. BOX 11007, BIRMINGHAM  AL  35288 0000 | $0.00 |
| 1329 | SubLease Agreement | BRIDGECOM WIRELESS GULF COAST, | BRIDGECOM WIRELESS GULF COAST, 2395 EAST GAUSE BLVD.,STE. 3 , SLIDELL  LA  70461 0000 | $0.00 |
| 2380 | SubLease Agreement | KING ENTERTAINMENT, INC.#3523 | KING ENTERTAINMENT, INC.#3523 ATTN: ERIC SMITH 2924-13TH STREET, ST. CLOUD  FL  34769 0000 | $0.00 |

**<u>Exhibit C</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN–DIXIE STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER PURSUANT TO SECOND OMNIBUS MOTION (I) AUTHORIZING**
**ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
<u>**AND (II) FIXING CURE AMOUNTS**</u>

These cases came before the Court for hearing on August 24, 2006, upon the motion dated August 4, 2006 of Winn-Dixie Stores, Inc. ("Winn–Dixie") and its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the assumption of the prepetition contracts and leases set forth on Exhibit A to this Order (the "Contracts") and of the prepetition subleases set forth on Exhibit B to this Order (the "Subleases"), in each case effective as of the Effective Date and (b) fixing the costs of assumption at the Proposed Cure Amounts identified on Exhibit A and Exhibit B (the "Motion").[1]  By the Motion, the Counter Parties to the Contracts and Subleases were given until August 17, 2006 to object to the Cure Amounts.  Upon consideration, it is

ORDERED AND ADJUDGED:

---

[1]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

1.      The Motion is granted.

2.      The Debtors are authorized to assume the Contracts and Subleases pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date.  The Debtors' assumption of the Contracts and the Subleases as of, and upon the occurrence of, the Effective Date is approved.

3.      For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors are the Proposed Cure Amounts listed on Exhibit A and Exhibit B.

4.      The Counter Parties listed on Exhibit A and Exhibit B are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A and Subleases listed on Exhibit B, except for the Proposed Cure Amount.

5.      The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

6.      The requirements of 11 U.S.C. § 365(b)(1) are deemed satisfied with respect to each of the Contracts and Subleases.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9.      In the event the Debtors' plan of reorganization is not confirmed or has not

become effective, this Order shall be null and void.

Dated _____ ___, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties included
on the Master Service List.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE MOTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS OBJECTIONS TO THE MOTION**