IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN DIXIE STORES, INC., et al., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JOINTLY ADMINISTERED |
| | ) | |

**OBJECTION TO NOTICE OF TRANSFER OF CLAIM (CLAIM NO. 10821) OTHER THAN FOR SECURITY BY JEFFERSON-PILOT INVESTMENTS, INC.**

**COMES NOW,** Randy Roark ("Roark"), by and through counsel, and objects to the Transfer of Claim Number 10821 (the "Claim") to Jefferson-Pilot Investments, Inc. ("Jefferson-Pilot"). Roark is the current holder and original claimant under the Claim and has not transferred any rights in the Claim to Jefferson-Pilot. The Claim is for pre-petition arrearages due under a lease between Winn-Dixie Montgomery, Inc. and Roark.

Wherefore, Roark respectfully requests that this Court strike the Notice of Transfer of Claim Other than for Security filed by Jefferson-Pilot with regard to the Claim and that no action be taken to change the holder of the Claim in the Court's records.

/s/ Christie Lyman Dowling
Attorney for Claimant

853665.1

**OF COUNSEL:**

Christie Lyman Dowling
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail, properly addressed and postage prepaid, on this the 7th day of August, 2006:

Christine L. Myatt
Nexsen, Pruet, Adams, Kleemeier
PO Box 3463
Greensboro, NC 27402

/s/ Christie L. Dowling
Of Counsel

853665.1

3