UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. | Case #05-03817-3F1 |
| Debtors, | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF
FROM AUTOMATIC STAY
AND NOTICE OF REQUEST FOR REMOVAL FROM
ELECTRONIC FILING NOTICE LIST**

JOAN SCHELBLE ("Movant"), by and through her undersigned counsel, withdraws Movant's Motion for Relief From the Automatic Stay, or in the Alternative for Adequate Protection filed herein on or about the 28th day of July, 2006. Movant does not wish to pursue remedies through this Court nor does Movant intend to move forward with service of the Motion.

Furthermore, Movant, by and through undersigned counsel, requests the Clerk remove her from the electronic filing notice as follows:

KIM R. LAMBERT, ESQUIRE
Florida Bar Number: 0014479
Levin, Papantonio, Thomas, Mitchell,
    Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
klambert@levinlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to Allen C. Sang, Esquire, of Carman, Beauchamp & Sang, P.A., 1850 Lee Road, Suite 334, Winter Park, FL 32789, Attorney for Debtor, Winn-Dixie Stores, Inc., and to Lewis F. Collins, Jr., Esquire, and Marjorie S. Hensel, Esquire, One Harbour Place, Suite 500, 777 South Harbour Island Boulevard, Tampa, FL 33602, by regular U.S. Mail, on this 7th day of August, 2006.

BY: s/Kimberly R. Lambert
KIM R. LAMBERT, ESQUIRE
Florida Bar Number: 0014479
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502-5996
(850) 435-7056 (Lambert)
Attorneys for Movant