**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

**WITHDRAWAL OF MOTION OF THC, LLC FOR ALLOWANCE AND**
**PAYMENT OF ADMINISTRATIVE CLAIM (Docket No. 3936)**

THC, LLC, ("THC") a creditor and party in interest in the above-styled bankruptcy case, by and through its undersigned attorneys, hereby withdraws its Motion for Payment of Administrative Claim as moot due to receipt of payment.

By: /s/ Christie Lyman Dowling
Christie Lyman Dowling
BALCH & BINGHAM, LLP
Alabama Bar No. ASB-9508-R72D
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Tel: 205-251-8100
Fax: 205-226-8799

853806.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on August 8, 2006.

Adam Ravin
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

                                                /s/ Christie L. Dowling
                                                Of Counsel