**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

**WITHDRAWAL OF MOTION OF SALEM**
**CROSSING SHOPPING CENTER, LLC FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM (Docket No. 3965)**

Salem Crossing Shopping Center, a creditor and party in interest in the above-styled bankruptcy case, by and through its undersigned attorneys, hereby withdraws its Motion for Payment of Administrative Claim as moot due to receipt of payment.

                                                By: /s/ Christie Lyman Dowling
                                                Christie Lyman Dowling
                                                BALCH & BINGHAM, LLP
                                                Alabama Bar No. ASB-9508-R72D
                                                1901 Sixth Avenue North, Suite 2600
                                                Birmingham, Alabama 35203
                                                Tel: 205-251-8100
                                                Fax: 205-226-8799

853731.1

## CERTIFICATE OF SERVICE

  I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on August 8, 2006.

Adam Ravin
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
aravin@skadden.com
djbaker@skadden.com

        /s/ Christie L. Dowling
        Of Counsel