# UNITED STATES BANKRUPTCY COURT

F I L E D
JACKSONVILLE, FLORIDA
AUG - 8 2006
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF FLORIDA

I (_Ernest S. Allen_) oppose the disallowance of my claim.
I received two different sets of questionnaires at different dates, and they were filled out properly and turned in on a timely matter. I also turned in medical records for the past 11 years and the past 5 years shows when the incident occurred and I started having medical problems and the medical portion is still ongoing as of today's date. You also have all court documentations which also were turned in on a timely matter. I also have a court notice from Jefferson Circuit Court order from the Honorable Judge Barry L. Willett stating that a status conference is scheduled for August 28, 2006 at 10:00 a.m. pursuant to the automatic stay under 11 U.S.C 362, which I'm sending a copy of this notice.

I also have corresponded with Angela Williams from the Sedgwick Claims Management Services, Inc. at P.O. Box 24787, Jacksonville, FL 3241-4787. Which I'm also sending a copy of this letter, along with my answer.

NO. 02CI-8551                                              JEFFERSON CIRCUIT COURT
                                                                      DIVISION ONE

ERNEST S. ALLEN                                                              PLAINTIFF

v.                              **NOTICE**

WINN-DIXIE CHARLOTTE, INC.                                                  DEFENDANTS
MOORE SECURITY, INC.
MOORE SECURITY, LLC
TALMAY ANDERSON

\* \* \* \*

This case came before the Court on February 6, 2006 for a pretrial conference. This proceeding was reported by videotape no. 30-01-06-VCR-009-A-1.

| | |
|---|---|
| Pro se Plaintiff: | Mr. Ernest Allen |
| Defendant Winn-Dixie's Attorney: | R. Hite Nally, Esq. |
| Defendants Moore Security and Talmay Anderson's Attorney: | C. A. Dudley Shanks, Esq./Martin Z. Kasdan, Jr., Esq. |

A status conference is scheduled for August 28, 2006 at 10:00 a.m. (30 minutes).

Pursuant to the automatic stay under 11 U.S.C. §362, this case remains on inactive status due to the pending bankruptcy action of Winn-Dixie Charlotte, Inc.

c:  Mr. Ernest Allen, 4515 Stoneybrook Drive, Louisville, Kentucky 40299
    R. Hite Nally, Esq.
    C. A. Dudley Shanks, Esq./Anderson Woodford, Esq.

Mailed: 2/09/06

Case 3:05-bk-03817-JAF   Doc 10027   Filed 08/08/06   Page 3 of 14

Hearing Date: August 24, 2006 at 1:00 p.m.
Response Deadline: August 14, 2006 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) |
| | ) Chapter 11 |
| Debtors.[1] | ) |
| | ) Jointly Administered |

**NOTICE OF HEARING ON DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

CREDITOR NO.: WDX-417044-L4-15
ALLEN, ERNEST S
4515 STONY BROOK DRIVE
LOUISVILLE KY 40299

---

**CLAIM(S) TO BE DISALLOWED**

Claim No.: 12768

Claim Amount: $827,634.00

Reason for Disallowance: **No Liability -- Disputed Claim; Late Claim**

---

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 22, 2006 their Omnibus Objection to Unresolved Litigation Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED** based upon one or more of the following grounds: (a) the claim(s) were not filed on or before the applicable proof of claim bar date; or (b) the claim(s) are not supported by legally sufficient documentation. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim(s).**

3. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 14, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at tcopeland@smithhulsey.com, or via facsimile sent to (904) 359-7708.

7. A hearing will be held on **August 24, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida, 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be potentially liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections at such time.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection to your claim(s), you may contact Tana Copeland of Smith Hulsey & Busey at (904) 359-7850 or tcopeland@smithhulsey.com.** A copy of the Objection and your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Debtors' expense, by calling the number listed above.

Dated July 25, 2006

SMITH HULSEY & BUSEY

By  /s/ Leanne McKnight Prendergast
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-counsel for Debtors



# Jewish Hospital
## Medical Center East

### Diagnostic Testing Scheduling Request

FAX: 587-4466
PHONE: 587-4431

Patient Name: **Ernest Allen**   Male ☐ Female ☐   Diabetic: Yes ☐ No ☐
Patient's Address: **4515 Stonybrook**   Home Telephone: **(502) 495-2260**
City/State: **Lou, KY**   Zip Code: **40299**   Work Telephone: (   )
Date of Birth: **9/26/30**   Social Security Number **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**
Insurance Plan: **M/C**   Subscriber ID # **344226079A**
Subscriber Name: **self**   Pre-cert/Referral #
Day of Week Test / Procedure Desired: _____   AM ☐ PM ☐
Best time to contact patient (between the hours of 9:00 am - 7:00 pm) ____   Contact Phone #
Patient will pre-register via web site: www.jewishhospital.org   YES ☐ NO ☐   Patient's e-mail
Diagnosis: **Abnormal EKG**
Ordering Physician Signature: **Gregory Ciliberti, MD**   Date: **5/1/06**

☐ **Barium Enema** *Circle One*: with air contrast    without air contrast

☐ **Bone Density (Dexascan)**   ☐ **3-Phase Bone Scan**   Area to be scanned _____
☐ **Bone Scan**   ☐ Total   ☐ Partial: Area to be scanned _____

☐ **Breast Mammogram**   ☐ **Breast Ultrasound** *Circle One*: Baseline  Routine (yearly)  Diagnostic
Date of last mammogram and where (month/year) _____ (Bring previous films, if possible)

☐ **CT Scan** _____   **Oral Contrast**: ___ Yes ___ No   **IV Contrast**: ___ Yes ___ No
  If bony   CT (chest/spine): Need previous  X-ray   **Indicate**: for spine, what level _____
  If Sinus  CT:   *Circle One*: with Instatrak   without Instastrak
  Previous sinus surgery?   *Circle One*: Yes   No

☐ **Doppler** *Circle procedure and pertinent information*   ☐ Carotid Arteries   ☐ Right ☐ Left
☐ **Arterial**: Bilateral   Upper Extremities/Lower Extremities ☐ at rest  ☐ with exercise
☐ **Venous**: Bilateral   ☐ Right ☐ Left   Upper Extremities/Lower Extremities

☐ **Echocardiogram**   *Circle One*: 2-D   Stress   Dobutamine
  Indicate who is to perform study: _____

☐ **MRI** _____

☐ **Pulmonary Function Tests**  *Circle One*: with bronchodilator   without bronchodilator   Both

☒ **Stress Test** *Circle One*: (**Cardiolyte**)  Dobutamine   Adenosine   Persantine
  Indicate who is to perform study: **House Cardiologist**   INDICATE PATIENT'S WEIGHT: **216**

☐ **Treadmill (exercise stress test)**   Indicate who is to perform study: _____

☐ **Ultrasound**  *Circle One*: Gall bladder  Abdominal  Bilateral Renal  Pelvic/Ovarian  Breast  Other: _____

☐ **Upper GI Series**   ☐ **Small Bowel Follow Through**

☐ **Thyroid Test**   ___ Ultrasound   ___ I-123 TUS   ___ I-131 Dose ___ Scan ___ Weight ___

☐ **X-ray** _____

☐ **Other** _____

Sender's Name/fax # **Allison**   **228-5136**   Date Received **5/1/06**
Date Scheduled **May 3, 06**   Appointment Date/Time **9:45 A.M.**

NPO 4 hrs prior

VOLUFORMS® 7448014MI 8/04



# Medicare Summary Notice

Page 01 of 03

July 08, 2006

1026583LKYJ0405 25255

ERNEST S. ALLEN
4515 STONY BROOK DR
LOUISVILLE KY  40299-1161

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number:** 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A

If you have questions, write or call:
Medicare-AdminaStar Federal, Inc (#00160)
Inquiries- PO Box 145482, Cincinnati, OH 45250
Appeals- PO Box 145482, Cincinnati, OH 45250

**BE INFORMED:** Read your Medicare Summary Notice carefully for accuracy of dates, services, and amounts billed to Medicare.

**Call: 1-800-MEDICARE (1-800-633-4227)**
    Ask for Hospital Services
TTY for Hearing Impaired: 1-877-486-2048

This is a summary of claims processed on 06/19/2006.

## PART A HOSPITAL INSURANCE - INPATIENT CLAIMS

| Dates of Service | Benefit Days Used | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|
| Control number 20616700430302<br>Jewish Hospital<br>    200 Abraham Flexner Way<br>    P O Box 2587<br>    Louisville, KY 40202-2587<br>Referred by: Matthew Bessen<br>06/01/06-06/03/06 | 2 days | | $0.00 | $952.00 | $952.00 | a,b |

**Notes Section:**

a  The amount Medicare paid the provider for this claim is $10,926.67.

b  This information is being sent to your private insurer(s). Send any questions regarding your benefits to them.

c  Days are being subtracted from your total inpatient hospital benefits for this benefit period.

d  $952.00 was applied to your inpatient deductible.

**THIS IS NOT A BILL - Keep this notice for your records.**

**Deductible Information:**

You have met the Part A deductible for this benefit period.

**General Information:**

If you change your address, please contact the Social Security Administration by calling 1-800-772-1213.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital, or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

ALERT: Coverage by Medicare will be limited for outpatient physical therapy (PT), speech-language pathology (SLP), and occupational therapy (OT) services for services received on January 1, 2006 through December 31, 2006. The limits are $1,740 for PT and SLP combined and $1,740 for OT. Medicare pays up to 80 percent of the limits after the deductible has been met. These limits don't apply to certain therapy approved by Medicare or to therapy you get at hospital outpatient departments, unless you are a resident of and occupy a Medicare-certified bed in a skilled nursing facility. If you have questions, please call 1-800-MEDICARE.

Save money on your prescriptions with a Medicare approved drug discount card. Call 1-800-MEDICARE (1-800-633-4227) for more information.

If you write to our Medicare office, be sure to give your name and a telephone number where you can be reached during the day. This will allow us to provide the information you need faster.

Glaucoma may cause blindness. Medicare helps pay for a yearly dilated eye exam for people at high risk for Glaucoma. African-Americans over 50 and people with diabetes or a family history of glaucoma are at higher risk. Talk to your doctor to learn if this exam is right for you.

## TAXUS® Express2™ Paclitaxel-Eluting Coronary Stent System

| Patient Name | Patient Phone Number |
|---|---|
| Allen, Ernest | |

| Implanting Physician's Name | Stent Material |
|---|---|
| Solanki N | |

| Physician's Phone Number | Date of Implant |
|---|---|
| | 6-02-04 |

### PLEASE CARRY YOUR CARD AT ALL TIMES.

Your cardiologist has prescribed a number of medications to thin the blood and prevent blood clots after your implant. It is extremely important to follow the medication regimen as prescribed by your cardiologist. Before considering any surgery or dental work which would require you to stop taking these medicines early, you and your doctors should consider the risks from premature discontinuation of these medications. For questions regarding your Coronary Stent System or other procedures (e.g., MRI), please contact your implanting cardiologist.

### Stent Identification Information

TAXUS Express2 MONORAIL
2.75 x 18mm
REF 38970-1827   LOT 8386298

| Product Code | Product Lot Number |
|---|---|
| | |

Stent Location

TAXUS Express2 MONORAIL
3.0 x 16mm
REF 38970-1830   LOT 8467235

| Product Code | Product Lot Number |
|---|---|
| | |

Stent Location



Stent Implant Location

TAXUS® Express2™
Paclitaxel-Eluting Coronary Stent System

Boston Scientific

Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760-1537
1-888-272-1001
www.bostonscientific.com
www.taxus-stent.com

© 2005 Boston Scientific Corporation
or its affiliates. All rights reserved.
USCY3035.103.2 6/05



# Sedgwick

Sedgwick Claims Management Services, Inc.
P.O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365/5359

February 22, 2006

Mr. Ernest Allen
4515 Stony Brook Drive
Louisville, KY  40299

Re   Claimant:              Ernest Allen
     Incident Date:          11/13/2001
     Claim Number            A211215890-0001-01
     Entity:                 Winn Dixie Raleigh, Inc.
     Proof of Claim No.:     12768

Dear Mr. Allen:

Sedgwick Claims Management Services, Inc. is the third party claims administrator for Winn-Dixie Stores Inc. and their subsidiaries. We received a copy of your proof of claim. We respectfully deny the amount you claimed in your proof of claim (and/or questionnaire). However, further consideration of your claim may be granted including the discussion of a potential compromise settlement dependant on an analysis of liability in this matter, and within the boundaries and restrictions as set forth in the Claims Resolution Procedure found in the Chapter 11 bankruptcy documents filed by Winn Dixie Stores Inc. and their subsidiaries.

We have reason to believe that all or a portion of your medical bills were paid by Medicare, Medicaid, or other governmental entities. If correct, Medicare, Medicaid, or other governmental entities would have a lien against your claim with Winn Dixie Stores Inc. or their subsidiaries.

In order to evaluate your claim for settlement consideration, we must receive written documentation from the Medicare, Medicaid, or other governmental entities which confirms that its claim or lien against your possible settlement (i) has been waived or satisfied or (ii) will be satisfied in full upon payment of a fixed sum (which would be deducted from your total settlement agreement amount). Please contact your Medicare, Medicaid, or other governmental entity payer representative to obtain this written documentation and <u>fax or mail</u> to me as soon as possible.

Any settlement agreement shall not be binding on Winn Dixie unless and until there are sufficient funds available from the prospective distribution on your claim to pay the amount required by Medicare, Medicaid, or other applicable governmental entity.

If you can attest that none of your medical bills relating to this accident were submitted to Medicare, Medicaid or other governmental entities and that you are not eligible for future Medicare, Medicaid, or benefits from another governmental entity as a result of this accident, please send me a letter of explanation. <u>Winn Dixie reserves the right to deny your claim due to liability issues or any other valid consideration.</u>

Sincerely,

Angela Williams
Angela Williams
Claims Examiner III

March 20, 2006

Angela Williams
P.O. Box 24787
Jacksonville, FL 32241-4787

Dear Ms. Williams Claims Examiner II

In response to your letter I received. I _Ernest Allen_ that there is no lien with Medicare, Medicaid, or any other governmental entities.

Sincerely,

## Confirmation Report - Memory Send

```
                              Time     : 03-20-2006  13:31
                              Tel line : 5028949210
                              Name     : ST MATTHEWS
```

| | | |
|---|---|---|
| Job number | : | 267 |
| Date | : | 03-20  13:30 |
| To | : | 19044195359 |
| Document pages | : | 003 |
| Start time | : | 03-20  13:30 |
| End time | : | 03-20  13:31 |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 267 | \*\*\* SEND SUCCESSFUL \*\*\* |

---

**FedEx Kinko's**
Office and Print Center

**Fax Cover Sheet**

FedEx Kinko's of Louisville / Hurstbourne   Telephone: 502.429.8421   Fax: 502.339.6322

Date 3/20/06

**To:**
Name ANGELA WILLIAMS
Company SEDGWICK
Telephone 901-419-5300
Fax 904-419-5365/5359

Number of pages 3 (including cover page)

**From:**
Name ERNEST Allen
Company CLAIM # A2112158910-0001-01
Telephone 502-495-2260

Comments



# Sedgwick

**Sedgwick Claims Management Services, Inc.**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365/5359

May 8, 2006

Ernest Allen
904 South 15th street
Louisville, KY 40210

Re:   Claim Number:      A211215890
      Claimant Name:     Ernest Allen
      POC Number:        12768

Dear Ernest Allen,

   I am writing you to inform you of some important changes to the claims resolution process that pertain to the settlement of Winn Dixie bankruptcy claims.

   An amended claims resolution procedure has been approved by Judge Jerry A. Funk in the United States Bankruptcy Court Middle District of Florida Jacksonville Division. The <u>first important change</u> is that **mediation is a prerequisite to the filing of motions for relief from the automatic stay in order to liquidate claims in other forums.** <u>This does not mean that mediation is required to settle the claim</u> but it is mandatory before any attempt is made to lift the stay and attempt to litigate the claim in state court.

   It is our desire to make a good faith effort to settle every meritorious claim in a good faith manner. The <u>second important change</u> is that total amount of cash available to settle claims on a de minimis (cash) basis has been raised. The initial sum of money granted for such cash settlements was about to be exhausted so the court agreed to raise the aggregate amount available from $1.5 million to $2.5 million. This is a limited amount of funding and will not be available when the aggregate amount of $2.5 million has been exhausted. The de minimis (cash) settlement option is available subject to the following restrictions in that any proposed settlement payment cannot be more than "the lesser of either (a) 50% of any reserve established by the Debtors for the claims prior to September 1, 2005 or (b) $5,000.00." Claims settled on a de minimis basis can be paid out promptly and at 100 cents on the dollar.

We encourage you to continue to communicate with us and discuss settlement. If you do not choose to settle on a de minimis (cash) basis then the only other option is to settle your claim on an allowed general unsecured non-priority basis. The order states that, "all such settlements shall be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases."

A confirmed reorganization plan(s) is not in place at this point. The amount, percentage, or method of the ultimate payout to holders of allowed unsecured non-priority claims in this case will not be known until a confirmed plan is in place, the date of which is uncertain.

**Please note, however, our evaluation of your claim will not be subject to any anticipated payout on your claim. Regardless of the amount, percentage or method of the ultimate payout in the confirmed plan, we will not agree to settle any claim for an amount that is above the objective settlement value of such claim. Any attempt to increase the value of any claim due to an expected pay-out for allowed general unsecured claims of less than 100 cents on the dollar will be denied.**

Those claims that are litigated to a judgment will be paid out in accordance with the confirmed plan(s) of reorganization. At no point in the future will your claim be paid at 100 cents on the dollar except for currently available de minimis (cash) funds. Your claim will always be subject to the jurisdiction of the bankruptcy court.

We look forward to working with you and encourage you to contact the examiner handling this claim as soon as possible. At some point in this process an Omnibus Objection will be entered with the court, and the judge will be asked to disallow all claims that have not been settled. For this reason we ask that you communicate with us for discussions about the possible settlement of your claim.

If you have any questions, please give me a call at 904/419-5541.


Sincerely,

*Angela D. Williams*
Claims Examiner III