# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF EMPLOYMENT-RELATED EXECUTORY CONTRACTS

     I, David M. Turetsky, certify that I caused to be served the Debtors' Motion for Order Authorizing Rejection of Employment-Related Executory Contracts [Docket No. 9909] and related Notice of Hearing [Docket No. 9910], by having true and correct copies thereof sent (A) on August 4, 2006 to the parties listed in Exhibit A via first class mail, postage pre-paid, and (B) on August 8, 2006 to the party listed in Exhibit B via Federal Express, next day delivery service.

Dated: August 8, 2006

                                               SKADDEN, ARPS, SLATE,
                                               MEAGHER & FLOM LLP

                                               By: /s/ *David M. Turetsky*
                                               David M. Turetsky
                                               Four Times Square
                                               New York, New York 10036
                                               (212) 735-3000
                                               (212) 735-2000 (facsimile)

                                                     - and –

                                               SMITH HULSEY & BUSEY

                                               By: /s/ *James H. Post*
                                               Cynthia C. Jackson
                                               Florida Bar Number 175460
                                               225 Water Street, Suite 1800
                                               Jacksonville, Florida 32202
                                               (904) 359-7700
                                               (904) 359-7708 (facsimile)

                                               Co-Counsel for Debtors

**Exhibit A**

| | |
|---|---|
| J. Adrian Barrow<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Dennis Hanley<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Joel Barton<br><br>**Address Intentionally Omitted to Protect Employee Confidentiality** | Kathy Heffron<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o Newman & Meeks<br>Attention: Robert B. Newman, Esq.<br>617 Vine Street, Suite 1401<br>Cincinnati, OH  45202 |
| Steven Begley<br><br>**Address Intentionally Omitted to Protect Employee Confidentiality** | Richard C. Judd<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| James Brogan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Antoinette Judy<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Richard Channell<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Frank Lazaran<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o John D. Hershberger, Esq.<br>Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs<br>1301 Riverplace Boulevard, Suite 1700<br>Jacksonville, FL  32207 |
| Paul Currie<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | |
| Doyle Eiler<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | |
| Robin Everhart<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | |
| Harvey G. Fielder<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Mary Louk<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Joanne Gage<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Katherine Lussier<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Curtis M. Gore<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Dewey Maroney<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Mark Gunlicks<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | |
| Glen Hamilton<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | |

| | |
|---|---|
| Lance K. Martinez<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o Shinbaum, Abell McLeod & Vann<br>Attention: Richard D. Shek, Esq.<br>Attention: William K. Abell, Esq.<br>P.O. Box 201<br>Montgomery, AL  36102 | Allen R. Rowland<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o Bruce S. Mendelsohn, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building, 1333 New Hampshire Avenue, N.W.<br>Washington, District of Columbia 20036-1564 |
| Mark Matta<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Karen E. Salem<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Richard P. McCook<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Scott Schaper<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| James McDonald<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Dennis Sheehan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Chatles Newsom<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | John R. Sheehan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Paul Novak<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Brad Spooner<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| John Opasinski<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Justin Strother<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Alred J. Ottolino<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Jim Thatcher<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Evan Rainwater<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | John Mitchell Ward<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Susan Ranjan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Laurence B. Appel<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Robert A. Rowe<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Dale Bitter<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |

| | |
|---|---|
| Derrick Bryant<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Michael Haynes<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Kenneth Burns<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | David F. Henry<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| James Carrado<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Robert Huey<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Keith B. Cherry<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Gary Jones<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Mike Cornish<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Antonia Jorges<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Michael Daneliak<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Paul Kennedy<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Dedra N. Dogan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Benita Kichler<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Rodney Ennis<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Michael Krage<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| William Fisher<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Michael LeBlanc<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Cheryl Forehand<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Debra Martin<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Dennis Fox<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Joseph Medina<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Nancy Gaddy<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Scott Moore<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Grady Gresham<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Timothy Myers<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |

| |
|---|
| Bennett L. Nussbaum<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Robert Pessel<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Linda Rodriguez<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Kellie D. Hardee f/k/a Kellie D. Ross<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Christopher Scott<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| James Scribner<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Mark Sellers<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Nick Siniscalchi<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |

| |
|---|
| Bruce Steadman<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Kevin Stubbs<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Paul Tiberio<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Henry Warden<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Charlie Weston<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Larry White<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Gary Williams<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |

**Exhibit B**

| |
|---|
| Allen R. Rowland |
| |
| **Address Intentionally Omitted to Protect Employee Privacy** |

620877.01-New York Server 2A - MSW