UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH
RESPECT TO DEBTORS' MOTION FOR ORDER AUTHORIZING
ASSUMPTION OF EMPLOYMENT-RELATED EXECUTORY
CONTRACTS AND FIXING CURE AMOUNTS**

    I, David M. Turetsky, certify that on August 4, 2006 I caused to be served the Debtors' Motion for Order Authorizing Assumption of Employment-Related Executory Contracts and Fixing Cure Amounts [Docket No. 9911] and related Notice of Hearing [Docket No. 9912], by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: August 8, 2006

                                        SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP

                                        By: /s/ *David M. Turetsky*
                                        David M. Turetsky
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000
                                        (212) 735-2000 (facsimile)

                                              - and –

                                        SMITH HULSEY & BUSEY

                                        By: /s/ *James H. Post*
                                        Cynthia C. Jackson
                                        Florida Bar Number 175460
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)

                                        Co-Counsel for Debtors

**Exhibit A**

| | |
|---|---|
| Joel Barton<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Mary Mitchell<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o Barry C. Leavell<br>Hallie C. Leavell<br>205 Madison Ave, Ste. A<br>Montgomery, AL  36104 |
| William R. Baxley<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Dwight A. Moore, Jr.<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Margaret M. Cavin<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | John Opasinski<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Paul M. Chisholm<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Jim Seeley<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Gary W. Doss<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | John Sheehan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Curtis M. Gore<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Justin D. Strother<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| George T. Gue, Jr.<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | James H. Thatcher<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Dennis Hanley<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Stanley R. Timbrook, Jr.<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Emeka I. Kwentoh<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Robert Tulko<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| C/o De Ramus & Talty<br>Attention: Thomas T. Talty, Esq.<br>2015 First Avenue North<br>Birmingham, AL  35203 | Roy Wong<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |
| Mark Matta<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | E. Ellis Zahra, Jr.<br><br>**Address Intentionally Omitted to Protect Employee Privacy** |

620876.01-New York Server 2A - MSW