## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about August 8, 2006 I caused copies of:

•   the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: August 8, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 241787-12
AL DUCK INC
ATTN: BRENDA GAILREDD, OWNER
26231 RIVER RUN TRAIL
ZUNI, VA 23898

CREDITOR ID: 381339-47
ALLTECH MECHANICAL SERVICES
ATTN: KENNETH M HUNT, OWNER
577 MOULTON ROAD
LOUISBURG, NC 27549

CREDITOR ID: 381355-47
CENTRAL CAROLINA HOSPITAL
PO BOX 740778
ATLANTA, GA 30374

CREDITOR ID: 245426-12
CINTAS CORPORATION #543
ATTN: SHANNON GARY, OFF MNGR
101 VENTURE WAY
LAFAYETTE, LA 70509

CREDITOR ID: 245572-12
CITY OF BELLEVIEW
ATTN: SAUDI MCKIRMEY, CLERK/ADMIN
5343 SOUTHEAST ABSHIER BLV
BELLEVIEW, FL 34420

CREDITOR ID: 245934-12
CITY OF MAGEE
ATTN: FANNIE BUTLER, DEPUTY CLERK
123 NORTH MAIN
MAGEE, MS 39111

CREDITOR ID: 533629-97
CONNECT-TEK INC
ATTN: RICK SCHEVER, PRES
39-20 24TH STREET
LONG ISLAND CITY NY 11101

CREDITOR ID: 246859-12
CONNECT-TEK INC
ATTN: KAREN KEARNEY, PRES
39-20 24TH STREET
LONG ISLAND CITY, NY 11101

CREDITOR ID: 251120-12
HABERSHAM COUNTY MEDICAL CENTER
ATTN: JAMES A PETERSON, SEN VP FIN
PO BOX 37
DEMOREST, GA 30535

CREDITOR ID: 252392-12
IWANTA AKIEN AUGUSTA
ATTN: DESIREE SPIRES, OFF MGR
725 EAST MARTINTOWN RD
NORTH AUGUSTA, SC 29841

CREDITOR ID: 253189-12
JOHN A KOONS LOCKSMITHS
ATTN: RONI MEIERS, OFF MGR
3635 FOWLER STREET
FORT MYERS FL 33901

CREDITOR ID: 254342-12
LAKESIDE FAMILY PRACTICE
ATTN: JOHN HULL, OWNER/PRES
PO BOX 6
CRESCENT CITY, FL 32112

CREDITOR ID: 255933-12
MEA AFTER HOURS CLINIC
ATTN: KATIE MCDANNIEAL, ADMIN
1515 JEFFERSON STREET
LAUREL, MS 39440

CREDITOR ID: 256295-12
MICKEY BROWN INC
ATTN: MARSHALL E BROWN III, PRES
257 BERGERON ST
HOUMA, LA 70364

CREDITOR ID: 256665-12
MORGAN ICE COMPANY
ATTN: MARK MCDANIEL, MNG MEMBER
18750 EAST SILVERHILL AVE
ROBERTSDALE, AL 36567

CREDITOR ID: 257409-12
NORTH STATE COMMUNICATIONS
ATTN: LISA BURTON, ACCT REP
PO BOX 612
HIGH POINT, NC 27261

CREDITOR ID: 257629-12
OKEECHOBEE HOSPITAL DBA
RAULERSON HOSPITAL
ATTN: EDNA JONES, CONTROLLER
PO BOX 1307
OKEECHOBEE, FL 34973

CREDITOR ID: 850-03
SODDY DAISY FALLING WATER
ATTN: MARY R PHILLIPS, OFF MGR
PO BOX 575
SODDY DAISY TN 37384

CREDITOR ID: 261225-12
SODDY DAISY FALLING WATER
ATTN ROBIN PHILLIPS, OFF MGR
PO BOX 575
SODDY DAISY, TN 37384

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 263587-12
TRUCKER'S 24 HR ROAD SERVICE
ATTN: JOHN W FRANKLIN, VP OPER
6187 STEWART ST
MILTON, FL 32570

**Total:   21**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9720

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| AL DUCK INC | TRADE-DEBT.NET |
|---|---|
| Name of Transferor | Name of Transferee |

AL DUCK INC
ATTN: BRENDA GAILREDD, OWNER
26231 RIVER RUN TRAIL
ZUNI, VA 23898

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 757-562-2387
Account No.: 241787

Phone: 631 884 0100
Account No.: 399395

Claim No.: 35842
Date Claim Filed: 04/07/2005

Full Transfer: (X)          Partial Transfer:

Transfer Amount: $856.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9720

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ALLTECH MECHANICAL SERVICES

Name of Transferor

ALLTECH MECHANICAL SERVICES
ATTN: KENNETH M HUNT, OWNER
577 MOULTON ROAD
LOUISBURG, NC 27549

Phone: 919-496-7250
Account No.: 381339

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 37072
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $234.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 8, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 9720

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CENTRAL CAROLINA HOSPITAL _____          TRADE-DEBT.NET _____

Name of Transferor                                 Name of Transferee

CENTRAL CAROLINA HOSPITAL                          TRADE-DEBT.NET
ATTN: RAINA WALPOLE, PARALEGAL                     ATTN TIMOTHY MCGUIRE
PO BOX 740778                                      PO BOX 1487
ATLANTA, GA 30374                                  WEST BABYLON NY 11704

Phone:                                             Phone: 631 884 0100
Account No.: 381355                                Account No.: 399345

Claim No.: 37073                                   Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                       Transfer Amount: $252.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006                                   /s/ Logan & Company, Inc. _____

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 9719

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CINTAS CORPORATION #543 | TRADE-DEBT.NET |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CINTAS CORPORATION #543 | TRADE-DEBT.NET |
| ATTN: SHANNON GARY, OFF MNGR | ATTN TIMOTHY MCGUIRE |
| 101 VENTURE WAY | PO BOX 1487 |
| LAFAYETTE, LA 70509 | WEST BABYLON NY 11704 |

| | |
|---|---|
| Phone: 337-234-8531 | Phone: 631 884 0100 |
| Account No.: 245426 | Account No.: 399395 |

| | |
|---|---|
| Claim No.: 33373 | Full Transfer: (X)      Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $119.31 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 08/08/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 8, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 9721

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF BELLEVIEW

Name of Transferor

CITY OF BELLEVIEW
ATTN: SAUDI MCKIRMEY, CLERK/ADMIN
5343 SOUTHEAST ABSHIER BLV
BELLEVIEW, FL 34420


Phone: 352-245-7021
Account No.: 245572

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 30373
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $270.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9719

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF MAGEE

Name of Transferor

CITY OF MAGEE
ATTN: FANNIE BUTLER, DEPUTY CLERK
123 NORTH MAIN
MAGEE, MS 39111

Phone: 601-849-3344
Account No.: 245934

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 33415
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $224.88

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9732

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CONNECT-TEK INC

Name of Transferor

CONNECT-TEK INC
ATTN: KAREN KEARNEY, PRES
39-20 24TH STREET
LONG ISLAND CITY, NY 11101

Phone: 718 729 3700
Account No.: 246859

CONNECT-TEK INC
ATTN: RICK SCHEVER, PRES
39-20 24TH STREET
LONG ISLAND CITY NY 11101

Phone: 718-729-3700
Account No.: 533629

Claim No.: 30566
Date Claim Filed: 04/07/2005

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $233.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 9719

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HABERSHAM COUNTY MEDICAL CENTER

Name of Transferor

HABERSHAM COUNTY MEDICAL CENTER
ATTN: JAMES A PETERSON, SEN VP FIN
PO BOX 37
DEMOREST, GA 30535

Phone: 706-754-2161
Account No.: 251120

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36381
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $167.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9721

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

IWANTA AKIEN AUGUSTA

Name of Transferor

IWANTA AKIEN AUGUSTA
ATTN: DESIREE SPIRES, OFF MGR
725 EAST MARTINTOWN RD
NORTH AUGUSTA, SC 29841

Phone: 803-279-0000
Account No.: 252392

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36451
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $530.10

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 9721

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JOHN A KOONS LOCKSMITHS

Name of Transferor

JOHN A KOONS LOCKSMITHS
ATTN: RONI MEIERS, OFF MGR
3635 FOWLER STREET
FORT MYERS FL 33901

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 239 936 0373
Account No.: 253189

Phone: 631 884 0100
Account No.: 399395

Claim No.: 1234                          Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 05/10/2005             Transfer Amount: $674.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006                         /s/ Logan & Company, Inc.

                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 9721

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LAKESIDE FAMILY PRACTICE | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| LAKESIDE FAMILY PRACTICE | TRADE-DEBT.NET |
| ATTN: JOHN HULL, OWNER/PRES | ATTN TIMOTHY MCGUIRE |
| PO BOX 6 | PO BOX 1487 |
| CRESCENT CITY, FL 32112 | WEST BABYLON NY 11704 |

| | |
|---|---|
| Phone: 386-698-2101 | Phone: 631 884 0100 |
| Account No.: 254342 | Account No.: 399395 |

| | |
|---|---|
| Claim No.: 31113 | Full Transfer: (X)        Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Transfer Amount: $220.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

**DEADLINE TO OBJECT TO TRANSFER**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on August 8, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9732

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MEA AFTER HOURS CLINIC

Name of Transferor

MEA AFTER HOURS CLINIC
ATTN: KATIE MCDANNIEAL, ADMIN
1515 JEFFERSON STREET
LAUREL, MS 39440


Phone: 601-425-4893
Account No.: 255933

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100
Account No.: 399395

Claim No.: 33883
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $150.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9720

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MICKEY BROWN INC
Name of Transferor

TRADE-DEBT.NET
Name of Transferee

MICKEY BROWN INC
ATTN: MARSHALL E BROWN III, PRES
257 BERGERON ST
HOUMA, LA 70364

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 985-879-3444
Account No.: 256295

Phone: 631 884 0100
Account No.: 399395

Claim No.: 33907
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $714.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9721

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MORGAN ICE COMPANY

Name of Transferor

MORGAN ICE COMPANY
ATTN: MARK MCDANIEL, MNG MEMBER
18750 EAST SILVERHILL AVE
ROBERTSDALE, AL 36567

Phone: 251-947-5757
Account No.: 256665

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 33935
Date Claim Filed: 04/07/2005

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $951.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9720

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NORTH STATE COMMUNICATIONS

Name of Transferor

NORTH STATE COMMUNICATIONS
ATTN: LISA BURTON, ACCT REP
PO BOX 612
HIGH POINT, NC 27261

Phone:
Account No.: 257409

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Claim No.: 36617
Date Claim Filed: 04/07/2005

Full Transfer: (X)      Partial Transfer:

Transfer Amount: $901.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 9720

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OKEECHOBEE HOSPITAL DBA                           TRADE-DEBT.NET
_____                       _____
Name of Transferor                                Name of Transferee

OKEECHOBEE HOSPITAL DBA                           TRADE-DEBT.NET
RAULERSON HOSPITAL                                ATTN TIMOTHY MCGUIRE
ATTN: EDNA JONES, CONTROLLER                      PO BOX 1487
PO BOX 1307                                       WEST BABYLON NY 11704
OKEECHOBEE, FL 34973


Phone: 863-824-2773                               Phone: 631 884 0100
Account No.: 257629                               Account No.: 399395


Claim No.: 31309                          Full Transfer: (X)      Partial Transfer:

Date Claim Filed: 04/07/2005              Transfer Amount: $206.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 08/08/2006                          /s/ Logan & Company, Inc.
                                          _____
                                          Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9719

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SODDY DAISY FALLING WATER

Name of Transferor

SODDY DAISY FALLING WATER
ATTN ROBIN PHILLIPS, OFF MGR
PO BOX 575
SODDY DAISY, TN 37384

Phone: 423 332 2427
Account No.: 261225

SODDY DAISY FALLING WATER
ATTN: MARY R PHILLIPS, OFF MGR
PO BOX 575
SODDY DAISY TN 37384

Phone: 4233322427
Account No.: 850

Claim No.: 36794
Date Claim Filed: 04/07/2005

TRADE-DEBT.NET

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100
Account No.: 399395

Full Transfer: (X)        Partial Transfer:

Transfer Amount: $225.05

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9719

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| TRUCKER'S 24 HR ROAD SERVICE | TRADE-DEBT.NET |
| Name of Transferor | Name of Transferee |
| TRUCKER'S 24 HR ROAD SERVICE<br>ATTN: JOHN W FRANKLIN, VP OPER<br>6187 STEWART ST<br>MILTON, FL 32570 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone:<br>Account No.: 263587 | Phone: 631 884 0100<br>Account No.: 399395 |

Claim No.: 33005

Date Claim Filed: 04/07/2005

Full Transfer: (X)       Partial Transfer:

Transfer Amount: $556.31

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/08/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  August 8, 2006.