UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F |
| WINN-DIXIE STORES, INC., etal | ) | Chapter 11 |
| Debtors. | ) |  |
|  | ) | Jointly Administered |

**CREDITOR'S WRITTEN RESPONSE TO DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

CREDITOR NO. : WDX-429829-L4-BH
PELLEY, WENDY
C/O JOSEPH C WHITELOCK, ESQ
3245 FIFTH AVENUE N
ST PETERSBURG, FL 33713

CLAIM NO: 13090
CLAIM AMOUNT: $250,000.00

    CREDITOR, WENDY PELLEY FILES THIS HER WRITTEN RESPONSE TO DEBTOR'S OBJECTION AND DOES AFFIRMATIVELY OPPOSE THE DISALLOWANCE OF HER CLAIM AND DOES FURTHER REQUEST THAT THIS HONORABLE COURT **LIFT THE STAY** AND ALLOW HER TO PROCEED WITH HER LITIGATION AGAINST DEBTOR IN THE CIRCUIT COURT OF PINELLAS COUNTY, FLORIDA.

    I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS WRITTEN RESPONSE HAS BEEN FORWARDED BY EMAIL TO SMITH HULSEY & BUSEY, ATTN: TANA COPELAND AT 225 WATER STREET, SUITE 1800 JACKSONVILLE, FL 32202 (tcopeland@smithhulsey.com) THIS _____ DAY OF AUGUST, 2006.

             /s/ Joseph C. Whitelock
             _____
             JOSEPH C. WHITELOCK, ESQ
             3245 Fifth Avenue, North
             St. Petersburg, Florida. 33713
             (727)-327-1066
             FBN#302309
             Attorney for Creditor