UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: ) | Case No. 05-03817-3F |
| WINN-DIXIE STORES, INC., etal ) | Chapter 11 |
| Debtors. ) |  |
| ) | Jointly Administered |

**CREDITOR'S WRITTEN RESPONSE TO DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

CREDITOR NO. : WDX-392984-L4-55
RAY, ROBIN
C/O JOSEPH C WHITELOCK, ESQ
3245 FIFTH AVENUE N
ST PETERSBURG, FL  33713

CLAIM  NO: 2238
CLAIM AMOUNT: $250,000.00

CREDITOR, ROBIN RAY, FILES THIS HER WRITTEN RESPONSE TO DEBTOR'S OBJECTION AND DOES AFFIRMATIVELY OPPOSE THE DISALLOWANCE OF HER CLAIM AND DOES FURTHER REQUEST THAT THIS HONORABLE COURT **LIFT THE STAY** AND ALLOW HER TO PROCEED WITH HER LITIGATION AGAINST DEBTOR IN THE CIRCUIT COURT OF PINELLAS COUNTY, FLORIDA.

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS WRITTEN RESPONSE HAS BEEN FORWARDED BY EMAIL TO SMITH HULSEY & BUSEY, ATTN: TANA COPELAND AT 225 WATER STREET, SUITE 1800 JACKSONVILLE, FL 32202 (tcopeland@smithhulsey.com) THIS _____ DAY OF AUGUST, 2006.

/s/ Joseph C. Whitelock
_____
JOSEPH C. WHITELOCK, ESQ
3245 Fifth Avenue, North
St. Petersburg, Florida. 33713
(727)-327-1066
FBN#302309
Attorney for Creditor