IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 3:05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Debtors, | ) | (Jointly Administered) |

## AMENDED OBJECTION BY BENDERSON DEVELOPMENT COMPANY, LLC TO PROPOSED CURE AMOUNT FOR STORE NO. 613

Benderson Development Company, LLC ("Landlord"), by and through its undersigned counsel, hereby files this amended objection to the proposed cure amount for Store No. 613, and in support thereof states as follows:

Landlord hereby amends the proposed cure amount set forth in its *Objection by Benderson Development Company, LLC to Proposed Cure Amount for Store No. 613*, and states the cure amount at $87,877.37, inclusive of all payments made by the debtors to Landlord per date, but exclusive of: (i) any additional Adjustment Amounts (as defined in the original objection); and (ii) interest accruing from and after August 8. Documentation supporting the calculation of this amount is annexed hereto as Exhibit "A".

1

2

**WHEREAS**, Landlord respectfully requests that this Court enter an Order setting the cure amount at the amount set forth above and for such other and further relief as this Court deems just and proper.

Dated: August 9, 2006
       University Park, Florida

                              JOEY E. SCHLOSBERG, ESQ.

                              By: /s/ Joey E. Schlosberg

                              Benderson Development Company, LLC
                              8441 Cooper Creek Boulevard
                              University Park, Florida 34201
                              (941) 359-8303
                              (941) 359-1836 (facsimile)

                                    -and-

                              KELLEY, DRYE & WARREN, LLP
                              James S. Carr
                              Robert L. LeHane
                              101 Park Avenue
                              New York, New York 10178
                              (212) 808-7573
                              (212) 808-7897 (facsimile)
                              rlehane@kelleydrye.com

                              Attorneys for Benderson Development
                              Company, LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this 9th day of August, 2006, served a copy of the foregoing by U.S. Mail and facsimile to:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

-and-

Cynthia C. Jackson
Smith Huley & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

/s/ Joey E. Schlosberg
OF COUNSEL