# EXHIBIT "A"

## PROOF OF CLAIM CALCULATIONS

Winn Dixie Store # 613
Braden River Plaza
Prop # 2420 Unit # 018 Lease # 54962
Lease Term 01/23/86-02/21/19

### Pre-Petition Charges through 2/20/05

| | | |
|---|---|---:|
| Cam Reconciliation | 01/01/03-12/31/03 | $ 28,272.76 |
| | 01/01/04-12/31/04 | 30,688.81 |
| | 01/01/05-02/20/05 | 1,139.83 |
| **TOTAL** | | **$ 60,101.40** |

### Post Petition Charges as of 8/07/06

| | | |
|---|---|---:|
| Cam Reconciliation | 02/21/05-12/31/05 | $ 7,017.77 |
| Cam Escrows | 01/01/06-05/30/06 | $ 2,500.00 |
| Rent<br>(unauthorized cam deduction) | 05/01/06-05/31/06 | $ 5,100.48 |
| Misc. service calls | 02/06 | $ 164.88 |
| Vacancy damages | | $ 3,600.00 |
| | | 589.55 |
| **TOTAL** | | **$ 18,972.68** |

### SUMMARY

| | | |
|---|---|---:|
| Pre-petition | | $ 60,101.40 |
| Post petition | | $ 18,972.68 |
| Interest charges through 8/07/06 | | $ 8,803.29 |
| **TOTAL** | | **$ 87,877.37** |

## INTEREST CALCULATIONS

Winn Dixie Store # 613
Braden River Plaza
Prop # 2420 Unit # 018 Lease # 54962
Lease Term 01/23/86-02/21/19

### Cam Reconciliation 2003

| | |
|---|---|
| 05/10/04-12/31/04 | $ 28,272.76x7%÷365x236=1,279.63 |
| 01/01/05-12/31/05 | $ 28,272.76x7%=1,979.09 |
| 01/01/06-08/07/06 | $ 28,272.76x9%÷365x219=1,526.73 |

### Cam Reconciliation 2004

| | |
|---|---|
| 03/19/05-12/31/05 | $30,688.81x7%÷365x318=1,871.50 |
| 01/01/06-08/07/06 | $30,688.81x9%÷365x219=1,657.19 |

### Cam Reconciliation 2005

| | |
|---|---|
| 04/01/06-08/07/06 | $8,157.60x9%÷365x129=259.47 |

### Cam Escrows due 01/01/06
01/01/06-08/07/06            $500.00x9%÷365x219=27.00

### Cam Escrows due 02/01/06
02/01/06-08/07/06            $500.00x9%÷365x188=23.17

### Cam Escrows due 03/01/06
03/01/06-08/07/06            $500.00x9%÷365x160=19.72

### Cam Escrows due 04/01/06
04/01/06-08/07/06            $500.00x9%÷365x130=16.02

### Cam Escrows due 05/01/06
05/01/06-08/07/06            $500.00x9%÷365x99=12.20

### Rent due 05/01/06

05/01/06-08/07/06            $5,100.48x9%÷365x99=124.50

### Miscellaneous due 02/01/06
02/15/06-08/07/06            $164.88x9%÷365x174=7.07

## TOTAL                                  $8,803.29

Additionally, $22.933 will accrue per diem from and after August 8, 2006

# *Shawn's Maintenance Services Inc.*

**220 Pasadena Drive Tampa Florida 33615**
**Office 813-886-1790 Fax 813-886-1790 Cell 813-393-6664**

## JOB PROPOSAL
### #00075

From: Shawn Starr     Cell: 813-393-6664
Date: June 22, 2006
This proposal good for -90- days but may be withdrawn prior to acceptance.

Contact Name: Steve Dermangian
Phone: 941-400-5014
Fax: 941-359-1836
Job Location:  Braden River Plaza

Company Name: Benderson Development Company
Address: 570 Delaware Avenue Buffalo New York 14202
Phone: 1-716-878-9636
Fax: 1-716-878-9647

---

**GENERAL DISCRIPTION OF WORK TO BE DONE**

<u>Repair holes in sign band left by removal of Winn Dixie signage</u>

<u>SCOPE OF WORK</u>

1.  Rent left equipment
2.  Repair stucco damage left by sign anchorage
3.  Re-paint entire sign band to match existing

**Total cost for labor and materials: $3,600.00**

Sincerely,
Shawn's Maintenance Services Inc.
Shawn Starr
Owner