United States Bankruptcy Court
For the Middle District of Florida

| | |
|---|---|
| WINN-DIXIE STORES INC | } Chapter 11 }  } Claim No. 150 }  } Case No. 05-03817 } |
| Debtor | } Amount: $95,796.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (2)**
**To: Transferor:**

Liquidity Solutions Inc
d/b/a Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

The transfer of your claim as shown above in the amount of **$95,796.00** has been transferred to:

> **GREENVILLE COMPRESS COMPANY**
> PO Box 218
> Greenville, MS 37802

No action is required if you do not object to the transfer of your Claim.

By:/s/ Robert Minkoff
Liquidity Solutions Inc
d/b/a Revenue Management
(201) 968-0001

## TRANSFER NOTICE

**Revenue Management** ("Assignor"), transfers and assigns unto **Greenville Compress Company** with an address at PO Box 218, Greenville, MS 37802, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: Winn-Dixie Stores Inc (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the **Greenville Compress Company** Claims of Assignor in the aggregate amount of **$95,796.00** representing all claims against: Winn-Dixie Stores Inc in the United States Bankruptcy Court for the Middle District of Florida, administered as Case No. 05-03817 subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 9th day of **August** 2006.

Liquidity Solutions Inc
d/b/a Revenue Management

By:/s/ Robert Minkoff