UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WINN-DIXIE STORES, INC., ET AL., | § | CASE NO. 05-03817-3F1 |
| | § | |
| Debtors. | § | *Jointly Administered* |

**LIMITED OBJECTION OF CARDINAL CAPITAL PARTNERS, INC. EMPLOYEE PROFIT SHARING PLAN & TRUST A/K/A CCP EMPLOYEE PROFIT SHARING PLAN & TRUST TO THE COMPLETE TRANSFER OF CLAIM NO. 8903**

**TO THE HONORABLE JERRY A. FUNK,
UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW,** Cardinal Capital Partners, Inc. Employee Profit Sharing Plan & Trust a/k/a CCP Employee Profit Sharing Plan & Trust ("CCP") and hereby files this, its Objection to the Complete Transfer of Claim No. 8903 (the "Objection") and respectfully represents as follows:

## Limited Objection

1. On or around July 5, 2006, CCP transferred *a portion of* claim no. 8903 to Principal Life Insurance Company ("Principal"). On or around July 12, 2006, Principal filed the Notice of Transfer Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2).

2. On July 20, 2006, Logan & Company, Inc. served a Notice of Transfer of Claim Other Than For Security indicating that CCP *fully transferred* claim no. 8903 to Principal.

3. CCP hereby objects because it only partially transferred claim no. 8903 to Principal. CCP requests that the clerk amend the Notice to reflect the *partial transfer* of claim no. 8903.

**WHEREFORE PREMISES CONSIDERED,** Cardinal Capital Partners, Inc. Employee Profit Sharing Plan & Trust a/k/a CCP Employee Profit Sharing Plan & Trust respectfully requests that the Court sustain its objection and enter an order requiring Logan & Company, Inc. to withdraw its notice of full transfer of claim no. 8903 and issue a notice of a partial transfer of claim no. 8903 and granting such other relief to which CCP is justly entitled.

        HIERSCHE, HAYWARD, DRAKELEY
        & URBACH, P.C

By:   /s/Russell W. Mills
      Russell W. Mills
      TX State Bar No. 00784609
      Jason M. Katz
      TX State Bar No. 24038990

15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Telephone:   (972) 701-7000
Facsimile:    (972) 701-8765

    - and -

BLEDSOE, JACOBSON, SCHMIDT
& WRIGHT

By:   /s/ James A. Bledsoe, Jr.
      James A. Bledsoe, Jr.
      Florida State Bar No. 0150646

1301 Riverplace Boulevard, Suite 1818
Jacksonville, Florida 32207
Telephone:   (904) 398-1818
Facsimile:    (904) 398-7073

ATTORNEYS FOR CARDINAL CAPITAL PARTNERS, INC. EMPLOYEE PROFIT SHARING PLAN & TRUST a/k/a CCP EMPLOYEE PROFIT SHARING PLAN & TRUST

## CERTIFICATE OF SERVICE

This is to certify that on the 9th day of August, 2006, a true and correct copy of the above and foregoing Objection was served *via* first class mail and/or via electronically on the following:

Wendy M. Simkulak, Esq.
Duane Morris, LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Counsel for Principal Life Insurance Company

Jane M. Leamy
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899

Counsel for Debtors

D. J. Baker
Rosalie Walker Gray
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Counsel for Debtors

Stephen D. Busey
James. H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Counsel for Debtors

/s/ *Russell w. Mills*
Russell W. Mills