UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

AUG - 9 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:

WINN DIXIE STORES, INC., et. al.,

Debtors,

CASE NO: 05-03817-3F1

CHAPTER: 11

CREDITOR NO: WDX-416200-L4-L1
THOMAS, RONALD
C/O JOSEPH M. WILLIAMS, PA
1701 J. Redman Parkway
Plant City, Florida 33563

_____/

### RESPONSE TO CLAIMS TO BE DISALLOWED
### AND REQUEST CLAIM BE VALIDATED

**COMES NOW** the Claimant, **RONALD THOMAS**, by and through the under signed attorney and requests that his claim be allowed and states the following:

1. On March 20, 2004, Claimant was a patron in Debtor's store located in Haines City, Florida when the automatic sliding doors closed on him.

2. Claimant has been in and out of the hospital since the date of the accident for various illnesses.

3. Claimant has been homeless, and does not receive his mail and notices in a timely matter.

4. That this request is made in good faith and for no other ulterior purposes.

**WHEREFORE** Claimant, **RONALD THOMAS** request that his claim be allowed.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Leanne McKnight Prendergast, Esquire, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 this 4th day of August 2006.

Joseph M. Williams, Esquire
LAW OFFICES OF JOSEPH M. WILLIAMS, P.A.
1701 James L. Redman Parkway
Plant City, Florida 33563
(813) 719-6605    Fax: (813) 717-9808
FBN: 0006459