UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS**
**HEARINGS TO BE HELD ON AUGUST 10, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on August 10, 2006 at 1:00 p.m.:

A.    **Uncontested Matters**

1.    *Motion for Order Authorizing Debtors to Enter Into Surety Credit Facility with Liberty Mutual Insurance Company and Granting Related Relief Filed by Debtor Winn-Dixie Stores, Inc. (Docket No. 9416)*

Objection Deadline:    Expired.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

2.    *City of Norfolk, Virginia Amended Motion to Allow late Filed Claim (Docket No. 7799)*

Objection Deadline:    None.

Objections:    No objections have been filed.

Status:    The Debtors and the Movant have agreed to continue the hearing on the Motion to September 7, 2006.

3.      *Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

Response Deadline:   Expired.

Responses:           No responses have been filed.

Status:              The Debtors and the Claimants have agreed to continue the hearing on the Objection to August 24, 2006.


4.      *Fourth Interim Application of The Blackstone Group L.P. as Financial Advisor to the Debtors for Allowance of Compensation for Actual and Necessary Services Rendered and Reimbursement of Actual and Necessary Out-of-Pocket Expenses Recognized During the Period of February 1, 2006 Through May 31, 2006 (Docket No. 9391)*

Objection Deadline:   Expired.

Objections:           No objections have been filed.

Status:               The Debtors have been informed that Blackstone will proceed with the Application.


5.      *Fourth Interim Application of Carlton Fields, P.A. as Special Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2006 Through May 31, 2006 (Docket No. 9433)*

Objection Deadline:   Expired.

Objections:           No objections have been filed.

Status:               The Debtors have been informed that Carlton Fields will proceed with the Application.

6.      *Second Interim Application for Allowance of Fees and Expenses of Deloitte & Touche LLP to Provide Risk Assessment, Quality Assessment, and Journal Entry Testing Services to the Debtors for the Period from February 1, 2006 Through May 31, 2006 (Docket No. 9390)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                  The Debtors have been informed that Deloitte & Touche will proceed with the Application.

7.      *First Interim Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 Through May 31, 2006 (Docket No. 9388)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                  The Debtors have been informed that Deloitte Consulting will proceed with the Application.

8.      *First Interim Fee Application for Allowance of Fees and Expenses of Deloitte Financial Advisory Services LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 Through May 31, 2006 (Docket No. 9389)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                  The Debtors have been informed that Deloitte Financial will proceed with the Application.

9.    *First Interim Application of Jenner & Block LLP as Special Counsel to the Debtors for Allowance and Payment of Compensation for and Reimbursement of Expenses Advanced for the Period of May 9, 2005 Through May 31, 2006 (Docket No. 9392)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                    The Debtors have been informed that Jenner & Block will proceed with the Application.

10.    *Fourth Interim Application for Allowance of Attorneys' Fees and Reimbursement of Expenses Incurred by King & Spalding LLP, Special Corporate and Litigation Counsel to the Debtors for the Period February 1, 2006 Through May 31, 2006 (Docket No. 9397)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                    The Debtors have been informed that King & Spalding will proceed with the Application.

11.    *Fourth Interim Application of Kirschner & Legler, P.A. for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Costs Advanced for the Period of February 1, 2006 Through May 31, 2006 (Docket No. 9398)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                    The Debtors have been informed that Kirschner & Legler will proceed with the Application.

12.     *Fourth Interim Application of KPMG LLP for the Period of February 1, 2006 Through May 31, 2006, Pursuant to Order Establishing Interim Compensation Procedures (Docket No. 9402)*

Objection Deadline:   Expired.

Objections:                    No objections have been filed.

Status:                    The Debtors have been informed that KPMG will proceed with the Application.

13.     *Fourth Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2006 Through May 31, 2006 (Docket No. 9400)*

Objection Deadline:   Expired.

Objections:                    No objections have been filed.

Status:                    The Debtors have been informed that PricewaterhouseCoopers will proceed with the Application.

14.     *Fourth Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2006 Through May 31, 2006 (Docket No. 9442)*

Objection Deadline:   Expired.

Objections:                    No objections have been filed.

Status:                    The Debtors have been informed that Skadden, Arps will proceed with the Application.

15. *Fourth Interim Application of Smith, Gambrell & Russell, LLP for Compensation and Reimbursement of Expenses as Special Real Estate Counsel to the Debtors for the Period from February 1, 2006 Through May 31, 2006 (Docket No. 9401)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors have been informed that Smith, Gambrell will proceed with the Application.

16. *Fourth Interim Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Costs Advanced for Period from February 1, 2006 Through May 31, 2006 (Docket No. 9423)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors have been informed that Smith Hulsey will proceed with the Application.

17. *First Interim Application of Stuart, Maue, Mitchell & James, Fee Examiner, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses for the Period From December 1, 2005 Through May 31, 2006 (Docket No. 9403)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors have been informed that Stuart, Maue will proceed with the Application.

18. *Fourth Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of XRoads Solutions Group, LLC, as Financial and Operations Restructuring Consultants for the Period from January 29, 2006 Through May 27, 2006 (Docket No. 9404)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that XRoads will proceed with the Application.

19. *Third Application of Akerman Senterfitt, Co-Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from February 1, 2006 Through and Including May 31, 2006 (Docket No. 9395)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Akerman Senterfitt will proceed with the Application.

20. *Fourth Interim Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from February 1, 2006 through and including May 31, 2006 (Docket No. 9393)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Alvarez & Marsal will proceed with the Application.

21.     *Fourth Interim Application of Houlihan Lokey Howard & Zukin Capital as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Period February 1, 2006 through and including May 31, 2006 (Docket No. 9394)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Houlihan Lokey will proceed with the Application.

22.     *Fourth Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from February 1, 2006 through and including May 31, 2006 (Docket No. 9426)*

Objection Deadline:   Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Milbank, Tweed will proceed with the Application.

## B.    **Contested Matters**

1.      *Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities Filed by Debtor Winn-Dixie Stores, Inc. (Docket No. 9133)*

Response Deadline:   Expired.

Responses:         (a)    Tax Collector, Warren County, Mississippi (Docket No. 9350);

                   (b)    Assessor/Tax Collector, Marion County, Mississippi (Docket No. 9359);

                   (c)    Madison County, Mississippi Tax Collector (Docket No. 9568);

|       |     |                                                                    |
|-------|-----|--------------------------------------------------------------------|
| (d)   |     | Forrest County, Mississippi Tax Collector (Docket No. 9765); and   |
| (e)   |     | Copiah County, Mississippi Tax Collector (Docket No. 9748 and 9790). |

Status:        The Debtors will proceed with the Motion and Objection.

2.    *Debtors' Objection to Claim Filed by United States Department of Health and Human Services (Claim No. 10662) (Docket No. 5872)*

Response Deadline:    Expired.

Responses:    United States Department of Health and Human Services (Docket No. 9880).

Status:    The Debtors and the Claimant have agreed to continue the hearing on the Objection until further notice by any party in interest. The Debtors will present a proposed agreed order directing the parties to mediation on this Objection.

3.    *Fourteenth Omnibus Objection to (a) No Liability Claims and (b) No Liability Misclassified Claims Filed by Debtor Winn-Dixie Stores, Inc. (Docket No. 9131)*

Response Deadline:    Expired.

Responses:

|       |     |                                                                    |
|-------|-----|--------------------------------------------------------------------|
| (a)   |     | Visagent Corporation (Docket No. 9446);                             |
| (b)   |     | Georgia Department of Revenue (Docket No. 9598);                    |
| (c)   |     | Mobley Family Partnership, LP and Redd Family II, LP d/b/a Blue Angel Crossing (Docket No. 9729); |
| (d)   |     | Tiger Crossing d/b/a University Crossing Shopping Center (9739);    |
| (e)   |     | Big Lots Stores, Inc. (Docket No. 9752); and                       |

(f)     Principal Life Insurance Company (Docket No. 9821).

Status:                 The Debtors will proceed with the Objection.

4.      *Amended Omnibus Motion for Order to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief Filed by Debtor Winn-Dixie Stores, Inc. (Docket No. 7966)*

Objection Deadline:  Expired.

Objections to
Assumption:         (a)     E&A Acquisition Two, LP – Store No. 2213 (Docket No. 8750);

(b)     E&A Investments, LP – Store No. 736 (Docket No. 8751);

(c)     E & A Financing II, LP – Store Nos. 84, 2230 and 2333 (Docket No. 8752);

(d)     GLA, LLC - Store No. 1852 (Docket No. 8753);

(e)     E & A Southeast, LP – Store No. 599 (Docket No. 8755);

(f)     Florida Dickens Associates, Ltd., et al. – Store Nos. 138, 176, 256, 265, 287, 517, 607, 672, 1404, 1449, 2217, 2265, 2602 (Docket No. 8845);

(g)     Benderson Development Company, Inc. – Store Nos. 637, 651, 656, 660, 737 (Docket No. 8910);

(h)     Prudential Insurance Company of America – Store Nos. 2, 81, 250 (Docket No. 8920);

(i)     Westfork Tower, LLC, Concord-Fund IV Retail, LP, TA Cresthaven, LLC, Flagler Retail Associates, Ltd., and Elston/Leetsdale, LLC, by and through their Property Manager, Terranova Corp. – Store Nos. 209, 221, 254, 278, 353 (Docket No. 8921);

(j)     Developers Diversified Realty Corp., et al. – Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766, 2211, 2267 (Docket No. 8927);

(k)     Developers Diversified Realty Corp. – Store No. 2289 (Docket No. 8928);

(l)     Aronov Realty and New Plan Excel Realty Trust, Inc. – Store Nos. 153, 231, 281, 426, 454, 460, 556, 698, 1440, 2258, 2301, 2311, 2348 (Docket No. 8959).

Objections to
Cure Amounts:          (a)     WD Green Cove Trust – Store No. 138 (Docket No. 8757);

(b)     WD Pasco Trust – Store No. 672 (Docket No. 8761);

(c)     WD Jacksonville Trust – Store No. 176 (Docket No. 8764);

(d)     Regency Centers, L.P. – Store No. 256 (Docket No. 8792);

(e)     MCW-RC FL-Shoppes at 104, LLC – Store No. 287 (Docket No. 8793);

(f)     Gehr Florida Development, LLC – Store No. 348 (Docket No. 8864);

(g)     Wilmington Trust Co. as Trustee of Southland-Birmingham W.D. Delaware Business Trust – Store No. 517 (Docket No. 8877);

(h)     William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-River Ridge W.D. Delaware Business Trust – Store No. 1404 (Docket No. 8879);

(i)     William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Amite W.D. Delaware Business Trust – Store No. 1449 (Docket No. 8880);

(j)    Southland-Crystal River W.D. Delaware Business Trust – Store No. 2217 (Docket No. 8881);

(k)    Southland-Poinciana W.D. Delaware Business Trust – Store No. 2265 (Docket No. 8882);

(l)    Land Dade, Inc. – Store No. 607 (Docket No. 8909);

(m)    London Associates, Ltd. – Store No. 290 (Docket No. 8919);

(n)    Skinners of Point Meadows, Inc. – Store No. 6 (Docket No. 8937);

(o)    Benderson Development Company, Inc. – Store No. 613 (Docket No. 10055).

(p)    E&A Acquisition Two, LP – Store No. 2213 (Docket No. 8750);

(q)    E&A Investments, LP – Store No. 736 (Docket No. 8751);

(r)    E & A Financing II, LP – Store Nos. 84, 2230 and 2333 (Docket No. 8752);

(s)    GLA, LLC - Store No. 1852 (Docket No. 8753);

(t)    Benderson Development Company, Inc. – Store Nos. 637, 651, 656, 660, 737 (Docket No. 8910);

(u)    Prudential Insurance Company of America – Store Nos. 2, 81, 250 (Docket No. 8920);

(v)    Westfork Tower, LLC, Concord-Fund IV Retail, LP, TA Cresthaven, LLC, Flagler Retail Associates, Ltd., and Elston/Leetsdale, LLC, by and through their Property Manager, Terranova Corp. – Store Nos. 209, 221, 254, 278, 353 (Docket No. 8921);

(w)      Developers Diversified Realty Corp., et al. –
Store Nos. 167, 218, 222, 243, 359, 375,
631, 777, 1537, 1766, 2211, 2267 (Docket
No. 8927);

(x)      Aronov Realty and New Plan Excel Realty
Trust, Inc. – Store Nos. 153, 231, 281, 426,
454, 460, 556, 698, 1440, 2258, 2301, 2311,
2348 (Docket No. 8959).

Status:      The Debtors will proceed with the Motion with
regard to objections to assumption; the Debtors will
continue objections to cure amounts until noticed
by any party in interest.

Dated: August 9, 2006

SKADDEN, ARPS, SLATE, MEAGHER     SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*               By    *s/ Cynthia C. Jackson*    
     D. J. Baker                              Stephen D. Busey
     Sally McDonald Henry               James H. Post
     Rosalie Walker Gray                Cynthia C. Jackson, F.B.N. 498882

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036         Jacksonville, Florida 32202
(212) 735-3000                           (904) 359-7700
(212) 735-2000 (facsimile)         (904) 359-7708 (facsimile)
djbaker@skadden.com             cjackson@smithhulsey.com

Co-Counsel for Debtors            Co-Counsel for Debtors

00539380