# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF
## DEBTORS AMENDED OMNIBUS MOTION FOR
## ORDER TO (I) ASSUME NON-RESIDENTIAL REAL
## PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND
## (III) GRANT RELATED RELIEF AS TO TWO OF THE LEASES

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, give notice of the withdrawal of Debtors' Amended Omnibus Motion for Order to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief (Docket No. 7966) with respect to Store Numbers 1403 and 1766.

Dated: August 9, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>     D. J. Baker <br>     Sally McDonald Henry <br>     Rosalie Gray | By   *s/ Cynthia C. Jackson*  <br>     Stephen D. Busey <br>     James H. Post <br>     Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

539964