**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 05-03817-3F1** |
| **WINN-DIXIE STORES, INC., et al**<br>Debtors | **CHAPTER 11**<br>**JOINTLY ADMINISTERED** |

**MOTION TO APPEAR PRO HAC VICE**

Jerry W. Sullivan of the firm of Leefe, Gibbs, Sullivan, Dupre & Aldous, pursuant to Local Rule 2090-1(c)(9), moves for special admission to appear in this case as counsel for PRB Investments, L.L.C and states as follows:

1. Movant is an attorney licensed to practice law in the State of Louisiana and has been a member in good standing of the Louisiana Bar since October 11, 1985.

2. Movant is an attorney licensed to practice law in the State of Florida and has been a member in good standing of the Florida Bar since November 14, 1986.

3. Movant is also admitted to practice before United States Bankruptcy Court for the Eastern District of Louisiana, United States District Court for the Eastern District of Louisiana, the United States Fifth Circuit Court of Appeals, and all Louisiana Appellate Courts.

4. Movant designates Robert L. Hoskins, III, who is qualified to practice in this court and who consents to designation as local counsel.

5. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state nor from any United States Bankruptcy Court, District Court or Court of Appeals.

6. Movant certifies further that he is familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all requirements governing the professional behavior of members of Florida Bar.

WHEREFORE, Movant respectfully requests entry of an order authorizing his special admission to practice in this case.


Dated: August 9, 2006

**LEEFE, GIBBS, SULLIVAN & DUPRÉ & ALDOUS**


BY: _____/s/ Jerry W. Sullivan_____
          JERRY W. SULLIVAN, F.B.N. 616620

 3900 North Causeway Blvd., Suite 1470
One Lakeway Center
Metairie, Louisiana 70002
(504) 830-3990
(504) 830-3998 (facsimile)
jwsullivan@lgsdalaw.com

Counsel for PRB Investments, LLC

**CONSENT TO ACT AS LOCAL COUNSEL**

I, Robert L. Hoskins, III, an attorney qualified to practice in this court, consent to designation as local attorney for PRB Investments, LLC, and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall serve in accordance with Local Rule 2090-1(B)(2).


**HOSKINS and PENTON, P.A.**


BY:          /s/ Robert L. Hoskins, III
          ROBERT L. HOSKINS, III, F.B.N. 0252141

 2123 N.E. Coachman Road, #B
Clearwater, FL 33765
(727) 727446-4059
(727) 442-6600 (facsimile)
hptriallawyer@aol.com

Counsel for PRB Investments, LLC

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, NY 10036 | Jacksonville, FL 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |

           /s/ Jerry W. Sullivan
JERRY W. SULLIVAN
F.B.N. 616620
Counsel for PRB Investments, LLC
**LEEFE, GIBBS, SULLIVAN & DUPRÉ & ALDOUS**
3900 North Causeway Blvd., Suite 1470
One Lakeway Center
Metairie, Louisiana 70002
(504) 830-3990
(504) 830-3998 (facsimile)
jwsullivan@lgsdalaw.com