UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
            Debtors.                     )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Alba Gonzalez-Murillo  (Claim No. 10766) [Docket No. 10012] was furnished by mail

on August 9, 2006 to Alba Gonzalez-Murillo. 3809 Pine Ridge Road, Orlando, Florida

32808-2541.

Dated:  August 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_____          By    ___s/ James H. Post_____
        D. J. Baker                         Stephen D. Busey
        Sally McDonald Henry                James H. Post (FBN 175460)
        Rosalie Gray                        Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC