UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         Chapter 11
            Debtors.                           )        Jointly Administered

### **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jay Little (Claim No. 3009) [Docket No. 9989] was furnished by mail on August 9, 2006 to Jay Little c/o Chadwick Lawrence, Esq., Lawrence & Associates, P.A., 920 West Emmett Street, Kissimmee, Florida 34741.

Dated: August 10, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*         | By   *s/ James H. Post*       |
|       D. J. Baker             |       Stephen D. Busey        |
|       Sally McDonald Henry    |       James H. Post (FBN 175460) |
|       Rosalie Gray            |       Cynthia C. Jackson      |
| Four Times Square             | 225 Water Street, Suite 1800  |
| New York, New York 10036      | Jacksonville, Florida 32202   |
| (212) 735-3000                | (904) 359-7700                |
| (917) 777-2150 (facsimile)    | (904) 359-7708 (facsimile)    |
| djbaker@skadden.com           | jpost@smithhulsey.com         |
| Co-Counsel for Debtors        | Co-Counsel for Debtors        |

00520151.DOC