UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                   )          Chapter 11
                        Debtors.          )          Jointly Administered
_____ )

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Ernestine Lovell  (Claim No. 10659) [Docket No. 9993] was furnished by mail on August

9, 2006 to Ernestine Lovell, 3133 Valleydale Drive, Atlanta, Georgia 30311.

Dated:  August 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                          By       *s/ James H. Post*
       D. J. Baker                                       Stephen D. Busey
       Sally McDonald Henry                              James H. Post (FBN 175460)
       Rosalie Gray                                      Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                       Jacksonville, Florida  32202
(212) 735-3000                                 (904) 359-7700
(917) 777-2150 (facsimile)                     (904) 359-7708 (facsimile)
djbaker@skadden.com                            jpost@smithhulsey.com

Co-Counsel for Debtors                         Co-Counsel for Debtors
00520151.DOC