UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Marina Miller-Davis  (Claim No. 11072) [Docket No. 9997] was furnished by mail on

August 9, 2006 to Marina Miller-Davis c/o Alan Garfinkel, Esq., Garfinkel Trial Group,

300 North Maitland Avenue, Maitland, Florida 32751.

Dated:  August 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                              By        *s/ James H. Post*
    D. J. Baker                                     Stephen D. Busey
    Sally McDonald Henry                       James H. Post (FBN 175460)
    Rosalie Gray                                      Cynthia C. Jackson

Four Times Square                               225 Water Street, Suite 1800
New York, New York 10036                  Jacksonville, Florida  32202
(212) 735-3000                                   (904) 359-7700
(917) 777-2150 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                         jpost@smithhulsey.com

Co-Counsel for Debtors                       Co-Counsel for Debtors
00520151.DOC