UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Adela Perez  (Claim No. 8115) [Docket No. 10002] was furnished by mail on August 9, 2006 to Adela Perez c/o Paul V. De Bianchi, Esq., 2601 East Oakland Park Blvd., Suite 602, Ft. Lauderdale, Florida 33306.

Dated:  August 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

SMITH HULSEY & BUSEY

By    *s/ D. J. Baker*
     D. J. Baker
     Sally McDonald Henry
     Rosalie Gray

By    *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Counsel for Debtors
00520151.DOC

Co-Counsel for Debtors