UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Carmen Pierce  (Claim No. 8223) [Docket No. 10003] was furnished by mail on August 9, 2006 to Carmen Pierce c/o Helen A. Farber, Esq., Rosen & Rosen, 4000 Hollywood Blvd., Suite 725-S, Hollywood, Florida 33021.

Dated:  August 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*              By     *s/ James H. Post*
    D. J. Baker                                Stephen D. Busey
    Sally McDonald Henry                 James H. Post (FBN 175460)
    Rosalie Gray                              Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                                   (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                       jpost@smithhulsey.com

Co-Counsel for Debtors                     Co-Counsel for Debtors
00520151.DOC