UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,            )        Case No. 05-03817-3F1
                                                     Chapter 11
                    Debtors.                 )        Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Cynthia Woolfork   (Claim No. 9464) [Docket No. 10008] was furnished by mail on

August 9, 2006 to Cynthia Woolfork, 651 N.W. 194th Terrace, Miami, Florida 33169.

Dated:  August 10, 2006

SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                By      *s/ James H. Post*
      D. J. Baker                            Stephen D. Busey
      Sally McDonald Henry                   James H. Post (FBN 175460)
      Rosalie Gray                           Cynthia C. Jackson

Four Times Square                    225 Water Street, Suite 1800
New York, New York 10036             Jacksonville, Florida  32202
(212) 735-3000                       (904) 359-7700
(917) 777-2150 (facsimile)           (904) 359-7708 (facsimile)
djbaker@skadden.com                  jpost@smithhulsey.com

Co-Counsel for Debtors               Co-Counsel for Debtors
00520151.DOC