UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 05-03817-3F1
 Chapter 11
WINN-DIXIE STORES, INC., et al., Jointly Administered
 Creditor: Sabrina Rordriguez
Debtors. Creditor No. WDX-391818-L1
_____/ Claims No. 7105 and 7106

### SABRINA RODRIGUEZ' NOTICE OF SETTLEMENT OF LITIGATION CLAIMS RESPONSE TO DEBTOR'S OMNIBUS OBJECTIONS TO UNRESOLVED LITIGATION CLAIMS

COMES NOW CREDITOR SABRINA RODRIGUEZ files this NOTICE OF SETTLEMENT OF LITIGATION CLAIMS and RESPONSE TO DEBTOR'S OMNIBUS OBJECTIONS TO UNRESOLVED LITIGATION CLAIMS and states as follows:

1. **BACKGROUND:**

    A. SABRINA RODRIGUEZ filed two timely claims for damages(Claims No. 7105 and 7106) arising from a slip and fall accident against WINN DIXIE STORES INC and WINN DIXIE SUPERMARKETS INC.

    B. Debtors filed OMNIBUS OBJECTIONS to these claims.

    C. Both of these claims were settled for a total settlement amount of $5,000 as an authorized cash payment on July 27, 2006. (Ex. 1). See letter to Ms. Howard of Sedgwick Claims confirming said settlement. SABRINA RODRIGUEZ is currently awaiting receipt of settlement documentation and it is expected that counsel for the debtor will file the appropriate confirmatory papers with this Court.

    2. **DEBTORS' OBJECTIONS TO THESE CLAIMS ARE MOOT IN THAT THESE CLAIMS HAVE BEEN SETTLED.**

3. **IN ANY EVENT, THE CLAIMS WERE TIMELY FILED BEFORE THE BAR DATE AND WERE OTHERWISE TIMELY AND IN COMPLIANCE WITH THE CLAIMS RESOLUTION PROCEDURE:**

The Proofs of claims in this matter were timely filed on July 29, 2005 before the bar date of August 1, 2005. See the Proofs of Claim attached hereto as Exhibit 2.

3. **IN ANY EVENT THE CLAIMS WERE SUPPORTED BY LEGALLY SUFFICIENT DOCUMENTATION THAT WAS PREVIOUSLY PROVIDED AS ATTACHMENTS TO THE CLAIMS QUESTIONNAIRE:**

The QUESTIONNAIRE (Ex. 3) attached the complaint, answer, answers to interrogatories, medical records and bills. These documents showed that as a result of Debtors' negligent maintenance of the subject grocery store premises, SABRINA RODRIGUEZ was injured when she slipped on a foreign substance.

4. **CONCLUSION:** These claims have been properly settled for an authorized cash payment of $5,000.00 and therefore Debtors' objections are moot. In any event, both claims were timely filed and based the legally sufficient documentation previously submitted.

WHEREFORE, SABRINA RORIGUEZ, asks that the OMNIBUS OBJECTIONS to her claims be denied as moot and that settlement by way of an authorized cash payment of $5,000.00 be approved and confirmed by this court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and copy was served on Smith, Hulsey & Busey, Attn: Tana Copeland, 225 Water St., Suite 1800, Jacksonville, Fla., 32202, via email tcopeland@smithhulsey.com and via facsimile sent to 904-359-7707 this __10__ day of August, 2006.

Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd.
Suite 201
Miami, FL 33162
(305) 653-5555
Attorneys for SABRINA RODRIGUEZ

David L. Perkins
Florida Bar # 264911