UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
WINN-DIXIE STORES, INC., et al.,  
Debtors.  
_____/

Case No. 05-03817-3F1  
Chapter 11  
Jointly Administered  
Creditor: Sabrina Rordriguez  
Creditor No. WDX-391818-L1  
Claims No. 7105 and 7106

**SABRINA RODRIGUEZ' NOTICE OF SETTLEMENT OF LITIGATION CLAIMS RESPONSE TO DEBTOR'S OMNIBUS OBJECTIONS TO UNRESOLVED LITIGATION CLAIMS**

COMES NOW CREDITOR SABRINA RODRIGUEZ files this NOTICE OF SETTLEMENT OF LITIGATION CLAIMS and RESPONSE TO DEBTOR'S OMNIBUS OBJECTIONS TO UNRESOLVED LITIGATION CLAIMS and states as follows:

1. **BACKGROUND:**

    A. SABRINA RODRIGUEZ filed two timely claims for damages (Claims No. 7105 and 7106) arising from a slip and fall accident against WINN DIXIE STORES INC and WINN DIXIE SUPERMARKETS INC.

    B. Debtors filed OMNIBUS OBJECTIONS to these claims.

    C. Both of these claims were settled for a total settlement amount of $5,000 as an authorized cash payment on July 27, 2006. (Ex. 1). See letter to Ms. Howard of Sedgwick Claims confirming said settlement. SABRINA RODRIGUEZ is currently awaiting receipt of settlement documentation and it is expected that counsel for the debtor will file the appropriate confirmatory papers with this Court.

2. **DEBTORS' OBJECTIONS TO THESE CLAIMS ARE MOOT IN THAT THESE CLAIMS HAVE BEEN SETTLED.**

3. **IN ANY EVENT, THE CLAIMS WERE TIMELY FILED BEFORE THE BAR DATE AND WERE OTHERWISE TIMELY AND IN COMPLIANCE WITH THE CLAIMS RESOLUTION PROCEDURE:**

The Proofs of Claims in this matter were timely filed on July 21, 2005 before the bar date of August 1, 2005. See the Proofs of Claim attached hereto as Exhibit 2.

3. **IN ANY EVENT THE CLAIMS WERE SUPPORTED BY LEGALLY SUFFICIENT DOCUMENTATION THAT WAS PREVIOUSLY PROVIDED AS ATTACHMENTS TO THE CLAIMS QUESTIONNAIRE:**

The QUESTIONNAIRE (Ex. 3) attached the complaint, answer, answers to interrogatories, medical records and bills. These documents showed that as a result of Debtors' negligent maintenance of the subject grocery store premises, SABRINA RODRIGUEZ was injured when she slipped on a foreign substance.

4. **CONCLUSION:** These claims have been properly settled for an authorized cash payment of $5,000.00 and therefore Debtors' objections are moot. In any event, both claims were timely filed and based the legally sufficient documentation previously submitted.

WHEREFORE, SABRINA RORIGUEZ, asks that the OMNIBUS OBJECTIONS to her claims be denied as moot and that settlement by way of an authorized cash payment of $5,000.00 be approved and confirmed by this court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and copy was served on Smith, Hulsey & Busey, Attn: Tana Copeland, 225 Water St., Suite 1800, Jacksonville, Fla., 32202, via email tcopeland@smithhulsey.com and via facsimile sent to 904-359-7707 this __10__ day of August, 2006.

Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd.
Suite 201
Miami, FL 33162
(305) 653-5555
Attorneys for SABRINA RODRIGUEZ

David L. Perkins
Florida Bar # 264911

# EXHIBIT 1

# LAW OFFICES
# HOFFMAN, LARIN AND AGNETTI, P.A.

JOHN B. AGNETTI
MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR
DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR
ALEX RIVERO
TORRENCE R. PHILLIPS

OF COUNSEL
RUBEN N. GOTLIEB
HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY
RICHARD L. LARIN
LUCY MORILLO

NORTH MIAMI BEACH OFFICE
909 NORTH MIAMI BEACH BOULEVARD
SUITE 201
MIAMI, FLORIDA 33162-3712

TELEPHONE (305) 653-5555
FAX (305) 940-0090

PLEASE REPLY TO:
NORTH MIAMI BEACH OFFICE

WWW.HLALAW.COM

BROWARD COUNTY OFFICE
1451 W. CYPRESS CREEK ROAD
SUITE 300
FORT LAUDERDALE, FL 33309
(954) 958-0314
FAX (954) 958-0315

MONROE COUNTY OFFICES
81641 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036

422 FLEMING STREET
KEY WEST, FL 33040
(800) 803-5555

July 27, 2006

Ms. Janet Howard
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787

VIA FAX 904-419-5365

re:  Our Client:        Sabrina Rodriguez
     Claim No:          A411210611-0001-01
     Proof of Claim No: 7105, 7106
     D/A:               6/16/2003
     Entity:            Winn-Dixie Stores, Inc.
     Location           Winn-Dixie #0292
                        1630 W. 49th Street, Hialeah, FL

Dear Ms. Howard:

This will confirm that case is settled for the cash payment of Five Thousand ($5000.00) Dollars. Please forward all necessary paperwork.

Very truly yours,

HOFFMAN, LARIN & AGNETTI, P.A.

David L. Perkins
For the Firm
DLP:clg

# EXHIBIT 2

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS CLAIM IS: AUGUST 1, 2005 AT 5:00 EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name **Winn Dixie Stores Inc**   Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

20262102
WDX-3918188255
RODRIGUEZ, SABRINA
C/O: DAVID L PERKINS
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. MIAMI BEACH BLVD.
SUITE 201
MIAMI FL 33162

Telephone No of Creditor: 305 653-5555
Fax No of Creditor: 305 940-0090

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR: WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
CLAIM NO.: 7105

**B. Name and address of signatory or other person to whom notices must be served, if different from above.** (Check box if:) ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN _____
  Unpaid compensation for services performed from
  _____ to _____
  (date)   (date)

**2. Date debt was incurred.** 4/7/2003

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $200,000.00 (unsecured)   $_____ (secured)   $_____ (priority)   $200,000.00 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

**6. Unsecured Nonpriority Claim $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect cases commenced on or after the date of adjustment

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

2005 JUL 21 PM 12: 55

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: Print **John B. Agnetti**   Title **Attorney** Signature _____ |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571