Form B10 (Official Form 10) (04/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Chapter 11
PROOF OF CLAIM

DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME

Name of Debtor Against Which You Assert Your Claim:

Debtor Name Winn Dixie Supermarkets Inc. Case No 05-03840-3F1

(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20262102

WDX-391818-B2-55
RODRIGUEZ, SABRINA
C/O: DAVID L. PERKINS
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. MIAMI BEACH BLVD.
SUITE 201
MIAMI FL 33162

305-653-5555
Telephone No of Creditor

305-940-0090
Fax No of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
U S BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 7106**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name ______

Company/Firm ______

Address ______

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars

☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated

Basis for Claim

☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other ______

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract ______

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN ______
Unpaid compensation for services performed from ______ (date) to ______ (date)

4/7/2003
Date debt was incurred.

3 If claim is based on a Court Judgment, date obtained

4. Total Amount of Claim at Time Case Filed

$400,000.00 (unsecured) $______ (secured) $______ (priority) $400,000.00 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

5. Secured Claim

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other ______

Value of Collateral $______

Amount of arrearage and other charges at time case filed included in secured claim, if any $______

6. Unsecured Nonpriority Claim $______

Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7 Unsecured Priority Claim.

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $______

Specify the priority of the claim

☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

Credits The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

Date-Stamped Copy To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

2005 JUL 21 PM 12:55

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print John B. Agnetti Title Attorney

Signature [signature]

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

# QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

## PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

(a) fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

(b) return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

***Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form***

Creditor No.: 391818
RODRIGUEZ, SABRINA
C/O HOFFMAN, LARIN & AGNETTI, PA
ATTN DAVID L PERKINS, ESQ
909 N. MIAMI BEACH BLVD, SUITE 201
MIAMI FL 33162

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

Page 2

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) December 13, 1989

2. Date of injury or claim: (MM/DD/YY) June 16, 2003

3. What is the basis of your claim? Fell at Winn Dixie - Slipped on Fruit juice, on fruit & juice Aisle.

4. What is the total amount of your claim? (Please estimate if necessary). $200,000

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain. Medical Records and bills, complaint and Answers to Interrogatories attached.

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. None

7. Are you pursuing this claim against any other party? Yes ☐ No ☒
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☑ No ☐ — Complaint - Dade County Fla. Circuit Court
   — Letter (notice of claim).

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. Yes - Miami-Dade County Circuit Court, 04-22988 (20)
   11th Judicial Circuit Florida.

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

Page 3

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) Back problems - jaw makes severe noises; right shoulder, elbow and arm pain. headaches.

11. Where did the injury or damage occur? Winn Dixie on W 49 St & 16 Avenue. , Hialeah, FL.

Please specify the location and address.

12. How did the injury or damage occur? Slip & Fall on syrup from fruit cups. Known to Winn Dixie - there long enough so they should have known.

13. Did you miss any work as a result of your injury or damage? If so, how many days? NO

14. Give the name and address of your employer and your salary at the time of your injury or damage.

Minor Child, student.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).

Family members: (mother)
Lucia Escobar Lydia Escobar Liset Hernandez
(also c/o Hoffman Larin agent;)
Lidia Escoba Lillie Allen Jordan Allen

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*