# EXHIBIT 3



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

Page

In re:

WINN-DIXIE STORES, INC., et al.,

　　　　　　　Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043**. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

　　1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

　　2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

　　3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

　　　　(a)　　fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

　　　　(b)　　return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*



Creditor No.: 391818
RODRIGUEZ, SABRINA
C/O HOFFMAN, LARIN & AGNETTI, PA
ATTN DAVID L PERKINS, ESQ
909 N. MIAMI BEACH BLVD, SUITE 201
MIAMI FL 33162

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) **December 13, 1989**

2. Date of injury or claim: (MM/DD/YY) **June 16, 2003**

3. What is the basis of your claim? **Fell at Winn Dixie – Slipped on fruit juice, on fruit juice Aisle.**

4. What is the total amount of your claim? (Please estimate if necessary). **$300,000**

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
**Medical Records and bills, complaint and Answers to Interrogutorie attached.**

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. **None**

7. Are you pursuing this claim against any other party? Yes ☐   No ☒
If so, against whom (list the name, the addresses and counsel for each party, if known)?

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes ☒   No ☐ — **Complaint – Dade County Fla. Circuit Court – Letter (notice of claim).**

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. **Yes – Miami-Dade County Court, 04-22988 (20) Circuit, 11th Judicial Circuit Florida.**

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) Back problems - jaw makes severe noises, right shoulder, elbow and arm pain. headaches.

11. Where did the injury or damage occur? Winn Dixie on W 49 St & 16 Avenue., Hialeah, FL.

Please specify the location and address.

12. How did the injury or damage occur? Slip & Fall on syrup from fruit cups. Was known to Winn Dixie -r there long enough so they should have known.

13. Did you miss any work as a result of your injury or damage? If so, how many days? _____
NO

14. Give the name and address of your employer and your salary at the time of your injury or damage.
Minor child, student.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)
NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).
Family members: (mother)
Lucia Escobar, Lydia Escobar, Liset Hernandez
(also c/o Hoffman Levin & Agnetti.)
Lidia Escoba  Lillie Allen  Jordan Allen

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☑
    (If yes, provide the name and address of the doctor that is currently treating you
    and the nature of the treatment.) _____
    _____
    _____

18. If applicable, please provide the following Physician Data:

    a. Give the name and address of any physician, clinic or hospitals that has treated this injury.
       Include treatment dates. (Attach additional sheets if necessary)
       See Medical Records and bills attached.

    b. Itemize all damages you claim, including any damages for emotional distress,
       loss of consortium or pain and suffering.
       emotional distress   pain on neck & back & right upper
       mental anguish   waist pain   extremity
       jaw pain   headaches.
       medical bills past and future; pain and suffering; disability.
       lost capacity for the enjoyment of life.

    c. Give the total amount of the medical bills you incurred as a result of your claim. _____
       unknown at this time.

    d. Attach medical and hospital records which relate to your claim.   Attached.

    e. Itemize any other expenses you incurred as a result of the incident for which you are
       making a claim. None else at this time other than
       copayments to healthcare personnel and uncovered
       medical bills.

    f. Give a list of medical expenses and amounts paid by your insurance company as a result of
       your injury. See United Healthcare documentation
       and medical bills attached.

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

g. Give the name, address and policy number of your insurance company. _____

United Health Care
C/o Ingenix
12125 Technology Dr.
Eden Prairie, M. MN 55344

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a. Itemize the damages you claim. ___See above,___

b. Give the total amount of each item of damage. ___See above.___

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** $200,000.

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 391818<br>RODRIGUEZ, SABRINA<br>C/O HOFFMAN, LARIN & AGNETTI, PA<br>ATTN DAVID L PERKINS, ESQ<br>909 N. MIAMI BEACH BLVD, SUITE 201<br>MIAMI FL 33162 | Name: ~~Es~~ Sabrina Rodriguez, a minor,<br>~~Address:~~ by her parent and natural<br>guardian, ~~ENCIA~~ ESCOBAR.<br>City/State/Zip: _____<br><br>Phone: _____<br>Fax _____<br>Email<br>Address: _____ |

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10/31/2005           Lucia Escobar
                           Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): DAVID PERKINS
Address: 909 North Miami Beach Blvd Suite 201
City/State/Zip: Miami, FL 33162
Relationship to Claimant: Atty
Phone Number: 305 653-5555
Fax Number: 305-940-0090
Email Address: david@hlalaw.com

### PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

391818-RODRIGUEZ, SABRINA-Claim No.(s): 7105, 7106

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

# Sedgwick CMS

**Sedgwick Claims Management Services, Inc.**
P.O. Box 24787, Jacksonville, Florida 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365

October 21, 2005

David L. Perkins
Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd. Suite 201
Miami, FL 33162

RE:    Proof of Claim No.:    7106
       Claimant:              Sabrina Rodriguez
       Entity:                Winn-Dixie Stores, Inc.
       Sedgwick Claim No:     A411210611-0001-01
       Date of Incident:      6/16/2003

Sedgwick Claim Management Services, Inc. is the claims administrator for the Winn-Dixie Stores Inc. A six (6) page notice titled "Questionnaire for Litigation Claimants" was recently sent to you. As an initial step in resolving your claim you were asked to complete the questionnaire and mail it (along with copies of documents supporting or evidencing your claim) with proper postage to:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

It is very important that this form be <u>fully completed</u> and returned by the deadline. We encourage you to do so as soon as possible if you wish to pursue a claim. If you do not fully complete and return the questionnaire to the debtors (Winn-Dixie) by <u>November 1, 2005</u>, the debtors shall have the right, for that reason alone, to seek denial of your proof of claim.

<u>Please disregard this letter if you have already returned the questionnaire.</u>

Sincerely,

*Angela D. Williams*
Claims Examiner III