# EXHIBIT 1

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P<br>EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: Winn Dixie Stores Inc    Case No: 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

||||||||||||||||||||||||||||| 20261361
WDX-391042-B2-55
PATTERSON, FELICIA
C/O: JOHN B AGNETTI
HOFFMAN, LARIN, AGNETTI AND HOFFMAN, PA
909 NORTH MIAMI BEACH BLVD
SUITE 201
MIAMI FL 33162-3712

Telephone No of Creditor: 305-653-5555
Fax No of Creditor: 305-940-0090

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE - 05-03817 (3F1)
CHAPTER 11
CLAIM NO.: 7100

Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, do not need to file this proof of claim, EXCEPT AS FOLLO the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim M filed in order for you to receive any distribution on account claim. If you have already filed a proof of claim in accordance the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from
_____ to _____
(date)      (date)

Date debt was incurred: 5/24/04

3 If claim is based on a Court Judgment, date obtained: _____

Total Amount of Claim at Time Case Filed

$ 100,600 (unsecured)    $ _____ (secured)    $ _____ (priority)    $ _____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

Unsecured Nonpriority Claim $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7 Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respec cases commenced on or after the date of adjustment

Credits The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

Date _____
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice.
Print: John Agnetti    Title: Attorney
Signature: _____

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

**UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al., | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

### Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

Chapter 11 bankruptcy cases concerning the debtor corporations listed below were filed on February 21, 2005. The cases were transferred above-captioned Court on April 13, 2005. The cases are being jointly administered for procedural purposes under Case No. 05-03817-3F1. You be a creditor of one of the debtors. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor a debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. This notice important deadlines and provides important information concerning the cases. You may want to consult an attorney to protect your rights pleadings (other than proofs of claim) filed in these cases may be reviewed in electronic form at the bankruptcy clerk's office at the address liste below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For general information, please call 1-800-224-7654 or e-ma winninfo@loganandco.com

**Debtors (Other Names Used by the Debtors in the Last 6 Years, Including Trade Names) and Addresses**

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F |
| Astor Products, Inc | N/A | 5244 Edgewood Court, Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F |
| Crackin' Good, Inc | N/A | 701 N Forrest Street Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F |
| Deep South Distributors, Inc | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F |
| Deep South Products, Inc | N/A | 255 Jacksonville Highway Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F |
| Dixie Darling Bakers, Inc | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F |
| Dixie-Home Stores, Inc | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F |
| Dixie Packers, Inc | N/A | State Road 53 South Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F |
| Foodway Stores, Inc | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F |
| Kwik Chek Supermarkets, Inc | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F |
| Sunbelt Products, Inc | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F |
| Sundown Sales, Inc | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F |