# EXHIBIT 2

Patterson Felicia

LAW OFFICES

# HOFFMAN, LARIN AND AGNETTI, P.A.

NORTH MIAMI BEACH OFFICE
909 NORTH MIAMI BEACH BOULEVARD
SUITE 201
MIAMI, FLORIDA 33162-3712

TELEPHONE (305) 653-5555
FAX (305) 940-0090

PLEASE REPLY TO:
NORTH MIAMI BEACH OFFICE

WWW.HLALAW.COM

JOHN B. AGNETTI
MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR
DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR
ALEX RIVERO

OF COUNSEL
RUBEN N. GOTLIEB
HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY
RICHARD L. LARIN
LUCY MORILLO

BROWARD COUNTY OFFICE
1900 W. COMMERCIAL BLVD.
SUITE 100
FORT LAUDERDALE, FL 33309
(954) 764-2388

MONROE COUNTY OFFICES
81641 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036

422 FLEMING STREET
KEY WEST, FL 33040
(800) 803-5555

October 31, 2005

**VIA FACSIMILE (904) 359-7708**

Mr. Jim Post, Partner, Smith Halsey

RE: Winn Dixie Stores, Inc., November 1, 2005 (Questionnaire Compliance)
Betty Lee
Sabrina Rodriguez
Hilda Alvarez
Felicia Patterson

Dear Mr. Post:

This is to confirm that our firm is handling a number of personal injury cases against Winn Dixie Stores, Inc., and that our office has been without power for over a week. We have, therefore, been unable to contact our clients to complete the forms timely.

You have advised me that you are giving an extension for a reasonable time to submit all the questionnaires for all of our clients to you. We will get them to you as quickly as possible.

Sincerely,

HOFFMAN, LARIN & AGNETTI, P.A.

Richard L. Larin
For the Firm

RLL/ss

# EXHIBIT 3

Page 1

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043**. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

(a) fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

(b) return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*



Creditor No.: 399320
PATTERSON, FELICIA
C/O HOFFMAN LARIN AND AGNETI, PA
ATTN JOHN AGNETTI, ESQ
909 N MIAMI BEACH BLVD, SUITE 201
NORTH MIAMI BEACH FL 33162

Claim No.(s): 7315

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) __Sept 30, 2005__

2. Date of injury or claim: (MM/DD/YY) __5-24-05__

3. What is the basis of your claim? __damages for personal injuries caused by fall on wet floor at Winn Dixie__

4. What is the total amount of your claim? (Please estimate if necessary). __$150,000.00__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
__Attached are medical records, bills, complaint in lawsuit and interogatory answers and questions.__

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. __None__

7. Are you pursuing this claim against any other party? Yes ☐  No ☑
If so, against whom (list the name, the addresses and counsel for each party, if known)? _____

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes ☑   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. __Yes. See pleadings attached.__

399320-PATTERSON, FELICIA-Claim No.(s): 7315

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) neck, midback, low back and shulder sprain/strain. Please see medical records attached.

11. Where did the injury or damage occur? Winn Dixie Store, 3108 S. University DR., Miramar, FL, seafood dept.

Please specify the location and address.

12. How did the injury or damage occur? Slip and fall on wet floor. No signs up or cones or barriers.

13. Did you miss any work as a result of your injury or damage? If so, how many days? ___
No

14. Give the name and address of your employer and your salary at the time of your injury or damage.
Walgreens
~~4650 SW 17 St~~   11920 NW 27 Ave
Mia, FL ~~33173~~   Mia, FL  $6.70 per hr.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) ___
No

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). treating doctors, see medical records. Winn Dixie Employees: Dante Baker, David Lewillow, Mgr Mark, Mgr Kenneth. Last names and addresses unknown.

399320-PATTERSON, FELICIA-Claim No.(s): 7315