17. If applicable, are treatments still being given for the injury or damages? Yes ☐  No ☐
    (If yes, provide the name and address of the doctor that is currently treating you
    and the nature of the treatment.) __No__

18. If applicable, please provide the following Physician Data:

    a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
       See Medical Records attached.

    b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering.
       Specific amounts unknown; pain & suffering, bodily injury, disability, lost capacity for the enjoyment of life, medical bills, future loss of earning capacity

    c. Give the total amount of the medical bills you incurred as a result of your claim.
       $13,000 +

    d. Attach medical and hospital records which relate to your claim.   attached.

    e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. __None at this time.__

    f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. __None__

399320-PATTERSON, FELICIA-Claim No.(s): 7315

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)
if you have any questions about this form

g. Give the name, address and policy number of your insurance company. N/A

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a. Itemize the damages you claim. see above

b. Give the total amount of each item of damage. see above.

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** $150,000

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 399320<br>PATTERSON, FELICIA<br>C/O HOFFMAN LARIN AND AGNETI, PA<br>ATTN JOHN AGNETTI, ESQ<br>909 N MIAMI BEACH BLVD, SUITE 201<br>NORTH MIAMI BEACH FL 33162 | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

399320-PATTERSON, FELICIA-Claim No.(s): 7315

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: October 20, 2005

Claimant's Signature: Felicia Patterson

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): David L. Perkins

Address: 909 N. Miami Beach Blvd Suite 201

City/State/Zip: N. Mia Beach FL 33162

Relationship to Claimant: Atty

Phone Number: 305 653 5555

Fax Number: 305 940-0090

Email Address: dperkins@hlalaw.com

### PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

**Logan & Company, Inc.**
**Claims Agent**
**546 Valley Road**
**Upper Montclair**
**New Jersey 07043**

399320-PATTERSON, FELICIA-Claim No.(s): 7315

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

# EXHIBIT 4



## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904-419-5300 Facsimile 904-419-5365

November 17, 2005

John B Agnetti
Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd Ste201
Miami, FL 33162

RE:  Claimant:  Felicia Patterson
     Claim #:  A411206899-0001-01
     Proof of Claim No.:  7100,7104,7315
     Incident Date: 05/24/2004
     Entity:  Winn-Dixie Stores, Inc.
     Location: Winn-Dixie #0367
               3801 S. University Dr. Miramar, FL

Dear Mr. Agnetti:

The following constitutes Winn-Dixie's response to the Proof of Claim and/or the questionnaire you submitted on your client's behalf.

The demand has not been accepted for the following reasons: The questionnaire was received after the deadline had passed. "The debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable litigation claim."

Not withstanding the above, we are willing to offer you an allowed, pre-petition, general, unsecured claim against Winn Dixie in their Chapter 11 case in the amount of $15,000.00. This is not the amount that you will receive on account of your client's claim. The amount received will depend on the approved plan of reorganization. Your client will be fully responsible for payment of all medical costs and all liens. Winn-Dixie (the debtor) will not be responsible for any medical costs or liens.

Your response is required by January 15, 2006. If you do not respond to the debtors (Winn-Dixie) by January 15, 2006, the debtors shall have the right, for that reason alone, to seek denial of your proof of claim.

Sincerely,

C. Everett Brooks
General Liability Examiner III