# EXHIBIT 5

## LAW OFFICES
## HOFFMAN, LARIN AND AGNETTI, P.A.

JOHN B. AGNETTI
MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR
DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR
ALEX RIVERO

OF COUNSEL
RUBEN N. GOTLIEB
HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY
RICHARD L. LARIN
LUCY MORILLO

NORTH MIAMI BEACH OFFICE
909 NORTH MIAMI BEACH BOULEVARD
SUITE 201
MIAMI, FLORIDA 33162-3712

TELEPHONE (305) 653-5555
FAX (305) 940-0090

PLEASE REPLY TO:
NORTH MIAMI BEACH OFFICE

WWW.HLALAW.COM

BROWARD COUNTY OFFICE
1900 W. COMMERCIAL BLVD.
SUITE 100
FORT LAUDERDALE, FL 33309
(954) 764-2388

MONROE COUNTY OFFICES
81641 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036

422 FLEMING STREET
KEY WEST, FL 33040
(800) 803-5555

January 9, 2006

**SENT CERTIFIED, FEDERAL EXPRESS AND REGULAR MAIL**
7003   0500   0002   7711   3817

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254
Attention: Jay F. Castle

7003-0500-0002-7711-3862
Smith, Hulsey, & Busey, PA.
225 Water Street
Jacksonville, FL 32202
Attention: James H. Post, Esq.

Sedgwick
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787
Attention: C. Everett Brooks
7003-0500-0002-7711-4968

RE:   **CLAIMANT'S REPLY REQUESTING MEDIATION PURSUANT TO SECTIONS (3)(C) AND (5) OF THE WINN-DIXIE CLAIMS RESOLUTION PROCEDURE**

*Our Client:*        *Felicia Patterson*
*Claim No:*          A411206899-0001-01
*Proof of claim No:* 7100, 7104, 7315
*D/A:*               5/24/2004
*Entity:*            *Winn-Dixie Stores, Inc*
*Location*           *Winn-Dixie #0367*
                     *3801 S. University Dr. Miramar, FL*

To whom it may concern:

This letter shall constitute the above-named Claimant's Reply, Requesting Mediation, of her Claim pursuant to Sections (3) (C) and (5) of the Winn-Dixie Claims Resolution Procedure. Pursuant to Section (5), if you consent to Mediation, please submit your Referral Notice to the Mediation Organization. If you do not consent to Mediation, please advise us immediately.

For reference purposes, enclosed herewith are the questionnaire and the Response relating to the Claim.

It would be appreciated, if you do consent to Mediation, that this claim be referred to the same Mediation Organization as **Sabrina Rodriguez, claim # A411210611-0001-01, Cassie Aaron Wallace, claim # A411216614-0001-01  Hilda Alverez, claim # A511205747 and Betty Lee claim # A411211972-0001-01** to facilitate coordination of the scheduling, if possible, of all mediations in which the undersigned firm represents the claimant at the same time and place.

Thank you for your attention.

Very truly yours,

HOFFMAN, LARIN & AGNETTI, P.A.

David L. Perkins
For the Firm

DP/mp
Enclosures

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Sedgwick |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | Patterson, Felicia |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7003 0500 0002 7711 4968

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Smith, Hulsey & Busey |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here  Attn: James Post |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | Patterson, Felicia |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7003 0500 0002 7711 3862

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Felicia Patterson |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here  To: Winn-Dixie |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7003 0500 0002 7711 3817



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.
Case No. 05-03817-3F1
Chapter 11

To: Felicia Patterson
c/o David L. Perkins, Esq.
Hoffman, Larin and Agnetti, P.A.
909 North Miami Beach Blvd.
Suite 201
Miami, FL 33162-3712

## MEDIATION REFERRAL NOTICE

Pursuant to the Order Approving the Claims Resolution Procedure in the referenced cases on September 1, 2005 (Docket No. 3326), the Debtors agree to the mediation of your claim. We will contact you within the next 45 days to coordinate the scheduling of the Mediation Conference. Please contact the Mediation Coordinator, Tana Copeland, at (904) 359-7850 if you have any questions regarding this notice.

Dated: February 13, 2006

SMITH HULSEY & BUSEY
1800 Wachovia Bank Tower
225 Water Street
Jacksonville, Florida 32202
(904) 359-7700

Attorneys for Debtors

00521575.DOC