F I L E D
JACKSONVILLE, FLORIDA

AUG 1 0 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

CREDITOR NO: WDX-390546-L4-55
GONZALES, MARIA

### CREDITOR, MARIA GONZALES'S RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

Creditor, MARIA GONZALES, by and through undersigned counsel, files this her Response to Debtors' Omnibus Objection to Unresolved Litigation Claims and would state as follows:

1. Creditor's claim was not untimely filed. (Attached find documentation evidencing the Proof of Claim was, in fact, timely filed on May 23, 2005 as the deadline for filing Proofs of Claim was August 1, 2005. Creditor, thereafter, filed an Amended Proof of Claim on February 6, 2006, as the Proof of Claim filed on May 23, 2005, contained a scrivener's error in the amount of the claim. See Exhibit One hereto.)

2. Creditor's claim was supported by legally sufficient documentation. All medical records and bills and loss of wages were attached to the claim filed with this Court.

3. Creditor was involved in a lawsuit against the Debtor in the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida, Case No: 50 2004 CA 001940 XXXXMBAI. Depositions had been taken of store employees who admitted they were working with ice and water in the produce section - melon bar at the exact area and at the time Creditor slipped and fell. Debtor had a duty to clean the area of any water or ice on the floor, creating a hazardous and dangerous condition to the stores' invitees, and to warn its invitees of said danger by posting notice of said dangers.

4. In good faith, Creditor and undersigned counsel agreed to mediate the Circuit Court case noted above. Only two or three days prior to mediation taking place in the Circuit Court case noted above, defense counsel for Winn-Dixie Stores, Inc. advised undersigned counsel that Debtor, Winn-Dixie Stores, Inc. was filing bankruptcy and would, therefore, not allow the mediation to take place, when, in fact, said defense counsel knew beforehand said Debtor was going to file bankruptcy.

5. Creditor has sustained devastating injuries as a result of a slip and fall accident at Debtors' Store No. 0259, located at 1620 South Federal Highway, Boynton Beach, Florida. Her total medical bills incurred total in excess of $119,000.00. To date she still has pain and discomfort as a result of this slip and fall accident. She lost wages as a result of this injury and she will continue to incur medical expenses as a result of this injury.

6. Creditor completed and filed her Questionnaire for Litigation Claimants, together with all required attachments, including a complete set of her medical records, by federal express, on November 2, 2005. South Florida was in the midst of clean-up from a devastating hurricane when the Questionnaire was due. Undersigned counsel's office is located in the City of Lake Worth, Florida and the entire City of Lake Worth was without power for a period of over ten (10) days. Undersigned's office was located within a building that had no generator. Undersigned counsel received an extension of time within which to file said Questionnaire from Leanne Pendergrast, Esq. and undersigned counsel federal expressed said Questionnaire and supporting documentation to Logan & Company on November 2, 2005. (See Exhibit Two hereto.)

Page -2-

|                                  |   |                          |
|----------------------------------|---|--------------------------|
| In re:                           | ) | Case No. 05-03817-3F1   |
|                                  | ) |                          |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11               |
|                                  | ) |                          |
| Debtors.                         | ) | Jointly Administered     |

CREDITOR NO: WDX-390546-L4-55
GONZALES, MARIA

  7. Sedgwick Claims Management Services, Inc., insurance carrier for Winn-Dixie Store No. 0259, was in settlement negotiations with the undersigned counsel until recently when this court advised they were conducting mediations.

  WHEREFORE, Creditor prays this Honorable Court consider this her Objection to Debtor's Omnibus Objection to Unresolved Litigation Claims and allow her claim in the sum of $667,000.00 as filed with this Court.

  WE HEREBY CERTIFY a true and correct copy of the above and foregoing has been furnished to the following parties: Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202 (both by electronic filing and mailing of a hard copy) to Smith Hulsey & Busey, Attn: Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, FL 32202 (both by facsimile transmission (904) 359-7708 and U.S. Mail), this 9th day of August, 2006.

                   LAW OFFICES OF ANDY CUSTER
                   A PROFESSIONAL ASSOCIATION
                   Attorneys for Creditor
                   604 Lake Avenue
                   Lake Worth, Florida 33460
                   (561) 533-6650 (Telephone)
                   (561) 533-6853 (Facsimile)

                   By: _____
                     ANDY M. CUSTER, ESQ.
                     Florida Bar No: 980341

cc: Sedgwick CMS ( C. Everett Brooks)

Form B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al. Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **WINN-DIXIE STORES, INC** Case No. **50 2004 CA00 1950**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

20260868
WDX-390546-B2-55
GONZALES, MARIA
C/O: ANDY M. CUSTER ESQ
ALPIZAR, VILLE & C~~ GONZALEZ, PORCHER, CUSTER & ROCA
1528 PALM BAY RD   ANDY M. CUSTER, ESQ
PALM BAY, FL 329C  2328 10TH AVENUE NORTH, SUITE 600
                   LAKE WORTH, FLORIDA 33461
                   PHONE: (561) 965-6550
                   FAX: (561) 965-0885

Telephone No. of Creditor: **561 965-6550**
Fax No. of Creditor: **561 965-0885**

(If your address has changed or is incorrect as it appears in Item A, please provide correct:)

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☒ replaces address above ☐ additional address

Name: Andy M. Custer, Esquire
Company/Firm: Gonzelez, Porcher, Garcia, Custer & Roca
Address: 2328 10th Avenue North
Suite 600
Lake Worth, Florida 33461

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: **50 2004 CA 00 1950 XXXX MB**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____
  (date)   (date)

**2. Date debt was incurred:** APRIL 20, 2000

**3. If claim is based on a Court Judgment, date obtained:** _____

**4. Total Amount of Claim at Time Case Filed:** $ **375,000.00** (unsecured) / $ _____ (secured) / $ _____ (priority) / $ _____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim $ _____**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

RECEIVED
2005 MAY 23 PM 2:41
LOGAN & COMPANY, IN
AS AGENT
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Date: **5/18/05**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: **Andy M. Custer**  Title: **Attorney**
Signature: _[signed]_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**AMENDED**

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT | Chapter 11 | DEADLINE FOR FILING PROOFS OF |
| MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | PROOF OF CLAIM | CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Winn-Dixie Stores, Inc. (et al.) Case No. 05-03817-3F1 Jointly Administered

Name of Debtor Against Which You Assert Your Claim:
Debtor Name: **WINN-DIXIE STORES, INC** Case No. **502004CA001950**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Telephone No. of Creditor: **561 533-6650**
Fax No. of Creditor: **561 533-6853**

20260868
WDX-390546-B2-55
GONZALES, MARIA
C/O: **ANDY M. CUSTER, ESQ.**
**2328 10th AVE. NORTH #582**
**LAKE WORTH, FL 33461**

(If your address has changed or is incorrect as it appears in Item A, please provide correction)

RECEIVED
CLERK, U.S. BANKRUPTCY
FEB - 6 2006
MIDDLE DISTRICT
JACKSONVILLE FL

Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☒ replaces address above ☐ additional address

Name: Andy M. Custer, Esquire
Company/Firm: Gonzalez, Porcher, Garcia, Custer & Roca
Address: 2328 10th Avenue North, Suite 600, Lake Worth, Florida 33461

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown above is listed as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

Account or Other Number by Which Creditor Identifies Debtor: **502004CA001950XXXXMB**

1. Basis for Claim
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

2. Date debt was incurred: **APRIL 20, 2000**
3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $**667,000.00** $_____ $_____ $_____
(unsecured) (secured) (priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $_____
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

This Space Is For Court Use Only

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
| **2/1/2006** | Print: **Andy M. Custer** Title: **ATTORNEY** Signature: **Andy M. Custer** |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

LAW OFFICES OF
# ANDY M. CUSTER
A PROFESSIONAL ASSOCIATION

2328 10TH AVENUE NORTH, #502
LAKE WORTH, FLORIDA 33461
TEL: (561) 533-6650
FAX: (561) 533-6853

**ANDY M. CUSTER**
PRACTICE LIMITED TO INJURY
AND DEATH CLAIMS CAUSED
BY NEGLIGENCE

November 2, 2005

<u>**Via Federal Express**</u>
Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, New Jersey 07043

Re:   Our Client:   Maria Gonzales
      Creditor No:  390546
      D/Accident:   4/20/2000

To Whom It May Concern:

Enclosed herewith please find completed Questionnaire for Litigation Claimants, together with required attachments in support thereof, on behalf of our client, Maria Gonzales.

Please be advised due to the recent hurricane which had us without both power and an office and pursuant to our telephone conversation with Leanne Pendergrast, Esq. Ms. Pendergrast has graciously granted us an extension to supply this claim information.

Thank you for your attention to this matter.

Sincerely,

ANDY M. CUSTER
AMC:bb

Enclosures (as noted)



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043**. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

(a) fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

(b) return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



Creditor No.: 390546
GONZALES, MARIA
C/O GONZELEZ PORCHER GARCIA ET AL
ATTN ANDY M CUSTER, ESQ
2328 10TH AVENUE NORTH, SUITE 600
LAKE WORTH FL 33461

Claim No.(s): 2552

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) __4/30/1948__

2. Date of injury or claim: (MM/DD/YY) __4/20/2000__

3. What is the basis of your claim? __I slipped and fell in water on floor in produce section of Winn-Dixie Store located at 1620 S. Federal Highway, Boynton Beach, Florida__

4. What is the total amount of your claim? (Please estimate if necessary). __Unpaid Medical Bills = $100,000.00; Future Medicals Estimated = $ ; Loss of wages & earning ability = $42,000.00; Loss of Consortium = $25,000__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain. __Attached Hereto__

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. __None__

7. Are you pursuing this claim against any other party?  Yes ☐   No ☑
If so, against whom (list the name, the addresses and counsel for each party, if known)?

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes ☑   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. __Yes, Maria Gonzales and George Gonzales, her husband, -vs- Winn-Dixie Stores Inc. Case No. 50.2004 CA 001940 XXXX MB, in the Circuit Court in and for Palm Beach County, Florida__

4. continued  * past pain and suffering = $200,000.00; future pain and suffering = $200,000.00

390546-GONZALES, MARIA-Claim No.(s): 2552

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) HERNIATION OF C5-6 disc, RADICULOPATHY - SURGERY performed of complex cervical discectomy at C5-C6 with neural decompression, Cervical partial interior hemicorpectomy, C5-C6, anterior interbody interosd arthrodesis, C6-C7 and harvest of right iliac crest Bone Graft for the fusion. TREATING Physicians, Dr. Eric Hermann assigned Maria Gonzales 12% to whole Body impairment rating of 12%; Dr. DiBlasio assigned her 15% whole Body impairment rating.

11. Where did the injury or damage occur? Winn-Dixie Store No. 0259, 1620 S. Federal Highway, Boynton Beach, FL

Please specify the location and address.

12. How did the injury or damage occur? Ms. Gonzales was shopping at Winn-Dixie Store #0259, walking in the produce area when she slipped and fell due to liquid substance on the floor. It was determined after her fall that the produce bin was leaking. There was no warning sign posted, no mat

13. Did you miss any work as a result of your injury or damage? If so, how many days? Yes 4 days after accident = $336.00; missed 5/2/01 - 8/31/01 for surgery - 15 week $7,800.00; from 8/31/02 - 12-5-03 additional lost wages of $33,800.00; and continuing.

14. Give the name and address of your employer and your salary at the time of your injury or damage. Delray Dunes Country Club, 12005 Dunes Road, Boynton Beach, FL 33436 Hourly rate was $10.45.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) No

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). Representative(s) of Debtor = Attorney Leanne Pender Gleast (904) 359-7802

Attorney for Defendant, Winn-Dixie, Kent S. Pratt, Esq., Gaunt/Pratt, 1401 Forum Way, Suite 500, West Palm Beach, Florida

390546-GONZALES, MARIA-Claim No.(s): 2552

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☑
(If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.) _____

18. If applicable, please provide the following Physician Data:

   a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)

   *SEE ATTACHMENT HERETO*

   b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering.

   *DAMAGES FOR EMOTIONAL DISTRESS, LOST WAGES, PAIN AND SUFFERING, LOSS OF CONSORTIUM, AND MEDICAL BILLS OUTSTANDING, PLUS FUTURE MEDICALS ANTICIPATED TOTAL $667,000.00*

   c. Give the total amount of the medical bills you incurred as a result of your claim.

   *$119,296.00*
   *(SEE ATTACHMENT HERETO)*

   d. Attach medical and hospital records which relate to your claim. *Attached hereto*

   e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. *NONE*

   f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. *NONE*

390546-GONZALES, MARIA-Claim No.(s): 2552

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

g.  Give the name, address and policy number of your insurance company. *None*

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

   a.  Itemize the damages you claim. *Not Applicable*

   b.  Give the total amount of each item of damage.

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**

   *$[667],000.00*

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 390546<br>GONZALES, MARIA<br>C/O GONZELEZ PORCHER GARCIA ET AL<br>ATTN ANDY M CUSTER, ESQ<br>2328 10TH AVENUE NORTH, SUITE 600<br>LAKE WORTH FL 33461 | Name: *Maria Gonzales*<br>Address: *C/o Andy M. Custer, Esq*<br>*2328 10th Ave, No. #502*<br>City/State/Zip: *Lake Worth, FL 33461*<br>Phone: *(561) 533-6650*<br>Fax *(561) 533-6853*<br>Email Address: *ACuster866@aol.com* |

390546-GONZALES, MARIA-Claim No.(s): 2552

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10-22-05          *Maria D. Gonzales*
                        Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): Andy M. Custer, Esq.
Address: 2328 10th Avenue North #502
City/State/Zip: Lake Worth, FL
Relationship to Claimant: attorney
Phone Number: (561) 533-6650
Fax Number: (561) 533-6853
Email Address: ACuster806@AOL.com

## PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

> Logan & Company, Inc.
> Claims Agent
> 546 Valley Road
> Upper Montclair
> New Jersey 07043

390546-GONZALES, MARIA-Claim No.(s): 2552

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

# MARIA GONZALES
## SUPPLEMENTAL MEDICAL EXPENSES
### DATE OF ACCIDENT: 4/20/2000

| **FACILITY** | **TOTAL CHARGES** |
|---|---|
| 1) ADVANCED MEDICAL REHABILITATION<br>12/6/04 - 1/28/05<br>5500 VILLAGE BOULEVARD #101<br>WEST PALM BEACH, FL 33407 | $ 1,330.00 |
| 2) ANESTHESIOLOGY OF JUPITER<br>PO BOX 1620<br>JUPITER, FL 33468<br>5/16/01 | $ 1,248.00 |
| 3) BEHAV MED & BIO<br>CONSULTANTS, INS.<br>150 SW 12TH AVE., #480<br>POMPANO BEACH, FL 33069<br>6/29/01 THRU 7/13/2001 | $ 1,530.00 |
| 4) BETHESDA IMAGING<br>200 KNUTH RD., #200<br>BOYNTON BEACH, FL 33436<br>4/21/00 & 4/23/00 | $ 99.00 |
| 5) BETHESDIA MEMORIAL<br>HOSPITAL<br>10301 HAGEN RANCH ROAD, #250<br>BOYNTON BEACH, FL 33437<br>4/2000 | $ 805.24 |
| 6) BOYNTON BEACH E/R PHY<br>P. O. BOX 532685<br>ATLANTA, GA 30353-2685<br>4/21/00 &4/23/01 | $ 418.00 |
| 7) CENTRAL BOCA MEDICAL<br>CENTER<br>950 NW 9TH COURT<br>BOCA RATON, FL 33486<br>3/19/01 THRU 3/28/01 | $ 1,660.00 |

1

**MARIA GONZALES**
**DA: 4/20/2000**
**MEDICAL EXPENSES**

| | | |
|---|---|---:|
| 8) | GOLDCOAST ORTHOPEDIC<br>1411 N. FLAGLER DRIVE<br>WEST PALM BEACH, FL 33401<br>5/25/00 THRU 9/21/00 | $ 3,140.00 |
| 9) | IBK ENTERPRISES, INC.<br>6099 NW 48TH COURT<br>CORAL SPRINGS, FL 33067<br>7/10/200 & 3/6/2001 | $ 4,350.00 |
| 10) | JUPITER MEDIAL CENTER<br>1210 SOUTH OLD DIXIE HWY<br>JUPITER, FL 33458<br>ADMISSION 5/16/2001 | $11,071.46 |
| 11) | NEUROMETRICS, INC.<br>205 JFK DRIVE<br>ATLANTIS, FL 33462<br>5/16/2001 | $ 2,105.00 |
| 12) | OCEAN CHIROPRACTIC CENTER<br>640 EAST OCEAN AVE., #10<br>BOYNTON BEACH, FL 33435<br>4/25/00 THRU 8/31/01 | $13,785.00 |
| 13) | PAIN INSTITUTE OF PALM BEACH<br>205 JOHN F. KENNEDY DRIVE<br>ATLANTIS, FL 33462<br>5/16/01 | $ 500.00 |
| 14) | PALM BEACH ORTHOPAEDIC INSTITUTE<br>3401 PGA BLVD., #500<br>PALM BEACH GARDENS, FL 33410-2825<br>2/27/01 THRU 8/16/02 | $68,372.60 |
| 15) | PALM BEACH PAIN MANAGEMENT<br>5507 S. CONGRESS AVENUE #130<br>ATLANTIS, FL 33462<br>11/02/00 THRU 11/30/00 | $ 4,705.50 |
| 16) | PALM BEACH PATH-JUPITER<br>PO BOX 1467<br>LAKE WORTH, FL 33460<br>5/16/01 | $ 71.20 |

**MARIA GONZALES**
**DA: 4/20/2000**
**MEDICAL EXPENSES**

17) RADIOLOGY ASSOCIATES OF
    THOMASVILLE, P.C.
    PO DRAWER 2450
    THOMASVILLE, GA   31799
    3/4/03                                          $    307.00

18) THOMASVILLE ORTHOPEDIC CENTER
    PO BOX 2968
    THOMASVILLE, GA 31799
    3/3/03, 3/21/03 & 3/22/03                       $    298.00

19) WELLNESS ASSOCIATES OF FLORIDA
    5917 SOUTH CONGRESS AVENUE
    ATLANTIS, FL   33462
    6/24/02                                         $  3,500.00

**TOTAL MEDICAL EXPENSES**                          $ 119,296.00

3

**FedEx. USA Airbill** Express

FedEx Tracking Number: 8372 7925 8205

Sender's Copy

**1 From**
Date: 11/02/05
Sender's FedEx Account Number: 2063-2305-1
Sender's Name:
Phone: (561) 533-6650
Company: ANDY M CUSTER PA
Address: 604 LAKE AVE
City: LAKE WORTH   State: FL   ZIP: 33460-3811

**2 Your Internal Billing Reference:** Maria Gonzales / Dominga Afanador

**3 To**
Recipient's Name: Winn Dixie Claims Dept.
Phone: (973) 509 3190
Company: Logan & Company
Address: 546 Valley Road
City: Upper Montclair   State: NJ   ZIP: 07043

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [X] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [X] FedEx Pak
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment Bill to:**
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: 
Total Weight: 
Total Declared Value: $ .00

**8 Release Signature**

447

0228278359

Case 3:05-bk-03817-JAF    Doc 10110   Filed 08/10/06   Page 16 of 17
Hearing Date: August 24, 2006 at 1:00 p.m.
Response Deadline: August 14, 2006 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    )    Case No. 05-03817-3F1
                                                          )
WINN-DIXIE STORES, INC., et al.,                          )    Chapter 11
                                                          )
Debtors.[1]                                               )    Jointly Administered

### NOTICE OF HEARING ON DEBTORS' OMNIBUS
### OBJECTION TO UNRESOLVED LITIGATION CLAIMS

CREDITOR NO.: WDX-390546-L4-55
GONZALES, MARIA
C/O GONZELEZ PORCHER GARCIA ET AL
ATTN ANDY M CUSTER, ESQ
604 LAKE AVENUE
LAKE WORTH FL  33460

---

### CLAIM(S) TO BE DISALLOWED

Claim No.: **12916**

Claim Amount: **$667,000.00**

Reason for Disallowance: **No Liability -- Disputed Claim; Late Claim**

---

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 22, 2006 their Omnibus Objection to Unresolved Litigation Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED based upon one or more of the following grounds: (a) the claim(s) were not filed on or before the applicable proof of claim bar date; or (b) the claim(s) are not supported by legally sufficient documentation. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim(s).**

3. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 14, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5. Responses will be deemed timely filed <u>only if</u> the original response <u>is actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at tcopeland@smithhulsey.com, or via facsimile sent to (904) 359-7708.

7. A hearing will be held on **August 24, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida, 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be potentially liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections at such time.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection to your claim(s), you may contact Tana Copeland of Smith Hulsey & Busey at (904) 359-7850 or tcopeland@smithhulsey.com**. A copy of the Objection and your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Debtors' expense, by calling the number listed above.

Dated July 25, 2006

SMITH HULSEY & BUSEY

By  /s/ Leanne McKnight Prendergast
     Stephen D. Busey
     James H. Post
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-counsel for Debtors