## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) _10-11-50_

2. Date of injury or claim: (MM/DD/YY) _8-21-04_

3. What is the basis of your claim? _Pain and Suffering, medical expense and lost of income because off right knee injury and low back injury. The injuries resulted from a slip and fall at Winn Dixie on NW 7th Ave in Miami because of water on floor._

4. What is the total amount of your claim? (Please estimate if necessary) _250,000.00_

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
_Attached are medical records, bills, complaint and answers to interrogatories._

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. _None at this time._

7. Are you pursuing this claim against any other party? Yes ☐    No ☒
If so, against whom (list the name, the addresses and counsel for each party, if known)?
_only Winn Dixie._

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes ☒    No ☐    _See complaint filed in Circuit Court Dade Florid._

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known.
_Yes. Pleadings Attached._

393015-LEE, BETTY-Claim No.(s): 7107

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) After a MRI was performed the right knee, and internal derangement was found. Also the knee was swollen and there was heat emission form in th right knee. There was severe pain in right knee, hip and right low back area. See medical records included.

11. Where did the injury or damage occur? Winn Dixie on 14900 N.W. 7ave Miami, Fl.

    Please specify the location and address.

12. How did the injury or damage occur? Slipped on a wet floor that had No wet sigh in the store.

13. Did you miss any work as a result of your injury or damage? If so, how many days? _____
    1 year - 365 days

14. Give the name and address of your employer and your salary at the time of your injury or damage. Dade County Public school. 18,000.00 a year

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) N/A

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). Ms. Monica - 1(580)510-0419. Hopcher

17.  If applicable, are treatments still being given for the injury or damages? Yes ☐  No ☑
     (If yes, provide the name and address of the doctor that is currently treating you
     and the nature of the treatment.) _____

     _____

18.  If applicable, please provide the following Physician Data:

     a.  Give the name and address of any physician, clinic or hospitals that has treated this injury.
         Include treatment dates. (Attach additional sheets if necessary)
         See   medical documents  attached .
         _____
         _____
         _____

     b.  Itemize all damages you claim, including any damages for emotional distress,
         loss of consortium or pain and suffering.
         injury; pain a suffering; disability;
         lost capacity for the enjoy ment of life; medical bills
         and lost earnings.

     c.  Give the total amount of the medical bills you incurred as a result of your claim. _____
         $ 8,094  (total incomplete at this time)
         still waiting for further bills

     d.  Attach medical and hospital records which relate to your claim. ~ attached .

     e.  Itemize any other expenses you incurred as a result of the incident for which you are
         making a claim.  ~~lost earnings (was unable to~~
         - lost earnings  - see above .
         - due to injury unable to take care of household chores
         including caring for elderly mother. so had to hire help to
         do this chore for a period of time at an approximate
         cost of  $2,000 (approx.).

     f.  Give a list of medical expenses and amounts paid by your insurance company as a result of
         your injury. United health Care .
                        Amounts paid unknown at this time

393015-LEE, BETTY-Claim No.(s): 7107

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form

Page 5

g.  Give the name, address and policy number of your insurance company. _United healthCARE_
    _Group Number # 702706_
    _Member # 261960103_

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.  Itemize the damages you claim. _See above._

b.  Give the total amount of each item of damage. _See above._

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** _$250,000_

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 393015<br>LEE, BETTY<br>C/O HOFFMAN, LARIN & AGNETTI, PA<br>ATTN DAVID L PERKINS, ESQ<br>909 N. MIAMI BEACH BLVD, STE201<br>MIAMI FL 33162 | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email<br>Address: _____ |

393015-LEE, BETTY-Claim No.(s): 7107

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: _10 | 31 | 65_          _Betty Q Lee_
                              Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) ___DAVID L. Perkins___

Address ___909 N. Miami Beach Blvd   Suite 201___

City/State/Zip ___N. Miami Beach FL 33162___

Relationship to Claimant ___Atty___

Phone Number ___305 - 653-5555___

Fax Number ___305 - 940 - 0090___

Email Address r ___DavioP@HLALAW.com .___

### PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

**Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043**

393015-LEE, BETTY-Claim No.(s): 7107

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

EXHIBIT 3