*Lee, Betty*

## LAW OFFICES
## HOFFMAN, LARIN AND AGNETTI, P.A.

JOHN B. AGNETTI
MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR
DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR
ALEX RIVERO

OF COUNSEL
RUBEN N. GOTLIEB
HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY
RICHARD L. LARIN
LUCY MORILLO

NORTH MIAMI BEACH OFFICE
909 NORTH MIAMI BEACH BOULEVARD
SUITE 201
MIAMI, FLORIDA 33162-3712

TELEPHONE (305) 653-5555
FAX (305) 940-0090

PLEASE REPLY TO:
NORTH MIAMI BEACH OFFICE

WWW.HLALAW.COM

BROWARD COUNTY OFFICE
1900 W. COMMERCIAL BLVD.
SUITE 100
FORT LAUDERDALE, FL 33309
(954) 764-2388

MONROE COUNTY OFFICES
81641 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036

422 FLEMING STREET
KEY WEST, FL 33040
(800) 803-5555

October 31, 2005

**VIA FACSIMILE (904) 359-7708**

Mr. Jim Post, Partner, Smith Halsey

RE: Winn Dixie Stores, Inc., November 1, 2005 (Questionnaire Compliance)
Betty Lee
Sabrina Rodriguez
Hilda Alvarez
Felicia Patterson

Dear Mr. Post:

This is to confirm that our firm is handling a number of personal injury cases against Winn Dixie Stores, Inc., and that our office has been without power for over a week. We have, therefore, been unable to contact our clients to complete the forms timely.

You have advised me that you are giving an extension for a reasonable time to submit all the questionnaires for all of our clients to you. We will get them to you as quickly as possible.

Sincerely,

HOFFMAN, LARIN & AGNETTI, P.A.

Richard L. Larin
For the Firm

RLL/ss

# EXHIBIT 4

# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904-419-5300 Facsimile 904-419-5365

November 18, 2005

David L. Perkins, Esq.
Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd Ste201
Miami, FL 33162

RE:  Claimant: Betty Lee
     Claim #: A411211972-0001-01
     Proof of Claim No.: 7107, 7426
     Incident Date: 08/21/2004
     Entity: Winn-Dixie Stores, Inc.
     Location: Winn-Dixie #0343
              14900 N.W. 7Th Ave. Miami, FL

Dear Mr. Perkins:

The following constitutes Winn-Dixie's response to the Proof of Claim and/or the questionnaire you submitted on your client's behalf.

The demand has not been accepted for the following reasons: The questionnaire was received after the deadline had passed. "The debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable litigation claim."

Not withstanding the above, we are willing to offer you an allowed, pre-petition, general, unsecured claim against Winn Dixie in their Chapter 11 case in the amount of $15,000.00. This is not the amount that you will receive on account of your client's claim. The amount received will depend on the approved plan of reorganization. Your client will be fully responsible for payment of all medical costs and all liens. Winn-Dixie (the debtor) will not be responsible for any medical costs or liens.

Your response is required by January 15, 2006. If you do not respond to the debtors (Winn-Dixie) by January 15, 2006, the debtors shall have the right, for that reason alone, to seek denial of your proof of claim.

Sincerely,

C. Everett Brooks
General Liability Examiner III

# EXHIBIT 5

# HOFFMAN, LARIN AND AGNETTI, P.A.

JOHN B. AGNETTI
MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR
DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR
ALEX RIVERO

OF COUNSEL
RUBEN N. GOTLIEB
HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY
RICHARD L. LARIN
LUCY MORILLO

NORTH MIAMI BEACH OFFICE
909 NORTH MIAMI BEACH BOULEVARD
SUITE 201
MIAMI, FLORIDA 33162-3712

TELEPHONE (305) 653-5555
FAX (305) 940-0090

PLEASE REPLY TO:
NORTH MIAMI BEACH OFFICE

WWW.HLALAW.COM

BROWARD COUNTY OFFICE
1900 W. COMMERCIAL BLVD.
SUITE 100
FORT LAUDERDALE, FL 33309
(954) 764-2388

MONROE COUNTY OFFICES
81641 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036

422 FLEMING STREET
KEY WEST, FL 33040
(800) 803-5555

January 9, 2006

**Sent CERTIFIED, FEDERAL EXPRESS AND REGULAR MAIL**
7003   0500   0002   7711   3794

7003-0500-0002-7711-3848

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254
Attention: Jay F. Castle

Smith, Hulsey, & Busey, PA.
225 Water Street
Jacksonville, FL 32202
Attention: James H. Post, Esq.

Sedgwick
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787
Attention: Everett Brooks
7003-0500-0002-7711-3855

RE:     **CLAIMANT'S REPLY REQUESTING MEDIATION PURSUANT TO SECTIONS (3) (C) AND (5) OF THE WINN-DIXIE CLAIMS RESOLUTION PROCEDURE**

*Our Client:*        *Betty Lee*
*Claim NO:*          *A411211972-0001-01*
*Proof of Claim No:* *7107, 7426*
*D/A:*               *8/21/2004*
*Entity*             *Winn-Dixie Stores, Inc.*
*Location*           *Winn-Dixie #0343*
                     *14900 N. W. 7th Ave, Miami, FL*

To whom it may concern:

This letter shall constitute the above-named Claimant's Reply, Requesting Mediation, of her Claim pursuant to Sections (3) (C) and (5) of the Winn-Dixie Claims Resolution Procedure. Pursuant to Section (5), if you consent to Mediation, please submit your Referral Notice to the Mediation Organization. If you do not consent to Mediation, please advise us immediately.

For reference purposes, enclosed herewith are the questionnaire and the Response relating to the Claim.

It would be appreciated, if you do consent to Mediation, that this claim be referred to the same Mediation Organization as **Felicia Patterson, claim #- A411206899-0001-01, Sabrina Rodriguez, claim # A411210611-0001-01, Cassie A. Wallace, claim # A411216614-0001-01 and Hilda Alverez, claim # A511205747** to facilitate coordination of the scheduling, if possible, of all mediations in which the undersigned firm represents the claimant at the same time and place.
Thank you for your attention.

Very truly yours,

HOFFMAN, LARIN & AGNETTI, P.A.

David L. Perkins
For the Firm

DP/mp
Enclosures

**Receipt 1** (7003 0500 0002 7711 3794)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Handwritten: Betty Lee Sent to Winn Dixie

**Receipt 2** (7003 0500 0002 7711 3855)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Handwritten: Sedgwick, Attn: Evenette Brooks, Betty Lee

**Receipt 3** (7003 0500 0002 7711 3848)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Handwritten: Smith Hulsey, Attn: James Post, for Betty Lee



# EXHIBIT 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.
Case No. 05-03817-3F1
Chapter 11

To: Betty Lee
c/o David L. Perkins, Esq.
Hoffman, Larin and Agnetti, P.A.
909 North Miami Beach Blvd.
Suite 201
Miami, FL  33162-3712

## MEDIATION REFERRAL NOTICE

Pursuant to the Order Approving the Claims Resolution Procedure in the referenced cases on September 1, 2005 (Docket No. 3326), the Debtors agree to the mediation of your claim. We will contact you within the next 45 days to coordinate the scheduling of the Mediation Conference. Please contact the Mediation Coordinator, Tana Copeland, at (904) 359-7850 if you have any questions regarding this notice.

Dated: February 13, 2006

SMITH HULSEY & BUSEY
1800 Wachovia Bank Tower
225 Water Street
Jacksonville, Florida  32202
(904) 359-7700

Attorneys for Debtors

00521573.DOC