# EXHIBIT 7

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA
CASE NO.: 04-21600 CA 25
FLORIDA BAR NO.: 884650

BETTY LEE,

    Plaintiff,

vs.

WINN-DIXIE STORES, INC. a active
Florida corporation and WINN-DIXIE
SUPERMARKETS, INC., a active Florida
corporation,

    Defendants.
_____/

## DEFENDANT, WINN-DIXIE STORES INC.'S RESPONSE TO PLAINTIFF, BETTY LEE'S REQUEST FOR PRODUCTION DATED JANUARY 20, 2005

The Defendant, **WINN-DIXIE STORES INC.**, by and through undersigned counsel, and files this his Response to Plaintiff, **TEODORO VILLAREAL's** [Betty Lee's] Request for Production dated January 20, 2005, as follows:

1. None.

2. See attached.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was by U.S. Mail on January 31, 2005 to: **David L. Perkins, Esq.**, Hoffman, Larin & Agnetti, P.A., 909 N. Miami Beach Blvd., Suite 201, N. Miami Beach, FL 33162.

    ADAMS & ADAMS
    9t[h] Floor - Justice Building
    155 S. Miami Avenue
    Miami, Florida 33130

By: _____
    **BRIAN M. DAVIS**







