IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    WINN-DIXIE STORES, INC.,

           Debtor.

CASE NO.: 05-03817-3F1

## NOTICE OF APPEARANCE

The undersigned attorney hereby files this, Notice of Appearance as attorney of record for the Creditor, LARRY PATTERSON, and would request that copies of all notices and pleading which sent or filed in this case be provided to the undersigned.

DATED: This 10th day of August, 2006.

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No. 0064025
817 North Main Street
Jacksonville, Florida 32202
Telephone: (904) 355-8055
Facsimile: (904) 355-8058

Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to **James H. Post, Esquire**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; **Joseph A. Maniscalco, Jr., Esquire,** 4651 Roswell Road, N.E., Suite B-103, Atlanta, Georgia 30342; and **Larry Patterson,** 819 Glendale Street, Adel, GA 31620 by United States Mail, this 10th day of August, 2006.

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No.: 0064025