UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING RESPONSE TO DEBTORS OBJECTION TO DISALLOWED CLAIM

The Court finds that the Response to Debtor's Objection to Disallowed Claim filed by Joseph M. Williams on behalf of Ronald Thomas, on August 9, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Debtor's Objection to Disallowed Claim filed by Joseph M. Williams on behalf of Ronald Thomas, on August 9, 2006 is stricken from the record.

**DATED August 10, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Joseph M. Williams, 1701 James L. Redman Parkway, Plant City, FL 33563