IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| WINN DIXIE STORES, INC., | ) |
| ET AL., | ) CASE NO.: 05-03817-3F1 |
| | ) |
| DEBTORS. | ) (JOINTLY ADMINISTERED) |

## RESPONSE TO DEBTORS OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

Comes now Thomas Hazellief, creditor number: WDX-393187-L4-55, by and through his undersigned attorney, and responds to Debtors Omnibus Objection to Unresolved Litigation Claims as follows:

1. Mr. Hazellief's claim number is 4145, in the amount of $500,000.00.

2. Mr. Hazellief avers that his claim should not be disallowed because liability in this case is clear cut, Mr. Hazellief has complied with all of this Court's Orders including filing a timely notice of claim and request for mediation.

WHEREFORE, the premises considered, the above-named claimant prays this Court would not disallow the above-stated claim pursuant to the Debtors Omnibus Objection to Unresolved Litigation Claims.

Respectfully submitted this the 9th day of August, 2006.

By: /s/ Joseph W. Lewis
JOSEPH W. LEWIS (LEW 048)
JOHN E. BYRD, JR. (BYR 020)
Attorneys for Thomas Hazellief
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 fax

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon Smith Hulsey & Busey, attn: Tanna Copland, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via facsimile sent to (904) 359-7708.

Dated this the 9th day of August, 2006.

By: /s/ Joseph W. Lewis
JOSEPH W. LEWIS (LEW 048)
JOHN E. BYRD, JR. (BYR 020)
Attorneys for Thomas Hazellief