# NUELL & POLSKY
ATTORNEYS AT LAW
LeJeune Center - Suite 345
782 N.W. 42 Ave.
Miami, Florida 33126

Dade      (305) 441-1122
Broward  (954) 760-7050
Facsimile (305) 441-2696

Stephen S. Nuell
Robert L. F. Polsky

----------

Robert Romagna
Of counsel

**F I L E D**
JACKSONVILLE, FLORIDA

**AUG 1 0 2006**

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## VIA CERTIFIED MAIL-RRR

August 8, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

Re:   Our Client      :   Digna Gonzalez
      Date of Injury:   4-8-02
      Location       :   Winn-Dixie Store # 366
      Case No.       :   05-03817-3F1
      Our File No.  :   NP 4467

Dear Sir/Madam:

We are in receipt of your notice of hearing on debtors' Omnibus objection to unresolved litigation claims.

Please be advised that this matter was settled prior to Winn-Dixie's filing for bankruptcy, but payment was never forthcoming. *(see enclosures)*.

Please contact me for further information.

Very truly yours,

ROBERT L.F. POLSKY, ESQ.

RLFP/im

cc:   Ms. Tana Copeland
      Smith, Hulsey & Busey
      225 Water Street
      Suite 1800
      Jacksonville, FL 32202

*Re: Digna Ferrater*

## MEDIATION SETTLEMENT AGREEMENT

DIGNA GONZALEZ

VS.

WINN DIXIE

COURT CASE #: 04-2126 CA 05

CIRCUIT: 11TH   COUNTY: DADE

FEDERAL DISTRICT: _____

**F I L E D**
JACKSONVILLE, FLORIDA

**AUG 10 2006**

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

The parties and/or their respective counsel and/or representative hereby
stipulate and agree that all matters arising out of the above matter,
including any subrogation claims, are hereby resolved as follows:

Defendant(s) shall pay to the Plaintiff(s) the amount of $ 14,500.00 .
Each party shall bear their respective attorney fees and costs. All other
matters discussed at the mediation shall remain privileged and
confidential, unless otherwise agreed by all parties. The court shall
retain Jurisdiction to enforce the terms of the SETTLEMENT AGREEMENT.

Additional terms: PLAINTIFF SHALL EXECUTE A
FULL AND FINAL RELEASE OF ALL
CLAIMS. PLAINTIFF SHALL SATISFY ALL
MEDICAL LIENS + MEDICAID LIENS AND HOLD
DEF. HARMLESS. Plaintiff shall execute a No-Lien
Affidavit. Defendant shall pay all mediation costs.

DATE: 12/06/04

_____
PLAINTIFF ATTY.
PLAINTIFF ATTY

_____
DEF. REP

Copies furnished to above

( _____ )

AGREE.MED

FMG #: 1-59117