

Case 3:05-bk-03817-JAF   Doc 10130   Filed 08/10/06   Page 1 of 1

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 10, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Authorizing Debtors to Enter Into Surety Credit Facility with Liberty Mutual Insurance Company and Granting Related Relief filed by Debtor Winn-Dixie Stores, Inc. (9416)

APPEARANCES:
US TRUSTEE:    ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD/PATRICK PATANGAN
               MATTHEW S. BARR

LIBERTY MUT: TOM PENNINGTON

RULING:

Granted
Ord/Signed