

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Interim Application of The Blackstone Group L.P. as Financial Advisor to the Debtors for Allowance of Compensation for Actual and Necessary Services Rendered and Reimbursement of Actual and Necessary Out-of-Pocket Expenses Recognized During the Period of February 1, 2006 through May 31, 2006 Filed by Debtors (9391)

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR

THE BLACKSTONE GROUP:

RULING:
(#5 4-22) Approved - subject to conditions
Ord / Signed