

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Interim Application for Allowance of Fees and Expenses of Deloitte & Touche LLP to Provide Risk Assessment, Quality Assessment, and Journal Entry Testing Services to the Debtors for the Period from February 1, 2006 Through May 31, 2006 Filed by Debtors (9390)

APPEARANCES:

US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

DELOITTE & TOUCHE LLP:

RULING:   Approved (subj. to conditions)
          Ord'l Signed

10134