

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Interim Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 through May 31, 2006 Filed by Debtors (9388)

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
DELOITTE CONSULTING LLP:

**RULING:**

*Approved (subj. to conditions)*
*Ord / Signed*