HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Interim Fee Application for Allowance of Fees and Expenses of Deloitte Financial Advisory Services LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 through May 31, 2006 Filed by Debtors (9389)

APPEARANCES:
US TRUSTEE:
UNSEC. CRED:

ELENA ESCAMILLA
JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

DELOITTE FINANCIAL ADVISORY SVCS LLP:

RULING: Approved (subj. to conditions)
Ord / Signed