# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Interim Application of Jenner & Block LLP as Special Counsel to the Debtors for Allowance and Payment of Compensation for and Reimbursement of Expenses Advanced for the Period of May 9, 2005 through May 31, 2006 Filed by Debtors (9392)

APPEARANCES:
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD/PATRICK PATANGAN
                          MATTHEW S. BARR

JENNER & BLOCK LLP:

RULING:  Approved (subj: to conditions)
Ord/Signed