Case 3:05-bk-03817-JAF   Doc 10138   Filed 08/10/06   Page 1 of 1



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Interim Application for Allowance of Attorneys' Fees and Reimbursement of Expenses Incurred by King & Spalding LLP, Special Corporate and Litigation Counsel to the Debtors for the Period February 1, 2006 through May 31, 2006 Filed by Debtors (9397)

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

KING & SPALDING LLP:

RULING:   Approved (subj. to conditions)
Ord / Signed