IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**RESPONSE OF ACHILLES REALTY COMPANY TO THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

COMES NOW Achilles Realty Company ("Achilles"), by and through counsel, and files this response to the Debtors' Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims ("Fifteenth Objection") (Docket No. 9494) and shows the Court as follows:

1. Horne Properties, Inc., predecessor-in-interest to Achilles, entered into that certain lease with Winn-Dixie Greenville, Inc., predecessor-in-interest to Winn-Dixie Charlotte, Inc., on November 11, 1983 ("Greeneville Lease") for those certain demised premises located in the city of Greeneville, Tennessee in the Greeneville Square Shopping Center.

2. Winn-Dixie Stores, Inc. guaranteed the indebtedness under the Greeneville Lease when it entered into that certain Guaranty of Lease dated November 11, 1983 ("Guaranty").

3. Achilles is the owner and holder of the Greeneville Lease and Guaranty.

4. Under the terms of the Greeneville Lease, the Debtor is responsible for minimum monthly rent, a pro rata share of real estate taxes attributable to the premises ("Taxes"), a pro rata portion of the common area maintenance charges ("CAM"), and annual premiums for public liability, property damage, fire and extended coverage insurance (collectively, "Insurance").

3142988_1.DOC

5. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, in the United States Bankruptcy Court for the Southern District of New York. On April 14, 2005, the Debtors' cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

6. Achilles, by and through counsel, filed Claim No. 10884 in the amount of $50,655.12 ("Achilles Claim"). The Achilles Claim consisted of 2004 Maintenance, Insurance, and Taxes in the amount of $38,332.07 and the remaining rent for February 2005 in the amount of $12,323.05.

7. On July 25, 2006, the Debtors filed their Fifteenth Objection and objected to the Achilles Claim.

8. The Debtors' Fifteenth Objection claims that there is no support for 2005 pre-petition rent and reduced the Achilles Claim to $12,323.05. This appears to be a typographical error as the claimed 2005 pre-petition rent is in the amount of $12,323.05.

9. The amount by which the Debtors' Fifteenth Objection reduces the Achilles Claim is $38,332.07, or the amount of the 2004 Maintenance, Insurance, and Taxes invoice. The 2004 Maintenance, Insurance, and Taxes invoice consists of pro-rated CAM in the amount of $6,472.32; pro-rated Taxes in the amount of $26,038.34; and pro-rated Insurance in the amount of $5,821.41. A true and correct copy of the 2004 Maintenance, Insurance, and Taxes invoice is attached hereto as "Exhibit A."

10. All responses to the foregoing be sent to the undersigned.

WHEREFORE, Achilles Realty Company files this response to the Debtors' Fifteenth Objection and objects to the reduction of the Achilles Claim as set forth in same. Achilles Realty Company respectfully requests that the Court find (i) the Achilles Claim, as filed, to be the true and accurate amount owing to Achilles Realty Company; and (ii) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 11th day of August 2006.

MILLER & MARTIN PLLC

*s/ Catherine A. Harrison*
Catherine A. Harrison
Georgia Bar No. 331752 (*admitted pro hac vice*)
1170 Peachtree Street N.E., Suite 800
Atlanta, GA 30309-7706
charrison@millermartin.com
(404) 962-6100
(404) 962-6300 (facsimile)

*Attorneys for Achilles Realty Company*

WINN-DIXIE #1082
ACHILLES REALTY CO.-GREENEVILLE SQ.
**03/13/06**

2004 COMMON AREA MAINTENANCE
REAL ESTATE TAXES AND INSURANCE ADJUSTMENTS

| | | |
|---|---:|---:|
| CAM EXPENSES | $14,084.15 | |
| DIVIDED BY GLA | 68646 | |
| EQUALS RATE PER SQ. FT. | 0.2052 | |
| TIMES TENANT'S SQ. FT. | 31546 | |
| AMOUNT DUE | $6,472.32 | |
| LESS MONTHLY CONTRIBUTIONS | $0.00 | |
| SUBTOTAL DUE: | | $6,472.32 |
| TAX EXPENSE | $56,661.00 | |
| DIVIDED BY GLA | 68646 | |
| EQUALS RATE PER SQ. FT. | 0.8254 | |
| TIMES TENANT'S SQ. FT. | 31546 | |
| AMOUNT DUE | $26,038.34 | |
| LESS MONTHLY CONTRIBUTIONS | $0.00 | |
| SUBTOTAL DUE: | | $26,038.34 |
| INSURANCE EXPENSE | $12,667.75 | |
| DIVIDED BY GLA | 68646 | |
| EQUALS RATE PER SQ. FT. | 0.1845 | |
| TIMES TENANT'S SQ. FT. | 31546 | |
| AMOUNT DUE | $5,821.41 | |
| LESS MONTHLY CONTRIBUTIONS | $0.00 | |
| SUBTOTAL DUE: | | $5,821.41 |
| **GRAND TOTAL DUE LANDLORD:** | | **$38,332.07** |

PLEASE MAKE CHECK PAYABLE TO:

**ACHILLES REALTY CO.-GREENEVILLE SQ.**
C/O FLETCHER BRIGHT COMPANY
537 MARKET STREET, SUITE 400
CHATTANOOGA, TENNESSEE  37402

THANK YOU.

Exhibit "A"

## CERTIFICATE OF SERVICE

This is to certify that on the 11th day of August 2006, I caused to be served a true and correct copy of the RESPONSE OF ACHILLES REALTY COMPANY TO THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS to be served upon all parties in interest by electronic mail and by depositing said pleading in the United States Mail with sufficient postage affixed thereto addressed as follows:

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York, New York 10036
djbaker@skadden.com
Facsimile: (212) 735-2000

*Counsel for Debtors*

*s/ Catherine A. Harrison*
Catherine A. Harrison

3142988_1.DOC