

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Interim Application of KPMG LLP for the Period of February 1, 2006 through May 31, 2006, Pursuant to Order Establishing Interim Compensation Procedures Filed by Debtors (9402)

**APPEARANCES:**

US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR

KPMG LLP:

RULING:    Approved (subj. to conditions)
           Ord/Signed