HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2006 Through May 31, 2006 filed by Debtors (9442)

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

SKADDEN, ARPS, ET AL:

RULING:  Approved (subj. to conditions)
         Ord/Signed