HONORABLE JERRY A. FUNK

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Interim Application of Smith, Gambrell & Russell, LLP for Compensation and Reimbursement of Expenses as Special Real Estate Counsel to the Debtors for the Period from February 1, 2006 Through May 31, 2006 filed by Debtors (9401)

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

SMITH, GABRELL & RUSSELL, LLP:

RULING: Approved (subj. to conditions)
Ord / Signed