## HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Interim Application of Stuart, Maue, Mitchell & James, Fee Examiner, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses for the Period from December 1, 2005 through May 31, 2006 filed by Debtors (9403)

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

STUART, MAUE ET AL:

RULING: Approved (subj. to conditions) Ord/Signed