Case 3:05-bk-03817-JAF   Doc 10147   Filed 08/10/06   Page 1 of 1



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M..

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Interim Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of XRoads Solutions Group, LLC, as Financial and Operations Restructuring Consultants for the Period from January 29, 2006, through May 27, 2006 filed by Debtors (9404)

APPEARANCES:
US TRUSTEE:                       ELENA ESCAMILLA
UNSEC. CRED:                      JOHN B. MACDONALD/PATRICK PATANGAN
                                  MATTHEW S. BARR

XROADS SOLUTIONS GROUP, LLC:

RULING:  *Approved (subj. to conditions)*
         *Ord./Signed*