

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Third Application of Akerman Senterfitt, Co-Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from February 1, 2006 through and Including May 31, 2006 (9395)

**APPEARANCES:**
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

**RULING:** approved (subj. to conditions)
Ord / Segneel