IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC.,

CASE NO.: 05-03817-3F1

Debtors.

## CREDITOR LARRY PATTERSON'S RESPONSE
## TO DEBTOR'S OBJECTION TO CLAIM NOS. 3292, 3293, 3294, AND 3295
## CLAIMANT IDS: WDX-400378-L1; WDX-394769-L4-57; WDX-400378-L1

**COMES NOW**, the Creditor, **LARRY PATTERSON**, hereinafter referred as "Creditor" or "Patterson," by and through his undersigned attorney, and responds to the Debtor's Omnibus Objection to his Claim Nos. 3292, 3293, 3294 and 3295, as follows:

1. On or about January 13, 2005, Mr. Patterson sustained injuries at Debtor's retail store located at 714 West 4th Street, Adel, Georgia 31620.

2. His injuries were a direct result of negligent placement of an electric cord by the Debtor or Debtor's agent at one of the check-out counter.

3. After sustaining the injuries, Mr. Patterson required extensive medical treatment.

4. Mr. Patterson retained the Law Offices of Joseph A. Maniscalco, to investigate and represent him in his personal injury claim against the Debtor.

5. During the investigation, Mr. Patterson learned that the Debtor has filed for bankruptcy protection under Chapter 11 of the bankruptcy code and, therefore, his claim cannot be filed in the state court.

1

6. Before the applicable bar date, Mr. Patterson filed an unsecured claim in Debtor's bankruptcy proceeding for $500,000.00, an amount representing fair compensation for injuries caused by the Debtor.

7. Mr. Patterson's claim in the Debtor's bankruptcy proceeding is identified as Claim No. 3292.

8. Subsequently, the Debtor filed its Omnibus Objection to Mr. Patterson's Claim.

9. From the Debtor's omnibus objection, it appears that Mr. Patterson also has Claim No. 3293 in the amount of $0.00; Claim No. 3294 in the amount of $0.00; and Claim No. 3295 in the amount of $0.00.

## As To Claim No. 3292

10. Mr. Patterson's Claim No. 3292 is a general unsecured claim for the compensation of injuries caused at the Debtor's retail store.

11. Mr. Patterson's injuries were a direct result of Debtor or Debtor's agent's negligence and, because of Debtor's pending bankruptcy proceeding, Mr. Patterson's claim is un-liquidated.

12. Mr. Patterson's claim was supported by legally sufficient documentation. He completed and filed Questionnaire for Litigation Claimants as part of his claim.

13. On or about August 4, 2006, the Law Offices of Joseph A. Maniscalco provided additional extensive documentation regarding Mr. Patterson's claim, included but not limited to his extensive medical records, to David Gay, Esquire, attorney for the Debtor.

14. Under 28 U.S.C. § 157 (b)(5), when the claim is for personal injuries, the District Court where the bankruptcy proceeding is pending shall order that personal injury tort to be tried

in the District Court in which the bankruptcy proceeding is pending *or in the District Court in the district in which the claim arose.*

15.     The Bankruptcy Code, defines a "claim" as a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, unsecured. 11 U.S.C. § 101 (5).

16.     In such cases where a Debtor objects that a claim is contingent or unliquidated, the Bankruptcy Court has the authority to estimate a claim for purpose of allowance. 11 U.S.C. § 502 (c). The same provision provides that such estimates for purpose of allowance are mandatory where the Court determines that liquidation of the pending tort claim would unduly delay the administration of the bankruptcy proceeding. 11 U.S.C. § 502 (c)(1). See <u>O'Neil v. Continental Airlines, Inc.</u> 981 F.2d 1450, 1461 (5th Cir. 1993).

17.     Mr. Patterson filed his claim in accordance with Fed. Rules Bankr. Pro. Rule 3003 and, based on the foregoing, it should be allowed.

### As To Claim Nos. 3293, 3294 and 3295

18.     Mr. Patterson only filed one claim in Debtor's bankruptcy proceeding, which is identified as Claim No. 3292, in the amount of $500,000.00

19.     Claim Nos. 3293, 3294, and 3295, were not filed by Mr. Patterson.

20.     To the extend, Claim Nos. 3293, 3294, and 3295, are duplicative of Mr. Patterson's original Claim No. 3292, Mr. Patterson does not have any objection as to disallowing of Claims Nos. 3293, 3294, and 3295.

**WHEREFORE**, the Creditor **LARRY PATTERSON**, respectfully requests this Honorable Court to overrule Debtor's omnibus objection to his Claim and allow the filed Claim

3

No. 3292 in the amount of $500,000.00 as an unsecured claim.

Respectfully Submitted:

*/s/ Rehan N. Khawaja*

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202-3094
Telephone:   (904) 355-8055
Facsimile:    (904) 355-8058

Attorney for Larry Patterson

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to the following by Mail this 11th day of August, 2006.

**James H. Post, Esquire**
Smith Hulsey & Busey
225 Water Street
Suite # 1800
Jacksonville, Florida 2202

*/s/ Rehan N. Khawaja*

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202-3094
Telephone:   (904) 355-8055
Facsimile:    (904) 355-8058

Attorney for Larry Patterson

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION
Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Chapter 11
PROOF OF CLAIM

DEADLINE FOR FILING PROOFS OF CLAIMS IS AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME

Debtor Against Which You Assert Your Claim:
**Winn-Dixie Stores, Inc.** Case No. **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20265401
WDX-400378-B285
PATTERSON, LARRY
C/O JOSEPH MANISALCO, JR.
LAW OFFICES OF JOSEPH MANISALCO, JR
4651 ROSWELL RD
STE B-103
ATLANTA GA 30342

Telephone No. of Creditor: **229-896-4787**

Fax No. of Creditor:

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

Name and address of signatory or other person to whom notices must be served, if different from above:
**Larry Patterson**
**819 Glendale St.**
**Adel GA 31620**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☒ Check box if you have never received any notices in this case.

Account Number by Which Creditor Identifies Debtor: **4511200378-0001-01**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

1. Basis for Claim
   ☐ Goods sold to debtor(s)
   ☐ Services performed for debtor(s)
   ☐ Goods purchased from debtor(s)
   ☐ Money loaned
   ☐ Personal injury/property damage
   ☐ Taxes
   ☐ Severance agreement
   ☐ Refund
   ☐ Real property lease
   ☐ Personal property lease
   ☐ Other contract
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SSN: ____
   Unpaid compensation for services performed from _____ to _____

2. Date debt was incurred: **1/13/2005**
3. If claim is based on a Court Judgment, date obtained: **N/A**

4. Total Amount of Claim at Time Case Filed: $ **500,000.00** (unsecured) $____ (secured) $____ (priority) $____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Motor Vehicle ☐ Other
   Value of Collateral: $____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

6. Unsecured Nonpriority Claim $____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
   Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
   Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: **Larry Patterson** Title: ____
Signature: ____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT OUT COMPLETELY AND ACCURATELY. PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

## — DEFINITIONS —

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

**Proof of Claim**
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

**Secured Claim**
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

**Unsecured Claim**
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

**Unsecured Priority Claim**
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor. The Debtors' Names and Case Numbers are listed below.

| Debtor | Case Number |
|---|---|
| Winn-Dixie Stores, Inc. | Case No. 05-03817-3F1 |
| Dixie Stores, Inc. | Case No. 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | Case No. 05-03819-3F1 |
| Astor Products, Inc. | Case No. 05-03820-3F1 |
| Crackin' Good, Inc. | Case No. 05-03821-3F1 |
| Deep South Distributors, Inc. | Case No. 05-03822-3F1 |
| Deep South Products, Inc. | Case No. 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | Case No. 05-03824-3F1 |
| Dixie-Home Stores, Inc. | Case No. 05-03825-3F1 |
| Dixie Packers, Inc. | Case No. 05-03826-3F1 |
| Dixie Spirits, Inc. | Case No. 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | Case No. 05-03828-3F1 |
| Foodway Stores, Inc. | Case No. 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | Case No. 05-03830-3F1 |
| Sunbelt Products, Inc. | Case No. 05-03831-3F1 |
| Sundown Sales, Inc. | Case No. 05-03832-3F1 |
| Superior Food Company | Case No. 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | Case No. 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | Case No. 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | Case No. 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Case No. 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Case No. 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Case No. 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | Case No. 05-03840-3F1 |

NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)

Information about Creditor: Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the party on the reverse side of this Proof of Claim.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount not entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed on it, or if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.
DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS. ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE 5:00 P.M. EASTERN TIME, AUGUST 1, 2005. SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT DELIVERY TO: WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043. PROOFS OF CLAIM MAY **NOT** BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc.**, Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

   (a)   fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

   (b)   return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



Creditor No.: 400378
PATTERSON, LARRY
C/O JOSEPH MANISALCO JR LAW OFFICES
ATTN JOSEPH MANISALCO JR, ESQ
4651 ROSWELL ROAD, SUITE B-103
ATLANTA GA 30342

Claim No.(s): 3292

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |
|---|---|

## NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM
## ON OR BEFORE AUGUST 1, 2005, AT 5:00 P.M. EASTERN TIME

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE FOLLOWING DEBTORS:

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Jacksonville, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

PLEASE TAKE NOTICE THAT:

**CASE FILING.** On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. By order dated April 13, 2005, venue of the cases was transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court"). Their cases are being jointly administered under Case No. 05-03817-3F1.

**PROTECTIONS AFFORDED TO THE DEBTORS.** Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) __12/16/1957__

2. Date of injury or claim: (MM/DD/YY) __1/13/2005__

3. What is the basis of your claim? __Personal injuries resulting from placement of cord in or at the check out by cash register on which Mr. Patterson tripped up on/~~~~ walking in lane with items for check out__

4. What is the total amount of your claim? (Please estimate if necessary). __$350,000 estimate__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain. __Must supplement with medical records. See attached.__

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. __None__

7. Are you pursuing this claim against any other party?  Yes ☐   No ☑
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☑   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. __No__

400378-PATTERSON, LARRY-Claim No.(s): 3292

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) _Back, Right arm/shoulder & Left Knee._

11. Where did the injury or damage occur? _Winn Dixie Store located on 714 W. 4th Street, Adel, GA 31620_

Please specify the location and address.

12. How did the injury or damage occur? _Fell over dangerously placed cord at cash register._

13. Did you miss any work as a result of your injury or damage? If so, how many days? _N/A._

14. Give the name and address of your employer and your salary at the time of your injury or damage. _N/A._

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) _No._

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). _Alicia - Cashier; Shannon Johnson 205 North Elm St, Adel, GA 31620 (229)896-2044; Cezar Lopez Manager Winn Dixie, Josh Johnson 205 North Elm St, Adel, GA 31620 (229)896-2044 Joe, Winn Dixie Manager._

400378-PATTERSON, LARRY-Claim No.(s): 3292

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☑ No ☐
    (If yes, provide the name and address of the doctor that is currently treating you
    and the nature of the treatment.) _Valdosta Orthopedic_

18. If applicable, please provide the following Physician Data:

    a. Give the name and address of any physician, clinic or hospitals that has treated this injury.
       Include treatment dates. (Attach additional sheets if necessary).
       _See attached medical bills from Valdosta Orthopedic, E. Curt Starling, M.D., Smith Northview Hospital, N. Crossing Rehab Center, Valdosta Orthopedic Associates, South Georgia Radiology Associates, North Valdosta Medical Center_

    b. Itemize all damages you claim, including any damages for emotional distress,
       loss of consortium or pain and suffering. _Pain & Suffering, emotional damages & loss of consortium_

    c. Give the total amount of the medical bills you incurred as a result of your claim.
       _$15,324.75 approximate. Need more treatment_

    d. Attach medical and hospital records which relate to your claim.

    e. Itemize any other expenses you incurred as a result of the incident for which you are
       making a claim. _See attached bills. Also have prescription drugs costs._

    f. Give a list of medical expenses and amounts paid by your insurance company as a result of
       your injury. _Paid $7,890.79 to date, approximately. Will require reimbursement through Medicare._

400378-PATTERSON, LARRY-Claim No.(s): 3292

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form.*

g. Give the name, address and policy number of your insurance company. _Medicare    Policy # 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-A_

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

   a. Itemize the damages you claim. _Already itemized special damages above._

   b. Give the total amount of each item of damage. _____

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM?** (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.) _$350,000.00_

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 400378<br>PATTERSON, LARRY<br>C/O JOSEPH MANISALCO JR LAW OFFICES<br>ATTN JOSEPH MANISALCO JR, ESQ<br>4651 ROSWELL ROAD, SUITE B-103<br>ATLANTA GA 30342 | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

400378-PATTERSON, LARRY-Claim No.(s): 3292

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10/21/2005         _Larry Patterson_
                          Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): Joseph A. Maniscalco, Jr.
Address: 4651 Roswell Rd., Suite B-103
City/State/Zip: Atlanta, GA 30342
Relationship to Claimant: Attorney
Phone Number: 404-351-2011
Fax Number: 404-351-3233
Email Address: lawjamjr@bellsouth.net

## PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

400378-PATTERSON, LARRY-Claim No.(s): 3292

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

# LAW OFFICES
# JOSEPH A. MANISCALCO, JR., P.C.
4651 Roswell Road N.E., Suite B-103
Atlanta, Georgia 30342

Telephone: (404) 351-2711                                                Facsimile: (404) 351-3233

August 1, 2006

**VIA FEDERAL EXPRESS**

Ms. Yolanda Davis
Sedgwick Claims Management Services
P.O. Box 24787
Jacksonville, FL  32241-4787

    Re:    **Client:**    **Larry Patterson**
           **Loss Date:**    **1/13/2005**
           **Claim No.:**    **A511200578-0001-01**
           **DOB:**    **12/16/1957**
           **Our File No.:**    **M0503016**

Dear Ms. Davis:

    Enclosed is a complete set of Larry Patterson's medical records. Also, pursuant to your request dated April 20, 2006, enclosed are the following medical records in connection with Larry Patterson ( faxed earlier to you today):

1. Medical report of C. Curt Starling, M.D., P.C. dated 1/27/05;
2. Smith Northview Operative Report prepared by John Kendrick, M.D. dated 3/10/05 (duplicative request made, see No. 5. below);
3. In regard to your request for an MRI report from Valdosta Orthopedics dated 1/21/2006, the records indicate that no such report exists. However, enclosed is a report from Open MRI of Valdosta, Georgia dated 1/21/05 and Open MRI of Valdosta, Georgia MRI report dated 2/1/05;
4. Regarding your request for an MRI dated 1/21/05 from South Georgia Radiology Consultants, enclosed is their medical bill that represents services they performed in conjunction with the MRI performed on 1/21/06 at Open MRI of Valdosta, Georgia;
5. Valdosta Orthopedics office notes dated 1/19, 2/3/, 2/22, (for John Kendrick, M.D.'s 3/10/05 shoulder arthroscopy report see Smith Northview Hospital Operative Report);

    In response to your request for medical records from North Valdosta Medical Center reports dated 1/20/05 and 2/21/05, we have no knowledge that an entity by this name exists. We would appreciate it if you would provide this information to us whereupon we will be happy to accommodate your request.

Ms. Yolanda Davis
Page 2 of 2

  Please also note that your last correspondence sent to me stated that you were not in a position to make an offer on Mr. Patterson's claim because a resolution to the potential Medicare and/ Medicaid lien issue had not been worked with the Court. Please inform me as to the status of the claim.

  If you have any questions, please do not hesitate to contact me.

Sincerely,

Joseph A. Maniscalco, Jr.

JAM/cae
Enclosures

# LAW OFFICES
# JOSEPH A. MANISCALCO, JR., P.C.
4651 Roswell Road N.E., Suite B-103
Atlanta, Georgia 30342

Telephone: (404) 351-2711                                   Facsimile: (404) 351-3233

---

August 4, 2006

**VIA FED EX**

David Gay, Esq.
Smith, Hulsey & Busey
255 Water Street
Suite 1800
Jacksonville, FL  32202

RE: **In Re: Winn-Dixie Stores, Inc., et. al. Debtors v. Larry Patterson, Creditor;** United States Bankruptcy Court; Middle District of Florida; Jacksonville; Case No. 05-03817-3F1; Claim No. 3293

Dear Mr. Gay:

Please find enclosed a complete set of the medical records pertaining to Mr. Larry Patterson's personal injury claim made against Winn-Dixie Stores, Inc. Additionally, please note that all items requested by adjuster Yolanda Davis have been produced unless those items do not exist according to our investigation. Enclosed with the medical records is the letter mailed via overnight delivery to Ms. Davis that accompanied the production of the above stated medical records. The enclosed letter also delineates which, if any, medical records Ms. Davis identified and requested that could not be located and, therefore, not produced.

As we have discussed, Mr. Patterson has had ongoing treatment and, therefore, obtaining all of his medical records has been an ongoing process. Additionally, several of the items requested by Ms. Davis are not in existence, and we have attempted to clarify the items requested by leaving a voicemail to which we have not received a return phone call.

As we discussed, since your Objection to the subject unresolved litigation claim was based on insufficient proof of claim documentation (as well as duplicated claim number

David Gay, Esq.
Page 2 of 2

3295), I would appreciate it if you would now withdraw that Objection. However, I understand from our last conversation that you expect that a response to the Objection will be filed prior to your withdrawing the Objection. I ask that you reconsider that stance as you have complete and adequate documentation of Mr. Patterson's injuries that occurred as a result of Mr. Patterson's tripping over the negligently placed electrical cord at the checkout register where he attempted to the exit Winn-Dixie on January 13, 2005.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Joseph A. Maniscalco, Jr.

JAM/cae
Enclosures