

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Interim Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from February 1, 2006 through and including May 31, 2006 (9393)

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

ALAVAREZ & MARSAL, LLC:

RULING: Approved (subj. to conditions) Ord / Signed