

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 10, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Fourth Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from February 1, 2006 through and including May 31, 2006 (9426)

APPEARANCES:
US TRUSTEE:
UNSEC. CRED:

ELENA ESCAMILLA
JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

MILBANK, TWEED ET AL:

RULING: Approved (subj. to conditions) Ord/Signed ✓