

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities filed by Debtor Winn-Dixie Stores, Inc. (9133)

    Response filed by Tax Collector Warren County, Mississippi (9350)

    Response filed by Assessor/Tax Collector, Marion County Mississippi (9359)

    Response filed by Madison County, Mississippi Tax Collector (9568)

    Response filed by Forrest County, Mississippi Tax Collector (9765)

    Response filed by Copiah County, Mississippi Tax Collector (9748 and 9790)

} Cont'd. until further nte. by either party

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

TAX COLLECTOR WARREN COUNTY MS:
ASSESSOR/TAX COLLECTOR MARION CO, MS:
MADISON COUNTY MS TAX COLLECTOR:
FORREST COUNTY MS, TAX COLLECTOR:
COPIAH COUNTY, MS TAX COLLECTOR:    JAMES D. SHANNON

RULING: m/Granted
Ord/Signed