

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Claim filed by United States Department of Health and Human Services (Claim no. 10662) Filed by Debtors (5872)

Response filed by United States Department of Health and Human Services (9880)

APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD/PATRICK PATANGAN
                                         MATTHEW S. BARR
US DEPT OF HEALTH AND HUMAN SVCS:        MARCIO W. VALLADARES

RULING: Cont'd. until further ntc. by either party Ord / Signed - directing Mediation and appointing Mediator