HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                                    Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Fourteenth Omnibus Objection to (a) No Liability Claims and (b) No Liability Misclassified Claims filed by Debtor Winn Dixie Stores, Inc. (9131)

    Response filed by Visagent Corporation (9446)

    Response filed by Georgia Department of Revenue (9598)

    Response filed by Mobley Family Partnership, LP and Redd Family II, LP d/b/a Blue Angel Crossing (9729)

    Response filed by Tiger Crossing d/b/a University Crossing Shopping Ctr (9739)

APPEARANCES CONTINUED ON PAGE 2

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Big Lots Stores, Inc. (9752)

Response filed by Principal Life Insurance Company (9821) - untimely filed

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR
VISAGENT CORPORATION: GUY B. RUBIN
GEOGIA DEPARTMENT OF REVENUE: OSCAR FEARS
MOBLEY FAMILY PARTNERSHIP LP ET AL: ANNETTE MCBRAYER
TIGER CROSSING: ANNETTE MCBRAYER
BIG LOTS STORES, INC. PETER NICANDRI
PRINCIPAL LIFE INSURANCE COMPANY: WENDY SIMKULAK

RULING: Granted Ord/Signed - Disallowing (A) No liability misclassified claims and (B) No liability misclassified claims