

## HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 10 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1 $\rho$ WINN-DIXIE STORES, INC.                          Page 1 of 6

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Omnibus Motion for Order to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief Filed by Debtor Winn-Dixie Stores, Inc. (7966)

Objections to Assumption:

A   Objection to Motion filed by E&A Acquisition Two, LP - Store No. 2213 (8750)

A   Objection to Motion filed by E&A Investments, LP - Store No. 736 (8751)

A   Objection to Motion filed by E&A Financing II, LP - Store Nos. 84, 2230 and 2333 (8752)

A   Objection to Motion filed by GLA, LLC - Store No. 1852 (8753)

Objection to Motion filed by E&A Southeast, LP - Store No. 599 (8755)

APPEARANCES CONTINUED TO PAGE 6

*1607*
*264*
*1735*
*2930*

*2d/Busey   9/7  Obj. by Florida Dickens Assoc., Ltd - Overruled
Obj. by Westfork Tower, LLC - Under Advisement

28 leases to be approved today*



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**August 10, 2006**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

U    Objection to Motion filed by Florida Dickens Associates, Ltd., et. - Store Nos. 138, 176, 256, 265, 287, 517, 607, 672, 1404, 1449, 2217, 2265, 2602 (8845)

*Overruled*

✓Objection to Motion filed by Benderson Development Company Inc. - Store Nos. 637, 651, 656, 660, 737 (8910)

✓Objection to Motion filed by Prudential Insurance Company of America - Store Nos. 2, 81, 250 (8920)

✓Objection to Motion filed by Westfork Tower, LLC, Concord-Fund IV Retail, LP, TA Creshaven, LLC, Flagler Retail Associates, Ltd., and Elston/Leetsdale, LLC, by and through their Property Manager, Terranova Corp. - Store Nos. 209, 221, 254, 278, 353 (8921)    *Under advisement*

✓Objection to Motion filed by Developers Diversified Realty Corp., et al - Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766, 2211, 2267 (8927)

✓Objection to Motion filed by Developers Diversified Realty Corp. - Store No. 2289 (8928)

✓Objection to Motion filed by Aronov Realty and New Plan Excel Realty Trust, Inc., - Store Nos. 153, 231, 281, 426, 454, 460, 556, 698, 1440, 2258, 2301, 2311, 2348 (8959)

*Store #'s objectng: 138  287  1449
176  517  2217
256  607  2265
265  672  2602
1404*



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
**August 10, 2006**
**1:00 P.M.**

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Page 3 of 6

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Objections to Cure Amounts:**

Objection to Motion filed by WD Green Cove Trust - Store No. 138 (8757)

Objection to Motion filed by WD Pasco Trust - Store No. 672 (8761)

Objection to Motion filed by WD Jacksonville Trust - Store No. 176 (8764)

Objection to Motion filed by Regency Centers, L.P. - Store No. 256 (8792)

Objection to Motion filed by MCW-RC FL Shoppes at 104, LLC - Store No. 287 (8793)

Objection to Motion filed by Gehr Florida Development - Store No. 348 (8864)

Objection to Motion filed by Wilmington Trust Co., as Trustee of Southland-Birmingham W.D. Delaware Business Trust - Store No. 517 (8877)

Objection to Motion filed by William J. Wade and Wilmington Trust Co., as Co-Trustee of Southland-River Ridge W.D. Delaware Business Trust - Store No. 1404 (8879)

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 10, 2006
1:00 P.M.

## PRO MEMO

Page 4 of 6

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Motion filed by William J. Wade and Wilmington Trust Co. as Co-Trustees of Southland-Amite W.D. Delaware Business Trust - Store No. 1449 (8880)

Objection to Motion filed by Southland-Crystal River W.D. Delaware Business Trust - Store No. 2217 (8881)

Objection to Motion filed by Southland-Poinciana W.D. Delaware Business Trust - Store No. 2265 (8882)

Objection to Motion filed by Land Dade, Inc., - Store No. 607 (8909)

Objection to Motion filed by London Associates, Ltd., - Store No. 290 (8919)

Objection to Motion filed by Skinners of Point Meadows, Inc. - Store No. 6 (8937) 8/24

Objection to Motion filed by Benderson Development Company, Inc., - Store No. 613 (10055)

Objection to Motion filed by E&A Acquisition Two, LP - Store No. 2213 (8750)

Objection to Motion filed by E&A Investments, LP - Store No. 736 (8751)

Objection to Motion filed by E&A Financing II, L.P. Store Nos. 84, 2230 and 2333 (8752)



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**August 10, 2006**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Objection to Motion filed by GLA, LLC - Store No. 1852 (8753)

Objection to Motion filed by Benderson Development Company, Inc., - Store Nos. 637, 651, 656, 660, 737 (8910)

Objection to Motion filed by Prudential Insurance Company of America - Store Nos. 2, 81, 250 (8920)

Objection to Motion filed by Westfork Tower, LLC, Concord-Fund IV Retail, LP, TA Cresthaven, LLC, Flagler Retail Associates, Ltd., and Elston/Leetsdale, LLC, by and through their Property Manager, Terranova Corp. - Store Nos. 209, 221, 254, 278, 353 (8921) *[handwritten annotation]*

Objection to Motion filed by Developers Diversified Realty Corp., et al - Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766, 2211, 2267 (8927)

Objection to Motion filed by Aronov Realty and New Plan Excel Realty Trust, Inc., - Store Nos., 153, 231, 281, 426, 454, 460, 556, 698, 1440, 2258, 2301, 2311, 2348 (8959)



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**August 10, 2006**
**1:00 P.M.**

### PRO MEMO

Page 6 of 6

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA /Wm. Porta P |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN P |
| | MATTHEW S. BARR |
| E&A ACQUISITION TWO, LP: | ADAM FRISCH P |
| E&A INVESTMENTS, LP: | ADAM FRISCH P |
| E&A FINANCING II, LP: | ADAM FRISCH P |
| GLA, LLC: | ADAM FRISCH P |
| E&A SOUTHEAST, LP: | ADAM FRISCH ( |
| FL DICKENS ASSOCIATES, LTD ET AL: | ADAM FRISCH P |
| BENDERSON DEVELOPMENT CO, INC: | JOEY SCHLOSBERG |
| PRUDENTIAL INSURANCE CO. OF AMERICA: | ADAM FRISCH P |
| WESTFORT TOWER, ET AL: | KAREN SPECIE P |
| DEVELOPERS DIVERSIFIED REALTY CORP | LEHMAN P |
|   ET AL: | ROBERT LEHANE |
| DEVELOPERS DIVERSIFIED REALTY CORP: | ROBERT LEHANE |
| ARONOV REALTY AND NEW PLAN EXCEL | |
|   REALTY TRUST, INC: | DAVID POLLACK |
| WD GREEN COVE TRUST: | ADAM FRISCH P |
| WD PASCO TRUST: | ADAM FRISCH P |
| WD JACKSONVILLE TRUST: | ADAM FRISCH P |
| REGENCY CENTERS, L.P. | ADAM FRISCH P |
| MCW-RC FL SHOPPES AT 104: | ADAM FRISCH P |
| GEHR FLORIDA DEVELOPMENT, LLC: | ADAM FRISCH P |
| WILMINGTON TRUST CO, ET AL: | ADAM FRISCH P |
| WILLIAM J. WADE, ET AL: | ADAM FRISCH ( |
| SOUTHLAND CRYSTAL RIVER W.D. | |
|   DELAWARE BUSINESS TRUST: | ADAM FRISCH P |
| SOUTHLAND-POINCIANA WD DELAWARE | |
|   BUSINESS TRUST: | ADAM FRISCH P |
| LAND DADE, INC: | ADAM FRISH ( |
| LONDON ASSOCIATES LTD: | JIMMY PARRISH |
| SKINNERS OF POINT MEADOWS, INC. | BETSY COX |

Creditors Cmte: Patrick Patangan