UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    ) Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          ) Chapter 11

         Debtors.                         ) Jointly Administered

_____)

## ORDER DIRECTING
## MEDIATION AND APPOINTING MEDIATOR

This cause came before the Court on August 10, 2006 upon the Debtors' Objection to Claim No. 10662 filed by the United States Department of Health and Human Services ("DHHS") and DHHS' Amended Proof of Claim. Upon consideration, and it appearing to the Court that this contested matter is suitable for mediation, and by consent of the parties, it is

ORDERED:

1. This contested matter is directed to mediation for possible resolution.

2. Except as provided in this Order, this mediation will be conducted pursuant to M.D. Fla. L.B.R. 9019-2(d) (e) (g) (h) (i) and (k).

3. William Cooper, Esq., is appointed to serve as the Mediator.

4. The mediation conference will be held on:

   Date: September 26, 2006, unless all parties agree to an alternative date

   Time: 1:00 p.m.

   Place: Cooper Ridge & Latinberg
          200 West Forsyth Street
          Suite 1200
          Jacksonville, Florida 32202

5. The parties directed to attend this mediation are:

    1. DHHS – Claimant; and

    2. Debtors.

6. The personal attendance of trial counsel and all parties is mandatory. The parties will appear with full authority to resolve the matter. A representative of the official committee of unsecured creditors in this case is authorized, but not required, to attend this mediation and shall be subject to the same rules governing each party to the mediation, including the requirement regarding confidentiality.

7. Not less than ten days before the mediation conference, each party shall furnish a written summary of the facts and issues and current status of negotiations to the mediator. The Statements shall not be filed with the Court and the mediator shall not disclose the contents of the mediation statements without the consent of both parties.

8. The mediator will be compensated at the rate of $300 per hour. Final payment for mediation will be allocated equally between the parties.

9. The participation by the parties in this Consent Order and the mediation conference does not constitute a waiver of any of the parties' rights or defenses in this case.

DATED this _10_ day of August, 2006, in Jacksonville, Florida.

                                          Jerry A. Funk
                                          United States Bankruptcy Judge

James H. Post is directed to serve a copy
of this Order on all interested parties.

539709

2