# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

This case came on for hearing on August 10, 2006 upon the applications of professionals for the allowance of interim compensation for services rendered and reimbursement of expenses (collectively, the "Applications"). The Court has reviewed the Applications and heard the representations of counsel. Without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED:

1. The Applications are approved to the extent provided by this Order.

2. The Debtors are authorized and directed to pay each professional the fees and expenses allowed by this Order within ten days of the entry of this Order, to the extent not previously paid.

3. All interim and final fees and expenses allowed by this Order are subject to review by the fee examiner, Stuart, Maue, Mitchell & James, Ltd., parties in interest and this Court, and no determination is made at this time as to reasonableness of the fees. Fees and expenses awarded pursuant to this Order may be subject to disgorgement.

4.      The Blackstone Group L.P. is allowed interim compensation of $668,000.00 for professional services and $54,154.83 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

5.      Carlton Fields, P.A. is allowed interim compensation of $341,129.50 for professional services and $23,693.29 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

6.      Deloitte and Touche LLP is allowed interim compensation of $57,784.25 for professional services and $2,331.52 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

7.      Deloitte Consulting LLP is allowed interim compensation of $117,294.80 for professional services and $16,931.53 for the reimbursement of expenses incurred during the period from March 14, 2006 through May 31, 2006.

8.      Deloitte Financial Advisory Services LLP is allowed interim compensation of $182,716.45 for professional services and $14,425.68 for the reimbursement of expenses incurred during the period from March 14, 2006 through May 31, 2006.

9.      Jenner & Block LLP is allowed interim compensation of $606,419.25 for professional services and $53,156.66 for the reimbursement of expenses incurred during the period from May 9, 2005 through May 31, 2006.[1]

---

[1]   Jenner & Block LLP was previously allowed and paid by the Debtors the amounts of $119,555.90 in fees and $2,638.66 in expenses under the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (Dkt. No. 264).

10. King & Spalding LLP is allowed interim compensation of $67,026.00 for professional services and $1,870.53 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

11. Kirschner & Legler, P.A. is allowed interim compensation of $1,845.00 for professional services and $43.97 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

12. KPMG LLP is allowed interim compensation of $1,553,303.71 for professional services and $47,239.55 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

13. PricewaterhouseCoopers LLP is allowed interim compensation of $45,160.25 for professional services and $3,126.39 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

14. Skadden, Arps, Slate, Meagher & Flom LLP is allowed interim compensation of $3,154,861.00 for professional services and $59,318.42 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

15. Smith, Gambrell & Russell, LLP is allowed interim compensation of $656,939.00 for professional services and $18,871.04 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

16. Smith Hulsey & Busey is allowed interim compensation of $1,213,531.50 for professional services and $48,370.34 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

17. Stuart, Maue, Mitchell & James, Ltd. is allowed interim compensation of $870,896.00 for professional services and $1,857.13 for the reimbursement of expenses incurred during the period from December 1, 2005 through May 31, 2006.

18. XRoads Solutions Group, LLC is allowed interim compensation of $3,716,110.50 for professional services and $236,989.35 for the reimbursement of expenses incurred during the period from January 29, 2006 through May 27, 2006.

19. Akerman Senterfitt is allowed interim compensation of $156,986.50 for professional services and $4,622.99 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

20. Alvarez & Marsal, LLC is allowed interim compensation of $400,000.00 for professional services and $9,740.18 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

21. Houlihan Lokey Howard & Zukin Capital is allowed interim compensation of $400,000.00 for professional services and $24,345.63 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

22. Milbank, Tweed, Hadley & McCloy LLP is allowed interim compensation of $1,552,033.00 for professional services and $89,609.45 for the reimbursement of expenses incurred during the period from February 1, 2006 through May 31, 2006.

23. This Order is without prejudice to the rights of these professionals upon further application to this Court, to seek further allowance and payment of additional compensation and reimbursement of expenses, including any such amounts incurred

during this interim compensation period for which approval has not previously been sought and denied.

Dated in Jacksonville, Florida, this __10__ day of August, 2006.

_____
Jerry A. Funk
United States Bankruptcy Judge

539968