UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 <br> ) |
| Debtors. | ) Jointly Administered <br> ) |

### ORDER AUTHORIZING DEBTORS TO ENTER INTO SURETY CREDIT FACILITY WITH LIBERTY MUTUAL INSURANCE COMPANY AND GRANTING RELATED RELIEF

These cases came before the Court for hearing on August 10, 2006, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order authorizing and approving the Debtors (i) entry into the Term Sheet[1] with Liberty, (ii) payment of the Facility Fee and reimbursement of Liberty's reasonable attorneys' and expenses in accordance with the Term Sheet, (iii) assumption of the liabilities and obligations under the General Agreement of Indemnity dated January 23, 2003 (the "Prepetition Agreement"), and (iv) entry into the Surety Credit Facility (the "Motion"). The Court has reviewed the Motion and has considered the representations of counsel. Based upon the representations of counsel and without objection by the United Sates Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

2. The Debtors are authorized to enter into the Term Sheet in substantially the form attached to the Motion as Exhibit A.

3. The Debtors are authorized to pay Liberty the Facility Fee and reimburse Liberty its reasonable attorneys' fees and expenses incurred after June 30, 2006, all in accordance with the Term Sheet.

4. The Debtors' assumption of the liabilities and obligations under the Prepetition Agreement is approved, allowed and shall be effective upon the closing of the Surety Credit Facility.

5. Liberty is authorized under Fed. R. Bankr. P. 3006, to withdraw its Proofs of Claims filed in these cases and, immediately following payment of the Facility Fee, directed to file with this Court or the Debtors' Claims Agent, as applicable, a notice of withdrawal of such Proofs of Claim.

6. The Debtors are further authorized to enter into definitive documentation governing the Surety Credit Facility, substantially in the form of which was filed with the Court on August 1, 2006 (Dkt. No. 9775) and served on (a) counsel for the U.S. Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors Committee and (d) any other party in interest requesting a copy of the documentation.

7. The Debtors are authorized to take such further action as is necessary or desirable to implement the Surety Credit Facility.

8.  The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated August __10__, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

3

1133633-New York Server 7A - MSW