**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' (I) FOURTH OMNIBUS OBJECTION TO TAX CLAIMS AND (II) MOTION REQUESTING DETERMINATION OF TAX VALUES AND LIABILITIES**

This matter having come before the Court under 11 U.S.C. §§ 105, 502, 505 and 506, Fed. R. Bank. P. 3007 and 9014 and Rule 3007-1 on the (i) Debtors Fourth Omnibus Objection to Tax Claims (the "Objection") and (ii) Motion For Order Determining Tax Values And Tax Liabilities (the "Motion") (Docket No. 9133), filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[1] Several formal and informal responses to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) Tax Collector, Warren County, Mississippi, (ii) Assessor/Tax Collector, Marion County, Mississippi, (iii) Madison County, Mississippi Tax Collector, (iv) Forrest County, Mississippi Tax Collector, and (v) Copiah County, Mississippi Tax Collector, which claims have been removed from Exhibits A and B to this Order.

The Court has reviewed the Motion and the Objection and has considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, the Court makes the following findings of fact:

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion and the Objection.

A.      This Court has jurisdiction over the Motion and Objection under 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2).

B.      The Tax Claims listed on the attached Exhibit A are based on improper assessments and therefore are asserted in improper amounts.

C.      The adjustments to the Taxing Authorities' assessed values are appropriate for the reasons set forth in the Motion and Objection.

D.      The amounts indicated in the "Revised Assessed Value" column on the attached Exhibits A and B reflect the correct taxable values for the properties identified on the Exhibits.

E.      The values indicated in the "Independent Appraiser's Market Values" column on the attached Exhibit C reflect the appropriate market value basis for computing assessed values for tax year 2006 for the property in question.

F.      The statutory interest rates imposed by the Taxing Authorities identified on the attached Exhibits A and B incorporate a penalty element and, therefore, should not be used in calculating the accrued interest on Tax Claims and other tax liabilities which are secured and entitled to interest.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted and the Objection is sustained.

2.      The tax values for the properties listed on Exhibit A and Exhibit B to this Order in the column titled "Revised Assessed Value" are correct and the Taxing Authorities are directed to use such tax values to compute the Debtors' tax liabilities for the 2004 and 2005 tax years.

3.      The Revised Tax Amounts listed on the attached Exhibits A and B are the correct amount of tax liabilities owed by the Debtors to the Taxing Authorities identified on such Exhibits.

4.      The Tax Claims identified on Exhibit A are reduced and allowed in the amount and classification reflected as the Revised Tax Amount.

5.      The "Independent Appraiser's Market Values" amounts listed on the attached Exhibit C are the appropriate valuation bases for which the Taxing Authorities are to compute assessed values and corresponding taxes for tax year 2006.

6.      Where applicable, pursuant to Section 506(b), the interest rate on the Revised Tax Amounts identified on the attached Exhibits A and B will be calculated using the Adjusted Rate of 6% per annum.

7.      The Debtors are authorized to offset any excess amounts paid against the Debtors' liability on other accounts within the same jurisdiction and for the same or other tax years, where these determinations result in the Debtors' net tax liability being less than what the Debtors have already paid the Tax Collectors for a particular account.

8.      Upon payment of the allowed Tax Claims and Revised Tax Amounts as set forth on Exhibits A and B, respectively, any liens relating to the Debtors' secured tax liabilities addressed in this Objection and Motion are extinguished. The Debtors are authorized to file any documents necessary with the appropriate governmental body to reflect the release of such liens.

9.      This Order is without prejudice to the Debtors' right to object to any proof of claim filed by any Taxing Authorities in these Chapter 11 cases on any further or separate grounds.

10. This Court retains jurisdiction over the Debtors and the Taxing Authorities whose Tax Claims and Liabilities are subject to the Motion and Objection with respect to any matters related to or arising from implementation of this Order.

Dated this 10 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00540053

# EXHIBIT A

# *Exhibit A*

*8/9/2006*

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF CALHOUN CITY TAX COLLECTOR (County and State: CALHOUN, MS) | | | | | | | | | | | | | | |
| | 1342 | PP | Priority | 7/22/2005 | 7278 | 05-03817-3F1 | $2,697.79 | 041420000 | 2004 | 85,644 | $2,697.79 | 31,585 | $994.92 | A |
| | | | | | | | | | **Tax Subtotals** | | **$2,697.79** | | **$994.92** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Legend for Case Number(s):** *05-03817-3F1* *Winn-Dixie Stores, Inc.*

**Footnotes:**

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF LAFAYETTE CONSOLIDATED GOV TAX COLLECTOR (County and State: LAFAYETTE, LA) | | | | | | | | | | | | | | |
| | 1555 | PP | | | NIC | | | 00009318 | 2004 | 307,990 | $5,485.30 | 99,996 | $1,780.91 | A |
| | 1555 | PP | Priority | 6/24/2005 | 4527 | 05-03837-3F1 | $13,026.77 | 00009318 | 2005 | 281,510 | $5,013.69 | 96,450 | $1,717.76 | A |
| | 1561 | PP | | | NIC | | | 00097064 | 2004 | 232,070 | $4,133.17 | 104,055 | $1,853.22 | A |
| | 1561 | PP | Priority | 6/24/2005 | 4527 | 05-03837-3F1 | $13,026.77 | 00097064 | 2005 | 215,440 | $3,836.99 | 98,603 | $1,756.12 | A |
| | 1551 | PP | | | NIC | | | 00100635 | 2004 | 250,420 | $4,459.98 | 103,679 | $1,846.51 | A |
| | 1551 | PP | Priority | 6/24/2005 | 4527 | 05-03837-3F1 | $13,026.77 | 00100635 | 2005 | 234,480 | $4,176.09 | 100,888 | $1,796.82 | A |
| | | | | | | | | | **Tax Subtotals** | | **$27,105.22** | | **$10,751.34** | |

Legend for Basis for Adjustment Codes: *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

Legend for Case Number(s): *05-03837-3F1* *Winn-Dixie Montgomery, Inc.*

Footnotes:

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF JACKSON TAX COLLECTOR (County and State: JACKSON, MS) | | | | | | | | | | | | | | |
| | 0573 | PP | | | NIC | | | 24409580 | 2004 | 195,752 | $28,665.92 | 98,708 | $14,454.80 | A |
| | 0573 | PP | Priority | 7/18/2005 | 6981 | 05-03817-3F1 | $25,197.51 | 24409580 | 2005 | 172,953 | $25,327.24 | 86,346 | $12,644.52 | A |
| | 1478 | PP | | | NIC | | | 46609792 | 2004 | 124,539 | $17,522.64 | 74,448 | $10,474.78 | A |
| | 1478 | PP | Priority | 7/18/2005 | 6982 | 05-03817-3F1 | $18,274.53 | 46609792 | 2005 | 129,883 | $18,274.83 | 72,421 | $10,189.69 | A |
| | | | | | | | | | **Tax Subtotals** | | **$89,790.63** | | **$47,763.80** | |

Legend for Basis for Adjustment Codes: *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

Legend for Case Number(s): *05-03817-3F1* *Winn-Dixie Stores, Inc.*

Footnotes:

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBERIA PARISH SHERIFF AND TAX COLLECTOR (County and State: IBERIA, LA) | | | | | | | | | | | | | | |
| | 1456 | PP | | | NIC | | | 1501129990 | 2004 | 285,347 | $19,874.43 | 99,158 | $6,906.33 | A |
| | 1456 | PP | Secured | 3/27/2006 | 13040 | 05-03817-3F1 | $27,581.71 | 1501129990 | 2005 | 243,037 | $17,238.63 | 93,411 | $6,625.64 | A |
| | 1455 | PP | | | NIC | | | 1501130000 | 2004 | 136,280 | $9,491.89 | 78,528 | $5,469.49 | A |
| | 1455 | PP | Secured | 3/27/2006 | 13040 | 05-03817-3F1 | $27,581.71 | 1501130000 | 2005 | 138,196 | $9,802.26 | 75,519 | $5,356.58 | A |
| | | | | | | | | | **Tax Subtotals** | | **$56,407.21** | | **$24,358.04** | |

Legend for Basis for Adjustment Codes: *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

Legend for Case Number(s): *05-03817-3F1* *Winn-Dixie Stores, Inc.*

Footnotes:

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| *Creditor Name* | *Location No.* | *Property Type ** | *Claim Class *** | *Claim Filing Date* | *Claim # **** | *Case Number* | *Total Claim Amount ***** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount ****** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAFAYETTE PARISH TAX COLLECTOR | | | (County and State: LAFAYETTE, LA) | | | | | | | | | | | |
| | 1551 | PP | | | NIC | | | 100635 | 2004 | 250,420 | $20,857.48 | 103,679 | $8,635.40 | A |
| | 1551 | PP | Priority | 3/17/2006 | 12979 | 05-03817-3F1 | $61,549.84 | 100635 | 2005 | 234,480 | $19,731.49 | 100,888 | $8,489.74 | A |
| | 1555 | PP | | | NIC | | | 9318 | 2004 | 307,990 | $25,652.49 | 99,996 | $8,328.64 | A |
| | 1555 | PP | Priority | 3/17/2006 | 12979 | 05-03817-3F1 | $61,549.84 | 9318 | 2005 | 281,510 | $23,689.07 | 96,450 | $8,116.25 | A |
| | 1561 | PP | | | NIC | | | 97064 | 2004 | 232,070 | $19,329.11 | 104,055 | $8,666.74 | A |
| | 1561 | PP | Priority | 3/17/2006 | 12979 | 05-03817-3F1 | $61,549.84 | 97064 | 2005 | 215,440 | $18,129.28 | 98,603 | $8,297.45 | A |
| | | | | | | | | | **Tax Subtotals** | | **$127,388.92** | | **$50,534.22** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Legend for Case Number(s):** *05-03817-3F1* *Winn-Dixie Stores, Inc.*

**Footnotes:**

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARISH OF ASCENSION SHERIFF AND TAX COLLECTOR (County and State: ASCENSION, LA) | | | | | | | | | | | | | | |
| | 1590 | PP | | | NIC | | | 20010743 | 2004 | 394,510 | $37,896.63 | 127,821 | $12,278.40 | A |
| | 1590 | PP | Secured | 5/23/2005 | 2374 | 05-03817-3F1 | $77,462.48 | 20010743 | 2005 | 369,530 | $39,465.81 | 122,457 | $13,078.42 | A |
| | 1590 | R | | | NIC | | | 6216450 | 2004 | 646,690 | $62,121.05 | 369,271 | $34,901.16 | A |
| | 1590 | R | | | NIC | | | 6216450 | 2005 | 646,690 | $69,166.50 | 369,271 | $39,495.25 | A |
| | 1442 | PP | | | NIC | | | 9352400 | 2004 | 146,050 | $15,200.88 | 74,900 | $7,795.61 | A |
| | 1442 | PP | Secured | 5/23/2005 | 2374 | 05-03817-3F1 | $77,462.48 | 9352400 | 2005 | 197,930 | $20,747.04 | 70,874 | $7,429.06 | A |
| | 1587 | PP | | | NIC | | | 9633600 | 2004 | 265,790 | $24,364.97 | 100,368 | $9,200.70 | A |
| | 1587 | PP | Secured | 5/23/2005 | 2374 | 05-03817-3F1 | $77,462.48 | 9633600 | 2005 | 242,050 | $22,367.84 | 95,907 | $8,862.75 | A |
| | | | | | | | | | Tax Subtotals | | $291,330.72 | | $133,041.35 | |

Legend for Basis for Adjustment Codes: *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

Legend for Case Number(s): *05-03817-3F1* *Winn-Dixie Stores, Inc.*

Footnotes:

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARISH OF TENSAS ASSESSOR OFFICE AND TAX COLLECTOR (County and State: TENSAS, LA) | | | | | | | | | | | | | | |
| | 1355 | PP | Priority | 5/12/2005 | 1357 | 05-03817-3F1 | $1,685.39 | 0220391333C | 2004 | 18,262 | $1,685.39 | 7,358 | $679.06 | A |
| | | | | | | | | | **Tax Subtotals** | | **$1,685.39** | | **$679.06** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Legend for Case Number(s):** *05-03817-3F1* *Winn-Dixie Stores, Inc.*

**Footnotes:**

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAPIDES SHERIFF & TAX COLLECTOR (County and State: RAPIDES, LA) | | | | | | | | | | | | | | |
| | 1566 | PP | | | NIC | | | 0023800 | 2004 | 111,640 | $13,018.34 | 58,785 | $6,854.97 | A |
| | 1566 | PP | Priority | 12/5/2005 | 12790 | 05-03817-3F1 | $30,947.05 | 0023800 | 2005 | 113,312 | $13,776.51 | 57,083 | $6,940.12 | A |
| | 1547 | PP | | | NIC | | | 0035600 | 2004 | 137,027 | $17,451.78 | 64,682 | $8,237.95 | A |
| | 1547 | PP | Priority | 12/5/2005 | 12790 | 05-03817-3F1 | $30,947.05 | 0035600 | 2005 | 134,893 | $17,170.54 | 63,272 | $8,053.86 | A |
| | | | | | | | | | Tax Subtotals | | $61,417.17 | | $30,086.90 | |

Legend for Basis for Adjustment Codes: *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

Legend for Case Number(s): *05-03817-3F1* *Winn-Dixie Stores, Inc.*

Footnotes: * *PP in property type is a personal property account and R is a real property account*

** *Claim Class reflects allowed class.*

*** *NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

**** *Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

***** *In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| *Creditor Name* | *Location No.* | *Property Type ** | *Claim Class *** | *Claim Filing Date* | *Claim # **** | *Case Number* | *Total Claim Amount ***** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount ****** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST. JOHN PARISH SHERIFF AND TAX COLLECTOR (County and State: ST. JOHN, LA) | | | | | | | | | | | | | | |
| | 1583 | PP | | | NIC | | | 1400072900 | 2004 | 382,508 | $48,509.66 | 135,010 | $17,122.00 | A |
| | 1583 | PP | Priority | 12/13/2005 | 12778 | 05-03817-3F1 | $40,073.34 | 1400072900 | 2005 | 316,460 | $40,073.34 | 120,302 | $15,233.85 | A |
| | | | | | | | | | **Tax Subtotals** | | **$88,583.00** | | **$32,355.85** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Legend for Case Number(s):** *05-03817-3F1* *Winn-Dixie Stores, Inc.*

**Footnotes:**

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TERREBONNE PARISH SHERIFF AND EX-OFFICIO TAX COLLECTOR (County and State: TERREBONNE, LA) | | | | | | | | | | | | | | |
| | 1469 | PP | | | NIC | | | 43749-0100 | 2004 | 305,090 | $28,046.93 | 102,656 | $9,437.19 | A |
| | 1469 | PP | Secured | 4/3/2006 | 13083 | 05-03817-3F1 | $25,498.99 | 43749-0100 | 2005 | 279,135 | $25,498.99 | 97,209 | $8,880.03 | A |
| | 1468 | PP | | | NIC | | | 775-0100 | 2004 | 247,355 | $20,812.45 | 99,600 | $8,380.38 | A |
| | 1468 | PP | Secured | 4/6/2006 | 13159 | 05-03817-3F1 | $18,738.22 | 775-0100 | 2005 | 227,240 | $18,738.22 | 94,423 | $7,786.16 | A |
| | | | | | | | | | **Tax Subtotals** | | **$93,096.59** | | **$34,483.76** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Legend for Case Number(s):** *05-03817-3F1* *Winn-Dixie Stores, Inc.*

**Footnotes:**

** PP in property type is a personal property account and R is a real property account*

*** Claim Class reflects allowed class.*

**** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.*

***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.*

****** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

# EXHIBIT B

# *Exhibit B*

*8/9/2006*

| *Creditor Name* | *Location No.* | *Property Type ** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount *** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|
| ACADIA PARISH TAX COLLECTOR (County and State: ACADIA, LA) | | | | | | | | | |
| | 1459 | PP | 1170021300 | 2004 | 112,610 | $7,710.42 | 63,773 | $4,366.51 | A |
| | 1459 | PP | 1170021300 | 2005 | 114,300 | $7,997.58 | 26,365 | $1,844.73 | A |
| | 1490 | PP | 1610039610 | 2004 | 280,050 | $15,534.38 | 97,773 | $5,423.48 | A |
| | 1490 | PP | 1610039610 | 2005 | 250,820 | $14,289.22 | 40,980 | $2,334.64 | A |
| | | | | **Tax Subtotals** | | **$45,531.60** | | **$13,969.37** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** ** PP in property type is a personal property account and R is a real property account*

*** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| AVOYELLES PARISH EX-OFFICIO TAX COLLECTOR (County and State: AVOYELLES, LA) | | | | | | | | | |
| | 1544 | PP | 1121052850 | 2004 | 253,550 | $14,830.14 | 90,662 | $5,302.85 | A |
| | 1544 | PP | 1121052850 | 2005 | 229,220 | $13,407.08 | 89,115 | $5,212.34 | A |
| | 1541 | PP | 1171344900 | 2004 | 215,880 | $11,959.74 | 79,007 | $4,376.99 | A |
| | 1541 | PP | 1171344900 | 2005 | 206,160 | $11,297.57 | 80,930 | $4,434.98 | A |
| | | | | **Tax Subtotals** | | **$51,494.53** | | **$19,327.16** | |

Legend for Basis for Adjustment Codes: *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

Footnotes: * *PP in property type is a personal property account and R is a real property account*

** *In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| BOLIVAR COUNTY TAX COLLECTOR (County and State: BOLIVAR, MS) | | | | | | | | | |
| | 1371 | PP | 0008430 | 2004 | 123,940 | $13,540.45 | 56,723 | $6,197.01 | A |
| | 1371 | PP | 0008430 | 2005 | 101,773 | $11,286.63 | 50,221 | $5,569.47 | A |
| | | | | **Tax Subtotals** | | **$24,827.08** | | **$11,766.47** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** * *PP in property type is a personal property account and R is a real property account*

** *In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| *Creditor Name* | *Location No.* | *Property Type ** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount *** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF ABBEVILLE TAX DEPARTMENT (County and State: VERMILION, LA) | | | | | | | | | |
| | 1558 | PP | MA101400 | 2004 | 285,880 | $1,532.03 | 102,909 | $551.49 | A |
| | 1558 | PP | MA101400 | 2005 | 216,060 | $1,436.80 | 99,248 | $660.00 | A |
| | | | | **Tax Subtotals** | | **$2,968.83** | | **$1,211.49** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** * *PP in property type is a personal property account and R is a real property account*

** *In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| *Creditor Name* | *Location No.* | *Property Type ** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount *** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF ABERDEEN TAX COLLECTOR (County and State: MONROE, MS) | | | | | | | | | |
| | 1339 | PP | 56061 | 2004 | 86,397 | $8,737.28 | 41,874 | $4,234.69 | A |
| | 1339 | PP | 56061 | 2005 | 81,674 | $8,155.10 | 38,175 | $3,811.72 | A |
| | | | | **Tax Subtotals** | | **$16,892.38** | | **$8,046.41** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** * *PP in property type is a personal property account and R is a real property account*

** *In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

  
| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF BOGALUSA TAX COLLECTOR (County and State: WASHINGTON, LA) | | | | | | | | | |
| | 1452 | PP | 1440030500 | 2004 | 157,140 | $7,830.29 | 74,482 | $3,711.45 | A |
| | 1452 | PP | 1440030500 | 2005 | 225,290 | $11,226.19 | 74,538 | $3,714.23 | A |
| | | | | Tax Subtotals | | $19,056.48 | | $7,425.67 | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** * *PP in property type is a personal property account and R is a real property account*

** *In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| *Creditor Name* | *Location No.* | *Property Type ** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount*** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF BREAUX BRIDGE TAX DEPARTMENT (County and State: ST. MARTIN, LA) | | | | | | | | | |
| | 1549 | PP | 01693200 | 2004 | 241,597 | $1,147.59 | 105,272 | $500.04 | A |
| | 1549 | PP | 01693200 | 2005 | 228,031 | $1,083.15 | 100,950 | $479.51 | A |
| | | | | **Tax Subtotals** | | **$2,230.74** | | **$979.56** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** ** PP in property type is a personal property account and R is a real property account*

*** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| *Creditor Name* | *Location No.* | *Property Type ** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount *** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF BUNKIE TAX COLLECTOR (County and State: AVOYELLES, LA) | | | | | | | | | |
| | 1544 | PP | 1121052850 | 2004 | 253,550 | $5,048.20 | 90,662 | $1,805.10 | A |
| | 1544 | PP | 1121052850 | 2005 | 229,220 | $4,563.77 | 59,410 | $1,182.85 | A |
| | | | | **Tax Subtotals** | | $9,611.97 | | $2,987.95 | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** * *PP in property type is a personal property account and R is a real property account*

** *In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| *Creditor Name* | *Location No.* | *Property Type ** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount*** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF CLEVELAND TAX COLLECTOR (County and State: BOLIVAR, MS) | | | | | | | | | |
| | 1371 | PP | 0008430 | 2004 | 123,940 | $4,213.96 | 56,723 | $1,928.59 | A |
| | 1371 | PP | 0008430 | 2005 | 101,773 | $3,765.60 | 50,221 | $1,858.16 | A |
| | | | | **Tax Subtotals** | | **$7,979.56** | | **$3,786.75** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** ** PP in property type is a personal property account and R is a real property account*

*** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| *Creditor Name* | *Location No.* | *Property Type ** | *Parcel Number* | *Tax Year* | *Taxing Authority's Assessed Value* | *Base Tax Asserted By Taxing Authority* | *Revised Assessed Value* | *Revised Tax Amount*** | *Basis for Adjustment* |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF CROWLEY TAX COLLECTOR (County and State: ACADIA, LA) | | | | | | | | | |
| | 1490 | PP | 1610039610 | 2004 | 280,050 | $8,471.52 | 97,773 | $2,957.64 | A |
| | 1490 | PP | 1610039610 | 2005 | 250,820 | $7,587.32 | 40,980 | $1,239.65 | A |
| | | | | **Tax Subtotals** | | **$16,058.84** | | **$4,197.29** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** ** PP in property type is a personal property account and R is a real property account*

*** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF DONALDSONVILLE TAX COLLECTOR (County and State: ASCENSION, LA) | | | | | | | | | |
| | 1442 | PP | 9352400 | 2004 | 146,050 | $1,685.96 | 74,900 | $864.63 | A |
| | 1442 | PP | 9352400 | 2005 | 197,930 | $2,282.13 | 70,874 | $817.18 | A |
| | | | | Tax Subtotals | | **$3,968.09** | | **$1,681.81** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** * *PP in property type is a personal property account and R is a real property account*

** *In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF EUNICE TAX COLLECTOR (County and State: ST. LANDRY, LA) | | | | | | | | | |
| | 1570 | PP | 1626745888 | 2004 | 264,440 | $3,670.43 | 103,091 | $1,430.91 | A |
| | 1570 | PP | 1626745888 | 2005 | 258,660 | $3,590.21 | 102,532 | $1,423.15 | A |
| | | | | **Tax Subtotals** | | **$7,260.64** | | **$2,854.06** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

Footnotes: ** PP in property type is a personal property account and R is a real property account*

*** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF FOREST TAX COLLECTOR (County and State: SCOTT, MS) | | | | | | | | | |
| | 1346 | PP | 0000002010567 | 2004 | 122,340 | $7,890.93 | 49,014 | $3,161.41 | A |
| | 1346 | PP | 0000002010567 | 2005 | 110,990 | $7,158.86 | 47,247 | $3,047.44 | A |
| | | | | **Tax Subtotals** | | **$15,049.79** | | **$6,208.86** | |

**Legend for Basis for Adjustment Codes:** *A = Appraised Asset* *M = Market* *OK = No adjustment made* *S = Sales*

**Footnotes:** ** PP in property type is a personal property account and R is a real property account*

*** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.*