**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER REGARDING CASSELSQUARE, LLC'S**
**APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com and (iii) Office of the United States Trustee, 135 west Central Boulevard, Room 620, Orlando, Florida 32801, ElenaL.Escamilla@usdoj.gov.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Rules 2002 and 9019, Federal Rules of Bankruptcy Procedure, and Local Rule 2002-4, give notice of the proposed entry of the attached Agreed Order on Casselsquare, LLC's Application for Payment of Administrative Expense (Docket No. 2968). If no objection to the proposed Agreed Order is filed and served within the time as set forth above, the Court will be

requested to enter the Order without further notice or hearing.

Dated: August 11, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  */s/ D. J. Baker*   <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray <br> Adam S. Ravin | By  */s/ Cynthia C. Jackson*   <br> Stephen D. Busey <br> Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

CERTIFICATE OF SERVICE

I certify that a copy of this document has been furnished electronically and/or by mail to the following parties, this 11th day of August, 2006:

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6301
Fax: 407-648-6323
ken.meeker@usdoj.gov

Elena L. Escamilla
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Phone: 407-648-6465
Fax: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Craig A. Pugatch
Rice Pugatach Robinson & Schiller, P.A.
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Phone: 954-462-8000
Fax: 954-462-4300
capugatch@rprslaw.com

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne
1 Chase Manhattan Plaza
New York, New York 10005
Phone: 212-530-5000
Fax: 212-530-5219
ddunne@milbank.com

Akerman Senterfitt
Attn: John B. Macdonald
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Phone: 904-798-3700
Fax: 904-398-3730
john.macdonald@akerman.com

By   /s/ Cynthia C. Jackson
       Cynthia C. Jackson (FBN 498882)

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |

**AGREED ORDER GRANTING CASSELSQUARE, LLC'S**
**APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE**

THIS CAUSE is before the Court upon Casselsquare, LLC's Application for Payment of Administrative Expense (Docket No. 2968) (the "Application"). Based upon the representation by counsel to Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and counsel to Casselsquare, LLC that the proposed Agreed Order reflects a resolution between the parties of the issues raised in the Application, it is

ORDERED AND ADJUDGED THAT:

1. The Application is GRANTED.

2. Casselsquare, LLC shall have an allowed administrative expense claim in the amount of $6,835.87, with such amount having been paid by the Debtors on or about February 6, 2006.

Dated this _____ day of _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Craig A. Pugatch, Esq.
Cynthia C. Jackson, Esq.

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | RICE PUGATCH ROBINSON & SCHILLER, P.A. |
| By */s/ Cynthia C. Jackson* <br>     Cynthia C. Jackson | By   */s/ \* Craig A. Pugatch* <br>     Craig A. Pugatch |
| Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) | 101 NE Third Avenue, Suite 1800 <br> Fort Lauderdale, Florida 33301 <br> (954) 462-8000 <br> (954) 462-4300 (facsimile) |
| Attorneys for the Debtors | Attorneys for Casselsquare, LLC |
| | \* Counsel has authorized the use of his electronic signature. |