**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |

## RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS; AND (C) OVERSTATED MISCLASSIFIED CLAIMS

McKenna Long & Aldridge LLP, counsel for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1 ("LaSalle"), creditors and parties in interest in the above captioned bankruptcy case, files this Response (the "Response") to Debtors' Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection"). In support thereof, stating as follows:

1.  On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.  On August 1, 2005, LaSalle filed an unsecured nonpriority Proof of Claim in above styled bankruptcy cases in the amount of $838,708.34, based on a certain real property lease (the "Claim")(identified by the debtors as Claim No. 10816).

3.  On or about July 25, 2006, the debtors filed the Objection, which included an objection to the Claim and asked the Court to reduce the Claim from the requested amount of $838,708.34 to $770,611.00.

4.  Subsequently, on August 08, 2006, counsel for the debtors indicated to counsel for LaSalle that the debtors had misstated the reduced amount for the Claim. She further stated that the reduced amount for the Claim should in fact be $772,318.00, rather than $770,611.00.

5.    LaSalle submits this Response to state that it does not oppose the entry of an order which provides that its Claim is an allowed claim in the amended, reduced amount of $772,318.00.

Respectfully submitted,

This the 11th day of August, 2006.

_/s/ B. Summer Chandler_____
B. Summer Chandler
GA Bar No. 120521
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)
schandler@mckennalong.com

*Attorney for LaSalle Bank National Association, as Trustee for the Holders of Bear Stearns Commercial Mortgage Securities Inc., Corporate Lease-Backed Certificates Series 1999-CLF1*

ATLANTA:4841549.1

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-3F1 |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the **Response to Debtors' Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims** was served electronically on the parties which receive electronic notification in these proceedings and via regular U.S. mail and/or e-mail as noted to the following recipients:

See Attached Service List

This 11th day of August, 2006

B. Summer Chandler
B. Summer Chandler
Georgia Bar No. 120521
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
(404) 527-4000
(404) 527-4198 (facsimile)
schandler@mckennalong.com

*Attorney for LaSalle Bank National
Association, as Trustee for the Holders of
Bear Stearns Commercial Mortgage
Securities Inc., Corporate Lease-Backed
Certificates Series 1999-CLF1*

## SERVICE LIST

## VIA UNITED STATES MAIL

**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801
407-648-6301

## VIA UNITED STATES MAIL AND E-MAIL

**Adam Ravin**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
aravin@skadden.com

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
904-359-7700
cjackson@smithhulsey.com

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
904-359-7700
jpost@smithhulsey.com

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202
904-359-7802
lprendergast@smithhulsey.com

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
904-359-7700
busey@smithhulsey.com

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806
(407) 648-6465
Fax : (407) 648-6323
elena.l.escamilla@usdoj.gov

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801
(407) 648-6301
ken.meeker@usdoj.gov

**Dennis F. Dunne**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
Fax : (212) 530-5219
ddunne@milbank.com

ATLANTA:4841549.1

**John B. Macdonald**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
904-798-3700
Fax : 904-798-3730
john.macdonald@akerman.com

**Allan E. Wulbern**
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
904-359-7700
awulbern@smithhulsey.com

**Jane Leamy**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
302-651-3179
jleamy@skadden.com

**Patrick P. Patangan**
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
904-798-3700
Fax : 904-798-3730
patrick.patangan@akerman.com

Skadden Arps Slate Meagher & Flom, LLP
**Attn: D.J. Baker**
Four Times Square
New York, NY 10036
djbaker@skadden.com

ATLANTA:4841549.1