F I L E D
JACKSONVILLE, FLORIDA

AUG 1 1 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et. al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CLAIMANTS Response ~~MOTION~~ IN OPPOSITION TO REQUEST TO DISALLOW AS DISPUTED AND/OR LATE CLAIM

CREDITORS NO:   WDX-411227-L4015, SALAZAR, WILLIAM
WDX-411228-L4-15, SANCHEZ, HERMELINDA
WDX-411226-L4015, ROSERO, LENY R.
WDX-411229-L4-15, SALAZAR, GERSON
WDX-39215-L1, PARRA, ANA

| Claim No. | | Claim Amount: | |
|---|---|---|---|
| 11405, | SALAZAR, WILLIAM | | $80,000.00 |
| 11406, | SANCHEZ, HERMELINDA | | $80,000.00 |
| 11407, | ROSERO, LENY | | $80,000.00 |
| 11408, | SALAZAR, GERSON | | $80,000.00 |
| 11409, | PARRA, ANA | | $80,000.00 |

1. These are claims for personal injuries arising from a motor vehicle accident which occurred on January 26, 2005. On that date, the vehicle transporting claimants was impacted by a trailer-truck owned by Debtor and operated in a careless and negligent manner by an employee of Debtor.

2. As a result of Debtor's negligent acts, Claimants sustained injuries, property and other damages.

3. Claimants have timely responded to various requests from claim agent Logan & Company, 546 Valley Road, Upper Montclair, New Jersey, 07043.

4. Claimants present a cause of action recognizable under Florida law and Debtors

should not avoid legal liability by a self serving notice of dispute or erroneous assertion that the claims were not timely filed and/or presented.

5.  Claimants reserve the right to supplement this objection at the hearing to be conducted on August 24, 2006.

WHEREFORE, Claimants respectfully requests this Court deny Debtors' Motion to Disallow the instant claims.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been has been filed with the Clerk of Court which will send notice of electronic filing to Stephen D. Busey, Leanne, McKnight, Pendergast, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and via email to Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202tcopeland@smithhulsey.com, on this 10th day of August 2006.

*Udowychenko & Garcia, P.A.*

JOSE F. GARCIA, ESQUIRE
Florida Bar No. 0510211
Sun Trust Plaza
3367 West Vine Street
Suite 203
Kissimmee, FL 34741
Telephone: (407) 847-7775
Facsimile No.: (407) 847-7396
jfg@protectingfloridafamilies.com
jfright@yahoo.com