FILED
JACKSONVILLE, FLORIDA

AUG 1 1 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANDRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 05-03817-3F1 |
| | ) | |
| WINN DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CREDITOR'S WRITTEN RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

CREDITOR NO.:   WDX-391141-L4-55
NELSON, DIERDRE
c/o NICHOLE S. PACELLA, ESQ.
1141 SE 2nd AVENUE
FORT LAUDERDALE, FL 33316

CLAIM NO.: 11613
CLAIM AMOUNT: $50,000.00

  CREDITOR, DIERDRE NELSON, FILES THIS HER WRITTEN RESPONSE TO DEBTOR'S OBJECTION AND DOES AFFIRMATIVELY OPPOSE THE DISALLOWANCE OF HER CLAIM AND DOES FURTHER REQUEST THAT THIS HONORABLE COURT LIFT THE STAY AND ALLOW HER TO PROCEED WITH HER LITIGATION AGAINST DEBTOR IN THE CIRCUIT COURT OF BROWARD COUNTY, FLORIDA.

  CREDITOR, DIERDRE NELSON, WOULD FURTHER STATE AS GROUNDS FOR THIS OPPOSITION THE FOLLOWING:

  1. CREDITOR, DIERDRE NELSON, TIMELY SENT HER PROOF OF CLAIM ALONG WITH ALL THE SUPPORTING DOCUMENTS. (AFFIDAVIT ATTACHED HERETO AS EXHIBIT "A").

  2. THAT DEBTOR, WINN DIXIE STORES, INC., ACCEPTED PROOF OF CLAIM AND CREDITOR DIERDRE NELSON, DETRIMENTALLY RELIED ON DEBTOR'S ACCEPTANCE, BY CONTINUING TO PURSUE HER CLAIM IN BANKRUPTCY COURT.

  3. THAT THERE HAS BEEN NO PREJUDICE TO DEBTOR, WINN DIXIE STORES, INC., IN RECEIVING THE PROOF OF CLAIM AFTER THE DEADLINE AND NOT RAISING THAT AS A DEFENSE UNTIL JUNE 22, 2006.

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS WRITTEN RESPONSE HAS BEEN FORWARDED VIA FEDERAL EXPRESS #8549 1136 2673 TO CLERK OF COURT UNITED STATES COURTHOUSE, 300 NORTH HOGAN STREET, SUTIE 3-350, JACKSONVILLE, FLORIDA 32202 AND BY EMAIL AND FACSIMILE TO SMITH HULSEY & BUSEY, ATTN.: TANA COPELAND, 225 WATER STREET, SUITE 1800, JACKSONVILLE, FLORIDA 32202 (tcopeland@smithhulsey.com) [Fax: (904) 359-7708].

LAWRENCE J. BOHANNON, P.A.
**Attorneys for Plaintiff**
1141 Southeast 2nd Avenue
Fort Lauderdale, FL 33316
e-mail: biggameclub@aol.com
Telephone: (954) 523-2800
Facsimile: (954) 523-2732

BY: _____
NICHOLE S. PACELLA, ESQ.
Florida Bar No.: 108250

NSP/as

UNITED STATES BANDRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. : 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

CREDITOR NO.:   WDX-391141-L4-55
NELSON, DIERDRE
c/o NICHOLE S. PACELLA, ESQ.
1141 SE 2nd AVENUE
FORT LAUDERDALE, FL 33316

CLAIM NO.: 11613
CLAIM AMOUNT:   $50,000.00

## AFFIDAVIT IN SUPPORT OF CREDITOR'S WRITTEN RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

STATE OF FLORIDA      }
                                        }SS.
COUNTY OF BROWARD }

BEFORE ME, the undersigned authority, personally appeared ANGELA N. SMITH, who, being first duly sworn, deposes and says:

1. My name is Angela N. Smith and I am making this affidavit based on my own personal knowledge.

2. I am the legal assistant to the attorney, Nichole S. Pacella, for the Creditor, Dierdre Nelson, in this action and I timely sent the Proof of Claim in this matter to Winn Dixie Docketing Center.

3. The Proof of Claim was completed by the attorney and the Creditor and signed and given to me to forward to the appropriate parties on July 29, 2005.

Page 1 of 2



PLAINTIFF'S EXHIBIT A

4. The medical records and medical bills were copied and attached to the Proof of Claim as supporting documents and was sent to the proper parties by overnight mail with the United States Postal Service on July 29, 2005.

5. I went online to print an "Express Mail" label and it was addressed to Winn-Dixie Claims Docketing Center, c/o LOGAN & COMPANY, INC., 546 Valley Road, Upper Montclair, NJ 07043-1800. Copy of the Customer Online Record is attached hereto as Exhibit "A".

6. I printed postage in the amount of $13.65 and placed it on the Express Mail envelope.

7. The entire package was placed in a United States "EXPRESS MAIL" envelope and sealed and hand delivered to the United States Postal Service on July 29, 2005.

8. I overnighted the entire package by United States Postal Service "EXPRESS MAIL" on July 29, 2005 with the expectation that the addressee would receive the package no later than August 1, 2005.

9. It was my mistaken belief that Express Mail through the United States Postal Services was guaranteed overnight delivery.

FURTHER AFFIANT SAYETH NOT.

_____
ANGELA N. SMITH

SWORN TO AND SUBSCRIBED before me this 9 day of AUGUST, 2006, appeared ANGELA N. SMITH, personally known to me.

_____
NOTARY PUBLIC-STATE OF FLORIDA

Dulce Maria Ciappesoni
Commission # DD577538
Expires: SEP. 09, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

My Commission Expires:

Page 2 of 2

# EXPRESS MAIL
## UNITED STATES POSTAL SERVICE ®

### CUSTOMER Online Record    DO NOT MAIL

**ORIGIN (POSTAL USE ONLY)**

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| 33316 | ☐ Next ☐ Second | ☑ |
| Date In Mo. Day Year | ☐12 NOON ☐ 3 PM | Postage $13.65 |
| Time In | ☐ AM ☐ PM | Return Receipt Fee |
| Weight lbs 0 ozs 6 | Address to PO Box ☐ | COD Fee |
| No Delivery ☐ Weekend ☐ Holiday | Contents Value | Ins. Fee $0.00 |
| | Acceptance Clerk Initials | Total Postage & Fees $13.65 |

**CUSTOMER INFORMATION**

FROM:
NICHOLE S. PACELLA
BOHANNON, ROGERS
1141 SE 2ND AVE
FORT LAUDERDALE FL 33316-1007
PHONE _____

TO:
WINN-DIXIE CLAIMS DOCKETING CENTER
C/O LOGAN & COMPANY, INC.
546 VALLEY RD
UPR MONTCLAIR NJ 07043-1800
PHONE _____

Mailer's Signature

☐ **WAIVER OF SIGNATURE** (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

EO 911 598 933 US

(Label 1 of 1)    Not Paid Online

**FOR PICKUP OR TRACKING CALL: 1-800-222-1811    www.usps.com**

Label 11-D June 2001

**USPS Employee:** For service failure refunds, follow existing refund procedures. Attach the Customer Online Record to the PS Form 3533 and send copies of both to the Express Mail Office for recording.

Use Express Mail packaging or stickers. Securely affix label to mail piece. Do not tape over barcode or "Postal Use Only" section. This Online Label and Online Record must be presented to Postal personnel for acceptance processing to receive the service guarantee and be eligible for a service related refund. This completed and round-dated Online Record must be submitted with refund application.



PLAINTIFF'S EXHIBIT "A"

```
                                                        F I L E D
                                                    JACKSONVILLE, FLORIDA
         UNITED STATES BANDRUPTCY COURT
           MIDDLE DISTRICT OF FLORIDA                 AUG 1 1 2006
              JACKSONVILLE DIVISION
                                                   CLERK, U.S. BANKRUPTCY COURT
                                                    MIDDLE DISTRICT OF FLORIDA
```

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 05-03817-3F1 |
| | ) | |
| WINN DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | } | Jointly Administered |

### CREDITOR'S NOTICE OF FILING AFFIDAVIT IN SUPPORT OF CREDITOR'S WRITTEN RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

CREDITOR NO.:    WDX-391141-L4-55
NELSON, DIERDRE
c/o NICHOLE S. PACELLA, ESQ.
1141 SE 2nd AVENUE
FORT LAUDERDALE, FL 33316


CLAIM NO.:   11613
CLAIM AMOUNT:   $50,000.00

    CREDITOR, DIERDRE NELSON, FILES AN AFFIDAVIT IN SUPPORT OF CREDITOR'S WRITTEN RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS WITH THE CLERK OF THE COURT.

    I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS WRITTEN RESPONSE HAS BEEN FORWARDED VIA FEDERAL EXPRESS #8549 1136 2673 TO CLERK OF COURT UNITED STATES COURTHOUSE, 300 NORTH HOGAN STREET, SUTIE 3-350, JACKSONVILLE, FLORIDA 32202 AND BY EMAIL AND FACSIMILE TO SMITH HULSEY & BUSEY, ATTN.: TANA COPELAND, 225 WATER STREET, SUITE 1800, JACKSONVILLE, FLORIDA 32202 (tcopeland@smithhulsey.com) [Fax: (904) 359-7708].

                                           LAWRENCE J. BOHANNON, P.A.
                                           **Attorneys for Plaintiff**
                                           1141 Southeast 2nd Avenue
                                           Fort Lauderdale, FL 33316
                                           e-mail: biggameclub@aol.com
                                           Telephone: (954) 523-2800
                                           Facsimile: (954) 523-2732

                                           BY: _____
NSP/as                                    NICHOLE S. PACELLA, ESQ.
                                           Florida Bar No.: 108250

UNITED STATES BANDRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. : 05-03817-3F1 |
| ) | |
| WINN DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. } | Jointly Administered |

CREDITOR NO.:    WDX-391141-L4-55
NELSON, DIERDRE
c/o NICHOLE S. PACELLA, ESQ.
1141 SE 2nd AVENUE
FORT LAUDERDALE, FL 33316

CLAIM NO.: 11613
CLAIM AMOUNT:   $50,000.00

## AFFIDAVIT IN SUPPORT OF CREDITOR'S WRITTEN RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

STATE OF FLORIDA    }
                    }SS.
COUNTY OF BROWARD   }

BEFORE ME, the undersigned authority, personally appeared ANGELA N. SMITH, who, being first duly sworn, deposes and says:

1. My name is Angela N. Smith and I am making this affidavit based on my own personal knowledge.

2. I am the legal assistant to the attorney, Nichole S. Pacella, for the Creditor, Dierdre Nelson, in this action and I timely sent the Proof of Claim in this matter to Winn Dixie Docketing Center.

3. The Proof of Claim was completed by the attorney and the Creditor and signed and given to me to forward to the appropriate parties on July 29, 2005.

Page 1 of 2

4. The medical records and medical bills were copied and attached to the Proof of Claim as supporting documents and was sent to the proper parties by overnight mail with the United States Postal Service on July 29, 2005.

5. I went online to print an "Express Mail" label and it was addressed to Winn-Dixie Claims Docketing Center, c/o LOGAN & COMPANY, INC., 546 Valley Road, Upper Montclair, NJ 07043-1800. Copy of the Customer Online Record is attached hereto as Exhibit "A".

6. I printed postage in the amount of $13.65 and placed it on the Express Mail envelope.

7. The entire package was placed in a United States "EXPRESS MAIL" envelope and sealed and hand delivered to the United States Postal Service on July 29, 2005.

8. I overnighted the entire package by United States Postal Service "EXPRESS MAIL" on July 29, 2005 with the expectation that the addressee would receive the package no later than August 1, 2005.

9. It was my mistaken belief that Express Mail through the United States Postal Services was guaranteed overnight delivery.

FURTHER AFFIANT SAYETH NOT.

_____
ANGELA N. SMITH

SWORN TO AND SUBSCRIBED before me this ___ day of AUGUST, 2006, appeared ANGELA N. SMITH, personally known to me.

_____
NOTARY PUBLIC-STATE OF FLORIDA

My Commission Expires:

Dulce Maria Ciappesoni
Commission # DD577538
Expires: SEP. 09, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

Page 2 of 2

## EXPRESS MAIL

### CUSTOMER Online Record    DO NOT MAIL

**ORIGIN (POSTAL USE ONLY)**

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| 33316 | ☐ Next ☐ Second | ☑ |

| Date In | | | Postage |
|---|---|---|---|
| Mo. | Day | Year | $13.65 |

| Time In | | Return Receipt Fee |
|---|---|---|
| ☐ AM | ☐ 12 NOON ☐ 3 PM | |
| ☐ PM | | |

| Weight | Address to PO Box | COD Fee | Ins. Fee |
|---|---|---|---|
| lbs 0 | ozs 6 | | $0.00 |

| No Delivery | Contents Value | Total Postage & Fees |
|---|---|---|
| ☐ Weekend ☐ Holiday | | $13.65 |

| Acceptance Clerk Initials | Mailer's Signature |
|---|---|

☐ **WAIVER OF SIGNATURE** (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**EO 911 598 933 US**

### CUSTOMER INFORMATION

**FROM:** PHONE _____
NICHOLE S. PACELLA
BOHANNON, ROGERS
1141 SE 2ND AVE
FORT LAUDERDALE FL 33316-1007

**TO:** PHONE _____
WINN-DIXIE CLAIMS DOCKETING CENTER
C/O LOGAN & COMPANY, INC.
546 VALLEY RD
UPR MONTCLAIR NJ 07043-1800

Label 11-D June 2001    (Label 1 of 1)    Not Paid Online

**FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.com**

Use Express Mail packaging or stickers. Securely affix label to mail piece. Do not tape over barcode or "Postal Use Only" section. This Online Label and Online Record must be presented to Postal personnel for acceptance processing to receive the service guarantee and be eligible for a service related refund. This completed and round-dated Online Record must be submitted with refund application.

**USPS Employee:** For service failure refunds, follow existing refund procedures. Attach the Customer Online Record to the PS Form 3533 and send copies of both to the Express Mail Office for recording.


PLAINTIFF'S EXHIBIT "A"