FILED
JACKSONVILLE, FLORIDA

AUG 11 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al

Debtors.

Case No.: 05-03817- 3F1

Chapter 11

Jointly Administered

### REQUEST FOR CONTINUANCE OF HEARING ON RESPONSE TO OBJECTION TO UNRESOLVED LITIGATION CLAIMS

Creditor No. : WDX-416958-L4-15
PHILLIPS, LINDA

The claimant, Linda Phillips, by and through her undersigned attorney, files this her Request for Continuance of Hearing on the Response to the Objection to her claim filed herein and states:

1. The undersigned was notified on August 3 that the hearing on this matter was set for August 24, 2006.

2. The undersigned had long standing plans to take his son to North Carolina from August 21 until August 25, 2006 to assist him in enrolling in Duke University.

3. The undersigned would be unable to be present in Jacksonville, Florida on August 24, 2006.

WHEREFORE, it is respectfully requested that the hearing on this matter be continued to a later date so that the undersigned may be present.

I HEREBY CERTIFY that a true copy of the foregoing was sent to Smith, Hulsey & Busey, Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, FL 32202 this ___9___ day of August, 2006.

Levine, Busch, Schnepper & Stein, P.A.
One Datran Center, Suite 1010
9100 South Dadeland Blvd.
Miami, FL 33156
(305) 670-2333

By_____
Sanford M. Reinstein, Esq.
FL Bar 305952

F I L E D
JACKSONVILLE, FLORIDA

AUG 1 1 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Case No.: 05-03817- 3F1

WINN-DIXIE STORES, INC., et al                  Chapter 11

Debtors.                                        Jointly Administered

## RESPONSE TO OBJECTION TO UNRESOLVED LITIGATION CLAIMS

Creditor No. : WDX-416958-L4-15
PHILLIPS, LINDA

The claimant, Linda Phillips, by and through her undersigned attorney, files this her Response to the Objection to her claim filed herein and states:

1. Claimant was a patron in the Winn-Dixie store located at 1531 NW 40 Ave., Lauderhill, FL on August 2, 2002.

2. Claimant was injured when she slipped and fell at the above store on the above date when a slippery liquid was allowed to exist and remain on the floor of the above store. It is alleged that Winn Dixie was negligent for failing to discover and remove the liquid, failure to inspect the floor which would have allowed them to discover the liquid, failure to warn of the danger of the spilled liquid, and failure to keep its premises in a reasonably safe condition.

3. As a result of Winn Dixie's negligence, the claimant sustained injuries to her body which are permanent in nature.

4. Claimant placed Winn Dixie on notice of her claim on February 18, 2003 and June 17, 2003 by sending Winn Dixie a letter by certified mail. A copy of said letters and receipts are attached hereto. Winn Dixie acknowledged the claim by sending a letter on August 12, 2003. A copy of said letter is attached hereto.

5. Claimant submitted her medical records and bills to the adjuster for Winn Dixie on August 23, 2003 and January 12, 2006. Copies of said letters are attached hereto.

6. Claimant responded to all requests for information and documentation by Winn Dixie.

7. Upon notification of the bankruptcy filing, claimant filed the claims and documents requested.

8. At all times material hereto, Winn Dixie was aware of the claim of claimant and was in receipt of all relevant documents.

9. There exists liability on the part of Winn Dixie for its negligence as herein set forth.

WHEREFORE, Claimant requests that the Debtors' Objection to this claim be overruled and denied and Claimant be entitled to pursue her claim.

I HEREBY CERTIFY that a true copy of the foregoing was sent to Smith, Hulsey & Busey, Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, FL 32202 this __9__ day of August, 2006.

                                      Levine, Busch, Schnepper & Stein, P.A.
                                      One Datran Center, Suite 1010
                                      9100 South Dadeland Blvd.
                                      Miami, FL 33156
                                      (305) 670-2333

By _____
           Sanford M. Reinstein, Esq.
           FL Bar 305952

# Levine, Busch, Schnepper & Stein, P.A.
## ATTORNEYS AT LAW

DAVID H. LEVINE *
EDWARD P. BUSCH*
R. CORY SCHNEPPER*
BARRY A. STEIN*
SANFORD M. REINSTEIN
CLIFFORD J. MOSKOWITZ
ERIC B. SANDLER

**PARALEGALS**
CARMEN CHIRINO
IRIS DUNBAR
NANCY HERNANDEZ

* BOARD CERTIFIED IN
  WORKER'S COMPENSATION

MAILING ADDRESS:

SUITE 1010
ONE DATRAN CENTER
9100 S. DADELAND BOULEVARD
MIAMI, FLORIDA 33156

WEBSITE: WWW.LBSSLAW.COM

KENDALL OFFICE:
(305)670-2333
BROWARD (954)922-0800
TDD (305)670-6322
FAX (305)670-0716

BROWARD OFFICE
SUITE 110
CENTEX BUILDING
7901 SW 6TH COURT

PLANTATION, FLORIDA 33324
(954)423-2555

DOWNTOWN MIAMI OFFICE:
SUITE 425
INGRAHAM BUILDING
25 SE 2ND AVENUE
MIAMI, FL 33131

March 21, 2006

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, New Jersey 07043

RE:   LINDA PHILLIPS v. WINN-DIXIE
      Date of Accident   :   8/2/2002
      Our File Number    :   PI020311

Dear Sir/Madam:

Enclosed herewith is the Questionnaire for Litigation Claimants ("Questionnaire") which has been completed and signed by my client.

Also enclosed is an extra copy of the Questionnaire and a self addressed stamped envelope. Please date stamp and return the Questionnaire to the undersigned.

If you should have any questions, please do not hesitate to contact this office.

Sincerely,
LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.

SANFORD M. REINSTEIN, ESQ.

SMR/pav
Enclosure
CM - RRR

Certified Article Number
7160 3901 9848 8633 4941
SENDERS RECORD



PS Form 3811, July 2001 — Domestic Return Receipt

2. Article Number: 7140 3901 9848 8735 4941

3. Service Type: CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:
Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, New Jersey 07043

Reference Information
Linda Phillips - PI020311 - 3/21/06

SMR/pav

A. Received by (Please Print Clearly)
B. Date of Delivery: 3/27/06
C. Signature: X Elizabeth Dod — ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

No Insurance — Do Not Use for International Mail

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA | PROOF OF CLAIM |
|---|---|

Name of Debtor: WINN-DIXIE STORES, INC
Case Number: 05-03817-3 F1

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): LINDA PHILLIPS

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
c/o SANFORD M. REINSTEIN, ESQ
LEVINE, BUSCH
9100 SOUTH DADELAND BLVD 1010
MIAMI FL 33156

☑ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 305 670 2333

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☑ replaces ☐ amends a previously filed claim, dated: 7/12/05

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☑ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)      (date)

2. **Date debt was incurred:** 8-2-02

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 100,000
   (unsecured)    (secured)    (priority)    (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $ 100,000
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED 2005 NOV 14 PM 12:35
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
LOGAN & COMPANY, INC. AS AGENT

Date: 11-8-05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ SANFORD M. REINSTEIN ATTORNEY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED WITHIN 30 DAYS OF THE POSTMARK DATE ON THE ENVELOPE IN WHICH THIS QUESTIONNAIRE WAS MAILED TO YOU (THE "QUESTIONNAIRE DUE DATE"), THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043**. A Questionnaire will not be deemed to have been timely returned unless it is received by the Questionnaire Due Date.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than the Questionnaire Due Date, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

WDX-416958-Q2-15
PHILLIPS, LINDA
C/O LEVINE BUSCH ET AL
ATTN SANFORD M REINSTEIN, ESQ
9100 SOUTH DADELINE BLVD, STE 1010
MIAMI FL 33156

U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA    2006 MAR 27 PM 4:50    RECEIVED LOGAN & COMPANY, INC. AS AGENT

We encourage you to continue to communicate with us and discuss settlement. If you do not choose to settle on a de minimis (cash) basis then the only other option is to settle your client's claim on an allowed general unsecured non-priority basis. The order states that, "all such settlements shall be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases."

A confirmed reorganization plan(s) is not in place at this point. The amount, percentage, or method of the ultimate payout to holders of allowed unsecured non-priority claims in this case will not be known until a confirmed plan is in place, the date of which is uncertain.

**Please note, however, our evaluation of your claim will not be subject to any anticipated payout on your claim. Regardless of the amount, percentage or method of the ultimate payout in the confirmed plan, we will not agree to settle any claim for an amount that is above the objective settlement value of such claim. Any attempt to increase the value of any claim due to an expected pay-out for allowed general unsecured claims of less than 100 cents on the dollar will be denied.**

Those claims that are litigated to a judgment will be paid out in accordance with the confirmed plan(s) of reorganization. At no point in the future will your client's claim be paid at 100 cents on the dollar except for currently available de minimis funds. Your client's claim will always be subject to the jurisdiction of the bankruptcy court.

We look forward to working with you and encourage you to contact the examiner handling this claim as soon as possible. At some point in this process an Omnibus Objection will be entered with the court, and the judge will be asked to disallow all claims that have not been settled. For this reason we ask that you communicate with us for discussions about the possible settlement of your client's claim.

If you have any questions, please call me at 904/419-5368.

Sincerely,

*Kerry Ledbetter*
General Liability Examiner III

# Levine, Busch, Schnepper & Stein, P.A.
## ATTORNEYS AT LAW

DAVID H. LEVINE*
EDWARD P. BUSCH*
R. CORY SCHNEPPER*
BARRY A. STEIN*
SANFORD M. REINSTEIN
CLIFFORD J. MOSKOWITZ
ERIC B. SANDLER
SYLVIA C. MORA

PARALEGALS
EDWARD F. DEMICCO
CARMEN CHIRINO
IRIS T. DUNBAR

* BOARD CERTIFIED IN
  WORKER'S COMPENSATION

MAILING ADDRESS:
SUITE 1010
ONE DATRAN CENTER
9100 SOUTH DADELAND BOULEVARD
MIAMI, FLORIDA 33156

MIAMI-DADE (305) 670-2333
BROWARD (954) 922-0800
TDD (305) 670-6322
FAX (305) 670-0716

BROWARD OFFICE
CENTEX BUILDING
7901 SOUTHWEST SIXTH COURT
SUITE 110
PLANTATION, FLORIDA 33324
(954) 423-2555

February 18, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Winn Dixie
1531 NW 40th Avenue
Lauderhill, Florida 33313

    RE:  Our Client  :  **Linda Phillips**
          D/A           :  **08/02/2002**

Dear Sir/Madam:

This letter is to advise that we represent Linda Phillips as a result of the injuries she sustained in your store when she slipped and fell.

Pursuant to Florida Statutes, please provide me with any/all insurance information regarding this claim.

Thank you for your attention to this matter.

                Sincerely

                LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.

Certified Article Number
7160 3901 9844 0018 1006
SENDERS RECORD

                Sanford M. Reinstein, ESQ.

SMR/kl



2. Article Number
7160 3901 9844 0018 1006

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:
Win Dixie
1531 NW 40th Avenue
Lauderhill, Florida 33313

A. Received by (Please Print Clearly)
B. Date of Delivery  2/19/03
C. Signature
X
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes  ☐ No

COMPLETE THIS SECTION ON DELIVERY

Linda Phillips PI020311                     SMR/klm
PS Form 3811, July 2001.       Domestic Return Receipt

# Levine, Busch, Schnepper & Stein, P.A.
### ATTORNEYS AT LAW

DAVID H. LEVINE*
EDWARD P. BUSCH*
R. CORY SCHNEPPER*
BARRY A. STEIN*
SANFORD M. REINSTEIN
CLIFFORD J. MOSKOWITZ
ERIC B. SANDLER
SYLVIA C. MORA

MAILING ADDRESS:
SUITE 1010
ONE DATRAN CENTER
9100 SOUTH DADELAND BOULEVARD
MIAMI, FLORIDA 33156

WEBSITE: WWW.LBSSLAW.COM

MIAMI OFFICE:
(305) 670-2333
BROWARD (954) 922-0800
TDD (305) 670-6322
FAX (305) 670-0716

BROWARD OFFICE:
CENTEX BUILDING
7901 S.W. SIXTH COURT
SUITE 110
PLANTATION, FLORIDA 33324
(954) 423-2555

* BOARD CERTIFIED IN
  WORKER'S COMPENSATION

June 4, 2003

**Via Certified Return Receipt**

Winn Dixie Supermarkets, Inc.
1531 NW 40th Avenue
Lauderhill, Florida 33313

RE: OUR CLIENT     :   LINDA PHILLIPS
    D/ACCIDENT     :   08/02/02

Dear Sir/Madam:

This letter is to advise that we represent Linda Phillips as a result of the injuries she sustained in your store when she slipped and fell.

Pursuant to Florida Statutes, please provide me with any/all insurance information regarding this claim.

Please be advised that this is our second correspondence to you requesting your insurance representative contact us to discuss this matter.

Sincerely,

LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.

Sanford M. Reinstein, ESQ.

SMR/kl

Certified Article Number
7160 3901 9844 0019 7601
SENDERS RECORD



# Levine, Busch, Schnepper & Stein, P.A.
## ATTORNEYS AT LAW

DAVID H. LEVINE*
EDWARD P. BUSCH*
R. CORY SCHNEPPER*
BARRY A. STEIN*
SANFORD M. REINSTEIN
CLIFFORD J. MOSKOWITZ
ERIC B. SANDLER
SYLVIA C. MORA

PARALEGALS
EDWARD F. DEMICCO
CARMEN CHIRINO
IRIS T. DUNBAR
JOSE V. GONZALEZ

* BOARD CERTIFIED IN
  WORKER'S COMPENSATION

MAILING ADDRESS:
SUITE 1010
ONE DATRAN CENTER
9100 SOUTH DADELAND BOULEVARD
MIAMI, FLORIDA 33156

WEBSITE: WWW.LBSSLAW.COM

MIAMI OFFICE:
(305) 670-2333
BROWARD (954) 922-0800
TDD (305) 670-6322
FAX (305) 670-0716

BROWARD OFFICE:
CENTEX BUILDING
7901 S.W. SIXTH COURT
SUITE 110
PLANTATION, FLORIDA 33324
(954) 423-2555

July 17, 2003

Certified Return Receipt

Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254

**Certified Article Number**
7160 3901 9844 4045 4450
**SENDERS RECORD**

RE: Linda Phillips v. Winn Dixie Super Markets, Inc
D/A       :   8/2/2002
Our File No. :   PI020311

Dear Sir/Madam

Please be advised that the undersigned represents Ms. Linda Phillps as a result of the injuries she sustained in your store located at 1531 NW 40th Avenue, Lauderhill, Florida 33313.

Pursuant to Florida Statutes, please provide the undersigned with any/all insurance information regarding this claim.

Please be advised that this is our third correspondence to Winn Dixie requesting insurance information. I am enclosing copies of same for your records.

Should you have any questions, please do not hesitate to contact my office.

Sincerely,

LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.

Sanford M. Reinstein, ESQ.

SMR/kl
ENCLOSURES

7160 3901 9840 4045 4450

**TO:** Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254

**SENDER:** /klm

**REFERENCE:** Phillips, L PI020311

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | 0.00 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 0.00 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

Phillips, L PI020311  /klm
PS Form 3811, July 2001  Domestic Return Receipt

7160 3901 9844 4045 4450

2. Article Number
3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  [X] Yes
1. Article Addressed to:
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)
B. Date of Delivery: 7/21/03
C. Signature
   [X] Agent
   [ ] Addressee
D. Is delivery address different from item 1?
   If YES, enter delivery address below:
   [ ] Yes  [ ] No



# Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787 Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

August 12, 2003

Sanford M. Reinstein, Esquire
9100 South Dadeland Blvd.
Suite 1010
Miami, FL 33156

Re:   Claimant:          Linda Phillips
      Date of Injury:    08/02/2002
      Location:          Winn Dixie # 03-0304
                         1531 Nw 40th Ave
                         Lauderhill, FL 33313
      Division:          Miami
      Claim Number:      A311209339

Dear Sir or Madam:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide me with your client's current treatment status and have her complete the enclosed Medical and/or Wage Authorization form and return it to me.

Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact me to arrange a convenient date and time to do this. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at 904-419-5368.

Sincerely,

Kerry Ledbetter
General Liability Examiner II

Encl.

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.

# Levine, Busch, Schnepper & Stein, P.A.

ATTORNEYS AT LAW

DAVID H. LEVINE*
EDWARD P. BUSCH*
R. CORY SCHNEPPER*
BARRY A. STEIN*
SANFORD M. REINSTEIN
CLIFFORD J. MOSKOWITZ
ERIC B. SANDLER
SYLVIA C. MORA

PARALEGALS
EDWARD F. DEMICCO
CARMEN CHIRINO
IRIS T. DUNBAR

* BOARD CERTIFIED IN
WORKER'S COMPENSATION

MAILING ADDRESS:

SUITE 1010
ONE DATRAN CENTER
9100 SOUTH DADELAND BOULEVARD
MIAMI, FLORIDA 33156

WEBSITE: WWW.LBSSLAW.COM

MIAMI OFFICE:
(305) 670-2333
BROWARD (954) 922-0800
TDD (305) 670-6322
FAX (305) 670-0716

BROWARD OFFICE:
CENTEX BUILDING
7901 S.W. SIXTH COURT
SUITE 110
PLANTATION, FLORIDA 33324
(954) 423-2555

January 14, 2004

Via Facsimile (904) 419-5365

Kerry Ledbetter
SEDGWICK CLAIM SERIVICE
P.O. Box 24787
Jacksonville, FL 32241

RE:   Injured Party    :   Linda Phillips
      Defendant        :   Winn Dixie
      Def. Claim No.   :   A311209339
      D/A              :   8/2/2002
      Our File No.     :   PI020311

Dear Ms. Ledbetter:

Please be advised that Jerome was the manager on duty who took down my client's information when she slipped and fell at Winn Dixie.

Should you need additional information, please do not hesitate to contact my office.

Sincerely,

LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.

SANFORD M. REINSTEIN, ESQ.

SMR/kl
Encls.

# Levine, Busch, Schnepper & Stein, P.A.
## ATTORNEYS AT LAW

DAVID H. LEVINE*
EDWARD P. BUSCH*
R. CORY SCHNEPPER*
BARRY A. STEIN*
SANFORD M. REINSTEIN
CLIFFORD J. MOSKOWITZ
ERIC B. SANDLER

PARALEGALS
CARMEN CHIRINO
IRIS T. DUNBAR

* BOARD CERTIFIED IN
WORKER'S COMPENSATION

MAILING ADDRESS:
SUITE 1010
ONE DATRAN CENTER
9100 SOUTH DADELAND BOULEVARD
MIAMI, FLORIDA 33156

WEBSITE: WWW.LBSSLAW.COM

MIAMI OFFICE:
(305) 670-2333
BROWARD (954) 922-0800
TDD (305) 670-6322
FAX (305) 670-0716

BROWARD OFFICE:
CENTEX BUILDING
7901 S.W. SIXTH COURT
SUITE 110
PLANTATION, FLORIDA 33324
(954) 423-2555

January 12, 2006

Kerry Ledbetter
SEDGWICK CLAIM SERIVICE
8649 Bay Pine Rd.
Building 7, Suite 300
Jacksonville, FL 32256

RE: Injured Party     : Linda Phillips
    Defendant         : Winn Dixie
    Def. Claim No.    : A311209339
    D/A               : 8/2/2002
    Our File No.      : PI020311

Dear Ms. Ledbetter:

As per your request, enclosed please find all of the medical records and bills.

I look forward to hearing from you soon.

Sincerely,

LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.

SANFORD M. REINSTEIN, ESQ.

SMR/ms
Encls.

# Levine, Busch, Schnepper & Stein, P.A.
### ATTORNEYS AT LAW

DAVID H. LEVINE *
EDWARD P. BUSCH*
R. CORY SCHNEPPER*
BARRY A. STEIN*
SANFORD M. REINSTEIN
CLIFFORD J. MOSKOWITZ
ERIC B. SANDLER

**PARALEGALS**
CARMEN CHIRINO
IRIS DUNBAR
NANCY HERNANDEZ

* BOARD CERTIFIED IN
  WORKER'S COMPENSATION

MAILING ADDRESS:

SUITE 1010
ONE DATRAN CENTER
9100 S. DADELAND BOULEVARD
MIAMI, FLORIDA 33156

WEBSITE: WWW.LBSSLAW.COM

KENDALL OFFICE:
(305)670-2333
BROWARD (954)922-0800
TDD (305)670-6322
FAX (305)670-0716

BROWARD OFFICE
SUITE 110
CENTEX BUILDING
7901 SW 6TH COURT
PLANTATION, FLORIDA 33324
(954)423-2555

DOWNTOWN MIAMI OFFICE:
SUITE 425
INGRAHAM BUILDING
25 SE 2ND AVENUE
MIAMI, FL 33131

August 10, 2006

**RECEIVED**
CLERK, U.S. BANKRUPTCY COURT

**AUG 1 1 2006**

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
Clerk of Court
300 North Hogan Street
Jacksonville, FL 32202

RE:   LINDA PHILLIPS V. WINN DIXIE STORES, INC.
      Court Case No.     :    05-03817-3F1

Dear Sir/Madam:

Enclosed herewith is are the following documents pertaining to the above referenced matter:

1. Response to Objection to Unresolved Litigation Claims together with attachments; and

2. Request for Continuance of Hearing on Response to Objection to Unresolved Litigation Claims.

If you should have any questions, please do not hesitate to contact this office.

Sincerely,
LEVINE, BUSCH, SCHNEPPER & STEIN, P.A.

SANFORD M. REINSTEIN, ESQ.

SMR/pav
Enclosures
**VIA FEDERAL EXPRESS**