**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC.,** ***et al.,*** | ) | **Chapter 11** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |

CREDITOR NO.: WDX-395550-L4-15
CLAIM NO.: 2781 & 327
DEAN A. REED, ESQUIRE
ATTORNEYS FOR CLAIMANTS BRITTON, JUNE & JOHN
890 S.R. 434 NORTH
ALTAMONTE SPRINGS, FL. 32714

**CLAIMANTS RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

June and John Britton ("Claimants"), as claimants in the above-captioned bankruptcy, by their undersigned counsel, hereby objects to the Debtors' Omnibus Objection to Unresolved Litigation Claims and in support thereof, respectfully states as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157, and venue is proper in this District pursuant to 28 U.S.C. § 1409(a)

2. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.      Prior to the Petition Date, Claimants, filed a lawsuit against the

Debtors on February 2, 2005 for injuries sustained by June

Britton on September 3, 2003 at one of Debtors' stores located in

Brooksville, FL., which the Debtors have identified as Store No.

0702.  Attached hereto as Exhibit A is a copy of the Complaint

filed in the 5th Judicial Circuit in and for Hernando County,

Florida.

4.      On March 7, 2005, upon notification of Debtors' Bankruptcy

Petition, Claimants timely filed their Proof of Claim with the

United States Bankruptcy Court Southern District of New York

where Debtors' initially filed their Bankruptcy Petition.

Attached hereto as Exhibit B is a copy of the Proof of Claim

dated March 7, 2005

5.      On May 10, 2005, Claimants timely filed a second Proof of Claim

the United States Bankruptcy Court Middle District of Florida,

Jacksonville Division, upon notification that venue had been

changed to Jacksonville.  Attached hereto as Exhibit C is a copy

of the Proof of Claim dated May 10, 2005.

6.      On or about October 15, 2005 Claimants provided timely

responses to "Questionnaire for Litigation Claimants" provided

to them by the United States Bankruptcy Court Middle District

of Florida, Jacksonville Division as directed by the "Order

Approving Claims Resolution Procedure and Authorizing

Debtors to Settle or Liquidate Certain Litigation Claims" dated

September 1, 2005.  Attached hereto as Exhibit D is a copy of

the completed response to the "Questionnaire for Litigation

Claimants".

7.    On November 7, 2005 Claimants received a letter from Sedgwick

Claims Management Services, Inc. ("Sedgwick") advising they

were the third party administrator for Debtors and denying the

amount of the claim.

8.    On April 10, 2006 Claimant submitted to Sedgwick medical

specials, medical reports and billing statements from medical

providers treating June Britton for injuries she sustained at

Debtors' Store No. 0702.  Attached hereto as Exhibit E are the

medical specials, medical reports and billing statements.

9.    On April 28, 2004, prior to the initiation of litigation, a recorded

statement of the event that led to her fall was provided by June

Britton to Domenii Gagliardi of Sedgwick.

10.   On May 5, 2006 a settlement offer of $5,000.00 was submitted to

Claimants by C. Everett Brooks of Sedgwick and expired 72

hours after its receipt.  Attached hereto as Exhibit F is a copy of

the settlement offer.

11. There was sufficient evidence submitted by Claimants to establish a prima facie case of negligence by Debtors establishing their liability for injuries sustained by Claimants.

WHEREFORE, the Claimants, John and June Britton, prays that your Honorable Court will deny the objection of the Debtors and will allow the Claimants' claim to be considered for all purposes in these bankruptcy cases.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy was served on Smith, Hulsey & Busey, Attn: Tana Copeland, 225 Water St., Suite 1800, Jacksonville, FL. 32202 and via email to tcopeland@smithhusley.com

Dated: August 10, 2006

Respectfully submitted,

By: ______________________________

Dean A. Reed
Florida Bar No. 0086223
Jacobs & Goodman, P.A.
890 S.R. 434 North
Altamonte Springs, FL 32714
TEL (407) 788-2949
FAX (407) 788-8628

IN THE CIRCUIT COURT OF THE 5TH JUDICIAL CIRCUIT, IN AND FOR HERNANDO COUNTY, FLORIDA

Case No.: H-27-CA-2005-159-DM.
Division No.:

JUNE E. BRITTON and JOHN BRITTON, as Husband and Wife,

Plaintiffs,

vs.

WINN-DIXIE STORES, INC., a Florida corporation,

Defendants.
_______________________________________/

**COMPLAINT**

Plaintiffs, JUNE E. BRITTON and JOHN BRITTON, as Husband and Wife, sues Defendants, WINN-DIXIE STORES, INC., a Florida corporation, jointly and severally, and allege:

AS TO ALL COUNTS

1. This is an action for damages in excess of $15,000 exclusive of legal costs, interest, or attorney's fees, if applicable.

2. At all times material hereto, Defendants conduct business in Hernando County, Florida.

Exhibit "A"

3. At all times material hereto, Defendants owned and operated a grocery store known as Winn-Dixie, Store Number 0702, located at South Plaza, 1230 S. Broad Street, Brooksville, Hernando County, Florida.

4. That Plaintiff, June E. Britton, is entitled to relief against Defendants pursuant to the following facts:

a. On or about September 3, 2003, at approximately 1:30pm, when Plaintiff was a shopper in the Winn-Dixie, Store Number 0702, located at South Plaza, 1230 S. Broad Street, Brooksville, Hernando County, Florida, Plaintiff violently slipped and fell on a transitory foreign substance in the produce department.

COUNT I - NEGLIGENCE

Plaintiff, June E. Britton, sues Defendants, Winn-Dixie Stores, Inc., and alleges:

5. It was the duty of Defendants then and there to use reasonable care to maintain this common area in a clean and safe condition.

6. At this time and place, Defendants, in breach of their duty, controlled and maintained the premises in a negligent manner in that they allowed and permitted this common area to go unsafe or allow a dangerous and hazardous condition to exist for people on foot; or in the alternative, Defendants knew or

should have known with the exercise of reasonable care, that the common area was unsafe or a dangerous and hazardous condition existed for people on foot, and negligently failed to remove said dangerous condition; or in the alternative, the aforesaid dangerous condition was created by Defendants by and through the actions of their servants and employees while in the scope of their employment with Defendants.

7. As a direct and proximate result of the carelessness and negligence of Defendants, as aforesaid, Plaintiff was injured in and about her body and extremities, suffered pain, disfigurement and mental anguish therefrom, incurred medical expenses, suffered physical handicap, loss of income, loss of the capacity for the enjoyment of life and loss of the ability to earn money. These injuries are either permanent and continuing and Plaintiff will suffer the losses in the future.

COUNT II - CONSORTIUM

Plaintiff, John Britton, sues Defendants, Winn-Dixie Stores, Inc., and alleges:

8. Plaintiff adopts and realleges paragraph 7 hereinabove.

9. As a direct and proximate result of the carelessness and negligence of Defendants, as aforesaid, Plaintiff has suffered the loss of his wife's services, consortium, and the care and comfort of her society because of her injuries and disabilities.

WHEREFORE, Plaintiffs, June E. Britton and John Britton, as Husband and Wife, demands judgment for damages against Defendants, Winn-Dixie Stores, Inc., and trial by jury.

Dated this 2nd day of February, 2005.

Dean A. Reed, Esquire
Florida Bar No. 0086223
**Jacobs & Goodman, P.A.**
890 State Road 434 North
Altamonte Springs, FL 32714
(407) 788-2949, FAX (407) 788-8628
Attorneys for Plaintiff

FORM B10 (Official Form 10) (04/04)

UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York

PROOF OF CLAIM

Name of Debtor: Winn-Dixie Stores, Inc.

Case Number: 05-11063

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

June E. Britton and John Britton

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent:

Jacobs & Goodman, P.A.
Dean A. Reed, Esquire
890 SR 434 North
Altamonte Springs, FL 32714

Telephone number: (407) 788-2949

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 406001DAR03

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ________

1. Basis for Claim

- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☒ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other ________
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last four digits of SS #: ______

Unpaid compensation for services performed from ______ (date) to ______ (date)

2. Date debt was incurred: 09-03-2003

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 100,000.00 (unsecured) ______ (secured) ______ (priority) ______ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate ☐ Motor Vehicle ☐ Other ________

Value of Collateral: $________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $________

6. Unsecured Nonpriority Claim $________

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $________

Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: 03-07-2005

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Dean A. Reed, Esquire

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Form B10 (Official Form 10) (04/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**
Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

Chapter 11
**PROOF OF CLAIM**

**DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME**

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: Winn-Dixie Stores, Inc. Case No. 05-03817-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):**

20264152

WDX-395550-B2-15
BRITTON, JUNE E & JOHN
C/O JACOBS & GOODMAN, PA
ATTN DEAN A REED, ESQ
890 SR 434 NORTH
ALAMONTE SPRINGS FL 32714

(407)788-2949
Telephone No. of Creditor

(407)788-8628
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above ☐ additional address

Name: ______

Company/Firm: ______

Address: ______

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:
406001DAR03

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☒ Personal injury/property damage
- ☐ Other ______
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract ______
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: ______
  Unpaid compensation for services performed from ______ to ______ (date) (date)

**2. Date debt was incurred:**
09-03-2003

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**

| $ 100,000.00 | $ ______ | $ ______ | $ ______ |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other ______

Value of Collateral: $______

Amount of arrearage and other charges at time case filed included in secured claim, if any: $______

**Unsecured Nonpriority Claim** $______
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $______
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date: 5/10/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:

Print: DEAN A. REED Title: Attorney

Signature: [signature]

Exhibit "C"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

## PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

(a) fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

(b) return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

REC'D OCT 03 2005 J&G, P.A.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

Creditor No.: 395550
BRITTON, JUNE E & JOHN
C/O JACOBS & GOODMAN, PA
ATTN DEAN A REED, ESQ
890 SR 434 NORTH
ALAMONTE SPRINGS FL 32714

395550-BRITTON, JUNE E & JOHN-Claim No.(s): 2779, 327

Exhibit "D"

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) 06/30/31

2. Date of injury or claim: (MM/DD/YY) 09/03/03

3. What is the basis of your claim? Slip and Fall on rotten fruit in produce aisle.

4. What is the total amount of your claim? (Please estimate if necessary). $50,000.00

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
   See attached medical records and medical bills

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. N/A

7. Are you pursuing this claim against any other party? Yes ☐ No ☒
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☒ No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. Yes, in the Circuit Court for the 5th Judicial Circuit for Hernando County, Florida.
   Court Case # H-0027-CA-2005-00159

Page 3

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) Back pain, right hip pain; small hiatal hernia, cystocelectocele

11. Where did the injury or damage occur? Winn Dixie Store # 0702, South Plaza, 1230 S. Broad Street, Brooksville, FL 34601

Please specify the location and address.

12. How did the injury or damage occur? Slip and Fall on rotten fruit in produce aisle.

13. Did you miss any work as a result of your injury or damage? If so, how many days? No

14. Give the name and address of your employer and your salary at the time of your injury or damage. N/A

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) No

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). Winn Dixie Store Manager, Franklin D. Burford III, 1230 S. Broad Street, Brooksville, FL 34601

395550-BRITTON, JUNE E & JOHN-Claim No.(s): 2779, 327

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime) if you have any questions about this form*

Page 4

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☒
(If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.)

18. If applicable, please provide the following Physician Data:

a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
John Batista, M.D., 1194 Mariner Boulevard, Spring Hill, FL 34609
Spring Hill MRI, 6451 Toucan Trail, Spring Hill, FL 34607
Spine & Rehab Medicine, P.A., 6133 Deltona Boulevard, Spring Hill 34606
~~Gulf Coast Surgery Center, Fawzi M. Soliman, M.D., 12132~~
Cortez Boulevard, Brooksville, FL 34613

b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering. Dr. John Batista $60.00;
Spring Hill MRI $9,878.00; Spine & Rehab Medical $580.00;
Gulf Coast Surgery Center;
Pain and Suffering $39,482.00

c. Give the total amount of the medical bills you incurred as a result of your claim.
$10,518.00

d. Attach medical and hospital records which relate to your claim.

e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. N/A

f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. N/A

395550-BRITTON, JUNE E & JOHN-Claim No.(s): 2779, 327

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

Page 5

g. Give the name, address and policy number of your insurance company. N/A

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a. Itemize the damages you claim. See number 18b

b. Give the total amount of each item of damage. See number 18b

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**
Not yet determined

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 395550<br>BRITTON, JUNE E & JOHN<br>C/O JACOBS & GOODMAN, PA<br>ATTN DEAN A REED, ESQ<br>890 SR 434 NORTH<br>ALAMONTE SPRINGS FL 32714 | Name:<br>Address:<br>City/State/Zip:<br>Phone: (407) 788-9262 x 331<br>Fax (407) 788-8628<br>Email Address: dreed@jacobsandgoodman.com |

395550-BRITTON, JUNE E & JOHN-Claim No.(s): 2779, 327

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

Page 6

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10-14-05 June E Britton
Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

## NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) Dean Andrew Reed, Jacobs & Goodman, P.A.

Address 890 State Road 434 North

City/State/Zip Altamonte Springs, FL 32714

Relationship to Claimant Attorney

Phone Number (407) 788-9262 x 331

Fax Number (407) 788-8628

Email Address r dreed@jacobsandgoodman.com

## PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

395550-BRITTON, JUNE E & JOHN-Claim No.(s): 2779, 327

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

GULF COAST SURGERY CENTER
FAWZI M. SOLIMAN, M.D., FACS
12132 CORTEZ BLVD
BROOKSVILLE, FL 34613
Telephone 352-596-0744 FAX 352-596-5401

**OFFICE VISIT**

**PATIENT:** BRITTON, JUNE
**DATE:** 10/21/03

The patient comes in today for follow up of the abdominal pain. The patient apparently had been complaining of protrusion on the bladder and dropping of the bladder as well as the rectal area.

**PAST SURGICAL HISTORY:** She had extensive past surgeries, including carpal tunnel syndrome, bladder suspension, hernia operation, tubal ligation, gallbladder surgery.

**IMPRESSION:** It appears from this study that the patient probably had cystocele-rectocele.

**PLAN:** Will refer her to GYN for further evaluation.

Fawzi Soliman, M.D.
FS:mdi-blb
cc Dr. Batista
[illegible] 10 29.03

DICTATED BUT
NOT PROOFREAD

Exhibit "E"

# STATEMENT

## SPINE & REHAB MEDICINE
## SUHAS KULKARNI, MD

6133 Deltona Boulevard
Spring Hill, FL 34606
Phone (352) 596-5505
Fax (352) 596-5585

MAILING ADDRESS
P.O. Box 1989
Lutz, FL 33548-1989

Please submit all checks or confidential patient Information to this address

38011 Arbor Ridge Drive
Zephyrhills, FL 33541
Phone (813) 780-7871
Fax (813) 780-7891

Date:

July 9, 2004

TO:

Jacobs & Goodman, PA
Dean Reed, Esq.
890 SR 343, North
Altamonte Springs, FL 32714-7095

Amount Due:

$580.00

For:

Office Visits and Reports

| | | |
|---|---|---|
| 1/29/04 | 99204 | $380.00 |
| 2/17/04 | 99214 | 200.00 |

Thank you for allowing us to participate in the care of this very nice lady.

Our Tax ID#: 59-3544205

 # SPINE & REHAB MEDICINE, P.A.

SUHAS KULKARNI, M.D.

Diplomate of American Board of Physical Medicine and Rehabilitation, Certified Workers Compensation Provider
Certified by American Board of Independent Medical Examiners

## NEW PATIENT REPORT

PATIENT: BRITTON, JUNE
DATE: 01/29/04

DATE OF SLIP AND FALL ACCIDENT: 09/03/03

PATIENT HISTORY: The patient is a 72-year-old female who had a slip and fall injury on 09/03/03 at approximately 12:30 p.m. at Winn Dixie store in Brooksville, Florida. While grocery shopping at this store the patient was walking in the produce section when suddenly she slipped on something and fell backwards on her lower back as well as right hip. She had immediate onset of pain in these areas. There was no loss of consciousness. Later on she found out that she had slipped on a fruit. As her pains worsened she tried taking an over-the-counter medication like Tylenol without much relief. Within one week she had to go see her primary care physician who examined her and prescribed pain medications. She also was referred to Dr. Soliman who ended up ordering a CT scan of the abdomen and pelvis. She then had further followup with Dr. Soliman.

Today, the patient is here with complaints of low back pains graded 8 on 1-10 scale of severity with 10 being the worst pains ever. The pains are on and off. They are sharp with movement and dull at rest. They do radiate into the right groin and sometimes they go down to the right knee. She also complains of right hip pains graded 8. These are dull, localized and not constant. There is no worsening of these pains with cough or sneezing.

For past medical history, past surgical history, present medications, allergies to medications, family history, social history and systemic review, please see the attached sheet.

PHYSICAL EXAMINATION: The patient is alert and oriented to person, place and time, not in respiratory distress. Height 5'6", weight 150 pounds. Respirations 18 per minute. HEENT: Pupils equal and reactive to light. Extraocular range of motion intact. Mild hyperemia of posterior pharyngeal wall. Neck: Supple. No JVD. No thyromegaly. Lungs: Clear. No crepitations. No wheezing. Heart: S1, S2 normal. No S3. GI system: Soft, nontender. Bowel sounds present in all quadrants. Lymphatic system: No cervical lymphadenopathy.

6133 Deltona Blvd, Spring Hill, FL 34606
Phone: (352) 596-5505
Fax: (352) 596-5585

38005 Arbor Ridge Rd. Suite B, Zephyrhills, FL 33541
Phone # (813) 780-7871
Fax # (813) 780-7891

**BRITTON, JUNE**
**01/29/04**
**PAGE 2**

Musculoskeletal exam: Examination of neck and upper extremities was normal. Examination of back: On inspection--the patient had normal stance. On palpation--tenderness was present over lumbar spine and paraspinal muscles. Range of motion: Flexion 85, extension 20, right lateral flexion 15, left lateral flexion 10, right rotation 40, left rotation 45 degrees. There was tenderness present over right hip region. Muscle strength was 4/5 with right hip flexion. Otherwise strength was 5/5 in both lower extremities. Sensation was normal to touch. Reflexes were 2+ and symmetrical in both lower extremities. Straight leg raising test was normal. Fabere test was positive on the right side. Trendelenburg test was normal. Tandem gait was normal. The patient was able to walk on toes and heels.

**ASSESSMENT:** (1) Posttraumatic lumbar spine sprain/strain with radicular symptoms. (2) Myofascial pain syndrome involving paravertebral muscles. (3) Posttraumatic right hip contusion aggravating pre-existing right hip degenerative joint disease.

PLAN: (1) Will request previous medical records. (2) Would like to order MRI of the lumbar spine to rule out any disc herniation. (3) Order MRI of the right hip to rule out avascular necrosis of the femoral head. (4) Start Soma 350 mg p.o. q.h.s. for muscle relaxation, 30 tablets, no refills. (5) Start Voltaren 50 mg p.o. q.12h. with food, 60 tablets, no refills. (6) Will followup.

Suhas Kulkarni, MD

Suhas Kulkarni, M.D.
SK:mdi-ha

 

# SPINE & REHAB MEDICINE, P.A.

SUHAS KULKARNI, M.D.

Diplomate of American Board of Physical Medicine and Rehabilitation, Certified Workers Compensation Provider
Certified by American Board of Independent Medical Examiners

## COMPREHENSIVE MMI EVALUATION REPORT

PATIENT: BRITTON, JUNE
DATE: 02/17/04

DATE OF PERSONAL INJURY: 09/03/03

PATIENT HISTORY: The patient is a 72-year-old female who had a slip and fall accident while grocery shopping at Winn Dixie store on 09/03/03 at approximately 12:30 p.m. in Brooksville, Florida. The patient was walking in the produce section when suddenly she slipped on a fruit and fell backwards, landing on her lower back and right hip. She was seen here for initial evaluation on 01/29/04 and was prescribed Soma for muscle relaxation and Voltaren for pain, inflammation and swelling. MRI of the lumbar spine and MRI of the right hip also were ordered.

Today, the patient is here for comprehensive maximum medical improvement evaluation. She continues to have low back pains graded 8 and right hip pains graded 8 on 1-10 scale of severity. The low back pains radiate into the right groin. The pains are on and off. They are mostly dull but become sharp with movement.

PHYSICAL EXAMINATION: The patient is alert and oriented to person, place and time, not in respiratory distress. On inspection--the patient had normal stance. There was no obvious kyphosis. On palpation--tenderness was present over lumbar spine as well as paraspinal muscles. Tenderness was present over right hip region. Muscle strength was 4/5 with right hip flexion. Otherwise strength was 5/5 in the lower extremities. Sensation was normal. Reflexes were 2+ and symmetrical in both lower extremities. Straight leg raising test was normal. Fabere test was positive on the right side. Femoral stretch test was normal. Trendelenburg test was normal. Tandem gait was normal. The patient was able to walk on toes and heels. Examination of neck and upper extremities was normal.

DIAGNOSTIC STUDIES: MRI of the lumbar spine was done on 01/30/04. It showed disc bulges at T11-12 level, L1-2 level, L2-3 level, L3-4 level, L4-5 level and L5-S1 level. MRI of the right hip was done on 01/30/04. Foci of signal change noted in the right femoral head for which the radiologist recommended films as well as bone scan.

6133 Deltona Blvd, Spring Hill, FL 34606
Phone: (352) 596-5505
Fax: (352) 596-5585

38005 Arbor Ridge Rd. Suite B, Zephyrhills, FL 33541
Phone # (813) 780-7871
Fax # (813) 780-7891

**FINAL DIAGNOSES:** (1) Posttraumatic lumbar spine sprain/strain with multilevel disc bulges and radicular symptoms. (2) Myofascial pain syndrome involving paravertebral muscles. (3) Posttraumatic right hip contusion aggravating pre-existing degenerative joint disease.

**CAUSATION:** Based on history, physical examination and diagnostic studies, it is my opinion that the above diagnoses are a direct result of the slip and fall injury that the patient had on 09/03/03 in Brooksville, Florida.

**PROGNOSIS:** Based on history, physical examination and diagnostic studies, it is my opinion that the patient does have permanent injury to her lower back as well as her right hip resulting from the above noted accident.

**IMPAIRMENT RATINGS:** Based on the American Medical Association Guides to Evaluation of Permanent Impairment, Fifth Edition, the patient will receive a 2% whole percent impairment for right hip contusion which resulted in losing flexion strength in her right hip joint. Her right hip flexion was 4/5. This 2% impairment is based on Table 17-8 on page 532. The patient also was given a 5% whole percent impairment for lumbar spine sprain/strain based on Table 15-3 on page 384. By using the combined values chart on page 604 of the same guide, 5% combined with 2% equaled 7%. The patient's final impairment rating was 7% whole percent impairment for all diagnoses noted above.

**RECOMMENDATIONS:** (1) X-rays of the right hip and bone scan were ordered as per recommendation of radiologist. (2) It is my opinion that the patient has reached medical improvement as of today on 02/17/04 with 7% whole percent impairment. (3) By using conservative estimates even if the patient had two exacerbations in one year, the cost of her medical care including medications may run approximately $800-1000 per year. (4) The cost of the above noted x-rays and bone scan is unknown. (5) It is strongly recommended that the patient start outpatient physical therapy along with use of modalities. It is my opinion that the patient likely will require physical therapy for a period of three to four months. The cost of this therapy and modalities is unknown. (6) The patient is to be on the following permanent restrictions of no lifting, carrying, pulling or pushing of weights over 20 pounds. No frequent bending forward. No prolonged sitting, standing or walking for over one hour at a time without a five minute break. (7) The patient will need to be followed up once she completes her x-rays of the right hip and bone scan. Once that followup is done then the next followup would be on an as needed basis depending on what the test results show.

Suhas Kulkarni, MD

Suhas Kulkarni, M.D.
SK:mdi-ha

Spring Hill MRI
6451 Toucan Trail
Spring Hill, FL 34607

(352)684-2811

# STATEMENT OF SERVICES

| AMOUNT ENCLOSED |
|---|
| |

| INVOICE # | DATE | PAGE | MINIMUM DUE NOW |
|---|---|---|---|
| Statement | 07/02/05 | 1 | 9,878.00 |

Responsible Party

June Britton
18333 Powell Road
Brooksville, FL 34604

ADDRESS CORRECTION REQUESTED

Account # : 2261
Treat Detail : All Unpaid Charges
Due Date : 07/22/05

Detach Here and Return Upper Portion with Payment

| Date | Name | Description | POS | TOS | Dr | Qty | Diag/Ref | Extended Fee |
|---|---|---|---|---|---|---|---|---|
| 10/09/03 | June | CT Abdomen w/wo | 11 | 9 | 1 | 1 | | 2530.00 |
| 10/09/03 | June | CT Pelvis w/wo contrast | 11 | 9 | 1 | 1 | | 2530.00 |
| 01/30/04 | June | MRI Lumbar | 11 | 9 | 1 | 1 | | 2240.00 |
| 01/30/04 | June | MRI Low Rt Ext Joint | 11 | 9 | 1 | 1 | | 2240.00 |
| 02/18/04 | June | X-Ray Hip | 11 | 9 | 1 | 1 | | 338.00 |

CLAIM HAS BEEN DENIED FOR NO COVERAGE. PLEASE CONTACT YOUR INSURANCE CARRIER OR PROVIDE CORRECT INSURANCE INFORMATION. THANK YOU

| INSURANCE | CURRENT | OVER 30 | OVER 60 | OVER 90 | 120 + |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,878.00 |

Provider : Warren A Stevens

| | | |
|---|---|---|
| Previous Balance | : | 0.00 |
| All Pending Charges | : | 0.00 |
| Charges / Refunds - This Stmt | : | 9,878.00 |
| Payments / Adjs - This Stmt | : | 0.00 |
| Account Balance | : | 9,878.00 |
| **Minimum Due Now** | : | **9,878.00** |

Dear Dean or Darlene –

I don't know if I gave them my insurance or if they were to wait to get paid. Let me know if I should try to use my insurance. I will be out of state from July 26th till August 21st.

Sincerely
June Britton



PLEASE DO NOT STAPLE IN THIS AREA

DR Jacobs & Good...n, P.A.
890 State Road 434 N.
ALTAMONTE SPRINGS FL 32714-7095

INS NO 4590
CLM NO 5631

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) CHAMPUS (Sponsor's SSN) CHAMPVA (VA File #) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID) [X]

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): BRITTON JUNE E

3. PATIENT'S BIRTH DATE MM DD YY: 06 30 1931 SEX: M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): BRITTON JUNE E

5. PATIENT'S ADDRESS (No., Street): 18333 POWELL ROAD

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): 18333 POWELL ROAD

CITY: BROOKSVILLE STATE: FL

8. PATIENT STATUS: Single [ ] Married [X] Other [ ]

CITY: BROOKSVILLE STATE: FL

ZIP CODE: 34604 TELEPHONE (Include Area Code): (352) 799 1770

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE: 34604 TELEPHONE (Include Area Code): (352) 799 1770

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH MM DD YY SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M [ ] F [ ]

b. AUTO ACCIDENT? YES [ ] NO [X] PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: 22504

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X] *If yes*, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY: 09 03 2003

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: KULKARNI MD SUHAS

17a. I.D. NUMBER OF REFERRING PHYSICIAN: G61119

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [ ] NO [X] $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 789 07
2. 724 4
3. 719 45
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 30 04 | 01 30 04 | 11 | 9 | 72148 | 2 | 2240 00 | 1 | N | | | |
| 01 30 04 | 01 30 04 | 11 | 9 | 73721 RT | 3 | 2240 00 | 1 | N | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 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

26. PATIENT'S ACCOUNT NO: S2261

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO [ ]

28. TOTAL CHARGE $ 4480 00

29. AMOUNT PAID $

30. BALANCE DUE $ 4480 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Steven Torres

SIGNED DATE 01 30 2004

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

SPRING HILL MRI
6451 TOUCAN TRAIL
SPRING HILL FL 34607
(352)684-2811

PIN # V2323 GRP # E3334A

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90) PLEASE PRINT OR TYPE FORM CMS-1500 (U2) (12-90) FORM OWCP-1500 FORM RRB-1500



SPRING HILL

| | |
|---|---|
| DATE: | 01/30/04 |
| PATIENT: | BRITTON, JUNE |
| DOB: | 06/30/31 |
| CASE NUMBER: | 2261 |
| REFERRING PHYSICIAN: | S. KULKARNI, M.D. |

MRI OF THE RIGHT HIP

INDICATIONS:

TECHNIQUE: Axial T1, axial fat suppression T2, coronal T1 and coronal fat suppression T2 images were obtained without gadolinium.

FINDINGS: Diverticulosis of the sigmoid colon is identified. There is no free fluid identified. There is no inguinal adenopathy identified. No localized muscle atrophy is identified. There are no MR signs of bursitis. No significant joint effusion is present.

The SI joints are symmetric. There is no focal marrow replacement identified in the visualized pelvic girdle.

There are two foci identified, measuring 5 mm, which are isointense T1 and isointense T2 in signal, identified within the right inferior femoral head. These are nonspecific. Correlation with plain films is recommended.

The left hip demonstrates no focal marrow replacement.

There are no MR signs of stress fracture or avascular necrosis identified.

There are degenerative changes identified in the bilateral hips, right more so then left.

IMPRESSION:

1. Two subcentimeter foci of signal changes identified in the right femoral head, which may represent some asymmetric marrow, however, the possibility of foci of marrow replacement is considered. Correlation with prior films and a nuclear medicine bone scan would be recommended.
2. No signs of avascular necrosis, joint effusion or muscle injury.

JAYSON A. LORD, M.D. DICT: 02/02/04 TRANS: 02/02/04 JAL/amc

MRI • 6451 Toucan Trail, Spring Hill, Florida 34607 • Phone (352) 684-2811 • Fax (352) 684-0212



SPRING HILL

| | |
|---|---|
| DATE: | 01/30/04 |
| PATIENT: | BRITTON, JUNE |
| DOB: | 06/30/31 |
| CASE NUMBER: | 2261 |
| REFERRING PHYSICIAN: | S. KULKARNI, M.D. |

MRI OF THE LUMBAR SPINE

INDICATIONS:

TECHNIQUE: Sagittal T1, sagittal T2, with axial T2 images obtained without gadolinium.

FINDINGS: No focal marrow replacement is present. There is some mild loss of intervertebral disc space height from the levels of L1 through L4. There is anterior osteophyte formation from L1 through L4. Small Schmorl's node formations are present along the superior end-plate of L4. The conus medullaris is in appropriate position.

At T11-12, there is minimal disc bulge present, without canal stenosis.

The T12-L1 disc is unremarkable.

At L1-2, there is slight disc bulge present, without canal stenosis, with mild facet hypertrophy. The neural foramen is patent.

At L2-3, there is diffuse annular disc bulge present, with facet hypertrophy, without significant canal stenosis. There is some minimal foraminal narrowing present bilaterally.

At L3-4, diffuse annular disc bulge and facet osteoarthropathy are identified, without canal stenosis. The neural foramen has some mild narrowing bilaterally.

At L4-5, diffuse annular disc bulge is present, with facet osteoarthropathy, with ligamentum flavum hypertrophy identified. There is mild foraminal narrowing present bilaterally.

At L5-S1, disc bulge is present, with facet osteoarthropathy, without significant canal stenosis identified.

Continued

MRI • 6451 Toucan Trail, Spring Hill, Florida 34607 • Phone (352) 684-2811 • Fax (352) 684-0212



SPRING HILL

PAGE TWO
PATIENT: BRITTON, JUNE

IMPRESSION:

1. Lumbar spondylosis, with multilevel disc bulges identified, without significant central canal stenosis, with mild foraminal narrowing identified at L3-4 and L4-5, as described above.
2. No disc protrusion or extrusion is identified.
3. Facet osteoarthropathy.

JAYSON A. LORD, M.D. DICT: 02/02/04 TRANS: 02/02/04 JAL/amc

MRI • 6451 Toucan Trail, Spring Hill, Florida 34607 • Phone (352) 684-2811 • Fax (352) 684-0212

DR

PLEASE DO NOT STAPLE IN THIS AREA

Jacobs & Goodm[illegible], P.A.
890 State Road 434 N.
ALTAMONTE SPRINGS FL 32714-7095

INS NO 4590
CLM NO 5868

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) CHAMPUS (Sponsor's SSN) CHAMPVA (VA File #) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID) X

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): BRITTON JUNE E

3. PATIENT'S BIRTH DATE MM DD YY: 06 30 1931 SEX M F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial): BRITTON JUNE E

5. PATIENT'S ADDRESS (No., Street): 18333 POWELL ROAD

6. PATIENT RELATIONSHIP TO INSURED: Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street): 18333 POWELL ROAD

CITY: BROOKSVILLE STATE: FL

8. PATIENT STATUS: Single Married X Other; Employed Full-Time Student Part-Time Student

CITY: BROOKSVILLE STATE: FL

ZIP CODE: 34604 TELEPHONE (Include Area Code): (352)799 1770

ZIP CODE: 34604 TELEPHONE (Include Area Code): (352)799 1770

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY, GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES NO X

a. INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO X PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME: 22904

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO X *If yes, return to and complete Item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY: 09 03 2003

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: KULKARNI MD SUHAS

17a. I.D. NUMBER OF REFERRING PHYSICIAN: G61119

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO X $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 789.07
2. 724.4
3. 719.45
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 18 04 | 02 18 04 | 11 | 9 | 73510 RT | 3 | 338 00 | 1 | N | | | |

25. FEDERAL TAX I.D. NUMBER: 75 3097607 SSN EIN X

26. PATIENT'S ACCOUNT NO.: S2261

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES X NO

28. TOTAL CHARGE $ 338 00

29. AMOUNT PAID $

30. BALANCE DUE $ 338 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED Steven Tong DATE 02 18 2004

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

SPRING HILL MRI
6451 TOUCAN TRAIL
SPRING HILL FL 34607
(352)684-2811

PIN# V2323 GRP# E3334A

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 12/90) *PLEASE PRINT OR TYPE* FORM CMS-1500 (02) (12-90) FORM OWCP-1500 FORM RRB-1500



MRI
SPRING HILL

| | |
|---|---|
| DATE: | 2/18/04 |
| PATIENT: | BRITTON, JUNE |
| DOB: | N/A |
| CASE NUMBER: | 2261 |
| REFERRING PHYSICIAN: | SUHAS KULKARNI, M.D. |

RIGHT HIP VIEWS

INDICATIONS: Evaluate for fracture. History of fall.

TECHNIQUE: Two views of the right hip are submitted.

FINDINGS: There are some very mild degenerative changes identified in the right hip. There is no fracture identified in the right femoral head or neck. There are no lytic or sclerotic lesions identified. There are mild degenerative changes identified in the left hip. The pubic symphysis is grossly unremarkable. The SI joints appear symmetric. The sacral foramina appear unremarkable. No radiopaque foreign bodies are present in the soft tissues. There are calcified phleboliths identified in the left pelvis.

There is a focus of increased density, which is rounded, measuring 1.5 cm, on the left iliac crest, which may be artifactual.

There are mild degenerative changes identified in the lower lumbar spine.

IMPRESSION:

1. No acute osseous abnormality, with mild degenerative changes identified in the bilateral hips, left more so then right.
2. Focus of sclerosis in the left iliac crest may be artifactual. I recommend a repeat AP view of the pelvis for further evaluation.
3. Mild lumbar spondylosis in the lower lumbar spine.

JAYSON A. LORD, M.D. DICT: 02/19/04 TRANS: 02/19/04 JAL/amc

684 - 2811

MRI

SPRING HILL

| | |
|---|---|
| DATE: | 01/30/04 |
| PATIENT: | BRITTON, JUNE |
| DOB: | 06/30/31 |
| CASE NUMBER: | 2261 |
| REFERRING PHYSICIAN: | S. KULKARNI, M.D. |

MRI OF THE RIGHT HIP

INDICATIONS:

TECHNIQUE: Axial T1, axial fat suppression T2, coronal T1 and coronal fat suppression T2 images were obtained without gadolinium.

FINDINGS: Diverticulosis of the sigmoid colon is identified. There is no free fluid identified. There is no inguinal adenopathy identified. No localized muscle atrophy is identified. There are no MR signs of bursitis. No significant joint effusion is present.

The SI joints are symmetric. There is no focal marrow replacement identified in the visualized pelvic girdle.

There are two foci identified, measuring 5 mm, which are isointense T1 and isointense T2 in signal, identified within the right inferior femoral head. These are nonspecific. Correlation with plain films is recommended.

The left hip demonstrates no focal marrow replacement.

There are no MR signs of stress fracture or avascular necrosis identified.

There are degenerative changes identified in the bilateral hips, right more so then left.

IMPRESSION:

1. Two subcentimeter foci of signal changes identified in the right femoral head, which may represent some asymmetric marrow, however, the possibility of foci of marrow replacement is considered. Correlation with prior films and a nuclear medicine bone scan would be recommended.
2. No signs of avascular necrosis, joint effusion or muscle injury.

JAYSON A. LORD, M.D. DICT: 02/02/04 TRANS: 02/02/04 JAL/amc

MRI • 6451 Toucan Trail, Spring Hill, Florida 34607 • Phone (352) 684-2811 • Fax (352) 684-0212





SPRING HILL

| | |
|---|---|
| DATE: | 01/30/04 |
| PATIENT: | BRITTON, JUNE |
| DOB: | 06/30/31 |
| CASE NUMBER: | 2261 |
| REFERRING PHYSICIAN: | S. KULKARNI, M.D. |

MRI OF THE LUMBAR SPINE

INDICATIONS:

TECHNIQUE: Sagittal T1, sagittal T2, with axial T2 images obtained without gadolinium.

FINDINGS: No focal marrow replacement is present. There is some mild loss of intervertebral disc space height from the levels of L1 through L4. There is anterior osteophyte formation from L1 through L4. Small Schmorl's node formations are present along the superior end-plate of L4. The conus medullaris is in appropriate position.

At T11-12, there is minimal disc bulge present, without canal stenosis.

The T12-L1 disc is unremarkable.

At L1-2, there is slight disc bulge present, without canal stenosis, with mild facet hypertrophy. The neural foramen is patent.

At L2-3, there is diffuse annular disc bulge present, with facet hypertrophy, without significant canal stenosis. There is some minimal foraminal narrowing present bilaterally.

At L3-4, diffuse annular disc bulge and facet osteoarthropathy are identified, without canal stenosis. The neural foramen has some mild narrowing bilaterally.

At L4-5, diffuse annular disc bulge is present, with facet osteoarthropathy, with ligamentum flavum hypertrophy identified. There is mild foraminal narrowing present bilaterally.

At L5-S1, disc bulge is present, with facet osteoarthropathy, without significant canal stenosis identified.

Continued

SPRING HILL

PAGE TWO
PATIENT: BRITTON, JUNE

IMPRESSION:

1. Lumbar spondylosis, with multilevel disc bulges identified, without significant central canal stenosis, with mild foraminal narrowing identified at L3-4 and L4-5, as described above.
2. No disc protrusion or extrusion is identified.
3. Facet osteoarthropathy.

JAYSON A. LORD, M.D. DICT: 02/02/04 TRANS: 02/02/04 JAL/amc

MRI • 6451 Toucan Trail, Spring Hill, Florida 34607 • Phone (352) 684-2811 • Fax (352) 684-0212



PLEASE DO NOT STAPLE IN THIS AREA

Jacobs & Good[illegible], P.A. INS NO 4590
890 State Road 434 N. CLM NO 4008
ALTAMONTE SPRINGS FL 32714-7095

PICA **HEALTH INSURANCE CLAIM FORM** PICA

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) CHAMPUS (Sponsor's SSN) CHAMPVA (VA File #) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID) [X]

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): BRITTON JUNE E

3. PATIENT'S BIRTH DATE MM DD YY: 06 30 1931 SEX M F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): BRITTON JUNE E

5. PATIENT'S ADDRESS (No., Street): 18333 POWELL ROAD

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse Child Other

7. INSURED'S ADDRESS (No., Street): 18333 POWELL ROAD

CITY: BROOKSVILLE STATE: FL

8. PATIENT STATUS: Single Married [X] Other; Employed Full-Time Student Part-Time Student

CITY: BROOKSVILLE STATE: FL

ZIP CODE: 34604 TELEPHONE (Include Area Code): (352) 799 1770

ZIP CODE: 34604 TELEPHONE (Include Area Code): (352) 799 1770

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES NO [X]

b. AUTO ACCIDENT? YES NO [X] PLACE (State)

c. OTHER ACCIDENT? YES NO [X]

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY, GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO [X] *If yes*, return to and complete item 9 a-d

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below

SIGNED ~~SIGNATURE ON FILE~~ DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below

SIGNED ~~SIGNATURE ON FILE~~

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY: 09 03 2003

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: SOLIMON MD FAWZI

17a. I.D. NUMBER OF REFERRING PHYSICIAN: D53441

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO [X] $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 789 07
2.
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 09 03 | 10 09 03 | 11 | 9 | 74170 | 1 | 2530 00 | 1 | N | | | |
| 2 | 10 09 03 | 10 09 03 | 11 | 9 | 72194 | 1 | 2530 00 | 1 | N | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER: 75 3097607 SSN EIN [X]

26. PATIENT'S ACCOUNT NO.: S2261

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO

28. TOTAL CHARGE: $ 5060 00

29. AMOUNT PAID: $

30. BALANCE DUE: $ 5060 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Steve Jones

SIGNED DATE 10 09 2003

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

SPRING HILL MRI
6451 TOUCAN TRAIL
SPRING HILL FL 34607
(352)684-2811

PIN# V2323 GRP# E3334A

ALIGN BY TYPING AN X IN BOX

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

CARRIER



SPRING HILL

DATE: 10/9/03
PATIENT: BRITTON, JUNE
D.O.B.: 6/30/31
CASE NUMBER: 2261
REFERRING PHYSICIAN: FAWZI SOLIMON, M.D.

CT SCAN OF THE PELVIS

INDICATIONS: Abdominal pain.

TECHNIQUE: Contiguous sections were obtained through the pelvis with and without IV contrast, with oral contrast.

FINDINGS: No obstruction to oral contrast flow is identified. No iliac adenopathy is identified. The uterus is normal in caliber. Diverticulosis of the sigmoid colon is present. No inguinal adenopathy is present. A non-obstructive bowel gas pattern is present.

IMPRESSION:
1. No acute findings or adenopathy identified.
2. Diverticulosis of the sigmoid colon with out acute findings.

JAYSON LORD, M.D. DICT: 10/09/03 TRANS: 10/09/03 JL/rab

MRI • 6451 Toucan Trail, Spring Hill, Florida 34607 • Phone (352) 684-2811 • Fax (352) 684-0212



SPRING HILL

| | |
|---|---|
| DATE: | 10/9/03 |
| PATIENT: | BRITTON, JUNE |
| D.O.B.: | 6/30/31 |
| CASE NUMBER: | 2261 |
| REFERRING PHYSICIAN: | FAWZI SOLIMON, M.D. |

CT SCAN OF THE ABDOMEN

INDICATIONS: Abdominal pain.

TECHNIQUE: Contiguous sections were obtained through the abdomen with and without IV contrast, with oral contrast.

FINDINGS: Non-contrast images demonstrate no calcifications over the kidneys. There is evidence of prior cholecystectomy. The common bile duct measures 11 mm, which is still within normal limits for a patient who is status post-cholecystectomy. There is a mild thickened appearance identified about the pylorus, which is non-specific, and may correlate to underlying inflammation. No obstruction to oral contrast flow is identified. The aorta is normal in caliber with calcifications identified.

IV contrast is administered. The liver and spleen are normal in size without mass present. No adrenal mass is present. The pancreas is unremarkable. The kidneys demonstrate no mass or hydronephrosis. There is a small hiatal hernia identified. There is some minimal prominence of the intrahepatic ducts identified, which is probably related to the prior surgery. No frank dilatation is identified. The lung bases are clear.

IMPRESSION:

1. No acute findings or adenopathy identified. Evidence of prior cholecystectomy.
2. Mild thickened appearance of the pylorus is non-specific and may be artifactual. Clinical correlation is recommended if this patient has any signs of gastric outlet syndrome.
3. Small hiatal hernia.

JAYSON LORD, M.D. DICT: 10/09/03 TRANS: 10/09/03 JL/rab

MRI • 6451 Toucan Trail, Spring Hill, Florida 34607 • Phone (352) 684-2811 • Fax (352) 684-0212

10/9/03 at 8:00

FAWZI M. [illegible]LIMAN, M.D., F.A.C.S.
Diplomate American Board of Surgery
Fellow of the American College of Surgeons
General and Vascular Surgery
Vascular Diseases

12132 Cortez Boulevard
Brooksville, FL 34613
(352) 596-0744

14153 Yosemite Dr., Suite 201
Hudson, FL 34667
(727) 868-1541

S P

Pa

Di

Ap

NAME Britton, Jane

ADDRESS ______ DATE 10/2

℞

CT Abd pelvis

[illegible]

☐ Label

Refill 1 2 3 4 PRN NR

______, M.D.
Generic Substitution Allowed

DEA # AS 8074623

______, M.D.
Dispense as Written

( ) Other (Please Specify ______

Right______ Left______ Bilateral______ Contrast______

Physician's Signature______

Diagnostic Imaging Center



JOHN BATISTA, M.D., PA
1194 MARINER BLVD.
SPRING HILL FL 34609
(352) 666-1200

JUNE E BRITTON
18331 POWELL RD

BROOKSVILLE FL 34604

12738 11/14/03

| Date | Description of Transaction | CHARGE | PAYMENT | Ins. |
|---|---|---|---|---|
| 09/17/03 | OFFICE VISIT - LEVEL 3 | 60.00 | 60.00 | |
| | | | .00 | |

| | |
|---|---|
| Total Charges: | 60.00 |
| Total Adjustmen | .00 |
| Total Receipts: | 60.00 |
| *Insurance Pending: | .00 |
| Total Due From Patient: | .00 |

| Aging: | CURRENT | 31 60 | 61 90 | 91 120 | 121 up |
|---|---|---|---|---|---|
| | .00 | .00 | .00 | .00 | .00 |

DATE

Medi-Forms BY MEDI-SCRIPTS® 1-800-387-3636 © 1998

Britton, June #12738

10/20/03 wt 154 B/p 180/108 P 88 T 97.3

S I got Bit by [illegible] Frog + [illegible] @ Home [illegible] [illegible]

O D [illegible] 150/50
2 [illegible]
[illegible] 55

@ [illegible] & [illegible] & [illegible] [illegible]
[illegible]

[illegible] [illegible] Bite & [illegible]
Both [illegible] [illegible]

Dr [illegible]

MFR12H10

Please visit our Web site at www.nexium-us.com

AstraZeneca

NEXIUM is a registered trademark of the AstraZeneca group of companies.
© 2002 AstraZeneca LP. All rights reserved. 20903 8/02

Nexium® (esomeprazole magnesium)

DATE

Medi-Forms™ BY MEDI-SCRIPTS® 1-800-387-3636 © 1998

Britton, June # 12738

9/17/03 Wt. 154 BP ~~170/100~~ (L) P 68 T 98.2

~~170/90~~ (R)

140/70

S: I fell in the Winn Dixie Store. Slipped on a piece of fruit. [illegible]

[illegible]

[illegible]

140/70

[illegible]

[illegible] [illegible]

[illegible] [illegible]

[illegible]

[illegible]

MFR12H10



Please visit our Web site at www.nexium-us.com

AstraZeneca

NEXIUM is a registered trademark of the AstraZeneca group of companies. ©2002 AstraZeneca LP. All rights reserved. 8/02

Nexium® (esomeprazole magnesium)



Sedgwick
Sedgwick Claims Management Services, Inc.
P. O. Box 24787 Jacksonville, FL 32241-4787
Telephone 904-419-5300 Facsimile 904-419-5365

May 5, 2006

Dean Reed, Esquire
Jacobs & Goodman
890 State Road 434 North
Altamonte Springs, FL 32714

**Faxed to 407-788-8628 and via US Mail**

RE: Claimant: June Britton
Claim #: A311211680-0001-01
Proof of Claim No.: 327, 2779, 2781
Incident Date: 09/03/2003
Entity: Winn-Dixie Stores, Inc.
Location: Winn-Dixie #0702
South Plaza Brooksville, FL

Dear Mr. Reed:

In response to your demand Winn-Dixie is prepared to offer your client $5,000.00 which can be paid out now. **This offer is not subject to negotiation and must be responded to in writing within 72 hours if accepted.** No response is necessary to reject this offer.

The court recently considered a "de minimis settlement procedure" and very limited funds were approved by the creditor committee and the judge to settle some cases immediately circumventing the usual bankruptcy procedure.

In the alternate, you may continue the resolution process under the normal bankruptcy rules and procedures by submitting the questionnaire if you have not already done so. Any future negotiated settlements will require an Order of Resolution, which will be filed with the court. The bankruptcy court, and in some cases the creditor committee, reserves the right of final approval of all settlements. Once the judge signs the Agreed Order, you will hold an allowed, pre-petition general unsecured claim against Winn-Dixie in their pending Chapter 11 case. **Please note that the settlement amount is not the amount you would receive on account of your claim. The amount you receive will depend on the approved plan of reorganization.**

The claimant will be fully responsible for payment of all medical costs and all liens. Winn-Dixie (the debtor) will not be responsible for any medical costs or liens.

Sincerely,

C. Everett Brooks
General Liability Examiner III

Exhibit "F"