**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT
TO ORDER AUTHORIZING REJECTION OF (I) NON-RESIDENTIAL REAL
PROPERTY LEASE THAT WAS ASSIGNED PREPETITION AND
(II) THE RELATED ASSIGNMENT AGREEMENT (STORE 1327)**

I, Adam S. Ravin, certify that on July 28, 2006, I caused to be served the Order Authorizing Rejection of (I) Non-Residential Real Property Lease That Was Assigned Prepetition and (II) The Related Assignment Agreement (Store 1327) [Docket No. 9621], by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: August 11, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By:  /s/  Adam S. Ravin
Adam S. Ravin
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

- and –

SMITH HULSEY & BUSEY

By:  /s/  Cynthia C. Jackson
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

1

**Exhibit A**

1997 PROPERTIES
PO BOX 55416
C/O ROGER P FRIOU
JACKSON, MS  39296

RICHARD BALL & ASSOCIATES
PO BOX 1054
MINERAL WELLS  TX  76067

STANLEY H. HATHORN, ESQ
7059 HIGHWAY 15 SOUTH
LOUISVILLE, MS 39339

FOLMAR & ASSOCIATES
PO BOX 16765
% DELTA SQUARE
MOBILE  AL  36616

BROOKSHIRE GROCERY COMPANY
RUSSELL COOPER
PO BOX 1411
TYLER, TX 75710

BROOKSHIRE GROCERY COMPANY
RUSSELL COOPER
PO BOX 1412
TYLER, TX 75711

LUCKEY MCDOWELL
BAKER BOTTS
2001 ROSS AVENUE
DALLAS, TX 75201-2980

TRIPLE V, INC.
ATTN:  EL VOWELL
403 S CHURCH STREET
LOUISVILLE, MS 39339

ROBERTS COMPANY, INC.
ATTN:  JEFF IVERSON
1612 ADELINE STREET
HATTIESBURG, MS 39401

RICHARD MONTAGUE
HIGHLAND BLUFF NORTH, SUITE 200
4450 OLD CANTON ROAD
POST OFFICE BOX 1970
JACKSON, MISSISSIPPI 39215-1970