**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT
TO DEBTORS' FIRST OMNIBUS MOTION FOR ORDER
AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES AND FIXING CURE AMOUNTS**

    I, David M. Turetsky, certify that on July 28, 2006 I caused to be served the Debtors' First Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts [Docket No. 9710] and related Notice of Hearing [Docket No. 9712], by having true and correct copies thereof sent to the parties listed in Exhibit A via first class mail, postage pre-paid.

Dated: August 11, 2006

                                      SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP

                                      By: /s/ *David M. Turetsky*
                                      David M. Turetsky
                                      Four Times Square
                                      New York, New York 10036
                                      (212) 735-3000
                                      (212) 735-2000 (facsimile)

                                        - and –

                                      SMITH HULSEY & BUSEY

                                      By: /s/ *Cynthia C. Jackson*
                                      Cynthia C. Jackson
                                      Florida Bar Number 498882
                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)

                                      Co-Counsel for Debtors

**Exhibit A**

(ALTA RX)- FIRST HEALTH RX
4300 COX ROAD GLEN ALLEN VA, 23060

AARP DISCOUNT CARD
13900 RIVERPORT DRIVE MARYLAND HEIGHTS MO, 63043

AARP DISCOUNT CARD (ESI)
13900 RIVERPORT DRIVE MARYLAND HEIGHTS MO, 63043

ACI WORLDWIDE INC.
330 SOUTH 108TH AVE. OMAHA NE, 68154

ACL SERVICES LTD
1550 ALBERNI STREET VANCOUVER BC, V6G 1A5

ACS STATE HEALTHCARE (FLORIDA MEDICAID)
2308 KILLEARN CENTER BOULEVARD SUITE 200 PROVIDER ENROLLMENT
TALLAHASSEE  FL, 32309

ACS STATE HEALTHCARE (MISSISSIPPI MEDICAID)
385B HIGHLAND COLONY PKWY SUITE 300 RIDGELAND MS, 39157

ADHERIS, INC.
400 WEST CUMMINGS PARK, STE. 3050 WOBURN  MA, 1801

ADVANCED PHARMACY CARE
911 NW 209TH AVENUE, SUITE 111 PEMBROKE PINES FL, 33029

ADVANCED RXCARE
1112 I STREET, SUITE 100 SACRAMENTO CA, 95814-9624

ADVANTRA XTRA
2211 SANDERS ROAD NORTHBROOK IL, 60062

AETNA HEALTH PLAN
151 FARMINGTON AVENUE HARTFORD CT, 6156

AETNA RX
151 FARMINGTON AVENUE HARTFORD CT, 06156

AGELITY
555 BROAD HOLLOW ROAD., SUITE 402 MELVILLE NY, 11747

ALABAMA DEPARTMENT OF PUBLIC HEALTH WIC PROGRAM
THE RSA TOWER, SUITE 1300 P.O. BOX 303017 MONTGOMERY, AL 36130 AL, 36130

ALABAMA MEDICAID
501 DEXTER AVENUE, P.O. BOX 5624 MONTGOMERY AL, 36103

ALABAMA POWER
600 N. 18TH STREET BIRMINGHAM AL, 35291

ALAGAP DATA SYSTEMS, INC
P.O. BOX 800107 LAGRANGE GA, 30240

ALASCRIPT
P.O. BOX 749 NORTHPORT AL, 35476

ALLEN SYSTEMS GROUP, INC.
1333 THIRD AVENUE S. NAPLES FL, 34102

ALLTEL COMMUNICATIONS
400 EAST BRYAN STREET DOUGLAS GA, 31533

ALPHA SCRIPT INC
6560 N SCOTTSDALE ROAD, SUITE G-216 SCOTTSDALE AZ, 85267-4999

ALUMINUM COMPANY OF AMERICA
1501 ALCOA BUILDING PITTSBURGH PA, 15219

AMERICAN EXPRESS
WORLD FINANCIAL CENTER NEW YORK NY, 10285

AMERICAN EXPRESS
4315 SOUTH 2700 WEST SALT LAKE CITY, UT 84184

AMERICAN EXPRESS
GENERAL COUNSEL, AMERICAN EXPRESS TOWER, 200 VESEY STREET NEW YORK, NY 10285-4900 ATTN: TRAVELERS CHEQUE COUNSEL

AMERICAN EXPRESS TRAVEL SERVICES COMPANY INC.
4315 SOUTH 2700 WEST SALT LAKE CITY UT, 84184

AMERICAN PROMOTIONAL EVENTS
4511 HELTON DR FLORENCE AL, 35630

AMERICA'S HEALTH CHOICE
1175 SOUTH U.S. HIGHWAY 1 VERO BEACH FL, 32962

AMNET
929 EAST MIAN AVENUE, SUITE 310 PUYALLUP WA, 98372

ANTHEM HEALTH PLAN (CMI)
1351 WILLIAM HOWARD TAFT ROAD CINCINNATI OH, 45206-1775

ANTHEM RX
1351 WILLIAM HOWARD TAFT ROAD CINCINNATI OH, 45206-1775

APPLIED DECISIONS USA
2801 S. FAIRFIELD AVE. SUITE B LOMBARD IL, 60148

APRISMA MANAGEMENT TECHNOLOGIES
273 CORPORATE DRIVE PORTMOUTH NH, 3801

APS- EAP
8403 COLESVILLE RD., SUITE 1600 ATTN: JOE HUFFMAN SILVER SPRINGS MD, 20910

APS- EAP
APS HEALTHCARE BETHESDA 6705 ROCKLEDGE DRIVE SUITE 200 BETHESDA, MD 20817-1850

ARGUS
1300 WASHINGTON STREET KANSAS CITY MO, 64105-1433

ARRINGTON GROUP
6413 ARRINGTON RD. RALEIGH NC, 27607

ASSOCIATED BRANDS, INC.
FORMERLY ONTARIO FOODS INC PO BOX 2739 BUFFALO NY, 14240

ASTUTE SOLUTIONS
2400 CORPORATE EXCHANGE DRIVE, SUITE 150  COLUMBUS OH, 43231

ATEB
4501 ATLANTIC AVE. SUITE 110 SUITE 110 RALEIGH NC, 27604

AV MED HEALTH PLAN OF FL
9400 S. DADELAND BOULEVARD MIAMI FL, 33156

AXSA
5806 BREKENRIDGE PARKWAY TAMPA FL, 33610

BARNARD SOFTWARE INC.
806 SILK OAK TERRACE LAKE MARY  FL, 32746

BC/BS OF ALABAMA
450 RIVERCHASE PARKWAY EAST BIRMINGHAM AL, 35298-0001

BC/BS OF CENTRAL NEW YORK
344 SOUTH WARREN STREET SYRACUSE NY, 13202

BC/BS OF CONNECTICUT
P.O. BOX 530 NORTH HAVEN CT, 06473-0530

BC/BS OF GEORGIA
3350 PEACHTREE ROAD ATLANTA GA, 30326

BC/BS OF MICHIGAN
600 LAFAYETTE EAST DETROIT MI, 48226

BC/BS OF MISSISSIPPI
P.O.BOX 3494 JACKSON MS, 39207-3494

BCBS OF OKLAHOMA
P.O. BOX 3283 TULSA OK, 74102-3283

BCBS OF WYOMING
7330 WOOLWORTH OMAHA NE, 68103-2228

BEA SYSTEMS
7074 COLLECTION CENTER DRIVE CHICAGO IL, 60693

BENEFIT ADMIN SYSTEMS
17475 JOVANNA DR, SUITE 1B HOMEWOOD IL, 60430

BENEFIT ADVANTAGE RX NETWORK
39155 S CARSON STREET, PBM 422 CARSON CITY NV, 89701

619627.02-New York Server 2A - MSW