

# EXHIBIT A

Form B10 (Official Form 10)(04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM FOR SPECIAL BAR DATE: November 30, 2005 at 5:00 p.m. Eastern Time | APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name __Winn Dixie Stores Inc__   Case No __05-03817-3F1__
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):**

Telephone No of Creditor __305-653-5555__

Creditor ID WDX-416219-BE-L1
WALLACE, CASSIE AARON
MARTIN L HOFFMAN ESQ
HOFFMAN, LARIN & AGNETTI, P.A.
909 N. MIAMI BEACH BLVD STE201
MIAMI FL 33162

Fax No of Creditor __305-940-00__

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE  05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 12450**

If an amount is identified above, you have a claim scheduled by the Debtor as shown  If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS  If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim  If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address**

Name __Richard Larin__

Company/Firm __Hoffman Larin & Agnetti PA__

Address __909 North Miami Beach Blvd__
__Suite 201 Miami, FL    33162__

Account or Other Number by Which Creditor Identifies Debtor:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case.

Check here if this claim
☐ replaces  ☐ amends    a previously filed claim, dated

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☐ Other
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below) Last four digits of SSN: _____ Unpaid compensation for services performed from _____ to _____ (date)      (date)

**2. Date debt was incurred.** __11/18/2004__

**3. If claim is based on a Court Judgment, date obtained** _____

**4. Total Amount of Claim at Time Case Filed.** $ __125,000__ $ _____ $ _____ $ _____
  (unsecured)      (secured)      (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral  $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever earlier – 11 U S C  § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or service for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, please  If the documents are voluminous, attach a summary

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is for Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| __11/9/05__ | Print __Richard Larin__  Title __Attorney at Law__ Signature __Richard Larin__ |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM<br>FOR SPECIAL BAR<br>DATE: November 30,<br>2005 at 5:00 p.m.<br>Eastern Time | APPLICABLE ONLY TO CERTAIN<br>SUBSEQUENTLY IDENTIFIED<br>POTENTIAL CLAIMANTS |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name  Winn Dixie Supermarkets Inc  Case No 05-03840-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

DEBTOR  WINN - DIXIE STORES, INC
US BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE  05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 12451**

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

Creditor ID  WDX-416219-BE-L1
WALLACE, CASSIE AARON
MARTIN L HOFFMAN ESQ
HOFFMAN, LARIN & AGNETTI, P.A.
909 N  MIAMI BEACH BLVD STE201
MIAMI FL 33162

305-653-5555
Telephone No of Creditor

305-940-0090
Fax No of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address

Name  Richard Larin
Company/Firm  Hoffman Larin & Agnetti PA
Address  909 North Miami Beach Blvd
Suite 201 Miami, FL 33162

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim  If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim
☐ replaces  ☐ amends  a previously filed claim, dated

| 1. Basis for Claim | |
|---|---|
| ☐ Goods sold to debtor(s) | ☐ Taxes |
| ☐ Services performed for debtor(s) | ☐ Severance agreement |
| ☐ Goods purchased from debtor(s) | ☐ Refund |
| ☐ Money loaned | ☐ Real property lease |
| ☐ Personal injury/property damage | ☐ Personal property lease |
| ☐ Other | ☐ Other contract |

☐ Retiree benefits as defined in 11 U S C §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN
Unpaid compensation for services performed from
(date) to (date)

2. Date debt was incurred.  11/18/2004

3. If claim is based on a Court Judgment, date obtained.

4. Total Amount of Claim at Time Case Filed:  $ 8125,000 $ _____ (unsecured)  $ _____ (secured)  $ _____ (priority)  $ _____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

6. Unsecured Nonpriority Claim $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925,* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225** of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 11/4/05 | Print  Richard Larin  Title  Attorney at Law<br>Signature |

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

# EXHIBIT B



12/08/2004

Diversified Maintenance
5110 Eisenhower Blvd
Suite 25
Tampa, Fl. 33634

Re:     Date of Incident: 11/18/2007
        Incident Number: A411216614

        Location:           Winn-Dixie Stores, Inc.- #0228
                            277 s. Pompano Parkway
                            Pompano Beach, Fl. 33069
                            954-974-1263

        Customer:           Cassie Aaron
                            1021 NW 23rd Terrace
                            Pompano Beach, Fl. 33069
                            954-971-6217

Dear Diversified Maintenance:

We have been informed of a claim involving the above-mentioned customer.

Ms. Aaron went into Winn-Dixie on 11/18/2004 to do some shopping. Ms. Aaron got her
cart and went to aisle 9 and slipped in some water. Ms. Aaron fell to the floor injuring
her back and her bottom. There were no wet signs down to advise the floor was wet. Ms.
Aaron stated that it appeared that someone was cleaning the floor and leaving water
behind. Per manager Walter, a cleaning associate from Diversified Maintenance was
cleaning the floor and the machine was leaving water behind. Ms. Aaron was not
transported to the hospital by EMS. No pictures were taken on the area. Ms. Aaron
stated she went home and took some pain medication because her legs were hurting. Ms.
Aaron stated she went to Emperor Hospital later for treatment. Ms. Aaron is asking for
her medical bills to be paid.

I do thank you for your prompt attention to this matter. If you are in need of any further
information or if I can be of any further assistance, please feel free to call me at 1-866-
202-2847.



Sincerely,

Carla Blackmon
Risk Management

Cc:    Cassie Aaron



# EXHIBIT C