# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

December 9, 2005

Martin L Hoffman Esq
Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd Ste201
Miami, FL 33162

RE:     Claimant:   Cassie Aaron Wallace
        Claim #:    A411216614-0001-01
        Proof of Claim No.: 12450 & 12451
        Incident Date: 11/18/2004
        Entity:     Winn-Dixie Stores, Inc.
        Location: Winn-Dixie #0228
                277 S. Pompano Pkwy  Pompano Beach, FL

Dear Martin L Hoffman Esq:

The following constitutes Winn-Dixie's response to the Proof of Claim and/or the questionnaire you submitted on your client's behalf.

The demand has not been accepted in its entirety for the following reasons: No Liability. We have tendered this claim to:
Diversified Maintenance
5110 Eisenhower Blvd. Ste 250
Tampa, FL 33634
800-351-1557

You have the right to submit a reply by January 15, 2006.

Sincerely,

Kelly Sullivan
General Liability Examiner II

# EXHIBIT D

# LAW OFFICES
# HOFFMAN, LARIN AND AGNETTI, P.A.

JOHN B. AGNETTI
MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR
DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR
ALEX RIVERO

OF COUNSEL
RUBEN N. GOTLIEB
HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY
RICHARD L. LARIN
LUCY MORILLO

NORTH MIAMI BEACH OFFICE
909 NORTH MIAMI BEACH BOULEVARD
SUITE 201
MIAMI, FLORIDA 33162-3712

TELEPHONE (305) 653-5555
FAX (305) 940-0090

PLEASE REPLY TO:
NORTH MIAMI BEACH OFFICE

WWW.HLALAW.COM

BROWARD COUNTY OFFICE
1900 W. COMMERCIAL BLVD.
SUITE 100
FORT LAUDERDALE, FL 33309
(954) 764-2388

MONROE COUNTY OFFICES
81641 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036

422 FLEMING STREET
KEY WEST, FL 33040
(800) 803-5555

January 9, 2006

**SENT CERTIFIED, FEDERAL EXPRESS AND REGULAR MAIL**
7003   0500   0002   7711   3831

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254
Attention: Jay F. Castle

Smith, Hulsey, & Busey, PA.
225 Water Street
Jacksonville, FL 32202
Attention: James H. Post, Esq.
7003-0500-0002-7711-4913

Sedgwick
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, FL 32241-4787
Attention: Kelly Sullivan
7003-0500-0002-7711-4920

RE:   **CLAIMANT'S REPLY REQUESTING MEDIATION PURSUANT TO SECTIONS (3) (C) AND (5) OF THE WINN-DIXIE CLAIMS RESOLUTION PROCEDURE**

*Our Client:*       *Cassie Aaron Wallace*
*Claim No:*         A411216614-0001-01
*Proof of claim No:* 12450 & 12451
*D/A:*              11/18/2004
*Entity:*           *Winn-Dixie Stores, Inc*
*Location*          *Winn-Dixie #0228*
                    *277 S. Pompano Parkway, Pompano Beach, FL*

To whom it may concern:

This letter shall constitute the above-named Claimant's Reply, Requesting Mediation, of her Claim pursuant to Sections (3) (C) and (5) of the Winn-Dixie Claims Resolution Procedure. Pursuant to Section (5), if you consent to Mediation, please submit your Referral Notice to the Mediation Organization. If you do not consent to Mediation, please advise us immediately.

For reference purposes, enclosed herewith are the questionnaire and the Response relating to the Claim.

It would be appreciated, if you do consent to Mediation, that this claim be referred to the same Mediation Organization as **Sabrina Rodriguez, claim # A411210611-0001-01, Hilda Alverez, claim # A511205747, Felicia Patterson, claim # A411206899, and Betty Lee claim # A411211972-0001-01** to facilitate coordination of the scheduling, if possible, of all mediations in which the undersigned firm represents the claimant at the same time and place.

Thank you for your attention.

Very truly yours,

HOFFMAN, LARIN & AGNETTI, P.A.

David L. Perkins
For the Firm

DP/mp
Enclosures



## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

December 9, 2005

Martin L Hoffman Esq
Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd Ste 201
Miami, FL 33162

RE:  Claimant:     Cassie Aaron Wallace
     Claim #:      A411216614-0001-01
     Proof of Claim No.: 12450 & 12451
     Incident Date: 11/18/2004
     Entity:       Winn-Dixie Stores, Inc.
     Location: Winn-Dixie #0228
               277 S. Pompano Pkwy Pompano Beach, FL

Dear Martin L Hoffman Esq:

The following constitutes Winn-Dixie's response to the Proof of Claim and/or the questionnaire you submitted on your client's behalf.

The demand has not been accepted in its entirety for the following reasons: No Liability. We have tendered this claim to:
Diversified Maintenance
5110 Eisenhower Blvd. Ste 250
Tampa, FL 33634
800-351-1557

You have the right to submit a reply by January 15, 2006.

Sincerely,

Kelly Sullivan
General Liability Examiner II

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Sedgwick |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7003 0500 0002 7711 4920

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Smith Hulsey & Busey |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7003 0500 0002 7711 4913

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | Cassie A. Wallace |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7003 0500 0002 7711 3831

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions



# EXHIBIT E