

## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

January 13, 2006

Martin L Hoffman Esq
Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd Ste201
Miami, FL  33162

RE:        Claimant:     Cassie Aaron Wallace
           Claim #:      A411216614-0001-01
           Proof of Claim No.:12451 & 12450
           Incident Date: 11/18/2004
           Entity:       Winn-Dixie Stores, Inc.
           Location: Winn-Dixie #0228
                      277 S. Pompano Pkwy  Pompano Beach, FL

Dear Martin L Hoffman Esq:

Thank you for your letter requesting mediation/arbitration.

The claims resolution procedure does not require either Winn-Dixie or the claimant
to participate in mediation or arbitration as stated on page five (5) under section 5 -
Mediation Procedure.  It states "a litigation claim **may be referred** to mediation as
provided for in Sections 3 and 4 of this Claims Resolution Procedure."

The 15 day time limit to refer the claim to mediation/arbitration **only applies** after
both parties have agreed to mediation or arbitration.

Winn-Dixie does not wish to participate in mediation or arbitration at this time but
may at a future date. **We are ready to discuss any aspect of your client's claim in
order to reach a possible resolution.**

My direct line is 904-419-

Sincerely,

Kelly Sullivan
General Liability Examiner II

# EXHIBIT F

LAW OFFICES

# HOFFMAN, LARIN AND AGNETTI, P.A.

JOHN B. AGNETTI

MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR

DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR

ALEX RIVERO

TORRENCE R. PHILLIPS
———

OF COUNSEL

RUBEN N. GOTLIEB

HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY

RICHARD L. LARIN

LUCY MORILLO

NORTH MIAMI BEACH OFFICE
909 NORTH MIAMI BEACH BOULEVARD
SUITE 201

**MIAMI, FLORIDA 33162-3712**

TELEPHONE (305) 653-5555
FAX (305) 940-0090
———

**PLEASE REPLY TO:**
**NORTH MIAMI BEACH OFFICE**
———

**WWW.HLALAW.COM**

BROWARD COUNTY OFFICE

1451 W. CYPRESS CREEK ROAD
SUITE 300
FORT LAUDERDALE, FL 33309
(954) 958-0314
FAX (954) 958-0315
———

MONROE COUNTY OFFICES

81641 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036
———

422 FLEMING STREET
KEY WEST, FL 33040
(800) 803-5555

April 27, 2006

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, New jersey 07043

| | | |
|---|---|---|
| *RE:* | *Our Client:* | *Cassie Aaron Wallace* |
| | *Your Insured:* | *Winn-Dixie Store, Inc.* |
| | *Case No.:* | *05-03817-3F1* |
| | *D/A:* | *11/18/2004* |

Dear Sir/madame:

Enclosed, please find the Questionnaire for Litigation Claimants fully executed by Ms. Wallace.

Very truly yours,

**HOFFMAN, LARIN & AGNETTI, P.A.**

Marie Parris
Paralegal for the Pre-Lit Dept.

mp/