## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) __11-16-47__

2. Date of injury or claim: (MM/DD/YY) _____

3. What is the basis of your claim? __Fell in store (windixie)__

4. What is the total amount of your claim? (Please estimate if necessary). __$500.00__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. _____

7. Are you pursuing this claim against any other party? Yes ☑   No ☐
If so, against whom (list the name, the addresses and counsel for each party, if known)? _____

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes ☐   No ☑

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. __NO__

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) Low back dic

11. Where did the injury or damage occur? Lower back, left leg

Please specify the location and address.

12. How did the injury or damage occur? When fell

13. Did you miss any work as a result of your injury or damage? If so, how many days? NO

14. Give the name and address of your employer and your salary at the time of your injury or damage.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☑
    (If yes, provide the name and address of the doctor that is currently treating you
    and the nature of the treatment.) _____
    _____
    _____

18. If applicable, please provide the following Physician Data:

    a. Give the name and address of any physician, clinic or hospitals that has treated this injury.
       Include treatment dates. (Attach additional sheets if necessary)
       *Imperial Point Hospital*
       _____
       _____
       _____
       _____

    b. Itemize all damages you claim, including any damages for emotional distress,
       loss of consortium or pain and suffering. _____
       _____
       _____
       _____
       _____

    c. Give the total amount of the medical bills you incurred as a result of your claim. _____
       _____
       _____
       _____

    d. Attach medical and hospital records which relate to your claim.

    e. Itemize any other expenses you incurred as a result of the incident for which you are making a
       claim. _____
       _____
       _____
       _____
       _____

    f. Give a list of medical expenses and amounts paid by your insurance company as a result of your
       injury. _____
       _____
       _____
       _____

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

g. Give the name, address and policy number of your insurance company. _____
_____
_____
_____

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a. Itemize the damages you claim. _____
_____
_____
_____
_____

b. Give the total amount of each item of damage. _____
_____
_____

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** 1500.00
_____
_____
_____
_____

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| WDX-416219-Q2-L1<br>WALLACE, CASSIE AARON<br>C/O HOFFMAN LARIN & AGNETTI, PA<br>ATTN RICHARD LARIN, ESQ.<br>909 N MIAMI BEACH BLVD, STE 201<br>MIAMI FL 33162 | Name: Cassie Aaron<br>Address: _____<br>City/State/Zip: Pom, Fla, 33060<br>Phone: 954-822-2499<br>Fax _____<br>Email Address: _____ |

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 4-7-06                            *Cassie Wallace*
                                        Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) _____

Address _____

City/State/Zip _____

Relationship to Claimant _____

Phone Number _____

Fax Number _____

Email Address _____

## PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY THE QUESTIONNAIRE DUE DATE, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received by the Questionnaire Due Date at the following address:

> Logan & Company, Inc.
> Claims Agent
> 546 Valley Road
> Upper Montclair
> New Jersey 07043

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*