# EXHIBIT G



**Sedgwick**

Sedgwick Claims Management Services, Inc.
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904 419-5300   Facsimile 904 419-5365/5359

May 8, 2006

Hoffman, Larin & Agnetti, P.A.
Martin L Hoffman Esq
909 N. Miami Beach Blvd Ste201
Miami, FL 33162

Re:   Claim Number:      A411216614
      Claimant Name:     Cassie Wallace
      POC Number:        12450

Dear Martin L Hoffman Esq,

   I am writing you to inform you and your client of some important changes to the claims resolution process that pertain to the settlement of Winn Dixie bankruptcy claims.

   An amended claims resolution procedure has been approved by Judge Jerry A. Funk in the United States Bankruptcy Court Middle District of Florida Jacksonville Division.  The <u>first important change</u> is that **mediation is a prerequisite to the filing of motions for relief from the automatic stay in order to liquidate claims in other forums.**  <u>This does not mean that mediation is required to settle the claim</u> but it is mandatory before any attempt is made to lift the stay and attempt to litigate the claim in state court.

   It is our desire to make a good faith effort to settle every meritorious claim in a good faith manner.  The <u>second important change</u> is that total amount of cash available to settle claims on a de minimis (cash) basis has been raised.  The initial sum of money granted for such cash settlements was about to be exhausted so the court agreed to raise the aggregate amount available from $1.5 million to $2.5 million.  This is a limited amount of funding and will not be available when the aggregate amount of $2.5 million has been exhausted.  The de minimis (cash) settlement option is available subject to the following restrictions in that any proposed settlement payment cannot be more than "the lesser of either (a) 50% of any reserve established by the Debtors for the claims prior to September 1, 2005 or (b) $5,000.00."  Claims settled on a de minimis basis can be paid out promptly and at 100 cents on the dollar.

We encourage you to communicate with us about the claim. If you do not choose to settle on a de minimis (cash) basis then the only other option is to settle your client's claim on an allowed general unsecured non-priority basis. The order states that, "all such settlements shall be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases."

A confirmed reorganization plan(s) is not in place at this point. The amount, percentage, or method of the ultimate payout to holders of allowed unsecured non-priority claims in this case will not be known until a confirmed plan is in place, the date of which is uncertain.

<u>Please note, however, our evaluation of your claim will not be subject to any anticipated payout on your claim. Regardless of the amount, percentage or method of the ultimate payout in the confirmed plan, we will not agree to settle any claim for an amount that is above the objective settlement value of such claim. Any attempt to increase the value of any claim due to an expected pay-out for allowed general unsecured claims of less than 100 cents on the dollar will be denied.</u>

Those claims that are litigated to a judgment will be paid out in accordance with the confirmed plan(s) of reorganization. At no point in the future will your client's claim be paid at 100 cents on the dollar except for currently available de minimis funds. Your client's claim will always be subject to the jurisdiction of the bankruptcy court.

We look forward to working with you and encourage you to contact the examiner handling this claim as soon as possible. At some point in this process an Omnibus Objection will be entered with the court, and the judge will be asked to disallow all claims that have not been settled. For this reason we ask that you communicate with us for discussions about the possible settlement of your client's claim.

If you have any questions, please call me at 904/419-6716.


Sincerely,

*Kelly Sullivan*
General Liability Examiner II

# EXHIBIT H



**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365
ext- 5311

June 24, 2005

Martin L Hoffman Esq
Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd Ste201
Miami, FL   33162

| RE: | Claimant: | Cassie Aaron |
| --- | --- | --- |
|  | Date of Injury: | 11/18/2004 |
|  | Location: | Winn Dixie # 0228 |
|  |  | 277 S. Pompano Pkwy |
|  |  | Pompano Beach, FL 33069 |
|  | Division: | Retail Grocery Store-Miami Division |
|  | Claim Number: | A411216614-0001-01 |

Dear Martin L Hoffman Esq:

Sedgwick Claims Management Services, Inc. is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide a status as to Cassie Aaron's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. **Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability.** Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Please be advised that Winn-Dixie Stores, Inc., and its subsidiaries, filed for reorganization under Chapter 11 in the United States Bankruptcy Court, Southern District of New York, on February 21, 2005. At this time, we do not have any additional details regarding Winn-Dixie's bankruptcy filing. All claims with dates of loss prior to 12:01 AM EST February 21, 2005 are stayed due to the bankruptcy filing. We are awaiting direction from the client and the court on how to proceed with the management of these claims. As soon as we have this direction, we will be notifying the appropriate parties.

If you have any questions feel free to contact me directly at 904-419-5311.

Sincerely,

Felicia Crooms
General Liability Examiner II

Encl.

**Obtaining the medical & wage information is for the purpose of evaluating this claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**