# EXHIBIT 3

# LAW OFFICES
# HOFFMAN, LARIN AND AGNETTI, P.A.

JOHN B. AGNETTI
MARTIN L. HOFFMAN
ALSO MEMBER NEW YORK BAR
DAVID L. PERKINS
ALSO MEMBER NEW YORK BAR
ALEX RIVERO
TORRENCE R. PHILLIPS

OF COUNSEL
RUBEN N. GOTLIEB
HAROLD M. HOFFMAN
MEMBER NEW YORK AND
NEW JERSEY BAR ONLY
RICHARD L. LARIN
LUCY MORILLO

NORTH MIAMI BEACH OFFICE
909 NORTH MIAMI BEACH BOULEVARD
SUITE 201
MIAMI, FLORIDA 33162-3712

TELEPHONE (305) 653-5555
FAX (305) 940-0090

PLEASE REPLY TO:
NORTH MIAMI BEACH OFFICE

WWW.HLALAW.COM

BROWARD COUNTY OFFICE
1451 W. CYPRESS CREEK ROAD
SUITE 300
FORT LAUDERDALE, FL 33309
(954) 958-0314
FAX (954) 958-0315

MONROE COUNTY OFFICES
81641 OVERSEAS HIGHWAY
ISLAMORADA, FL 33036

422 FLEMING STREET
KEY WEST, FL 33040
(800) 803-5555

April 27, 2006

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, New jersey 07043

RE:       Our Client:      Cassie Aaron Wallace
          Your Insured:    Winn-Dixie Store, Inc.
          Case No.:        05-03817-3F1
          D/A:             11/18/2004

Dear Sir/madame:

Enclosed, please find the Questionnaire for Litigation Claimants fully executed by Ms. Wallace.

Very truly yours,

HOFFMAN, LARIN & AGNETTI, P.A.

Marie Parris
Paralegal for the Pre-Lit Dept.

mp/

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

　　　　　　　　　Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

### WARNING:

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED WITHIN 30 DAYS OF THE POSTMARK DATE ON THE ENVELOPE IN WHICH THIS QUESTIONNAIRE WAS MAILED TO YOU (THE "QUESTIONNAIRE DUE DATE"), THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

　　　According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received by the Questionnaire Due Date.

**Action Required by You**

　　　1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

　　　2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

　　　3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

　　　(a)　　fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

　　　(b)　　return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than the Questionnaire Due Date, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

WDX-416219-Q2-L1
WALLACE, CASSIE AARON
C/O HOFFMAN LARIN & AGNETTI, PA
ATTN RICHARD LARIN, ESQ.
909 N MIAMI BEACH BLVD, STE 201
MIAMI FL 33162

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) __11-16-47__

2. Date of injury or claim: (MM/DD/YY) _____

3. What is the basis of your claim? __Fell in store (Windixie)__

4. What is the total amount of your claim? (Please estimate if necessary). __$500.00__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. _____

7. Are you pursuing this claim against any other party? Yes ☑   No ☐
If so, against whom (list the name, the addresses and counsel for each party, if known)? _____

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes ☐   No ☑

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. __NO__

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form