10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)

Low brier dic

11. Where did the injury or damage occur? Lower brier, Left Leg

Please specify the location and address.

12. How did the injury or damage occur? When fell

13. Did you miss any work as a result of your injury or damage? If so, how many days? NO

14. Give the name and address of your employer and your salary at the time of your injury or damage.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)
if you have any questions about this form

17. If applicable, are treatments still being given for the injury or damages? Yes ☐  No ☑
(If yes, provide the name and address of the doctor that is currently treating you
and the nature of the treatment.)_____

_____

_____

18. If applicable, please provide the following Physician Data:

    a.   Give the name and address of any physician, clinic or hospitals that has treated this injury.
Include treatment dates. (Attach additional sheets if necessary)
Imperial Point Hospital_____

_____

_____

_____

    b.   Itemize all damages you claim, including any damages for emotional distress,
loss of consortium or pain and suffering._____

_____

_____

_____

    c.   Give the total amount of the medical bills you incurred as a result of your claim. _____

_____

_____

    d.   Attach medical and hospital records which relate to your claim.

    e.   Itemize any other expenses you incurred as a result of the incident for which you are making a
claim._____

_____

_____

_____

    f.   Give a list of medical expenses and amounts paid by your insurance company as a result of your
injury._____

_____

_____

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

g.  Give the name, address and policy number of your insurance company._____

_____

_____

_____

19.  To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.  Itemize the damages you claim._____

_____

_____

_____

_____

b.  Give the total amount of each item of damage._____

_____

_____

20.  **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** 1500.00

_____

_____

_____

_____

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| WDX-416219-Q2-L1<br>WALLACE, CASSIE AARON<br>C/O HOFFMAN LARIN & AGNETTI, PA<br>ATTN RICHARD LARIN, ESQ.<br>909 N MIAMI BEACH BLVD, STE 201<br>MIAMI FL 33162 | Name: Cassie Aaro<br>Address:_____<br>City/State/Zip: Pom, Fla, 33060<br>Phone: 954 - 822 - 2499<br>Fax _____<br>Email<br>Address: _____ |

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

  I declare under penalty of perjury that the foregoing statements are correct.

DATE: 4-7-06       _Cassie Wallace_
                Claimant's Signature

  Please recheck each of your answers to be sure that you have completed this form fully and accurately.

## NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)_____

Address_____

City/State/Zip_____

Relationship to Claimant_____

Phone Number_____

Fax Number_____

Email Address_____

## PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY THE QUESTIONNAIRE DUE DATE, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

  A Questionnaire will not be deemed to have been timely returned unless received by the Questionnaire Due Date at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

WDX-416219-Q2-L1-WALLACE, CASSIE AARON

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*