**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

WINN DIXIE STORES, INC., et al.,              Case No. 3:05-bk-03817-3F1

    Debtor.                                                   Chapter 11 – Jointly Administered

_____/

**RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED**
**LITIGATION CLAIM (CLAIM NO. 12847 – ALMA V. GOODRICH)**

COMES NOW the Claimant, ALMA V. GOODRICH, by undersigned counsel, and hereby responds to the Debtors' Omnibus Objection to Unresolved Litigation Claims, and would show:

1. ALMA V. GOODRICH ("GOODRICH") filed a Proof of Claim for personal injuries in the amount of $75,000. This claim has been assigned Claim No. 12847 by the Debtors.

2. The Debtors have filed an Objection to the GOODRICH claim.

3. GOODRICH opposes the Objection and proposed disallowance of her claim.

4. The undersigned has been discussing resolution of this claim with counsel for the Debtors, as well as the Debtors' Claims Agent.

5. GOODRICH filed the claim after the claims bar date. GOODRICH has filed a Motion pursuant to Rule 9006 and other applicable law requesting the Court deem the claim to be timely filed. Counsel for the Debtors has agreed to abate this Motion while the parties discuss resolving the claim.

6. The GOODRICH claim also is subject to a small Medicare lien. The undersigned has been advised that counsel for the Debtors is working to implement a procedure to resolve personal injury claims which have Medicare liens.

7. Counsel for the Debtors has advised he has no objection to continuing the preliminary hearing set for August 24, 2006.

8. The undersigned requests the Court to defer ruling on the pending Objection to a later date.

    /s/ Dennis J. LeVine, Esq.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
DENNIS LeVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, FL 33601-0707
(813) 253-0777 (phone)
(813) 253-0975 (fax)
Attorneys for GOODRICH

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing with all attachments was furnished either by electronic or standard mail to the parties listed below on this  11th  day of August, 2006.

    /s/ Dennis J. LeVine, Esq.
DENNIS J. LEVINE, ESQ.

Tana Copeland, Esq.
225 Water Street, Suite 1800
Jacksonville, FL 32202

James H. Post, Esq.
225 Water Street, Suite 1800
Jacksonville, FL  32202