UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                          Case No. 05-03817-3F1
                                                                                Chapter 11
WINN-DIXIE STORES, INC., et al.,                                                Jointly Administered
                                                                                Creditor: Hilda Alvarez
Debtors.                                                                        Creditor No. WDX-410401-L1
_____/                                                 Claims No. 7427 AND 7428

## HILDA ALVAREZ' MOTION TO WITHDRAW CLAIMS

COMES NOW CREDITOR HILDA ALVAREZ and files this MOTION TO WITHDRAW CLAIMS and states as follows:

1. **BACKGROUND:**

   A. HILDA ALVAREZ filed two timely claims for damages (Claims No. 7427 and 7428), arising from a *post petition* slip and fall accident on 5/9/05, against WINN DIXIE STORES INC and WINN DIXIE SUPERMARKETS INC. (Ex. 1). The claims were filed against different debtors since HILDA ALVAREZ was uncertain which one was the correct defendant.

   B. Debtors filed OMNIBUS OBJECTIONS to both claims arguing that the claims were not timely and not supported by sufficient documentation.

   C. These claims were timely filed on July 21, 2005 (Ex. 3) before the bar date and are supported by legally sufficient documentation. (Ex. 4).

   D. On August 8, 2006, the undersigned counsel received a letter dated August 4, 2006 from SEDGWICK claims confirming in writing for the first time that HILDA ALVAREZ' claims are not subject to the bankruptcy reorganization plan in that they arose from an accident occurring on May 9, 2005. (Ex. 2). The letter continued that the claims "...would be treated as business as usual subject only to the tort laws of the State of Florida and not governed by WINN DIXIE'S reorganization plan."

   E. Given the written confirmation of the DEBTOR'S claims agent that HILDA ALVAREZ' claims are not subject to the bankruptcy reorganization, she now

moves for an order permitting the withdrawal of these two claims and providing that the ultimate confirmation and discharge in this proceeding shall not bar her claim against the Debtors.

2. **SINCE THIS CLAIM AROSE STRICTLY FROM DEBTORS' POST PETITION CONDUCT, WITHDRAWAL OF THE CLAIMS SHOULD BE GRANTED AND CONFIRMATION SHOULD NOT DISCHARGE THESE CLAIMS IN ANY MANNER.**

   *See Epstein v. Official Comm. of Unsecured Creditors of the Estate of Piper Aircraft Corp.* 58 F.3d 1573 (11th Cir. 1995).

3. **IN THE ALTERNATIVE TO HER MOTION, HILDA ALVAREZ HAS PROVIDED A SEPARATE RESPONSE TO DEBTORS' OMNIBUS OBJECTIONS SHOWING THAT THE CLAIMS WERE FILED BEFORE THE BAR DATE AND THE CLAIMS ARE SUPPORTED BY LEGALLY SUFFICIENT DOCUMENTATION**

   WHEREFORE, HILDA ALVAREZ moves this Honorable Court for an order granting withdrawal of these claims on the basis that they arose solely from post petition conduct and as such should not be barred or discharged by this proceeding. Alternatively, pursuant to her separate RESPONSE to OMNIBUS OBJECTIONS, these claims were timely filed, the supporting documentation is legally sufficient and DEBTORS' omnibus motion should be denied.

## CERTIFICATE OF SERVICE

I hereby certify that a true and copy was served on Smith, Hulsey & Busey, Attn: Tana Copeland, 225 Water St., Suite 1800, Jacksonville, Fla., 32202, via email tcopeland@smithhulsey.com, and via facsimile sent to 904-359-7707 and Counsel To The Creditors' Committee: Dennis Dunne, Esq., Millbank, Tweed, Handley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005-1413 via facsimile and U.S. mail this _____ day of August, 2006.

Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd.
Suite 201
Miami, FL 33162
(305) 653-5555
Attorneys for HILDA ALVAREZ

David L. Perkins
Florida Bar # 264911

Torrence R. Phillips
Florida Bar # 0017747

# EXHIBIT 1

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 (Jointly Administered) | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PR CLAIM IS: AUGUST 1, 2005 A EASTERN TIME |

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name __Winn Dixie Stores, Inc.__   Case No __05-03817-3F1__

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | 305 653-5555 Telephone No of Creditor |  |
|---|---|---|
| 410401 Alvarez, Hilda c/o John B. Agnetti, Esq. Hoffman, Larin & Agnetti, P.A. 909 North Miami Beach, Blvd #201 North Miami Beach, Fl 33162 | 305 940-0090 Fax No of Creditor (If your address has changed or is incorrect as it appears in Item A, please provide corrections) | DEBTOR WINN-DIXIE STORES, INC US BANKRUPTCY COURT M D-FLORIDA JOINTLY ADMINISTERED UNDER CASE 05-03817 (3F1) CHAPTER 11 **CLAIM NO.: 7427** |

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name _____
Company/Firm _____
Address _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

Account or Other Number by Which Creditor Identifies Debtor _____
Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☒ Personal injury/property damage
- ☐ Other _____
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below) Last four digits of SSN: _____ Unpaid compensation for services performed from _____ to _____ (date) (date)

**2. Date debt was incurred:** 5/9/2005

**3. If claim is based on a Court Judgment, date obtained.**

**4. Total Amount of Claim at Time Case Filed:** $ 80,000.00 (unsecured)   $_____ (secured)   $_____ (priority)   $ 80,000.0 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of Collateral
☐ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days the bankruptcy petition or cessation of the debtor's business, whichever 11 U.S.C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U.S.C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property personal, family, or household use – 11 U.S.C § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or 11 U.S.C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U.S.C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter cases commenced on or after the date of adjustment

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: Print __John B. Agnetti__   Title __Attorney__ Signature _____ |

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PR CLAIM IS: AUGUST 1, 2005 A EASTERN TIME |

Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered

**Name of Debtor Against Which You Assert Your Claim:**
Debtor Name: Winn Dixie Supermarkets, Inc    Case No. 05-03840-3F1
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

Alvarez, Hilda    410401
c/o John B. Agnetti, Esq.
Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach, Blvd #201
North Miami Beach, Fl 33162

Telephone No. of Creditor: 305 653 5555
Fax No. of Creditor: 305 940 0090

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR WINN - DIXIE STORES, INC
BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 7428**

**B.** Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address

Name:
Company/Firm:
Address:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim ☐ replaces  ☐ amends  a previously filed claim, dated.

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____ (date)(date)

**2. Date debt was incurred:** 5/9/2005

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$80,000.00 (unsecured)    $ (secured)    $ (priority)    $80,000.00 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter cases commenced on or after the date of adjustment

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: John B. Agnetti    Title: Attorney
Signature: /s/ John B. Agnetti

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.