

EXHIBIT 2



# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

August 4, 2006

VIA FACSIMILE AND VIA REGULAR MAIL

Mr. David Perkins
Hoffman, Larin & Agnetti, P.A.
909 N. Miami Beach Blvd Ste201
Miami, FL 33162

RE:   Claimant: Hilda Alvarez
      Claim #: A511205747-0001-01
      Date of Accident: 05/09/2005
      Division: Retail Grocery Store-Miami Division
      Location: Winn-Dixie #0251
               3275 S.W. 22Nd Street Miami, FL

Dear Mr. Perkins:

This will confirm our telephone conversation this afternoon concerning the referenced matter. This claim occurred on May 9 2005 according to our records. That date is after the bankruptcy petition date of February 21, 2005 and therefore is not subject to the bankruptcy reorganization plan.

This matter would be treated as "business as usual", subject to only to the tort laws of the State of Florida, and is not governed by Winn Dixie's reorganization plan.

Sincerely,

Gary Furman
Claims Examiner III


# EXHIBIT 3



LAW OFFICES

## HOFFMAN, LARIN AND AGNETTI, P.A.

| | | |
|---|---|---|
| JOHN B. AGNETTI<br>MARTIN L. HOFFMAN<br>ALSO MEMBER NEW YORK BAR<br>DAVID L. PERKINS<br>ALSO MEMBER NEW YORK BAR<br>ALEX RIVERO<br>——<br>OF COUNSEL<br>RUBEN N. GOTLIEB<br>HAROLD M. HOFFMAN<br>MEMBER NEW YORK AND<br>NEW JERSEY BAR ONLY<br>RICHARD L. LARIN<br>LUCY MORILLO | NORTH MIAMI BEACH OFFICE<br>909 NORTH MIAMI BEACH BOULEVARD<br>SUITE 201<br>MIAMI, FLORIDA 33162-3712<br><br>TELEPHONE (305) 653-5555<br>FAX (305) 940-0090<br><br>PLEASE REPLY TO:<br>NORTH MIAMI BEACH OFFICE<br><br>WWW.HLALAW.COM | BROWARD COUNTY OFFICE<br>1900 W. COMMERCIAL BLVD.<br>SUITE 100<br>FORT LAUDERDALE, FL 33309<br>(954) 764-2388<br><br>MONROE COUNTY OFFICES<br>81641 OVERSEAS HIGHWAY<br>ISLAMORADA, FL 33036<br><br>422 FLEMING STREET<br>KEY WEST, FL 33040<br>(800) 803-5555 |

October 31, 2005

**VIA FACSIMILE (904) 359-7708**

Mr. Jim Post, Partner, Smith Halsey

RE: Winn Dixie Stores, Inc., November 1, 2005 (Questionnaire Compliance)
Betty Lee
Sabrina Rodriguez
Hilda Alvarez
Felicia Patterson

Dear Mr. Post:

This is to confirm that our firm is handling a number of personal injury cases against Winn Dixie Stores, Inc., and that our office has been without power for over a week. We have, therefore, been unable to contact our clients to complete the forms timely.

You have advised me that you are giving an extension for a reasonable time to submit all the questionnaires for all of our clients to you. We will get them to you as quickly as possible.

Sincerely,

HOFFMAN, LARIN & AGNETTI, P.A.

Richard L. Larin
For the Firm

RLL/ss

# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

    1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

    2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

    3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



Creditor No.: 410401
ALVAREZ, HILDA
C/O HOFFMAN LARIN & AGNETTI, PA
ATTN JOHN B AGNETTI, ESQ
909 NORTH MIAMI BEACH BLVD, STE 201
NORTH MIAMI BEACH FL 33162

410401-ALVAREZ, HILDA-Claim No.(s): 7427, 7428