## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) April 18, 1977.

2. Date of injury or claim: (MM/DD/YY) May 9, 2005

3. What is the basis of your claim? Injuries caused to my neck, upper back, lower back, and right hand for slip and fall at Winn-Dixie store located at 3275 SW 22 Street, Miami, FL.

4. What is the total amount of your claim? (Please estimate if necessary). $250,000.00

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
   medical records and bills attached.

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. NONE

7. Are you pursuing this claim against any other party?   Yes ☐   No ☒
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☒   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. No

410401-ALVAREZ, HILDA-Claim No.(s): 7427, 7428

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)
if you have any questions about this form

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.) I have neck muscle spasms, higher and/or upper back muscle spasms, lower back muscle spasms, and a herniated disk in my lower back (L5). I also have sharp pain in my inner right hand and I also am not able to grip things tightly, causing objects that I pick up to fall from my right hand.

11. Where did the injury or damage occur? The injury occurred at the Winn-Dixie #251 Store located at 3275 SW 22 Street, Miami, FL.

Please specify the location and address.

12. How did the injury or damage occur? I was walking down the isle of Winn-Dixie store number 251, when I slipped and fell on a puddle of water which had been created by a defective refrigerator. No cones or signs put up. Water known to store or there long enough so that they should have known about it.

13. Did you miss any work as a result of your injury or damage? If so, how many days? I missed two (2) days of work. The days I did work, I would not went ever at work given the opportunity in order to relief the pain I had from aforementioned slip and fall injuries. I may lose earning capacity in the future

14. Give the name and address of your employer and your salary at the time of your injury or damage. Blue Moon Hotel, 944 Collins Avenue, Miami Beach, FL 33139, Salary 8.00 an hour.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.) NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors). Felix (786) 487-3400, he saw when I slipped and fell among other witness as well. I don't know his last name. Store manager Ricardo, last name unknown.

410401-ALVAREZ, HILDA-Claim No.(s): 7427, 7428

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes ☒ No ☐
(If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.) Dr. Michael Pfeffer with Neurology Associates Group for the injuries sustained from aforementioned slip and fall at Winn-Dixie store number 251.

18. If applicable, please provide the following Physician Data:

    a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary) Miami Dade Fire Rescue, 9300 NW 41 street, Miami, FL 33178, treated on 5/9/05.

    Dr. Michael Pfeffer with Neurology Associates Group, 8900 SW 117 Avenue, Suite C-204, Kendall, FL 33186, treated on 7/5/05.

    b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering. yes: pain and suffering, disability, impairment, loss of capacity for enjoyment of life and emotional distress, medical bills past and future, lost earnings in past and loss earning capacity in the future.

    c. Give the total amount of the medical bills you incurred as a result of your claim. At this time $11,500 which is incomplete since I do not have the fire rescue bill. Also, this bill from my Doctor is continuing.

    d. Attach medical and hospital records which relate to your claim. Attached.

    e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. None at this time other than set forth above.

    f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. None. N/A

410401-ALVAREZ, HILDA-Claim No.(s): 7427, 7428

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime) if you have any questions about this form*