g.  Give the name, address and policy number of your insurance company. __N/A__

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

   a.  Itemize the damages you claim. __See above.__

   b.  Give the total amount of each item of damage. __See above.__

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** __$250,000.__

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 410401<br>ALVAREZ, HILDA<br>C/O HOFFMAN LARIN & AGNETTI, PA<br>ATTN JOHN B AGNETTI, ESQ<br>909 NORTH MIAMI BEACH BLVD, STE 201<br>NORTH MIAMI BEACH FL 33162 | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

410401-ALVAREZ, HILDA-Claim No.(s): 7427, 7428

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10/21/05

_Alvarez Hilda_
Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): DAVID PERKINS Esquire

Address: 909 North Miami Beach Blvd

City/State/Zip: Miami, FL 33314

Relationship to Claimant: Atty

Phone Number: 305-653-5555

Fax Number: 305-940-0090

Email Address: david@hlalaw.com

### PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

410401-ALVAREZ, HILDA-Claim No.(s): 7427, 7428

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

**FedEx Express USA Airbill**

FedEx Tracking Number: 8464 7892 9602

Form I.D. No. 0215 — Sender's Copy — SOR12

Date: 11/7/05

Sender's FedEx Account Number: 1139-1046-1

Phone: (305) 653-5555

Company: HOFFMAN LARIN AGNETTI PA

Address: 909 N MIAMI BEACH BLVD STE 201

NORTH MIAMI BEACH    State: FL    ZIP: 33162-3722

Internal Billing Reference: Hilda Alvarez

Recipient: Claims Agent Winn Dixie

Company: Logan & Company Inc.

Address: 546 Valley Road

Upper Montclair    State: NJ    ZIP: 07043

**4a Express Package Service** — Packages up to 150 lbs.
- ☐ FedEx Priority Overnight
- ☐ FedEx Standard Overnight
- ☐ FedEx First Overnight
- ☐ FedEx 2Day
- ☐ FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
- ☐ FedEx 1Day Freight
- ☐ FedEx 2Day Freight
- ☐ FedEx 3Day Freight

**5 Packaging**
- ☐ FedEx Envelope
- ☐ FedEx Pak
- ☐ Other

**6 Special Handling**
- ☐ SATURDAY Delivery
- ☐ HOLD Weekday at FedEx Location
- ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- ☐ No
- ☐ Yes As per attached Shipper's Declaration
- ☐ Yes Shipper's Declaration not required
- ☐ Dry Ice, 9, UN 1845
- ☐ Cargo Aircraft Only

**7 Payment** Bill to:
- ☐ Sender
- ☐ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

Total Packages: ___   Total Weight: ___   Total Declared Value: $ .00

**8 Release Signature**

447

0276045543