UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

Creditor: MANZANARES, ALMA ROSA
Creditor No.: WDX-387872-L4-54

### CREDITOR, ALMA ROSA MANZANARES' RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

**COMES NOW**, Creditor, ALMA ROSA MANZANARES, by and through undersigned counsel, files this her Response to Debtors' Omnibus Objection to Unresolved Litigation Claims and would state as follows:

1. Creditor was involved in a lawsuit against the Debtor in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 02-14948 CA 20. In November 2002, the Debtors took the deposition of the Creditor. Additionally, Creditor responded to the interrogatories propounded by the Debtors. Furthermore, Mediation was held and it concluded in an impasse. Thereafter, the Debtors filed bankruptcy.

2. Contrary to Debtors' assertion, Creditor's claim was timely filed since it was filed on August 1, 2005. The deadline for filing Proofs of Claim was

In re: Winn Dixie Stores, Inc., *et al.*
Case No. 05-03817-3F1
Creditor: MANZANARES, ALMA ROSA
Creditor No.: WDX-387872-L4-54

August 1, 2005. Attached, as Exhibit "A" is a copy of the Proof of Loss and the Federal Express airbill for the Proof of Loss.

3. On November 1, 2005, Creditor filed her completed Questionnaire for Litigation Claimants. Medical records and bills supporting Creditor's claim were attached to the Questionnaire for Litigation Claimants. There were a total of 206 pages of medical records and bills that were submitted with the Questionnaire for Litigation Claimants. Attached, as Exhibit "B" is a copy of page two of the Questionnaire and the Federal Express airbill for the Questionnaire.

4. Therefore, Creditor's claim is supported by legally sufficient documentation. Specifically, the Creditor's completed Questionnaire for Litigation Claimants and the medical records and bills attached to the aforementioned Questionnaire legally supports Creditor's claim.

5. Subsequently, Sedgwick Claims Management Services, Inc. ("Sedgwick Claims") requested the Medicaid lien information for this Creditor. On May 24, 2006, the Medicaid lien information was faxed to Sedgwick Claims.

6. In conclusion, Creditor's claim was timely filed. Based on the aforementioned documentation previously submitted, the Creditor has shown that there is a prima facie case of premise liability against the Debtors proximately

In re: Winn Dixie Stores, Inc., *et al.*<br>
Case No. 05-03817-3F1<br>
Creditor: MANZANARES, ALMA ROSA<br>
Creditor No.: WDX-387872-L4-54

resulting in serious permanent injuries to her cervical and lumbar spine. Therefore, the supporting documentation is legally sufficient. The objection should be denied.

**WHEREFORE**, Creditor, ALMA ROSA MANZANARES respectfully requests that the Omnibus Objection to her claim be denied.

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy was served on Smith Hulsey & Busey, Attn: Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email to tcopeland@smithhulsey.com, via facsimile to 904-359-7707 and via U.S. Mail this 11th day of August, 2006

JOHN H. RUIZ, P.A.
5040 NW 7th Street, Suite 920
Miami, Florida 33126
Tel: 305-649-0020
Fax: 305-649-6070

By:  /s/ Luisa M. Linares
John H. Ruiz, Esquire
Florida Bar No. 928154
Luisa M. Linares, Esquire
Florida Bar No. 091634