# FedEx Express — US Airbill

**FedEx Tracking Number:** 8512 9413 3706

**Sender's Copy** — 0215

## From
- **Date:** 7/29/05
- **Sender's FedEx Account Number:** 1976-2875-8
- **Sender's Name:** John H. Ruiz Esq.
- **Phone:** (305) 649-0020
- **Company:** JOHN H RUIZ PA
- **Address:** 5040 NW 7TH ST STE 920
- **City:** MIAMI **State:** FL **ZIP:** 33126-3436
- **Your Internal Billing Reference:** MANZANARES

## To
- **Recipient's Name:** Winn Dixie Claims Docketing Center
- **Company:** c/o Logan & Company Inc.
- **Recipient's Address:** 546 Valley Road
- **City:** Upper Montclair **State:** NJ **ZIP:** 07043

## 4a Express Package Service
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 4b Express Freight Service
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

## 5 Packaging
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

## 7 Payment — Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**Total Packages:** 1

0303901415

466

Exhibit A