## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) **9-10-59**

2. Date of injury or claim: (MM/DD/YY) **9-2-98**

3. What is the basis of your claim? **NEGLIGENCE ON THE PART OF WINN-DIXIE.**

4. What is the total amount of your claim? (Please estimate if necessary). **$150,000.00**

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
   **ATTACHED ARE COPIES OF ALL DOCUMENTS SUPPORTING THE CLAIM.**

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. **UNKNOWN AT THIS TIME. CURRENTLY AWAITING LIEN / SUBROGATION AMOUNT FROM MEDICAID.**

7. Are you pursuing this claim against any other party? Yes ☐   No ☑
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☑   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. **LAWSUIT PENDING IN THE CIRCUIT COURT IN THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA; GENERAL JURISDICTION DIVISION; CASE NUMBER 02-14948 CA (20); HONORABLE JUDGE RONALD DRESNICK.**

387872-MANZANARES, ALMA ROSA-Claim No.(s): 11115

Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form

Exhibit B