# FedEx US Airbill

**Tracking Number:** 8467 1301 4834

**1 From**
Date: 10/31/05
Sender's Name: John H. Ruiz
Company: JOHN H RUIZ PA
Address: 5040 NW 7TH ST STE 920
City: MIAMI  State: FL  ZIP: 33126-3436
Phone: (305) 649-0020
Sender's FedEx Account Number: 1976-2875-8

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Lolan
Company: Lolan & Company Inc
Address: 546 Valley Road
City: Upper Montclair  State: NJ  ZIP: 07043

**4a Express Package Service**
- [x] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [x] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday
- [ ] HOLD Saturday

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice

**7 Payment** Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**8 Sign to Authorize Delivery Without a Signature**

Form ID No: 0215



Exhibit B

0279956677   466