IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. et al., | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | JOINTLY ADMINISTERED |

**RESPONSE TO DEBTORS' TWELFTH OMNIBUS OBJECTION TO
(A) OVERSTATED CLAIMS (B) OVERSTATED MISCLASSIFIED
CLAIMS AND (C) NO LIABILITY MISCLASSIFIED CLAIMS
AND DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO
(A) MISCLASSIFIED CLAIMS, (B) OVERSTATED CLAIMS AND
(C) OVERSTATED MISCLASSIFIED CLAIMS**

TO: THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Southern Water Bottle, Inc. ("*Southern Bottle Water*") and Reddy Ice, Inc. ("*Reddy Ice*" collectively with Southern Bottle Water, the "*Claimants*")[1] in response to the Debtors' Twelfth Omnibus Objection to (A) Overstated Claims (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims and Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "*Objections*"). In support of these Objections Claimants show the Court as follows:

---

[1] Previously, Claimants' claims were subject to certain notices of transfer of claims other than for security. However, Claimants have agreed to defend against the Objections as defined herein.

**Debtors' Twelfth Omnibus Objection to (A) Overstated Claims (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims and Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims** **Page 1 of 3**

## I. JURISDICTION

1. This Court has jurisdiction over the above-captioned matter pursuant to Section 1334 of Title 11 of the United States Code. This is a core matter pursuant to 28 U.S.C. § 157.

## II. BACKGROUND

2. Claimants were prepetition suppliers of ice and water products to Winn-Dixie Stores, Inc. and its affiliated debtors. Copies of the proofs of claim submitted by Southern Bottle Water and Reddy Ice are attached hereto as **Exhibits A and B**, respectively. The claims were submitted timely.

3. The Objections raise three (3) major points. Those points are: (i) adjustments to the claims for accounts payable credits; (ii) adjustments for chargebacks on previously paid and disputed invoices; and, (iii) payment on reclamation amounts included in the claims.

4. As it relates to accounts payable credits and chargeback liabilities, Claimants do not believe such adjustments to the claims are appropriate or necessary. The proofs of claim attached hereto are supported by invoices, and in many cases, claims to have invoices and delivery ticket actually signed by the Debtors' prepetition employees to demonstrate receipt of the goods.

5. Claimants agree that to the extent payments have been made for the reclamation claims asserted by Southern Bottle Water and Reddy Ice, such amounts should be subtracted from the asserted unsecured claims. Otherwise, however, Claimants' claims should be allowed in full.

## CONCLUSION

**WHEREFORE**, the claim objection should be denied in full and Southern Bottle Water and Reddy Ice's claims allowed in the full amounts as stated in the proofs of claim filed with the Bankruptcy Court.

**Debtors' Twelfth Omnibus Objection to (A) Overstated Claims (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims and Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims**              **Page 2 of 3**
N:\CLIENT\REDDY ICE CORP\PLEADINGS\RESP TO OMNIBUS OBJ TO CLAIMS.wpd

Dated: August 11, 2006                    Respectfully submitted,

                                      STUTSMAN THAMES & MARKEY, P.A.

By:    //s// Richard Thames
       Richard R. Thames
       State Bar No. 0718459

The Bank of America Tower
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
Telephone: 904-358-4000
Facsimile: 904-358-4001
E-mail: rthames@stmlaw.net

       HANCE SCARBOROUGH WRIGHT
       GINSBERG & BRUSILOW, LLP

By:    /s/ Keith Miles Aurzada
       Keith Miles Aurzada
       State Bar No. 24009880

The Elm Place Building
1401 Elm Street, Suite 4750
Dallas, Texas 75202
Telephone: (214) 651-6500
Facsimile: (214) 744-2615
E-mail: kaurzada@hswgb.com

ATTORNEYS FOR
SOUTHERN BOTTLE WATER, INC. and
REDDY ICE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of August, 2006 served a true and correct copy of the foregoing via first class mail, proper postage affixed, or via CM/ECF or fax upon the attached service list.

                                                      /s/ Richard Thames
                                                      Keith Miles Aurzada

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com