# Exhibit "A"

FORM B10 (Official Form 10) (04/05)

| United States Bankruptcy Court | Middle District of Florida, Jacksonville Division | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: Winn-Dixie Stores, Inc. et al | Case Number: 05-03817-3F1-11 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property) Southern Bottled Water Co., Inc    410581 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | DEBTOR WINN - DIXIE STORES, INC.<br>U S BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11<br>**CLAIM NO.: 8952** |
|---|---|---|
| Name and address where notices should be sent<br>Southern Bottled Water Co., Inc<br>c/o Keith Miles Aurzada<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201<br>Telephone number: (214) 969-2800 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | This space is for Court Use Only |
| Account or other number by which creditor identifies debtor<br>#99835 | Check here ☐ replaces<br>if this claim ☐ amends    a previously filed claim, dated _____ | |

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C § 114(a)
☐ Wages, salaries and compensation (Fill out below)
Last four digits of SS# _____
Unpaid compensation for services performed
from _____ to _____
          (date)            (date)

**2. Date debt was incurred**  07/20/2004 – 02/18/2005
**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed.**  $113,785.79
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral  $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any  $_____

**6. Unsecured Nonpriority Claim**  $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority  $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(3)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment  $10,000 and 180-day limits apply to cases filed on or after 4/20/05 Pub L 109-8

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien
DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary
**10. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is for Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 7-19-05 | [signature] Steve Janusek, SOUTHERN BOTTLED WATER CO., INC |

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U S C §§ 152 and 3571

062723 0223 WLSF 5763335 v1

## EXHIBIT A
(Winn-Dixie Stores, Inc.)

Southern Bottled Water Co., Inc. ("*Southern Bottled Water*") files the attached Proof of Claim in the Winn-Dixie Stores, Inc., et al. ("*Debtors*") Chapter 11 bankruptcy case number 05-03817-JAF-11, filed on February 21, 2005 (the "*Petition Date*"), in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

Prepetition, Southern Bottled Water provided the Debtors with water and water related products (the "*Inventory*"). Southern Bottled Water provided the Inventory to Debtors and the Debtors accepted such Inventory. The total cost of Inventory provided to the Debtors prior to the Petition Date for which Southern Bottled Water has not received payment is not less than $113,785.79.[1] A summary of these invoices is described on the attached **Exhibit "B"**. Exhibit "B" indicates $106,016.18 in unpaid inventory. However, Southern Bottled Water's records reflect that the Debtors issued check number 007451794 in the amount of $7,769.61 on February 14, 2005 for the prepetition delivery of goods and services. Said check was returned unpaid because a "stop payment" request was issued. A true and correct copy of the returned check is attached hereto as **Exhibit "C"**.

On February 23, 2005, Reddyice Group Inc. d/b/a Reddy Ice Corporation and Triangle Ice ("*Reddyice*") issued its reclamation demand to the Debtors in the amount of $40,217.60. This claim included goods delivered to the debtors by southern Bottled Water. To the extent Reddyice receives payment on said reclamation claim, this proof of claim will be reduced.

Southern Bottled Water specifically reserves the right to enforce and amend this claim if necessary to include all amounts due on account of provisions for the payment of additional charges, future interest, and all other costs to which it is entitled.

---

[1] True and correct copies of the sales invoices, evidencing sale and delivery, can be obtained by contacting Brenda Patrick Paralegal at bpatrick@akingump.com or (214) 969-4633

**PROOF OF CLAIM – Winn-Dixie Stores, Inc.**
062723 0223 WEST 5763044 v1

# EXHIBIT "B"

```
DATE 02/24/05              Southern Bottled Water
TIME 17.37 58              PAYMENT/ADJUSTMENT LOG                    PGM: RA5510
COMPANY. 030 LOCATION 030  KEYED PAYMENT DATE 02/23/05   ID: DMURPHY
```

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|---|---|---|---|---|---|---|---|
| 999835 | SUPERBRAND DAIRY | 7/20/2004 | 2 | 39737 | ADJ | $ (1,468 43) | 17 |
| 999835 | SUPERBRAND DAIRY | 9/3/2004 | 2 | 38799 | ADJ | $ 1,512 45 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/10/2004 | 2 | 385688 | ADJ | $ 1,197.90 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/13/2004 | 2 | 38592 | ADJ | $ 2,372.20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/13/2004 | 2 | 38595 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/13/2004 | 2 | 38596 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/14/2004 | 2 | 38616 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/14/2004 | 2 | 38636 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/15/2004 | 2 | 38625 | ADJ | $ 38 86 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/15/2004 | 2 | 38655 | ADJ | $ 468.02 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/15/2004 | 2 | 38656 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/15/2004 | 2 | 38657 | ADJ | $ 2,372.20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/15/2004 | 2 | 38661 | ADJ | $ 57.24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/15/2004 | 2 | 38664 | ADJ | $ 457.67 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38668 | ADJ | $ 457 67 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38669 | ADJ | $ 39.49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38670 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38671 | ADJ | $ 468 02 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38673 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38676 | ADJ | $ 57.24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38677 | ADJ | $ 2,372.20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38678 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38679 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38680 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38681 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38682 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38683 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38684 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38685 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/17/2004 | 2 | 38686 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/20/2004 | 2 | 38665 | ADJ | $ 1,299 60 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/20/2004 | 2 | 38687 | ADJ | $ 929 80 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/20/2004 | 2 | 38688 | ADJ | $ 1,077 10 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/20/2004 | 2 | 38693 | ADJ | $ 457.67 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/20/2004 | 2 | 38697 | ADJ | $ 39 07 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/20/2004 | 2 | 38699 | ADJ | $ 457 67 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38371 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38373 | ADJ | $ 139 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38374 | ADJ | $ 57.24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38375 | ADJ | $ 57 24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38376 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38377 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38378 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38379 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38380 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38381 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38689 | ADJ | $ 57.24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38690 | ADJ | $ 57.24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38691 | ADJ | $ 57.24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38692 | ADJ | $ 2,372.20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38694 | ADJ | $ 57 24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38696 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38698 | ADJ | $ 39 49 | 17 |

```
DATE 02/24/05              Southern Bottled Water
TIME 17.37 58              PAYMENT/ADJUSTMENT LOG                    PGM RA5510
COMPANY 030 LOCATION. 030  KEYED PAYMENT DATE 02/23/05   ID DMURPHY
```

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|---|---|---|---|---|---|---|---|
| 999835 | SUPERBRAND DAIRY | 9/21/2004 | 2 | 38700 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/22/2004 | 2 | 38382 | ADJ | $ 39.49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/22/2004 | 2 | 38383 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/22/2004 | 2 | 38384 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/22/2004 | 2 | 38385 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/22/2004 | 2 | 38386 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/22/2004 | 2 | 38387 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/23/2004 | 2 | 38388 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/23/2004 | 2 | 38389 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/23/2004 | 2 | 38390 | ADJ | $ 57 24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/23/2004 | 2 | 38391 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/23/2004 | 2 | 38392 | ADJ | $ 57 24 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/23/2004 | 2 | 38393 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36470 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36471 | ADJ | $ 39.49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36472 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36473 | ADJ | $ 2,372.20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36478 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36480 | ADJ | $ 39.49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36482 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36483 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36484 | ADJ | $ 39.49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36486 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36487 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36488 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 36551 | ADJ | $ 726 52 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 38394 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 38395 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 38397 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 38398 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/24/2004 | 2 | 38399 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/27/2004 | 2 | 36469 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/27/2004 | 2 | 36490 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/27/2004 | 2 | 36492 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/27/2004 | 2 | 36552 | ADJ | $ 32 64 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/27/2004 | 2 | 36553 | ADJ | $ 32 64 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/27/2004 | 2 | 36554 | ADJ | $ 32 64 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/27/2004 | 2 | 36555 | ADJ | $ 32.64 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/27/2004 | 2 | 36556 | ADJ | $ 32.64 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/28/2004 | 2 | 36518 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/28/2004 | 2 | 36519 | ADJ | $ 2,372.20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/28/2004 | 2 | 36520 | ADJ | $ 2,372.20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/28/2004 | 2 | 36521 | ADJ | $ 2,372 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/29/2004 | 2 | 36557 | ADJ | $ 39 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 9/30/2004 | 2 | 2224 | ADJ | $ 3,909 76 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/5/2004 | 2 | 36611 | ADJ | $ 101 18 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/6/2004 | 2 | 36619 | ADJ | $ 38 02 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/6/2004 | 2 | 36621 | ADJ | $ 1,637 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/11/2004 | 2 | 36645 | ADJ | $ 297.84 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/14/2004 | 2 | 36649 | ADJ | $ 502 61 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/15/2004 | 2 | 38514 | ADJ | $ 1,824.00 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/15/2004 | 2 | 38520 | ADJ | $ 696 50 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/15/2004 | 2 | 38530 | ADJ | $ 35 90 | 17 |

```
DATE 02/24/05                Southern Bottled Water
TIME 17:37:58                PAYMENT/ADJUSTMENT LOG                          PGM RA5510
COMPANY: 030  LOCATION: 030  KEYED PAYMENT DATE 02/23/05   ID: DMURPHY
```

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|---|---|---|---|---|---|---|---|
| 999835 | SUPERBRAND DAIRY | 10/15/2004 | 2 | 38531 | ADJ | $ 1,632.00 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/19/2004 | 2 | 38517 | ADJ | $ 604.36 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/19/2004 | 2 | 38518 | ADJ | $ 550.25 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/19/2004 | 2 | 38519 | ADJ | $ 543.00 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/20/2004 | 2 | 38534 | ADJ | $ 61.44 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/21/2004 | 2 | 38521 | ADJ | $ 512.58 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/21/2004 | 2 | 38522 | ADJ | $ 565.80 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/21/2004 | 2 | 38533 | ADJ | $ 67.58 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/21/2004 | 2 | 38540 | ADJ | $ 41.86 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/22/2004 | 2 | 36648 | ADJ | $ 661.57 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/22/2004 | 2 | 38523 | ADJ | $ 559.04 | 17 |
| 999835 | SUPERBRAND DAIRY | 10/25/2004 | 2 | 38545 | ADJ | $ 36.77 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/1/2004 | 2 | 37855 | ADJ | $ 37.96 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/3/2004 | 2 | 37829 | ADJ | $ 39.84 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/8/2004 | 2 | 36522 | ADJ | $ (2,305.44) | 17 |
| 999835 | SUPERBRAND DAIRY | 11/8/2004 | 2 | 37840 | ADJ | $ (2,173.92) | 17 |
| 999835 | SUPERBRAND DAIRY | 11/8/2004 | 2 | 37848 | ADJ | $ (2,105.76) | 17 |
| 999835 | SUPERBRAND DAIRY | 11/8/2004 | 2 | 39326 | ADJ | $ 41.18 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/10/2004 | 2 | 39325 | ADJ | $ 38.69 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/11/2004 | 2 | 39346 | ADJ | $ 543.00 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/12/2004 | 2 | 39345 | ADJ | $ 80.28 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/12/2004 | 2 | 39347 | ADJ | $ 565.80 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/15/2004 | 2 | 37861 | ADJ | $ 41.86 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/15/2004 | 2 | 37862 | ADJ | $ 604.36 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/17/2004 | 2 | 37866 | ADJ | $ 40.80 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/18/2004 | 2 | 37922 | ADJ | $ 567.84 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/19/2004 | 2 | 37867 | ADJ | $ 41.28 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/19/2004 | 2 | 37923 | ADJ | $ 36.67 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/23/2004 | 2 | 37882 | ADJ | $ 591.31 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/23/2004 | 2 | 543462 | ADJ | $ 45.98 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/24/2004 | 2 | 37881 | ADJ | $ 44.64 | 17 |
| 999835 | SUPERBRAND DAIRY | 11/29/2004 | 2 | 37949 | ADJ | $ 44.54 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/1/2004 | 2 | 37957 | ADJ | $ 551.29 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/3/2004 | 2 | 37977 | ADJ | $ 39.36 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/6/2004 | 2 | 37978 | ADJ | $ 582.49 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/8/2004 | 2 | 37993 | ADJ | $ 40.90 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/9/2004 | 2 | 37519 | ADJ | $ 579.38 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/9/2004 | 2 | 37996 | ADJ | $ 39.36 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/10/2004 | 2 | 37516 | ADJ | $ 38.30 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/10/2004 | 2 | 37520 | ADJ | $ 576.96 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/10/2004 | 2 | 37994 | ADJ | $ 47.23 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/10/2004 | 2 | 37995 | ADJ | $ 40.70 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/13/2004 | 2 | 37517 | ADJ | $ 41.95 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/13/2004 | 2 | 37521 | ADJ | $ 592.39 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/13/2004 | 2 | 37997 | ADJ | $ (648.32) | 17 |
| 999835 | SUPERBRAND DAIRY | 12/14/2004 | 2 | 37518 | ADJ | $ 43.49 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/14/2004 | 2 | 37651 | ADJ | $ 580.74 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/22/2004 | 2 | 40301 | ADJ | $ 1,968.00 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/23/2004 | 2 | 40302 | ADJ | $ 1,953.60 | 17 |
| 999835 | SUPERBRAND DAIRY | 12/23/2004 | 2 | 40303 | ADJ | $ 2,107.20 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/3/2005 | 2 | 40315 | ADJ | $ 43.58 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/3/2005 | 2 | 40316 | ADJ | $ 611.49 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/3/2005 | 2 | 40318 | ADJ | $ 42.05 | 17 |

DATE 02/24/05  
TIME 17 37:58  
COMPANY 030  LOCATION: 030  KEYED PAYMENT DATE: 02/23/05  ID. DMURPHY

Southern Bottled Water  
PAYMENT/ADJUSTMENT LOG

PGM RA5510

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|---|---|---|---|---|---|---|---|
| 999835 | SUPERBRAND DAIRY | 1/6/2005 | 2 | 40283 | ADJ | $ 39 36 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/6/2005 | 2 | 40284 | ADJ | $ 52 90 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/6/2005 | 2 | 40285 | ADJ | $ 558 55 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/11/2005 | 2 | 40323 | ADJ | $ 43 58 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/12/2005 | 2 | 40332 | ADJ | $ 1,782.15 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/14/2005 | 2 | 40331 | ADJ | $ 40 70 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/14/2005 | 2 | 40333 | ADJ | $ 469.87 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/14/2005 | 2 | 40339 | ADJ | $ 665 66 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/17/2005 | 2 | 40340 | ADJ | $ 541 72 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/17/2005 | 2 | 42652 | ADJ | $ 51 55 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/17/2005 | 2 | 42657 | ADJ | $ 625 01 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/18/2005 | 2 | 40346 | ADJ | $ 40 80 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/19/2005 | 2 | 40347 | ADJ | $ 296 65 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/20/2005 | 2 | 40348 | ADJ | $ 52.90 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/21/2005 | 2 | 40350 | ADJ | $ 259 83 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/28/2005 | 2 | 40865 | ADJ | $ 462 72 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/28/2005 | 2 | 40867 | ADJ | $ 44 45 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/28/2005 | 2 | 40868 | ADJ | $ 37 25 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/31/2005 | 2 | 39383 | ADJ | $ 389 49 | 17 |
| 999835 | SUPERBRAND DAIRY | 1/31/2005 | 2 | 40872 | ADJ | $ 41 95 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/1/2005 | 2 | 39384 | ADJ | $ 447 30 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/1/2005 | 2 | 40873 | ADJ | $ 44 83 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/1/2005 | 2 | 40874 | ADJ | $ 44 19 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/2/2005 | 2 | 40881 | ADJ | $ 240 37 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/3/2005 | 2 | 40883 | ADJ | $ 477 71 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/4/2005 | 2 | 40884 | ADJ | $ 2,025 60 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/8/2005 | 2 | 40885 | ADJ | $ 1,900 80 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/8/2005 | 2 | 40886 | ADJ | $ 1,948 80 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/8/2005 | 2 | 40887 | ADJ | $ 1,958 40 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/10/2005 | 2 | 40888 | ADJ | $ 1,958 40 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/10/2005 | 2 | 40889 | ADJ | $ 2,030 40 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/11/2005 | 2 | 40890 | ADJ | $ 2,025 60 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/14/2005 | 2 | 40891 | ADJ | $ 1,948.80 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/14/2005 | 2 | 40929 | ADJ | $ 1,915 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/15/2005 | 2 | 40928 | ADJ | $ 1,963 20 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/15/2005 | 2 | 40930 | ADJ | $ 1,953 60 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/16/2005 | 2 | 40934 | ADJ | $ 2,246 40 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/17/2005 | 2 | 40939 | ADJ | $ 1,996 80 | 17 |
| 999835 | SUPERBRAND DAIRY | 2/18/2005 | 2 | 40953 | ADJ | $ 1,896 00 | 17 |
| 999835 | SUPERBRAND DAIRY PRODU | TOTAL | | | | $ 106,016 18 | |

*EXHIBIT "C"*

000637

00352575

**Check (image of check):**

WACHOVIA BANK, N.A.
Pensacola, FL 32514
007451794
63-1012/631

Winn Dixie Stores, Inc.
PO Box B
Jacksonville, Florida 32203-0297

Date: 14-Feb-2005
Pay Amount: $7,769.61

Pay ****SEVEN THOUSAND SEVEN HUNDRED SIXTY-NINE AND 61/100 US DOLLAR****

To The Order Of
SOUTHERN BOTTLED WATER
ANNISTON BRANCH

Winn Dixie Stores, Inc. Consolidated Disbursement Account

KD Hardee
Authorized Signature

Stamped: REASON / RETURN PAYMENT / STOP PAY

---

*063107513*
02/22/2005
1337534958

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-C
Stop Payment

Document Seq #
02231151072759602738

[063107513] 02/22/2005
1337534958

---

## NOTICE OF RETURNED CHECK(S)

| DATE | ACCOUNT NO. |
|---|---|
| 02-25-05 | |

REGIONS BANK

P O BOX 2128
ANNISTON AL   36202-2128

THE ATTACHED CHECK(S) RETURNED TO US UNPAID WERE CHARGED TO YOUR ACCOUNT ON

PACKAGED ICE SOUTHEAST INC
C/O SOUTHERN BOTTLED WATER
8750 NORTH CENTRAL EXPRESSWAY
SUITE 1800 LB 20
DALLAS TX   75231-6436

PAGE   1 OF   1

| CHECK ISSUED BY | REASON | AMOUNT |
|---|---|---|
| REFER TO CHECK | | 7,769.61 |
| | TOTAL | 7,769.61 |

IF NOT DESCRIBED, PHOTOCOPIES OF CHECK(S) ARE AVAILABLE.