# Exhibit "B"

FORM B10 (Official Form 10) (04/05)

| United States Bankruptcy Court | Middle District of Florida, Jacksonville Division | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| Winn-Dixie Stores, Inc , et al. | 05-03817-3F1-11 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property) | ☐ | Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | DEBTOR WINN - DIXIE STORES, INC U S BANKRUPTCY COURT M D -FLORIDA |
|---|---|---|---|
| Reddyice Group, Inc d/b/a Reddy Ice Corporation and Triangle Ice | | | JOINTLY ADMINISTERED UNDER |
| Name and address where notices should be sent. | ☐ | Check box if you have never received any notices from the bankruptcy court in this case | CASE 05-03817 (3F1) CHAPTER 11 |
| Reddice Group, Inc f/k/a Reddy Ice Corporation and Triangle Ice c/o Keith Miles Aurzada | | | CLAIM NO.: 8951 |
| Akin Gump Strauss Hauer & Feld LLP   410580 1700 Pacific Avenue, Suite 4100 Dallas, TX 75201 | ☐ | Check box if the address differs from the address on the envelope sent to you by the court | |
| Telephone number   (214) 969-2800 | | | This space is for Court Use Only |

| Account or other number by which creditor identifies debtor | Check here if this claim | ☐ replaces ☐ amends | a previously filed claim, dated _____ |
|---|---|---|---|

#999887, #999888, #999889, #999890, 999891, 999892, 999893, 999894, 999895, 999896, 999897, 999899, 90604

| 1 | Basis for Claim | ☐ Retiree benefits as defined in 11 U S C § 114(a) |
|---|---|---|
| | ☒ Goods sold | ☐ Wages, salaries, and compensation (Fill out below) |
| | ☐ Services performed | Last four digits of SS# _____ |
| | ☐ Money loaned | Unpaid compensation for services performed |
| | ☐ Personal injury/wrongful death | from _____ to _____ |
| | ☐ Taxes | (date)          (date) |
| | ☐ Other _____ | |

| 2 | Date debt was incurred: | 07/21/2000 – 02/21/2005 | 3. | If court judgment, date obtained: |
|---|---|---|---|---|

| 4 | Total Amount of Claim at Time Case Filed: | $434,048 80 | | | |
|---|---|---|---|---|---|
| | | (unsecured) | (secured) | (priority) | (Total) |

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

| 5 | Secured Claim | 7. | Unsecured Priority Claim |
|---|---|---|---|
| ☐ | Check this box if your claim is secured by collateral (including a right of setoff) | ☐ | Check this box if you have an unsecured priority claim |
| | Brief Description of Collateral | | Amount entitled to priority   $_____ Specify the priority of the claim |
| | ☐ Real Estate   ☐ Motor Vehicle | ☐ | Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier – 11 U S C § 507(a)(3) |
| | ☐ Other _____ | | |
| | Value of Collateral   $_____ | ☐ | Contributions to an employee benefit plan – 11 U S C § 507(a)(4) |
| | | ☐ | Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(6) |
| | Amount of arrearage and other charges at time case filed included in secured claim, if any  $_____ | ☐ | Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507(a)(7) |
| 6. | Unsecured Nonpriority Claim  $_____ | ☐ | Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8) |
| ☐ | Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority | ☐ | Other – Specify applicable paragraph of 11 U S C § 507(a)( ) |
| | | | *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment  410,000 and 180-day limits apply to cases filed on or after 4/20/05  Pub L 109-8 |

| 8. | Credits. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim | This Space is for Court Use Only |
|---|---|---|
| 9. | Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary | |
| 10. | Date-Stamped Copy: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | |
|---|---|---|
| 7-19-05 | Steve Janusek, REDDICE GROUP, INC | |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U S C §§ 152 and 3571

RECEIVED 2005 JUL 27 AM 11: 20 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA LOGAN & CO AS

## EXHIBIT A
(Winn-Dixie Stores, Inc.)

Reddyice Group, Inc. d/b/a Reddy Ice Corporation and Triangle Ice ("*Reddyice*") files the attached Proof of Claim in the Winn-Dixie Stores, Inc., et al. ("*Debtors*") Chapter 11 bankruptcy case number 05-03817-JAF-11, filed on February 21, 2005 (the "*Petition Date*"), in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

Prepetition, Reddyice provided the Debtors with ice and ice related products (the "*Inventory*"). Reddyice provided the Inventory to Debtors and the Debtors accepted such Inventory. The total cost of Inventory provided to the Debtors prior to the Petition Date for which Reddyice has not received payment is not less than **$434,048.80**.[1] A summary of these invoices is described on the attached **Exhibit "B"**. Exhibit "B" indicates $374,190.08 in unpaid inventory. However, Reddyice's records reflect that the Debtors issued check number 007447786 in the amount of $28,953.00[2] on February 8, 2005, check number 007451249 in the amount of $21,669.62[3] on February 11, 2005, and check number 007451901 in the amount of $9,236.10[4] on February 14, 2005 for the prepetition delivery of goods and services. Said checks were returned unpaid because a "stop payment" request was issued. True and correct copies of the returned checks are attached hereto as **Exhibit "C"**

On February 23, 2005, Reddyice issued its reclamation demand to the Debtors in the amount of $40,217.60. To the extent Reddyice receives payment on said reclamation claim, this proof of claim will be reduced

Reddyice specifically reserves the right to enforce and amend this claim if necessary to include all amounts due on account of provisions for the payment of additional charges, future interest, and all other costs to which it is entitled

---

[1] True and correct copies of the sales invoices, evidencing sale and delivery, can be obtained by contacting Brenda Patrick, Paralegal at bpatrick@akingump.com or (214) 969-4633

[2] By check number 007447786 dated February 8, 2005, Debtor paid $28,953.00 on Invoices #593842, #288750, #288762, #288768, #288770, #288771, #288777, #288778, #56371, #56372, #56373, #56374, #56375, #56376, #593843, #593844 and #593845

[3] By check number 007451249 dated February 11, 2005, Debtor paid $21,669.62 on Invoices #56091, 56092, 56093, 56094, 874285, 887664, 887816, 887825, 390489, 390491, 390499, 390502 and 390503 for $21,669.62

[4] By check number 007451901 dated February 14, 2005, Debtor paid $9,236.10 on Invoices #1526894, #1526903, #1526912, #887798 and #887807 for $9,236.10

**PROOF OF CLAIM – Winn-Dixie Stores, Inc.**
062723 0223 WEST 5762321 v1

# EXHIBIT B

DATE 02/24/05          R E D D Y  I C E  C O R P O R A T I O N
TIME 16.22.50             PAYMENT/ADJUSTMENT LOG         PGM  RA5510
   COMPANY: 300  LOCATION: 399  KEYED PAYMENT DATE: 02/22/05    ID: DMURPHY

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|--------|---------------|-----------|-----|----------|-----|--------|--------|
| 999887 | WINN DIXIE 435 | 12/29/2003 | 2 | 55261 | ADJ | $ (1,600.00) | 17 |
| 999887 | WINN DIXIE 435 | 4/23/2004 | 2 | 55388 | ADJ | $ 72.00 | 17 |
| 999887 | WINN DIXIE 435 | 4/23/2004 | 2 | 55390 | ADJ | $ 50 00 | 17 |
| 999887 | WINN DIXIE 435 | 4/26/2004 | 2 | 55396 | ADJ | $ (175 00) | 17 |
| 999887 | WINN DIXIE 435 | 4/26/2004 | 2 | 55397 | ADJ | $ (92.00) | 17 |
| 999887 | WINN DIXIE 435 | 5/26/2004 | 2 | 55547 | ADJ | $ (100 00) | 17 |
| 999887 | WINN DIXIE 435 | 8/3/2004 | 2 | 56147 | ADJ | $ (175 00) | 17 |
| 999887 | WINN DIXIE 435 | 8/27/2004 | 2 | 56266 | ADJ | $ (40 00) | 17 |
| 999887 | WINN DIXIE 435 | 9/20/2004 | 2 | 56433 | ADJ | $ 1,820.00 | 17 |
| 999887 | WINN DIXIE 435 | 10/22/2004 | 2 | 55907 | ADJ | $ (100.08) | 17 |
| 999887 | WINN DIXIE 435 | 10/22/2004 | 2 | 55908 | ADJ | $ (100.08) | 17 |
| 999887 | WINN DIXIE 435 | 12/20/2004 | 2 | 56040 | ADJ | $ 1,650.00 | 17 |
| 999887 | WINN DIXIE 435 | 1/3/2005 | 2 | 56069 | ADJ | $ 0 24 | 17 |
| 999887 | WINN DIXIE 435 | 1/3/2005 | 2 | 56075 | ADJ | $ 0 24 | 17 |
| 999887 | WINN DIXIE 435 | 1/6/2005 | 2 | 56079 | ADJ | $ 0.24 | 17 |
| 999887 | WINN DIXIE 435 | 1/7/2005 | 2 | 56080 | ADJ | $ 0.24 | 17 |
| 999887 | WINN DIXIE 435 | 1/12/2005 | 2 | 56091 | ADJ | $ 0 24 | 17 |
| 999887 | WINN DIXIE 435 | 1/12/2005 | 2 | 56092 | ADJ | $ 0 24 | 17 |
| 999887 | WINN DIXIE 435 | 1/28/2005 | 2 | 56108 | ADJ | $ 1,820 00 | 17 |
| 999887 | WINN DIXIE 435 | 1/28/2005 | 2 | 56110 | ADJ | $ 1,650 00 | 17 |
| 999887 | WINN DIXIE 435 | 2/3/2005 | 2 | 56115 | ADJ | $ 1,650 00 | 17 |
| 999887 | WINN DIXIE 435 | 2/3/2005 | 2 | 56116 | ADJ | $ 1,820 00 | 17 |
| 999887 | WINN DIXIE 435 | 2/11/2005 | 2 | 56504 | ADJ | $ 1,820 00 | 17 |
| 999887 | WINN DIXIE 435 | 2/11/2005 | 2 | 56505 | ADJ | $ 1,650 00 | 17 |
| 999887 | WINN DIXIE 435 | 2/17/2005 | 2 | 56513 | ADJ | $ 1,820 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/18/2004 | 2 | 1210002 | ADJ | $ 100 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/19/2004 | 2 | 1209999 | ADJ | $ 100 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/19/2004 | 2 | 1210001 | ADJ | $ 80 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/20/2004 | 2 | 288750 | ADJ | $ 90 00 | 17 |
| 999888 . | WINN DIXIE HURRICANE C | 8/20/2004 | 2 | 288751 | ADJ | $ 1,653 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/20/2004 | 2 | 288760 | ADJ | $ 54 90 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/20/2004 | 2 | 288770 | ADJ | $ 90 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/20/2004 | 2 | 288777 | ADJ | $ 90 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/20/2004 | 2 | 288778 | ADJ | $ 85.50 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/20/2004 | 2 | 288780 | ADJ | $ 1,566.00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/21/2004 | 2 | 1210000 | ADJ | $ 65 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/30/2004 | 2 | 593842 | ADJ | $ 90 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/30/2004 | 2 | 593843 | ADJ | $ 90 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/30/2004 | 2 | 593844 | ADJ | $ 90 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 8/30/2004 | 2 | 593845 | ADJ | $ 90 00 | 17 |
| 999888 | WINN DIXIE HURRICANE C | 9/7/2004 | 2 | 1201142 | ADJ | $ 1,641.00 | 17 |
| 999889 | WINN DIXIE 431 | 4/26/2004 | 2 | 271761 | ADJ | $ 50.00 | 17 |
| 999889 | WINN DIXIE 431 | 5/4/2004 | 2 | 271776 | ADJ | $ 50.00 | 17 |
| 999889 | WINN DIXIE 431 | 6/10/2004 | 2 | 278511 | ADJ | $ 1,675 00 | 17 |
| 999889 | WINN DIXIE 431 | 9/8/2004 | 2 | 290185 | ADJ | $ 1,647.00 | 17 |
| 999889 | WINN DIXIE 431 | 9/8/2004 | 2 | 290189 | ADJ | $ 1,830 00 | 17 |
| 999889 | WINN DIXIE 431 | 9/9/2004 | 2 | 290193 | ADJ | $ 1,830 00 | 17 |
| 999889 | WINN DIXIE 431 | 9/9/2004 | 2 | 290194 | ADJ | $ 1,830.00 | 17 |
| 999889 | WINN DIXIE 431 | 9/9/2004 | 2 | 290195 | ADJ | $ 1,830 00 | 17 |
| 999889 | WINN DIXIE 431 | 9/9/2004 | 2 | 290196 | ADJ | $ 1,830.00 | 17 |

DATE 02/24/05
TIME 16.22:50
COMPANY: 300 LOCATION. 399  KEYED PAYMENT DATE. 02/22/05    ID DMURPHY

# REDDY ICE CORPORATION
## PAYMENT/ADJUSTMENT LOG

PGM: RA5510

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|--------|---------------|-----------|-----|----------|-----|--------|--------|
| 999889 | WINN DIXIE 431 | 9/13/2004 | 2 | 291450 | ADJ | $ 1,738 50 | 17 |
| 999889 | WINN DIXIE 431 | 9/13/2004 | 2 | 291451 | ADJ | $ 1,830.00 | 17 |
| 999889 | WINN DIXIE 431 | 9/13/2004 | 2 | 291454 | ADJ | $ 1,566 00 | 17 |
| 999889 | WINN DIXIE 431 | 9/13/2004 | 2 | 291455 | ADJ | $ 1,738 50 | 17 |
| 999889 | WINN DIXIE 431 | 9/13/2004 | 2 | 291456 | ADJ | $ 1,350.00 | 17 |
| 999890 | WINN-DIXIE 341 | 7/21/2000 | 2 | 15898 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 7/21/2000 | 2 | 15899 | ADJ | $ (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 7/22/2000 | 2 | 31895 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 7/22/2000 | 2 | 31896 | ADJ | $ (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/15/2000 | 2 | 23111 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 9/8/2000 | 2 | 21934 | ADJ | $ (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 9/8/2000 | 2 | 22631 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 1/27/2001 | 2 | 979806 | ADJ | $ (1,980.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/24/2001 | 2 | 67214 | ADJ | $ (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/24/2001 | 2 | 67215 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/24/2001 | 2 | 67217 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/27/2001 | 2 | 66339 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/27/2001 | 2 | 66340 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/27/2001 | 2 | 66341 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/27/2001 | 2 | 66342 | ADJ | $ (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/28/2001 | 2 | 59427 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/28/2001 | 2 | 60605 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/28/2001 | 2 | 60606 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/29/2001 | 2 | 59180 | ADJ | $ (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/29/2001 | 2 | 59181 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/29/2001 | 2 | 60369 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/30/2001 | 2 | 62435 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/31/2001 | 2 | 52669 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/31/2001 | 2 | 53450 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 11/5/2001 | 2 | 11003 | ADJ | $ (404.58) | 17 |
| 999890 | WINN-DIXIE 341 | 4/9/2004 | 2 | 1472949 | ADJ | $ 1,905 00 | 17 |
| 999890 | WINN-DIXIE 341 | 6/17/2004 | 2 | 17566 | ADJ | $ 1,612.00 | 17 |
| 999890 | WINN-DIXIE 341 | 6/26/2004 | 2 | 62604 | ADJ | $ 4,800.00 | 17 |
| 999890 | WINN-DIXIE 341 | 6/29/2004 | 2 | 62904 | ADJ | $ 4,800.00 | 17 |
| 999890 | WINN-DIXIE 341 | 7/24/2004 | 2 | 1502297 | ADJ | $ 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 7/26/2004 | 2 | 1502337 | ADJ | $ (192.00) | 17 |
| 999890 | WINN-DIXIE 341 | 7/28/2004 | 2 | 1502235 | ADJ | $ 288.00 | 17 |
| 999890 | WINN-DIXIE 341 | 7/28/2004 | 2 | 1502328 | ADJ | $ (96,00) | 17 |
| 999890 | WINN-DIXIE 341 | 7/29/2004 | 2 | 1502271 | ADJ | $ 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 7/30/2004 | 2 | 1502280 | ADJ | $ 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 7/30/2004 | 2 | 1502289 | ADJ | $ 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/2/2004 | 2 | 1502298 | ADJ | $ 96.00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/2/2004 | 2 | 1502301 | ADJ | $ (288 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/3/2004 | 2 | 1502309 | ADJ | $ (96 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/4/2004 | 2 | 1502318 | ADJ | $ 288.00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/10/2004 | 2 | 1502247 | ADJ | $ (333.50) | 17 |
| 999890 | WINN-DIXIE 341 | 8/10/2004 | 2 | 1502300 | ADJ | $ (246 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/11/2004 | 2 | 1502273 | ADJ | $ (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/11/2004 | 2 | 1502282 | ADJ | $ 112.80 | 17 |
| 999890 | WINN-DIXIE 341 | 8/11/2004 | 2 | 1502291 | ADJ | $ (150 00) | 17 |

DATE 02/24/05                    R E D D Y  I C E  C O R P O R A T I O N
TIME 16 22:50                         PAYMENT/ADJUSTMENT LOG                    PGM· RA5510
    COMPANY: 300  LOCATION  399  KEYED PAYMENT DATE: 02/22/05    ID  DMURPHY

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|--------|---------------|-----------|----|----------|-----|--------|--------|
| 999890 | WINN-DIXIE 341 | 8/12/2004 | 2 | 783852 | ADJ | $  1,640 00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/12/2004 | 2 | 783861 | ADJ | $  1,640 00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/12/2004 | 2 | 1502228 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/12/2004 | 2 | 1502237 | ADJ | $   (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/12/2004 | 2 | 1502246 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/12/2004 | 2 | 1502255 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/12/2004 | 2 | 1502264 | ADJ | $     138 72 | 17 |
| 999890 | WINN-DIXIE 341 | 8/14/2004 | 2 | 1502210 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/14/2004 | 2 | 1502219 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/14/2004 | 2 | 1502307 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/14/2004 | 2 | 1502380 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/16/2004 | 2 | 1502316 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/16/2004 | 2 | 1502325 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/16/2004 | 2 | 1502334 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/16/2004 | 2 | 1502343 | ADJ | $   (150.00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/16/2004 | 2 | 1502352 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/16/2004 | 2 | 1502361 | ADJ | $   (150 00) | 17 |
| 999890 | WINN-DIXIE 341 | 8/18/2004 | 2 | 241713 | ADJ | $  1,520 00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/28/2004 | 2 | 1502326 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/30/2004 | 2 | 1502254 | ADJ | $     175 00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/30/2004 | 2 | 1502281 | ADJ | $     384 00 | 17 |
| 999890 | WINN-DIXIE 341 | 8/31/2004 | 2 | 1526891 | ADJ | $  (1,681.58) | 17 |
| 999890 | WINN-DIXIE 341 | 9/24/2004 | 2 | 1526883 | ADJ | $  2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 9/24/2004 | 2 | 1526901 | ADJ | $     187 00 | 17 |
| 999890 | WINN-DIXIE 341 | 9/24/2004 | 2 | 1526919 | ADJ | $   (187 00) | 17 |
| 999890 | WINN-DIXIE 341 | 9/24/2004 | 2 | 1526955 | ADJ | $   (187 00) | 17 |
| 999890 | WINN-DIXIE 341 | 9/24/2004 | 2 | 1526964 | ADJ | $  1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 9/25/2004 | 2 | 1526841 | ADJ | $  2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 9/25/2004 | 2 | 1526856 | ADJ | $     175 00 | 17 |
| 999890 | WINN-DIXIE 341 | 9/25/2004 | 2 | 1526865 | ADJ | $     175 00 | 17 |
| 999890 | WINN-DIXIE 341 | 9/25/2004 | 2 | 1526874 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 9/28/2004 | 2 | 1526805 | ADJ | $  2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 10/12/2004 | 2 | 1526748 | ADJ | $     187 22 | 17 |
| 999890 | WINN-DIXIE 341 | 10/14/2004 | 2 | 1526766 | ADJ | $   (186 74) | 17 |
| 999890 | WINN-DIXIE 341 | 10/14/2004 | 2 | 1526775 | ADJ | $     187 22 | 17 |
| 999890 | WINN-DIXIE 341 | 10/16/2004 | 2 | 1526793 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 10/21/2004 | 2 | 1526787 | ADJ | $  2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 10/22/2004 | 2 | 1536778 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 10/23/2004 | 2 | 1526760 | ADJ | $  2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 10/23/2004 | 2 | 1526769 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 10/26/2004 | 2 | 1526742 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 10/26/2004 | 2 | 1526956 | ADJ | $   (186 74) | 17 |
| 999890 | WINN-DIXIE 341 | 11/1/2004 | 2 | 1526901 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 11/4/2004 | 2 | 1526919 | ADJ | $  2,037.00 | 17 |
| 999890 | WINN-DIXIE 341 | 11/4/2004 | 2 | 1526928 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 11/4/2004 | 2 | 1526937 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 11/4/2004 | 2 | 1526946 | ADJ | $  1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 11/5/2004 | 2 | 1526955 | ADJ | $  2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 11/8/2004 | 2 | 1526731 | ADJ | $  2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 11/29/2004 | 2 | 1526956 | ADJ | $  2,037.00 | 17 |

DATE 02/24/05
TIME 16:22.50
COMPANY: 300 LOCATION: 399 KEYED PAYMENT DATE: 02/22/05

REDDY ICE CORPORATION
PAYMENT/ADJUSTMENT LOG
ID: DMURPHY

PGM: RA5510

| Cust # | Customer Name | Tran Date | | BC Ticket # | ADJ | Amount | | Reason |
|--------|---------------|-----------|---|-------------|-----|--------|---|--------|
| 999890 | WINN-DIXIE 341 | 12/17/2004 | 2 | 1526957 | ADJ | $ | 1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 12/21/2004 | 2 | 1526775 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 12/22/2004 | 2 | 1526757 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 12/22/2004 | 2 | 1526766 | ADJ | $ | 2,037.00 | 17 |
| 999890 | WINN-DIXIE 341 | 12/23/2004 | 2 | 1526748 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 12/29/2004 | 2 | 1526891 | ADJ | $ | 1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 12/29/2004 | 2 | 1526927 | ADJ | $ | 2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/3/2005 | 2 | 1526864 | ADJ | $ | 425 00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/4/2005 | 2 | 1526828 | ADJ | $ | 2,037.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/6/2005 | 2 | 1526737 | ADJ | $ | 0 26 | 17 |
| 999890 | WINN-DIXIE 341 | 1/8/2005 | 2 | 1526801 | ADJ | $ | 0 26 | 17 |
| 999890 | WINN-DIXIE 341 | 1/8/2005 | 2 | 1526810 | ADJ | $ | 0.22 | 17 |
| 999890 | WINN-DIXIE 341 | 1/10/2005 | 2 | 1526939 | ADJ | $ | 0.22 | 17 |
| 999890 | WINN-DIXIE 341 | 1/11/2005 | 2 | 1526921 | ADJ | $ | 0 26 | 17 |
| 999890 | WINN-DIXIE 341 | 1/11/2005 | 2 | 1526930 | ADJ | $ | 1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/15/2005 | 2 | 1526894 | ADJ | $ | 0.26 | 17 |
| 999890 | WINN-DIXIE 341 | 1/15/2005 | 2 | 1526903 | ADJ | $ | 0.22 | 17 |
| 999890 | WINN-DIXIE 341 | 1/15/2005 | 2 | 1526912 | ADJ | $ | 0 22 | 17 |
| 999890 | WINN-DIXIE 341 | 1/17/2005 | 2 | 1526876 | ADJ | $ | 2,037.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/17/2005 | 2 | 1526885 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/20/2005 | 2 | 1526867 | ADJ | $ | 2,037.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/22/2005 | 2 | 1526849 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/22/2005 | 2 | 1526858 | ADJ | $ | 2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/24/2005 | 2 | 1526822 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/24/2005 | 2 | 1526831 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/24/2005 | 2 | 1526840 | ADJ | $ | 2,037.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/28/2005 | 2 | 1526750 | ADJ | $ | 1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/28/2005 | 2 | 1526759 | ADJ | $ | 2,037.00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/31/2005 | 2 | 1526768 | ADJ | $ | 1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/31/2005 | 2 | 1526777 | ADJ | $ | 2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 1/31/2005 | 2 | 1526786 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 2/1/2005 | 2 | 1526783 | ADJ | $ | 1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 2/1/2005 | 2 | 1526792 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 2/7/2005 | 2 | 1526795 | ADJ | $ | 2,037 00 | 17 |
| 999890 | WINN-DIXIE 341 | 2/7/2005 | 2 | 1526813 | ADJ | $ | 1,850.00 | 17 |
| 999890 | WINN-DIXIE 341 | 2/15/2005 | 2 | 1526746 | ADJ | $ | 1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 2/15/2005 | 2 | 1526755 | ADJ | $ | 1,850 00 | 17 |
| 999890 | WINN-DIXIE 341 | 2/15/2005 | 2 | 1526804 | ADJ | $ | 2,037.00 | 17 |
| 999892 | WINN-DIXIE 321 | 6/22/2002 | 2 | 61519 | ADJ | $ | (13 35) | 17 |
| 999892 | WINN-DIXIE 321 | 4/18/2003 | 2 | 401309 | ADJ | $ | (96 00) | 17 |
| 999892 | WINN-DIXIE 321 | 8/19/2003 | 2 | 64308 | ADJ | $ | (150 00) | 17 |
| 999892 | WINN-DIXIE 321 | 3/17/2004 | 2 | 65453 | ADJ | $ | 150 70 | 17 |
| 999892 | WINN-DIXIE 321 | 4/23/2004 | 2 | 65734 | ADJ | $ | 132 00 | 17 |
| 999892 | WINN-DIXIE 321 | 4/23/2004 | 2 | 65735 | ADJ | $ | 110 00 | 17 |
| 999892 | WINN-DIXIE 321 | 4/24/2004 | 2 | 65742 | ADJ | $ | 110 00 | 17 |
| 999892 | WINN-DIXIE 321 | 4/28/2004 | 2 | 65775 | ADJ | $ | 132 00 | 17 |
| 999892 | WINN-DIXIE 321 | 7/13/2004 | 2 | 66741 | ADJ | $ | 1,775 00 | 17 |
| 999892 | WINN-DIXIE 321 | 9/6/2004 | 2 | 67393 | ADJ | $ | 1,775 00 | 17 |
| 999892 | WINN-DIXIE 321 | 9/14/2004 | 2 | 67447 | ADJ | $ | 1,962 00 | 17 |
| 999892 | WINN-DIXIE 321 | 9/14/2004 | 2 | 67451 | ADJ | $ | 1,962 00 | 17 |

DATE 02/24/05                 R E D D Y  I C E  C O R P O R A T I O N
TIME 16:22:50                      PAYMENT/ADJUSTMENT LOG                    PGM: RA5510
COMPANY. 300  LOCATION: 399  KEYED PAYMENT DATE: 02/22/05    ID: DMURPHY

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|--------|---------------|-----------|-----|----------|-----|--------|--------|
| 999892 | WINN-DIXIE 321 | 9/15/2004 | 2 | 67466 | ADJ | $ 1,962.00 | 17 |
| 999892 | WINN-DIXIE 321 | 9/16/2004 | 2 | 67488 | ADJ | $ 1,962.00 | 17 |
| 999892 | WINN-DIXIE 321 | 9/28/2004 | 2 | 67591 | ADJ | $ 1,775.00 | 17 |
| 999892 | WINN-DIXIE 321 | 9/28/2004 | 2 | 67596 | ADJ | $ 1,775.00 | 17 |
| 999892 | WINN-DIXIE 321 | 9/28/2004 | 2 | 67599 | ADJ | $ 1,775.00 | 17 |
| 999892 | WINN-DIXIE 321 | 10/14/2004 | 2 | 67707 | ADJ | $ 1,775.00 | 17 |
| 999892 | WINN-DIXIE 321 | 10/14/2004 | 2 | 67709 | ADJ | $ 1,775.00 | 17 |
| 999892 | WINN-DIXIE 321 | 10/15/2004 | 2 | 67715 | ADJ | $ 1,775.00 | 17 |
| 999892 | WINN-DIXIE 321 | 10/18/2004 | 2 | 67725 | ADJ | $ 1,962.00 | 17 |
| 999892 | WINN-DIXIE 321 | 10/18/2004 | 2 | 67726 | ADJ | $ 1,962.00 | 17 |
| 999892 | WINN-DIXIE 321 | 10/18/2004 | 2 | 97728 | ADJ | $ 1,962.00 | 17 |
| 999892 | WINN-DIXIE 321 | 1/19/2005 | 2 | 68177 | ADJ | $ 1,962.00 | 17 |
| 999892 | WINN-DIXIE 321 | 1/26/2005 | 2 | 68199 | ADJ | $ 1,775.00 | 17 |
| 999892 | WINN-DIXIE 321 | 1/27/2005 | 2 | 68203 | ADJ | $ 1,962.00 | 17 |
| 999892 | WINN-DIXIE 321 | 2/8/2005 | 2 | 68233 | ADJ | $ 1,775.00 | 17 |
| 999892 | WINN-DIXIE 321 | 2/9/2005 | 2 | 68237 | ADJ | $ 1,962.00 | 17 |
| 999892 | WINN-DIXIE 321 | 2/16/2005 | 2 | 68261 | ADJ | $ 1,775.00 | 17 |
| 999893 | WINN-DIXIE 326 | 9/5/2002 | 2 | 140166 | ADJ | $ (356.64) | 17 |
| 999893 | WINN-DIXIE 326 | 9/16/2002 | 2 | 135740 | ADJ | $ (111 84) | 17 |
| 999893 | WINN-DIXIE 326 | 10/9/2002 | 2 | 131927 | ADJ | $ (120 00) | 17 |
| 999893 | WINN-DIXIE 326 | 4/18/2003 | 2 | 141693 | ADJ | $ (99 50) | 17 |
| 999893 | WINN-DIXIE 326 | 6/24/2003 | 2 | 168516 | ADJ | $ (36.00) | 17 |
| 999893 | WINN-DIXIE 326 | 7/18/2003 | 2 | 187945 | ADJ | $ (468 96) | 17 |
| 999893 | WINN-DIXIE 326 | 7/18/2003 | 2 | 187947 | ADJ | $ (445.92) | 17 |
| 999893 | WINN-DIXIE 326 | 7/18/2003 | 2 | 187948 | ADJ | $ (131.75) | 17 |
| 999893 | WINN-DIXIE 326 | 7/28/2003 | 2 | 189056 | ADJ | $ (49 92) | 17 |
| 999893 | WINN-DIXIE 326 | 8/4/2003 | 2 | 192168 | ADJ | $ (16.80) | 17 |
| 999893 | WINN-DIXIE 326 | 8/12/2003 | 2 | 192241 | ADJ | $ (538.56) | 17 |
| 999893 | WINN-DIXIE 326 | 4/8/2004 | 2 | 203010 | ADJ | $ 110 00 | 17 |
| 999893 | WINN-DIXIE 326 | 4/8/2004 | 2 | 209203 | ADJ | $ 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 4/9/2004 | 2 | 203009 | ADJ | $ 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 4/9/2004 | 2 | 208677 | ADJ | $ 110 00 | 17 |
| 999893 | WINN-DIXIE 326 | 4/9/2004 | 2 | 209206 | ADJ | $ 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 4/13/2004 | 2 | 202445 | ADJ | $ 110 00 | 17 |
| 999893 | WINN-DIXIE 326 | 4/16/2004 | 2 | 202444 | ADJ | $ 110.00 | 17 |
| 999893 | WINN-DIXIE 326 | 4/16/2004 | 2 | 203123 | ADJ | $ 110 00 | 17 |
| 999893 | WINN-DIXIE 326 | 4/16/2004 | 2 | 203124 | ADJ | $ 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 5/19/2004 | 2 | 243272 | ADJ | $ 87 50 | 17 |
| 999893 | WINN-DIXIE 326 | 5/31/2004 | 2 | 242626 | ADJ | $ (182 50) | 17 |
| 999893 | WINN-DIXIE 326 | 6/21/2004 | 2 | 242819 | ADJ | $ 87 50 | 17 |
| 999893 | WINN-DIXIE 326 | 6/25/2004 | 2 | 248567 | ADJ | $ 72 50 | 17 |
| 999893 | WINN-DIXIE 326 | 7/2/2004 | 2 | 253329 | ADJ | $ 1,600.00 | 17 |
| 999893 | WINN-DIXIE 326 | 7/2/2004 | 2 | 253333 | ADJ | $ 1,600 00 | 17 |
| 999893 | WINN-DIXIE 326 | 7/8/2004 | 2 | 257731 | ADJ | $ 150 00 | 17 |
| 999893 | WINN-DIXIE 326 | 8/11/2004 | 2 | 260063 | ADJ | $ 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 8/12/2004 | 2 | 243723 | ADJ | $ (37.50) | 17 |
| 999893 | WINN-DIXIE 326 | 8/16/2004 | 2 | 260825 | ADJ | $ 1,962.00 | 17 |
| 999893 | WINN-DIXIE 326 | 8/16/2004 | 2 | 260827 | ADJ | $ (150 00) | 17 |
| 999893 | WINN-DIXIE 326 | 9/2/2004 | 2 | 264442 | ADJ | $ 1,770 00 | 17 |
| 999893 | WINN-DIXIE 326 | 9/10/2004 | 2 | 264443 | ADJ | $ 1,770 00 | 17 |

DATE 02/24/05
TIME 16 22:50
COMPANY: 300 LOCATION: 399 KEYED PAYMENT DATE. 02/22/05   ID DMURPHY

R E D D Y I C E C O R P O R A T I O N
PAYMENT/ADJUSTMENT LOG

PGM RA5510

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | | Reason |
|---|---|---|---|---|---|---|---|---|
| 999893 | WINN-DIXIE 326 | 9/10/2004 | 2 | 265163 | ADJ | $ | 1,770.00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/17/2004 | 2 | 231619 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/17/2004 | 2 | 231946 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/18/2004 | 2 | 231944 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/18/2004 | 2 | 231945 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/19/2004 | 2 | 231620 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/22/2004 | 2 | 231939 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/22/2004 | 2 | 231940 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/22/2004 | 2 | 232296 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 11/26/2004 | 2 | 250076 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/1/2004 | 2 | 250272 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/2/2004 | 2 | 250271 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/3/2004 | 2 | 249322 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/15/2004 | 2 | 249320 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/16/2004 | 2 | 281571 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/16/2004 | 2 | 281617 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/21/2004 | 2 | 250002 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/21/2004 | 2 | 279058 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/21/2004 | 2 | 279059 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/22/2004 | 2 | 250326 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/22/2004 | 2 | 281330 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/23/2004 | 2 | 281327 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/23/2004 | 2 | 281620 | ADJ | $ | 132 00 | 17 |
| 999893 | WINN-DIXIE 326 | 12/23/2004 | 2 | 281621 | ADJ | $ | 132.00 | 17 |
| 999893 | WINN-DIXIE 326 | 1/17/2005 | 2 | 280483 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 1/19/2005 | 2 | 280484 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 1/27/2005 | 2 | 280485 | ADJ | $ | 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 1/28/2005 | 2 | 280487 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 1/31/2005 | 2 | 279017 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 1/31/2005 | 2 | 282066 | ADJ | $ | 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/3/2005 | 2 | 279018 | ADJ | $ | 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/4/2005 | 2 | 279061 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/4/2005 | 2 | 286903 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/4/2005 | 2 | 286904 | ADJ | $ | 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/9/2005 | 2 | 286906 | ADJ | $ | 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/10/2005 | 2 | 286905 | ADJ | $ | 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/10/2005 | 2 | 286968 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/14/2005 | 2 | 286967 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/15/2005 | 2 | 286902 | ADJ | $ | 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/15/2005 | 2 | 286966 | ADJ | $ | 1,962 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/17/2005 | 2 | 288516 | ADJ | $ | 1,775 00 | 17 |
| 999893 | WINN-DIXIE 326 | 2/18/2005 | 2 | 288459 | ADJ | $ | 1,962.00 | 17 |
| 999894 | WINN-DIXIE 336 | 10/6/2004 | 2 | 65318 | ADJ | $ | 1,925.00 | 17 |
| 999895 | WINN-DIXIE 342 | 1/10/2003 | 2 | 982417 | ADJ | $ | (300 00) | 17 |
| 999895 | WINN-DIXIE 342 | 4/23/2004 | 2 | 772083 | ADJ | $ | 120 00 | 17 |
| 999895 | WINN-DIXIE 342 | 4/23/2004 | 2 | 772092 | ADJ | $ | 100 00 | 17 |
| 999895 | WINN-DIXIE 342 | 4/26/2004 | 2 | 772074 | ADJ | $ | 100 00 | 17 |
| 999895 | WINN-DIXIE 342 | 4/28/2004 | 2 | 772020 | ADJ | $ | 100.00 | 17 |
| 999895 | WINN-DIXIE 342 | 6/26/2004 | 2 | 783673 | ADJ | $ | 1,640.00 | 17 |
| 999895 | WINN-DIXIE 342 | 7/5/2004 | 2 | 783833 | ADJ | $ | 1,120 00 | 17 |

DATE 02/24/05                    REDDY ICE CORPORATION
TIME 16:22:50                    PAYMENT/ADJUSTMENT LOG                    PGM· RA5510
COMPANY: 300 LOCATION. 399 KEYED PAYMENT DATE 02/22/05    ID: DMURPHY

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|--------|---------------|-----------|-----|----------|-----|--------|--------|
| 999895 | WINN-DIXIE 342 | 7/10/2004 | 2 | 783815 | ADJ | $ 1,640 00 | 17 |
| 999896 | WINN-DIXIE 346 | 4/21/2004 | 2 | 785021 | ADJ | $ 24.75 | 17 |
| 999896 | WINN-DIXIE 346 | 4/23/2004 | 2 | 784895 | ADJ | $ 100 00 | 17 |
| 999896 | WINN-DIXIE 346 | 4/27/2004 | 2 | 784787 | ADJ | $ 1,120 00 | 17 |
| 999896 | WINN-DIXIE 346 | 5/27/2004 | 2 | 834549 | ADJ | $ 1,350.00 | 17 |
| 999896 | WINN-DIXIE 346 | 6/29/2004 | 2 | 841889 | ADJ | $ 96 00 | 17 |
| 999896 | WINN-DIXIE 346 | 6/30/2004 | 2 | 841934 | ADJ | $ 192.00 | 17 |
| 999896 | WINN-DIXIE 346 | 8/14/2004 | 2 | 865650 | ADJ | $ 1,665.00 | 17 |
| 999896 | WINN-DIXIE 346 | 8/14/2004 | 2 | 865659 | ADJ | $ 1,835.00 | 17 |
| 999896 | WINN-DIXIE 346 | 8/16/2004 | 2 | 865641 | ADJ | $ 550 80 | 17 |
| 999896 | WINN-DIXIE 346 | 8/18/2004 | 2 | 150914 | ADJ | $ 1,583 40 | 17 |
| 999896 | WINN-DIXIE 346 | 8/19/2004 | 2 | 865739 | ADJ | $ 1,835 00 | 17 |
| 999896 | WINN-DIXIE 346 | 8/20/2004 | 2 | 865543 | ADJ | $ 193.20 | 17 |
| 999896 | WINN-DIXIE 346 | 8/23/2004 | 2 | 865670 | ADJ | $ (1,920.00) | 17 |
| 999896 | WINN-DIXIE 346 | 9/7/2004 | 2 | 865639 | ADJ | $ 1,835 00 | 17 |
| 999896 | WINN-DIXIE 346 | 9/14/2004 | 2 | 865537 | ADJ | $ 1,835.00 | 17 |
| 999896 | WINN-DIXIE 346 | 9/15/2004 | 2 | 865528 | ADJ | $ 1,835.00 | 17 |
| 999896 | WINN-DIXIE 346 | 9/18/2004 | 2 | 887720 | ADJ | $ 1,665.00 | 17 |
| 999896 | WINN-DIXIE 346 | 9/18/2004 | 2 | 887729 | ADJ | $ 1,835 00 | 17 |
| 999896 | WINN-DIXIE 346 | 9/18/2004 | 2 | 887738 | ADJ | $· 1,835.00 | 17 |
| 999896 | WINN-DIXIE 346 | 9/18/2004 | 2 | 887747 | ADJ | $ 1,835 00 | 17 |
| 999896 | WINN-DIXIE 346 | 9/20/2004 | 2 | 865684 | ADJ | $ 1,665 00 | 17 |
| 999896 | WINN-DIXIE 346 | 9/24/2004 | 2 | 865672 | ADJ | $ (1,835.00) | 17 |
| 999896 | WINN-DIXIE 346 | 9/24/2004 | 2 | 865681 | ADJ | $ (1,835 00) | 17 |
| 999896 | WINN-DIXIE 346 | 9/25/2004 | 2 | 887793 | ADJ | $ (1,835 00) | 17 |
| 999896 | WINN-DIXIE 346 | 10/4/2004 | 2 | 887712 | ADJ | $ 96 00 | 17 |
| 999896 | WINN-DIXIE 346 | 10/18/2004 | 2 | 887766 | ADJ | $ 198 96 | 17 |
| 999896 | WINN-DIXIE 346 | 11/3/2004 | 2 | 887652 | ADJ | $ 85 01 | 17 |
| 999896 | WINN-DIXIE 346 | 11/3/2004 | 2 | 887697 | ADJ | $ 85 03 | 17 |
| 999896 | WINN-DIXIE 346 | 11/3/2004 | 2 | 887715 | ADJ | $ 85 03 | 17 |
| 999896 | WINN-DIXIE 346 | 11/3/2004 | 2 | 887822 | ADJ | $ 85 01 | 17 |
| 999896 | WINN-DIXIE 346 | 11/4/2004 | 2 | 887625 | ADJ | $ 1,140 00 | 17 |
| 999896 | WINN-DIXIE 346 | 11/6/2004 | 2 | 887750 | ADJ | $ (1,827 27) | 17 |
| 999896 | WINN-DIXIE 346 | 12/29/2004 | 2 | 887843 | ADJ | $ 192 00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/4/2005 | 2 | 887655 | ADJ | $ 181 96 | 17 |
| 999896 | WINN-DIXIE 346 | 1/6/2005 | 2 | 887682 | ADJ | $ 8 13 | 17 |
| 999896 | WINN-DIXIE 346 | 1/7/2005 | 2 | 887673 | ADJ | $ 8 13 | 17 |
| 999896 | WINN-DIXIE 346 | 1/14/2005 | 2 | 887798 | ADJ | $ 0.20 | 17 |
| 999896 | WINN-DIXIE 346 | 1/17/2005 | 2 | 887780 | ADJ | $ 1,665 00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/17/2005 | 2 | 887789 | ADJ | $ 1,835.00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/19/2005 | 2 | 887699 | ADJ | $ 1,665 00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/19/2005 | 2 | 887717 | ADJ | $ 1,835 00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/20/2005 | 2 | 887672 | ADJ | $ 1,665 00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/20/2005 | 2 | 887708 | ADJ | $ 1,835 00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/21/2005 | 2 | 887681 | ADJ | $ 1,835.00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/21/2005 | 2 | 887690 | ADJ | $ 1,665 00 | 17 |
| 999896 | WINN-DIXIE 346 | 1/21/2005 | 2 | 887771 | ADJ | $ 1,665 00 | 17 |
| 999896 | WINN-DIXIE 346 | 2/1/2005 | 2 | 887726 | ADJ | $ 1,835 00 | 17 |
| 999896 | WINN-DIXIE 346 | 2/4/2005 | 2 | 887753 | ADJ | $ 1,835 00 | 17 |
| 999896 | WINN-DIXIE 346 | 2/4/2005 | 2 | 887762 | ADJ | $ 1,835.00 | 17 |

# REDDY ICE CORPORATION
## PAYMENT/ADJUSTMENT LOG

PGM: RA5510

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|--------|---------------|-----------|-----|----------|-----|--------|--------|
| 999896 | WINN-DIXIE 346 | 2/7/2005 | 2 | 887735 | ADJ | $ 1,835.00 | 17 |
| 999896 | WINN-DIXIE 346 | 2/7/2005 | 2 | 887744 | ADJ | $ 1,835.00 | 17 |
| 999897 | WINN-DIXIE 321 | 9/23/2003 | 2 | 64648 | ADJ | $ 150.00 | 17 |
| 999897 | WINN-DIXIE 321 | 8/12/2004 | 2 | 192481 | ADJ | $ 1,640 00 | 17 |
| 999897 | WINN-DIXIE 321 | 8/12/2004 | 2 | 192490 | ADJ | $ 2,200.00 | 17 |
| 999897 | WINN-DIXIE 321 | 8/12/2004 | 2 | 192499 | ADJ | $ 1,640 00 | 17 |
| 999897 | WINN-DIXIE 321 | 8/12/2004 | 2 | 192651 | ADJ | $ 2,200.00 | 17 |
| 999897 | WINN-DIXIE 321 | 8/14/2004 | 2 | 851418 | ADJ | $ 192.00 | 17 |
| 999897 | WINN-DIXIE 321 | 9/3/2004 | 2 | 189909 | ADJ | $ 1,487.50 | 17 |
| 999899 | WINN-DIXIE 345 | 2/13/2004 | 2 | 17046 | ADJ | $ (110 00) | 17 |
| 999899 | WINN-DIXIE 345 | 3/26/2004 | 2 | 17176 | ADJ | $ 90 00 | 17 |
| 999899 | WINN-DIXIE 345 | 4/23/2004 | 2 | 17285 | ADJ | $ 132 00 | 17 |
| 999899 | WINN-DIXIE 345 | 4/23/2004 | 2 | 17286 | ADJ | $ 100 00 | 17 |
| 999899 | WINN-DIXIE 345 | 4/23/2004 | 2 | 17287 | ADJ | $ 100.00 | 17 |
| 999899 | WINN-DIXIE 345 | 6/23/2004 | 2 | 17592 | ADJ | $ 192 00 | 17 |
| 999899 | WINN-DIXIE 345 | 8/11/2004 | 2 | 387985 | ADJ | $ 1,640 00 | 17 |
| 999899 | WINN-DIXIE 345 | 8/11/2004 | 2 | 388003 | ADJ | $ 2,002 00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/1/2004 | 2 | 388144 | ADJ | $ 1,640.00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/1/2004 | 2 | 388145 | ADJ | $ 1,640 00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/1/2004 | 2 | 388221 | ADJ | $ 1,640 00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/3/2004 | 2 | 388577 | ADJ | $ 2,002 00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/24/2004 | 2 | 388851 | ADJ | $ 1,810 00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/24/2004 | 2 | 388852 | ADJ | $ 2,002 00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/24/2004 | 2 | 388853 | ADJ | $ 2,002 00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/24/2004 | 2 | 388854 | ADJ | $ 2,002 00 | 17 |
| 999899 | WINN-DIXIE 345 | 9/24/2004 | 2 | 388855 | ADJ | $ 2,002 00 | 17 |
| 999899 | WINN-DIXIE 345 | 10/29/2004 | 2 | 389119 | ADJ | $ 1,640 00 | 17 |
| 999899 | WINN-DIXIE 345 | 11/1/2004 | 2 | 389121 | ADJ | $ 2,002 00 | 17 |
| 999899 | WINN-DIXIE 345 | 11/1/2004 | 2 | 389122 | ADJ | $ 1,640.00 | 17 |
| 999899 | WINN-DIXIE 345 | 11/2/2004 | 2 | 389124 | ADJ | $ 2,002 00 | 17 |
| 999899 | WINN-DIXIE 345 | 11/2/2004 | 2 | 389125 | ADJ | $ 1,640 00 | 17 |
| 999899 | WINN-DIXIE 345 | 11/2/2004 | 2 | 389126 | ADJ | $ 2,002.00 | 17 |
| 999899 | WINN-DIXIE 345 | 11/3/2004 | 2 | 389027 | ADJ | $ 181 01 | 17 |
| 999899 | WINN-DIXIE 345 | 12/21/2004 | 2 | 390193 | ADJ | $ 192 27 | 17 |
| 999899 | WINN-DIXIE 345 | 1/6/2005 | 2 | 390480 | ADJ | $ 0 26 | 17 |
| 999899 | WINN-DIXIE 345 | 1/10/2005 | 2 | 390481 | ADJ | $ 1,965 00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/10/2005 | 2 | 390486 | ADJ | $ 0.30 | 17 |
| 999899 | WINN-DIXIE 345 | 1/11/2005 | 2 | 390488 | ADJ | $ 0 30 | 17 |
| 999899 | WINN-DIXIE 345 | 1/12/2005 | 2 | 390489 | ADJ | $ 0.30 | 17 |
| 999899 | WINN-DIXIE 345 | 1/13/2005 | 2 | 390499 | ADJ | $ 0 30 | 17 |
| 999899 | WINN-DIXIE 345 | 1/13/2005 | 2 | 390502 | ADJ | $ 1,118.00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/14/2005 | 2 | 390491 | ADJ | $ 0.30 | 17 |
| 999899 | WINN-DIXIE 345 | 1/14/2005 | 2 | 390505 | ADJ | $ 1,603 00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/17/2005 | 2 | 390501 | ADJ | $ 1,965 00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/19/2005 | 2 | 390743 | ADJ | $ 1,965.00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/19/2005 | 2 | 390744 | ADJ | $ 1,603.00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/20/2005 | 2 | 390745 | ADJ | $ 1,965.00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/20/2005 | 2 | 390746 | ADJ | $ 1,603.00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/21/2005 | 2 | 390747 | ADJ | $ 1,965.00 | 17 |
| 999899 | WINN-DIXIE 345 | 1/21/2005 | 2 | 390832 | ADJ | $ 1,603.00 | 17 |

DATE 02/24/05                    R E D D Y  I C E  C O R P O R A T I O N
TIME 16 22:50                         PAYMENT/ADJUSTMENT LOG                    PGM. RA5510
  COMPANY. 300 LOCATION: 399  KEYED PAYMENT DATE· 02/22/05    ID: DMURPHY

| Cust # | Customer Name | Tran Date | BC | Ticket # | ADJ | Amount | Reason |
|--------|---------------|-----------|----|----------|-----|--------|--------|
| 999899 | WINN-DIXIE 345 | 2/2/2005 | 2 | 390837 | ADJ | $ 1,965 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/2/2005 | 2 | 390838 | ADJ | $ 1,603 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/3/2005 | 2 | 390839 | ADJ | $ 1,965 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/3/2005 | 2 | 390840 | ADJ | $ 1,603.00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/4/2005 | 2 | 390841 | ADJ | $ 1,965 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/4/2005 | 2 | 390842 | ADJ | $ 1,603 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/4/2005 | 2 | 390843 | ADJ | $ 1,603 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/11/2005 | 2 | 390510 | ADJ | $ 1,965 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/11/2005 | 2 | 390511 | ADJ | $ 1,965 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/21/2005 | 2 | 391042 | ADJ | $ 1,965 00 | 17 |
| 999899 | WINN-DIXIE 345 | 2/21/2005 | 2 | 391182 | ADJ | $ 1,603 00 | 17 |
|  |  |  |  |  |  | $        - |  |
| 90604 | WINN DIXIE - 301 | 9/4/2004 |  | 1177013 | ADJ | $ 1,566 00 | 17 |
| 90604 | WINN DIXIE - 301 | 9/4/2004 |  | 1177018 | ADJ | $ 1,566 00 | 17 |
| 90604 | WINN DIXIE - 301 | 9/4/2004 |  | 1177028 | ADJ | $ 1,566 00 | 17 |
| 90604 | WINN DIXIE - 301 | 9/4/2004 |  | 1183001 | ADJ | $ 1,566.00 | 17 |
| 90604 | WINN DIXIE - 301 | 9/4/2004 |  | 1183006 | ADJ | $ 1,566.00 | 17 |
|  |  |  |  |  |  | $        - |  |
| 811894 | WINN DIXIE - 341 | 1/31/2005 |  | 254600 | ADJ | $   242.82 | 17 |

                                                             $   374,190 08

# EXHIBIT C

BANK OF AMERICA N A.
TEXAS RETURN ITEMS
P.O. BOX 2518
HOUSTON, TX  77252-2518

Page    1 of  1                    H
Bank   : 00099
Center : 0002471
Divider: 3   3557
Code   :  5

Deposit Account:        375-162-1722
Charge Account :        375-162-1722
Store/Reference:        0000000000

REDDY ICE, INC., #399
ATTN: JANE ABEL
3535 TRAVIS ST., SUITE 170
DALLAS, TX.  75204

Date of Notice· 02-25-2005

*063107513*
02/23/2005
1235115633

This is a LEGAL COPY of your
check  You can use it the same
way  you would use the original
check

RETURN REASON-C
Stop Payment

Document Seq #
0224131325093220050 9

Winn Dixie Stores, Inc.
PO Box B
Jacksonville. Florida 32203-0297

WACHOVIA BANK, N.A                007447786
Pensacola, FL. 32534              63 1013633

Date    08 Feb.2005

Pay    ****TWENTY-EIGHT THOUSAND NINE HUNDRED FIFTY-THREE AND XX / 100 US DOLLAR****

Pay Amount  $28,953.00***

To The Order Of

TRIANGLE ICE CO
3339 TRAVIS STREET
SUITE 170
DALLAS, TX 75204

Winn Dixie Stores, Inc. Consolidated Disbursement Account

KDHardee
Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

BANK OF AMERICA N.A.
TEXAS RETURN ITEMS
P.O. BOX 2518
HOUSTON, TX  77252-2518

Page   1 of   1                        H
Bank   : 00099
Center : 0002471
Divider: 3    3554
Code   :  5

Deposit Account:       375-162-1722
Charge Account :       375-162-1722
Store/Reference:        0000000000

REDDY ICE, INC., #399
ATTN: JANE ABEL
3535 TRAVIS ST., SUITE 170
DALLAS, TX.  75204

*399- 1270*

Date of Notice: 02-28-2005

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid.
Therefore, we have charged them to your account. Fees for analyzed accounts are itemized
on the account analysis statement.

If you have any questions or need additional information, please contact one of our
Customer Service representatives at 1-800-657-9533. Thank you for choosing Bank of
America.

Number of Returned Items:               1
Amount of Returned Item(s):      21,669.62

| SEQUENCE/<br>DEP DATE | ABA NUMBER/<br>DEP AMOUNT | MAKER NAME/<br>CHECK DATE | RETURN REASON/<br>I.D. | AMOUNT |
|---|---|---|---|---|
| 6730034341 | 0632-1012 | | STOP PAYMENT | 21,669.62 |
| 02172005 | 47,259.72 | | | |

The face of this document has a red background on white paper, micro-printing and a security watermark on reverse side.

Winn Dixie Stores, Inc.
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK, N.A.               007451249
Pensacola, FL 32534              63-1012/632

11000025

Date    11 Feb.2005          Pay Amount  $21,669.62***

***TWENTY-ONE THOUSAND SIX HUNDRED SIXTY NINE AND 62 / 100 US DOLLAR****

PAYMENT STOPPED

Winn Dixie Stores, Inc. Consolidated Disbursement Account

To the Order Of:

REDDY ICE
50 NORTH CENTRAL EXPRESSWAY
STE 1800 LB 20
DALLAS TX 75231

KDHaidee
Authorized Signature

VOID IF NOT PRESENTED WITHIN 90 DAYS

BANK OF AMERICA N.A.
FLORIDA RETURN ITEMS
P.O. BOX 2518
HOUSTON, TX  77252-2518

Page  1 of   1                          H
Bank  : 00099
Center : 0002471
Divider: 1    3571
Code  :  5

Deposit Account:        375-162-1722
Charge Account :        375-162-1722
Store/Reference:        0000000000

REDDY ICE, INC., #399
ATTN: JANE ABEL
3535 TRAVIS ST., SUITE 170
DALLAS, TX.  75204

*377. 1270*

Date of Notice: 02-24-2005

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid.
Therefore, we have charged them to your account. Fees for analyzed accounts are itemized
on the account analysis statement.

If you have any questions or need additional information, please contact one of our
Customer Service representatives at 1-800-657-9533. Thank you for choosing Bank of
America.

Number of Returned Items:              1
Amount of Returned Item(s):         9,236.10

| SEQUENCE/ DEP DATE | ABA NUMBER/ DEP AMOUNT | MAKER NAME/ CHECK DATE | RETURN REASON/ I.D. | AMOUNT |
|---|---|---|---|---|
| 0020002140 | 0632-1012 | | STOP PAYMENT | 9,236.10 |
| 02182005 | 56,688.95 | | | |

*063107513*
02/22/2005
1437417100

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-C
Stop Payment

Document Seq #
02231608343831900361

Winn Dixie Stores, Inc.
PO Box B
Jacksonville, Florida 32203-0297

WACHOVIA BANK, N.A.        007451901
Pensacola, FL  32534        63-1012/632

Date    14 Feb 2005

Pay    ****NINE THOUSAND TWO HUNDRED THIRTY-SIX AND 10 / 100 US DOLLAR****       Pay Amount $9,236.10***

To The Order Of                               Winn Dixie Stores, Inc. Consolidated Disbursement Account

REDDY ICE
4500 NORTH CENTRAL EXPRESSWAY
ROUTE 1890 LB 20
DALLAS, TX  75231

KDHardee
Authorized Signature

( CK # NOT PRESENTED WITHIN 90 DAYS )

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

━━━━━━━━━ Attorneys at Law

**BRENDA PATRICK,**
**PARALEGAL**
214 969 4633/fax. 214 969 4343
bpatrick@akingump com

July 26, 2005

**VIA OVERNIGHT DELIVERY**

Winn-Dixie Claims Docketing Center
c/o Logan & Company, Inc.
546 Valley Road
Upper Montclair, New Jersey 07043

Re:    Case No. 05-03817-3F1-11; *In re Winn-Dixie Stores, Inc.*, in the United States
Bankruptcy Court, Middle District of Florida, Jacksonville Division

Dear Claims Agent:

In connection with the above-referenced bankruptcy matter, enclosed for filing is an
original and three copies of Proofs of Claim for the following creditors:

1.    Reddice Group, Inc., f/k/a Reddy Ice Corporation and Triangle Ice; and

2.    Southern Bottled Water Co., Inc.

Please place these Proofs of Claim in line for filing and return the file-marked copies to
the undersigned in the self-address, postage paid envelope provided for your convenience.

Thank you for your assistance with this matter.  If you have any questions regarding my
request, please do not hesitate to call me at (214) 969-4633.

Sincerely,

Brenda Patrick

Brenda Patrick
Paralegal

Enclosures

cc:    Keith Miles Aurzada
Sarah Link Schultz

1700 Pacific Avenue / Suite 4100 / Dallas, TX 75201-4675 / 214 969 2800 / fax  214 969 4343 / www akingump.com
062723 0223 WEST 5770509 v1