IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| WINN-DIXIE STORES, INC., ET AL | * |
| | * BANKRUPTCY CASE NO: 05-03817-3f1 |
| | * CHAPTER 11 |
| Debtor | * JOINTLY ADMINISTERED |
| | * |
| | * |

**RESPONSE OF COLORADO BOXED BEEF COMPANY TO DEBTOR'S 15TH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIM, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

**COMES NOW**, Colorado Boxed Beef Company, by and through counsel, and files this Response to Debtor's 15th Omnibus Objection, and shows this Court the following:

1.

Colorado Boxed Beef Company is an unsecured creditor of debtor, having sold product to the debtor prior to commencement of this case.

2.

Colorado Boxed Beef Company initially filed its proof of claim on July 25, 2005, delineating the claim in the aggregate amount of $58,628.72, with $29,609.30 of the claim classified as priority, and the balance unsecured.

3.

Colorado Boxed Beef Company subsequently amended that proof of claim on August 11, 2005, reclassifying the aggregate claim balance as unsecured.

4.

The supporting documentation establishing the indebtedness of debtor of $58,628.72 was included with the initial proof of claim filed July 25, 2005.

5.

Based upon this fact, Colorado Boxed Beef Company did not respond to the various omnibus objections.

6.

These business records establish the claim of $58,628.72.

**WHEREFORE**, Colorado Boxed Beef Company respectfully prays this Court deny debtor's 15th Omnibus Objection to the extent that debtor seeks to reduce claim number 11538 from $58,628.72 to $30,960.72.

Respectfully submitted this 11th day of August, 2006.

|  |  |
|---|---|
|  | /S/ JAMES W. MARTIN |
|  | JAMES W. MARTIN |
| SIMPSON LAW OFFICES, L.L.P. | Attorney for Colorado Boxed Beef Company |
| One Securities Centre, Suite 300 | State Bar No: 473314 |
| 3490 Piedmont Road, N.E. |  |
| Atlanta, Georgia 30305 |  |
| (404) 266-2421 | JWM/bmm |

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| WINN-DIXIE STORES, INC., ET AL | * |
| | * BANKRUPTCY CASE NO: 05-03817-3f1 |
| | * CHAPTER 11 |
| Debtor | * JOINTLY ADMINISTERED |
| | * |
| | * |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party in the foregoing matter with a copy of this, RESPONSE OF COLORADO BOXED BEEF COMPANY TO DEBTOR'S 15TH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIM, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS as follows:

Skadden, Arps, Slate, Meagher & Flom, LLP, by email djbaker@skadden.com

Smith Hulsey & Busey, by email jpost@smithhulsey.com

This 11th day of August, 2006.

/S/ JAMES W. MARTIN
JAMES W. MARTIN
Attorney for Colorado Boxed Beef Company
State Bar No: 473314

SIMPSON LAW OFFICES, L.L.P.
One Securities Centre, Suite 300
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
(404) 266-2421

JWM/bmm