## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | CASE NO. 05-03817-3F1 |
|  | ) | *Chapter 11* |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al</u>., | ) ) | Jointly Administered |
| Debtors. | ) ) ) ) ) |  |

**CREDITOR'S RESPONSE TO DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

CREDITOR NO.: WDX-416093-L4-L1
JONES, ELIZABETH

Claim No.: 12529
Claim Amount: $75,000.00

  **COMES NOW** the Creditor, Elizabeth Jones, and hereby files her written response to Debtors' Omnibus <u>Objection to Unresolved Litigation Claims</u>, and states as follows:

  1. The Creditor received the Debtors' Omnibus <u>Objection to Unresolved Litigation Claims</u> through her undersigned attorney on July 31, 2006;

  2. This claim stems from a slip & fall accident which occurred at Debtor Winn-Dixie Stores, Inc.'s Destin, Florida location on October 14, 2003;

  3. Creditor Elizabeth Jones timely filed a Proof of Claim with Debtor, Winn-Dixie Stores, Inc;

1

4.	At that time, Creditor also provided Debtors with myriad medical records and bills, totaling approximately 150 pages, substantiating her claim for damages;

5.	Included in these documents was a statement from Creditor's orthopaedic surgeon opining that her injuries and need for surgery were the result of the subject fall at Debtors' store;

6.	The Debtors' have previously been provided ample documentation proving their liability, as well as the extent of Creditor's damages;

7.	Creditor has complied with all rules and requirements of the Bankruptcy Court to maintain her claim for damages.

**WHEREFORE,** the Creditor, Elizabeth Jones, prays for an Order denying Debtor's Objection to her claim on the basis of no liability and insufficient proof of claim documentation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy hereof was electronically filed using the CM/ECF system which will generate an electronic notice of service to Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, and same has been served on Tana Copeland; Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at tcopeland@smithhulsey.com the 11th day of August, 2006.

S/ John W. Wesley
John W. Wesley, Esquire
Wesley, McGrail & Wesley
88 NE Eglin Parkway
Fort Walton Beach, Florida 32548
(850) 244-0999   telephone
(850) 244-0973   facsimile

Florida Bar No. 0506478
ATTORNEY FOR CREDITOR