UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

                                        CASE NO:  3:05-bk-3817
                                        Chapter     11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)


## ORDER STRIKING RESPONSE TO DEBTORS OBJECTION TO DISALLOWED CLAIM

The Court finds that the Response to Debtor's Objection to Disallowed Claim filed by Joseph M. Williams on behalf of Ronald Thomas, on August 9, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Debtor's Objection to Disallowed Claim filed by Joseph M. Williams on behalf of Ronald Thomas, on August 9, 2006  is stricken from the record.

**DATED August 10, 2006**, at Jacksonville, Florida.

                        Jerry A. Funk
                        United States Bankruptcy Judge

Copies to:
Joseph M. Williams, 1701 James L. Redman Parkway, Plant City, FL 33563

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 113A-3           User: baldws           Page 1 of 1               Date Rcvd: Aug 11, 2006
Case: 05-03817                 Form ID: pdfdoc        Total Served: 2
```

```
The following entities were served by first class mail on Aug 13, 2006.
aty           +Cynthia C. Jackson,    Smith Hulsey & Busey,   225 Water Street, Suite 1800,
                 Jacksonville, FL 32202-4494
              +Joseph M. Williams,    1701 James L. Redman Parkway,    Plant City, FL 33563-6911
```

```
The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2006**                    **Signature:**   _Joseph Speetjens_