UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

                                      CHAPTER 11

WINN-DIXIE STORES, INC., et al.,


            Debtors.      Jointly Administered

---

RESPONSE OF UNITED COMMERCIAL MORTGAGE CORP. TO DEBTORS'
FIFTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B)
OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS

United Commercial Mortgage Corp. ("United"), by and through its undersigned counsel, responds to the Debtors' Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection") and states as follows:

1. On July 25, 2005, United timely filed a proof of claim in the amount of $3,623,260.98. The claim is identified as claim no. 7704.

2. On or about July 25, 2006, the Debtors filed the Objection. United's proof of claim is subject to the Objection as a result of being identified in Exhibit "B" of the Objection.

3. In Exhibit "B" of the Objection, the Debtors allege that United's proof of claim amount should be reduced to $707,820.67. The Debtors allege that the

reduced amount is a result of the removal of $43,898.26 for overstated rejection damages, $555,338.00 for deferred maintenance charges, $2,270,152.52 for liquidated damages, and $46,051.53 for pre-petition rent which was allegedly paid.

4. United objects to the removal of $43,898.26 for overstated rejection damages. United believes its calculation of rejection damages is correct, and thus no amount should be removed from its proof of claim due to any overstatement of rejection damages.

5. United also objects to the removal of $555,338.00 for deferred maintenance charges. United believes that $555,338.00 accurately reflects the necessary amount of repairs to the store that the Debtors are responsible for. Thus, no portion of the deferred maintenance charges should be removed from United's proof of claim.

6. United believes its proof of claim amount should only be reduced to $1,307,056.93, rather than the $707,820.67 that the Debtors propose.

7. United reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 14 day of August, 2006.

HELD & ISRAEL

By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
khisrael@hilawfirm.com
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile