F I L E D
JACKSONVILLE, FLORIDA

AUG 1 1 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  )  Case No. 05-03817-3F1
 )  Chapter 11
WINN-DIXIE STORES, INC., et al.,  )  Jointly Administered
 )
Debtors  )

## CREDITOR'S NOTICE OF OBJECTION TO DISALLOWANCE OF CLAIM NO. 11825

COMES NOW, Blanca Velasquez, by and through her undersigned counsel and objects to Debtor, Winn-Dixie Stores Inc.'s Notice of intent to object to her claim # 11825 and states as follows:

1. On March 17, 2003, Blanca Velasquez, was injured in a slip and fall accident at Winn-Dixie Store # 0385 located at 27359 South Dixie Highway, Naranja, Florida. Ms. Velasquez sustained a posterior herniated nucleus polposus at L5/S1 slightly to the right of the midline causing impingement and posterior displacement of the right S1 nerve root as well as impingement of the ventral aspect of the dural sac and mild encroachment of the right neural foramen. She completed a course of treatment on September 15, 2003 and was assigned a whole body impairment of 10% to 12%. Her medical bills alone totaled $11,510. *See Medical Records attached as Exhibit A.*

2. Ms. Velasquez served notice of her intent to sue the Debtor Winn Dixie Stores Inc. and non-party FIRC Management. Winn Dixie Stores Inc. then filed these bankruptcy proceedings. Ms. Velasquez filed a notice of claim. *See Notice of Claim attached as Exhibit B.*

3. On December 8, 2005 Sedgwick Claims Management Services Inc. made an offer to settle Blanca Velasquez's claim against Winn Dixie for $3,500. The settlement offer was made

pursuant to the de minimis settlement procedure approved by the bankruptcy judge and approved by the creditor committee. *See Exhibit C attached.*

4. Plaintiff then resumed negotiations with St. Paul's Travelers Insurance Company - the insurer for non-party FIRC Management. Plaintiff negotiated a global settlement of $23,500 for her claim with both Winn Dixie and FIRC Management in addition to the $5,000 in no fault benefits paid to cover part of her medical bills. $3,500 was provided by Winn Dixie and $20,000 was provided by FIRC Management. A release was signed by the client, the settlement proceeds were received from St. Paul's on behalf of both Winn Dixie and FIRC Management and the settlement proceeds disbursed. *See Exhibit D attached.*

5. Plaintiff therefore moves the court to strike Debtor's objection to her claim which is moot since Plaintiff already resolved her claim against the Debtor pursuant to the de minimis settlement procedure approved by the bankruptcy judge and approved by the creditor committee.

WHEREFORE, Plaintiff moves this Honorable Court to strike Debtor's objection to her claim and for such other and further relief as this court deems necessary and appropriate.

Respectfully Submitted,

SIMON, SCHINDLER & SANDBERG LLP
2650 Biscayne Boulevard
Miami, FL 33137-4590
Tel: (305) 576 1300
Fax: (305) 576 1331
E-Mail: avfmt@yahoo.com

_____
ANTHONY V. FALZON ESQ.
Fla. Bar No. 69167

2

VOLUMINOUS ATTACHMENTS CAN BE VIEWED AT THE CLERKS' OFFICE