August 9, 2006

314 Great Lakes Street
Tallahassee, Florida 32305

Case No.: 05-03817-3F1
To: U.S. Bankruptcy Court
Middle District Court
Jacksonville Division

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
AUG 1 1 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Dear Sir:

This is my Response to Winn Dixie's Objection to My Claim for injury.

I am Carrie Wilson. I am 70 years old.

I fell in a Winn Dixie store in Tallahassee, Florida on January 9, 2005.

I am sending copies of my hospital bill from the day I fell.

I am sending my medical records from the Tallahassee Orthopedic Clinic that has been treating me.

I am sending records from Medicare/Medicaid which show what they have paid on the treatment from my injury so far of $7, 428.96.

I am still seeing the doctor from my injuries.

I am requesting that my claim not be dismissed or disallowed.

I am sending a copy of this response and the documents to Smith Hulsey & Busey, 255 Water Street, Suite 1800, Jacksonville, Florida 32202

Thank you for accepting this information.

Sincerely,

*Carrie Wilson*
Carrie Wilson

First Coast Service Options Inc.
MSP Auto/Liability Unit
Post Office Box 44179
Jacksonville, FL 32231-4179



Sincerely,

*Renee Rogers*

Renee Rogers
Collection Specialist
MSP Auto/Liability Unit


cc:   Carrie Wilson
      314 Great Lakes Street
      Tallahassee, FL 323057063

Report Number: RMCAN-5-5  
Contractor:   90 - First Coast Service Lead FI  

Date:  08/02/2006  
Time:  14:44:35  
Page 1 of 3  

# Payment Summary Form

Beneficiary Name:   WILSON, CARRIE L  
Beneficiary HICN:   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A  

Case ID:   2006004-09-000877  
Case Type:   Liability  
Date of Incident:   1/9/2005  

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 59205172470590 | 1 | 590 | JAGGEARS, FLOYD R | 71596 | 6/15/2005 | 6/15/2005 | $73.00 | $30.19 | $30.19 |
| 71 | 59090506608904 | 1 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 3/3/2005 | 3/3/2005 | $50.00 | $32.30 | $32.30 |
| 71 | 59090506608904 | 2 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 3/3/2005 | 3/3/2005 | $109.00 | $31.61 | $31.61 |
| 71 | 59205021692430 | 1 | 590 | SAMPSON, WAYNE A | 92410 | 1/9/2005 | 1/9/2005 | $247.00 | $77.91 | $77.91 |
| 71 | 59205024544060 | 1 | 590 | JAGGEARS, FLOYD R | 71596 | 1/19/2005 | 1/19/2005 | $101.00 | $41.14 | $41.14 |
| 71 | 59205024544060 | 2 | 590 | JAGGEARS, FLOYD R | 71596 | 1/19/2005 | 1/19/2005 | $59.00 | $21.98 | $21.98 |
| 71 | 59205194845340 | 1 | 590 | DERICKSON, KEVIN M | 70714 | 7/7/2005 | 7/7/2005 | $50.00 | $32.30 | $32.30 |
| 71 | 59205200387050 | 1 | 590 | ALEXANDER, GREGG A | 72252, 72402, 75612 | 7/14/2005 | 7/14/2005 | $236.00 | $94.37 | $94.37 |
| 71 | 59090532615947 | 1 | 590 | DERICKSON, KEVIN M | 70715 | 11/18/2005 | 11/18/2005 | $342.00 | $66.62 | $66.62 |
| 71 | 59205131388510 | 1 | 590 | HANEY, THOMAS C | 7242 | 5/9/2005 | 5/9/2005 | $924.00 | $379.21 | $379.21 |
| 71 | 59090510101105 | 1 | 590 | DERICKSON, KEVIN M | 6827, 70715 | 4/7/2005 | 4/7/2005 | $90.00 | $41.14 | $41.14 |
| 71 | 59090510101105 | 2 | 590 | DERICKSON, KEVIN M | 6827, 70715 | 4/7/2005 | 4/7/2005 | $342.00 | $66.62 | $66.62 |
| 71 | 59090510803004 | 1 | 590 | DERICKSON, KEVIN M | 70715 | 4/14/2005 | 4/14/2005 | $66.00 | $30.19 | $30.19 |
| 71 | 59090533948098 | 1 | 590 | DERICKSON, KEVIN M | 70715 | 12/1/2005 | 12/1/2005 | $50.00 | $32.30 | $32.30 |
| 71 | 59090525551504 | 1 | 590 | DERICKSON, KEVIN M | 1101, 7295 | 9/8/2005 | 9/8/2005 | $109.00 | $31.61 | $31.61 |

Report Number: RMCAN-5-5                                                                                                          Date:  08/02/2006
Contractor:    90 - First Coast Service Lead FI                                                                                   Time:  14:44:35
                                                                                                                                  Page 2 of 3

Beneficiary Name:   WILSON, CARRIE L                    Case ID:            2006004-09-000877
Beneficiary HICN:   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A                        Case Type:          Liability
                                                        Date of Incident:   1/9/2005

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 82 | 05066723714000 | 1 | 885 | TALLAHASSEE ORTHOPEDIC CLINIC III PL | 71596 | 2/28/2005 | 2/28/2005 | $78.00 | $34.81 | $34.81 |
| 71 | 59020506659870 | 1 | 590 | JAGGEARS, FLOYD R | 71946 | 2/28/2005 | 2/28/2005 | $73.00 | $30.19 | $30.19 |
| 71 | 59020502675969O | 1 | 590 | HASH, MARK T | 8449 | 1/13/2005 | 1/13/2005 | $247.00 | $77.91 | $77.91 |
| 71 | 59100503171175O | 1 | 590 | RAY, RONALD D | 9597 | 1/9/2005 | 1/9/2005 | $36.20 | $7.55 | $7.55 |
| 71 | 59090515330555O | 1 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 5/26/2005 | 5/26/2005 | $50.00 | $32.30 | $32.30 |
| 71 | 59090515330555O | 2 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 5/26/2005 | 5/26/2005 | $109.00 | $31.61 | $31.61 |
| 71 | 51110515436142O | 1 | 511 | FOUNTAIN, ARTHUR J | 72402, 7384 | 5/9/2005 | 5/9/2005 | $401.00 | $63.23 | $63.23 |
| 71 | 59020512245282O | 1 | 590 | JAGGEARS, FLOYD R | 71946 | 4/27/2005 | 4/27/2005 | $101.00 | $41.14 | $41.14 |
| 71 | 59020512245282O | 2 | 590 | JAGGEARS, FLOYD R | 71946 | 4/27/2005 | 4/27/2005 | $60.00 | $22.84 | $22.84 |
| 71 | 59020620746725O | 1 | 590 | JAGGEARS, FLOYD R | 71946 | 7/24/2006 | 7/24/2006 | $77.00 | $30.09 | $30.09 |
| 71 | 59020620746725O | 2 | 590 | JAGGEARS, FLOYD R | 71946 | 7/24/2006 | 7/24/2006 | $66.00 | $22.74 | $22.74 |
| 71 | 59090620513914O | 1 | 590 | DERICKSON, KEVIN M | 7011, 70715 | 7/20/2006 | 7/20/2006 | $66.00 | $30.09 | $30.09 |
| 71 | 59090616334839O | 1 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 6/8/2006 | 6/8/2006 | $50.00 | $32.20 | $32.20 |
| 71 | 59090616334839O | 2 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 6/8/2006 | 6/8/2006 | $109.00 | $31.53 | $31.53 |
| 71 | 59090612219567O | 1 | 590 | DERICKSON, KEVIN M | 70715 | 4/28/2006 | 4/28/2006 | $50.00 | $32.20 | $32.20 |
| 71 | 59090610021096O | 1 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 4/6/2006 | 4/6/2006 | $342.00 | $66.44 | $66.44 |
| 71 | 59090610021096O | 2 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 4/6/2006 | 4/6/2006 | $109.00 | $31.53 | $31.53 |

| Report Number: RMCAN-5-5 | | | | | | | Date: 08/02/2006 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Contractor: 90 - First Coast Service Lead FI | | | | | | | Time: 14:44:35 |
| Beneficiary Name: WILSON, CARRIE L | | | Case ID: | 2006004-09-000877 | | | |
| Beneficiary HICN: 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A | | | Case Type: | Liability | | | |
| | | | Date of Incident: | 1/9/2005 | | | Page 3 of 3 |

| TOS | ICN | Line # | Processing Contractor | Provider Name | Diagnosis Codes | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 71 | 59090604556990 | 1 | 590 | DERICKSON, KEVIN M | 70715 | 2/9/2006 | 2/9/2006 | $66.00 | $30.09 | $30.09 |
| 71 | 59090603042643O | 1 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 1/26/2006 | 1/26/2006 | $66.00 | $0.00 | $0.00 |
| 71 | 59090603042643O | 2 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 1/26/2006 | 1/26/2006 | $109.00 | $1.56 | $1.56 |
| 71 | 59090603042643O | 3 | 590 | DERICKSON, KEVIN M | 1101, 70715, 7295 | 1/26/2006 | 1/26/2006 | $342.00 | $66.44 | $66.44 |
| 71 | 59020601382803O | 1 | 590 | ALEXANDER, GREGG A | 72402 | 1/9/2006 | 1/9/2006 | $106.00 | $1.86 | $1.86 |
| 40 | 20505401805802 | -- | 450 | BOND COMMUNITY HEALTH CENTER | 25001, 7242 | 2/14/2005 | 2/14/2005 | $87.00 | $87.90 | $87.00 |
| 40 | 20518714475104 | -- | 10 | HEALTHSOUTH REHAB HOSPITAL OF TALLHASSEE | 7242, 7244, 7248, 78192 | 6/1/2005 | 6/16/2005 | $990.00 | $337.08 | $337.08 |
| 40 | 20503401659105 | -- | 90 | CAPITAL REGIONAL MEDICAL CENTER | 25001, 4019, 71590, 8449 | 1/13/2005 | 1/13/2005 | $306.00 | $53.08 | $53.08 |
| 40 | 20515415193804 | -- | 10 | HEALTHSOUTH REHAB HOSPITAL OF TALLHASSEE | 7242, 7244, 7248, 78192 | 5/19/2005 | 5/25/2005 | $484.76 | $143.98 | $143.98 |

Sum of Total Charges: $7,428.96
Total Conditional Payment: $2,348.98

VOLUMINOUS ATTACHMENTS CAN BE VIEWED AT THE CLERKS' OFFICE