F I L E D
JACKSONVILLE, FLORIDA
AUG 1 4 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 05-03817-3F1 |
| | } | |
| WINN DIXIE STORES, INC., et. al. | } | CHAPTER 11 |
| | } | |
| DEBTORS | } | |

**CREDITOR MARGARET CLARK'S RESPONSE IN OPPOSITION TO THE DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS INCLUDING CREDITOR'S CLAIMS NO. 12742 AND 12743**

**AND**

**MOTION TO CONTINUE HEARING ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

**COMES NOW MARGARET CLARK**, Creditor in the above-styled and numbered cause, and files this Response in Opposition to Omnibus Objection to Unresolved Litigation Claims, and would respectfully show the Court as follows:

1. Creditor, Margaret Clark, was injured at a grocery store which was owned and operated by the Debtor in Clermont County, Ohio.

2. Creditor filed a timely Proof of Claim in which she stated that she had a claim against the Debtor for personal injuries.

3. The Debtors filed an Omnibus Objection to the Creditor's Proof of Claim on the grounds of: (1) No Liability – Disputed Claim; (2) Duplicate Claim and Insufficient Documentation.

4. The Creditor's claim is obviously unliquidated, as acknowledged by the Debtors in the titled to their Objection, so the Creditor stated, in her Proof of Claim, the value which she believed her claim to be worth.

5. The value of this Creditor's claim, which is subject to a final valuation by a Jury in the Court of Common Pleas of Clermont County, Ohio or this Court via a valuation hearing or an adversary proceeding, is presumed to be that value stated in her Proof of Claim until such time as it is rebutted by the Creditor.

6. In this case, the Debtors have made a universal objection to all unliquidated litigation claims without any investigation into the merits of each individual claim.

7. Moreover, they have attempted to shift the burden of proof as to the value of the Creditor's claim without first presenting any evidence to rebut the value set forth in the Creditor's Proof of Claim.

8. As for the Debtor's argument that the Creditor's Proof of Claim was not supported by sufficient documentation, the claim at issue is for personal injuries and, unlike a claim based upon an account, cannot be substantiated with documentation or account statements.

9. The Creditor acknowledges that two Proofs of Claim were filed because the Creditor was uncertain as to the identity of the Debtor against whom the Claim should be filed.

10. The Creditor has no objection to the two Proofs of Claim being consolidated.

11. In the event the Court finds the Creditor's Proof of Claim to be Defective, she moves the Court to allow her an opportunity to file an Amended Proof of Claim to correct any defect in the original.

12. Creditor further moves the Court to continue the Hearing scheduled on the Debtors' Omnibus Objection to Unresolved Litigation Claims at 1:00PM on August 24, 2006 so that she may be permitted time to retain local counsel to represent her at the Hearing.

**WHEREFORE PREMISES CONSIDERED,** Creditor prays that the Court will continue the Hearing scheduled on the Debtors' Objections at 1:00PM on August 24, 2006, overrule the Objection to her Proof of Claim and, in the event her Proof of Claim is found to be defective, moves the Court for Leave to file an Amended Proof of Claim to correct any defects in the Original together with all such further relief to which she may be entitled.

Respectfully submitted,

*Margaret Clark*
MARGARET CLARK
Creditor, Pro se
Correspondence should be served as follows:
Margaret Clark
c/o Gregory M. Wetherall
4030 Mt. Carmel-Tobasco Road, Suite 122
Cincinnati, Ohio 45255
(513) 528-0200 Telephone
(513) 528-1762 Telecopier
Email: gw@gw-law.net

### CERTIFICATE OF SERVICE

A copy of the foregoing Instrument was served on August 11, 2006 by Email and Telecopier on the following:

Smith Hulsey & Busey
Attn: Tana Copeland
222 Water Street
Email: tcopeland@smithhulsey.com
Telecopier: 1 (904) 359-7708

*Margaret Clark*
MARGARET CLARK