F I L E D
JACKSONVILLE, FLORIDA

AUG 1 4 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )
                                          )    Case No.   05-03817-3FI
WINN-DIXIE STORES, INC., et al.,          )
                                          )    *Chapter 11*
Debtors.[1]                               )    Jointly Administered

### RESPONSE TO OBJECTION TO UNRESOLVED LITIGATION CLAIM
### AND, IN THE ALTERNATIVE, MOTION TO ALLOW LATE CLAIM

CREDITOR NO.:    WDX-411230-L4-15
LOWRY, BRENDA
C/O CUSIMANO KEENER ROBERTS, ET AL.
ATTN: MICHAEL L. ROBERTS, ESQ
153 SOUTH 9TH STREET
GADSDEN, AL 359021

        Comes now the creditor, BRENDA LOWRY, and hereby responds to Winn-Dixie Stores,
Inc. and twenty-three of its subsidiaries and affiliates' objection to Brenda Lowry's unresolved
litigation claim as follows:

        1.      On or about July 25, 2006, the hereby referenced debtor filed a notice of hearing
on Debtors' Omnibus Objection to Unresolved Litigation Claims, including that of creditor
Brenda Lowry, Creditor No.: WDX-411230-L4-15 stating in averment number 2 that Ms.
Lowry's claim (a) was not filed on or before the applicable proof of claim bar date; or (b) the
claim was not supported by legally sufficient documentation.

        2.      Said objection is due to be denied. The deadline for filing proofs of claim was set
for August 1, 2005. Claimant Brenda Lowry, through her attorney, the undersigned Michael L.
Roberts, timely filed her claim on July 28, 2005, having been received in the U.S. Bankruptcy
Court on July 28, 2005 (see attached Exhibit E) where this case was originally filed. The Order
Approving Claims Resolution Procedure and Authorizing Debtors to Settle and Liquidate

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products,
Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc.,
Dixie-Home Stores, Inc., Dixie Packers, inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales,
Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie
Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-
Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Certain Litigation Claims entered by the Court on September 1, 2005, set a date of November 1, 2005 for claimants' submission of claims Questionnaire. The claims questionnaire was submitted by Ms. Lowry through her attorney, the undersigned Michael L. Roberts, to the claims administrator on October 28, 2005. Attached as Exhibit A is the overnight tracking information from United Parcel Service showing delivery of the claims questionnaire and supporting documentation on October 28, 2005 to the claims administrator.

3.      Pursuant to the Claims Resolution Order, upon receiving the questionnaire the debtors were to serve a responsive statement upon the Claimant on or before December 15, 2005 that shall state whether (1) the amount demanded in the questionnaire is accepted; or (2) the litigation claim is disputed; or (3) the litigation claim is disputed but stating the terms and conditions of the settlement that would be acceptable to the debtors and any third party indemnitor if applicable, including a description of key defenses and any third-party claims.

4.      Debtors did not timely serve such a responsive statement but rather, on or about November 14, 2005, Angela Williams, Claims Examiner III for Sedgwick Claims Management Services, Inc. sent D. Scott Mitchell, Esquire (who was not representing the creditor Brenda Lowry) a letter stating that "the demand has not been accepted" and that "you have the right to submit a reply by January 15, 2006." Said letter from Ms. Williams to Mr. Mitchell is attached hereto as Exhibit B.

5.      On or about March 8, 2006, after receiving the November 14, 2005, letter from D. Scott Mitchell, Esquire, the undersigned reminded debtors through a letter to Ms. Williams that the undersigned was the attorney who represented Brenda Lowry, the attorney who sent in the claims questionnaire which was clearly set out by a cover letter, and replied to the response received on March 8, 2006, that mediation was requested. Said March 8, 2006 correspondence to Ms. Williams is attached hereto as Exhibit C.

6.      The original questionnaire (attached hereto as Exhibit D), and sufficient attached documentation that was sent in a timely manner to Ms. Williams; such documentation (as listed and described in the questionnaire) included:
- Alabama Uniform Traffic Accident Report
- Complaint by Creditor Brenda Gail Lowry against Winn-Dixie Montgomery, Inc., and others, filed on December 13, 2004, in the Circuit Court of Montgomery County, Alabama
- Medical records of Michael G. Kaldis, M.D.
- Medical records of The Methodist Hospital (Houston, Texas)
- Additional medical records of Michael G. Kaldis, M.D.
- Medical records of Dr. Ray Bohannon
- Billing records of The Methodist Hospital
- Copies of records obtained from Zurich Insurance Group

7.      As such, the debtors' objection is to be denied for the following reasons:

1.      The claim and claim questionnaire were timely filed;

2.    Sedgwick Claims Management's response to the questionnaire was deficient because it was sent to counsel who did not represent the creditor, Brenda Lowry.

3.    The undersigned again notified Sedgwick Claims Management that he was the attorney of record for Ms. Lowry on March 8, 2006, and requested mediation.

4.    The proof of claim and initial questionnaire was properly completed with sufficient legally supported documentation.

Based on the foregoing, the debtors' objection is due to be denied, and Ms. Lowry's claim, Claim No. 11389, should not be disallowed.

8.    In the alternative, in the event that the proof of claim is deemed not to have been timely filed, claimant Brenda Lowry requests and moves this claim be allowed.

Respectfully submitted,


_____/s/ Michael L. Roberts_____
Michael L. Roberts, Attorney for Creditor,
Brenda Lowry

Alabama Bar Number ASB 6601 T59M
153 South Ninth Street
Gadsden, Alabama 35901

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Response to Objection to Unresolved Litigation Claim and, in the Alternative, Motion to Allow Late Claim was sent to Smith Hulsey & Busey, Attn: Tana Copeland, by facsimile to 904-359-7708, and through electronic filing with the court on this the 11th day of August, 2006,

_____/s/  Michael L. Roberts_____
Michael L. Roberts

## LIST OF DOCUMENTATION ATTACHED TO QUESTIONNAIRE (EXHIBIT D), PREVIOUSLY FURNISHED, AVAILABLE UPON REQUEST:

- Alabama Uniform Traffic Accident Report
- Complaint by Creditor Brenda Gail Lowry against Winn-Dixie Montgomery, Inc., and others, filed on December 13, 2004, in the Circuit Court of Montgomery County, Alabama
- Medical records of Michael G. Kaldis, M.D.
- Medical records of The Methodist Hospital (Houston, Texas)
- Additional medical records of Michael G. Kaldis, M.D.
- Medical records of Dr. Ray Bohannon
- Billing records of The Methodist Hospital
- Copies of records obtained from Zurich Insurance Group

68 of 100          15294559          016468_P1

## UPS Next Day Air
## UPS Worldwide Express

Shipping Document

See instructions on back. Call 1-800-PICK-UPS (800-742-5877)
for additional information.

**TRACKING NUMBER** 1Z V97 W18 22 1000 253 5

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO. **V97W18**

NAME Michael L. Roberts

COMPANY CUSIMANO LAW FIRM

STREET ADDRESS 153 S 9TH ST

CITY AND STATE GADSDEN   AL   ZIP CODE 35901

TELEPHONE 256-543-0400

REFERENCE NUMBER 10360-1

**2 EXTREMELY URGENT DELIVERY TO**

NAME ATTN Angela Williams

COMPANY LOGAN & Company, Inc

STREET ADDRESS 546 VALLEY ROAD

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL) Upper Montclair N.J.

DEPT./FLR.

ZIP CODE 07043   Residential

TELEPHONE

**3 WEIGHT** — WEIGHT ENTER "LTR" IF LETTER — DIMENSIONAL WEIGHT Worldwide

**4 TYPE OF SERVICE**
- NEXT DAY AIR
- EXPRESS (INT'L)
- FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment contains documents of no commercial value.
- DOCUMENTS ONLY
- SATURDAY DELIVERY See instructions

**5 OPTIONAL SERVICES**
- INSURED VALUE Contents valued at $100 or less covered up to $100. If value over $100, see instructions.   $
- C.O.D. Enter amount to be collected in shaded area. UPS C.O.D. tag required. $

**6 ADDITIONAL HANDLING CHARGE** An Additional Handling Charge applies for certain items. See instructions.   $

**7 TOTAL CHARGES** $

**8 METHOD OF PAYMENT**
- [X] BILL SHIPPER
- BILL RECEIVER Domestic Only
- BILL THIRD PARTY Domestic Only
- CARD: American Express / Discover / Driver's Club / MasterCard / Visa
- CHECK

RECEIVER'S / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.

AMOUNT $

AMOUNT $

$

$

EXPIRATION DATE

**9 SHIPPER'S SIGNATURE** X C. Griesel

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE   ZIP CODE

DATE OF SHIPMENT 10/3/05

01019112202609  6/00  S

SHIPPER'S COPY 1

CHARGES

EXHIBIT A

Unless a greater value is recorded in writing on this receipt, the shipper agrees that the released value of each package covered by this receipt is $100, which is a reasonable value under the circumstances surrounding the transportation. In addition, the maximum value per package is $50,000, except for packages shipped via a UPS Letter Center, or packages containing jewelry (not including costume jewelry) shipped via UPS international service, in which case the maximum value is $500 per package. The maximum liability per package shipped by UPS shall not exceed $100 regardless of the purchase of insurance for protection in excess of $100. The maximum liability per package shipped by UPS international service shall not exceed $50,000 (less $100), except for packages shipped via a UPS Letter Center, or packages containing jewelry (not including costume jewelry) shipped via UPS international service, in which case the maximum liability per package shall not exceed $500 (less $100), regardless of the value in excess of the maximum.

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS United States

Shipping    **Tracking**    Support    Business Solutions

Log-in   User ID: [_____]   Password: [_____] [→]   | Forgot Password

Register

## Tracking

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help



**Track by Tracking Number**

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Oct 28, 2005 10:04 A.M. |
| **Signed by:** | POSTEL |
| **Location:** | RECEIVER |
| **Delivered to:** | US |

| | |
|---|---|
| **Tracking Number:** | 1Z V97 W18 22 1000 253 5 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 28, 2005 | | |
| 10:04 A.M. | PARSIPPANY, NJ, US | DELIVERY |
| 8:07 A.M. | PARSIPPANY, NJ, US | OUT FOR DELIVERY |
| 6:30 A.M. | PARSIPPANY, NJ, US | ARRIVAL SCAN |
| 6:00 A.M. | NEWARK, NJ, US | DEPARTURE SCAN |
| 5:31 A.M. | NEWARK, NJ, US | ARRIVAL SCAN |
| 3:53 A.M. | LOUISVILLE, KY, US | DEPARTURE SCAN |
| 12:17 A.M. | LOUISVILLE, KY, US | ARRIVAL SCAN |
| Oct 27, 2005 | | |
| 10:17 P.M. | BIRMINGHAM, AL, US | DEPARTURE SCAN |
| 9:39 P.M. | BIRMINGHAM, AL, US | ARRIVAL SCAN |
| 8:35 P.M. | ATTALA, AL, US | DEPARTURE SCAN |
| 7:33 P.M. | ATTALA, AL, US | ORIGIN SCAN |
| 5:34 P.M. | ATTALA, AL, US | PICKUP SCAN |

Tracking results provided by UPS: Oct 28, 2005 6:02 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

EX A, p. 2

10/28/05 5:04 PM

UPS Package Tracking



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS United States**





Log-In  User ID: [        ]   Password: [        ] |  Forgot Password

**Register**

## Tracking

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help



### Track by Tracking Number

#### View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information |
|---|---|---|
| 1. 1Z V97 W18 22 1000 253 5 | Delivered | Delivered on: Oct 28, 2005 10:04 A.M. |
| → View package progress | | Delivered to: US |
| | | Signed by: POSTEL |
| | | Service Type: NEXT DAY AIR |

Tracking results provided by UPS: Oct 28, 2005 6:03 P.M.  Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

Ex A, p. 3



## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300 Facsimile 904-419-5365

November 14, 2005

D. Scott Mitchell, Esquire
Beers, Anderson, Jackson, Patty & Van He
P.O. Box 1988
Montgomery, AL 36102

Re:      Claimant:      Brenda Lowry
             Claim #:      A411203076-0005-01
             Proof of Claim No.:      11389
             Incident Date:      03/06/2004
             Entity:      Winn Dixie Montgomery, Inc.
             Location:      Winn-Dixie #107101
                              Highway 31 Montgomery, AL

Dear Attorney Mitchell:

The following constitutes Winn-Dixie's response to the Proof of Claim and/or the
questionnaire you submitted on your client's behalf.

The demand has not been accepted.

You have the right to submit a reply by January 15, 2006.

Sincerely,

Angela Williams
Claims Examiner III

EXHIBIT B

March 8, 2006

Via Fax and US mail

Angela D. Williams, Examiner III
Sedgwick Claims Management Services, Inc.
P. O. Box 24787
Jacksonville, FL  32241-4787



**CUSIMANO**
**KEENER**
**ROBERTS**
**KIMBERLEY**
**&**
**MILES**
**P.C.**

Attorneys at Law

153 South Ninth Street

Gadsden, AL 35901

Phone (256) 543-0400

Fax (256) 543-0488

E-Mail lawyers@alabamatortlaw.com

www.alabamatortlaw.com

Gregory S. Cusimano

Larry H. Keener

Michael L. Roberts

David A. Kimberley

Philip E. Miles

Emily Hawk Raley

RE:   Claimant:   Brenda Lowry
        Entity:        Winn-Dixie Montgomery, Inc.
                         Winn-Dixie # 107101
                         Highway 31 Montgomery, AL
        Proof of Claim #:  11389
        Date of Accident:  March 6, 2004
        Claim #:     A411203076-0005-01

Dear Ms. Williams:

I am in receipt of your March 8 fax that transmitted a copy of your November 13, 2005 letter to Scott Mitchell.

As we have indicated, I am the attorney who represents Brenda Lowry. Scott Mitchell does not represent Brenda Lowry.

In reply to this Response that we received today with regard to Winn-Dixie's position concerning this claim, we hereby request mediation.

If this Reply needs to be sent to any other person on behalf of Winn-Dixie, please let me know.

We look forward to hearing from you.

Sincerely,

CUSIMANO, KEENER, ROBERTS, KIMBERLEY & MILES, P.C.

Michael L. Roberts

MLR/cb

EXHIBIT C

MESSAGE CONFIRMATION

MAR-08-2006 04:16 PM WED

FAX NUMBER  :
NAME        :

NAME/NUMBER   :   19044195365
PAGE          :   2
START TIME    :   MAR-08-2006 04:15PM WED
ELAPSED TIME  :   00' 36"
MODE          :   STD ECM
RESULTS       :   [ O.K ]

## CUSIMANO, KEENER, ROBERTS, KIMBERLEY & MILES, P.C.
153 S. 9th Street
Gadsden, AL 35901
Phone (256)543-0400
Fax (256) 543-0488

Gregory S. Cusimano
Larry H. Keener
Michael L. Roberts
David A. Kimberley
Philip E. Miles
Emily Hawk Raley

TO:         Sedgwick Company, ATTN: Angela D. Williams
            Examiner III

Fax No.:    904-419-5365/5359

FROM:       Michael L. Roberts

DATE:       March 8, 2006

PAGES: (Including cover page)    2

File No.:   10360-1

COMMENTS:        Brena Lowry
                 Your Insured: Winn-Dixie Montgomery # 107101
                 Claim #:   A411203076-0005-01
             Proof of Claim # 11389

Any questions, please call Candy at number above.

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U. S. Postal Service. Thank you.

Ex C, p. 2



October 27, 2005

                                      Via UPS Overnight Mail

Logan & Company, Inc.
Attn: Angela Williams, Claims Agent
546 Valley Road
Upper Montclair, New Jersey  07043

**CUSIMANO**
**KEENER**
**ROBERTS**
**KIMBERLEY**
**&**
**MILES**
**P.C.**

IN RE:      Winn-Dixie Stores, Inc., et al., Debtors.
            Chapter 11, Case No. 05-03817-3F1
            Creditor No.:  411230      Claim No.:  11389
            Creditor:  Brenda Lowry

Dear Ms. Williams:

Enclosed please find the Questionnaire for Litigation Claimants and attached
Supplement A thereto, on behalf of our client Brenda Lowry, Creditor No.
411230.

Sincerely,

Attorneys at Law

153 South Ninth Street

Gadsden, AL 35901

CUSIMANO, KEENER, ROBERTS, KIMBERLEY & MILES, P.C.

Phone (256) 543-0400

Fax (256) 543-0488

E-Mail lawyers@alabamatortlaw.com

www.alabamatortlaw.com

Michael L. Roberts
MLR/cb

Gregory S. Cusimano

Larry H. Keener           Enclosures as noted.

Michael L. Roberts

David A. Kimberley

Philip E. Miles

Emily Hawk Raley

*EXHIBIT D*

