## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

### WARNING:

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043.** A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a)    fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b)    return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



Creditor No.: 411230
LOWRY, BRENDA
C/O CUSIMANO KEENER ROBERTS, ET AL
ATTN MICHAEL L ROBERTS, ESQ
153 SOUTH 9TH STREET
GADSDEN AL 35901

Claim No.(s): 11389

EX D, p. 2

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) _____ 08/11/59 _____

2. Date of injury or claim: (MM/DD/YY) _____ 03/06/04 _____

3. What is the basis of your claim? **Injuries and damages from motor vehicle collision in which Brenda Lowry's truck was struck in the rear by a Winn-Dixie tractor trailer truck.**

4. What is the total amount of your claim? (Please estimate if necessary). _____
   **$979,711.17**

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
   **Attached**

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. **See Supplement A**

7. Are you pursuing this claim against any other party? Yes ☑  No ☐
   If so, against whom (list the name, the addresses and counsel for each party, if known)? _____
   **See Supplement A**

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☑   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. _____
   **Yes. Circuit Court of Montgomery County, Alabama, Case No. CV-2004-003266, Judge Charles Price.**

411230-LOWRY, BRENDA-Claim No.(s): 11389

Ex D, p. 3

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)

See Supplement A

11. Where did the injury or damage occur?

The motor vehicle collision occurred on the Troy Highway in Montgomery County, Alabama (See traffic accident report)

Please specify the location and address.

12. How did the injury or damage occur? The Winn-Dixie driver Don Marshel Meredith, while driving at an excessive speed, crashed his truck into the rear of my truck while I was traveling on the Troy Highway in Montgomery, Alabama

13. Did you miss any work as a result of your injury or damage? If so, how many days?

Yes. I have missed approximately 13 months of work, up to this point, but the orthopedic surgeon, Dr. Michael Kaldis, states that he does not believe I will be able to return to work as a truck driver. There is thus loss of future income.

14. Give the name and address of your employer and your salary at the time of your injury or damage.

I was working in a lease relationship with Boise Cascade Transportation Company, 1111 W. Jefferson Street, Boise, Idaho 83702; my income has been calculated as of the time of the wreck, at $569 per week.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)

See Supplement A

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).

See Supplement A

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

Ex D, p. 4

17. If applicable, are treatments still being given for the injury or damages? Yes ☐  No ☐
(If yes, provide the name and address of the doctor that is currently treating you
and the nature of the treatment.) ___ **Yes. Dr. MichaelKaldis,**
**6560 Fannin, Ste 1016, Houston, Texas 77030**
_____ **treatment for back injury.** _____

18. If applicable, please provide the following Physician Data:

a. Give the name and address of any physician, clinic or hospitals that has treated this injury.
Include treatment dates. (Attach additional sheets if necessary)
_____ **See Supplement A** _____
_____
_____
_____

b. Itemize all damages you claim, including any damages for emotional distress,
loss of consortium or pain and suffering. _____
_____ **See Supplement A** _____
_____
_____
_____

c. Give the total amount of the medical bills you incurred as a result of your claim. _____
_____ **See Supplement A** _____
_____
_____

d. Attach medical and hospital records which relate to your claim.

e. Itemize any other expenses you incurred as a result of the incident for which you are
making a claim. _____
_____ **See Supplement A** _____
_____
_____
_____

f. Give a list of medical expenses and amounts paid by your insurance company as a result of
your injury. _____ **See Supplement A** _____
_____
_____
_____

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

Ex. D, p. 5

g.  Give the name, address and policy number of your insurance company._____
        See  Supplement  A
_____
_____
_____

19.  To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.  Itemize the damages you claim._____ See  Supplement  A _____
_____
_____
_____
_____

b.  Give the total amount of each item of damage._____ See Supplement A _____
_____
_____

20.  **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim.  The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**_____
_____
_____$ 350, 000_____
_____
_____
_____

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 411230<br>LOWRY, BRENDA<br>C/O CUSIMANO KEENER ROBERTS, ET AL<br>ATTN MICHAEL L ROBERTS, ESQ<br>153 SOUTH 9TH STREET<br>GADSDEN AL 35901 | Name: _____<br>Address: _____<br><br>City/State/Zip: _____<br><br>Phone: _____<br>Fax _____<br>Email<br>Address: _____ |

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

Ex D., p.6

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: _10/24/05_

_____
Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last) __MICHAEL L. ROBERTS__

Address __153 SOUTH 9th STREET__

City/State/Zip __GADSDEN, ALABAMA 35901__

Relationship to Claimant __Attorney__

Phone Number __256 543-0400__

Fax Number __256 543-0488__

Email Address r __mlr@alabamatortlaw.com__

### PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

**Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043**

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)
if you have any questions about this form*

EX D, p.7

*SUPPLEMENT A*

*BRENDA LOWRY*          *ANSWERS TO QUESTIONNAIRE*

1  DOB:     8/11/59

2  DOI:  3/6/04

3  Injuries and damages from motor vehicle collision in which Brenda
   Lowry's truck was struck from the rear by a Winn-Dixie tractor trailer
   truck.

4  $979,711.17.

5  Attached.

6  With regard to property damage and expense, Liberty Mutual has paid
   $13,663.90 but there is uncompensated property damage and expenses
   in the amount of $11,057.61; Zurich American Insurance Company has
   made medical expense and disability income payments pursuant to a
   trucker's occupational accident insurance policy. We are informed that
   Zurich has paid $74,617.52 in medical expense and $22,793.53 for
   disability income, but the treatment and disability are continuing, and
   these amounts may not be complete.

7  Suit was also filed against Winn-Dixie's driver, Don Marshel Meredith.
   As noted above, disability income and medical expense payments are
   due from Zurich. We are undertaking to ascertain the existence and
   applicability of uninsured motorist coverage from Texas Farm Bureau,
   P. O. Box 1812, Angleton, TX 77516-1812, but have not yet been advised
   whether such coverage is available or applicable.

8  Yes.

9  Yes.  Circuit Court of Montgomery County, Alabama, Case No.CV-
   2004-003266, Judge Charles Price.

10 Herniated discs and other neck and back injuries, as described in the
   medical records attached. Also, lost earnings, past and future,
   impairment to earning capacity, pain, past and future, mental distress,
   past and future, permanent injury. Consortium claim of my husband
   Dennis Lowry. Property damages and losses, including personal
   property loss, damage to vehicle, down time for our vehicle.

11 The motor vehicle collision occurred on the Troy Highway in
   Montgomery County, Alabama. (See traffic accident report).

*Ex D, p. 8*

12  The Winn-Dixie driver Don Marshel Meredith, while driving at an
    excessive speed, crashed his truck into the rear of my truck while I was
    traveling on the Troy Highway in Montgomery, Alabama.

13  Yes. I have missed approximately 13 months of work, up to this point,
    but the orthopedic surgeon, Dr. Michael Kaldis, states that he does not
    believe I will be able to return to work as a truck driver. There is thus
    loss of future income.

14  I was working in a lease relationship with Boise Cascade
    Transportation Company, 1111 W. Jefferson Street, Boise, Idaho 83702
    (as a team driver with my husband); my income has been calculated as
    of the time of the wreck, at $569 per week.

15  Not to my knowledge.

16  Brenda Lowry, Dennis Lowry, Don Marshel Meredith, c/o Winn-Dixie,
    Trooper J. L. Brosius, c/o Alabama Dept. of Public Safety,
    Montgomery, Alabama, Dr. Michael Kaldis, 6560 Fannin, Ste. 1016,
    Houston, TX 77030, Dr. Ray Bohannon, 1501 6th Street North, Texas
    City, TX 77590; see other doctors and health professionals identified in
    the medical records.

17  Yes. Dr. Michael Kaldis, 6560 Fannin, Ste 1016, Houston, TX  77030,
    treatment for back injury

18     (a)     Mr. Michael Kaldis, 6560 Fannin, Ste 1016, Houston, TX
    77030, 4/30/04 through 9/14/05 and continuing, treatment for back
    injury; Dr. Ray Bohannon, 1501 6th Street North, Texas City, TX 77590,
    3/8/04 through 5/3/04; Methodist Hospital, 5/5 – 5/6/05, 4/28/05,
    4/21/05, 5/4/05; Mainland Medical Center, 6801 Emmett F. Lowry
    Exprw, Texas City, TX 77591, 3/31/04; Christus St. John's Hospital
    (physical therapy) 6/1-7/9/04, 11/9-11/23/04.

See also the physicians and health professionals described in the medical
records furnished. Treatment is continuing so these listings are not
complete.

       (b)     Total medical expenses                    $ 74,617.52
    ($74,617.52 paid by Zurich, may not be complete total)

    Dr. Michael Kaldis 4/30/04 – 9/14/05        $21,833.27

    Dr. Ray Bohannon 3/8/04 – 5/3/04            $ 2,030.00

    Methodist Hosp. 5/5/05 – 5/6/05             $30,560.10

*Ex D., p. 9*

| | |
|---|---|
| 4/21/05 (MRI) | $_____ |
| 4/28/05 (MRI) | $ 5,890.50 |
| 5/4/05 (MRI) | $ 5,729.50 |

Mainland Medical Center 3/31/04      $ 2,007.00

Christus St. John's Hospital (Physical Therapy)
     6/1/04 – 11/23/04      $ 3,095.11

Other medical provider payments by Zurich      $ 3,472.04

Income loss (based on $569 per week for 13 months)      $31,864.00
     (70% received from Zurich, may not be complete amount)

Loss of future income/impairment to earning capacity
(19 years of work/life expectancy, based on $569 weekly
rate and based on Dr. Kaldis' statement that she is not
expected to return to work as truck driver)      $562,172.00

Pain and suffering (past and future)      $100,000.00

Mental distress (past and future)      $ 50,000.00

Consortium of husband Dennis Lowry      $ 50,000.00

Permanent impairment/disability      $100,000.00

Property damages losses not covered by property insurance   $ 11,057.61

| | |
|---|---|
| Truck deductible | $1,000.00 |
| Trailer deductible | $ 500.00 |
| Repair cost for later-found damage | $2,305.60 |
| Car rental | $ 265.85 |
| Motel charges | $ 169.78 |
| Loan interest for deductible and repairs | $ 472.46 |
| Tires | $ 973.62 |
| Down time, Dennis Lowry | $5,370.30 |

TOTAL:      $979,711.17

(c)      See total medical bills.

(d)      Attached.

(e)      See number 18(b).

EX D, p. 10

(f)    Zurich indicates that $74,617.52 has been paid from medical insurance coverage of Zurich, and the total medical expenses listing (which may not be complete) is $74,617.52.

(g)    Zurich American Insurance Company, c/o Scott Mitchell, policy Number OCA 351422, Beers, Anderson, Jackson, Patty & Van Heest, P.C., P. O. Box 1988, Montgomery, AL 36102-1988; Liberty Mutual Group, P. O. Box # 168168, Irving, TX 75016

19    (a)    See above.

(b)    See above.

20    Settlement Proposal $350,000.

EX. D, p 11

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern    DISTRICT OF New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| Winn-Dixie Stores, Inc. | 05-11063-RDD |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| BRENDA LOWRY   411230 | |
| Name and address where notices should be sent: c/o Michael L. Roberts 153 South 9th Street Gadsden, AL 35901 Telephone number: 256-543-0400 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

RECEIVED LOGAN & COMPANY AS AGENT 2005 AUG -2 PM 4:33 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated: |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☑ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                    (date)

| 2. Date debt was incurred: March 6, 2004 | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed: $ 500,000                                                        500,000**
                    (unsecured)        (secured)        (priority)        (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED JUL 2 8 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

| Date 7/25/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Michael L. Roberts, Attorney |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT E



**CUSIMANO
KEENER
ROBERTS
KIMBERLEY
&
MILES
P.C.**

Attorneys at Law

153 South Ninth Street

Gadsden, AL 35901

Phone (256) 543-0400

Fax (256) 543-0488

E-Mail lawyers@alabamatortlaw.com

www.alabamatortlaw.com

Gregory S. Cusimano

Larry H. Keener

Michael L. Roberts

David A. Kimberley

Philip E. Miles

Emily Hawk Raley

August 11, 2006

Via overnight mail (UPS)

Clerk of the Court
Bankruptcy Court for the Middle District of Florida
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

RE:  WINN-DIXIE STORES, INC., et al.
     CASE NO .05-03817-3FI, CHAPTER 11
     CREDITOR NO.: WDX-411230-L4-15
     LOWRY, BRENDA

Dear Clerk:

Enclosed is Creditor Brenda Lowry's Response to Objection to Unresolved Litigation Claim and, in the Alternative, Motion to Allow Late Claim, with attachments.

Sincerely,

CUSIMANO, KEENER, ROBERTS, KIMBERLEY & MILES, P.C.

Michael L. Roberts

MLR/cb
Enclosures as noted.