**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 05-03817-3F1 |
| WINN DIXIE STORES, INC. et al | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**RESPONSE OF WILLIAM KNIGHTS TO DEBTORS**
**OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS**

Unsecured Creditor, William Knights (Knights) by and through his undersigned counsel, files this Response to Debtors Omnibus Objection to Unresolved Litigation Claims and states:

1. On September 7, 2002, Knights was a customer in Winn Dixie store #01-2228-015, Ocala, Florida. Mr. Knights was shopping for a few groceries, completed his purchase and paid for it. Upon exiting the store with his single bag, the alarm went off. A manager followed him, grabbed the bag and, in the process, swung Mr. Knights around and wrenched his back. Mr. Knights has suffered back injuries from this incident.

2. On November 18, 2002, Sedgwick Claims Management Services, Inc. sent correspondence to Knights requesting that he contact them regarding the incident. On May 13, 2003, Sedgwick was notified of the undersigned's representation of Knights.

3. On February 21, 2005, Winn-Dixie Stores, Inc. and related debtors filed petition for relief under Chapter 11 of Title 11 of the United States Code.

4. Knights received no notice of Debtors' Chapter 11 filing. A subsequent review of Debtors' schedules shows that Knights is not listed as a Creditor.

5. On May 31, 2006, Knights filed a Motion to Allow Late Filed Claim.

6.      On or about June 22, 2006, the Debtors filed their Omnibus Objection which seeks to disallow Knights' claim based upon "no liability" and "insufficient proof of documentation".

7.      With regard to Debtors' assertion of "no liability", Knights submits that the liability of Winn Dixie Stores, Inc. is clear.  The Winn Dixie employee used excessive force against Mr. Knights, injuring him.

8.      With respect to the alleged insufficient proof of documentation, Knights is willing to provide any additional documentation in his possession requested by the Debtor and requests that his claim be allowed in an amount to be determined through mediation or through trial on his claim.

WHEREFORE, Unsecured Creditor William Knights respectfully requests this Court overrule the Debtors' Omnibus Objection to Unresolved Litigation Claims filed on July 22, 2006, as to this Claimant and allow him to proceed to mediation and trial and grant such other relief as is just and proper.

Dated this 14th day of August, 2006.

>                                             BLANCHARD, MERRIAM,
>                                             ADEL & KIRKLAND, P.A.
>
>
>                                             By _/s/ Melissa H. Andrade____
>                                                Melissa H. Andrade, Esquire
>                                                Attorneys for William Knights
>                                                Florida Bar No.: 671169
>                                                Post Office Box 1869
>                                                Ocala, Florida 34478
>                                                (352) 732-7218

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic filing to JAMES H. POST, Esquire, SMITH, HULSEY & BUSEY, Attorneys for Debtors, 1800 Wachovia Bank Tower, 255 Water Street, Jacksonville, Florida 32202; Logan & Co. Inc., Claims Agent, 546 Valley Road, Upper Montclair NJ 07043; and by U.S. mail to Kerry Ledbetter, GL Examiner III, Sedgwick Claims Management Services, Inc., Post Office Box 24787, Jacksonville, Florida 32241-4787 this 14th day of August, 2006.

                BLANCHARD, MERRIAM,
                ADEL & KIRKLAND, P.A.


                By _/s/ Melissa H. Andrade____
                 Melissa H. Andrade, Esquire
                 Attorneys for William Knights
                 Florida Bar No.: 671169
                 Post Office Box 1869
                 Ocala, Florida 34478
                 (352) 732-7218