**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, INC., et al.                    CASE NO. 05-03817-3F1

    Debtors.

**OBJECTION TO DISALLOWANCE OF THE CLAIM
OF JOYCE WILLIAMS**

Comes Joyce Williams, and files this, her Objection to the Disallowance of the Claim filed by her, and as grounds therefore says and shows unto this Honorable Court as follows:

1.    Said objection says and shows unto this Honorable Court that this claim was filed before the applicable proof of claim bar date as an unliquidated claim for personal injuries advanced in a lawsuit in Mobile County, Alabama entitled Joyce Williams, Plaintiff vs. Winn-Dixie Stores, Inc., et al., Case Number CV-2005-002293, and this is an unliquidated claim for damages which said claim has been sufficiently documented.

2.    The undersigned lawyer requests the hearing set for August 24, 2006 at 1:00 p.m. be held telephonically with undersigned counsel.

    /s/ T. Dwight Reid
    T. DWIGHT REID
    4357 Midmost Drive
    Mobile Alabama  36609
    (251) 433-5412

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this the 14th day of August, 2006 served a copy of the above and foregoing upon the following parties or their counsel by placing a copy of same in the United States Mail, properly addressed and first-class postage prepared, as follows:

Smith Hulsey & Busey<br>
ATTN: Tana Copeland<br>
225 Water Street, Suite 1800<br>
Jacksonville, FL 32202

                                                /s/ T. Dwight Reid
                                                T. DWIGHT REID