FILED
JACKSONVILLE, FLORIDA

AUG 14 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case Number: 05-03817-3F1

Chapter 11

Jointly Administered

**CREDITORS'S RESPONSE TO
DEBTORS OMNIBUS OBJECTION TO
UNRESOLVED LITIGATION CLAIMS
AND DISALLOWANCE OF CLAIMS**

Creditor No. WDX-407788-L4-93    Amy Isabel Reyes
Creditor No. WDX-4084220-L4      Dinorah Gonzalez
Claim No. 7248

The Creditors, DINORAH GONZALEZ, individually and as Mother and natural guardian of AMY ISABEL REYES, a minor, file this their Response to the Debtors' Omnibus Objection to Unresolved Litigation Claims and Disallowance of Claim, and states as follows:

1. These claims were filed timely prior to the applicable proof of claim bar date. They were mailed to Jackie Martinez, Logan & Company, Inc., Winn-Dixie Claims Docketing Center, 546 Valley Road, Upper Montclair, New Jersey 07043 on July 18, 2005 via Federal Express, Receipt Number 970137011.

2. The Questionnaire for Litigation Claims was sent to the same person and place on October 20, 2005, via United States Certified Mail, Receipt Number 7003 1010 0002 0218 9077 and signed for on October 24, 2005, by one Elizabeth Poole. These claims were indeed supported by legally sufficient documentation, and all documentation was previously sent to the Debtor as evidenced by a letter to undersigned Counsel dated October 18, 2005 from Stephanie Knight at Sedgwick Claims Management Services, Inc., which acknowledged the demand package sent to the Debtor and a

denial by the adjuster based on Winn-Dixie's opinion that there was no liability – a self-serving opinion of a claims representative, not the opinion of a judge or jury.

3. As to Debtors' allegations that there is "no liabiltiy", that is a factual question to be determined by the trier of fact in a Monroe County Circuit Court once the tort claim is allowed to be filed after the Stay is lifted in this Court. The minor suffered an intra-articular fracture of the olecranon of the left upper extremity with fat pad displacement. The supermarket was negligent in handing paper towels to her to clean up soda that spilled from a soda she purchased from a vending machine inside the store, and whose contents bubbled over from the shaking action of the soda dispensing from the machine.

WHEREFORE, the Creditors file their Response as said and pray the Court allow them to proceed with their tort claims is Key Largo, Monroe County, Florida where the alleged tortious activity occurred.

I HEREBY CERTIFY that the original foregoing was sent this August 11, 2006 via U.S.P.S. Express Mail to the Clerk of Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202; and a copy mailed via U.S.P.S. Express Mail to: Smith Hulsey & Busey, Attn. Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, and via Fax to (904) 359-7708.

BY: _____
ROBERT A. ROMAGNA, ESQ.
ROBERT A. ROMAGNA, P.A.
Attorney for Claimants, Amy I. Reyes
and Diborah Gonzalez
782 N.W. 42 Avenue, Suite 345
Miami, Florida 33126
Tel. (305) 541-4444