## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| **WINN-DIXIE STORES, INC., et al.,** | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney of record on behalf of creditor Kathleen Malloy in the above-styled cause of action.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Attorney Leanne McKnight Prendergast, of Smith Hulsey and Busey, Co-counsel for Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida  32202, by email Attn:  tcopeland@smithhulsey.com and via facsimile sent to (904) 359-7708 and by U.S. Mail before 4:00 p.m. on the  14th  day of August, 2006.

TERRELL, HOGAN
ELLIS & YEGELWEL, P.A.

By  /s/ *Carroll Cayer*
Carroll Cayer
Florida Bar No. 161070
Patricia M. Dodson
Florida Bar No. 972290
233 East Bay Street, 8th Floor
Jacksonville, Florida  32202
(904) 632-2424
(904) 632-0549 facsimile
Cayer@terrellhogan.com
Attorneys for Creditor