FILED
JACKSONVILLE, FLORIDA

AUG 1 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

IN RE OF:                                    CASE NO. 05-03817-3F1

WINN-DIXIE, STORES INC., ET AL               CHAPTER 11

Creditor:   Merle Hemby
            Claim No. 11577

## RESPONSE TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) OVER STATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS

Comes now creditor, Merle Hemby (hereinafter "Hemby"), by and though counsel and files this her Response to Debtor's Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Over Stated Claims and (C) Overstated Misclassified Claims and movant would show unto the Court the following:

I.

That creditor Hemby objects to the debtor's Objection to the allowance of her claim herein: Creditor would show that she has filed a Motion with the Court to Allow her untimely proof of claim to be allowed as if timely filed.

II.

That creditor would show that, upon information and belief, debtor had full coverage liability insurance in place to cover debtor's liability, if any, for damages arising out of the cause of action referenced in said proof of claim. That debtor will not incur prejudice by the allowance of her claim herein. Further, the allowance of the claim will not delay the adjudication of this case nor impact the proceedings herein.

WHEREFORE, the creditor, Merle Hemby respectfully requests that the debtor's objection

to allowing her claim herein be denied and that creditor be allowed to pursue her claim in this matter and grant such other and further relief as is just and proper.

So moved on this the 11th day of August, 2006.

Respectfully submitted,

MERLE HEMBY, CREDITOR

David S. Van Every, Sr.
Attorney at Law
P. O. Box 761
Columbus, MS 39703
601-327-4065
MS Bar 6094

By: /s/ David S. Van Every, Sr.
David S. Van Every, Sr.

## CERTIFICATE OF SERVICE

I, David S. Van Every, do hereby certify that I have this day both emailed and delivered a true and correct copy of the above and foregoing to the following, all by email and express delivery:

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
jpost@smithhulsey.com
tcopeland@smithhulsey.com

This the 11th day of August, 2006.

/s/ David S. Van Every, Sr.
DAVID S. VAN EVERY, SR.