UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **WINN-DIXIE STORES, INC.,** <u>et al.</u>, | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

### PART B - CLAIM INFORMATION

1. Give your date of birth. **06/25/30**

2. Date of injury or claim. **There are multiple dates of negligence beginning on April 22, 2002 and continuing on and past January 9, 2003 when I continued to take the mis-filled prescription. The negligence of Winn-Dixie was discovered and verified on May 6, 2004 when my counsel met with my treating physician Paul Ossi, M.D.**

3. What is the basis of your claim? **Pharmaceutical negligence resulting in personal injury.**

4. What is the total amount of your claim. **I have demanded Two Hundred Fifty Thousand Dollars ($250,000) to fully and completely resolve my claim.**

5. Attach copies of all documents supporting or evidencing your claim.

   **Attached are the following:**

   **Pharmacy records from Winn Dixie Stores
   Medical record from First Coast Oncology (Dr. Paul Ossi) \*
   Medical record from Jacksonville Family Practice (Dr. Selander)
   Medical records from Borland Groover Clinic
   Medical records from Don Sears, D.D.S.
   Medical records from Baptist Medical Center
   Medical records from Memorial Hospital Jacksonville
   Medical records from Hematology Oncology Associates (Dr. Abubakr) \*
   Medical records from Mary T. Pentel, M.D.**

   **Medical bills and/or EOB's from Jacksonville Family Practice
   Medical bills and/or EOB's from The Borland Clinic
   Medical bill from Don Sears, D.D.S
   Medical bills and/or EOB's from Baptist Medical Center**

393213 - MALLOY, KATHLEEN - Claim No.(s): 11437

>     **Medical bills from Memorial Hospital**
>     **EOB's from Lionel Gatien, P.A. (Anez and Parkinson)**
>     **EOB's from Mori Bean & Brooks, P.A.**
>     **Medical bills from First Coast Oncology, Paul Ossi, M.D.**
>     **Medical bills and/or EOB's Hematology Oncology Associates, Abubakr, M.D.**
>     **Medical bill and/or EOB's from Mary Pentel, M.D.**
>
>     **\* Dr. Abubakr (US Oncology) and Dr. Ossi (First Coast Oncology) formerly practiced together in a group at the facility known as the Southside Cancer Center**

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. **None.**

7. Are you pursuing this claim against any other party? **Not at this time.**
   If so, against whom (list the name, address and counsel for each party)

8. Did you notify the Debtor in writing of the injury or claim? (If so, attach a copy of such writing). **On February 26, 2003, my counsel sent a letter to Sedgwick Claims Management Services, Inc. (attached) providing notice I had been injured as a result of a mis-filled prescription received from a Winn Dixie store pharmacy. In that letter, my attorney requested Winn Dixie's insurance coverage information and requested additional documents from the pharmacy so that the source of the negligence could be determined. It is my understanding that Sedgwick and/or Winn Dixie failed to provide the requested information.**

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge. **Suit has not been filed at this time as I was aware of the impending bankruptcy and knew an automatic stay would be entered for my lawsuit.**

10. What type of injuries or damages do you have? If applicable please provide a medical description of your injuries (please state if the claim is based in whole or in part, on any injury to someone else).

    **I developed megaloblastic pernicious anemia secondary to taking Methotrexate. In addition, I suffered many unexplained chronic physical ailments which progressively worsened, including, excessive hair loss; constant production of thick sinus mucous; constant nausea, vomiting and diarrhea; loss of appetite; complete loss of energy; weakness; chest pain; skin changes, including psoriasis, and lesions/ulcers in my nose and mouth; and a loss of hearing and eyesight.**

11. Where did the injury or damage occur (specify location and address).

**Winn Dixie Pharmacy at 9866 Baymeadows Road, Jacksonville, Florida**

12. How did the injury or damage occur?

   **I had a history of right breast carcinoma treated with radiation therapy, which was completed in April of 2001. After radiation therapy, Paul Ossi, M.D. prescribed Arimidex 1 mg. for me in an effort to prevent a reoccurrence of the cancer. On April 22, 2002, the Winn Dixie Pharmacy located at 9866 Baymeadows Rd., Jacksonville, Florida, erroneously filled and dispensed Methotrexate 2.5 mg. to me, instead of Arimidex as prescribed. After further investigation, it was determined that Winn Dixie continued to refill the Methotrexate, even without authorization from Dr. Ossi.**

13. Did you miss any work as a result of your injury or damage? If so, how many days. Give the name and address of your employer and your salary at the time of your injury or damage. **No.**

14. Was anyone else injured at the time of your injury or damage? If yes, list the names and addresses). **My husband, Peter Malloy, had Parkinson's disease and required constant care. My husband was damaged to the extent I was not able to provide care, affection, companionship and other services to him while I suffered from the side effects of the Methotrexate.**

15. List the names, addresses, and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).

   | | |
   |---|---|
   | **Tina Asber, GL Examiner II**<br>**Gloria Davis, AIC, Examiner III**<br>**Sedgwick Claims Management Services**<br>**Post Office Box 24787**<br>**Jacksonville, FL 32241-4787**<br>**(904) 419-5300** | Third party administrator for WD |
   | **Pharmacists and Personnel at**<br>**Winn Dixie Store #80**<br>**9866 Baymeadows Road**<br>**Jacksonville, FL 32256** | |
   | **Guy Selander, M.D.**<br>**Jacksonville Family Practice**<br>**1731 University Blvd. South**<br>**Jacksonville, FL 32216**<br>**(904) 725-0200** | Treating physician |

July 10, 2002 to June 18, 2003
Also primary care physician from approximately
1991 to the present

Borland Groover Clinic
Robert Kanner, M.D.                    Performed colonoscopy & ileoscopy
Bharat Misra, M.D.                     Consult for nausea and vomiting
Michele Carter
4800 Belfort Road
Jacksonville, FL
(904) 398-3262
September 30, 2002 through January 12, 2003

Don Sears, D.D.S.                      Dentist, mouth ulcerations
Sears & Sears, D.D.S., P.A.
35 Executive Way, Suite 100
Ponte Vedra Beach, FL  32082
(904) 285-3128
October 22, 2002

Baptist Medical Center
Timothy Daniel, M.D.                   Ultrasound guided liver biopsy
800 Prudential Drive                   and other diagnostic procedures
Jacksonville, FL  32207
(904) 202-2000
December 11, 2002

Robert Barnes, M.D.                    Pathologist, macrocytic anemia
c/o Memorial Hospital Jacksonville
3625 University Blvd. South
Jacksonville, FL  32216
January 9, 2003 through January 14, 2003

Memorial Hospital Jacksonville
Nursing staff
3625 University Blvd. South
Jacksonville, FL  32216
January 9, 2003 to January 14, 2003

Lionel Gatien, P.A.
Luis Anez, M.D.                        Consulting physicians at Memorial
J.S. Parkinson, D.O.
9765 San Jose Blvd.

Jacksonville, FL
(904) 260-4111
January 9, 2003 to January 12, 2003

Diagnostic Imaging                              Radiology services
Mori, Bean, & Brooks
Grady C. Stewart, M.D.
Kathleen Lee, M.D.
Barbara Sharp, M.D.
Patrick Gordon, M.D.
Jamie Surratt, M.D.
Clifford Spohr, M.D.
Kathryn Pearson, M.D.
Alexander McInnis, M.D.
HealthCare Plaza
3625 University Blvd. South
Jacksonville, FL  32216
(904) 399-6739
January 9 through January 14, 2003

Paul Ossi, M.D.                                 Treating Oncologist
Lorraine Perrett, OCRN
First Coast Oncology
Formerly with Southside Cancer Center
10881 San Jose Blvd.
Jacksonville, FL
(904) 880-5533
April 2002 through January 20, 2004

Lorraine Perrett, OCRN
First Coast Oncology
Formerly with Southside Cancer Center
10881 San Jose Blvd.
Jacksonville, FL
(904) 880-5533
Knowledge regarding the original Arimidex Rx called in to Winn Dixie pharmacy, Winn Dixie's request for authorization to refill and no authorization given.

Yousif Abubakr, M.D.                            Radiation Oncologist
Suneel Mahajan, M.D.
Hematology-Oncology Associates
Formerly with Southside Cancer Center
5742 Booth Road

Jacksonville, FL  32207
(904) 739-7779
April 2002 through September 23, 2003

Lucie Hill, OCRN
Hematology-Oncology Associates
Formerly with Southside Cancer Center
5742 Booth Road
Jacksonville, FL  32207
(904) 739-7779
Knowledge regarding the original Arimidex Rx called in to Winn Dixie pharmacy, and Lorraine Perrett's efforts to determine how Winn Dixie was filling Methotrexate instead.

Mary Pentel, M.D.               Dermatologist
6144 South Gazebo Park Place
Jacksonville, FL
(904) 880-0622
February 27, 2003 and March 13, 2003

Danny Malloy, son
Has knowledge regarding my damages. He moved in with his father, Peter Malloy, and me to take care of both of us during my illness caused by the mis-filled prescription.

17. If applicable, are treatments still being given for the injury or damages? If yes, provide the name and address of the doctor that is currently treating you and the nature of the treatment.

    **My doctors continue to monitor my blood work.**

18. If applicable, please provide the following physician data:

    a. Give the name and address of any physician, clinic or hospital that has treated this injury. Include treatment dates. **See response to No. 15, above and the Medical Specials chart for detailed treatment dates.**

    b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium, or pain and suffering.

        **Economic Damages:**

        **Medical bills totaling:**                                           $ 31, 369.79

        (Does not include bill from Southside Cancer Center
        for services from April 2002 through January 2003)

|  |  |
|---|---|
| **Out of pocket expenses totaling:** | $ 509.30 |

(This amount is preliminary and subject to change upon receipt of billing statements directly from all providers)

**Non-economic Damages:**

|  |  |
|---|---|
| **Pain and Suffering:** | $ 182,500.00 |

bodily injury, inconvenience, disability, mental anguish, loss of capacity for the enjoyment of life, loss of time with husband

|  |  |
|---|---|
| **Loss of Consortium:** | $ 36,500.00 |

c. Give the total amount of the medical bills you incurred as a result of your claim.

**Medical bills totaling $31,369.79**

d. Attach medical and hospital records which relate to your claim.

**See attached medical and hospital records as outlined in response to No. 5 and No. 18c. above.**

e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim.

**See attached chart regarding Out of Pocket Expenses**
(The numbers/totals will change as we obtain additional billing statements directly from providers which include the source of payments).

f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury

**See Medical Specials chart attached**
(The numbers/totals will change as not all bills have been received)

**See Subrogation chart attached**
(The numbers/totals will change as the chart does not include the $18,000 + Memorial bill, and was prepared on EOB's and not based on official lien notices from the insurance carriers).

g. Give the name, address and policy number of your insurance company.

**Medicare Part B**           **BCBS**
**Post Office Box 44117**     **Post Office Box 44160**
**Jacksonville, FL 32231-0019** **Jacksonville, FL 32231**
**S. S. Number: 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**  **Policy: XJM180224942**
**Policy: 180224942A**         **Group: 99999 6SB**

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information: **furnished above.**

    a. Itemize the damage you claim

    b. Give the total amount of each item of damage

20. In what amount would you agree to settle your claim? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved).

    **$150,000.00**

8   393213 - MALLOY, KATHLEEN - Claim No.(s): 11437

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: *October 12, 2005*        *Kathleen M. Malloy*
                                Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)____   **SEE ATTACHED**

Address__

City/State/Zip__

Relationship to Claimant__

Phone Number__

Fax Number__

Email Address__

## PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

393213-MALLOY, KATHLEEN-Claim No.(s): 11437

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last)   **PATRICIA M. DODSON c/o TERRELL HOGAN**

Address   **233 EAST BAY STREET, 8TH FLOOR**

City/State/Zip   **JACKSONVILLE, FLORIDA 32202**

Relationship to Claimant   **ATTORNEY**

Phone Number   **(904) 632-2424**

Fax Number   **(904) 632-2027**

Email Address   **dodson@terrellhogan.com**