James T. Terrell      Angelo M. Patacca, Jr.
Wayne Hogan     Evan J. Yegelwel     Anita C. Pryor     Patricia M. Dodson     Mark E. Calvin     D'vorah Ben-Moshé
Timothy D. Ellis     Thomas E. Duffy, Jr.     Alan M. Pickert     Carroll Cayer     Leslie A. Goller

# TERRELL HOGAN

October 26, 2005

*Via Overnight Mail*

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, NJ 07043

      RE:    Proof of Claim No.:    11437
               Claimant:    Kathleen Malloy
               Entity:    Winn-Dixie Stores, Inc.
               Sedgwick Claim No.:    A311200769-0001-01
               Initial Date of Incident:    4/22/2002

Dear Sir/Madam:

      On behalf of my client, Kathleen Malloy, I am enclosing herewith the fully completed Questionnaire for Litigation Claimants along with supporting documents. Please direct your response to my attention.

      Please do not hesitate to contact me should you have any questions or require further information.

                                     Sincerely,

                                     PATRICIA M. DODSON
                                     Attorney for Kathleen Malloy

PMD/lj
Enclosures
cc:    Kathleen Malloy

TERRELL HOGAN ELLIS YEGELWEL, P.A.       233 East Bay Street
904-632-2424   •   Fax 904-632-0067       Blackstone Building, 8th Floor
                                          Jacksonville, FL 32202
                                          www.TerrellHogan.com

# FedEx US Airbill

FedEx Tracking Number: 8530 8186 3863

## 1 From
Date: 10-26-05

Sender's Name: Patricia Dodson, Esquire
Phone: (904) 632-2424
Sender's FedEx Account Number: 1108-7361-1

Company: BROWN TERRELL & HOGAN

Address: 233 E BAY ST STE 504

City: JACKSONVILLE    State: FL    ZIP: 32202-3451

## 2 Your Internal Billing Reference
Malloy 40021.99

## 3 To
Recipient's Name: Claims Agent
Phone: (888) 946-3494

Company: Logan & Company, Inc.

Address: 546 Valley Road

City: Upper Montclair    State: NJ    ZIP: 07043

From ID No: 0215

## 4a Express Package Service
[X] FedEx Standard Overnight

## 4b Express Freight Service

## 5 Packaging
[X] FedEx Pak

## 6 Special Handling

Does this shipment contain dangerous goods?
[X] No

## 7 Payment
[X] Sender

## 8 Sign to Authorize Delivery Without a Signature

0313331990

466