**Patty M. Dodson**

| | |
|---|---|
| **From:** | Leanne McKnight Prendergast [lprendergast@smithhulsey.com] |
| **Sent:** | Monday, August 14, 2006 10:41 AM |
| **To:** | Patty M. Dodson |
| **Subject:** | WDX - Omnibus litigation Objection Exhibit A |

The information contained in this communication may be confidential, is intended only for the use of the recipient (s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.