UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817 |
| | ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, hereby certify that true and correct copies of: (i) the Response of Principal Life Insurance Company to Debtors' Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims; and (ii) the within Certificate of Service were served, by first class mail, postage prepaid (and electronic mail, where indicated) on the parties listed on the attached list on August 14, 2006.

/s/ *Wendy M. Simkulak*
Wendy M. Simkulak

DM3\387431.2

## SERVICE LIST

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Jane M. Leamy
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
jleamy@skadden.com