UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

### PG-1 DEVELOPMENT COMPANY'S RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS

PG-1 Development Company ("PG-1"), now known as Winyah Village Partners, LLC, a landlord creditor, responds to the objection filed by Winn-Dixie Stores, Inc. ("Winn-Dixie") to Claim No. 4583 as follows:

1. PG-1 is the owner of a retail shopping center located in Georgetown, South Carolina. Winn-Dixie leased a portion of the premises from PG-1 pursuant to a Lease dated January 10, 1985, as amended February 20, 1986 and January 18, 1988 (the "Lease").

2. The minimum monthly retail payment due under the Lease as of the Petition Date was $11,413.33. Winn-Dixie is also obligated under the Lease to pay all real estate taxes, insurance and maintenance expenses associated with the Lease as "additional rent."

3. On February 28, 2005, Winn-Dixie rejected the Lease.

4. PG-1 filed a timely Proof of Claim in the amount of $217,399.60 for the damages flowing from the rejection of the Lease. The rejection damages were based on prior year billings, and were calculated as follows:

| | |
|---|---|
| Rent @ $11,413.33 per month | $125,546.63 |
| 2004 Cam Chargers (actual): | |
|    Insurance | $ 7,319.50 |
|    Lot Repairs | $ 7,525.34 |
|    Real Estate Taxes | $ 22,689.67 |

|  |  |
|---|---|
| Security | $ 1,419.25 |
| Utility | $ 3,773.14 |
| Yard Care | $ 6,126.00 |
| 2005 Cam Charges (estimated): | $ 43,000.00 |
| **Total:** | **$217,399.60** |

5. PG-1's Proof of Claim has been docketed as Claim No. 4583.

6. Winn-Dixie filed and served its objection to Claim No. 4583, contending that PG-1's rejection damages are overstated by some $50,319.49, and that the correct amount should be $167,080.11. Winn-Dixie alleges "lack of adequate supporting documentation despite repeated demand."

7. Since the initial claim was filed, PG-1 has received the actual 2005 tax bills and other documents for which its claim can now be amended. The correct sums due are as follows:

|  |  |
|---|---|
| Rent @ $11,413.33 per month x 11 | $125,546.63 |
| 2004 Cam Chargers (see herein): | $ 48,852.97 |
| 2005 Cam Charges: |  |
|    Maintenance Expenses | $ 2,798.84 |
|    Insurance | $ 7,900.95 |
|    Lot Repair | $ 491.90 |
|    Real Estate Taxes | $ 23,323.20 |
|    Security | $ 713.02 |
|    Utility | $ 3,680.03 |
|    Yard Care | $ 2,616.08 |
| **Total:** | **$215,933.61** |

8. Under the authority of *In re Clements*, 185 B.R. 895 (Bankr. W.D. Fla. 1995) and *In re Fifth Avenue Jewelers, Inc.*, 203 B.R. 372 (Bankr. W.D. Pa. 1996), all the charges herein qualify as "rent reserved by the lease" or "additional rent." PG-1 therefore disputes

Winn-Dixie's calculation of PG-1's Lease rejection damages and requests a hearing to determine its entitlement to the above stated sums.

W.E. Calloway, Esq.
**ROBINSON, BARTON, MCCARTHY, CALLOWAY & JOHNSON, P.A.**
District Court I.D. #25
Post Office Box 12287
Columbia, South Carolina 29211-2287
(803) 256-6400
(803) 779-0267 (Facsimile)
bcalloway@rbmcc.com

-and-

**STUTSMAN THAMES & MARKEY, P.A.**

By  /s/ Richard R. Thames
        Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net

Attorneys for PG-1 Development Company

## Certificate of Service

I hereby certify on August __14__, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

/s/ *Richard R. Thames*
_____
Attorney

60353