UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Order Directing Mediation and Approving Mediator (Docket No. 10158) was furnished by mail and/or electronically on August 11, 2006 to (i) Marcio Valladares, Esq., Assistant United States Attorney, United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202, (ii) Gary Kurz, Esq., Assistant Regional Counsel, Office of the General Counsel, Department of Health and Human Services, 61 Forsyth Street, S.W., Suite 5M60, Atlanta, Georgia 30303-8909, (iii) Ronald L. Smith, Chief, Medicare Financial Management Branch, Division of Medicare Financial Management, Centers for Medicare & Medicaid Services, United States Department of Health and Human Services, 61 Forsyth Street, S.W., Suite 4T20, Atlanta, Georgia 30303-8909 and (iv) United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801.

Dated: August 14, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*  <br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   *s/ James H. Post*  <br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00540338