UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., ET AL, | * | CHAPTER 11 |
| DEBTORS. | * | JOINTLY ADMINISTERED |

## NOTICE TO CLERK OF THE CIRCUIT COURT

Take notice that the undersigned has, this date, served on counsel for all parties the following:

[X]   **Interrogatories**

[X]   **Request for Production**

[X]   **Request for Admissions**

[]    Answers to Interrogatories

[]    Response to Request for Production

[]    Response to Request for Admissions

[]    Notice to Depose

[]    Notice to Serve Subpoena

This the 10th day of August, 2006.

//sig.//   Kristofor D. Sodergren
Kristofor D. Sodergren
Of Counsel
Peyton Cochrane, Tuscaloosa County (Alabama)
Tax Collector

OF COUNSEL:
HUBBARD, SMITH, McILWAIN, BRAKEFIELD & BROWDER, P. C.
P.O. Box 2427
Tuscaloosa, AL  35403
Telephone: (205) 345-6789