**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

|  |  |  |
|---|---|---|
| In Re: WINN-DIXIE STORES, INC., et. al., | ) ) ) ) ) ) | Case No. 05-03817-3F1<br><br>Chapter 11<br><br>Jointly Administered |

## CREDITOR (SUSAN WALKER) RESPONSE TO DEBTORS' OBJECTION TO UNRESOLVED LITIGATION CLAIMS

### CLAIM OBJECTED TO BY DEBTORS
Claim No.:                               13255
Claim Amount:                         $60,000.00
Debtors' Reason for Disallowance:   No liability—disputed claim; insufficient proof of claim documentation; late claim

COMES NOW, Creditor, SUSAN WALKER, by and through the undersigned attorney and files this Response to Debtors' Objection to Unresolved Litigation Claims. In support thereof, Creditor, SUSAN WALKER, states as follows:

1. Creditor, SUSAN WALKER, slipped and fell at the Save Rite Grocery Store located at 1012 Edgewood Avenue North, Jacksonville, Florida on June 4, 2001.

2. The claim was duly reported to Save Rite and a premises liability claim was opened through the claims administrator – Sedgwick CMS. A claim number was assigned to this incident: Claim Number; A111211958.

3. Subsequent to the initiation of a claim, the Debtors filed for Chapter 11 Bankruptcy.

4. Debtors did not give formal notice of the Bankruptcy to Creditor, SUSAN WALKER, or any notice of any deadlines associated with the Bankruptcy including but not limited to the filing of Proof of Claims and other matters.

5. The above referenced claim was known to the Debtors and should be allowed as an Unsecured claim in the bankruptcy proceedings herein.

WHEREFORE, Creditor, SUSAN WALKER, respectfully requests this Court to deny the Debtors' objection to the Notice of Claim filed on behalf of Creditor, SUSAN WALKER, and enter any other Order(s) as it deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above was sent via U.S. Mail and Facsimile to Leanne McKnight Prendergast, Esquire, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, this 14th day of August, 2006.

WOOD, ATTER & ASSOCIATES, P.A.

_____
DAVID A. WOLF, ESQUIRE
FL BAR NO.: 857157
333-1 East Monroe Street
Jacksonville, Florida 32202
(904) 355-8888
Attorney for Creditor (Susan Walker)