UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Debtors,

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

## CREDITOR JULANDAS JAMES-SMITH'S RESPONSE TO DEBTOR'S OMNIBUS OBJECTION

CREDITOR NO.: WDX-391291-L4-55
JAMES-SMITH, JULANDAS

    Creditor Julandas James-Smith, by and through the undersigned attorney, hereby responds to the Debtors' Omnibus Objection as it relates to her claim against the Debtor. The Debtors objection disputes liability and cites insufficient documentation to support this claim. In response the Creditor provides, as an attachment, all relevant medical records and bills supporting the claim. Further, the Creditor requests a hearing on this matter.

Date: August 14, 2006

Michael K. Roberts, Esquire
Florida Bar No.: 0779741
Law Offices of J. Scott Nooney & Associates
3535 Hendricks Avenue
Jacksonville, Florida 32207
Telephone: (904) 398-1992