# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## RESPONSE TO OMNIBUS OBJECTION TO
## UNRESOLVED LITIGATION CLAIMS

CREDITOR NO.:  WDX-392298-l4-55
RODRIGUEZ, RAMONA
C/O HADDAD & SHUTTERA
6344 ROOSEVELT BLVD.
CLEARWATER, FLORIDA 33760

COMES NOW Creditor, RAMONA RODRIGUEZ, by and through the undersigned counsel and responds to the Ominbus Objection to Unresolved Litigation Claims filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively the "Debtors") as follows:

1.    Creditor, RAMONA RODRIGUEZ entered Winn-Dixie store #0622 located at 11912 Seminole Blvd., Largo, Pinellas County, Florida on July 12, 2004 as a business invitee.

2.    While on the premises of the Winn-Dixie store, Creditor, RAMONA RODRIGUEZ slipped in puddle of water that had been left on the floor in the produce section of the store and fell to the ground as a result.

3.    As a result of the fall, Creditor, RAMONA RODRIGUEZ sustained injuries requiring medical treatment costing $22,787.07.   IN addition, Creditor RAMONA RODRIGUEZ sustained the following damages:

      a.      Bodily injury;

      b.      Great physical pain and suffering;

      c.      Disability and inability and loss of capacity to lead and enjoy a normal life;

      d.      Inconvenience;

      e.      Physical impairment;

      f.      Disfigurement and scarring;

      g.      Mental anguish;

      h.      Loss of or diminution of earnings or earning capacity;

      i.      Aggravation of an existing disease or physical defect;

      j.      Permanent injury within a reasonable degree of medical probability;

      k.      Medical and related expenses, past and future, incurred in seeking a cure for her injuries.

4.      In an attempt to resolve her claim against Debtors, Creditor, RAMONA RODRIGUEZ filed a "Proof of Claim" on May 11, 2005.

5.      Also in an attempt to resolve her claim against Debtors, Creditor, RAMONA RODRIGUEZ forwarded notice of the claim, a completed "Questionnaire for Litigation Claimants, and copies of all relevant documents including, but not limited too, medical records and bills, to debtors by Priority U.S. Mail on October 11, 2005.

6.      Since these filings, Creditor, RAMONA RODRIGUEZ, has responded to all inquiries for additional information directed to her from Sedgewick Claims Management Services, Inc. and Logan & Company, Inc., as claims agents for the debtors.

7.      To date, Debtors have provided no credible evidence to dispute their liability for the injuries and damages sustained by Creditor, RAMONA RODRIGUEZ.

8.      Disallowance of the claim of Creditor, RAMONA RODRIGUEZ would cause further harm and financial injury to Creditor and would deprive Creditor of her right to a jury trial on the issues of Debtors' liability as well as the amount of Creditor's damages as a result of Debtors' negligence.

WHEREFORE, Creditor, RAMONA RODRIGUEZ respectfully requests that this Court enter an order allowing the claim of Creditor, RAMONA RODRIGUEZ to continue and for whatever other relief Creditor is entitled to by law.

Respectfully Submitted,

_____/S/_____
Robert J. Shuttera, Esq.
Florida Bar Number: 0017272
Haddad & Shuttera, P.A.
6344 Roosevelt Blvd.
Clearwater, Florida 33760
Phone: 727-299-0449
Fax: 727-299-9181
RShuttera@flapersonalinjury.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished for service to Smith, Hulsey & Busey, Attn: Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 via e-mail at tcopeland@smithhulsey.com this 14th day of August 2006.

_____/S/_____
ROBERT J. SHUTTERA, Esq.