# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et. al. | Chapter 11 |
| Debtors | Jointly Administered |

### **ORDER**

| | |
|---|---|
| Claim No.: | **12427** |
| Claim Amount: | **$300,000.00** |
| Reason for Disallowance: | **No Liability – Disputed Claim; Late Claim** |

\*   \*   \*

The debtor having objected to the claim of Reva J. Stamper, and Reva J. Stamper having responded to debtor's objection;

IT IS HEREBY ORDERED AND ADJUDGED that the debtor's objection to the claim of Reva J. Stamper is hereby overruled.

_____
JUDGE

DATED: _____