IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**OBJECTION BY VILLA RICA RETAIL PROPERTIES, LLC (STORE NO. 2716) TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

Villa Rica Retail Properties, LLC ("Villa Rica"), by and through its undersigned counsel, responds to Debtor's Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and C) Overstated Misclassified Claims (the "Objection" as follows:

1.   On October 24, 2004, Villa Rica timely filed a proof of claim in the amount of $1,176,838.91.  The claim is identified as claim no. 12226.

2.   On or about July 25, 2006, the Debtors filed the Objection.  Villa Rica's claim is identified on Exhibit "B" of the Objection.

3.   In Exhibit "B" of the Objection, the Debtors allege that Villa Rica's claim should be reduced to $846,026.08.  The Debtors allege that this reduced amount reflects the removal of $328,728.56, $1,524.69, $655.18 and $.16 for overstated rejection damages, prepetition 2005 maintenance charges and insurance,

respectively, and calculation error and inclusion of $95.76 for additional prepetition 2005 real estate taxes.

4.   Villa Rica has attempted to determine how the Debtors calculated these numbers but has been unable to do so.   Villa Rica is in contact with Debtors to obtain a breakdown of the calculation supporting the Objection.

5.   Villa Rica objects to the reduced amount of its claim based on the information it has been provided with to date.   Villa Rica believes its calculations in its proof of claim are correct and that no amount should be removed from its claim.

6.   Villa Rica reserves the right to amend, supplement or modify this response as required.

DATED this 14th day of August 2006.

KITCHENS, KELLEY, GAYNES, P.C.

By: _____
Mark A. Kelley, Esquire
Georgia Bar No. 412325
11 Piedmont Center, Suite 900
Atlanta, Georgia 30305
(404) 237-4100 Telephone
(404) 364-0126 Facsimile

H:\DOCS\10000\10380\0001\Objection Villa Rica.doc