F I L E D
JACKSONVILLE, FLORIDA

AUG 1 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

CREDITOR NO.: WDX-395550-L4-15
CLAIM NO.: 2781 & 327
DEAN A. REED, ESQUIRE
ATTORNEYS FOR CLAIMANTS BRITTON, JUNE & JOHN
890 S.R. 434 NORTH
ALTAMONTE SPRINGS, FL. 32714

## CLAIMANTS RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

June and John Britton ("Claimants"), as claimants in the above-captioned bankruptcy, by their undersigned counsel, hereby objects to the Debtors' Omnibus Objection to Unresolved Litigation Claims and in support thereof, respectfully states as follows:

1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157, and venue is proper in this District pursuant to 28 U.S.C. § 1409(a)

2.     On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.      Prior to the Petition Date, Claimants, filed a lawsuit against the

Debtors on February 2, 2005 for injuries sustained by June

Britton on September 3, 2003 at one of Debtors' stores located in

Brooksville, FL., which the Debtors have identified as Store No.

0702.   Attached hereto as Exhibit A is a copy of the Complaint

filed in the 5th Judicial Circuit in and for Hernando County,

Florida.

4.      On March 7, 2005, upon notification of Debtors' Bankruptcy

Petition, Claimants timely filed their Proof of Claim with the

United States Bankruptcy Court Southern District of New York

where Debtors' initially filed their Bankruptcy Petition.

Attached hereto as Exhibit B is a copy of the Proof of Claim

dated March 7, 2005

5.      On May 10, 2005, Claimants timely filed a second Proof of Claim

the United States Bankruptcy Court Middle District of Florida,

Jacksonville Division, upon notification that venue had been

changed to Jacksonville.  Attached hereto as Exhibit C is a copy

of the Proof of Claim dated May 10, 2005.

6.      On or about October 15, 2005 Claimants provided timely

responses to "Questionnaire for Litigation Claimants" provided

to them by the United States Bankruptcy Court Middle District

of Florida, Jacksonville Division as directed by the "Order

Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims" dated September 1, 2005. Attached hereto as Exhibit D is a copy of the completed response to the "Questionnaire for Litigation Claimants".

7.    On November 7, 2005 Claimants received a letter from Sedgwick Claims Management Services, Inc. ("Sedgwick") advising they were the third party administrator for Debtors and denying the amount of the claim.

8.    On April 10, 2006 Claimant submitted to Sedgwick medical specials, medical reports and billing statements from medical providers treating June Britton for injuries she sustained at Debtors' Store No. 0702. Attached hereto as Exhibit E are the medical specials, medical reports and billing statements.

9.    On April 28, 2004, prior to the initiation of litigation, a recorded statement of the event that led to her fall was provided by June Britton to Domenii Gagliardi of Sedgwick.

10.    On May 5, 2006 a settlement offer of $5,000.00 was submitted to Claimants by C. Everett Brooks of Sedgwick and expired 72 hours after its receipt. Attached hereto as Exhibit F is a copy of the settlement offer.

11.    There was sufficient evidence submitted by Claimants to establish a prima facie case of negligence by Debtors establishing their liability for injuries sustained by Claimants.

WHEREFORE, the Claimants, John and June Britton, prays that your Honorable Court will deny the objection of the Debtors and will allow the Claimants' claim to be considered for all purposes in these bankruptcy cases.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy was served on Smith, Hulsey & Busey, Attn: Tana Copeland, 225 Water St., Suite 1800, Jacksonville, FL.  32202 and  via email to tcopeland@smithhusley.com

Dated: August 10, 2006                              Respectfully submitted,

By: _____
    Dean A. Reed
    Florida Bar No. 0086223
    Jacobs & Goodman, P.A.
    890 S.R. 434 North
    Altamonte Springs, FL  32714
    TEL (407) 788-2949
    FAX (407) 788-8628

# VOLUMINOUS ATTACHMENTS CAN BE VIEWED AT THE CLERKS' OFFICE