**Lease Assignment**

Store # 2422

**THIS ASSIGNMENT AND ASSUMPTION OF LEASE AGREEMENT** (this "Assignment") is made and entered as of June 24, 2002 (the "Effective Date"), by and between **WINN-DIXIE LOUISIANA, INC.**, a Florida corporation (hereinafter referred to as "Assignor"), and **FIESTA MART, INC.**, a Texas corporation (hereinafter referred to as "Assignee").

WITNESSETH:

**WHEREAS**, Assignor has agreed to convey to Assignee certain assets in connection with that certain retail supermarket store location described on attached Exhibit A (the "Premises"), as more particularly described in the Asset Purchase Agreement dated effective May 21, 2002, by and between Assignor, as seller, Assignee, as buyer, and Winn-Dixie Stores, Inc., as amended from time to time (the "Agreement"); and

**WHEREAS**, as part of the purchase and sale of Assignor's assets referenced above, Assignor has agreed to assign to Assignee all of Assignor's right, title and interest, as tenant or lessee, in and to the lease, together with any and all amendments thereto, as described on attached Exhibit A (the "Lease"), and Assignee has agreed to assume and perform certain of Assignor's liabilities and obligations arising under the Lease, all in accordance with the terms of the Lease, the Agreement and this Assignment.

**NOW, THEREFORE**, in consideration of the premises, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties agree as follows:

1. <u>Effective Date</u>. This Assignment shall be effective as of the Effective Date.

2. <u>Assignment</u>. Assignor hereby assigns, transfers and conveys to Assignee all of Assignor's right, title, interest and obligation as tenant or lessee in and to the Lease and all of the rights, benefits and privileges of the tenant or lessee thereunder. Assignor hereby agrees that it shall remain, and shall be, responsible for all liabilities and obligations of the tenant or lessee pursuant to the terms of the Lease accruing prior to the Effective Date.

3. <u>Assumption</u>. Assignee hereby accepts the aforesaid assignment and assumes all liabilities and obligations of the tenant or lessee pursuant to the terms of the Lease which accrue on or after the Effective Date and agrees to perform all obligations of the tenant or lessee pursuant to the terms of the Lease which accrue on

JK 196992.1 80130 00467 06/19/02 12:01pm                                Store # 2422

or after the Effective Date, and Assignee hereby indemnifies, and agrees to save, insure, defend and hold harmless, Assignor from and against all liabilities and obligations of the tenant or lessee pursuant to the terms of the Lease which accrue on or after the Effective Date, and Assignor hereby indemnifies, and agrees to save, insure, defend and hold harmless, Assignee from and against all liabilities and obligations of the tenant or lessee pursuant to the terms of the Lease which accrue prior to the Effective Date.

4.  <u>Assignor's Warranty of Title</u>.  Assignor represents and warrants to Assignee that Assignor has good and lawful right, title and interest in the Premises under the Lease, as tenant or lessee thereunder, and has not assigned or subleased its interest, as tenant or lessee under the Lease, other than as provided in this Assignment or the Agreement, that the Lease as described on the attached <u>Exhibit A</u> constitutes the entire lease agreement between Assignor, as tenant or lessee, and the landlord thereunder, and remains in full force and effect, and that Assignor shall defend Assignee from and against the lawful claims of all persons claiming by, through or under Assignor, but against none other.

5.  <u>Further Assurances</u>.  Assignor covenants with Assignee and Assignee covenants with Assignor that each will execute or procure any additional documents as may be reasonably necessary to establish the rights of the other hereunder.

6.  <u>Assignor Acknowledgment</u>.  This Assignment shall not operate to release Assignor from its obligations under the Lease except to the extent otherwise provided in the Lease or agreed to by the landlord.

7.  <u>Binding Effect</u>.  This Assignment shall be binding upon and inure to the benefit of Assignor and Assignee and their respective successors and assigns.

**[Signatures on following pages]**

**IN WITNESS WHEREOF**, the parties have executed this Assignment as of the date first written above.

Signed, sealed and delivered
in the presence of:

ASSIGNOR:

**WINN-DIXIE LOUISIANA, INC.**, a Florida corporation

Name: John T. Dekle

By: _____
Name: Dennis M. Sheehan
Title: Vice President

Name: Mark Bacon

[SEAL]

STATE OF FLORIDA        )
COUNTY OF DUVAL         )

The foregoing instrument was acknowledged before me this 19th day of June, 2002, by Dennis M. Sheehan, the Vice President of **WINN-DIXIE LOUISIANA, INC.**, a Florida corporation, on behalf of the corporation. He either [X] is personally known to me or [ ] has produced _____ as identification.

_____
Notary Public Signature

_____
(Name typed, printed or stamped)
Notary Public, State of _____
Commission No.: _____
My Commission Expires: _____

Marie M. Tuttle
MY COMMISSION # CC733448 EXPIRES
August 14, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

[NOTARIAL SEAL]

**[SIGNATURES CONTINUING ON FOLLOWING PAGE]**

**ASSIGNEE:**

**FIESTA MART, INC.**, a Texas corporation

By: _____
Name: _Louis Katopodis_____
Title: _____ President

[SEAL]

Name: _CHARLES H. CARMOUCHE_

Name: _Holly M. Tenhey_

STATE OF _Texas_ )
COUNTY OF _Harris_ )

The foregoing instrument was acknowledged before me this _20th_ day of June, 2002, by _Louis Katopodis_____, the _____ President of **FIESTA MART, INC.**, a Texas corporation, on behalf of the corporation. He/she either [✓] is personally known to me or [ ] has produced _____ as identification.

_____
Notary Public Signature

_Christine L. Willenberg_
(Name typed, printed or stamped)
Notary Public, State of _Texas_
Commission No.: _01204746-6_
My Commission Expires: _7-26-2004_

[NOTARIAL SEAL]

JK 196992.1 80130 00467 06/19/02 12:01pm                              Store # 2422

4

## EXHIBIT A

(Lease and Premises)

Premises:

    2700 8th Avenue
    Ft. Worth, Texas 76110

Lease:

Lease dated March 4, 1998 between Principal Mutual Life Insurance Company, as landlord, and Winn-Dixie Texas, Inc., as tenant, for that certain store building and related improvements, located at 2700 8th Avenue, City of Ft. Worth, County of Tarrant, State of Texas. Such Lease has been supplemented by that certain Letter Agreement dated March 4, 1998 summarizing the payment of certain costs and expenses by landlord and tenant in connection with certain Loan Documents entered into by landlord, and further amended by that certain Assignment of Lease and Agreement dated March 20, 1998 (collateral assignment as security for mortgage loan).

JK 196992.1 80130 00467 06/19/02 12:01pm

Store # 2422