**Lease Termination Date = 3/31/18**

**Rent Reserved For Lease Term**

| Year | Months Remaining | Base Rent | Real Estate Taxes | Total | |
|---|---|---|---|---|---|
| 2005 | 4 | $117,536.35 | $117,135.24 | $234,671.58 | |
| 2006 | 12 | $352,609.04 | $120,649.29 | $473,258.33 | |
| 2007 | 12 | $352,609.04 | $124,268.77 | $476,877.81 | |
| 2008 | 12 | $352,609.04 | $127,996.83 | $480,605.87 | |
| 2009 | 12 | $352,609.04 | $131,836.74 | $484,445.78 | |
| 2010 | 12 | $352,609.04 | $135,791.84 | $488,400.88 | |
| 2011 | 12 | $352,609.04 | $139,865.60 | $492,474.64 | |
| 2012 | 12 | $352,609.04 | $144,061.57 | $496,670.61 | |
| 2013 | 12 | $352,609.04 | $148,383.41 | $500,992.45 | |
| 2014 | 12 | $352,609.04 | $152,834.91 | $505,443.95 | |
| 2015 | 12 | $352,609.04 | $157,419.96 | $510,029.00 | |
| 2016 | 12 | $352,609.04 | $162,142.56 | $514,751.60 | |
| 2017 | 12 | $352,609.04 | $167,006.84 | $519,615.88 | |
| 2018 | 3 | $88,152.26 | $43,004.26 | $131,156.52 | |
| Totals: | 151 | $4,436,997.09 | $1,872,397.83 | **$6,309,394.92** | |
| | | | | $946,409.24 | 15% |

**One Year Rent Reserved**

| | 12 | $352,609.04 | $148,799.83 | **$501,408.87** |
|---|---|---|---|---|

**Three Years Rent Reserved**

| | 36 | $1,057,827.12 | $446,399.48 | **$1,504,226.60** |
|---|---|---|---|---|

*Notes to Calculation*

**Base Rent:** Annual base rent under the Lease is $352,609.04

**Real Estate Taxes**: Debtor was obligated to pay real estate taxes under the Lease. The taxes for 2004 were $113,723.53. (**Exhibit D**)  The real estate taxes for the remaining years under the Lease was determined applying a 3% inflation factor.