F I L E D
JACKSONVILLE, FLORIDA

AUG 1 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**Rosa Sanchez**
**c/o Virginia Cavé-Caycedo**
13350 SW 128 Street
Miami, Florida 33186
Tel: 305-259-4110, Fax: 305-259-4112
email: VCaveCPA@aol.com

August 10, 2006

Clerk of the Court
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

Reference: Case number 05-03817-3F1
Creditor Number WDX-417089-L4-15
Claim Number 12874
Claim amount: $26000.00

Gentlemen:

I oppose the disallowance of my claim listed above under CLAIMS TO E DISALLOWED.

I object ot the basis of your disallowance. The liability exists on the part of Winn Dixie for the accident that I had in the premises. My previous attorney did not take the case because Winn Dixie was filing for bankruptsy but I had to spent a lot of my own money to pay for doctor bills as a result of the accident at Winn Dixie.

Please re evaluate my request. I will appreciate it greatly if I could get reimbursed for the expenses incurred.

Sincerely,


Rosa Sanchez

Case 3:05-bk-03817-JAF    Doc 10238    Filed 08/14/06    Page 2 of 2
Hearing Date: August 24, 2006 at 1:00 p.m.
Response Deadline: August 14, 2006 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    ) Case No. 05-03817-3F1
                                                          )
WINN-DIXIE STORES, INC., et al.,                          ) Chapter 11
                                                          )
Debtors.[1]                                               ) Jointly Administered

**FILED**
JACKSONVILLE, FLORIDA
AUG 1 4 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

CREDITOR NO.: WDX-417089-L4-15
SANCHEZ, ROSA
C/O V CAVE, CPA
ATTN VIRGINIA CAVE
13350 SW 128 STREET
MIAMI FL 33186

---

### CLAIM(S) TO BE DISALLOWED

Claim No.: 12874

Claim Amount: $26,000.00

Reason for Disallowance: **No Liability -- Disputed Claim; Late Claim**

---

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 22, 2006 their Omnibus Objection to Unresolved Litigation Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED** based upon one or more of the following grounds: (a) the claim(s) were not filed on or before the applicable proof of claim bar date; or (b) the claim(s) are not supported by legally sufficient documentation. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim(s).**

3. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 14, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.