F I L E D
JACKSONVILLE, FLORIDA

AUG 1 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.:   05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CREDITOR'S OBJECTION/OPPOSITION TO CLAIM(S) TO BE DISALLOWED

CREDITOR NO.:   WDX-410575-L4-15
NEAL, DEBRA HALLMAN
c/o BOLTON & GROSS
ATTN: RICHARD A. BOLTON, ESQ.
801 NE 167TH STREET, 2ND FLOOR
NORTH MIAMI BEACH, FLORIDA 33162

COMES NOW the Creditor, DEBRA HALLMAN NEAL, by and through the undersigned attorneys, and hereby files her Objection/Opposition to Creditor's Claim(s) to be Disallowed dated July 25, 2006, as to claim number 8942, and as grounds therefor states that said Creditor's claims was timely filed and documentation supporting claim was provided to Debtor(s).

BOLTON & GROSS
Attorneys for Creditor, Debra Hallman Neal
801 Northeast 167th Street, Second Floor
North Miami Beach, FL   33162
Telephone:   (305) 653-8223
Facsimile:     (305) 398-0111

BY: _____
RICHARD A. BOLTON, ESQ.
FBN: 225861

10239

WE HEREBY CERTIFY that a true and correct copy of the Creditor Debra Hallman Neal's foregoing Objection/Opposition to Claim(s) to be Disallowed was furnished by facsimile (904-359-7708) and U.S. Mail to: Smith Hulsey & Busey, Attn: Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, this 10th day of August, 2006.

---
RICHARD A. BOLTON, ESQ.
FBN: 225861