UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION



FILED
JACKSONVILLE
FLORIDA

06 AUG 14 P 3: 27

BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No. 05-03817-3F1

*Chapter 11*

Jointly Administered

### CREDITOR BEVRLY KING'S RESPONSE TO DEBTOR'S OMNIBUS OBJECTION

CREDITOR NO.: WDX-391886-B2-55
KING, BEVERLY

Creditor Beverly King, by and through the undersigned attorney, hereby responds to the Debtors' Omnibus Objection as it relates to her claim against the Debtor. The Debtors objection disputes liability and cites insufficient documentation to support this claim. In response the Creditor provides, as an attachment, all relevant medical records and bills supporting the claim. Further, the Creditor requests a hearing on this matter.

Date: Aug/14/2006

Michael Roberts, Esq.
Florida Bar No.: 779741
Law Offices of J. Scott Nooney &
Associates
3535 Hendricks Avenue
Jacksonville, Florida 32207
Telephone: (904) 398-1992

VOLUMINOUS ATTACHMENTS CAN BE VIEWED AT THE CLERKS' OFFICE