UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

### CHECKPOINT SYSTEMS, INC.'S RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS

Checkpoint Systems, Inc. ("Checkpoint"), by and through its undersigned counsel, responds to the Debtor's Fifteenth Omnibus Objection to Claims ("Objection") as follows:

1. On or about February 21, 2005, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code and relief was ordered thereon.

2. On June 2, 2005, prior to the Bar Date, Checkpoint filed a Proof of Claim in the amount of $656,613.27.

3. The Objection seek, *inter alia,* to reduce Checkpoint's $656,613.27 claim to $400,328.07. The stated reason for the reduction is as follows: "Reduced amount reflects removal of $256,285.20 for charges lacking adequate supporting documentation despite repeated requests."

4. Contrary to Debtors' assertion, Checkpoint has supplied supporting data substantiating its claim to Debtors (see attached correspondence).

5. Checkpoint's proof of claim accurately reflects its claim against Debtors' estate. The documentation supporting the claim is voluminous and was not attached for that reason. As alleged above, however, the documentation has been supplied to the Debtors, thereby negating Debtors' objection. Since there is no other basis for the Objection stated,

Checkpoint requests that Debtors' objection be overruled and that Checkpoint's claim against Debtors' estate be allowed in the amount of $656,613.27.

**WHEREFORE**, it is respectfully requested that this Court overrule the Objection as it applies to Checkpoint Systems, Inc. and enter an order allowing Checkpoint Systems, Inc.'s claim in the amount of $656,613.27.

Noel C. Burnham, Esq.
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302)504-7890
(302) 504-7820 (Facsimile)
nburnham@mmwr.com

-and-

**STUTSMAN THAMES & MARKEY, P.A.**

/s/ Richard R. Thames
By_____
        Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net

Attorneys for Checkpoint Systems, Inc.

**Certificate of Service**

I hereby certify on August __14__, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

/s/ *Richard R. Thames*
_____
Attorney

60361