# EXHIBIT "A"

# MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

**NOEL C. BURNHAM**
ADMITTED IN NEW YORK, PENNSYLVANIA &
DELAWARE

DIRECT DIAL
302-504-7890

nburnham@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

220 WEST GAY STREET
WEST CHESTER, PA 19380-2934
610-836-3000
FAX 610-431-0635

August 11, 2006

**By Hand**

Jane M. Leamy, Esquire
Skadden Arps Slate Meagher & Flom
One Rodney Square
Wilmington, DE 19801

> Re:   Winn-Dixie Stores Inc.
> Bk. No. 05-03817-3F1
> Middle District of Florida Bankruptcy Court
> Chapter 11
> 15th Omnibus Objection To Claims
> <u>Checkpoint Systems, Inc. - Claim # 3412</u>

Dear Ms. Leamy:

Enclosed is a copy of the Supplemental Data that supports the summary information filed by Checkpoint Systems, Inc. with its claim No. 3412. Please have the appropriate parties review this information which I believe fully substantiates the amount of the claim. If the Debtor concurs please let me know. Thank you in advance for the Debtor's prompt attention to this matter.

If there are any questions please call.

Regards,

Noel C. Burnham

Enclosures

cc:   Joseph T. Stapleton

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF<br>CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M.<br>EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name _____  Case No _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| 1. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖  19959134<br>Creditor Id WDX-395425-B1-64<br>CHECKPOINT SYSTEMS INC<br>101 WOLF DR<br>ATTN JANINE TREWIN<br>THOROFARE, NJ 08086 | Telephone No of Creditor<br><br>Fax No of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | |

<table>
<tr><td rowspan="2">Your claim is scheduled as follows:<br><br>Debtor<br>Winn-Dixie Stores, Inc.<br>Classification<br>Unsecured Non-Priority Claim<br>Scheduled Amount<br>$.00<br>Unliquidated<br><br>DEBTOR WINN - DIXIE STORES, INC<br>U S BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817<br>CHAPTER 11<br><br><strong>CLAIM NO.: 3412</strong></td></tr>
</table>

| 2. Name and address of signatory or other person to whom notices must be served, if different from above (Check box if) ☐ replaces address above ☐ additional address | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars |
|---|---|
| Name _____<br>Company/Firm _____<br>Address _____ | ☐ Check box if you have never received any notices in this case |

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor _____  Check here if this claim ☐ replaces ☐ amends  a previously filed claim, dated _____

| 1. Basis for Claim | | |
|---|---|---|
| ☒ Goods sold to debtor(s)<br>☒ Services performed for debtor(s)<br>☐ Goods purchased from debtor(s)<br>☐ Money loaned<br>☐ Personal injury/property damage<br>☐ Other _____ | ☐ Taxes<br>☐ Severance agreement<br>☐ Refund<br>☐ Real property lease<br>☐ Personal property lease<br>☐ Other contract _____ | ☐ Retiree benefits as defined in 11 U S C § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of SSN _____<br>Unpaid compensation for services performed from<br>_____ to _____<br>(date)          (date) |

| 2. Date debt was incurred: | 3 If claim is based on a Court Judgment, date obtained. |
|---|---|

4. Total Amount of Claim at Time Case Filed:  $ *632,882.72*   $ _____  $ *23,730.55*   $ *656,613.27*
(unsecured)          (secured)          (priority)          (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

| 5 Secured Claim<br>☐ Check this box if your claim is secured by collateral (including a right of setoff)<br><br>Brief description of Collateral<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____<br><br>Value of Collateral  $ _____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____<br><br>6 Unsecured Nonpriority Claim $ *632,882.72*<br>☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority | 7. Unsecured Priority Claim<br>☐ Check this box if you have an unsecured priority claim<br><br>Amount entitled to priority $ *23,730.55*<br>Specify the priority of the claim<br>☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)<br>☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)<br>☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)<br>☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |
|---|---|

| 8. Credits. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim<br>9 Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary<br>10 Date-Stamped Copy. To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | This Space is For Court Use Only<br><br>RECEIVED<br>JUN - 2 PM 12: 13<br>LOGAN & COMPANY INC<br>AS CLAIMS AGENT FOR<br>U S BANKRUPTCY COURT<br>MIDDLE DISTRICT<br>OF FLORIDA |
|---|---|

| Date<br><br>*5-31-05* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notices:<br>Print *Theresa Hellick*  as Title *Credit Analyst*<br>Signature *Theresa Hellick* |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

Winn Dixie Stores- Montgomery Division
P O Box 2029
MONTGOMERY AL 36102

31-MAY-05        32966

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1431800 | 12-OCT-04 | Invoice | 11-NOV-04 | AE-10094 | 0127 | 43,515 00 | 43,515 00 |
| 1479799 | 14-DEC-04 | Invoice | 13-JAN-05 | 427127 | 0000 | 3,001 00 | 3,001 00 |
| 1499336 | 12-JAN-05 | Invoice | 11-FEB-05 | 444348 | 0000 | 365 99 | 365 99 |
| 1499392 | 12-JAN-05 | Invoice | 11-FEB-05 | 444249 | 0000 | 435 00 | 435 00 |
| 1505821 | 17-JAN-05 | Invoice | 16-FEB-05 | 449693 | 0000 | 851 72 | 851 72 |
| 1505822 | 17-JAN-05 | Invoice | 16-FEB-05 | 448388 | 0000 | 475 24 | 475 24 |
| 1506758 | 17-JAN-05 | Invoice | 16-FEB-05 | 449622 | 0000 | 335 00 | 335 00 |
| 1507818 | 18-JAN-05 | Invoice | 17-FEB-05 | 445410 | 0000 | 856 00 | 856 00 |
| 1508100 | 18-JAN-05 | Invoice | 17-FEB-05 | 448345 | 0000 | 235 00 | 235 00 |
| 1508422 | 18-JAN-05 | Invoice | 17-FEB-05 | 447584 | 0000 | 235 00 | 235 00 |
| 1509010 | 19-JAN-05 | Invoice | 18-FEB-05 | 447898,447899 | 0000 | 681 00 | 681 00 |
| 1510420 | 21-JAN-05 | Invoice | 20-FEB-05 | 451450 | 0000 | 389 00 | 389 00 |
| 1512686 | 25-JAN-05 | Invoice | 24-FEB-05 | 445630 | 0000 | 75 00 | 75 00 |
| 1512694 | 25-JAN-05 | Invoice | 24-FEB-05 | 444031 | 0000 | 75 00 | 75 00 |
| 1516403 | 31-JAN-05 | Invoice | 02-MAR-05 | WDNOL-0000001801 | 0000 | 28,073 59 | 28,073 59 |
| 1517701 | 01-FEB-05 | Invoice | 03-MAR-05 | 454753 | 0000 | 335 00 | 335 00 |
| 1517762 | 01-FEB-05 | Invoice | 03-MAR-05 | 452477 452478 452479 | 0000 | 235 00 | 235 00 |
| 1519770 | 03-FEB-05 | Invoice | 05-MAR-05 | 458189 458191 | 0000 | 1,263 00 | 1,263 00 |
| 1520644 | 04-FEB-05 | Invoice | 06-MAR-05 | 456084 | 0000 | 435 00 | 435 00 |
| 1529947 | 15-FEB-05 | Invoice | 17-MAR-05 | 464359 | 0000 | 335 00 | 335 00 |
| 1531971 | 17-FEB-05 | Invoice | 19-MAR-05 | 465336 | 0000 | 495 00 | 495 00 |
| 1531972 | 17-FEB-05 | Invoice | 19-MAR-05 | 465319 | 0000 | 358 45 | 358 45 |
| 1533530 | 17-FEB-05 | Invoice | 19-MAR-05 | 464862 | 0000 | 81 75 | 81 75 |
| 1533912 | 17-FEB-05 | Invoice | 19-MAR-05 | 01837458 | 0000 | 235 00 | 235 00 |

Continued

Page   2

Winn Dixie Stores- Montgomery Division
P O Box 2029
MONTGOMERY AL 36102

31-MAY-05      32966

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1533918 | 17-FEB-05 | Invoice | 19-MAR-05 | 465944 | | 0000 | 360 13 | 360 13 |
| 1536041 | 18-FEB-05 | Invoice | 20-MAR-05 | 472781,472775 | | 0000 | 358 45 | 358 45 |
| 1536065 | 18-FEB-05 | Invoice | 20-MAR-05 | 467718 | | 0000 | 365 99 | 365 99 |
| Unapplied | 25-JAN-05 | Payment | | Cash-LOCKBOX | 7432530-143 | 0000 | (160 88) | (160 88) |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 32,931 36 | 51,364 07 | 0 00 | USD | 84,295 43 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Winn Dixie Stores - Jacksonville Division    0000
Winn-Dixie Stores, Inc - Retail Support Center
15500 West Beaver Street
JACKSONVILLE FL 32234

31-MAY-05        09227

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1440829 | 22-OCT-04 | Invoice | 21-NOV-04 | 398339 | 0000 | | 812 22 | 812 22 |
| 1450141 | 04-NOV-04 | Invoice | 04-DEC-04 | 398533 | 0000 | | 75 00 | 75 00 |
| 1453272 | 09-NOV-04 | Invoice | 09-DEC-04 | 401961 | 0000 | | 477 22 | 477 22 |
| 1463259 | 19-NOV-04 | Invoice | 19-DEC-04 | 415410 | 0000 | | 235 00 | 235 00 |
| 1466878 | 24-NOV-04 | Invoice | 24-DEC-04 | 409981,418788 | 0000 | | 435 00 | 435 00 |
| 1466893 | 24-NOV-04 | Invoice | 24-DEC-04 | 417598 | 0000 | | 742 00 | 742 00 |
| 1467539 | 24-NOV-04 | Invoice | 24-DEC-04 | 413173,413174 | 0000 | | 435 00 | 435 00 |
| 1467585 | 24-NOV-04 | Invoice | 24-DEC-04 | 419095 | 0000 | | 335 00 | 335 00 |
| 1473061 | 03-DEC-04 | Invoice | 02-JAN-05 | 414097 | 0000 | | 335 00 | 335 00 |
| 1473062 | 03-DEC-04 | Invoice | 02-JAN-05 | 414283 | 0000 | | 535 00 | 535 00 |
| 1473091 | 03-DEC-04 | Invoice | 02-JAN-05 | 421290 | 0000 | | 435 00 | 435 00 |
| 1473096 | 03-DEC-04 | Invoice | 02-JAN-05 | 421594 | 0000 | | 235 00 | 235 00 |
| 1474766 | 06-DEC-04 | Invoice | 05-JAN-05 | 422352 | 0000 | | 435 00 | 435 00 |
| 1475021 | 07-DEC-04 | Invoice | 06-JAN-05 | 414207 | 0000 | | 235 00 | 235 00 |
| 1475038 | 07-DEC-04 | Invoice | 06-JAN-05 | SUSAN BLESSINGS | 0000 | | 235 00 | 235 00 |
| 1475946 | 08-DEC-04 | Invoice | 07-JAN-05 | 422915 | 0000 | | 235 00 | 235 00 |
| 1476515 | 08-DEC-04 | Invoice | 07-JAN-05 | 424077 | 0000 | | 435 00 | 435 00 |
| 1476860 | 08-DEC-04 | Invoice | 07-JAN-05 | 425127 | 0000 | | 235 00 | 235 00 |
| 1477185 | 09-DEC-04 | Invoice | 08-JAN-05 | 421594 | 0000 | | 235 00 | 235 00 |
| 1477703 | 09-DEC-04 | Invoice | 08-JAN-05 | 426430 | 0000 | | 235 00 | 235 00 |
| 1479430 | 14-DEC-04 | Invoice | 13-JAN-05 | 427525,527523,427528 | 0000 | | 235 00 | 235 00 |
| 1479800 | 14-DEC-04 | Invoice | 13-JAN-05 | 429861 | 0000 | | 235 00 | 235 00 |
| 1479997 | 14-DEC-04 | Invoice | 13-JAN-05 | 428013,15,19,22 | 0000 | | 335 00 | 335 00 |
| 1480169 | 14-DEC-04 | Invoice | 13-JAN-05 | 429555 | 0000 | | 235 00 | 235 00 |

Continued

Winn Dixie Stores - Jacksonville Division    0000
Winn-Dixie Stores, Inc - Retail Support Center
15500 West Beaver Street
JACKSONVILLE FL 32234

31-MAY-05        09227

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1480284 | 14-DEC-04 | Invoice | 13-JAN-05 | 429427 | 0000 | 235 00 | 235 00 |
| 1480613 | 15-DEC-04 | Invoice | 14-JAN-05 | 428385 | 0000 | 335 00 | 335 00 |
| 1480649 | 15-DEC-04 | Invoice | 14-JAN-05 | 429521 | 0000 | 235 00 | 235 00 |
| 1484146 | 19-DEC-04 | Invoice | 18-JAN-05 | 433569,433566 | 0000 | 235 00 | 235 00 |
| 1484153 | 19-DEC-04 | Invoice | 18-JAN-05 | 431485 | 0000 | 335 00 | 335 00 |
| 1484179 | 19-DEC-04 | Invoice | 18-JAN-05 | 427736 | 0000 | 80 25 | 80 25 |
| 1484182 | 19-DEC-04 | Invoice | 18-JAN-05 | 426340 | 0000 | 465 00 | 465 00 |
| 1484191 | 19-DEC-04 | Invoice | 18-JAN-05 | 430716 | 0000 | 807 76 | 807 76 |
| 1484223 | 19-DEC-04 | Invoice | 18-JAN-05 | 419734 | 0000 | 64 20 | 64 20 |
| 1484236 | 19-DEC-04 | Invoice | 18-JAN-05 | 431485 | 0000 | 335 00 | 335 00 |
| 1484269 | 19-DEC-04 | Invoice | 18-JAN-05 | 431668 431680 431673 | 0000 | 235 00 | 235 00 |
| 1484276 | 19-DEC-04 | Invoice | 18-JAN-05 | 433090 | 0000 | 235 00 | 235 00 |
| 1485560 | 21-DEC-04 | Invoice | 20-JAN-05 | 430329 | 0000 | 335 00 | 335 00 |
| 1486920 | 22-DEC-04 | Invoice | 21-JAN-05 | 424450 | 0000 | 60 00 | 60 00 |
| 1486921 | 22-DEC-04 | Invoice | 21-JAN-05 | 423631 | 0000 | 80 25 | 80 25 |
| 1490670 | 29-DEC-04 | Invoice | 28-JAN-05 | 442270 | 0000 | 235 00 | 235 00 |
| 1490677 | 29-DEC-04 | Invoice | 28-JAN-05 | 441891 | 0000 | 235 00 | 235 00 |
| 1490707 | 29-DEC-04 | Invoice | 28-JAN-05 | 441405 | 0000 | 697 00 | 697 00 |
| 1490710 | 29-DEC-04 | Invoice | 28-JAN-05 | 440819 | 0000 | 928 00 | 928 00 |
| 1490724 | 29-DEC-04 | Invoice | 28-JAN-05 | 440811 | 0000 | 235 00 | 235 00 |
| 1491960 | 30-DEC-04 | Invoice | 29-JAN-05 | 442840 | 0000 | 235 00 | 235 00 |
| 1494356 | 05-JAN-05 | Invoice | 04-FEB-05 | 442923 | 0000 | 235 00 | 235 00 |
| 1494936 | 05-JAN-05 | Invoice | 04-FEB-05 | 444133 | 0000 | 235 00 | 235 00 |
| 1499288 | 12-JAN-05 | Invoice | 11-FEB-05 | 445161 | 0000 | 1,037 49 | 1,037 49 |

Continued

Winn-Dixie Stores - Jacksonville Division    0000
Winn-Dixie Stores, Inc - Retail Support Center
15500 West Beaver Street
JACKSONVILLE FL 32234

31-MAY-05        09227

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1499580 | 12-JAN-05 | Invoice | 11-FEB-05 | 439166 | 0000 | 681 00 | 681 00 |
| 1500861 | 13-JAN-05 | Invoice | 12-FEB-05 | 446349 | 0000 | 235 00 | 235 00 |
| 1501510 | 13-JAN-05 | Invoice | 12-FEB-05 | 442373 | 0000 | 1,386 00 | 1,386 00 |
| 1506493 | 17-JAN-05 | Invoice | 16-FEB-05 | 408673 | 0000 | 75 00 | 75 00 |
| 1506605 | 17-JAN-05 | Invoice | 16-FEB-05 | 427736 | 0000 | 80 25 | 80 25 |
| 1506645 | 17-JAN-05 | Invoice | 16-FEB-05 | 414497 | 0000 | 75 00 | 75 00 |
| 1506818 | 17-JAN-05 | Invoice | 16-FEB-05 | 416540 | 0000 | 80 25 | 80 25 |
| 1506825 | 17-JAN-05 | Invoice | 16-FEB-05 | 408678 | 0000 | 60 00 | 60 00 |
| 1506828 | 17-JAN-05 | Invoice | 16-FEB-05 | 447750 | 0000 | 235 00 | 235 00 |
| 1506864 | 17-JAN-05 | Invoice | 16-FEB-05 | 448468 | 0000 | 235 00 | 235 00 |
| 1507014 | 17-JAN-05 | Invoice | 16-FEB-05 | 424450 | 0000 | 60 00 | 60 00 |
| 1508936 | 19-JAN-05 | Invoice | 18-FEB-05 | 446398 | 0000 | 235 00 | 235 00 |
| 1509178 | 19-JAN-05 | Invoice | 18-FEB-05 | 446402 | 0000 | 335 00 | 335 00 |
| 1509283 | 19-JAN-05 | Invoice | 18-FEB-05 | 447146 | 0000 | 235 00 | 235 00 |
| 1509975 | 20-JAN-05 | Invoice | 19-FEB-05 | 448539 | 0000 | 235 00 | 235 00 |
| 1510511 | 21-JAN-05 | Invoice | 20-FEB-05 | 451332 | 0000 | 300 00 | 300 00 |
| 1510710 | 21-JAN-05 | Invoice | 20-FEB-05 | 452134 | 0000 | 335 00 | 335 00 |
| 1511140 | 21-JAN-05 | Invoice | 20-FEB-05 | 449589,449584 | 0000 | 435 00 | 435 00 |
| 1512692 | 25-JAN-05 | Invoice | 24-FEB-05 | 443514 | 0000 | 75 00 | 75 00 |
| 1512693 | 25-JAN-05 | Invoice | 24-FEB-05 | 444038 | 0000 | 75 00 | 75 00 |
| 1512696 | 25-JAN-05 | Invoice | 24-FEB-05 | 445616 | 0000 | 80 25 | 80 25 |
| 1517294 | 01-FEB-05 | Invoice | 03-MAR-05 | 454637 | 0000 | 355 00 | 355 00 |
| 1517301 | 01-FEB-05 | Invoice | 03-MAR-05 | 453569 | 0000 | 235 00 | 235 00 |
| 1517799 | 01-FEB-05 | Invoice | 03-MAR-05 | 454246 | 0000 | 193 00 | 193 00 |

Continued

Page    4

Winn Dixie Stores - Jacksonville Division    0000
Winn-Dixie Stores, Inc - Retail Support Center
15500 West Beaver Street
JACKSONVILLE FL 32234

31-MAY-05    09227

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1517807 | 01-FEB-05 | Invoice | 03-MAR-05 | 453294 | 0000 | 235 00 | 235 00 |
| 1518751 | 02-FEB-05 | Invoice | 04-MAR-05 | 454629 454630 454632 | 0000 | 235 00 | 235 00 |
| 1519278 | 03-FEB-05 | Invoice | 05-MAR-05 | 457869 | 0000 | 335 00 | 335 00 |
| 1520093 | 04-FEB-05 | Invoice | 06-MAR-05 | 459528 | 0000 | 235 00 | 235 00 |
| 1520130 | 04-FEB-05 | Invoice | 06-MAR-05 | 459352 | 0000 | 235 00 | 235 00 |
| 1526683 | 10-FEB-05 | Invoice | 12-MAR-05 | 461156 | 0000 | 235 00 | 235 00 |
| 1529286 | 15-FEB-05 | Invoice | 17-MAR-05 | 460971 460972 | 0000 | 1,127 00 | 1,127 00 |
| 1529798 | 15-FEB-05 | Invoice | 17-MAR-05 | 462751 | 0000 | 235 00 | 235 00 |
| 1529969 | 15-FEB-05 | Invoice | 17-MAR-05 | 464192 | 0000 | 235 00 | 235 00 |
| 1530078 | 15-FEB-05 | Invoice | 17-MAR-05 | 463224 | 0000 | 235 00 | 235 00 |
| 1530144 | 15-FEB-05 | Invoice | 17-MAR-05 | 463024 | 0000 | 235 00 | 235 00 |
| 1530455 | 15-FEB-05 | Invoice | 17-MAR-05 | 463785 | 0000 | 235 00 | 235 00 |
| 1531973 | 17-FEB-05 | Invoice | 19-MAR-05 | 465295 | 0000 | 235 00 | 235 00 |
| 1532989 | 17-FEB-05 | Invoice | 19-MAR-05 | 461143 | 0000 | 75 00 | 75 00 |
| 1533483 | 17-FEB-05 | Invoice | 19-MAR-05 | 466761 | 0000 | 446 00 | 446 00 |
| 1533529 | 17-FEB-05 | Invoice | 19-MAR-05 | 464290 | 0000 | 60 00 | 60 00 |
| 1533534 | 17-FEB-05 | Invoice | 19-MAR-05 | 461143 | 0000 | 75 00 | 75 00 |
| 1534827 | 18-FEB-05 | Invoice | 20-MAR-05 | 468025 | 0000 | 235 00 | 235 00 |
| 1535972 | 18-FEB-05 | Invoice | 20-MAR-05 | 469399,469393 | 0000 | 235 00 | 235 00 |
| 1535975 | 18-FEB-05 | Invoice | 20-MAR-05 | 469029 | 0000 | 235 00 | 235 00 |
| 1535987 | 18-FEB-05 | Invoice | 20-MAR-05 | 470106 | 0000 | 235 00 | 235 00 |
| 1536040 | 18-FEB-05 | Invoice | 20-MAR-05 | 470619 | 0000 | 235 00 | 235 00 |
| 1536054 | 18-FEB-05 | Invoice | 20-MAR-05 | 468215 | 0000 | 435 00 | 435 00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 7,096 00 | 22,094 14 | 0 00 | USD | 29,190 14 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Page    1

Winn Dixie Stores - Jacksonville Division    0010
Winn Dixie Stores, Inc  - Jacksonville Division
P O  Box 40595
JACKSONVILLE FL 32203-0595

31-MAY-05        09227

| 1437756 | 20-OCT-04 | Invoice | 19-NOV-04 | 4TH QUARTER | | 0010 | 15,250 00 | 15,250 00 |
| 1484224 | 19-DEC-04 | Invoice | 18-JAN-05 | 420006 | | 0010 | 75 00 | 75 00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---------|-----------|------------|------------|--------------|---|-----|-----------|
| 0 00 | 0 00 | 0 00 | 0 00 | 15,325 00 | 0 00 | USD | 15,325 00 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Page    1

Winn Dixie Stores - Jacksonville Division    0181
PO Box 40805
JACKSONVILLE FL 32203-0805

31-MAY-05        09227

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1479058 | 13-DEC-04 | Invoice | 12-JAN-05 | 556125 | 0181 | 15,550 98 | 15,550 98 |
| 1483480 | 17-DEC-04 | Invoice | 16-JAN-05 | 560538 | 0181 | 45,811 47 | 45,811 47 |
| 1485141 | 20-DEC-04 | Invoice | 19-JAN-05 | 570946 | 0181 | 33,785 44 | 33,785 44 |
| 1510271 | 20-JAN-05 | Invoice | 19-FEB-05 | 577031 | 0181 | 51,849 03 | 51,849 03 |
| 1510283 | 20-JAN-05 | Invoice | 19-FEB-05 | 591155 | 0181 | 36,583 35 | 36,583 35 |
| 1510285 | 20-JAN-05 | Invoice | 19-FEB-05 | 584356 | 0181 | 13,018 95 | 13,018 95 |
| 1518421 | 02-FEB-05 | Invoice | 04-MAR-05 | 612587 | 0181 | 10,118 68 | 10,118 68 |
| 1526643 | 10-FEB-05 | Invoice | 12-MAR-05 | 609522 | 0181 | 30,172 83 | 30,172 83 |
| 1526668 | 10-FEB-05 | Invoice | 12-MAR-05 | 597288 | 0181 | 27,909 04 | 27,909 04 |
| 1526669 | 10-FEB-05 | Invoice | 12-MAR-05 | 595704 | 0181 | 52,993 13 | 52,993 13 |
| 1526703 | 10-FEB-05 | Invoice | 12-MAR-05 | 607445 | 0181 | 18,043 90 | 18,043 90 |
| 1531152 | 16-FEB-05 | Invoice | 18-MAR-05 | 625204 | 0181 | 23,730 55 | 23,730 55 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 162,968 13 | 196,599 22 | 0 00 | USD | 359,567 35 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Winn Dixie Stores - Charlotte Division
Security Manager North Division
P O Box 411208
CHARLOTTE NC 28241-1208

31-MAY-05      26812

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1506764 | 17-JAN-05 | Invoice | 16-FEB-05 | 449504 | 0074 | 235 00 | 235 00 |
| 1509284 | 19-JAN-05 | Invoice | 18-FEB-05 | 446949 | 0074 | 729 34 | 729 34 |
| 1512690 | 25-JAN-05 | Invoice | 24-FEB-05 | 442093 | 0074 | 79 50 | 79 50 |
| 1517767 | 01-FEB-05 | Invoice | 03-MAR-05 | 451900 451904 451907 | 0074 | 235 00 | 235 00 |
| 1517832 | 01-FEB-05 | Invoice | 03-MAR-05 | 452641 | 0074 | 235 00 | 235 00 |
| 1519575 | 03-FEB-05 | Invoice | 05-MAR-05 | 455849 | 0074 | 853 00 | 853 00 |
| 1520152 | 04-FEB-05 | Invoice | 06-MAR-05 | 458025 | 0074 | 728 27 | 728 27 |
| 1529439 | 15-FEB-05 | Invoice | 17-MAR-05 | 458950 458947 | 0074 | 235 00 | 235 00 |
| 1529668 | 15-FEB-05 | Invoice | 17-MAR-05 | 451051 | 0074 | 235 00 | 235 00 |
| 1532783 | 17-FEB-05 | Invoice | 19-MAR-05 | 466631 466639 | 0074 | 1,221 54 | 1,221 54 |
| 1533532 | 17-FEB-05 | Invoice | 19-MAR-05 | 466640 | 0074 | 80 25 | 80 25 |
| 1536111 | 18-FEB-05 | Invoice | 20-MAR-05 | 470040 | 0074 | 435 00 | 435 00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 4,258 06 | 1,043 84 | 0 00 | USD | 5,301 90 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Page    1

Winn Dixie Stores - New Orleans Division    0000
P O Box 585200
ORLANDO FL 32858

31-MAY-05        18631

On Account  05-NOV-04  Payment                    Cash-LOCKBOX  7369727-25        0000        (80 25)        (80 25)

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---------|-----------|------------|------------|--------------|------|------|---------|
| 0 00 | 0 00 | 0 00 | 0 00 | (80 25) | 0 00 | USD | (80 25) |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Page    1

Winn Dixie Stores - New Orleans Division    0000
PO Box 51059
Kelli Joubert - Security Dept
NEW ORLEANS LA 70151

31-MAY-05          18631

| 1441207 | 20-OCT-04 | Invoice | 19-NOV-04 | 4TH QUARTER | | 0000 | 16,622 50 | 16,622 50 |
| 1448951 | 03-NOV-04 | Invoice | 03-DEC-04 | 402582 | | 0000 | 251 45 | |
| 1448951 | 12-JAN-05 | Payment | | Cash-LOCKBOX  7413278-67 | | 0000 | (250 13) | 1 32 |
| 1492045 | 30-DEC-04 | Invoice | 29-JAN-05 | 441136 | | 0000 | 358 45 | |
| 1492045 | 07-FEB-05 | Payment | | Cash-LOCKBOX  7438123 | 1 | 0000 | (29 85) | 328 60 |
| 1499211 | 12-JAN-05 | Invoice | 11-FEB-05 | 445131 | | 0000 | 255 56 | 255 56 |
| 1499434 | 12-JAN-05 | Invoice | 11-FEB-05 | 445671 | | 0000 | 256 15 | 256 15 |
| 1506603 | 17-JAN-05 | Invoice | 16-FEB-05 | 443449 | | 0000 | 471 98 | 471 98 |
| 1506647 | 17-JAN-05 | Invoice | 16-FEB-05 | 412256 | | 0000 | 64 20 | 64 20 |
| 1506786 | 17-JAN-05 | Invoice | 16-FEB-05 | 449046 | | 0000 | 363 48 | 363 48 |
| 1506861 | 17-JAN-05 | Invoice | 16-FEB-05 | 448324 | | 0000 | 358 45 | 358 45 |
| 1507017 | 17-JAN-05 | Invoice | 16-FEB-05 | 444889 | | 0000 | 365 15 | 365 15 |
| 1508047 | 18-JAN-05 | Invoice | 17-FEB-05 | 448968 | | 0000 | 255 56 | 255 56 |
| 1517289 | 01-FEB-05 | Invoice | 03-MAR-05 | 454680 | | 0000 | 251 45 | 251 45 |
| 1517719 | 01-FEB-05 | Invoice | 03-MAR-05 | 447660 447665 | | 0000 | 255 56 | 255 56 |
| 1517795 | 01-FEB-05 | Invoice | 03-MAR-05 | 454072 | | 0000 | 474 15 | 474 15 |
| 1518083 | 02-FEB-05 | Invoice | 04-MAR-05 | 453917 | | 0000 | 365 15 | 365 15 |
| 1519686 | 03-FEB-05 | Invoice | 05-MAR-05 | 457634 457639 | | 0000 | 758 64 | 758 64 |
| 1520136 | 04-FEB-05 | Invoice | 06-MAR-05 | 459300 | | 0000 | 1,571 83 | 1,571 83 |
| 1520140 | 04-FEB-05 | Invoice | 06-MAR-05 | 458869 | | 0000 | 364 15 | 364 15 |
| 1520151 | 04-FEB-05 | Invoice | 06-MAR-05 | 458117 | | 0000 | 358 45 | 358 45 |
| 1520573 | 04-FEB-05 | Invoice | 06-MAR-05 | 458898 | | 0000 | 365 15 | 365 15 |
| 1520633 | 04-FEB-05 | Invoice | 06-MAR-05 | 457181 | | 0000 | 366 83 | 366 83 |
| 1526448 | 10-FEB-05 | Invoice | 12-MAR-05 | 461910 | | 0000 | 988 11 | 988 11 |

Continued

Page   2

Winn Dixie Stores - New Orleans Division    0000
PO Box 51059
Kelli Joubert - Security Dept
NEW ORLEANS LA 70151

31-MAY-05        18631

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1529747 | 15-FEB-05 | Invoice | 17-MAR-05 | 427414-87-05 | | 0000 | 81 94 | 81 94 |
| 1530146 | 15-FEB-05 | Invoice | 17-MAR-05 | 463376 | | 0000 | 360 13 | 360 13 |
| 1530453 | 15-FEB-05 | Invoice | 17-MAR-05 | 463845 463887 463885 463861 | | 0000 | 433 51 | 433 51 |
| 1530454 | 15-FEB-05 | Invoice | 17-MAR-05 | 463949 | | 0000 | 256 15 | 256 15 |
| 1533485 | 17-FEB-05 | Invoice | 19-MAR-05 | 466438 | | 0000 | 365 15 | 365 15 |
| 1533535 | 17-FEB-05 | Invoice | 19-MAR-05 | 461877 | | 0000 | 81 56 | 81 56 |
| 1535941 | 18-FEB-05 | Invoice | 20-MAR-05 | 469913 | | 0000 | 335 00 | 335 00 |
| On Account | 05-NOV-04 | Payment | | Cash-LOCKBOX | 7369727-28 | 0000 | (81 75) | |
| On Account | 10-JAN-05 | Payment | | Cash-LOCKBOX | 7413278-70 | 0000 | (251 45) | |
| On Account | 10-JAN-05 | Payment | | Cash-LOCKBOX | 7418668-146 | 0000 | (81 75) | |
| On Account | 10-JAN-05 | Payment | | Cash-LOCKBOX | 7413278-68 | 0000 | (80 25) | |
| On Account | 10-JAN-05 | Payment | | Cash-LOCKBOX | 7413278-69 | 0000 | (80 25) | (575 45) |
| Unapplied | 22-NOV-04 | Payment | | Cash-LOCKBOX | 7382829-127 | 0000 | (20 00) | (20 00) |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 8,032 91 | 18,747 50 | 0 00 | USD | 26,780 41 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Page   1

Winn Dixie Stores - Orlando Division    0000
P O Box 585200
ORLANDO FL 32858

31-MAY-05        11626

| 1437760 | 20-OCT-04 | Invoice | 19-NOV-04 | 4TH QUARTER | 0000 | 16,190 00 | 16,190 00 |
| 1475933 | 08-DEC-04 | Invoice | 07-JAN-05 | 424448 | 0000 | 251 45 | 251 45 |
| 1476070 | 08-DEC-04 | Invoice | 07-JAN-05 | 425327 | 0000 | 250 28 | 250 28 |
| 1476522 | 08-DEC-04 | Invoice | 07-JAN-05 | 423425 | 0000 | 251 45 | 251 45 |
| 1480199 | 14-DEC-04 | Invoice | 13-JAN-05 | 427316 427319 427320 427324 | 0000 | 250 28 | 250 28 |
| 1480306 | 14-DEC-04 | Invoice | 13-JAN-05 | 426657 427396 | 0000 | 249 10 | 249 10 |
| 1484187 | 19-DEC-04 | Invoice | 18-JAN-05 | 43476 | 0000 | 251 45 | 251 45 |
| 1499346 | 12-JAN-05 | Invoice | 11-FEB-05 | 444886 | 0000 | 251 45 | 251 45 |
| 1499621 | 12-JAN-05 | Invoice | 11-FEB-05 | 441214,442656,44478,79 | 0000 | 251 45 | 251 45 |
| 1500860 | 13-JAN-05 | Invoice | 12-FEB-05 | 446107 | 0000 | 251 45 | 251 45 |
| 1501000 | 13-JAN-05 | Invoice | 12-FEB-05 | 444506 | 0000 | 251 45 | 251 45 |
| 1506812 | 17-JAN-05 | Invoice | 16-FEB-05 | 446953 | 0000 | 249 10 | 249 10 |
| 1506829 | 17-JAN-05 | Invoice | 16-FEB-05 | 417539 | 0000 | 79 88 | 79 88 |
| 1507982 | 18-JAN-05 | Invoice | 17-FEB-05 | SHARON POWELL | 0000 | 251 45 | 251 45 |
| 1508010 | 18-JAN-05 | Invoice | 17-FEB-05 | 448763 | 0000 | 497 55 | 497 55 |
| 1508050 | 18-JAN-05 | Invoice | 17-FEB-05 | 449082 | 0000 | 251 45 | 251 45 |
| 1508110 | 18-JAN-05 | Invoice | 17-FEB-05 | 448170 | 0000 | 250 28 | 250 28 |
| 1508939 | 19-JAN-05 | Invoice | 18-FEB-05 | 447389 | 0000 | 251 45 | 251 45 |
| 1509986 | 20-JAN-05 | Invoice | 19-FEB-05 | 448353 | 0000 | 321 00 | 321 00 |
| 1510733 | 21-JAN-05 | Invoice | 20-FEB-05 | 453218 | 0000 | 250 28 | 250 28 |
| 1510851 | 21-JAN-05 | Invoice | 20-FEB-05 | 450668 | 0000 | 251 45 | 251 45 |
| 1510914 | 21-JAN-05 | Invoice | 20-FEB-05 | 452164 | 0000 | 249 10 | 249 10 |
| 1511151 | 21-JAN-05 | Invoice | 20-FEB-05 | 447379 | 0000 | 251 45 | 251 45 |
| 1511370 | 21-JAN-05 | Invoice | 20-FEB-05 | 425655 | 0000 | 455 83 | 455 83 |

Continued

Page   2

Winn Dixie Stores - Orlando Division    0000
P O Box 585200
ORLANDO FL 32858

31-MAY-05          11626

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1512688 | 25-JAN-05 | Invoice | 24-FEB-05 | 450484 | 0000 | 80 25 | 80 25 |
| 1512703 | 25-JAN-05 | Invoice | 24-FEB-05 | 440799 | 0000 | 80 25 | 80 25 |
| 1517764 | 01-FEB-05 | Invoice | 03-MAR-05 | 453055 | 0000 | 250 28 | 250 28 |
| 1517895 | 01-FEB-05 | Invoice | 03-MAR-05 | 453598 | 0000 | 251 45 | 251 45 |
| 1518271 | 02-FEB-05 | Invoice | 04-MAR-05 | 455439 | 0000 | 251 45 | 251 45 |
| 1518412 | 02-FEB-05 | Invoice | 04-MAR-05 | 454360 | 0000 | 251 45 | 251 45 |
| 1519300 | 03-FEB-05 | Invoice | 05-MAR-05 | 455441 | 0000 | 744 72 | 744 72 |
| 1519500 | 03-FEB-05 | Invoice | 05-MAR-05 | 455614 | 0000 | 251 45 | 251 45 |
| 1519807 | 04-FEB-05 | Invoice | 06-MAR-05 | 460368 | 0000 | 251 45 | 251 45 |
| 1520570 | 04-FEB-05 | Invoice | 06-MAR-05 | 454888 457111 | 0000 | 399 11 | 399 11 |
| 1526403 | 10-FEB-05 | Invoice | 12-MAR-05 | 462182 | 0000 | 249 10 | 249 10 |
| 1529302 | 15-FEB-05 | Invoice | 17-MAR-05 | 456594 | 0000 | 2,966 04 | 2,966 04 |
| 1529523 | 15-FEB-05 | Invoice | 17-MAR-05 | 457698 | 0000 | 80 25 | 80 25 |
| 1529666 | 15-FEB-05 | Invoice | 17-MAR-05 | 462235 | 0000 | 542 96 | 542 96 |
| 1529754 | 15-FEB-05 | Invoice | 17-MAR-05 | 431092 | 0000 | 80 25 | 80 25 |
| 1530381 | 15-FEB-05 | Invoice | 17-MAR-05 | 457707 | 0000 | 457 96 | 457 96 |
| 1530445 | 15-FEB-05 | Invoice | 17-MAR-05 | 458210 | 0000 | 80 25 | 80 25 |
| 1533479 | 17-FEB-05 | Invoice | 19-MAR-05 | 466638 | 0000 | 251 45 | 251 45 |
| 1534962 | 18-FEB-05 | Invoice | 20-MAR-05 | 464859 65319 | 0000 | 315 65 | 315 65 |
| 1535928 | 18-FEB-05 | Invoice | 20-MAR-05 | 471118 | 0000 | 249 10 | 249 10 |
| 1535940 | 18-FEB-05 | Invoice | 20-MAR-05 | 470685,470673 | 0000 | 251 45 | 251 45 |
| 1485137 | 20-DEC-04 | Credit Memo | 20-DEC-04 | | 0000 | (80 25) | (80 25) |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 8,175 82 | 22,390 33 | 0 00 | USD | 30,566 15 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Winn Dixie Stores - Miami Division   0000
PO Box 408300
FORT LAUDERDALE FL 33340-8300

31-MAY-05      11470

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1499331 | 12-JAN-05 | Invoice | 11-FEB-05 | 445198,445192 | 0000 | 250 28 | 250 28 |
| 1500967 | 13-JAN-05 | Invoice | 12-FEB-05 | 446139 | 0000 | 786 52 | 786 52 |
| 1510469 | 21-JAN-05 | Invoice | 20-FEB-05 | 451441,47,47,51,52,53,54 | 0000 | 909 50 | 909 50 |
| 1517090 | 01-FEB-05 | Invoice | 03-MAR-05 | 452705 | 0000 | 251 45 | 251 45 |
| 1517663 | 01-FEB-05 | Invoice | 03-MAR-05 | 449999 449998 | 0000 | 1,350 43 | 1,350 43 |
| 1517760 | 01-FEB-05 | Invoice | 03-MAR-05 | 453156 | 0000 | 251 45 | 251 45 |
| 1518063 | 02-FEB-05 | Invoice | 04-MAR-05 | 453326 456345 456344 | 0000 | 249 10 | 249 10 |
| 1519481 | 03-FEB-05 | Invoice | 05-MAR-05 | 456718 | 0000 | 249 10 | 249 10 |
| 1519574 | 03-FEB-05 | Invoice | 05-MAR-05 | 455844 | 0000 | 378 08 | 378 08 |
| 1519605 | 03-FEB-05 | Invoice | 05-MAR-05 | 457594 | 0000 | 249 10 | 249 10 |
| 1519606 | 03-FEB-05 | Invoice | 05-MAR-05 | 457641 | 0000 | 251 45 | 251 45 |
| 1526498 | 10-FEB-05 | Invoice | 12-MAR-05 | 461077 | 0000 | 250 28 | 250 28 |
| 1529706 | 15-FEB-05 | Invoice | 17-MAR-05 | 456149 | 0000 | 80 25 | 80 25 |
| 1530030 | 15-FEB-05 | Invoice | 17-MAR-05 | 463151 | 0000 | 793 94 | 793 94 |
| 1530086 | 15-FEB-05 | Invoice | 17-MAR-05 | 463430 463431 463432 | 0000 | 251 45 | 251 45 |
| 1530123 | 15-FEB-05 | Invoice | 17-MAR-05 | 459111 | 0000 | 737 76 | 737 76 |
| 1530378 | 15-FEB-05 | Invoice | 17-MAR-05 | 457280 457277 | 0000 | 250 28 | 250 28 |
| 1533531 | 17-FEB-05 | Invoice | 19-MAR-05 | 465949 | 0000 | 80 25 | 80 25 |
| 1533658 | 17-FEB-05 | Invoice | 19-MAR-05 | 465949 | 0000 | 251 45 | 251 45 |
| 1533907 | 17-FEB-05 | Invoice | 19-MAR-05 | 465796 | 0000 | 251 45 | 251 45 |
| 1533911 | 17-FEB-05 | Invoice | 19-MAR-05 | 466013 | 0000 | 251 45 | 251 45 |
| 1535863 | 18-FEB-05 | Invoice | 20-MAR-05 | 471231 | 0000 | 249 10 | 249 10 |
| 1535873 | 18-FEB-05 | Invoice | 20-MAR-05 | 471174 | 0000 | 249 10 | 249 10 |
| 1535990 | 18-FEB-05 | Invoice | 20-MAR-05 | 470612 | 0000 | 251 45 | 251 45 |

Continued

Page    2

Winn Dixie Stores - Miami Division    0000
PO Box 408300
FORT LAUDERDALE FL 33340-8300

31-MAY-05    11470

| 1536013 | 18-FEB-05 | Invoice | 20-MAR-05 | 469055 | | 0000 | 251 45 | 251 45 |
| 1536296 | 18-FEB-05 | Invoice | 20-MAR-05 | 468843 468850 468821 468836 | | 0000 | 744 72 | 744 72 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 8,174 54 | 1,946 30 | 0 00 | USD | 10,120 84 | |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Page   1

Winn Dixie Stores - Miami Division   0133
Winn-Dixie Stores, Inc  - Miami Division (Pompano)
P O  Box 40026
JACKSONVILLE FL 32203-0026

31-MAY-05      11470

| 1448162 | 03-NOV-04 | Invoice | 03-DEC-04 | B-65330 | 0133 | 46,538 88 | 46,538 88 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 0 00 | 46,538 88 | 0 00 | USD | 46,538 88 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Winn Dixie Stores - Raleigh Division
P O BOX 8000
CLAYTON NC 27520

31-MAY-05     27134

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1408394 | 15-SEP-04 | Invoice | 15-OCT-04 | 1ST  QUARTER | 0000 | 16,317 50 | |
| 1408394 | 22-DEC-04 | Payment | | Cash-LOCKBOX  7338503-444 | 0000 | (4,066 80) | |
| 1408394 | 22-DEC-04 | Payment | | Cash-LOCKBOX  7348381-97 | 0000 | (100 00) | |
| 1408394 | 22-DEC-04 | Adjustment | | MISC ADJ | 0000 | (4,878 63) | 7,272 07 |
| 1499343 | 12-JAN-05 | Invoice | 11-FEB-05 | 445056 | 0000 | 335 00 | 335 00 |
| 1501202 | 13-JAN-05 | Invoice | 12-FEB-05 | 444568,444570 | 0000 | 235 00 | 235 00 |
| 1506163 | 17-JAN-05 | Invoice | 16-FEB-05 | 444891 | 0000 | 335 00 | 335 00 |
| 1506648 | 17-JAN-05 | Invoice | 16-FEB-05 | 445191 | 0000 | 335 00 | 335 00 |
| 1506886 | 17-JAN-05 | Invoice | 16-FEB-05 | 448961 | 0000 | 235 00 | 235 00 |
| 1506890 | 17-JAN-05 | Invoice | 16-FEB-05 | 448830 | 0000 | 235 00 | 235 00 |
| 1506895 | 17-JAN-05 | Invoice | 16-FEB-05 | 447866 | 0000 | 235 00 | 235 00 |
| 1508023 | 18-JAN-05 | Invoice | 17-FEB-05 | 449066 | 0000 | 335 00 | 335 00 |
| 1512691 | 25-JAN-05 | Invoice | 24-FEB-05 | 443524 | 0000 | 79 50 | 79 50 |
| 1517748 | 01-FEB-05 | Invoice | 03-MAR-05 | 453795 | 0000 | 395 00 | 395 00 |
| 1517749 | 01-FEB-05 | Invoice | 03-MAR-05 | 453686 | 0000 | 728 27 | 728 27 |
| 1517761 | 01-FEB-05 | Invoice | 03-MAR-05 | 452737 | 0000 | 206 51 | 206 51 |
| 1517806 | 01-FEB-05 | Invoice | 03-MAR-05 | 453592 | 0000 | 235 00 | 235 00 |
| 1519376 | 03-FEB-05 | Invoice | 05-MAR-05 | 457059 | 0000 | 235 00 | 235 00 |
| 1519422 | 03-FEB-05 | Invoice | 05-MAR-05 | 456700 | 0000 | 455 00 | 455 00 |
| 1520444 | 04-FEB-05 | Invoice | 06-MAR-05 | 457963 | 0000 | 235 00 | 235 00 |
| 1526679 | 10-FEB-05 | Invoice | 12-MAR-05 | 461761 | 0000 | 335 00 | 335 00 |
| 1529314 | 15-FEB-05 | Invoice | 17-MAR-05 | 461202 | 0000 | 728 27 | 728 27 |
| 1529338 | 15-FEB-05 | Invoice | 17-MAR-05 | 460275 | 0000 | 728 27 | 728 27 |
| 1529937 | 15-FEB-05 | Invoice | 17-MAR-05 | 464243 464253 464257 | 0000 | 335 00 | 335 00 |

Continued

Page   2

Winn Dixie Stores - Raleigh Division
P O BOX 8000
CLAYTON NC 27520

31-MAY-05      27134

| 1533533 | 17-FEB-05 | Invoice | 19-MAR-05 | 460011 | | 0000 | 143 10 | 143 10 |
| 1534829 | 18-FEB-05 | Invoice | 20-MAR-05 | 468732 | | 0000 | 235 00 | 235 00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---------|-----------|------------|------------|--------------|---|---|---|
| 0 00 | 0 00 | 0 00 | 4,994 42 | 9,631 57 | 0 00 | USD | 14,625 99 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Winn Dixie Stores - Tampa/Sarasota Division    0000
Attn Bob Blakely, Security Mgr
3015 Coastline Drive
P O BOX 585200
ORLANDO FL 32858-5200                                     31-MAY-05         28955

| 1438968 | 21-OCT-04 Invoice | 20-NOV-04 | 4TH QUARTER | 0000 | 16,190 00 | 16,190 00 |
|---|---|---|---|---|---|---|

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 0 00 | 16,190 00 | 0 00 | USD | 16,190 00 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061

Page   1

Winn Dixie Stores - SaveRite Division   0000
P O Box 43425
ATLANTA GA 30336-0425

31-MAY-05       11688

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1438782 | 20-OCT-04 | Invoice | 19-NOV-04 | 4TH QUARTER | 0000 | 16,470 00 | 16,470 00 |
| 1501107 | 13-JAN-05 | Invoice | 12-FEB-05 | 444599 | 0000 | 595 00 | 595 00 |
| 1506823 | 17-JAN-05 | Invoice | 16-FEB-05 | 405315 | 0000 | 80 25 | 80 25 |
| 1510697 | 21-JAN-05 | Invoice | 20-FEB-05 | 452143,452112 | 0000 | 251 45 | 251 45 |
| 1511145 | 21-JAN-05 | Invoice | 20-FEB-05 | 449571 | 0000 | 307 08 | 307 08 |
| 1512687 | 25-JAN-05 | Invoice | 24-FEB-05 | 450153 | 0000 | 79 50 | 79 50 |
| 1517882 | 01-FEB-05 | Invoice | 03-MAR-05 | 453652 453653 | 0000 | 251 45 | 251 45 |
| 1517893 | 01-FEB-05 | Invoice | 03-MAR-05 | 453913 | 0000 | 235 00 | 235 00 |
| 1518310 | 02-FEB-05 | Invoice | 04-MAR-05 | ANNETTE COLEMAN | 0000 | 355 00 | 355 00 |
| 1520588 | 04-FEB-05 | Invoice | 06-MAR-05 | 458711 | 0000 | 251 45 | 251 45 |
| 1524689 | 09-FEB-05 | Invoice | 11-MAR-05 | 455983 460956 | 0000 | 235 00 | 235 00 |
| 1529741 | 15-FEB-05 | Invoice | 17-MAR-05 | 453649 | 0000 | 80 25 | 80 25 |
| 1529857 | 15-FEB-05 | Invoice | 17-MAR-05 | 461660 | 0000 | 295 00 | 295 00 |
| 1534837 | 18-FEB-05 | Invoice | 20-MAR-05 | 468003 | 0000 | 235 00 | 235 00 |
| 1535939 | 18-FEB-05 | Invoice | 20-MAR-05 | 467716 | 0000 | 235 00 | 235 00 |
| 1536146 | 18-FEB-05 | Invoice | 20-MAR-05 | 466864 | 0000 | 235 00 | 235 00 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | | | |
|---|---|---|---|---|---|---|---|
| 0 00 | 0 00 | 0 00 | 2,408 15 | 17,783 28 | 0 00 | USD | 20,191 43 |

If you have any questions regarding the above information,
please call National East-Bankruptcy at 800-257-5540 x232061