UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-03817-3F1 |
| | § | |
| WINN-DIXIE STORES, INC., *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

**CREDITOR, SCP WINTER GARDEN FL, LLC'S
RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION
TO OVERSTATED AND MISCLASSIFIED CLAIMS**

Claim No. 12176
Claim Amount: $2,919.887.32         Reduced Amount: $1,398,922.22

Stated Basis for Objection: Reduced amount reflects removal of $1,482,647.80 for overstated rejection damages and $38,317.30 for post-petition real estate taxes. Administrative claim not properly assertable on proof of claim form. Claim to be reduced without prejudice to claimant filing an application for pursuant to 11 U.S.C. Section 503(a) and Local Rule 3071-1.

Claimant's Response: Debtor has misapplied the cap on post-petition damages to Creditor's claim, and further Debtor has under calculated post-petition real estate taxes.

1. Creditor No. WDX-1825-5F-07, SCP Winter Garden FL, LLC hereby files its objection to claims reduction sought by Debtor in the above Creditor would show that the Debtor has used, for the purposes of its reduction calculation, annual taxes in the amount of $49,392.00. This estimate under reports annual taxes by approximately $16,000 per year. The state taxes for the immediate preceding year were in excess of $66,000.

Respectfully submitted,

Thomas H. Keen, Esq.
**LOOPER REED & McGRAW, P.C.**
Texas State Bar No. 11163300
4100 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
Telephone:   214.954.4135
Facsimile:    214.953.1332

- and –

**STUTSMAN THAMES & MARKEY, P.A.**

By /s/ Richard R. Thames
    Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net

Attorneys for SPC Winter Garden FL, LLC

**Certificate of Service**

I hereby certify on August 14, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602
(813) 229-1700
(813) 229-1707 (facsimile)
ecf@jennisbowen.com

Patrick P. Patangan, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
patrick.pantangan@akerman.com

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
(404) 815-2347
(404) 685-5347 (facsimile)

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

/s/ Richard R. Thames
_____
Attorney

60361