UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | / | |

**RESPONSE OF BAKER & HOSTETLER LLP TO
DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS,
(B) OVERSTATED CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS**

NOW COMES Baker & Hostetler LLP and for its response to Debtors' 15th Omnibus Objection to No Liability Claims, Overstated Claims and Overstated Misclassified Claims, states as follows:

1.      On July 18, 2005, Baker & Hostetler LLP filed claim number 6772 in the amount of $33,831.13 for prepetition legal services and related disbursements.  Debtors have objected to the claim and requested that it be reduced by $3,763.02 for charges lacking supporting documentation, leaving the claim in a reduced amount of $30,068.11.  Debtors have not indicated which are the portions of the claim that they believe to be objectionable.

2.      Baker & Hostetler LLP objects to this treatment of its claim, since the claim is fully valid and incurred.

3.      In support of its objection, Baker & Hostetler LLP attaches additional documentation.  Further documentation, if desired, is available on request.  Since the services

provided were legal services, certain documents are not appropriate to attach to a public record filing but are available to the Debtors on request.

WHEREFORE, Baker & Hostetler LLP prays that the motion as to it be denied and that its claim be allowed in the full amount of $33,831.13.

Dated this 14th day of August, 2006

Respectfully submitted,

/s/ Eric S. Golden
Florida Bar No. 0146846
Baker & Hostetler LLP
Post Office Box 112
Orlando, Florida 32802-0112
Telephone: (407) 649-4000
Telecopier: (407) 841-0168

Counsel for Baker & Hostetler LLP

## CERTIFICATE OF SERVICE

A copy of the foregoing response has been sent this 14th day of August, 2006, to Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, NY 10036, by facsimile, at (917) 777-2150 and by email at djbaker@skadden.com.

/s/ Eric S. Golden

101379601.1, Winn-Dixie Response

2

Winn-Dixie Stores, Inc.                                          01/28/05
Ginette Blanc et al. vs. Client                       6454/024843/00002
Page   1  of Billing Detail - Professional Services   Invoice Number 184900

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 11/21/04 | K W Shaughnessy | Review discovery issues; respond to Mr. Williams. | 0.20 | 50.00 |
| 11/22/04 | M G Moran | Review various e-mails and documents received from T. Williams. | 0.30 | 52.50 |
| 11/22/04 | M G Moran | Telephone F. Allen Regarding discovery extension. | 0.10 | 17.50 |
| 11/22/04 | M G Moran | E-mail L. Gibbs regarding witness interviews. | 0.10 | 17.50 |
| 11/22/04 | M G Moran | Strategize regarding plaintiff's upcoming deposition. | 1.30 | 227.50 |
| 11/23/04 | M G Moran | Telephone conference with F. Allen regarding discovery matter. | 0.40 | 70.00 |
| 11/23/04 | M G Moran | Draft correspondence to F. Allen regarding discovery | 0.60 | 105.00 |
| 11/23/04 | M G Moran | Strategize regarding need for Motion to Compel. | 0.30 | 52.50 |
| 11/23/04 | M G Moran | Strategize regarding finalizing responses to Plaintiff's discovery. | 0.40 | 70.00 |
| 11/23/04 | M G Moran | Strategize regarding upcoming witness interview and plaintiffs' depositions. | 1.40 | 245.00 |
| 11/24/04 | M G Moran | Teleconference with L. Gibbs regarding witness interviews. | 0.30 | 52.50 |

Winn-Dixie Stores, Inc.                                          01/28/05
Ginette Blanc et al. vs. Client                          6454/024843/00002
Page   2  of Billing Detail - Professional Services    Invoice Number 184900
_____

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 11/24/04 | M G Moran | Review revisions to Defendant's discovery responses. | 0.50 | 87.50 |
| 11/24/04 | M G Moran | Follow-up regarding authorization to file unopposed Motion to Substitute Counsel. | 0.20 | 35.00 |
| 11/24/04 | M G Moran | Teleconference with S. Walker regarding knowledge of case | 0.20 | 35.00 |
| 11/24/04 | M G Moran | Revise witness matrix. | 0.20 | 35.00 |
| 11/24/04 | M G Moran | Strategize regarding Plaintiffs' depositions. | 0.50 | 87.50 |
| 11/24/04 | M G Moran | Telephone B. Blakel regarding setting up interview. | 0.10 | 17.50 |
| 11/24/04 | M G Moran | E-mail L. Gibbs re interviews. | 0.10 | 17.50 |
| 11/24/04 | M G Moran | Prepare for interviews. | 0.30 | 52.50 |
| 11/29/04 | K W Shaughnessy | Prepare for interviews | 1.10 | 275.00 |
| 11/29/04 | K W Shaughnessy | Interview Hughes | 1.00 | 250.00 |
| 11/29/04 | K W Shaughnessy | Prepare witness summaries | 1.60 | 400.00 |
| 11/29/04 | K W Shaughnessy | Interview Perry | 1.00 | 250.00 |
| 11/29/04 | M G Moran | Teleconference with R. Alexander and Assistant Manager Gonzalez regarding witness interviews. | 0.20 | 35.00 |
| 11/29/04 | M G Moran | Teleconference with B. Blakely. | 0.20 | 35.00 |
| 11/29/04 | M G Moran | Teleconference with M. Finkbeiner. | 0.20 | 35.00 |

```
Winn-Dixie Stores, Inc.                                      01/28/05
Ginette Blanc et al. vs. Client                    6454/024843/00002
Page   3  of Billing Detail - Professional Services   Invoice Number 184900
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 11/29/04 | M G Moran | Strategize regarding interviewing witnesses at store location. | 0.40 | 70.00 |
| 11/29/04 | M G Moran | E-mail J. Williams regarding witness interview strategy. | 0.10 | 17.50 |
| 11/29/04 | M G Moran | Teleconference with M. Finkbeiner regarding witness interviews on December 2. | 0.20 | 35.00 |
| 11/29/04 | M G Moran | Prepare for December 2 witness interviews. | 1.10 | 192.50 |
| 11/29/04 | M G Moran | Update witness matrix. | 0.40 | 70.00 |
| 11/29/04 | M G Moran | Review e-mail from J. Williams regarding status of witness interviews. | 0.10 | 17.50 |
| 11/29/04 | M G Moran | Revise discovery and prepare for plaintiff's deposition. | 4.00 | 700.00 |
| 11/30/04 | M G Moran | Revise discovery responses and interrogatory answers. | 2.20 | 385.00 |
| 11/30/04 | M G Moran | Teleconference with D. Nestle regarding Thompson Position Statement. | 0.10 | 17.50 |
| 11/30/04 | M G Moran | Strategize regarding plaintiff's failure to provide discovery and need for a motion to compel. | 0.20 | 35.00 |
| 11/30/04 | M G Moran | Prepare for the plaintiff's deposition. | 2.40 | 420.00 |

```
Winn-Dixie Stores, Inc.                                    01/28/05
Ginette Blanc et al. vs. Client                 6454/024843/00002
Page   4  of Billing Detail - Professional Services   Invoice Number 184900
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 11/30/04 | M G Moran | Review e-mail from L. Bussing and draft responsive e-mail. | 0.10 | 17.50 |
| 11/30/04 | M G Moran | E-mail T. Williams regarding Motion to Compel. | 0.10 | 17.50 |
| 11/30/04 | M G Moran | Strategize regarding content of Motion to Compel. | 0.20 | 35.00 |
| 12/01/04 | R H Stephens | Review discovery documents, correspondence relating to delayed discovery, and Rule 26 initial disclosures to determine arguments for motion to compel discovery responses from Plaintiffs. (actual time .9) | 1.00 | 210.00 |
| 12/01/04 | R H Stephens | Draft Motion to Compel Plaintiffs' responses to production requests and interrogatories. | 1.00 | 210.00 |
| 12/01/04 | M G Moran | Interview M. Cornish and B. Blakely. | 2.00 | 350.00 |
| 12/01/04 | M G Moran | Telephone conference with M. Cornish. | 0.10 | 17.50 |
| 12/01/04 | M G Moran | Strategize regarding scheduling interviews of B. Harrington and M. Moore on 12/2. | 0.20 | 35.00 |
| 12/01/04 | M G Moran | Telephone conference with F. Allen regarding Motion to Compel Discovery. | 0.10 | 17.50 |
| 12/01/04 | M G Moran | Strategize regarding postponing Motion to Compel for one day. | 0.10 | 17.50 |

Winn-Dixie Stores, Inc.                                           01/28/05
Ginette Blanc et al. vs. Client                          6454/024843/00002
Page   5  of Billing Detail - Professional Services      Invoice Number 184900

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 12/01/04 | M G Moran | Draft correspondence to F. Allen memorializing conversation. | 0.20 | 35.00 |
| 12/01/04 | M G Moran | Prepare for remaining witness interviews. | 1.20 | 210.00 |
| 12/01/04 | M G Moran | Prepare for Plaintiff's deposition. | 2.30 | 402.50 |
| 12/01/04 | M G Moran | Summarize witness interviews and note areas for follow-up. | 0.70 | 122.50 |
| 12/01/04 | M B Kast | Assist with preparation of Motion to Compel Discovery Response | 0.30 | 39.00 |
| 12/01/04 | M B Kast | Prepare witness files and deposition notebooks for depositions of plaintiffs G. Blanc and S. Thompson | 2.00 | 260.00 |
| 12/02/04 | M G Moran | Interview witnesses at Store No. 2216: D. Miller, R. Alexander, G. Greenaway, L. Schlippi, and L. Velez. | 4.70 | 822.50 |
| 12/02/04 | M G Moran | Strategize regarding outcome of witness interviews. | 0.30 | 52.50 |
| 12/02/04 | M G Moran | Prepare for Plaintiffs' depositions. | 1.30 | 227.50 |
| 12/02/04 | M G Moran | Review Plaintiffs' discovery responses and document production. | 0.40 | 70.00 |

```
Winn-Dixie Stores, Inc.                                          01/28/05
Ginette Blanc et al. vs. Client                       6454/024843/00002
Page  6  of Billing Detail - Professional Services    Invoice Number 184900
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 12/02/04 | M G Moran | E-mail L. Bussing regarding obtaining extension to submit responses to Plaintiffs' discovery. | 0.10 | 17.50 |
| 12/02/04 | M G Moran | E-mail M. Cornish regarding attendance at Plaintiffs' depositions. | 0.10 | 17.50 |
| 12/02/04 | M G Moran | Teleconference with L. Schleppi regarding follow-up to witness interviews. | 0.40 | 70.00 |
| 12/02/04 | M G Moran | Review e-mail received from L. Bussing. | 0.10 | 17.50 |
| 12/02/04 | M B Kast | Compile and assemble documents for deposition notebooks in preparation for plaintiffs' depositions. | 3.50 | 455.00 |
| 12/03/04 | M G Moran | Review and summarize information obtained during witness interviews. | 0.40 | 70.00 |
| 12/03/04 | M G Moran | Strategize regarding Plaintiff's criminal history information. | 0.20 | 35.00 |
| 12/03/04 | M G Moran | Strategize regarding additional witness interviews needed. | 0.30 | 52.50 |
| 12/03/04 | M G Moran | Review seminal 11th Circuit case regarding co-worker harassment. | 0.30 | 52.50 |
| 12/03/04 | M G Moran | Draft Plaintiff's deposition outlines. | 0.30 | 52.50 |

```
Winn-Dixie Stores, Inc.                                    01/28/05
Ginette Blanc et al. vs. Client                   6454/024843/00002
Page  7  of Billing Detail - Professional Services  Invoice Number 184900
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 12/03/04 | M B Kast | Bates number and review documents received from plaintiffs and identify documents to be added to deposition notebooks in preparation for depositions of plaintiffs | 1.00 | 130.00 |
| 12/03/04 | M B Kast | Complete assembly of deposition notebooks in preparation for depositions of plaintiffs | 1.50 | 195.00 |
| 12/03/04 | M B Kast | Conduct searches for potential incarceration information (G. Blanc, S. Thompson, D. Miller, D. Culbreath) | 0.20 | 26.00 |
| 12/04/04 | M G Moran | Finalize draft of S. Thompson's deposition outline. | 3.80 | 665.00 |
| 12/04/04 | M G Moran | Compile exhibits for S. Thompson's deposition. | 0.80 | 140.00 |
| 12/06/04 | K W Shaughnessy | Begin preparation for depositions. | 2.20 | 550.00 |
| 12/06/04 | M B Kast | Compile and assemble exhibits for deposition of plaintiff S. Thompson | 0.70 | 91.00 |
| 12/06/04 | M B Kast | Conduct criminal background searches on plaintiffs S. Thompson and G. Blanc | 0.50 | 65.00 |
| 12/07/04 | K W Shaughnessy | Finalize deposition preparation. | 3.10 | 775.00 |

Winn-Dixie Stores, Inc.                                          01/28/05
Ginette Blanc et al. vs. Client                         6454/024843/00002
Page   8  of Billing Detail - Professional Services    Invoice Number 184900

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 12/07/04 | M G Moran | Draft deposition outline for G. Blanc and strategize regarding exhibits to use during deposition. | 4.10 | 717.50 |
| 12/07/04 | M G Moran | Review correspondence received from L. Bussing. | 0.10 | 17.50 |
| 12/07/04 | M G Moran | Review documents and discovery responses received from client. | 0.40 | 70.00 |
| 12/07/04 | M B Kast | Compile exhibits for deposition of G. Blanc. | 0.50 | 65.00 |
| 12/08/04 | K W Shaughnessy | Conduct deposition of Thompson | 6.50 | 1,625.00 |
| 12/08/04 | K W Shaughnessy | Confer with Mr. Cornish regarding several matters | 0.40 | 100.00 |
| 12/08/04 | M G Moran | Attend deposition of S. Thompson. | 5.90 | 1,032.50 |
| 12/09/04 | K W Shaughnessy | Prepare for and conduct Blanc deposition. | 4.20 | 1,050.00 |
| 12/09/04 | M G Moran | Attend deposition of G. Blanc. | 0.30 | 52.50 |
| 12/09/04 | M G Moran | Strategize regarding scheduling interview of M. Ingram and deposing other harassees. | 1.00 | 175.00 |
| 12/09/04 | M G Moran | Draft summary of depositions and witness interviews. | 2.10 | 367.50 |
| 12/09/04 | M G Moran | Strategize regarding issuing trespass warning to M. Ingram to ban him from store. | 0.20 | 35.00 |

Winn-Dixie Stores, Inc.                                                01/28/05
Ginette Blanc et al. vs. Client                              6454/024843/00002
Page   9  of Billing Detail - Professional Services       Invoice Number 184900

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 12/09/04 | M G Moran | Strategize regarding filing offer of judgment on Blanc's claims. | 0.20 | 35.00 |
| 12/09/04 | M G Moran | Follow-up regarding discovery. | 0.50 | 87.50 |
| 12/10/04 | M G Moran | Review e-mail from T. Williams. | 0.10 | 17.50 |
| 12/10/04 | M G Moran | Strategize regarding interviewing M. Ingram regarding the Plaintiff's allegations of harassment. | 0.20 | 35.00 |
| 12/10/04 | M G Moran | Follow-up regarding Winn-Dixie's interrogatory answers and document production. | 0.80 | 140.00 |
| 12/13/04 | M G Moran | Draft summaries of witness interviews and follow-up regarding discovery due on 12/20. | 1.80 | 315.00 |
| 12/14/04 | M G Moran | Telephone M. Ingram regarding witness interview. | 0.20 | 35.00 |
| 12/14/04 | M G Moran | Compile discovery information. | 1.50 | 262.50 |
| 12/14/04 | M G Moran | Strategize regarding additional depositions and interviews needed. | 0.30 | 52.50 |
| 12/14/04 | M G Moran | Draft action plan for next 60 days. | 0.60 | 105.00 |
| 12/15/04 | M G Moran | Strategize regarding documents to produce in response to Plaintiff's first request to produce. | 1.60 | 280.00 |

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|-----------|
| 12/15/04 | M G Moran | Strategize regarding need for privilege log to preserve work product and attorney/client privilege of undisclosed documents. | 0.20 | 35.00 |
| 12/15/04 | M G Moran | Review correspondence received by L. Bussing. | 0.30 | 52.50 |
| 12/15/04 | M G Moran | Review correspondence and documents received by M. Cornish regarding harassment training of Winn-Dixie management. | 0.40 | 70.00 |
| 12/16/04 | M G Moran | Revise Defendant's response to Plaintiff's Request for Production and interrogatories. | 1.70 | 297.50 |
| 12/16/04 | M G Moran | Strategize regarding privilege log. | 0.10 | 17.50 |
| 12/16/04 | M G Moran | Strategize regarding documents obtained pursuant to FOIA request. | 0.20 | 35.00 |
| 12/16/04 | M G Moran | Strategize regarding obtaining protective order prior to document production. | 0.20 | 35.00 |
| 12/16/04 | M G Moran | Strategize regarding whether to obtain economic expert. | 0.10 | 17.50 |
| 12/16/04 | M G Moran | E-mail L. Bussing regarding discovery. | 0.20 | 35.00 |
| 12/17/04 | K W Shaughnessy | Receive and review settlement offer; | 0.10 | 25.00 |

Winn-Dixie Stores, Inc.                                          01/28/05
Ginette Blanc et al. vs. Client                      6454/024843/00002
Page  11  of Billing Detail - Professional Services   Invoice Number 184900

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 12/17/04 | K W Shaughnessy | E-mail settlement offer to and confer with client; | 0.10 | 25.00 |
| 12/17/04 | M G Moran | Strategize regarding additional documents needed to submit Defendant's document production. | 0.60 | 105.00 |
| 12/17/04 | M G Moran | Strategize regarding protective order. | 0.10 | 17.50 |
| 12/17/04 | M G Moran | Revise Defendant's answer to Plaintiff's interrogatories to reflect comments of L. Bussing. | 0.50 | 87.50 |
| 12/17/04 | M G Moran | Telephone M. Cornish regarding verification of interrogatory answers. | 0.20 | 35.00 |
| 12/17/04 | M G Moran | Review correspondence from opposing counsel and strategize regarding settlement. | 0.20 | 35.00 |
| 12/17/04 | M G Moran | Review e-mail from T. Williams. | 0.10 | 17.50 |
| 12/17/04 | M G Moran | Strategize regarding depositions of alleged harassees and M. Ingram. | 0.20 | 35.00 |
| 12/17/04 | M B Kast | Identify and compile documents for production to plaintiffs in response to request to produce. | 2.60 | 338.00 |
| 12/17/04 | M B Kast | Bates number and review documents received from client. | 1.10 | 143.00 |
| 12/20/04 | M G Moran | Draft confidentiality agreement. | 1.50 | 262.50 |

Winn-Dixie Stores, Inc.                                          01/28/05
Ginette Blanc et al. vs. Client                        6454/024843/00002
Page  12  of Billing Detail - Professional Services    Invoice Number 184900

---

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|-----------|
| 12/20/04 | M G Moran | Revise discovery responses. | 2.90 | 507.50 |
| 12/20/04 | M G Moran | Review document production and strategize regarding documents withheld from disclosures. | 0.40 | 70.00 |
| 12/20/04 | M G Moran | Review defendant's employment manual for pertinent policies. | 0.40 | 70.00 |
| 12/20/04 | M G Moran | E-mail T. Williams and review responsive e-mail. | 0.20 | 35.00 |
| 12/20/04 | M G Moran | Draft correspondence to F. Allen and serve discovery. | 0.50 | 87.50 |
| 12/20/04 | M G Moran | E-mail M. Cornish (x2) regarding verification of interrogatory answers. | 0.20 | 35.00 |
| 12/20/04 | M B Kast | Continue compilation and assembly of documents for production to plaintiffs. | 1.20 | 156.00 |
| 12/20/04 | M B Kast | Update witness matrix. | 0.20 | 26.00 |
| 12/21/04 | M G Moran | Review e-mail from Mike Cornish regarding verification of interrogatories and draft responsive e-mails. | 0.20 | 35.00 |
| 12/21/04 | M G Moran | Strategize regarding document production. | 0.20 | 35.00 |
| 12/21/04 | M G Moran | Revise confidentiality agreement. | 0.30 | 52.50 |

Winn-Dixie Stores, Inc.                                        01/28/05
Ginette Blanc et al. vs. Client                      6454/024843/00002
Page  13  of Billing Detail - Professional Services    Invoice Number 184900

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 12/21/04 | M B Kast | Review policy manual for relevant policies for production to plaintiffs. | 0.50 | 65.00 |
| 12/22/04 | M G Moran | Strategize regarding settlement negotiations and document production. | 0.20 | 35.00 |
| 12/22/04 | M G Moran | Revise confidentiality agreement. | 1.50 | 262.50 |
| 12/22/04 | M G Moran | E-mail T. Williams regarding confidentiality agreement. | 0.10 | 17.50 |
| 12/22/04 | M B Kast | Compile additional documents for production to plaintiffs. | 0.60 | 78.00 |
| 12/23/04 | M G Moran | Strategize regarding execution of confidentiality agreement. | 0.10 | 17.50 |
| 12/23/04 | M G Moran | Review correspondence received from M. Cornish. | 0.20 | 35.00 |
| 12/23/04 | M G Moran | Review pertinent portions of Winn-Dixie's employee handbook. | 0.20 | 35.00 |
| 12/23/04 | M B Kast | Compile documents for production to plaintiffs. | 0.20 | 26.00 |
| 12/29/04 | M G Moran | Strategize regarding depositions of other alleged harassers. | 0.70 | 122.50 |
| 12/29/04 | M G Moran | Follow-up regarding confidentiality agreement. | 0.10 | 17.50 |

```
Winn-Dixie Stores, Inc.                                      01/28/05
Ginette Blanc et al. vs. Client                  6454/024843/00002
Page  14  of Billing Detail - Professional Services   Invoice Number 184900
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|-----------|
| 12/30/04 | M G Moran | Teleconference with M. Ingram (x2) regarding scheduling witness interview. | 0.60 | 105.00 |
| 12/30/04 | M G Moran | Follow-up regarding upcoming depositions. | 0.30 | 52.50 |

Winn-Dixie Stores, Inc.                                        01/28/05
Ginette Blanc et al. vs. Client                       6454/024843/00002
Page  15 - Expenses                                 Invoice Number 184900

---

| Date | Description | Amount |
|------|-------------|--------|
| | LONG DISTANCE TELEPHONE | |
| 11/30/04 | 1-904-370-7178; 00:01:42; | $ 0.10 |
| 12/14/04 | 1-904-266-8000; 00:02:06; | 0.14 |
| 12/16/04 | 1-321-264-1593; 00:01:30; | 0.09 |
| 12/30/04 | 1-321-264-1593; 00:10:12; | 0.73 |
| 12/30/04 | 1-321-698-3598; 00:01:24; | 0.09 |
| | DELIVERY SERVICES | |
| 12/27/04 | CHECK NO. 300064420.13 - Speeedy Courier Service, Inc. Ticket #135229 / 12/01/04 / Frank T. Allen, Esq. / The Allen Firm / Orlando, FL / 24843-00002 | 16.35 |
| 12/27/04 | CHECK NO. 300064420.13 - Speeedy Courier Service, Inc. Ticket #135408 / 12/02/04 / The Allen Firm / Orlando, FL / 24843-00002 | 5.00 |
| | DUPLICATING | |
| 12/15/04 | COPIES - BATCH NO OR1220 | 82.00 |
| 12/20/04 | COPIES - BATCH NO OR1227 | 18.40 |
| | BINDING | |
| 12/02/04 | Binders / Winn-Dixie v Blanc (new matter not opened yet) | 14.40 |
| | TELECOPIER | |
| 11/23/04 | 5 PAGE(S) FAXED TO 1-407-481-0009 | 10.00 |
| 12/01/04 | 3 PAGE(S) FAXED TO 1-407-481-0009 | 6.00 |
| | OTHER AUTOMATED SERVICES | |
| 12/22/04 | CHECK NO. 300064358.13 - Marcy B Kast Criminal History Checks (Florida Department of Law Enforcement) on Shawanda Thompson and Ginette Blanc / 24943-00002 | 46.00 |
| | COURT REPORTER | |
| 12/21/04 | CHECK NO. 300064339.13 - Zacco & Associates Deposition of Shawanda Thompson 12/08/04 / Inv. #045145 / 24843-00002 | 1,392.49 |
| | DEPOSITIONS | |
| 12/16/04 | CHECK NO. 300064271.13 - Zacco & Associates Deposition of Ginette Blanc / 24943-00002 | 140.00 |
| | OUTSIDE DUPLICATING | |

Winn-Dixie Stores, Inc.                                          01/28/05
Ginette Blanc et al. vs. Client                        6454/024843/00002
Page  16 - Expenses                               Invoice Number 184900

| Date | Description | Amount |
| --- | --- | --- |
| 12/02/04 | CHECK NO. 300063978.13 - 84781 The Allen Firm Copying fee / Request for Production / Winn-Dixie Stores v Blanc and Thompson | 25.75 |

Winn-Dixie Stores, Inc.                                          02/25/05
Christopher Marshburn vs. Client                          6454/024843/00001
Page   1  of Billing Detail - Professional Services      Invoice Number 193467

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 01/17/05 | K W Shaughnessy | Receive and review interrogatories; forward same to client. | 0.20 | $ 50.00 |
| 01/18/05 | M B Kast | Prepare FOIA request to EEOC. | 0.30 | 39.00 |

Winn-Dixie Stores, Inc.                                          02/25/05
Christopher Marshburn vs. Client                         6454/024843/00001
Page   2 - Expenses                                  Invoice Number 193467

| Date | Description | Amount |
|------|-------------|--------|
| 01/18/05 | DUPLICATING<br>COPIES - BATCH NO OR0124 | $ 23.40 |
| 01/18/05 | POSTAGE<br>Postage | 1.98 |
| 01/20/05 | TELECOPIER<br>4 PAGE(S) FAXED TO 1-305-536-4494 | 8.00 |

Winn-Dixie Stores, Inc.                                          02/25/05
Ginette Blanc et al. vs. Client                          6454/024843/00002
Page   1  of Billing Detail - Professional Services    Invoice Number 193468

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 01/03/05 | M G Moran | Follow-up re scheduling depositions of alleged harassees. | 0.10 | $ 17.50 |
| 01/03/05 | M G Moran | Strategize regarding traveling to Titusville to interview M. Ingram. | 0.10 | 17.50 |
| 01/03/05 | M G Moran | E-mail T. Williams regarding confidentiality agreement. | 0.10 | 17.50 |
| 01/03/05 | M G Moran | Review e-mail from T. Williams. | 0.10 | 17.50 |
| 01/04/05 | M G Moran | Strategize regarding interviewing M. Ingram on January 8 or February 5 in Titusville. | 0.10 | 17.50 |
| 01/04/05 | M G Moran | Draft correspondence to opposing counsel regarding confidentiality agreement. | 0.20 | 35.00 |
| 01/04/05 | M G Moran | Follow-up regarding depositions. | 0.20 | 35.00 |
| 01/05/05 | M G Moran | Revise correspondence to opposing counsel regarding confidentiality agreement. | 0.10 | 17.50 |
| 01/05/05 | M G Moran | Strategize regarding scheduling depositions week of January 31st. | 0.30 | 52.50 |
| 01/05/05 | M G Moran | Draft correspondence to F. Allen regarding depositions. | 0.30 | 52.50 |

```
Winn-Dixie Stores, Inc.                                    02/25/05
Ginette Blanc et al. vs. Client                    6454/024843/00002
Page   2  of Billing Detail - Professional Services  Invoice Number 193468
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 01/05/05 | M G Moran | Review revised deposition notice and subpoena duces tecum for plaintiff's expert witness. | 0.40 | 70.00 |
| 01/06/05 | M G Moran | Strategize regarding remaining witness interviews. | 0.40 | 70.00 |
| 01/07/05 | M G Moran | Strategize regarding tasks to complete prior to discovery deadline. | 0.80 | 140.00 |
| 01/10/05 | M G Moran | Draft e-mail to T. Williams regarding plaintiff's discovery responses. | 0.10 | 17.50 |
| 01/10/05 | M G Moran | Strategize regarding failure of opposing counsel to respond to correspondence regarding scheduling depositions. | 0.10 | 17.50 |
| 01/11/05 | M G Moran | Strategize regarding depositions. | 0.10 | 17.50 |
| 01/12/05 | M G Moran | Strategize regarding Plaintiff Shawanda Thompson's new retaliation claim. | 0.20 | 35.00 |
| 01/14/05 | M G Moran | Review S. Thompson's retaliation charge and correspondence received from the EEOC | 0.40 | 70.00 |
| 01/14/05 | M G Moran | Review summary relating to Winn-Dixie's termination of S. Thompson. | 0.20 | 35.00 |
| 01/14/05 | M G Moran | Strategize regarding response to EEOC. | 0.60 | 105.00 |

Winn-Dixie Stores, Inc.                                                          02/25/05
Ginette Blanc et al. vs. Client                                        6454/024843/00002
Page   3  of Billing Detail - Professional Services          Invoice Number 193468

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 01/16/05 | M G Moran | Strategize regarding April 15th discovery deadline and additional discovery needed. | 0.40 | 70.00 |
| 01/16/05 | M G Moran | Strategize regarding deposition preparation for alleged harassees. | 0.80 | 140.00 |
| 01/17/05 | M G Moran | Draft correspondence to EEOC regarding S. Thompson's retaliation claim. | 0.10 | 17.50 |
| 01/17/05 | M G Moran | Review e-mail from D. Netzley regarding drafting response to charge. | 0.10 | 17.50 |
| 01/17/05 | M G Moran | Strategize regarding upcoming deposition and execution of confidentiality agreement. | 0.30 | 52.50 |
| 01/18/05 | M G Moran | Review notices of upcoming depositions. | 0.10 | 17.50 |
| 01/18/05 | M G Moran | Strategize regarding issuance of subpoenas. | 0.10 | 17.50 |
| 01/19/05 | M B Kast | Prepare subpoenas and related documents to deponents A. Alexander, A. Wilson, P. Jenkins and D. Culbreath. | 1.50 | 195.00 |
| 01/21/05 | M B Kast | Research current whereabouts of Angela Alexander and Porsche Jenkins. | 0.60 | 78.00 |

```
Winn-Dixie Stores, Inc.                                    02/25/05
Ginette Blanc et al. vs. Client                     6454/024843/00002
Page   4  of Billing Detail - Professional Services   Invoice Number 193468
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|-----------|
| 01/27/05 | M G Moran | Strategize regarding plaintiff's failure to execute confidentiality agreement, document production, and upcoming depositions. | 0.30 | 52.50 |
| 01/31/05 | K W Shaughnessy | Discovery conference. | 0.20 | 50.00 |
| 01/31/05 | M G Moran | Strategize regarding upcoming depositions. | 0.20 | 35.00 |

Winn-Dixie Stores, Inc.                                          02/25/05
Ginette Blanc et al. vs. Client                          6454/024843/00002
Page   5 - Expenses                                   Invoice Number 193468

---

| Date | Description | Amount |
|------|-------------|--------|
| | **DELIVERY SERVICES** | |
| 01/07/05 | CHECK NO. 300064610.13 - UPS UPS Shipping Document / Frank Fallen Esq. / The Allen Firm / Orlando, FL / Tracking no. 1ZF255R82210014935 / Invoice no. F255R8524 | $ 8.75 |
| | **DUPLICATING** | |
| 01/05/05 | COPIES - BATCH NO OR0110 | 4.00 |
| 01/18/05 | COPIES - BATCH NO OR0124 | 10.40 |
| 01/25/05 | COPIES - BATCH NO OR0131 | 1.40 |
| | **POSTAGE** | |
| 01/06/05 | Postage | 0.83 |
| | **TELECOPIER** | |
| 01/18/05 | 7 PAGE(S) FAXED TO 1-407-481-0009 | 14.00 |
| | **SERVICE OF PROCESS FEES** | |
| 01/26/05 | CHECK NO. 300064993.13 - Nancy Lee DuQuette Fee for Service of Subpoenas / 24843-00002 / 01/26/05 | 50.00 |
| 01/28/05 | CHECK NO. 300065045.13 - Nancy Lee DuQuette Inv. #2005000175 / 01/24/05 / Service fee for subpoena served / 24843-00002 | 25.00 |
| | **WITNESS FEES** | |
| 01/20/05 | CHECK NO. 300064918.13 - Alexis Wilson Witness fee / 24843-00002 | 40.00 |
| 01/20/05 | CHECK NO. 300064919.13 - Angela Alexander Witness fee / 24843-00002 | 40.00 |
| 01/20/05 | CHECK NO. 300064920.13 - Porsche Jenkins Witness fee / 24843-00002 | 40.00 |
| 01/20/05 | CHECK NO. 300064921.13 - Danielle Culbreath Witness fee / 24843-00002 | 40.00 |

Winn-Dixie Stores, Inc.                                                03/28/05
Christopher Marshburn vs. Client                            6454/024843/00001
Page   1  of Billing Detail - Professional Services        Invoice Number 202036

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 11/30/04 | L C Moon | Report to K. Shaughnessy regarding Plaintiff's Motion to Strike Affirmative Defenses and argument to be made in response. | 0.50 | $ 87.50 |
| 12/13/04 | L C Moon | Revise Defendant's First Request to Produce to Plaintiff and Defendant's first interrogatories to Plaintiff; report to K. Shaughnessy regarding scheduling of Plaintiff's deposition and written discovery requests to Plaintiff. | 1.00 | 175.00 |
| 12/23/04 | K W Shaughnessy | Review and revise discovery; | 0.20 | 50.00 |
| 02/02/05 | L C Moon | Draft letter to Salfi regarding scheduling of Plaintiff's deposition. | 0.10 | 17.50 |
| 02/02/05 | L C Moon | Review client documents to determine witnesses that need to be interviewed prior to the Plaintiff's deposition. | 0.70 | 122.50 |
| 02/18/05 | L C Moon | Telephone conference with Wanda Cox of Salfi's office regarding production of discovery and Plaintiff's deposition. | 0.20 | 35.00 |

Winn-Dixie Stores, Inc.                                       03/28/05
Christopher Marshburn vs. Client                    6454/024843/00001
Page   2 - Expenses                                Invoice Number 202036

| Date | Description | Amount |
|------|-------------|--------|
| | DUPLICATING | |
| 12/15/04 | COPIES - BATCH NO OR1220 | $ 0.40 |
| 02/08/05 | COPIES - BATCH NO OR0214 | 0.80 |
| 02/17/05 | COPIES - BATCH NO OR0221 | 7.20 |
| | TELECOPIER | |
| 11/17/04 | 3 PAGE(S) FAXED TO 1-904-783-5970 | 6.00 |
| 02/08/05 | 2 PAGE(S) FAXED TO 1-407-774-7308 | 4.00 |

```
Winn-Dixie Stores, Inc.                                    03/28/05
Ginette Blanc et al. vs. Client                    6454/024843/00002
Page   1  of Billing Detail - Professional Services   Invoice Number 202657
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 02/01/05 | M B Kast | Review documents to identify documents for witness files of A. Wilson, P. Jenkins, D. Culbreath and A. Alexander in preparation for depositions | 3.00 | 390.00 |
| 02/01/05 | M B Kast | Research current whereabouts of D. Culbreath | 0.80 | 104.00 |
| 02/02/05 | M G Moran | Review Winn-Dixie's response to EEOC regarding S. Thompson's retaliation charge. | 0.20 | 35.00 |
| 02/02/05 | M B Kast | Compile documents for witness files of A. Wilson, A. Alexander, P. Jenkins and D. Culbreath in preparation for depositions. | 0.80 | 104.00 |
| 02/03/05 | M B Kast | Compile documents for witness files of A. Alexander, A. Wilson, D. Culbreath and P. Jenkins in preparation for depositions. | 1.10 | 143.00 |
| 02/04/05 | M B Kast | Assemble witness files of D. Culbreath, P. Jenkins, A. Wilson and A. Alexander in preparation for depositions. | 0.70 | 91.00 |
| 02/06/05 | M G Moran | Strategize regarding upcoming depositions of alleged harassees. | 0.20 | 35.00 |
| 02/07/05 | M G Moran | Strategize regarding witness interviews. | 0.60 | 105.00 |

Winn-Dixie Stores, Inc.                                              03/28/05
Ginette Blanc et al. vs. Client                          6454/024843/00002
Page   2  of Billing Detail - Professional Services      Invoice Number 202657

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 02/07/05 | M G Moran | E-mail L. Bussing regarding obtaining copy of Winn-Dixie's response to S. Thompson's retaliation charge. | 0.10 | 17.50 |
| 02/07/05 | M G Moran | Draft e-mail to M. Cornish regarding contact information for R. Whobrey. | 0.10 | 17.50 |
| 02/07/05 | M G Moran | Review e-mail from M. Cornish and draft responsive e-mail regarding attendance at upcoming depositions. | 0.20 | 35.00 |
| 02/08/05 | M G Moran | Review various e-mails from M. Cornish regarding upcoming depositions and draft responsive e-mails. | 0.20 | 35.00 |
| 02/08/05 | M G Moran | Strategize regarding depositions. | 0.30 | 52.50 |
| 02/08/05 | M G Moran | Telephone conference with M. Cornish regarding depositions. | 0.20 | 35.00 |
| 02/09/05 | M G Moran | Review e-mail from L. Bussing and draft responsive e-mail. | 0.10 | 17.50 |
| 02/10/05 | M B Kast | Telephone communications with Angela Alexander re: deposition. | 0.10 | 13.00 |
| 02/11/05 | M B Kast | Telephone conference with A. Alexander re: deposition. | 0.10 | 13.00 |
| 02/14/05 | M G Moran | Follow-up regarding witness interviews of B. Harrington, M. Moore, and R. Whobrey. | 0.40 | 70.00 |

```
Winn-Dixie Stores, Inc.                                        03/28/05
Ginette Blanc et al. vs. Client                      6454/024843/00002
Page   3  of Billing Detail - Professional Services  Invoice Number 202657
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 02/14/05 | M G Moran | Strategize regarding rescheduling A. Alexander's deposition. | 0.30 | 52.50 |
| 02/14/05 | M G Moran | Draft correspondence to plaintiff's counsel regarding depositions and discovery issues. | 0.40 | 70.00 |
| 02/14/05 | M G Moran | Review correspondence received from plaintiff's counsel regarding document production. | 0.20 | 35.00 |
| 02/14/05 | M G Moran | Prepare for upcoming depositions. | 1.20 | 210.00 |
| 02/15/05 | M G Moran | Revise confidentiality agreement and correspondence to opposing counsel regarding discovery. | 0.50 | 87.50 |
| 02/15/05 | M G Moran | Strategize regarding upcoming depositions. | 0.30 | 52.50 |
| 02/16/05 | M G Moran | Strategize regarding A. Alexander's deposition. | 0.10 | 17.50 |
| 02/16/05 | M G Moran | Follow-up regarding witness interviews. | 0.10 | 17.50 |
| 02/16/05 | M B Kast | Telephone conference with A. Alexander re: deposition. | 0.10 | 13.00 |
| 02/17/05 | M G Moran | Telephone conference with F. Allen regarding confidentiality agreement. | 0.10 | 17.50 |

Winn-Dixie Stores, Inc.                                        03/28/05
Ginette Blanc et al. vs. Client                        6454/024843/00002
Page   4  of Billing Detail - Professional Services     Invoice Number 202657

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 02/17/05 | M G Moran | Draft deposition outlines for upcoming depositions of P. Jenkins, D. Culbreath and A. Wilson. | 2.00 | 350.00 |
| 02/17/05 | M B Kast | Prepare correspondence to A. Alexander re: deposition. | 0.20 | 26.00 |
| 02/17/05 | M B Kast | Update witness files for A. Alexander, A. Wilson, P. Jenkins and D. Culbreath in preparation for depositions. | 1.30 | 169.00 |
| 02/17/05 | M B Kast | Strategize outlines/exhibits for depositions of P. Jenkins, A. Alexander, A. Wilson, D. Culbreath. | 0.20 | 26.00 |
| 02/18/05 | M G Moran | Prepare for depositions of D. Culbreath, P. Jenkins, and A. Wilson. | 3.30 | 577.50 |
| 02/18/05 | M G Moran | Draft various e-mails to M. Cornish and review responsive e-mails regarding upcoming depositions. | 0.30 | 52.50 |
| 02/18/05 | M G Moran | Review confidentiality agreement received from F. Allen. | 0.10 | 17.50 |
| 02/21/05 | M G Moran | Review witness files for A. Wilson and D. Culbreath in preparation for their depositions. | 0.50 | 87.50 |

Winn-Dixie Stores, Inc.                                              03/28/05
Ginette Blanc et al. vs. Client                              6454/024843/00002
Page  5  of Billing Detail - Professional Services        Invoice Number 202657

---

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 02/21/05 | M G Moran | Travel to Zacco Court Reporting to depose A. Wilson and strategize regarding A. Wilson's failure to appear for deposition. | 1.30 | 227.50 |
| 02/21/05 | M G Moran | Return travel to office. | 0.20 | 35.00 |
| 02/21/05 | M G Moran | Telephone A. Wilson, D. Culbreath and P. Jenkins regarding appearance at depositions. | 0.40 | 70.00 |
| 02/21/05 | M G Moran | Telephone conference with Pine Hills Winn-Dixie regarding contacting D. Miller. | 0.20 | 35.00 |
| 02/21/05 | M G Moran | Review documents received from M. Cornish and strategize regarding preparation of privilege log. | 0.50 | 87.50 |
| 02/21/05 | M G Moran | Travel to Zacco Court Reporters, depose D. Culbreath and return to office. | 3.00 | 525.00 |
| 02/21/05 | M G Moran | Telephone conference with P. Jenkins regarding deposition on 2/22. | 0.10 | 17.50 |
| 02/21/05 | M G Moran | Telephone conference with A. Wilson regarding rescheduling her deposition. | 0.20 | 35.00 |
| 02/21/05 | M G Moran | Prepare for additional depositions and review documents included in document production to designate documents as privileged or confidential. | 1.70 | 297.50 |

Winn-Dixie Stores, Inc.                                        03/28/05
Ginette Blanc et al. vs. Client                        6454/024843/00002
Page   6  of Billing Detail - Professional Services    Invoice Number 202657
_____

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 02/21/05 | M B Kast | Telephone conference and correspondence with A. Alexander re: deposition. | 0.20 | 26.00 |
| 02/21/05 | M B Kast | Locate current contact information for P. Jenkins, D. Culbreath. | 0.40 | 52.00 |
| 02/21/05 | M B Kast | Assist with preparation for depositions of P. Jenkins, D. Culbreath. | 0.50 | 65.00 |

Winn-Dixie Stores, Inc.                                            03/28/05
Ginette Blanc et al. vs. Client                            6454/024843/00002
Page   7 - Expenses                                     Invoice Number 202657

_____

| Date | Description | Amount |
|------|-------------|--------|
| | DUPLICATING | |
| 02/01/05 | COPIES - BATCH NO OR0207 | $ 54.40 |
| 02/08/05 | COPIES - BATCH NO OR0214 | 2.20 |
| 02/16/05 | COPIES - BATCH NO OR0221 | 9.80 |
| 02/21/05 | COPIES - BATCH NO OR0228 | 1.60 |
| | BINDING | |
| 02/18/05 | BINDERS / 24843-00002 | 4.41 |
| | TELECOPIER | |
| 02/08/05 | 9 PAGE(S) FAXED TO 1-407-523-5204 | 18.00 |
| 02/15/05 | 8 PAGE(S) FAXED TO 1-407-481-0009 | 16.00 |
| 02/21/05 | 2 PAGE(S) FAXED TO 1-407-481-0009 | 4.00 |
| | OTHER AUTOMATED SERVICES | |
| 02/15/05 | CHECK NO. 300065458.13 - Choicepoint Public Records, Inc. Electronic research - Autotrack / Inv. #AB0001129709 / 24843-00002 | 31.00 |
| | VIDEOGRAPHIC SERVICES | |
| 02/04/05 | CHECK NO. 300065212.13 - Ron Fleming Video Productions, Inc. Inv. #241651 / 12/20/04 / Video Deposition fees / 24843-00002 | 1,387.50 |
| | SERVICE OF PROCESS FEES | |
| 02/04/05 | CHECK NO. 300065173.13 - Nancy Lee DuQuette Fee for service of subpoena - Porsche Jenkins / 24843-00002 | 50.00 |
| 02/16/05 | CHECK NO. 300065484.13 - Nancy Lee DuQuette Subpoena served on Danielle Culbreath / Invoice no. 2005000173 - 24843-00002 | 50.00 |

Winn-Dixie Stores, Inc.                                                    06/28/05
Ginette Blanc et al. vs. Client                             6454/024843/00002
Page  1  of Billing Detail - Professional Services      Invoice Number 227768

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 02/22/05 | M G Moran | Telephone conference with P. Jenkins regarding cancellation of deposition. | 0.10 | $ 17.50 |
| 02/22/05 | M G Moran | Telephone court reporter and opposing counsel regarding cancellation of depositions. | 0.10 | 17.50 |
| 02/22/05 | M G Moran | Strategize regarding stay of litigation due to filing of Bankruptcy. | 0.60 | 105.00 |
| 02/22/05 | M G Moran | Review various e-mails from T. Williams. | 0.20 | 35.00 |
| 02/22/05 | M G Moran | Telephone conference with Bankruptcy Clerk regarding filing suggestion of Bankruptcy to stay pending litigation. | 0.10 | 17.50 |
| 02/23/05 | M G Moran | Confer regarding filing suggestion of Bankruptcy (.2). Draft suggestion of Bankruptcy and file with Court (.2). | 0.40 | 70.00 |
| 02/24/05 | M G Moran | Review documents received from M. Cornish regarding employment details for alleged harassees. | 0.20 | 35.00 |
| 02/24/05 | M B Kast | Telephone conference and correspondence with G. Blanc canceling upcoming deposition. | 0.20 | 26.00 |
| 05/12/05 | M G Moran | Review Order received from the Court. | 0.20 | 35.00 |

```
Winn-Dixie Stores, Inc.                                    06/28/05
Ginette Blanc et al. vs. Client                  6454/024843/00002
Page   2  of Billing Detail - Professional Services  Invoice Number 227768
```

| Date | Name | Description | Hours | Time Value |
|------|------|-------------|-------|------------|
| 05/12/05 | M G Moran | Draft court-ordered status report regarding Bankruptcy Petition. | 0.40 | 70.00 |
| 05/13/05 | M G Moran | E-mail T. Williams regarding status report filed in District Court on 5/12/05. | 0.10 | 17.50 |
| 06/01/05 | K W Shaughnessy | Receive and review emails and faxes; several telephone conferences with client regarding status and other matters; telephone conferences with clients. | 2.10 | 525.00 |

Winn-Dixie Stores, Inc.                                    06/28/05
Ginette Blanc et al. vs. Client                    6454/024843/00002
Page   3 - Expenses                            Invoice Number 227768

| Date | Description | Amount |
|------|-------------|--------|
| | DUPLICATING | |
| 02/24/05 | COPIES - BATCH NO OR0228 | $ 9.80 |
| 03/14/05 | COPIES - BATCH NO OR0321 | 0.80 |
| 05/12/05 | COPIES - BATCH NO OR0516 | 3.40 |
| | AUTOMATED RESEARCH | |
| 03/16/05 | CHECK NO. 300066244.13 - Choicepoint Public Records, Inc. Electronic Research / Autotrack / Inv. #AB0001151040 / Account #73624 / 24843-00002 | 14.00 |
| | TELECOPIER | |
| 02/24/05 | 4 PAGE(S) FAXED TO 1-407-774-7308 | 8.00 |
| | COURT REPORTER | |
| 03/15/05 | CHECK NO. 300066224.13 - Zacco & Associates Attendance of Court Reporter at Deposition / 24843-00002 / Invoice #050887 | 180.00 |
| | TRANSCRIPTS | |
| 03/08/05 | CHECK NO. 300066048.13 - Zacco & Associates Inv. #050580 / 02/14/05 / Transcript of Ginette Blanc's Deposition taken on 12/09/04 / 24843-00002 | 504.02 |