# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter     11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

The Court finds that the Response to Debtors' Omnibus Objection to Unresolved Litigation Claims filed by Robert A. Romagna on behalf of Dinorah Gonzalez, on August 14, 2006 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Response to Debtors' Omnibus Objection to Unresolved Litigation Claims filed by Robert A. Romagna on behalf of Dinorah Gonzalez on August 14, 2006 is stricken from the record.

**DATED August 14, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Robert A. Romagna, 782 N.W. 42 Avenue, Suite 345, Miami, FL 33126