UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:               §   CHAPTER 11
                         §
WINN-DIXIE STORES, INC., ET AL.,   §   CASE NO. 05-03817-3F1
                         §
Debtors.            §   *Jointly Administered*

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Bledsoe, Jacobson, Schmidt, & Wright and Hiersche, Hayward, Drakeley & Urbach, P.C. file this Notice of Appearance and Request for Notices and Service of Papers and enter this appearance as counsel for Bundy New Orleans Co., LLC ("Bundy") (hereinafter collectively "Bundy"), creditor and party-in-interest in the above-entitled and -numbered bankruptcy proceeding, pursuant to 11 U.S.C § 1109(b), and respectfully request that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding, be served upon:

Russell W. Mills
Jason M. Katz
HIERSCHE, HAYWARD,
DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, TX 75001
Ph: 972/701-7000
Fax: 972/701-8765
rmills@hhdulaw.com
jkatz@hhdulaw.com
-and-
James A. Bledsoe, Jr.
BLEDSOE, JACOBSON,
SCHMIDT & WRIGHT
1301 Riverplace Boulevard, Suite 1818
Jacksonville, Florida 32207
Ph: (904) 398-1818
Fax: (904) 398-7073
JAB@bslmr.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all of the notices and papers filed in this proceeding including, without limitation: Notices of any Application, Motion, Petition, Pleading, Request, Complaint or Demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way the rights or interests with respect to: (a) Bundy or the Debtors; (b) property in which Bundy or the Debtors may claim an interest; and (c) property in the possession, custody or control of Bundy or the Debtors; or (2) which seek to require any act, payment or other conduct by Bundy, or which provide or are required to provide Bundy an opportunity to act.

**PLEASE TAKE FURTHER NOTICE** that Bundy intends that this Notice and Request or any later appearance, pleading, claim or suit shall not constitute a waiver of (i) Bundy's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) Bundy's right to trial by a jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) Bundy's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) Bundy's entitlement to exercise its rights under 28 U.S.C. § 157(b)(5), § 1452 or any other section of the United States Code; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which Bundy is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Bundy expressly reserves.

The undersigned additionally requests that the Debtors and the Clerk of the Court place the name and address below on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully submitted,

HIERSCHE, HAYWARD, DRAKELEY
        & URBACH, P.C

By:    /s/ Russell W. Mills
        Russell W. Mills
        TX State Bar No. 00784609
        Jason M. Katz
        TX State Bar No. 24038990

15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Telephone:    (972) 701-7000
Facsimile:    (972) 701-8765

        - and -

BLEDSOE, JACOBSON, SCHMIDT
        & WRIGHT

By:    /s/ James A. Bledsoe, Jr.
        James A. Bledsoe, Jr.
        Florida State Bar No. 0150646

1301 Riverplace Boulevard, Suite 1818
Jacksonville, Florida 32207
Telephone:    (904) 398-1818
Facsimile:    (904) 398-7073

ATTORNEYS FOR BUNDY
NEW ORLEANS CO., LLC

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of August, 2006, a true and correct copy of the above and foregoing Notice of Appearance was served *via* first class mail and/or via electronically on the following:

D. J. Baker
Adam Ravin
Rosalie Walker Gray
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
**Counsel for Debtors**

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
**Counsel for Official Committee of
Unsecured Creditors of Winn-Dixie
Stores,
Inc., et al.**

Elena L Escamilla
Kenneth C Meeker
U.S. Trustee
United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801
**Counsel for U.S. Trustee**

Allan E. Wulbern
Stephen D. Busey
James. H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
**Counsel for Debtors**

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602

Douglas D Chunn
One Independent Drive, Suite 3201
Jacksonville, FL 32202

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
**Counsel for Official Committee of Equity
Security Holders**

/s/ Russell W. Mills
Russell W. Mills