UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING RESPONSE TO DEBTORS' FIFTEENTH OMNIBUS OBJECTION AND MOTION TO ACCEPT LATE FILING PROOF OF CLAIM

The Court finds that the Response to Debtors' Fifteenth Omnibus Objection and Motion to Accept Late Filing Proof of Claim filed by David S. Van Every on behalf of Merle Hemby, on August 14, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Debtors' Fifteenth Omnibus Objection and Motion to Accept Late Filing Proof of Claim filed by David S. Van Every on behalf of Merle Hemby on August 14, 2006 is stricken from the record.

**DATED August 14, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
David S. Van Every, P.O. Box 761, Columbus, MS 39703