UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION TO STRIKE DEBTORS' NOTICE OF OBJECTION TO PROOF OF CLAIM

The Court finds that the Motion to Strike Debtors Notice of Objection to Proof of Claim filed by Anthony V. Falzon on behalf of Yrma Fernandez, on August 14, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Strike Debtors' Notice of Objection to Proof of Claimesponse to Debtors' filed by Anthony V. Falzon on behalf of Yrma Fernandez on August 14, 2006 is stricken from the record.

**DATED** August 14, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Anthony V. Falzon, 2650 Biscayne Blvd, Miami, FL 33137-4590