UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC. et al,   CASE NO.: 3:05-bk-03817-JAF
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11 (Jointly Administered)
　　　　　　　Debtors.

## REQUEST FOR REMOVAL FROM ELECTRONIC FILING NOTICE LIST

The undersigned attorney requests this Court to remove his name from the electronic filing noticer list maintained by this Court in the above captioned case: WINN-DIXIE STORES, INC. et al, Case No.: 3:05-bk-03817-JAF.

The name and notification address of the individual who is requesting to be deleted from the electrionic filing notice list is as follows:

　　　　　　　ALBERT H. MICKLER
　　　　　　　Florida Bar No. 168960
　　　　　　　5452 Arlington Expressway
　　　　　　　Jacksonville, Florida 32211
　　　　　　　(904) 725-0822
　　　　　　　Fax (904) 725-0855
　　　　　　　Email: court@planlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished to Allen C. Sang, Esquire, Attorney for Debtor in Possession, 1850 Lee Road, Suite 334, Winter Park, FL 32789, by CM/ECF electronic mail transfer, this 17 day of August 2006.

　　　　　　　Law Offices of Mickler & Mickler

　　　　　　　/s/ Albert H. Mickler
　　　　　　　ALBERT H. MICKLER
　　　　　　　5452 Arlington Expressway
　　　　　　　Jacksonville, Florida 32211
　　　　　　　(904) 725-0822
　　　　　　　Fax (904) 725-0855
　　　　　　　Florida Bar No. 168960