## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION TO WAIVE
### LOCAL RULE 2090-1 REQUIREMENT

Information Resources, Inc. ("IRI"), by its attorney, Joseph D. Frank of Frank/Gecker LLP, respectfully moves this Court, pursuant to Local Rule 2090-1(c), for the entry of an order waiving the requirement that IRI file a written designation and consent-to-act on the part of some member of the bar of the Middle District of Florida, resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the above-captioned bankruptcy proceeding, so as to allow IRI's counsel to continue to represent IRI's interests without the necessity of retaining of local counsel, and states as follows:

1.      IRI is an information services company that provides market information solutions, software and services to the consumer packaged goods, retail, and healthcare industries. These products and services include advanced analytics, enterprise performance management software and professional consulting services. IRI is a creditor of one or more of the Debtors pursuant to a timely-filed claim for rejection damages.

2.      IRI's counsel was admitted to participate in these bankruptcy proceedings on March 7, 2005 (Docket No. 267) on a *pro hac vice* basis under the local rules of the United States Bankruptcy Court for the Southern District of New York, while these cases were pending in that forum, without the necessity of retaining local counsel in New York, as provided in that Court's rules.

3. IRI's counsel believes his role in the case will be limited to dealing with issues relating to the Debtor's objection to IRI's claim.

4. IRI's counsel has received electronic filing training in the United States Bankruptcy Court for the Northern District of Illinois, which training is recognized by this Court. As a result, IRI's counsel can and will submit any filings to the Court electronically and make any service required, in accordance with this Court's rules.

5. In light of this Court's electronic filing requirements, IRI does not believe there is a need to, nor does IRI desire to incur additional expense to, file a written designation and consent-to-act appointing local counsel in the Middle District of Florida to receive notices and papers and be responsible for the progress of this case.

6. Under this Court's Amended Initial Order Upon Transfer of Venue dated April 19, 2005 (Docket No. 762), an attorney who has previously been granted *pro hac vice* status in New York is authorized to practice before this Court, subject to compliance with Local Rule 2090-1. That rule specifically provides in subsection (b) that the written designation and consent-to-act requirement may be waived by the Court for good cause shown.

7. IRI's counsel believes that, under the circumstances, there is no necessity to retain local counsel to receive notices and papers and be responsible for the progress of this case.

- 3 -

WHEREFORE, Information Resources, Inc. respectfully requests that this Court enter an order providing that Joseph D. Frank of Frank/Gecker LLP may appear for and represent IRI in this case without the necessity of filing a written designation and consent-to-act by some member of the bar of the Middle District of Florida.

| August 15, 2006 | Respectfully submitted, |
|---|---|
| | INFORMATION RESOURCES, INC. |
| | |
| | By:   */s/ Joseph D. Frank* |
| |         One of its attorneys |

Joseph D. Frank (ARDC No. 6216085)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
jfrank@fgllp.com

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that on **August 15, 2006**, a true and correct copy of the foregoing **Motion to Waive Local Rule 2090-1 Requirement** was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, a copy was served this day upon the party named below via electronic mail and facsimile transmission:

D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
*(212) 735-2000 – fax*
djbaker@skadden.com

                                                */s/ Joseph D. Frank*