UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

The Court finds that the Response to Debtors' Omnibus Objection to Unresolved Litigation Claims filed by Ronald J. Davis, II on behalf of Ken Beaudrie, on August 14, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Response to Debtors' Omnibus Objection to Unresolved Litigation Claims filed by Ronald J. Davis on behalf of Ken Beaudrie on August 14, 2006 is stricken from the record.

**DATED** August 15, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Ronald J. Davis, II, 4800 Beach Blvd., Suite 5, Jacksonville, FL 32207