UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )    Chapter 11
                                          )
Debtors.[1]                               )    Jointly Administered
                                          )

ORDER CORRECTING ORDER DATED JULY 13, 2006
(A) DISALLOWING NO LIABILITY CLAIMS, (B) REDUCING
OVERSTATED CLAIMS, (C) FIXING UNLIQUIDATED CLAIMS AND
(D) DISALLOWING AMENDED AND SUPERSEDED CLAIMS AS SET
FORTH IN THE DEBTORS' THIRTEENTH OMNIBUS CLAIMS
OBJECTION TO ATTACH AMENDED EXHIBIT B[2]

These cases came before the Court for hearing on July 13, 2006, upon the Thirteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through D (the "Disputed Claims").[3] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 10209 filed by American Residential Equities, Inc., (ii) claim no. 10029 filed by Community Centers One, LLC, (iii) claim no. 12351 filed by M. Hull, (iv) claim no. 7388 filed by Prudential Co. - Lake City, (v) claim no. 6808 filed by 440 Group,

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]   Exhibit B is amended to reflect that claim number 12483, filed by Main Street Marketplace, LLC, is reduced to $919,351.00 instead of $798,232.00.

[3]   All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Ltd., (vi) claim no. 10301 filed by Aronov Realty Co., (vii) claim no. 12160 filed by E.L. & G.M. Barran and J. & M. Eyster, (viii) claim no. 10142 filed by Benderson 85-1 Trust, (ix) claim no. 11980 filed by Dauksch Family Partnership, (x) claim no. 11123 filed by Delta Investments, (xi) claim no. 10263 filed by DPJ Limited Partnership, (xii) claim no. 12173 filed by GS II Brook Highland Plaza, LLC, (xiii) claim no. 12306 filed by Hartwell Partnership, (xiv) claim no. 12315 filed by Morro Palms Shopping Center, GP, (xv) claim no. 12201 filed by New Plan Excel Realty Trust Inc., (xvi) claim no. 12292 filed by Plunkett, Estate of H.C., (xvii) claim no. 11940 filed by The Rosemyr Corporation, (xviii) claim no. 12078 filed by Royal Oaks Brandon, Ltd., (xix) claim no. 11958 filed by Watkins Investments, LP, (xx) claim no. 12331 filed by Wells Fargo Bank Northwest NA, (xxi) claim no. 9950 filed by Skinners of Point Meadows, Inc., (xxii) claim no. 10087 filed by Swiss Re Asset Mgmt (Americas) Inc. and (xxiii) claim nos. 9675 and 9677 filed by Weingarten Realty Investors (collectively, the "Unresolved Objections"), which claims have been removed from Exhibits A through D. The Debtors have withdrawn without prejudice their objection to (i) claim no. 12082 filed by Equity Associates, (ii) claim no. 12169 filed by JDN Realty Corporation, (iii) claim no. 11103 filed by Liquidity Solutions, Inc., (iv) claim no. 9709 filed by Piedmont Village, LLC, (v) claim no. 10826 filed by McDonough Marketplace Partners, (vi) claim no. 6796 filed by Moulton Properties, Inc., (vii) claim no. 2567 filed by Shanri Holdings Corp. and (viii) claim no. 11251 filed by Heritage SPE LLC, which claims have been removed from Exhibits A through D. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3. The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4. The Unliquidated Claims listed on Exhibit C are fixed in the amounts listed on Exhibit C under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

5. The Amended Claims listed on Exhibit D are disallowed in their entirety.

6. With respect to the Overstated Claims that are reduced by the amount of the reclamation payments listed on Exhibit B under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibit B.

7. Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

8. The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

9. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

10. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

11. This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this /5 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

463999.01-Wilmington Server 1A - MSW

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 1 of 4
Date: 07/12/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| **Creditor Id: 410661**<br>AMERICAN RESIDENTIAL EQUITIES, INC<br>C/O HOLLAND & KNIGHT LLP<br>ATTN DAVID R SOFTNESS, ESQ<br>701 BRICKELL AVENUE, SUITE 3000<br>MIAMI FL 33131 | 11025<br>Debtor: WINN DIXIE RALEIGH, INC. | $321,330.66 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 397239**<br>BONAIRE 99-GA, LLC<br>C/O TAMPOSI COMPANY<br>20 TRAFALGAR SQUARE STE 602<br>NASHUA, NH 03063 | 4188<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8605<br>Debtor: WINN-DIXIE RALEIGH, INC. | $19,659.25 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8618<br>Debtor: WINN-DIXIE STORES, INC. | $19,659.25 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 411162**<br>CWCAPITAL ASSET MGMT SERIES 2001-C2<br>HOLDERS LB-UBS COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSSH FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11223<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY TO LANDLORD'S LENDER ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id: 407735**<br>DBR ASSET MGMT, LLC AGENT FOR<br>THREE LAKES PLAZA LLC<br>C/O GLATTER & ASSOCIATES PA<br>ATTN ERIC S GLATTER, ESQ<br>1489 WEST PALMETTO PARK RD, STE 420<br>BOCA RATON FL 33486 | 7895<br>Debtor: WINN-DIXIE STORES, INC. | $2,866.79 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT IS ATTEMPTING TO COLLECT FEES OF $1,814.40 AND $926.39 INCURRED TO CONTEST 2003 AND 2004 REAL ESTATE TAXES, RESPECTIVELY, WITHOUT PRESENTING EVIDENCE THAT SUCH FEES RESULTED IN LOWER TAXES. CLAIMANT AGREES $126.00 WAS ASSERTED IN ERROR. |

Page: 2 of 4
Date: 07/12/2006

**WINN-DIXIE STORES, INC., ET AL.**
**THIRTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| **Creditor Id: 410901**<br>DDR DOWNRETT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12165<br>Debtor: WINN-DIXIE STORES, INC. | $30,279.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 2181**<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10071<br>Debtor: WINN-DIXIE STORES, INC. | $6,463.40 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 452037**<br>HSBC PRIVATE BANK (SUISSE) SA<br>ATTN MAUREEN GOETSCHI, ASSOCIATE<br>RUE DE LAUSANNE 16-20<br>PO BOX 3580<br>GENEVA 3 CY3 SWITZERLAND | 13143<br>Debtor: WINN-DIXIE STORES, INC. | $86,200.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. CLAIM ALSO FILED LATE. |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br>Counsel: ATTN: ROBERT LEHANE, ESQ | 10058<br>Debtor: WINN-DIXIE STORES, INC. | $978.03 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 452039**<br>MUNOZ-USON, SUSANA<br>CAPITAN HAYA, 60-7-5<br>MADRID 28020 SPAIN | 13145<br>Debtor: WINN-DIXIE STORES, INC. | $7,708.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. CLAIM ALSO FILED LATE. |
| **Creditor Id: 411015**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MIDWAY VILLAGE SHOPPING CENTER<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA, PA 19103 | 12197<br>Debtor: WINN-DIXIE STORES, INC. | $28,126.62 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

**WINN-DIXIE STORES, INC., ET AL.**
**THIRTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| **Creditor Id: 403571**<br>O1 AR, FFWARD<br>4765 MANDARIN ST DR N<br>JACKSONVILLE FL 32257 | 5953<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 411133**<br>ORIX CAPITAL MKTS, SERIES 1997-CF2<br>HOLDERS OF DLJ COMMERCIAL MORT CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11141<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY TO LANDLORD/S LENDER ABSENT PROOF OF ASSIGNMENT. ALSO NO DOCUMENTATION. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | 8808<br>Debtor: WINN-DIXIE STORES, INC. | $3,665.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. LEASE SOLD 9/30/05 TO ROCKDALE GROCERY, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE AMOUNTS OF $3,665.35 FOR COMMON AREA MAINTENANCE CHARGES AND INSURANCE. |
| **Creditor Id: 405926**<br>STATE OF ALABAMA INDUS REL DEPT<br>ATTN FRANK D MARSH, ESQ<br>649 MONROE STREET<br>MONTGOMERY AL 36131<br>Counsel: ATTN: BILL PRYOR, ESQ | 2210<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $6,153.14 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM IS FOR SECOND QUARTER 2004. DEBTOR FILED QUARTERLY CONTRIBUTION REPORT UC-CR4 AND PAID $156,668.41 ON 7/27/04 BY CHECK NUMBER 7291259. NO OTHER AMOUNT IS OWED. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN: CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 11293<br>Debtor: DIXIE PACKERS, INC. | $182.31 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $9,395.25 BY ELECTRONIC FUND TRANSFER NUMBER 010869 ON 7/30/2004 FOR QUARTER ENDING 6/30/2004 AND $64.69 BY ELECTRONIC FUND TRANSFER NUMBER 012583 ON 1/28/2005 FOR QUARTER ENDING 12/31/2004. DEBTOR HAD NO LIABILITY FOR QUARTER ENDING 1/31/2005 AS IT CEASED DOING BUSINESS ON 12/31/2004. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN: CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 11294<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $1,272.57 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON ESTIMATED UNEMPLOYMENT TAXES AS DEBTOR HAD NO EMPLOYEES IN THE STATE AT THE TIME. |

Page: 4 of 4
Date: 07/12/2006

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| Creditor Id: 411189<br>STATE OF FLORIDA, REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 11296<br>Debtor: WINN DIXIE PROCUREMENT, INC. | $47.49 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $4,991.58 ON 7/30/04 BY ELECTRONIC FUND TRANSFER NUMBER 010RRR FOR SECOND QUARTER OF 2004 AND NO OTHER AMOUNTS ARE DUE. |
| Creditor Id: 407711<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>8000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 7319<br>Debtor: WINN-DIXIE STORES, INC. | $12,005.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 407478<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-WACO WD DEL BUS TRUST<br>C/O NEAL GERBER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | 10874<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $5,663.90 | NO LIABILITY PER CLAIMANT AND DEBTOR'S BOOKS AND RECORDS. |

Total Claims to be Disallowed: 21
Total Amount to be Disallowed: $664,181.76    Plus Unliquidated Amounts, if Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 404588**<br>AASTRA INTECOM INC FKA<br>EADS TELECOM NORTH AMERICA, INC<br>ATTN LEE M DAVIS, MGR<br>2811 INTERNET BLVD<br>FRISCO TX 75034-1851 | 7769<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $86,562.85 | $68,373.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,932.77 FOR FOURTH MILESTONE INVOICE AND $11,256.41 FOR PRO-RATED SERVICE AGREEMENT AS THEY REFLECT POSTPETITION OBLIGATIONS. |
| **Creditor Id: 407606**<br>ALTAMONTE SSG, INC<br>C/O TRENAM KEMKER SCHARF ET AL<br>ATTN R MCINTYRE/L R FERNANDEZ, ESQS<br>PO BOX 1102<br>TAMPA FL 33601-1102 | 12010<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $543,956.23 | $341,634.80 | REDUCED AMOUNT REFLECTS PAYMENTS OF $38,322.41 ON 12/15/04 FOR 2004 REAL ESTATE TAXES BY CHECK NUMBER 007399172 AND $5,784.69 ON 11/5/05 FOR POSTPETITION PORTION OF INSURANCE BY CHECK NUMBER 008123872 AND REMOVAL OF $158,214.33 FOR REJECTION DAMAGES CALCULATION ERROR. |
| **Creditor Id: 408295**<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br>Transferee: IB PROPERTY HOLDINGS LLC | 8284<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $35,599.00 | $5,071.64 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,972.90 FOR 2005 REAL ESTATE TAXES INCURRED AFTER 9/30/05 (LAST DATE OF OCCUPANCY) AND PAYMENT OF $21,554.46 FOR POSTPETITION PORTION OF SUCH TAXES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 408295**<br>ALVIN LAPIDUS & LOIS LAPIDUS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207<br>Transferee: IB PROPERTY HOLDINGS LLC | 12296<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $535,027.48 | $504,764.12 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 315726**<br>ALVYN L WOODS, INC<br>ATTN LEWIS WOODS, PRESIDENT<br>PO BOX 396<br>LUTCHER, LA 70071-0396<br>Counsel: ATT MALCOLM J PEYTAVIN | 10515<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $384,503.00 | $204,009.52 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 406062**<br>AUGUST URBANEK FAMILY REVOCABLE TRUST, AMENDED AND RESTATED<br>4800 N FEDERAL HIGHWAY, SUITE 209A<br>BOCA RATON FL 33431<br>Counsel: ATTN DAVID C KEATING, ESQ | 3013<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $4,911,675.64 | $584,505.77 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410927**<br>BERGERON PROPERTIES & INVES CORP<br>C/O GARY J ROTELLA & ASSOCIATES, PA<br>ATTN GARY J ROTELLA, ESQ<br>NEW RIVER CENTER, STE 1850<br>200 EAST LAS OLAS BLVD<br>FT LAUDERDALE FL 33301-2276 | 12325<br>Asserted Debtor: | $6,872,703.19<br>WINN-DIXIE STORES, INC. | $1,088,843.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1141**<br>BROAD STREET STATION SC, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | 12232<br>Asserted Debtor: | $440,766.61<br>WINN-DIXIE RALEIGH, INC. | $423,294.81 | REDUCED AMOUNT REFLECTS 6/28/04 PAYMENT OF $5,081.55 FOR 4/30/04 TO 4/30/05 INSURANCE (ONLY $4,450.96 IS ASSSERTED) AND 11/30/05 PAYMENT OF $10,382.80 FOR POSTPETITION REAL ESTATE TAXES (CORRECT TAX BILL IS $12,825.81, NOT $12,575.12) ASSERTED. REDUCED AMOUNT INCLUDES REJECTION DAMAGES OF $423,740.53, PREPETITION REAL ESTATE TAXES OF $2,443.01, AND 2004 COMMON AREA MAINTENANCE CREDITS OF $208.36 & $2,680.37. |
| **Creditor Id: 278549**<br>CAPLAN, R J & FLEDER, E, TRUSTEES<br>LITTLE CREEK SQUARE SHOPPING CENTER<br>500 MAIN PLAZA EAST<br>1324 CRESTAR BANK BUILDING<br>NORFOLK VA 23510<br>Counsel: ATTN DAVID A GREER ESQ | 5071<br>Asserted Debtor: | $948,788.12<br>WINN-DIXIE RALEIGH, INC. | $947,993.82 | REDUCED AMOUNT REFLECTS REMOVAL OF $794.30 FOR TAXES INCURRED POSTPETITION. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 399295**<br>CARNEGIE COMPANIES, INC<br>C/O JAVITCH BLOCK & RATHBONE LLC<br>ATTN MARC A MELAMED, ESQ<br>1300 EAST 9TH STREET, 14TH FLOOR<br>CLEVELAND OH 44114 | 449<br>Asserted Debtor: | $152,050.00<br>WINN-DIXIE STORES, INC. | $18,200.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 244653**<br>CAROLINA TURKEYS<br>ATTN ROBIN MCSWAIN, CREDIT MGR<br>PO BOX 65859<br>CHARLOTTE, NC 28265-0001 | 5576<br>Asserted Debtor: | $22,760.90<br>WINN-DIXIE STORES, INC. | $4,086.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $18,674.00 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10707<br>Asserted Debtor: | $1,602,780.45<br>WINN-DIXIE MONTGOMERY, INC. | $1,171,585.27 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,207.90, REMOVAL OF $160,334.41 ASSERTED IN CLAIM NUMBER 10709, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $262,652.87. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10708<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $164,831.54 | $163,831.54 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 279129**<br>COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIELLE K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | 10709<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $1,878,424.20 | $269,410.65 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 381722**<br>COUNTY OF TUSCALOOSA SPECIAL TAX BD<br>ATTN SANDRA HODO<br>PO BOX 20738<br>TUSCALOOSA AL 35402 | 25<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $79,833.99 | $7,786.04 | REDUCED AMOUNT REFLECTS 4/1/05 PAYMENT OF $72,047.95 BY CHECK NUMBER 009901266 PURSUANT TO 3/15/05 FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS (DOCKET NUMBER 435). REDUCED AMOUNT IS $561.24 UNSECURED PRIORITY AND $7,224.80 UNSECURED NON-PRIORITY. |
| **Creditor Id: 410823**<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206<br>Counsel: ATTN SARA E LORBER, ESQ | 9642<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $402,234.49 | $247,234.49 | REDUCED AMOUNT REFLECTS REJECTION DAMAGES OF $247,234.49 AND REMOVAL OF ALL OTHER ESTIMATED UNDOCUMENTED EXPENSES. DEBTOR MADE REPEATED INQUIRIES FOR DOCUMENTATION. |
| **Creditor Id: 410981**<br>DPJ LIMITED PARTNERSHIIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845 | 10262<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $380,308.78 | $307,980.63 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 250169**<br>FURY'S FERRY SHOPPES<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12323<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $438,356.39 | $397,418.15 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,066.52 FOR OVERSTATED REJECTION DAMAGES AND $38,871.72 FOR POSTPETITION CHARGES. POSTPETITION ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |