WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 250415<br>GENTILLY SQUARE<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | 12322<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $391,698.80 | $314,728.50 | REDUCED AMOUNT REFLECTS COMMON AREA MAINTENANCE CREDIT OF $965.04 AND REMOVAL OF $4,693.16 FOR OVERSTATED REJECTION DAMAGES, $4,060.39 FOR DISPUTED COMMON AREA CHARGES, $2,759.13 AND $59.79 FOR OVERSTATED 2004 AND PREPETITION 2005 REAL ESTATE TAXES, RESPECTIVELY, $30,790.85 FOR UNDOCUMENTED REPAIRS, AND $33,641.94 FOR POSTPETITION CHARGES. POSTPETITION ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| Creditor Id: 381764<br>GREENVILLE COMPRESS COMPANY<br>ATTN W A PERCY<br>PO BOX 218<br>GREENVILLE MS 38701<br><br>Counsel: ATTN: NINA STUBBLEFIELD TOLLISON, ESQ | 150<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $167,728.00 | $95,796.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Creditor Id: 1467<br>INVESCO LP<br>C/O W C WILBUR & CO<br>PO BOX 5225<br>NORTH CHARLESTON, SC 29405<br><br>Counsel: ATTN CHARLES P SUMMERALL IV, ESQ | 10623<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $812,500.00 | $550,458.36 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Creditor Id: 252331<br>IPF/CAPITAL LIMITED PARTNERSP<br>C/O INFINITY PROPERTY MGMT CORP<br>PACE WEST BLDG ONE<br>2727 PACES FERRY ROAD SUITE 1-1650<br>ATLANTA, GA 30339<br><br>Counsel: ATTN LAWRENCE J SCHWARTZ, ESQ. | 11179<br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,097,362.32 | $277,750.50 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Creditor Id: 1475<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12067<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $500,744.52 | $498,244.52 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY FEES. |
| Creditor Id: 278511<br>LASCO REALTY LLC<br>ATTN ROBERT SCHWAGERL, OWNER<br>PO BOX 418<br>KESWICK, VA 22947 | 6068<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $474,743.54 | $165,674.43 | REDUCED AMOUNT REFLECTS REMOVAL OF $299,069.11 FOR OVERSTATED REJECTION DAMAGES AND $10,000 CALCULATION ERROR. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 254565**<br>LEATHERMAN ASSOCS<br>706 B JAKE BLVD WEST<br>SALISBURY, NC 28147<br><br>Counsel: ATTN GLENN E KETNER, JR, ESQ | 12395<br>Asserted Debtor: | $413,769.83<br>WINN-DIXIE STORES, INC. | $352,577.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $61,192.20 ASSERTED AS ADMINISTRATIVE. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1545**<br>LEESBURG BANSAL, LLC<br>ATTN DAVID BANSAL, MANAGING MEMBER<br>30 GREY COACH ROAD<br>READING MA 01867 | 7026<br>Asserted Debtor: | $16,519.29<br>WINN-DIXIE STORES, INC. | $15,878.18 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 1570**<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN MARJORIE O DABBS, ESQ | 12483<br>Asserted Debtor: | $942,595.84<br>WINN-DIXIE MONTGOMERY, INC. | $919,351.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 255395**<br>MAPLEHURST<br>DEPT 77472<br>PO BOX 77000<br>DETROIT, MI 48277 | 7048<br>Asserted Debtor: | $328,452.40<br>WINN-DIXIE STORES, INC. | $289,916.76 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $13,496.63, NET CONSUMPTION WAIVER OF $1,495.43, ACCOUNTS PAYABLE CREDIT OF $435.00, RECLAMATION PAYMENTS IN PROCESS TOTALING $47,853.52, AND REMOVAL OF $2,248.32 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 1929**<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 12335<br>Asserted Debtor: | $277,590.65<br>WINN-DIXIE MONTGOMERY, INC. | $268,640.36 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES AND REMOVAL OF $2,500 FOR ATTORNEY FEES. |
| **Creditor Id: 416842**<br>OAKS SHOPPING CENTER, INC, THE<br>C/O SANDEFUR COMPANY<br>ATTN STANLEY H SANDEFUR/T PATITUCCI<br>181 TIMACUAN BLVD<br>LAKE MARY FL 32746 | 12321<br>Asserted Debtor: | $329,470.22<br>WINN-DIXIE STORES, INC. | $261,753.68 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410689**<br>PACIERA, VINCENT ET AL DBA<br>PARK PLAZA SHOPPING CTR LLC<br>ATTN KIRTH M PACIERA, OWNER/MEMBER<br>PO BOX 24087<br>NEW ORLEANS LA 70184 | 9710<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $118,885.37 | $117,623.57 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,261.80 TERRORISM CHARGE. |
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br>Counsel: ATTN EDWARD T BRADING, ESQ | 12089<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $2,073,469.37 | $335,223.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $713,560.15 | $6,197.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $18,593.39, RECLAMATION PAYMENTS IN PROCESS TOTALING $594,988.22, AND REMOVAL OF $93,780.75 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 2481**<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 | 7840<br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $10,932,176.00 | $1,313,237.40 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 399733**<br>R&G ASSOCIATES DBA<br>MARKETPLACE PARTNERS LTD<br>ATTN GEORGE ALLEN, MGR<br>8235 DOUGLAS AVENUE, STE 815, LB-49<br>DALLAS TX 75225<br>Transferee: HMAC 1999-PH1 WATAUGA CTR LTD PART | 824<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $563,767.84 | $436,357.74 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 259354**<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908<br>Asserted Debtor: WINN-DIXIE PROCUREMENT, INC. | $136,064.44 | $99,701.02 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,096.39, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $183.82 AND $5.58, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $35,077.63. |

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 408299**<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12069<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $388,235.32 | $385,735.32 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY'S FEES. |
| **Creditor Id: 2522**<br>ROXBOROUGH ASSOCIATES LLC<br>C/O HAYWOOD DENNY & MILLER LLP<br>ATTN ROBERT E LEVIN, ESQ<br>PO BOX 51429<br>DURHAM NC 27717 | 10259<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $2,764,818.90 | $413,638.31 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 2552**<br>SHERFIELD ESTATES INC<br>ATTN JOHN W HOLMES<br>PO BOX 952<br>MARTINSVILLE, VA 24114-0952 | 9245<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $1,866,647.00 | $309,418.96 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 261910**<br>STAUNTON PLAZA ASSOCIATES, LP<br>C/O TRICOASTAL PROPERTIES<br>ATTN GEORGE HABER GEN PARTNER<br>5 NORDEN DRIVE<br>BROOKVILLE, NY 11545 | 10450<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $204,644.40 | $80,094.97 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 407711**<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 5299<br>Asserted Debtor: WINN-DIXIE STORES, INC. | $1,372,442.60 | $336,463.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 1934**<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br>Transferee: LCH OPPORTUNITIES LLC | 8033<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $586,568.98 | $583,141.46 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

**WINN-DIXIE STORES, INC., ET AL.**
**THIRTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 264305<br>W-D SHELBY PARTNERSHIP<br>C/O DAVID WEISS, CPA<br>469 7TH AVENUE, SUITE 1300<br>NEW YORK, NY 10018-7603 | 12249<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $178,709.17 | $136,805.17 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| Counsel: ATTN NEIL REGER, ESQ | | | | |
| Creditor Id: 408298<br>WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12071<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $454,665.88 | $452,165.88 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500 FOR ATTORNEY FEES. |
| Creditor Id: 410403<br>ZAMIAS, GEORGE D<br>300 MARKET STREET<br>JOHNSTOWN PA 15901 | 7451<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $3,328,209.65 | $499,231.45 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Counsel: ATTN PAULA A SCHMECK, ESQ | | | | |

Total Claims to be Reduced: 45
Total Amount to be Reduced: $51,317,203.34 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $16,150,710.78

**EXHIBIT C**

Page: 1 of 6
Date: 07/13/2006

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 241502<br>ACCURATE TESTING SERVICES<br>ATTN SAM SKETTENO, DIRECTOR<br>603 HIGHWAY 90, SUITE 2<br>BAY ST LOUIS, MS 39520 | 1999<br>Asserted<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | $140.00 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS PER AGREEMENT WITH CLAIMANT. |
| Creditor Id: 264782<br>ANDERSON, WILLIAM<br>PO BOX 120310<br>CLERMONT FL 34712 | 2410<br>Asserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $282.86 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS PER AGREEMENT WITH CLAIMANT. |
| Creditor Id: 244238<br>BUTLER INVESTMENT LLC<br>C/O PERRINE & WHEELER<br>PO BOX 3578<br>NORFOLK, VA 23514<br>Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | 12385<br>Asserted<br>Debtor: | $496,195.65<br>WINN-DIXIE RALEIGH, INC. | $496,195.65 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 244267<br>C&C MAINTENANCE<br>ATTN CHRIS CROCHET<br>9280 SCENIC RIVER DR<br>BILOXI, MS 39532<br>Counsel: ATTN MICHAEL B MCDERMOTT, ESQ | 9041<br>Asserted<br>Debtor: | $335.04<br>WINN-DIXIE STORES, INC. | $335.04 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 244836<br>CEDAR CREEK CROSSING ASSOCIATES LLC<br>C/O PERRIE WHEELER REAL ESTATE CO<br>PO BOX 3578<br>NORFOLK, VA 23514<br>Counsel: ATTN DENNIS T LEWANDOWSKI, ESQ | 12344<br>Asserted<br>Debtor: | $911,212.22<br>WINN-DIXIE RALEIGH, INC. | $911,212.22 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 1191<br>CHAPEL TRAIL ASSOCIATES LTD<br>21011 JOHNSON STREET, SUITE 101<br>PEMBROKE PINES, FL 33029<br>Counsel: ATTN ROBERT MEYER, ESQ | 12475<br>Asserted<br>Debtor: | $651,296.44<br>WINN-DIXIE STORES, INC. | $651,296.44 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

Page: 2 of 6
Date: 07/13/2006

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410945<br>CINGULAR WIRELESS<br>BANKO<br>ATTN VANDANA PRASAD, BANKRUPCY REP<br>PO BOX 309<br>PORTLAND OR 97207-0309 | 9254<br>Asserted Debtor: | $412.48<br>WINN-DIXIE STORES, INC. | $412.48 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 410418<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12112<br>Asserted Debtor: | $963,539.63<br>WINN-DIXIE RALEIGH, INC. | $963,539.63 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 410911<br>DPG FIVE FORKS VILLAGE, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 12171<br>Asserted Debtor: | $369,534.57<br>WINN-DIXIE STORES, INC. | $369,534.57 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 1294<br>E&A SOUTHEAST, LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12225<br>Asserted Debtor: | $8,971.23<br>WINN-DIXIE MONTGOMERY, INC. | $8,971.23 | FIX AT ASSERTED LIQUIDATED AMOUNT. CLAIM IS WITH RESPECT TO STORE 2620 ONLY. |
| Creditor Id: 245782<br>EDENS & AVANT PROPERTIES LP DBA<br>MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12221<br>Asserted Debtor: | $150,870.40<br>WINN-DIXIE MONTGOMERY, INC. | $150,870.40 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 1346<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210<br>Counsel: ATTN PAUL K CAMPSEN, ESQ | 8725<br>Asserted Debtor: | $26,185.38<br>WINN-DIXIE STORES, INC. | $26,185.38 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

Page: 3 of 6
Date: 07/13/2006

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410962**<br>GRANAH PACKAGING COMPANY, LP<br>C/O VENABLE LLP<br>ATTN BRENT W PROCIDA, ESQ<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 102210<br>Asserted Debtor: | $395,053.12<br>DEEP SOUTH PRODUCTS, INC. | $395,053.12 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 416286**<br>JACKSON I-55, LLC<br>C/O CENTEX CONCORD PROPERTY MGMT<br>ATTN FRAN E JONES<br>1151 N STATE STREET<br>JACKSON MS 39202<br>Counsel: ATTN DOUGLAS C NOBLE, ESQ | 12317<br>Asserted Debtor: | $472,794.50<br>WINN-DIXIE MONTGOMERY, INC. | $472,794.50 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 263884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3825 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2502<br>Asserted Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $684.47 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 263884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3825 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2503<br>Asserted Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $9,966.93 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 263884**<br>KES SCIENCE & TECHNOLOGY INC<br>ATTN JOSEPH B DONNELLY, CONTROLLER<br>3825 KENNESAW NORTH IND PKWY<br>KENNESAW, GA 30144-1234 | 2504<br>Asserted Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $14,547.78 | CLAIM FILED IN UNSPECIFIED AMOUNT. FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410849**<br>KPT PROPERTIES, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 9933<br>Asserted Debtor: | $11,505.34<br>WINN-DIXIE STORES, INC. | $11,505.34 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

Page: 4 of 6
Date: 07/13/2006

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 410958<br>LAKELAND PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10149<br>Asserted Debtor: | $54,037.31<br>WINN-DIXIE STORES, INC. | $54,037.31 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 381390<br>LALUMIERE, PHILIPPE L<br>2678 NW 65TH AVE<br>MARGATE, FL 33063 | 4361<br>Asserted Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $171.60 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 408168<br>LF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | 6103<br>Asserted Debtor: | $158,318.61<br>WINN-DIXIE RALEIGH, INC. | $158,318.61 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 416843<br>LPI MILLEDGEVILLE INC<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | 12326<br>Asserted Debtor: | $413,183.61<br>WINN-DIXIE MONTGOMERY, INC. | $413,183.61 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 416844<br>LPI WAYCROSS INC.<br>C/O CHAMBERLAIN HRDLICKA ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET, NINTH FLOOR<br>ATLANTA GA 30303 | 12327<br>Asserted Debtor: | $468,351.10<br>WINN-DIXIE STORES, INC. | $468,351.10 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 416253<br>MARION'S HOPE, LLC<br>ATTN CHERYL STONE<br>150 SPEAR STREET, SUITE 1800<br>SAN FRANCISCO CA 94105<br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN KATE FREELAND, ESQ | 12108<br>Asserted Debtor: | $118,640.04<br>WINN-DIXIE STORES, INC. | $118,640.04 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

Page: 5 of 6
Date: 07/13/2006

**WINN-DIXIE STORES, INC., ET AL.**
**THIRTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN**

| Name of Claimant | Claim No. | | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| **Creditor Id: 410960**<br>NORTHWOOD OAKS, LLC<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10151 | Asserted Debtor: | $26,797.16<br>WINN-DIXIE STORES, INC. | $26,797.16 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 256375**<br>PERIMETER PLACE ASSOCIATES<br>ATTN FRANCIS LOTT, PRESIDENT<br>1201 NORTH PETERSON AVENUE<br>DOUGLAS GA 31533-0299<br>Transferee: SASCO 1996-CFL DOUGLAS CENTER LP<br>Counsel: ATTN WILLIAM L THOMPSON, ESQ | 12006 | Asserted Debtor: | $881,387.51<br>WINN-DIXIE STORES, INC. | $881,387.51 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 1795**<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12218 | Asserted Debtor: | $405,539.08<br>WINN-DIXIE MONTGOMERY, INC. | $405,539.08 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 264608**<br>SAUPE, WENDY D<br>1562 COUNTY ROAD, APT 400 E<br>CHAMPAIGN IL 61822<br>Transferee: LCH OPPORTUNITIES LLC | 12395 | Asserted Debtor: | $892,114.74<br>WINN-DIXIE MONTGOMERY, INC. | $892,114.74 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 1838**<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202<br>Counsel: ATTN MARK A KELLEY, ESQ | 12215 | Asserted Debtor: | $596,738.07<br>WINN-DIXIE MONTGOMERY, INC. | $596,738.07 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410957**<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 10148 | Asserted Debtor: | $50,308.76<br>WINN-DIXIE STORES, INC. | $50,308.76 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

Page: 6 of 6
Date: 07/13/2006

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 411295<br>STATE OF ALABAMA REV DEPT<br>ATTN MARK GRIFFIN, LEGAL DIV<br>PO BOX 320001<br>MONTGOMERY AL 36132-0001 | 11089<br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $549,479.81 | $549,479.81 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Creditor Id: 399301<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 12814<br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $252.06 | $252.06 | FIX AT ASSERTED LIQUIDATED AMOUNT. OF FIXED AMOUNT, $168.71 IS UNSECURED PRIORITY AND $83.35 IS UNSECURED NON-PRIORITY. |
| Creditor Id: 1593<br>WEIGEL, PATRICIA OR MARSHALL TTEES<br>WEIGEL FAMILY REV TRUST<br>C/O JEFFREY NINZ, ESQ<br>20 N WACKER DRIVE, STE 1725<br>CHICAGO IL 60606 | 11127<br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $7,047.70 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS FOR PREPETITION PORTION OF 2005 REAL ESTATE TAXES. |
| Creditor Id: 265910<br>WOODBERRY PLAZA E&A LLC<br>C/O WOODBERRY PLAZA<br>PO DRAWER B<br>COLUMBIA, SC 29202<br>Counsel: ATTN: MARK A KELLEY, ESQ | 12223<br>Asserted Debtor: WINN-DIXIE RALEIGH, INC. | $434,028.35 | $434,028.35 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

Total Claims to be Fixed: 24
Total Amount to be Fixed: $9,347,078.18 Plus Unliquidated Amounts, if Any
Total Fixed Amount: $9,373,619.90

**EXHIBIT D**

Page: 1 of 3
Date: 07/12/2006

WINN-DIXIE STORES, INC., ET AL.
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 411176<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13059 | $751,931.31<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 11240 | $1,061,222.60 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 411176<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13048 | $602,647.99<br>Debtor: WINN-DIXIE STORES, INC. | 11241 | $731,725.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 411176<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13058 | $489,145.87<br>Debtor: WINN-DIXIE RALEIGH, INC. | 11242 | $752,735.46 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 404026<br>COMMONWEALTH OF KENTUCKY FIN & AD<br>ATTN WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491<br><br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 11895 | $2,508.08<br>Debtor: WINN-DIXIE STORES, INC. | 1946 | $7,712.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 381721<br>COMMONWEALTH OF KENTUCKY REV DEP<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491<br><br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 1948 | $7,712.19<br>Debtor: WINN-DIXIE STORES, INC. | 23 | $7,126.23 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMS TO BE DISALLOWED

Page: 2 of 3
Date: 07/12/2006

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 410726<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 12637 | $582,643.13<br>Debtor: WINN-DIXIE STORES, INC. | 11735 | $52,722.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410488<br>MERCHANTS SQUARE INVESTMENTS, LLC<br>ATTN VICTOR GIBBONS, MGR<br>4852-A JIMMY CARTER BLVD<br>NORCROSS GA 30093 | 11802 | $31,191.64<br>Debtor: WINN-DIXIE STORES, INC. | 8419 | $114,942.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 406375<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687<br>Transferee: LCH OPPORTUNITIES LLC | 13230 | $271,083.09<br>Debtor: WINN-DIXIE STORES, INC. | 8603 | $504,132.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 406375<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687<br>Transferee: LCH OPPORTUNITIES LLC | 13229 | $271,083.09<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 8604 | $504,132.93 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 411189<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 13221 | $13,803.38<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 11297 | $15,106.26 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL
THIRTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| Creditor Id: 411189<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISSKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 13222 | $5,478.22<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 12548 | $300,568.54 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 405297<br>STATE OF TN LABOR & WORKFORCE DEV<br>UNEMPLOYMENT INSURANCE<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV<br>ATTN GILL GELDREICH, ASST ATTY GEN<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 13196 | $0.00<br>Debtor: WINN-DIXIE STORES, INC. | 3779 | $27,504.39 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 410530<br>VERIZON SOUTH WIRELESS<br>C/O AF/NI/VERIZON WIRELESS<br>ATTN DIANA LEWIS<br>404 BROCK DRIVE<br>BLOOMINGTON IL 61701 | 13034 | $11,218.17<br>Debtor: WINN-DIXIE STORES, INC. | 8413 | $14,982.22 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Total Claims to be Disallowed:<br>Total Amount to be Disallowed: | 13<br>$4,094,942.51 | Plus Unliquidated Amounts, If Any | | | |