**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Winn-Dixie Stores, Inc., et al. | Case No. 05-03817-3F1 |
| | (Jointly Administered) |

**MONTHLY OPERATING STATEMENT FOR THE**
**PERIOD FROM JUNE 29, 2006 TO JULY 26, 2006**

DEBTORS' ADDRESS:                               WINN-DIXIE STORES, INC.
                                                5050 EDGEWOOD COURT
                                                JACKSONVILLE, FL 32254-3699


DEBTORS' ATTORNEYS:                             SKADDEN, ARPS, SLATE, MEAGHER
                                                & FLOM, LLP
                                                ATTN: D.J. BAKER
                                                FOUR TIMES SQUARE
                                                NEW YORK, NY 10036

                                                SMITH HULSEY & BUSEY
                                                ATTN: STEPHEN D. BUSEY
                                                225 WATER STREET
                                                SUITE 1800
                                                JACKSONVILLE, FL  32202


REPORT PREPARER:                                WINN-DIXIE STORES, INC.

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.


Date: August 15, 2006                           /s/ Bennett L. Nussbaum
                                                Bennett L. Nussbaum
                                                Senior Vice President and Chief Financial Officer


Indicate if this is an amended statement by checking here          AMENDED STATEMENT _____

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**

**INDEX TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS AND SCHEDULES**

**PAGE**

Financial Statements as of and for the four weeks ended July 26, 2006:

    Condensed Consolidated Balance Sheet (Unaudited)    1

    Condensed Consolidated Statement of Operations (Unaudited)    2

    Condensed Consolidated Statement of Cash Flows (Unaudited)    3

    Notes to Condensed Consolidated Financial Statements (Unaudited)    4

Schedule:

    Schedule 1: Total Disbursements by Filed Legal Entity    9

NOTE:    THIS REPORT CONTAINS FINANCIAL STATEMENTS THAT ARE PRELIMINARY AND DO NOT REFLECT ALL YEAR-END ADJUSTMENTS, INCLUDING ADJUSTMENTS TO INVENTORY RELATED TO LIFO INVENTORY VALUATION, ADJUSTMENTS TO PROPERTY, PLANT AND EQUIPMENT RELATED TO COMPLETION OF IMPAIRMENT ANALYSES, AND OTHERS ADJUSTMENTS THAT MAY HAVE A MATERIAL IMPACT ON THE FINANCIAL STATEMENTS.

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**

**CONDENSED CONSOLIDATED BALANCE SHEET (UNAUDITED)**

| Amounts in thousands | | July 26, 2006 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ | 194,364 |
| Marketable securities | | 14,355 |
| Trade and other receivables, less allowance for doubtful accounts of $9,537 | | 146,647 |
| Insurance claims receivable | | 36,805 |
| Income tax receivable | | 30,382 |
| Merchandise inventories, less LIFO reserve of $152,960 | | 471,193 |
| Prepaid expenses and other current assets | | 36,481 |
| Assets held for sale | | 37,436 |
| Total current assets | | 967,663 |
| Property, plant and equipment, net | | 493,455 |
| Other assets, net | | 91,278 |
| Total assets | $ | 1,552,396 |
| **LIABILITIES AND SHAREHOLDERS' DEFICIT** | | |
| Current liabilities: | | |
| Current borrowings under DIP Credit Facility | $ | 40,265 |
| Current portion of long-term debt | | 234 |
| Current obligations under capital leases | | 3,639 |
| Accounts payable | | 211,308 |
| Reserve for self-insurance liabilities | | 75,790 |
| Accrued wages and salaries | | 83,250 |
| Accrued rent | | 45,398 |
| Accrued expenses | | 92,751 |
| Liabilities related to assets held for sale | | 7,672 |
| Total current liabilities | | 560,307 |
| Reserve for self-insurance liabilities | | 151,326 |
| Long-term debt | | 144 |
| Obligations under capital leases | | 5,120 |
| Other liabilities | | 23,753 |
| Total liabilities not subject to compromise | | 740,650 |
| Liabilities subject to compromise | | 1,110,768 |
| Total liabilities | | 1,851,418 |
| Shareholders' deficit: | | |
| Common stock | | 141,858 |
| Additional paid-in-capital | | 35,434 |
| Accumulated deficit | | (455,705) |
| Accumulated other comprehensive loss | | (20,609) |
| Total shareholders' deficit | | (299,022) |
| Total liabilities and shareholders' deficit | $ | 1,552,396 |

*See accompanying notes to condensed consolidated financial statements (unaudited).*

1

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**

**CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS (UNAUDITED)**

| Amounts in thousands | | Four weeks ended July 26, 2006 |
|---|---|---|
| Net sales | $ | 551,288 |
| Cost of sales, including warehouse and delivery expenses | | 405,633 |
| Gross profit on sales | | 145,655 |
| Other operating and administrative expenses | | 157,369 |
| Restructuring loss | | 51 |
| Operating loss | | (11,765) |
| Interest expense, net | | 727 |
| Loss before reorganization items and income taxes | | (12,492) |
| Reorganization items, net expense | | 1,022 |
| Income tax expense | | - |
| Net loss from continuing operations | | (13,514) |
| Discontinued operations: | | |
| Loss from discontinued operations | | (250) |
| Loss on disposal of discontinued operations | | (667) |
| Income tax expense | | - |
| Net loss from discontinued operations | | (917) |
| Net loss | $ | (14,431) |

*See accompanying notes to condensed consolidated financial statements (unaudited).*

2

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**

**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS (UNAUDITED)**

| Amounts in thousands | | Four weeks ended July 26, 2006 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Net loss | $ | (14,431) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Gain on sales of assets, net | | (136) |
| Reorganization items, net | | 1,022 |
| Depreciation and amortization | | 7,509 |
| Stock compensation plans | | 560 |
| Change in operating assets and liabilities: | | |
| Trade and other receivables | | 12,324 |
| Merchandise inventories | | 9,271 |
| Prepaid expenses and other current assets | | (920) |
| Accounts payable | | (28,683) |
| Reserve for self-insurance liabilities | | 1,077 |
| Lease liability on closed facilities | | (2,686) |
| Income taxes receivable | | 81 |
| Defined benefit plan | | (84) |
| Other accrued expenses | | 10,841 |
| Net cash used in operating activities before reorganization items | | (4,255) |
| Cash effect of reorganization items | | (1,057) |
| Net cash used in operating activities | | (5,312) |
| | | |
| **Cash flows from investing activities:** | | |
| Purchases of property, plant and equipment | | (2,933) |
| Decrease in investments and other assets | | 6,207 |
| Proceeds from sales of assets | | 3,763 |
| Purchases of marketable securities | | (538) |
| Sales of marketable securities | | 519 |
| Other | | (6) |
| Net cash provided by investing activities | | 7,012 |
| | | |
| **Cash flows from financing activities:** | | |
| Gross borrowings on DIP Credit Facility | | 1,618 |
| Gross payments on DIP Credit Facility | | (1,353) |
| Principal payments on capital lease obligations | | (129) |
| Principal payments on long-term debt | | (18) |
| Other | | 60 |
| Net cash provided by financing activities | | 178 |
| | | |
| Increase in cash and cash equivalents | | 1,878 |
| Cash and cash equivalents classified as Assets held for sale | | 4,975 |
| Cash and cash equivalents at beginning of period | | 187,511 |
| Cash and cash equivalents at end of period | $ | 194,364 |

*See accompanying notes to condensed consolidated financial statements (unaudited).*

3

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**
**Dollar amounts in thousands except per share data, unless otherwise stated**

1.    **Background and Basis of Presentation:** Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries (collectively, the "Company") operate as a major food retailer in five states in the southeastern United States and The Bahamas. On February 21, 2005 (the "Petition Date"), Winn-Dixie and 23 of its subsidiaries (collectively, the "Debtors") filed voluntary petitions for reorganization under Chapter 11 of the federal bankruptcy laws ("Chapter 11" or "Bankruptcy Code") in the United States Bankruptcy Court. The filing did not include the Company's operations in The Bahamas. The cases are being jointly administered by the United States Bankruptcy Court for the Middle District of Florida (the "Court") under the caption "In re: Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1."

The financial statements of the Debtors were presented on a combined basis, which is consistent with consolidated financial statements. Solely for the purposes of this monthly operating report ("MOR"), the accounts of Winn-Dixie and its subsidiaries are included in the accompanying unaudited condensed consolidated financial statements including the subsidiaries that did not file petitions under Chapter 11 of the Bankruptcy Code, W-D Bahamas Ltd. (and its direct and indirect subsidiaries) and WIN General Insurance, Inc. (the "Non-Filing Entities"). As of and for the four-week period ended July 26, 2006, the Non-Filing Entities were not significant to the consolidated results of operations, financial position or cash flows of the Debtors. All significant intercompany transactions and accounts were eliminated in consolidation. The Company's reporting cycle is on a fiscal period basis, each comprised of four weeks.

The information in this MOR was prepared on a "going concern" basis, which assumes that the Company will continue in operation for the foreseeable future and will realize its assets and discharge its liabilities in the ordinary course of business. Due to the Chapter 11 filings, such realization of assets and liquidation of liabilities are subject to a significant number of uncertainties. Specifically, the Condensed Consolidated Financial Statements do not include all necessary adjustments to present: (a) the realizable value of assets on a liquidation basis or the availability of such assets to satisfy liabilities (b) the amount that will ultimately be paid to settle allowed liabilities and contingencies or (c) the effect of any changes that may be made in connection with the Company's capitalization or operations as a result of a confirmed plan of reorganization.

In accordance with Statement of Position 90-7 ("SOP 90-7") "Financial Reporting by Entities in Reorganization under the Bankruptcy Code," pre-petition liabilities subject to compromise are segregated in the unaudited consolidated balance sheet and classified as liabilities subject to compromise, at management's estimate of the amount of allowable claims. Revenues, expenses, realized gains and losses, and provisions for losses that result from the reorganization are reported separately as reorganization items in the unaudited consolidated statement of operations. Net cash used for reorganization items is disclosed separately in the unaudited consolidated statement of cash flows.

These unaudited condensed consolidated financial statements are not intended to present fairly the financial position of the Company as of July 26, 2006, or the results of its operations or its

4

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**
**Dollar amounts in thousands except per share data, unless otherwise stated**

cash flows for the four weeks then ended in conformity with generally accepted accounting principles ("GAAP"), because they do not include all of the information and footnote disclosures required by GAAP for complete financial statements. In addition, due to the timing of the year-end closing process, these financial statements do not contain all year-end adjustments, including adjustments to inventory that are likely to occur upon completion of the LIFO inventory analysis and adjustments to property, plant and equipment upon completion of the year-end impairment review. These adjustments may have a material effect on the financial statements. In the opinion of management, all disclosures necessary for an informative presentation are included herein. The information contained in this MOR (1) has not been audited or reviewed by independent accountants, (2) is limited to the time period indicated and (3) is not intended to reconcile to the consolidated financial statements filed or to be filed by Winn-Dixie Stores, Inc. with the SEC on Forms 10-K and 10-Q.

Preparation of the MOR requires management to make estimates and assumptions about future events that affect the reported amounts of assets, liabilities, revenues and expenses and disclosure of contingent assets and liabilities. The Company cannot determine future events and their effects with certainty, particularly while the Chapter 11 cases are proceeding. Therefore, the determination of estimates requires the exercise of judgment based on various assumptions, and other factors such as historical experience, current and expected economic conditions, and in some cases, actuarial calculations. The Company constantly reviews these significant factors and makes adjustments when appropriate.

The consolidated statement of operations and cash flows for any interim period are not necessarily indicative of the results that may be expected for a full quarter, full year, or any future interim period. While every effort has been made to assure the accuracy and completeness of this MOR, errors or omissions may have inadvertently occurred and the Debtors reserve the right to amend the MOR as necessary. In particular, the Company is in the process of reconciling its pre-petition and post-petition liabilities, and such amounts are subject to reclassification and/or adjustment in the future. Additionally, as noted above, several year-end entries have not yet been recorded, which may have a material effect on the financial statements.

For the reasons discussed above, the Company cautions readers not to place undue reliance upon information contained in the MOR. For further information, refer to the consolidated financial statements and footnotes thereto included in the Annual Report on Form 10-K for the fiscal year ended June 29, 2005, the Quarterly Reports on Form 10-Q for the fiscal quarters ended September 21, 2005, January 11, 2006 and April 5, 2006 and other filings with the SEC.

2.    **Proceedings Under Chapter 11 of the Bankruptcy Code:** The Company currently operates the business as debtors-in-possession pursuant to the Bankruptcy Code. As debtors-in-possession, it is authorized to continue to operate as an ongoing business, but may not engage in transactions outside the ordinary course of business without the approval of the Court, after notice and an opportunity for a hearing. Under the Bankruptcy Code, actions to collect pre-petition

5

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**
**Dollar amounts in thousands except per share data, unless otherwise stated**

indebtedness, as well as most other pending litigation, are stayed and other contractual obligations against the Debtors generally may not be enforced.

On August 2, 2006, the Company filed an amended proposed plan of reorganization (the "Plan of Reorganization") and related amended disclosure statement ("Disclosure Statement") with the Court. On August 4, 2006, the Court approved the Disclosure Statement. The Disclosure Statement and related documents were mailed on or about August 9, 2006 to all holders of claims as of August 1, 2006 that are entitled to vote on the Plan; the voting period ends September 25, 2006. The Company intends to seek Court confirmation of the Plan at a hearing scheduled for October 13, 2006 and anticipates that it will emerge from Chapter 11 by late October 2006.

Key elements of the Plan of Reorganization include: substantive consolidation of the Debtors for purposes of the Plan and distributions under the Plan of Reorganization; payment in full of administrative and priority claims; reinstatement of or payment of secured claims; distribution of the common stock of the reorganized company to unsecured creditors, in varying amounts; cash payments of certain de minimis claims; and cancellation of all existing shares of the Company's common stock.

For further information, refer to the Plan of Reorganization and Disclosure Statement included as Exhibits 2.1 and 99.1, respectively, to the Current Report on Form 8-K filed August 4, 2006.

Under the priority scheme established by the Bankruptcy Code, generally post-petition liabilities and pre-petition liabilities must be satisfied before shareholders are entitled to receive any distribution. As noted above, the Plan of Reorganization proposes no recovery for shareholders. Although the Plan of Reorganization provides estimated recoveries for unsecured creditors, the amount of any actual recoveries will not be determined until confirmation and implementation of a plan of reorganization. No assurance be given as to what recoveries, if any, will be assigned in the bankruptcy proceedings to unsecured creditors. The Plan of Reorganization proposes that holders of the Company's unsecured debt will receive less, and potentially substantially less, than payment in full for their claims. For the foregoing reasons, the value of the Company's common stock and unsecured debt is highly speculative.

3.    **DIP Credit Facility:** Subsequent to the Petition Date, the Court authorized Winn-Dixie Stores, Inc. and five specified debtor subsidiaries to enter into the DIP Credit Facility for payment of permitted pre-petition claims, working capital needs, letters of credit and other general corporate purposes. The obligations under the DIP Credit Facility are guaranteed by all of the Debtors and are secured by a lien on assets of the Debtors, which lien has senior priority with respect to substantially all such assets and by a super-priority administrative expense claim in each of the Chapter 11 cases. The $800.0 million DIP Credit Facility is a revolving credit facility that includes a $300.0 million letter of credit sub-facility and a $40.0 million term loan. This MOR contains only a general description of the terms of the DIP Credit Facility and is qualified in its entirety by reference to the full DIP Credit Facility (filed as Exhibit 10.2 to the Current Report

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**
**Dollar amounts in thousands except per share data, unless otherwise stated**

on Form 8-K filed February 24, 2005), the first amendment, dated March 31, 2005 (filed as Exhibit 10.4 to the Quarterly Report on Form 10-Q for the quarter ended April 6, 2005), the second amendment, dated July 29, 2005 (filed as Exhibit 10.1 to the Current Report on Form 8-K filed on August 9, 2005), the third amendment, dated January 31, 2006 (filed as Exhibit 10.1 to the Current Report on Form 8-K filed on February 6, 2006); the fourth amendment, dated March 17, 2006 (filed as Exhibit 10.1 to the Quarterly Report on Form 10-Q for the quarter ended April 5, 2006); and the fifth amendment, dated August 1, 2006 (filed as Exhibit 10.1 to the Current Report on Form 8-K filed on August 4, 2006). The following capitalized terms have specific meanings as defined in the DIP Credit Facility, as amended: Agent, Borrowing Base, Reserves, Excess Availability and EBITDA.

At the Company's option, interest on the revolving and term loans under the DIP Credit Facility is based on LIBOR or the bank's prime rate plus an applicable margin. The applicable margin varies based upon the underlying rate and the amount drawn on the facility in relation to the underlying collateral. In addition, there is an unused line fee of 0.375%, a sub-facility letter of credit fee of 1.0%, a standby letter of credit fee of 1.75%, and a letter of credit fronting fee of 0.25%. The DIP Credit Facility contains various representations, warranties and covenants of the Debtors that are customary for such financings, including among others, reporting requirements and financial covenants. The financial covenants include tests of cash receipts, cash disbursements and inventory levels as compared with the rolling 12-week cash forecast provided to the bank group, and EBITDA and capital expenditures tests as compared to monthly projections. At all times, Excess Availability is not permitted to fall below $100.0 million, effectively reducing borrowing availability. As of July 26, 2006, the Company was in compliance with these covenants. Borrowing availability was $126.4 million, as summarized below:

|  | July 26, 2006 |
|---|---|
| Lesser of Borrowing Base or DIP Credit Facility capacity (net of Reserves of $264,942, including $240,475 related to outstanding letters of credit) | $ 266,669 |
| Outstanding borrowings | (40,265) |
| Excess Availability | 226,404 |
| Limitation on Excess Availability | (100,000) |
| Borrowing availability | $ 126,404 |

As shown in the table above, availability under the DIP Credit Facility is determined net of Reserves, which are subject to revision by the Agent under the DIP Credit Facility to reflect events or circumstances that adversely affect the value of the Borrowing Base assets. Accordingly, a determination by the Agent to increase Reserves would reduce availability.

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**
**Dollar amounts in thousands except per share data, unless otherwise stated**

4.  **Assets and liabilities classified as held for sale:**  On May 18, 2006, the Company received Court approval to sell its 78% ownership interest in Bahamas Supermarkets Limited, which owns twelve stores and a distribution center in The Bahamas.  Assets and liabilities of Bahamas Supermarkets Ltd. have been reclassified to Assets held for sale and Liabilities related to assets held for sale, respectively.

5.  **Significant Accounting Policies:** The significant accounting policies are consistent with those listed in the Company's Annual Report on Form 10-K for the fiscal year ended June 29, 2005 and Quarterly Reports on Forms 10-Q for the fiscal quarters ended September 21, 2005, January 11, 2006 and April 5, 2006.

6.  **Reorganization items, net:** Reorganization items, net, represents amounts incurred as a direct result of the Chapter 11 filings and was comprised of the following:

| | Four weeks ended July 26, 2006 |
|---|---:|
| Professional fees | $ 3,101 |
| Lease rejections | (1,522) |
| Employee costs | 159 |
| Other | (716) |
| Reorganization items, net | $ 1,022 |

7.  **Income taxes:** The Company has established a valuation allowance for substantially all of its deferred tax assets since, after considering the information available, it was determined that it was more likely than not that the deferred tax assets would not be realized. Earnings or losses will not be tax-effected until such time as the realization of future tax benefits can be reasonably assured.  Accordingly, the Company has not recorded any tax benefit or expense during the four weeks ended July 26, 2006.

**WINN-DIXIE STORES, INC., et al.**
**CASE NO. 05-03817-3F1**
**JOINTLY ADMINISTERED**

**Schedule 1: Total Disbursements by Filed Legal Entity for the four weeks ended July 26, 2006 (Unaudited)**
Amounts in thousands

| Legal Entity | Case No. | Disbursements |
|---|---|---|
| Winn-Dixie Stores, Inc. | 05-03817 | $       368,801 |
| Dixie Stores, Inc. | 05-03818 | - |
| Table Supply Food Stores Co., Inc. | 05-03819 | - |
| Astor Products, Inc. | 05-03820 | - |
| Crackin' Good, Inc. | 05-03821 | - |
| Deep South Distributors, Inc. | 05-03822 | - |
| Deep South Products, Inc. | 05-03823 | 3,235 |
| Dixie Darling Bakers, Inc. | 05-03824 | - |
| Dixie-Home Stores, Inc. | 05-03825 | - |
| Dixie Packers, Inc. | 05-03826 | - |
| Dixie Spirits, Inc. | 05-03827 | 119 |
| Economy Wholesale Distributors, Inc. | 05-03828 | - |
| Foodway Stores, Inc. | 05-03829 | - |
| Kwik Chek Supermarkets, Inc. | 05-03830 | - |
| Sunbelt Products, Inc. | 05-03831 | - |
| Sundown Sales, Inc. | 05-03832 | - |
| Superior Food Company | 05-03833 | - |
| WD Brand Prestige Steaks, Inc. | 05-03834 | - |
| Winn-Dixie Handyman, Inc. | 05-03835 | - |
| Winn-Dixie Logistics, Inc. | 05-03836 | 13,504 |
| Winn-Dixie Montgomery, Inc. | 05-03837 | 40,864 |
| Winn-Dixie Procurement, Inc. | 05-03838 | 246,145 |
| Winn-Dixie Raleigh, Inc. | 05-03839 | 4,409 |
| Winn-Dixie Supermarkets, Inc. | 05-03840 | 237 |
| **Total Disbursements** | | **$       677,314** |

The obligations of Winn-Dixie Stores, Inc. and its affiliated debtors are paid by and through Winn-Dixie Stores, Inc. notwithstanding the fact that certain obligations may technically be obligations of one or more of the affiliated debtors. Every effort has been made to accurately represent the disbursements made on behalf of each affiliated debtor.

9