UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | )<br>) Case No. 05-03817-3F1<br>) Chapter 11<br>) Jointly Administered<br>) |
| WINN-DIXIE STORES, INC., *et al.*, | |
| Debtors. | |

**UNOPPOSED MOTION FOR WAIVER OF REQUIREMENT TO
DESIGNATE LOCAL COUNSEL PURSUANT TO
LOCAL BANKRUPTCY RULE 2090-1**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Morrison & Foerster LLP, ("M&F"), counsel for Merrill Lynch LP Holdings, Inc. ("ML Holdings"), a creditor and party in interest in the above-captioned bankruptcy case, files this Motion for Waiver of Requirement to Designate Local Counsel (the "Motion"). In support thereof, M&F respectfully states as follows:

1.   On February 21, 2005, Winn-Dixie Stores, Inc., *et al.* (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.   Pursuant to Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Local Bankruptcy Rule 2090-1(c) provides that this Court may waive such designation for good cause shown.

3.   The matters pertaining to ML Holdings in these jointly-administered Chapter 11

dc-460089

cases are limited to the defense of lease rejection and guaranty claims.

4. Further, M&F's closest offices are located in Washington, D.C. and New York, N.Y., approximately two hours away from the Court by plane.

5. The undersigned has conferred with counsel for the Debtors regarding the relief sought by this Motion. Counsel for the Debtors has stated that the Debtors are unopposed to the entry of an Order granting the relief sought herein.

6. Based on the foregoing, ML Holdings requests that this Court grant M&F leave to represent ML Holdings without the necessity of designating local counsel.

WHEREFORE, M&F respectfully requests that this Court enter an Order authorizing M&F to represent ML Holdings without designating local counsel and granting M&F such other and further relief to which it may be entitled.

Dated: August 15, 2006.

                MORRISON & FOERSTER LLP

                */s/ Alexandra Steinberg Barrage*
                **MORRISON & FOERSTER LLP**

                By: /s/ Larren M. Nashelsky
                Larren M. Nashelsky

                MORRISON & FOERSTER LLP
                1290 Avenue of the Americas
                New York, NY  10104
                (212) 468-8000

                Alexandra Steinberg Barrage

                MORRISON & FOERSTER LLP
                2000 Pennsylvania Avenue, NW
                Suite 5500
                Washington, DC  22209
                (202) 887-1500

                Attorneys for Merrill Lynch LP Holdings, Inc.

dc-460089

**CERTIFICATE OF SERVICE**

  I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and/or first class mail, postage prepaid, as reflected on the parties listed below on August 15, 2006.


Adam Ravin, Esq.
D.J. Baker, Esq.
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036

United States Trustee – JAX
135 w. Central Blvd., Suite 620
Orlando, FL 32801

Dennis F. Dunne, Esq.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson, Esq.
SMITH, HULSEY & BUSEY
1800 Wachovia Tower
225 Water Street
Jacksonville, FL 32202


             */s/ Alexandra Steinberg Barrage*

dc-460089