Aug. 2, 2006

Case No. 05-03817-3F1
Claim Amount - $25,000.00

FILED
JACKSONVILLE, FLORIDA
AUG 16 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dear Logan and Co.,

On your claim that I did not file my claim on time, you are wrong. I filed 3 times on this claim and all of them was done in the time allowed. Do you think that I would mess up my claim over such a little thing when I have been fighting this for 3 years. Besides my claim is for $25,000.00 not $10,000.00. This letter is to tell you I have done everything ask of me over this claim of mine against Winn-Dixie. Now, you can go ahead and do the right thing by me and settle this. Thank you,

Ray S. Sizemore

P.S. - I have been working with a claims ajuster for Winn-Dixie and I have done all that she has ask me to do. She knows all the ends and outs of this claim. Now, I think its time you settle this.
(over)

I told Mrs. Knight that I did not want a lawyer involved in this but if I have to get one, Winn-Dixie will be paying more than $25,000.00 on this claim by the time I get the necessary medical treatment for myself which might include back surgery and knee surgery. So please less get this settled.

Thank you.

LAW OFFICES
# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

| | | | |
|---|---|---|---|
| CHARLES A. BEARD | JOHN F. MacLENNAN | | LLOYD SMITH |
| JAMES A. BOLLING | RAYMOND R. MAGLEY | | (1915-1987) |
| BEAU BOWIN | E. OWEN McCULLER, JR. | | MARK HULSEY |
| DAVID D. BURNS | ERIC N. McKAY | F I L E D | JOHN E. THRASHER |
| STEPHEN D. BUSEY | MATTHEW P. McLAUCHLIN | JACKSONVILLE, FLORIDA | OF COUNSEL |
| CHARMAINE T. M. CHIU | BERT J. MILLIS | | |
| ERIC W. ENSMINGER | STEPHEN D. MOORE, JR. | | TELEPHONE |
| J. RICE FERRELLE, JR. | RAYMOND M. O'STEEN, JR. | AUG 1 6 2006 | 904-359-7700 |
| EARL E. GOOGE, JR. | JAMES H. POST | | FACSIMILE |
| MICHAEL H. HARMON | LEANNE McKNIGHT PRENDERGAST | | 904-359-7708 |
| JEANNE E. HELTON | BRYAN L. PUTNAL | | 904-353-9908 |
| DAVID J. HULL | E. LANNY RUSSELL | CLERK, U.S. BANKRUPTCY COURT | |
| CYNTHIA C. JACKSON | ELIZABETH M. SCHULE | MIDDLE DISTRICT OF FLORIDA | |
| SCOTT B. KALIL | JOEL SETTEMBRINI, JR. | | |
| CHARLES H. KELLER | TIM E. SLEETH | | |
| G. PRESTON KEYES | JOHN R. SMITH, JR. | | |
| RICHARD E. KLEIN | LEE D. WEDEKIND, III | | |
| WILLIAM E. KUNTZ | HARRY M. WILSON, III | | |
| LAUREN PARSONS LANGHAM | ALLAN E. WULBERN | | |
| M. RICHARD LEWIS, JR. | | | |

August 9, 2006

Ray S. Sizemore
6537 Sutherland Avenue
New Port Richey, Florida 34653

    Re:    In re Winn-Dixie Stores, Inc., et al., United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Case No. 05-3817-3F1

Dear Mr. Sizemore:

We are in receipt of your letter dated August 2, 2006. As indicated in the Notice of Hearing provided to you, any responses must be filed with the **Clerk of Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202** on or before August 14, 2006.

                                          Very truly yours,

                                          Kimberly S. Ward
                                          Legal Assistant

KSW/st/00539988

*Letter was sent to wrong address.*