# Clayton County
# Tax Commissioners Office



**TERRY L. BASKIN**
TAX COMMISSIONER

ADMINISTRATION, ANNEX 3 - 2nd Floor
121 SOUTH McDONOUGH STREET
JONESBORO, GEORGIA 30236-3694
PHONE: (770) 477-3311
FAX: (770) 477-3326

**JAMES P. GRANT**
CHIEF DEPUTY
TAX COMMISSIONER

---

August 10, 2006

Clerk of the Court
United States Bankruptcy Court
Middle District of Flordia, Jacksonville Division
300 North Hogan Street Suite 3-350
Jacksonville, Florida  32202

**F I L E D**
JACKSONVILLE, FLORIDA

**AUG 1 6 2006**

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Reference:   WINN-DIXIE STORES, INC., et al.,
Case No. 05-03817-3F1
Jointly Administered
Chapter 11 Bankruptcy

### RESPONSE TO THE ORDER ON DEBTORS' ( I ) THIRD OMNIBUS OBJECTION TO TAX CLAIMS AND ( II ) MOTION REQUESTING DETERMINATION OF TAX VALUES AND LIABILITIES

Now comes the Clayton County Tax Commissioner and files this objection to the above stated order.  Our tax bills ( 075030, 785117, 785118, 785119 ) were submitted with the current millrate, which Clayton County is levied by the Governing Board and is billed by this office according to Georgia Tax Law.

We would ask for the entire claim to be accepted in the full amount ($106,598.41) as under Georgia Law annotated in 48-2-56(a) states, in part, "all tax liens shall cover all property in which the taxpayer has any interest from the date the lien arises until such taxes are paid."  The section goes further to say, "liens for any ad valorem taxes shall cover the property of taxpayers liable to tax."  O.C.G.A. 48-2-56(d)(1).  "The state's lien for taxes attached to the property from the time fixed by law for valuation of the same in each year until such taxes were paid."

Our claim was filed May 5, 2005 in a timely manner as a priority tax claim.

Respectfully submitted,

James P. Grant
Chief Deputy Tax Commissioner
Clayton County, Georgia

Page 2

Clerk of the Court
August 10, 2006

This is to certify that a copy of the foregoing has been mailed to:

cc     SMITH HULSEY & BUSEY
       LAW OFFICES
       1800 Water Street
       Post Office Box 53315
       Jacksonville, Florida  32201-3315