UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                    Chapter 11
                    Debtors.                   )        Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Barbara Balseiro  (Claim No. 8448) [Docket No. 9901] was furnished by mail on August

14, 2006 to Barbara Balseiro c/o Eric L. Berger, Esq., Law Offices of Koppel and Bates,

807 South University Drive, Suite 100, Plantation, Florida 33324.

Dated:  August 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP


By  ___*s/ D. J. Baker*___               By  ___*s/  James H. Post*___
        D. J. Baker                                    Stephen D. Busey
        Sally McDonald Henry                   James H. Post (FBN 175460)
        Rosalie Gray                                  Cynthia C. Jackson

Four Times Square                              225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                                   (904) 359-7700
(917) 777-2150 (facsimile)                  (904) 359-7708 (facsimile)
djbaker@skadden.com                         jpost@smithhulsey.com

Co-Counsel for Debtors                        Co-Counsel for Debtors
00520151.DOC