UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Rose Barkley  (Claim No. 7474) [Docket No. 9958] was furnished by mail on August 14,

2006 to Rose Barkley c/o Melvin Luntz, Esq., Luntz & Luntz, P.A., 10 Fairway Drive,

Suite 104, 1st Floor, Deerfield Beach, Florida 33441.

Dated:  August 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     *s/ D. J. Baker*                              By          *s/  James H. Post*
      D. J. Baker                                            Stephen D. Busey
      Sally McDonald Henry                        James H. Post (FBN 175460)
      Rosalie Gray                                          Cynthia C. Jackson

Four Times Square                                 225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                                        (904) 359-7700
(917) 777-2150 (facsimile)                     (904) 359-7708 (facsimile)
djbaker@skadden.com                            jpost@smithhulsey.com


Co-Counsel for Debtors                          Co-Counsel for Debtors
00520151.DOC