IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,

Debtors.

ROY BROWN,

Claimant/Movant,

v.

WINN-DIXIE STORES, INC., et al.,

Debtor.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

CONTESTED MATTER

## CLAIMANT'S RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

COMES NOW, Roy Brown (hereinafter "Movant"), claimant in the above-referenced Bankruptcy Case, by and through his counsel of record, and files this response to the Debtor's Omnibus Objection to Unresolved Litigation Claims and all other matters of record and in support thereof, respectfully shows ths court as follows:

1.

Movant shows that on or about March 13, 2004, he entered premises owned by Winn-Dixie Stores, Inc., situated in the Telfair Plaza in McRae, Georgia and operated as a retail grocery store, for the purpose of purchasing grocery items.

2.

Movant slipped on a foreign substance located on defendant's floor, and fell in such a manner as to suffer injury to his back and knees to the point that plaintiff has had to seek medical

treatment for such injuries on numerous occasions since the accident occurred.

3.

Movant filed suit against debtor on November 19, 2004 and debtor was served on December 1, 2004. Copies of the complaint and return of service are hereto attached as Exhibit A.

4.

Debtor filed for Chapter 11 Bankruptcy in the United States Bankruptcy Court on February 21, 2005 after having received notice of the lawsuit.

5.

At the time of Debtor's filing, movant was still seeking treatment for the injuries that he sustained during the fall at debtor's premises. Copies of movant's medical records are hereto attached as Exhibit B.

6.

Movant has suffered and will suffer pain and suffering, both physical and mental, resulting in loss of income, past and future, medical expense, past and future, due to the negligence of Debtor's employees.

WHEREFORE, Movant respectfully requests that Debtor's objection be dismissed; that Movant's *Proof of Claim* be amended allowed; and that Movant be granted judgment in the amount of seventy-five thousand and 00/100 dollars ($75,000.00) and such other and further relief as the court deems proper.

This 11th day of August, 2006.

LAW OFFICES OF JOHN T. CROLEY, JR.

_/s/ Toni Sawyer_
TONI SAWYER
State Bar Number: 346721
Attorney For: Movant

Post Office Box 690
Fitzgerald, Georgia 31750
Tel.: (229) 423-6608
Fax: (229) 424-0070

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | : | Chapter 11 |
| Debtors. | : | Jointly Administered |
| ROY BROWN, | : | |
| Claimant/Movant, | : | |
| v. | : | CONTESTED MATTER |
| WINN-DIXIE STORES, INC., et al., | : | |
| Debtor. | : | |

## *CERTIFICATE OF SERVICE*

This is to certify that I this day served a true and correct copy of the within and foregoing *Claimant's Response to Debtors' Omnibus Objection to Unresolved Litigation Claims* upon Debtors' attorneys by electronic filing and depositing said copy in the United States Mail with adequate postage affixed thereon to insure delivery and properly addressed as follows:

Smith, Hulsey & busey
Attn: Tana Copeland
225 Water Street, Suite 1800
Jacksonville, Florida 32202

This 11th day of August, 2006.

LAW OFFICES OF JOHN T. CROLEY, JR.

TONI SAWYER
State Bar Number: 346721
Attorney For: Movant

Post Office Box 690
Fitzgerald, Georgia 31750
Tel.: (229) 423-6608
Fax: (229) 424-0070

IN THE SUPERIOR COURT OF TELFAIR COUNTY
STATE OF GEORGIA

ROY BROWN, :

    Plaintiff :

v. : CIVIL ACTION NO.: _____

WINN-DIXIE STORES, INC., :

    Defendant :

## *COMPLAINT FOR DAMAGES*

NOW COMES the plaintiff and for his cause of action against the defendant shows the court the following facts, to-wit:

1.

The defendant Winn-Dixie Stores, Inc. is corporation licensed to transact business in the State of Georgia and operates a retail grocery store in McRae, Telfair County, Georgia; this complaint is a claim which resulted from an incident that occurred upon these premises; plaintiff is a resident of Telfair County, Georgia; and the said Winn-Dixie Stores, Inc. is, therefore, subject to the jurisdiction and venue of this court.

2.

The said defendant Winn-Dixie Stores, Inc. may be served by serving its registered agent, Corporation Service System, at the registered office of said company, 40 Technology Parkway South, #300, Norcross, Gwinnett County, Georgia.

3.

Plaintiff shows that on or about March 13, 2004, plaintiff entered premises owned by Winn-Dixie Stores, Inc., situated in the Telfair Plaza in McRae, Georgia and operated as a retail grocery

Exhibit A

store, for the purpose of purchasing grocery items.

4.

Plaintiff further shows he entered the premises of defendant's retail grocery store as an invitee and defendant owed to plaintiff the duty of ordinary care in keeping the premises and approaches safe and protecting plaintiff from unreasonable risks of which defendant had superior knowledge.

5.

As plaintiff proceeded to shop for grocery items, he slipped on a foreign substance, located on defendant's floor, and fell in such a manner as to suffer injury to his back and knees to the point that plaintiff has had to seek medical treatment for such injuries on numerous occasions since the accident occurred.

6.

The sole proximate cause of plaintiff's accident was the negligence of defendant's employees in failing to keep the premises and approaches safe and failing to protect plaintiff from unreasonable risks unknown to plaintiff, unmixed with any negligence on the part of the plaintiff.

7.

As a result of the accident, the plaintiff has suffered and will suffer pain and suffering, both physical and mental, resulting in loss of income, past and future, and medical expense, past and future, due to the negligence of the employees of the defendant aforesaid.

8.

Plaintiff shows that he is entitled to recover of the defendant in the sum of seventy-five thousand dollars ($75,000) plus all costs of this action.

WHEREFORE, plaintiff prays that he have and recover of the defendant the sum of seventy-five thousand dollars ($75,000) plus all costs of this action.

This 17th day of November, 2004.

                                                                             LAW OFFICES OF JOHN T. CROLEY, JR.

                                                                             TONI SAWYER  
                                                                             State Bar Number: 346721  
                                                                             Attorney For: Plaintiff Roy Brown

Post Office Box 690  
Fitzgerald, Georgia 31750  
Tel.: (229) 423-6608  
Fax: (229) 424-0070

## *CERTIFICATE OF SERVICE*

This is to certify that I this day served a true and correct copy of the within and foregoing *Complaint for Damages* upon the opposing party by deposing said copy in the United States Mail with adequate postage affixed thereon to insure delivery and properly addressed as follows:

Corporation Service Company (registered agent)
40 Technology Parkway South, #300
Norcross, Georgia 30092

This 17th day of November, 2004.

_____
TONI SAWYER

9344

Civil Action No. **04-CV-464**

Date Filed _____

Attorney's Address
JOHN T. CROLEY, JR.
ATTORNEY AT LAW
POST OFFICE BOX 690
FITZGERALD, GEORGIA 31750

Name and Address of Party to be Served
CORPORATION SERVICE SYSTEM
(registered agent)

40 TECHNOLOGY PARKWAY SOUTH, #300

NORCROSS, GEORGIA 30092

| | |
|---|---|
| Superior Court | ☒ |
| State Court | ☐ |
| Magistrate Court | ☐ |
| Probate Court | ☐ |
| Juvenile Court | ☐ |

Georgia, **TELFAIR** COUNTY

ROY BROWN
_____ Plaintiff

VS.

WINN DIXIE STORES, INC.
_____ Defendant

_____ Garnishee

**SHERIFFS' ENTRY OF SERVICE**

**GARNISHEE** ☐
I have this day served the Garnishee _____ by leaving a copy of the within action and summons with _____.

**PERSONAL** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐
Served the defendant **WINN-DIXIE STORES, INC.** a corporation by leaving a copy of the within action and summons with _Corporation Service Company_ _Valerie Holmes_ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **2** day of **December**, **2004**
**8:41 AM**

_DKS_ _signature_
DEPUTY

**Gwinnett** COUNTY, GEORGIA

SHERIFF DOCKET _____ PAGE _____

WHITE: Clerk    CANARY: Plaintiff Attorney    PINK: Defendant or Garnishee

WPC 11-076

```
11/04/05                   Taylor Telfair Regional Hospit                       PAGE  1
10:58 Friday         PATIENT ACCOUNT DETAIL  104618   BROWN ROY                 H5ARDET

                     TELFAIR REGIONAL HOSPITAL
                     P O BOX 150
                     RT 1 HWY 341 SOUTH
                     MCRAE           GA 31055-0150
                     PHONE: 229-868-5621 TAX ID#: 582371971


PATIENT---------------------------      BILLING INFORMATION------------
 1 NUM/NAME-: 104618   BROWN ROY         16 CREDIT----:              HOSP DRG..:
 2 SEX------: M                          17 BILL------:              FINAL DRG.:
 3 BIRTH----: 11/01/1943                 18 CYCLE-----: 2
 4 DOCTOR---: 144200 MOSELEY RI          19 STAY TYPE-: 3    E/R
 5 MARITAL--: M                          20 SERVICE---: E
 6 SOC.SEC.-: 255662790                  21 INSURANCE-: CB   COMMERCIAL O/P

GUARANTOR------------------------        ADMISSION---------------------
10 NAME-----: BROWN ROY                  22 DATE------:  3/14/04
11 ADDRESS-1: 100 CENTER AVE             23 CODE------:  E
12 ADDRESS-2:
13 CITY/ST--: HELENA        GA           DISCHARGE---------------------
14 ZIP------: 31037                      25 DATE------:  3/15/04    1 DAY STAY
15 PHONE----: 2298682037                 26 CODE------:  H


                                                                        MED
  A/R     SERV   TYPE      CHG/REC
  DATE    DATE   TRAN CODE  NUMBER   QTY DESCRIPTION           CHARGE   CREDIT   NECESSARY CPT
-----------------------------------------------------------------------------------------------
03/16/04 03/14/04 CHG  46  9928301   1 ER LEVEL III             116.00                   99283
03/16/04 03/14/04 CHG  78  2700769   1 NORFLEX 60MG/2ML : AMP    56.00
03/16/04 03/14/04 CHG  78  2701197   1 TORADOL : 60MG SYRINGE    39.00
03/16/04 03/14/04 CHG  78  2700784   1 NUBAIN : 10MG/ML AMP      27.00
03/16/04 03/14/04 CHG  43  1024900   1 KN BRACE MED POST OP      88.00
03/14/04          CHG  73  7308000   1 ELBOW, 4 VIEWS            50.00                   73080
03/14/04          CHG  73  7314000   1 FINGER                    95.00                   73140
03/14/04          CHG  73  7356000   2 KNEE 1 OR 2 VIEWS        200.00                   73560
08/23/04          CHG  WO    99001   1 BAD DEBT WRITE-OFF                671.00

BAD DEBT BALANCE...........671.00       AR BALANCE.........................0.00
```

RECEIVED NOV 04 2005

Exhibit B