```
11/04/05                    Taylor Telfair Regional Hospit                          PAGE  2
10:58 Friday                PATIENT ACCOUNT DETAIL 104618   BROWN ROY                H5ARDET


                    TELFAIR REGIONAL HOSPITAL
                    P O BOX 150
                    RT 1 HWY 341 SOUTH
                    MCRAE              GA 31055-0150
                    PHONE: 229-868-5621 TAX ID#: 582371971
```

```
***************** CHARGE SUMMARY ******************
SUMMARY                                           DAYS MED-
  CODE  DESCRIPTION                AMOUNT  DAYS   NECESSARY   UNITS


  43    CENTRAL SUPPLIES NON-STERILE   88.00                  1.00
  46    EMERGENCY ROOM                116.00                  1.00
  73    RADIOLOGY                     345.00                  4.00
  78    PHARMACY                      122.00                  3.00
  WO    BAD DEBT WRITE OFF            671.00CR                1.00
                    TOTAL CHARGES............671.00
                    TOTAL ADJUSTMENTS.......-671.00
                    LESS PAYMENTS..............0.00
                    AR BALANCE.................0.00
                    BAD DEBT BALANCE........671.00
```

```
12/09/05                Taylor Telfair Regional Hospit                      PAGE  1
10:01 Friday            PATIENT ACCOUNT DETAIL 275369   BROWN ROY            H5ARDET


                       TELFAIR REGIONAL HOSPITAL
                       P O BOX 150
                       RT 1 HWY 341 SOUTH
                       MCRAE            GA 31055-0150
                       PHONE: 229-868-5621 TAX ID#: 582371971


PATIENT--------------------------        BILLING INFORMATION------------
 1 NUM/NAME-: 275369   BROWN ROY          16 CREDIT----:              HOSP DRG..:
 2 SEX------: M                           17 BILL------:              FINAL DRG.:
 3 BIRTH----: 11/01/1943                  18 CYCLE-----: 2
 4 DOCTOR---: 145700 KASIR LAIT           19 STAY TYPE-: 3   E/R
 5 MARITAL--: M                           20 SERVICE---: E
 6 SOC.SEC.-: 255662790                   21 INSURANCE-: BB  BLUE CROSS O/P 101


GUARANTOR------------------------        ADMISSION---------------------
10 NAME-----: BROWN ROY                   22 DATE------:  5/08/05
11 ADDRESS-1: 100 CENTER AVE              23 CODE------: E
12 ADDRESS-2:
13 CITY/ST--: HELENA          GA         DISCHARGE---------------------
14 ZIP------: 31037                       25 DATE------:  5/08/05     DAY STAY
15 PHONE----: 2298682037                  26 CODE------: H
```

| A/R DATE | SERV DATE | TYPE TRAN | CODE | CHG/REC NUMBER | QTY DESCRIPTION | CHARGE | CREDIT | MED NECESSARY | CPT |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/05 | | CHG | 250 | 2701149 | 1 TETNUS : INJECTION | 33.00 | | | 90703 |
| 05/08/05 | | CHG | 259 | 2702579 | 3 LIDOCAINE 1% 2ML | 24.00 | | | |
| 05/10/05 | 05/08/05 | CHG | 450 | 9928301 | 1 ER LEVEL III | 116.00 | | | 99283 |
| 05/10/05 | 05/08/05 | CHG | 270 | 1000901 | 1 STERILE SUTURING SET | 60.00 | | | |
| 05/10/05 | 05/08/05 | CHG | 270 | 1040300 | 1 KLING 4" STERILE | 5.00 | | | |
| 05/10/05 | 05/08/05 | CHG | 270 | 1034400 | 1 TELFA PADS 3X4 | 3.00 | | | |
| 06/03/05 | | PAY | | 50740 | BB  BLUE CROSS O/P 101 | | 241.00 | | |

```
                       AR BALANCE.........................................0.00
```

12/09/05                        Taylor Telfair Regional Hospit                                PAGE 2
10:01 Friday           PATIENT ACCOUNT DETAIL 275369    BROWN ROY                      H5ARDET


                       TELFAIR REGIONAL HOSPITAL
                       P O BOX 150
                       RT 1 HWY 341 SOUTH
                       MCRAE              GA 31055-0150
                       PHONE: 229-868-5621 TAX ID#: 582371971


***************** CHARGE SUMMARY ******************
SUMMARY                                            DAYS MED-
  CODE  DESCRIPTION                     AMOUNT  DAYS  NECESSARY   UNITS


  43   CENTRAL SUPPLIES NON-STERILE      68.00                    3.00
  46   EMERGENCY ROOM                   116.00                    1.00
  78   PHARMACY                          33.00                    1.00
  79   DRUGS/OTHER                       24.00                    3.00
                  TOTAL CHARGES............241.00
                  TOTAL ADJUSTMENTS..........0.00
                  LESS PAYMENTS............241.00
                  AR BALANCE.................0.00

RECEIVED DEC 0 9 2005

OY-80

# Progress notes

| | | |
|---|---|---|
| Last Name : | First Name :  /  | Allergy : |
| Brown | Roy | Codeine |
| Date : | Notes Should Be Signed By Physician | |
| 9/17/04 | | |
| Age : | Weight :  202 | |

B/P : 140/80    Temp : afibrile    Pul : 70    Resp : 18

S : Pt c knee pain
Pt need f/u injun in Winn Dixie —
Still c/o pain from 7-9/10
① Ear Strum.

O :
HEENT : Impend cerm ① Ear
C/L :
CVS :
ABD :
EXT :
c Cleand Ear
c Cortisporin II gtts AS TID
c F/U PRN.

Mark Griffis, M.D.

## Progress notes

Last Name: Brown     First Name: Roy     Allergy: Hydrocodone

*Notes Should Be Signed By Physician*

Date: 9/4/04

Age: _____     Weight: _____

B/P: 188/100   Temp: afebrile   Pul: 68   Resp: 20

S: Pt. c/o knee swelling (Rt)
Had Accident in Winn Dixie.
Knee 4 yrs ago.   Back
Knee pt 8-9/10   Back - 6-8/10

O: BP ↑↑.                          Meds: ① Naproxen 10
HEENT: Clr                               ② ASA ÷ 3d
C/L: CTA                                  ③ Atenolol 50
CVS: nl S1 S2                            ④ Advil 800
ABD:
EXT: ① Kn swelln unable to flex, ___
     Tend medially & laterally   Lat inckdom
     ② CLA ③ ___ to flexn ④① Kn

A: ① Fall injur Winn Dixie c/ Back & Knee pain
   ② HTN.
P: < Clonidine 0.1 BID.
   ( MRI
   ( Vicodin.

## Mark Griffis, M.D.

Roy Brown
100 Center Avenue
Helena, GA 31037
229-888-2037
Fall on wet floor on aisle 9
Shoes:
Hurt: right knee, left arm,
shoes: moccasins
        Kelly      assistant manager

# Progress notes

**Last Name :** / Brown

**First Name :** / Roy

**Allergy :** NKA ? Hydrocodone

Notes Should Be Signed By Physician

**Date :** / 3/20/04

**Age :** _____

**Weight :** 192

**B/P :** 169/84    **Temp :** 80    **Pul :** 80    **Resp :** ~~191~~ 20

**S :** Pt fell on wet floor in Winn Dixie in Helena, GA. Pain in lower back + both knees (R knee is worse althugh both were bruised - Pt went to ER + was x-rayed. results - ?related ligaments - also jammed R wrist/hand

**O :** BP ↑ W/the

**HEENT :** Clr

**C/L :** CTA

**CVS :** RRR R MUR

**ABD :**

**EXT :** Very tender (L) Kn    swelling (R) Kn    Pt was given meds but keeping Pt awake

Bruise to Rum & both kn    but ROM    Can't take Hydrocod

**A :** Both injur (L) kn sp    R kn inj

**P :** O2 (R) - 100    1 will see in 5 wks or get MRI    Take Aleve sm + Flexeril

## Mark Griffis, M.D.

RECEIVED DEC 1 5 2005

# Telfair Regional Hospital

OUTPATIENT AND EMERGENCY RECORD    **EMERGENCY ROOM • OUTPATIENT RECORD**

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 104618 | 2 | Brown Roy | 60 | 11/01/43 | M | | 03/14/04 | 2215 | C.7 |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 100 Center Ave | P.O. Box 1000 | Helena | Ga | 31037 | 868-2037 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 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 | Brown Marine | Wife | | SAA |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE | |
|---|---|---|---|---|
| Winn Dixie | | TIME | EVENT | ACCIDENT |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| | | | | | |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |
|---|---|---|---|
| | | | |

| MEDICAL RECORD # | PREV. SERVICE DATE | IF MINOR - PARENT NAME | E.R. PHYSICIAN | PERSONAL PHYSICIAN |
|---|---|---|---|---|
| 03191 | | | Moseley | |

| TIME: | CC/HPI: | ORDERS: | INIT. | TIME |
|---|---|---|---|---|
| | | Knee immobilizer to ℗ knee | C7 | 2305 |
| | | Norflex 60mg. Im | BM/C7 | 2315 |
| | | Toradol 60mg. Im | BM/C7 | 2315 |
| | | Nubain 10mg Im | BM/C7 | 2315 |

| AIRWAY | BREATHING | CIRCULATION | DISABILITY | | Sources: PMH |
|---|---|---|---|---|---|
| ❑ open | ❑ unlabored | Perfusion: ❑ good | Responsiveness: | ❑ Poor historian | ❑ Patient |
| ❑ provided | ❑ labored | ❑ fair | A V P U | ❑ N.N. reviewed | ❑ Family |
| ❑ none | ❑ assisted | ❑ poor | | ❑ V.S. reviewed | ❑ Records |
| | ❑ none | ❑ cpr in progress | | ❑ Old record reviewed | ❑ EMS |

| | CBC | | D-Bili | |
|---|---|---|---|---|
| | WBC | | CK tot | |
| | RBC | | Amylase | |
| | Hgb | | CA | |
| | Hct | | Mg | |
| | PLT | | ABG | |
| | Diff | | Ph | |
| | Seg | | pO2 | |
| | Bands | | pCO2 | |
| | Lymph | | HCO3 | |
| | Mono | | SaO2 | |
| | EOS | | Ser preg | |
| | PT | | UA preg | |
| | PTT | | UA ___ C&S | |
| | BMP | | WBC | |
| | CMP | | RBC | |
| | NA | | Bact | |
| | K | | SG | |
| | CL | | Ketones | |
| | CO2 | | Blood | |
| | CR | | Glucose | |
| | BUN | | Drug Screen | |
| | LFT | | B/C X | |
| | Cardiac Profile | | X-ray spine | |
| | CKMB | | C T L S | |
| | Gluc | | ABD survey | |
| | TROP I | | CXR | |
| | ETOH | | CT scan of ___ | |
| | D-Dimer | | X-ray of | |
| | Other | | Left knee DRns hrs bilat knees | |
| | | | EKG | |

**Surgical Hx:** **PMH:** **Social Hx:** **Systems Reviewed**

❑ CAD  ❑ Asthma    Smoker  Y  N    ❑ CV  ❑ RESP
❑ CHF  ❑ Cancer    ETOH  Y  N    ❑ GI  ❑ Neuro
❑ HTN  ❑ Seizures    Drugs  Y  N    ❑ GU  ❑ Eyes
❑ COPD  ❑ CVA    Contracep  Y  N    ❑ MS  ❑ Derm
❑ DM    ❑ Psych  ❑ ENT

**PE:** General Appearance:

Premilinary X-ray / EKG Findings:

| Procedures: | Conferred with: |
|---|---|
| | Recommendations: |
| | Rx's Given: |
| **E.D. Diagnosis:** | |

**Physician Signature:**

| Time Discharged: | CONDITION: | Patient Signature | Admitted to Room ___ Time ___ |
|---|---|---|---|
| 2335 | ❑ INST. SHEET GIVEN | | Report to: ___ |
| | ❑ IMPROVED  ❑ STABLE | | |
| | ❑ EXPIRED | | |

ORIGINAL MEDICAL RECORDS

## AUTHORIZATION FOR EMERGENCY TREATMENT

The undersigned has been informed of the emergency treatment considered necessary for the patient whose name appears on the reverse side hereof and that the treatment and procedures will be performed by physicians, members of the house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures.

The undersigned understands that a personal physician is to be selected by or on behalf of the patient within 24 hours if hospitalization or further treatment is required, or immediately if complications arise.

The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made to the results that may be obtained.

Date __03/14/04__   Time __2215__   A.M. / (P.M.)     Signed _____
                                                                    Patient

Witness __C7__                                         Or_____
                                                                    Authorized Person

                                                       Relationship to Patient:_____

---

> Both authorizations must be signed by the patient, or by an authorized person in the case of a minor or when patient is physically or mentally incompetent.

## *PAYMENT GUARANTEE, ASSIGNMENT OF INSURANCE BENEFITS, AND AUTHORIZATION FOR THE RELEASE OF INFORMATION.

I, the undersigned, hereby agree that I will guarantee the payment of the bill for services rendered by said hospital and physicians. I hereby authorize payment directly to said hospital and physicians for services rendered. I understand I am financially responsible to the hospital and physicians for charges not covered by said insurance. Authorization is hereby granted to release to the _____
                                          (name of insurance company or companies)
such information as may be necessary for the completion of my hospitalization claims.

DATE __03/14/04__                        SIGNED _____
                                                                    (patient)

WITNESS __C7__                           OR _____
                                                                    (nearest relative)

                                         _____
                                                                    (relationship to relative)

# Telfair Regional Hospital

OUTPATIENT AND EMERGENCY RECORD    **EMERGENCY ROOM • OUTPATIENT RECORD**

| PATIENT NUMBER 104618 | TYPE 3 | PATIENT NAME BROWN ROY | AGE 60 | BIRTHDATE 11/01/1943 | SEX M | M/S MW | DATE OF SERVICE 3/14/04 | TIME 22:15 | CLERK INIT. TEE |

| ADDRESS - LINE 1 100 CENTER AVE | ADDRESS - LINE 2 | CITY HELENA | STATE GA | ZIP CODE 31037 | TELEPHONE 229-868-2037 |

| PATIENT SSAN 255662790 | NOTIFY IN CASE OF EMERGENCY - NAME MAXINE BROWN | RELATIONSHIP SPOUSE | ADDRESS | TELEPHONE 229-868-2037 |

| INSURANCE COMPANY WINN DIXIE | CONTRACT OR GROUP NUMBER 255662790 | DATE 3/14/04 | PLACE |
| | | TIME 22:00 | EVENT FELL AT WINN DI |

| GUARANTOR NAME WINN DIXIE | GUARANTOR ADDRESS P O BOX B | CITY JACKSONVILL | STATE FL | ZIP CODE 32203 | GUAR. TELEPHONE |

| GUARANTOR EMPLOYER SELF EMPLOYED | GUARANTOR OCCUPATION LOGGER | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |

| MEDICAL RECORD # 05191 | PREV. SERVICE DATE 10/16/01 | IF MINOR - PARENT NAME | E.R. PHYSICIAN MOSELEY RI/ | PERSONAL PHYSICIAN |

TIME: | CC/HPI: | ORDERS: | INIT. | TIME

**AIRWAY**
- open
- provided
- none

**BREATHING**
- unlabored
- labored
- assisted
- none

**CIRCULATION**
Perfusion:
- good
- fair
- poor
- cpr in progress

**DISABILITY**
Responsiveness:
A V P U

- Poor historian
- N.N. reviewed
- V.S. reviewed
- Old record reviewed

**Sources: PMH**
- Patient
- Family
- Records
- EMS

Lab tests:
- CBC
- WBC
- RBC
- Hgb
- Hct
- PLT
- Diff
- Seg
- Bands
- Lymph
- Mono
- EOS
- PT
- PTT
- BMP
- CMP
- NA
- K
- CL
- CO2
- CR
- BUN
- LFT
- Cardiac Profile
- CKMB
- Gluc
- TROP I
- ETOH
- D-Dimer
- Other

- D-Bili
- CK tot
- Amylase
- CA
- Mg
- ABG
- Ph
- pO2
- pCO2
- HCO3
- SaO2
- Ser preg
- UA preg
- UA ____ C&S ____
  - WBC
  - RBC
  - Bact
  - SG
  - Ketones
  - Blood
  - Glucose
- Drug Screen
- B/C X
- X-ray spine
  - C T L S
- ABD survey
- CXR
- CT scan of _____
- X-ray of

- EKG
Premilinary X-ray / EKG Findings:

**Surgical Hx:**

**PMH:**
- CAD
- CHF
- HTN
- COPD
- DM
- Asthma
- Cancer
- Seizures
- CVA

**Social Hx:**
- Smoker  Y  N
- ETOH  Y  N
- Drugs  Y  N
- Contracep  Y  N

**Systems Reviewed**
- CV
- GI
- GU
- MS
- Psych
- RESP
- Neuro
- Eyes
- Derm
- ENT

CHIEF COMPLAINT: KNEE PAIN

PE: General Appearance:

Procedures: | Conferred with:

| Recommendations:

| Rx's Given:

E.D. Diagnosis:

Physician Signature:

Time Discharged:

CONDITION:
- INST. SHEET GIVEN
- IMPROVED    STABLE
- EXPIRED

Patient Signature

Admitted to Room _____ Time _____

Report to: _____

ORIGINAL MEDICAL RECORDS

## TELFAIR REGIONAL HOSPITAL 4618         ER

### *AUTHORIZATON FOR RELEASE OF INFORMATION*

The undersigned in consideration for the treatment to be given by Telfair Regional
Hospital to patient hereby agrees and expressly waives his/her privilege (and the
privilege of the patient being treated if other than the undersigned) to the confidentality
of medical records relating to this admission and any and all such medical treatment re-
ceived relative to such admission. The undersigned understands these medical records
may contain information concerning psychological or psychiatric impairment, drug
abuse, sickle cell anemia, alcoholism, acquired immunodeficiency syndrome, (AIDS), or
tests for infection with human immunodeficiency virus (HIV) and consents that all
records generated by his/her treatment and/or admission to the hospital (or treatment
of one for whom the undersigned has legal responsibility or authority by law or a third
party payor who may provide insurance payments to the hospital for the charges incurred
for the services rendered to the patient and also expressly authorizes the hospital to release
such records to such payor or any person or organization authorized by law to review
these records for any lawful purpose.


Do you wish to be listed in the Hospital Patient Directory ? Yes____     No____

_____
Patient

Witness_____C. 7_____          _____
                                   **Authorized Signature**
Date_____03/14/04_____
                                   _____
                                   **Relationship to Patient**


*Form Revised 8/29/03*

# TELFAIR REGIONAL HOSPITAL

104618                    E R

## CONSENT TO ROUTINE PROCEDURES & TREATMENTS

**IMPORTANT: Do not sign this form without reading and understanding its contents.**
Mark out and initial any Procedure and/or Section of this form for which consent is not granted.

A D M - 0 3 - 1 4 - 0 4          M O S E L E Y

During the course of my care and treatment, I understand that various types of tests, diagnosis or treatment procedures ("Procedures") may be necessary. These Procedures maybe performed by physicians, nurse, technicians, physician assistants or other healthcare professionals ("Healthcare Professionals").

While routinely performed without incident, there may be material risks associated with each of these Procedures. I understand that it is not possible to list every risk for every Procedure and that this form only attempts to identify the most common material risks and the alternatives (if any) associated with the Procedures. I also understand that various Healthcare Professionals may have differing opinions as to what constitutes material risks and alternative Procedures.

If I have any questions or concerns regarding these Procedures, I will ask my physician to provide me with additional information. The Procedures may include the following:

(1) *Needle Sticks,* such as shots, intravenous lines, or intravenous injections (IVs). The material risks associated with these types of Procedures, include, but are not limited to, nerve damage, infection, infiltration (which is fluid leakage into surrounding tissue), disfiguring scar, loss of limb, paralysis or partial paralysis or death. Alternatives to *Needle Sticks* (if available) include oral, rectal, nasal, or topical medications (each of which may be less effective) or refusal of treatment.

(2) *Physical Tests, Assessments and treatments* such as vital signs, internal body examinations, wound cleansing, wound dressing, range of motion checks, respiratory therapy, physical therapy, and other similar procedures. The material risks associated with these types of Procedures include, but are not limited to, allergic reactions, infection, severe loss of blood, muscular-skeletal injuries, nerve damage, loss of limb function, paralysis or partial paralysis, worsening of the condition and death. Apart from using modified Procedures and/or refusal of treatment, no practial alternatives exist.

(3) *Administration of Medications* whether orally, rectally, topically or through my eye, ear or nose. The material risks associated with these types of Procedures include, but are not limited to, perforation, puncture infection, allergic reaction, brain damage or death. Apart from varying the method of administration and/or refusal of treatment, no practical alternatives exist.

(4) *Drawing Blood, Bodily Fluids or Tissue Samples* such as that done for laboratory testing and analysis. The material risks associated with this type of Procedure include, but are not limited to, paralysis or partial paralysis, nerve damage, infection, bleeding and loss of limb function. Apart from long-term observation and/or refusal of treatment, no practical alternatives exist.

(5) *Insertion of Internal Tubes* such as bladder catheterizations, nasogastric tubes, rectal tubes, drainage tubes, enemas, etc. The material risks associated with these types of Procedures include, but are not limited to internal injuries, bleeding, infection, allergic reaction, loss of bladder control and/or difficulty urinating after catheter removal. Apart from external collection devices or refusal of treatment, no practical alternatives exist.

I understand that:

- The practice of medicine is not an exact science and that NO GUARANTEES OR ASSURANCES HAVE BEEN MADE TO ME concerning the outcome and/or result of any Procedures:
- The Healthcare Professionals participating in my care will rely on my documented medical history, as well as other information obtained from me, my family or others having knowledge about me in determining whether to perform or recommend the Procedures; therefore, I agree to provide accurate and complete information about my medical history and conditions; and
- Physicians may ask me to sign additional required Informed Consent documents for specific Procedures and tests.

By Signing this form:

- I consent to Healthcare Professionals performing Procedures as they deem reasonably necessary or desirable in the exercise of their professional judgment, *including those Procedures that may be unforseen or not known to be needed at the time this consent is obtained;* and
- I acknowledge that I have been informed in general terms of the nature and purpose of the Procedures; the material risks of the Procedures; and practical alternatives to the Procedures.

Signature of Patient (or other person authorized to sign:) _____

Printed Name of Patient: Roy Brown                    Date Signed: 03/14/04

Reason Patient Unable to Sign (if applicable): _____

```
104618          ER

BROWN   ROY

ADM-03-14-04        MOSELEY

DOB-11-01-43                    Addressograph Plate    W/M
```

_____
PATIENT NAME

## GENERAL CONSENT TO RELEASE INFORMATION

I, the undersigned, hereby authorize the Hospital, any attending or consulting physicians and/or non-physician practitioners ("NPP") (collectively "Provider(s)") and their agents to release the Patient's medical information including protected health information ("PHI") concerning the Patient's examination, testing, treatment and diagnosis to any third party payor including, but not limited to, the Medicare, Medicaid, TRICARE and CHAMPVA programs for payment purposes. I authorize any holder of medical records or related information about the Patient to release any information needed to determine the Patient's insurance benefits or eligibility for payment.

## CONSENT TO TREATMENT

The undersigned hereby consents to examination and treatment of the Patient by the Providers and any service and/or diagnostic test and/or procedure the Providers deem necessary under the Patient's presenting complaint(s) and other circumstances. I understand that I have the right to more complete information regarding any particular diagnostic or therapeutic procedure and may be asked for a more specific consent (verbal and/or written) to such procedure(s) if the risk so indicates.

## ASSIGNMENT OF BENEFITS

The undersigned hereby authorizes payment of any insurance or other benefits that may be made on behalf of the Patient by any third-party directly to the Provider or an assignee of Provider. I understand that the assignment of any benefits that may be due does not relieve the Patient of any obligations to pay the Provider for any charges not covered by this assignment. I request that payment of authorized Medigap benefits be made on the Patient's behalf to the Provider or Provider's assignee for any medical services furnished to the Patient by that Provider. I authorize any holder of medical records or other information about the Patient to release to the Provider, the Medigap insurance carrier and/or their designated agents any information needed to determine these benefits or benefits for related services.

## STATEMENT OF FINANCIAL RESPONSIBILITY

The undersigned agrees whether he/she signed as insured, guarantor, guardian or Patient, that in consideration of the items and services to be rendered to the Patient, he/she individually obligates the Patient to pay for the services in accordance with the Provider's charges for professional services which may include coinsurance, deductibles, and charges for services that are not covered in full or in part by any third-party payor furnishing health care insurance to the Patient. I further understand that the Provider may or may not be a participating Provider with the Patient's insurer and that, in the event Provider does not participate with the Patient's insurer, the Patient will be financially responsible for a portion of the charges not covered by the Patient's insurer. In addition, the Patient may receive separate bills from other providers including radiology, anesthesiology or other professional or hospital services. I understand and agree that in the event services are provided to the Patient in connection with a personal injury, that Provider may claim a lien upon the sums recovered as damages for personal injury pursuant to applicable law, if any, and that regardless of third party liability, insurance benefits, or personal injury recoveries, the Patient shall remain responsible for, and shall guarantee payment of all amounts due and owing for services rendered. I understand that the Patient will be billed for these charges after the Provider makes reasonable efforts to collect such charges from the Patient's third-party payor and that the Patient's account will be considered in default after the period of time established by Provider or otherwise set forth under state law. Should the account be declared in default and referred to collections, whether it be a collection agency or an attorney, the Provider reserves the right to collect and the Patient shall pay the Provider or its Agent the reasonable costs and fees of collection. Should litigation result, the Patient agrees to pay the Provider or Provider's agent all collection costs and further agrees that the court may assess additional charges against the Patient.

## PRUDENT LAYPERSON-EMERGENCY SERVICES

I am aware of the Patient's rights as a prudent layperson under federal and state law (where applicable). I attest that I possess at least average knowledge of health and medicine. I believe that the delay and absence of immediate medical care could result in serious jeopardy to the Patient's health, serious impairment to bodily functions and/or serious dysfunction of any bodily organ or part.

## IMPORTANT: READ CAREFULLY

Federal Laws (18 U.S.C. §§ 287 and 1001) and other federal and state laws provide for criminal and/or civil penalties for knowingly submitting or making any false, fictitious or fraudulent statement or claim in any matter within the jurisdiction of any department or agency of the United States or any state agency. Examples of fraud include situations in which ineligible persons knowingly use an unauthorized Identification Card in filing Medicare and/or Medicaid claims. By signing this form, I certify that to the best of my knowledge, any information provided by me, including, but not limited to, eligibility and enrollment information is complete and accurate.

## CONSENT AND ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES

The undersigned acknowledges receipt of the "Notice of Privacy Practices."

Date: ___3/14/04___

_____
Patient Signature (Parent if Minor)

Witness: ___C.7___

_____
Insured/Guarantor if other than Patient

---

**TO HOSPITAL REGISTRATION STAFF:** If Patient or Patient's personal representative does not sign, even after the emergency treatment has ended, indicate the reason why signature could not be obtained (circle or check):

- ☐ Patient non-responsive (e.g., patient unconscious, physically restrained, reduced mental status or cardiac arrest status)
- ☐ Patient left without treatment or left against medical advice
- ☐ Patient transferred to another hospital, unable to sign notice due to emergency transfer
- ☐ Patient refused to sign Privacy Notice after being furnished a copy
- ☐ Other _____

_____                    _____
Print Name of Hospital Staff Member                              Signature

© 1996-2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

104618        ER

BROWN  ROY

ADM-03-14-04      MOSELEY

DOB-11-01-43    60 Y/O w/M

**19.** Telfair Regional Hospital
**EMERGENCY PHYSICIAN RECORD**
**Fall**

DATE: 3/14/04 TIME: 2215 ROOM:_____ EMS Arrival
HISTORIAN: (patient) _paramedic _translator _other____
AGE_____ M / F_____
_History limited by _____

**HPI** chief complaint: (Fall) injury to:_____

**duration / occurred:**
_just PTA
_today____
_yesterday____
____ days PTA

**where occurred:**
_home      _school
_neighbor's _city park
_work      _street

**context:**
_tripped / slipped / lost balance   _alleged assault____
_became dizzy / fainted          _bicycle (helmet Y N)

**location of pain/injuries:**
head  face  mouth
neck  chest  abdomen
back  upper mid- lower
radiating to R / L thigh / leg

right: shldr hip arm thigh elbow (knee) f-arm leg wrist ankle hand foot
left: shldr hip arm thigh (elbow) (knee) f-arm leg wrist ankle (hand) foot

**severity:** mild moderate severe Pain Scale: (1-10)

**associated symptoms:**
_lost consciousness / dazed
duration:____
remembers:____
impact  coming to hospital____
_seizure____

☑ Agree w/ nurse's note for PFSH / ROS

**ROS**
☐ ROS below otherwise negative
_loss feeling/power arms/legs
_neck pain
_headache
_double vision/hearing loss
_trouble breathing/chest pain
_nausea/vomiting
_loss of bladder function
_skin laceration
_recent fever/illness

**SOCIAL HISTORY** _recent ETOH _smoker _drug abuse
_lives alone _lives in nursing home _lives at home____
_occupation____

**PAST HISTORY** _Prior records ordered / reviewed ☐ Tetanus UTD
_Other_ HTN

Meds- _none / see list
Allergies- (NKDA) / see list

Version October 2002

**PHYSICAL EXAM**
**CONSTITUTIONAL**
☑ Agree w/ vital signs  Other____
Pulse Ox time____ % _RA _O₂ L/min
Interpretation: _normal _abnormal Dx____
_Exam limited by____
Distress: _NAD _mild _moderate _severe _c-collar (PTA/in ED)
_back-board _removed after c-spine clearance____
_splint____

**HEAD** _normocephalic, atraumatic
_see diagram____
_Battle's sign / Raccoon Eyes____

**NECK** _non-tender _painless ROM _trachea midline
_see diagram____
_vertebral point-tenderness____
_muscle spasm / decreased ROM____
_pain on movement of neck____

**EYES** _PERRL _EOMI
_unequal pupils R-____mm L-____mm
_post-surgical pupillary defect (R/L)____
_EOM entrapment/palsy____
_subconjunctival hemorrhage____
_pale conjunctivae____

**ENT** _ENT nml external inspection _no dental injury
_hemotympanum____
_TM obscured by cerumen (R/L)____
_nasal septal hematoma____
_clotted nasal blood____
_dental injury / malocclusion____

**RESP & CVS** _chest non-tender _breath sounds nml _heart sounds nml
_see diagram____
_decreased breath sounds____
_wheezing / rales____
_splinting / paradoxical movements____
_tachycardia____

**GI / ABDOMEN** _non-tender _no organomegaly
_see diagram____
_rebound tenderness____
_mass / organomegaly____

**GENITAL/RECTAL** _nml genital exam _nml vaginal exam _nml rectal exam _heme neg. stool
_perineal hematoma____
_blood at urethral meatus____
_decreased rectal tone____

**NEURO** _awake and alert _oriented x3 _CN's nml as tested _no motor/sensory deficit
_lethargic____
_unsteady / ataxic gait____
_GCS____
_disoriented to person/place/time
_facial droop/EOM palsy/anisocoria
_weakness/sensory loss____

Reflexes