**PSYCH**
✓ mood/affect nml
__ depressed affect
__ anxious_____

**SKIN**
✓ intact
✓ warm, dry
__ see diagram_____
__ crepitus / diaphoresis_____

**BACK**
✓ no CVA tenderness
✓ no vertebral tenderness
__ see diagram_____
__ vertebral point-tenderness_____
__ CVA tenderness_____
__ muscle spasm_____
__ limited ROM_____

**HIPS/PELVIS**
✓ pelvis stable
✓ hips non-tndr
__ see diagram_____
__ bony point-tenderness_____
__ painful / unable to bear weight_____

**MUSCULOSKELETAL / EXTREMITIES**
~~no evidence of trauma~~
✓ nml ROM
✓ no pedal edema
__ see diagram_____
__ bony point-tenderness_____
__ painful / unable to bear weight_____
__ pulse deficit_____
Joint Exam:
__ limited ROM / ligaments laxity / joint effusion
(R) Knee - Min drawer -

**XRAYS**  ☐ Discussed w radiologist  ☐ Interpreted by radiologist
☐ Personally reviewed by me  ☑ Interp contemporaneously by me

**CXR**   # of views:____
__ nml heart size   __ under-penetrated / over-penetrated / rotated
__ nml lung markings  __ decr. lung markings c/w COPD
__ nml great vessels and mediastinum  __ density c/w pleural effusion_____
__ cardiomegaly_____
PRIOR XRAY- __ unchngd __ unavail. __ changed:_____

**Xray of:** C-spine  T-spine  LS-spine   # of views:____
__ no fracture  __ nml disc spaces  __ nml alignment_____

**Rhythm ECG (1-3 Lead)** __ NSR __ abnml_____ Time:____

**12 Lead ECG-** _____ Time:____
Rate_____
__ NSR  __ tachycardia / bradycardia / atrial fibrillation_____
__ nml QRS  __ wide QRS  LBBB  RBBB  IVCD_____
__ nml intervals  __ heart block 1° 2° 3°_____
__ nml ST / T  __ non-specific ST - T abnormalities_____
__ ST elevation / ST depression / T-wave inversion_____
PRIOR ECG- __ unchngd __ unavail. __ changed:_____
☐ Interp contemporaneously by me  ☐ I agree w/ confirm computer reading

**CBC** normal
nml except
WBC____ segs____ bands____
Hgb____ lymphs____
Hct____
Platelets____

**Chemistries**
normal
nml except
Na____ K____ Cl____

CO2____
BUN____
Gluc____
Creat____
SHCG Pos / Neg____

**CT SCAN**  Head  Chest  Abdomen _____
__ nml
☐ reviewed by me  ☐ interp. by me  ☐ discussed with radiologist

**Wound Description/Repair**
length____ cm  location____
__ superficial  __ *SQ  __ muscle  __ linear  __ *stellate  __ *irregular
__ clean  __ contaminated  moderately / *heavily
**distal NVT:** __ neuro & vascular status intact  __ no tendon injury
**anesthesia:** __ local  __ digital block  ____cc
__ lidoc 1% 2% epi / bicarb  __ marcaine .25% .5%  __ LET
**prep:**
__ Shur-Clens / Betadine / Hibiclens  __ *debrided / undermined
__ irrigated/washed w/ saline   *extensively
__ *extensively    __ foreign material removed
__ explored    minimal moderate *extensive
**repair:** Wound closed with: __ wound adhesive  __ steri-strips____
  SKIN-  #____  ____-0  nylon / prolene / staples____
  *SUBCU- #____  ____-0  vicryl / chromic____
*may indicate intermediate repair  *may indicate intermediate or complex repair

Fall - 19

**OTHER PROCEDURES**
__ splint  Velcro  OCL / Ortho-glass / Plaster  Aluminum-foam
    Volar  Thumb spica  Ulnar  Wrist  Sugar-Tong  Cock-up  Colles
__ applied by ED Physician / Orthopedist / Tech_____
__ examined post splint application_____
__ neurovasc intact  __ alignment good_____

[body diagram with annotations:
Tender @ lat epicondyle
Tender - @ medial
T=Tenderness
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
∅=without  m=mild
mod=moderate
sv=severe
Tsv = Tenderness on palpation (severe)
min crepitus
(R) Knee swelling]

**ED COURSE:** Time____ __ re-examined __ unchanged __ improved
(R) X-ray DJD
Bilat Knees c̄ Degen D's - Osteophytes + Medial Joint space narrowing -
(R) Elbow - ⊘ fx

__ Crit Care- ____ min (excluding separately billable procedures)_____

__ Discussed with Dr._____  Time____
patient will be seen in:  office / ED / hospital
✓ Counseled patient / family regarding:  Rx given Naproxen
  (lab results)  diagnosis  need for follow-up  Flexeril
☐ EMTALA EMC present  ☐ EMTALA EMC absent  NWCe-
☑ Stable for discharge / out patient follow up

**CLINICAL IMPRESSION:**   FALL

| ~~contusion~~ | | | **sprain / strain** |
|---|---|---|---|
| head | wrist | R / L | neck  dorsal  lumbar |
| face | hand | R / L | Bilat Knees |
| chest | hip | R / L | (R) Elbow, (R) Knee DJD |
| abdomen | thigh | R / L | **concussion** |
| back | knee | R / L | with LOC   w/o LOC |
| shoulder R / L | leg | R / L | |
| arm R / L | ankle | R / L | **laceration** |
| elbow R / L | foot | R / L | |
| forearm R / L | | | |
| other Degen Joint D's - Bilat Knees | | | |

Follow up with Dr._____
DISPOSITION-  ☑ discharge  ☐ admit____  ☐ transfer____
Time____   ☐ placed in obs. (See obs template)  ☐ Left AMA____
CONDITION-  ☐ unchanged  ☐ improved  ☑ stable _____

ARNP / PA _____

PHYSICIAN- _____  Time 2310 -

PHYSICIAN- _____  Time____
☑ T Complete  ☐ T Sheet Add-On _____  ☐ Copy PMD  ☐ Dictated

# TELFAIR REGIONAL HOSPITAL • PATIENT TRIAGE AND NURSING FLOW SHEET

| Last Name | First Name | MI | Age | Condition on Arrival | Private MD | Time MD notified | Time MD arrived |
|---|---|---|---|---|---|---|---|
| Brown | Roy | | 60 | C-O-A x 4 | Griffis | | knee |

| Date | Time | BP | Pulse | Temp | Resp | Wt | LMP | Mode of Arrival | Triage Category |
|---|---|---|---|---|---|---|---|---|---|
| 3/14 | 2215 | 159/89 | 95 | 97.4 | 18 | 185 | N/A | Ambulatory | ☐ Emergency  ☐ Urgent  ☑ Non Emergency |

**Chief Complaint/History:** both knees hurt, arm and ring finger pain

**Pain Level:** 0 - 1 - 2 - 3 - 4 - 5 - 6 - 7 -⑧- 9 - 10

**onset of symptoms:** 20 mins ago

**Past Medical History:** HTN

**Current Meds:** Atenolol, B/p pill Norvasc, pill c ♡ on it B/p

**Allergies:** NKDA

ETOH ☐ Yes ☑ No   Amt:
Tobacco ☐ Yes ☑ No   Amt:
Immunizations UTD? ☑ Yes ☐ No
Last Tetanus 2 yrs ago

| System | WNL | ABN | System Assessment/Explanation of Abnormalities (Normal Parameters on Back) |
|---|---|---|---|
| NEURO | ✓ | | |
| RESPIRATORY | ✓ | | |
| CARDIAC | ✓ | | |
| SKIN | ✓ | | |
| GI/ABD | ✓ | | |
| GU | ✓ | | |
| EXTREMITIES | | ✓ | pain to both knees, arm & ring finger |
| EMOTION | ✓ | | |
| EENT | ✓ | | |

| Time | Vital Signs | Nursing Record |
|---|---|---|
| | | Presents c ↑ complaints. pt. states "I fell in the Winn Dixie" pt. ambulatory into ER NAD noted. Dr. Mosley present orders given (T) 2230 pt. gone to xray via w/c NAD noted (T) 2240 pt. back from xray via w/c (T) 2245 Dr. Mosley in c pt. new orders given & carried out (T) 2335 pt. discharged c in st & Rx given pt ambulatory from ER c driver NAD noted on departure ——— C. Floyd |

| Time | Med/Procedure | Dose | Route | Site | IV Fluids | Rate | GA/Site | Ordered By | Initial | Response/Pain Scale |
|---|---|---|---|---|---|---|---|---|---|---|
| 2305 | Knee Immobilizer placed on L knee | | | | | | | Moseley | BM/C7 | tol. well |
| 2315 | Norflex | 60mg | IM | LGM | | | | " | BM/C7 | ↓ |
| 2315 | Toradol | 60mg | IM | RGM | | | | " | BM/C7 | ↓ pain to |
| 2315 | Nubain | 10mg | IM | RGM | | | | " | BM/C7 | 3 |

| Signature/Title | Initial | D/C Vitals as indicated | Condition on dismissal from ED | Disposition |
|---|---|---|---|---|
| Charlene Floyd EMTP | C.7 | BP 148/85   Pulse 90   Temp —   Resp 18 | ☑ Satisfactory ☐ Critical ☐ Fair  ☐ Guarded ☐ Deceased ☑ Improved | ☑ Discharge ☐ Admit ☐ Transfer  To home  Per POV  Time 2335 |
| Roslie Hamilton RN | RH | | | |

**TAYLOR TELFAIR**
**PO BOX 150**
**MCRAE, GA 31055**

## RADIOLOGY REPORT

| | |
|---|---|
| **Name:** BROWN ROY | **Gender:** M |
| **Acct #:** 104618 | **Age:** 60 |
| **Stay type:** E/R | **Admit Phy:** 144200—RICHARD MOSELEY, M.D. |
| **Birthday:** 11/01/1943 | **Room:** |
| **Med Rec #:** 05191 | **Admit date:** 03/14/04 |
| **Phone:** 229-868-2037 | **Disch date:** 03/15/04 |

X-RAY # 16014

### LEFT KNEE, 03/14/04

**FINDINGS:** Some mild degenerative changes are seen. No acute fracture or dislocation or effusion is noted.

**IMPRESSION: NO ACUTE BONY ABNORMALITIES**

### RIGHT KNEE, 03/14/04

**FINDINGS:** Some mild degenerative changes but no acute fracture, dislocation or effusion is noted.

**IMPRESSION: NEGATIVE FOR ACUTE BONY ABNORMALITIES**

### LEFT FOURTH FINGER, 03/14/04

**FINDINGS:** No acute fracture or dislocation is identified.

### LEFT ELBOW, 03/14/04

**FINDINGS:** There is no fracture, dislocation or effusion seen.

_____
JUAN LEE, M.D.

JL/fr
d & t: 03/15/04

TELFAIR
REGIONAL
HOSPITAL
HWY. 341 S. • P.O. BOX 150 • MCRAE, GEORGIA 31055

TELEPHONE: (229) 868-5621

NAME: Mrs. Roz Brown

DEA REG. NO: _____ 45 39188

ADDRESS: _____

AGE: _____

DATE: 3/14/04

℞ Naprosyn 500g – 丅 po bid × 30 days
#60
then prn pain

Flexeril – 5g – 丅 – 丅丅 po bid prn
#45 Muscle pain/spasm

Narco 10/ – 丅 po q4° prn [illegible]
#30

☑ LABEL
REFILL ___ TIMES
GENERIC SUBSTITUTION PERMITTED
DISPENSE AS WRITTEN

DR. _____ Moseley
DR. _____

# TELFAIR REGIONAL HOSPITAL
## EMERGENCY DEPARTMENT INSTRUCTION SHEET

### HEAD INJURY PRECAUTIONS

Our Physicians do not feel that hospitalization is necessary at the present time. Conditions may change within the next 24 hours and therefore, contact your private doctor or return to the hospital for reevaluation if any of the following signs or symptoms occur.

1. Weakness of either arm or leg.
2. Persistent or projectile (forceful) vomiting.
3. Continuing or worsening headache not relieved by Tylenol.
4. Stiffness of neck.
5. Unequal pupil size.
6. Clear or bloody drainage from ear.
7. Convulsions (fits or seizures).
8. Trouble with speech or swallowing.
9. Difficulty in arousing.
10. Failure to improve as expected.

Clear fluids only should be taken for 24 hours. DO NOT GIVE ASPIRIN. Avoid strenuous activity for the next 24 hours. An ice bag should be applied to the head to decrease swelling and relieve pain. The patient should be checked every 2 hours during the night for regularity (equal size) of the pupils and their ability to be awakened and to react normally. If the patient cannot be awakened, return to the hospital at once.

### INSTRUCTIONS FOR STRAINS AND BRUISES

There is no indication at this time of any bony injury or fracture.
Below are instructions you should follow:
1. Elevate extremity (arm or leg) for 48 hours.
2. Keep ice pack on area for 24-36 hours as much as possible - after which heat may be applied.
3. If foot, ankle, or knee injury - keep weight bearing to a minimum for 2 days.
4. Consult your family MD or an orthopedic surgeon if trouble persists.

### MUSCULOSKELETAL BACK PAIN

Your doctor has diagnosed you with back pain originating in the muscles or bones of the back. Most cases will resolve with rest, heat/ice, and mild pain medications. Avoid activities which worsen pain. If your pain is not improved within 1 week, see your doctor or return to the Emergency Department.

### ANKLE SPRAIN

Your doctor has diagnosed you with a sprained ankle. It is best to rest the ankle possibly with the use of crutches for several days then you may bear weight as tolerated. Your ankle will take many months to heal completely and will be more susceptible to injury. Avoid activities that can reinjure your ankle.

### FLUIDS FOR VOMITING

The goal is to initially give small amounts of fluids frequently then increase the amount with longer intervals between each dose. Use readily available rehydration fluids like pedialyte or ricelyte as follows:
1. 1 tsp(5cc) every 5 minutes repeated 3 times, then
2. 2 tsp(10cc) every 10 minutes repeated 3 times, then
3. 3 tsp(15cc) every 15 minutes repeated 3 times, then
4. 4 tsp(20cc) every 20 minutes repeated 3 times, then
5. 5 tsp(25cc) every 25 minutes repeated 3 times, then
6. 6 tsp(30cc) every 30 minutes repeated 3 times.

If child is able to drink without vomiting at this last step he/she can drink freely. If child vomits at any step, stay at that step until he/she can complete four doses without vomiting then go to next step. If child cannot tolerate or won't take the fluid, call your doctor or return to the Emergency Department.

### FLUIDS FOR DIARRHEA

Use readily available rehydration fluids like pedialyte or ricelyte. Allow the child to drink as much as he/she desires. Try to replace what the child looses in his stool (1/2 tsp x

### CARE OF SUTURED LACERATIONS

1. Keep the stitches clean and dry.
2. Do not get wound wet for 24 hours. Then bath or shower is permitted.
3. Clean wound once daily with peroxide and dress with antibiotic ointment and appropriate bandage. Keep wound covered for at least three days.
4. Be gentle with a healing wound
5. If the dressing gets wet, remove the dressing, wash the area with peroxide, and put on a clean, dry dressing with antibiotic ointment.
6. If the area of the stitches becomes red, warm, excessively tender or swollen, or if a red streak or heavy drainage occurs, return to the Emergency Room.
The Emergency Center Physician suggests the stitches be removed in _____ days.

### CARE OF LACERATIONS / PUNCTURE WOUNDS / ANIMAL BITES

In spite of proper care given wounds, an infection may develop whenever the skin is broken. Fragments of foreign material may remain in the wound despite thorough cleansing or where removal would produce more damage than the injury itself. Therefore, contact your private physician as soon as possible if any of the following symptoms or signs occur:
1. Wound becomes red, swollen, tender, and warm.
2. Wound begins to drain or fester.
3. Red streaks appear up the arm or leg.
4. Tender lumps appear in the groin or under the arm.
5. Chills or fever occur.
6. Healing does not progress as expected.
If bitten by a domestic animal (dog) notify the owner, if known, and the Police Department, so the animal may be placed under observation. If bitten by a wild animal, alive or dead, is in your possession, notify the County Health Department and Pound so that the animal may be examined for evidence of rabies. Contact your private physician within 24 hours for further instructions.

### MINOR BURNS

Keep the burn clean. Wash with a mild soap and water twice daily. You may apply antibiotic cream or ointment after cleansing followed by an appropriate nonadherent dressing. Leave blisters intact. If they rupture take care to keep them very clean with soap and water as directed. Avoid exposing the burned area to sunlight while healing. Healing can be expected to take several weeks. Your burn needs to be reexamined by a physician within 24-48 hours.

### FEVER MANAGEMENT

1. Take temperature every 4 hours and give Acetaminophen (Tylenol) or Ibuprofen if over 100°F.
2. Avoid aspirin or products containing aspirin.
3. Increase fluid intake.
4. Notify your doctor if fever persists more than 2 days after treatment.
5. Notify your doctor if fever reaches 104°.
6. Watch children with fever for activity level. A child that refuses to drink and/or doesn't respond to stimulation needs to be reevaluated as soon as possible.

### SIGNS OF SERIOUS ILLNESS IN CHILDREN

1. Decreased activity level
2. Won't eat or drink
3. Does not urinate or wet diaper
4. Repeated vomiting
5. Does not recognize parents
6. Will not smile
7. Skin appears pale
8. Poor eye contact
9. New skin rash

# Telfair Regional Hospital

**OUTPATIENT AND EMERGENCY RECORD — EMERGENCY ROOM • OUTPATIENT RECORD**

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 275369 | 3 | BROWN ROY | 61 | 11/01/1943 | M | MW | 5/08/05 | 21:55 | JWC |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 100 CENTER AVE | | HELENA | GA | 31037 | 229-868-2037 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 255662790 | MAXINE BROWN | SPOUSE | | 229-868-2037 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| BLUE CROSS O/P 101 | XKA25566279001 | 5/08/05 | |
| | | TIME | EVENT |
| | | 21:00 | LAC R FOOT |

ACCIDENT / GUARANTOR

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| BROWN ROY | 100 CENTER AVE | HELENA | GA | 31037 | 868-2037 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |
|---|---|---|---|
| SELF EMPLOYED | LOGGER | | |

| MEDICAL RECORD # | PREV. SERVICE DATE | IF MINOR - PARENT NAME | E.R. PHYSICIAN | PERSONAL PHYSICIAN |
|---|---|---|---|---|
| 05191 | 3/14/04 | | KASIR LAIT/ | |

**TIME:** | **CC/HPI:**

**ORDERS:** (handwritten, illegible)

**AIRWAY:** ☐ open ☐ provided ☐ none
**BREATHING:** ☐ unlabored ☐ labored ☐ assisted ☐ none
**CIRCULATION — Perfusion:** ☐ good ☐ fair ☐ poor ☐ cpr in progress
**DISABILITY — Responsiveness:** A V P U
**Sources:** ☐ Poor historian ☐ N.N. reviewed ☐ V.S. reviewed ☐ Old record reviewed
**PMH:** ☐ Patient ☐ Family ☐ Records ☐ EMS

**Surgical Hx:**

**PMH:** ☐ CAD ☐ Asthma ☐ CHF ☐ Cancer ☐ HTN ☐ Seizures ☐ COPD ☐ CVA ☐ DM

**Social Hx:** Smoker Y N / ETOH Y N / Drugs Y N / Contracep Y N

**Systems Reviewed:** ☐ CV ☐ RESP ☐ GI ☐ Neuro ☐ GU ☐ Eyes ☐ MS ☐ Derm ☐ Psych ☐ ENT

**Labs:** ☐ CBC ☐ WBC ☐ RBC ☐ Hgb ☐ Hct ☐ PLT ☐ Diff ☐ Seg ☐ Bands ☐ Lymph ☐ Mono ☐ EOS ☐ PT ☐ PTT ☐ BMP ☐ CMP ☐ NA ☐ K ☐ CL ☐ CO2 ☐ CR ☐ BUN ☐ LFT ☐ Cardiac Profile ☐ CKMB ☐ Gluc ☐ TROP I ☐ ETOH ☐ D-Dimer ☐ Other

☐ D-Bili ☐ CK tot ☐ Amylase ☐ CA ☐ Mg ☐ ABG Ph pO2 pCO2 HCO3 ☐ SaO2 ☐ Ser preg ☐ UA preg ☐ UA ___ C&S ___ WBC RBC Bact SG Ketones Blood Glucose ☐ Drug Screen ☐ B/C X ☐ X-ray spine C T L S ☐ ABD survey ☐ CXR ☐ CT scan of ___ ☐ X-ray of ___ ☐ ___

☐ EKG ___
Preliminary X-ray / EKG Findings:

**CHIEF COMPLAINT: LAC R FOOT**

**PE: General Appearance:**

**Procedures:**

**Conferred with:**

**Recommendations:**

**Rx's Given:**

**E.D. Diagnosis:**

**Physician Signature:**

**Time Discharged:** 2225
**Condition:** ☐ INST. SHEET GIVEN ☐ IMPROVED ☐ STABLE ☐ EXPIRED
**Patient Signature:** Maxine Brown
**Admitted to Room ___ Time ___**
**Report to: ___**

ORIGINAL MEDICAL RECORDS

## AUTHORIZATION FOR EMERGENCY TREATMENT

The undersigned has been informed of the emergency treatment considered necessary for the patient whose name appears on the reverse side hereof, and that the treatment and procedures will be performed by physicians, members of the house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures.

The undersigned understands that a personal physician is to be selected by or on behalf of the patient within 24 hours if hospitalization or further treatment is required, or immediately if complications arise.

The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made to the results that may be obtained.

Date __5/8/05__  Time _____  A.M. / P.M.

Signed __Roy A. Brown__ (Patient)

Witness __JC__

Or _____ Authorized Person

Relationship to Patient _____

> Both authorizations must be signed by the patient, or by an authorized person in the case of a minor or when patient is physically or mentally incompetent.

## *PAYMENT GUARANTEE, ASSIGNMENT OF INSURANCE BENEFITS, AND AUTHORIZATION FOR THE RELEASE OF INFORMATION.

I, the undersigned, hereby agree that I will guarantee the payment of the bill for services rendered by said hospital and physicians. I hereby authorize payment directly to said hospital and physicians for services rendered. I understand I am financially responsible to the hospital and physicians for charges not covered by said insurance. Authorization is hereby granted to release to the _____ (name of insurance company or companies) such information as may be necessary for the completion of my hospitalization claims.

DATE __5/8/05__

WITNESS __JC__

SIGNED __Roy A. Brown__ (patient)

OR _____ (nearest relative)

_____ (relationship to relative)

```
275369   3  PM-OUTPT    CB
BROWN ROY
ADM-05/08/05   KASIR LAIT
DOB-11/01/43   W/M   A- 61
```

## TELFAIR REGIONAL HOSPITAL

### *AUTHORIZATON FOR RELEASE OF INFORMATION*

The undersigned in consideration for the treatment to be given by Telfair Regional Hospital to patient hereby agrees and expressly waives his/her privilege (and the privilege of the patient being treated if other than the undersigned) to the confidentiality of medical records relating to this admission and any and all such medical treatment received relative to such admission. The undersigned understands these medical records may contain information concerning psychological or psychiatric impairment, drug abuse, sickle cell anemia, alcoholism, acquired immunodeficiency syndrome, (AIDS), or tests for infection with human immunodeficiency virus (HIV) and consents that all records generated by his/her treatment and/or admission to the hospital (or treatment of one for whom the undersigned has legal responsibility or authority by law or a third party payor who may provide insurance payments to the hospital for the charges incurred for the services rendered to the patient and also expressly authorizes the hospital to release such records to such payor or any person or organization authorized by law to review these records for any lawful purpose.

Do you wish to be listed in the Hospital Patient Directory ?   Yes ✓ ____   No ____

_____
Patient

Witness _____
Date  5/8/05

_____
Authorized Signature

_____
Relationship to Patient

*Form Revised 8/29/03*

TELFAIR REGIONAL HOSPITAL 275369   RM-OUTPT    CB
BROWN ROY
**CONSENT TO ROUTINE PROCEDURES & TREATMENTS**  ADM-05/08/05   KASIR LAIT
IMPORTANT: Do not sign this form without reading and understanding its contents.
Mark out and initial any Procedure and/or Section of this form for which consent is not granted. 3   W/M   A- 61

During the course of my care and treatment, I understand that various types of tests, diagnosis or treatment procedures ("Procedures") may be necessary. These Procedures may be performed by physicians, nurse, technicians, physician assistants or other healthcare professionals ("Healthcare Professionals").

While routinely performed without incident, there may be material risks associated with each of these Procedures. I understand that it is not possible to list every risk for every Procedure and that this form only attempts to identify the most common material risks and the alternatives (if any) associated with the Procedures. I also understand that various Healthcare Professionals may have differing opinions as to what constitutes material risks and alternative Procedures.

If I have any questions or concerns regarding these Procedures, I will ask my physician to provide me with additional information. The Procedures may include the following:

(1) *Needle Sticks,* such as shots, intravenous lines, or intravenous injections (IVs). The material risks associated with these types of Procedures, include, but are not limited to, nerve damage, infection, infiltration (which is fluid leakage into surrounding tissue), disfiguring scar, loss of limb, paralysis or partial paralysis or death. Alternatives to *Needle Sticks* (if available) include oral, rectal, nasal, or topical medications (each of which may be less effective) or refusal of treatment.

(2) *Physical Tests, Assessments and treatments* such as vital signs, internal body examinations, wound cleansing, wound dressing, range of motion checks, respiratory therapy, physical therapy, and other similar procedures. The material risks associated with these types of Procedures include, but are not limited to, allergic reactions, infection, severe loss of blood, muscular-skeletal injuries, nerve damage, loss of limb function, paralysis or partial paralysis, worsening of the condition and death. Apart from using modified Procedures and/or refusal of treatment, no practial alternatives exist.

(3) *Administration of Medications* whether orally, rectally, topically or through my eye, ear or nose. The material risks associated with these types of Procedures include, but are not limited to, perforation, puncture infection, allergic reaction, brain damage or death. Apart from varying the method of administration and/or refusal of treatment, no practical alternatives exist.

(4) *Drawing Blood, Bodily Fluids or Tissue Samples* such as that done for laboratory testing and analysis. The material risks associated with this type of Procedure include, but are not limited to, paralysis or partial paralysis, nerve damage, infection, bleeding and loss of limb function. Apart from long-term observation and/or refusal of treatment, no practical alternatives exist.

(5) *Insertion of Internal Tubes* such as bladder catheterizations, nasogastric tubes, rectal tubes, drainage tubes, enemas, etc. The material risks associated with these types of Procedures include, but are not limited to internal injuries, bleeding, infection, allergic reaction, loss of bladder control and/or difficulty urinating after catheter removal. Apart from external collection devices or refusal of treatment, no practical alternatives exist.

I understand that:
- The practice of medicine is not an exact science and that NO GUARANTEES OR ASSURANCES HAVE BEEN MADE TO ME concerning the outcome and/or result of any Procedures:
- The Healthcare Professionals participating in my care will rely on my documented medical history, as well as other information obtained from me, my family or others having knowledge about me in determining whether to perform or recommend the Procedures; therefore, I agree to provide accurate and complete information about my medical history and conditions; and
- Physicians may ask me to sign additional required Informed Consent documents for specific Procedures and tests.

By Signing this form:
- I consent to Healthcare Professionals performing Procedures as they deem reasonably necessary or desirable in the exercise of their professional judgment, *including those Procedures that may be unforseen or not known to be needed at the time this consent is obtained;* and
- I acknowledge that I have been informed in general terms of the nature and purpose of the Procedures; the material risks of the Procedures; and practical alternatives to the Procedures.

Signature of Patient (or other person authorized to sign:) _____Roy W. Brown_____

Printed Name of Patient: _____   Date Signed: __5/8/05__

Reason Patient Unable to Sign (if applicable): _____

# CONSENT AND ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES

```
275268      RM-OUTPT    CB
BROWN ROY
ADM-05/08/05   KASIR LAIT
DOB-11/01/43   W/M  A- 01
```

Addressograph Plate

PATIENT NAME

## GENERAL CONSENT TO RELEASE INFORMATION
I, the undersigned, hereby authorize the Hospital, any attending or consulting physicians and/or non-physician practitioners ("NPP") (collectively "Provider(s)") and their agents to release the Patient's medical information including protected health information ("PHI") concerning the Patient's examination, testing, treatment and diagnosis to any third party payor including, but not limited to, the Medicare, Medicaid, TRICARE and CHAMPVA programs for payment purposes. I authorize any holder of medical records or related information about the Patient to release any information needed to determine the Patient's insurance benefits or eligibility for payment.

## CONSENT TO TREATMENT
The undersigned hereby consents to examination and treatment of the Patient by the Providers and any service and/or diagnostic test and/or procedure the Providers deem necessary under the Patient's presenting complaint(s) and other circumstances. I understand that I have the right to more complete information regarding any particular diagnostic or therapeutic procedure and may be asked for a more specific consent (verbal and/or written) to such procedure(s) if the risk so indicates.

## ASSIGNMENT OF BENEFITS
The undersigned hereby authorizes payment of any insurance or other benefits that may be made on behalf of the Patient by any third-party directly to the Provider or an assignee of Provider. I understand that the assignment of any benefits that may be due does not relieve the Patient of any obligations to pay the Provider for any charges not covered by this assignment. I request that payment of authorized Medigap benefits be made on the Patient's behalf to the Provider or Provider's assignee for any medical services furnished to the Patient by that Provider. I authorize any holder of medical records or other information about the Patient to release to the Provider, the Medigap insurance carrier and/or their designated agents any information needed to determine these benefits or benefits for related services.

## STATEMENT OF FINANCIAL RESPONSIBILITY
The undersigned agrees whether he/she signed as insured, guarantor, guardian or Patient, that in consideration of the items and services to be rendered to the Patient, he/she individually obligates the Patient to pay for the services in accordance with the Provider's charges for professional services which may include coinsurance, deductibles, and charges for services that are not covered in full or in part by any third-party payor furnishing health care insurance to the Patient. I further understand that the Provider may or may not be a participating Provider with the Patient's insurer and that, in the event Provider does not participate with the Patient's insurer, the Patient will be financially responsible for a portion of the charges not covered by the Patient's insurer. In addition, the Patient may receive separate bills from other providers including radiology, anesthesiology or other professional or hospital services. I understand and agree that in the event services are provided to the Patient in connection with a personal injury, that Provider may claim a lien upon the sums recovered as damages for personal injury pursuant to applicable law, if any, and that regardless of third party liability, insurance benefits, or personal injury recoveries, the Patient shall remain responsible for, and shall guarantee payment of all amounts due and owing for services rendered. I understand that the Patient will be billed for these charges after the Provider makes reasonable efforts to collect such charges from the Patient's third-party payor and that the Patient's account will be considered in default after the period of time established by Provider or otherwise set forth under state law. Should the account be declared in default and referred to collections, whether it be a collection agency or an attorney, the Provider reserves the right to collect and the Patient shall pay the Provider or its Agent the reasonable costs and fees of collection. Should litigation result, the Patient agrees to pay the Provider or Provider's agent all collection costs and further agrees that the court may assess additional charges against the Patient.

## PRUDENT LAYPERSON-EMERGENCY SERVICES
I am aware of the Patient's rights as a prudent layperson under federal and state law (where applicable). I attest that I possess at least average knowledge of health and medicine. I believe that the delay and absence of immediate medical care could result in serious jeopardy to the Patient's health, serious impairment to bodily functions and/or serious dysfunction of any bodily organ or part.

## IMPORTANT: READ CAREFULLY
Federal Laws (18 U.S.C. §§ 287 and 1001) and other federal and state laws provide for criminal and/or civil penalties for knowingly submitting or making any false, fictitious or fraudulent statement or claim in any matter within the jurisdiction of any department or agency of the United States or any state agency. Examples of fraud include situations in which ineligible persons knowingly use an unauthorized Identification Card in filing Medicare and/or Medicaid claims. By signing this form, I certify that to the best of my knowledge, any information provided by me, including, but not limited to, eligibility and enrollment information is complete and accurate.

## CONSENT AND ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES
The undersigned acknowledges receipt of the "Notice of Privacy Practices."

Date: 5/8/05

Witness:

Patient Signature (Parent if Minor)

Insured/Guarantor if other than Patient

**TO HOSPITAL REGISTRATION STAFF:** If Patient or Patient's personal representative does not sign, even after the emergency treatment has ended, indicate the reason why signature could not be obtained (circle or check):

- ☐ Patient non-responsive (e.g., patient unconscious, physically restrained, reduced mental status or cardiac arrest status)
- ☐ Patient left without treatment or left against medical advice
- ☐ Patient transferred to another hospital, unable to sign notice due to emergency transfer
- ☐ Patient refused to sign Privacy Notice after being furnished a copy
- ☐ Other _____

Print Name of Hospital Staff Member                                    Signature

**TELFAIR REGIONAL HOSPITAL**

**LATEX ALLERGY PATIENT QUESTIONNAIRE**

275369   3   PM-OUTPT   CB
BROWN ROY
ADM-05/08/05   KASIR LAIT
DOB-11/01/43   W/M   A- 61

Patient Name:_____   MR#:_____

|  |  | YES | NO |
|---|---|---|---|
| 1. | Have you ever had allergies, asthma, hay fever, eczema or problems with rashes? | ☐ | ☐ |
| 2. | Have you ever had anaphylaxis or an unexplained reaction during a medical procedure? | ☐ | ☐ |
| 3. | Have you ever had swelling, itching or hives, running nose, eye irritation, wheezing or asthma after contact with any latex or rubber product following a dental exam, blowing up a balloon, vaginal or rectal exam, using a diaphragm or a condom, after or within one hour of wearing rubber gloves or being examined by someone wearing latex or rubber gloves? | ☐ | ☐ |
| 4. | Has a physician ever told you that you have rubber or latex allergy? | ☐ | ☐ |
| 5. | Are you allergic to bananas, avocados, chestnuts, pears, fig, papaya or passion fruit? | ☐ | ☐ |

Signature: *Roy A. Brown*    Date: 5/8/05

April 1, 2004

© 1996-2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

| 11 | Telfair Regional Hospital |
|---|---|
| | **EMERGENCY PHYSICIAN RECORD** |
| | Lower Extremity Injury |

```
275369   3   RM-OUTPT   CB
BROWN ROY
ADM-05/08/05   KASIR LAIT
DOB-11/01/43   W/M   A- 61
```

DATE: 5/8/05  TIME: 945  ROOM:_____ __EMS Arrival
HISTORIAN: (patient) __paramedic __translator __other____
AGE_____  M / F _____
__History limited by _____

### HPI  chief complaint / location of injury:
(Injury to) (right) / left
foot   ankle  (leg)  knee   thigh   hip

**duration / occurred:**
(just prior to arrival)
__today_____
__yesterday_____
_____ days PTA

**where occurred:**
__home      __school
__neighbor's __park
__work      __street
_____

**context:** __fell __twisted __direct blow (incised) __burn____
_____

**severity:** __mild __moderate __severe_____
Pain Scale: ( 1-10 ) _____

☐ Agree w/ nurse's note for PFSH / ROS

### ROS
☐ ROS below otherwise negative
__tingling / numbness distally  __suspected FB ( skin lac )_____
__swelling / bruising  __painful / unable to bear weight_____
__head / neck / other injuries_____

### PAST HISTORY  __Prior records ordered / reviewed ☐ Tetanus UTD ??
__peptic   __prior injury_____
__Other_____  DM _____
Meds- __none / see list_____
Allergies- __NKDA / see list_____

### PHYSICAL EXAM
**CONSTITUTIONAL**
☐ Agree w/ vital signs   Other_____
__Exam limited by _____
Distress: __NAD __mild __moderate __severe_____

**MUSCULOSKELETAL / EXTREMITIES**
FOOT
__nml inspection  __see diagram_____
__non-tender      __tenderness  soft-tissue / bony__
                  __swelling / ecchymosis_____
                  __deformity_____

ANKLE
__nml inspection  __see diagram_____
__non-tender      __tenderness  soft-tissue / bony__
__nml ROM         __swelling / ecchymosis_____
                  __limited ROM_____
                  __laxity of ligaments ( ant. Drawer )___
                  __deformity_____

LEG
__nml inspection  (see diagram)
__non-tender      __tenderness  soft-tissue / bony__
                  __swelling / ecchymosis_____
                  __limited ROM_____

KNEE
__nml inspection  __see diagram_____
__non-tender      __tenderness  soft-tissue / bony__
__nml ROM         __ecchymosis_____
                  __joint effusion / swelling_____
                  __limited ROM_____
                  __deformity_____

__stable

**Ligaments-**
__pain / laxity on anterior drawer_____
__pain / laxity on posterior drawer_____
__pain / laxity on medial stress_____
__pain / laxity on lateral stress_____

THIGH & HIP
__nml inspection  __tenderness  soft-tissue / bony__
                  __swelling / ecchymosis_____
                  __limited hip ROM_____
                  __hip pain on leg movement ( R / L )___

GAIT
__normal   __limited by pain / unable to bear weight___
           __antalgic gait_____
           __gait not tested due to pain_____

Version October 2002

**NEURO / VASC / TENDON**
- awake and alert
- sensation intact
- motor intact
- no vascular compromise
- oriented x3
- CN's nml as tested
- _lethargic_____
- _sensory / motor deficit_____
- _disoriented to person/place/time_____
- _pallor / cool skin / abnml cap refill_____
- _pulse deficit_____
- _facial droop/EOM palsy/anisocoria_____
- _deficit in tendon function_____
- _weakness/sensory loss_____

**PSYCH**
- mood/affect nml
- _depressed affect_____
- _anxious_____

**SKIN**
- warm, dry
- _diaphoretic / cool / cyanotic_____

**HEAD / ENT**
- normocephalic, atraumatic
- ENT nml inspection
- _tenderness_____
- _swelling / ecchymosis_____
- _TM obscured by cerumen (R/L)_____

**NECK / BACK**
- nml inspection
- non-tender
- _tenderness_____
- _swelling / ecchymosis_____

**CHEST**
- no resp. distress
- non-tender
- breath snds nml
- _tenderness_____
- _swelling / ecchymosis_____

**GI / ABDOMEN**
- non-tender
- no organomegaly
- _tenderness / guarding_____

**XRAYS:** R / L  ankle  tib-fib  knee  femur  hip  # of views____
- no fracture
- nml joint
- nml alignment
- nml soft tissue
- nml
- NAD
- _fracture_____
- _dislocation_____
- _DJD_____
- _soft-tissue swelling_____
- _fat pad sign_____
- _effusion_____

PRIOR XRAY- __unchngd __unavail. __changed:_____
- ☐ interp contemporaneously by me  ☐ discussed w/ Radiologist
- ☐ interp by Radiologist  ☐ personally reviewed by me

**PROCEDURE NOTES:**

_KNEE-_
- arthrocentesis done after betadine prep; ____ cc
- of __serous __serosanguinous __bloody fluid removed

_LEG / KNEE / ANKLE-_
- ace wrap / tape  __boot orthosis  __crutches  __post-op shoe
- splint  Long Leg  Short Leg - static  Short Leg - dynamic  Knee Immobilizer
- applied by ED Physician / Tech / Nurse_____
- examined post splint / strapping application _____
- NV intact  __alignment good_____

**WOUND DESCRIPTION / REPAIR**
- length 5 cm  location R leg
- NVT intact __see NVT exam (front side)
- depth/shape/contamination
  - superficial  __linear  __stellate  __contused tissue
  - *SQ  __irregular  __nail avulsed
  - __muscle  __flap
  - clean  __contaminated minimally / moderately / *heavily with_____

**ANESTHESIA** __LET / TAC  __local  __digital / metacarpal block
- lido 1% 2% epi / bicarb  __marcaine .25% .5% epi

**WOUND PREP**
- Shur-Clens / Betadine / Hibiclens  __debrided
- irrigated / washed with saline  minimal / *mod. / *extensive
- minimal / mod. / *extensive  __undermined
- wound explored  minimal / mod. / *extensive
- foreign material removed  __wound margins revised
- partially  completely  __multiple flaps aligned

**WOUND REPAIR**
- Wound closed with: __wound adhesive  steri-strips_____
- SKIN-  # 5 2 -0  nylon / prolene / staples_____
  - __interrupted __running __simple __mattress (h/v)
- *SQ  #____ ____-0 vicryl_____
  - __interrupted __running __simple __mattress (h/v)
- OTHER  #____ ____-0 material_____
  - __interrupted __running __simple __mattress (h/v)

*may indicate intermediate repair  ^may indicate intermediate or complex repair

**ED COURSE:** Time____ __re-examined __unchanged __improved

Discussed with Dr._____  Time_____
- patient will be seen in: office / ED / hospital
- Counseled patient / family regarding:  __Rx given  Keflex 500 t.i.d
- lab results  diagnosis  need for follow-up

☐ EMTALA EMC present  ☐ EMTALA EMC absent
☐ Stable for discharge / out patient follow up

**CLINICAL IMPRESSION:**  Fall  Alleged Assault
- Contusion  R / L  hip  thigh  leg
- Hematoma  knee  ankle  foot
- Sprain
- Laceration
- Fracture  R / L  tibia  distal / shaft / proximal
- Dislocation  fibula  distal / shaft / proximal
  - bimalleolar  trimalleolar
  - talus  calcaneus
  - navicular  metatarsal  toe:_____

Internal Derangement of Knee  R / L

Follow up with Dr._____
- **DISPOSITION-** ☑ discharge ☐ admit_____ ☐ transfer_____
- **Time**____ ☐ placed in obs. (See obs template) ☐ Left AMA_____
- **CONDITION-** ☐ unchanged ☐ improved ☑ stable_____

ARNP / PA_____
PHYSICIAN-_____ Time 10:05 PM
PHYSICIAN-_____ Time_____
☐ T Complete  ☐ T Sheet Add-On _____ ☐ Copy PMD  ☐ Dictated

```
275369   3   RM-OUTPT   CB
BROWN ROY
ADM-05/08/05   KASIR LAIT
DOB-11/01/43   W/M   A- 61
```

©2001-2003 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

## Telfair Regional Hospital
### EMERGENCY NURSING RECORD
### Extremity Trauma

**TRIAGE** TIME 2135  emergent / (urgent) / non-urgent
NAME: Brown Roy
D.O.B 11/1/43  AGE: 61  (M)/ F
HISTORIAN: \_patient \_paramedics \_family
ARRIVAL MODE: ✓car \_EMS \_police
PCP: \_none  Dupis
IMMUNIZATIONS: (current) / not current / referral
LAST TETANUS: > 5 yrs

TREATMENT PTA  \_see EMS report  \_splint

CHIEF COMPLAINT  Cut on R ↓ leg
occurred  ✓just PTA  cut c glass in trash bag

**INJURIES**

| R | | L | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | (leg) | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

PAIN LEVEL  current: 3/10  max 5/10

**MECHANISM**
\_fall
\_twisting
\_direct blow / crush
\_puncture wound
\_chemical exposure
\_animal bite
\_GSW / stab wound
\_burn
✓cut c glass

**VITALS** time: 2136
BP 172/100  P 65  RR 18  temp 97.6  TM / (O)R / Ax
Weight 190 lbs / kg
O₂ Sat% 98% (RA)/ O₂

**ALLERGIES** (NKDA)/ PCN / ASA / sulfa / latex

**MEDS** \_none \_see med list
ASA
BP pill

**PAST HX**  \_negative
\_R / L handed / (HTN) / diabetes: insulin
\_past surgeries (none)

\_smoker / drugs / alcohol
\_^TB exposure / symptoms
\_^has been physically hurt or threatened by someone close

LNMP\_\_\_ G\_\_ P\_\_ Ab\_\_ pregnant / postmenopausal

RN/LPN Signature  C. Floyd  EMTP
Wendy Davis RN

TIME TO ROOM: 2140
**INITIAL ASSESSMENT** TIME 2140  ROOM: TrB
**GENERAL APPEARANCE**
✓no acute distress          \_c-collar / back board in place
✓alert / oriented x3         \_mild / moderate / severe distress
                             \_anxious / decreased LOC
                             \_disoriented to person / place / time

**FUNCTIONAL / NUTRITIONAL ASSESSMENT**
✓appears well nourished  \_^obese / malnourished
✓independent ADL         \_^assisted / total care

**CVS**
✓skin warm & dry      \_cool / diaphoretic
✓nml cap refill       \_pale / cyanotic
                      \_cap refill greater than 2 sec

**UPPER EXTREMITIES**  \_see diagram
✓no evidence of trauma   \_laceration
✓skin intact             \_abrasion
✓non-tender              \_tenderness / ecchymosis
✓no deformity            \_deformity
✓full ROM                \_ROM limited
✓pulses nml              \_pulse deficit

lac approx 1½-2"

**LOWER EXTREMITIES**  ✓see diagram
\_no evidence of trauma  (laceration)
\_skin intact            \_abrasion
\_non-tender             (tenderness) / ecchymosis
✓no deformity           \_deformity
✓full ROM               \_ROM limited
✓pulses nml             \_pulse deficit

**ADDITIONAL FINDINGS**

Nurse Signature  Charlene Floyd  EMTP
^ protocol available

## ACTIONS

| TIME | | INIT |
|---|---|---|
| | C-collar          back board | |
| | ice pack / elevation    warming measures | |
| | cleaned wound      applied gauze | |
| | set up suture tray | |
| | O₂ _____ L via | |
| | pulse oximeter | |
| | cardiac monitor | |
| | Accu-Chek | |
| | TD (TT) 0.5mL IM    lot #: | Bm |
| | exp. date      manufacturer | |
| 2110 | bed low position    side rails up x1 x2 | Bm |
| 2140 | head of bed elevated | Bm |
| 2140 | (ready for Dr eval.) notified doctor | Bm |
| | restraints  see documentation | |

## IV RECORD

| Time | Solution | Site | Ga | Rate | Amt in | Dc'd | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## MEDICATIONS

| Time | Medication | Dose | Rte | Site | INIT |
|---|---|---|---|---|---|
| 2148 | Xylocaine | 1% | 6ml | L wound | Bm |
| 2210 | Response: 0 reaction noted | | | | Bm |
| 2210 | Tetanus | 0.5mL | IM | ①Del | MP |
| 2225 | Response: tol well/0 reaction noted | | | | MP |
| | Response: | | | | |
| | Response: | | | | |

## PROCEDURES

| TIME | | INIT |
|---|---|---|
| 2150 | laceration repair by: | Bm |
| 2150 | (single) multiple layer    arm  hand  (leg)  foot | Bm |
| 2150 | length after closure:  5 cm | Bm |
| | foreign body removed by: | |
| | simple  complex    foot  hand | |
| | dislocation reduced by: | |
| | shoulder  elbow  MTP  patella | |
| | splint applied     arm  leg    short  long | |
| | assessed post-procedure | |
| | color / sensation / movement | |
| 2210 | (cleaned wound)      applied abx ointment | Bm |
| 2210 | applied dressing / Band-Aid / elastic wrap | Bm |
| | crutch training w/ proper return demonstration | |
| | to Xray   w monitor / nurse / O₂ / tech | |

## VITAL SIGNS

| TIME | BP | P | RR | T | O₂sat | Rhythm | INIT |
|---|---|---|---|---|---|---|---|
| 2225 | 168/88 | 62 | 18 | | | | Bm |
| | | | | | | | |

Extremity Trauma - 05

## PAIN REASSESSMENT

| Time | Description | Level | INIT |
|---|---|---|---|
| | | /10 | |
| | | /10 | |
| | | /10 | |
| | | /10 | |

**ADDITIONAL NOTE**
2150 MD in c pt to repair laceration. Pt ↓ to NV status @ present.   MP

___

___ IV / saline lock discontinued:  Time_____ Initials_____

**INTAKE**        **OUTPUT**

| IV: | Urine: |
|---|---|
| PO: | Emesis: |
| Other: | Blood-Approx: |
| Total: | Total: |

**PROPERTY TO:**
__patient  __family  __security  __safe  __see patient belongings list

**DISPOSITION**
- discharged (home) police  nursing home  ME  funeral home
- verbal / written instructions / Rx  given to: patient
- verbalized understanding
- ^learning barriers addressed_____
- accompanied by / driver: wife
- pain level at discharge  0 / 10

___ admitted / transferred to_____
___ report to_____ time_____
___ transfer documentation completed
___ notified family / police / ME_____
___ left AMA / LWBS  signed AMA sheet  refused_____
___ physician notified of:_____

**CONDITION**
__unchanged  ✓improved  __stable  __other_____
Depart Time 2225  Mode: (walk) crutches  W/C  stretcher  ambulance
Discharge Nurse Signature _____

| SIGNATURE | INITIAL |
|---|---|
| [signature] | Bm |
| Mandy Payne RN | MP |

^ protocol available

# TELFAIR REGIONAL HOSPITAL
## EMERGENCY DEPARTMENT INSTRUCTION SHEET

### HEAD INJURY PRECAUTIONS
Our Physicians do not feel that hospitalization is necessary at the present time. Conditions may change within the next 24 hours and therefore, contact your private doctor or return to the hospital for reevaluation if any of the following signs or symptoms occur.
1. Weakness of either arm or leg.
2. Persistent or projectile (forceful) vomiting.
3. Continuing or worsening headache not relieved by Tylenol.
4. Stiffness of neck.
5. Unequal pupil size.
6. Clear or bloody drainage from ear.
7. Convulsions (fits or seizures).
8. Trouble with speech or swallowing.
9. Difficulty in arousing.
10. Failure to improve as expected.

Clear fluids only should be taken for 24 hours. DO NOT GIVE ASPIRIN. Avoid strenuous activity for the next 24 hours. An ice bag should be applied to the head to decrease swelling and relieve pain. The patient should be checked every 2 hours during the night for regularity (equal size) of the pupils and their ability to be awakened and to react normally. If the patient cannot be awakened, return to the hospital at once.

### INSTRUCTIONS FOR STRAINS AND BRUISES
There is no indication at this time of any bony injury or fracture.
Below are instructions you should follow:
1. Elevate extremity (arm or leg) for 48 hours.
2. Keep ice pack on area for 24-36 hours as much as possible - after which heat may be applied.
3. If foot, ankle, or knee injury - keep weight bearing to a minimum for 2 days.
4. Consult your family MD or an orthopedic surgeon if trouble persists.

### CARE OF SUTURED LACERATIONS
1. Keep the stitches clean and dry.
2. Do not get wound wet for 24 hours. Then bath or shower is permitted.
3. Clean wound once daily with peroxide and dress with antibiotic ointment and appropriate bandage. Keep wound covered for at least three days.
4. Be gentle with a healing wound.
5. If the dressing gets wet, remove the dressing, wash the area with peroxide, and put on a clean, dry dressing with antibiotic ointment.
6. If the area of the stitches becomes red, warm, excessively tender or swollen, or if a red streak or heavy drainage occurs, return to the Emergency Room.

The Emergency Center Physician suggests the stitches be removed in _____ days

### CARE OF LACERATIONS / PUNCTURE WOUNDS / ANIMAL BITES
In spite of proper care given wounds, an infection may develop whenever the skin is broken. Fragments of foreign material may remain in the wound despite thorough cleansing or where removal would produce more damage than the injury itself. Therefore, contact your private physician as soon as possible if any of the following symptoms or signs occur:
1. Wound becomes red, swollen, tender, and warm.
2. Wound begins to drain or fester.
3. Red streaks appear up the arm or leg.
4. Tender lumps appear in the groin or under the arm.
5. Chills or fever occur.
6. Healing does not progress as expected.

If bitten by a domestic animal (dog) notify the owner, if known, and the Police Department. [...] placed under observation. If bitten by a wild animal, alive or dead, is [...] the County Health Department and Pound so that the animal [...] evidence of rabies. Contact your private physician within 24 hours

### MINOR BURNS
Wash with a mild soap and water twice daily. You may apply antibi[otic] after cleansing followed by an appropriate nonadherent dressing. [If] they rupture take care to keep them very clean with soap and water [ex]posing the burned area to sunlight while healing. Healing can be [...] weeks. Your burn needs to be reexamined by a physician within

### FEVER MANAGEMENT
[E]very 4 hours and give Acetaminophen (Tylenol) or Ibuprofen
[pr]oducts containing aspirin.
[...]
if fever persists more than 2 days after treatment.
if fever reaches 104°.
[...] fever for activity level. A child that refuses to drink and/or [uri]nation needs to be reevaluated as soon as possible.

### SIGNS OF SERIOUS ILLNESS IN CHILDREN
[...]
[...]
[...]wet diaper
[...]parents
6. Will not smile
7. Skin appears pale
8. Poor eye contact
9. New skin rash

---

75369  3  RM-OUTPT   CB
BROWN ROY
ADM-05/08/05   *ASTR LAST*
TELEPHONE (229) 868-5621   A-61

**TELFAIR REGIONAL HOSPITAL**
HWY. 341 S. • P.O. BOX 150 • MCRAE, GEORGIA 31055

DEA REG. NO. _____

NAME _____ AGE _____
ADDRESS _____ DATE 5/8/05

℞

Keflex 500 → t.i.d.

# 20

☐ LABEL
REFILL _____ TIMES      DR. _____

LAW OFFICES
OF
# JOHN T. CROLEY, JR.
311 WEST CENTRAL AVENUE

P. O. BOX 690

FITZGERALD, GEORGIA 31750-0690

JOHN T. CROLEY, JR.

TONI SAWYER

TELEPHONE: (229) 423-6608

FAX: (229) 424-0070

August 11, 2006

F I L E D
JACKSONVILLE, FLORIDA
AUG 1 6 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

*Express Mail*
Clerk of the Court
United States Courthouse
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

RE:   *Winn-Dixie Stores, Inc. et al.*
      Case Number: 05-03817-3F1
      United States Bankruptcy Court, Middle District of Florida

Dear Clerk:

Enclosed please find *Claimant's Response to Debtors' Omnibus Objection to Unresolved Litigation Claims* and a *Certificate of Service* which I would appreciate your filing with the above-mentioned case.

Thank you for your consideration in this regard.

Very truly yours,

Toni Sawyer

Enclosures

cc:   Roy Brown
      Smith, Hulsey & Busey (w/encls)