UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
Chapter 11
Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Asize Brooks  (Claim No. 2262) [Docket No. 9953] was furnished by mail on August 14,

2006 to Asize Brooks, 337 Sheldon Street, New Smyrna Beach, Florida 32168.

Dated:  August 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER       SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*            By      *s/ James H. Post*
     D. J. Baker                    Stephen D. Busey
     Sally McDonald Henry           James H. Post (FBN 175460)
     Rosalie Gray                   Cynthia C. Jackson

Four Times Square                225 Water Street, Suite 1800
New York, New York 10036         Jacksonville, Florida  32202
(212) 735-3000                   (904) 359-7700
(917) 777-2150 (facsimile)       (904) 359-7708 (facsimile)
djbaker@skadden.com              jpost@smithhulsey.com

Co-Counsel for Debtors           Co-Counsel for Debtors
00520151.DOC