UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 | |
| ) | Chapter 11 | |
| Debtors. ) | Jointly Administered | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Marie Caschetta (Claim No. 3161) [Docket No. 9956] was furnished by mail on August 14, 2006 to Marie Caschetta c/o Mark A. Matovina, Esq., Bogin, Munns & Munns, 687 Belville Road, Suite A, South Daytona, Florida 32119-1951.

Dated: August 16, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Gray | By   *s/ James H. Post*<br>     Stephen D. Busey<br>     James H. Post (FBN 175460)<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC