UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
                    Debtors.             )        Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Don Ditaranto  (Claim No. 6093) [Docket No. 9967] was furnished by mail on August

14, 2006 to Don Ditaranto, 102 South Spring Garden Avenue, Deland, Florida 32720.

Dated:  August 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   *s/ D. J. Baker*                   By      *s/ James H. Post*
     D. J. Baker                             Stephen D. Busey
     Sally McDonald Henry                    James H. Post (FBN 175460)
     Rosalie Gray                            Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC