UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Toungla Edwards (Claim No. 6703) [Docket No. 9968] was furnished by mail on August 14, 2006 to Toungla Edwards c/o W. Clay Mitchell, Esq., Morgan & Morgan, P.O. Box 4979, Orlando, Florida 32802-4979.

Dated: August 16, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker* | By   *s/ James H. Post* |
|      D. J. Baker |      Stephen D. Busey |
|      Sally McDonald Henry |      James H. Post (FBN 175460) |
|      Rosalie Gray |      Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC