UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                   Chapter 11
                Debtors.                )          Jointly Administered

_____

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Gregory Jackson, Jr.  (Claim No. 5478) [Docket No. 9982] was furnished by mail on

August 14, 2006 to Gregory Jackson, Jr. c/o Paul Lee, Esq., 418 West Alfred Street, Suite

7, Tavares, Florida 32778.

Dated:  August 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                  By    *s/ James H. Post*
        D. J. Baker                             Stephen D. Busey
        Sally McDonald Henry                    James H. Post (FBN 175460)
        Rosalie Gray                            Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC