UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
                Debtors.                 )        Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Brenden Johnson  (Claim Nos. 9450 and 11532) [Docket No. 9983] was furnished by mail on August 14, 2006 to Brenden Johnson c/o Amanda Johnson, P.O. Box 1941, Douglas, Georgia 31533.

Dated:  August 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By     _s/ D. J. Baker_____          By     _s/ James H. Post_____
       D. J. Baker                            Stephen D. Busey
       Sally McDonald Henry                   James H. Post (FBN 175460)
       Rosalie Gray                           Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC