## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al*., | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE MONTGOMERY, INC. | Case No. 05-03837-JAF |
| ("the Debtors") | Filed Claim No.: <u>5158</u> |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, FERGUSON, RITA, IN THE ALLOWED AMOUNT OF $25,000.00, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**

FERGUSON, RITA
ATTN: RITA FERGUSON, HOUSEWIFE
202 RIVER TRACE
CHILDERSBURG, AL 35044

PLEASE TAKE NOTICE that the transfer of $25,000.00 of the above-captioned allowed General Unsecured claim has been transferred to:

**Transferee:**     DellaCamera Capital Master Fund, Ltd.
c/o DellaCamera Capital Management, LLC
237 Park Avenue
Suite 900
New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the Order allowing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                          Case No. 05-03837

   Winn-Dixie Montgomery, Inc.                  Chapter 11

                 Debtor


### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Ferguson, Rita ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Allowed Claim Amount | Proof of Claim No. |
| --- | --- |
| $25,00.00 | 5158 |

have been transferred and assigned to  DellaCamera Capital Master Fund, Ltd. ("Assignee").   The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.


ASSIGNEE: DellaCamera Capital Master Fund, Ltd.        ASSIGNOR:  Ferguson, Rita
Address:   c/o DellaCamera Capital Mangement, LLC      Address:      202 River Trace
           237 Park Avenue                                           Childersburg, AL 35044
           Suite 900                                   Signature:  _Rita Ferguson_
           New York, NY 10017                          Name:       _Rita  Ferguson_
                                                       Title:      _Housewife_
                                                       Date:       _6-27-06_

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIM OF RITA FERGUSON (CLAIM NO. 5158)

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, Rita Ferguson (the "Claimant"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). The Court finds that the proposed Agreed Order is for an agreed amount less than the $50,000 minimum established in the Claims Resolution Procedure. Accordingly, it is

ORDERED AND ADJUDGED:

1.      Claim No. 5158 filed by Claimant is allowed as an unsecured non-priority claim in the amount of $25,000.00 against Winn-Dixie Montgomery, Inc. in Case No. 05-3837 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

2.      This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 5158 and (ii) all other claims the Claimant has or may have against the Debtors and any of their Chapter 11 estates, officers, employees, agents (including but not limited to Sedgwick Claims Management Service, Inc.), successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

This Agreed Order does not, however, affect Rita Ferguson's right to participate in the Chapter 11 case of debtor Winn-Dixie Montgomery, Inc., including but not limited to, by objecting to any plan of reorganization that it proposes.

3.    The Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability.  The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.  This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement.

4.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 24 day of May, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]
530429

## **CONSENT**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _____
    Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorney for the Debtors

By _____
    George C. Douglas, Jr.

700 Century Park South
Suite 223
Birmingham, Alabama 35226
(205) 824-4620
(866) 383-7009 (facsimile)
gcd@hiwaay.net

Attorney for Defendant Rita Ferguson