# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al*.,<br><br><br><br>WINN-DIXIE STORES, INC.<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-03817-3Fl Jointly Administered<br><br><br><br>Case No. 05-03817-JAF<br><br>Filed Claim No.: 9266 |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, HUBERT COMPANY, IN THE ALLOWED AMOUNT OF $63,341.64, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**
        HUBERT COMPANY
        ATTN: GREG OLLINGER, V.P. FINANCE
        9555 DRY FORK RD
        HARRISON, OH 45030

PLEASE TAKE NOTICE that the transfer of $63,341.64 of the above-captioned allowed General Unsecured claim has been transferred to:

**Transferee:**        DellaCamera Capital Master Fund, Ltd.
                        c/o DellaCamera Capital Management, LLC
                        237 Park Avenue
                        Suite 900
                        New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the Order allowing the claim is hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                            _____
                                                                            Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie Stores, Inc.

Debtor

Case No. 05-11063

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Hubert Company ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Allowed Claim Amount | Proof of Claim No. |
|---|---|
| $63,341.64 | 9266 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address:   c/o DellaCamera Capital Mangement, LLC
           237 Park Avenue
           Suite 900
           New York, NY 10017

ASSIGNOR:  Hubert Company
Address:   Attn: Mary D. Inabnitt, CR MGR
           9555 Dry Fork Road
           Harrison, OH 45030
Signature: [signature]
Name:      [signature]
Title:     V.P. - Finance
Date:      7/19/2006

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors.[1] ) | Jointly Administered |

**ORDER REDUCING OVERSTATED CLAIMS AS SET FORTH
IN THE DEBTORS' EIGHTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on May 4, 2006, upon the Eighth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A (the "Disputed Claims").[2] Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 1096 filed by ACH Food Companies Inc., (ii) claim no. 4073 filed by Baker Distributing Company, LLC, (iii) claim no. 2165 filed by Barker Company Ltd., (iv) claim no. 7935 filed by CG Roxane, (v) claim no. 3135 filed by Cox North Carolina Publication, (vi) claim no. 366 filed by CSX Corporation, (vii) claim no. 11505 filed by Dales Doughnuts South, Inc., (viii) claim no. 2570 filed by J&J Snack Foods Corp., (ix) claim no. 2573 filed by Joseph Enterprises, (x) claim no. 8412 filed by

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Meadwestvaco Corp., (xi) claim no. 8858 filed by National Lift Truck Service, (xii) claim no. 10207 filed by Nature's Bounty, Inc., (xiii) claim no 10202 filed by NBTY, Inc., (xiv) claim no. 3503 filed by New England Coffee Co., (xv) claim no. 4463 filed by New World Pasta Company, (xvi) claim no. 4938 filed by PC Woo (xvii) claim no. 10750 filed by Precision Plumbing & Air Inc., (xviii) claim no. 1052 filed by Schneider National Inc., (xix) claim no. 11818 filed by Sioux Honey Association, (xx) claim no. 11325 filed by Sunbeam Products, (xxi) claim no. 11116 filed by Sweet Blessings, (xxii) claim no. 1064 filed by TW Garner Food Co., (xxiii) claim no. 7274 filed by Vicorp Restaurants, Inc., and (xxiv) claim no. 516 filed by Zak Designs, Inc. (collectively, the "Unresolved Objections"), which claims have been removed from Exhibit A. The Debtors have withdrawn without prejudice their objection to (i) claim no. 10989 filed by Checkpoint Security Systems, Group Inc., (ii) claim no. 574 filed by Cobb Electric Membership Corp., (iii) claim no. 228 filed by Jackson EMC, (iv) claim no. 174 filed by Mackay Envelope Company, LLC, (v) claim no. 2167 filed by Pagas Mailing Services, (vi) claim no. 184 filed by Roadway Express, (vii) claim no. 955 filed by Southeast Unloading, LLC, and (viii) claim no. 11477 filed by Timberlake Consultants, Inc. (collectively, the "Withdrawn Claim Objections"), which claims have been removed from Exhibit A. Upon consideration, it is

    ORDERED AND ADJUDGED:

    1.    The Objection is sustained.

    2.    The Overstated Claims listed on Exhibit A are reduced to the amounts set forth on Exhibit A under the heading Reduced Amount and the amounts exceeding the Reduced Amount are disallowed. With respect to the Overstated Claims that are reduced by the amount of the reclamation payments listed on Exhibit

2

A under the heading "Reason for Reduction," if any portion of such reclamation payments remain unpaid after the last date for payment as provided in the Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated July 28, 2005, the holders of such Overstated Claims shall have the right to seek to have the Reduced Amount increased by the unpaid balance of the reclamation payments listed on Exhibit A.

3. Other than the Unresolved Objections and objections with respect to the Withdrawn Claim Objections, those objections that have not yet been withdrawn are overruled.

4. Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5. The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

6. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7. This Order is without prejudice to the Debtors' right to object to the Disputed Claims on the ground that they were filed against the incorrect

Debtor and that the Debtor against which the Disputed Claims were filed should be modified.

Dated this 4 day of May, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

450804-Wilmington Server 1A - MSW

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
EIGHTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A- CLAIMS TO BE REDUCED

Page: 9 of 29
Date: 05/03/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410686**<br>GRUMA CORP DBA MISSION FOODS SVCE<br>C/O AKIN, GUMP, STAUSS, ET AL<br>ATTN SARA SCHULTZ, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75201 | 9700<br>Debtor: WINN-DIXIE STORES, INC. | $88,368.97 | $62,718.56 | REDUCED AMOUNT REFLECTS: (A) NET CONSUMPTION WAIVER OF $515.94, (B) RECLAMATION PAYMENT IN PROCESS OF $16,510.07, AND (C) AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 384162**<br>HERITAGE BRANDS INSIGHT PHARMACEUTICALS<br>ATTN IRENE T MORRIS, A/R MGR<br>550 TOWNSHIP LINE ROAD<br>BLUE BELL PA 19422-2726 | 4433<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $65,630.52 | $53,129.05 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $9,079.56, NET CONSUMPTION WAIVER OF $103.69, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,318.22. |
| **Creditor Id: 404847**<br>HUBERT COMPANY<br>ATTN MARY D INABNITT, CR MGR<br>9555 DRY FORK RD<br>HARRISON OH 45030 | 9266<br>Debtor: WINN-DIXIE STORES, INC. | $75,815.20 | $63,341.64 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $3,872.87 AND REMOVAL OF $1,311.25 FOR POSTPETITION INVOICE NUMBER 358222 AND $4,243.42 AND 3,046.02 FOR INVOICE NUMBER 774392 DATED 11/13/03 AND INVOICE NUMBER 155927 DATED 8/6/04, RESPECTIVELY, AS BOTH INVOICES LACK PROOF OF DELIVERY. |
| **Creditor Id: 279022**<br>HUHTAMAKI AMERICAS INC<br>ATTN JONATHAN BEALS, CR MGR<br>9201 PACKAGING DRIVE<br>DE SOTO KS 66018 | 3194<br>Debtor: WINN-DIXIE STORES, INC. | $88,409.07 | $1,014.95 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,648.31, ACCOUNTS RECEIVABLE BALANCE OF $683.75, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $84,062.06. |
| **Creditor Id: 395437**<br>ICICLE SEAFOODS, INC<br>ATTN LES RIEDEL, CREDIT MANAGER<br>PO BOX 79003<br>SEATTLE, WA 98119-7903 | 5741<br>Debtor: WINN-DIXIE STORES, INC. | $91,052.27 | $88,778.91 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $68.89 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,204.47. |
| **Creditor Id: 252195**<br>INNOSEAL SYSTEMS INC<br>ATTN JEFFREY S REBH, PRES<br>8041 ARROWBRIDGE BLVD, SUITE 1<br>CHARLOTTE NC 28273 | 397<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $8,688.64 | $7,667.76 | REDUCED AMOUNT REFLECTS REMOVAL OF $300, $63 AND $259.96 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICE NUMBERS 17333, 17417, AND 17446, RESPECTIVELY, AND $397.92 FOR POSTPETITION INVOICE NUMBER 17839. |
| **Creditor Id: 252927**<br>JEL MAR<br>ATTN RICK EDMONDS<br>135 S LASALLE DEPT 1108<br>CHICAGO, IL 60674-1108 | 2154<br>Debtor: WINN-DIXIE STORES, INC. | $7,078.20 | $4,315.78 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $504.00 AND $2,258.42, RESPECTIVELY. |