| | |
|---|---|
| In re:<br><br>Winn-Dixie Stores, Inc.<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>**Case No**. 3:05-bk-03817-JAF<br><br>Claim # Unknown |

## NOTICE:  OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:      **VALLEY RICH DAIRY**
**PO BOX 60271**
**CHARLOTTE, NC 28260**
_____

The transfer of your claim as shown above, in the amount of $ 2,272.30 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

**United States Courthouse**
**300 North Hogan Street**
**Suite 3-350**
**Jacksonville, Florida 32202**

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

-------------------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid

on _____ , 200 ___ .

INTERNAL CONTROL NO. _____

Copy: (check)  Claims Agent _____   Transferee _____   Debtor's Attorney ____

_____
                                                          Deputy Clerk

Aug 16 06 10:11a
08/14/2006 15:12 2145650258
Case 3:05-bk-03817-JAF Doc 10343 Filed 08/17/06 Page 2 of 2
NDH
P.6
PAGE 01/01

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re.

Winn Dixie Stores, Inc.

Debtors.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.05-03817
Jointly Administered

Chapter 11,

**NOTICE OF TRANSFER OF CLAIM
OTHER THAN FOR SECURITY AND
WAIVER OF NOTICE.**
RULE 3001 (e)(1)

Please take notice that your unsecured claim of **VALLEY RICH DAIRY** in the amount of $ 2,272.30 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **VALLEY RICH DAIRY** is not less than $ 2,272.30 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade-Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
VALLEY RICH DAIRY
PO BOX 60271 CHARLOTTE NC 28260

Please print your name _William S. Charters_ Signature _Willi S. Char_

Title _VP/CAO/Corporate Controller_ Date _8/14/06_

Address: _5400 South Lamar, Dallas, TX 75215_
(city,state,zip)
Telephone _214-565-0732_ Fax _214-565-0258_ Email _____

Federal Taxpayer ID / Social Security Number _54-1206717_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By:
Timothy McGuire

wd