United States Bankruptcy Court
Middle District of Florida (Jacksonville)

|  |  |
|---|---|
| In Re: ) |  |
| ) |  |
| **Winn-Dixie Store, Inc. et al.** ) | Chapter 11 |
| ) | Case No. **05-03817** |
| ) | Claim No. **2556** |
| Debtors ) | Court ID: |
| ) |  |

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Please take notice that **Redrock Capital Partners, LLC** hereby withdraws the Notice of Transfer of Claim filed by Redrock Capital Partners, LLC as transferee (docket number 10338) to **R&R Enterprises LLC** as Transferor. The Withdrawal of Transfer of Claim relates only to the filed claim by Redrock Capital Partners, LLC in the amount $22,670.62 **(docket number 10338)**.

Dated: **August 17, 2006**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058