United States Bankruptcy Court
Middle District of Florida (Jacksonville)

|  |  |  |
|---|---|---|
| In Re: | ) ) ) | |
| **Winn-Dixie Store, Inc. et al.** | ) ) ) ) | Chapter 11<br>Case No. **05-03817**<br>Claim No. **4164** |
| Debtors | ) ) | Court ID: |

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Please take notice that **Redrock Capital Partners, LLC** hereby withdraws the Notice of Transfer of Claim filed by Redrock Capital Partners, LLC as transferee (docket number 10340) to **Hanover Foods Corp.** as Transferor.  The Withdrawal of Transfer of Claim relates only to the filed claim by Redrock Capital Partners, LLC in the amount $46,277.77 **(docket number 10340)**.

Dated: **August 17, 2006**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058