United States Bankruptcy Court
Middle District of Florida (Jacksonville)

|                                    |   |                       |
|------------------------------------|---|-----------------------|
| In Re:                             | ) |                       |
|                                    | ) |                       |
| **Winn-Dixie Store, Inc. et al.**  | ) | Chapter 11            |
|                                    | ) | Case No. **05-03817** |
|                                    | ) | Claim No. **8785**    |
| Debtors                            | ) | Court ID:             |
|                                    | ) |                       |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Please take notice that **Redrock Capital Partners, LLC** hereby withdraws the Notice of Transfer of Claim filed by Redrock Capital Partners, LLC as transferee (docket number 10341) to **Embutidos Palacios** as Transferor. The Withdrawal of Transfer of Claim relates only to the filed claim by Redrock Capital Partners, LLC in the amount $5,584.75 **(docket number 10341)**.

Dated: **August 17, 2006**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058