United States Bankruptcy Court
Middle District of Florida (Jacksonville)

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Winn-Dixie Store, Inc. et al.** | ) | Chapter 11 |
| | ) | Case No. **05-03817** |
| | ) | Claim No. |
| Debtors | ) | Court ID: |
| | ) | |

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

Please take notice that **Redrock Capital Partners, LLC** hereby withdraws the Notice of Transfer of Claim filed by Redrock Capital Partners, LLC as transferee (docket number 10342) to **Birmingham Realty Company** as Transferor. The Withdrawal of Transfer of Claim relates only to the filed claim by Redrock Capital Partners, LLC in the amount $1,862,151.26 **(docket number 10342)**.

Dated: **August 17, 2006**

/s/ Craig Klein
Craig Klein
Redrock Capital Partners, LLC
970.547.9058