[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05-bk-03817-JAF
                                                                Chapter 11


Winn-Dixie Stores, Inc




_____Debtor(s)_____/


ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Joseph D. Frank , a non-resident of Florida and counsel for Information Resources, Inc. , pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated August 17, 2006 .

Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Joseph D. Frank, 325 North LaSalle Street, Suite 625, Chicago, IL 60610