[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No. 3:05-bk-03817-JAF
                                                                      Chapter 11

Winn-Dixie Stores, Inc


_____Debtor(s)_____/


## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Alexandra Steinberg Barrage, a non-resident of Florida and counsel for Merrill Lynch LP Holdings, Inc., pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated August 17, 2006.

Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Alexandra Steinberg Barrage, 1290 Avenue of the Americas, New York, NY 10104