# WINN-DIXIE LOGISTICS

***As of 8/10/2006:***

| SCHEDULE | | MONTHLY PAYMENT | SALES TAX | PROPERTY TAX | CURE AMOUNT |
|---|---|---|---|---|---|
| 4126213001 | 8/1/2006 | $ 33,007.56 | $ 1,626.81 | $ - | $ 34,634.37 |
| 4126213002 | 7/1/2006 | $ 4,479.21 | $ - | $ - | $ 4,479.21 |
| 4126213002 | 8/1/2006 | $ 10,446.57 | $ 677.28 | $ 603.39 | $ 11,727.24 |
| 4126213003 | 7/2/2006 | $ 13,792.96 | $ 783.90 | $ - | $ 14,576.86 |
| 4126213003 | 8/2/2006 | $ 13,792.96 | $ 783.90 | $ - | $ 14,576.86 |
| 4126213004 | 7/2/2006 | $ 24,883.27 | $ 1,413.52 | $ - | $ 26,296.79 |
| 4126213004 | 8/2/2006 | $ 24,883.27 | $ 1,413.52 | $ - | $ 26,296.79 |
| 4126213005 | 7/1/2006 | $ 11,574.25 | $ 735.07 | $ - | $ 12,309.32 |
| 4126213005 | 8/1/2006 | $ 11,574.25 | $ 735.07 | $ - | $ 12,309.32 |
| | | | | | $ 157,206.76 |

Exhibit "A"