UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:　　　　　　　　　　　　　　　CASE NO.: 3:05-bk-03817-JAF

　　　　　　　　　　　　　　　　　　CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

　　　　Debtors.　　　　　　　　　Jointly Administered

_____

**RESPONSE TO FIFTEENTH OMNIBUS CLAIMS OBJECTION BY GENERAL ELECTRIC CAPITAL CORPORATION IN RESPECT OF CLAIM NUMBER 10710**

General Electric Capital Corporation ("GE"), by and through its undersigned counsel, responds to the Debtors' Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Objection"), and represents as follows:

1. Prior to the filing of the case, on or about October 31, 2001, the Debtors entered into a Master Equipment Lease with GE number 4126213 ("Master Lease"), which provided for the leasing of certain equipment pursuant to separate schedules to be entered into thereafter. Subsequent to the entry of the Master Lease, the Debtors executed five separate schedules thereunder, each providing for the lease of certain equipment

described more fully therein (collectively, the "Schedules", separately the "Schedule").

2. At the time of the petition date, i.e. February 21, 2005 (the "Petition Date"), the Debtors were current on all of the Schedules with the exception of Schedules 004, having failed to pay the monthly obligation due under Schedule 004 for the month of February, 2005. The monthly obligation under Schedule 004 is $26,296.79.

3. The Debtors seek to reduce the claim originally filed by GE in respect of the Master Lease and Schedules in the amount of $70,793.25 (Claim Number 10710), and allow it in the amount of $24,316.21. While GE does not dispute that Claim Number 10710 should be reduced, GE disputes the proposed reduced amount.

4. GE hereby objects to the relief sought in the Objection and instead requests that the Court sustain the

Objection, but only to the extent of reducing the amount to $26,292.79.

Dated: August 18, 2006

        **MORITT HOCK HAMROFF & HOROWITZ LLP**
        Counsel for General Electric Capital Corporation

        Leslie A. Berkoff (LB-4584)
        400 Garden City Plaza
        Garden City, NY 11530
        lberkoff@moritthock.com
        (516) 873-2000
        (516) 873-2010

        and

        **HELD & ISRAEL**
        By: _/s/_____
        Kimberly Held Israel
        Florida Bar #47287
        khisrael@hilawfirm.com
        Adam N. Frisch
        Florida Bar #635308
        afrisch@hilawfirm.com
        1301 Riverplace Blvd., Suite 1916
        Jacksonville, FL 32207
        (904) 398-7038
        (904) 398-4283