# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER OF RESOLUTION OF THE CLAIM OF STATE OF FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION (CLAIM NO. 11694)

These cases are before the Court upon the stipulation of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, State of Florida Agency for Health Care Administration (the "Claimant") for the entry of this agreed order. The Court finds that notice of the proposed Agreed Order was served on all interested parties in compliance with the Local Rule 2002-4 informing the parties of the opportunity to object within 20 days of the date of service and no party filed an objection. The Court therefore considers the entry of the Order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. Claim No. 11694 filed by Claimant is allowed for all purposes as an unsecured non-priority claim in the amount of $769,613.42 against Winn-Dixie Stores, Inc. in Case No. 05-03817 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

2. This Agreed Order resolves all liabilities and obligations related to Claim No. 11694 and all claims relating to Pharmacy #235, Pharmacy #37 and Pharmacy #247 and audit C.I.001066000, audit C.I. 010184000 and audit C.I. 001065000 the Claimant has or may have against the Debtors and any of their Chapter 11 estates, officers,

employees, agents, successors or assigns as of the petition date (February 21, 2005) (the "Resolved Claims"), all of which are forever waived, discharged and released.

3. Claimant will not file or assert any other claims against the Debtors (including contingent claims) related to the Resolved Claims that arose or were in existence prior to the commencement of these cases.

4. Except as specifically provided herein, this order is without prejudice to any of claims or defenses the parties may have as to any other matter including, without limitation, the existence or status of any alleged executory contract between the parties.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 18 day of August, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | AGENCY FOR HEALTH CARE ADMINISTRATION |
| By /s/ Leanne McKnight Prendergast | By /s/ Debora E. Fridie |
| Leanne McKnight Prendergast | Debora E. Fridie, Esq. |
| | Brevin Brown, Esq. |
| Florida Bar Number 59544 | Florida Bar Number 0886580 |
| 1800 Wachovia Bank Tower | Florida Bar Number 0589063 |
| 225 Water Street | State of Florida, Agency for Health Care Administration |
| Jacksonville, Florida 32202 | 2727 Mahan Drive MS 3 |
| (904) 359-7700 | Tallahassee, Florida 32308-5407 |
| (904) 359-7708 (facsimile) | (850) 922-5873 |
| lprendergast@smithhulsey.com | (850) 921-0158 (facsimile) |
| Attorneys for the Debtors | Attorneys for State of Florida, Agency for Health Care Administration |

522229