# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER CORRECTING ORDER DATED JUNE 9, 2006
## ON DEBTORS' (I) OMNIBUS OBJECTION TO TAX CLAIMS
## AND (II) MOTION REQUESTING DETERMINATION OF TAX
## VALUES AND LIABILITIES TO ATTACH AMENDED EXHIBITS[1]

This matter having come before the Court under 11 U.S.C. §§ 105, 502, 505 and 506, Fed. R. Bank. P. 3007 and 9014 and Rule 3007-1 on the (i) Debtors Omnibus Objection to Tax Claims (the "Objection") and (ii) Motion For Order Determining Tax Values And Tax Liabilities (the "Motion") (Docket No. 7267), filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] The Court has reviewed the Motion and the Objection and has considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, the Court makes the following findings of fact:

A.     This Court has jurisdiction over the Motion and Objection under 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2).

---

[1] Exhibit A is amended to remove County of James City because a timely response was filed by County of James City.
[2] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion and the Objection.

B.     The Taxing Authorities identified on the attached Exhibits A and B have not responded to the Motion or the Objection.   The Motion and the Objection are therefore uncontested as to the properties identified on Exhibits A and B.

C.     The Tax Claims listed on the attached Exhibit A are based on improper assessments and therefore are asserted in improper amounts.

D.     The adjustments to the Taxing Authorities' assessed values are appropriate for the reasons set forth in the Motion and Objection.

E.     The amounts indicated in the "Revised Assessed Value" column on the attached Exhibits A and B reflect the correct taxable values for the properties identified on the Exhibits.

F.     The statutory interest rates imposed by the Taxing Authorities identified on the attached Exhibit B incorporate a penalty element and, therefore, should not be used in calculating the accrued interest on Tax Claims and other tax liabilities which are secured and entitled to interest.  Accordingly, it is

ORDERED:

1.     With respect to the properties identified on the attached Exhibit A and B, the Motion is granted and the Objection is sustained.

2.     The tax values for the properties listed on Exhibit A and Exhibit B to this Order in the column titled "Revised Assessed Value" are correct and the Taxing Authorities are directed to use such tax values to compute the Debtors' tax liabilities for the 2004 and 2005 tax years.

3.    The Revised Tax Amounts listed on the attached Exhibits A and B are the correct amount of tax liabilities owed by the Debtors to the Taxing Authorities identified on such Exhibits.

4.    Tax Claims identified on Exhibit A are reduced and allowed in the amount reflected as the Revised Tax Amount.

5.    Pursuant to Section 506(b), the interest rate on Revised Tax Amounts identified on the attached Exhibit B will be 6% per annum.

6.    The Debtors are authorized to offset any excess amounts paid to any of the Taxing Authorities identified on the attached Exhibits A and B against other accounts with such Taxing Authorities for other tax years.

7.    This Order is without prejudice to the Debtors' right to object to any proof of claim filed by any Taxing Authorities in these Chapter 11 cases on any further or separate grounds.

8.    This Court retains jurisdiction over the Debtors and the Taxing Authorities whose Tax Claims and Liabilities are subject to the Motion and Objection with respect to any matters related to or arising from implementation of this Order.

Dated this  /8  day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00539298.DOC

3

## Exhibit A
8/9/2006

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # **** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF DANVILLE, VA TAX COLLECTOR    (County and State: DANVILLE, VA) | | | | | | | | | | | | | | |
| | 0970 | PP | | | NIC | | | 94 25783 050 | 2004 | 252,602 | $6,798.12 | 225,098 | $6,057.92 | A |
| | 0970 | PP | Priority | 7/26/2005 | 7522 | 05-03839-3F | $8,830.59 | 94 25783 050-1 | 2005 | 221,450 | $3,321.75 | 194,930 | $2,923.95 | A |
| | 0970 | PP | | | NIC | | | 94 25783 050-2 | 2005 | 221,450 | $3,321.75 | 194,930 | $2,923.95 | A |
| | | | | | | | | | Tax Subtotals | | $13,441.62 | | $11,905.82 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:
* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Legend : For Case Numbers**

05-03817 *Winn-Dixie Stores, Inc.*

05-03818 *Dixie Stores, Inc.*

05-03819 *Table Supply Foods Store Co., Inc.*

05-03820 *Astor Products, Inc.*

05-03821 *Crackin' Good, Inc.*

05-03822 *Deep South Distributors, Inc.*

05-03823 *Deep South Products, Inc.*

05-03824 *Dixie Darling Bakers, Inc.*

05-03825 *Dixie-Home Stores, Inc.*

05-03826 *Dixie Packers, Inc.*

05-03827 *Dixie Spirits, Inc.*

05-03828 *Economy Wholesale Distributors, Inc.*

05-03829 *Foodway Stores, Inc.*

05-03830 *Kwik Chek Supermarkets, Inc.*

05-03831 *Sunbelt Products, Inc.*

05-03832 *Sundown Sales, Inc.*

05-03833 *Superior Food Company*

05-03834 *WD Brand Prestige Steaks, Inc.*

05-03835 *Winn-Dixie Handyman, Inc.*

05-03836 *Winn-Dixie Logistics, Inc.*

05-03837 *Winn-Dixie Montgomery, Inc.*

05-03838 *Winn-Dixie Procurement, Inc.*

05-03839 *Winn-Dixie Raleigh, Inc.*

05-03840 *Winn-Dixie Supermarkets, Inc.*

**Exhibit B**
5/19/2006

| Creditor Name | | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| CARTER COUNTY TRUSTEE | (County and State: CARTER, TN) | | | | | | | | | |
| | | 2190 | PP | 00201P | 2004 | 118,286 | $3,028.00 | 69,102 | $1,768.94 | A |
| | | 2190 | PP | 00201P | 2005 | 107,190 | $2,124.00 | 59,841 | $1,185.77 | A |
| | | 2193 | PP | 00500P | 2005 | 41,198 | $817.00 | 39,749 | $788.28 | A |
| | | | | | Tax Subtotals | | $5,969.00 | | $3,742.98 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Page 1 of 4

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount *** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| HAWKINS COUNTY TRUSTEE (County and State: HAWKINS, TN) | | | | | | | | | |
| | 2188 | PP | 06500P | 2004 | 38,710 | $935.83 | 37,990 | $918.43 | A |
| | 2188 | PP | 06500P | 2005 | 36,030 | $862.00 | 32,899 | $787.08 | A |
| | | | | Tax Subtotals | | $1,797.83 | | $1,705.52 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

         ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

SULLIVAN COUNTY TRUSTEE    (County and State: SULLIVAN, TN)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 2189 | PP | 062H A 005.00P 000 | 2004 | 50,288 | $1,342.69 | 45,901 | $1,225.55 | A |
| 2189 | PP | 062H A 005.00P 000 | 2005 | 48,290 | $1,222.00 | 39,749 | $1,005.88 | A |
| | | | **Tax Subtotals** | | $2,564.69 | | $2,231.43 | |

Legend for Basis for Adjustment Codes:    *A = Appraised Asset*    *M = Market*    *OK = No adjustment made*    *S = Sales*

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|

**Legend : For Case Numbers**

05-03817  Winn-Dixie Stores, Inc.

05-03818  Dixie Stores, Inc.

05-03819  Table Supply Foods Store Co., Inc.

05-03820  Astor Products, Inc.

05-03821  Crackin' Good, Inc.

05-03822  Deep South Distributors, Inc.

05-03823  Deep South Products, Inc.

05-03824  Dixie Darling Bakers, Inc.

05-03825  Dixie-Home Stores, Inc.

05-03826  Dixie Packers, Inc.

05-03827  Dixie Spirits, Inc.

05-03828  Economy Wholesale Distributors, Inc.

05-03829  Foodway Stores, Inc.

05-03830  Kwik Chek Supermarkets, Inc.

05-03831  Sunbelt Products, Inc.

05-03832  Sundown Sales, Inc.

05-03833  Superior Food Company

05-03834  WD Brand Prestige Steaks, Inc.

05-03835  Winn-Dixie Handyman, Inc.

05-03836  Winn-Dixie Logistics, Inc.

05-03837  Winn-Dixie Montgomery, Inc.

05-03838  Winn-Dixie Procurement, Inc.

05-03839  Winn-Dixie Raleigh, Inc.

05-03840  Winn-Dixie Supermarkets, Inc.