**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                              CHAPTER 11
WINN-DIXIE STORES, INC., et al,                              CASE NO.:  05-03817-JAF

       Debtor.

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the undersigned, JEFFREY R. DOLLINGER, ESQUIRE, hereby enters a limited appearance as co-counsel for the following landlords/creditors of Winn-Dixie Stores, Inc., through their management company, TERRANOVA CORPORATION:

    TA/WESTERN, LLC
    CONCORD-FUND IV, RETAIL, L.P.
    TA CRESTHAVEN, LLC
    FLAGLER RETAIL ASSOCIATES, LTD.
    WESTFORK TOWER, LLC
    ELSTON/LEETSDALE, LLC

and hereby requests, pursuant to Section 1109(b) and any other applicable section of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2002-1(e), that all notices to be given or required to be served in this case, be given and served upon the undersigned at the following address:

                JEFFREY R. DOLLINGER, ESQUIRE
                     Scruggs & Carmichael, P.A.
                       One S.E. First Avenue
                       Post Office Box 23109
                       Gainesville, FL 32602

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) and any other applicable section of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices regarding any applications, motions, petitions, pleadings, legal memoranda, complaints, or demands transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, telecopy or otherwise which affect the Debtor(s) or property of the Debtor(s).

PLEASE TAKE FURTHER NOTICE that the foregoing demand shall also include, without limitation, all orders and notices regarding any applications, motions, pleadings, legal memoranda, complaints or demands filed in any adversary proceedings whether preceding or subsequent to the date of this Notice which affect the Debtor(s) or property of the Debtor(s).

Dated: August 18, 2006

SCRUGGS & CARMICHAEL, P.A.

/s/ Jeffrey R. Dollinger, Esquire
JEFFREY R. DOLLINGER, ESQ.
P.O. Box 23109
Gainesville, FL 32602
PH:  (352) 376-5242
FAX:  (352)375-0690
Florida Bar ID# 650218
Co-counsel for Terranova Corporation

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing *NOTICE OF LIMITED APPEARANCE* was electronically filed with the US Bankruptcy Court on this 17th day of August, 2006, and that a copy of this document was furnished either by electronic transmission or by United States first class mail postage prepaid to: **Adam Ravin**, **aravin@skadden.com**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **D. J. Baker, djbaker@skadden.com,** Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, **cjackson@smithhulsey.com**, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esq. , john.macdonald@akerman.com,** Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; **John Longmire, esq.,** Willkie Farr & Gallagher, LLP, 787 Seventh Avenue, New York, NY 10019-6099 **jlongmire@willkie.com**; and **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

/s/ Jeffrey R. Dollinger, Esq.