# J. David Forsyth - RE: FW: Winn-Dixie - Westland Plaza Associates, LP Proof ofClaim#11966

**From:** "Leamy, Jane" <JLEAMY@skadden.com>
**To:** "J. David Forsyth" <jdf@sessions-law.com>
**Date:** 8/15/06 11:38AM
**Subject:** RE: FW: Winn-Dixie - Westland Plaza Associates, LP Proof ofClaim#11966

I've asked the company to review and advise.

Jane M. Leamy
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
Tel: (302) 651-3179
Fax:(302) 651-3001
Direct Fax: (888) 329-8399


-----Original Message-----
From: J. David Forsyth [mailto:jdf@sessions-law.com]
Sent: Sunday, August 13, 2006 4:08 PM
To: Leamy, Jane
Cc: dtay@stirlingprop.com
Subject: Re: FW: Winn-Dixie - Westland Plaza Associates, LP Proof of Claim#11966

Jane:

   Have you been able to look into this yet? I look forward to hearing from you. Thanks.



>>> "Leamy, Jane" <JLEAMY@skadden.com> 08/08/06 07:17PM >>>
I will review and get back to you.

Jane M. Leamy
Skadden, Arps, Slate, Meagher & Flom LLP One Rodney Square P.O. Box 636
Wilmington, Delaware 19899
Tel: (302) 651-3179
Fax:(302) 651-3001
Direct Fax: (888) 329-8399

---

From: J. David Forsyth [mailto:JDF@sessions-law.com]
Sent: Monday, August 07, 2006 2:01 PM
To: Baker, D. J. (Jan); jpost@smithhulsey.com
Cc: dtay@stirlingprop.com
Subject: Fwd: Winn-Dixie - Westland Plaza Associates, LP Proof of Claim #11966



EXHIBIT
A

    Attached is classification objection I received to a proof of claim we filed on behalf of a landlord, Westland Plaza Associates, LP.

    You will note that only one component of the claim is a small administrative claim for damage to the premises after the GOB sale. That is the only administrative portion of the claim. We agree that the rest is unsecured.

    The proof of claim referenced was properly filed both in the Winn-Dixie Montgomery, Inc. (tenant) case and in the Winn-Dixie Stores, Inc. (guarantor) case, because both debtors are responsible for the claim.

    I would appreciate it if the appropriate person could look into this and get back to me before the August 21 objection deadline to let me know if the objection will be withdrawn or if not on what basis you still believe the claim should be reclassified.

    Thanks you very much.

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others.
If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.

------------------------------------------------------------------------
------

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

*******************************************
This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*******************************************
================================================================
======

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading,

distributing, forwarding, or copying this communication is prohibited
and may violate the legal rights of others.
If you received this communication in error, please call me, return the
e-mail to me, and delete it from your system.