IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| WINN DIXIE STORES, INC., | ) |
| ET AL., | ) CASE NO.: 05-03817-3F1 |
| | ) |
| DEBTORS. | ) (JOINTLY ADMINISTERED) |

## RULE 2090-1 (c)(1) WRITTEN DESIGNATION AND CONSENT TO ACT

Comes now the undersigned attorneys pursuant to local Court Rule 2090-1(c)(1) and request that the Court accept the undersigned Matthew C. Lamere as being the written designee and having consent to act for the undersigned non-resident attorney pursuant to said Rule, and state for grounds as follows:

1. Mr. Lamere is a member in good standing of the bar of the Middle District of Florida. A copy of his certification to practice in this Court is attached herewith as Exhibit "A".

2. Mr. Lamere is a non-resident member of the bar of the Middle District of Florida. Counsel is filing herewith a motion to waive the requirement that Mr. Lamere be a resident of the State of Florida.

WHEREFORE, the premises considered, the undersigned attorneys pray the Court would allow Mr. Lamere to be the Rule 2090-1 (c)(1) designee and have consent to act for the undersigned non-resident attorney.

Respectfully submitted this the 18th day of August, 2006.

By:  /s/ Joseph W. Lewis
JOSEPH W. LEWIS (LEW 048)
JOHN E. BYRD, JR. (BYR 020)
Attorneys for Thomas Hazellief
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 fax


/s/ MATTHEW C. LAMERE
MATTHEW C. LAMERE
Florida State Bar No.: 0871834
106 North Lena Street, Suite 2
Dothan, Alabama 36303
(334) 793-2888
(334) 678-1953 fax

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon Smith Hulsey & Busey, attn: Tanna Copland, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via facsimile sent to (904) 359-7708.

Dated this the ___18th___ day of August, 2006.

By:  /s/ Joseph W. Lewis
JOSEPH W. LEWIS (LEW 048)
JOHN E. BYRD, JR. (BYR 020)
Attorneys for Thomas Hazellief

Exhibit "A"

CER 101 (Rev. 2/99)

# THE UNITED STATES OF AMERICA

MIDDLE District of FLORIDA

I, Sheryl L. Loesch, Clerk of the United States District Court, certify that

MATTHEW C. LAMERE

was duly admitted and qualified to practice as an Attorney in the District Court on the 17th day of July, 2003.

In testimony whereof, I sign my name and affix the seal of this Court, on this 17th day of July, 2003.

Sheryl L. Loesch
Clerk