IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| IN RE: | ) |
|---|---|
| | ) CHAPTER 11 |
| WINN DIXIE STORES, INC., ET AL., | ) |
| | ) CASE NO.: 05-03817-3F1 |
| | ) |
| DEBTORS. | ) (JOINTLY ADMINISTERED) |

**MOTION TO WAIVE FLORIDA RESIDENCY REQUIREMENT OF RULE 2090-1 (c) DESIGNEE**

Comes now Thomas Hazellief, creditor number: WDX-393187-L4-55, by and through his undersigned attorney, and moves this Court to waive the local Rule 2090-1(c) (1) requirement that the Middle District bar member designee be a resident of Florida, or, in the alternative, waive the requirement of said designee, and states for grounds as follows:

1. The undersigned attorney, a non-resident attorney, has previously filed within ten (10) days with this Court a Response to Debtors Ominous Objection to Unresolved Litigation Claims in the above-styled cause.

2. The undersigned attorney is filing herewith a written designation and consent to act on the part of the Honorable Matthew C. Lamere, a member and good standing of the bar of the Middle District of Florida. Mr. Lamere is not a Florida resident. A copy of Mr. Lamere's certificate to practice in the Middle District is attached herewith as Exhibit "A".

3. The undersigned attorney requests this waiver for the purpose of allowing the one time filing of the pleading previously filed and referred to herewith above, i.e. Response to Debtors Ominous Objection to Unresolved Litigation Claims.

WHEREFORE, the premises considered, the undersigned attorney prays the Court would waive the Rule 2090-1 (c)(1) requirement that the Middle District bar member designee be a resident of the State of Florida, or, in the alternative, waive the requirement of said designee.

Respectfully submitted this the______day of August, 2006.

By: /s/ Joseph W. Lewis

JOSEPH W. LEWIS (LEW 048)
JOHN E. BYRD, JR. (BYR 020)
Attorneys for Thomas Hazellief
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 fax

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon Smith Hulsey & Busey, attn: Tanna Copland, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via facsimile sent to (904) 359-7708.

Dated this the________day of August, 2006.

By: /s/ Joseph W. Lewis

JOSEPH W. LEWIS (LEW 048)
JOHN E. BYRD, JR. (BYR 020)
Attorneys for Thomas Hazellief



CER 101 (Rev. 2/99)

**Exhibit "A"**

# THE UNITED STATES OF AMERICA

MIDDLE *District of* FLORIDA

*I,* Sheryl L. Loesch *Clerk of the United States District Court, certify that*

MATTHEW C. LAMERE

*was duly admitted and qualified to practice as an Attorney in the District Court on the* 17th *day of* July, 2003 (*Year*).

*In testimony whereof, I sign my name and affix the seal of this Court, on this* 17th *day of* July, 2003 (*Year*).

Sheryl L. Loesch

*Clerk*