IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                      )
                                            ) CHAPTER 11
WINN DIXIE STORES, INC.,                    )
ET AL.,                                     ) CASE NO.: 05-03817-3F1
                                            )
        DEBTORS.                            ) (JOINTLY ADMINISTERED)

## RULE 2090-1 (c)(1) WRITTEN DESIGNATION AND CONSENT TO ACT

Comes now the undersigned attorneys pursuant to local Court Rule 2090-1(c)(1) and request that the Court accept the undersigned Matthew C. Lamere as being the written designee and having consent to act for the undersigned non-resident attorney pursuant to said Rule, and state for grounds as follows:

1.    Mr. Lamere is a member in good standing of the bar of the Middle District of Florida. A copy of his certification to practice in this Court is attached herewith as Exhibit "A".

2.    Mr. Lamere is a non-resident member of the bar of the Middle District of Florida. Counsel is filing herewith a motion to waive the requirement that Mr. Lamere be a resident of the State of Florida.

WHEREFORE, the premises considered, the undersigned attorneys pray the Court would allow Mr. Lamere to be the Rule 2090-1 (c)(1) designee and have consent to act for the undersigned non-resident attorney.

Respectfully submitted this the _18th_ day of August, 2006.

By:    /s/ Joseph W. Lewis
      JOSEPH W. LEWIS (LEW 048)
      JOHN E. BYRD, JR. (BYR 020)
      Attorneys for Thomas Hazellief
      P.O. Box 536
      Dothan, Alabama 36302
      (334) 794-0759
      (334) 792-0163 fax


      /s/ MATTHEW C. LAMERE
      MATTHEW C. LAMERE
      Florida State Bar No.: 0871834
      106 North Lena Street, Suite 2
      Dothan, Alabama 36303
      (334) 793-2888
      (334) 678-1953 fax

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon Smith Hulsey & Busey, attn: Tanna Copland, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via facsimile sent to (904) 359-7708.

Dated this the ___18th___ day of August, 2006.


By:    /s/ Joseph W. Lewis
      JOSEPH W. LEWIS (LEW 048)
      JOHN E. BYRD, JR. (BYR 020)
      Attorneys for Thomas Hazellief

2

CER 101 (Rev. 2/99)

Exhibit "A"

# THE UNITED STATES OF AMERICA

I, _____

Sheryl L. Loesch

MIDDLE     District of     FLORIDA

_____ Clerk of the United States

District Court, certify that

MATTHEW C. LAMERE

was duly admitted and qualified to practice as an Attorney

in the District Court on the ____17th____ day of ____July____ ,

_____

In testimony whereof, I sign my name and affix the seal of

this Court, on this ____17th____ day of ____July____ , ____2003____ .

Year

Sheryl L. Loesch
Clerk

2003
Year