| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| Name of Debtor: WINN-DIXIE STORES, INC. | Case Number: 05-11063-RDD |

| Name of Creditor (person or entity to whom debtor owes money or property): DELL MARKETING, L.P. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| **Name and address where notices should be sent:** Dell Marketing, L.P. c/o Sabrina L. Streusand Hughes & Luce, L.L.P. 111 Congress Avenue, Suite 900 Austin, TX 78701 Telephone number: (512) 482-6842 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Account or other number by which creditor identifies debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated: |
|---|---|

**1. Basis for Claim**
- ☒ Goods sold **SEE ATTACHMENTS**
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensations (fill out below)
- ☐ Your SS #: _____ - ___ - _____
  Unpaid compensations for services performed
  from _____ to _____
  (date)                      (date)

**2. Date debt was incurred:** 12/4/02 – 2/21/05

**3. If court judgment, date obtained:** Not applicable

**4. Total Amount of Claim at Time Case Filed:** $442,147.71

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check if claim includes interest or other charges in addition to principal amount of claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral including a right of setoff.

Brief Description of Collateral:
☐ Real Estate   ☑ Motor Vehicle
☐ Other

Value of Collateral: At this time, Western is fully secured; however, the exact value of the collateral has not yet been finally determined.

Amount of arrearage and other charges at time case filed included in secured claim, if any: _____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority: $
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4000*), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan- 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
☐ Other—Specify applicable paragraph of 11 U.S.C. §§ 507(a)(1)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to case commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 3/10/05 | DELL MARKETING, L.P. By: _____ Michael Keller, Finance Manager III |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571.

**EXHIBIT**

tabbies®

1

## ATTACHMENT TO PROOF OF CLAIM
## FOR DELL MARKETING, L.P.

1.      The basis of the debt is as follows:  from December 4, 2002 to the date of the Petition initiating this bankruptcy case Dell Marketing, L.P. (hereinafter referred to as "Dell"), supplied and sold to the above referenced Debtor certain goods including computers, monitors, servers and related computer products.  Generally, the orders for such products were received via e-mail from the Debtor and the purchase orders and invoices were generated by Dell.

2.      The invoices made the basis of this Proof of Claim are attached herein and incorporated herein by reference for all purposes.  The invoices set forth the amount of Dell's unsecured claim as of the date of the filing of the Bankruptcy Petition.


NOTE:  CLAIMANT RESERVES THE RIGHT TO AMEND THIS PROOF OF CLAIM AS FURTHER INFORMATION BECOMES AVAILABLE.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Proof of Claim has been served this 22nd day of March, 2005, on the following:

Winn-Dixie Stores, Inc.                     Debtor
5050 Edgewood Court
Jacksonville, FL 32254-3699

David J. Baker                              Attorney for Debtor
Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Sara Robinson Borders
Brian C. Walsh
KING & SPALDING, LLP
119 Peachtree Street
Atlanta, Georgia  30303


Richard C. Morrissey                        U.S. Trustee
United States Trustee
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


_____
Sabrina L. Streusand



**This is your INVOICE**                                              Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 31847
Order Number: 772768371
Order Date: 06/03/04

Invoice Number: A10508192
Invoice Date: 06/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
RANDY TYRIE
WINN DIXIE
2401 NEVADA BLVD
CHARLOTTE, NC 28273

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 8E120 | Subassembly,Hard Drive,20GB SFX,IBM,C600 | EA | 129.00 | 129.00 |

RANDY TYRIE (704) 587-4071 POS 45815245

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 129.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 129.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 129.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 129.00 |
| | $ | |
| | $ | |
| Balance Due | $ | 129.00 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A10508192
Customer Number: 14806762
Purchase Order: 31847
Order Number: 772768371



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 37289
Order Number: 798230299
Order Date: 06/28/04

Invoice Number: A34320320

Invoice Date: 06/28/04
Payment Terms: EXCHG 10 DAYS
Shipped Via: NEXT DAY
Waybill Number: 62786135462

06 01 G 01 00 N

SOLD TO:
MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
DENNIS HANSEN
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | A0119050 | Cordless MX Duo Keyboard and M ouse | EA | 84.95 | 84.95 |
| | | | HANSEN DENNIS (904) 370-7020 EXG 46520013 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIV ABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETIN G MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 84.95 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 84.95 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A34320320
Customer Number: 14806762
Purchase Order: 37289
Order Number: 798230299

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 84.95 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 84.95 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 84.95 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806782
Purchase Order: 34251P
Order Number: 857732987
Order Date: 09/13/04

Invoice Number: A87815863

Invoice Date: 08/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

MR ALAN  PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

BRADLEY T MNGR
WINN DIXIE
1133 SPRING LN
SANFORD, NC 27330

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 5 | 5 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 845.00 |
| 1 | 1 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 169.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

BRADLEY TAYLOROR MNGR (919) 774-4341 POS  47998066

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $         0.00 | $ | 0.00 |
| Invoice Total | $ | 1,014.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P. .
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A87815863
Customer Number: 14806782
Purchase Order: 34251P
Order Number: 857732987

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $         0.00 | $ | 0.00 |
| Invoice Total | $ | 1,014.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,014.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0638
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0638
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 37580P
Order Number: 862159887
Order Date: 08/17/04

Invoice Number: A91087613

Invoice Date: 08/17/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
MANAGER I T
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 6 | 6 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,014.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|   |   |             | MANAGER    I T ASSE (904) 783-5454 POS  48081899 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ | 0.00  $ | 0.00 |
| Invoice Total | $ | 1,014.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ | 0.00  $ | 0.00 |
| Invoice Total | $ | 1,014.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,014.00 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A91087613
Customer Number: 14806762
Purchase Order: 37580P
Order Number: 862159887



### This is your INVOICE

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 33011
Order Number: 876452948
Order Date: 08/26/04

Invoice Number: B03770873

Invoice Date: 08/26/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
RAY MCDONALD
WINN DIXIE INC
7595 CENTURIAN PKWY
JACKSONVILLE, FL 32256

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 2M100 | Subassembly,Hard Drive,20GB Small Form Factor,Cascade, C600 | EA | 120.00 | 120.00 |
| | | | RAY MCDONALD (904) 370-6878 POS  48405298 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 120.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 120.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B03770873
Customer Number: 14806762
Purchase Order: 33011
Order Number: 876452948

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 120.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 120.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 120.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                          Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 35063P
Order Number: 895761568
Order Date: 09/10/04

Invoice Number: B23278303

Invoice Date: 09/10/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

P D OR
WINN DIXIE
2509 NORTH HERITAGE ST
KINSTON, NC 28501

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|   |   |   | P DELANEY OR DUTY MGR (252) 523-7600 POS 48900930 |   |   |   |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B23278303
Customer Number: 14806762
Purchase Order: 35063P
Order Number: 895761568



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806782
Purchase Order: 34487P
Order Number: 899215017
Order Date: 09/13/04

Invoice Number: B30192532

Invoice Date: 09/16/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
GENE E BULLARD
WINN DIXIE
5450 HWY 153
CHATTANOOGA, TN 37409

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | GENE E BULLARD or DUTY M (423) 870-8819 POS 48991988 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B30192532
Customer Number: 14806782
Purchase Order: 34487P
Order Number: 899215017

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |
| | $ | |
| | $ | |
| Balance Due | $ | 1,521.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2516805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Customer Number: 14806762 |
| For Sales: (888) 242-0638 | Purchase Order: 31117P |
| Sales Fax: (800) 333-4329 | Order Number: 904507820 |
| Customer Service: (888) 242-0638 | Order Date: 09/17/04 |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Invoice Number: B32359116

Invoice Date: 09/17/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

MICHAEL F GIBBINSLAN
WINN DIXIE
1541 NOVA RD
HOLLY HILL, FL 32117

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | MICHAEL F GIBBINSLAN (386) 257-7774 POS  49136874 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $        0.00 | $ | 0.00 |
| Invoice Total | $ | 1,859.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B32359116
Customer Number: 14806762
Purchase Order: 31117P
Order Number: 904507820

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $        0.00 | $ | 0.00 |
| Invoice Total | $ | 1,859.00 |
| | $ | |
| | $ | |
| Balance Due | $ | 1,859.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 33689P
Order Number: 911163922
Order Date: 09/22/04

Invoice Number: B37836583

Invoice Date: 09/22/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
MICHAEL KLENOTICHLAN
WINN DIXIE
5270 BABCOCK ST NE
PALM BAY, FL 32905

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MICHAEL KLENOTICHLAN (321) 636-0534 POS 49321101

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,859.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B37836583
Customer Number: 14806762
Purchase Order: 33689P
Order Number: 911163922

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,859.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,859.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 31197P
Order Number: 928371641
Order Date: 10/06/04

Invoice Number: B53595617

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR ALAN PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
JOHNNY K GOLDMAN-DUTY
WINN DIXIE
615 PELHAM RD S
JACKSONVILLE, AL 36265

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JOHNNY K GOLDMAN-DUTY MG (256) 435-5217 POS 49791684

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595617
Customer Number: 14806762
Purchase Order: 31197P
Order Number: 928371641

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,690.00 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | Customer Number: 14806762 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 31848P |
| For Sales: (888) 242-0938 | Order Number: 930279162 |
| Sales Fax: (800) 333-4329 | Order Date: 10/07/04 |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Invoice Number: B55044138

Invoice Date: 10/07/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

MR ALAN  PARSONS
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

JONATHON M VECELLIO-MGR
WINN DIXIE
1199 EAST BAY DR
LARGO, FL 33771

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JONATHON M VECELLIO-MGR (727) 518-6552 POS  49841252

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | | $ | 0.00 |
| Subtotal | | $ | 1,859.00 |
| Taxable: | | Tax: | |
| | $ 0.00 | $ | 0.00 |
| Invoice Total | | $ | 1,859.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B55044138
Customer Number: 14806762
Purchase Order: 31848P
Order Number: 930279162

| | | | |
|---|---|---|---|
| Ship. &/or Handling | | $ | 0.00 |
| Subtotal | | $ | 1,859.00 |
| Taxable: | | Tax: | |
| | $ 0.00 | $ | 0.00 |
| Invoice Total | | $ | 1,859.00 |
| | | $ | |
| | | $ | |
| Balance Due | | $ | 1,859.00 |
| Amt. Enclosed | | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 38833
Order Number: 930380168
Order Date: 10/07/04

Invoice Number: B79316863

Invoice Date: 10/26/04
Payment Terms: NET DUE 30 DAYS
Shipped Via: EAGLE USA
Waybill Number:

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

BOBBY JONES
SAVERITE WINN DIXIE 2620
1770 ELLIS AVE
JACKSON, MS 39204

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 24 | 24 | 367-0181 | CFI,Lexmark,10G220, Winn Dixie | EA | 652.70 | 15,664.80 |
| 24 | 24 | 367-0186 | CFI,Tray,Printer,Accessory, Drawer,11K0688 | EA | 159.14 | 3,819.36 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 554.00 |
| Subtotal | $ | 20,038.16 |
| Taxable: | Tax | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 20,038.16 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B79316863
Customer Number: 14806762
Purchase Order: 38833
Order Number: 930380168

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 554.00 |
| Subtotal | $ | 20,038.16 |
| Taxable: | Tax | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 20,038.16 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 20,038.16 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 38596
Order Number: 959094740
Order Date: 10/28/04

Invoice Number: B82337043

Invoice Date: 10/28/04
Payment Terms: EXCHG 10 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A9642228740960

06 01 G 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
JAREK KAMINSKI
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 1 | 1 | 320-3857 | Dell M993s,19 inch,18.0 inch Viewable Image Size,OptiPlex Precision and Latitude | EA | 239.00 | 239.00 |

JOHN WEISS (904) 370-6946 EXG  50599738

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE.  IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 239.00 |
| Taxable: | Tax: | |
| $    0.00 | $ | 0.00 |
| Invoice Total | $ | 239.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B82337043
Customer Number: 14806762
Purchase Order: 38596
Order Number: 959094740

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 239.00 |
| Taxable: | Tax: | |
| $    0.00 | $ | 0.00 |
| Invoice Total | $ | 239.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 239.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0936
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 38588
Order Number: 924872055
Order Date: 10/04/04

Invoice Number: B88839911

Invoice Date: 11/04/04
Payment Terms: NET DUE 30 DAYS
Shipped Via: EAGLE USA
Waybill Number:

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
MR ALAN WERTS
WINN DIXIE STORES DP01
1550 JACKSON FERRY RD
MONTGOMERY, AL 36108

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 12 | 12 | 367-0181 | CFI,Lexmark,10G220, Winn Dixie | EA | 652.70 | 7,832.40 |
| 12 | 12 | 367-0186 | CFI,Tray,Printer,Accessory, Drawer,11K0688 | EA | 159.14 | 1,909.68 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 277.00 |
| Subtotal | $ | 10,019.08 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 10,019.08 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B88839911
Customer Number: 14806762
Purchase Order: 38588
Order Number: 924872055

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 277.00 |
| Subtotal | $ | 10,019.08 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 10,019.08 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 10,019.08 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 299-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 38716
Order Number: 953978062
Order Date: 10/25/04

Invoice Number: B88965992

Invoice Date: 11/04/04
Payment Terms: NET DUE 30 DAYS
Shipped Via: EAGLE USA
Waybill Number:

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
ANDY WILLIS
WINN DIXIE STORES DP01
1141 S W 12TH AVE
POMPANO BEACH, FL 33069

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 17 | 17 | 367-0181 | CFI,Lexmark,10G220, Winn Dixie | EA | 652.70 | 11,095.90 |
| 17 | 17 | 367-0186 | CFI,Tray,Printer,Accessory, Drawer,11K0688 | EA | 159.14 | 2,705.38 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 395.00 |
| Subtotal | $ | 14,196.28 |
| Taxable: | Tax: | |
| $            0.00 | $ | 0.00 |
| Invoice Total | $ | 14,196.28 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 395.00 |
| Subtotal | $ | 14,196.28 |
| Taxable: | Tax: | |
| $            0.00 | $ | 0.00 |
| Invoice Total | $ | 14,196.28 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 14,196.28 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B88965992
Customer Number: 14806762
Purchase Order: 38716
Order Number: 953978062



| | This is your INVOICE | Page 1 of 1 |

FID Number: 74-2616805
Sales Rep:SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 985772111
Order Date: 11/18/04

Invoice Number: C12257646

Invoice Date: 11/24/04
Payment Terms: NET DUE 60 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E15A464244500842

06 01 B 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
MR DONALD DAWSON
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 221-3797 | PowerVault 745N,2.4GHz Celeron 128K Cache, 400MHz FSB Software RAID | EA | 2,913.92 | 2,913.92 |
| 1 | 1 | 310-8826 | 512MB DDR SDRAM 400MHZ (2X256M) PowerVault | EA | 0.00 | 0.00 |
| 1 | 1 | 320-2819 | NO KEYBOARD OPTION | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1180 | 160GB,SATA,7.2K RPM Drive for PowerVault 745N | EA | 0.00 | 0.00 |
| 1 | 1 | 410-0234 | Windows Storage Server 2003, Express, Software RAID, PowerVault 745N | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1181 | 160GB, SATA, 7.2K RPM Additional Drive for PowerVault 745N | EA | 0.00 | 0.00 |
| 1 | 1 | 410-0240 | Storage Management Software for Storage Server 2003,PV745N | EA | 0.00 | 0.00 |
| 1 | 1 | 341-0043 | Software RAID 1,RAID 5 Configuration | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4677 | Versa Rails for Non-Dell 4-Post Rack,PowerVault | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1181 | 160GB, SATA, 7.2K RPM Additional Drive for PowerVault 745N | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1181 | 160GB, SATA, 7.2K RPM Additional Drive for PowerVault 745N | EA | 0.00 | 0.00 |
| 1 | 1 | 950-0252 | *Type 6 Contract - Next Business Day Parts Delivery 2YR Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 950-0250 | *Type 6 Contract - Next Business Day Parts Delivery Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9006 | *Non-Standard Service Option | EA | 0.00 | 0.00 |
| 1 | 1 | 960-1305 | *DECLINED CRITICAL BUSINESS CRITICAL SERVER OR STORAGE SUPPORT PACKAGE-CALL YOUR DELL SALES REP IF UPGRADE NEED | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9997 | *On-Site Installation Declined | EA | 0.00 | 0.00 |
| | | System Service Tags | 43RR461 | | | |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 35.00 |
| Subtotal | $ | 2,948.92 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 2,948.92 |

DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C12257646
Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 985772111

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 35.00 |
| Subtotal | $ | 2,948.92 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 2,948.92 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,948.92 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**                                                   Page 1 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 985658484
Order Date: 11/18/04

Invoice Number: C14926855

Invoice Date: 11/28/04
Payment Terms: NET DUE 60 DAYS
Shipped Via: CENTRAL FREIGHT
Waybill Number: 49316005-5

06 01 B 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
MR DONALD DAWSON
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-5956 | 3.0GHz/1MB Cache Xeon 800MHz Front Side Bus for PowerEdge 2800 | EA | 7,388.84 | 7,388.84 |
| 1 | 1 | 311-3947 | 3.0GHz/1MB Cache, Xeon, 800MHz Front Side Bus 2nd processor for PowerEdge 2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 311-3590 | 2GB DDR2 400MHz (2X1GB) Single Ranked DIMMs | EA | 0.00 | 0.00 |
| 1 | 1 | 310-1676 | Standard Windows Keyboard,Gray | EA | 0.00 | 0.00 |
| 1 | 1 | 320-0058 | No Monitor Option | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1286 | 36GB,U320,SCSI,1IN 10K;PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1475 | Embedded RAID - PERC4 Embedded Integrated | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1307 | 1.44MB Floppy Drive | EA | 0.00 | 0.00 |
| 1 | 1 | 420-4077 | No Operating System, Microsoft | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4405 | Logitech PS/2 2-button Mouse with Scroll, PowerEdge | EA | 0.00 | 0.00 |
| 1 | 1 | 430-8991 | Dual On-Board NICS ONLY | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2695 | Dell Remote Access Card, 4th Generation, for PowerEdge | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1372 | PV110T, LTO-1, 100/200GB, with Controller, Internal | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2700 | 24X IDE CD-ROM | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2696 | Rack Bezel for PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 311-4283 | 1x8 Hot Plug SCSI Hard Drive Backplane | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5476 | Electronic Documentation and OpenManage CD Kit, PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1286 | 36GB,U320,SCSI,1IN 10K;PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1327 | MR5/N, Drives attached to PERC4ei, PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5470 | Versa Rails for Third Party Rack for PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5466 | Rack Chassis Orientation for PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5561 | Redundant Power Supply with Y-CORD and Dual Cords for PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1286 | 36GB,U320,SCSI,1IN 10K;PE2800 | EA | 0.00 | 0.00 |
| 1 | 1 | 340-7437 | Tape, Media for LTO, 100/200GB, 5 Pack | EA | 0.00 | 0.00 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 46.00 |
| Subtotal | $ | 7,434.84 |
| Taxable: | Tax: | |
| $          0.00 | $ | 0.00 |
| Invoice Total | $ | 7,434.84 |

------------------------------------------------------------

DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 46.00 |
| Subtotal | $ | 7,434.84 |
| Taxable: | Tax: | |
| $          0.00 | $ | 0.00 |
| Invoice Total | $ | 7,434.84 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 7,434.84 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C14926855
Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 985658484



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0638
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 985658484
Order Date: 11/18/04

Invoice Number: C14926855

Invoice Date: 11/28/04
Payment Terms: NET DUE 60 DAYS
Shipped Via: CENTRAL FREIGHT
Waybill Number: 49316005-5

06 01 B 01 01 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

MR DONALD DAWSON
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 1 | 1 | 960-1305 | *DECLINED CRITICAL BUSINESS CRITICAL SERVER OR STORAGE SUPPORT PACKAGE-CALL YOUR DELL SALES REP IF UPGRADE NEED | EA | 0.00 | 0.00 |
| 1 | 1 | 902-8090 | *Type 3 Contract Next Business Parts and Labor On-site Response,INIT Year | EA | 0.00 | 0.00 |
| 1 | 1 | 902-7072 | *Type 3 Contract Next Business Parts and Labor On-site Response,Two Years | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9997 | *On-Site Installation Declined | EA | 0.00 | 0.00 |
| | | System Service Tags | JT7W481 | | | |



**This is your INVOICE**

Page 1 of 3

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 108908502
Order Date: 12/02/04

Invoice Number: C40510628

Invoice Date: 12/12/04
Payment Terms: NET DUE 60 DAYS
Shipped Via: CENTRAL FREIGHT
Waybill Number: 492191234

06 01 B 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

MR RAY ESTANISLAO
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-6678 | Enclosure with no Blades, 3 Power Supplies for PowerEdge 1855 | EA | 4,393.28 | 4,393.28 |
| 1 | 1 | 310-0900 | No Keyboard Option,for Dell PowerApps,Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 320-0058 | No Monitor Option | EA | 0.00 | 0.00 |
| 1 | 1 | 340-9930 | 1.44MB,3.5 in,External USB Floppy Drive | EA | 0.00 | 0.00 |
| 1 | 1 | 310-0024 | Mouse Option None | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1057 | CDROM, 24x, External, USB Connector | EA | 0.00 | 0.00 |
| 1 | 1 | 313-3119 | MEDIA TRAY OPTION FOR EXTERNAL CD OR FLOPPY ON PE1855 | EA | 0.00 | 0.00 |
| 1 | 1 | 430-1079 | 1 Gigabit Pass-Thru, (Phy Board) + 1 Blank for PowerEdge 1855 Enclosure, IO Bays 1-2 | EA | 0.00 | 0.00 |
| 1 | 1 | 430-1075 | Dell Keyboard, Video, Mouse Switch, Analog, for PE1855 Enclosure | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5820 | Rack Chassis w/Rapid Rails for Dell, HPQ or other Square Hole Racks, PE1855 | EA | 0.00 | 0.00 |
| 1 | 1 | 960-3630 | *Type 2 Contract Same Day 4HR Parts and Labor On-Site Response,Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 950-6962 | *Premier Enterprise Support - Gold - Premium Services, 3YR Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 950-6912 | *Type 2 Contract Same Day 4HR Parts and Labor On-Site Response,Two Years | EA | 0.00 | 0.00 |
| 1 | 1 | 950-0117 | *Premier Enterprise Support - Gold - Advanced Software Support Quantity 3 Resolutions | EA | 0.00 | 0.00 |
| 1 | 1 | 970-0237 | *Premier Enterprise On Demand Engineer Dispatch Severity 1 Three Years | EA | 0.00 | 0.00 |
| 1 | 1 | 310-3785 | Premier Enterprise Support Service Gold Welcome Letter | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9997 | *On-Site Installation Declined | EA | 0.00 | 0.00 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 109.00 |
| Subtotal | $ | 7,878.38 |
| Taxable: | Tax: | |
| $ 7,769.38 | $ | 543.86 |
| Invoice Total | $ | 8,422.24 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 109.00 |
| Subtotal | $ | 7,878.38 |
| Taxable: | Tax: | |
| $ 7,769.38 | $ | 543.86 |
| Invoice Total | $ | 8,422.24 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 8,422.24 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C40510628
Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 108908502



**This is your INVOICE**

Page 2 of 3

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: SUZY SWAN | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 108906502
Order Date: 12/02/04

Invoice Number: C40510628

Invoice Date: 12/12/04
Payment Terms: NET DUE 60 DAYS
Shipped Via: CENTRAL FREIGHT
Waybill Number: 492191234

06 01 B 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

MR RAY ESTANISLAO
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 310-5819 | Power Supply Unit, 1200 Watt Redundant, PowerEdge 1855 Enclosure | EA | 0.00 | 0.00 |
| 1 | 1 | 310-1878 | 24Amp, Hi-Power Power Distribution Unit, 208V | EA | 0.00 | 0.00 |
| 9 | 9 | 310-6177 | Enclosure Blade Blanks | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1908 | NO Operating system, Microsoft Configuration, PE1655MC Enclosure | EA | 0.00 | 0.00 |
| | | System Service Tags | 6FN7961 | | | |
| 1 | 1 | 221-6675 | 3.0GHz/1MB Cache, Xeon, 800MHz Front Side Bus for PowerEdge 1855 | EA | 3,376.10 | 3,376.10 |
| 1 | 1 | 311-4336 | 3.0GHz/1MB Cache, Xeon, 800MHz Front Side Bus for PowerEdge 1855 | EA | 0.00 | 0.00 |
| 1 | 1 | 311-3590 | 2GB DDR2 400MHz (2X1GB) Single Ranked DIMMs | EA | 0.00 | 0.00 |
| 1 | 1 | 310-6257 | Front Dongle Cable for USB and KVM Connectivity | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1561 | 73GB 10K RPM, Ultra 320 80pin SCSI Hard Drive, Hot Plug for PowerEdge 1855 Only | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1914 | NO Operating system, Microsoft Configuration, PEXX55MC Blade | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5823 | OpenManage Software Installation ONLY, No Kit or System Documentation | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1561 | 73GB 10K RPM, Ultra 320 80pin SCSI Hard Drive, Hot Plug for PowerEdge 1855 Only | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1557 | C1, Motherboard SCSI, No RAID at least 1 SCSI HD Required for PowerEdge 1855 | EA | 0.00 | 0.00 |
| 1 | 1 | 950-0117 | *Premier Enterprise Support - Gold - Advanced Software Support Quantity 3 Resolutions | EA | 0.00 | 0.00 |
| 1 | 1 | 970-0237 | *Premier Enterprise On Demand Engineer Dispatch Severity 1 Three Years | EA | 0.00 | 0.00 |
| 1 | 1 | 310-3785 | Premier Enterprise Support Service Gold Welcome Letter | EA | 0.00 | 0.00 |



|  | **This is your INVOICE** | Page 3 of 3 |

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 106908502
Order Date: 12/02/04

Invoice Number: C40510628

Invoice Date: 12/12/04
Payment Terms: NET DUE 60 DAYS
Shipped Via: CENTRAL FREIGHT
Waybill Number: 482191234

06 01 B 01 01 N

SOLD TO:

MR IT  ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

MR RAY  ESTANISLAO
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 960-3800 | *Type 2 Contract Same Day 4HR Parts and Labor On-Site Response,Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 950-7312 | *Type 2 Contract Same Day 4HR Parts and Labor On-Site Response,Two Years | EA | 0.00 | 0.00 |
| 1 | 1 | 950-7382 | *Premier Enterprise Support - Gold - Premium Services, 3YR | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9997 | *On-Site Installation Declined | EA | 0.00 | 0.00 |
|  |  | System Service Tags | 7FN7961 |  |  |  |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 38888
Order Number: 118353665
Order Date: 12/07/04

Invoice Number: C45687429

Invoice Date: 12/15/04
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: GR

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
I MANAGER
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 6 | 6 | A0408055 | Annual Premium Service Agreeme nt - Category 4 | EA | 3,190.00 | 19,140.00 |
| 2 | 2 | A0408103 | Annual Premium Service Agreeme nt - Category 2 | EA | 1,602.00 | 3,204.00 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 22,344.00 |
| Taxable: | Tax: | |
| $ 22,344.00 | $ | 1,564.08 |
| Invoice Total | $ | 23,908.08 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C45687429
Customer Number: 14806762
Purchase Order: 38886
Order Number: 118353665

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 22,344.00 |
| Taxable: | Tax: | |
| $ 22,344.00 | $ | 1,564.08 |
| Invoice Total | $ | 23,908.08 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 23,908.08 |
| Amt. Enclosed | $ | |



### This is your INVOICE

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 38964
Order Number: 147374807
Order Date: 12/20/04

Invoice Number: C57727161

Invoice Date: 12/22/04
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 69289839765

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
I MANAGER
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 3 | 3 | A0238913 | 2Gb FC PCI-X SGL-CH EMC HBA | EA | 1,053.00 | 3,159.00 |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 6.00 |
| Subtotal | $ | 3,165.00 |
| Taxable: $ 3,159.00 | Tax: $ | 221.13 |
| Invoice Total | $ | 3,386.13 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C57727161
Customer Number: 14806762
Purchase Order: 38964
Order Number: 147374807

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 6.00 |
| Subtotal | $ | 3,165.00 |
| Taxable: $ 3,159.00 | Tax: $ | 221.13 |
| Invoice Total | $ | 3,386.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 3,386.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                         Page 1 of 1

FID Number: 74-2616805                 Customer Number: 14806762              Invoice Number: C73259096
Sales Rep: CUSTOMER SUPPORT SERVICES    Purchase Order:
For Sales: (888) 242-0938              Order Number: 164259584               Invoice Date: 01/03/05
Sales Fax: (800) 333-4329              Order Date: 01/03/05                  Payment Terms: NET 10 OR RETURN PART
Customer Service: (888) 242-0938                                            Shipped Via: UNAUTHORIZED
Technical Support: (800) 289-3355                                           Waybill Number:
Dell Online: http://www.dell.com

                                        06 03 H 01 00 N

SOLD TO:                                                SHIP TO:
MR IT ASSET                                            IT MANAGER
WINN DIXIE STORES INC                                  WINN DIXIE
5050 EDGEWOOD CT                                       5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699                            JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 1 | 1 | 8K146 | Hard Drive,36GB,S1,80P, 10K,Hitachi | EA | 229.00 | 229.00 |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 229.00 |
| Taxable: | Tax: | |
| $ 229.00 | $ | 16.03 |
| Invoice Total | $ | 245.03 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C73259096
Customer Number: 14806762
Purchase Order:
Order Number: 164259584

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 229.00 |
| Taxable: | Tax: | |
| $ 229.00 | $ | 16.03 |
| Invoice Total | $ | 245.03 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 245.03 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39115
Order Number: 185545409
Order Date: 01/17/05

Invoice Number: C96442881

Invoice Date: 01/17/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E18A924242193741

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-5296 | OptiPlex GX280,Small Minitower Pentium 4 530 / 3.00GHz,1M,Int Broadcom Gigabit NIC,800FSB | EA | 841.55 | 841.55 |
| 1 | 1 | 420-3699 | NTFS File System,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 311-3679 | 512MB,Non-ECC,400MHz DDR2 2x256,OptiPlex GX280 or SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5247 | Dell USB Keyboard,No Hot Keys Optiplex | EA | 0.00 | 0.00 |
| 1 | 1 | 320-3857 | Dell M993s,19 Inch,18.0 Inch Viewable Image Size,OptiPlex Precision and Latitude | EA | 0.00 | 0.00 |
| 1 | 1 | 320-0428 | Integrated Video - Intel DVMT, Dell OptiPlex GX270 or GX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-0904 | 40GB SATA 7200RPM,Hard Drive,Dell OptiPlex GX280 and SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 340-8733 | 3.5 Inch,1.44MB,Floppy Drive Dell OptiPlex GX270 and GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 1 | 1 | 420-2119 | Windows XP Professional Service Pack 1,NTFS,with Media Dell OptiPlex,English,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4126 | Dell USB 2-Button Optical Mouse with Scroll | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2485 | 48X/32X/48X CD-Rewriteable Drive,Dell OptiPlex GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2496 | Internal Chassis Speaker Option,Dell Optiplex GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 1 | 1 | 313-7168 | OptiPlex Resource CD | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4721 | Energy Star Labeling for OptiPlex (if applicable) | EA | 0.00 | 0.00 |
| 1 | 1 | 980-0000 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 980-0002 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9987 | *Standard On-Site Installation Declined | EA | 0.00 | 0.00 |
| 1 | 1 | 310-3559 | Mouse Pad | EA | 2.85 | 2.85 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 76.00 |
| Subtotal | $ | 920.40 |
| Taxable: | Tax: | |
| $ 844.40 | $ | 59.12 |
| Invoice Total | $ | 979.52 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C96442881
Customer Number: 14806762
Purchase Order: 39115
Order Number: 185545409

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 76.00 |
| Subtotal | $ | 920.40 |
| Taxable: | Tax: | |
| $ 844.40 | $ | 59.12 |
| Invoice Total | $ | 979.52 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 979.52 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39115
Order Number: 185545409
Order Date: 01/17/05

Invoice Number: C96442881

Invoice Date: 01/17/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E18A924242193741

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
|  |  | System Service Tags | JG3GL61 |  |  |  |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39129
Order Number: 187258738
Order Date: 01/18/05

Invoice Number: C97893330

Invoice Date: 01/18/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 312-0191 | 6-Cell, 53-WHr Primary Battery for Dell Latitude D600/D500 | EA | 140.95 | 140.95 |
| | | | Customer Kit | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 146.45 |
| Taxable: | Tax: | |
| $ 140.95 | $ | 9.87 |
| Invoice Total | $ | 156.32 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C97893330
Customer Number: 14806762
Purchase Order: 39129
Order Number: 187258738

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 146.45 |
| Taxable: | Tax: | |
| $ 140.95 | $ | 9.87 |
| Invoice Total | $ | 156.32 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 156.32 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39123
Order Number: 187168044
Order Date: 01/18/05

Invoice Number: C98438377

Invoice Date: 01/19/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

SOLD TO:
MR IT  ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
D P SUPERVISOR
WINN DIXIE STORES DP01
2401 NEVADA BLVD
CHARLOTTE, NC 28273

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 313-1537 | 24X CD-ROM for Latitude D-Family, X300, Customer Install | EA | 39.00 | 39.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 7.00 |
| Subtotal | $ | 46.00 |
| Taxable: | Tax: | |
| 46.00 | $ | 3.48 |
| Invoice Total | $ | 49.48 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C98438377
Customer Number: 14806762
Purchase Order: 39123
Order Number: 187168044

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 7.00 |
| Subtotal | $ | 46.00 |
| Taxable: | Tax: | |
| 46.00 | $ | 3.48 |
| Invoice Total | $ | 49.48 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 49.48 |
| Amt. Enclosed | $ | |



### This is your INVOICE

Page 1 of 3

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: SUZY SWAN | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 14806762
Purchase Order: 39102
Order Number: 182402265
Order Date: 01/14/05

Invoice Number: C98904416

Invoice Date: 01/19/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A964260210301

06 01 O 01 01 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

#### PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | 221-5983 | Latitude D600, Pentium M 725 (1.6GHz) 14.1 XGA, English | EA | 1,378.53 | 2,757.06 |
| 2 | 2 | 311-1874 | 512MB, 2 Dimms, Double Data Rate for Latitude D400/600/800 Factory Install | EA | 0.00 | 0.00 |
| 2 | 2 | 310-2850 | Performance USB Keyboard for Latitude,D-FAM,TIED | EA | 0.00 | 0.00 |
| 2 | 2 | 340-7877 | 30GB Hard Drive 9.5MM 4200RPM for Dell Latitude D-FAM, FactoryInstall | EA | 0.00 | 0.00 |
| 2 | 2 | 340-6895 | Floppy Drive,Internal/External for Dell Latitude D-Family, Notebooks, Factory Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 420-1946 | Windows XP Professional, SP1 with media, for Latitude English, Factory Installed | EA | 0.00 | 0.00 |
| 2 | 2 | 310-8574 | Dell USB 2 Button Optical Mouse with Scroll for Latitude Notebooks, Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 313-1535 | Internal 56K Modem for Dell Latitude D-Family Notebooks, Factory Install | EA | 0.00 | 0.00 |
| 2 | 2 | 310-4225 | 65W AC Adapter for Latitude D-Family | EA | 0.00 | 0.00 |
| 2 | 2 | 313-1296 | 24X CD-ROM for Latitude D-Family, Factory Install | EA | 0.00 | 0.00 |
| 2 | 2 | 430-0896 | Dell Wireless 1350 WLAN (802.11b/g,54Mbps) miniPCI Card,Latitude D400/500/600/800 Factory Install | EA | 0.00 | 0.00 |
| 2 | 2 | 312-0189 | 6-Cell/53 WHr Primary Battery for Dell all Latitude D500/D600, Factory Install | EA | 0.00 | 0.00 |
| 2 | 2 | 310-2852 | Classic Nylon Carrying Case for Dell Latitude D-Family Notebooks,Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 900-6232 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2YR Extended | EA | 0.00 | 0.00 |
| 2 | 2 | 900-6600 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 2 | 2 | 310-5499 | 65W additional AC Adapter for Latitude D400/505/600 | EA | 27.26 | 54.52 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 138.00 |
| Subtotal | $ | | 4,317.82 |
| Taxable: | | Tax: | |
| $ | 4,179.82 | $ | 292.58 |
| Invoice Total | $ | | 4,610.40 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C98904416
Customer Number: 14806762
Purchase Order: 39102
Order Number: 182402265

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 138.00 |
| Subtotal | $ | | 4,317.82 |
| Taxable: | | Tax: | |
| $ | 4,179.82 | $ | 292.58 |
| Invoice Total | $ | | 4,610.40 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 4,610.40 |
| Amt. Enclosed | $ | | |



**This is your  INVOICE**

Page 2 of 3

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39102
Order Number: 182402285
Order Date: 01/14/05

Invoice Number: C98904416

Invoice Date: 01/19/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A964260210301

06 01 O 01 01 N

SOLD TO:

MR IT  ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

I  MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | X300, Factory Tied | | | |
| | | System Service Tags | 3RCBL61,  6RCBL61 | | | |
| 1 | 1 | 221-5983 | Latitude D600, Pentium M 725 (1.6GHz) 14.1 XGA, English | EA | 1,340.98 | 1,340.98 |
| 1 | 1 | 311-1874 | 512MB, 2 Dimms, Double Data Rate for Latitude D400/600/800 | EA | 0.00 | 0.00 |
| | | | Factory Install | | | |
| 1 | 1 | 310-2850 | Performance USB Keyboard for Latitude,D-FAM,TIED | EA | 0.00 | 0.00 |
| 1 | 1 | 340-7877 | 30GB Hard Drive 9.5MM 4200RPM for Dell Latitude D-FAM, | EA | 0.00 | 0.00 |
| | | | FactoryInstall | | | |
| 1 | 1 | 340-6895 | Floppy Drive,Internal/External for Dell Latitude D-Family, | EA | 0.00 | 0.00 |
| | | | Notebooks, Factory Tied | | | |
| 1 | 1 | 420-1946 | Windows XP Professional, SP1 with media, for Latitude | EA | 0.00 | 0.00 |
| | | | English, Factory Installed | | | |
| 1 | 1 | 310-8574 | Dell USB 2 Button Optical Mouse with Scroll for Latitude | EA | 0.00 | 0.00 |
| | | | Notebooks, Tied | | | |
| 1 | 1 | 313-1535 | Internal 56K Modem for Dell Latitude D-Family Notebooks, | EA | 0.00 | 0.00 |
| | | | Factory Install | | | |
| 1 | 1 | 310-4225 | 65W AC Adapter for Latitude D-Family | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1296 | 24X CD-ROM for Latitude D-Family, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 430-0896 | Dell Wireless 1350 WLAN (802.11b/g,54Mbps) miniPCI | EA | 0.00 | 0.00 |
| | | | Card,Latitude D400/500/600/800 Factory Install | | | |
| 1 | 1 | 312-0189 | 6-Cell/53 WHr Primary Battery for Dell all Latitude | EA | 0.00 | 0.00 |
| | | | D500/D600, Factory Install | | | |
| 1 | 1 | 900-6232 | *Type 3 Contract - Next Business Day Parts and Labor | EA | 0.00 | 0.00 |
| | | | On-Site Response, 2YR Extended | | | |
| 1 | 1 | 900-6600 | *Type 3 Contract - Next Business Day Parts and Labor | EA | 0.00 | 0.00 |
| | | | On-Site Response, Initial Year | | | |
| 1 | 1 | 310-5499 | 65W additional AC Adapter for Latitude D400/505/600 | EA | 27.26 | 27.26 |



**This is your INVOICE**

Page 3 of 3

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806782
Purchase Order: 39102
Order Number: 182402265
Order Date: 01/14/05

Invoice Number: C98904416

Invoice Date: 01/19/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A964260210301

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| | | | X300, Factory Tied | | | |
| | | System Service Tags | 7CCBL61 | | | |



| This is your INVOICE | Page 1 of 2 |

**FID Number:** 74-2616805
**Sales Rep:** SUZY SWAN
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 289-3355
**Dell Online:** http://www.dell.com

**Customer Number:** 14806782
**Purchase Order:** 39104
**Order Number:** 182458648
**Order Date:** 01/14/05

**Invoice Number:** C98913490

**Invoice Date:** 01/19/05
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** UPS COMMERCIAL
**Waybill Number:** E20A024247557111

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
D P SUPERVISOR
WINN DIXIE STORES DP01
1550 JACKSON FERRY RD
MONTGOMERY, AL 36108

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-5983 | Latitude D600, Pentium M 725 (1.6GHz) 14.1 XGA, English | EA | 1,378.53 | 1,378.53 |
| 1 | 1 | 311-1874 | 512MB, 2 Dimms, Double Data Rate for Latitude D400/600/800 Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2850 | Performance USB Keyboard for Latitude, D-FAM, TIED | EA | 0.00 | 0.00 |
| 1 | 1 | 340-7877 | 30GB Hard Drive 9.5MM 4200RPM for Dell Latitude D-FAM, FactoryInstall | EA | 0.00 | 0.00 |
| 1 | 1 | 340-6895 | Floppy Drive,Internal/External for Dell Latitude D-Family, Notebooks, Factory Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1946 | Windows XP Professional, SP1 with media, for Latitude English, Factory installed | EA | 0.00 | 0.00 |
| 1 | 1 | 310-8574 | Dell USB 2 Button Optical Mouse with Scroll for Latitude Notebooks, Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1535 | Internal 56K Modem for Dell Latitude D-Family Notebooks, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4225 | 65W AC Adapter for Latitude D-Family | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1296 | 24X CD-ROM for Latitude D-Family, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 430-0896 | Dell Wireless 1350 WLAN (802.11b/g,54Mbps) miniPCI Card,Latitude D400/500/600/800 Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 312-0189 | 6-Cell/53 WHr Primary Battery for Dell all Latitude D500/D600, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2852 | Classic Nylon Carrying Case for Dell Latitude D-Family Notebooks,Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 900-6232 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2YR Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 900-6600 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5499 | 65W additional AC Adapter for Latitude D400/505/600 | EA | 27.26 | 27.26 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 46.00 |
| Subtotal | | 1,451.79 |
| Taxable: | Tax: | |
| $ 1,451.79 | $ | 145.18 |
| Invoice Total | $ | 1,596.97 |

---

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

**Invoice Number:** C98913490
**Customer Number:** 14806782
**Purchase Order:** 39104
**Order Number:** 182458648

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 46.00 |
| Subtotal | | 1,451.79 |
| Taxable: | Tax: | |
| $ 1,451.79 | $ | 145.18 |
| Invoice Total | $ | 1,596.97 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,596.97 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39104
Order Number: 182458648
Order Date: 01/14/05

Invoice Number: C98913490

Invoice Date: 01/19/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E20A024247557111

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

D P SUPERVISOR
WINN DIXIE STORES DP01
1550 JACKSON FERRY RD
MONTGOMERY, AL 36108

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| | | | X300, Factory Tied | | | |
| | | System Service Tags | GDCBL61 | | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616605
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39128
Order Number: 187244803
Order Date: 01/18/05

Invoice Number: C98974791

Invoice Date: 01/19/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 62710681364

06 01 O 01 01 N

**SOLD TO:**
MR IT  ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 047300 | USB 4-Port Mini Hub | EA | 23.00 | 23.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 28.50 |
| Taxable: | Tax: | |
| $              23.00 | $ | 1.61 |
| Invoice Total | $ | 30.11 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C98974791
Customer Number: 14806762
Purchase Order: 39128
Order Number: 187244803

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 28.50 |
| Taxable: | Tax: | |
| $              23.00 | $ | 1.61 |
| Invoice Total | $ | 30.11 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 30.11 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39131
Order Number: 189421292
Order Date: 01/19/05

Invoice Number: D00372854

Invoice Date: 01/20/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 0000000697842487

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | A0119251 | 512 MB Module for a Dell OptiP lex GX270 Series System  Deskt op and Mini-Tower | EA | 102.81 | 411.24 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 411.24 |
| Taxable: | Tax: | |
| $          411.24 | $ | 28.78 |
| Invoice Total | $ | 440.02 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D00372854
Customer Number: 14806762
Purchase Order: 39131
Order Number: 189421292

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 411.24 |
| Taxable: | Tax: | |
| $          411.24 | $ | 28.78 |
| Invoice Total | $ | 440.02 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 440.02 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                      Page 1 of 2

| | |
|---|---|
| FID Number: 74-2616805 | Customer Number: 14806762 |
| Sales Rep: SUZY SWAN | Purchase Order: 39120 |
| For Sales: (888) 242-0938 | Order Number: 186709780 |
| Sales Fax: (800) 333-4329 | Order Date: 01/18/05 |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

| |
|---|
| Invoice Number: D00544884 |
| Invoice Date: 01/20/05 |
| Payment Terms: NET DUE 30 DAYS |
| Shipped Via: UPS COMMERCIAL |
| Waybill Number: E18A924243584111 |

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
IT MANAGER
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-5296 | OptiPlex GX280,Small Minitower Pentium 4 530 / 3.00GHz,1M,Int Broadcom Gigabit NIC,800FSB | EA | 886.00 | 886.00 |
| 1 | 1 | 420-3699 | NTFS File System,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 311-3679 | 512MB,Non-ECC,400MHz DDR2 2x256,OptiPlex GX280 or SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5247 | Dell USB Keyboard,No Hot Keys Optiplex | EA | 0.00 | 0.00 |
| 1 | 1 | 320-3857 | Dell M993s,19 Inch,18.0 Inch Viewable Image Size,OptiPlex Precision and Latitude | EA | 0.00 | 0.00 |
| 1 | 1 | 320-0428 | Integrated Video - Intel DVMT, Dell OptiPlex GX270 or GX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-0904 | 40GB SATA 7200RPM,Hard Drive,Dell OptiPlex GX280 and SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 340-8733 | 3.5 Inch,1.44MB,Floppy Drive Dell OptiPlex GX270 and GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 1 | 1 | 420-2119 | Windows XP Professional Service Pack 1,NTFS,with Media Dell OptiPlex,English,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4126 | Dell USB 2-Button Optical Mouse with Scroll | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2485 | 48X/32X/48X CD-Rewriteable Drive,Dell OptiPlex GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2496 | Internal Chassis Speaker Option,Dell Optiplex GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 1 | 1 | 313-7168 | OptiPlex Resource CD | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1099 | 1394 Controller Card,Dell OptiPlex GX280 Small Desktop or Minitower,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4721 | Energy Star Labeling for OptiPlex (if applicable) | EA | 0.00 | 0.00 |
| 1 | 1 | 980-0000 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 980-0002 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended | EA | 0.00 | 0.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 76.00 |
| Subtotal | $ | 962.00 |
| Taxable: | Tax: | |
| $          886.00 | $ | 62.00 |
| Invoice Total | $ | 1,024.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D00544884
Customer Number: 14806762
Purchase Order: 39120
Order Number: 186709780

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 76.00 |
| Subtotal | $ | 962.00 |
| Taxable: | Tax: | |
| $          886.00 | $ | 62.00 |
| Invoice Total | $ | 1,024.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,024.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (886) 242-0936
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39120
Order Number: 186709780
Order Date: 01/18/05

Invoice Number: D00544884

Invoice Date: 01/20/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E18A924243584111

06 01 O 01 01 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

IT MANAGER
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 900-9987 | *Standard On-Site Installation Declined | EA | 0.00 | 0.00 |
|   |   | System Service Tags | 7T95P61 |   |   |   |



**This is your INVOICE**

Page 1 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39118
Order Number: 185557115
Order Date: 01/17/05

Invoice Number: D02570629

Invoice Date: 01/21/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A964203375670

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 5 | 5 | 221-5983 | Latitude D600, Pentium M 725 (1.6GHz) 14.1 XGA, English | EA | 1,378.53 | 6,892.65 |
| 5 | 5 | 311-1874 | 512MB, 2 Dimms, Double Data Rate for Latitude D400/600/800 Factory Install | EA | 0.00 | 0.00 |
| 5 | 5 | 310-2850 | Performance USB Keyboard for Latitude, D-FAM, TIED | EA | 0.00 | 0.00 |
| 5 | 5 | 340-7877 | 30GB Hard Drive 9.5MM 4200RPM for Dell Latitude D-FAM, Factory Install | EA | 0.00 | 0.00 |
| 5 | 5 | 340-6895 | Floppy Drive, Internal/External for Dell Latitude D-Family, Notebooks, Factory Tied | EA | 0.00 | 0.00 |
| 5 | 5 | 420-1946 | Windows XP Professional, SP1 with media, for Latitude English, Factory Installed | EA | 0.00 | 0.00 |
| 5 | 5 | 310-8574 | Dell USB 2 Button Optical Mouse with Scroll for Latitude Notebooks, Tied | EA | 0.00 | 0.00 |
| 5 | 5 | 313-1535 | Internal 56K Modem for Dell Latitude D-Family Notebooks, Factory Install | EA | 0.00 | 0.00 |
| 5 | 5 | 310-4225 | 65W AC Adapter for Latitude D-Family | EA | 0.00 | 0.00 |
| 5 | 5 | 313-1296 | 24X CD-ROM for Latitude D-Family, Factory Install | EA | 0.00 | 0.00 |
| 5 | 5 | 430-0896 | Dell Wireless 1350 WLAN (802.11b/g,54Mbps) miniPCI Card, Latitude D400/500/600/800 Factory Install | EA | 0.00 | 0.00 |
| 5 | 5 | 312-0189 | 6-Cell/53 WHr Primary Battery for Dell all Latitude D500/D600, Factory Install | EA | 0.00 | 0.00 |
| 5 | 5 | 310-2852 | Classic Nylon Carrying Case for Dell Latitude D-Family Notebooks, Tied | EA | 0.00 | 0.00 |
| 5 | 5 | 900-6232 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2YR Extended | EA | 0.00 | 0.00 |
| 5 | 5 | 900-6600 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 5 | 5 | 310-5499 | 65W additional AC Adapter for Latitude D400/505/600 | EA | 27.26 | 136.30 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 230.00 |
| Subtotal | $ | 7,258.95 |
| Taxable: | Tax: | |
| $ 7,028.95 | $ | 492.04 |
| Invoice Total | $ | 7,750.99 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D02570629
Customer Number: 14806762
Purchase Order: 39118
Order Number: 185557115

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 230.00 |
| Subtotal | $ | 7,258.95 |
| Taxable: | Tax: | |
| $ 7,028.95 | $ | 492.04 |
| Invoice Total | $ | 7,750.99 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 7,750.99 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39118
Order Number: 185557115
Order Date: 01/17/05

Invoice Number: D02570629

Invoice Date: 01/21/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A9642033376670

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
|       |         |             | X300, Factory Tied | | | |
|       |         | System Service Tags | 8DF9N61, CDF9N61, DDF9N61, FDF9N61, GDF9N61 | | | |



**This is your  INVOICE**

Page 1 of 1

| | | |
|---|---|---|
| FID Number: 74-2616805 | Customer Number: 14806762 | Invoice Number: D02919060 |
| Sales Rep:SUZY SWAN | Purchase Order: 39012 | |
| For Sales: (888) 242-0838 | Order Number: 160642502 | Invoice Date: 01/21/05 |
| Sales Fax: (800) 333-4329 | Order Date: 12/30/04 | Payment Terms: NET DUE 30 DAYS |
| Customer Service: (888) 242-0938 | | Shipped Via: LTL |
| Technical Support: (800) 289-3355 | | Waybill Number: 70948967460 |
| Dell Online: http://www.dell.com | | |

06 01 O 01 01 N

**SOLD TO:**

MR IT  ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

BILL  DUNSTONE
WINN DIXIE STORES RTS
5400 FRUITVILLE RD
SARASOTA, FL 34232

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | A0040743 | UPS Network Management Card | EA | 214.00 | 214.00 |
| 0 | 0 | | Thank You for Choosing DELL | EA | 0.00 | 0.00 |
| 0 | 0 | | Thank You for Choosing DELL | EA | 0.00 | 0.00 |
| 0 | 0 | | Thank You for Choosing DELL | EA | 0.00 | 0.00 |
| 0 | 0 | | Thank You for Choosing DELL | EA | 0.00 | 0.00 |
| 0 | 0 | | Thank You for Choosing DELL | EA | 0.00 | 0.00 |
| 0 | 0 | | Thank You for Choosing DELL | EA | 0.00 | 0.00 |

SN#SJA0435021482

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 219.50 |
| Taxable: | Tax: | |
| $ 214.00 | $ | 14.98 |
| Invoice Total | $ | 234.48 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D02919060
Customer Number: 14806762
Purchase Order: 39012
Order Number: 160642502

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 219.50 |
| Taxable: | Tax: | |
| $ 214.00 | $ | 14.98 |
| Invoice Total | $ | 234.48 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 234.48 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39131
Order Number: 189421268
Order Date: 01/19/05

Invoice Number: D02963256

Invoice Date: 01/21/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 313-2812 | 16X DVD+RW,Dell OptiPlex GX270 Small Desktop or Minitower | EA | 118.00 | 118.00 |
| | | | Customer Install | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 123.50 |
| Taxable: | Tax: | |
| $ 118.00 | $ | 8.26 |
| Invoice Total | $ | 131.76 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D02963256
Customer Number: 14806762
Purchase Order: 39131
Order Number: 189421268

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 123.50 |
| Taxable: | Tax: | |
| $ 118.00 | $ | 8.26 |
| Invoice Total | $ | 131.76 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 131.76 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | | |
|---|---|---|
| FID Number: 74-2616805 | Customer Number: 14806762 | Invoice Number: D03238121 |
| Sales Rep: SUZY SWAN | Purchase Order: 39012 | |
| For Sales: (888) 242-0938 | Order Number: 190742223 | Invoice Date: 01/21/05 |
| Sales Fax: (800) 333-4329 | Order Date: 01/20/05 | Payment Terms: NET DUE 30 DAYS |
| Customer Service: (888) 242-0938 | | Shipped Via: NEXT DAY |
| Technical Support: (800) 289-3355 | | Waybill Number: 18294442460 |
| Dell Online: http://www.dell.com | | |

.06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
BILL DUNSTONE
WINN DIXIE STORES RTS
5400 FRUITVILLE RD
SARASOTA, FL 34232

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | A0114852 | CS--Winn-Dixie--Lexmark T630n VE | EA | 639.64 | 1,279.28 |
| 2 | 2 | A0118691 | CS--Winn Dixie--LEXMARK 500 s heet drawer for T or X series 52X/62X/63X | EA | 155.96 | 311.92 |
| 1 | 1 | A0114857 | CS-Winn-Dixie - RS-232C Serial /Parallel 1284-C Interface Car d | EA | 48.96 | 48.96 |
| 1 | 1 | A0125455 | CS-Winn Dixie - Parallel 1284- C Cable - 6 ft | EA | 7.00 | 7.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 70.00 |
| Subtotal | $ | 1,717.16 |
| Taxable: | Tax: | |
| $ 1,647.16 | $ | 115.31 |
| Invoice Total | $ | 1,832.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 70.00 |
| Subtotal | $ | 1,717.16 |
| Taxable: | Tax: | |
| $ 1,647.16 | $ | 115.31 |
| Invoice Total | $ | 1,832.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,832.47 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D03238121
Customer Number: 14806762
Purchase Order: 39012
Order Number: 190742223



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806782
Purchase Order: 39139
Order Number: 191469404
Order Date: 01/20/05

Invoice Number: D03488730

Invoice Date: 01/21/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: NEXT DAY
Waybill Number: 15855702962

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
JAMES JOHNSON
WINN-DIXIE STORE DP01
1550 JACKSON FERRY RD
MONTGOMERY, AL 36104

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | A0436638 | SMARTUPS 2200VA USB AND-SER LI NEINT 120V | EA | 676.00 | 676.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 200.00 |
|---|---|---|
| Subtotal | $ | 876.00 |
| Taxable: | Tax: | |
| $ 876.00 | $ | 87.60 |
| Invoice Total | $ | 963.60 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D03488730
Customer Number: 14806782
Purchase Order: 39139
Order Number: 191469404

| Ship. &/or Handling | $ | 200.00 |
|---|---|---|
| Subtotal | $ | 876.00 |
| Taxable: | Tax: | |
| $ 876.00 | $ | 87.60 |
| Invoice Total | $ | 963.60 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 963.60 |
| Amt. Enclosed | $ | |



| | | | | **This is your INVOICE** | | | Page 1 of 2 |

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39142
Order Number: 193320357
Order Date: 01/21/05

Invoice Number: D04754425

Invoice Date: 01/23/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E18A924238264191

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 3 | 3 | 221-5296 | OptiPlex GX280,Small Minitower Pentium 4 530 / 3.00GHz,1M,int Broadcom Gigabit NIC,800FSB | EA | 916.75 | 2,750.25 |
| 3 | 3 | 420-3699 | NTFS File System,Factory Install | EA | 0.00 | 0.00 |
| 3 | 3 | 311-3679 | 512MB,Non-ECC,400MHz DDR2 2x256,OptiPlex GX280 or SX280 | EA | 0.00 | 0.00 |
| 3 | 3 | 310-5247 | Dell USB Keyboard,No Hot Keys Optiplex | EA | 0.00 | 0.00 |
| 3 | 3 | 320-3857 | Dell M993s,19 Inch,18.0 Inch Viewable Image Size,OptiPlex Precision and Latitude | EA | 0.00 | 0.00 |
| 3 | 3 | 320-0428 | Integrated Video - Intel DVMT, Dell OptiPlex GX270 or GX280 | EA | 0.00 | 0.00 |
| 3 | 3 | 341-0904 | 40GB SATA 7200RPM,Hard Drive,Dell OptiPlex GX280 and SX280 | EA | 0.00 | 0.00 |
| 3 | 3 | 340-8733 | 3.5 Inch,1.44MB,Floppy Drive Dell OptiPlex GX270 and GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 3 | 3 | 420-2119 | Windows XP Professional Service Pack 1,NTFS,with Media Dell OptiPlex,English,Factory Install | EA | 0.00 | 0.00 |
| 3 | 3 | 310-4126 | Dell USB 2-Button Optical Mouse with Scroll | EA | 0.00 | 0.00 |
| 3 | 3 | 313-3017 | 16X DVD+/-RW with Sonic Record Now! Deluxe plus,CyberLink PowerDVD,OptiPlex GX280 Small Desktop and Minitower | EA | 0.00 | 0.00 |
| 3 | 3 | 313-2496 | Internal Chassis Speaker Option,Dell Optiplex GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 3 | 3 | 313-7168 | OptiPlex Resource CD | EA | 0.00 | 0.00 |
| 3 | 3 | 310-4721 | Energy Star Labeling for OptiPlex (if applicable) | EA | 0.00 | 0.00 |
| 3 | 3 | 980-0000 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 3 | 3 | 980-0002 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended | EA | 0.00 | 0.00 |
| 3 | 3 | 900-9987 | *Standard On-Site Installation Declined | EA | 0.00 | 0.00 |
| 3 | 3 | 310-3559 | Mouse Pad | EA | 2.85 | 8.55 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 228.00 |
| Subtotal | $ | 2,986.80 |
| Taxable: | Tax: | |
| $ 2,758.80 | $ | 193.11 |
| Invoice Total | $ | 3,179.91 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D04754425
Customer Number: 14806762
Purchase Order: 39142
Order Number: 193320357

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 228.00 |
| Subtotal | $ | 2,986.80 |
| Taxable: | Tax: | |
| $ 2,758.80 | $ | 193.11 |
| Invoice Total | $ | 3,179.91 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 3,179.91 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39142
Order Number: 193320357
Order Date: 01/21/05

Invoice Number: D04754425
Invoice Date: 01/23/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E18A924238264191

06 01 O 01 01 N

SOLD TO:

MR IT  ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

I MANAGER
WINN DIXIE INC
5060 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| | | System Service Tags | 868MP61,  C68MP61,  H68MP61 | | | |



**This is your INVOICE**

Page 1 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39141
Order Number: 193295898
Order Date: 01/21/05

Invoice Number: D05784409

Invoice Date: 01/24/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: CON-WAY LOGISTICS LT
Waybill Number: 988295140

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | 221-5296 | OptiPlex GX280,Small Minitower Pentium 4 530 / 3.00GHz,1M,Int Broadcom Gigabit NIC,800FSB | EA | 832.15 | 8,321.50 |
| 10 | 10 | 420-3899 | NTFS File System,Factory Install | EA | 0.00 | 0.00 |
| 10 | 10 | 311-3679 | 512MB,Non-ECC,400MHz DDR2 2x256,OptiPlex GX280 or SX280 | EA | 0.00 | 0.00 |
| 10 | 10 | 310-5247 | Dell USB Keyboard,No Hot Keys Optiplex | EA | 0.00 | 0.00 |
| 10 | 10 | 320-3857 | Dell M993s,19 Inch,18.0 Inch Viewable Image Size,OptiPlex Precision and Latitude | EA | 0.00 | 0.00 |
| 10 | 10 | 320-0428 | Integrated Video - Intel DVMT, Dell OptiPlex GX270 or GX280 | EA | 0.00 | 0.00 |
| 10 | 10 | 341-0904 | 40GB SATA 7200RPM,Hard Drive,Dell OptiPlex GX280 and SX280 | EA | 0.00 | 0.00 |
| 10 | 10 | 340-8733 | 3.5 Inch,1.44MB,Floppy Drive Dell OptiPlex GX270 and GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 10 | 10 | 420-2119 | Windows XP Professional Service Pack 1,NTFS,with Media Dell OptiPlex,English,Factory Install | EA | 0.00 | 0.00 |
| 10 | 10 | 310-4126 | Dell USB 2-Button Optical Mouse with Scroll | EA | 0.00 | 0.00 |
| 10 | 10 | 313-2484 | 48X CD-ROM,EIDE,Small Desktop or Minitower,Dell OptiPlex GX280 | EA | 0.00 | 0.00 |
| 10 | 10 | 313-2496 | Internal Chassis Speaker Option,Dell Optiplex GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 10 | 10 | 313-7168 | OptiPlex Resource CD | EA | 0.00 | 0.00 |
| 10 | 10 | 310-4721 | Energy Star Labeling for OptiPlex (if applicable) | EA | 0.00 | 0.00 |
| 10 | 10 | 980-0000 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 10 | 10 | 980-0002 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended | EA | 0.00 | 0.00 |
| 10 | 10 | 900-9987 | *Standard On-Site Installation Declined | EA | 0.00 | 0.00 |
| 10 | 10 | 310-3559 | Mouse Pad | EA | 2.85 | 28.50 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 760.00 |
| Subtotal | $ | 9,110.00 |
| Taxable: $    8,350.00 | Tax: | |
| | $ | 584.51 |
| Invoice Total | $ | 9,694.51 |

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D05784409
Customer Number: 14806762
Purchase Order: 39141
Order Number: 193295898

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 760.00 |
| Subtotal | $ | 9,110.00 |
| Taxable: $    8,350.00 | Tax: | |
| | $ | 584.51 |
| Invoice Total | $ | 9,694.51 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 9,694.51 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39141
Order Number: 193295898
Order Date: 01/21/05

Invoice Number: D06784409

Invoice Date: 01/24/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: CON-WAY LOGISTICS LT
Waybill Number: 988295140

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| | | System Service Tags | 1N2PP61, 3N2PP61, 5N2PP61, 7N2PP61, 9N2PP61, CN2PP61, GN2PP61, JN2PP61, 2P2PP61, 4P2PP61 | | | |



**This is your INVOICE**

Page 1 of 2

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: SUZY SWAN | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 182066801
Order Date: 01/14/05

Invoice Number: D05957761

Invoice Date: 01/24/05
Payment Terms: NET DUE 45 DAYS
Shipped Via: STANDARD OVERNIGHT F
Waybill Number: 563288581366

06 01 B 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
MR MARIO NARDONI
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-6675 | 3.0GHz/1MB Cache, Xeon, 800MHz Front Side Bus for PowerEdge 1855 | EA | 3,652.44 | 3,652.44 |
| 1 | 1 | 311-4336 | 3.0GHz/1MB Cache, Xeon, 800MHz Front Side Bus for PowerEdge 1855 | EA | 0.00 | 0.00 |
| 1 | 1 | 311-3590 | 2GB DDR2 400MHz (2X1GB) Single Ranked DIMMs | EA | 0.00 | 0.00 |
| 1 | 1 | 310-6257 | Front Dongle Cable for USB and KVM Connectivity | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5822 | Shipping Material, PE1855 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1561 | 73GB 10K RPM, Ultra 320 80pin SCSI Hard Drive, Hot Plug for PowerEdge 1855 Only | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1914 | NO Operating system, Microsoft Configuration, PEXX55MC Blade | EA | 0.00 | 0.00 |
| 1 | 1 | 310-6268 | No Hard Copy Documentation E-Docs ONLY and OpenManage CD Kit | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1561 | 73GB 10K RPM, Ultra 320 80pin SCSI Hard Drive, Hot Plug for PowerEdge 1855 Only | EA | 0.00 | 0.00 |
| 1 | 1 | 420-4733 | PE1855 OPEN MANAGE CD KIT When Ordering Individual Enclosure, Blade or Enclosure/ Blade Solution | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1557 | C1, Motherboard SCSI, No RAID at least 1 SCSI HD Required for PowerEdge 1855 | EA | 0.00 | 0.00 |
| 1 | 1 | 950-0117 | *Premier Enterprise Support - Gold - Advanced Software Support Quantity 3 Resolutions | EA | 0.00 | 0.00 |
| 1 | 1 | 970-0237 | *Premier Enterprise On Demand Engineer Dispatch Severity 1 Three Years | EA | 0.00 | 0.00 |
| 1 | 1 | 310-3785 | Premier Enterprise Support Service Gold Welcome Letter | EA | 0.00 | 0.00 |
| 1 | 1 | 960-3800 | *Type 2 Contract Same Day 4HR Parts and Labor On-Site Response,Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 950-7312 | *Type 2 Contract Same Day 4HR Parts and Labor On-Site Response,Two Years | EA | 0.00 | 0.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 14.00 |
| Subtotal | | 3,666.44 |
| Taxable: | Tax: | |
| $  3,652.44 | $ | 255.67 |
| Invoice Total | $ | 3,922.11 |

---

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D05957761
Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 182066801

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 14.00 |
| Subtotal | | 3,666.44 |
| Taxable: | Tax: | |
| $  3,652.44 | $ | 255.67 |
| Invoice Total | $ | 3,922.11 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 3,922.11 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: BUYTRY
Order Number: 182068801
Order Date: 01/14/05

Invoice Number: D05957761

Invoice Date: 01/24/05
Payment Terms: NET DUE 45 DAYS
Shipped Via: STANDARD OVERNIGHT F
Waybill Number: 863288581366

06 01 B 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
MR MARIO NARDONI
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 950-7382 | *Premier Enterprise Support - Gold - Premium Services, 3YR | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9997 | *On-Site Installation Declined | EA | 0.00 | 0.00 |
| | | System Service Tags | 7W4DP61 | | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39139
Order Number: 191466426
Order Date: 01/20/05

Invoice Number: D06676693

Invoice Date: 01/24/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
JAMES JOHNSON
WINN-DIXIE STORE DP01
1550 JACKSON FERRY RD
MONTGOMERY, AL 36104

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 310-4360 | UPS Network Management Card, G3, Customer Install | EA | 188.00 | 188.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 16.00 |
| Subtotal | $ | 204.00 |
| Taxable: | Tax: | |
| $ 204.00 | $ | 20.40 |
| Invoice Total | $ | 224.40 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 16.00 |
| Subtotal | $ | 204.00 |
| Taxable: | Tax: | |
| $ 204.00 | $ | 20.40 |
| Invoice Total | $ | 224.40 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 224.40 |
| Amt. Enclosed | $ | |

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D06676693
Customer Number: 14806762
Purchase Order: 39139
Order Number: 191466426



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 38963REPLACEMENT
Order Number: 196592309
Order Date: 01/24/05

Invoice Number: D09176748

Invoice Date: 01/25/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A964255300161

06 01 O 01 01 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-5297 | OptiPlex GX280,Small Minitower Pentium 4 520 / 2.80GHz,1M,Int Broadcom Gigabit NIC,800FSB | EA | 776.00 | 776.00 |
| 1 | 1 | 420-3699 | NTFS File System,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 311-3679 | 512MB,Non-ECC,400MHz DDR2 2x256,OptiPlex GX280 or SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5247 | Dell USB Keyboard,No Hot Keys Optiplex | EA | 0.00 | 0.00 |
| 1 | 1 | 320-3857 | Dell M993s,19 Inch,18.0 Inch Viewable Image Size,OptiPlex Precision and Latitude | EA | 0.00 | 0.00 |
| 1 | 1 | 320-0428 | Integrated Video - Intel DVMT, Dell OptiPlex GX270 or GX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-0904 | 40GB SATA 7200RPM,Hard Drive,Dell OptiPlex GX280 and SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 340-8733 | 3.5 Inch,1.44MB,Floppy Drive Dell OptiPlex GX270 and GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 1 | 1 | 420-2119 | Windows XP Professional Service Pack 1,NTFS,with Media Dell OptiPlex,English,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4126 | Dell USB 2-Button Optical Mouse with Scroll | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2484 | 48X CD-ROM,EIDE,Small Desktop or Minitower,Dell OptiPlex GX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2496 | Internal Chassis Speaker Option,Dell Optiplex GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 1 | 1 | 313-7168 | OptiPlex Resource CD | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4721 | Energy Star Labeling for OptiPlex (if applicable) | EA | 0.00 | 0.00 |
| 1 | 1 | 980-0000 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 980-0002 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9987 | *Standard On-Site Installation Declined | EA | 0.00 | 0.00 |
| | | System Service Tags | 190SQ61 | | | |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 76.00 |
| Subtotal | $ | 852.00 |
| Taxable: | Tax: | |
| $ 776.00 | $ | 54.31 |
| Invoice Total | $ | 906.31 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D09176748
Customer Number: 14806762
Purchase Order: 38963REPLACEMENT
Order Number: 196592309

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 76.00 |
| Subtotal | $ | 852.00 |
| Taxable: | Tax: | |
| $ 776.00 | $ | 54.31 |
| Invoice Total | $ | 906.31 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 906.31 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39151
Order Number: 198670343
Order Date: 01/25/05

Invoice Number: D09264795

Invoice Date: 01/25/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 3 | 3 | 310-2874 | D/Port,Port Replicator for Latitude D-Family,Customer Kit | EA | 168.00 | 504.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 17.00 |
| Subtotal | $ | 521.00 |
| Taxable: | Tax: | |
| $ 504.00 | $ | 35.28 |
| Invoice Total | $ | 556.28 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D09264795
Customer Number: 14806762
Purchase Order: 39151
Order Number: 198670343

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 17.00 |
| Subtotal | $ | 521.00 |
| | Tax: | |
| $ 504.00 | $ | 35.28 |
| Invoice Total | $ | 556.28 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 556.28 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39147
Order Number: 198568737
Order Date: 01/25/05

Invoice Number: D09689744

Invoice Date: 01/26/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E18A924270118485

06 01 O 01 01 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 2 | 2 | 221-5296 | OptiPlex GX280,Small Minitower Pentium 4 530 / 3.00GHz,1M,Int Broadcom Gigabit NIC,800FSB | EA | 832.15 | 1,664.30 |
| 2 | 2 | 420-3699 | NTFS File System,Factory Install | EA | 0.00 | 0.00 |
| 2 | 2 | 311-3579 | 512MB,Non-ECC,400MHz DDR2 2x256,OptiPlex GX280 or SX280 | EA | 0.00 | 0.00 |
| 2 | 2 | 310-5247 | Dell USB Keyboard,No Hot Keys Optiplex | EA | 0.00 | 0.00 |
| 2 | 2 | 320-3857 | Dell M993s,19 Inch,18.0 Inch Viewable Image Size,OptiPlex Precision and Latitude | EA | 0.00 | 0.00 |
| 2 | 2 | 320-0428 | Integrated Video - Intel DVMT, Dell OptiPlex GX270 or GX280 | EA | 0.00 | 0.00 |
| 2 | 2 | 341-0904 | 40GB SATA 7200RPM,Hard Drive,Dell OptiPlex GX280 and SX280 | EA | 0.00 | 0.00 |
| 2 | 2 | 340-8733 | 3.5 Inch,1.44MB,Floppy Drive Dell OptiPlex GX270 and GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 2 | 2 | 420-2119 | Windows XP Professional Service Pack 1,NTFS,with Media Dell OptiPlex,English,Factory Install | EA | 0.00 | 0.00 |
| 2 | 2 | 310-4126 | Dell USB 2-Button Optical Mouse with Scroll | EA | 0.00 | 0.00 |
| 2 | 2 | 313-2484 | 48X CD-ROM,EIDE,Small Desktop or Minitower,Dell OptiPlex GX280 | EA | 0.00 | 0.00 |
| 2 | 2 | 313-2496 | Internal Chassis Speaker Option,Dell Optiplex GX280 Small Desktop or Minitower | EA | 0.00 | 0.00 |
| 2 | 2 | 313-7168 | OptiPlex Resource CD | EA | 0.00 | 0.00 |
| 2 | 2 | 310-4721 | Energy Star Labeling for OptiPlex (if applicable) | EA | 0.00 | 0.00 |
| 2 | 2 | 980-0000 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 2 | 2 | 980-0002 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended | EA | 0.00 | 0.00 |
| 2 | 2 | 900-9967 | *Standard On-Site Installation Declined | EA | 0.00 | 0.00 |
| 2 | 2 | 310-3559 | Mouse Pad | EA | 2.85 | 5.70 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 152.00 |
| Subtotal | $ | 1,822.00 |
| Taxable: | Tax: | |
| $ 1,670.00 | $ | 116.90 |
| Invoice Total | $ | 1,938.90 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D09689744
Customer Number: 14806762
Purchase Order: 39147
Order Number: 198568737

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 152.00 |
| Subtotal | $ | 1,822.00 |
| Taxable: | Tax: | |
| $ 1,670.00 | $ | 116.90 |
| Invoice Total | $ | 1,938.90 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,938.90 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39147
Order Number: 198568737
Order Date: 01/25/05

Invoice Number: D09889744

Invoice Date: 01/26/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E18A924270118486

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
|       |         | System Service Tags | HTNXQ61, 6VNXQ61 |      |           |        |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0838
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0838
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39162
Order Number: 202024123
Order Date: 01/27/05

Invoice Number: D12527548

Invoice Date: 01/27/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 0000000697856429

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | A0119251 | 512 MB Module for a Dell OptiPlex GX270 Series System  Deskt op and Mini-Tower | EA | 102.81 | 205.62 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH E DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | | $ | 5.50 |
| Subtotal | | $ | 211.12 |
| Taxable: | | Tax: | |
| $ | 205.62 | $ | 14.40 |
| Invoice Total | | $ | 225.52 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D12527548
Customer Number: 14806762
Purchase Order: 39162
Order Number: 202024123

| | | | |
|---|---|---|---|
| Ship. &/or Handling | | $ | 5.50 |
| Subtotal | | $ | 211.12 |
| Taxable: | | Tax: | |
| $ | 205.62 | $ | 14.40 |
| Invoice Total | | $ | 225.52 |
| | | $ | |
| | | $ | |
| | | $ | |
| Balance Due | | $ | 225.52 |
| Amt. Enclosed | | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39157
Order Number: 201925288
Order Date: 01/27/05

Invoice Number: D12727334

Invoice Date: 01/27/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 18294623760

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:

I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 25 | 25 | A0001666 | DEFCON KL Notebook Key Lock | EA | 42.99 | 1,074.75 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 13.00 |
|---|---|---|
| Subtotal | $ | 1,087.75 |
| Taxable: | Tax: | |
| $ 1,074.75 | $ | 75.24 |
| Invoice Total | $ | 1,162.99 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D12727334
Customer Number: 14806762
Purchase Order: 39157
Order Number: 201925288

| Ship. &/or Handling | $ | 13.00 |
|---|---|---|
| Subtotal | $ | 1,087.75 |
| Taxable: | Tax: | |
| $ 1,074.75 | $ | 75.24 |
| Invoice Total | $ | 1,162.99 |
| | $ | |
| | $ | |
| Balance Due | $ | 1,162.99 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39163
Order Number: 20210981
Order Date: 01/27/05

Invoice Number: D13045377

Invoice Date: 01/27/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**

IT MANAGER
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 341-0195 | 80GB Hard Drive 9.5MM 4200RPM for Dell Latitude D600 Customer Kit | EA | 151.00 | 151.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 8.00 |
| Subtotal | $ | 159.00 |
| Taxable: | Tax: | |
| $ 151.00 | $ | 10.57 |
| Invoice Total | $ | 169.57 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D13045377
Customer Number: 14806762
Purchase Order: 39163
Order Number: 20210981

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 8.00 |
| Subtotal | $ | 159.00 |
| Taxable: | Tax: | |
| $ 151.00 | $ | 10.57 |
| Invoice Total | $ | 169.57 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 169.57 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0638
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39126
Order Number: 185963451
Order Date: 01/24/05

Invoice Number: D13150537

Invoice Date: 01/27/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 15999909461

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
D SUPERVISOR
WINN DIXIE STORES DP01
15500 WEST BEAVER ST
JACKSONVILLE, FL 32234

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | A0114852 | CS--Winn-Dixie--Lexmark T630n VE | EA | 652.70 | 652.70 |
| 1 | 1 | A0118691 | CS--Winn Dixie--LEXMARK  500 s heet drawer for T or X series 52X/62X/63X | EA | 159.14 | 159.14 |
| 1 | 1 | A0114857 | CS-Winn-Dixie - RS-232C Serial /Parallel 1284-C Interface Car d | EA | 49.96 | 49.96 |
| 1 | 1 | A0125455 | CS-Winn Dixie - Parallel 1284- C Cable - 6 ft | EA | 7.25 | 7.25 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 40.00 |
| Subtotal | $ | 909.05 |
| Taxable: | Tax: | |
| $ 869.05 | $ | 60.84 |
| Invoice Total | $ | 969.89 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D13150537
Customer Number: 14806762
Purchase Order: 39126
Order Number: 195963451

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 40.00 |
| Subtotal | $ | 909.05 |
| Taxable: | Tax: | |
| $ 869.05 | $ | 60.84 |
| Invoice Total | $ | 969.89 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 969.89 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                                 Page 1 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39146
Order Number: 198286066
Order Date: 01/25/05

Invoice Number: D14539527

Invoice Date: 01/28/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A964233612713

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-5983 | Latitude D600, Pentium M 725 (1.6GHz) 14.1 XGA, English | EA | 1,546.79 | 1,546.79 |
| 1 | 1 | 311-1874 | 512MB, 2 Dimms, Double Data Rate for Latitude D400/600/800 Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2850 | Performance USB Keyboard for Latitude,D-FAM,TIED | EA | 0.00 | 0.00 |
| 1 | 1 | 340-7877 | 30GB Hard Drive 9.5MM 4200RPM for Dell Latitude D-FAM, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 340-6895 | Floppy Drive,Internal/External for Dell Latitude D-Family, Notebooks, Factory Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1946 | Windows XP Professional, SP1 with media, for Latitude English, Factory Installed | EA | 0.00 | 0.00 |
| 1 | 1 | 310-8574 | Dell USB 2 Button Optical Mouse with Scroll for Latitude Notebooks, Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1535 | Internal 56K Modem for Dell Latitude D-Family Notebooks, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4225 | 65W AC Adapter for Latitude D-Family | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2648 | 8XDVD+RW for Latitude D505 D600,D800, Factory Installed | EA | 0.00 | 0.00 |
| 1 | 1 | 430-0896 | Dell Wireless 1350 WLAN (802.11b/g,54Mbps) miniPCI Card,Latitude D400/500/600/800 Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 312-0189 | 6-Cell/53 WHr Primary Battery for Dell all Latitude D500/D600, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2852 | Classic Nylon Carrying Case for Dell Latitude D-Family Notebooks,Tied | EA | 0.00 | 0.00 |
| 1 | 1 | 900-6232 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2YR Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 900-6600 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2854 | D/Port,Port Replicator for Latitude D-Family,Factory Tied | EA | 168.00 | 168.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 46.00 |
|---|---|---|
| Subtotal | | 1,788.05 |
| Taxable: | Tax: | |
| $ 1,742.05 | $ | 121.95 |
| Invoice Total | $ | 1,910.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D14539527
Customer Number: 14806762
Purchase Order: 39146
Order Number: 198286066

| Ship. &/or Handling | $ | 46.00 |
|---|---|---|
| Subtotal | | 1,788.05 |
| Taxable: | Tax: | |
| $ 1,742.05 | $ | 121.95 |
| Invoice Total | $ | 1,910.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,910.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 2 of 2

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806782
Purchase Order: 39146
Order Number: 198286066
Order Date: 01/25/05

Invoice Number: D14539527

Invoice Date: 01/29/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A964233612713

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 310-5499 | 65W additional AC Adapter for Latitude D400/505/600 | EA | 27.26 | 27.26 |
| | | | X300, Factory Tied | | | |
| | | System Service Tags | 3L9VQ61 | | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39174
Order Number: 208806127
Order Date: 02/01/05

Invoice Number: D18493912

Invoice Date: 02/01/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
IT MANAGER
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 313-1989 | 48X/32X/48X, CD-RW, OptiPlex GX60, GX260 and GX270 Small Desktop and Small Minitower Customer Install | EA | 52.59 | 52.59 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 10.00 |
|---|---|---|
| Subtotal | $ | 62.59 |
| Taxable: | Tax | |
| $ 52.59 | $ | 3.69 |
| Invoice Total | $ | 66.28 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D18493912
Customer Number: 14806762
Purchase Order: 39174
Order Number: 208806127

| Ship. &/or Handling | $ | 10.00 |
|---|---|---|
| Subtotal | $ | 62.59 |
| Taxable: | Tax: | |
| $ 52.59 | $ | 3.69 |
| Invoice Total | $ | 66.28 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 66.28 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39175
Order Number: 208805160
Order Date: 02/01/05

Invoice Number: D19332017

Invoice Date: 02/02/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 0000000697865650

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | A0084558 | 256 MB Module for Dell Latitud e C400/C510/C610/C810/X200 Sys tems | EA | 62.95 | 125.90 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 131.40 |
| Taxable: | Tax: | |
| $ 125.90 | $ | 8.81 |
| Invoice Total | $ | 140.21 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D19332017
Customer Number: 14806762
Purchase Order: 39175
Order Number: 208805160

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 131.40 |
| Taxable: | Tax: | |
| $ 125.90 | $ | 8.81 |
| Invoice Total | $ | 140.21 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 140.21 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 39176
Order Number: 210847374
Order Date: 02/02/05

Invoice Number: D19797958

Invoice Date: 02/02/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
IT MANAGER
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 5 | 5 | 310-2857 | Classic Nylon Carrying Case for Dell Latitude D400,500,600 Customer Kit | EA | 37.55 | 187.75 |
| 10 | 10 | 310-2874 | D/Port,Port Replicator for Latitude D-Family,Customer Kit | EA | 168.00 | 1,680.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 85.00 |
| Subtotal | $ | 1,952.75 |
| Taxable: | Tax: | |
| $ 1,867.75 | $ | 130.75 |
| Invoice Total | $ | 2,083.50 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D19797958
Customer Number: 14806762
Purchase Order: 39176
Order Number: 210847374

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 85.00 |
| Subtotal | $ | 1,952.75 |
| Taxable: | Tax: | |
| $ 1,867.75 | $ | 130.75 |
| Invoice Total | $ | 2,083.50 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,083.50 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806762
Purchase Order: 38953
Order Number: 146794377
Order Date: 12/20/04

Invoice Number: D21842388

Invoice Date: 02/03/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number: 16001715166

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
BOBBY JONES
SAVERITE WINN DIXIE 2620
1770 ELLIS AVE
JACKSON, MS 39204

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | A0118690 | CS--Winn Dixie--LEXMARK  T630n Laser Printer | EA | 652.70 | 652.70 |
| 1 | 1 | A0118691 | CS--Winn Dixie--LEXMARK  500 s heet drawer for T or X series 52X/62X/63X | EA | 159.14 | 159.14 |
| 1 | 1 | A0118693 | CS--Winn Dixie--LEXMARK  RS-23 2C Serial/Parallel 1284-C Inte rface Card | EA | 49.96 | 49.96 |
| 1 | 1 | A0125455 | CS--Winn Dixie - Parallel 1284- C Cable - 6 ft | EA | 7.25 | 7.25 |
| 1 | 1 | A0118690 | CS--Winn Dixie--LEXMARK  T630n Laser Printer | EA | 652.70 | 652.70 |
| 1 | 1 | A0118691 | CS--Winn Dixie--LEXMARK  500 s heet drawer for T or X series 52X/62X/63X | EA | 159.14 | 159.14 |
| 1 | 1 | A0040743 | UPS Network Management Card SN#SJA0435029913 | EA | 214.00 | 214.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING LP. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 70.00 |
| Subtotal | | 1,964.89 |
| Taxable: | Tax: | |
| 1,964.89 | $ | 137.55 |
| Invoice Total | $ | 2,102.44 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D21842388
Customer Number: 14806762
Purchase Order: 38953
Order Number: 146794377

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 70.00 |
| Subtotal | | 1,964.89 |
| Taxable: | Tax: | |
| 1,964.89 | $ | 137.55 |
| Invoice Total | $ | 2,102.44 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 2,102.44 |
| Amt. Enclosed | $ | |



|  | | |
|---|---|---|
| **This is your INVOICE** | | Page 1 of 1 |

| | | |
|---|---|---|
| FID Number: 74-2616805 | Customer Number: 14806762 | Invoice Number: D21842825 |
| Sales Rep: SUZY SWAN | Purchase Order: 38918 | |
| For Sales: (888) 242-0938 | Order Number: 133493868 | Invoice Date: 02/03/05 |
| Sales Fax: (800) 333-4329 | Order Date: 12/14/04 | Payment Terms: NET DUE 30 DAYS |
| Customer Service: (888) 242-0938 | | Shipped Via: LTL |
| Technical Support: (800) 289-3355 | | Waybill Number: 15001715365 |
| Dell Online: http://www.dell.com | | |

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
ALAN WERTS
WINN DIXIE STORES DP01
1550 JACKSON FERRY RD
MONTGOMERY, AL 36108

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | A0118690 | CS--Winn Dixie--LEXMARK T630n Laser Printer | EA | 652.70 | 652.70 |
| 1 | 1 | A0118691 | CS--Winn Dixie--LEXMARK 500 sheet drawer for T or X series 52X/62X/63X | EA | 159.14 | 159.14 |
| 1 | 1 | A0118690 | CS--Winn Dixie--LEXMARK T630n Laser Printer | EA | 652.70 | 652.70 |
| 1 | 1 | A0118691 | CS--Winn Dixie--LEXMARK 500 sheet drawer for T or X series 52X/62X/63X | EA | 159.14 | 159.14 |
| 1 | 1 | A0118693 | CS--Winn Dixie--LEXMARK RS-23 2C Serial/Parallel 1284-C Interface Card | EA | 49.96 | 49.96 |
| 1 | 1 | A0125455 | CS-Winn Dixie - Parallel 1284- C Cable - 6 ft | EA | 7.25 | 7.25 |
| 1 | 1 | A0040743 | UPS Network Management Card SN#SJA0435021508 | EA | 214.00 | 214.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 70.00 |
|---|---|---|
| Subtotal | | 1,964.89 |
| Taxable: | Tax: | |
| $ 1,964.89 | $ | 196.50 |
| Invoice Total | $ | 2,161.39 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D21842825
Customer Number: 14806762
Purchase Order: 38918
Order Number: 133493868

| Ship. &/or Handling | $ | 70.00 |
|---|---|---|
| Subtotal | | 1,964.89 |
| Taxable: | Tax: | |
| $ 1,964.89 | | 196.50 |
| Invoice Total | $ | 2,161.39 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,161.39 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                          Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14806782
Purchase Order: 39173
Order Number: 207050321
Order Date: 01/31/05

Invoice Number: D25820052

Invoice Date: 02/07/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: Airborne
Waybill Number:

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
I MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 367-0186 | CFI,Tray,Printer,Accessory, Drawer,11K0688 | EA | 159.14 | 159.14 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 12.00 |
| Subtotal | $ | 171.14 |
| Taxable: | | Tax: |
| $ 159.14 | $ | 11.14 |
| Invoice Total | $ | 182.28 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D25820052
Customer Number: 14806782
Purchase Order: 39173
Order Number: 207050321

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 12.00 |
| Subtotal | $ | 171.14 |
| Taxable: | | Tax: |
| $ 159.14 | $ | 11.14 |
| Invoice Total | $ | 182.28 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 182.28 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: SUZY SWAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 14805762
Purchase Order: 38889
Order Number: 219000496
Order Date: 02/08/05

Invoice Number: D27713059

Invoice Date: 02/08/05
Payment Terms: NET DUE 30 DAYS
Shipped Via: LTL
Waybill Number:

06 01 O 01 01 N

SOLD TO:
MR IT ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

SHIP TO:
MR DONALD DAWSON
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-6886 | OptiPlex SX280, Ultra Small Form Factor, Celeron 325J 2.53GHz, 512K, 533MHz | EA | 448.30 | 448.30 |
| 1 | 1 | 420-3699 | NTFS File System,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 311-3676 | 256MB,Non-ECC,400MHz DDR2 1x256,OptiPlex GX280 or SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5247 | Dell USB Keyboard,No Hot Keys Optiplex | EA | 0.00 | 0.00 |
| 1 | 1 | 320-3704 | No Monitor Selected, OptiPlex | EA | 0.00 | 0.00 |
| 1 | 1 | 341-0904 | 40GB SATA 7200RPM,Hard Drive,Dell OptiPlex GX280 and SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1270 | No Floppy,Dell OptiPlex SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 420-2119 | Windows XP Professional Service Pack 1,NTFS,with Media Dell OptiPlex,English,Factory Install | EA | 35.40 | 35.40 |
| 1 | 1 | 310-4126 | Dell USB 2-Button Optical Mouse with Scroll | EA | 10.16 | 10.16 |
| 1 | 1 | 320-3992 | No Optical Drive,Dell OptiPlex SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2451 | Internal Chassis Speaker Option,Dell Optiplex SX280 | EA | 5.04 | 5.04 |
| 1 | 1 | 310-5245 | DVI-to-VGA Video Adapter Cable,Dell OptiPlex SX280 Factory Tied | EA | 10.10 | 10.10 |
| 1 | 1 | 313-7168 | OptiPlex Resource CD | EA | 0.00 | 0.00 |
| 1 | 1 | 310-4721 | Energy Star Labeling for OptiPlex (if applicable) | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5405 | Quick Reference Guide,Dell OptiPlex SX280,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 980-0000 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, Initial Year | EA | 0.00 | 0.00 |
| 1 | 1 | 980-0002 | *Type 3 Contract - Next Business Day Parts and Labor On-Site Response, 2 Year Extended | EA | 0.00 | 0.00 |
| 1 | 1 | 900-9967 | *Standard On-Site Installation Declined | EA | 0.00 | 0.00 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 509.00 |
| Taxable: | Tax: | |
| 509.00 | $ | 35.62 |
| Invoice Total | $ | 544.62 |

---

**DETACH AT LINE AND RETURN WITH PAYMENT**

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D27713059
Customer Number: 14805762
Purchase Order: 38889
Order Number: 219000496

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 509.00 |
| Taxable: | Tax: | |
| 509.00 | $ | 35.62 |
| Invoice Total | $ | 544.62 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 544.62 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

**FID Number:** 74-2616805
**Sales Rep:** SUZY SWAN
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 289-3355
**Dell Online:** http://www.dell.com

**Customer Number:** 14806762
**Purchase Order:** 39199
**Order Number:** 218694356
**Order Date:** 02/08/05

**Invoice Number:** D28300874

**Invoice Date:** 02/08/05
**Payment Terms:** NET DUE 30 DAYS
**Shipped Via:** LTL
**Waybill Number:** 0000000697876502

06 01 O 01 01 N

**SOLD TO:**
MR IT  ASSET
WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254-3699

**SHIP TO:**
I  MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 4 | 4 | A0084558 | 256 MB Module for Dell Latitud e C400/C510/C610/C810/X200 Sys tems | EA | 62.95 | 251.80 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WI
LL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCH
ES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO TH
E DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 257.30 |
| Taxable: | Tax: | |
| $ 251.80 | $ | 17.63 |
| **Invoice Total** | $ | 274.93 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

**Invoice Number:** D28300874
**Customer Number:** 14806762
**Purchase Order:** 39199
**Order Number:** 218694356

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 257.30 |
| Taxable: | Tax: | |
| $ 251.80 | $ | 17.63 |
| **Invoice Total** | $ | 274.93 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 274.93 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616905
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 18951758
Purchase Order: 34148P
Order Number: 898309910
Order Date: 09/13/04

Invoice Number: B26364154

Invoice Date: 09/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
IT MGMT
WINN DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

SHIP TO:
W A JR
WINN DIXIE
PO 34690
1481 CHESTNUT S
ORANGEBURG, SC 29115

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | W ADICKS JR OR DUTY MGR (803) 539-0538 POS 48964885 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | $ | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B26364154
Customer Number: 18951758
Purchase Order: 34148P
Order Number: 898309910

| | $ | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,521.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 18951758
Purchase Order: 33732P
Order Number: 928379578
Order Date: 10/06/04

Invoice Number: B53595587

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
IT MGMT
WINN DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

**SHIP TO:**
MICHAEL S SHAW-DUTY
WINN DIXIE
2518 CLEVELAND HWY
DALTON, GA 30721

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MICHAEL S SHAW-DUTY MGR (706) 226-2528 POS 49791930

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $    0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595587
Customer Number: 18951758
Purchase Order: 33732P
Order Number: 928379578

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $    0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,521.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | | |
|---|---|---|
| FID Number: 74-2616805 | Customer Number: 18951758 | Invoice Number: C77876677 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: | |
| For Sales: (888) 242-0938 | Order Number: 168990283 | Invoice Date: 01/05/05 |
| Sales Fax: (800) 333-4329 | Order Date: 01/05/05 | Payment Terms: NET 10 OR RETURN PART |
| Customer Service: (888) 242-0938 | | Shipped Via: UNAUTHORIZED |
| Technical Support: (800) 289-3355 | | Waybill Number: |
| Dell Online: http://www.dell.com | | |

06 03 H 01 00 N

SOLD TO:

IT  MGMT
WINN DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

SHIP TO:

IT  MGMT
WINN DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 3F742 | Hard Drive,73GB,S1,80P,10K, Fujitsu | EA | 439.00 | 439.00 |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 439.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 439.00 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C77876677
Customer Number: 18951758
Purchase Order:
Order Number: 168990283

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 439.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 439.00 |
| | $ | |
| | $ | |
| Balance Due | $ | 439.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0638
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0638
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 18951758
Purchase Order: 33294
Order Number: 170613543
Order Date: 01/06/05

Invoice Number: C80235776

Invoice Date: 01/06/05
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
IT MGMT
WINN DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

SHIP TO:
KORSEN YU
WINN DIXIE STORE RTS
1325 CHESAPEAKE TERRACE
AIRMAGNET
SUNNYVALE, CA 94086

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | D5059 | Service Kit,Compact Diskette, Software,PV715N | EA | 10.00 | 10.00 |
| | | | KORSEN YU (919) 213-1007 POS  52972132 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 10.00 |
| Taxable: | | Tax: | |
| $ | 10.00 | $ | 0.83 |
| Invoice Total | $ | | 10.83 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C80235776
Customer Number: 18951758
Purchase Order: 33294
Order Number: 170613543

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 10.00 |
| Taxable: | | Tax: | |
| $ | 10.00 | $ | 0.83 |
| Invoice Total | $ | | 10.83 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 10.83 |
| Amt. Enclosed | $ | | |



|  | This is your INVOICE | | Page 1 of 1 |

**FID Number:** 74-2616805
**Sales Rep:** CUSTOMER SUPPORT SERVICES
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 289-3355
**Dell Online:** http://www.dell.com

**Customer Number:** 34437909
**Purchase Order:** 339821
**Order Number:** 780673688
**Order Date:** 06/10/04

**Invoice Number:** A18072946

**Invoice Date:** 06/10/04
**Payment Terms:** NET 10 OR RETURN PART
**Shipped Via:** AIRBORNE NEXT DAY
**Waybill Number:**

06 03 H 01 00 N

**SOLD TO:**
MR WAYNE BURNS
WINN-DIXIE STORES
5050 EDGEWOOD CT
DESKTOP SUPPORT
JACKSONVILLE, FL 32254

**SHIP TO:**
COURTNEY SCOGIN
WINN-DIXIE STORES
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | T0943 | Kit,Mouse,USB,28,Optical Logitech | EA | 9.95 | 9.95 |
| 1 | 1 | 97782 | INFO,PREMIER ACCESS DISPATCH | EA | 0.00 | 0.00 |
|  |  |  | 4P608 replaced by T0943 COURTNEY SCOGIN (904) 370-7152 |  |  |  |
|  |  |  | TPM 46041308 |  |  |  |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 9.95 |
| Taxable: | Tax: | |
| $        9.95 | $ | 0.70 |
| Invoice Total | $ | 10.65 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

**Invoice Number:** A18072946
**Customer Number:** 34437909
**Purchase Order:** 339821
**Order Number:** 780673688

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 9.95 |
| Taxable: | Tax: | |
| $        9.95 | $ | 0.70 |
| Invoice Total | $ | 10.65 |
|  | $ | |
|  | $ | |
|  | $ | |
| Balance Due | $ | 10.65 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 34437909
Purchase Order: 359737
Order Number: 809536718
Order Date: 07/08/04

Invoice Number: A43992018

Invoice Date: 07/08/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR WAYNE BURNS
WINN-DIXIE STORES
5050 EDGEWOOD CT
DESKTOP SUPPORT
JACKSONVILLE, FL 32254

SHIP TO:
COURTNEY SCOGIN
WINN-DIXIE STORES
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 8E120 | Subassembly,Hard Drive,20GB SFX,IBM,C600 | EA | 129.00 | 129.00 |
| 1 | 1 | 97782 | INFO,PREMIER ACCESS DISPATCH | EA | 0.00 | 0.00 |
| | | | COURTNEY SCOGIN (904) 370-7152 TPM  46817265 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 129.00 |
| Taxable: | Tax: | |
| $    129.00 | $ | 9.03 |
| Invoice Total | $ | 138.03 |



DETACH AT LINE AND RETURN WITH PAYMENT

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 129.00 |
| Taxable: | Tax: | |
| $    129.00 | $ | 9.03 |
| Invoice Total | $ | 138.03 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 138.03 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A43992018
Customer Number: 34437909
Purchase Order: 359737
Order Number: 809536718



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 34437909
Purchase Order: DRWMOD01
Order Number: 827319915
Order Date: 07/23/04

Invoice Number: A60686671

Invoice Date: 07/23/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR WAYNE BURNS
WINN-DIXIE STORES
5050 EDGEWOOD CT
DESKTOP SUPPORT
JACKSONVILLE, FL 32254

SHIP TO:
RAY MCDONALD
WINN-DIXIE STORES
7595 CENTURION PKWY
JACKSONVILLE, FL 32256

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | 19EXF | Service Kit,Button,Eject Module,C600/I4000 | EA | 4.95 | 9.90 |
| 1 | 1 | 97782 | INFO,PREMIER ACCESS DISPATCH | EA | 0.00 | 0.00 |
| | | | RAY MCDONALD (904) 370-8293 TPM 47299038 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 9.90 |
| Taxable: | Tax: | |
| $ 9.90 | $ | 0.69 |
| Invoice Total | $ | 10.59 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 9.90 |
| Taxable: | Tax: | |
| $ 9.90 | $ | 0.69 |
| Invoice Total | $ | 10.59 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 10.59 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A60686671
Customer Number: 34437909
Purchase Order: DRWMOD01
Order Number: 827319915



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 34437909
Purchase Order: 471751
Order Number: 232751414
Order Date: 02/17/05

Invoice Number: D40806022

Invoice Date: 02/17/05
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

MR WAYNE BURNS
WINN-DIXIE STORES
5050 EDGEWOOD CT
DESKTOP SUPPORT
JACKSONVILLE, FL 32254

SHIP TO:

RUSSELL PARK
WINN-DIXIE STORES
7595 CENTURIAN PARKWAY
JACKSONVILLE, FL 32256

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | J5295 | Service Kit,Hard Drive,40G 5.4K,Fujitsu,Z40,Ramjet | EA | 159.00 | 159.00 |
| 1 | 1 | 97782 | INFO,PREMIER ACCESS DISPATCH | EA | 0.00 | 0.00 |
| | | | RUSSELL PARK (904) 449-0490 TPM  54675247 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 159.00 |
| Taxable: | Tax: | |
| $ 159.00 | $ | 11.13 |
| Invoice Total | $ | 170.13 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D40806022
Customer Number: 34437909
Purchase Order: 471751
Order Number: 232751414

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 159.00 |
| Taxable: | Tax: | |
| $ 159.00 | $ | 11.13 |
| Invoice Total | $ | 170.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 170.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

**FID Number:** 74-2616805
**Sales Rep:** CUSTOMER SUPPORT SERVICES
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 289-3355
**Dell Online:** http://www.dell.com

**Customer Number:** 34437909
**Purchase Order:** 479383
**Order Number:** 238322947
**Order Date:** 02/21/05

**Invoice Number:** D45542287

**Invoice Date:** 02/21/05
**Payment Terms:** NET 10 OR RETURN PART
**Shipped Via:** AIRBORNE NEXT DAY
**Waybill Number:**

06 03 H 01 00 N

**SOLD TO:**
MR WAYNE BURNS
WINN-DIXIE STORES
5050 EDGEWOOD CT
DESKTOP SUPPORT
JACKSONVILLE, FL 32254

**SHIP TO:**
RUSSELL PARK
WINN-DIXIE STORES
7595 CENTURION PARKWAY
JACKSONVILLE, FL 32256

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | X6858 | Compact Disk Read Write,48X32 IDE,Samsung,Chassis 2001,V2 | EA | 38.95 | 38.95 |
| 1 | 1 | 97782 | INFO,PREMIER ACCESS DISPATCH | EA | 0.00 | 0.00 |
| | | | RUSSELL PARK (904) 449-0490 TPM  54801542 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | | 38.95 |
| Taxable: | Tax: | |
| $          38.95 | $ | 2.73 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 41.68 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

**Invoice Number:** D45542287
**Customer Number:** 34437909
**Purchase Order:** 479383
**Order Number:** 238322947

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 38.95 |
| Taxable: | Tax: | |
| $          38.95 | $ | 2.73 |
| ENVIRO FEE | $ | 0.00 |
| Invoice Total | $ | 41.68 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 41.68 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | | |
|---|---|---|
| FID Number: 74-2616805 | Customer Number: 396705 | Invoice Number: 681444718 |
| Sales Rep: THU TRAN | Purchase Order: 37103 | |
| For Sales: (888) 242-0938 | Order Number: 681444718 | Invoice Date: 03/18/04 |
| Sales Fax: (800) 333-4329 | Order Date: 03/12/04 | Payment Terms: NET DUE 30 DAYS |
| Customer Service: (888) 242-0938 | | Shipped Via: STANDARD GROUND |
| Technical Support: (800) 289-3355 | | Waybill Number: 77250963263 |
| Dell Online: http://www.dell.com | | |

06 01 O 01 01 N

SOLD TO:
MS SHARI BARSAN
WINN DIXIE INC
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
IT MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | A0131174 | LightPulse LP9002L Fiber Channel PCI Host Bus Adapter | EA | 1,129.00 | 1,129.00 |
| | | | SN#mlxbg40340466 | | | |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,129.00 |
| Taxable: | Tax: | |
| $ 1,129.00 | $ | 79.03 |
| Invoice Total | $ | 1,208.03 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,129.00 |
| Taxable: | Tax: | |
| $ 1,129.00 | $ | 79.03 |
| Invoice Total | $ | 1,208.03 |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,208.03 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
DEPT 40228

ATLANTA, GA. 31192-0228

Invoice Number: 681444718
Customer Number: 396705
Purchase Order: 37103
Order Number: 681444718



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep:THU TRAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 37883A
Order Number: 903252395
Order Date: 07/01/04

Invoice Number: A38330746

Invoice Date: 07/01/04
Payment Terms: NET DUE 30 DAYS
Shipped Via: STANDARD OVERNIGHT F
Waybill Number: 864799545218

06 01 O 01 01 N

SOLD TO:

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

MR IT MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | 221-3326 | AXIM X5,400MHz XSCALE,3.5, QVGA,48MB FLASH,64MB SDRAM, USB CBL,ENG | EA | 443.00 | 886.00 |
| 2 | 2 | 310-4210 | Truemobile 1180 802.11b Compact Flash Wireless Network Card for Dell Axim X5 Handhelds,Factory Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 310-2930 | USB Cradle for Dell Axim X5 Handheld,Factory Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 950-3650 | *Type 11 Contract-Handheld Ad vance Exchange 1Yr Limited War ranty. | EA | 0.00 | 0.00 |
| 2 | 2 | 950-3652 | *Type 11 Contract - Handheld A dvance Exchange 3 Year Limited Warranty Coverage. | EA | 0.00 | 0.00 |
| 2 | 2 | 960-4669 | *CompleteCare Accidental Damage Svc, Adv Xchg, PDA, 3Yr , 1-800-624-9896 | EA | 49.00 | 98.00 |

System Service Tags     59N7R31, 29N7R31

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DEL L MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 38.00 |
| Subtotal | $ | 1,022.00 |
| Taxable: | Tax: | |
| $ 1,022.00 | $ | 71.54 |
| Invoice Total | $ | 1,093.54 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A38330746
Customer Number: 396705
Purchase Order: 37883A
Order Number: 803252395

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 38.00 |
| Subtotal | $ | 1,022.00 |
| Taxable: | Tax: | |
| $ 1,022.00 | $ | 71.54 |
| Invoice Total | $ | 1,093.54 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,093.54 |
| Amt. Enclosed | $ | |



| | | | **This is your  INVOICE** | | | Page 1 of 1 |

FID Number: 74-2616805
Sales Rep:THU TRAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 37883B
Order Number: 803252726
Order Date: 07/01/04

Invoice Number: A38330908

Invoice Date: 07/01/04
Payment Terms: NET DUE 30 DAYS
Shipped Via: STANDARD OVERNIGHT F
Waybill Number: 664799548126

06 01 O 01 01 N

**SOLD TO:**
MR IT  ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MR IT  MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | 221-3326 | AXIM X5,400MHz XSCALE,3.5, QVGA,48MB FLASH,64MB SDRAM, USB CBL,ENG | EA | 443.00 | 886.00 |
| 2 | 2 | 310-4210 | Truemobile 1180 802.11b Compact Flash Wireless Network Card for Dell Axim X5 Handhelds,Factory Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 310-2930 | USB Cradle for Dell Axim X5 Handheld,Factory Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 950-3650 | *Type 11 Contract-Handheld Ad vance Exchange 1Yr Limited War ranty. | EA | 0.00 | 0.00 |
| 2 | 2 | 950-3652 | *Type 11 Contract - Handheld A dvance Exchange 3 Year Limited Warranty Coverage. | EA | 0.00 | 0.00 |
| 2 | 2 | 960-4669 | *CompleteCare Accidental Damage Svc, Adv Xchg, PDA, 3Yr , 1-800-624-9896 | EA | 49.00 | 98.00 |
| | | System Service Tags | 75N7R31,  G8N7R31 | | | |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DEL L MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 38.00 |
|---|---|---|
| Subtotal | $ | 1,022.00 |
| Taxable: | Tax: | |
| $          1,022.00 | $ | 71.54 |
| **Invoice Total** | $ | 1,093.54 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number:  A38330908
Customer Number:  396705
Purchase Order:  37883B
Order Number:  803252726

| Ship. &/or Handling | $ | 38.00 |
|---|---|---|
| Subtotal | $ | 1,022.00 |
| Taxable: | Tax: | |
| $          1,022.00 | $ | 71.54 |
| Invoice Total | $ | 1,093.54 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,093.54 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep:THU TRAN
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 37883D
Order Number: 803253690
Order Date: 07/01/04

Invoice Number: A40268467

Invoice Date: 07/04/04
Payment Terms: NET DUE 30 DAYS.
Shipped Via: UPS COMMERCIAL
Waybill Number: 13WA274253081843

06 01 O 01 01 N

**SOLD TO:**
MR IT  ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MR IT  MANAGER
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 2 | 221-3326 | AXIM X5,400MHz XSCALE,3.5, QVGA,48MB FLASH,64MB SDRAM, USB CBL,ENG | EA | 443.00 | 886.00 |
| 2 | 2 | 310-4210 | Truemobile 1180 802.11b Compact Flash Wireless Network Card for Dell Axim X5 Handhelds,Factory Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 310-2930 | USB Cradle for Dell Axim X5 Handheld,Factory Tied | EA | 0.00 | 0.00 |
| 2 | 2 | 950-3650 | *Type 11 Contract-Handheld Ad vance Exchange 1Yr Limited War ranty. | EA | 0.00 | 0.00 |
| 2 | 2 | 950-3652 | *Type 11 Contract - Handheld A dvance Exchange 3 Year Limited Warranty Coverage. | EA | 0.00 | 0.00 |
| 2 | 2 | 960-4669 | *CompleteCare Accidental Damage Svc, Adv Xchg, PDA, 3Yr , 1-800-624-9896 | EA | 49.00 | 98.00 |
| | | System Service Tags | 2BN7R31,  F4N7R31 | | | |

THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DEL L MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 38.00 |
| Subtotal | $ | | 1,022.00 |
| Taxable: | | Tax: | |
| $ | 1,022.00 | $ | 71.54 |
| Invoice Total | $ | | 1,093.54 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number:  A40268467
Customer Number: 396705
Purchase Order: 37883D
Order Number: 803253690

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 38.00 |
| Subtotal | $ | | 1,022.00 |
| Taxable: | | Tax: | |
| $ | 1,022.00 | $ | 71.54 |
| Invoice Total | $ | | 1,093.54 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,093.54 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 269-3385
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36122
Order Number: 856369153
Order Date: 08/12/04

Invoice Number: A87276911

Invoice Date: 08/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

JAMIE RICH
WINN DIXIE STORES
OR MGR ON DUTY
1352 N MAIN ST
FUQUAY VARINA, NC 27526

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 5 | 5 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 845.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JAMIE RICH (919) 552-1195 POS  47964321

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $  845.00 | $ | 59.16 |
| Invoice Total | $ | 904.16 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A87276911
Customer Number: 396705
Purchase Order: 36122
Order Number: 856369153

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $  845.00 | $ | 59.16 |
| Invoice Total | $ | 904.16 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 904.16 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36298
Order Number: 856789335
Order Date: 08/12/04

Invoice Number: A87277080

Invoice Date: 08/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Weybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
FRANK WILKERSON
WINN DIXIE INC
200 E OAKRIDGE DR
ALBANY, GA 31701

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,352.00 |
| 8 | 8 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | WILKERSON | FRANK (229) 888-8171 POS 47971854 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| | 1,352.00 | $ | 94.64 |
| Invoice Total | $ | | 1,446.64 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A87277080
Customer Number: 396705
Purchase Order: 36298
Order Number: 856789335

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| | 1,352.00 | $ | 94.64 |
| Invoice Total | $ | | 1,446.64 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,446.64 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616605
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36266
Order Number: 856764171
Order Date: 08/12/04

Invoice Number: A87278280

Invoice Date: 08/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
DISON TONY
WINN DIXIE STORES DP01
200 OAKWOOD AVE NW G
HUNTSVILLE, AL 35801

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,352.00 |
| 8 | 8 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| 1 | 1 | 5314R | Documentation,Airborne,Capture Exchange | EA | 4.95 | 4.95 |

DISON        TONY (256) 536-8022 POS  47971649

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,356.95 |
| Taxable: | Tax: | |
| $ 1,356.95 | $ | 108.55 |
| Invoice Total | $ | 1,465.50 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A87278280
Customer Number: 396705
Purchase Order: 36266
Order Number: 856764171

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,356.95 |
| Taxable: | Tax: | |
| $ 1,356.95 | $ | 108.55 |
| Invoice Total | $ | 1,465.50 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,465.50 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36101P
Order Number: 857741384
Order Date: 08/13/04

Invoice Number: A87815588

Invoice Date: 08/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT  ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ADAM P TOBIAS
WINN DIXIE INC
291 WEST CAMINO REAL
BOCA RATON, FL 33432

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 169.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ADAM P TOBIAS OR MNGR (561) 368-7890 POS  47998369

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | | 1,352.00 |
| Taxable: | Tax: | |
| $           1,352.00 | $ | 81.12 |
| Invoice Total | $ | 1,433.12 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A87815588
Customer Number: 396705
Purchase Order: 36101P
Order Number: 857741384

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $           1,352.00 | $ | 81.12 |
| Invoice Total | $ | 1,433.12 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,433.12 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 33752P
Order Number: 864227781
Order Date: 08/18/04

Invoice Number: A92716495

Invoice Date: 08/18/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
GARY A HINKLE
WINN DIXIE INC
1750 VERNON RD
LAGRANGE, GA 30240

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

GARY A HINKLE OR MNGR (770) 536-0699 POS 48134898

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A92716495
Customer Number: 396705
Purchase Order: 33752P
Order Number: 864227781

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36749
Order Number: 887563232
Order Date: 08/20/04

Invoice Number: A95461960

Invoice Date: 08/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**

IT
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32205

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 5314R | Documentation,Airborne,Capture Exchange | EA | 4.95 | 4.95 |
| 8 | 8 | 8X206 | Sub Assembly,Hard Drive,20GB, Small Form Factor,Cascade,D600 | EA | 129.00 | 1,032.00 |
| | | | RODNEY G MILLER IT ASSET (205) 425-2121 POS 48079783 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,036.95 |
| Taxable: | Tax: | |
| 1,036.95 | $ | 72.59 |
| Invoice Total | $ | 1,109.54 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A95461960
Customer Number: 396705
Purchase Order: 36749
Order Number: 867563232

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,036.95 |
| Taxable: | Tax: | |
| 1,036.95 | $ | 72.59 |
| Invoice Total | $ | 1,109.54 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,109.54 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36820P
Order Number: 868275935
Order Date: 08/20/04

Invoice Number: A98337542

Invoice Date: 08/23/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
MANAGER O DUTY
WINN DIXIE INC
240 N E 8TH ST
HOMESTEAD, FL 33030

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0964 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | MANAGER ON DUTY IT ASSET (305) 248-6445 POS  48230737 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $  1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $  1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A98337542
Customer Number: 396705
Purchase Order: 36820P
Order Number: 868275935



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36291P
Order Number: 875511777
Order Date: 08/25/04

Invoice Number: B04428974

Invoice Date: 08/26/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**

MICHEL I MARQUEZ
WINN DIXIE INC
11241 SW 40TH ST
MIAMI, FL 33165

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | MICHEL I MARQUEZ  -MGR O (305) 221-3660 POS  48389683 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B04428974
Customer Number: 396705
Purchase Order: 36291P
Order Number: 875511777



**This is your INVOICE**                                        Page 1 of 1

FID Number: 74-2616805                  Customer Number: 396705          Invoice Number: B08338147
Sales Rep: CUSTOMER SUPPORT SERVICES    Purchase Order: 36709P
For Sales: (888) 242-0938               Order Number: 878764969          Invoice Date: 08/30/04
Sales Fax: (800) 333-4329               Order Date: 08/27/04             Payment Terms: NET 10 OR RETURN PART
Customer Service: (888) 242-0938                                        Shipped Via: AIRBORNE NEXT DAY
Technical Support: (800) 289-3355                                       Waybill Number:
Dell Online: http://www.dell.com

06 03 H 01 00 N

SOLD TO:                                                    SHIP TO:

MR IT ASSET                                                 L S IT
WINN DIXIE INC                                              WINN DIXIE INC
5050 EDGEWOOD CT                                            1024 E HWY 436
JACKSONVILLE, FL 32254                                      CASSELBERRY, FL 32707

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | L. SATMARIA    IT ASSET (407) 331-1664 POS  48467498 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B08338147
Customer Number: 396705
Purchase Order: 36709P
Order Number: 878764969

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 60301112710501P
Order Number: 882525265
Order Date: 08/31/04

Invoice Number: B10838925
Invoice Date: 08/31/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT  ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
R J IT
WINN DIXIE INC
5555 BURBANK DR
BATON ROUGE, LA 70806

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

R.THOMAS JRMGR  IT (225) 757-0501 POS  48557594

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 167.31 |
| Invoice Total | $ | 2,026.31 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B10838925
Customer Number: 396705
Purchase Order: 60301112710501P
Order Number: 882525265

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 167.31 |
| Invoice Total | $ | 2,026.31 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 2,026.31 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36522P
Order Number: 884476673
Order Date: 09/01/04

Invoice Number: B11953027
Invoice Date: 09/01/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
D L OR
WINN DIXIE INC
4151 HANCOCK BRIDGE
NORTH FORT MYERS, FL 33903

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

D LOUGHREN  OR MGR ON DU (239) 652-0037 POS  48601167

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B11953027
Customer Number: 396705
Purchase Order: 36522P
Order Number: 884476673

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,612.26 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                              Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | Customer Number: 396705 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 36060P |
| For Sales: (888) 242-0938 | Order Number: 884474835 |
| Sales Fax: (800) 333-4329 | Order Date: 09/01/04 |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Invoice Number: B11953205

Invoice Date: 09/01/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
K C -MGR
WINN DIXIE INC
835 ANDREW JOHNSON HWY
GREENEVILLE, TN 37745

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0964 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | K CUPP  -MGR ON DUTYSSET (423) 639-5859 POS  48601068 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $  1,183.00 | $ | 109.43 |
| Invoice Total | $ | 1,292.43 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B11953205
Customer Number: 396705
Purchase Order: 36060P
Order Number: 884474835

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $  1,183.00 | $ | 109.43 |
| Invoice Total | $ | 1,292.43 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,292.43 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 35401P
Order Number: 888342293
Order Date: 09/03/04

Invoice Number: B16064360

Invoice Date: 09/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**

SEAN C BROWN
WINN DIXIE INC
MIAMI
980 IVES DAIRY
MIAMI, FL 33179

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

SEAN C BROWN -MGR ON DUT (305) 653-2657 POS 48699842

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B16064360
Customer Number: 396705
Purchase Order: 35401P
Order Number: 888342293

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.81 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36683P
Order Number: 895759165
Order Date: 09/10/04

Invoice Number: B23277927

Invoice Date: 09/10/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MAX S OR
WINN DIXIE INC
37146
2312 U S HWY 45
COLUMBUS, MS 39701

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MAX STILLMAN OR DUTY MGR (662) 329-3441 POS  48900856

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax | |
| | $ 1,859.00 | $ 130.13 |
| Invoice Total | $ | 1,989.13 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B23277927
Customer Number: 396705
Purchase Order: 36683P
Order Number: 895759166

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax | |
| $ 1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,989.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 288-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 34708P
Order Number: 895025279
Order Date: 09/09/04

Invoice Number: B23278044

Invoice Date: 08/10/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MANAGER O DUTY
WINN DIXIE INC
211 NORTH BERKLEY BLVD
GOLDSBORO, NC 27530

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MANAGER ON DUTY IT (919) 751-2978 POS  48883447

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $        1,183.00 | $ | 82.82 |
| Invoice Total | $ | 1,265.82 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B23278044
Customer Number: 396705
Purchase Order: 34708P
Order Number: 895025279

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $        1,183.00 | $ | 82.82 |
| Invoice Total | $ | 1,265.82 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.82 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | | |
|---|---|---|
| FID Number: 74-2616805 | Customer Number: 396705 | Invoice Number: B23278109 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 36027P | |
| For Sales: (888) 242-0938 | Order Number: 895030337 | Invoice Date: 09/10/04 |
| Sales Fax: (800) 333-4329 | Order Date: 09/09/04 | Payment Terms: NET 10 OR RETURN PART |
| Customer Service: (888) 242-0938 | | Shipped Via: AIRBORNE NEXT DAY |
| Technical Support: (800) 289-3355 | | Waybill Number: |
| Dell Online: http://www.dell.com | | |

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
MANAGER O DUTY
WINN DIXIE INC
STORE 0280 PER ANDY WILLIS
2150 WEST JACKS
OXFORD, MS 38655

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MANAGER ON DUTY ANDY WIL (662) 234-0071 POS  48883591

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B23278109
Customer Number: 396705
Purchase Order: 36027P
Order Number: 895030337

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,265.81 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36747P
Order Number: 895755867
Order Date: 09/10/04

Invoice Number: B23278729

Invoice Date: 09/10/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

BRADLEY T DUTY
WINN DIXIE INC
37146
4701 CTR POINT
PINSON, AL 35126

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

BRADLEY TAYLOROR DUTY MG (205) 680-2550 POS 48900727

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 92.95 |
| Invoice Total | $ | 1,951.95 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118 .

Invoice Number: B23278729
Customer Number: 396705
Purchase Order: 36747P
Order Number: 895755867

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 92.95 |
| Invoice Total | $ | 1,951.95 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,951.95 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 34483P
Order Number: 898321485
Order Date: 09/13/04

Invoice Number: B26361023

Invoice Date: 09/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
M R OR
WINN DIXIE INC
1550 HWY 15 STE 4
JACKSON, KY 41339

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | M RITCHIE OR DUTY MGR (606) 666-7941 POS  48965335 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B26361023
Customer Number: 396705
Purchase Order: 34483P
Order Number: 898321485

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,253.98 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                    Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | Customer Number: 396705 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 35685P |
| For Sales: (888) 242-0936 | Order Number: 898309167 |
| Sales Fax: (800) 333-4329 | Order Date: 09/13/04 |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Invoice Number: B26364090

Invoice Date: 09/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
W S OR
WINN DIXIE INC
600 CEDAR CREEK RD
FAYETTEVILLE, NC 28301

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | W STRICKLAND OR DUTY MGR (910) 223-1559 POS  48964858 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.48 |
| Invoice Total | $ | 1,627.48 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B26364090
Customer Number: 396705
Purchase Order: 35685P
Order Number: 898309167

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.48 |
| Invoice Total | $ | 1,627.48 |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.48 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 35928P
Order Number: 901261751
Order Date: 09/15/04

Invoice Number: B29360362

Invoice Date: 09/15/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

THOMAS L DORGAN
WINN DIXIE INC
1967 DIXIE HWY
FORT WRIGHT, KY 41011

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | THOMAS L DORGAN OR DUTY (859) 331-2939 POS  49044604 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $            1,690.00 | $ | 101.40 |
| Invoice Total | $ | 1,791.40 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B29360362
Customer Number: 396705
Purchase Order: 35928P
Order Number: 901261751

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $            1,690.00 | $ | 101.40 |
| Invoice Total | $ | 1,791.40 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,791.40 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 31607P
Order Number: 903560184
Order Date: 09/16/04

Invoice Number: B30851390

Invoice Date: 09/16/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
KEVIN L HOWELL
WINN DIXIE INC
17105 SAN CARLOS BLVD
FORT MYERS BEACH, FL 33931

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

KEVIN L HOWELL  -DUTY MG (239) 466-9898 POS  49111832

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $        1,352.00 | $ | 81.12 |
| Invoice Total | $ | 1,433.12 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B30851390
Customer Number: 396705
Purchase Order: 31607P
Order Number: 903560184

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $        1,352.00 | $ | 81.12 |
| Invoice Total | $ | 1,433.12 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,433.12 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36826P
Order Number: 903560747
Order Date: 09/16/04

Invoice Number: B30851633

Invoice Date: 09/16/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**

PAUL C CROSS
WINN DIXIE INC
906 S MAIN ST
LABELLE, FL 33935

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

PAUL C CROSS OR DUTY MG (863) 675-3838 POS 49111868

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $          1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B30851633
Customer Number: 396705
Purchase Order: 36826P
Order Number: 903560747

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $          1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,989.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36122P
Order Number: 911145010
Order Date: 09/22/04

Invoice Number: B37836087

Invoice Date: 09/22/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ROBERT W BISHOP
WINN DIXIE INC
3008 OLD HOLLOW RD
WALKERTOWN, NC 27051

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | ROBERT W BISHOP  -DUTY M (336) 595-2156 POS 49320497 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,690.00 |
| Taxable: | | Tax: | |
| $ | 1,690.00 | $ | 118.30 |
| Invoice Total | | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B37836087
Customer Number: 396705
Purchase Order: 36122P
Order Number: 911145010

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,690.00 |
| Taxable: | | Tax: | |
| $ | 1,690.00 | $ | 118.30 |
| Invoice Total | | $ | 1,808.30 |
| | | $ | |
| | | $ | |
| | | $ | |
| Balance Due | | $ | 1,808.30 |
| Amt. Enclosed | | $ | |



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36254P
Order Number: 911151117
Order Date: 09/22/04

Invoice Number: B37836214

Invoice Date: 09/22/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
PAUL E KRIST
WINN DIXIE INC
1514 S FRENCH AVE
SANFORD, FL 32771

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

PAUL E KRIST -DUTY MGR (407) 323-6864 POS 49320728

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $    · 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B37836214
Customer Number: 396705
Purchase Order: 36254P
Order Number: 911151117

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $    1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36291P
Order Number: 913729027
Order Date: 09/24/04

Invoice Number: B42609328

Invoice Date: 09/28/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
KASEY J MOORE-DUTY
WINN DIXIE INC
1066 CLEAR LAKE RD
COCOA, FL 32922

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

KASEY J MOORE-DUTY MGR (321) 631-5295 POS 49396926

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $       1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B42609328
Customer Number: 396705
Purchase Order: 36291P
Order Number: 913729027

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $       1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,253.98 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 37178P
Order Number: 915825062
Order Data: 09/27/04

Invoice Number: B42628730

Invoice Date: 09/28/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
LUIS J REQUEJO-DUTY
WINN DIXIE INC
2096 NICKERSON BLVD
HAMPTON, VA 23663

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

LUIS J REQUEJO-DUTY MGR (757) 850-8849 POS  49446555

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---------------------|---|------|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 76.05 |
| Invoice Total | $ | 1,597.05 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B42628730
Customer Number: 396705
Purchase Order: 37178P
Order Number: 915825062

| Ship. &/or Handling | $ | 0.00 |
|---------------------|---|------|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 76.05 |
| Invoice Total | $ | 1,597.05 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,597.05 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                          Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0936
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0936
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 34635P
Order Number: 915825849
Order Date: 09/27/04

Invoice Number: B42662458
Invoice Date: 09/28/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MARK N MGR
WINN DIXIE INC
190 MALABAR RD S W
PALM BAY, FL 32907

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MARK NYQUIST-DUTY MGR (321) 952-1680 POS 49446605

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 111.54 |
| Invoice Total | $ | 1,970.54 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B42662458
Customer Number: 396705
Purchase Order: 34635P
Order Number: 915825849

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 111.54 |
| Invoice Total | $ | 1,970.54 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,970.54 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 35622
Order Number: 919013905
Order Date: 09/29/04

Invoice Number: [B45183372]

Invoice Date: 09/29/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
MIKE FOTIANOS
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 6W052 | Cover,Screw,Bumper,Rubber Notebook,LIKA | EA | 4.95 | 4.95 |
| 1 | 1 | 4911U | Screw,2.5X8,K Screw Head, Machine Screw,Cadmium Plated Steel | EA | 0.50 | 0.50 |

MICHEAL FOTIANOS (904) 824-9580 POS 49541456

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 5.45 |
| Taxable: | Tax: | |
| $          5.45 | $ | 0.39 |
| Invoice Total | $ | 5.84 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B45183372
Customer Number: 396705
Purchase Order: 35622
Order Number: 919013905

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 5.45 |
| Taxable: | Tax: | |
| $          5.45 | $ | 0.39 |
| Invoice Total | $ | 5.84 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 5.84 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | Customer Number: 396705 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 36001P |
| For Sales: (888) 242-0938 | Order Number: 922468765 |
| Sales Fax: (800) 333-4329 | Order Date: 10/01/04 |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Invoice Number: B48736720

Invoice Date: 10/01/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
RONALD M ROSCOE-DUTY
WINN DIXIE INC
9822 SOUTH U S 301
RIVERVIEW, FL 33569

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RONALD M ROSCOE-DUTY MGR (813) 677-7252 POS  49637047

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B48736720
Customer Number: 396705
Purchase Order: 36001P
Order Number: 922468765

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,808.30 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36039P
Order Number: 925167984
Order Date: 10/04/04

Invoice Number: B51451472

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT  ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
DENNIS J GREMILLION-DUTY
WINN DIXIE INC
420 HOSPITAL RD
NEW ROADS, LA 70760

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA. | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA. | 0.00 | 0.00 |

DENNIS J GREMILLION-DUTY (225) 638-5130 POS  49706575

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B51451472
Customer Number: 396705
Purchase Order: 36039P
Order Number: 925167984

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,757.60 |
| Amt. Enclosed | $ | |



| | | This is your **INVOICE** | | Page 1 of 1 |
|---|---|---|---|---|

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36269P
Order Number: 926840697
Order Date: 10/05/04

Invoice Number: B52277379

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT  ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
KRIS E DAMANN-
WINN DIXIE INC
5802 54TH AVE
SAINT PETERSBURG, FL 33709

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

KRIS E DAMANN- MGR DUTY (727) 544-7211 POS  49751844

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,183.00 |
| Taxable: | | Tax: | |
| $ | 1,183.00 | $ | 82.81 |
| Invoice Total | $ | | 1,265.81 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277379
Customer Number: 396705
Purchase Order: 36269P
Order Number: 926840697

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,183.00 |
| Taxable: | | Tax: | |
| $ | 1,183.00 | $ | 82.81 |
| Invoice Total | $ | | 1,265.81 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,265.81 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0838
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 34710P
Order Number: 926858789
Order Date: 10/05/04

Invoice Number: B52277514

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT  ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
PATRICK L BARKER
WINN DIXIE INC
2449 N CTR ST
HICKORY, NC 28601

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

PATRICK L BARKER - MGR D (828) 431-4588 POS  49752417

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.48 |
| Invoice Total | $ | 1,627.48 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277514
Customer Number: 396705
Purchase Order: 34710P
Order Number: 926858789

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.48 |
| Invoice Total | $ | 1,627.48 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.48 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                          Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0838
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 35487P
Order Number: 928376020
Order Date: 10/06/04

Invoice Number: B53595480

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

CARLV B MGR
WINN DIXIE INC
301 E BROADWAY ST
EDEN, MS 39194

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

CARLV BROWN-DUTY MGR (662) 746-2491 POS  49791832

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | | $ | 0.00 |
|---|---|---|---|
| Subtotal | | $ | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 1,352.00 | $ | 94.64 |
| Invoice Total | | $ | 1,446.64 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595480
Customer Number: 396705
Purchase Order: 35487P
Order Number: 928376020

| Ship. &/or Handling | | $ | 0.00 |
|---|---|---|---|
| Subtotal | | $ | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 1,352.00 | $ | 94.64 |
| Invoice Total | | $ | 1,446.64 |
| | | $ | |
| | | $ | |
| | | $ | |
| Balance Due | | $ | 1,446.64 |
| Amt. Enclosed | | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 35746P
Order Number: 930276648
Order Date: 10/07/04

Invoice Number: B55044200

Invoice Date: 10/07/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
STEVEN C ABERNETHY-MGR
WINN DIXIE INC
110 PAUL RUSSELL RD
TALLAHASSEE, FL 32301

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 15 | 15 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 2,535.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

STEVEN C. ABERNETHY-MGR (850) 656-7020 POS  49841167

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,535.00 |
| Taxable: | Tax: | |
| $          2,535.00 | $ | 190.13 |
| Invoice Total | $ | 2,725.13 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B55044200
Customer Number: 396705
Purchase Order: 35746P
Order Number: 930276648

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,535.00 |
| Taxable: | Tax: | |
| $          2,535.00 | $ | 190.13 |
| Invoice Total | $ | 2,725.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 2,725.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0638
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36683P
Order Number: 930283834
Order Date: 10/07/04

Invoice Number: B55044235

Invoice Date: 10/07/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**

MICHAEL R ROYER-MGR
WINN DIXIE INC
12125 HWY 90
LULING, LA 70070

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | MICHAEL R ROYER-MGR DUTY (985) 785-0610 POS 49841384 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 60.84 |
| Invoice Total | $ | 1,581.84 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B55044235
Customer Number: 396705
Purchase Order: 36683P
Order Number: 930283834

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 60.84 |
| Invoice Total | $ | 1,581.84 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,581.84 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 396705
Purchase Order: 36482P
Order Number: 933770068
Order Date: 10/11/04

Invoice Number: B58702292

Invoice Date: 10/11/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
BYRON E BROWN-
WINN DIXIE INC
4600 CHEF MENTEUR HWY
NEW ORLEANS, LA 70126

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

BYRON E BROWN- MGR DUTY (504) 947-0212 POS 49924739

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 152.10 |
| Invoice Total | $ | 1,842.10 |

---

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B58702292
Customer Number: 396705
Purchase Order: 36482P
Order Number: 933770068

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 152.10 |
| Invoice Total | $ | 1,842.10 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,842.10 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36850P
Order Number: 940572572
Order Date: 10/15/04

Invoice Number: B71416508

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

JEFFREY L AEH
WINN DIXIE INC
1340 LYNDON LN
LOUISVILLE, KY 40222

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 6 | 6 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,240P | EA | 169.00 | 1,014.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JEFFREY L AEH -MGR DUTY (502) 423-1543 POS  50103536

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | | Tax: |
| $ 1,014.00 | $ | 60.84 |
| Invoice Total | $ | 1,074.84 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71416508
Customer Number: 396705
Purchase Order: 36850P
Order Number: 940572572

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | | Tax: |
| $ 1,014.00 | $ | 60.84 |
| Invoice Total | $ | 1,074.84 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,074.84 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36434P
Order Number: 943299249
Order Date: 10/18/04

Invoice Number: B71436614

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
DONNY E JOHNSON-MGR
WINN DIXIE INC
701 EAST MAIN ST
PRATTVILLE, AL 36067

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0994 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

DONNY E JOHNSON-MGR DUTY (334) 365-7015 POS 50178630

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 143.65 |
| Invoice Total | $ | 1,833.65 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71436614
Customer Number: 396705
Purchase Order: 36434P
Order Number: 943299249

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 143.65 |
| Invoice Total | $ | 1,833.65 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,833.65 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 35499P
Order Number: 951120196
Order Date: 10/22/04

Invoice Number: B76460297

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
FRANK W III-MGR
WINN DIXIE INC
200 E OAKRIDGE DR
ALBANY, GA 31701

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 3 | 3 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 507.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | FRANK WILKERSON III-MGR (229) 888-8171 POS 50382545 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 507.00 |
| Taxable: | Tax: | |
| $ 507.00 | $ | 35.49 |
| Invoice Total | $ | 542.49 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B76460297
Customer Number: 396705
Purchase Order: 35499P
Order Number: 951120196

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 507.00 |
| Taxable: | Tax: | |
| $ 507.00 | $ | 35.49 |
| Invoice Total | $ | 542.49 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 542.49 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 396705
Purchase Order: 35402P
Order Number: 953850998
Order Date: 10/25/04

Invoice Number: B77532968

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
DAVID L HOLCOMB-MGR
WINN DIXIE INC
2080 SOUTH FRONTAGE RD
VICKSBURG, MS 39180

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | DAVID L HOLCOMB-MGR DUTY (601) 638-8931 POS  50451101 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B77532968
Customer Number: 396705
Purchase Order: 35402P
Order Number: 953850998

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |



### This is your INVOICE

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

| | |
|---|---|
| Customer Number: 396705 | |
| Purchase Order: 34804P | |
| Order Number: 955142865 | |
| Order Date: 10/26/04 | |

| | |
|---|---|
| Invoice Number: B79954657 | |
| Invoice Date: 10/27/04 | |
| Payment Terms: NET 10 OR RETURN PART | |
| Shipped Via: AIRBORNE NEXT DAY | |
| Waybill Number: | |

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
LUIS A ESTRABAO-MGR
WINN DIXIE INC
541 W 49TH ST
HIALEAH, FL 33012

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

LUIS A ESTRABAO-MGR DUTY (305) 556-6588 POS 50477318

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $        338.00 | $ | 23.66 |
| Invoice Total | $ | 361.66 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

| | |
|---|---|
| Invoice Number: B79954657 | |
| Customer Number: 396705 | |
| Purchase Order: 34804P | |
| Order Number: 955142865 | |

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $        338.00 | $ | 23.66 |
| Invoice Total | $ | 361.66 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 361.66 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 37804
Order Number: 110214295
Order Date: 12/03/04

Invoice Number: C24593751
Invoice Date: 12/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
CYNTHIA BRIHM
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | J1437 | Sub Assembly,Hard Drive,60GB, 4.2K,VE40,D800 | EA | 229.00 | 229.00 |
| | | | CYNTHIA BRIHM (904) 370-5932 POS  51786737 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 229.00 |
| Taxable: | | Tax: | |
| $ | 229.00 | $ | 16.03 |
| Invoice Total | $ | | 245.03 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C24593751
Customer Number: 396705
Purchase Order: 37804
Order Number: 110214295

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 229.00 |
| Taxable: | | Tax: | |
| $ | 229.00 | $ | 16.03 |
| Invoice Total | $ | | 245.03 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 245.03 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 36134
Order Number: 175088246
Order Date: 01/10/05

Invoice Number: C85275105
Invoice Date: 01/10/05
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
SUZANNE ASHELY
WINN DIXIE INC
750 CASSAT AVE
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|  |  |  | SUZANNE ASHELY (904) 783-5606 POS  53094664 |  |  |  |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: C85275105
Customer Number: 396705
Purchase Order: 36134
Order Number: 175088246

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
|  | $ | |
|  | $ | |
|  | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 396705
Purchase Order: 38044
Order Number: 204611943
Order Date: 01/29/05

Invoice Number: D15779823

Invoice Date: 01/30/05
Payment Terms: EXCHG 10 DAYS
Shipped Via: UPS COMMERCIAL
Waybill Number: E12A964291184818

06 01 G 01 00 N

SOLD TO:

MR IT ASSET
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

SUZANNE ASHLEY
WINN DIXIE INC
5050 EDGEWOOD CT
JACKSONVILLE, FL 32205

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 221-5326 | OptiPlex SX280,Ultra Small Form Factor,Pentium 4 520/ 2.80GHz,1M,800FSB | EA | 475.00 | 475.00 |
| 1 | 1 | 310-0173 | Airborne Documentation, System Exchanges,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 310-2891 | No Keyboard Selected for OptiPlex Systems | EA | 0.00 | 0.00 |
| 1 | 1 | 310-3553 | No mouse selected on your OptiPlex system | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5245 | DVI-to-VGA Video Adapter Cable,Dell OptiPlex SX280 Factory Tied | EA | 15.00 | 15.00 |
| 1 | 1 | 310-5435 | Rear Cable Cover,Dell OptiPlex SX280 | EA | 9.00 | 9.00 |
| 1 | 1 | 311-3676 | 256MB,Non-ECC,400MHz DDR2 1x256,OptiPlex GX280 or SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2451 | Internal Chassis Speaker Option,Dell Optiplex SX280 | EA | 9.00 | 9.00 |
| 1 | 1 | 320-3704 | No Monitor Selected, OptiPlex | EA | 0.00 | 0.00 |
| 1 | 1 | 320-3992 | No Optical Drive,Dell OptiPlex SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-0904 | 40GB SATA 7200RPM,Hard Drive,Dell OptiPlex GX280 and SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 341-1270 | No Floppy,Dell OptiPlex SX280 | EA | 0.00 | 0.00 |
| 1 | 1 | 420-3699 | NTFS File System,Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 420-4850 | Windows XP Professional Service Pack 2,with Media,Dell OptiPlex,English,Factory Install | EA | 60.00 | 60.00 |
| 1 | 1 | 462-0969 | Hyper-Threading set to ON,can be disabled/enabled in BIOS, WinXP and 800FSB only,OptiPlex | EA | 0.00 | 0.00 |

System Service Tags    3S4FR61

Suzanne Ashley (904) 370-6946 EXG  53915561

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. FOR SHIPMEN TS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDE D TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS R ECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARK ETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | | $ | 568.00 |
| Taxable: | | Tax: | |
| | 568.00 | $ | 38.76 |
| Invoice Total | | $ | 607.76 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D15779823
Customer Number: 396705
Purchase Order: 38044
Order Number: 204611943

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | | $ | 568.00 |
| Taxable: | | Tax: | |
| | 568.00 | $ | 39.76 |
| Invoice Total | | $ | 607.76 |
| | | $ | |
| | | $ | |
| | | $ | |
| Balance Due | | $ | 607.76 |
| Amt. Enclosed | | $ | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616905
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 836497017
Order Date: 07/29/04

Invoice Number: A69414860

Invoice Date: 07/29/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
FRANKLIN  BURFORDIII
WINN DIXIE
OR MANAGER ON DUTY
1230 S BROAD ST
BROOKSVILLE, FL 34601

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

FRANKLIN BURFORDIII (863) 676-1223 POS  47525688

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number:  A69414860
Customer Number: 39674366
Purchase Order: 35590
Order Number: 836497017

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 836378498
Order Date: 07/29/04

Invoice Number: A69414925

Invoice Date: 07/29/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JENNIFER BOWEN
WINN DIXIE
OR MANAGER ON DUTY
1620 S FEDERAL
BOYNTON BEACH, FL 33435

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JENNIFER BOWEN (561) 736-1264 POS 47525382

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A69414925
Customer Number: 39674366
Purchase Order: 35590
Order Number: 836378498

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | Customer Number: 39674366 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 35590 |
| For Sales: (888) 242-0938 | Order Number: 836276504 |
| Sales Fax: (800) 333-4329 | Order Date: 07/29/04 |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Invoice Number: A69414992

Invoice Date: 07/29/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ARTHUR LAVALLEY
WINN DIXIE
OR MANAGER ON DUTY
2500 N MAIN ST
PINE HILL ESTATES, FL 32601

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 8 | 8 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ARTHUR LAVALLEY (352) 375-6091 POS 47522395

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | | 1,352.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A69414992
Customer Number: 39674366
Purchase Order: 35590
Order Number: 836275504

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | | 1,352.00 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,352.00 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 836265828
Order Date: 07/29/04

Invoice Number: A69415085

Invoice Date: 07/29/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ERIC YEE
WINN DIXIE
OR MANAGER ON DUTY
4724 MOBILE HWY
MONTGOMERY, AL 36108

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | ERIC YEE (334) 286-9770 POS 47522115 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | | 1,352.00 |
| Taxable: | Tax: | |
| $ 1,352.00 | $ | 135.20 |
| Invoice Total | $ | 1,487.20 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A69415085
Customer Number: 39674366
Purchase Order: 35590
Order Number: 836265828

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | | 1,352.00 |
| Taxable: | Tax: | |
| $ 1,352.00 | $ | 135.20 |
| Invoice Total | $ | 1,487.20 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,487.20 |
| Amt. Enclosed | $ | |



| | | **This is your  INVOICE** | | | Page 1 of 1 |

**FID Number:** 74-2616805
**Sales Rep:** CUSTOMER SUPPORT SERVICES
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 289-3355
**Dell Online:** http://www.dell.com

**Customer Number:** 39674366
**Purchase Order:** 35590
**Order Number:** 837492454
**Order Date:** 07/30/04

**Invoice Number:** A72108260

**Invoice Date:** 08/02/04
**Payment Terms:** NET 10 OR RETURN PART
**Shipped Via:** AIRBORNE NEXT DAY
**Waybill Number:**

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
KENNETH  THOMAS
WINN DIXIE
OR MANAGER ON DUTY
2418 SYLVESTER
ALBANY, GA 31705

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 8 | 8 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

KENNETH THOMAS (229) 889-8463 POS  47548311

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 1,352.00 | $ | 94.64 |
| Invoice Total | $ | | 1,446.64 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

**Invoice Number:** A72108260
**Customer Number:** 39674366
**Purchase Order:** 35590
**Order Number:** 837492454

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 1,352.00 | $ | 94.64 |
| Invoice Total | $ | | 1,446.64 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,446.64 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 837501213
Order Date: 07/30/04

Invoice Number: A72106783

Invoice Date: 08/02/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
HERB HEARY
WINN DIXIE
OR MANAGER ON DUTY
3881 ATLANTA HW
MONTGOMERY, AL 36109

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

HERB HEARY (334) 271-0757 POS 47548599

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,521.00 |
| Taxable: | | Tax: | |
| $ | 1,521.00 | $ | 152.11 |
| Invoice Total | $ | | 1,673.11 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A72106783
Customer Number: 39674366
Purchase Order: 35590
Order Number: 837501213

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,521.00 |
| Taxable: | | Tax: | |
| $ | 1,521.00 | $ | 152.11 |
| Invoice Total | $ | | 1,673.11 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,673.11 |
| Amt. Enclosed | $ | | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 837461350
Order Date: 07/30/04

Invoice Number: A72108821

Invoice Date: 08/02/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
JEFF  BRAMMER
GETRONICS
8110 ANDERSON RD STE 100
TAMPA, FL 33634

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 80 | 80 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 13,520.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JEFF BRAMMER (813) 884-2500 POS  47547412

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 13,520.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 13,520.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A72108821
Customer Number: 39674366
Purchase Order: 35590
Order Number: 837461350

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 13,520.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 13,520.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 13,520.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839769388
Order Date: 08/02/04

Invoice Number: | A72108848 |

Invoice Date: 08/02/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

IAN FLETCHER
WINN DIXIE 574
OR MANAGER ON DUTY
7303 N W 4TH BL
GAINESVILLE, FL 32607

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

IAN FLETCHER (352) 332-3086 POS  47589411

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $          0.00 | $ | 0.00 |
| Invoice Total | $ | 1,352.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A72108848
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839769388

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $          0.00 | $ | 0.00 |
| Invoice Total | $ | 1,352.00 |
| | $ | |
| | $ | |
| Balance Due | $ | 1,352.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839804185
Order Date: 08/02/04

Invoice Number: A72109267

Invoice Date: 08/02/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ADAM TOBIASMERY
WINN DIXIE 574
OR MANAGER ON DUTY
291 WEST CAMINO
BOCA RATON, FL 33432

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ADAM TOBIASMERY (561) 368-7890 POS 47590652

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |

----



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A72109267
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839804185

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                      Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839830230
Order Date: 08/02/04

Invoice Number: A72109283

Invoice Date: 08/02/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

MICHAEL HARMON
WINN DIXIE 574
OR MANAGER ON DUTY
1941 GLYNN AVE
BRUNSWICK, GA 31520

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 5 | 5 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 845.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MICHAEL HARMON (912) 267-0557 POS  47591414

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 845.00 | $ | 50.70 |
| Invoice Total | $ | 895.70 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A72109283
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839830230

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 845.00 | $ | 50.70 |
| Invoice Total | $ | 895.70 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 895.70 |
| Amt. Enclosed | $ | |



This is your INVOICE

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839837326
Order Date: 08/02/04

Invoice Number: A72109313

Invoice Date: 08/02/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

RICHARD FARNELL
WINN DIXIE 574
OR MANAGER ON DUTY
5420 NEW JESUP
BRUNSWICK, GA 31525

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 5 | 5 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 845.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RICHARD FARNELL (912) 264-5429 POS  47591705

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 845.00 | $ | 50.70 |
| Invoice Total | $ | 895.70 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A72109313
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839837326

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 845.00 | $ | 50.70 |
| Invoice Total | $ | 895.70 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 895.70 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                            Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839785350
Order Date: 08/02/04

Invoice Number: [A72109780]

Invoice Date: 08/02/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

DONALD MONTGOMERY
WINN DIXIE 574
OR MANAGER ON DUTY
7950 HWY 72 WES
MADISON, AL 35758

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 7 | 7 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

DONALD MONTGOMERY (256) 721-1322 POS 47590019

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 94.65 |
| Invoice Total | $ | 1,277.65 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 94.65 |
| Invoice Total | $ | 1,277.65 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,277.65 |
| Amt. Enclosed | $ | |

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A72109780
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839785350



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3385
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839813673
Order Date: 08/02/04

Invoice Number: A72109801

Invoice Date: 08/02/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
TERRY FERNSTAEDT
WINN DIXIE 574
OR MANAGER ON DUTY
23072 SANDLEFOO
BOCA RATON, FL 33433

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 5 | 5 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 845.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

TERRY FERNSTAEDT (561) 487-1334 POS  47590926

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $          0.00 | $ | 0.00 |
| Invoice Total | $ | 845.00 |



**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A72109801
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839813673

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $          0.00 | $ | 0.00 |
| Invoice Total | $ | 845.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 845.00 |
| Amt. Enclosed | $ | |



| This is your INVOICE | Page 1 of 1 |

| FID Number: 74-2616805 | Customer Number: 39674366 | Invoice Number: A73929063 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 35590 | |
| For Sales: (888) 242-0936 | Order Number: 842261043 | Invoice Date: 08/03/04 |
| Sales Fax: (800) 333-4329 | Order Date: 08/03/04 | Payment Terms: NET 10 OR RETURN PART |
| Customer Service: (888) 242-0936 | | Shipped Via: AIRBORNE NEXT DAY |
| Technical Support: (800) 289-3355 | | Waybill Number: |
| Dell Online: http://www.dell.com | | |

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ERIC TAYLOR
WINN DIXIE
OR MANAGER ON DUTY
2640 NE 14TH ST
OCALA, FL 34470

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ERIC TAYLOR (352) 622-5604 POS 47659113

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A73929063
Customer Number: 39674366
Purchase Order: 35590
Order Number: 842261043

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 842241078
Order Date: 08/03/04

Invoice Number: A73929080

Invoice Date: 08/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

WALTER VOGEL
WINN DIXIE
OR MANAGER ON DUTY
6080-10 FORT CA
JACKSONVILLE, FL 32277

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 6 | 6 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,014.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

WALTER VOGEL (904) 743-0251 POS  47658401

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,014.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA: 30353-4118

Invoice Number: A73929080
Customer Number: 39674366
Purchase Order: 35590
Order Number: 842241078

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,014.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,014.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 842250210
Order Date: 06/03/04

Invoice Number: A73929098
Invoice Date: 06/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ANDREW CHEAK
WINN DIXIE
OR MANAGER ON DUTY
3725 HARRODSBUR
LEXINGTON, KY 40503

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ANDREW CHEAK (859) 224-4645 POS  47658717

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A73929098
Customer Number: 39674366
Purchase Order: 35590
Order Number: 842250210

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,253.98 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 842270226
Order Date: 08/03/04

Invoice Number: A73929110

Invoice Date: 08/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
WILLIAM LOVELETTE
WINN DIXIE
OR MANAGER ON DUTY
2533 THOMAS DR
PANAMA CITY, FL 32407

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

WILLIAM LOVELETTE (850) 234-1200 POS  47659492

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,352.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A73929110
Customer Number: 39674366
Purchase Order: 35590
Order Number: 842270226

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,352.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,352.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 842234917
Order Date: 08/03/04

Invoice Number: A73929167

Invoice Date: 08/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
BRIAN EDWARDS
WINN DIXIE
OR MANAGER ON DUTY
5440 US HWY 90
MOBILE, AL 36619

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | BRIAN EDWARDS (251) 602-1818 POS  47657884 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $  1,859.00 | $ | 167.31 |
| Invoice Total | $ | 2,026.31 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A73929167
Customer Number: 39674366
Purchase Order: 35590
Order Number: 842234917

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $  1,859.00 | $ | 167.31 |
| Invoice Total | $ | 2,026.31 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,026.31 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839893352
Order Date: 08/02/04

Invoice Number: A75543936

Invoice Date: 08/04/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

DALE SHAW
WINN DIXIE 574
OR MANAGER ON DUTY
1591 GA HWY 20
CONYERS, GA 30012

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

DALE SHAW (770) 483-7888 POS  47593488

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A75543936
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839893352

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |
| | $ | |
| | $ | |
| Balance Due | $ | 1,253.98 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839906527
Order Date: 08/02/04

Invoice Number: A75543960

Invoice Date: 08/04/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

TAMMY WOOLLEY
WINN DIXIE 574
OR MANAGER ON DUTY
10635 WEST ATLA
CORAL SPRINGS, FL 33071

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 5 | 5 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 845.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

TAMMY WOOLLEY (954) 341-5502 POS  47593897

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 845.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A75543960
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839906527

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 845.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 845.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 839855948
Order Date: 08/02/04

Invoice Number: A75543995

Invoice Date: 08/04/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
BOBBI SMITH
WINN DIXIE 574
OR MANAGER ON DUTY
5134 FIRESTONE
JACKSONVILLE, FL 32210

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | N2623 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40 | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

BOBBI SMITH (904) 771-0426 POS  47592313

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,859.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A75543995
Customer Number: 39674366
Purchase Order: 35590
Order Number: 839855948

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,859.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,859.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 856377099
Order Date: 08/12/04

Invoice Number: A87276881

Invoice Date: 08/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ROBERT JOYCE
WINN DIXIE
OR MGR ON DUTY
ROUTE 57 & 903
STANLEYTOWN, VA 24168

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 5 | 5 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 845.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROBERT JOYCE (276) 629-7232 POS 47964573

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax | |
| $ 845.00 | $ | 38.03 |
| Invoice Total | $ | 883.03 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A87276881
Customer Number: 39674366
Purchase Order: 35590
Order Number: 856377099

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 845.00 | $ | 38.03 |
| Invoice Total | $ | 883.03 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 883.03 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 856319596
Order Date: 08/12/04

Invoice Number: A87277152

Invoice Date: 08/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
DANNY DENNIE
WINN DIXIE
OR MGR ON DUTY
2412 S HORNER B
SANFORD, NC 27330

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 5 | 5 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 845.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | DANNY DENNIE (919) 774-8742 POS  47962908 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 845.00 | $ | 59.16 |
| Invoice Total | $ | 904.16 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A87277152
Customer Number: 39674366
Purchase Order: 35590
Order Number: 856319596

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 845.00 |
| Taxable: | Tax: | |
| $ 845.00 | $ | 59.16 |
| Invoice Total | $ | 904.16 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 904.16 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 856802914
Order Date: 08/12/04

Invoice Number: A87278353
Invoice Date: 08/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JERRY HIERS
WINN DIXIE
3621 US 231 NORTH
PANAMA CITY, FL 32404

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 9 | 9 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | HIERS | JERRY (850) 914-2333 POS 47971956 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,521.00 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A87278353
Customer Number: 39674366
Purchase Order: 35590
Order Number: 856802914



| | This is your INVOICE | Page 1 of 1 |
|---|---|---|

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590
Order Number: 853935014
Order Date: 08/11/04

Invoice Number: A88455135
Invoice Date: 08/15/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
VANN ROBESON
WINN DIXIE
750 CASSAT AVE
JACKSONVILLE, FL 32205

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 14 | 14 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 2,366.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | Vann Robeson (904) 210-7179 POS  47911882 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 2,366.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | | 2,366.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number:  A88455135
Customer Number: 39674366
Purchase Order:  35590
Order Number:    853935014

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 2,366.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | | 2,366.00 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 2,366.00 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 862224269
Order Date: 09/17/04

Invoice Number: A91088911

Invoice Date: 08/17/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | MGR (904) 783-5000 POS  48083779 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A91088911
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 862224269

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 868277352
Order Date: 08/20/04

Invoice Number: A96337216

Invoice Date: 08/23/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MANAGER O DUTY
WINN DIXIE
110 SOUTH CEDAR ST
MCDONOUGH, GA 30253

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MANAGER ON DUTY (770) 954-9148 POS  48230776

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A96337216
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 868277352



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 870610087
Order Date: 08/23/04

Invoice Number: A99209408

Invoice Date: 08/23/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ANTHONY H OR
WINN DIXIE
STORE 460
ROUTE 4 BOX 600
MANCHESTER, KY 40962

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ANTHONY HINKLE OR MGR (606) 598-2144 POS  48274164

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A99209408
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 870610087

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,253.98 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 870601227
Order Date: 09/23/04

Invoice Number: A99209602

Invoice Date: 09/23/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
FRANKLIN T JACKSON
WINN DIXIE
STORE 574
800 SOUTH MARIO
LAKE CITY, FL 32055

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

FRANKLIN T JACKSON (386) 755-4404 POS  48273872

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,859.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A99209602
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 870601227

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,859.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,859.00 |
| Amt. Enclosed | $ | |



This is your **INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 870608297
Order Date: 08/23/04

Invoice Number: A99209726

Invoice Date: 08/23/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
JOSEPH R MURA
WINN DIXIE
STORE 1578
1740 DOUGLAS AV
BREWTON, AL 36426

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 189.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JOSEPH R MURA  OR MGR (251) 867-3221 POS  48274103

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 59.15 |
| Invoice Total | $ | 1,242.15 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A99209726
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 870608297

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 59.15 |
| Invoice Total | $ | 1,242.15 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,242.15 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 870645562
Order Date: 08/23/04

Invoice Number: A99209920

Invoice Date: 08/23/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

ALAN W WOODLE
WINN DIXIE
STORE 1860
201 W 48TH ST
JACKSONVILLE, FL 32208

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ALAN W WOODLE  OR MGR ON (904) 764-6176 POS  48275261

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: A99209920
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 870645562

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,690.00 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 875518111
Order Date: 08/25/04

Invoice Number: | B04428680 |
Invoice Date: 08/26/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ROBERT D COLEGROVE
WINN DIXIE
625 NORTH COLLIER BLVD
MARCO ISLAND, FL 34145

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROBERT D COLEGROVE (239) 642-9126 POS  48389780

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,352.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B04428680
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 875518111

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,352.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,352.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 878757245
Order Date: 09/27/04

Invoice Number: B08337949

Invoice Date: 08/30/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
RONALD F COSBY
WINN DIXIE
3850 W MAIN ST
DOTHAN, AL 36301

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RONALD F COSBY (334) 793-4518 POS 48467288

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B08337949
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 878757245

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                        Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 882529408
Order Date: 08/31/04

Invoice Number: B10839018

Invoice Date: 08/31/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01.00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
SEAN G REIMOLDMGR
WINN DIXIE
1600 LEESTOWN PIKE
LEXINGTON, KY 40506

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

SEAN G REIMOLDMGR (859) 259-0933 POS  48557728

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 101.40 |
| Invoice Total | $ | 1,791.40 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 101.40 |
| Invoice Total | $ | 1,791.40 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,791.40 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B10839018
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 882529408



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616605
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 882474886
Order Date: 08/31/04

Invoice Number: B10839247

Invoice Date: 08/31/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
WILLIAM DUBONMGR
WINN DIXIE
6301 COUNTYLINE RD
MIRAMAR, FL 33023

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

WILLIAM DUBONMGR (954) 981-1424 POS 48555737

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B10839247
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 882474886

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,521.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 884473126
Order Date: 09/01/04

Invoice Number: B11952624

Invoice Date: 09/01/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
C F -MGR
WINN DIXIE
10505 NW 41ST ST
MIAMI, FL 33178

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | C FERNANDEZ -MGR ON DUT (305) 591-0780 POS  48600972 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B11952624
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 884473126

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,690.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 884474157
Order Date: 09/01/04

Invoice Number: B11952675

Invoice Date: 09/01/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
A P -MGR
WINN DIXIE
1061 US HWY 280
ALEXANDER CITY, AL 35010

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

A PRICKETT -MGR ON DUTY (256) 234-5141 POS  48601034

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $    1,690.00 | $ | 128.44 |
| Invoice Total | $ | 1,818.44 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B11952675
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 884474157

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $    1,690.00 | $ | 128.44 |
| Invoice Total | $ | 1,818.44 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,818.44 |
| Amt. Enclosed | $ | |



<table>
</table>

| | | |
|---|---|---|
| **This is your INVOICE** | | Page 1 of 1 |

| | | |
|---|---|---|
| FID Number: 74-2615805 | Customer Number: 39674366 | Invoice Number: B11953124 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 35596P | |
| For Sales: (888) 242-0938 | Order Number: 884472755 | Invoice Date: 09/01/04 |
| Sales Fax: (800) 333-4329 | Order Date: 09/01/04 | Payment Terms: NET 10 OR RETURN PART |
| Customer Service: (888) 242-0938 | | Shipped Via: AIRBORNE NEXT DAY |
| Technical Support: (800) 289-3355 | | Waybill Number: |
| Dell Online: http://www.dell.com | | |

06 03 H 01 00 N

| | |
|---|---|
| SOLD TO: | SHIP TO: |
| SHARI BARSAN | J S -MGR |
| WINN DIXIE | WINN DIXIE |
| 5050 EDGEWOOD CT | 2675 S MILITARY TRAIL |
| JACKSONVILLE, FL 32254 | WEST PALM BEACH, FL 33415 |

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

J SALGADO -MGR ON DUTY (561) 964-1944 POS 48600959

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,690.00 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B11953124
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 884472755



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (900) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 884476988
Order Date: 09/01/04

Invoice Number: B11953353

Invoice Date: 09/01/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
R H OR
WINN DIXIE
18011 SOUTH TAMIAMI TRAIL
FORT MYERS, FL 33912

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

R HUGHES  OR MGR ON DUTY (239) 415-0007 POS  48601177

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B11953353
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 884476988

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 891269145
Order Date: 09/07/04

Invoice Number: B18450853

Invoice Date: 09/07/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

GARY W SOVINE
WINN DIXIE
JENSEN BEACH
1105 N E JENSEN
JENSEN BEACH, FL 34957

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

GARY W SOVINE  MGR (772) 334-7270 POS  48769605

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B18450853
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 891269145

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 891276314
Order Date: 09/07/04

Invoice Number: B18451019

Invoice Date: 09/07/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JAMES A BRAGUNIER
WINN DIXIE
GULF BREEZE
3319 GULF BREEZ
BAL-ALEX ESTATES, FL 32561

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JAMES A BRAGUNIER  MGR (850) 932-0858 POS  48769800

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $                    0.00 | $ | 0.00 |
| Invoice Total | $ | 1,352.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B18451019
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 891276314

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $                    0.00 | $ | 0.00 |
| Invoice Total | $ | 1,352.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,352.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

**FID Number:** 74-2616805
**Sales Rep:** CUSTOMER SUPPORT SERVICES
**For Sales:** (888) 242-0938
**Sales Fax:** (800) 333-4329
**Customer Service:** (888) 242-0938
**Technical Support:** (800) 289-3355
**Dell Online:** http://www.dell.com

**Customer Number:** 39674366
**Purchase Order:** 35590P
**Order Number:** 891288723
**Order Date:** 09/07/04

**Invoice Number:** B18451272
**Invoice Date:** 09/07/04
**Payment Terms:** NET 10 OR RETURN PART
**Shipped Via:** AIRBORNE NEXT DAY
**Waybill Number:** .

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
R B MGR
WINN DIXIE
BAKER
280 MAIN ST
BAKER, LA 70714

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | R BLANCHARD  MGR (225) 774-6429 POS  48770337 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $ 1,352.00 | $ | 128.44 |
| Invoice Total | $ | 1,480.44 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

**Invoice Number:** B18451272
**Customer Number:** 39674366
**Purchase Order:** 35590P
**Order Number:** 891288723

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $ 1,352.00 | $ | 128.44 |
| Invoice Total | $ | 1,480.44 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,480.44 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 891269772
Order Date: 09/07/04

Invoice Number: B18451302

Invoice Date: 09/07/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ROBERT M FREEMAN
WINN DIXIE
OKEECHOBEE
3246 HWY 441 S
OKEECHOBEE, FL 34974

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROBERT M FREEMAN  MGR (863) 763-8354 POS  48769623

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B18451302
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 891269772

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,690.00 |
| Amt. Enclosed | $ | |



| | |
|---|---|
| **This is your  INVOICE** | Page 1 of 1 |

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 893121047
Order Date: 09/08/04

Invoice Number: B20020143
Invoice Date: 09/08/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
J J -MGR
WINN DIXIE
WEST PALM BEACH
7915 S DIXIE HW
WEST PALM BEACH, FL 33405

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

J JACKSON -MGR ON DUTY (561) 585-5720 POS  48829007

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B20020143
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 893121047

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,690.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 893124389
Order Date: 09/08/04

Invoice Number: B20020445

Invoice Date: 09/08/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JUNALD T PENUELA
WINN DIXIE
SUNRISE
15900 W STATE R
FORT LAUDERDALE, FL 33325

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0964 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | JUNALD T PENUELA -MGR ON (954) 384-7446 POS  48829096 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B20020445
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 893124389

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                    Page 1 of 1

FID Number: 74-2616605
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 893111758
Order Date: 09/08/04

Invoice Number: B20020682

Invoice Date: 09/08/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
TERRY D FLOYD
WINN DIXIE
CRESCENT CITY
1115 N SUMMIT S
CRESCENT CITY, FL 32112

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

TERRY D FLOYD -MGR ON DU (386) 698-4900 POS  48828730

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B20020682
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 893111758

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,690.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 895758499
Order Date: 09/10/04

Invoice Number: B23278214
Invoice Date: 09/10/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
H C OR
WINN DIXIE
STORE 1511
2244 HWY 31 SOU
PELHAM, AL 35124

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | H CLABEY OR DUTY MGR (205) 733-0977 POS 48900828 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 84.50 |
| Invoice Total | $ | 1,774.50 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B23278214
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 895758499

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 84.50 |
| Invoice Total | $ | 1,774.50 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,774.50 |
| Amt. Enclosed | $ | |



This is your **INVOICE**                                                Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0936
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0936
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 895775550
Order Date: 08/10/04

Invoice Number: B23278265
Invoice Date: 08/10/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JEFFERY A DAVIS
WINN DIXIE
STORE 1513
170 BEACON ST
LAUREL, MS 39440

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JEFFERY A DAVIS OR DUTY (601) 426-2161 POS  48901454

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B23278265
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 895775550

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 895754662
Order Date: 09/10/04

Invoice Number: B23278346

Invoice Date: 09/10/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
GREGORY W ALLEN
WINN DIXIE
STORE 1454
6770 VETERANS P
COLUMBUS, GA 31909

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 12 | 12 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 2,028.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | GREGORY W ALLEN OR DUTY (706) 653-0574 POS 48900660 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,028.00 |
| Taxable: | Tax: | |
| $ 2,028.00 | $ | 141.96 |
| Invoice Total | $ | 2,169.96 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B23278346
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 895754662

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,028.00 |
| Taxable: | Tax: | |
| $ 2,028.00 | $ | 141.96 |
| Invoice Total | $ | 2,169.96 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,169.96 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 898326203
Order Date: 09/13/04

Invoice Number: B26360850
Invoice Date: 09/13/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
D B JR
WINN DIXIE
STORE 1589
9105 HICKORY FL
WOODSTOCK, GA 30188

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | D BERNIER JR. OR DUTY M (770) 521-1490 POS 48965520 | | | |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 101.40 |
| Invoice Total | $ | 1,791.40 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 101.40 |
| Invoice Total | $ | 1,791.40 |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B26360850
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 898326203

| | | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,791.40 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 901262031
Order Date: 09/15/04

Invoice Number: B29359542

Invoice Date: 09/15/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ADAM J EBREY
WINN DIXIE
1145 HWY 441 NORTH
CORNELIA, GA 30531

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ADAM J EBREY OR DUTY MGR (706) 778-5404 POS  49044819

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B29359542
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 901262031

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.81 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 899217229
Order Date: 09/13/04

Invoice Number: B30192630

Invoice Date: 09/16/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
OLNEY G EGLOFF
WINN DIXIE
1700 NORTH FRONTAGE RD
MERIDIAN, MS 39301

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

OLNEY G EGLOFF OR DUTY M (601) 693-2744 POS 48992018

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B30192630
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 899217229

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                           Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 903552124
Order Date: 09/16/04

Invoice Number: B30851331

Invoice Date: 09/16/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ALEX R -DUTY
WINN DIXIE
3451 N W 18TH AVE
MIAMI, FL 33142

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ALEX RENDON  -DUTY MGR (305) 634-4492 POS  49111560

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,521.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | | 1,521.00 |

DETACH AT LINE AND RETURN WITH PAYMENT



**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B30851331
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 903552124

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,521.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | | 1,521.00 |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,521.00 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**                                                    Page 1 of 1

FID Number: 74-2616805                Customer Number: 39674366            Invoice Number: B30851480
Sales Rep: CUSTOMER SUPPORT SERVICES  Purchase Order: 35590P
For Sales: (888) 242-0938             Order Number: 903613280             Invoice Date: 09/16/04
Sales Fax: (800) 333-4329             Order Date: 09/16/04                Payment Terms: NET 10 OR RETURN PART
Customer Service: (888) 242-0938                                         Shipped Via: AIRBORNE NEXT DAY
Technical Support: (800) 289-3355                                        Waybill Number:
Dell Online: http://www.dell.com

06 03 H 01 00 N

SOLD TO:                                              SHIP TO:
SHARI BARSAN                                          JACK S BISHOP
WINN DIXIE                                            WINN DIXIE
5050 EDGEWOOD CT                                      1215 N MAIN ST
JACKSONVILLE, FL 32254                                SUMMERVILLE, SC 29483

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JACK S BISHOP JR (843) 851-9566 POS  49113634

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 84.50 |
| Invoice Total | $ | 1,774.50 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 84.50 |
| Invoice Total | $ | 1,774.50 |

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B30851480
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 903613280

| | | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,774.50 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 904499036
Order Date: 09/17/04

Invoice Number: B32358659

Invoice Date: 09/17/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
RAOL I RODRIGUEZ
WINN DIXIE
2750 W 68TH ST
HIALEAH, FL 33016

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RAOL I RODRIGUEZ (305) 828-0812 POS  49136569

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B32358659
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 904499036

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**                                    Page 1 of 1

FID Number: 74-2616805                 Customer Number: 39674366              Invoice Number: B32358705
Sales Rep: CUSTOMER SUPPORT SERVICES   Purchase Order: 35590P
For Sales: (888) 242-0938              Order Number: 904498079               Invoice Date: 09/17/04
Sales Fax: (800) 333-4329              Order Date: 09/17/04                  Payment Terms: NET 10 OR RETURN PART
Customer Service: (888) 242-0938                                            Shipped Via: AIRBORNE NEXT DAY
Technical Support: (800) 289-3355                                           Waybill Number:
Dell Online: http://www.dell.com

                                       06 03 H 01 00 N

SOLD TO:                                                     SHIP TO:
SHARI  BARSAN                                                STEVEN G STANDFORD
WINN DIXIE                                                   WINN DIXIE
5050 EDGEWOOD CT                                             18455 PINES BLVD
JACKSONVILLE, FL 32254                                       PEMBROKE PINES, FL 33029

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|  |  |  | STEVEN G STANDFORD (954) 430-3969 POS  49136524 |  |  |  |

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOI
CE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVA
BLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING
MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B32358705
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 904498079

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,521.00 |
|  | $ | |
|  | $ | |
|  | $ | |
| Balance Due | $ | 1,521.00 |
| Amt. Enclosed | $ | |



| | | **This is your INVOICE** | | | Page 1 of 1 |

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 909986532
Order Date: 09/21/04

Invoice Number: B37183962
Invoice Date: 09/22/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ROBERT L OAKES
WINN DIXIE
70 PLAZA AVE
LAKE PLACID, FL 33852

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROBERT L OAKES  -DUTY MG (863) 465-6821 POS  49286260

IF YOU HAVE RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. IF IT IS NOT RETURNED WITHIN 10 DAYS, THIS INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | | 0.00 |
|---|---|---|---|
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | | 1,352.00 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B37183962
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 909986532

| Ship. &/or Handling | $ | | 0.00 |
|---|---|---|---|
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 0.00 | $ | 0.00 |
| Invoice Total | $ | | 1,352.00 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,352.00 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 913727278
Order Date: 09/24/04

Invoice Number: B42638328

Invoice Date: 09/28/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
R C MGR
WINN DIXIE
3220 CRUMS LN
LOUISVILLE, KY 40216

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

R CARROLL-DUTY MGR (502) 448-9713 POS 49396870

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,612.26 |
| Amt. Enclosed | $ | |

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B42638328
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 913727278



**This is your  INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 919238502
Order Date: 09/29/04

Invoice Number: B45919646

Invoice Date: 09/29/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
G E MGR
WINN DIXIE
1830 WEST AIRLINE HWY
LA PLACE, LA 70068

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

G  ENGLERT-DUTY MGR (985) 653-0860 POS  49549817

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $           1,859.00 | $ | 74.36 |
| Invoice Total | $ | 1,933.36 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B45919646
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 919238502

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $           1,859.00 | $ | 74.36 |
| Invoice Total | $ | 1,933.36 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,933.36 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                Page 1 of 1

FID Number: 74-2616805                    Customer Number: 39674366              Invoice Number: B45919808
Sales Rep: CUSTOMER SUPPORT SERVICES      Purchase Order: 35590P
For Sales: (888) 242-0938                 Order Number: 919247693               Invoice Date: 09/29/04
Sales Fax: (800) 333-4329                 Order Date: 09/29/04                  Payment Terms: NET 10 OR RETURN PART
Customer Service: (888) 242-0938                                                Shipped Via: AIRBORNE NEXT DAY
Technical Support: (800) 289-3355                                              Waybill Number:
Dell Online: http://www.dell.com

                                          06 03 H 01 00 N

SOLD TO:                                                        SHIP TO:
SHARI BARSAN                                                    JASON R CORBIN-DUTY
WINN DIXIE                                                      WINN DIXIE
5050 EDGEWOOD CT                                                1260 W PALM COAST PARKWAY
JACKSONVILLE, FL 32254                                          PALM COAST, FL 32137

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JASON R CORBIN-DUTY MGR (386) 446-4774 POS 49550114

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B45919808
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 919247693

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,690.00 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,690.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0638
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 921502945
Order Date: 09/30/04

Invoice Number: B47356100
Invoice Date: 09/30/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
MARK A RHODES
WINN DIXIE
4770 BRITT RD
NORCROSS, GA 30093

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MARK A RHODES (770) 934-4828 POS 49612526

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,612.26 |
| Amt. Enclosed | $ | |

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B47356100
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 921502945



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 925170467
Order Date: 10/04/04

Invoice Number: B51451251

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MICHAEL P MGR
WINN DIXIE
3153 HWY 431
ROANOKE, AL 36274

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MICHAEL PAULSON-DUTY MGR (334) 863-4014 POS 49706661

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B51451251
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 925170467

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,230.32 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 926852162
Order Date: 10/05/04

Invoice Number: B52277239

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
M J SOUDELIER
WINN DIXIE
1218 ST CHARLES
HOUMA, LA 70360

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 189.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | | 0.00 |

M J SOUDELIER JR -MGR DU (985) 851-6618 POS 49752209

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 1,352.00 | $ | 54.08 |
| Invoice Total | $ | | 1,406.08 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277239
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 926852162

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,352.00 |
| Taxable: | | Tax: | |
| $ | 1,352.00 | $ | 54.08 |
| Invoice Total | $ | | 1,406.08 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,406.08 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 926832586
Order Date: 10/05/04

Invoice Number: B52277352
Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
RANDY P KENNESSEY-
WINN DIXIE
640 OLLIE AVE
CLANTON, AL 35045

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RANDY P KENNESSEY- MGR D (205) 755-6765 POS  49751544

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277352
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 926832586

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2615805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 926838971
Order Date: 10/05/04

Invoice Number: B52277581

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JOHN B DUTY
WINN DIXIE
6501 102ND AVE NORTH
PINELLAS PARK, FL 33782

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 6 | 6 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,014.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JOHN BRENGLE-MGR DUTY (727) 541-2070 POS  49751779

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,014.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277581
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 926838971

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,014.00 |
| | $ | |
| | $ | |
| Balance Due | $ | 1,014.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 928368175
Order Date: 10/06/04

Invoice Number: B53595528

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

TIMOTHY A WELLS-DUTY
WINN DIXIE
2495 HWY 431
ANNISTON, AL 36206

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | | 0.00 |

TIMOTHY A WELLS-DUTY MGR (256) 820-3493 POS 49791591

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595528
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 928368175

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,230.32 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 299-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 928370767
Order Date: 10/06/04

Invoice Number: B53595706
Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
RAPHAEL D CRAIG-DUTY
WINN DIXIE
8523 AARON ARONOV DR
FAIRFIELD, AL 35064

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RAPHAEL D CRAIG-DUTY MGR (205) 780-0718 POS 49791648

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 76.05 |
| Invoice Total | $ | 1,597.05 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595706
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 928370767

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 76.05 |
| Invoice Total | $ | 1,597.05 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,597.05 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 935448994
Order Date: 10/12/04

Invoice Number: B60150706

Invoice Date: 10/12/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
J M HONEYCUTT-MGR
WINN DIXIE
1500 SKYLAND BLVD
TUSCALOOSA, AL 35405

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | J M HONEYCUTT-MGR DUTY (205) 345-9822 POS  49968650 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,521.00 |
| Taxable: | | Tax: | |
| $ | 1,521.00 | $ | 60.84 |
| Invoice Total | $ | | 1,581.84 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B60150706
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 935448994

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 1,521.00 |
| Taxable: | | Tax: | |
| $ | 1,521.00 | $ | 60.84 |
| Invoice Total | $ | | 1,581.84 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,581.84 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 939612280
Order Date: 10/14/04

Invoice Number: B71412502

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
PATRICK J SCIONEAUX-MGR
WINN DIXIE
3439 HWY 1 SOUTH
DONALDSONVILLE, LA 70346

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0964 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

PATRICK J SCIONEAUX-MGR (225) 473-4884 POS 50081756

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71412502
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 939612280

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,230.32 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616905
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 39674366
Purchase Order: 35590P
Order Number: 962557295
Order Date: 11/01/04

Invoice Number: B85519304

Invoice Date: 11/01/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
EDDY J NAVAS-MGR
WINN DIXIE
STORE 1577
8710 SUNSET DR
MIAMI, FL 33173

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

EDDY J NAVAS-MGR DUTY (305) 279-5719 POS 50706335

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 0.00 | $ | 0.00 |
| Invoice Total | $ | 1,183.00 |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B85519304
Customer Number: 39674366
Purchase Order: 35590P
Order Number: 962557295

| | | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,183.00 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 925175185
Order Date: 10/04/04

Invoice Number: B51451138

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
THOMAS D MCCOY-DUTY
WINN DIXIE
1131 N HWY 321
YORK, SC 29745

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

THOMAS D MCCOY-DUTY MGR (803) 628-7806 POS 49706827

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $        1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $        1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,612.26 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B51451138
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 925175185



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 925157613
Order Date: 10/04/04

Invoice Number: B51451340

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
STEVEN V BLANCO-DUTY
WINN DIXIE
103 17TH ST
TALLADEGA, AL 35160

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

STEVEN V BLANCO-DUTY MGR (256) 761-1772 POS  49706211

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $     1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $     1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,230.32 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B51451340
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 925157613



**This is your INVOICE**                                                    Page 1 of 1

FID Number: 74-2616805                    Customer Number: 47593935              Invoice Number: B51451405
Sales Rep: CUSTOMER SUPPORT SERVICES      Purchase Order: 35590P
For Sales: (888) 242-0938                 Order Number: 925166747              Invoice Date: 10/05/04
Sales Fax: (800) 333-4329                 Order Date: 10/04/04                 Payment Terms: NET 10 OR RETURN PART
Customer Service: (888) 242-0938                                              Shipped Via: AIRBORNE NEXT DAY
Technical Support: (800) 289-3355                                             Waybill Number:
Dell Online: http://www.dell.com

06 03 H 01 00 N

SOLD TO:                                                    SHIP TO:
SHARI BARSAN                                               KEN L MGR
WINN DIXIE                                                 WINN DIXIE
5050 EDGEWOOD CT                                           481 MILLITARY ST
JACKSONVILLE, FL 32254                                     HAMILTON, AL 35570

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

KEN LEDBETTER-DUTY MGR (205) 921-2119 POS  49706530

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 60.84 |
| Invoice Total | $ | 1,581.84 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B51451405
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 925166747

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 60.84 |
| Invoice Total | $ | 1,581.84 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,581.84 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 925153521
Order Date: 10/04/04

Invoice Number: B51456954

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ROBERT L ALBAN-DUTY
WINN DIXIE
911 PINEWOOD ST
LIVE OAK, FL 32060

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROBERT L ALBAN-DUTY MGR (386) 362-6300 POS 49706082

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B51456954
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 925153521

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,989.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0936
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926842072
Order Date: 10/05/04

Invoice Number: B52277182

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
DANIEL J LEFURGE-
WINN DIXIE
8424 SHELDON RD
TAMPA, FL 33615

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

DANIEL J LEFURGE- MGR DU (813) 884-6819 POS  49751884

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277182
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926842072

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926837189
Order Date: 10/05/04

Invoice Number: B52277263

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
DALE L ROOT-MGR
WINN DIXIE
5400 FRUITVILLE RD
SARASOTA, FL 34232

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

DALE L ROOT-MGR DUTY (941) 342-8383 POS  49751731

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277263
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926837189

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,989.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926834244
Order Date: 10/05/04

Invoice Number: B52277298

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**

RONALD E KEITH
WINN DIXIE
9120 PARKWAY EAST
BIRMINGHAM, AL 35206

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RONALD E KEITH -MGR DUTY (205) 838-1919 POS  49751633

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 121.68 |
| Invoice Total | $ | 1,642.68 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277298
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926834244

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 121.68 |
| Invoice Total | $ | 1,642.68 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,642.68 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                         Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926846461
Order Date: 10/05/04

Invoice Number: B52277328

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ANTHONY E MGR
WINN DIXIE
122 PORT GIBSON ST
RAYMOND, MS 39154

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 6 | 6 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,014.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ANTHONY EVANS- MGR DUTY (601) 857-8018 POS 49752057

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ 1,014.00 | $ | 70.98 |
| Invoice Total | $ | 1,084.98 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277328
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926846461

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ 1,014.00 | $ | 70.98 |
| Invoice Total | $ | 1,084.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,084.98 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926850703
Order Date: 10/05/04

Invoice Number: B52277417

Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JODY A YRLE
WINN DIXIE
1501 ST LOUIS ST
NEW ORLEANS, LA 70112

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JODY A YRLE - MGR DUTY (504) 525-2073 POS  49752103

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 167.31 |
| Invoice Total | $ | 2,026.31 |

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277417
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926850703

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 167.31 |
| Invoice Total | $ | 2,026.31 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,026.31 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926843708
Order Date: 10/05/04

Invoice Number: B52277433
Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
BRENDA L COLLINS-MGR
WINN DIXIE
9535 EAST FOWLER AVE
THONOTOSASSA, FL 33592

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

BRENDA L COLLINS-MGR DUT (813) 986-5798 POS  49751954

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $              1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |

---

DETACH AT LINE AND RETURN WITH PAYMENT



**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277433
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926843708

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $              1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,989.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926855728
Order Date: 10/05/04

Invoice Number: B52277468
Invoice Date: 10/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ROBERT O BATES-MGR
WINN DIXIE
1250 BARDSTOWN RD
LOUISVILLE, KY 40204

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 6 | 6 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,014.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROBERT O BATES-MGR DUTY (502) 459-2221 POS  49752315

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $          1,014.00 | $ | 60.84 |
| Invoice Total | $ | 1,074.84 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B52277468
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 926855728

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $          1,014.00 | $ | 60.84 |
| Invoice Total | $ | 1,074.84 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,074.84 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                          Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928374017
Order Date: 10/06/04

Invoice Number: B53595463

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
DAVID L HUDGINS-DUTY
WINN DIXIE
715 EAST ATLANTIC ST
SOUTH HILL, VA 23970

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

DAVID L HUDGINS-DUTY MGR (434) 955-2711 POS  49791752

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $  1,521.00 | $ | 76.05 |
| Invoice Total | $ | 1,597.05 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $  1,521.00 | $ | 76.05 |
| Invoice Total | $ | 1,597.05 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,597.05 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595463
Customer Number: 47599935
Purchase Order: 35590P
Order Number: 928374017



**This is your INVOICE**                                                      Page 1 of 1

FID Number: 74-2616805                Customer Number: 47593935              Invoice Number: BS3595501
Sales Rep: CUSTOMER SUPPORT SERVICES  Purchase Order: 35590P
For Sales: (888) 242-0938             Order Number: 928367094                Invoice Date: 10/06/04
Sales Fax: (800) 333-4329             Order Date: 10/06/04                   Payment Terms: NET 10 OR RETURN PART
Customer Service: (888) 242-0938                                            Shipped Via: AIRBORNE NEXT DAY
Technical Support: (800) 289-3355                                           Waybill Number:
Dell Online: http://www.dell.com

                                         06 03 H 01 00 N

SOLD TO:                                                     SHIP TO:
SHARI BARSAN                                                 THOMAS D BISHOP-DUTY
WINN DIXIE                                                   WINN DIXIE
5050 EDGEWOOD CT                                             2220 BESSEMER RD
JACKSONVILLE, FL 32254                                       BIRMINGHAM, AL 35208

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

THOMAS D BISHOP-DUTY MGR (205) 788-6651 POS 49791534

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 121.68 |
| Invoice Total | $ | 1,642.68 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: BS3595501
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928367094

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 121.68 |
| Invoice Total | $ | 1,642.68 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,642.68 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928369355
Order Date: 10/05/04

Invoice Number: B53595544

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MARVIN J PEARDON-DUTY
WINN DIXIE
3157 WEST 23RD ST
PANAMA CITY, FL 32405

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MARVIN J PEARDON-DUTY MG (850) 872-9300 POS 49791621

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $        1,521.00 | $ | 98.87 |
| Invoice Total | $ | 1,619.87 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $        1,521.00 | $ | 98.87 |
| Invoice Total | $ | 1,619.87 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,619.87 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595544
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928369355



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | Customer Number: 47593935 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 35590P |
| For Sales: (888) 242-0938 | Order Number: 928378455 |
| Sales Fax: (800) 333-4329 | Order Date: 10/06/04 |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Invoice Number: B53595560

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

. 06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
LEO A SCHAEFFER-DUTY
WINN DIXIE
7330 W JUDGE PEREZ
ARABI, LA 70032

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

LEO A SCHAEFFER-DUTY MGR (504) 278-4788 POS  49791903

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $          1,521.00 | $ | 60.84 |
| Invoice Total | $ | 1,581.84 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595560
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928378455

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $          1,521.00 | $ | 60.84 |
| Invoice Total | $ | 1,581.84 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,581.84 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928380808
Order Date: 10/06/04

Invoice Number: B53595730

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

JEFFREY N JOHNSON-DUTY
WINN DIXIE
HWY 70 & MAIN ST
HILDEBRAN, NC 28637

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JEFFREY N JOHNSON-DUTY M (828) 397-5882 POS 49791964

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.48 |
| Invoice Total | $ | 1,627.48 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595730
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928380808

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.48 |
| Invoice Total | $ | 1,627.48 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.48 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928374967
Order Date: 10/06/04

Invoice Number: B53595761

Invoice Date: 10/06/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
KW L JR-DUTY
WINN DIXIE
110 WILKINSVILLE HWY
GAFFNEY, SC 29340

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

KW LOWE JR-DUTY MGR (864) 487-7714 POS  49791791

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $        1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B53595781
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 928374967

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $        1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,253.98 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 931811872
Order Date: 10/08/04

Invoice Number: B58435081

Invoice Date: 10/11/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JERRY M FURR
WINN DIXIE
10215 UNIV CITY BLVD
CHARLOTTE, NC 28213

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JERRY M FURR IIWH (704) 549-0041 POS  49881657

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $  1,690.00 | $ | 126.75 |
| Invoice Total | $ | 1,816.75 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B58435081
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 931811872

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $  1,690.00 | $ | 126.75 |
| Invoice Total | $ | 1,816.75 |
| | $ | |
| | $ | - |
| | $ | |
| Balance Due | $ | 1,816.75 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 932337810
Order Date: 10/08/04

Invoice Number: B58436606

Invoice Date: 10/11/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
MICHAEL L PONDER-MGR
WINN DIXIE
1408 GOLDEN SPRING RD
ANNISTON, AL 36207

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MICHAEL L PONDER-MGR DUT (256) 831-8801 POS 49896187

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING LP. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B58436606
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 932337810

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,757.60 |
| Amt. Enclosed | $ | |



| | |
|---|---|
| **This is your INVOICE** | Page 1 of 1 |

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 933767908
Order Date: 10/11/04

Invoice Number: B58634459

Invoice Date: 10/11/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
CHARLES T FINCH-MGR
WINN DIXIE
1503 CULVER RD
TUSCALOOSA, AL 35401

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

CHARLES T FINCH-MGR DUTY (205) 758-3968 POS  49924645

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS; INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B58634459
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 933767908

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,230.32 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 933764772
Order Date: 10/11/04

Invoice Number: B58702764

Invoice Date: 10/11/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
DARREN K GREENER-MGR
WINN DIXIE
1625 THARPE ST
TALLAHASSEE, FL 32303

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

DARREN K GREENER-MGR DUT (850) 297-2555 POS 49924518

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 126.75 |
| Invoice Total | $ | 1,816.75 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B58702764
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 933764772

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 126.75 |
| Invoice Total | $ | 1,816.75 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,816.75 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 935457102
Order Date: 10/12/04

Invoice Number: B60150196

Invoice Date: 10/12/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
SANDRA J GRIER-MGR
WINN DIXIE
5755 ROCKBRIDGE RD
STONE MOUNTAIN, GA 30087

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 6 | 6 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,014.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

SANDRA J GRIER-MGR DUTY (770) 498-0269 POS  49968983

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ 1,014.00 | $ | 70.98 |
| Invoice Total | $ | 1,084.98 |

DETACH AT LINE AND RETURN WITH PAYMENT



**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B60150196
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 935457102

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,014.00 |
| Taxable: | Tax: | |
| $ 1,014.00 | $ | 70.98 |
| Invoice Total | $ | 1,084.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,084.98 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 935445677
Order Date: 10/12/04

Invoice Number: B60150587

Invoice Date: 10/12/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MARK O DUTY
WINN DIXIE
14286 BEACH BLVD
JACKSONVILLE, FL 32250

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MARK OSBORNE-MGR DUTY (904) 223-1764 POS  49968545

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B60150587
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 935445677



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616605                Customer Number: 47593935              Invoice Number: B63338005
Sales Rep: CUSTOMER SUPPORT SERVICES  Purchase Order: 35590P
For Sales: (888) 242-0938             Order Number: 937223742                Invoice Date: 10/14/04
Sales Fax: (800) 333-4329             Order Date: 10/13/04                   Payment Terms: NET 10 OR RETURN PART
Customer Service: (888) 242-0938                                            Shipped Via: AIRBORNE NEXT DAY
Technical Support: (800) 289-3355                                           Waybill Number:
Dell Online: http://www.dell.com

                                        06 03 H 01 00 N

SOLD TO:                                                    SHIP TO:
SHARI  BARSAN                                               M S HONEYCUTT-MGR
WINN DIXIE                                                  WINN DIXIE
5050 EDGEWOOD CT                                            125 U S HWY 82
JACKSONVILLE, FL 32254                                      BRENT, AL 35034

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|  |  |  | M S HONEYCUTT-MGR DUTY (205) 926-6858 POS  50016861 |  |  |  |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B63338005
Customer Number: 47593935

Purchase Order: 35590P
Order Number: 937223742

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 47.32 |
| Invoice Total | $ | 1,230.32 |
|  | $ | |
|  | $ | |
|  | $ | |
| Balance Due | $ | 1,230.32 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0638
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940569065
Order Date: 10/15/04

Invoice Number: B71412332

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
RONALD A HOEHNE-MGR
WINN DIXIE
8674 NAVARRE PARKWAY
NAVARRE, FL 32566

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RONALD A HOEHNE-MGR DUTY (850) 939-5627 POS 50103449

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $         1,183.00 | $ | 76.90 |
| Invoice Total | $ | 1,259.90 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71412332
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940569065

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $         1,183.00 | $ | 76.90 |
| Invoice Total | $ | 1,259.90 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,259.90 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940573471
Order Date: 10/15/04

Invoice Number: B71412723

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
STEPHEN D GOSEY-MGR
WINN DIXIE
1005 RAILROAD AVE
RUTHERFORDTON, NC 28139

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

STEPHEN D GOSEY-MGR DUTY (828) 287-3818 POS 50103557

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.82 |
| Invoice Total | $ | 1,265.82 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71412723
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940573471

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.82 |
| Invoice Total | $ | 1,265.82 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.82 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 36590P
Order Number: 939608635
Order Date: 10/14/04

Invoice Number: B71412804

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
K O MC
WINN DIXIE
5651-A MOFFAT RD
MOBILE, AL 36618

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

K O MC LAUGHLIN-MGR DUTY (251) 481-0774 POS  50081618

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 136.89 |
| Invoice Total | $ | 1,657.89 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71412804
Customer Number: 47593935
Purchase Order: 36590P
Order Number: 939608635

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 136.89 |
| Invoice Total | $ | 1,657.89 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,657.89 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590
Order Number: 939673761
Order Date: 10/14/04

Invoice Number: B71412910

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
THOMAS DALE
WINN DIXIE
111 INDEPENDENCE BLVD
MORGANTON, NC 28655

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

THOMAS DALE (828) 433-5801 POS 50083640

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | | 0.00 |
|---------------------|---|---|------|
| Subtotal | $ | | 1,183.00 |
| Taxable: | | Tax: | |
| $ | 1,183.00 | $ | 82.82 |
| Invoice Total | $ | | 1,265.82 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71412910
Customer Number: 47593935
Purchase Order: 35590
Order Number: 939673761

| Ship. &/or Handling | $ | | 0.00 |
|---------------------|---|---|------|
| Subtotal | $ | | 1,183.00 |
| Taxable: | | Tax: | |
| $ | 1,183.00 | $ | 82.82 |
| Invoice Total | $ | | 1,265.82 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 1,265.82 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616605
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 939604980
Order Date: 10/14/04

Invoice Number: B71413118

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
JOHN M KRAWCZYK-MGR
WINN DIXIE
901 HWY 19 SOUTH
PALATKA, FL 32177

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JOHN M KRAWCZYK-MGR DUTY (386) 325-5743 POS 50081510

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71413118
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 939604980

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 130.13 |
| Invoice Total | $ | 1,989.13 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,989.13 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

RID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940572184
Order Date: 10/15/04

Invoice Number: B71416362

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
JAMES K SMITH-MGR
WINN DIXIE
209 S AIRLINE HWY
GONZALES, LA 70737

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JAMES K SMITH-MGR DUTY (225) 644-3035 POS 50103530

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71416362
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940572184

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,757.60 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0936
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940571509
Order Date: 10/18/04

Invoice Number: B71416460
Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
MICHAEL B PIAZZA-MGR
WINN DIXIE
4100 HWY 59
MANDEVILLE, LA 70471

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

MICHAEL B PIAZZA-MGR DUT (985) 893-1968 POS  50103504

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $        1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71416460
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940571509

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $        1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,757.60 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940571780
Order Date: 10/15/04

Invoice Number: B71416605

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
RODNEY J MADISE-MGR
WINN DIXIE
204 NORTHWEST BLVD
FRANKLIN, LA 70538

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

RODNEY J MADISE-MGR DUTY (337) 828-9081 POS  50103512

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71416605
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 940571780

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,757.60 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 943297573
Order Date: 10/18/04

Invoice Number: B71418810

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
THOMAS E BUSTETTER-MGR
WINN DIXIE
3501 SW ARCHER RD
GAINESVILLE, FL 32608

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

THOMAS E BUSTETTER-MGR D (352) 376-6697 POS  50178548

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71418810
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 943297573

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 91.26 |
| Invoice Total | $ | 1,612.26 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,612.26 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 945060227
Order Date: 10/19/04

Invoice Number: B71436525

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

JEWEL E BOND
WINN DIXIE
402 S RANGE AVE
DENHAM SPRINGS, LA 70726

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 11 | 11 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,859.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | JEWEL E BOND III-MGR DUT (225) 665-7661 POS 50226381 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 74.36 |
| Invoice Total | $ | 1,933.36 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71436525
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 945060227

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,859.00 |
| Taxable: | Tax: | |
| $ 1,859.00 | $ | 74.36 |
| Invoice Total | $ | 1,933.36 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,933.36 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 943298308
Order Date: 10/18/04

Invoice Number: B71436649

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

JOHN S DORTCH-MGR
WINN DIXIE
727 W NOBLE AVE
WILLISTON, FL 32696

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JOHN S DORTCH-MGR DUTY (352) 528-5551 POS  50178576

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71436649
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 943298308

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0838
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 945050319
Order Date: 10/19/04

Invoice Number: B71436673

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
GERALD G POLK-MGR
WINN DIXIE
1080 NW SANTA FE
HIGH SPRINGS, FL 32643

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

GERALD G POLK-MGR DUTY (386) 454-3067 POS  50226090

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 101.40 |
| Invoice Total | $ | 1,791.40 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71436673
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 945050319

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 101.40 |
| Invoice Total | $ | 1,791.40 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,791.40 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                      Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 945052349
Order Date: 10/19/04

Invoice Number: B71436703

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Weybill Number:

06 03 H 01 00 N

SOLD TO:                                      SHIP TO:
SHARI BARSAN                                  JERRY R HOUSTON-MGR
WINN DIXIE                                    WINN DIXIE
5050 EDGEWOOD CT                              1352 HIGHLAND AVE
JACKSONVILLE, FL 32254                        SELMA, AL 36701

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JERRY R HOUSTON-MGR DUTY (334) 872-9524 POS  50226161

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | | $ | 0.00 |
|---|---|---|---|
| Subtotal | | $ | 1,521.00 |
| Taxable: | | Tax | |
| | $ 1,521.00 | $ | 121.68 |
| Invoice Total | | $ | 1,642.68 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71436703
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 945052349

| Ship. &/or Handling | | $ | 0.00 |
|---|---|---|---|
| Subtotal | | $ | 1,521.00 |
| Taxable: | | Tax | |
| | $ 1,521.00 | $ | 121.68 |
| Invoice Total | | $ | 1,642.68 |
| | | $ | |
| | | $ | |
| | | $ | |
| Balance Due | | $ | 1,642.68 |
| Amt. Enclosed | | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 945056910
Order Date: 10/19/04

Invoice Number: B71437211

Invoice Date: 10/20/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
ROGER L ARABIE-MGR
WINN DIXIE
1411 THE BLVD
RAYNE, LA 70578

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROGER L ARABIE-MGR DUTY (337) 334-2527 POS  50226291

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |

---

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B71437211
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 945056910

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.81 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947172046
Order Date: 10/20/04

Invoice Number: B72962700

Invoice Date: 10/21/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

STEVEN J LARSON-MGR
WINN DIXIE
648 S HARRIS ST
SANDERSVILLE, GA 31082

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

STEVEN J LARSON-MGR DUTY (478) 552-7174 POS  50275421

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 70.98 |
| Invoice Total | $ | 1,253.98 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,253.98 |
| Amt. Enclosed | $ | |

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B72962700
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947172046



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947175585
Order Date: 10/20/04

Invoice Number: B72962883

Invoice Date: 10/21/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

JERRY L RANKIN-MGR
WINN DIXIE
3501 DENNY AVE
PASCAGOULA, MS 39581

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JERRY L RANKIN-MGR DUTY (228) 762-0906 POS  50275567

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B72962883
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947175585

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                     Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947170636
Order Date: 10/20/04

Invoice Number: B72962930
Invoice Date: 10/21/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**

JEFFREY L MYERS-MGR
WINN DIXIE
2057 W BYRON BUTLER
PERRY, FL 32347

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JEFFREY L MYERS-MGR DUTY (850) 584-5614 POS 50275366

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $        1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B72962930
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947170636

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $        1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947179769
Order Date: 10/20/04

Invoice Number: B72962964

Invoice Date: 10/21/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
JEANINE W ELGIN-MGR
WINN DIXIE
28145 WALKER SOUTH RD
WALKER, LA 70785

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

JEANINE W ELGIN-MGR DUTY (225) 791-2221 POS  50275726

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B72962964
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947179769

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ 1,690.00 | $ | 67.60 |
| Invoice Total | $ | 1,757.60 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,757.60 |
| Amt. Enclosed | $ | |



| | | **This is your INVOICE** | | | Page 1 of 1 |

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947178836
Order Date: 10/20/04

Invoice Number: B72963022

Invoice Date: 10/21/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
LUCION A BROWNELL-MGR
WINN DIXIE
1925 SPILLWAY RD
BRANDON, MS 39042

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | LUCION A BROWNELL-MGR DU (601) 992-9480 POS  50275684 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ | 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B72963022
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 947178836

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $ | 1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | Customer Number: 47593935 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 35590P |
| For Sales: (888) 242-0938 | Order Number: 951110163 |
| Sales Fax: (800) 333-4329 | Order Date: 10/22/04 |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Invoice Number: B76449145

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

RENEE M CORNWELL-MGR
WINN DIXIE
9840 MILITARY TRAIL
BOYNTON BEACH, FL 33436

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 3 | 3 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 507.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | RENEE M CORNWELL-MGR DUT (561) 738-9084 POS  50382212 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 507.00 |
| Taxable: | Tax: | |
| $ 507.00 | $ | 30.42 |
| Invoice Total | $ | 537.42 |

---

**DETACH AT LINE AND RETURN WITH PAYMENT**

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B76449145
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 951110163

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 507.00 |
| Taxable: | Tax: | |
| $ 507.00 | $ | 30.42 |
| Invoice Total | $ | 537.42 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 537.42 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 951115022
Order Date: 10/22/04

Invoice Number: B76460190

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ROBERT S DUTY
WINN DIXIE
2800 LINCOLN RD
HATTIESBURG, MS 39401

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0964 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROBERT SHARP-MGR DUTY (601) 268-9568 POS  50382377

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B76460190
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 951115022

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,627.47 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                          Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 951113472
Order Date: 10/22/04

Invoice Number: B76460491
Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
KEVIN L TOLBERT-MGR
WINN DIXIE
5711 VETERANS MEMORIAL DR
ADAMSVILLE, AL 35005

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

KEVIN L TOLBERT-MGR DUTY (205) 674-1922 POS  50382323

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 16.90 |
| Invoice Total | $ | 354.90 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B76460491
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 951113472

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 16.90 |
| Invoice Total | $ | 354.90 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 354.90 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0638
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953836096
Order Date: 10/25/04

Invoice Number: B77532437

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
WILLIAM B SELLERS-MGR
WINN DIXIE
12120 HWY 63 S
LUCEDALE, MS 39452

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

WILLIAM B SELLERS-MGR DU (601) 947-7332 POS  50450598

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $          1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.81 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B77532437
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953836096



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953829349
Order Date: 10/25/04

Invoice Number: B77532542

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
DONALD M KEY-MGR
WINN DIXIE
2014 HWY 45 N
MERIDIAN, MS 39301

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 9 | 9 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,521.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | DONALD M KEY-MGR DUTY (601) 482-5752 POS 50450365 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---------------------|---|------|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B77532542
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953829349

| Ship. &/or Handling | $ | 0.00 |
|---------------------|---|------|
| Subtotal | $ | 1,521.00 |
| Taxable: | Tax: | |
| $ 1,521.00 | $ | 106.47 |
| Invoice Total | $ | 1,627.47 |
| | $ | |
| | $ | |
| Balance Due | $ | 1,627.47 |
| Amt. Enclosed | $ | |



|  | **This is your  INVOICE** |  | Page 1 of 1 |

| FID Number: 74-2616805 | Customer Number: 47593935 | Invoice Number: B77532771 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 35590P | |
| For Sales: (888) 242-0938 | Order Number: 953834778 | Invoice Date: 10/25/04 |
| Sales Fax: (800) 333-4329 | Order Date: 10/25/04 | Payment Terms: NET 10 OR RETURN PART |
| Customer Service: (888) 242-0938 | | Shipped Via: AIRBORNE NEXT DAY |
| Technical Support: (800) 289-3355 | | Waybill Number: |
| Dell Online: http://www.dell.com | | |

06 03 H 01 00 N

| SOLD TO: | SHIP TO: |
| SHARI  BARSAN | ALLEN T DUTY |
| WINN DIXIE | WINN DIXIE |
| 5050 EDGEWOOD CT | 134 MARKETPLACE |
| JACKSONVILLE, FL 32254 | HAZLEHURST, MS 39083 |

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0964 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ALLEN TREADWAY-MGR DUTY (601) 894-5619 POS  50450467

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.81 |
| Amt. Enclosed | $ | |

MAKE CHECK PAYABLE/REMIT TO:

Invoice Number: B77532771
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953834778

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep:CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953843795
Order Date: 10/25/04

Invoice Number: B77532836

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI  BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
RICKY D HALL-MGR
WINN DIXIE
1606 WAY ST
REIDSVILLE, NC 27320

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 3 | 3 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 507.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | RICKY D HALL-MGR DUTY (336) 349-4003 POS  50450889 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 507.00 |
| Taxable: | Tax: | |
| $          507.00 | $ | 35.50 |
| Invoice Total | $ | 542.50 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B77532836
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953843795

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 507.00 |
| Taxable: | Tax: | |
| $          507.00 | $ | 35.50 |
| Invoice Total | $ | 542.50 |
| | $ | |
| | $ | |
| Balance Due | $ | 542.50 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953837854
Order Date: 10/25/04

Invoice Number: B77532909

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
ROBERT H JR-MGR
WINN DIXIE
105 HWY 45 NORTH
ABERDEEN, MS 39730

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | ROBERT HUDSON JR-MGR DUT (662) 369-6035 POS  50450662 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B77532909
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953837854

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.81 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953849925
Order Date: 10/25/04

Invoice Number: B77532933

Invoice Date: 10/25/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
FARON J MAGEE-MGR
WINN DIXIE
1209 DELAWARE AVE
MCCOMB, MS 39648

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 10 | 10 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,690.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | FARON J MAGEE-MGR DUTY (601) 684-3237 POS  50451065 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $  1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B77532933
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 953849925

| Ship. &/or Handling | $ | 0.00 |
|---|---|---|
| Subtotal | $ | 1,690.00 |
| Taxable: | Tax: | |
| $  1,690.00 | $ | 118.30 |
| Invoice Total | $ | 1,808.30 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,808.30 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**                                   Page 1 of 1

| | | |
|---|---|---|
| FID Number: 74-2616805 | Customer Number: 47593935 | Invoice Number: B79954592 |
| Sales Rep: CUSTOMER SUPPORT SERVICES | Purchase Order: 35590 | |
| For Sales: (888) 242-0938 | Order Number: 954219490 | Invoice Date: 10/27/04 |
| Sales Fax: (800) 333-4329 | Order Date: 10/25/04 | Payment Terms: NET 10 OR RETURN PART |
| Customer Service: (888) 242-0938 | | Shipped Via: AIRBORNE NEXT DAY |
| Technical Support: (800) 289-3355 | | Waybill Number: |
| Dell Online: http://www.dell.com | | |

06 03 H 01 00 N

SOLD TO:                                             SHIP TO:

SHARI  BARSAN                                        ZACHARY  BAKKER
WINN DIXIE                                           WINN DIXIE
5050 EDGEWOOD CT                                     8775 OLD KINGS RD
JACKSONVILLE, FL 32254                               JACKSONVILLE, FL 32217

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 4 | 4 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 676.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

Zachary Bakker (904) 636-8962 POS  50461024

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 676.00 |
| Taxable: | Tax: | |
| $          676.00 | $ | 47.32 |
| Invoice Total | $ | 723.32 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 676.00 |
| Taxable: | Tax: | |
| $          676.00 | $ | 47.32 |
| Invoice Total | $ | 723.32 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 723.32 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B79954592
Customer Number: 47599935
Purchase Order: 35590
Order Number: 954219490



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 955146569
Order Date: 10/26/04

Invoice Number: B79954822

Invoice Date: 10/27/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
GARY R DEAN-MGR
WINN DIXIE
705 HWY 49 BYPASS
MAGEE, MS 39111

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

GARY R DEAN-MGR DUTY (228) 452-3144 POS  50477454

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B79954822
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 955146569

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,183.00 |
| Taxable: | Tax: | |
| $ 1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 1,265.81 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2618605
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 955878590
Order Date: 10/27/04

Invoice Number: B83207321

Invoice Date: 10/29/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
LEIDY P DUTY
WINN DIXIE
3275 S W 22ND ST
MIAMI, FL 33145

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 3 | 3 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 507.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | LEIDY PADRON-MGR DUTY (305) 460-9596 POS 50521271 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 507.00 |
| Taxable: | Tax: | |
| $ 507.00 | $ | 35.49 |
| Invoice Total | $ | 542.49 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B83207321
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 956878590

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 507.00 |
| Taxable: | Tax: | |
| $ 507.00 | $ | 35.49 |
| Invoice Total | $ | 542.49 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 542.49 |
| Amt. Enclosed | $ | |



**This is your  INVOICE**

Page 1 of 1

FID Number: 74-2816805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0936
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 956879960
Order Date: 10/27/04

Invoice Number: B83207399

Invoice Date: 10/29/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
JOHN W HUGHES-MGR
WINN DIXIE
1501 E SILVER STAR RD
OCOEE, FL 34761

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 12 | 12 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 2,028.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | JOHN W HUGHES-MGR DUTY (407) 296-9296 POS  50521345 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,028.00 |
| Taxable: | Tax: | |
| $ 2,028.00 | $ | 131.82 |
| Invoice Total | $ | 2,159.82 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 2,028.00 |
| Taxable: | Tax: | |
| $ 2,028.00 | $ | 131.82 |
| Invoice Total | $ | 2,159.82 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 2,159.82 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B83207399
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 956879960



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 984647409
Order Date: 11/03/04

Invoice Number: B87421700

Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
LYDELL S DUTY
WINN DIXIE
5932 MONA LN
PENSACOLA, FL 32504

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|   |   |   | LYDELL SAPP-MGR DUTY (850) 477-6910 POS  50765929 |   |   |   |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |

---

DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87421700
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 984647409

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 363.35 |
| Amt. Enclosed | $ | |



**This is your INVOICE**                                    Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647516
Order Date: 11/03/04

Invoice Number: B87421743
Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
LYDELL S DUTY
WINN DIXIE
5932 MONA LN
PENSACOLA, FL 32504

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | LYDELL SAPP-MGR DUTY (850) 477-6910 POS  50765936 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |

DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 363.35 |
| Amt. Enclosed | $ | |



**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87421743
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647516



**This is your INVOICE**                                      Page 1 of 1

FID Number: 74-2816805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0638
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0638
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647557
Order Date: 11/03/04

Invoice Number: B87421786
Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
LYDELL S DUTY
WINN DIXIE
5932 MONA LN
PENSACOLA, FL 32504

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|   |   |   | LYDELL SAPP-MGR DUTY (850) 477-6910 POS  50765940 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87421786
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647557

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 363.35 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647607
Order Date: 11/03/04

Invoice Number: B87421808

Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
LYDELL S DUTY
WINN DIXIE
5932 MONA LN
PENSACOLA, FL 32504

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | LYDELL SAPP-MGR DUTY (850) 477-6910 POS  50765944 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
|---------------------|---|------|
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $    338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87421808
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647607

| Ship. &/or Handling | $ | 0.00 |
|---------------------|---|------|
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $    338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 363.35 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647656
Order Date: 11/03/04

Invoice Number: B87421840

Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
LYDELL S DUTY
WINN DIXIE
5932 MONA LN
PENSACOLA, FL 32504

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|   |   |   | LYDELL SAPP-MGR DUTY (850) 477-6910 POS  50765947 |   |   |   |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $          338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87421840
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647656

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $          338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | | 363.35 |
| Amt. Enclosed | $ | |



This is your **INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 269-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647706
Order Date: 11/03/04

Invoice Number: B87421883
Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
LYDELL S DUTY
WINN DIXIE
5932 MONA LN
PENSACOLA, FL 32504

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
|   |   |   | LYDELL SAPP-MGR DUTY (850) 477-6910 POS  50765949 |   |   |   |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $          338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87421883
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647706

| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $          338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |
|  | $ | |
|  | $ | |
|  | $ | |
| Balance Due | | 363.35 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647771
Order Date: 11/03/04

Invoice Number: B87421905

Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:
LYDELL S DUTY
WINN DIXIE
5932 MONA LN
PENSACOLA, FL 32504

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | LYDELL SAPP-MGR DUTY (850) 477-6910 POS  50765952 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 338.00 |
| Taxable: | | Tax: | |
| $ | 338.00 | $ | 25.35 |
| Invoice Total | $ | | 363.35 |



DETACH AT LINE AND RETURN WITH PAYMENT

MAKE CHECK PAYABLE/REMIT TO:

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87421905
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647771

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 338.00 |
| Taxable: | | Tax: | |
| $ | 338.00 | $ | 25.35 |
| Invoice Total | $ | | 363.35 |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 363.35 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

| | |
|---|---|
| FID Number: 74-2616805 | |
| Sales Rep: CUSTOMER SUPPORT SERVICES | |
| For Sales: (888) 242-0938 | |
| Sales Fax: (800) 333-4329 | |
| Customer Service: (888) 242-0938 | |
| Technical Support: (800) 289-3355 | |
| Dell Online: http://www.dell.com | |

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647813
Order Date: 11/03/04

Invoice Number: B87421921

Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
LYDELL S DUTY
WINN DIXIE
5932 MONA LN
PENSACOLA, FL 32504

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 2 | 2 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 338.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | LYDELL SAPP-MGR DUTY (850) 477-6910 POS  50765953 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87421921
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 964647813

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 338.00 |
| Taxable: | Tax: | |
| $ 338.00 | $ | 25.35 |
| Invoice Total | $ | 363.35 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 363.35 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590P
Order Number: 965408371
Order Date: 11/03/04

Invoice Number: B87970054

Invoice Date: 11/03/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**
SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**
KEVIN T WH
WINN DIXIE
5711 VETERANS MEMORIAL DR
ADAMSVILLE, AL 35005

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|------------|--------|
| 8 | 8 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P. | EA | 169.00 | 1,352.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |
| | | | KEVIN TOLBERT  WH (205) 674-1922 POS  50794438 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $ 1,352.00 | $ | 67.60 |
| Invoice Total | $ | 1,419.60 |



DETACH AT LINE AND RETURN WITH PAYMENT

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | $ | 1,352.00 |
| Taxable: | Tax: | |
| $ 1,352.00 | $ | 67.60 |
| Invoice Total | $ | 1,419.60 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,419.60 |
| Amt. Enclosed | $ | |

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B87970054
Customer Number: 47593935
Purchase Order: 35590P
Order Number: 965408371



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590
Order Number: 967228520
Order Date: 11/04/04

Invoice Number: B89959708

Invoice Date: 11/05/04
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

ROBERT HOTOPP
WINN DIXIE
OR MGR ON DUTY
901 COMMERCE PL
CLARKSDALE, MS 38614

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 7 | 7 | J3771 | Hard Drive,40GB,9.5MM,5.4K Fujitsu,Z40P | EA | 169.00 | 1,183.00 |
| 1 | 1 | G0984 | Informational, Service, SYDCOR | EA | 0.00 | 0.00 |

ROBERT HOTOPP (601) 853-7060 POS  50847679

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. THIS RECEIVABLE HAS BEEN SOL
D TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | | 1,183.00 |
| Taxable: | Tax: | |
| $            1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: B89959708
Customer Number: 47593935
Purchase Order: 35590
Order Number: 967228520

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 0.00 |
| Subtotal | | 1,183.00 |
| Taxable: | Tax: | |
| $            1,183.00 | $ | 82.81 |
| Invoice Total | $ | 1,265.81 |
| | $ | |
| | $ | |
| | $ | |
| Balance Due | $ | 1,265.81 |
| Amt. Enclosed | $ | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590
Order Number: 199125248
Order Date: 01/25/05·

Invoice Number: D10020799

Invoice Date: 01/26/05
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

SCOTT FOWLER
EW JAMES
1308 NAILLING DR
UNION CITY, TN 38261

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | J1149 | Processor,80531,2.0G,128K,400 Celeron,Decision 1 | EA | 89.95 | 89.95 |
| 1 | 1 | 9X611 | Service Charge,Planar, Technical Sheet,English,SX260 | EA | 159.00 | 159.00 |
| 1 | 1 | 3R160 | Power Supply,150W,Power Factor Correction,External | EA | 39.95 | 39.95 |

SCOTT FOWLER (731) 885-0601 POS 53767284

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 288.90 |
| Taxable: | | Tax: | |
| | $ | 288.90 | $ 26.73 |
| Invoice Total | $ | | 315.63 |

---



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D10020799
Customer Number: 47593935
Purchase Order: 35590
Order Number: 199125248

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 288.90 |
| Taxable: | | Tax: | |
| | $ | 288.90 | $ 26.73 |
| Invoice Total | $ | | 315.63 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 315.63 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616805
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (900) 289-3355
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 35590
Order Number: 204101796
Order Date: 01/28/05

Invoice Number: D14743639

Invoice Date: 01/28/05
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

SOLD TO:

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

SHIP TO:

SCOTT FOWLER
WINN DIXIE
1308 NAILLING DR
UNION CITY, TN 38261

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | 3R160 | Power Supply,150W,Power Factor Correction,External | EA | 39.95 | 39.95 |
| | | | SCOTT FOWLER (731) 885-0601 POS  53896778 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 39.95 |
| Taxable: | | Tax: | |
| | $ | 39.95 | $ | 3.70 |
| Invoice Total | $ | | 43.65 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D14743639
Customer Number: 47593935
Purchase Order: 35590
Order Number: 204101796

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 39.95 |
| Taxable: | | Tax: | |
| | $ | 39.95 | $ | 3.70 |
| Invoice Total | $ | | 43.65 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 43.65 |
| Amt. Enclosed | $ | | |



**This is your INVOICE**

Page 1 of 1

FID Number: 74-2616905
Sales Rep: CUSTOMER SUPPORT SERVICES
For Sales: (888) 242-0938
Sales Fax: (800) 333-4329
Customer Service: (888) 242-0938
Technical Support: (800) 289-3365
Dell Online: http://www.dell.com

Customer Number: 47593935
Purchase Order: 37799
Order Number: 231723851
Order Date: 02/16/05

Invoice Number: D39438848

Invoice Date: 02/16/05
Payment Terms: NET 10 OR RETURN PART
Shipped Via: AIRBORNE NEXT DAY
Waybill Number:

06 03 H 01 00 N

**SOLD TO:**

SHARI BARSAN
WINN DIXIE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

**SHIP TO:**

NOAH MORAN
WINN DIXIE
1001 ASBURY DR
BUFFALO GROVE, IL 60089

PLEASE SEE IMPORTANT TERMS & CONDITIONS ON THE REVERSE SIDE OF THIS INVOICE

| Order | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|-------|---------|-------------|-------------|------|-----------|--------|
| 1 | 1 | Y4233 | Hard Drive,40GB,I,7.2K,2MEG8 WD-XL80SD | EA | 89.95 | 89.95 |
| | | | NOAH MORAN (800) 933-9203 POS  54653418 | | | |

IF YOU RETURNED THE PRODUCT THIS PART REPLACES PLEASE DISREGARD THIS INVOICE. I
F NOT RETURNED WITHIN 10 DAYS, INVOICE IS PAYABLE. FOR SHIPMENTS TO CALIFORNIA,
A STATE ENVIRONMENTAL FEE OF UP TO $10 PER ITEM WILL BE ADDED TO INVOICES FOR
ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN
SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 89.95 |
| Taxable: | | Tax: | |
| | 89.95 | $ | 5.62 |
| Invoice Total | $ | | 95.57 |



DETACH AT LINE AND RETURN WITH PAYMENT

**MAKE CHECK PAYABLE/REMIT TO:**

DELL MARKETING L.P.
C/O DELL USA L.P.
PO BOX 534118

ATLANTA, GA. 30353-4118

Invoice Number: D39438848
Customer Number: 47593935
Purchase Order: 37799
Order Number: 231723851

| | | | |
|---|---|---|---|
| Ship. &/or Handling | $ | | 0.00 |
| Subtotal | $ | | 89.95 |
| Taxable: | | Tax: | |
| | 89.95 | $ | 5.62 |
| Invoice Total | | | 95.57 |
| | $ | | |
| | $ | | |
| | $ | | |
| Balance Due | $ | | 95.57 |
| Amt. Enclosed | $ | | |