**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Third Interim Fee Application of PricewaterhouseCoopers LLP, for Period from October 1, 2005, through and including January 31, 2006.

Dated:  August 18, 2006.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By  *s/ D. J. Baker*
     D. J. Baker
     Sally McDonald Henry
     Rosalie Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By  *s/ Cynthia C. Jackson*
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

# United States Bankruptcy Court
## Middle District of Florida
## Jacksonville Division

In re:                                                        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                              Chapter 11

        Debtors.                                      Jointly Administered

---

### Fee Examiner's Report for Third Interim Fee Application of PricewaterhouseCoopers LLP, for Period from October 1, 2005 through and including January 31, 2006

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Third Interim Fee Application of PricewaterhouseCoopers LLP, for the period from October 1, 2005, through and including January 31, 2006.

1.     On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.     Stuart Maue conducted a review and analysis of the Third Interim Application of PricewaterhouseCoopers LLP and submits the Final Report which is attached, marked as Attachment 1, and incorporated by reference.

Respectfully Submitted,

STUART MAUE

By

Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri 63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# Third Interim Fee Application Submitted by

## PRICEWATERHOUSECOOPERS LLP
of
Minneapolis, Minnesota

For the Interim Period

**October 1, 2005 Through January 31, 2006**



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**July 27, 2006**

*Stuart Maue*

## PRICEWATERHOUSECOOPERS LLP

## SUMMARY OF FINDINGS

### Third Interim Application (October 1, 2005 Through January 31, 2006)

#### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $19,486.63 | |
| Expenses Requested | 1,888.88 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $21,375.51 |
| | | |
| Fees Computed | $19,486.63 | |
| Expenses Computed | 1,888.88 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $21,375.51 |

#### B.    Amounts Requested – Revised Based on Firm's Response

| | | |
|---|---|---|
| Fees Requested | $19,486.63 | |
| *Voluntary reduction of Personnel Who Billed 10.00 or Fewer Hours* | *(172.50)* | |
| | | |
| REVISED FEES REQUESTED | | $19,314.13 |
| | | |
| Expenses Requested | $1,888.88 | |
| | | |
| REVISED EXPENSES REQUESTED | | 1,888.88 |
| | | |
| REVISED TOTAL FEES AND EXPENSES REQUESTED | | $21,203.01 |

#### C.    Professional Fees

##### 1.    Compliance With Guidelines

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 9 | Blocked Entries | B | 4.70 | $1,200.00 | 6% |
| 10 | Intraoffice Conferences | C | 2.77 | 700.00 | 4% |

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

### 2. Fees to Examine for Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 11 | Personnel Who Billed 10.00 or Fewer Hours | D | 6.50 | $1,834.13 | 9% |
| 13 | Administrative and Clerical Activities | E | 3.00 | 345.00 | 2% |
| 14 | PricewaterhouseCoopers Retention and Compensation | F | 32.20 | 7,645.00 | 39% |

### D. Expenses

#### 1. Compliance With Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 16 | Expenses by Category | G | $1,888.88 |

### E. Adjustment to Eliminate Overlap Between Categories

#### 1. Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 13 | Administrative/Clerical Activities - Paraprofessional | 3.00 | $ 345.00 | 0.00 | $ 0.00 | 3.00 | $ 345.00 |
| 9 | Blocked Entries | 4.70 | 1,200.00 | 0.00 | 0.00 | 4.70 | 1,200.00 |
| 11 | Personnel Who Billed 10.00 or Fewer Hours | 6.50 | 1,834.13 | 4.00 | 620.00 | 2.50 | 1,214.13 |

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.     INTRODUCTION .................................................................. 1

II.    PROCEDURES AND METHODOLOGY ..................................... 3
       A.    Appendix A ..................................................... 3
       B.    Overlap Calculation .......................................... 3

III.   RECOMPUTATION OF FEES AND EXPENSES .......................... 3

IV.    REVIEW OF FEES ............................................................ 5
       A.    Technical Billing Discrepancies ........................... 5
       B.    Compliance With Billing Guidelines ...................... 5
             1.    Firm Staffing and Rates ............................. 5
                   a)    Timekeepers and Positions ................. 6
                   b)    Hourly Rate Increases ...................... 7
             2.    Time Increments ..................................... 7
             3.    Complete and Detailed Task Descriptions ......... 7
             4.    Blocked Entries ..................................... 8
             5.    Multiple Professionals at Hearings and Conferences .... 9
                   a)    Intraoffice Conferences .................... 9
                   b)    Nonfirm Conferences, Hearings, and Events .... 10
       C.    Fees to Examine for Necessity, Relevance, and Reasonableness .... 10
             1.    Personnel Who Billed 10.00 or Fewer Hours ....... 11
             2.    Long Billing Days ................................... 12
             3.    Administrative/Clerical Activities ................ 13
             4.    Legal Research ...................................... 14
             5.    Travel .............................................. 14
             6.    Summary of Projects ................................ 14

V.     REVIEW OF EXPENSES ..................................................... 16
       A.    Technical Billing Discrepancies ......................... 16
       B.    Compliance With Billing Guidelines ..................... 17
             1.    Complete and Detailed Itemization of Expenses ... 17
             2.    Travel Expenses ..................................... 18
                   a)    Airfare ................................... 18
                   b)    Lodging ................................... 18
                   c)    Meals ..................................... 19
                   d)    Car Rental and Taxi Fares ................. 19
                   e)    Parking ................................... 20
                   f)    Mileage ................................... 20
                   g)    Other Travel Expenses ..................... 21

*Stuart Maue*

## TABLE OF EXHIBITS

**Page No.**

A.    Summary of Hours and Fees by Timekeeper and Position ……………………………… 7

B.    Blocked Entries……………………………………………………………………… 9

C.    Intraoffice Conferences ……………………………………………………………10

D.    Personnel Who Billed 10.00 or Fewer Hours………………………………………11

E.    Administrative and Clerical Activities………………………………………………13

F.    PricewaterhouseCoopers Retention and Compensation………………………………14

G.    Expenses by Category………………………………………………………………16

*Stuart Maue*

## I.    <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "Third Interim Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred (October 1, 2005 through January 31, 2006)" (the "Application").    PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"),

*Stuart Maue*

**I. INTRODUCTION  (Continued)**

located in Minneapolis, Minnesota, is an accounting firm hired to support internal audit functions for the Debtors.

A written report of the initial review and analysis of the Application was prepared by Stuart Maue and provided to PricewaterhouseCoopers and the U.S. Trustee. PricewaterhouseCoopers provided a written response to that report. Stuart Maue reviewed the response and if information was provided that indicated an error was made in the initial classification of a fee or expense entry, Stuart Maue amended the exhibit and removed the initial classification.

If the firm provided additional information that revised the text of fee or expense entries in the Application, those revisions are referenced in this final report. However, the initial classification of those entries has not been changed and they remain on the exhibit. Stuart Maue based its final report on the Application as filed with the United States Bankruptcy Court.

PricewaterhouseCoopers provided in its response that it was making certain reductions to the requested fees and expenses based on the initial report. Those reductions are discussed in the sections below and displayed in the Summary of Findings. Upon completion of the review of the firm's response and reconsideration of the initial report, Stuart Maue prepared the final report of the review and analysis of the Application.

*Stuart Maue*

## II. PROCEDURES AND METHODOLOGY

### A. Appendix A

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A.

### B. Overlap Calculation

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or entry may be classified as both blocked billing and intraoffice conference.  When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.  In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue calculated the overlap.[1]   The overlap calculation is displayed in Section E of the Summary of Findings and includes the totals for each category before and after the calculation for overlap and the total dollar amount of the overlap in each category.

## III. RECOMPUTATION OF FEES AND EXPENSES

PricewaterhouseCoopers requested the following professional fees and expenses in the Application:

---

[1]The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours.  Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

### III.  RECOMPUTATION OF FEES AND EXPENSES  (Continued)

| | |
|---|---|
| Professional Fees Requested: | $19,486.63 |
| Expense Reimbursement Requested: | 1,888.88 |
| Total Fees and Expenses: | $21,375.51 |

Stuart Maue recomputed the total fees and expenses and compared this to the fees and expenses requested in the Application.   The hours billed by each professional or paraprofessional were totaled and these amounts were multiplied by the individual hourly rates. The recomputation of fees and expenses revealed no difference between the requested and computed amounts.

The Application provided that PricewaterhouseCoopers voluntarily reduced the hourly rate of manager Andrea Clark Smith from $360.00 to $250.00.  This change in billing rates resulted in a total reduction of $3,223.00 in the fees.  The Application further stated that it, "...also incurred an additional 3.0 hours, totaling $345.00 from Office Staff associated with the fee examiner electronic data requests.  PwC voluntarily did not bill these hours."

*Stuart Maue*

## IV.    REVIEW OF FEES

### A.    Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.  No technical billing discrepancies were identified.

### B.    Compliance With Billing Guidelines

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines.  The following discusses the firm's compliance with these guidelines:

**PricewaterhouseCoopers Response:**

*PricewaterhouseCoopers responded that, "PricewaterhouseCoopers professionals are only required to keep their time tracking in the half-hour or whole hour increments, it would be unfair to categorize or segregate these tasks.  The professionals identified participate in various bankruptcy projects throughout the day and charge their hours based upon a start-n-stop process; therefore, the hours charged and the tasks were all performed concurrently."*

### 1.    Firm Staffing and Rates

**The following information should be provided in every fee application:    (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11.  U.S. Trustee Guidelines (b)(1)(iii)**

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

a)      **Timekeepers and Positions**

The Application provided the names, positions, and hourly rates of the firm's professionals and paraprofessionals who billed time to this matter.    PricewaterhouseCoopers staffed this matter with five timekeepers, including one partner, two directors, one manager, and one office staff.

PricewaterhouseCoopers billed a total of 62.80 hours during the third interim period.    The following table displays hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Job Class | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 2.50 | 4% | $ 1,214.13 | 6% |
| Director | 28.00 | 44% | 10,602.50 | 54% |
| Manager | 29.30 | 47% | 7,325.00 | 38% |
| Office Staff | 3.00 | 5% | 345.00 | 2% |
| **TOTAL** | 62.80 | 100% | $19,486.63 | 100% |

The blended hourly rate for the PricewaterhouseCoopers professionals is $320.09 and the blended hourly rate for professionals and paraprofessionals is $310.30.

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

The total hours and fees billed by each timekeeper, the position of each timekeeper, their hourly billing rates, and a computation of the blended hourly rate for each position are displayed on EXHIBIT A.

**b)**      **Hourly Rate Increases**

During this interim period, PricewaterhouseCoopers did not increase the hourly rate of any professional or paraprofessional.  The firm increased the hourly rates of some professionals during the second interim period but those professionals did not bill to this matter during this third interim period.

**2.**      **Time Increments**

**Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.  U.S. Trustee Guidelines (b)(4)(v)**

The Order appointing PricewaterhouseCoopers provided that "Notwithstanding the requirements of the Final Order Approving Interim Compensation Procedures for Professionals dated March 15, 2005, the professionals and employees of PwC shall be required to maintain time entries in half hour increments."  All fee entries in the Application contained time allotments and were billed in either half-hour or full-hour increments.

**3.**      **Complete and Detailed Task Descriptions**

**Services should be noted in detail...  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time**

*Stuart Maue*

IV.  REVIEW OF FEES  (Continued)

**entries for court hearings and conferences should identify the subject of the hearing or conference.  U.S. Trustee Guidelines (b)(4)(v)**

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary. Activity descriptions for conferences and telephone calls should identify the participants and also the subject-matter or purpose of the communication. Activity descriptions for the review of documents and correspondence should identify the person or party who prepared the document or correspondence and its subject-matter.  If the documents were not recently received or were previously reviewed, the description should also state the purpose of the review. Activity descriptions must also sufficiently describe the preparation of work product.  A description of correspondence should identify the correspondent and the subject of the correspondence.  Similarly, a description for preparation of pleadings should identify the pleading drafted or revised.

PricewaterhouseCoopers' activity descriptions were sufficiently detailed, identified the parties involved, and included the type of activity and the subject or purpose.

4.      **Blocked Entries**

**Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however, tasks performed in a project which total a de minimis amount of**

*Stuart Maue*

IV.  REVIEW OF FEES  (Continued)

**time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

PricewaterhouseCoopers lumped a few of its activity descriptions into an entry with a single time increment.  The tasks that are identified as blocked entries are displayed on EXHIBIT B and total 4.70 hours with $1,200.00 in associated fees.

**5.      Multiple Professionals at Hearings and Conferences**

**If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees.  U.S. Trustee Guidelines (b)(4)(v)**

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees.

**a)      Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferring may indicate inappropriate levels of staffing, unnecessary conferencing, or the use of inexperienced personnel.  Stuart Maue identified only seven entries describing conferences between PricewaterhouseCoopers personnel, which represents 4% of the total fees requested in the Application.   Only one PricewaterhouseCoopers timekeeper billed for attendance at each of these intraoffice conferences.

*Stuart Maue*

**IV. REVIEW OF FEES  (Continued)**

The entries describing intraoffice conferences are displayed on EXHIBIT C and total 2.77 hours with $700.00 in associated fees.

**PricewaterhouseCoopers Response:**

*PricewaterhouseCoopers responded that it, "…reviewed the contents of the descriptions identified as intraoffice conferences. PricewaterhouseCoopers' professionals are trying to leverage the amount of time incurred on various administrative tasks. This involves discussions among the professionals to ensure the bankruptcy requirements are being withheld. PricewaterhouseCoopers has voluntarily not invoiced the Debtors for the services provided by the administrative staff preparing the billings. We believe this is an adequate fee reduction for the Debtors."*

**b)    Nonfirm Conferences, Hearings, and Events**

Stuart Maue did not identify any occasions where more than one PricewaterhouseCoopers professional billed for attendance at a conference with nonfirm personnel, hearing, or other event.

**C.    Fees to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and identified several billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

*Stuart Maue*
### IV.  REVIEW OF FEES  (Continued)

**1.**     **Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting-up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.   Only three PricewaterhouseCoopers timekeepers billed 10.00 or fewer hours during this interim period.   The entries for those timekeepers are displayed on EXHIBIT D and total 6.50 hours with associated fees of $1,834.13.

**PricewaterhouseCoopers Response:**

*In its response, PricewaterhouseCoopers identified each of the three professionals that billed 10.00 hours or fewer and explained their respective roles in the case.   With respect to director Kent Mordy, the firm stated, "Consistent with the first and second interim periods, Mr. Mordy was influential in the Bankruptcy Retention and Compensation process.   His involvement is directly related to the bankruptcy proceeding and these hours and fees would not be incurred, but for, the bankruptcy."*

*In addition, PricewaterhouseCoopers identified office staff Jody Russ as "…the client account administrator ("CAA") assigned to the Winn Dixie*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*project.  The bankruptcy billing requirements are significantly greater that the billing requirements we typically provide our clients, including the required detailed time descriptions in whole or half-hour increments."   Finally, PricewaterhouseCoopers identified partner Kevin Campbell and stated, "PricewaterhouseCoopers believes the time incurred by Kevin Campbell should not be reduced since these hours are associated with the wrap-up and delivering the final work product to the Debtors."   PricewaterhouseCoopers agreed to reduce its fee request by 1.50 hours with associated fees of $172.50 for a portion of the hours billed by Ms. Russ.   This reduction is shown in the Summary of Findings as a "voluntary reduction."*

**2.      Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.   Professionals may periodically work extraordinarily long hours without many breaks because of the demands of the representation.  However, such long hours are generally related to identifiable circumstances such as court deadlines, travel, or event attendance.   Stuart Maue did not identify any PricewaterhouseCoopers timekeepers who billed 12.00 or more hours on any one day.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

3.      **Administrative/Clerical Activities**

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training, and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

Stuart Maue identified only one entry that described an administrative or clerical activity.  This entry is displayed on EXHIBIT E and totals 3.00 hours with $345.00 in associated fees.

**PricewaterhouseCoopers Response**

*PricewaterhouseCoopers responded that the 3.00 hours identified as administrative/clerical activities were billed by client account administrator Jody Russ and were also included in the hours identified as Personnel Who Billed*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*10.00 or Fewer Hours.   The firm agreed to a voluntary reduction of Ms. Russ'*

*fee and that reduction is shown in the section identified as Personnel Who Billed*

*10.00 or Fewer Hours.*

**4.      Legal Research**

Stuart Maue did not identify any PricewaterhouseCoopers activities describing legal research.

**5.      Travel**

The Application included no entries describing travel-related activities.

**6.      Summary of Projects**

PricewaterhouseCoopers categorized its services into three billing projects including "Case Administration & Billings," "Security Governance," and "Fee Examiner Requests."  For purposes of this report, Stuart Maue created a separate project category entitled "PricewaterhouseCoopers Retention and Compensation."  Those entries identified by Stuart Maue as relating to the retention and compensation of the firm were reassigned to the Stuart Maue designated retention and compensation category.  All of the entries in the "Fee Examiner Requests" were reassigned to this category.

Entries describing tasks related to the retention and compensation of PricewaterhouseCoopers are displayed on EXHIBIT F and total 32.20 hours with $7,645.00 in associated fees.

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

The following table displays the firm's project categories, the associated hours and fees, and the projects' percentage of the total fees requested by the firm.  The firm's project hours and fees as displayed below do not include the hours and fees relating to tasks reassigned to the Stuart Maue designated retention and compensation category discussed above.  Exhibits of each firm project displaying a summary of hours and fees by individual and exhibits of each firm project displaying the full text of each entry are available upon request to Stuart Maue.

**PricewaterhouseCoopers Response:**

*PricewaterhouseCoopers responded that it reviewed the reassigned hours and fees in the PricewaterhouseCoopers Retention and Compensation category, and stated that it "…believes these fees are a reasonable amount of compensation for the monthly fee Applications for the Court Review."*

| Project | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|
| Case Administration | 1.10 | $     300.00 | 2% |
| Security Governance | 29.50 | 11,541.63 | 59% |
| PricewaterhouseCoopers Retention and Compensation | 32.20 | 7,645.00 | 39% |
| **TOTAL** | 62.80 | $19,486.63 | 100% |

*Stuart Maue*

## V.    REVIEW OF EXPENSES

In the Application, PricewaterhouseCoopers requested reimbursement of expenses in the amount of $1,888.88.  Stuart Maue reviewed the expenses and divided them into categories based on the type of charge.  The following table summarizes the expenses as computed and categorized by Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| **Travel Expenses:** | | |
| Airfare | $1,260.53 | 67% |
| Lodging | 223.74 | 12% |
| Meals | 120.71 | 6% |
| Taxi | 119.00 | 6% |
| Parking | 80.52 | 4% |
| Rental Car | 63.76 | 3% |
| Mileage | 12.62 | * |
| Sundry | 8.00 | * |
| **TOTAL** | $1,888.88 | 100% |

* Less than 1%

These expenses are displayed by category on EXHIBIT G.

## A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double billing, wrong case billing, or missing expense descriptions.  No technical billing discrepancies were identified in the Application.

*Stuart Maue*

V.  REVIEW OF EXPENSES  (Continued)

B.    **Compliance With Billing Guidelines**

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.**  U.S. Trustee Guidelines (b)(5)

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual, necessary expenses as set forth in the U.S. Trustee Guidelines.

1.      **Complete and Detailed Itemization of Expenses**

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.**  U.S. Trustee Guidelines (b)(5)(v)(iii)

PricewaterhouseCoopers provided a general listing in table format of its expenses that included the category, the timekeeper incurring the charge, and the amount of the charge.  All of the charges related to travel; however, the expenses were not sufficiently detailed.  There are no itemized descriptions indicating the date, origination, or destination of travel.  Supporting documentation for the expense charges was not included in the Application.

*Stuart Maue*

**V. REVIEW OF EXPENSES  (Continued)**

2.    **Travel Expenses**

a)    **Airfare**

PricewaterhouseCoopers requested reimbursement for airfare in the amount of $1,260.53 for director Paul Benz.  The origination and destination for the travel were not included in the Application and Stuart Maue was unable to determine the fare class.

**PricewaterhouseCoopers Response:**

*In its response, PricewaterhouseCoopers provided additional information regarding the airfare expenses.  This information included the timekeeper name, date, and vendor.  The exhibit has been revised to include this information.  Additionally, the firm advised that the airfare charge included multiple airfare charges.*

b)    **Lodging**

PricewaterhouseCoopers requested reimbursement for lodging charges in the amount of $223.74 for Mr. Benz.  The itemization of lodging expenses provided the amount and the name of the person who incurred the expense, but does not identify the name or location of the hotel, the dates or number of days included in the stay, or whether the requested amount included expenses other than the nightly room charges.

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

**PricewaterhouseCoopers Response:**

*In its response, PricewaterhouseCoopers provided additional information regarding the lodging expenses.  This information included the timekeeper name, date, vendor, and location.  The exhibit has been revised to include this information.*

c)  **Meals**

PricewaterhouseCoopers requested reimbursement for a meal charge for Mr. Benz in the amount of $120.71.  The description does not provide the date the expense was incurred, the name or location of the restaurant, or the number of attendees.

**PricewaterhouseCoopers Response:**

*In its response, PricewaterhouseCoopers provided additional information regarding the meal expenses.  This information included the timekeeper name, date, and type of meal.  Some of the entries provided the location of the meal.  The exhibit has been revised to include this information.*

d)  **Car Rental and Taxi Fares**

PricewaterhouseCoopers requested reimbursement for a car rental charge incurred by Mr. Benz in the amount of $63.76.  The description does not include the dates of the rental, the location of the rental, or the charges included in the rental agreement.  The Application also included

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

a request for reimbursement of taxi fares incurred by Mr. Benz in the amount of $119.00.   The date these services were incurred and the location of the taxi services were not included in the Application.

**PricewaterhouseCoopers Response:**

*In its response, PricewaterhouseCoopers provided additional information regarding the car rental and taxi fare expenses.  This information included the timekeeper name, the nature of the charge (tolls, gas, rental car, etc.), date, and location.  The exhibit has been revised to include this information.*

e)   **Parking**

PricewaterhouseCoopers requested reimbursement for a parking charge incurred by Mr. Benz in the amount of $80.52.   The description does not include where or when the parking expense was incurred.

**PricewaterhouseCoopers Response:**

*In its response, PricewaterhouseCoopers provided additional information regarding the parking expenses.  This information included the timekeeper name, date, and location.  The exhibit has been revised to include this information.*

f)   **Mileage**

PricewaterhouseCoopers requested reimbursement for a mileage charge incurred by Mr. Benz in the amount of $12.62.   The description

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

does not include the number of miles traveled, mileage rate, dates of travel, or destination.

### PricewaterhouseCoopers Response:

*In its response, PricewaterhouseCoopers provided the dates and destination of the trip with which the mileage was associated.  The mileage is for one trip to Jacksonville, Florida, from October 18, 2005, to October 20, 2005.*

**g)**    **Other Travel Expenses**

PricewaterhouseCoopers requested reimbursement for "sundry" expenses incurred by Mr. Benz totaling $8.00.  Stuart Maue is unable to determine the nature of these expenses.

### PricewaterhouseCoopers Response:

*In its response, PricewaterhouseCoopers provided additional information regarding the other travel expenses.  This information included the timekeeper name, date, and nature of the charge.  The exhibit has been revised to include this information.  This category consisted of two $4.00 charges for hotel tips.*

**EXHIBIT A**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**PricewaterhouseCoopers**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|---|---|---|---|---|---|---|---|
| 3349 | Campbell, Kevin | PARTNER | $485.65 | $485.65 | 2.50 | $1,214.13 | 2 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $485.65 | | 2.50 | $1,214.13 | |
| | | | | % of Total: | 3.98% | % of Total: 6.23% | |
| 6054 | Benz, Paul | DIRECTOR | $382.50 | $382.50 | 27.00 | $10,327.50 | 6 |
| 7783 | Mordy, Kent | DIRECTOR | $275.00 | $275.00 | 1.00 | $275.00 | 1 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $378.66 | | 28.00 | $10,602.50 | |
| | | | | % of Total: | 44.59% | % of Total: 54.41% | |
| 3961 | Smith, Andrea Clark | MANAGER | $250.00 | $250.00 | 29.30 | $7,325.00 | 59 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $250.00 | | 29.30 | $7,325.00 | |
| | | | | % of Total: | 46.66% | % of Total: 37.59% | |
| 4631 | Russ, Jody | OFFICE STAFF | $115.00 | $115.00 | 3.00 | $345.00 | 1 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $115.00 | | 3.00 | $345.00 | |
| | | | | % of Total: | 4.78% | % of Total: 1.77% | |
| | Total No. of Billers: 5 | Blended Rate for Report: | $310.30 | | 62.80 | $19,486.63 | |

EXHIBIT B
BLOCKED ENTRIES
PricewaterhouseCoopers

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Mordy, K | 1.00 | 275.00 |
| Smith, A | 3.70 | 925.00 |
| | 4.70 | $1,200.00 |

EXHIBIT B
BLOCKED ENTRIES
PricewaterhouseCoopers

| | | | INFORMATIONAL | | | | |
|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS ~ | DESCRIPTION |

MATTER: Case Administration

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/01/05 Tue | Smith, A 10304160-210 | 0.80 | 0.80 | 200.00 | | 1 | REVIEW FIRST INTERIM FEE APPLICATION SUBMITTED TO THE COURT. |
| | | | | | | 2 | REVIEW EMAILS PROVIDED BY PWC PARTNER FOR ASSEMBLY OF SECOND INTERIM FEE FILING. |

MATTER: Case Administration

| 11/07/05 Mon | Smith, A 10304160-227 | 0.80 | 0.80 | 200.00 | | 1 | FOLLOW-UP PHONE CALLS WITH PWC PROFESSIONALS TO FINALIZE NARRATIVE 2ND FEE APPLICATION (JODY RUSS, BRUCE WESTERMAN, PAUL BENZ). |
|---|---|---|---|---|---|---|---|
| | | | | | | 2 | DISCUSSION WITH LIZ DANTIN (PWC) REGARDING EXECUTION OF THE FINAL INTERIM DOCUMENTS. |
| | | | | | | 3 | DISTRIBUTE EMAIL WITH FINAL DOCUMENTS FOR FINAL SUBMISSION/EMAIL. |

MATTER: Case Administration

| 11/28/05 Mon | Mordy, K 10304160-279 | 1.00 | 1.00 | 275.00 | D | 1 | TELEPHONE CALL WITH KEVIN CAMPBELL REGARDING NEW IT SECURITY ENGAGEMENT |
|---|---|---|---|---|---|---|---|
| | | | | | D | 2 | AND CONFERENCE CALL WITH DAVID TURETSKY REGARDING AMENDING EMPLOYMENT; |
| | | | | | D | 3 | EMAIL REGARDING AFFIDAVIT TO SUPPORT EMPLOYMENT AND BILLING PROCEDURES. |

MATTER: Case Administration

| 01/05/06 Thu | Smith, A 10304160-247 | 1.00 | 1.00 | 250.00 | | 1 | DISTRIBUTION OF THE OCTOBER/NOVEMBER MONTHLY INVOICE. |
|---|---|---|---|---|---|---|---|
| | | | | | | 2 | PREPARE COVER LETTER FOR THE MONTHLY INVOICE. |
| | | | | | | 3 | PREPARE PACKAGE OF DELIVERABLES (COVER LETTER, INVOICE AND SUPPORTING SCHEDULES) |
| | | | | | | 4 | AND PROVIDE INSTRUCTIONS TO EA FOR DISTRIBUTION TO VARIOUS PARTIES. |

MATTER: Case Administration

| 01/10/06 Tue | Smith, A 10304160-262 | 1.10 | 1.10 | 275.00 | | 1 | FINALIZE THE SECOND INTERIM LEDES DATA FOR FEE EXAMINER (FINALIZE ACTIVITY CODES; |
|---|---|---|---|---|---|---|---|
| | | | | | | 2 | REFORMAT PROFESSIONAL NAMES, CREATE LEDES TXT FILE). |

| | | | COMBINED HOURS | COMBINED FEES | | | |
|---|---|---|---|---|---|---|---|
| | | | 4.70 | $1,200.00 | | | |

Total
Number of Entries:        5

~ See the last page of exhibit for explanation

EXHIBIT B
BLOCKED ENTRIES
PricewaterhouseCoopers

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Mordy, K | 1.00 | 275.00 | 0.00 | 0.00 | 1.00 | 275.00 | 0.00 | 0.00 | 1.00 | 275.00 |
| Smith, A | 3.70 | 925.00 | 0.00 | 0.00 | 3.70 | 925.00 | 0.00 | 0.00 | 3.70 | 925.00 |
| | 4.70 | $1,200.00 | 0.00 | $0.00 | 4.70 | $1,200.00 | 0.00 | $0.00 | 4.70 | $1,200.00 |

RANGE OF HOURS
RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Case Administration | 4.70 | 1,200.00 | 0.00 | 0.00 | 4.70 | 1,200.00 | 0.00 | 0.00 | 4.70 | 1,200.00 |
| | 4.70 | $1,200.00 | 0.00 | $0.00 | 4.70 | $1,200.00 | 0.00 | $0.00 | 4.70 | $1,200.00 |

RANGE OF HOURS
RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT C
INTRAOFFICE CONFERENCES
PricewaterhouseCoopers

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Mordy, K | 0.33 | 91.67 |
| Smith, A | 2.43 | 608.33 |
| | 2.77 | $700.00 |

EXHIBIT C  PAGE 1 of 3

EXHIBIT C
INTRAOFFICE CONFERENCES
PricewaterhouseCoopers

| | | | INFORMATIONAL | | | | | |
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/03/05 Thu | Smith, A 10304160-212 | 0.50 | 0.50 | 125.00 | | | | MATTER: Case Administration |
| | | | | | | | 1 | LEFT MESSAGE FOR LIZ DANTIN (PWC) REGARDING 2ND INTERIM FEE APPLICATION. DISCUSSION WITH CAAS (JODI & ROBERTA) REGARDING INVOICES ISSUED DURING INTERIM TIME PERIOD. |
| 11/04/05 Fri | Smith, A 10304160-219 | 0.50 | 0.50 | 125.00 | | | | MATTER: Case Administration |
| | | | | | | | 1 | DISCUSSION WITH KEVIN CAMPBELL (PWC) REGARDING SEPTEMBER AND OCTOBER 2005 BILLINGS. MODIFY SEPTEMBER INVOICE BASED UPON DISCUSSION. FORWARD REVISED DRAFT TO JODY RUSS FOR INVOICE CREATION AND APPROVAL. |
| 11/07/05 Mon | Smith, A 10304160-227 | 0.80 | 0.53 | 133.33 | B | | | MATTER: Case Administration |
| | | | | | | | 1 | FOLLOW-UP PHONE CALLS WITH PWC PROFESSIONALS TO FINALIZE NARRATIVE 2ND FEE APPLICATION (JODY RUSS, BRUCE WESTERMAN, PAUL BENZ). |
| | | | | | B | | 2 | DISCUSSION WITH LIZ DANTIN (PWC) REGARDING EXECUTION OF THE FINAL INTERIM DOCUMENTS. |
| | | | | | B | | 3 | DISTRIBUTE EMAIL WITH FINAL DOCUMENTS FOR FINAL SUBMISSION/EMAIL. |
| 11/28/05 Mon | Mordy, K 10304160-29 | 1.00 | 0.33 | 91.67 | B, D | | | MATTER: Case Administration |
| | | | | | | | 1 | TELEPHONE CALL WITH KEVIN CAMPBELL REGARDING NEW IT SECURITY ENGAGEMENT |
| | | | | | B, D | | 2 | AND CONFERENCE CALL WITH DAVID TURETSKY REGARDING AMENDING EMPLOYMENT; |
| | | | | | B, D | | 3 | EMAIL REGARDING AFFIDAVIT TO SUPPORT EMPLOYMENT AND BILLING PROCEDURES. |
| 12/09/05 Fri | Smith, A 10304160-234 | 0.30 | 0.30 | 75.00 | | | | MATTER: Case Administration |
| | | | | | | | 1 | DISCUSSION WITH DEBORAH ZORBAS (PWC) REGARDING DATA ENTRY FOR THE FEBRUARY AND MARCH INVOICES. |
| 12/19/05 Mon | Smith, A 10304160-238 | 0.20 | 0.20 | 50.00 | | | | MATTER: Case Administration |
| | | | | | | | 1 | DISCUSSION WITH KEVIN CAMPBELL (PWC) REGARDING BILLINGS FOR THE WINN DIXIE PROJECT. |
| 12/19/05 Mon | Smith, A 10304160-240 | 0.40 | 0.40 | 100.00 | | | | MATTER: Case Administration |
| | | | | | | | 1 | DISCUSSION WITH LISA STROCK (PWC) REGARDING CREATION OF THE ASCII FILE FOR WINN DIXIE. |
| | | | 2.77 | $700.00 | | | | |

Total
Number of Entries:      7

EXHIBIT C
INTRAOFFICE CONFERENCES
PricewaterhouseCoopers

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Mordy, K | 0.00 | 0.00 | 1.00 | 275.00 | 1.00 | 275.00 | 0.33 | 91.67 | 0.33 | 91.67 |
| Smith, A | 1.90 | 475.00 | 0.80 | 200.00 | 2.70 | 675.00 | 0.53 | 133.33 | 2.43 | 608.33 |
| | 1.90 | $475.00 | 1.80 | $475.00 | 3.70 | $950.00 | 0.87 | $225.00 | 2.77 | $700.00 |

RANGE OF HOURS
RANGE OF FEES

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Administration | 1.90 | 475.00 | 1.80 | 475.00 | 3.70 | 950.00 | 0.87 | 225.00 | 2.77 | 700.00 |
| | 1.90 | $475.00 | 1.80 | $475.00 | 3.70 | $950.00 | 0.87 | $225.00 | 2.77 | $700.00 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT C  PAGE 3 of 3

EXHIBIT D
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
PricewaterhouseCoopers

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Campbell, K | 2.50 | 1,214.13 |
| Mordy, K | 1.00 | 275.00 |
| Russ, J | 3.00 | 345.00 |
| | 6.50 | $1,834.13 |

EXHIBIT D
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
PricewaterhouseCoopers

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| Campbell, K | 10/04/05 | 1.00 | 1.00 | 485.65 | | | | MATTER: *Security Governance* |
| | Tue 10304200-8/ 1 | | | | | | 1 | REVIEW OF DOCUMENT AND MODIFICATIONS TO PROJECT DELIVERABLE. |
| | 10/12/05 | 1.50 | 1.50 | 728.48 | | | | MATTER: *Security Governance* |
| | Wed 10304200-8/ 2 | | | | | | 1 | REVIEW AND APPROVAL OF MODIFIED DELIVERABLE AND EXECUTIVE PRESENTATION |
| | | | 2.50 | 1,214.13 | | | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | |
| Mordy, K | 11/28/05 | 1.00 | 1.00 | 275.00 | B | | | MATTER: *Case Administration* |
| | Mon 10304160-2/ 9 | | | | B | | 1 | TELEPHONE CALL WITH KEVIN CAMPBELL REGARDING NEW IT SECURITY ENGAGEMENT |
| | | | | | B | | 2 | AND CONFERENCE CALL WITH DAVID TURETSKY REGARDING AMENDING EMPLOYMENT; |
| | | | | | | | 3 | EMAIL REGARDING AFFIDAVIT TO SUPPORT EMPLOYMENT AND BILLING PROCEDURES. |
| | | | 1.00 | 275.00 | | | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Russ, J | 11/03/05 | 3.00 | 3.00 | 345.00 | E | | | MATTER: *Case Administration* |
| | Thu 10304160-2/ 28 | | | | | | 1 | ASSIST ANDREA CLARK (PWC) WITH THE INVOICES PREPARED DURING THE INTERIM FEE PERIOD AND ASSEMBLE ADDITIONAL TIME DESCRIPTIONS FOR THE SEPTEMBER 2005 INVOICE. |
| | | | 3.00 | 345.00 | | | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| | | | 6.50 | $1,834.13 | | | | |
| Total Number of Entries: | 4 | | | | | | | |

– See the last page of exhibit for explanation

EXHIBIT D
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
PricewaterhouseCoopers

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Campbell, K | 2.50 | 1,214.13 | 0.00 | 0.00 | 2.50 | 1,214.13 | 0.00 | 0.00 | 2.50 | 1,214.13 |
| Mordy, K | 1.00 | 275.00 | 0.00 | 0.00 | 1.00 | 275.00 | 0.00 | 0.00 | 1.00 | 275.00 |
| Russ, J | 3.00 | 345.00 | 0.00 | 0.00 | 3.00 | 345.00 | 0.00 | 0.00 | 3.00 | 345.00 |
| | 6.50 | $1,834.13 | 0.00 | $0.00 | 6.50 | $1,834.13 | 0.00 | $0.00 | 6.50 | $1,834.13 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Administration | 4.00 | 620.00 | 0.00 | 0.00 | 4.00 | 620.00 | 0.00 | 0.00 | 4.00 | 620.00 |
| Security Governance | 2.50 | 1,214.13 | 0.00 | 0.00 | 2.50 | 1,214.13 | 0.00 | 0.00 | 2.50 | 1,214.13 |
| | 6.50 | $1,834.13 | 0.00 | $0.00 | 6.50 | $1,834.13 | 0.00 | $0.00 | 6.50 | $1,834.13 |

RANGE OF HOURS

RANGE OF FEES

(~) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT E
ADMINISTRATIVE AND CLERICAL ACTIVITIES
PricewaterhouseCoopers

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Russ, J | 3.00 | 345.00 |
| | 3.00 | $345.00 |

EXHIBIT E
ADMINISTRATIVE AND CLERICAL ACTIVITIES
PricewaterhouseCoopers

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Russ, J 10304160-2728 | 3.00 | 3.00 | 345.00 | D | | 1 | ASSIST ANDREA CLARK (PWC) WITH THE INVOICES PREPARED DURING THE INTERIM FEE PERIOD AND ASSEMBLE ADDITIONAL TIME DESCRIPTIONS FOR THE SEPTEMBER 2005 INVOICE. |
| | | | 3.00 | $345.00 | | | | |

Total
Number of Entries:     1

~  See the last page of exhibit for explanation

EXHIBIT E
ADMINISTRATIVE AND CLERICAL ACTIVITIES
PricewaterhouseCoopers

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Russ, J | 3.00 | 345.00 | 0.00 | 0.00 | 3.00 | 345.00 | 0.00 | 0.00 | 3.00 | 345.00 |
| | 3.00 | $345.00 | 0.00 | $0.00 | 3.00 | $345.00 | 0.00 | $0.00 | 3.00 | $345.00 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Case Administration | 3.00 | 345.00 | 0.00 | 0.00 | 3.00 | 345.00 | 0.00 | 0.00 | 3.00 | 345.00 |
| | 3.00 | $345.00 | 0.00 | $0.00 | 3.00 | $345.00 | 0.00 | $0.00 | 3.00 | $345.00 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT F

PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION

PricewaterhouseCoopers

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---:|---:|
| Russ, J | 3.00 | 345.00 |
| Smith, A | 29.20 | 7,300.00 |
| | 32.20 | $7,645.00 |

EXHIBIT F

PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION

PricewaterhouseCoopers

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|-----------------|----------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | | | | | | | | MATTER: Case Administration |
| 11/01/05 Tue | Smith, A 10304160-210 | 0.80 | 0.80 | 200.00 | B | | | 1 REVIEW FIRST INTERIM FEE APPLICATION SUBMITTED TO THE COURT. |
| | | | | | B | | | 2 REVIEW EMAILS PROVIDED BY PWC PARTNER FOR ASSEMBLY OF SECOND INTERIM FEE FILING. |
| | | | | | | | | MATTER: Case Administration |
| 11/01/05 Tue | Smith, A 10304160-211 | 0.90 | 0.90 | 225.00 | | | | 1 DRAFT VARIOUS EXHIBITS/NARRATIVE FOR THE SECOND INTERIM FEE APPLICATION. |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Russ, J 10304160-228 | 3.00 | 3.00 | 345.00 | E, D | | | 1 ASSIST ANDREA CLARK (PWC) WITH THE INVOICES PREPARED DURING THE INTERIM FEE PERIOD AND ASSEMBLE ADDITIONAL TIME DESCRIPTIONS FOR THE SEPTEMBER 2005 INVOICE. |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Smith, A 10304160-212 | 0.50 | 0.50 | 125.00 | | | | 1 LEFT MESSAGE FOR LIZ DANTIN (PWC) REGARDING 2ND INTERIM FEE APPLICATION. DISCUSSION WITH CAAS (JODI & ROBERTA) REGARDING INVOICES ISSUED DURING INTERIM TIME PERIOD. |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Smith, A 10304160-213 | 0.20 | 0.20 | 50.00 | | | | 1 REVIEW MONTHLY INVOICES - JULY INVOICE FOR INCORPORATION INTO THE INTERIM FEE APPLICATION. |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Smith, A 10304160-214 | 0.30 | 0.30 | 75.00 | | | | 1 CONTINUE REVIEW MONTHLY INVOICES - JULY INVOICE FOR INCORPORATION INTO THE INTERIM FEE APPLICATION. |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Smith, A 10304160-215 | 0.20 | 0.20 | 50.00 | | | | 1 REVIEW MONTHLY INVOICES - AUGUST INVOICE FOR INCORPORATION INTO THE INTERIM FEE APPLICATION. |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Smith, A 10304160-216 | 0.30 | 0.30 | 75.00 | | | | 1 REVIEW MONTHLY INVOICES - SEPTEMBER INVOICE FOR INCORPORATION INTO THE INTERIM FEE APPLICATION. |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Smith, A 10304160-217 | 0.30 | 0.30 | 75.00 | | | | 1 REVIEW FIRST INTERIM FEE APPLICATION SUBMITTED TO THE COURT AND DETERMINATION SOW ASSIGNMENTS FOR SECOND INTERIM FEE PERIOD. |
| | | | | | | | | MATTER: Case Administration |
| 11/03/05 Thu | Smith, A 10304160-218 | 0.60 | 0.60 | 150.00 | | | | 1 REVISE DRAFT NARRATIVE FOR THE SECOND INTERIM FEE PERIOD. |
| | | | | | | | | MATTER: Case Administration |
| 11/04/05 Fri | Smith, A 10304160-219 | 0.50 | 0.50 | 125.00 | | | | 1 DISCUSSION WITH KEVIN CAMPBELL (PWC) REGARDING SEPTEMBER AND OCTOBER 2005 BILLINGS. MODIFY SEPTEMBER INVOICE BASED UPON DISCUSSION. FORWARD REVISED DRAFT TO JODY RUSS FOR INVOICE CREATION AND APPROVAL. |

~ See the last page of exhibit for explanation

EXHIBIT F
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

| | | | INFORMATIONAL | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| 11/04/05 Fri | Smith, A 10304160-2720 | 0.20 | 0.20 | 50.00 | | | 1 | MATTER: Case Administration<br>REVISE INTERIM FEES AND EXPENSES FOR EMAIL DISTRIBUTION TO SKADDEN BASED UPON INPUT FROM LIZ DANTIN AND KEVIN CAMPBELL (PWC) REGARDING 2ND INTERIM FEES AND EXPENSES. |
| 11/04/05 Fri | Smith, A 10304160-2721 | 0.20 | 0.20 | 50.00 | | | 1 | MATTER: Case Administration<br>EMAIL CORRESPONDENCE WITH LIZ DANTIN (PWC) REGARDING OUTSTANDING ITEMS FOR 2ND INTERIM FEE APPLICATION, DUE MONDAY. |
| 11/04/05 Fri | Smith, A 10304160-2722 | 0.30 | 0.30 | 75.00 | | | 1 | MATTER: Case Administration<br>MODIFY OCTOBER 2005 INVOICE BASED UPON DISCUSSION WITH KEVIN CAMPBELL (PWC) AND DISTRIBUTE TO JODY RUSS. |
| 11/04/05 Fri | Smith, A 10304160-2723 | 0.10 | 0.10 | 25.00 | | | 1 | MATTER: Case Administration<br>FOLLOW-UP EMAILS WITH CAAS REGARDING PAYMENT INFORMATION AND INVOICE ISSUANCE. |
| 11/04/05 Fri | Smith, A 10304160-2724 | 0.60 | 0.60 | 150.00 | | | 1 | MATTER: Case Administration<br>REVISE NARRATIVE BASED UPON MODIFICATIONS TO THE MONTHLY INVOICES. |
| 11/04/05 Fri | Smith, A 10304160-2725 | 0.30 | 0.30 | 75.00 | | | 1 | MATTER: Case Administration<br>REVIEW CASH RECEIPTS FOR 2ND INTERIM FEE APPLICATION. |
| 11/07/05 Mon | Smith, A 10304160-2726 | 0.40 | 0.40 | 100.00 | | | 1 | MATTER: Case Administration<br>FINALIZE EXHIBIT A FOR FILING WITH THE COURT/INTERIM 2ND FEE APPLICATION. |
| 11/07/05 Mon | Smith, A 10304160-2727 | 0.80 | 0.80 | 200.00 | B<br><br>B<br>B | | 1<br><br>2<br>3 | MATTER: Case Administration<br>FOLLOW-UP PHONE CALLS WITH PWC PROFESSIONALS TO FINALIZE NARRATIVE 2ND FEE APPLICATION (JODY RUSS, BRUCE WESTERMAN, PAUL BENZ).<br>DISCUSSION WITH LIZ DANTIN (PWC) REGARDING EXECUTION OF THE FINAL INTERIM DOCUMENTS.<br>DISTRIBUTE EMAIL WITH FINAL DOCUMENTS FOR FINAL SUBMISSION/EMAIL. |
| 12/02/05 Fri | Smith, A 10304160-2729 | 0.40 | 0.40 | 100.00 | | | 1 | MATTER: Case Administration<br>PREPARE FOR CONFERENCE CALL REGARDING FEE AUDITOR. |
| 12/02/05 Fri | Smith, A 10304160-2730 | 0.40 | 0.40 | 100.00 | | | 1 | MATTER: Case Administration<br>REVIEW LEDES FORMAT SPECIFICATION MEMO FOR CONFERENCE CALL. |
| 12/02/05 Fri | Smith, A 10304160-2731 | 0.30 | 0.30 | 75.00 | | | 1 | MATTER: Case Administration<br>PARTICIPATE IN CONFERENCE CALL FOR FEE APPLICATION PREPARATION TIME WITH STUART MAUE. |

~ See the last page of exhibit for explanation

STUART MAUE

EXHIBIT F
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

| | | | INFORMATIONAL | | | | |
| | | | | | | | |

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 12/07/05 Wed | Smith, A 10304160-2732 | 0.60 | 0.60 | 150.00 | | | 1 | MATTER: Case Administration DISCUSSION WITH LINDA COOPER (STUART MAUE) REGARDING ELECTRONIC FILES FOR DELIVERY. |
| 12/09/05 Fri | Smith, A 10304160-2733 | 0.30 | 0.30 | 75.00 | | | 1 | MATTER: Case Administration DISCUSSION WITH LINDA COOPER (STUART MAUE) REGARDING ELECTRONIC FILES FOR DELIVERY. |
| 12/09/05 Fri | Smith, A 10304160-2734 | 0.30 | 0.30 | 75.00 | | | 1 | MATTER: Case Administration DISCUSSION WITH DEBORAH ZORBAS (PWC) REGARDING DATA ENTRY FOR THE FEBRUARY AND MARCH INVOICES. |
| 12/14/05 Wed | Smith, A 10304160-2735 | 0.40 | 0.40 | 100.00 | | | 1 | MATTER: Case Administration REVIEW FEBRUARY 2005 DATA FOR ACCURACY. |
| 12/19/05 Mon | Smith, A 10304160-2736 | 0.70 | 0.70 | 175.00 | | | 1 | MATTER: Case Administration ESTABLISH A FORMAT/MASTER FOR THE ASCII ELECTRONIC FILES. |
| 12/19/05 Mon | Smith, A 10304160-2737 | 0.20 | 0.20 | 50.00 | | | 1 | MATTER: Case Administration CREATE JUNE ASCII INFORMATION FOR FEE AUDITOR. |
| 12/19/05 Mon | Smith, A 10304160-2738 | 0.20 | 0.20 | 50.00 | | | 1 | MATTER: Case Administration DISCUSSION WITH KEVIN CAMPBELL (PWC) REGARDING BILLINGS FOR THE WINN DIXIE PROJECT. |
| 12/19/05 Mon | Smith, A 10304160-2739 | 1.00 | 1.00 | 250.00 | | | 1 | MATTER: Case Administration CREATE JUNE ASCII INFORMATION FOR FEE AUDITOR. |
| 12/19/05 Mon | Smith, A 10304160-2740 | 0.40 | 0.40 | 100.00 | | | 1 | MATTER: Case Administration DISCUSSION WITH LISA STROCK (PWC) REGARDING CREATION OF THE ASCII FILE FOR WINN DIXIE. |
| 12/19/05 Mon | Smith, A 10304160-2741 | 0.10 | 0.10 | 25.00 | | | 1 | MATTER: Case Administration EMAIL COMMUNICATIONS WITH TIA MARTIN (PWC) REGARDING NOVEMBER HOURS. |
| 12/19/05 Mon | Smith, A 10304160-2742 | 0.30 | 0.30 | 75.00 | | | 1 | MATTER: Case Administration PREPARE OCTOBER 2005/NOVEMBER 2005 INVOICE. |
| 12/19/05 Mon | Smith, A 10304160-2743 | 0.50 | 0.50 | 125.00 | | | 1 | MATTER: Case Administration PREPARE OCTOBER 2005/NOVEMBER 2005 INVOICE. |
| 12/20/05 Tue | Smith, A 10304160-2744 | 0.30 | 0.30 | 75.00 | | | 1 | MATTER: Case Administration REVIEW THE JUNE/JULY 2005 INVOICE ASCII. |

~ See the last page of exhibit for explanation

EXHIBIT F
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/23/05 Fri | Smith, A 10304160-245 | 0.40 | 0.40 | 100.00 | | | 1 | MATTER:Case Administration<br>FINALIZE THE OCTOBER 2005 MONTHLY INVOICE AND EMAIL EXCHANGE WITH TIA MARTIN (CAA-PWC) REGARDING REVENUE TRANSFER FOR SEPTEMBER INVOICE. |
| 01/03/06 Tue | Smith, A 10304160-246 | 0.10 | 0.10 | 25.00 | | | 1 | MATTER:Case Administration<br>EMAIL COMMUNICATIONS WITH LIZ DANTIN (PWC) REGARDING MONTHLY INVOICES |
| 01/05/06 Thu | Smith, A 10304160-247 | 1.00 | 1.00 | 250.00 | B B B B | | 1 2 3 4 | MATTER:Case Administration<br>DISTRIBUTION OF THE OCTOBER/NOVEMBER MONTHLY INVOICE.<br>PREPARE COVER LETTER FOR THE MONTHLY INVOICE.<br>PREPARE PACKAGE OF DELIVERABLES (COVER LETTER, INVOICE AND SUPPORTING SCHEDULES)<br>AND PROVIDE INSTRUCTIONS TO EA FOR DISTRIBUTION TO VARIOUS PARTIES. |
| 01/06/06 Fri | Smith, A 10304160-249 | 0.80 | 0.80 | 200.00 | | | 1 | MATTER:Case Administration<br>REVIEW AND FINALIZE THE ASCII FILE FOR THE FEE AUDITOR (2ND INTERIM) |
| 01/06/06 Fri | Smith, A 10304160-250 | 1.60 | 1.60 | 400.00 | | | 1 | MATTER:Case Administration<br>CONTINUE REVIEW AND FINALIZE THE ASCII FILE FOR THE FEE AUDITOR (2ND INTERIM). |
| 01/06/06 Fri | Smith, A 10304160-251 | 0.30 | 0.30 | 75.00 | | | 1 | MATTER:Case Administration<br>ASSEMBLY OF THE ASCII FILE FOR THE FEE EXAMINER (1ST INTERIM) - MAY 2005 |
| 01/06/06 Fri | Smith, A 10304160-252 | 0.60 | 0.60 | 150.00 | | | 1 | MATTER:Case Administration<br>PREPARE THE ASCII FILE FOR THE FEE EXAMINER (OCT/NOV 2005 MONTHLY) |
| 01/06/06 Fri | Smith, A 10304160-253 | 0.70 | 0.70 | 175.00 | | | 1 | MATTER:Case Administration<br>CONTINUE ASSEMBLY OF THE ASCII FILE FOR THE FEE EXAMINER (1ST INTERIM) - FEBRUARY 2005 |
| 01/08/06 Sun | Smith, A 10304160-254 | 0.70 | 0.70 | 175.00 | | | 1 | MATTER:Case Administration<br>CONTINUE ASSEMBLY OF THE ASCII FILE FOR THE FEE EXAMINER (1ST INTERIM) - MAY 2005 |
| 01/08/06 Sun | Smith, A 10304160-255 | 1.50 | 1.50 | 375.00 | | | 1 | MATTER:Case Administration<br>CONTINUE ASSEMBLY OF THE ASCII FILE FOR THE FEE EXAMINER (1ST INTERIM) - APRIL 2005 |
| 01/09/06 Mon | Smith, A 10304160-256 | 0.80 | 0.80 | 200.00 | | | 1 | MATTER:Case Administration<br>CONTINUE ASSEMBLY OF THE ASCII FILE FOR THE FEE EXAMINER (1ST INTERIM) - MARCH 2005 |

~ See the last page of exhibit for explanation

EXHIBIT F
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|------------------------------|-----------------------------|------------|------------|---|-------------|
| 01/09/06 Mon | Smith, A 10304160-2757 | 1.50 | 1.50 | 375.00 | | | | MATTER:Case Administration<br>1 PERFORM QUALITY CONTROL ON THE NEW ASCII FILE TO ENSURE ALL FIELDS POPULATED. |
| 01/09/06 Mon | Smith, A 10304160-2758 | 0.80 | 0.80 | 200.00 | | | | MATTER:Case Administration<br>1 PERFORM QUALITY CONTROL ON THE NEW ASCII FILE TO ENSURE ALL FIELDS POPULATED. |
| 01/09/06 Mon | Smith, A 10304160-2759 | 0.80 | 0.80 | 200.00 | | | | MATTER:Case Administration<br>1 ASSIGN THE ACTIVITY CODES ON THE ASCII FILE FOR THE FEE EXAMINER (1ST INTERIM). |
| 01/09/06 Mon | Smith, A 10304160-2760 | 0.30 | 0.30 | 75.00 | | | | MATTER:Case Administration<br>1 ASSIGN THE ACTIVITY CODES ON THE ASCII FILE FOR THE FEE EXAMINER (2ND INTERIM). |
| 01/10/06 Tue | Smith, A 10304160-2761 | 0.40 | 0.40 | 100.00 | | | | MATTER:Case Administration<br>1 FINALIZE THE FIRST INTERIM LEDES DATA FOR FEE EXAMINER |
| 01/10/06 Tue | Smith, A 10304160-2762 | 1.10 | 1.10 | 275.00 | B B | | | MATTER:Case Administration<br>1 FINALIZE THE SECOND INTERIM LEDES DATA FOR FEE EXAMINER (FINALIZE ACTIVITY CODES;<br>2 REFORMAT PROFESSIONAL NAMES, CREATE LEDES TXT FILE). |
| 01/10/06 Tue | Smith, A 10304160-2763 | 0.40 | 0.40 | 100.00 | | | | MATTER:Case Administration<br>1 FINALIZE THE OCTOBER/NOVEMBER MONTHLY LEDES DATA FOR FEE EXAMINER. |
| 01/10/06 Tue | Smith, A 10304160-2764 | 0.20 | 0.20 | 50.00 | | | | MATTER:Case Administration<br>1 DISCUSSION WITH LINDA COOPER (STUART MAUE) REGARDING DELIVERY OF THE LEDES DATA. |
| 01/10/06 Tue | Smith, A 10304160-2765 | 0.10 | 0.10 | 25.00 | | | | MATTER:Case Administration<br>1 DISTIBUTE OCTOBER/NOVEMBER MONTHLY INFORMATION TO LINDA COOPER (STUART MAUE). |
| 01/10/06 Tue | Smith, A 10304160-2766 | 0.60 | 0.60 | 150.00 | | | | MATTER:Case Administration<br>1 PREPARE FINAL FILES (PDF, EXCEL, TEXT) FOR DISTRIBUTION OF THE FILES FOR THE FIRST AND SECOND INTERIM FEE APPLICATIONS. |
| 01/10/06 Tue | Smith, A 10304160-2767 | 0.20 | 0.20 | 50.00 | | | | MATTER:Case Administration<br>1 DRAFT LETTER FOR DISTRIBUTION OF THE FILES FOR THE FIRST AND SECOND INTERIM FEE APPLICATIONS. |
| 01/10/06 Tue | Smith, A 10304160-2768 | 0.30 | 0.30 | 75.00 | | | | MATTER:Case Administration<br>1 REVIEW TIME RECORDS FOR DECEMBER 2005 TO DETERMINE BILLINGS (IF APPLICABLE). |

~ See the last page of exhibit for explanation

EXHIBIT F
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

| | | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| DATE | NAME | | | | | | | |
| | | | | | | | | MATTER: Case Administration |
| 01/17/06 Tue | Smith, A 10304160-769 | 0.10 | 0.10 | 25.00 | | | 1 | RESPOND VIA EMAIL TO LINDA COOPER (FEE EXAMINER) REGARDING DATA EXTRACTION/ELECTRONIC INFORMATION. |
| | | | 32.20 | $7,645.00 | | | | |

Total
Number of Entries:      59

~ See the last page of exhibit for explanation

EXHIBIT F
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Russ, J | 3.00 | 345.00 | 0.00 | 0.00 | 3.00 | 345.00 | 0.00 | 0.00 | 3.00 | 345.00 |
| Smith, A | 29.20 | 7,300.00 | 0.00 | 0.00 | 29.20 | 7,300.00 | 0.00 | 0.00 | 29.20 | 7,300.00 |
|  | 32.20 | $7,645.00 | 0.00 | $0.00 | 32.20 | $7,645.00 | 0.00 | $0.00 | 32.20 | $7,645.00 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Administration | 32.20 | 7,645.00 | 0.00 | 0.00 | 32.20 | 7,645.00 | 0.00 | 0.00 | 32.20 | 7,645.00 |
|  | 32.20 | $7,645.00 | 0.00 | $0.00 | 32.20 | $7,645.00 | 0.00 | $0.00 | 32.20 | $7,645.00 |

RANGE OF HOURS
RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT G

Expenses By Category

PricewaterhouseCoopers

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| Category: | | Rental Car | | | | |
| | | | | | | MATTER: P200.8 - Security Governance |
| 10/01/05 | 6054 | 63.76 | | 63.76 | | RENTAL CAR - PAUL BENZ |
| | 10304200-8/6 | | 6.60 | | 1 | 10/6/05 - IT SECURITY STRATEGY ASSESSMENT - EXXONMOBIL, JACKSONVILLE, FL |
| | | | 8.02 | | 2 | 10/19/05 - WINN-DIXIE - EXXONMOBIL, JACKSONVILLE, FL |
| | | | 49.14 | | 3 | 10/19/05 - WINN-DIXIE - BUDGET RENT A CAR, JACKSONVILLE, FL |
| | Rental Car: | $63.76 | | $63.76 | | |
| Category: | | Taxi | | | | |
| | | | | | | MATTER: P200.8 - Security Governance |
| 10/01/05 | 6054 | 119.00 | | 119.00 | | TAXI - PAUL BENZ |
| | 10304200-8/8 | | 34.00 | | 1 | 10/18/05 - BUSINESS DEVELOPMENT - CAB TO AIRPORT |
| | | | 34.00 | | 2 | 10/18/05 - BUSINESS DEVELOPMENT - CAB TO ATLANTA OFFICE FROM AIRPORT |
| | | | 34.00 | | 3 | 10/19/05 - WINN-DIXIE - CAB FROM ATLANTA AIRPORT TO OFFICE |
| | | | 17.00 | | 4 | 10/20/05 - BUSINESS DEVELOPMENT - TAXI - FROM OFFICE TO ATLANTA AIRPORT |
| | Taxi: | $119.00 | | $119.00 | | |
| Category: | | Travel Expenses - Airfare | | | | |
| | | | | | | MATTER: P200.8 - Security Governance |
| 10/01/05 | 6054 | 1,260.53 | | 1,260.53 | | AIRFARE - PAUL BENZ |
| | 10304200-8/1 | | 128.32 | | 1 | 9/15/05 - IT SECURITY STRATEGY ASSESSMENT - DELTA AIR LINES, TAMPA, FL |
| | | | 484.00 | | 2 | 10/3/05 - IT SECURITY ASSESSMENT - DELTA AIR LINES, MIAMI LAKES, FL |
| | | | 10.00 | | 3 | 10/4/05 - W-D IT SECURITY ASSESSMENT - AMERICAN EXPRESS TRAVEL SERVICE FEE |
| | | | 144.21 | | 4 | 10/12/05 - WINN-DIXIE - DELTA AIR LINES, MIAMI LAKES, FL |
| | | | 484.00 | | 5 | 10/12/05 - WINN-DIXIE - DELTA AIR LINES, MIAMI LAKES, FL |
| | | | 10.00 | | 6 | 10/13/05 - WINN-DIXIE & BUSINESS DEVELOPMENT - AMERICAN EXPRESS TRAVEL SERVICE FEE |
| Travel Expenses - A | | $1,260.53 | | $1,260.53 | | |
| Category: | | Travel Expenses - Lodging | | | | |
| | | | | | | MATTER: P200.8 - Security Governance |
| 10/01/05 | 6054 | 223.74 | | 223.74 | | LODGING - PAUL BENZ |
| | 10304200-8/2 | | 111.87 | | 1 | 10/6/05 - W-D IT SECURITY STRATEGY ASSESSMENT - OMNI HOTELS #262, JACKSONVILLE, FL |
| | | | 111.87 | | 2 | 10/19/05 - IT SECURITY STRATEGY ASSESSMENT - OMNI HOTELS #262, JACKSONVILLE, FL |
| Travel Expenses - Lo | | $223.74 | | $223.74 | | |
| Category: | | Travel Expenses - Meals | | | | |
| | | | | | | MATTER: P200.8 - Security Governance |
| 10/01/05 | 6054 | 120.71 | | 120.71 | | MEALS - PAUL BENZ |
| | 10304200-8/3 | | 8.00 | | 1 | 10/06/05 - WINN-DIXIE IT SECURITY STRATEGY - LUNCH |
| | | | 19.63 | | 2 | 10/06/05 - W-D IT SECURITY STRATEGY ASSESSMENT - HOOTERS OF JAX LANDI, FL |
| | | | 3.90 | | 3 | 10/06/05 - WINN-DIXIE IT SECURITY STRATEGY FRAMEWORK - BREAKFAST |
| | | | 6.90 | | 4 | 10/06/05 - WINN-DIXIE IT SECURITY STRATEGY - DINNER |
| | | | 5.90 | | 5 | 10/18/05 BUSINESS DEVELOPMENT - BREAKFAST |
| | | | 9.40 | | 6 | 10/18/05 - WINN-DIXIE - DINNER |
| | | | 21.28 | | 7 | 10/18/05 - BUSINESS DEVELOPMENT - CHARLIE G'S, ATLANTA, GA |
| | | | 7.50 | | 8 | 10/19/05 - WINN-DIXIE - LUNCH |
| | | | 5.80 | | 9 | 10/19/05 - WINN-DIXIE - BREAKFAST |
| | | | 32.40 | | 10 | 10/20/05 - BUSINESS DEVELOPMENT - FOUR SEASONS HOTELS, ATLANTA, GA |
| Travel Expenses - M | | $120.71 | | $120.71 | | |
| Category: | | Travel Expenses - Mileage | | | | |
| | | | | | | MATTER: P200.8 - Security Governance |

EXHIBIT G  PAGE 1 of 2

EXHIBIT G

Expenses By Category

PricewaterhouseCoopers

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| Category: | | | | | | |
| 10/01/05 | 6054 | 12.62 | | 12.62 | | MILEAGE - PAUL BENZ |
| | 10304200-8/4 | | 12.62 | | 1 | 10/26/05 - TRIP FROM 10/18/05 TO 10/20/05 TO JACKSONVILLE |
| | | | | | | |
| Travel Expenses - M | | $12.62 | | $12.62 | | |
| Category: | Travel Expenses - Parking | | | | | |
| | | | | | | MATTER:  P200.8 - Security Governance |
| 10/01/05 | 6054 | 80.52 | | 80.52 | | PARKING - PAUL BENZ |
| | 10304200-8/5 | | 15.00 | | 1 | 10/6/05 - W-D IT SECURITY STRATEGY ASSESSMENT - OMNI HOTELS #262, JACKSONVILLE, FL |
| | | | 14.52 | | 2 | 10/06/05 - HOMEBANC, W-D, BUSINESS DEVELOPMENT - RPS AIRPORT PARKING, SARASOTA, FL |
| | | | 15.00 | | 3 | 10/19/05 - IT SECURITY STRATEGY ASSESSMENT - OMNI HOTELS #262, JACKSONVILLE, FL |
| | | | 36.00 | | 4 | 10/21/05 - WINN-DIXIE & BUSINESS DEVELOPMENT - RPS AIRPORT PARKING, SARASOTA, FL |
| | | | | | | |
| Travel Expenses - Pა | | $80.52 | | $80.52 | | |
| Category: | Travel Expenses - Sundry | | | | | |
| | | | | | | MATTER:  P200.8 - Security Governance |
| 10/01/05 | 6054 | 8.00 | | 8.00 | | SUNDRY - PAUL BENZ |
| | 10304200-8/7 | | 4.00 | | 1 | 10/6/05 - WINN-DIXIE IT SECURITY STRATEGY - HOTEL TIPS |
| | | | 4.00 | | 2 | 10/19/05 - WINN-DIXIE - HOTEL TIPS |
| | | | | | | |
| Travel Expenses - Sა | | $8.00 | | $8.00 | | |
| | | | | | | |
| Grand Total: | | $1,888.88 | | $1,888.88 | | |