UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### AGREED ORDER OF RESOLUTION OF THE CLAIM OF STATE OF FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION (CLAIM NO. 11694)

These cases are before the Court upon the stipulation of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and claimant, State of Florida Agency for Health Care Administration (the "Claimant") for the entry of this agreed order. The Court finds that notice of the proposed Agreed Order was served on all interested parties in compliance with the Local Rule 2002-4 informing the parties of the opportunity to object within 20 days of the date of service and no party filed an objection. The Court therefore considers the entry of the Order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. Claim No. 11694 filed by Claimant is allowed for all purposes as an unsecured non-priority claim in the amount of $769,613.42 against Winn-Dixie Stores, Inc. in Case No. 05-03817 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases.

2. This Agreed Order resolves all liabilities and obligations related to Claim No. 11694 and all claims relating to Pharmacy #235, Pharmacy #37 and Pharmacy #247 and audit C.I.001066000, audit C.I. 010184000 and audit C.I. 001065000 the Claimant has or may have against the Debtors and any of their Chapter 11 estates, officers,

employees, agents, successors or assigns as of the petition date (February 21, 2005) (the "Resolved Claims"), all of which are forever waived, discharged and released.

3. Claimant will not file or assert any other claims against the Debtors (including contingent claims) related to the Resolved Claims that arose or were in existence prior to the commencement of these cases.

4. Except as specifically provided herein, this order is without prejudice to any of claims or defenses the parties may have as to any other matter including, without limitation, the existence or status of any alleged executory contract between the parties.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __18__ day of __August__, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | AGENCY FOR HEALTH CARE ADMINISTRATION |
| By /s/ Leanne McKnight Prendergast | By Debora E. Fridie<br>Debora E. Fridie, Esq.<br>Brevin Brown, Esq. |
| Florida Bar Number 59544<br>1800 Wachovia Bank Tower<br>225 Water Street<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | Florida Bar Number 0886580<br>Florida Bar Number 0589063<br>State of Florida, Agency for Health Care Administration<br>2727 Mahan Drive MS 3<br>Tallahassee, Florida 32308-5407<br>(850) 922-5873<br>(850) 921-0158 (facsimile) |
| Attorneys for the Debtors | Attorneys for State of Florida, Agency for Health Care Administration |

522229

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws             Page 1 of 1              Date Rcvd: Aug 18, 2006
Case: 05-03817                Form ID: pdfdoc          Total Served: 1
```

The following entities were served by first class mail on Aug 20, 2006.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2006**                    **Signature:** _Joseph Speetjens_