Hearing Date: September 7, 2006
Hearing Time: 1:00 pm

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |
| _____ | ) | |

**FLORIDA TAX COLLECTORS' OBJECTION TO DEBTORS'
MOTION FOR ORDER (A) AUTHORIZING THE SALE OF
ADDITIONAL STORES AND RELATED EQUIPMENT FREE
AND CLEAR OF LIENS, CLAIMS AND INTERESTS (B)
AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OR
ALTERNATIVELY, THE REJECTION OF LEASES AND
ESTABLISHING A CLAIMS BAR DATE AND (C) <u>GRANTING
RELATED RELIEF (DOCKET NO. 9886)</u>**

Florida Tax Collectors[1] ("FTC"), specifically, the Tax Collectors for Broward County, Duval County, Escambia County, Leon County, Palm Beach County, Pinellas County and Volusia County, through undersigned counsel, files this Objection to the *Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption*

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

1

*and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief* (Dkt. No. 9886) (the "Motion"), and states:

1. The Debtors continue to either ignore or misrepresent the statutory first lien position of FTC. Paragraph 22 of the Motion states that "[t]he Debtors believe that there are no interests in or claims against the Assets, other than those of Wachovia Bank, National Association, as Administrative Agent and Collateral Agent (collectively, the 'DIP Lender') and the nondebtor parties to the leases." The Florida Tax Collectors' liens for *ad valorem* <u>real estate</u> taxes for the year 2006 and subsequent years are included as permitted encumbrances according to Exhibit H attached to the proposed Asset Purchase Agreement attached to the Motion.

2. Although not stated in Paragraph 22 of the Motion, the 2005 *ad valorem* tangible personal property taxes for the Additional Stores (as that term is defined in the Motion) are due and have not yet been paid, and the respective Tax Collector's liens for the 2005 taxes constitute a claim and interest in the Additional Stores. Copies of the 2005 tangible personal property tax bills for the Additional Stores are attached hereto as Composite Exhibit "A". The total amount of outstanding, delinquent 2005 *ad valorem* tangible personal property taxes, if paid in August, 2006, is $112,101.89.

3. The full amount, with statutory interest, of delinquent 2005 *ad valorem* tangible personal property taxes should be paid at the closing of any sale of the Additional Stores in accordance with state law and customary business practice. The Florida Tax Collectors' liens for <u>all</u> 2006 *ad valorem* taxes may not be subordinated and

must be paid in full and remain secured by the statutory liens on the property assessed in accordance with Florida law.

Dated: August 21, 2006

                                        Respectfully submitted,

                                        By: _____
                                        Brian T. FitzGerald
                                        Hillsborough County Attorney's Office
                                        Florida Bar No. 484067
                                        Post Office Box 1110
                                        Tampa, Florida 33601-1110
                                        Ph: 813-272-5670
                                        Fx: 813-272-5231
                                        fitzgeraldb@hillsboroughcounty.org
                                        Attorney for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the *Florida Tax Collectors' Objection to Debtors' Motion For Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (Docket No. 9886)* has been served this 21st day of August, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker (djbaker@skadden.com), Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Cynthia C. Jackson (cjackson@smithhulsey.com), Attorneys for Debtors; **Milbank, Tweed, Hadley & McCloy, LLP**, Attn: Matthew Barr (mbarr@milbank.com), Attorneys for Unsecured Creditors Committee; **United States Trustee**, Attn: Elena L. Escamilla; and to all other parties receiving electronic notice.

                                                                              Brian T. FitzGerald, Esq.
                                                                              Senior Assistant County Attorney



| 401-227 (Rev. 5/96) 2005 DELINQUENT | COMMERCIAL PERSONAL PROPERTY | 79730.0000 |
|---|---|---|
| BROWARD COUNTY, FLORIDA | NOTICE OF AD-VALOREM TAXES AND NON AD-VALOREM ASSESSMENTS | |

| PROPERTY IDENTIFICATION | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| | | 792,438 | | 792,438 | 2653 |

12141 PEMBROKE RD HWD

WINN DIXIE STORE #380
TAX MANAGER-J P TAYLOR
5050 EDGEWOOD CT
JACKSONVILLE FL    32254-3699

0000000000 0001773508 0000000797300000 0003 8



EXHIBIT
Composite
A

**NOTICE OF DELINQUENT TANGIBLE PERSONAL PROPERTY TAXES**
DUVAL COUNTY/CITY OF JACKSONVILLE
MIKE HOGAN, TAX COLLECTOR
231 E FORSYTH STREET ROOM 130 JACKSONVILLE, FL 32202-3370
TAX COLLECTOR INQUIRIES: (904) 630-1916
WEB SITE: www.coj.net/tc

WINN DIXIE STORES INC#162
PROPERTY TAX DEPT,MR.TAYLOR
5050 EDGEWOOD CT.
JACKSONVILLE FL 32254

ACCOUNT NUMBER: 896903-0000
FOLIO NUMBER: 5013569.0000
WARRANT NUMBER: 0

### TANGIBLE PERSONAL PROPERTY TAXES AND PENALTIES

| TAXING AUTHORITY | MILLAGE RATE | TAXES LEVIED |
|---|---|---|
| CITY OF JACKSONVILLE | 9.6500 | 10,742.91 |
| ST JOHNS RIVER WTR MGMT | .4620 | 514.32 |
| FL INLAND NAVIGATION | .0385 | 42.86 |
| USD | .0000 | .00 |
| SCHOOLS | 8.4250 | 9,379.17 |

LOCATION ADDRESS: 14286 BEACH BV
DISTRICT: GS
USE CODE:
BACK YEAR: 2005
VALUATION: 1,113,255

STATUS CODE: BK ITEM IN BANKRUPTCY

**REMARKS:**
Delinquent TANGIBLE PROPERTY 2005   5013569.0000

| If Paid By Please Pay | Aug 31 2006 | Sep 30 2006 | Oct 31 2006 |
|---|---|---|---|
| | 22,230.20 | 22,540.39 | 22,850.58 |

**MAKE CHECKS PAYABLE TO MIKE HOGAN, TAX COLLECTOR**

*Please detach and return bottom section with your payment.*

--- DUVAL COUNTY/CITY OF JACKSONVILLE 2005 PERSONAL PROPERTY TAX NOTICE RECEIPT ---

LOCATION ADDRESS: 14286 BEACH BV
DISTRICT: GS
USE CODE:
BACK YEAR: 2005
VALUATION: 1,113,255

ACCOUNT NUMBER: 896903-0000
FOLIO NUMBER: 5013569.0000
WARRANT NUMBER: 0

WINN DIXIE STORES INC#162
PROPERTY TAX DEPT,MR.TAYLOR
5050 EDGEWOOD CT.
JACKSONVILLE FL 32254

| If Paid By | Please Pay |
|---|---|
| Aug 31 2006 * | 22,230.20 |
| Sep 30 2006 * | 22,540.39 |
| Oct 31 2006 * | 22,850.58 |

*INC INTEREST & ADVERTISING

MIKE HOGAN, TAX COLLECTOR
231 E FORSYTH STREET ROOM 130
JACKSONVILLE, FL 32202-3370

0000000000 0002067926 0000050135690000 0002 7

JANET HOLLEY, CFC
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-300 | | 540,010 | | 540,010 | 06 |

Delinquent PERSONAL PROPERTY 2005   158592.0000

OFFICE
(850) 438-6500

TTY
FOR THE
HEARING
IMPAIRED
(850) 472-00XX

WINN DIXIE MONTGOMERY INC
STORE #565
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

000400 NAVY

BK BANKRUPTCY

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | | TAXES LEVIED |
|---|---|---|---|---|
| CCO | COUNTY OF ESCAMBIA | 8.7560 | 540,010 | 4,728.33 |
| SSC | SCHOOL BOARD OF ESCAMBI | 8.0330 | 540,010 | 4,337.90 |
| WWT | N.W. FLORIDA WATER MANA( | 0.0500 | 540,010 | 27.00 |
| CMS | M.S.T.U. - SHERIFF | 0.7470 | 540,010 | 403.39 |
| | TOTAL MILLAGE | 17.5860 | AD VALOREM TAXES | 9,496.62 |

RETAIN THIS
PORTION
FOR
YOUR
RECORDS

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

### NON-AD VALOREM ASSESSMENTS

PLEASE
PAY ONLY
ONE
AMOUNT
SHOWN IN
YELLOW
SHADED
AREA

| COMBINED TAXES AND ASSESSMENTS | | PAY ONLY ONE AMOUNT | See reverse side for Important Information |
|---|---|---|---|
| | 9,496.62 | | |

| | If Paid By Please Pay | Aug 31 2006 10,208.87 | | | |
|---|---|---|---|---|---|

AMOUNT
DUE
IF PAID
BY

JANET HOLLEY, CFC
ESCAMBIA COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 00-1066-300 | | 540,010 | | 540,010 | 06 |

Delinquent PERSONAL PROPERTY 2005   158592.0000

WINN DIXIE MONTGOMERY INC
STORE #565
PROPERTY TAX DEPT
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

000400 NAVY

BK BANKRUPTCY

PAY IN U.S. FUNDS TO ESCAMBIA COUNTY TAX COLLECTOR • P.O. BOX 1312 • PENSACOLA, FL 32591-1312          (850) 438-6500

| | If Paid By Please Pay | Aug 31 2006 10,208.87 | | | |
|---|---|---|---|---|---|

RETURN WITH
PAYMENT

0000000000  0000949662  0000001585920000  0002  8

AUG-17-2006  THU 16:30    TEL:561-355-1110        NAME:PBCTC LEGAL SERVICES        P.  2

```
HONORABLE DORIS MALOY                              LEON COUNTY
PERSONAL PROPERTY
              BANKRUPTCY
                                    AD VALOREM TAXES
ACCOUNT NUMBER: 6990833    2005                              TAX DISTRICT: 0001
ASSESSED VALUE:      504,069      EXEMPTIONS: *  NONE   *    TAXABLE VALUE:      504,069
TAXING AUTHORITY                 MILLAGE RATE  EXEMPTIONS  TAXABLE VALUE      TAXES
COUNTY    COUNTY GENERAL FUND        8.5400         0         504,069       4,304.75
          LEON COUNTY HEALTH MSTU     .1200         0         504,069          60.49
          EMERGENCY MEDICAL SERVICE   .5000         0         504,069         252.03
CITY      CITY OF TALLAHASSEE        3.7000         0         504,069       1,865.06
SCHOOL    SCHOOL- LOCAL REQUIREMENT  5.2540         0         504,069       2,648.38
          SCHOOL BOND                 .6520         0         504,069         328.65
          SCHOOL CAPITAL OUTLAY      2.0000         0         504,069       1,008.14
          SCHOOL DISCRETIONARY        .7600         0         504,069         383.09
NWFWM     NW FLORIDA WATER MANAGEMT   .0500         0         504,069          25.20

EXEMPTION: NONE
                                    21.57600                               10,875.79
                                 NON-AD VALOREM ASSESSMENTS
LEVYING AUTHORITY                   PURPOSE           RATES/BASIS           AMOUNT
                          COMBINED TAXES & ASSESSMENTS TOTAL:              10,875.79

PROPERTY:
ADDR: 2910 KERRY FOREST PKWY

 08/31/2006                                                  DELINQUENT ON
 11,693.47                                                   APRIL 1, 2006
HONORABLE DORIS MALOY                              LEON COUNTY
PERSONAL PROPERTY
              BANKRUPTCY
 08/31/2006                                                  DELINQUENT ON
 11,693.47                                                   APRIL 1, 2006
EX-TYPE  ESCROW  MILLAGE     TAXES LEVIED         REMIT PAYMENT IN U.S. FUNDS TO:
                  0001
VALUES AND EXEMPTIONS    TAXES     10,875.79   HONORABLE DORIS MALOY
ASSESSED     504,069  INT.  7.5       815.68   P.O. BOX 1835
TAXABLE      504,069  LATE FEE          2.00   TALLAHASSEE, FL 32302-1835
                      TOTAL        11,693.47
                                                2910 KERRY FOREST PKWY
  6990833    2005
  WINN DIXIE STORES INC 124
  5050 EDGEWOOD CT
  JACKSONVILLE, FL 32254-3699
```

# TANGIBLE PERSONAL PROPERTY
# WARRANT INFORMATION
MAIN OFFICE

For the following described property located in the County of Palm Beach, State of Florida:

| ACCOUNT NUMBER | WARRANT NUMBER | TAX YEAR | CITY | CMC | MMC | SCHEDULE |
|---|---|---|---|---|---|---|
| 077731 | 2006-30022 | 2005 | 73 | 48 | 0 | B |

| DESCRIPTION / LOCATION | |
|---|---|
| 13841 WELLINGTON TRC STORE # | |
| PENALTY | TAXABLE VALUE |
| 0.00 | 568,859.00 |
| PROPERTY CONTROL NUMBER | |
| 73-41-44-08-04-001-0000 | |

WINN DIXIE STORES INC
PO BOX B
JACKSONVILLE FL 32203-0297

PETER H. CARNEY
Tax Collector
Palm Beach County
(561) 355-2266

| AD VALOREM TAXES | | ADDITIONAL COST | |
|---|---|---|---|
| | | INTEREST AT 7.50% | 928.10 |
| | | ADVERTISING | 0.00 |
| GENERAL | 7,508.03 | COLLECTION COST | 2.00 |
| SCHOOL | 2,975.13 | LEGAL FEE | 0.00 |
| LIBRARY | 355.54 | WARRANT ISSUANCE | 8.00 |
| CITY | 1,535.92 | FILING COST | 0.00 |
| TOTAL TAX | $12,374.62 | TOTAL COST | $938.10 |

## TOTAL AMOUNT DUE   $13,312.72
COMPUTED FOR PAYMENT TO BE RECEIVED ON OR BEFORE 08/31/2006

| FOR SPECIAL OVERNIGHT MAIL, SEND PAYMENT TO | FOR ALL OTHER MAIL, SEND PAYMENT TO |
|---|---|
| TAX COLLECTOR, PALM BEACH COUNTY<br>301 NORTH OLIVE AVE., 3rd FLOOR<br>WEST PALM BEACH FL 33401 | TAX COLLECTOR, PALM BEACH COUNTY<br>P.O. BOX 3715<br>WEST PALM BEACH FL 33402-3715 |

**THIS STATEMENT BECOMES A RECEIPT WHEN VALIDATED BY THE TAX COLLECTOR**
VALIDATION AREA

PAID BY:

TCL003

tcw_bill.rfd

2005 DELINQUENT TANGIBLE TAX/NOTICE RECEIPT FOR PINELLAS COUNTY

| TAX | INTEREST | NET | ADV | COST | AUG 06 TOTAL |
|---|---|---|---|---|---|
| 23,376.75 | 1,753.26 | 25,130.01 | 1.00 | 16.00 | 25,147.01 |

445110        LA                         ACCOUNT NUMBER: 709178
                                                                         BK
                     1,142,430

                                   WINN DIXIE 605
WARRANT NUMBER:                    WINN DIXIE STORES INC
  05 - 08973                       ATTN PROPERTY TAX DEPT
                                   5050 EDGEWOOD CT
LOCATION OF PROPERTY               JACKSONVILLE                FL
1199 EAST BAY DR                                               32254-360
35/29/15/98332/000/0010

2005 DELINQUENT TANGIBLE TAX/NOTICE RECEIPT FOR PINELLAS COUNTY

| 23,376.75 | 1,753.26 | 25,130.01 | 1.00 | 16.00 | 25,147.01 |
|---|---|---|---|---|---|
| TAX | INTEREST | NET | ADV | COST | AUG 06 TOTAL |

445110        LA                         ACCOUNT NUMBER: 709178
                                                                         BK
                     1,142,430

                                   WINN DIXIE 605
WARRANT NUMBER:                    WINN DIXIE STORES INC
  05 - 08973                       ATTN PROPERTY TAX DEPT
                                   5050 EDGEWOOD CT
LOCATION OF PROPERTY               JACKSONVILLE                FL
1199 EAST BAY DR                                               32254-3601
35/29/15/98332/000/0010

| PARCEL NUMBER | ALTERNATE KEY | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 9111040000302820 | 5815561 | 467,387 | | 467,387 | 016 |
| | PRIOR YR DUE - PLS CAL | | | | |

```
WINN DIXIE STORES INC
WINN DIXIE  STORE NO 2308
5050 EDGEWOOD CT/TAX DEPT
JACKSONVILLE  FL    322543699
```

11 BANKRUPT-CHAPTER

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ADD'L EX. | ADJ. TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| 0057 VOLUSIA FOREVER | .20000 | | | 93.48 |
| 0058 VOLUSIA ECHO | .20000 | | | 93.48 |
| 0015 SCHOOL-I&S | .32400 | | | 151.43 |
| 0050 COUNTY | 5.89400 | | | 2,754.78 |
| 0130 DELTONA | 4.15000 | | | 1,939.66 |
| 0060 ST JOHNS RIVER WATER M | .46200 | | | 215.93 |
| 0065 FLORIDA INLAND NAVIGAT | .03850 | | | 17.99 |
| 0070 W VOLUSIA HOSPITAL AUT | 1.55000 | | | 724.45 |
| 0010 SCHOOL | 7.93500 | | | 3,708.72 |
| TOTAL MILLAGE | 20.75350 | AD VALOREM TAXES | | 9,699.92 |

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

\* See reverse side for important information

| COMBINED TAXES AND ASSESSMENTS | 2005 Warrant No. 204513 | NON-AD VALOREM ASSESSMENTS If Paid By  Aug 31 2006  Sep 30 2006  Oct 31 2006 Please Pay     10442.41    10587.91    10733.41 |
|---|---|---|

**County of Volusia**     Delinquent TANGIBLE PROPERTY    2005 5815561.0000

| PARCEL NUMBER | ALTERNATE KEY | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 9111040000302820 | 5815561 | 467,387 | | 467,387 | 016 |
| ESCROW | MORTGAGE ACCT. NUMBER | PRIOR YR DUE - PLS CAL | | | |

```
WINN DIXIE STORES INC
WINN DIXIE  STORE NO 2308
5050 EDGEWOOD CT/TAX DEPT
JACKSONVILLE  FL    322543699
```

11 BANKRUPT-CHAPTER

**DETACH AND RETURN THIS PART WITH PAYMENT**
★ PAY IN U.S. FUNDS TO: COUNTY OF VOLUSIA ★
YOUR CANCELLED CHECK IS YOUR RECEIPT

```
               2005
        Warrant No.  If Paid By  Aug 31 2006  Sep 30 2006  Oct 31 2006
          204513       Please Pay    10442.41    10587.91    10733.41
```

0000000000  0000969992  0000581556100000  0002 8

AUG-17-2006  THU 13:50   TEL:561-355-1110      NAME:PBCTC LEGAL SERVICES       P.  3