August 14, 2006

TO: The Honorable Judge Jerry A Funk
Judge of the Bankruptcy Court

FROM: Charles E Armstrong, Jr
Stock Holder

As a hard working 62 year old American that has labored and invested(heavily) for 38 yrs with Winn Dixie towards my retirement, please hear my plea.

I graduated high school, went to work with Winn-Dixie, trained and worked my way up to Produce Manager. Accumulated retirement investments of approximately 10,000 shares of stock.

As a stockholder I invested my labor and earnings back to Winn Dixie because I could see the hard work of loyal employees and customers. We as investing stockholders are due as much or more as creditors. Creditors sell goods to a company for profit in good faith and can write off loses and continue doing business, stockholders give monies to the same in good faith and will lose all with no recourse. In the legal world today things aren't going as we had planned. The rich, with money, and the lobbyist get heard and the hard working Americans get left on the street. Please help us. You have choices, give us one half of equities and/or give us equal shares of stock. At least we will have a fair chance of not losing everything and seeing the rich get richer.

Look at K-Mart and Enron stock and what the courts did to their stockholders.

Winn Dixie was the largest grocery company in the southeast and bragged about owing no creditors for years.

Please consider the hard working American that put their lives and retirement monies in stock for this company and how the end result of this decision will affect our retirement. We don't have the monies to pay lawyers for a result, but we should have justice with you, Honorable Jerry A Funk.

May God Bless You and
Thank you

*Charles E Armstrong*
Charles E Armstrong Jr
470 Woods Point Road
Gilbert SC 29054    H-803-892-2528    C-803-361-7077