

Exhibit "C"







Exhibit "C"



Exhibit "C"







Exhibit "C"

Exhibit "C"



Exhibit "C"



Exhibit "C"