Jg 18 06 01:29p                                                                          p.2

**Jackson Building Construction Inc.**
**P.O. BOX 720848**
**Byram, MS 39272-0848**
**Office: 601-373-2727**
**Fax: 601-373-2757**

August 18, 2006

Nancy Lane Realty Inc.
1855 Lakeland Drive
Suite G-10
Jackson, MS 39216

ATTN: Michael Flannes

RE: Winn Dixie
    Old Canton Road
    Jackson, MS

We propose to furnish all labor, materials, and equipment necessary for the following items. This is a budget estimate.

1) General requirements                                              $4,303.00

2) Demolition: Remove all furniture, fixtures,
   equipment. Disposal of refrigerant included.                     $54,750.00

3) Repair flooring                                                  $13,624.00

4) Wall repair                                                       $6,056.00

5) Painting                                                         $11,531.00

6) Clean all flooring and wax                                       $17,325.00

                                                    TOTAL -        $107,589.00

Sincerely,

Paul Jackson
Paul Jackson
President


Approved By: _____
Date: _____


EXHIBIT "D"