

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT ___Middle___ DISTRICT OF ___Florida___ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor  WINN-DIXIE STORES, INC. | Case Number 05-03817-3FL | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
XEROX CAPITAL SERVICES, L.L.C.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
XEROX CAPITAL SERVICES, L.L.C.
Attn: Vanessa Adams, Bankruptcy Coordinator
1301 Ridgeview Road R-382-450
Lewisville, TX 75028
Telephone number: (972) 420-5963

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
Customer Nos. (see attached spreadsheet)

Check here ☐ replaces    ☐ amends    a previously filed claim, dated:_____
if this claim

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other  SEE ATTACHMENT "A"

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)          (date)

2. Date debt was incurred:
   See Attached Invoice Dates

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ __270,174.98__   $_____   _____   $ 270,174.98
   (unsecured)   (secured)   (priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other SEE ATTACHMENT "A"
   Value of Collateral:  $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim $ 270,174.98
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED LOGAN & COMPANY, INC. AS AGENT
2005 SEP 21 AM 9 39
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA

Date 9/20/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
By: [signature], Vanessa Adams, Bankruptcy Coordinator

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT 1

ATTACHMENT "A" TO PROOF OF CLAIM
FOR XEROX CAPITAL SERVICES, LLC

1. Xerox Capital Services, LLC (hereinafter referred to as Xerox) leases a large number of copiers and related equipment to Winn-Dixie Stores, Inc. The leases commenced in September 2004 and up to the date of the Petition initiating this bankruptcy case. Xerox is owed $270,174.98. Attached is a summary of the unpaid invoices pertaining to the leases.[1]

2. The unexpired lease contracts have not yet been assumed or rejected. To the extent the leases are assumed and costs are cured, this proof of claim will be withdrawn. In the event that the Debtor rejects the leases and returns the equipment, Xerox reserves the right to amend and/or supplement this Proof of Claim to assert any additional amounts to which it is entitled under 11 U.S.C. 365, 502 and 503, *et seq.*, including but not limited to administrative claims for post-petition amounts owned.

NOTE: CLAIMANT RESERVES THE RIGHT TO AMEND THIS PROOF OF CLAIM AS FURTHER INFORMATION BECOMES AVAILABLE.

---

[1] The invoices and leases have not been provided as they are voluminous. Parties requesting documents described in this Proof of Claim and attached summary may contact claimant at the above address and telephone number to obtain copies of same at such party's expense.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Proof of Claim has been served this 20th day of September 2005, unless otherwise noted, via first class regular mail, postage prepaid, on the following:

| | |
|---|---|
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036-6522<br>(212) 735-3000 | Attorneys for Debtor |
| Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>(904) 359-7700 | |
| United States Trustee – JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801<br>(407) 648-6301 | U.S. Trustee |

_____
Sabrina L. Streusand

WINN DIXIE

| CUSTOMER # | INVOICE # | INV. DATE | INV. AMT. | NOTE |
|---|---|---|---|---|
| Pre-Petition Expenses | | | | |
| 706468246 | 005010630 | 09/20/2004 | $1,090.71 | |
| 706468212 | 005236224 | 10/01/2004 | 730.00 | |
| 706496502 | 595186062 | 10/01/2004 | 3,867.86 | |
| 706468170 | 005843519 | 11/01/2004 | 2,234.06 | |
| 706467966 | 189554210 | 11/25/2004 | 2,300.54 | |
| 706467883 | 189744300 | 12/18/2004 | 4,376.83 | |
| 706468303 | 006884279 | 12/20/2004 | 285.31 | |
| 959189366 | 595406642 | 01/01/2005 | 404.46 | |
| 959188681 | 595406685 | 01/01/2005 | 1,463.78 | |
| 951706829 | J9J004353 | 01/14/2005 | 4,465.52 | RETURNED CHECK |
|  | 007507985 | 01/21/2005 | 95.59 | |
| 706467735 | 190062284 | 01/22/2005 | 3,284.64 | |
| 706496494 | 190062285 | 01/22/2005 | 1,680.21 | |
| 706468865 | 700837839 | 01/26/2005 | 70.58 | |
|  | 190124320 | 01/27/2005 | 2,540.81 | |
| 706467818 | 190124993 | 01/27/2005 | 4,808.98 | |
|  | 007714567 | 02/01/2005 | 882.04 | |
| 706468766 | 007720534 | 02/01/2005 | 540.35 | |
|  | 007720535 | 02/01/2005 | 95.59 | |
| 706467859 | 007721032 | 02/01/2005 | 541.77 | |
|  | 007721033 | 02/01/2005 | 737.74 | |
|  | 007721034 | 02/01/2005 | 737.74 | |
| 706468618 | 007721035 | 02/01/2005 | 844.94 | |
| 707116166 | 007721096 | 02/01/2005 | 353.02 | |
|  | 007721097 | 02/01/2005 | 281.81 | |
| 706468709 | 007721098 | 02/01/2005 | 819.00 | |
| 706468667 | 007721099 | 02/01/2005 | 824.00 | |
|  | 595488764 | 02/01/2005 | 404.46 | |
| 959185315 | 595516291 | 02/01/2005 | 3,867.86 | |
| 959185398 | 595516292 | 02/01/2005 | 3,867.86 | |
| 959188616 | 595516293 | 02/01/2005 | 3,867.86 | |
| 706496486 | 595516294 | 02/01/2005 | 3,867.86 | |
| 959187758 | 595516295 | 02/01/2005 | 3,759.41 | |
| 959185844 | 595516296 | 02/01/2005 | 3,867.86 | |
| 959186180 | 595516297 | 02/01/2005 | 3,849.78 | |
| 959186420 | 595516298 | 02/01/2005 | 3,849.78 | |
| 959185927 | 595516299 | 02/01/2005 | 3,867.86 | |
|  | 595516300 | 02/01/2005 | 3,867.86 | |
| 959187030 | 595516301 | 02/01/2005 | 3,831.71 | |
| 959187477 | 595516302 | 02/01/2005 | 3,831.71 | |

| | | | | |
|---|---|---|---|---|
| 959188913 | 595516304 | 02/01/2005 | 1,356.83 | |
| 959189234 | 595516305 | 02/01/2005 | 1,331.47 | |
| 959186503 | 595516306 | 02/01/2005 | 3,849.79 | |
| 959186552 | 595516307 | 02/01/2005 | 3,849.79 | |
| 959186040 | 595516308 | 02/01/2005 | 3,867.86 | |
| 959186149 | 595516309 | 02/01/2005 | 3,867.86 | |
| 959187519 | 595516310 | 02/01/2005 | 3,831.71 | |
| 959187626 | 595516311 | 02/01/2005 | 3,831.71 | |
| 959188525 | 595516312 | 02/01/2005 | 1,318.79 | |
| 959187923 | 595516558 | 02/01/2005 | 3,759.41 | |
| 959187931 | 595516559 | 02/01/2005 | 3,759.41 | |
| 959188442 | 595516560 | 02/01/2005 | 3,759.41 | |
| 959185067 | 595516561 | 02/01/2005 | 3,931.11 | |
| 959185083 | 595516562 | 02/01/2005 | 3,904.00 | |
| 959185158 | 595516563 | 02/01/2005 | 3,904.00 | |
| 959189549 | 595480160 | 02/01/2005 | 3,953.82 | |
| | 595488807 | 02/01/2005 | 1,436.78 | |
| 706468519 | 190222431 | 02/08/2005 | 389.79 | |
| | 190222432 | 02/08/2005 | 107.57 | |
| 959189721 | J9D004497 | 02/11/2005 | 368.93 | RETURNED CHECK |
| 706468485 | 008069107 | 02/14/2005 | 4,847.78 | |
| | J9D004512 | 02/14/2005 | 96,492.26 | RETURNED CHECK |
| 706468444 | 008098556 | 02/18/2005 | 292.97 | |
| 706468436 | 008098557 | 02/18/2005 | 607.56 | |
| 706468394 | 008098577 | 02/18/2005 | 1,870.96 | |
| 706468063 | 008101580 | 02/18/2005 | 440.80 | |
| | 008101581 | 02/18/2005 | 5,343.35 | |
| 706468121 | 190360741 | 02/19/2005 | 2,991.02 | |
| | 190361137 | 02/19/2005 | 2,017.42 | |
| | 190361138 | 02/19/2005 | 1,422.23 | |
| 706468030 | 190361365 | 02/19/2005 | 7,039.46 | |
| 706468071 | 190361374 | 02/19/2005 | 3,469.38 | |
| | | | $270,174.98 | |