0  XEROX CAPITAL
   SERVICES, LLC
   5500 PEARL STREET

   ROSEMONT, IL 60018
0      888-771-5225                          PAYABLE UPON RECEIPT
-  WINN DIXIE                WINN DIXIE MIDWEST              02-18-05
   720 LOCUST LANE           ACCTS PAYABLE
   LOUISVILLE        KY      720 LOCUST LANE                 008101581
                    40217    LOUISVILLE        KY
                                               40217         100092402

0
   5900I    5900 W/ INTERPOSER   SER.# DU4-001153

                                                            AMOUNT
          BASE CHARGE              02-01-05 TO 02-30-05
                                                            5,040.90


                                      SUB TOTAL             5,040.90

              KENTUCKY           TAX   6.0000%                302.45

                                      TOTAL                 5,343.35


   CONTRACT EFFECTIVE DATE   07-01-01

   INITIAL INVOICE FOR LEASE - COST PER COPY PLAN
   INITIAL METER READS -  METER A   8837577
                        - METER C   2005245
   AT THE TIME OF BILLING, NO VALID METER READ WAS AVAILABLE,
   SO METER USAGE WAS ESTIMATED. ANY OVERAGE/UNDERAGE WILL BE
   ADJUSTED ON NEXT METER INVOICE. PLEASE VISIT OUR WEBSITE
   AT WWW.XEROX.COM TO SUBMIT YOUR NEXT METER READ.
   THIS IS A 12 MONTH AGREEMENT WHICH INCLUDES EQUIPMENT,
   MAINTENANCE AND SUPPLY CHARGES


+  WINN DIXIE               WINN DIXIE MIDWEST       XEROX CORPORATION
   720 LOCUST LANE          ACCTS PAYABLE            P.O. BOX 802567
   LOUISVILLE        KY     720 LOCUST LANE          CHICAGO, IL
                    40217   LOUISVILLE        KY     60680-2567
                                             40217

0                                           PLEASE PAY
   16-046-8020 1 100092402 008101581 02-18-05  THIS AMOUNT   $5,343.35
       RR005106   C  070101                                  WDS45
       03 6M4D OV38            Z W0220  5TC4 2 U65IN
0      202100008070060  0081015816  0305343354  210009240282
F

EXHIBIT 2