UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.:  3:05-bk-03817-JAF

                                                CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

         Debtors.                               Jointly Administered

NOTICE OF WITHDRAWAL OF
NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kimberly Held Israel and the law firm of Held & Israel hereby withdraw their appearance as counsel of record for the Estate of Matthew Perret.

DATED this 21st day of August, 2006.

HELD & ISRAEL

By: *Kimberly Held Israel*
Kimberly Held Israel
Florida Bar #47287
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
khisrael@hilawfirm.com