UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.: 3:05-bk-03840-3F1

                                                CHAPTER 11

WINN-DIXIE SUPERMARKETS, INC.,

       Debtors.                                 Jointly Administered

_____

NOTICE OF WITHDRAWAL OF
NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kimberly Held Israel and the law firm of Held & Israel hereby withdraw their appearance as counsel of record for Delford L. Drew.

DATED this 21st day of August, 2006.

HELD & ISRAEL

By: /s/ Kimberly Held Israel
Kimberly Held Israel
Florida Bar #47287
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
khisrael@hilawfirm.com