UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                         CASE NO.:  3:05-bk-03817-JAF

                                               CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

        Debtors.                               Jointly Administered

_____

NOTICE OF WITHDRAWAL OF
NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

   PLEASE TAKE NOTICE that Kimberly Held Israel and the law firm of Held & Israel hereby withdraw their appearance as counsel of record for Christina Gagnon.

   DATED this 21st day of August, 2006.

                HELD & ISRAEL
                By: *Kimberly H. Israel*
                Kimberly Held Israel
                Florida Bar #47287
                1301 Riverplace Blvd., Suite 1916
                Jacksonville, Florida 32207
                (904) 398-7038 Telephone
                (904) 398-4283 Facsimile
                khisrael@hilawfirm.com