# EXHIBIT 2

| Lease Termination Date = 3/31/18 | | | | | |
|---|---|---|---|---|---|
| **Rent Reserved For Lease Term** | | | | | |
| Year | Months Remaining | Base Rent | Real Estate Taxes | Total | |
| 2005 | 4 | $138,157.77 | $41,901.63 | $180,059.40 | |
| 2006 | 12 | $414,473.32 | $129,476.04 | $543,949.36 | |
| 2007 | 12 | $414,473.32 | $133,360.32 | $547,833.64 | |
| 2008 | 12 | $414,473.32 | $137,361.13 | $551,834.45 | |
| 2009 | 12 | $414,473.32 | $141,481.96 | $555,955.28 | |
| 2010 | 12 | $414,473.32 | $145,726.42 | $560,199.74 | |
| 2011 | 12 | $414,473.32 | $150,098.21 | $564,571.53 | |
| 2012 | 12 | $414,473.32 | $154,601.16 | $569,074.48 | |
| 2013 | 12 | $414,473.32 | $159,239.19 | $573,712.51 | |
| 2014 | 12 | $414,473.32 | $164,016.37 | $578,489.69 | |
| 2015 | 12 | $414,473.32 | $168,936.86 | $583,410.18 | |
| 2016 | 12 | $414,473.32 | $174,004.97 | $588,478.29 | |
| 2107 | 12 | $414,473.32 | $179,225.12 | $593,698.44 | |
| 2018 | 3 | $103,618.33 | $46,150.47 | $149,768.80 | |
| | | | | | |
| **TOTASL:** | **151** | **$5,215,455.94** | **$5,215,606.94** | **$7,141,035.78** | |
| | | | | $1,071,155.37 | 15% |
| **1 Year Rent Reserved** | | | | | |
| | 12 | $414,473.32 | $414,485.32 | $828,958.64 | |
| | | | | | |
| **3 Year Rent Reserved** | | | | | |
| | 36 | $1,243,419.96 | $1,243,455.96 | $2,486,875.92 | |
| | | | | | |
| *Notes to Calculation* | | | | | |
| | | | | | |
| **Base Rent:** Annual base rent under the Lease is $414,473.32. (**Exhibit A**). | | | | | |
| **Real Estate Taxes**: Debtor was obligated to pay real estate taxes under the Lease (**Exhibit A**). The taxes for 2004 were $122,043.58. (**Exhibit E**) The real estate taxes for the remaining years under the Lease was determined applying a 3% inflation factor. | | | | | |