# EXHIBIT A

**EXHIBIT A**

## ROANOKE LANDING

| Invoice Date | G/L Date | Remark | G/L | Gross Amount | Open Amount | |
|---|---|---|---|---|---|---|
| 5/1/2003 | 5/1/2003 | CAM (Escrow / Deposit) | CAM | 986.22 | 88.17 | |
| 5/1/2003 | 5/1/2003 | Backbill Cam 1/1/03-4/30/03 | CAM | 88.17 | 88.17 | |
| 5/1/2003 | 5/1/2003 | Backbill Cam 1/1/03-4/30/03 | CAM | 88.17 | 88.17 | |
| 5/1/2003 | 5/1/2003 | Backbill Cam 1/1/03-4/30/03 | CAM | 88.17 | 88.17 | |
| 5/1/2003 | 5/1/2003 | Backbill Cam 1/1/03-4/30/03 | CAM | 88.17 | 88.17 | |
| 6/1/2003 | 6/1/2003 | CAM (Escrow / Deposit) | CAM | 986.22 | 88.17 | |
| 7/1/2003 | 7/1/2003 | CAM (Escrow / Deposit) | CAM | 986.22 | 88.17 | |
| 8/1/2003 | 8/1/2003 | CAM (Escrow / Deposit) | CAM | 986.22 | 88.17 | |
| 9/1/2003 | 9/1/2003 | CAM (Escrow / Deposit) | CAM | 986.22 | 88.17 | |
| 10/1/2003 | 10/1/2003 | CAM (Escrow / Deposit) | CAM | 986.22 | 88.17 | |
| 11/1/2003 | 11/1/2003 | CAM (Escrow / Deposit) | CAM | 986.22 | 88.17 | |
| 12/1/2003 | 12/1/2003 | CAM (Escrow / Deposit) | CAM | 986.22 | 88.17 | |
| 6/6/2005 | 6/6/2005 | Cam Rec 1/1/04 - 12/31/04 | RCAM | 251.1 | 251.1 | |
| 6/6/2005 | 6/6/2005 | INS REC 1/1/04 - 12/31/04 | RINS | 4,579.17 | 4,579.17 | |
| 6/6/2005 | 6/6/2005 | RE TAX REC 1/1/04 - 12/31/04 | RRET | 22,483.14 | 22,483.14 | |
| 3/31/2006 | 3/31/2006 | RE TAX Rec 01/01/05 -12/31/05 | RRET | 3,312.17 | 1,380.07 | (5 mos) |
| | | **TOTAL** | | $38,868.02 | $29,751.52 | |