ordinance, resolution or statute of any governmental body affecting the premises of Lessee's occupancy thereof, if said ordinance, resolution or statute is considered by Lessors or Lessee to be invalid.

The Lessee will, at all times, at Lessee's expense, keep all buildings and all other improvements placed on the leased land in good order, condition and repair (and will make repairs due to damage or destruction by fire, the elements or other casualty, to include rebuilding Lessee's demised store building). In the event, at any time during the term of this lease, any addition, alteration, change, repair or other work of any nature, structural or otherwise, be required or ordered or become necessary on account of any governmental regulation now in effect or hereafter adopted, passed or promulgated, or on account of any other reason with respect to the building now on the leased land or with respect to any other buildings or improvements thereafter placed on the leased land, the entire expense thereof, regardless of when the same shall be incurred or become due, shall be the liability of Lessee and, in no event, shall the Lessors be called upon to contribute thereto or do or pay for any work of any nature whatsoever on the premises.

## ARTICLE XI

### Insurance and Indemnity

Lessors acknowledge that Lessee and Winn-Dixie Stores, Inc., a Florida corporation, of which Lessee is a wholly-owned subsidiary corporation, are self-insured to limits of $750,000.00 for comprehensive, general and automobile liability. There are excess liability insurance policies in force with aggregated limits of $60,000,000.00, subject to the $750,000.00 self-insured retention. Lessors acknowledge that Lessee's self-insurance program is satisfactory to them and such self-insurance shall cover Lessee's store building and any other improvements made by Lessee

**EXHIBIT A**

on the demised premises and any alterations, additions or renovations thereto, in the amount of full insurable value thereof, upon foundation walls.

Lessee agrees to indemnify and save harmless Lessors from any claim or loss by reason of an accident or damage to any person or property happening in Lessee's store building erected on the demised premises. Likewise, Lessors shall indemnify and save harmless Lessee from any claim or loss by reason of an accident or damage to any person or property happening on or about all common areas of the shopping center (including all area within the demised premises other than Lessee's store building), unless due to the negligence of Lessee, its agents, servants or employees, and Lessors further agree to carry at their expense, public liability insurance coverage on all such shopping center common areas, with a contractual liability endorsement on the policy, in a company qualified to transact business in the state of Georgia, stipulating limits of liability of not less than $500,000.00 for an accident affecting any one person; and not less than $1,000,000.00 for an accident affecting more than one person; and $100,000.00 property damage. Certificate of such coverage from the insurer providing thirty (30) days' notice to Lessee prior to termination or cancellation shall be furnished Lessee. During the term of this lease and any extensions thereof, Lessee agrees to pay to Lessors as additional rental the amount of the premium for Lessors liability insurance above described. Lessee shall be responsible for its pro-rata share of such premiums, such pro-rata share to be determined in the same method as hereinbefore described in Article VI. The amount of premiums for which Lessee is to reimburse Lessors shall be less any available abatements, discounts or refunds thereon. Lessee shall be entitled to receive, upon request, from the Lessors, copies of the statements for such insurance premiums.