Insurance Charges for 2005:

Total insurance charges for 2005 = $16,888

$16,888 x 56.9%$^*$ = $9,609.27

$9,609.27 x 52/365$^{**}$ = $1,368.99

* The Ground and Premises constitute 56.9% of the square footage in the shopping center. Charges are pro-rated based upon square footage.

** There were 52 days between January 1, 2005 and the Petition Date of February 21, 2005.

**EXHIBIT B**