## CAM AND SECURITY CHARGES

CAM charges:

| | |
|---|---:|
| 4th Quarter of 2004 | $ 9,168.37 |
| Pro-ration of 1st Quarter of 2005 | |
| 21,944.44 x 52/90 | 12,679.01 |
| | $21,847.38 |

Security charges:

| | | |
|---|---:|---:|
| Pro-rated charges for 12/19/04 – 1/29/05 | | $ 2,628.39 |
| Charges for 1/30/05 – 2/21/05: | | |
| Future Security 1/30/05 – 2/12/05 | 1,580.79 | |
| Bell South for 2/7/05 – 2/21/05 | | |
| $40.92 x 14/28 = | 20.46 | |
| Future security for 2/13/05 – 2/21/05 | | |
| $1,580.79 x 9/14 | 1,016.22 | |
| | $2,617.47 | |

Charges pro-rated based on rent
Square footage - $2,617.47 x 56.9% =                                  $ 1,489.34
                                                   Total charges     $ 4,117.73

## GROUP EXHIBIT C

# INVOICE

| | | | | |
|---|---|---|---|---|
| DATE: | 2/18/05 | | CENTER: | Midtown Promenade - Phase I |
| | | | TOTAL SQ. FT: | 63,131 |

**REMIT TO:** Ackerman-Midtown Associates, Ltd.
Ackerman & Company
1040 Crown Pointe Pkwy., Ste. 200
Atlanta, GA  30338

**TENANT:** Winn Dixie Store/SaveRite #2712
931 Monroe Drive
Atlanta, GA

**BILLING ADDRESS:** Winn-Dixie Real Estate Dept. /Save Rite #2712
ATTN: Eric Echols, Loss Prevention
PO Box 43425
Atlanta, GA  30336

## SECURITY
### 12/19/04 - 01/29/05

| VENDOR | INVOICE | INV. DATE | DESCRIPTION | AMT. DUE |
|---|---|---|---|---|
| Future Security, Inc. | Inv. 8671 | 01/06/05 | 12/19/04 - 01/01/05 | $1,457.68 |
| Future Security, Inc. | Inv. 8787 | 01/20/05 | 01/02/05 - 01/15/05 | $1,580.79 |
| Future Security, Inc. | Inv. 8819 | 02/03/05 | 01/16/05 - 01/29/05 | $1,580.79 |
| **TOTAL SECURITY EXPENSE** | | | | **$4,619.26** |

SIZE OF LEASED PREMISES     35,922
MERCHANT'S PRORATA SHARE    56.90%

**AMOUNT DUE THIS INVOICE**       $2,628.39

Copies of paid invoices attached. Please
contact Renee Harrison, Lease Administrator
with questions or comments. Thank you.
770-913-3973 (Direct Telephone)



EXHIBIT
PART OF
GROUP EX. C

## STATEMENT

| | | | |
|---|---|---|---|
| DATE: | 7/8/05 | CENTER: | Midtown Promenade - Phase I |
| | | TOTAL SQ. FT: | 63,131 |

REMIT TO: Ackerman-Midtown Associates, Ltd.
1040 Crown Pointe Pkwy., Ste. 200
Atlanta, GA  30338

TENANT: Winn Dixie Store/SaveRite #2712 - Midtown Shopping Center
ATTN: Telsa Tinsley, Winn Dixie Real Estate Dept.
P.O. Box 43425
Atlanta, GA  30336

### QUARTERLY CAM
### 1st QUARTER 2005 EXPENSE SUMMARY

| | |
|---|---:|
| COMMON AREA MAINTENANCE (CAM) | |
| SECURITY (EXCLUDES FUTURE SECURITY INVOICED SEPARATELY) | 0.00 |
| PLUMBING | 0.00 |
| ELECTRICAL REPAIRS | 659.08 |
| LANDSCAPING | 1,792.80 |
| PARKING LOT SWEEPING | 4,067.31 |
| PARKING LOT MAINTENANCE | 0.00 |
| EXTERMINATING | 120.00 |
| SIGN MAINTENANCE | 591.60 |
| GENERAL SUPPLIES | 73.47 |
| LANDSCAPING - ANNUAL | 1,827.00 |
| LIFE SUPPORT SYSTEMS / FIRE HYDRANTS | 0.00 |
| GENERAL MAINT. REPAIRS | 638.67 |
| ELECTRICITY | 1,550.49 |
| WATER/SEWER | 27,246.26 |
| **TOTAL 1st QUARTER CAM EXPENSES** | 38,566.68 |

| | | |
|---|---|---:|
| SIZE OF LEASED PREMISES | 35,922 sf | |
| MERCHANT'S PRORATA SHARE | 56.90% | 21,944.44 |
| | **TOTAL DUE THIS INVOICE** | **21,944.44** |

Copies of paid invoices attached. Please
contact Angela Chapman, Property Manager
with questions or comments. Thank you.
Telephone:   770-913-3900
Fax:         770-913-3965
Email:       achapman@ackermanco.net

# INVOICE

| | | | |
|---|---|---|---|
| DATE: | 7/8/05 | CENTER: | Midtown Promenade - Phase I |
| | | TOTAL SQ. FT: | 63,131 |

REMIT TO: **Ackerman-Midtown Associates, Ltd.**
1040 Crown Pointe Pkwy., Ste. 200
Atlanta, GA 30338

TENANT: Winn Dixie Store/SaveRite #2712 - Midtown Shopping Center
ATTN: Telsa Tinsley, Winn Dixie Real Estate Dept.
P.O. Box 43425
Atlanta, GA 30336

## QUARTERLY CAM
## 2nd QUARTER 2005 EXPENSE SUMMARY

COMMON AREA MAINTENANCE (CAM)

| | |
|---|---:|
| SECURITY (EXCLUDES FUTURE SECURITY INVOICED SEPARATELY) | 0.00 |
| PLUMBING | 374.50 |
| ELECTRICAL REPAIRS | 0.00 |
| LANDSCAPING | 1,879.30 |
| PARKING LOT SWEEPING | 2,772.30 |
| PARKING LOT MAINTENANCE | 0.00 |
| EXTERMINATING | 0.00 |
| SIGN MAINTENANCE | 0.00 |
| GENERAL SUPPLIES | 0.00 |
| LANDSCAPING - ANNUAL | 0.00 |
| LIFE SUPPORT SYSTEMS / FIRE HYDRANTS | 0.00 |
| GENERAL MAINT. REPAIRS | 327.28 |
| ELECTRICITY | 1,546.63 |
| WATER/SEWER | 14,920.55 |
| TAX CONSULTANT | 500 |
| **TOTAL 2nd QUARTER CAM EXPENSES** | 22,320.56 |

| | | |
|---|---|---:|
| SIZE OF LEASED PREMISES | 35,922 sf | |
| MERCHANT'S PRORATA SHARE | 56.90% | 12,700.40 |

**TOTAL DUE THIS INVOICE**   | 12,700.40 |

Copies of paid invoices attached. Please
contact Angela Chapman, Property Manager
with questions or comments. Thank you.
Telephone:  770-913-3900
Fax:  770-913-3965
Email:  achapman@ackermanco.net

WINN DIXIE STATEMENT 6-29                                              7/8/2005

# INVOICE

DATE: 1/24/2005  CENTER: Midtown Promenade

REMIT TO Ackerman-Midtown Associates, Ltd.  TOTAL SQ. FT: 63,131

1040 Crown Pointe Pkwy., Ste. 200
Atlanta, GA 30338

TENANT: Winn Dixie Store/SaveRite #2712 - Midtown Shopping Center
ATTN: _____, Winn Dixie Real Estate Dept.
P.O. Box 43425
Atlanta, GA 30336

## QUARTERLY CAM
### 4th QUARTER 2004 EXPENSE SUMMARY
### COMMON AREA MAINTENANCE (CAM)

| Item | Amount |
|---|---|
| SECURITY | 0 |
| PLUMBING | 0 |
| ELECTRICAL REPAIRS | 0 |
| LANDSCAPING CONTRACT | 1,852.00 |
| PARKING LOT SWEEPING | 3,508.88 |
| PARKING LOT MAINTENANCE | 5,048.00 |
| EXTERMINATING | 90 |
| SIGN MAINTENANCE | 0 |
| GENERAL SUPPLIES | 0 |
| LANDSCAPING - ANNUAL | 0 |
| LIFE SUPPORT SYSTEMS / FIRE HYDRANTS | 250 |
| GENERAL MAINT. REPAIRS | 2,215.90 |
| ELECTRICITY | 1,388.95 |
| WATER/SEWER | 1,759.40 |
| **TOTAL 4th QUARTER CAM EXPENSES** | **16,113.13** |

| | | |
|---|---|---|
| SQUARE FOOTAGE - LEASED PREMISES | 35,922 | |
| NUMBER OF DAYS PREMISES LEASED | 365 | |
| MERCHANT'S PRORATA SHARE | 56.90% | 9,168.37 |
| **TOTAL DUE THIS INVOICE** | | **9,168.37** |

Copies of paid invoices attached. Please
call Renee Harrison @ 770-913-3973
with questions or comments. Thank you.

INVOICE

| | | |
|---|---|---|
| DATE: | 7/6/05 | CENTER: Midtown Promenade - Phase I |
| | | TOTAL SQ. FT: 63,131 |
| REMIT TO: | Ackerman-Midtown Associates, Ltd.<br>Ackerman & Company<br>1040 Crown Pointe Pkwy., Ste. 200<br>Atlanta, GA 30338 | |
| TENANT: | Winn Dixie Store/SaveRite #2712<br>931 Monroe Drive<br>Atlanta, GA | |
| BILLING ADDRESS: | Winn-Dixie Real Estate Dept. /Save Rite #2712<br>ATTN: Eric Echols, Loss Prevention<br>PO Box 43425<br>Atlanta, GA 30336 | |

### SECURITY
### 01/30/05 - 6/30/05

| VENDOR | INVOICE | INV. DATE | DESCRIPTION | AMT. DUE |
|---|---|---|---|---|
| Future Security, Inc. | Inv. | | 01/30/05 - 02/12/05 | 1,580.79 |
| BellSouth | | | 02/07/05 - 03/06/05 | 40.92 |
| Future Security, Inc. | Inv. | | 02/13/05 - 02/26/05 | 1,580.79 |
| Future Security, Inc. | Inv. | | 02/27/05 - 03/12/05 | 1,580.79 |
| BellSouth | | | 03/07/05 -04/06/05 | 40.92 |
| Future Security, Inc. | Inv. | | 03/13/05 - 03/26/05 | 1,570.79 |
| Future Security, Inc. | Inv. | | 03/27/05 - 04/09/05 | 1,580.79 |
| BellSouth | | | 04/07/05 - 05/06/05 | 40.94 |
| Future Security, Inc. | Inv. | | 04/10/05 - 04/23/05 | 1,580.79 |
| Future Security, Inc. | Inv. | | 04/24/05 - 05/07/05 | 1,580.79 |
| BellSouth | | | 05/07/05 - 06/06/05 | 41.06 |
| Gayla Travis | | | Pride Sec. | 1,080.54 |
| Future Security, Inc. | Inv. | | 06/05/05 - 06/18/05 | 1,580.79 |
| BellSouth | | | 06/07/05 - 07/06/05 | 41.06 |
| Future Security, Inc. | Inv. | | 05/08/05 - 05/21/05 | 1,580.79 |
| Future Security, Inc. | Inv. | | 05/22/05 - 06/04/05 | 2,086.19 |
| Future Security, Inc. | Inv. | | 06/05/05 - 06/18/05 | 1,580.79 |
| Future Security, Inc. | Inv. | | 06/06/05 - 06/30/05 | 1,580.79 |
| **TOTAL SECURITY EXPENSE** | | | | 20,750.32 |

SIZE OF LEASED PREMISES     35,922
MERCHANT'S PRORATA SHARE    56.90%

**AMOUNT DUE THIS INVOICE**     | 11,807.08 |

Copies of paid invoices attached. Please
contact Renee Harrison, Lease Administrator
with questions or comments. Thank you.
770-913-3973 (Direct Telephone)
rharrison@ackermanco.net

WINN DIXIE STATEMENT 6-29                                                                 7/8/2005