Preliminary Cost Opinion

**Winn Dixie - 4th & Oak St.**
**Building Repair**
**09/23/05 Estimate**
Rev. 0
By: MJS/JRF
Rev. 4 - 06/09/06 MJS - rework to include bldg repair and mntc only

**BTM**
3001 Taylor Springs Drive
Louisville, KY 40220
Phone (502) 459-8402

| Item/Description | Units | Qty | Labor Unit Costs | Labor Item Costs | Materials Unit Costs | Materials Item Costs | Total Costs | Comments |
|---|---|---|---|---|---|---|---|---|
| **1 Wheel Stops** | | | | | | | | |
| Removal | each | 12 | 15.00 | 180.00 | 10.00 | 120.00 | 325 | |
| Add | each | 120 | 30.00 | 3,600.00 | 15.00 | 1,800.00 | 650 | |
| Paint | each | 38 | 7.00 | 266.00 | 8.00 | 304.00 | 570 | |
| | L.F. | 11 | 7.75 | 85.25 | 12.51 | 137.61 | 330 | |
| **2 Cart Coral** | | | | | | | | |
| **3 Light Standard** | | | | | | | | |
| Remove Paint | Sq. Ft. | 70 | 0.82 | 57.40 | 1.42 | 99.40 | 200 | |
| Repaint | Sq. Ft. | 70 | 1.64 | 114.80 | 2.83 | 198.10 | 400 | |
| **4 Building Foundation (parking lot area)** | | | | | | | | |
| Demolition | Sq. Ft. | 2,200 | 2.89 | 6,358.00 | 0.38 | 836.00 | 7,200 | |
| Repaving | Sq. Ft. | 2,200 | 0.05 | 110.00 | 0.36 | 792.00 | 1,060 | |
| **5 Asphalt pavement** | | | | | | | | |
| Sawcut Pavement | L.F. | 160 | 0.46 | 73.60 | 0.55 | 88.00 | 208 | |
| Pavement Removal | Sq. Yd. | 700 | 1.74 | 1,218.00 | 1.20 | 840.00 | 2,800 | |
| Pavement Replacement | Sq. Ft. | 2,100 | 0.05 | 105.00 | 0.36 | 756.00 | 1,000 | |
| Resealing | Sq. Yd. | 4,700 | 0.50 | 2,350.00 | 0.50 | 2,350.00 | 4,700 | |
| **6 Repaint Plot Curbs** | Sq. Ft. | 250 | 0.55 | 137.50 | 0.12 | 30.00 | 250 | |
| Striping | L.F. | 4,000 | 0.17 | 680.00 | 0.06 | 240.00 | 1,200 | |
| **7 Curb at Building Front** | | | | | | | | |
| Demolition | L.F. | 30 | 2.52 | 75.60 | 0.78 | 23.40 | 150 | |
| Reform | L.F. | 30 | 0.97 | 29.10 | 0.95 | 28.50 | 80 | |
| **8 Tree Removal** | each | 8 | 170.00 | 1,360.00 | 127.00 | 1,016.00 | 3,240 | location is damaging roof |
| Gutter | | | | | | | | |
| Removal | L.F. | 155 | 0.89 | 137.95 | 0.00 | 0.00 | 215 | |
| Replacement | L.F. | 155 | 2.68 | 415.40 | 1.22 | 189.10 | 850 | |
| **9 EIFS** | | | | 0.00 | | 0.00 | | |
| Removal | | 20 | 2.70 | 54.00 | 1.77 | 35.40 | 121 | |
| Replacement | Sq. Ft. | 20 | 5.40 | 108.00 | 3.54 | 70.80 | 242 | |
| **10 Windows** | | | | | | | | |
| Remove & Reset Flashing | L.F. | 16 | 1.37 | 21.92 | 0.00 | 0.00 | 35 | |
| Replace Sealant | L.F. | 16 | 2.56 | 3,600.00 | 1.24 | 1,800.00 | 84 | |
| **11 Seal Masonry Expansion Joints** | | | | | | | | |
| Caulking | L.F. | 400 | 2.56 | 85.25 | 1.24 | 137.61 | 2,100 | |
| **12 Drive Through Window Opening** | each | 1 | 61.00 | 0.00 | 300.00 | 0.00 | 440 | |
| **13 Truck Bumper at Loading Dock** | | | | | | | | |
| Replacement | each | 2 | 13.70 | 114.80 | 42.00 | 198.10 | 135 | |
| | | | | | Page 1 Total | | 28,585 | |
| **Normal Building Maintenance Items** | | | | | | | $ 28,145 | |
| Includes items 1 thru 11 + 13 | | | | | | | | |
| Adjust Tree Removal Costs | | | | | | | | |
| revised estimate is $7,600 vs $3,240 | | | | | | | $ 4,360 | |
| Subtotal = | | | | | | | $ 32,505 | |
| **Damage Due to Removal of Equipment/Fixtures** | | | | | | | | |
| Drive Through Window Opening (item 12) | each | 1 | 61.00 | 75.60 | 300.00 | 23.40 | $ 440 | |
| Subtotal = | | | | | | | $ 440 | |
| | | | | | Page Total = | | $ 32,945 | |

EXHIBIT A

tabbies

louisville5 (2).xls

Preliminary Cost Opinion

louisville5.xls

| Winn Dixie - 4th & Oak St. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Building Repair | | | | | | | | BT | |
| 09/23/05 **Estimate** | | | | | | | | | |
| Rev. 0 | | | | | | | | | |
| By: MJS/JRF | | | | | | | | 3001 Taylor Springs Drive | |
| Rev. 4 - 06/09/06 MJS - rework to include | | | | | | | | Louisville, KY 40220 | |
| bldg repair and mntc only | | | | | | | | Phone (502) 459-8402 | |
| | | | Labor | | Materials | | | | |
| Item/Description | Units | Qty | Unit Costs | Item Costs | Unit Costs | Item Costs | | Total Costs | Comments |
| **Mechanical** | | | | | | | | | |
| 1 Seal cut copper refrigerant tubing | MHr | 135 | $ 55.00 | $ 7,425.00 | $ 12.50 | $ 1,687.50 | $ | 9,100 | For long term storage |
| **Electrical** | | | | | | | | | |
| 2 Secure open circuits at cooler | LS | 1 | | $ 4,400.00 | | $ - | $ | 4,400 | |
| 3 Replace damaged distibution panel | EA | 1 | | $ 1,233 | | $ 1,317 | $ | 2,550 | From Means Est Guide |
| Estimated cost to restore working condition | | | | | | Page 2 Total | $ | 16,050 | |
| **Normal Building Maintenance Items** | | | | | | | | | |
| Item no. 3 | EA | 1 | | $ 1,233 | | $ 1,317 | $ | 2,550 | From Means Est Guide |
| Subtotal = | | | | | | | $ | 2,550 | |
| **Damage Due to Removal of Equipment/Fixtures** | | | | | | | | | |
| Items 1 & 2 | | | | | | | $ | 13,500 | |
| Subtotal = | | | | | | | $ | 13,500 | |
| | | | | | | Page Total = | $ | 16,050 | |

Preliminary Cost Opinion

Winn Dixie - 4th & Oak St.
Building Repair
09/23/05 **Estimate**
Rev. 0
By: MJS/JRF
Rev. 4 - 06/09/06 MJS - rework to include bldg repair and mntc only

**BTV**
3001 Taylor Springs Drive
Louisville, KY 40220
Phone (502) 459-8402

| | Item/Description | | Units | Qty | Labor Unit Costs | Labor Item Costs | Materials Unit Costs | Materials Item Costs | Total Costs | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Handrail | Removal | L.F. | 11 | 3.88 | 42.63 | 7.50 | $ 82.50 | $ 125 | |
| | | Replacement | L.F. | 11 | 7.75 | 85.25 | 15.00 | $ 165.00 | $ 250 | |
| 2 | Joint Between Stair and Wall | | L.F. | 11 | 2.56 | 28.16 | 1.24 | $ 13.64 | $ 42 | |
| 3 | Generator Exhaust Pipe Exit | Wall Cover Addition | Sq. Ft. | 1 | 1.71 | 1.71 | 1.28 | $ 1.28 | $ 5 | |
| 4 | Masonry Paint at Loading Dock | | | | | 0.00 | | $ 0.00 | | |
| | | Removal | Sq. Ft. | 2,700 | 0.28 | 742.50 | 0.06 | $ 162.00 | $ 1,350 | |
| | | Repaint | Sq. Ft. | 2,700 | 0.55 | 1,485.00 | 0.12 | $ 324.00 | $ 2,700 | |
| 5 | Roof | | | | | 0.00 | | $ 0.00 | | |
| | | Hole Patch | Gal. | 1 | 280.00 | 280.00 | 18.05 | $ 18.05 | $ 20 | |
| 6 | Ceiling Tile | Replacement | Sq. Ft. | 440 | 0.27 | 118.80 | 1.28 | $ 563.20 | $ 810 | |
| 7 | Restroom Fixture Leaking | | MHrs | 12 | 62.50 | 750.00 | 10.00 | $ 120.00 | $ 870 | |
| 8 | Mold/ Mildew | | | | | 0.00 | | $ 0.00 | | |
| | | Remediation | Sq. Ft. | 600 | 4.00 | 2,400.00 | 1.00 | $ 600.00 | $ 3,000 | |
| | | Replacement | Sq. Ft. | 600 | 1.15 | 690.00 | 0.25 | $ 150.00 | $ 1,250 | |
| | | Paint | Sq. Ft. | 600 | 0.36 | 216.00 | 0.09 | $ 54.00 | $ 384 | |
| 9 | Floor Drains | | each | 5 | 45.00 | 225.00 | 5.00 | $ 25.00 | $ 250 | |
| 10 | Floor Tiles | | | | | 0.00 | | $ 0.00 | | |
| | Removal (Includes Refrigeration Area) | | Sq. Ft. | 2,530 | 0.26 | 657.80 | 0.50 | $ 1,265.00 | $ 2,370 | |
| | Replacement (Includes Refrigeration Area) | | Sq. Ft. | 2,530 | 0.52 | 1,315.60 | 1.00 | $ 2,530.00 | $ 4,735 | |
| | | Removal | Sq. Ft. | 1,005 | 0.26 | 261.30 | 0.50 | $ 502.50 | $ 950 | |
| | | Replacement | Sq. Ft. | 1,005 | 0.52 | 522.60 | 1.00 | $ 1,005.00 | $ 1,900 | |
| | | | | | | | | | $ 21,000 | |

**Normal Building Maintenance Items**

| Items 1thru 5, 7, 8 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Subtotal = | | | | | | | | $ 10,000 | |
| | | | 10% inflation and cost increase allowance | | | | | | $ 10,000 | |

**Damage Due to Removal of Equipment/Fixtures**

| Items 6, 9, & 10 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Subtotal = | | | | | | | | $ 11,000 | |
| | | | 10% inflation and cost increase allowance | | | | | Page Total = | $ 21,000 | |

**Cost Summary**

| | | | | | | | | Page 1 Total | $ 32,945 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Page 2 Total | $ 16,050 | |
| | | | | | | | | Page 3 Total | $ 21,000 | |
| | | | | | | | | Sub Total | $ 69,995 | |
| | | | | | | | | Sub Total | $ 7,000 | |
| | | | 10% inflation and cost increase allowance | | | | | | | |
| | | | | | | | | Total Est Costs | $ 76,994.50 | |

**Normal Building Maintenance Items - Summary**

| | | | | | | | | Page 1 Total | $ 32,505 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Page 2 Total | $ 2,550 | |
| | | | | | | | | Page 3 Total | $ 10,000 | |
| | | | | | | | | Sub Total | $ 45,055 | |
| | | | | | | | | Sub Total | $ 4,506 | |
| | | | 10% inflation and cost increase allowance | | | | | | | |
| | | | | | | | | Total Est Costs | $ 49,560.50 | |

**Damage Due to Removal of Equipment/Fixtures - Summary**

| | | | | | | | | Page 1 Total | $ 440 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Page 2 Total | $ 13,500 | |
| | | | | | | | | Page 3 Total | $ 11,000 | |
| | | | | | | | | Sub Total | $ 24,940 | |
| | | | | | | | | Sub Total | $ 2,494 | |
| | | | 10% inflation and cost increase allowance | | | | | | | |
| | | | | | | | | Total Est Costs | $ 27,434.00 | |
| | | | | | | | | Page Total = | $ 76,994.50 | |

louisville5 (2).xls