Preliminary Cost Opinion

shelbyville1.xls

**Winn Dixie - Shelbyville, KY**
Building Repair
12-Jun-06
Rev. 1 Update after 06/11/06 walk-through
By: MJS
Rev. 2 Estimate Categorization - 8/17/06

BTW
3001 Taylor Springs Drive
Louisville, KY 40220
Phone (502) 459-8402

### Damage Due to Removal of Equipment/Fixtures

| # | Item/Description | | Units | Qty | Labor Unit Costs | Labor Item Costs | Materials Unit Costs | Materials Item Costs | Total Costs | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Repair Electrical Circuit | | LS | 1 | | $ 75.00 | | $ 10.00 | $ 85.00 | |
| 2 | Replace exterior light | | EA | 1 | | $ 150.00 | | $ 150.00 | $ 300.00 | |
| 3 | Ceiling Tile | Replacement | Sq. Ft. | 400 | $ 0.27 | $ 108.00 | 1.28 | $ 512.00 | $ 620.00 | based on 50 tiles |
| 4 | Mold/ Mildew Contamination | Remediation | Sq. Ft. | 1,200 | $ 4.00 | $ 4,800.00 | 1.00 | $ 1,200.00 | $ 6,000.00 | Qty per site measurements |
|   |   | Replacement | Sq. Ft. | 1,200 | $ 1.15 | $ 1,380.00 | 0.25 | $ 300.00 | $ 1,680.00 | |
|   |   | Paint | Sq. Ft. | 1,200 | $ 0.36 | $ 432.00 | 0.09 | $ 108.00 | $ 540.00 | |
| 5 | Floor Tiles | Replacement | Sq. Ft. | 200 | $ 0.52 | $ 104.00 | 1.00 | $ 200.00 | $ 304.00 | |
| 6 | Wall Damage - Gypsum drywall | | Sq. Ft. | 16 | | $ 75.00 | | $ 35.00 | $ 110.00 | |
| 7 | Damage to column trim-ss | | LS | 1 | | $ 50.00 | | $ 50.00 | $ 100.00 | |
| 8 | Repair Brick corner at dock - exterior | | SF | 30 | $ 7.50 | $ 225.00 | 5 | $ 150.00 | $ 375.00 | |
|   |   |   |   |   |   |   | Sub Total | | $ 10,100 | |
|   |   |   |   |   |   |   | Inflation Allowance 10% | | $ 1,010 | |
|   |   |   |   |   |   |   | Total | | $ 11,110 | |

### Normal Building Maintenance Items

| # | Item/Description | | Units | Qty | Labor Unit Costs | Labor Item Costs | Materials Unit Costs | Materials Item Costs | Total Costs | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Repair Electrical Circuit | | LS | 1 | | $ 75.00 | | $ 10.00 | $ 85.00 | |
| 2 | Replace exterior light | | EA | 1 | | $ 150.00 | | $ 150.00 | $ 300.00 | |
| 4 | Mold/ Mildew Contamination | Remediation | Sq. Ft. | 1,200 | $ 4.00 | $ 4,800.00 | 1.00 | $ 1,200.00 | $ 6,000.00 | Qty per site measurements |
|   |   | Replacement | Sq. Ft. | 1,200 | $ 1.15 | $ 1,380.00 | 0.25 | $ 300.00 | $ 1,680.00 | |
|   |   | Paint | Sq. Ft. | 1,200 | $ 0.36 | $ 432.00 | 0.09 | $ 108.00 | $ 540.00 | |
| 8 | Repair Brick corner at dock - exterior | | SF | 30 | $ 7.50 | $ 225.00 | 5 | $ 150.00 | $ 375.00 | |
|   |   |   |   |   |   |   | Sub Total | | $ 9,000 | |
|   |   |   |   |   |   |   | Inflation Allowance 10% | | $ 900 | |
|   |   |   |   |   |   |   | Total | | $ 9,900 | |

### Damage Due to Removal of Equipment/Fixtures

| # | Item/Description | | Units | Qty | Labor Unit Costs | Labor Item Costs | Materials Unit Costs | Materials Item Costs | Total Costs | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Ceiling Tile | Replacement | Sq. Ft. | 400 | $ 0.27 | $ 108.00 | 1.28 | $ 512.00 | $ 620.00 | based on 50 tiles |
| 5 | Floor Tiles | Replacement | Sq. Ft. | 200 | $ 0.52 | $ 104.00 | 1.00 | $ 200.00 | $ 304.00 | |
| 6 | Wall Damage - Gypsum drywall | | Sq. Ft. | 16 | | $ 75.00 | | $ 35.00 | $ 110.00 | |
| 7 | Damage to column trim-ss | | LS | 1 | | $ 50.00 | | $ 50.00 | $ 100.00 | |
|   |   |   |   |   |   |   | Sub Total | | $ 1,100 | |
|   |   |   |   |   |   |   | Inflation Allowance 10% | | $ 110 | |
|   |   |   |   |   |   |   | Total | | $ 1,210 | |

EXHIBIT B