## CAM CHARGES

| | |
|---|---|
| 2004 | $10,157.35 |
| Pro-ration of 2005 | |
| 10.157.35 x 52/365 | 1,447.07 |
| | $11,604.42 |

## GROUP EXHIBIT A

# TRI-CITY, INC 

36 RICHMOND PLAZA
ROCKINGHAM, NC 28379
Phone 910-997-2544
Fax    910-997-4042
E-Mail tricityges@carolina.net

June 3, 2005

Carol Canady
Winn-Dixie
PO Box 1760
Garner, NC 27529

RE:  C.A.M. Charges
     Store # 2045
     Rockingham, NC 28379

Dear Carol:

C.A.M. charges for year 2004, as follows:

| | | | |
|---|---|---|---|
| 1) | Utility Bills | | $2556.62 |
| 2) | Pilot Cleaning | 12 X 225 | $2700.00 |
| 3) | Insurance | | $2901.00 |
| 4) | Repair Parking Lot | | $2375.00 |
| 5) | Light Repairs | | $2700.00 |
| | | | $13,232.62 |

Winn-Dixie Share 76.76%                    X .7676

Due Landlord                               $10,157.35

Thanks,

George Short

---

**EXHIBIT**
PART OF
GROUP EX. A