## BUDGET PROJECTION

PROJECT: Catamount Rockingham LLC (Winn Dixie #2045)  
PROJECT NO: 7-N-05035-A  
DATE: 8/9/05  
PAGE: 1 of 1

| Building | Roof Area | Area SF | RSF YRS | Emer. Maint. | Prev. Maint. | Corr. Maint. | Retro. | Replace | Subtotal Est. Cost | Eng./Proj. Mgmt. Fees | On-Site/QC Fees | Subtotal Eng. Fees | Total Est. Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Winn Dixie #2045 | A | 32,400 | 3 | | | $12,600 | | | | | | | |
| | B | 7,100 | 9 | | | $1,500 | | | | | | | |
| | C | 865 | 2 | | | $2,400 | | * | | | | | |
| | D | 100 | 3 | | | $400 | | * | | | | | |
| | E | 100 | 1 | | | $300 | | * | | | | | |
| | F | 380 | N/A | | | $0 | | | | | | | |
| | G | 360 | 1 | | | $1,100 | | * | | | | | |
| **TOTALS:** | | 41,305 | | | | $18,300 | | | N/A | N/A | N/A | N/A | N/A |

**NOTE:** Please see the Recommendation section of this report for further information.

Engineering Technology Diagnostics & Design  
Corporate Office • 222 Beltway Boulevard • Matthews, NC 28104 • (704) 882-7517 • Fax (704) 882-7530



EXHIBIT B

# BUDGET PROJECTION

PROJECT: Catamount Rockingham LLC (Winn Dixie #2045)  
PROJECT NO: 7-N-05034-A  
DATE: 9/15/05  
PAGE: 1 of 1

| Building | Wall Area | Area SF | Coating/ Sealer | Sealant | Glazing | Misc. Cost | Subtotal Est. Cost | Eng./Proj Mgmt. Fees | On-Site/QC Fees | Subtotal Eng. Fees | Total Est. Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WINN | N | 5,190 | $11,400 | $700 | $0 | $900 | $13,000 | ** | ** | ** | ** |
| DIXIE | S | 2,900 | $5,700 | $0 | $0 | $900 | $6,600 | ** | ** | ** | ** |
| #2045 | E | 6,400 | $12,900 | $0 | $0 | $1,800 | $14,700 | ** | ** | ** | ** |
|  | W | 6,800 | $12,400 | $1,000 | $0 | $1,000 | $14,400 | ** | ** | ** | ** |
| **TOTALS:** |  | 21,290 | $42,400 | $1,700 | $0 | $4,600 | $48,700 | ** | ** | ** | ** |

**Note:** *The above figures do not include any fees for destructive testing to determine if through wall flashing exist.  
**Engineering fees available upon request.