# Zachary Plaza
## Transaction Detail By Account
### February 2005 through July 2006

| | Type | Date | Num | Name |
|---|---|---|---|---|

**REPAIRS AND MAINTENANCE**

    **830 · Cleaning and Maintenance**

| | Type | Date | Num | Name |
|---|---|---|---|---|
| | Check | 06/24/2005 | 1407 | CHRIS CLOUATRE |
| | Check | 08/19/2005 | 1432 | ALLIED WASTE SERVICES |
| | Check | 12/21/2005 | 1478 | C. C. CHIMNEY SWEEP & DUCT CLEANING |

    Total 830 · Cleaning and Maintenance

    **874 · Repairs General**

| | Type | Date | Num | Name |
|---|---|---|---|---|
| | Check | 05/20/2005 | 1391 | BUILT RITE CONSTRUCTION INC |
| | Check | 06/06/2005 | 1399 | BRASSCO INC |
| | Check | 06/28/2005 | 1410 | JELKS CONSTRUCTION LLC |
| | Check | 09/27/2005 | 1443 | JELKS CONSTRUCTION LLC |
| | Check | 01/04/2006 | 1480 | JELKS CONSTRUCTION LLC |

    Total 874 · Repairs General

    **878 · Repairs Roof**

| | Type | Date | Num | Name |
|---|---|---|---|---|
| | Check | 05/13/2005 | 1386 | JB SERVICES |
| | Check | 05/13/2005 | 1388 | SIMON ROOFING & SHEET METAL CORP |
| | Check | 06/10/2005 | 1401 | JB SERVICES |

    Total 878 · Repairs Roof

Total REPAIRS AND MAINTENANCE

**TOTAL**

# Zachary Plaza
## Transaction Detail By Account
### February 2005 through July 2006

| Memo | Original Amount | Paid Amount |
|---|---:|---:|
| **REPAIRS AND MAIN** | | |
| **830 · Cleaning a** | | |
| INV DATE: 06/05/05 | 1,390.00 | 1,390.00 |
| INV #1-0279-9123274-050600 | 1,296.62 | 1,296.62 |
| INV DATE: 12/08/05 | 2,400.00 | 2,400.00 |
| Total 830 · Clear | | 5,086.62 |
| **874 · Repairs G** | | |
| WINN DIXIE | 3,983.00 | 3,983.00 |
| INV #012707 | 5,700.00 | 5,700.00 |
| DOWN PAYMENT | 14,000.00 | 14,000.00 |
| INV DATE: 09/19/05 | 15,800.00 | 15,800.00 |
| INV DATE: 12/19/05 | 8,900.00 | 8,900.00 |
| Total 874 · Repa | | 48,383.00 |
| **878 · Repairs R** | | |
| DOWN PAYMENT | 20,125.00 | 20,125.00 |
| INV #114470 | 1,755.02 | 1,755.02 |
| INV #6-7-05 | 63,240.00 | 63,240.00 |
| Total 878 · Repa | | 85,120.02 |
| **Total REPAIRS AND** | | 138,589.64 |
| **TOTAL** | | 138,589.64 |

# JELKS CONSTRUCTION LLC

253 HWY. 964
Zachary, La. 70791
Phone: (225) 654-4489
Cell: (225) 938-8698
Fax: (225) 654-5774

INVOICE                                                          Date: 9/19/05

To: Kamin Realty
Ref.: Zachary Plaza

Work has been completed per contract.

Payment received in the amount of $ 14,000.00
Remaining Balance Due: $ 15,800.00

**Total Amount Due: $ 15,800.00**

Thank you for your business.

*Jim Jelks*

PAID

RECEIVED SEP 23 2005

Date: June 21, 2005

# WORK ORDER

## At Project Site

**ZACHARY PLAZA**
**2100 CHURCH STREET**
**ZACHARY, LA 70791**

This work order will confirm (the "Agreement") is made this 21st day of June 2005, between: KAMIN REAL ESTATE COMPANY, a Pennsylvania Corporation, P.O. Box 10234, Pittsburgh, PA 15232, (the "Company").

AND

| | |
|---|---|
| | **JELKS CONSTRUCTION LLC** |
| (Name) | **253 HIGHWAY 964, ZACHARY, LA 70791** |
| (Address) | |

THE PARTIES HERETO, intending hereby to be legally bound, agree as follows: This work order will confirm the Agreement under which you will furnish all labor, materials and equipment necessary for the Project. The parties intend that the Project shall be a "Turnkey" job and shall not require that the Company provide any materials or labor or expand any monies (other then the "Contract Sum"). And conform to applicable state and local codes, standards, and ordinances, which may be required to perform and complete the following work:

*Scope of Work: To install new soffit panels in Court Yard ceiling as shown on drawing A-1. Approximately 7,266 Sq. Ft.*

CONTRACTOR TO:

1. *Properly barricade area for safety where working.*

2. *Have all existing metal grids to be properly secured to support new soffit system.*

3. *Properly install new 24ga White Kynar interlock vented soffit panels with all trim work and properly secured to metal grid.*

4. *Remove all debris generated by this work order.*

5. *Send before and after pictures with the final invoice.*

All of the work and labor shall be done and performed in the best and most workmanlike manner and all of the material and labor shall be subject to the inspection and approval of the Company.

The Contractor shall coordinate its work and cooperate with the Company and with all occupiers of the Project Site and shall obtain, at its expense, all necessary permits, licenses, inspections certificates and approvals pertaining to its work. And shall keep the project site clean and free of dirt and debris. The Contractor has inspected the project site, is familiar with the conditions pertaining to it, and assumes responsibility of all such conditions.

Any failure of the Contractor to prosecute the work with promptness and diligence, or failure in the performance of any of the agreements contained herein, or any act or failure to act by the Contractor or its employees or sub-contractors which causes stoppage or delay of or interference with the work of other contractors, shall constitute a default under this Agreement; and upon any such default, the Company shall be at liberty to take possession of the Project Site and all materials stored thereon and to employ any other persons to finish the work, and the Contractor shall not be entitled to receive any further payment under this Agreement until said work shall be wholly finished; at which time if the unpaid balance of the amount to be paid under this Agreement shall exceed the expense incurred by the Company in finishing the work such excess shall be paid by the Company to the Contractor; but if such expense shall exceed such unpaid balance the Contractor shall pay the difference to the Company. Contractor acknowledges that the owner of the Project Site is an intended third party beneficiary of this Agreement and that such owner may suffer damages if Contractor defaults in its performance hereunder; and no portion of this Agreement shall be deemed to limit the rights and remedies of the owner of the Project Site in connection with any failure of Contractor to perform its duties hereunder.

There shall be no oral modification of this Agreement. To the extent that the parties hereafter agree in writing to make changes in the work with appropriate changes in the Contract Sum and/or the Contract Time, such changes may only be made by written Change Order.

The Contractor shall maintain adequate workers compensation insurance and public liability insurance with limits of liability for personal injury and property damage of at least $250,000. The Contractor shall deliver certificates of insurance to the Company prior to commencement of work. Contractor will keep and save Kamin Real Estate Company and the property owner and their employees harmless from any penalty, claim, demand, loss, damage, charge cost or expense related to the work covered by this work order. Whether occasioned by any neglect or omission of Contractor or any of Contractors employees or subcontractors. All policies of insurance required to be maintained by Contractor here under shall name as additional insurance holder the Company and the owner of the Project Site.

If any provision of the within Agreement is determined to be invalid or unenforceable, the remaining provisions of the Agreement shall remain in full force and effect.

This Agreement shall not be assigned by the Contractor.

This Agreement contains the entire understanding between the parties concerning the subject matter hereof, and no representation inducement, promise or agreement, oral or otherwise between the parties with reference to the subject matter hereof and not embodied herein shall be of any force or effect.

You will complete the work no later than **July 30th 2005**. Please be advised that the **Owner, Daniel G. Kamin & Daniel G. Kamin Zachary Enterprises**, reserves the right to void this contract at anytime due to lack of performance.

The Contractor will guarantee proper workmanship while performing work under the terms of this contract. All work and materials which you furnish will be guaranteed for a period of one (1) year from the date of final completion or such longer period of time as may be set forth in any warranties by manufacturers or suppliers of equipment; and such warranties will be assigned to the Property Manager Kamin Realty Company on behalf of **Daniel G. Kamin & Daniel G. Kamin Zachary Enterprises** as Property Owner.

**TERMS:** The Company shall pay the Contractor for the performance of the Agreement the sum of Twenty Nine Thousand and Eight Hundred Dollars.   $29,800.00.

| Down payment | $14,000.00 |
|---|---|
| Balance due upon completion | $29,800.00 |

**NOTE:** Please return both original copies signed and dated by you indicating your acknowledgement prior to commencement.

Mr. Chuck Reali
Kamin Real Estate Company
P.O. Box 10234
Pittsburgh, PA 15232

_____          _____
Date                                          (Vendor/Contractor Approval)

_____          _____
Date                                          (Building Owner's Authorized Agent Approval)

# Jelks Construction LLC

253 Hwy. 964
Zachary, La. 70791
Phone: (225) 654-4489
Cell: (225) 938-8698
Fax: (225)654-5774

PROPOSAL:

Date: 4/7/05

To: Kamin Realty Company

Ref.: Replacement of soffit to Zachary Mall on Hwy. 64

Removal of old sheet-rock soffit panels to be done by others, leaving metal soffit grid to support new panels.

Materials to install 7,266 sq. feet of soffit panels:

  24 gauge interlock soffit panels with white Kynar Paint finish
  All trim materials will have white Kynar Paint finish

Materials, Equipment and Labor: $ 29,800.00

Thank you.

Jim Jelks

**JB SERVICES**          **PROPOSAL AND ACCEPTANCES**
JIM BURDEN
715 TH STREET
COLUMBUS, IN 47201                   DATE: 5-02-05
812-379-9395

---

SUBMITTED TO: KAMIN REALTY { CHUCK REALI }
P.O BOX 10234
PITTSBURG, PA 15232
JOB LOCATION: 2100 CHURCH ST ZACKERY PLAZA
ZACKERY, LA 70791

---

We hereby submit specifications and estimate for: NEW MODIFIED ROOF SYSTEM 42000 sq. ft

1] I will prep the roof by cutting all the blisters in the old pitch roof membrane

2] I will then install modified smooth surface single ply membrane over the entire roof area according to specifications

3] I will install metal drip edge as shone in pictures.

4] I will flash all the curbs, walls, a/c curbs, stink pipes according to the specifications

5] I will then apply an aluminum fiber roof coating over the entire roof area

6] I will clean up and haul away all the debris

7] Seven year warranty on all workmanship

RECEIVED MAY 10 2005

- hereby to furnish material and labor - complete in accordance with above specifications,

For the sum of: $80500.00

Payment to be made as follows: 25% down         $20125.00
                Balance due upon completion     $60375.00

PAID

All material is guaranteed to be specified. All work to be completed in a workmanship like manner according to standard practices. Any alteration or deviation from above specification involving extra cost will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon accidents or delays beyond our control. We are fully insured.

- The above prices, specifications and conditions are satisfactory and hereby accepted. You are authorized to do the work as specified. Payment will be as outlined.

SIGNATURE _____   DATE  5/02/05

SIGNATURE _____   DATE _____



# kamin real estate company

p.o. box 10234  •  pittsburgh, pennsylvania 15232  •  (412) 661-5233  •  fax (412) 661-8160

Date: May 11, 2005

## WORK ORDER

### At Project Site

**ZACHARY PLAZA**
**2100 CHURCH STREET**
**ZACHARY, LA 70791**

This work order will confirm (the "Agreement") is made this 11th day of May 2005, between: KAMIN REAL ESTATE COMPANY, a Pennsylvania Corporation, P.O. Box 10234, Pittsburgh, PA 15232, (the "Company").

AND

**JB SERVICES**

| (Name) | 715TH STREET, COLUMBUS, IN 47201 |
|---|---|
| (Address) | |

THE PARTIES HERETO, intending hereby to be legally bound, agree as follows: This work order will confirm the Agreement under which you will furnish all labor, materials and equipment necessary for the Project. The parties intend that the Project shall be a "Turnkey" job and shall not require that the Company provide any materials or labor or expand any monies (other then the "Contract Sum"). And conform to applicable state and local codes, standards, and ordinances, which may be required to perform and complete the following work:

*Scope of Work: New Modified Roof System, 42,000 square feet.*

*CONTRACTOR TO:*

1. *Prep the roof by cutting all the blisters in the old pitch roof membrane.*

2. *Install modified smooth surface single ply membrane over the entire roof area according to specifications.*

3. *Install metal drip edge as shone in pictures.*

4. *Flash all the curbs, walls, a/c curbs, stink pipes according to the specifications.*

5. *Apply an aluminum fiber roof coating over the entire roof area.*



# kamin real estate company

p.o. box 10234 • pittsburgh, pennsylvania 15232 • (412) 661-5233 • fax (412) 661-8160

COPY

6. Clean up and haul away all the debris from the site.

7. Give a Seven year warranty on all workmanship.

8. Provide before and after pictures with invoice for final payment.

All of the work and labor shall be done and performed in the best and most workmanlike manner and all of the material and labor shall be subject to the inspection and approval of the Company.

The Contractor shall coordinate its work and cooperate with the Company and with all occupiers of the Project Site and shall obtain, at its expense, all necessary permits, licenses, inspections certificates and approvals pertaining to its work. And shall keep the project site clean and free of dirt and debris. The Contractor has inspected the project site, is familiar with the conditions pertaining to it, and assumes responsibility of all such conditions.

Any failure of the Contractor to prosecute the work with promptness and diligence, or failure in the performance of any of the agreements contained herein, or any act or failure to act by the Contractor or its employees or sub-contractors which causes stoppage or delay of or interference with the work of other contractors, shall constitute a default under this Agreement; and upon any such default, the Company shall be at liberty to take possession of the Project Site and all materials stored thereon and to employ any other persons to finish the work, and the Contractor shall not be entitled to receive any further payment under this Agreement until said work shall be wholly finished; at which time if the unpaid balance of the amount to be paid under this Agreement shall exceed the expense incurred by the Company in finishing the work such excess shall be paid by the Company to the Contractor; but if such expense shall exceed such unpaid balance the Contractor shall pay the difference to the Company. Contractor acknowledges that the owner of the Project Site is an intended third party beneficiary of this Agreement and that such owner may suffer damages if Contractor defaults in its performance hereunder; and no portion of this Agreement shall be deemed to limit the rights and remedies of the owner of the Project Site in connection with any failure of Contractor to perform its duties hereunder.

There shall be no oral modification of this Agreement. To the extent that the parties hereafter agree in writing to make changes in the work with appropriate changes in the Contract Sum and/or the Contract Time, such changes may only be made by written Change Order.



# kamin real estate company

p.o. box 10234    •    pittsburgh, pennsylvania 15232    •    (412) 661-5233    •    fax (412) 661-8160

The Contractor shall maintain adequate workers compensation insurance and public liability insurance with limits of liability for personal injury and property damage of at least $250,000. The Contractor shall deliver certificates of insurance to the Company prior to commencement of work. Contractor will keep and save Kamin Real Estate Company and the property owner and their employees harmless from any penalty, claim, demand, loss, damage, charge cost or expense related to the work covered by this work order. Whether occasioned by any neglect or omission of Contractor or any of Contractors employees or subcontractors. All policies of insurance required to be maintained by Contractor here under shall name as additional insurance holder the Company and the owner of the Project Site.

If any provision of the within Agreement is determined to be invalid or unenforceable, the remaining provisions of the Agreement shall remain in full force and effect.

This Agreement shall not be assigned by the Contractor.

This Agreement contains the entire understanding between the parties concerning the subject matter hereof, and no representation inducement, promise or agreement, oral or otherwise between the parties with reference to the subject matter hereof and not embodied herein shall be of any force or effect.

You will complete the work no later than **May 31, 2005.** Please be advised that the **Owner, Daniel G. Kamin & Daniel G. Kamin Zachary Enterprises**, reserves the right to void this contract at anytime due to lack of performance.

The Contractor will guarantee proper workmanship while performing work under the terms of this contract. All work and materials which you furnish will be guaranteed for a period of one (1) year from the date of final completion or such longer period of time as may be set forth in any warranties by manufacturers or suppliers of equipment or materials; and such warranties will be assigned to the Property Manager Kamin Realty Company on behalf of **Daniel G. Kamin & Daniel G. Kamin Zachary Enterprises** as Property Owner.

**TERMS:**   The Company shall pay the Contractor for the performance of the Agreement the sum of Eighty Thousand and Five Hundred Dollars.   $80,500.00.

|  |  |
|---|---|
| 25% Down payment | $20,125.00 |
| Balance due upon completion | $60,375.00 |

**JB SERVICES**  
715 12TH STREET  
COLUMBUS, IN 47201  
812-379-9395

**INVOICE**  
6-7-05

SUBMITTED TO: KAMIN REALTY (CHUCK REALI)  
JOB LOCATION: ZARCHARY PLAZA  
ADDRESS:        2100 CHURCH SREET  
                      ZARCHARY, LA 70791

INSTALLED NEW MODIFIED ROOF AND ALUMINUM ROOF COATING OVER THE ENTIRE ROOF ACCORDING TO THE SPECIFICATIONS THAT ARE IN THE CONTRACT FOR THIS JOB.

TOTAL JOB                                   $83365.00  
DOWN PAY OF                            $20125.00  
NORTH COAST ROOFING           $18050.00   $63,240.00  
BALANCE DUE                             $45190.00

THANK YOU

JIM BURDEN

CR*al*  
6/8/05

#878

PAID  
JUN 1 0 2005

#1401  
(C14)



| | | | |
|---|---|---|---|
| | CLEVELAND, OHIO | RALEIGH, NORTH CAROLINA | **INVOICE NUMBER** |
| | COLUMBUS, OHIO | CHARLOTTE, NORTH CAROLINA | 114470 |
| **SIMON ROOFING** | DETROIT, MICHIGAN | ATLANTA, GEORGIA | |
| AMERICA LOOKS UP TO US | CINCINNATI, OHIO | BATON ROUGE, LOUISIANA | **INVOICE DATE** |
| Since 1900 | PITTSBURGH, PENNSYLVANIA | TAMPA, FLORIDA | 5/6/2005 |
| | LOUISVILLE, KENTUCKY | INDIANAPOLIS, INDIANA | |
| | NASHVILLE, TENNESSEE | HQ. YOUNGSTOWN, OHIO · PHONE 800-523-7714 | |

**BILL TO:**
44960
Kamin Realty Co
Attn: Chuck Reali
P.O. Box 10234
490 South Highland
Pittsburgh, PA  15232

**JOB LOCATION:**
00-016-5703    Work Order #:   32221
Kamin Realty Co
2100 CHURCH ST
ZACHARY  LA  70791

Description: On-Line #6119 - Zachary Plaza - 2100 Church St, Zachary, LA 70791 - vacant Winn Dixie - make water tight - take photos - may need to submit price for repairs before making them.

Contact: Kathy
Terms:   NET 10 DAYS

Reference:   Work Order   14723
PO Number:

Investigated roof area and repaired using SR cement, 6" & 12" fabric.

Work performed on 04/02/05

| Item | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| | Repair | 7.50 | $85.00 | $637.50 |
| | Repair | 7.50 | $85.00 | $637.50 |
| | 1610006 SR FG Asphalt Mesh  6" | 1.00 | $31.00 | $31.00 |
| | 1610012 SR FG Asphalt Mesh 12" | 1.00 | $58.00 | $58.00 |
| | 6040050 SR Superior Flex Seal | 3.00 | $62.46 | $187.38 |
| | 8010150 SR Cement 3.5Gl/Summer Grade | 4.00 | $40.00 | $160.00 |
| | MATERIAL HANDLING | 1.00 | $43.64 | $43.64 |



Zachary
RECEIVED
MAY 0 9 2005
By



PAID
MAY 13 2005
#1388
5/19  #878

If you are ever unsatisfied with ANY service Simon Roofing has provided, we want to know.
Please call Mr. Jeff Moore at 800-558-7714 extension 263.  Your satisfaction is important to us!!

| | | |
|---|---|---|
| | Material, Supplies & Rental Cost: | 480.02 |
| Total Labor Hours:   15.00 | Labor Cost: | 1,275.00 |
| | Subtotal: | 1,755.02 |
| | Sales Tax: | 0.00 |
| | Payments: | 0.00 |
| | **Total Due:** | **$1,755.02** |

(NEW)
**REMIT TO**
SIMON ROOFING &
SHEET METAL CORPORATION
POST OFFICE BOX 951109
CLEVELAND, OHIO  44193



**Allied Waste Services #820**
Baton Rouge Hauling
12451 Leisure Rd
Baton Rouge, LA 70807-1412

### Account Summary

| | |
|---|---|
| Account Number | 1-0279-9123274 |
| Invoice Date | July 01, 2005 |
| Invoice No. | 1-0279-9123274-050600 |
| Previous Balance | $1311.07 |
| Payments/Adjustments | -$1311.07 |
| Unpaid Balance | $0.00 |
| Current Invoice Charges | $1296.62 |

### Pay This Amount

**$1,296.62**

Due By: 07/21/05

### Contact Information

Customer Service  (225) 778-3800

### Important Information

AW / AN ALLIED WASTE COMPANY
Visit us at www.disposal.com

---

## MAHER HANDIMAN SERVICE

**Invoice**
Page 1 of 1

Important! We have changed our name to Allied Waste Services

### Payments/Adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 04/26 | Payment - Thank You | 0220600415 | -$1311.07 |

### Current Invoice Charges

Administrative Fee  $0.95

**Old Winn Dixie 2260 Church St (L100)**
Zachary, LA

| Date | Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 06/07 | Roll Off Haul | 5702637 | | | $145.00 |
| 06/07 | Disposal Charge | 5702637 | | | $135.40 |
| 06/07 | Roll Off Haul | 5702689 | | | $145.00 |
| 06/07 | Disposal Charge | 5702689 | | | $30.80 |
| 06/07 | Delivery | 5702514 | | | $85.00 |
| 06/08 | Roll Off Haul | 5702785 | | | $145.00 |
| 06/08 | Disposal Charge | 5702785 | | | $10.00 |
| 06/08 | Roll Off Haul | 5702788 | | | $145.00 |
| 06/08 | Disposal Charge | 5702788 | | | $10.00 |
| 06/09 | Roll Off Haul | 5702877 | | | $145.00 |
| 06/09 | Disposal Charge | 5702877 | | | $20.00 |
| 06/10 | Roll Off Haul | 5702971 | | | $145.00 |
| 06/10 | Disposal Charge | 5702971 | | | $10.00 |
| 06/30 | Monthly Service-Prorated Prorated 06/06/05 To 06/30/05 | | | | $75.00 |

| | |
|---|---|
| Charges | $1252.80 |
| Location Total | $1252.80 |
| Fuel/Environmental Recovery Fee | $42.87 |
| Current Invoice Charges | $1296.62 |



RECEIVED JUL 2005

*Winn Dixie cleanup #834*

M 93 • When you provide our agent the following code 6625, you authorize us to make a one-time electronic withdrawal from your bank account for the amount you specify.

1-412-661-3228

## BRASSCO INC.

Baton Rouge Automatic Sprinkler Systems Co.

P.O. BOX 46121
BATON ROUGE, LA 70895
PHONE (225) 275-8212

# PAST DUE

PAYLESS SUPERMARKET
1434 N. BURNSIDE AVE
SUITE 30
GONZALES, LA 70737

March 31, 2005

JOB NO: 201605

INVOICE NO: 012707

JOB NAME/ADDRESS:
PAYLESS SUPERMARKET ZACHARY

TERMS: Net 30

### INVOICE

| | | |
|---|---|---|
| CONTRACT PRICE | | $16,400.00 |
| CHANGE ORDERS | | |
| CONTRACT SUM TO DATE: | | $16,400.00 |
| WORK COMPLETE TO DATE: | 34.76% | $5,700.00 |
| LESS RETAINAGE: | | $0.00 |
| LESS PREVIOUS BILLING: | | $0.00 |
| AMOUNT DUE THIS BILLING: | | $5,700.00 |
| RETAINAGE DUE THIS BILLING: | | $0.00 |
| TOTAL DUE: | | $5,700.00 |

*Zachary Rule*  #874

To bring the sprinkler system up to date.

PLEASE INCLUDE JOB NO. ON CHECK

PAID JUN 05 2005 #1399

04/15/2005 08:08 2255254 PAGE 01
Case 3:05-bk-03817-JAF Doc 10432-1 Filed 08/21/06 Page 16 of 19
225 644 7701 Pay-Less Supermarket 03:37:45 p.m. 04-14-2005 2/2
04/13/2005 11:23 2256220683 BUILT RITE PAGE 02

# Built Rite Construction, Inc.

40215 Abby James Road  
Prairieville, Louisiana 70769

Telephone Number (225) 622-4462  
Facsimile Number (225) 622-0683

## Proposal

| Proposal Submitted To: | Phone: | Date: |
|---|---|---|
| LeBlanc's Payless Food Stores | 647-3684 X251 | 4/12/05 |
| Address: | Job Name: | |
| 1434 N. Burnside Ave. | LeBlanc's Payless Space # 7 | |
| City, State, Zip: | Job Location: | |
| Gonzales, LA 70737 | Hwy 64, Zachary, LA | |

Built Rite Construction, Inc hereby submits the following:

**Furnish labor, materials, equipment, and insurance:**

Remove existing paneling on both sides of hallway 64 l.f.
Remove mildewed gypsum board on both sides. Remove nails from studs.
Remove restroom door trim and re-install after paneling is installed.
Install new gypsum board and new paneling( match as close as possible to existing)
Install corner trim pieces, new chair rail, 4" vinyl base
Remove and replace mildewed gypsum board in sales area. above and below ceiling ( approx. 13 sheets )
Remove 3 sheets rotted ¾" CDX plywood flooring. Install 2" x 12" joists and add 2" x 6" lumber to existing joists.
Install 3 sheets new ¾" plywood flooring.
Apply bleach to various area's of store to kill mildew growth.

We propose to furnish the above for the sum of:
Three Thousand Nine Hundred Eighty Three——————————Dollars ( $ 3,983.00 )

#874

**TERMS:**
Proposal is subject to cancellation and renegotiation after 60 days from proposal date.
Payment terms are Net 30.
If accepted, please sign below and fax back to our office.

*Robert Barbin* (RB)

Robert Barbin
Built Rite Construction, Inc.
40215 Abby James Road
Prairieville, LA 70769
Telephone: (225) 622-4462
Facsimile: (225) 622-0683

Accepted By: Chuck Redi
Lamil Realty Co.

General Contractors

CRedi
5/19/05
Zachary

PAID MAY 20 2005
#1391
(5/23)

**C. C. Chimney Sweep & Duct Cleaning**
11930 Industriplex #12
Baton Rouge, LA 70809
**(225) 752-8333**
www.ccchimneysweep.com

**Make payments to: Chris Clouatre**
Customer: Kamin Realty
Address: 2660 Church St
City: Zachary    State: LA    Zip: 70791
Date: 12-1-05    Phone: 2350167
Home Phone: _____
Work Phone: _____    Ext: _____
Fax: _____    Cell: _____
Email: _____
HOW DID YOU HEAR OF US?  ☐ Referral  ☐ TV/Radio
☐ Yellow Pages   ☐ Direct Mail Coupon   ☐ Other

WHY DID YOU CHOOSE US? _____

WOULD YOU LIKE US TO CONTACT YOU
IN THE SPRING?  ☐ Yes  ☐ No

### Condition Report

| FIREPLACE | Satisfactory | Unsatisfactory | Not Applicable |
|---|---|---|---|
| 1. Hearth Protection | | | |
| 2. Cracks in Firebox | | | |
| 3. Bricks Loose | | | |
| 4. Damper | | | |
| 5. Odor in Home | | | |
| 6. Spark Screen / Doors | | | |
| 7. Glazed Creosote | | | |
| **CHIMNEY** | | | |
| 8. Brickwork | | | |
| 9. Log Lighter | | | |
| 10. Flue Tiles | | | |
| 11. Flashing | | | |
| 12. Crown / Wash | | | |
| 13. Chimney Cap / Spark Arrestor | | | |
| 14. Bird Screen | | | |
| **DRYER VENT** | | | |
| 15. Termination Before | | | |
| 16. Dryer Exit | | | |
| 17. Termination After | | | |

Note: This sheet is the result of a visual inspection done at the time of cleaning. It is intended as a convenience to our customers, not as a certificate of fire-worthiness or safety. Since conditions at any use are beyond our control, we make no warranty of the safety or function of any appliance and none is to be implied.

- Type of Fireplace:  ☐ Pre-Fab  ☐ Masonry
- Number of Fireplaces:  1 2 3 4
- Flue Size:
  ☐ 8x8    ☐ 13x13    ☐ 8 R
  ☐ 8x13   ☐ 13x17    ☐ 9 R
  ☐ 8x17   ☐ 17x17    ☐ 10 R
                      ☐ Unlined
- A/C Units:  1 ②  3 4
- A/C Registers:
- Filter Size: 20 x 25

**SWEEP'S COMMENTS:**

Cleaned A/C Ducts
Return Air Register
treated with
Microban
Suite F #1+2

PAID
DEC 21 2005
#1477
DBD

This was for the final
cleaning of the mold in the duct
work

Sweep or Mason's Signature: Chris Clouatre

**ESTIMATES**

| DESCRIPTION | PRICE |
|---|---|
| A/C Ducts Cleaned | |
| Return Air Register | |
| treated with | |
| Microban | |
| Suite F #1+2 | |
| SUBTOTAL | |
| TOTAL | 2,400 |

MAKE CHECKS PAYABLE TO: Chris Clouatre
CHECK # _____    CHECK TOTAL $ 2,400 00

#830

06/10/2005  11:58  2256547137                    ZACHARY PRINTING DS                    PAGE 01

## C. C. Chimney Sweep & Duct Cleaning
1930 Industriplex #12
Baton Rouge, LA 70809
**(225) 752-8333**
www.ccchimneysweep.com

**Make payments to: Chris Clouatre**

Customer: KAIMIN REALTY
Address: 2260 SUITE E
City: Zachary  State: LA  Zip: 70791
Date: 6-5-05  Phone: 1-412-661-3228
Home Phone:
Work Phone:  Ext:
Fax:  Cell: 235-235-0167
Email:

HOW DID YOU HEAR OF US? ☐ Referral ☐ TV/Radio
☐ Yellow Pages ☐ Direct Mail Coupon ☑ Other

WHY DID YOU CHOOSE US?

WOULD YOU LIKE US TO CONTACT YOU
IN THE SPRING? ☐ Yes ☐ No

ATTN: "CHUCK"

### Type of Fireplace: ☐ Pre-Fab  ☐ Masonry
- Number of Fireplaces: 1 2 3 4
- Flue Size:
  ☐ 8x8    ☐ 13x13   ☐ 8R
  ☐ 8x13   ☐ 13x17   ☐ 9R
  ☐ 8x17   ☐ 17x17   ☐ 10R
                      ☐ Unlined
- A/C Units: 1 ②3 4
- A/C Registers: 15
- Filter Size:

### SWEEP'S COMMENTS:
A/C Ducts, Registers, Return
Cleaned + Microban
Treated.

To Remove mold from Ductwork
in market + vacant unit.

Zachary.

### Condition Report

| FIREPLACE | Satisfactory | Unsatisfactory | Not Applicable |
|---|---|---|---|
| 1. Hearth Protection | | | |
| 2. Cracks in Firebox | | | |
| 3. Bricks Loose | | | |
| 4. Damper | | | |
| 5. Odor in Home | | | |
| 6. Spark Screen / Doors | | | |
| 7. Glazed Cresote | | | |
| **CHIMNEY** | | | |
| 8. Brickwork | | | |
| 9. Log Lighter | | | |
| 10. Flue Tiles | | | |
| 11. Flashing | | | |
| 12. Crown / Wash | | | |
| 13. Chimney Cap / Spark Arrestor | | | |
| 14. Bird Screen | | | |
| **DRYER VENT** | | | |
| 15. Termination Before | | | |
| 16. Dryer Exit | | | |
| 17. Termination After | | | |

Note: This sheet is the result of a visual inspection done at the time of cleaning. It is intended as a convenience to our customer, not as a certificate of fire worthiness or safety. Since conditions of any use are beyond our control, we make no warranty of the safety or function of any appliance and none is to be implied.

Sweep or Mason's Signature: Ralph H. Clouatre

### ESTIMATES  Ricky Beaux

| DESCRIPTION | PRICE |
|---|---|
| 2-Units 15 Vents Registers Cleaned + Microban Treated | 1390.00 |
| | |
| | |
| SUBTOTAL | |
| TOTAL | |

**MAKE CHECKS PAYABLE TO: Chris Clouatre**
CHECK # To Be mailed    CHECK TOTAL $ 1390.00

