UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about August 15, 2006 I caused copies of:

• the **Order Disallowing (A) No Liability Claims and (B) No Liability Misclassified Claims, as Set Forth in the Debtors' Fourteenth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: August 21, 2006

_____
Kathleen M. Logan

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 4H

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 2036-07
99 EGLIN LTD
C/O DOWD LAW FIRM, PA
ATTN JOHN R DOWD, ESQ
285 HARBOUR BLVD, SUITE A
DESTIN FL 32541

CREDITOR ID: 2036-07
99 EGLIN LTD
ATTN MARK PORTER, DIRECTOR
PO BOX 1735
DESTIN, FL 32540

CREDITOR ID: 82564-09
ABERCROMBIE, LATOYA D
416 3RD AVENUE
BESSEMER AL 35020

CREDITOR ID: 83819-09
ALBEA, JENNIFER M
2736 LOUISE DR
SHELBY NC 28150

CREDITOR ID: 85061-09
ALSTON, LAURICE A
113 CREEKSIDE COURT
PO BOX 1781
ROANOKE RAPIDS NC 27870

CREDITOR ID: 260141-12
ALY, RUBY
85 NW 51 STREET
MIAMI FL 33127

CREDITOR ID: 86345-09
ANTHONY, LAMONDRA S
1612 PEARSON AVE SW
BIRMINGHAM AL 35211

CREDITOR ID: 86388-09
ANTOINE, WILFRED O
113 COTTON STREET
NEW IBERIA LA 70563

CREDITOR ID: 87753-09
AUGUSTUS, TERRY
221 MAYFIELD ST
GREENVILLE MS 38701

CREDITOR ID: 88375-09
BADGETT, CURTIS
164 BARNEY BANKS RD
PINOLA MS 39149

CREDITOR ID: 88437-09
BAGLEY, APRIL
3217 E HANNA AVE
TAMPA FL 33610-3642

CREDITOR ID: 88748-09
BAIN, JEFFERSON M
255 NW 58 STREET
MIAMI FL 33127

CREDITOR ID: 410564-15
BAKE-LINE GROUP, LLC, ET AL
C/O ASK FINANCIAL GROUP LLP
ATTN COREY J EILERS, ESQ
2600 EAGAN WOODS DRIVE, SUITE 220
EAGAN MN 55121

CREDITOR ID: 89997-09
BARNES, CARLA W
PO BOX 995
ST AUGUSTINE FL 32085

CREDITOR ID: 7185-05
BARRETT, SAMANTHA A
7361 BENSON AVE
DOUGLASVILLE GA 30134

CREDITOR ID: 90753-09
BASS, MARTHA S
PO BOX 276
TERRY MS 39170-0001

CREDITOR ID: 408159-93
BATCHELOR, MICHAEL R
C/O SHARON Y HANDY (MOTHER)
7 NANCY LANE APT B
AIKEN SC 29803

CREDITOR ID: 91002-09
BATTISTE, KECIA
8835 OLEANDER
NEW ORLEANS LA 70118

CREDITOR ID: 91027-09
BATTLE, GAIL K
220 JACKSON RD
MCDONOUGH GA 30252

CREDITOR ID: 7807-05
BEAVER, STEVE D
216 TRIANGLE ROAD
GAFFNEY SC 29340

CREDITOR ID: 92077-09
BELL, CHERRY R
1601 DUNN AVENUE, APT 809
JAX FL 32218

CREDITOR ID: 92970-09
BENTLEY, TIMOTHY A
57 ROBINSON DRIVE
PALM COAST FL 32164

CREDITOR ID: 8769-05
BETHEA, SHARON Y
357 EAST BEAL ST
HIGHLAND SPRING VA 23075

CREDITOR ID: 416940-15
BIG LOTS STORES, INC
C/O MILAM HOWARD NICANDRI ET AL
ATTN:  PETER E NICANDRI ESQ
14 EAST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 416940-15
BIG LOTS STORES, INC
C/O SCHOTTENSTEIN ZOX & DUNN
ATTN TYSON A CRIST, ESQ.
PO BOX 165020
COLUMBUS OH 43216-5020

CREDITOR ID: 417070-15
BIG LOTS STORES, INC FKA
C/O SCHOTTENSTEIN ZOX & DUNN CO
ATTN TYSON A CRIST, ESQ
240 WEST STREET
PO BOX 165020
COLUMBUS OH 43216-5020

CREDITOR ID: 417070-15
BIG LOTS STORES, INC FKA
C/O MILAM HOWARD NICANDRI ET AL
ATTN:  PETER E NICANDRI ESQ
14 EAST BAY STREET
JACKSONVILLE FL 32202

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 417070-15
BIG LOTS STORES, INC FKA
CONSOLIDATED STORES CORPORATION
300 PHILLIPI ROAD, DEPT 10061
COLUMBUS OH 43228

CREDITOR ID: 9113-05
BLACK, GLORIA A
2781 S ROCKY CREEK RD
ASHFORD AL 36312

CREDITOR ID: 9209-05
BLACKSHER, KATHY C
PO BOX 90371
EAST POINT GA 30344

CREDITOR ID: 94519-09
BLAKE, DWAYNE J
870 NW 33RD AVE
FORT LAUDERDALE FL 33311-6529

CREDITOR ID: 243617-12
BLEVINS ELECTRIC INC
ATTN RICHARD BLEVINS, PRES
PO BOX 5609
5351 FORT HENRY DRIVE
KINGSPORT TN 37663-5609

CREDITOR ID: 9501-05
BLOUNT, KRISTIE G
35580 LA HWY 1036
HOLDEN LA 70744

CREDITOR ID: 281004-39
BLUE, ARCHIE F
PO BOX 651395
MIAMI FL 33265-1395

CREDITOR ID: 410944-15
BOAZ, WILLIAM & BRIDGET
2411 ST JOHN DRIVE
WILSON NC 27893

CREDITOR ID: 95512-09
BOND, FLORENDA
PO BOX 225
LAKELAND FL 33802

CREDITOR ID: 403610-94
BONNER, CHRIS C
314 CEDAR DRIVE
COLUMBUS MS 39705

CREDITOR ID: 10067-05
BOSSE, RAPHAEL C
8052 TIGER LILY DRIVE
NAPLES FL 34113

CREDITOR ID: 10454-05
BOYD, JUDSON T
13026 GREYCREST DR
CHARLOTTE NC 28278

CREDITOR ID: 96903-09
BOYKIN, TIFFANY
801 COLLINS PLACE APT 12
ATTALLA AL 35954

CREDITOR ID: 10552-05
BOZEMAN, SAMUEL C
8910 JEAN ST
TAMPA FL 33610

CREDITOR ID: 10555-05
BOZEMAN, TOY D
1804 BELL GROVE ST
LAKELAND FL 33805

CREDITOR ID: 402116-90
BRADY, VIRGINIA
1274 THE GROVE RD
ORANGE PARK FL 32073

CREDITOR ID: 256203-12
BRANCH, MICHAEL
858 S 24TH STREET
LOUISVILLE KY 40211

CREDITOR ID: 97430-09
BRANCH, SHELISA C
201 S SUNSET TERRACE
JACKSON MS 39212

CREDITOR ID: 97617-09
BRASHEAR, DAVID
3672 COTTAGE CIRCLE
LEXINGTON KY 40513

CREDITOR ID: 97828-09
BRAZLEY, TERRY
4677 CHARLENE
NEW ORLEANS LA 70127

CREDITOR ID: 98078-09
BREY, KENNETH A
225 RAMS RUN ROAD
SHEPERDSVILLE KY 40165

CREDITOR ID: 98960-09
BROTHERS, HEIDI G
1018 BRASS LANE
HOLIDAY FL 34691

CREDITOR ID: 410559-15
BROWN INVESTMENT PROPERTIES FBO
DANIEL SROKA, PC
ATTN DANIEL SROKA, ESQ
PO BOX 1658
GREENSBORO NC 27402

CREDITOR ID: 244058-12
BROWN INVESTMENT PROPERTIES FBO
KRUSCH PROPERTIES, LLC
ATTN EDWARD B KRUSCH, MGR
PO BOX 930
GREENSBORO, NC 27402

CREDITOR ID: 410559-15
BROWN INVESTMENT PROPERTIES FBO
KRUSCH PROPERTIES, LLC
ATTN EDWARD B KRUSCH, MGR
PO BOX 1195
GREENSBORO NC 27402

CREDITOR ID: 11908-05
BROWN, MARSHALL K
13 ELKINS AVENUE
BLUFFTON SC 29910

CREDITOR ID: 244059-12
BROWN, NOLTEMEYER COMPANY
122 N PETERSON AVENUE
LOUISVILLE, KY 40206-2335

SERVICE LIST

Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 100087-09<br>BROWN, RICHARD D<br>3524 WINDSOR CIRCLE<br>MACON GA 31217 | CREDITOR ID: 12120-05<br>BROWN, YOLANDA E<br>3505  W. CHASE AVE  APT 1<br>JACKSONVILLE FL 32209 | CREDITOR ID: 12333-05<br>BRYANT, CARLA P<br>328 DARE STREET<br>BURLINGTON NC 27217 |
| CREDITOR ID: 102591-09<br>BUTLER, JOHNNY<br>1002 BUTLER DR<br>WESSON MS 39191 | CREDITOR ID: 102697-09<br>BUTLER, WILLIE FRANK<br>1197 BAHALIA ROAD<br>PO BOX 738<br>WESSON MS 39191 | CREDITOR ID: 102846-09<br>BYRD, CANDICE D<br>1517 CREST AVENUE<br>LEESBURG FL 34748 |
| CREDITOR ID: 103343-09<br>CALDWELL, CONIAL C<br>711 UNDERWOOD AVENUE, APT 404-D<br>PENSACOLA FL 32514 | CREDITOR ID: 174766-09<br>CALLOWAY, ROXANNE MCKAY<br>205B PERRY ST<br>ANDALUSIA AL 36420-3635 | CREDITOR ID: 2111-07<br>CAMERON EDENTON COMPANY, LLC<br>ATTN CONNIE S STEAD, ACCT MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827 |
| CREDITOR ID: 2111-07<br>CAMERON EDENTON COMPANY, LLC<br>C/O CRANFILL SUMNER & HARTZOG<br>ATTN RICHARD T BOYETTE, ESQ.<br>PO BOX 27808<br>RALEIGH NC 27611-7808 | CREDITOR ID: 406460-MS<br>CANNON, KENNETH L<br>496 WILSON LANDING ROAD<br>PROSPERITY SC 29127 | CREDITOR ID: 105250-09<br>CARSON, BETTY<br>PO BOX 1941<br>MORGANTON NC 28680 |
| CREDITOR ID: 106654-09<br>CEPHAS, KEVIN L<br>3312 TONOKA COURT<br>RICHMOND VA 23223 | CREDITOR ID: 406483-MS<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 1195-07<br>CHK & ASSOCIATES, LLC<br>C/O KBI PROPERTY MANAGEMENT, INC<br>ATTN AL-TARIG W ROBINSON, ESQ<br>5725 BUFORD HWY, SUITE 214<br>DORAVILLE, GA 30340 |
| CREDITOR ID: 268915-14<br>CITY OF UNION TAX ASSESSOR<br>ATTN DENNIS RAKESTRAW<br>114 E BANKHEAD STREET<br>NEW ALBANY MS 38652-3932 | CREDITOR ID: 403291-83<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | CREDITOR ID: 110393-09<br>COLLINS, ANNIE M<br>PO BOX 867<br>LUGOFF SC 29078 |
| CREDITOR ID: 452115-15<br>COLT INTERNATIONAL INC<br>ATTN JOEL C PURDOM, VP<br>12929 GULF FREEWAY, SUITE 310<br>HOUSTON TX 77034 | CREDITOR ID: 410972-15<br>COMERICA LEASING DIV COMERICA BANK<br>C/O MILLER CANFIELD PADDOCK ET AL<br>ATTN JONATHAN S GREEN, ESQ<br>150 WEST JEFFERSON, STE 2500<br>DETROIT MI 48226 | CREDITOR ID: 403269-83<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 |
| CREDITOR ID: 403269-83<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>CHFS-OLS<br>ATTN R WARNE/W H OVERCASH, ESQS<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621 | CREDITOR ID: 408331-15<br>COMMONWEALTH OF VIRGINIA TAX DEPT<br>ATTN LEON SPRINKLE<br>PO BOX 2156<br>RICHMOND VA 23218-2156 | CREDITOR ID: 408331-15<br>COMMONWEALTH OF VIRGINIA TAX DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN JERRY KILGORE, ESQ<br>900 E MAIN STREET<br>RICHMOND VA 23219 |
| CREDITOR ID: 17501-05<br>CONNOR, JAMES R<br>4225 ORISTANO ROAD<br>JACKSONVILLE FL 32244 | CREDITOR ID: 18124-05<br>COTE, SHIRLEY M<br>288 VALENCIA AVE<br>KISSIMMEE FL 34743 | CREDITOR ID: 254611-12<br>COUNTY OF LEFLORE TAX COLLECTOR<br>PROPERTY TAX<br>ATTN SARA KENRIGHT<br>PO BOX 1349<br>GREENWOOD MS 38935-1349 |

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 113081-09<br>CRAFT, JEARLENE<br>3340 HARLEY STREET, APT 13 D<br>JACKSON MS 39209 | CREDITOR ID: 113353-09<br>CRAWFORD, JOSEPH B<br>4000 LILLIE STREET<br>POWDERSPRINGS GA 30127-3229 | CREDITOR ID: 407782-15<br>CRAWFORD, SAVONAH<br>519 E COLLEGE STREET<br>WRIGHTSVILLE GA 31096 |
| CREDITOR ID: 113403-09<br>CRAWFORD, SAVONAH Y<br>PO BOX 26<br>WRIGHTSVILLE GA 31096-0026 | CREDITOR ID: 410814-15<br>CRIIMI MAE SVCS LP, SERIES 1997-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 114976-09<br>CURTIS, WANDA S<br>1402 W 24TH ST<br>JACKSONVILLE FL 32209 |
| CREDITOR ID: 114998-09<br>CUSHION, TINNE J<br>1513 E MOORE ST<br>VALDOSTA GA 31601 | CREDITOR ID: 19536-05<br>DALEY, CANDICE A<br>1790 MERCY DRIVE, APT 104<br>ORLANDO FL 32808 | CREDITOR ID: 115411-09<br>DAMPIER, BETTY<br>111 LAKESHORE DRIVE, APT J302<br>BRANDON MS 39047-1111 |
| CREDITOR ID: 115656-09<br>DANIELS, OTIS A<br>1542 HICKORY STREET<br>LAURINBURG NC 28352 | CREDITOR ID: 115863-09<br>DASIN, MESHANNA Y<br>1000 EDEN STREET<br>NEW IBERIA LA 70560 | CREDITOR ID: 116050-09<br>DAVIDSON, DETA<br>8812 ANDORA DRIVE<br>MIRAMAR FL 33025 |
| CREDITOR ID: 20009-05<br>DAVIS, BOBBIE<br>3802 LAMPTON AVENUE<br>JACKSON MS 39213 | CREDITOR ID: 20182-05<br>DAVIS, JIMMY L<br>11715 SE 57TH AVENUE, APT 6<br>BELLEVIEW FL 34420 | CREDITOR ID: 20458-05<br>DAVIS, WILLIAM K<br>2520 JONES FRANKLIN ROAD<br>RALEIGH NC 27606 |
| CREDITOR ID: 116141-09<br>DAVIS-COOPER, DENISE E<br>3211 H VIRGINIA PINE LANE<br>MONTGOMERY AL 36116-1111 | CREDITOR ID: 117861-09<br>DEFUSCO, JESSE C<br>3274 FAIRFAX AVENUE<br>PALM BAY FL 32905 | CREDITOR ID: 20932-05<br>DELANEY-THOMAS, PAMELA<br>425 WOODS OF NORTH BEND, APT C<br>RALEIGH NC 27609 |
| CREDITOR ID: 410467-15<br>DELOACH, TYWAN<br>3001 N JACKSON LOT #16<br>PALESTONE TX 75803 | CREDITOR ID: 118221-09<br>DELOACH, TYWAN L<br>12026 CO RD 9<br>LISMAN AL 36912 | CREDITOR ID: 393376-55<br>DERRYBERRY, DELORSE<br>C/O HARRISS & HARTMAN LAW FIRM PC<br>ATTN BRENT JAMES, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 |
| CREDITOR ID: 21479-05<br>DEWER, WILMA F<br>5216 BYRD ROAD<br>BURLINGTON NC 27215 | CREDITOR ID: 21538-05<br>DIAZ, CARMEN<br>1005 CURTISS DRIVE<br>OPALOCKA FL 33054 | CREDITOR ID: 22031-05<br>DOCKUM, TIMOTHY W<br>355 WILLOW LANE<br>ELLENTON FL 34222 |
| CREDITOR ID: 406583-MS<br>DOOLITTLE, C W<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA FL 32082 | CREDITOR ID: 120723-09<br>DOSS, LOUIS T<br>30 EDGEWOOD DR<br>SELMA AL 36701 | CREDITOR ID: 121607-09<br>DUDLEY, BILLANDO D<br>4355 DUDLEY RD<br>MARIANNA FL 32446 |

SERVICE LIST

Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 256218-12
DUNLAP, MICHAEL D
11121 SEVILLA COURT
CHARLOTTE NC 28226

CREDITOR ID: 122293-09
DUPREE, PATRICIA A
3340 HARLEY STREET, APT 3F
JACKSON MS 39209

CREDITOR ID: 123205-09
EDOUARD-CALIXTE, RAYMONDE
160 ZENITH CIRCLE
FT MYERS FL 33913

CREDITOR ID: 123291-09
EDWARDS, DONNA D
1105 NW 155TH LANE, APT 103
NORTH MIAMI FL 33169

CREDITOR ID: 123988-09
ELLIS, PATRICIA C
5667 RATTLESNAKE HMK RD
NAPLES FL 34113

CREDITOR ID: 24768-05
EVANS, RAY A
37 NEWBERRY CIRCLE
YEMASSEE SC 29945

CREDITOR ID: 125420-09
EZELL, ERIK W
86118 RHOERLAN PLACE
YULEE FL 32097

CREDITOR ID: 410833-15
FALSETTI, STEVE
113 SECOND STREET
NOKOMIS FL 34275

CREDITOR ID: 125908-09
FARRAR, TERESA S
PO BOX 2168
HENDERSON NC 27536

CREDITOR ID: 126431-09
FERGUSON, ALAN J
657 STONY MILL SCHOOL ROAD
DANVILLE VA 24541

CREDITOR ID: 126960-09
FIELDS, KIMBERLY R
214 WATSON STREET
BOONE NC 28607

CREDITOR ID: 411186-15
FINANCIAL SUPERMARKETS, INC
ATTN HARRY STEPHE, TREAS
383 CLARKESVILLE STREET
PO BOX 1900
CORNELLA GA 30531

CREDITOR ID: 411186-15
FINANCIAL SUPERMARKETS, INC
C/O KILPATRICK STOCKTON LLP
ATTN J W MILLS & J STEVENS, ESQS
1100 PEACHTREE STREET, STE 2800
ATLANTA GA 303009-453

CREDITOR ID: 127465-09
FISKE, ANDREW P
114 OGDEN AVE
OCEAN SPRINGS MS 39564

CREDITOR ID: 407754-15
FITZGERALD-BEN HILL LANDFILL
544 CAMP BROOKLYN ROAD
FITZGERALD GA 31750

CREDITOR ID: 407754-15
FITZGERALD-BEN HILL LANDFILL
C/O JAY SHERRELL SMITH & BRADDY, PC
ATTN JOHN E SMITH, III, ESQ
PO BOX 308
FITZGERALD GA 31750-0308

CREDITOR ID: 128835-09
FOSTER, ARNIE
3111 NW 210 TERR
MIAMI FL 33056

CREDITOR ID: 27866-05
GAMBLE, ERNEST SR
2819 PARENTAL HOME ROAD
JACKSONVILLE FL 32216

CREDITOR ID: 132502-09
GAUDIOSO, FRANK M
216 LOBLOLLY LANE
MYRTLE BEACH SC 29579

CREDITOR ID: 381792-99
GE COMMERCIAL FIN BUS PROP CORP FKA
GE CAPITAL BUS ASSET FUNDING CORP
C/O MORITT HOCK HAMROFF ET AL
ATTN MARC HAMROFF/LESLIE BERKOFF
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 132729-09
GEIST, HAROLD T
3512 DAVENTRY LANE
KENNESAW GA 30144

CREDITOR ID: 29875-05
GONZALEZ, ROSA
20861 NW 22ND COURT
PEMBROKE PINES FL 33029

CREDITOR ID: 135537-09
GORDON, KAREN L
134 BORDEN ST
HAYNEVILLE AL 36040-1111

CREDITOR ID: 135893-09
GRACE, TOMMY C
13045 NE 156TH STREET
FORT MCCOY FL 32134

CREDITOR ID: 136582-09
GRAY, STEVE F
29 PICKETT STREET
MONTGOMERY AL 36110

CREDITOR ID: 30628-05
GREEN, DEIDRE J
4600 S ROBERTSON STREET
NEW ORLEANS LA 70115

CREDITOR ID: 137677-09
GRIFFIN, SARAH
1665 GERALD CIRCLE
FERNANDINA BEACH FL 32034

SERVICE LIST
Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:  05-03817-3F1**

CREDITOR ID: 137781-09
GRIFFITH, ROBERT C
1115 MERRYDALE DR
PICAYUNE MS 39466

CREDITOR ID: 137781-09
GRIFFITH, ROBERT C
G. GERALD CRUTHIRD, PA
G. GERALD CRUTHIRD, ESQ
PO BOX 1056
PICAYUNE MS 39466

CREDITOR ID: 137805-09
GRIGGS, MARTHA
PO BOX 422
SUMMIT MS 39666

CREDITOR ID: 407794-15
H&E EQUIPMENT SERVICES LLC
ATTN TERI GROSS, REGIONAL CR MGR
4310 E COLUMBUS DRIVE
TAMPA FL 33605

CREDITOR ID: 251114-12
H&E EQUIPMENT SERVICES LLC
PO BOX 261150
BATON ROUGE, LA 70826-1150

CREDITOR ID: 139361-09
HALL, ANGELA
120 JEFFERSON  STREET
FITZGERALD GA 31750

CREDITOR ID: 140237-09
HAMPTON, CEDRIC M
196 PECAN ACRES
STARKVILLE MS 39759

CREDITOR ID: 406723-MS
HARDEN, OTIS DUKE
1844 COLONIAL DRIVE
GREEN COVE SPRINGS FL 32043

CREDITOR ID: 140899-09
HARDY, TAMIKA M
103 WARWICK AVENUE
PENSACOLA FL 32503

CREDITOR ID: 32859-05
HARMON, JERRY R
1608 LARKIN STREET
HIGH POINT NC 27262-0212

CREDITOR ID: 33072-05
HARRIS, CHARLES E
11846 PINE NEEDLE LANE
HAMPTON GA 30228

CREDITOR ID: 142469-09
HARVEY, DENNIS E
2708 E WILDER AVE
TAMPA FL 33610

CREDITOR ID: 142495-09
HARVEY, LAKEISHA R
179 GUIOMAR RD
CORDOVA SC 29039

CREDITOR ID: 142965-09
HAWKINS, SARAH J
58 CLINE STREET
LUMBERTON NC 28358

CREDITOR ID: 144076-09
HEMPHILL, JAMES E
1019 GLENARDEN DR APT A
ROCK HILL SC 29730

CREDITOR ID: 34352-05
HENDERSON, LARONDA A
2121 WINDY HILL RD, APT 206
MARIETTA GA 30060

CREDITOR ID: 262827-12
HERALD, THE
ATTN ELIZABETH WILLIAMS
PO BOX 2242
RALEIGH, NC 27602-2242

CREDITOR ID: 34793-05
HERNANDEZ, ROLANDO E
940 E 10TH AVENUE
HIALEAH FL 33010

CREDITOR ID: 145007-09
HERNANDEZ, SAMUEL
1356 GOLDEN GATE AVE
ORLANDO FL 32808

CREDITOR ID: 35010-05
HIBBERD, JOHN R
30378 PALM DRIVE
BIG PINE KEY FL 33043

CREDITOR ID: 251630-12
HILLMAN GROUP INC
ATTN PATRICIA DECLUSIN
8990 KYRENE RD
TEMPE AZ 85284

CREDITOR ID: 146607-09
HOARD, BREANNA A
PO BOX 154
PELAHATCHIE MS 39145

CREDITOR ID: 146959-09
HOGAN, PATRICIA A
937 47TH STREET N
BIRMINGHAM AL 35212

CREDITOR ID: 452129-15
HOLLAND & KNIGHT LLP
ATTN STEVEN E COHEN, CREDIT & COLL
1 EAST BROWARD BLVD, SUITE 1300
FT LAUDERDALE FL 33301

CREDITOR ID: 36669-05
HOWARD, SANDRA
472 UPPERKINGSTON RD
PRATTVILLE AL 36067

CREDITOR ID: 149574-09
HUGHLEY, JEAN M
4609 MOLINE AVE
COLUMBUS GA 31907-3190

CREDITOR ID: 149916-09
HUNTER, CHRISTOPHER D
108 SAWMILL ROAD
WILLIAMSBURG VA 23188

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406802-MS<br>HUTTON, RANDALL L<br>153 BAGLEY ROAD<br>MAPLETON ME 04757 | CREDITOR ID: 150656-09<br>INGLE, DEANNA L<br>PO BOX 862<br>DEBARY FL 32753 | CREDITOR ID: 406806-MS<br>ISTRE, MICHAEL J<br>145 ST JOHNS FOREST BLVD<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 151400-09<br>JACKSON, DIANE<br>3909 WATER AVENUE<br>SELMA AL 36703 | CREDITOR ID: 38176-05<br>JACKSON, TERESA R<br>23047 NW 178TH PLACE<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 152041-09<br>JACOBS, MARY E<br>339 INDIAN HERITAGE RD<br>LUMBERTON NC 28358 |
| CREDITOR ID: 152371-09<br>JAMES, TAMIKA R<br>5350 CAROL PLANTATION RD APT 12D<br>THEODORE AL 36582 | CREDITOR ID: 152394-09<br>JAMES, VICKI L<br>8859 OLD KINGS ROAD SOUTH, APT 502<br>JACKSONVILLE FL 32257-1744 | CREDITOR ID: 417067-15<br>JEFFERIES, MARK S<br>2828 DAVISTOWN ROAD<br>WENDELL NC 27591 |
| CREDITOR ID: 265463-31<br>JENKINS, BERTRAM<br>PO BOX 3148<br>BELLAIRE TX 77402 | CREDITOR ID: 153229-09<br>JENNINGS, PHYLLIS A<br>721 STONEWALL COURT<br>ROCK HILL SC 29730-0630 | CREDITOR ID: 253679-12<br>JFE SHOJI TRADE AMERICA INC FKA<br>KAWASHO INTERNATIONAL USA INC<br>ATTN MARK SHIRLOFF<br>45 BROADWAY, 18TH FLOOR<br>NEW YORK NY 10006 |
| CREDITOR ID: 153973-09<br>JOHNSON, CONNIE J<br>PO BOX 2252<br>MONTGOMERY AL 36102 | CREDITOR ID: 154103-09<br>JOHNSON, DONALD J<br>1448 FREEMANVILLE DRIVE<br>ATMORE AL 36502 | CREDITOR ID: 154193-09<br>JOHNSON, FERSHA R<br>3401 RICHELLE DRIVE<br>LOUISVILLE KY 40216 |
| CREDITOR ID: 154274-09<br>JOHNSON, IRIS S<br>2312 D RAINTREE COURT<br>BIRMINGHAM AL 35215 | CREDITOR ID: 154745-09<br>JOHNSON, MELANIE R<br>PO BOX 8384<br>ANNISTON AL 36202 | CREDITOR ID: 155552-09<br>JONES, ANNETTE S<br>783 BRITT ROAD<br>MABELTON GA 30126 |
| CREDITOR ID: 40189-05<br>JONES, EMETREUS J<br>7251 OLD MILITARY RD<br>THEODORE AL 36582 | CREDITOR ID: 155911-09<br>JONES, ERMA H<br>3317 ANNETTE ST<br>NEW ORLEANS LA 70122 | CREDITOR ID: 40404-05<br>JONES, MARGARET L<br>11 JOE FRAZIER ROAD<br>BURTON SC 29906 |
| CREDITOR ID: 40516-05<br>JONES, ROOSEVELT<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE FL 32208 | CREDITOR ID: 157277-09<br>JOSEY, SERITA L<br>430 GARDEN ST<br>KISISMMEE FL 34744 | CREDITOR ID: 157493-09<br>JUMP, JOE<br>719 DENMARK STREET<br>LOUISVILLE KY 40215 |
| CREDITOR ID: 158470-09<br>KELLY, DOROTHY F<br>1861 ROCKY HILL RD<br>CAMDEN MS 39045 | CREDITOR ID: 41562-05<br>KENNERLY, JOSEPH P<br>908 10TH STREET<br>PORT ROYAL SC 29935 | CREDITOR ID: 159083-09<br>KEVELIER, ANDRE<br>1225 FAIRBURN RD, APT DD8<br>ATLANTA GA 30331 |

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383217-15<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 160230-09<br>KITURE, JANICE B<br>3470 NW 32ND ST.<br>LAUDERDALE LAKES FL 33309 | CREDITOR ID: 160710-09<br>KNOX, ROY L<br>282 PINE ST<br>LAPLACE LA 70068 |
| CREDITOR ID: 161119-09<br>KRAUSS, MELODY A<br>PO BOX 68<br>PORT RICHEY FL 34668 | CREDITOR ID: 161811-09<br>LAIRD, COREY D<br>120 DALE DRIVE<br>TROY AL 36081 | CREDITOR ID: 44095-05<br>LEBLANC, CLAUDETTE<br>3322 TEESIDE DR<br>NEW PORT RICHY FL 34655-1911 |
| CREDITOR ID: 164010-09<br>LEE, DEBORAH E<br>1683 COUNTRY WALK DR<br>ORANGE PARK FL 32003 | CREDITOR ID: 410484-99<br>LEHMBERG CROSSING LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W. HELD JR, ESQ<br>1301 RIVERPLACE BLVD., SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 164914-09<br>LEVINS, ARTHUR J<br>4350 WATER TANK ROAD<br>MCDAVID FL 32568 |
| CREDITOR ID: 165022-09<br>LEWIS, BETTY J<br>1021 E 1ST ST<br>HOPKINSVILLE KY 42240 | CREDITOR ID: 166350-09<br>LOCKETT, DARROW M<br>1105 COMPROMISE ST<br>KENNER LA 70062 | CREDITOR ID: 45984-05<br>LOSLEY, FREDERICK C<br>1320 COCO PLUM<br>MARATHON FL 33050 |
| CREDITOR ID: 167678-09<br>LOWELL, ABBIE L<br>PO BOX 2428<br>ORANGE BEACH AL 36561 | CREDITOR ID: 168235-09<br>LUTZ, BRIAN<br>2319 37TH AVE N<br>ST PETERSBURG FL 33713 | CREDITOR ID: 168837-09<br>MADDOX, JANICE A<br>3407 AVE R<br>FORT PIERCE FL 34947 |
| CREDITOR ID: 47366-05<br>MANUS, PATRICIA A<br>3811 RUSHLO STREET<br>SEBRING FL 33870 | CREDITOR ID: 170874-09<br>MARTIN, KENNETH<br>1229 FLOOD STREET<br>NEW ORLEANS LA 70117 | CREDITOR ID: 171968-09<br>MATOS, JOSE M<br>20020 NW 57TH COURT<br>MIAMI LAKES FL 33015 |
| CREDITOR ID: 172129-09<br>MATTHEWS, TIWANA M<br>1824 W KENTUCKY STREET<br>LOUISVILLE KY 40210 | CREDITOR ID: 402250-90<br>MATTOX, EDWIN<br>2625 ANTEBELLUM DRIVE<br>MOBILE AL 36609 | CREDITOR ID: 172571-09<br>MAYO, SIERA A<br>2385 SOUTH EAST PUTNAM ST<br>LAKE CITY FL 32025 |
| CREDITOR ID: 173208-09<br>MCCLANEY, ROMMEL J<br>1525 31TH ST N<br>BIRMINGHAM AL 35235 | CREDITOR ID: 173284-09<br>MCCLINDON, TRINA L<br>562 HAMMOND RD<br>OAKVALE MS 39656 | CREDITOR ID: 173615-09<br>MCCRANIE, FELICIA S<br>408 EAST MARION AVENUE, APT D2<br>PUNTA GORDA FL 33950 |
| CREDITOR ID: 173922-09<br>MCDERMOTT, HEATHER D<br>9 BIRDSEYE PLACE<br>PALM COAST FL 32137 | CREDITOR ID: 174093-09<br>MCDOUGALD, SHAWN M<br>2830 LITTLE LAUREL WAY<br>MT DORA FL 32757 | CREDITOR ID: 174362-09<br>MCGEE, LINDA<br>506 HWY EXT FRONT-6-9<br>MERIDIAN MS 39301 |

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 49915-05<br>MCKOY, ARTHUREE H<br>29 COMMUNITY CENTER ROAD<br>SEABROOK SC 29940 | CREDITOR ID: 175133-09<br>MCLAUGHLIN, SHANNON R<br>PO BOX 297<br>PINEBLUFF NC 28373 | CREDITOR ID: 175833-09<br>MCZEAL, CYNTHIA A<br>206 6TH ST MERMENTAU<br>PO BOX 220<br>MERMENTAU LA 70556 |
| CREDITOR ID: 176535-09<br>MENDEZ, SAMUEL E<br>750 SIX FLAG, LOT 493<br>AUSTELL GA 30168 | CREDITOR ID: 408186-15<br>MENDEZ, SAMUEL ESPINOZA<br>531 PINELAND CR SW<br>MABLETON GA 30126 | CREDITOR ID: 410841-15<br>MENDOZA, MARIO V<br>PO BOX 014647<br>MIAMI FL 33101 |
| CREDITOR ID: 177479-09<br>MILLAN, EMILIO L<br>1026 SW 4TH TERR<br>CAPE CORAL FL 33914 | CREDITOR ID: 177800-09<br>MILLER, JUDY A<br>169 SPRING ST<br>HAMPTON TN 37658 | CREDITOR ID: 178036-09<br>MILLER, SHAWNDA V<br>1100 SPIVEY AVENUE<br>MYRTLE BEACH SC 29577 |
| CREDITOR ID: 256481-12<br>MISSISSIPPI ABC<br>7595 CENTURION PKWY<br>JACKSONVILLE FL 32256 | CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 1128-07<br>MOBLEY FAMILY PARTNERSHIP, LP &<br>REDD FAMILY II, LP DBA<br>BLUE ANGEL CROSSINGS<br>C/O REDD REALTY SERVICES<br>4200 NORTHSIDE PKWY BLDG 10 STE 101<br>ATLANTA, GA 30327-3080 |
| CREDITOR ID: 52147-05<br>MONCURE, ARMERS<br>719 HICKORY RIDGE DR<br>JACKSON MS 39206 | CREDITOR ID: 179781-09<br>MONTGOMERY, TIMOTHY M<br>75 RUBY ROAD<br>MONROEVILLE AL 36460 | CREDITOR ID: 180078-09<br>MOORE, COREY J<br>11682 ROUND TABLE WAY<br>THONOTAOSASSA FL 33592-3037 |
| CREDITOR ID: 52594-05<br>MOORE, MARIETTA K<br>3006 SHELL POINT ROAD<br>BEAUFORT SC 29906 | CREDITOR ID: 180728-09<br>MORALES, STEVEN<br>811 TOWER POINT<br>LAKE WALES FL 33859 | CREDITOR ID: 180749-09<br>MORAN, FRANK V<br>1340 LAUREL STREET<br>METARIE LA 70003 |
| CREDITOR ID: 180797-09<br>MOREE, LORRI B<br>90 SALUDA LANE<br>BATH NC 27808 | CREDITOR ID: 53436-05<br>MOULTRIE, JOENATHAN H<br>48 REUNION ROAD<br>P.O BOX 1275<br>ST HELENA SC 29920-1275 | CREDITOR ID: 182115-09<br>MULET, JORGE A<br>14061 SW 38TH TERR.<br>MIAMI FL 33175 |
| CREDITOR ID: 182456-09<br>MURDOCK, LAMAR L<br>96 ORMAN DR<br>ELLIJAY GA 30540 | CREDITOR ID: 53919-05<br>MURWIN, JAMIE J<br>6383 CALIFORNIA STREET<br>BROOKSVILLE FL 34604 | CREDITOR ID: 183986-09<br>NETTLES, GWENDOLYN<br>1702 27TH AVENUE SOUTH<br>BIRMINGHAM AL 35209 |
| CREDITOR ID: 184463-09<br>NICHOLS, NANCY G<br>107 13TH AVE SW<br>REFORM AL 35481 | CREDITOR ID: 55001-05<br>NOBLE, HENRY<br>424 BARNWELL STREET<br>COLUMBIA SC 29205 | CREDITOR ID: 257309-12<br>NORAMAR COMPANY<br>ATTN NORMAN TOMIELLO<br>PO BOX 771<br>CHAGRIN FALLS OH 44022 |

SERVICE LIST

Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection

**DEBTOR:**   **WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 185161-09
NORMANDIN, MICHAEL E
PO BOX 4205
BILOXI MS 39535

CREDITOR ID: 384266-47
NORTHCROSS LAND & DEVELOPMENT, INC
PO BOX 403155
CHARLOTTE, NC 30384-3155

CREDITOR ID: 384266-47
NORTHCROSS LAND & DEVELOPMENT, INC
C/O MOORE & VAN ALLEN, PLLC
ATTN CAROLINE HUBBELL, ESQ
100 N TRYON STREET, SUITE 4700
CHARLOTTE NC 28202-4003

CREDITOR ID: 56431-05
OWENS-BATES, TRISHA L
3470 NW 6TH COURT
FORT LAUDERDALE FL 33311

CREDITOR ID: 56456-05
PABON, DANIELLE M
PO BOX 770294
OCALA FL 34477-0294

CREDITOR ID: 2515-07
PALMER, ROBERT H JR
C/O HERNDON COLEMAN BRADING & MCKEE
ATTN EDWARD T BRADING, ESQ
PO BOX 1160
JOHNSON CITY TN 37605-1160

CREDITOR ID: 2515-07
PALMER, ROBERT H JR
PO BOX 3146
JOHNSON CITY, TN 37602

CREDITOR ID: 189117-09
PATEL, JAYMINA
7231 PRINCE WILBERT WAY
WEST CHESTER OH 45069

CREDITOR ID: 189462-09
PATTON, GINA R
119 ELM STREET
TIFTON GA 31794

CREDITOR ID: 411155-15
PAY CENTERS LLC
6363 SOUTH PECOS ROAD, STE 203
LAS VEGAS NV 89120

CREDITOR ID: 411155-15
PAY CENTERS LLC
C/O LOFARO & REISER, LLP
ATTN GLENN R REISER ESQ
55 HUDSON ST
HACKENSACK NJ 07601

CREDITOR ID: 411155-15
PAY CENTERS LLC
C/O NERSESIAN & SANKIEWICZ
ATTN R NERSESIAN
528 SOUTH EIGHTH STREET
LAS VEGAS NV 89101

CREDITOR ID: 1699-07
PELICAN ASSOCIATES
C/O GREYHAWKE CAPITAL ADVISORS
ATTN MARK L PLAUMANN, MGR
340 PEMBERWICK ROAD, 1ST FLOOR
GREENWICH CT 06831

CREDITOR ID: 190493-09
PEOPLES, CRYSTAL B
3120 SUMAC RD, APT E5
DECATUR AL 35603

CREDITOR ID: 191067-09
PERNELL, DAWN L
2137 LINCOLN ST
HOLLYWOOD FL 33020

CREDITOR ID: 410388-15
PERNELL, LATRINAH M
3255 HACKBERRY LANE
MONTGOMERY AL 36116

CREDITOR ID: 191070-09
PERNELL, LATRINAH M
3667 OAK STREET
MONTGOMERY AL 36105

CREDITOR ID: 191180-09
PERRY, GREGORY R
1900 SE 4TH ST APT 161
GAINESVILLE FL 32602

CREDITOR ID: 191292-09
PERRY-BELL, ARLAINA
1907 DUNCAN AVENUE
ANNISTON AL 36201

CREDITOR ID: 191343-09
PERSONS, SHIRLEY L
PO BOX 8233
ANNISTON AL 36202-0823

CREDITOR ID: 191490-09
PETERSON, GERREN M
2617 CEDAR ST
LOUISVILLE KY 40212-0171

CREDITOR ID: 404021-15
PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, RECOV DEPT
27 WATERVIEW DRIVE
SHELTON CT 06484-4361

CREDITOR ID: 193391-09
POLANCO, IRIS
7075 NW 186 STREET, APT 502
MIAMI FL 33015

CREDITOR ID: 194162-09
POUNCEY, LORETTA
1118 E SAUNDER RD
DOTHAN AL 36301

CREDITOR ID: 59934-05
POWELL, DONALD R JR
900 WEST PARK LANE
FULTONDALE AL 35068

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 258973-12
PROFOOT INC
ATTN RICHARD KIRSCHNER, CONT
PO BOX 397
NEWARK, NJ 07101-0397

CREDITOR ID: 195423-09
PRYOR, DERRICK L
6TH AVE NW
PO BOX 1471
REFORM AL 35481

CREDITOR ID: 60645-05
PUTMAN, LINDA A
1538  S HWY 14
GREER SC 29651

CREDITOR ID: 60770-05
QUINN, THOMAS A
517 RAYBURN ROAD
BIRMINGHAM AL 35226

CREDITOR ID: 196190-09
RADLOFF, PAMELA D
316 HALE AVENUE, APT 34F
OWENSBORO KY 42301-0489

CREDITOR ID: 196615-09
RAMOS, ANACRISTIN C
10818 SW 88 STREET APT R21
MIAMI FL 33176

CREDITOR ID: 196950-09
RANKIN, DANIELLE J
4040 AMITY HILL ROAD
CLEVELAND NC 27013

CREDITOR ID: 197789-09
REED, RUTH E
11472 PARK BLVD
SEMINOLE FL 33772-4620

CREDITOR ID: 197799-09
REED, STEPHEN
425 S CHICKASAW TRAIL, APT 231
ORLANDO FL 32825-7833

CREDITOR ID: 197872-09
REESE, DEBRA
4030 SPRUCE STREET
MOSS POINT MS 39563

CREDITOR ID: 198994-09
RICARDO, JORGE L
6195 SCOROIO CIRCLE, APT 232
TAMPA FL 33614

CREDITOR ID: 199065-09
RICE, LAMEKA
1505 W THARPE STREET, APT 1426
TALLAHASSEE FL 32303

CREDITOR ID: 63485-05
ROBINSON, NORRIS G
430 BLAKE AVE
SE ATLANTA GA 30316

CREDITOR ID: 64282-05
ROMERO, MILDRED
500 HERITAGE CIR
PO BOX 440
PEMBROKE PINE FL 33029

CREDITOR ID: 386993-54
ROSARIO, JAMNY
535 NW 1ST AVENUE, APT B
HOMESTEAD FL 33030

CREDITOR ID: 203599-09
ROSS, HENORA M
1220 BERMUDA STREET
CLEARWATER FL 33755-1104

CREDITOR ID: 406110-15
RUDE, WILLIAM G
600 BROWNLEE DRIVE
HENDERSON NV 89015

CREDITOR ID: 204462-09
RUPERT, BRITTNEY L
1622 MARIAH ANN CT
JACKSONVILLE FL 32225

CREDITOR ID: 204757-09
RUTHERFORD, MARILYN K
3015 CORPENING CHAPEL RD
MORGANTON NC 28655

CREDITOR ID: 381953-15
SAFETY KLEEN SYSTEMS, INC
ATTN BANKRUPTCY SUPERVISOR
CLUSTER II BLDG 3
5400 LEGACY DRIVE
PLANO TX 75024

CREDITOR ID: 205048-09
SAFFORLD, RAMONA D
749 SW 3RD PLACE
DANIA FL 33004

CREDITOR ID: 205048-09
SAFFORLD, RAMONA D
C/O MARK J MILLER, PA
ATTN MARK J MILLER ESQ
1600 S FEDERAL HWY SUITE 1101
POMPANO BEACH FL 33062

CREDITOR ID: 205072-09
SAHA, PAMELA L
905 SAVOY WAY
APEX NC 27502-5030

CREDITOR ID: 205391-09
SALWAY, SEYMOUR
80 FAIR HAVEN HILL COURT
GALLOWAY NJ 08205

CREDITOR ID: 205771-09
SANDER, THOMAS R
758 PICKET WAY
CINCINNATI OH 45245

CREDITOR ID: 206326-09
SANTIAGO, LISBETH
8808 CRESTVIEW DR
TAMPA FL 33604

CREDITOR ID: 207078-09
SCHEINHAUS, ALLEN R
529 TERRACEVIEW COVE, APT 303
ALTAMONTE SPRINGS FL 32714-1757

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**          **CASE:  05-03817-3F1**

CREDITOR ID: 208218-09
SEARS, NORMAN E
12100 SEMINOLE BLVD, APT 387
LARGO FL 33778-0283

CREDITOR ID: 403933-94
SELLERS, MARK A
7651 GATE PARKWAY, APT 703
JACKSONVILLE FL 32256

CREDITOR ID: 208616-09
SENECHAL, ROBERT J
3963 SE 17TH PLACE
OCALA FL 34471

CREDITOR ID: 247863-12
SEYLER, DEBRA
2813 50TH ST S #1
GULFPORT FL 33707-5435

CREDITOR ID: 208953-09
SHADE, CEDRIC J
714 ALAMO
MONTGOMERY AL 36111

CREDITOR ID: 210080-09
SHIRLEY, TINA D
635 TAYLOR ST
CENTRAL SC 29630

CREDITOR ID: 210527-09
SIERRA, MERCEDES CAMBERO
405 NW 37 STREET, APT 5A
MIAMI FL 33127

CREDITOR ID: 69800-05
SMITH, VICTOR O
4407 NW 47TH COURT
TAMARAC FL 33319

CREDITOR ID: 214800-09
SOYARS, SHARON D
6316 DAHLIA RD
MECHANICSVILLE VA 23111-4304

CREDITOR ID: 411055-15
SR-JLB/JAB, LLC & SR-TCS, LLC
C/O BELMONT INVESTMENT CORP
ATTN B BELMONT/S HARNER/P MARDINLY
600 HAVERFORD ROAD, SUITE G101
HAVERFORD PA 19041

CREDITOR ID: 70866-05
STAPP, CHARLES B
1550 BRANDON GLEN WAY
CONYERS GA 30012-3886

CREDITOR ID: 411189-15
STATE OF FLORIDA REV DEPT
BANKRUPTCY SECTION
ATTN CATHY DUBISKY/MICHELLE KENNEDY
PO BOX 6668
TALLAHASSEE FL 32314-6668

CREDITOR ID: 411189-15
STATE OF FLORIDA REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: CHARLES J CRIST, JR, ESQ
THE CAPITOL, PL 01
TALLAHASSEE FL 32399-1050

CREDITOR ID: 411189-15
STATE OF FLORIDA REV DEPT
C/O FREDERICK F RUDZIK, ESQ
PO BOX 6668
TALLAHASSEE FL 32314-6668

CREDITOR ID: 410808-15
STATE OF GEORGIA REV DEPT
ATTN EUNICE NICHOLSON, REVENUE AGT
COMPLIANCE DIV/BANKRUPTCY SECTION
PO BOX 161108
ATLANTA GA 30321

CREDITOR ID: 410808-15
STATE OF GEORGIA REV DEPT
C/O ASSISTANT ATTORNEY GENERAL
ATTN: OSCAR B FEARS III
STATE OF GEORGIA
40 CAPITAL SQUARE SW
ATLANTA GA 30334

CREDITOR ID: 216188-09
STATON, JAMES A
1337 JOHNSON RD
CONYERS GA 30094

CREDITOR ID: 71079-05
STEPHENS, CHRISTOPHER S
2802 ST MARC CT
PONTE VEDRA BEACH FL 32082

CREDITOR ID: 217120-09
STEWART, WINFRED G
6050 VICTORIA LN
PINSON AL 35126

CREDITOR ID: 71864-05
STRONG, BARBARA L
29084 VIOLET DRIVE
BIG PINE KEY FL 33043

CREDITOR ID: 403956-94
STUCKER, GERALD R
146 PLANTATION DRIVE
SHELBYVILLE KY 40065

CREDITOR ID: 218174-09
STUCKEY, ELIZABETH ANN
534 LAUREL GROVE LANE
ORANGE PARK, FL 32073

CREDITOR ID: 71997-05
SUAREZ, ELISEO
14520 SW BUCHANAN ST
MIAMI FL 33176

CREDITOR ID: 72025-05
SUBBS, EDDIE C
PO BOX 19
PLYMOUTH FL 32768

CREDITOR ID: 405983-15
THC LLC
C/O F&M REALTY
2600 E SOUTH BLVD STE 230
MONTGOMERY AL 36116

CREDITOR ID: 1928-07
THC LLC
C/O F&M REALTY
PO BOX 11148
MONTGOMERY, AL 36111

CREDITOR ID: 221791-09
THOMAS, SUSAN L
499 HOLLAND RIDGE DR
LA VERGNE TN 37086-2099

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 222602-09<br>THORNTON, SAMANTHA L<br>5401 TIMBERLINE RIDGE<br>MOBILE AL 36693 | CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>UNIVERSITY CROSSING<br>C/O REDD REALTY SERVICES<br>BLDG 10 STE 101<br>4200 NORTHSIDE PKWY<br>ATLANTA, GA 30327 | CREDITOR ID: 2639-07<br>TIGER CROSSING GP DBA<br>C/O EPSTEIN BECKER & GREEN, PC<br>ATTN ANNETTE KERLIN MCBRAYER, ESQ<br>945 E PACES FERRY RD, STE 2700<br>ATLANTA GA 30326 |
| CREDITOR ID: 224759-09<br>TULL, AARON Q<br>6316 EUREKA AVE<br>LOUISVILLE KY 40216 | CREDITOR ID: 225153-09<br>TURNER, SHELBY R<br>PO BOX 502<br>COLLINSVILLE VA 24078 | CREDITOR ID: 263782-12<br>UNITED BEVERAGES OF NC LLC<br>ATTN H DEAN PROCTOR, VP<br>PO BOX 818<br>HICKORY NC 28601 |
| CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 | CREDITOR ID: 225548-09<br>UNPINGCO, YVONNE L<br>PO BOX 70693<br>MONTGOMERY AL 36107 |
| CREDITOR ID: 226161-09<br>VANDEVENTER, JAMIE L<br>4469 HWY 19-E<br>ELIZABETHTON TN 37643 | CREDITOR ID: 407497-15<br>VAUGHAN, IDONA M, BENEFICIARY<br>OF CLARENCE E VAUGHAN<br>1808 E RAMPART STREET<br>TAMPA FL 33604 | CREDITOR ID: 226555-09<br>VAUGHN, ASHLEY V<br>28 CR 107<br>OXFORD MS 38655 |
| CREDITOR ID: 227330-09<br>VICTORIAN, JARVIS J<br>1505 PENNSYLVANIA ST<br>NEW ROADS LA 70760 | CREDITOR ID: 269370-16<br>VISAGENT CORPORATION<br>C/O RUBIN & RUBIN<br>ATTN GUY B RUBIN, ESQ<br>520 SOUTH FEDERAL HWY<br>PO BOX 395<br>STUART, FL 34995 | CREDITOR ID: 406290-15<br>WAGES, LARRY W JR<br>1550 JACKSON FERRY ROAD<br>MONTGOMERY AL 36104-1718 |
| CREDITOR ID: 227993-09<br>WAGES, LARRY W JR<br>11840 WALNUT LN<br>PO BOX 174<br>FOUNTAIN FL 32438 | CREDITOR ID: 228209-09<br>WALDRON, JEFFREY L<br>37 CANEBRAKE BLVD<br>HATTIESBURGH MS 39402-8710 | CREDITOR ID: 77383-05<br>WARD, WILLIAM SR<br>4531 TCHOUPITOULAS<br>NEW ORLEANS LA 70115 |
| CREDITOR ID: 229974-09<br>WASHINGTON, LINDA J<br>RT 1 BOX 107 GRAY RD<br>YEMASSEE SC 29945 | CREDITOR ID: 230488-09<br>WATTERS, GLENNA K<br>12041 STONE CROSSING CIR<br>TAMPA FL 33635 | CREDITOR ID: 77976-05<br>WATTS, CATHERINE A<br>5301 COURT J<br>BIRMINGHAM AL 35208 |
| CREDITOR ID: 230713-09<br>WEAVER, CHILLIE L<br>778 SECOND STREET<br>AYDEN NC 28513 | CREDITOR ID: 405943-93<br>WEBSTER, ANGELA K<br>1314 HARFORD RD<br>GRAHAM NC 27253 | CREDITOR ID: 411317-15<br>WEBSTER, FRANCIS AARON<br>1314 HANFORD ROAD<br>GRAHAM NC 27253 |
| CREDITOR ID: 405942-93<br>WEBSTER, REBECCA A<br>1314 HANFORD RD<br>GRAHAM NC 27253 | CREDITOR ID: 231994-09<br>WHEELER, FELICIA R<br>4666 WHITTIER PLACE<br>POWDER SPRINGS GA 30127 | CREDITOR ID: 256791-12<br>WHEELOCK, MURIAH<br>2508 OAKWOOD AVENUE NE<br>HUNTSVILLE, AL 35811 |

SERVICE LIST

**Order Disallowing (A) No Liability Claims and (B) No
Liability Misclassified Claims, as Set Forth in the
Debtors' Fourteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243363-12<br>WILLIAMS, BESSIE<br>11720 5TH ST N E<br>CAIRO, GA 39828 | CREDITOR ID: 234122-09<br>WILLIAMS, DARLENE L<br>PO BOX 911<br>HAWTHORNE FL 32640 | CREDITOR ID: 234310-09<br>WILLIAMS, FREDA<br>PO BOX 596<br>TERRY MS 39170 |
| CREDITOR ID: 234871-09<br>WILLIAMS, MARINA R<br>PO BOX 1786<br>DARIEN GA 31305-1786 | CREDITOR ID: 235037-09<br>WILLIAMS, PAMELA R<br>PO BOX 551307<br>ORLANDO FL 32855 | CREDITOR ID: 235071-09<br>WILLIAMS, PHYLLIS M<br>4230 BENT TREE DR<br>VALDOSTA GA 31601 |
| CREDITOR ID: 235281-09<br>WILLIAMS, SHIRLEY A<br>PO 11823<br>JACKSON MS 39283 | CREDITOR ID: 80877-05<br>WINES, CARRIE L<br>85 UPWARD HILLS DRIVE<br>FLAT ROCK NC 28793 | CREDITOR ID: 406309-15<br>WINES, CARRIE LEIGH<br>PO BOX 261<br>HENDERSONVILLE NC 28793 |
| CREDITOR ID: 81422-05<br>WOOTEN, JENNIFER L<br>2380 CARTER ROAD<br>BILOXI MS 39531 | CREDITOR ID: 238136-09<br>WRIGHT, MATHIS D<br>4801 NW 19TH CT<br>LAUDERHILL FL 33313 | CREDITOR ID: 238944-09<br>YOUNG, DONALD L<br>PO BOX 39622-9622<br>FT LAUDERDALE FL 33339 |
| CREDITOR ID: 238966-09<br>YOUNG, GEORGE D<br>5200 9TH AVENUE<br>WYLAM AL 35224 | CREDITOR ID: 239069-09<br>YOUNG, LATOYA Y<br>3384 MT ZION RD, APT 8-301<br>STOCKBRIDGE GA 30281 | CREDITOR ID: 239102-09<br>YOUNG, MELISA<br>1812 EVERGREEN DRIVE<br>CHARLOTTE NC 28208 |
| CREDITOR ID: 239229-09<br>YOUNG, WILMA A<br>401 BRADEN ST<br>HOPKINSVILLE KY 42240 | | |

**Total:   367**

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

## ORDER DISALLOWING (A) NO LIABILITY CLAIMS AND (B) NO LIABILITY MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' FOURTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on August 10, 2006, upon the Fourteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A and B (the "Disputed Claims").[2]  Several formal and informal objections to the Objection were raised or filed, as a result of which the Debtors have agreed to continue the Objection with respect to (i) claim no. 8884 filed by Bake-Line Group, LLC, et al., (ii) claim nos. 12413 and 12836 filed by Big Lots Stores, Inc., (iii) claim no. 6418 filed by Patricia A. Hogan, (iv) claim no. 10129 filed by Mobley Family Partnership, LP and Redd Family II, LP d/b/a Blue Angel Crossings, (v) claim no. 11208 filed by Pay Centers LLC, (vi) claim no. 12157 filed by Principal Life Insurance Co., (vii) claim no. 11089 filed by State of

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Georgia Department of Revenue, (viii) claim no. 11578 filed by Tiger Crossing GP d/b/a University Crossing, (ix) claim no. 9953 filed by Visagent Corporation and (x) claim no. 8888 filed by Brown Investment Properties f/b/o Krusch Properties LLC, (collectively, the "Unresolved Objections"), which claims have been removed from Exhibits A and B. The Debtors have withdrawn without prejudice their objection to claim no. 2404 filed by JFE Shoji Trade America Inc., which claim has been removed from Exhibit A. Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.    The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit B is denied; and the No Liability Misclassified Claims are (a) reclassified as specified on Exhibit B under the heading "Modified Class Status," and (b) disallowed in their entirety.

4.    Claim number 2404 filed by JFE Shoji Trade America Inc. is allowed as an unsecured non-priority claim in the amount of $5,002.80, as originally scheduled by the Debtors.

5.    Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

6.    The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

7.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

8.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

9.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _10_ day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 1 of 25
Date: 08/07/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2036**<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7322<br>Debtor: | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 2036**<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7323<br>Debtor: | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 82564**<br>ABERCROMBIE, LATOYA D<br>416 3RD AVENUE<br>BESSEMER AL 35020 | 7443<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 86388**<br>ANTOINE, WILFRED O<br>113 COTTON STREET<br>NEW IBERIA LA 70563 | 2032<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 87753**<br>AUGUSTUS, TERRY<br>221 MAYFIELD ST<br>GREENVILLE MS 38701 | 4483<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 88375**<br>BADGETT, CURTIS<br>164 BARNEY BANKS RD<br>PINOLA MS 39149 | 11459<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 88437**<br>BAGLEY, APRIL<br>3217 E HANNA AVE<br>TAMPA FL 33610-3642 | 6697<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 89997**<br>BARNES, CARLA W<br>PO BOX 995<br>ST AUGUSTINE FL 32085 | 5351<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 91002**<br>BATTISTE, KECIA<br>8835 OLEANDER<br>NEW ORLEANS LA 70118 | 11443<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, LATE. |
| **Creditor Id: 91027**<br>BATTLE, GAIL K<br>220 JACKSON RD<br>MCDONOUGH GA 30252 | 7571<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 7807**<br>BEAVER, STEVE D<br>216 TRIANGLE ROAD<br>GAFFNEY SC 29340 | 7223<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 92077**<br>BELL, CHERRY R<br>1601 DUNN AVENUE, APT 809<br>JAX FL 32218 | 2751<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 9113**<br>BLACK, GLORIA A<br>2781 S ROCKY CREEK RD<br>ASHFORD AL 36312 | 9353<br>Debtor: **WINN-DIXIE STORES, INC.** | $9,723.71 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 9209**<br>BLACKSHER, KATHY C<br>PO BOX 90371<br>EAST POINT GA 30344 | 6847<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 243617**<br>BLEVINS ELECTRIC INC<br>ATTN RICHARD BLEVINS, PRES<br>PO BOX 5609<br>5351 FORT HENRY DRIVE<br>KINGSPORT TN 37663-5609 | 2714<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 10454**<br>BOYD, JUDSON T<br>13026 GREYCREST DR<br>CHARLOTTE NC 28278 | 6081<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 96903<br>BOYKIN, TIFFANY<br>801 COLLINS PLACE APT 12<br>ATTALLA AL 35954 | 10755<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 10552<br>BOZEMAN, SAMUEL C<br>8910 JEAN ST<br>TAMPA FL 33610 | 5711<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 402116<br>BRADY, VIRGINIA<br>1274 THE GROVE RD<br>ORANGE PARK FL 32073 | 5008<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS<br>OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 97617<br>BRASHEAR, DAVID<br>3672 COTTAGE CIRCLE<br>LEXINGTON KY 40513 | 7991<br>Debtor: WINN-DIXIE STORES, INC. | $824.42 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  401K PLAN IS NOT<br>AFFECTED BY BANKRUPTCY FILING. |
| Creditor Id: 97828<br>BRAZLEY, TERRY<br>4877 CHARLENE<br>NEW ORLEANS LA 70127 | 3808<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 244059<br>BROWN, NOLTEMEYER COMPANY<br>122 N PETERSON AVENUE<br>LOUISVILLE, KY 40206-2335 | 1332<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS<br>OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 12120<br>BROWN, YOLANDA E<br>3505 W. CHASE AVE APT 1<br>JACKSONVILLE FL 32209 | 11560<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS<br>OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 102591<br>BUTLER, JOHNNY<br>1002 BUTLER DR<br>WESSON MS 39191 | 3771<br>Debtor: WINN-DIXIE STORES, INC. | $8,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 4 of 25
Date: 08/07/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 102697**<br>BUTLER, WILLIE FRANK<br>1197 BAHALIA ROAD<br>PO BOX 738<br>WESSON MS 39191 | 3733<br>Debtor: **WINN-DIXIE STORES, INC.** | $8,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 102846**<br>BYRD, CANDICE D<br>1517 CREST AVENUE<br>LEESBURG FL 34748 | 9225<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 174766**<br>CALLOWAY, ROXANNE MCKAY<br>205B PERRY ST<br>ANDALUSIA AL 36420-3635 | 4151<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 2111**<br>CAMERON EDENTON COMPANY, LLC<br>ATTN CONNIE S STEAD, ACCT MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827<br><br>Counsel: ATTN RICHARD T BOYETTE, ESQ. | 10239<br>Debtor: **WINN-DIXIE STORES, INC.** | $839,489.56 | CLAIMANT AGREES NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSIGNED TO FARMERS FOODS OF NORTH CAROLINA, LLC ON 2/17/05. |
| **Creditor Id: 2111**<br>CAMERON EDENTON COMPANY, LLC<br>ATTN CONNIE S STEAD, ACCT MGR<br>PO BOX 31827<br>RALEIGH, NC 27622-1827<br><br>Counsel: ATTN RICHARD T BOYETTE, ESQ. | 10419<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $839,489.56 | CLAIMANT AGREES NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSIGNED TO FARMERS FOODS OF NORTH CAROLINA, LLC ON 2/17/05. |
| **Creditor Id: 106654**<br>CEPHAS, KEVIN L<br>3312 TONOKA COURT<br>RICHMOND VA 23223 | 5938<br>Debtor: **WINN-DIXIE STORES, INC.** | $303.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 406483**<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 | 9247<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,848.31 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM WAS PAID 2/5/04 BY CHECK NUMBER 523568. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 5 of 25
Date: 08/07/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8666<br>Debtor: | $263.99<br>WINN-DIXIE STORES, INC. | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS.<br>ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF<br>VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S<br>THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8667<br>Debtor: | $679.29<br>WINN-DIXIE STORES, INC. | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS.<br>ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF<br>VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S<br>THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8668<br>Debtor: | $565.21<br>WINN-DIXIE STORES, INC. | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS.<br>ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF<br>VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S<br>THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8669<br>Debtor: | $343.90<br>WINN-DIXIE STORES, INC. | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS.<br>ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF<br>VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S<br>THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8670<br>Debtor: | $38.53<br>WINN-DIXIE STORES, INC. | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS.<br>ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF<br>VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S<br>THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8671<br>Debtor: | $456.74<br>WINN-DIXIE STORES, INC. | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS.<br>ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF<br>VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S<br>THIRD-PARTY ADMINISTRATOR. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8672<br>**Debtor:** | $329.62<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8673<br>**Debtor:** | $683.97<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8674<br>**Debtor:** | $468.11<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8675<br>**Debtor:** | $401.98<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8676<br>**Debtor:** | $73.00<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8677<br>**Debtor:** | $531.63<br>**WINN-DIXIE STORES, INC.** | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY SEDGWICK CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 403291**<br>CLYATT, CLYATT, & GOLDEN, PC<br>ATTN ROBERT M CLYATT, PRESIDENT<br>3269 NORTH VALDOSTA RD<br>PO BOX 5799<br>VALDOSTA GA 31603-5799 | 8678<br>Debtor: **WINN-DIXIE STORES, INC.** | $769.75 | NO PREPETITION LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT REFLECTS POSTPETITION LIABILITY TO BE PAID, IF VALID, BY EDGOVT CLAIMS MANAGEMENT SERVICES, DEBTOR'S THIRD-PARTY ADMINISTRATOR. |
| **Creditor Id: 452115**<br>COLT INTERNATIONAL INC<br>ATTN JOEL C PURDOM, VP<br>12929 GULF FREEWAY, SUITE 310<br>HOUSTON TX 77034<br><br>Counsel: ATTN JERRY KILGORE, ESQ | 13225<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,767.50 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE. |
| **Creditor Id: 408331**<br>COMMONWEALTH OF VIRGINIA TAX DEPT<br>ATTN LEON SPRINKLE<br>PO BOX 2156<br>RICHMOND VA 23218-2156 | 6992<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $483.70 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS TO SALES TAXES, DEBTOR HAS NO RECORD OF SUCH LIABILITY. AS TO WITHHOLDING TAXES, DEBTOR MADE WEEKLY PAYMENT AND HAS NO RECORD OF RECEIVING ANY NOTICE OF ADDITIONAL AMOUNTS DUE. |
| **Creditor Id: 18124**<br>COTE, SHIRLEY M<br>288 VALENCIA AVE<br>KISSIMMEE FL 34743 | 3128<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 254611**<br>COUNTY OF LEFLORE TAX COLLECTOR<br>PROPERTY TAX<br>ATTN SARA KENRIGHT<br>PO BOX 1349<br>GREENWOOD MS 38935-1349 | 2668<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $1,775.57 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 113353**<br>CRAWFORD, JOSEPH B<br>4000 LILLIE STREET<br>POWDERSPRINGS GA 30127-3229 | 2142<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 114976**<br>CURTIS, WANDA S<br>1402 W 24TH ST<br>JACKSONVILLE FL 32209 | 11463<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, LATE-FILED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 114998<br>CUSHION, TINNE J<br>1513 E MOORE ST<br>VALDOSTA GA 31601 | 2120<br>Debtor: CRACKIN' GOOD, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 19536<br>DALEY, CANDICE A<br>1790 MERCY DRIVE, APT 104<br>ORLANDO FL 32808 | 9369<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 115411<br>DAMPIER, BETTY<br>111 LAKESHORE DRIVE, APT J302<br>BRANDON MS 39047-1111 | 2613<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 115656<br>DANIELS, OTIS A<br>1542 HICKORY STREET<br>LAURINBURG NC 28352 | 4265<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 116050<br>DAVIDSON, DETA<br>8812 ANDORA DRIVE<br>MIRAMAR FL 33025 | 8431<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 117861<br>DEFUSCO, JESSE C<br>3274 FAIRFAX AVENUE<br>PALM BAY FL 32905 | 3519<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 20532<br>DELANEY-THOMAS, PAMELA<br>425 WOODS OF NORTH BEND, APT C<br>RALEIGH NC 27609 | 6683<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 118221<br>DELOACH, TYWAN L<br>12028 CO RD 9<br>LISMAN AL 36912 | 8114<br>Debtor: TABLE SUPPLY FOOD STORES CO., INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 393376**<br>DERRYBERRY, DELORSE<br>C/O HARRISS & HARTMAN LAW FIRM PC<br>ATTN BRENT JAMES, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | 10445<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,291.19 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 21538**<br>DIAZ, CARMEN<br>1005 CURTISS DRIVE<br>OPALOCKA FL 33054 | 2761<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 22031**<br>DOCKUM, TIMOTHY W<br>355 WILLOW LANE<br>ELLENTON FL 34222 | 2042<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 406583**<br>DOOLITTLE, C W<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA FL 32082 | 7519<br>Debtor: WINN-DIXIE STORES, INC. | $3,402.56 | NO LIABILITY ON ADMINISTRATIVE CLAIM PER DEBTOR'S BOOKS AND RECORDS.  CLAIM WAS PAID 9/16/05 BY CHECK NUMBER 626489. |
| **Creditor Id: 123205**<br>EDOUARD-CALIXTE, RAYMONDE<br>160 ZENITH CIRCLE<br>FT MYERS FL 33913 | 3517<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 123291**<br>EDWARDS, DONNA D<br>1105 NW 155TH LANE, APT 103<br>NORTH MIAMI FL 33169 | 7445<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 125908**<br>FARRAR, TERESA S<br>PO BOX 2168<br>HENDERSON NC 27536 | 2040<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 126431**<br>FERGUSON, ALAN J<br>657 STONY MILL SCHOOL ROAD<br>DANVILLE VA 24541 | 11488<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411186**<br>FINANCIAL SUPERMARKETS, INC<br>ATTN HARRY STEPHIE, TREAS<br>383 CLARKESVILLE STREET<br>PO BOX 1900<br>CORNELIA GA 30531<br>Counsel: ATTN J W MILLS & J STEVENS, ESQS | 10255<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CONTRACT WAS COMPLETED. ANTICIPATORY REJECTION DAMAGES ARE NOT OWED. |
| **Creditor Id: 127465**<br>FISKE, ANDREW P<br>114 OGDEN AVE<br>OCEAN SPRINGS MS 39564 | 5358<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 407754**<br>FITZGERALD-BEN HILL LANDFILL<br>544 CAMP BROOKLYN ROAD<br>FITZGERALD GA 31750<br>Counsel: ATTN JOHN E SMITH, III, ESQ | 5418<br>Debtor: | $10,994.88<br>DEEP SOUTH PRODUCTS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 128835**<br>FOSTER, ARNIE<br>3111 NW 210 TERR<br>MIAMI FL 33056 | 2362<br>Debtor: | $0.00<br>WINN-DIXIE LOGISTICS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 27866**<br>GAMBLE, ERNEST SR<br>2819 PARENTAL HOME ROAD<br>JACKSONVILLE FL 32216 | 2342<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 132502**<br>GAUDIOSO, FRANK M<br>216 LOBLOLLY LANE<br>MYRTLE BEACH SC 29579 | 5383<br>Debtor: | $975.20<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 135537**<br>GORDON, KAREN L<br>134 BORDEN ST<br>HAYNEVILLE AL 36040-1111 | 5866<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 196582**<br>GRAY, STEVE F<br>29 PICKETT STREET<br>MONTGOMERY AL 36110 | 9982<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 251114<br>H&E EQUIPMENT SERVICES LLC<br>PO BOX 261150<br>BATON ROUGE, LA 70826-1150 | 5650<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| Creditor Id: 136961<br>HALL, ANGELA<br>120 JEFFERSON STREET<br>FITZGERALD GA 31750 | 2337<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 140237<br>HAMPTON, CEDRIC M<br>196 PECAN ACRES<br>STARKVILLE MS 39759 | 5317<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 406723<br>HARDEN, OTIS DUKE<br>1844 COLONIAL DRIVE<br>GREEN COVE SPRINGS FL 32043 | 11216<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT ALSO FILED CLAIM NUMBER 11215 FOR HIS MSP PARTICIPATION. |
| Creditor Id: 32859<br>HARMON, JERRY R<br>1608 LARKIN STREET<br>HIGH POINT NC 27262-0212 | 2341<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 33072<br>HARRIS, CHARLES E<br>11846 PINE NEEDLE LANE<br>HAMPTON GA 30228 | 2043<br>Debtor: DEBTOR IS UNIDENTIFIABLE | $884.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 142495<br>HARVEY, LAKEISHA R<br>179 GUIOMAR RD<br>CORDOVA SC 29039 | 4826<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 142965<br>HAWKINS, SARAH J<br>58 CLINE STREET<br>LUMBERTON NC 28358 | 2671<br>Debtor: DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 144076**<br>HEMPHILL, JAMES E<br>1019 GLENARDEN DR APT A<br>ROCK HILL SC 29730 | 10395<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 34352**<br>HENDERSON, LARONDA A<br>2121 WINDY HILL RD, APT 206<br>MARIETTA GA 30060 | 11827<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 262827**<br>HERALD, THE<br>ATTN ELIZABETH WILLIAMS<br>PO BOX 2242<br>RALEIGH, NC 27602-2242 | 2339<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 262827**<br>HERALD, THE<br>ATTN ELIZABETH WILLIAMS<br>PO BOX 2242<br>RALEIGH, NC 27602-2242 | 2340<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 34793**<br>HERNANDEZ, ROLANDO E<br>940 E 10TH AVENUE<br>HIALEAH FL 33010 | 3145<br>**Debtor:** WINN-DIXIE STORES, INC. | $388.08 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORD AND NO DOCUMENTATION. |
| **Creditor Id: 251630**<br>HILLMAN GROUP INC<br>ATTN PATRICIA DECLUSIN<br>8990 KYRENE RD<br>TEMPE AZ 85284 | 2070<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER CLAIMANT. |
| **Creditor Id: 251630**<br>HILLMAN GROUP INC<br>ATTN PATRICIA DECLUSIN<br>8990 KYRENE RD<br>TEMPE AZ 85284 | 2071<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 146607**<br>HOARD, BREANNA A<br>PO BOX 154<br>PELAHATCHIE MS 39145 | 11531<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, LATE-FILED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 452129**<br>HOLLAND & KNIGHT LLP<br>ATTN STEVEN E COHEN, CREDIT & COLL<br>1 EAST BROWARD BLVD, SUITE 1300<br>FT LAUDERDALE FL 33301 | 13237<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,157.29 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |
| **Creditor Id: 149574**<br>HUGHLEY, JEAN M<br>4609 MOLINE AVE<br>COLUMBUS GA 31907-3190 | 4317<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 406802**<br>HUTTON, RANDALL L<br>153 BAGLEY ROAD<br>MAPLETON ME 04757 | 7313<br>Debtor: **WINN-DIXIE STORES, INC.** | $104,582.85 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 406802**<br>HUTTON, RANDALL L<br>153 BAGLEY ROAD<br>MAPLETON ME 04757 | 7314<br>Debtor: **WINN-DIXIE STORES, INC.** | $4,891.18 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 150656**<br>INGLE, DEANNA L<br>PO BOX 862<br>DEBARY FL 32753 | 4114<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 406806**<br>ISTRE, MICHAEL J<br>145 ST JOHNS FOREST BLVD<br>JACKSONVILLE FL 32259 | 9542<br>Debtor: **WINN-DIXIE STORES, INC.** | $14,126.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIM WAS PAID 8/19/04 BY CHECK NUMBER 622660. |
| **Creditor Id: 151400**<br>JACKSON, DIANE<br>3909 WATER AVENUE<br>SELMA AL 36703 | 3829<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 152041**<br>JACOBS, MARY E<br>339 INDIAN HERITAGE RD<br>LUMBERTON NC 28358 | 3571<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 152371
JAMES, TAMIKA R
5350 CAROL PLANTATION RD APT 12D
THEODORE AL 36582 | 10487
Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 417067
JEFFERIES, MARK S
2828 DAVISTOWN ROAD
WENDELL NC 27591 | 12832
Debtor: WINN-DIXIE SUPERMARKETS, INC. | $110,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 265463
JENKINS, BERTRAM
PO BOX 3148
BELLAIRE TX 77402 | 4045
Debtor: WINN-DIXIE STORES, INC. | $10,000,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| Creditor Id: 153229
JENNINGS, PHYLLIS A
721 STONEWALL COURT
ROCK HILL SC 29730-0630 | 3812
Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 154103
JOHNSON, DONALD J
1448 FREEMANVILLE DRIVE
ATMORE AL 36502 | 8895
Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 40189
JONES, EMETREUS J
7251 OLD MILITARY RD
THEODORE AL 36582 | 4319
Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 157277
JOSEY, SERITA L
430 GARDEN ST
KISISMMEE FL 34744 | 5694
Debtor: WINN-DIXIE STORES, INC. | $1,550.72 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 41562
KENNERLY, JOSEPH P
908 10TH STREET
PORT ROYAL SC 29935 | 3962
Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 15 of 25
Date: 08/07/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 383217<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 296<br>Debtor: WINN-DIXIE STORES, INC. | $9,365.04 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 161119<br>KRAUSS, MELODY A<br>PO BOX 68<br>PORT RICHEY FL 34668 | 2293<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 166350<br>LOCKETT, DARROW M<br>1105 COMPROMISE ST<br>KENNER LA 70062 | 6854<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 45684<br>LOSLEY, FREDERICK C<br>1320 COCO PLUM<br>MARATHON FL 33050 | 2117<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 171968<br>MATOS, JOSE M<br>20020 NW 57TH COURT<br>MIAMI LAKES FL 33015 | 11594<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 402250<br>MATTOX, EDWIN<br>2625 ANTEBELLUM DRIVE<br>MOBILE AL 36609 | 4461<br>Debtor: WINN-DIXIE STORES, INC. | $41,577.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. CLAIMANT FILED CLAIM NUMBER 5850 FOR MSP PARTICIPATION. |
| Creditor Id: 172571<br>MAYO, SIERA A<br>2385 SOUTH EAST PUTNAM ST<br>LAKE CITY FL 32025 | 1804<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 173284<br>MCCLINDON, TRINA L<br>562 HAMMOND RD<br>OAKVALE MS 39656 | 4611<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.,
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 174093<br>MCDOUGALD, SHAWN M<br>2830 LITTLE LAUREL WAY<br>MT DORA FL 32757 | 6685<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 175833<br>MCZEAL, CYNTHIA A<br>206 6TH ST MERMENTAU<br>PO BOX 220<br>MERMENTAU LA 70556 | 7526<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 410841<br>MENDOZA, MARIO V<br>PO BOX 014647<br>MIAMI FL 33101 | 9883<br>Debtor: WINN-DIXIE STORES, INC. | $2,705.92 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 177479<br>MILLAN, EMILIO L<br>1026 SW 4TH TERR<br>CAPE CORAL FL 33914 | 3585<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $31,007.05 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| Creditor Id: 177800<br>MILLER, JUDY A<br>169 SPRING ST<br>HAMPTON TN 37658 | 7993<br>Debtor: WINN-DIXIE STORES, INC. | $407.25 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 256481<br>MISSISSIPPI ABC<br>7695 CENTURION PKWY<br>JACKSONVILLE FL 32256 | 3572<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 180728<br>MORALES, STEVEN<br>811 TOWER POINT<br>LAKE WALES FL 33859 | 2350<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 180749<br>MORAN, FRANK V<br>1340 LAUREL STREET<br>METARIE LA 70003 | 11486<br>Debtor: WINN-DIXIE STORES, INC. | $297.66 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 53436**<br>MOULTRIE, JOENATHAN H<br>48 REUNION ROAD<br>P.O BOX 1275<br>ST HELENA SC 29920-1275 | 10398<br>Debtor: | $38,563.25<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 53919**<br>MURWIN, JAMIE J<br>6383 CALIFORNIA STREET<br>BROOKSVILLE FL 34604 | 7589<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 184453**<br>NICHOLS, NANCY G<br>101 13TH AVE SW<br>REFORM AL 35481 | 4591<br>Debtor: | $850.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 384266**<br>NORTHCROSS LAND & DEVELOPMENT, INC<br>PO BOX 403155<br>CHARLOTTE, NC 30384-3155<br><br>Counsel: ATTN CAROLINE HUBBELL, ESQ | 4677<br>Debtor: | $0.00<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 56431**<br>OWENS-BATES, TRISHA L<br>3470 NW 6TH COURT<br>FORT LAUDERDALE FL 33311 | 4391<br>Debtor: | $44,611.80<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 56456**<br>PABON, DANIELLE M<br>PO BOX 770294<br>OCALA FL 34477-0294 | 11778<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 2588<br>Debtor: | $19,452.52<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND DUPLICATES LIABILITY IN CLAIM 2081. |
| **Creditor Id: 1699**<br>PELICAN ASSOCIATES<br>C/O GREYHAWKE CAPITAL ADVISORS<br>ATTN MARK L PLAUMANN, MGR<br>340 PEMBERWICK ROAD, 1ST FLOOR<br>GREENWICH CT 06831 | 2807<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 191070<br>PERNELL, LATRINAH M<br>3667 OAK STREET<br>MONTGOMERY AL 36105 | 7433<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $200.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 191180<br>PERRY, GREGORY R<br>1900 SE 4TH ST APT 161<br>GAINESVILLE FL 32602 | 10721<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 191292<br>PERRY-BELL, ARLAINA<br>1907 DUNCAN AVENUE<br>ANNISTON AL 36201 | 6925<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 191490<br>PETERSON, GERREN M<br>2617 CEDAR ST<br>LOUISVILLE KY 40212-0171 | 8123<br>Debtor: WINN-DIXIE STORES, INC. | $894.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| Creditor Id: 404021<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 1930<br>Debtor: DIXIE PACKERS, INC. | $500.76 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 404021<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 1931<br>Debtor: DIXIE PACKERS, INC. | $11,723.02 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ASSERTED AMOUNT FOR ANTICIPATORY REJECTION DAMAGES FOR POSTAGE METER AT FACILITY SOLD IN 2004 TO SMITHFIELD FOODS TO BE DISALLOWED. |
| Creditor Id: 193391<br>POLANCO, IRIS<br>7075 NW 186 STREET, APT 502<br>MIAMI FL 33015 | 2727<br>Debtor: WINN-DIXIE STORES, INC. | $500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 194162<br>POUNCEY, LORETTA<br>1118 E SAUNDER RD<br>DOTHAN AL 36301 | 2363<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES  IA  50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8829<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE WAS ASSUMED AND ASSIGNED AND NO AMOUNT IS DUE. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES  IA  50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8834<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S MORTGAGE LENDER. LEASE WITH PS FRANKLIN LTD WAS TERMINATED 8/9/05. IN CONNECTION WITH TERMINATION AGREEMENT, LANDLORD AGREED TO DISALLOWANCE OF ITS CLAIMS. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES  IA  50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8836<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. LEASE WAS ASSUMED AND ASSIGNED AND NO AMOUNT IS DUE. |
| **Creditor Id: 258873**<br>PROFOOT INC<br>ATTN RICHARD KIRSCHNER, CONT<br>PO BOX 397<br>NEWARK, NJ  07101-0397 | 1465<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 60770**<br>QUINN, THOMAS A<br>517 RAYBURN ROAD<br>BIRMINGHAM  AL  35226 | 4727<br>Debtor: | $300.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 199950**<br>RANKIN, DANIELLE J<br>4040 AMITY HILL ROAD<br>CLEVELAND  NC  27013 | 3764<br>Debtor: | $0.00<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |

WINN-DIXIE STORES, INC., ET AL.,
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 197872**<br>REESE, DEBRA<br>4030 SPRUCE STREET<br>MOSS POINT  MS  39563 | **11417**<br>**Debtor:**  WINN-DIXIE STORES, INC. | **$0.00** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 386993**<br>ROSARIO, JAMNY<br>535 NW 1ST AVENUE, APT B<br>HOMESTEAD  FL  33030 | **3034**<br>**Debtor:**  WINN-DIXIE STORES, INC. | **$526.00** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 406110**<br>RUDE, WILLIAM G<br>600 BROWNLEE DRIVE<br>HENDERSON  NV  89015 | **3305**<br>**Debtor:**  WINN-DIXIE STORES, INC. | **$1,241.50** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 381953**<br>SAFETY KLEEN SYSTEMS, INC<br>ATTN BANKRUPTCY SUPERVISOR<br>CLUSTER II BLDG 3<br>5400 LEGACY DRIVE<br>PLANO  TX  75024 | **13227**<br>**Debtor:**  WINN-DIXIE STORES, INC. | **$489.25** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, LATE-FILED CLAIM. |
| **Creditor Id: 205072**<br>SAHA, PAMELA L<br>905 SAVOY WAY<br>APEX  NC  27502-5030 | **3119**<br>**Debtor:**  WINN-DIXIE STORES, INC. | **$0.00** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 206326**<br>SANTIAGO, LISBETH<br>8808 CRESTVIEW DR<br>TAMPA  FL  33604 | **2047**<br>**Debtor:**  WINN-DIXIE STORES, INC. | **$337.00** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT SEEKS REFUND FROM MARRIOTT INTL ADMIN SRVS, INC., NOT ONE OF THE DEBTORS. |
| **Creditor Id: 207078**<br>SCHEINHAUS, ALLEN R<br>529 TERRACEVIEW COVE, APT 303<br>ALTAMONTE SPRINGS  FL  32714-1757 | **11490**<br>**Debtor:**  WINN-DIXIE STORES, INC. | **$250.00** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 208218**<br>SEARS, NORMAN E<br>12100 SEMINOLE BLVD, APT 387<br>LARGO  FL  33778-0283 | **3534**<br>**Debtor:**  WINN-DIXIE STORES, INC. | **$0.00** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 403933**<br>SELLERS, MARK A<br>7851 GATE PARKWAY, APT 703<br>JACKSONVILLE FL 32256 | 9518<br>Debtor: WINN-DIXIE STORES, INC. | $40,800.00 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 403933**<br>SELLERS, MARK A<br>7851 GATE PARKWAY, APT 703<br>JACKSONVILLE FL 32256 | 9519<br>Debtor: WINN-DIXIE STORES, INC. | $204,998.53 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 403933**<br>SELLERS, MARK A<br>7851 GATE PARKWAY, APT 703<br>JACKSONVILLE FL 32256 | 9520<br>Debtor: WINN-DIXIE STORES, INC. | $60,938.88 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 69800**<br>SMITH, VICTOR O<br>4407 NW 47TH COURT<br>TAMARAC FL 33319 | 2035<br>Debtor: WINN-DIXIE STORES, INC. | $11,123.85 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 214800**<br>SOYARS, SHARON D<br>6316 DAHLIA RD<br>MECHANICSVILLE VA 23111-4304 | 4708<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 411055**<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | 10663<br>Debtor: WINN-DIXIE STORES, INC. | $1,269.64 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 411055**<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | 10664<br>Debtor: WINN-DIXIE RALEIGH, INC. | $1,269.64 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 70866**<br>STAPP, CHARLES B<br>1550 BRANDON GLEN WAY<br>CONYERS GA 30012-3886 | 2286<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 12549<br>Debtor: WINN-DIXIE STORES, INC. | $892.52 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID $1,295,128.84 ON 4/30/04 BY ELECTRONIC TRANSFER OF FUNDS ("EFT") NUMBER 010039 FOR QUARTER ENDING 3/31/2004, $587,892.52 ON 7/30/04 BY EFT NUMBER 010869 FOR QUARTER ENDING 6/30/04, $372,904.80 ON 10/29/04 BY EFT NUMBER 011724 FOR QUARTER ENDING 9/30/2004, AND $301,028.16 ON 1/28/05 BY EFT NUMBER 012563 FOR QUARTER ENDING 12/31/2004. NO OTHER AMOUNTS ARE DUE. |
| **Creditor Id: 216188**<br>STATON, JAMES A<br>1337 JOHNSON RD<br>CONYERS GA 30094 | 2279<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 71079**<br>STEPHENS, CHRISTOPHER S<br>2802 ST MARC CT<br>PONTE VEDRA BEACH FL 32082 | 12106<br>Debtor: WINN-DIXIE STORES, INC. | $165.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 217120**<br>STEWART, WINFRED G<br>6050 VICTORIA LN<br>PINSON AL 35126 | 11495<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 71864**<br>STRONG, BARBARA L<br>29084 VIOLET DRIVE<br>BIG PINE KEY FL 33043 | 3567<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 403956**<br>STUCKER, GERALD R<br>146 PLANTATION DRIVE<br>SHELBYVILLE KY 40065 | 7950<br>Debtor: WINN-DIXIE STORES, INC. | $31,386.69 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 1928**<br>THC LLC<br>C/O F&M REALTY<br>PO BOX 11148<br>MONTGOMERY, AL 36111 | 2665<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 221791**<br>THOMAS, SUSAN L<br>499 HOLLAND RIDGE DR<br>LA VERGNE TN 37086-2099 | 5205<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 222602**<br>THORNTON, SAMANTHA L<br>5401 TIMBERLINE RIDGE<br>MOBILE AL 36693 | 2574<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 224759**<br>TULL, AARON Q<br>6316 EUREKA AVE<br>LOUISVILLE KY 40216 | 10458<br>**Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | $308.04 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 263782**<br>UNITED BEVERAGES OF NC LLC<br>ATTN H DEAN PROCTOR, VP<br>PO BOX 818<br>HICKORY NC 28601 | 3518<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 263785**<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br>Counsel: ATTN DIANA M THIMMIG, ESQ | 12142<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $2,457,328.19 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR ASSUMED LEASE AND PAID ALL CURE COSTS AT CLOSING. CLAIMANT AGREES NO AMOUNT IS DUE. |
| **Creditor Id: 225548**<br>UNPINGCO, YVONNE L<br>PO BOX 70693<br>MONTGOMERY AL 36107 | 3815<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $1,296.40 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 226161**<br>VANDEVENTER, JAMIE L<br>4469 HWY 19-E<br>ELIZABETHTON TN 37643 | 3963<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $736.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 226555**<br>VAUGHN, ASHLEY V<br>28 CR 107<br>OXFORD MS 38655 | 5380<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 227330**<br>VICTORIAN, JARVIS J<br>1505 PENNSYLVANIA ST<br>NEW ROADS LA 70760 | 4710<br>**Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 77383**<br>WARD, WILLIAM SR<br>4531 TCHOUPITOULAS<br>NEW ORLEANS LA 70115 | **1997**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 230488**<br>WATTERS, GLENNA K<br>12041 STONE CROSSING CIR<br>TAMPA FL 33635 | **1878**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. |
| **Creditor Id: 77976**<br>WATTS, CATHERINE A<br>5301 COURT J<br>BIRMINGHAM AL 35208 | **2878**<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 230713**<br>WEAVER, CHILLIE L<br>778 SECOND STREET<br>AYDEN NC 28513 | **9138**<br>**Debtor:** WINN-DIXIE STORES, INC. | $818.40 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 231994**<br>WHEELER, FELICIA R<br>4666 WHITTIER PLACE<br>POWDER SPRINGS GA 30127 | **6293**<br>**Debtor:** WINN-DIXIE STORES, INC. | $702.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. |
| **Creditor Id: 256791**<br>WHEELOCK, MURIAH<br>2508 OAKWOOD AVENUE NE<br>HUNTSVILLE, AL 35811 | **2328**<br>**Debtor:** WINN-DIXIE STORES, INC. | $60.98 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIM WAS PAID BY CHECK DATED 10/22/04. |
| **Creditor Id: 243383**<br>WILLIAMS, BESSIE<br>11720 5TH ST N E<br>CAIRO, GA 39828 | **3108**<br>**Debtor:** WINN-DIXIE STORES, INC. | $613.43 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 234122**<br>WILLIAMS, DARLENE L<br>PO BOX 911<br>HAWTHORNE FL 32640 | **11492**<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, LATE-FILED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 234871<br>WILLIAMS, MARINA R<br>PO BOX 1786<br>DARIEN GA 31305-1786 | 1456<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS<br>OR AMOUNT, AND NO DOCUMENTATION. |
| Creditor Id: 235071<br>WILLIAMS, PHYLLIS M<br>4230 BENT TREE DR<br>VALDOSTA GA 31601 | 4272<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. |
| Creditor Id: 80877<br>WINES, CARRIE L<br>85 UPWARD HILLS DRIVE<br>FLAT ROCK NC 28793 | 2966<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 238136<br>WRIGHT, MATHIS D<br>4801 NW 19TH CT<br>LAUDERHILL FL 33313 | 6754<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. |
| Creditor Id: 239069<br>YOUNG, LATOYA Y<br>3384 MT ZION RD, APT 8-301<br>STOCKBRIDGE GA 30281 | 5006<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

Total Claims to be Disallowed:        189
Total Amount to be Disallowed:    $15,013,052.67        Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 83819**<br>ALBEA, JENNIFER M<br>2736 LOUISE DR<br>SHELBY NC 28150 | 11466 | $742.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 85061**<br>ALSTON, LAURICE A<br>113 CREEKSIDE COURT<br>PO BOX 1781<br>ROANOKE RAPIDS NC 27870 | 3225 | $3,500.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 260141**<br>ALY, RUBY<br>85 NW 51 STREET<br>MIAMI FL 33127 | 2038 | $957.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 86345**<br>ANTHONY, LAMONDRA S<br>1612 PEARSON AVE SW<br>BIRMINGHAM AL 35211 | 4842 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| **Creditor Id: 88748**<br>BAIN, JEFFERSON M<br>255 NW 58 STREET<br>MIAMI FL 33127 | 10467 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 7185**<br>BARRETT, SAMANTHA A<br>7361 BENSON AVE<br>DOUGLASVILLE GA 30134 | 11663 | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 90753**<br>BASS, MARTHA S<br>PO BOX 276<br>TERRY MS 39170-0001 | 2719 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 406159**<br>BATCHELOR, MICHAEL R<br>C/O SHARON Y HANDY (MOTHER)<br>7 NANCY LANE APT B<br>AIKEN SC 29803 | 10481 | $539.80 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 92970<br>BENTLEY, TIMOTHY A<br>57 ROBINSON DRIVE<br>PALM COAST FL 32164 | 11743<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $320.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 8769<br>BETHEA, SHARON Y<br>357 EAST BEAL ST<br>HIGHLAND SPRING VA 23075 | 10519<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $934.96 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT WHO LEFT EMPLOY OF DEBTOR FOR ANOTHER JOB IS NOT ENTITLED TO SEVERANCE. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 94519<br>BLAKE, DWAYNE J<br>870 NW 33RD AVE<br>FORT LAUDERDALE FL 33311-6529 | 1898<br>Aserted<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 9501<br>BLOUNT, KRISTIE G<br>35580 LA HWY 1036<br>HOLDEN LA 70744 | 3819<br>Aserted<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $6,500.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 281004<br>BLUE, ARCHIE F<br>PO BOX 651395<br>MIAMI FL 33265-1395 | 4822<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $7,150.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 410944<br>BOAZ, WILLIAM & BRIDGET<br>2411 ST JOHN DRIVE<br>WILSON NC 27893 | 10196<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $114,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 96512<br>BOND, FLORENDA<br>PO BOX 225<br>LAKELAND FL 33802 | 2360<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 403610<br>BONNER, CHRIS C<br>314 CEDAR DRIVE<br>COLUMBUS MS 39705 | 1852<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $1,430.33 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 10067<br>BOSSE, RAPHAEL C<br>8052 TIGER LILY DRIVE<br>NAPLES FL 34113 | 10033<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $155.51 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 10555<br>BOZEMAN, TOY D<br>1804 BELL GROVE ST<br>LAKELAND FL 33805 | 5469<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $1,929.08 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 256203<br>BRANCH, MICHAEL<br>858 S 24TH STREET<br>LOUISVILLE KY 40211 | 5833<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $1,000.20 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. FUNDS DEPOSITED IN CREDIT UNION ARE NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 97430<br>BRANCH, SHELISA C<br>201 S SUNSET TERRACE<br>JACKSON MS 39212 | 1349<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 98078<br>BREY, KENNETH A<br>225 RAMS RUN ROAD<br>SHEPERDSVILLE KY 40165 | 3961<br>Aserted<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $4,200.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT WHO LEFT EMPLOY OF DEBTOR FOR ANOTHER JOB IS NOT ENTITLED TO SEVERANCE. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 98960<br>BROTHERS, HEIDI G<br>1018 BRASS LANE<br>HOLIDAY FL 34691 | 2448<br>Aserted<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $115.55 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 11908<br>BROWN, MARSHALL K<br>13 ELKINS AVENUE<br>BLUFFTON SC 29910 | 9261<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $65,564.17 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 100087<br>BROWN, RICHARD D<br>3524 WINDSOR CIRCLE<br>MACON GA 31217 | 3622<br>Aserted<br>Debtor: WINN-DIXIE STORES, INC. | $1,258.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 12333**<br>BRYANT, CARLA P<br>328 DARE STREET<br>BURLINGTON NC 27217 | 1450<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 103343**<br>CALDWELL, CONIAL C<br>711 UNDERWOOD AVENUE, APT 404-D<br>PENSACOLA FL 32514 | 1360<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO<br>ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION.<br>ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 406460**<br>CANNON, KENNETH L<br>496 WILSON LANDING ROAD<br>PROSPERITY SC 29127 | 3942<br><br>Aserted<br>Debtor: | $15,841.15<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 105250**<br>CARSON, BETTY<br>PO BOX 1941<br>MORGANTON NC 28680 | 4537<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 1195**<br>CHK & ASSOCIATES, LLC<br>C/O KBI PROPERTY MANAGEMENT, INC<br>ATTN AL-TARIQ W ROBINSON, ESQ<br>5725 BUFORD HWY, SUITE 214<br>DORAVILLE, GA 30340 | 7049<br><br>Aserted<br>Debtor: | $7,685.96<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE<br>SOLD 8/25/05 TO WAYFIELD FOODS, INC.  LANDLORD DID NOT<br>OBJECT TO $0.00 CURE AMOUNT.  ALSO, MISCLASSIFIED<br>CLAIM. |
| **Creditor Id: 268915**<br>CITY OF UNION TAX ASSESSOR<br>ATTN DENNIS RAKESTRAW<br>114 E BANKHEAD STREET<br>NEW ALBANY MS 38652-3932 | 1419<br><br>Aserted<br>Debtor: | $7,790.77<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.<br>ASSERTED CLAIM SEEKS TAXES INCURRED MORE THAN 3<br>YEARS AGO.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 110393**<br>COLLINS, ANNIE M<br>PO BOX 867<br>LUGOFF SC 29078 | 1363<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410972**<br>COMERICA LEASING DIV COMERICA BANK<br>C/O MILLER CANFIELD PADDOCK ET AL<br>ATTN JONATHAN S GREEN, ESQ<br>150 WEST JEFFERSON, STE 2500<br>DETROIT MI 48226 | 10339 | $0.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 403269**<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>CHFS-OLS<br>ATTN R WARNE/W H OVERCASH, ESQS<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621 | 11212 | $64,679.85 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | | |
| **Creditor Id: 17501**<br>CONNOR, JAMES R<br>4225 ORISTANO ROAD<br>JACKSONVILLE FL 32244 | 4518 | $16,472.80 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 113081**<br>CRAFT, JEARLENE<br>3340 HARLEY STREET, APT 13 D<br>JACKSON MS 39209 | 7882 | $11,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 113403**<br>CRAWFORD, SAVANAH Y<br>PO BOX 26<br>WRIGHTSVILLE GA 31096-0026 | 4370 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410814**<br>CRIIMI MAE SVCS L.P. SERIES 1997-C2<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | 10598 | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ABSENT PROOF OF ASSIGNMENT. ALSO, MISCLASSIFIED CLAIM. |
| Asserted Debtor: | | WINN-DIXIE RALEIGH, INC. | | | |
| **Creditor Id: 115863**<br>DASIN, MESHANNA Y<br>1000 EDEN STREET<br>NEW IBERIA LA 70560 | 2054 | $5,000.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| Asserted Debtor: | | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 20009<br>DAVIS, BOBBIE<br>3802 LAMPTON AVENUE<br>JACKSON MS 39213 | 1895<br><br>Aserted<br>Debtor:    WINN-DIXIE STORES, INC. | $995.53 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 20182<br>DAVIS, JIMMY L<br>11715 SE 57TH AVENUE, APT 6<br>BELLEVIEW FL 34420 | 1226<br><br>Aserted<br>Debtor:    WINN-DIXIE STORES, INC. | $800.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 20458<br>DAVIS, WILLIAM K<br>2520 JONES FRANKLIN ROAD<br>RALEIGH NC 27606 | 6370<br><br>Aserted<br>Debtor:    WINN-DIXIE STORES, INC. | $35,487.45 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 116141<br>DAVIS-COOPER, DENISE E<br>3211 H VIRGINIA PINE LANE<br>MONTGOMERY AL 36116-1111 | 4126<br><br>Aserted<br>Debtor:    WINN-DIXIE MONTGOMERY, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 21479<br>DEWER, WILMA F<br>5216 BYRD ROAD<br>BURLINGTON NC 27215 | 4277<br><br>Aserted<br>Debtor:    WINN-DIXIE STORES, INC. | $300.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 120723<br>DOSS, LOUIS T<br>30 EDGEWOOD DR<br>SELMA AL 36701 | 4311<br><br>Aserted<br>Debtor:    WINN-DIXIE STORES, INC. | $300.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 121607<br>DUDLEY, BILLANDO D<br>4355 DUDLEY RD<br>MARIANNA FL 32446 | 5183<br><br>Aserted<br>Debtor:    WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 256218<br>DUNLAP, MICHAEL D<br>11121 SEVILLA COURT<br>CHARLOTTE NC 28226 | 2347<br><br>Aserted<br>Debtor:    WINN-DIXIE STORES, INC. | $2,452.08 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT USED VACATION TIME AND UNUSED SICK TIME IS NOT COMPENSABLE. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 122293**<br>DUPREE, PATRICIA A<br>3340 HARLEY STREET, APT 3F<br>JACKSON MS 39209 | 2036<br><br>**Aserted Debtor:** | $0.00<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 123988**<br>ELLIS, PATRICIA C<br>5667 RATTLESNAKE HMK RD<br>NAPLES FL 34113 | 1712<br><br>**Aserted Debtor:** | $107.93<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 24768**<br>EVANS, RAY A<br>37 NEWBERRY CIRCLE<br>YEMASSEE SC 28945 | 10399<br><br>**Aserted Debtor:** | $95,000.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 125420**<br>EZELL, ERIK W<br>88118 RHOERLAN PLACE<br>YULEE FL 32097 | 11009<br><br>**Aserted Debtor:** | $0.00<br><br>WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410833**<br>FALSETTI, STEVE<br>113 SECOND STREET<br>NOKOMIS FL 34275 | 9866<br><br>**Aserted Debtor:** | $29,265.82<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 126960**<br>FIELDS, KIMBERLY R<br>214 WATSON STREET<br>BOONE NC 28607 | 2708<br><br>**Aserted Debtor:** | $400.00<br><br>WINN-DIXIE RALEIGH, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 381792**<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 10246<br><br>**Aserted Debtor:** | $0.00<br><br>WINN-DIXIE RALEIGH, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S MORTGAGEE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 132729**<br>GEIST, HAROLD T<br>3512 DAVENTRY LANE<br>KENNESAW GA 30144 | 5703<br><br>**Aserted Debtor:** | $7,000.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT, ONLY EMPLOYED FOR NINETY DAYS, IS NOT ENTITLED TO SEVERANCE. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 29875**<br>GONZALEZ, ROSA<br>20861 NW 22ND COURT<br>PEMBROKE PINES  FL  33029 | 6927<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 135893**<br>GRACE, TOMMY C<br>13045 NE 156TH STREET<br>FORT MCCOY  FL  32134 | 2676<br><br>Aserted<br>Debtor: | $900.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 30628**<br>GREEN, DEIDRE J<br>4600 S ROBERTSON STREET<br>NEW ORLEANS  LA  70115 | 2191<br><br>Aserted<br>Debtor: | $0.00<br><br>DIXIE SPIRITS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 137677**<br>GRIFFIN, SARAH<br>1665 GERALD CIRCLE<br>FERNANDINA BEACH  FL  32034 | 6324<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 137781**<br>GRIFFITH, ROBERT C<br>1115 MERRYDALE DR<br>PICAYUNE  MS  39466<br>Counsel: G. GERALD CRUTHIRD, ESQ | 2638<br><br>Aserted<br>Debtor: | $8,500.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 137805**<br>GRIGGS, MARTHA<br>PO BOX 422<br>SUMMIT  MS  39666 | 4115<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 140899**<br>HARDY, TAMIKA M<br>103 WARWICK AVENUE<br>PENSACOLA  FL  32503 | 9900<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 142469**<br>HARVEY DENNIS E<br>2708 E WILDER AVE<br>TAMPA  FL  33610 | 2121<br><br>Aserted<br>Debtor: | $229.67<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 145007**<br>HERNANDEZ, SAMUEL<br>1356 GOLDEN GATE AVE<br>ORLANDO FL 32808 | 10379 | $2,500.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 36010**<br>HIBBERD, JOHN R<br>30378 PALM DRIVE<br>BIG PINE KEY FL 33043 | 7532 | $24,894.85 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 36609**<br>HOWARD, SANDRA<br>472 UPPERKINGSTON RD<br>PRATTVILLE AL 36067 | 10778 | $216.53 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | | |
| **Creditor Id: 149916**<br>HUNTER, CHRISTOPHER D<br>108 SAWMILL ROAD<br>WILLIAMSBURG VA 23188 | 11628 | $2,750.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT, TERMINATED ON 1/12/05, IS NOT ENTITLED TO SEVERANCE. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 38176**<br>JACKSON, TERESA R<br>23047 NW 178TH PLACE<br>HIGH SPRINGS FL 32643 | 2776 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 152394**<br>JAMES, VICKI L<br>8859 OLD KINGS ROAD SOUTH, APT 502<br>JACKSONVILLE FL 32257-1744 | 5309 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 153973**<br>JOHNSON, CONNIE J<br>PO BOX 2252<br>MONTGOMERY AL 36102 | 2939 | $4,925.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 154193**<br>JOHNSON, FERSHA R<br>3401 RICHELLE DRIVE<br>LOUISVILLE KY 40216 | 6682 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id:  154274<br>JOHNSON, IRIS S<br>2312 D RAINTREE COURT<br>BIRMINGHAM  AL  35215 | 10646<br><br>Aserted<br>Debtor: | $2,000.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id:  154745<br>JOHNSON, MELANIE R<br>PO BOX 8384<br>ANNISTON  AL  36202 | 6846<br><br>Aserted<br>Debtor: | $142.80<br><br>WINN-DIXIE MONTGOMERY, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.<br>ACCUMULATED SICK PAY IS NOT COMPENSABLE UPON<br>TERMINATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id:  155552<br>JONES, ANNETTE S<br>783 BRITT ROAD<br>MABELTON  GA  30126 | 5720<br><br>Aserted<br>Debtor: | $0.00<br><br>DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id:  155911<br>JONES, ERMA H<br>3317 ANNETTE ST<br>NEW ORLEANS  LA  70122 | 5708<br><br>Aserted<br>Debtor: | $3,500.00<br><br>DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |
| Creditor Id:  40404<br>JONES, MARGARET L<br>11 JOE FRAZIER ROAD<br>BURTON  SC  29906 | 9361<br><br>Aserted<br>Debtor: | $89,014.95<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K<br>PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO,<br>MISCLASSIFIED CLAIM. |
| Creditor Id:  40516<br>JONES, ROOSEVELT<br>8974 DEVONSHIRE BLVD<br>JACKSONVILLE  FL  32208 | 7095<br><br>Aserted<br>Debtor: | $400,000.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Creditor Id:  157493<br>JUMP, JOE<br>719 DENMARK STREET<br>LOUISVILLE  KY  40215 | 9226<br><br>Aserted<br>Debtor: | $1,766.80<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id:  158470<br>KELLY, DOROTHY F<br>1861 ROCKY HILL RD<br>CAMDEN  MS  39045 | 3926<br><br>Aserted<br>Debtor: | $50.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 159083<br>KEVELIER, ANDRE<br>1225 FAIRBURN RD, APT DD8<br>ATLANTA GA 30331 | 3832<br><br>Aserted<br>Debtor: | $2,166.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 160230<br>KITURE, JANICE B<br>3470 NW 32ND ST.<br>LAUDERDALE LAKES FL 33309 | 6894<br><br>Aserted<br>Debtor: | $900.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 160710<br>KNOX, ROY L<br>282 PINE ST<br>LAPLACE LA 70068 | 11758<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE LOGISTICS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 161811<br>LAIRD, COREY D<br>120 DALE DRIVE<br>TROY AL 36081 | 7113<br><br>Aserted<br>Debtor: | $4,205.00<br><br>WINN-DIXIE MONTGOMERY, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 44095<br>LEBLANC, CLAUDETTE<br>3322 TEESIDE DR<br>NEW PORT RICHY FL 34655-1911 | 3555<br><br>Aserted<br>Debtor: | $201.48<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 164010<br>LEE, DEBORAH E<br>1883 COUNTRY WALK DR<br>ORANGE PARK FL 32003 | 3604<br><br>Aserted<br>Debtor: | $227.50<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR PAID ASSERTED AMOUNT ON 4/27/04 BY CHECK NUMBER 262693. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 410484<br>LEHMBERG CROSSING LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W. HELD JR., ESQ<br>1301 RIVERPLACE BLVD., SUITE 1916<br>JACKSONVILLE FL 32207 | 9125<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY CLAIM. LEASE SOLD TO SOUTHERN FAMILY MARKETS OF COLUMBUS ALABAMA STREET, LLC 8/29/05 AND ALL AMOUNTS DUE WERE PAID AT CLOSING. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 410484<br>LEHMBERG CROSSING LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W. HELD JR., ESQ<br>1301 RIVERPLACE BLVD., SUITE 1916<br>JACKSONVILLE FL 32207 | 9126<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE MONTGOMERY, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD TO SOUTHERN FAMILY MARKETS OF COLUMBUS ALABAMA STREET, LLC 8/29/05 AND ALL AMOUNTS DUE WERE PAID AT CLOSING. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 164914**<br>LEWIS, ARTHUR J<br>4350 WATER TANK ROAD<br>MCDAVID FL 32568<br>Aserted Debtor: WINN-DIXIE MONTGOMERY, INC. | 3228 | $1,157.59 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND UNKNOWN BASIS FOR CLAIM. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 165022**<br>LEWIS, BETTY J<br>1021 E 1ST ST<br>HOPKINSVILLE KY 42240<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 1835 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 167678**<br>LOWELL, ABBIE L<br>PO BOX 2428<br>ORANGE BEACH AL 36561<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 4010 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 168235**<br>LUTZ, BRIAN<br>2319 37TH AVE N<br>ST PETERSBURG FL 33713<br>Aserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | 2471 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 168837**<br>MADDOX, JANICE A<br>3407 AVE R<br>FORT PIERCE FL 34947<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 2053 | $3,309.73 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 47366**<br>MANUS, PATRICIA A<br>3811 RUSHLO STREET<br>SEBRING FL 33870<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 3605 | $2,000.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 170874**<br>MARTIN, KENNETH<br>1229 FLOOD STREET<br>NEW ORLEANS LA 70117<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 3549 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 172129**<br>MATTHEWS, TIWANA M<br>1824 W KENTUCKY STREET<br>LOUISVILLE KY 40210<br>Aserted Debtor: WINN-DIXIE MONTGOMERY, INC. | 4423 | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**FOURTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 173208**<br>MCCLANEY, ROMMEL J<br>1525 31TH ST N<br>BIRMINGHAM AL 35235 | 10462<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 173615**<br>MCCRANIE, FELICIA S<br>408 EAST MARION AVENUE, APT D2<br>PUNTA GORDA FL 33950 | 3170<br><br>Aserted<br>Debtor: | $500.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 173922**<br>MCDERMOTT, HEATHER D<br>9 BIRDSEYE PLACE<br>PALM COAST FL 32137 | 2137<br><br>Aserted<br>Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 174362**<br>MCGEE, LINDA<br>506 HWY EXT FRONT-6-9<br>MERIDIAN MS 39301 | 1320<br><br>Aserted<br>Debtor: | $3,100.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 49915**<br>MCKOY, ARTHUREE H<br>29 COMMUNITY CENTER ROAD<br>SEABROOK SC 29940 | 10506<br><br>Aserted<br>Debtor: | $522.82<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 175133**<br>MCLAUGHLIN, SHANNON R<br>PO BOX 297<br>PINEBLUFF NC 28373 | 7025<br><br>Aserted<br>Debtor: | $3,000.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 176535**<br>MENDEZ, SAMUEL E<br>750 SIX FLAG, LOT 493<br>AUSTELL, GA 30168 | 6114<br><br>Aserted<br>Debtor: | $200,000.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 178036**<br>MILLER, SHAWNDA V<br>1100 SPIVEY AVENUE<br>MYRTLE BEACH SC 29577 | 7114<br><br>Aserted<br>Debtor: | $602.00<br><br>WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 52147<br>MONCURE, ARMERS<br>719 HICKORY RIDGE DR<br>JACKSON MS 39206 | 7537<br>Aserted<br>Debtor: | $19,626.26<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 179781<br>MONTGOMERY, TIMOTHY M<br>75 RUBY ROAD<br>MONROEVILLE AL 36460 | 4671<br>Aserted<br>Debtor: | $2,114.14<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 180078<br>MOORE, COREY J<br>11682 ROUND TABLE WAY<br>THONOTOASSASSA FL 33592-3037 | 2760<br>Aserted<br>Debtor: | $387.20<br>WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 52594<br>MOORE, MARIETTA K<br>3006 SHELL POINT ROAD<br>BEAUFORT SC 29906 | 7089<br>Aserted<br>Debtor: | $28,243.80<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 180797<br>MOREE, LORRI B<br>90 SALUDA LANE<br>BATH NC 27808 | 11611<br>Aserted<br>Debtor: | $560.00<br>WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 182115<br>MULET, JORGE A<br>14061 SW 38TH TERR.<br>MIAMI FL 33175 | 11454<br>Aserted<br>Debtor: | $1,050.00<br>WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 182456<br>MURDOCK, LAMAR L<br>96 ORMAN DR<br>ELLIJAY GA 30540 | 2110<br>Aserted<br>Debtor: | $35,360.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 183986<br>NETTLES, GWENDOLYN<br>1702 27TH AVENUE SOUTH<br>BIRMINGHAM AL 35209 | 10459<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 55001<br>NOBLE, HENRY<br>424 BARNWELL STREET<br>COLUMBIA SC 29205 | 6364 | $5,400.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | **Aserted Debtor:** | WINN-DIXIE SUPERMARKETS, INC. | | |
| **Creditor Id:** 257309<br>NORAMAR COMPANY<br>ATTN NORMAN TOMIELLO<br>PO BOX 771<br>CHAGRIN FALLS OH 44022 | 1314 | $0.00 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | **Aserted Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:** 185161<br>NORMANDIN, MICHAEL E<br>PO BOX 4205<br>BILOXI MS 39535 | 4287 | $150.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | **Aserted Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:** 189117<br>PATEL, JAYMINA<br>7231 PRINCE WILBERT WAY<br>WEST CHESTER OH 45069 | 189117 | $1,500.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | **Aserted Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:** 189462<br>PATTON, GINA R<br>119 ELM STREET<br>TIFTON GA 31794 | 3566 | $300.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | **Aserted Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:** 190463<br>PEOPLES, CRYSTAL B<br>3120 SUMAC RD, APT E5<br>DECATUR AL 35603 | 11493 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO ASSERTED BASIS OR AMOUNT, AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | **Aserted Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:** 191067<br>PERNELL, DAWN L<br>2137 LINCOLN ST<br>HOLLYWOOD FL 33020 | 6698 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | | **Aserted Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:** 191343<br>PERSONS, SHIRLEY L<br>PO BOX 8233<br>ANNISTON AL 36202-0823 | 1250 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | | **Aserted Debtor:** | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 59934<br>POWELL, DONALD R JR<br>900 WEST PARK LANE<br>FULTONDALE AL 35068 | 8434<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $2,000.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 195423<br>PRYOR, DERRICK L<br>6TH AVE NW<br>PO BOX 1471<br>REFORM AL 35481 | 5652<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 60645<br>PUTMAN, LINDA A<br>1538 S HWY 14<br>GREER SC 29651 | 4827<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $3,777.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 196190<br>RADLOFF, PAMELA D<br>316 HALE AVENUE, APT 34F<br>OWENSBORO KY 42301-0489 | 4371<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $800.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 196615<br>RAMOS, ANACRISTIN C<br>10818 SW 88 STREET APT R21<br>MIAMI FL 33176 | 10392<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $2,500.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 197789<br>REED, RUTH E<br>11472 PARK BLVD<br>SEMINOLE FL 33772-4620 | 3172<br><br>**Asserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $2,653.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 197799<br>REED, STEPHEN<br>425 S CHICKASAW TRAIL, APT 231<br>ORLANDO FL 32825-7833 | 2684<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $4,925.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 197799<br>REED, STEPHEN<br>425 S CHICKASAW TRAIL, APT 231<br>ORLANDO FL 32825-7833 | 2685<br><br>**Asserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $4,925.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 198994<br>RICARDO, JORGE L<br>6195 SCOROIO CIRCLE, APT 232<br>TAMPA FL 33614 | 2514 | $75.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Aserted<br>Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 199065<br>RICE, LAMEKA<br>1505 W THARPE STREET, APT 1426<br>TALLAHASSEE FL 32303 | 2123 | $1,973.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Aserted<br>Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 63485<br>ROBINSON, NORRIS G<br>430 BLAKE AVE<br>SE ATLANTA GA 30316 | 4619 | $358.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted<br>Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 64282<br>ROMERO, MILDRED<br>500 HERITAGE CIR<br>PO BOX 440<br>PEMBROKE PINE FL 33029 | 6928 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted<br>Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 203599<br>ROSS, HENORA M<br>1220 BERMUDA STREET<br>CLEARWATER FL 33755-1104 | 5411 | $15,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted<br>Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 204462<br>RUPERT, BRITTNEY L<br>1622 MARIAH ANN CT<br>JACKSONVILLE FL 32225 | 3409 | $175.28 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Aserted<br>Debtor: | | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 204757<br>RUTHERFORD, MARILYN K<br>3015 CORPENING CHAPEL RD<br>MORGANTON NC 28655 | 5687 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| Aserted<br>Debtor: | | DIXIE STORES, INC. | | | |
| Creditor Id: 205048<br>SAFFORD, RAMONA D<br>749 SW 3RD PLACE<br>DANIA FL 33004 | 10482 | $50,000.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO<br>DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted<br>Debtor: | | WINN-DIXIE SUPERMARKETS, INC. | | | |

Counsel: ATTN MARK J MILLER ESQ

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 205391 SALWAY, SEYMOUR 80 FAIR HAVEN HILL COURT GALLOWAY NJ 08205 | 2141 Aserted Debtor: | $1,008.00 WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 205771 SANDER, THOMAS R 758 PICKET WAY CINCINNATI OH 45245 | 3111 Aserted Debtor: | $25,200.00 WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. SALARIED EMPLOYEES ARE NOT ENTITLED TO PAYMENT FOR UNUSED VACATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 208616 SENECHAL, ROBERT J 3983 SE 17TH PLACE OCALA FL 34471 | 3237 Aserted Debtor: | $227.50 WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 247863 SEYLER, DEBRA 2813 50TH ST S #1 GULFPORT FL 33707-5435 | 3698 Aserted Debtor: | $689.00 WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 208953 SHADE, CEDRIC J 714 ALAMO MONTGOMERY AL 36111 | 11491 Aserted Debtor: | $0.00 WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 210080 SHIRLEY, TINA D 635 TAYLOR ST CENTRAL SC 29630 | 6753 Aserted Debtor: | $4,925.00 WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 210527 SIERRA, MERCEDES CAMBERO 405 NW 37 STREET, APT 5A MIAMI FL 33127 | 2516 Aserted Debtor: | $150.00 WINN-DIXIE SUPERMARKETS, INC. | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 218174 STUCKEY, ELIZABETH ANN 534 LAUREL GROVE LANE ORANGE PARK, FL 32073 | 11936 Aserted Debtor: | $67,394.00 WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 71997**<br>SUAREZ, ELISEO<br>14520 SW BUCHANAN ST<br>MIAMI  FL  33176 | 5699<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 72025**<br>SUBBS, EDDIE C<br>PO BOX 19<br>PLYMOUTH  FL  32768 | 2198<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 72025**<br>SUBBS, EDDIE C<br>PO BOX 19<br>PLYMOUTH  FL  32768 | 2560<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 225153**<br>TURNER, SHELBY R<br>PO BOX 502<br>COLLINSVILLE  VA  24078 | 5667<br>Aserted<br>Debtor: | $368.32<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 407497**<br>VAUGHAN, IDONA M, BENEFICIARY OF CLARENCE E VAUGHAN<br>1808 E RAMPART STREET<br>TAMPA  FL  33604 | 4153<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE SUPERMARKETS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR HAS NO RECORD OF LIFE INSURANCE POLICY.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 227993**<br>WAGES, LARRY W JR<br>11840 WALNUT LN<br>PO BOX 174<br>FOUNTAIN  FL  32438 | 2941<br>Aserted<br>Debtor: | $2,442.33<br>WINN-DIXIE MONTGOMERY, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 228209**<br>WALDRON, JEFFREY L<br>37 CANEBRAKE BLVD<br>HATTIESBURGH  MS  39402-8710 | 7092<br>Aserted<br>Debtor: | $460.11<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 229974**<br>WASHINGTON, LINDA J<br>RT 1 BOX 107 GRAY RD<br>YEMASSEE  SC  28945 | 2819<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 405943**<br>WEBSTER, ANGELA K<br>1314 HARFORD RD<br>GRAHAM NC 27253 | 11462 | $3,250.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | DIXIE STORES, INC. | | | | |
| **Creditor Id: 411317**<br>WEBSTER, FRANCIS AARON<br>1314 HANFORD ROAD<br>GRAHAM NC 27253 | 11511 | $4,925.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | DIXIE STORES, INC. | | | | |
| **Creditor Id: 405942**<br>WEBSTER, REBECCA A<br>1314 HANFORD RD<br>GRAHAM NC 27253 | 11510 | $4,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 234310**<br>WILLIAMS, FREDA<br>PO BOX 596<br>TERRY MS 39170 | 10789 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 235037**<br>WILLIAMS, PAMELA R<br>PO BOX 551307<br>ORLANDO FL 32855 | 6142 | $400.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 235281**<br>WILLIAMS, SHIRLEY A<br>PO 11823<br>JACKSON MS 39283 | 2044 | $0.00 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 81422**<br>WOOTEN, JENNIFER L<br>2380 CARTER ROAD<br>BILOXI MS 39531 | 2101 | $3,134.39 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | | |
| **Creditor Id: 238944**<br>YOUNG, DONALD L<br>PO BOX 39622-9622<br>FT LAUDERDALE FL 33339 | 11617 | $934.40 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Aserted Debtor: | WINN-DIXIE STORES, INC. | | | | |

WINN-DIXIE STORES, INC., ET AL.
FOURTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 238966<br>YOUNG, GEORGE D<br>5200 9TH AVENUE<br>WYLAM, AL 35224 | 10752 | $6,500.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted<br>Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| Creditor Id: 239102<br>YOUNG, MELISA<br>1812 EVERGREEN DRIVE<br>CHARLOTTE NC 28208 | 1298 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| Creditor Id: 239229<br>YOUNG, WILMA A<br>401 BRADEN ST<br>HOPKINSVILLE KY 42240 | 4316 | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |

Total Claims to be Reclassified:          161

Total Amount to be Reclassified:     $1,584,099.27          Plus Unliquidated Amounts, If Any