UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WINN-DIXIE STORES, INC., ET AL., | § | CASE NO. 05-03817-3F1 |
| | § | |
| Debtors. | § | Jointly Administered |

VERIFIED STATEMENT OF
HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
AND BLEDSOE, JACOBSON, SCHMIDT & WRIGHT
PURSUANT TO FED. R. BANKR. P. 2019 REGARDING
REPRESENTATION OF MULTIPLE ENTITIES

TO THE HONORABLE JERRY A. FUNK,
UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Hiersche, Hayward, Drakeley & Urbach, P.C. ("HHDU") and Bledsoe, Jacobson, Schmidt & Wright ("BJSW"), and file the following verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019:

1. HHDU represents Bundy New Orleans Co., LLC ("Bundy"), 708 Third Avenue, 28th Floor, New York City, New York 10017. Bundy operates the property located at 7135 Bundy Road, New Orleans ("Store Number 1417"). Store Number 1417 is currently leased to WinnDixie Montgomery, Inc. (the "Montgomery") in the above-captioned case. HHDU has represented Benenson Capital, Inc., which is affiliated with Bundy, for a significant period of time prior to the filing of the Montgomery's bankruptcy case. BJSW is Bundy's local counsel.

2. HHDU also represents Cardinal Capital Partners, Inc. and Cardinal Capital Partners, Inc. Employee Profit Sharing Plan & Trust (collectively "Cardinal"), 8214 Westchester Drive, 9th Floor, Dallas, Texas 75225. Cardinal leased the property located at Martinez, Georgia ("Store Number 1284"), the property located at Roswell, Georgia ("Store Number 1894"), and the property

located at Conway, South Carolina ("Store Number 2124") (collectively know as "Properties") to Winn-Dixie Stores, Inc., Winn-Dixie Atlanta, Inc., and Winn-Dixie Charlotte, Inc. respectively ("Debtors"). The Debtors have rejected all of the leases related to the Properties. HHDU represented Cardinal for a significant period of time prior to the filing of the Debtors' bankruptcy case. BJSW is Cardinal's local counsel.

3. On February 21, 2005, the date of the petition (the "Petition Date"): (1) Bundy asserts that Montgomery owed Bundy approximately $70,632.60 along with other non-monetary and monetary obligations under the terms of the lease; and (2) Cardinal asserts that Debtors owed Cardinal approximately $1,455,046.47.

4. Bundy continues to lease Store Number 1417 to Montgomery. Cardinal no longer leases the Properties to the Debtors.

5. HHDU and BJSW are authorized to act on behalf of Bundy and Cardinal as their legal representative, and not through any instrument.

Respectfully submitted,

HIERSCHE, HAYWARD, DRAKELEY
    & URBACH, P.C

By: /s/ Russell W. Mills
    Russell W. Mills
    TX State Bar No. 00784609
    Jason M. Katz
    TX State Bar No. 24038990

15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Telephone:    (972) 701-7000
Facsimile:    (972) 701-8765

- and -

BLEDSOE, JACOBSON, SCHMIDT
    & WRIGHT

By: /s/ James A. Bledsoe, Jr.
    James A. Bledsoe, Jr.
    Florida State Bar No. 0150646

1301 Riverplace Boulevard, Suite 1818
Jacksonville, Florida 32207
Telephone:    (904) 398-1818
Facsimile:    (904) 398-7073

ATTORNEYS FOR BUNDY NEW ORLEANS
CO., LLC AND CARDINAL CAPITAL
PARTNERS, INC. EMPLOYEE PROFIT
SHARING PLAN & TRUST a/k/a CCP
EMPLOYEE PROFIT SHARING PLAN & TRUST

## VERIFICATION

I hereby verify that the statements made in the foregoing Verified Statement are true and correct to the best of my knowledge and belief.

/s/ Russell W. Mills
Russell W. Mills

/s/ James A. Bledsoe, Jr.
James A. Bledsoe, Jr.

VERIFIED STATEMENT OF HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
AND BLEDSOE, JACOBSON, SCHMIDT& WRIGHT
Q:\5161_Benenson\0006_Winn-Dixie\Docs\Rule 2019 Disclosure.final

Page 4 of 5

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of August, 2006, a true and correct copy of the above and foregoing Verified Statement of Hiersche, Hayward, Drakeley & Urbach, P.C. and Bledsoe, Jacobson, Schmidt & Wright was served *via* first class mail and/or via electronically on the following:

D. J. Baker
Adam Ravin
Rosalie Walker Gray
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
**Counsel for Debtors**

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Patrick P. Patangan
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
**Counsel for Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.**

Elena L Escamilla
Kenneth C Meeker
U.S. Trustee
United States Trustee - JAX
135 W. Central Blvd., Suite 620
Orlando, FL 32801
**Counsel for U.S. Trustee**

Allan E. Wulbern
Stephen D. Busey
James. H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
**Counsel for Debtors**

David Jennis, Esq.
Jennis & Bowen, P.L.
400 North Ashley Drive, Suite 2540
Tampa, Florida 33602

Douglas D Chunn
One Independent Drive, Suite 3201
Jacksonville, FL 32202

Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Waler, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
**Counsel for Official Committee of Equity Security Holders**

/s/ Russell W. Mills
Russell W. Mills