# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about August 15, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Seventeenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Duplicative Liability Claims, (E) Unliquidated Claims and (F) Unliquidated Misclassified Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: August 21, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Notice of Hearing**
**Debtors' Seventeenth Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims,**
**(C) Overstated Claims, (D) Duplicative Liability Claims, (E**
**Unliquidated Claims, (F) Unliquidated Misclassified Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2029-07<br>12TH STREET & WASHINGTON ASSOCS, LP<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE AZ 85258 | CREDITOR ID: 2029-07<br>12TH STREET & WASHINGTON ASSOCS, LP<br>C/O MARK D SVEJDA LAW OFFICE<br>ATTN MARK D SVEJDA, ESQ<br>6909 E GREENWAY PARKWAY<br>SCOTTSDALE AZ 85254 | CREDITOR ID: 410891-15<br>ALLIED CAPITAL CORPORATION<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 422543-ST<br>ANDRESKI, THADDEUS J<br>15312 W BANFF LANE<br>SURPRISE AZ 85379 | CREDITOR ID: 406175-15<br>ASHLAND DISTRIBUTION<br>ATTN JIM MCMONAGLE DS-3<br>PO BOX 2219<br>COLUMBUS OH 43216 | CREDITOR ID: 429833-15<br>BARKER, GRACE U<br>C/O MICHAEL D BARKER, EXECUTOR<br>626 WILSHIRE BLVD, SUITE 550<br>LOS ANGELES CA 90017-3209 |
| CREDITOR ID: 384001-47<br>BEASLEYS LOCKSMITH SAFE & DOOR LLC<br>ATTN RAYMOND BEASLEY, OWNER<br>2213 WOODNELL DRIVE<br>RALEIGH, NC 27603 | CREDITOR ID: 416846-15<br>BIRMINGHAM REALTY COMPANY<br>C/O SIROTE & PERMUTT PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | CREDITOR ID: 415973-15<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE SC 29603 |
| CREDITOR ID: 417768-ST<br>BURTON, BARBARA W<br>9000 COMMODORE DRIVE, UNIT 201<br>SEMINOLE FL 33776 | CREDITOR ID: 492840-97<br>CARDINAL CAPITAL PARTNERS INC<br>EMPLOYEE PROFIT SHARING PLAN/TRUST<br>C/O SCOTT HAIRE<br>8214 WESTCHESTER DR 9TH FLR<br>DALLAS TX 75225 | CREDITOR ID: 410743-15<br>CASSELSQUARE, LLC<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, MANAGER<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433 |
| CREDITOR ID: 410743-15<br>CASSELSQUARE, LLC<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN CRAIG A PUGATCH, ESQ<br>101 NE THIRD AVENUE, STE 1800<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 244803-12<br>CC REALTY INTERMEDIATE FUND I, LTD<br>C/O CC MANAGEMENT LTD<br>ATTN GEORGE C DEREESE, CFO<br>THREE RIVERWAY, SUITE 670<br>HOUSTON, TX 77056 | CREDITOR ID: 410561-15<br>CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001 |
| CREDITOR ID: 245904-12<br>CITY OF LARGO, FL<br>C/O CITY ATTORNEY<br>ATTN TAMMI BACH, ESQ<br>PO BOX 296<br>LARGO, FL 33779-0296 | CREDITOR ID: 411108-15<br>COCA-COLA COMPANY, THE<br>C/O HOLLAND & KNIGHT LLP<br>ATTN ALAN M WEISS, ESQ<br>15 NORTH LAURA ST, STE 3900<br>JACKSONVILLE FL 32202 | CREDITOR ID: 411108-15<br>COCA-COLA COMPANY, THE<br>PO BOX 1734<br>NAT 2016<br>ATLANTA GA 30301 |
| CREDITOR ID: 246717-12<br>COMMERCEQUEST, INC<br>ATTN ERIKA BRAGAN, VP FIN<br>5481 WEST WATERS AVENUE, SUITE 100<br>TAMPA FL 33634-1205 | CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 |
| CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O WILLKIE FARR & GALLAGHER<br>ATTN ALAN J LIPKIN, ESQ<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6373 | CREDITOR ID: 267560-14<br>COUNTY OF HEARD TAX ASSESSORS<br>ATTN LARRY PIKE OR S NOLEN<br>215 E CT SQUARE, RM 19<br>FRANKLIN GA 30217 | CREDITOR ID: 410845-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>C/O HINSON & RHYNE, PA<br>ATTN WALTER L HINSON, ESQ.<br>2401-G WOOTEN BLVD<br>PO BOX 7479<br>WILSON NC 27895-7479 |
| CREDITOR ID: 410845-15<br>CRESCENT CENTER ASSOCIATES, LLC<br>1912 EASTCHESTER DRIVE, SUITE 204<br>HIGH POINT NC 27265 | CREDITOR ID: 410811-15<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 452146-97<br>CROSSROADS CENETER LIMITED<br>ATTN: STEVEN V GRAHAM, GEN PARTNER<br>2200 WOODCREST PLACE, STE 210<br>BIRMINGHAM AL 35209 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Seventeenth Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims,**
**(C) Overstated Claims, (D) Duplicative Liability Claims, (E**
**Unliquidated Claims, (F) Unliquidated Misclassified Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:   05-03817-3F1**

CREDITOR ID: 408206-15
CROSSROADS CENTER, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 406543-MS
CUTCLIFFE, WILLIAM B
1033 BROOKSTONE LANE
BIRMINGHAM AL 35235

CREDITOR ID: 410901-15
DDR DOWNREIT, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 410756-15
DOLE PACKAGED FOODS COMPANY
C/O MCCARRON & DIESS
ATTN LOUIS W DIESS, III, ESQ
4900 MASSACHUSETTS AVE NE, STE 310
WASHINGTON DC 20016

CREDITOR ID: 22180-05
DONAHUE, MAUREEN
C/O MAUREEN HEALY KENNON PA
ATTN MAUREEN HEALEY KENNON, ESQ
TOWN EXECUTIVE CENTER
6100 GLADES ROAD, SUITE 210
BOCA RATON FL 33434

CREDITOR ID: 22180-05
DONAHUE, MAUREEN
710 SW 81 TER
N LAUDERDALE FL 33068

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 402561-89
DUNLAP, LARRY M
126 BIARCLIFF ROAD
CENTRAL SC 29630

CREDITOR ID: 125260-09
EVANS, VICTORIA J
6 SPERLING DRIVE
AMELIA OH 45102

CREDITOR ID: 411006-15
FAIRFIELD PARTNERS LP TA
FLINTRIDGE SHOPPING CTR, FAIRFIELD
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 416951-97
FAIRFIELD PARTNERS LTD PRTNSHP
C/O ARONOV REALTY MGMNT INC
ATTN: VP
3500 EASTERN BLVD
MONTGOMERY AL 36116-1781

CREDITOR ID: 249530-12
FIRST AMERICAN CARRIERS INC
ATTN WILLIAM BENJAMIN COBB
PO BOX 6097
ROCKY MOUNT NC 27802

CREDITOR ID: 278462-24
FIRST WASHINGTON REALTY INC
7027 THREE CHOPT ROAD, SUITE 210
RICHMOND VA 23226

CREDITOR ID: 2231-07
FIRST WASHINGTON REALTY, INC
ATTN JEFFREY S DISTENFELD, ESQ
4350 EAST WEST HIGHWAY, SUITE 400
BETHESDA MD 20814

CREDITOR ID: 26637-05
FOSTER, DAVID R
127 NICOLE LANE
CRESTVIEW FL 32539

CREDITOR ID: 381956-15
GALILEO CMBS T1 HL TX LP
C/O CBL & ASSOCIATES MANAGEMENT INC
ATTN GARY L RODDY
CBL CENTER, SUITE 500
2030 HAMILTON PLACE BLVD
CHATTANOOGA TN 37421-6000

CREDITOR ID: 250466-12
GEORGE WESTON BAKERIES INC
PO BOX 532992
ATLANTA, GA 30353-2992

CREDITOR ID: 279363-36
GEORGE WESTON BAKERIES, INC
ATTN CHRIS DEMETRIOU, DIR
930 NORTH RIVERVIEW DRIVE, STE 100
TOTOWA  NJ 07512

CREDITOR ID: 136259-09
GRANT, MICHAEL A
2220 SUFFOLK ST
CHARLESTON SC 29405

CREDITOR ID: 136764-09
GREEN, DAWN B
9 NW 45 AVENUE
PLANTATION FL 33317

CREDITOR ID: 137200-09
GREENWADE, GWEN D
131 BOXWOOD DR
HOPKINSVILLE KY 42240

CREDITOR ID: 429835-15
GRIBBLE, D W AND A L LIV TRUST
C/O WACHOVIA SECURITIES
ATTN VIMONCRIEF, REG SALES ASSOC
113 S TENNESSEE AVENUE
LAKELAND FL 33801

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 143274-09
HAYFORD, JANICE G
3010 LAROSE ST
EAST POINT GA 30344

CREDITOR ID: 147205-09
HOLLAND, JANET M
1021 GREENWILLOW TRAIL
ANDERSON SC 29621

CREDITOR ID: 429847-15
HUDES, LYNN, TRUSTEE
LYNN E HUDES REVOCABLE TRUST
66 JUDITH COURT
WANTAGH NY 11793

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Seventeenth Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims,**
**(C) Overstated Claims, (D) Duplicative Liability Claims, (E**
**Unliquidated Claims, (F) Unliquidated Misclassified Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411095-15<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523 | CREDITOR ID: 411095-15<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 | CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 |
| CREDITOR ID: 452031-15<br>JOANNOU, ALEXANDRE<br>C/O NATIONAL BANK FINANCIAL<br>ACCT NO 1C-A3FE-F<br>1155 METCALFE STREET<br>MONTREAL QC H3B 4S9<br>CANADA | CREDITOR ID: 39117-05<br>JOHNSON, ANDRE A<br>1975 MAYWOOD PLACE<br>ATLANTA GA 30318-6371 | CREDITOR ID: 39124-05<br>JOHNSON, ANGELA S<br>RT 1 149G<br>HARDEEVILLE SC 29927 |
| CREDITOR ID: 155087-09<br>JOHNSON, SHONTERRA T<br>265 EASTGATE DRIVE<br>DOTHAN AL 36303 | CREDITOR ID: 383218-15<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O STUTMAN THAMES & MARKEY PA<br>ATTN: RICHARD THAMES, ESQ.<br>50 N LAURA ST, STE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN MR DEMETRIOS MORAKIS<br>700 12TH STREET NW SUITE 700<br>WASHINGTON DC 20005 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 279240-35<br>LEA & PERRINS, INC<br>ATTN DENISE SCHRADIN, CREDIT<br>15-01 POLLITT DR<br>FAIR LAWN NJ 07410-2795 | CREDITOR ID: 452038-15<br>LEGETTE, CHARLES E<br>1510 HARBOR COURT<br>FORT MEYERS FL 33908 | CREDITOR ID: 44518-05<br>LEMIEUX, BAMBILENA C<br>157 ACADEMY DRIVE<br>DALLAS GA 30132-4804 |
| CREDITOR ID: 407764-99<br>LENOIR PARTNERS LLC<br>C/O ROSEN LAW GROUP LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>ATTN BILL SINDLINGER VP & COUNSEL<br>AEGON USA REALTY ADVISORS INC<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS IA 52499-5220 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>EPSTEIN BECKER & GREEN PC<br>NEAL D DODELL<br>RESURGENS PLAZA<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 |
| CREDITOR ID: 429840-15<br>LOZIER, KARL A, JR<br>334 VILLA DRIVE SOUTH<br>ATLANTIS FL 33462 | CREDITOR ID: 429854-15<br>MARTIN, BARRY<br>C/O WACHOVIA SECURITIES<br>ARRN ANNE L DAVIDSON<br>8115 PRESTON ROAD, SUITE 300<br>DALLAS TX 75235 | CREDITOR ID: 406234-G4<br>MAX DERBES INC REALTORS<br>MCGUIRE WOODS<br>ATTN MARK E FREEDLANDER, ESQ<br>DOMINION TOWER<br>625 LIBERTY AVENUE, 23RD FLR<br>PITTSBURGH PA 15222-3142 |
| CREDITOR ID: 406234-G4<br>MAX DERBES INC REALTORS<br>SUITE 100 ELMWOOD BUSINESS PARK<br>5440 MOUNES STREET<br>NEW ORLEANS LA 70123 | CREDITOR ID: 256235-12<br>MCINTYRE, MICHAEL J<br>314 VIRGINIA AVENUE<br>ANN ARBOR, MI 48103 | CREDITOR ID: 1585-RJ<br>MCNAB PLAZA INC<br>ATTN  WILLIAM B SHIELDS JR VP<br>4350 WEST SUNRISE BLVD STE 122<br>PLANTATION, FL 33313 |

SERVICE LIST
**Notice of Hearing**
**Debtors' Seventeenth Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims,**
**(C) Overstated Claims, (D) Duplicative Liability Claims, (E**
**Unliquidated Claims, (F) Unliquidated Misclassified Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408259-99<br>MCW-RC FL HIGHLANDS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFTHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 |
| CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 | CREDITOR ID: 177135-09<br>MICHALSKI, GREGORY V<br>10264 103RD STREET<br>JACKSONVILLE FL 32210 | CREDITOR ID: 1597-07<br>MID SOUTH YAZOO LP<br>ATTN SCOT LUTHER<br>4502 HOLLY ST<br>BELLAIRE, TX 77401 |
| CREDITOR ID: 452036-15<br>MONOCLE MANAGEMENT INC<br>ATTN LOREN SIMKOWITZ, PRESIDENT<br>1291 SEMINOLE DRIVE<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 452035-15<br>MONOCLE MANAGEMENT LTD INC<br>ATTN LOREN M SIMKOWITZ, PRESIDENT<br>1040 BAYVIEW DRIVE, SUITE 528<br>FORT LAUDERDALE FL 33304 | CREDITOR ID: 410382-15<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA<br>101 CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 |
| CREDITOR ID: 382049-36<br>MORTON SALT<br>ATTN SCOTT DEXHEIMER<br>123 N WACKER DR<br>CHICAGO IL 60606-1743 | CREDITOR ID: 382049-36<br>MORTON SALT<br>C/O UNGARETTI & HARRIS<br>ATTN R SCOTT ALSTERDA, ESQ<br>3500 3 FIRST NATIONAL PLAZA<br>CHICAGO IL 60602-4283 | CREDITOR ID: 2426-07<br>MT DORA MARKETPLACE LTD<br>ATTN AILEEN GUADALUPE, COMPTROLLER<br>PO BOX 273760<br>BOCA RATON FL 33487-3760 |
| CREDITOR ID: 411014-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CREEKWOOD SHOPPING CENTER, REX, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411013-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SHOPPES OF VICTORIA SQ PT ST LUCIE<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 410728-15<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O KOZYAK TROPIN & THROCKMORTON<br>ATTN LAUREL M ISICOFF, ESQ<br>2525 PONCE DE LEON BLVD, STE 900<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 410728-15<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O LNR PARTNERS, INC<br>ATTN DANNY VANDER REIS<br>1601 WASHINGTON AVE, SUITE 700<br>MIAMI FL 33139 | CREDITOR ID: 400440-15<br>ONSLOW CONTAINER SERVICE, INC<br>ATTN H A HILL, PRES<br>PO BOX 9<br>DEEP RUN NC 28525 | CREDITOR ID: 376483-44<br>OWENSBORO MESSENGER INQUIRER<br>ATTN RUTH SEHON<br>PO BOX 1480<br>OWENSBORO, KY 42302-1480 |
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 258328-12<br>PEPSI COLA BOTTLING<br>ATTN JAMES W DAVIS, CONTROLLER<br>PO BOX 3567<br>GREENVILLE, SC 29608 |
| CREDITOR ID: 279080-32<br>PHARMACARE HEALTH SERVICES, INC<br>C/O HURLEY PARTIN WHITAKER, PA<br>ATTN HURLEY PARTIN WHITAKER, ESQ<br>500 N HARBOR CITY BLVD, SUITE D<br>MELBOURNE FL 32935 | CREDITOR ID: 192560-09<br>PIERRE, RAYNOLD<br>1000 NE 17 STREET F<br>FORT LAUDERDALE FL 33305 | CREDITOR ID: 258581-12<br>PINEWOOD PLAZA ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 |
| CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, LP<br>1717 WOODSTEAD COURT<br>THE  WOODLANDS TX 77380-0077 | CREDITOR ID: 2482-07<br>PRESTON OIL COMPANY, LP<br>C/O HENDERSON FRANKLIN STARNES<br>ATTN DOUGLAS B SZABO, ESQ<br>PO BOX 280<br>FORT MYERS FL 33902-0280 | CREDITOR ID: 195094-09<br>PRIMUS, LENORA<br>PO BOX 530874<br>LAKE PARK FL 33403 |

SERVICE LIST

**Notice of Hearing**
**Debtors' Seventeenth Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims,**
**(C) Overstated Claims, (D) Duplicative Liability Claims, (E**
**Unliquidated Claims, (F) Unliquidated Misclassified Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 | CREDITOR ID: 429851-15<br>REID, DANIEL & BARBARA JT WROS<br>C/O JBHANAUER & CO<br>ATTN MATTHEW B PARENT, FIN ADV<br>1700PALM BEACH LAKES BLVD, STE 900<br>WEST PALM BEACH FL 33411 |
| CREDITOR ID: 198220-09<br>REINERT, ESTATE OF GARY A<br>C/O BARBARA DE LAUNEY, ESTATE REP<br>731 OAK STREET<br>LUDLOW KY 41016 | CREDITOR ID: 416946-15<br>REMKE MARKETS, INC<br>C/O DETERS BENZINGER & LAVELLE<br>ATTN ELIZABETH GRAHAM WEBER, ESQ<br>207 THOMAS MORE PKWY<br>CRESTVIEW HILLS KY 41017 | CREDITOR ID: 199198-09<br>RICHARDS, ASHLEY M<br>1503 MLK JR DRIVE<br>COLUMBUS MS 39701-0397 |
| CREDITOR ID: 408299-99<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 201438-09<br>ROBINSON, JUANITA D<br>14 THOMASVILLE HIGH DR<br>THOMASVILLE NC 27360 | CREDITOR ID: 201907-09<br>RODGERS, RICKEY B<br>8323 ALLAMANDA AVE<br>TAMPA FL 33619 |
| CREDITOR ID: 410955-99<br>RONALD BENDERSON 1995 TR/BENDERSON<br>85-1 TRUST AKA RON-BEN ASSOCS<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 410955-99<br>RONALD BENDERSON 1995 TR/BENDERSON<br>C/O BENDERSON DEVELOPMENT CO LLC<br>ATTN: JOEL E SCHOLSBERG, ESQ<br>8441 COOPER CREEK BLVD<br>UNIVERSITY PARK FL 34201 | CREDITOR ID: 429852-15<br>ROSENTHAL, BEN H JR & JANIE W<br>C/O WACHOVIA SECURITIES<br>ATTN ANNE L DAVIDSON<br>8115 PRESTON ROAD, SUITE 300<br>DALLAS TX 75225 |
| CREDITOR ID: 452101-15<br>ROSNER, PHILLIP E & PAULA PERI<br>310 KINGS COURT NE<br>MARIETTA GA 30067-3622 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BRIMINGHAM AL 35201-0306 |
| CREDITOR ID: 410481-15<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN JAMES J VINCEQUERRA, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 406148-15<br>SCANA ENERGY MARKETING, INC<br>C/O MOORE & VAN ALLEN PLLC<br>ATTN DAVID B WHEELER, ESQ<br>PO BOX 22828<br>CHARLESTON SC 29413-2828 | CREDITOR ID: 410741-15<br>SENDERO COMM'L INVEST PARK PLACE LP<br>C/O AKIN GUMP STRAUSS HAUER ET AL<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, STE 4100<br>DALLAS TX 75201 |
| CREDITOR ID: 212690-09<br>SMITH, DWIGHT<br>302 N JACKSON<br>FITZGERALD GA 31750 | CREDITOR ID: 213965-09<br>SMITH, TROVOUS A<br>2723 NW 13 CT, APT B<br>FORT LAUDERDALE FL 33311 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 |
| CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 399627-15<br>SOUTHEASTERN INDUS & FAMILY MED<br>ATTN DR MICHAEL C TURNER & P MORETZ<br>1600 FOREST AVENUE<br>MONTGOMERY AL 36106 | CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Seventeenth Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims,**
**(C) Overstated Claims, (D) Duplicative Liability Claims, (E**
**Unliquidated Claims, (F) Unliquidated Misclassified Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                       **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411055-15<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 |
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 407496-15<br>STATE OF GEORGIA COMMUNITY HEALTH<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 407496-15<br>STATE OF GEORGIA COMMUNITY HEALTH<br>ATTN N B CHILDERS/C GRANT, ESQS<br>2 PEACHTREE STREET, 40TH FLOOR<br>ATLANTA GA 30303-3159 |
| CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 |
| CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: RICHARD P IEYOUB, ESQ<br>DEPT OF JUSTICE<br>PO BOX 94095<br>BATON ROUGE LA 70804-095 |
| CREDITOR ID: 417082-97<br>STRIKE FORCE III LLC<br>C/O JOHN H EVANS, PA<br>ATTN JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 | CREDITOR ID: 417082-97<br>STRIKE FORCE III LLC<br>ATTN: ANTONIA PASTERMACK, MGR<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 279330-99<br>SUNSHINE MILLS, INC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STEWART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O JOHN H EVANS, PA<br>ATTN JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 74739-05<br>TOVAR, JORGE H<br>6103 TAVENDALE DR<br>ORLANDO FL 32809 |
| CREDITOR ID: 410810-15<br>TOWER CENTER ASSOCIATES, LTD<br>C/O PEPPER HAMILTON, LLP<br>ATTN J C CARIGNAN/A SABLE, ESQS<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 | CREDITOR ID: 263711-12<br>UBF FOOD SOLUTIONS UBFNA<br>C/O UNILEVER FOOD SOLUTIONS, NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 | CREDITOR ID: 263754-12<br>UNILEVER BEST FOODS<br>C/O UNILEVER - FOODS NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, STE 200<br>LISLE IL 60532 |
| CREDITOR ID: 423148-97<br>UNILEVER UNITED STATES INC<br>ATTN: BRIAN S CHEVLIN, DEP GEN CNSL<br>700 SYLVAN AVENUE, B3035<br>ENGLEWOOD CLIFFS NJ 07632-3100 | CREDITOR ID: 410740-15<br>USPG PORTFOLIO II, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 264006-12<br>VALRICO SQUARE<br>C/O RETAIL ASSET MANAGEMENT<br>PO BOX 5666<br>CLEARWATER, FL 33758-5666 |
| CREDITOR ID: 264006-12<br>VALRICO SQUARE<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 264144-12<br>VICTORY MAXWELL, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264144-12<br>VICTORY MAXWELL, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 |

**SERVICE LIST**

**Notice of Hearing**
**Debtors' Seventeenth Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims,**
**(C) Overstated Claims, (D) Duplicative Liability Claims, (E**
**Unliquidated Claims, (F) Unliquidated Misclassified Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 416243-15 | CREDITOR ID: 228160-09 | CREDITOR ID: 228319-09 |
| VILLAGE MARKETPLACE OF HAW RIVER | WALCOTT, IKE A | WALKER, CARLNELL J |
| C/O KENNEDY COVINGTON LOBDELL ET AL | 521 ARNAU TERR. | 2346 WOOD HILL LANNE |
| ATTN LAWRENCE E BEHNING, ESQ | JACKSONVILLE FL 32254 | EASTPOINT GA 30344 |
| 214 N TRYON STREET, 47TH FLOOR | | |
| CHARLOTTE NC 28202 | | |
| | | |
| CREDITOR ID: 410801-15 | CREDITOR ID: 410801-15 | CREDITOR ID: 410763-15 |
| WD FLORENCE PORTFOLIO, LP | WD FLORENCE PORTFOLIO, LP | WD MT CARMEL, LLC |
| C/O H&R REIT | C/O JENKENS & GILCHRIST PC | C/O KAMIN REALTY CO |
| ATTN MORGAN BERRY | ATTN MICHAEL S HELD, ESQ | ATTN DANIEL G KAMIN, MGR |
| 3625 DUFFERIN ST, STE 500 | 1445 ROSS AVENUE, STE 3700 | 490 SOUTH HIGHLAND AVE |
| TORONTO ON M5K 1N4 | DALLAS TX 75202 | PITTSBURGH PA 15206 |
| CANADA | | |
| | | |
| CREDITOR ID: 410763-15 | CREDITOR ID: 408342-15 | CREDITOR ID: 264647-12 |
| WD MT CARMEL, LLC | WELLS FARGO BANK, NA, TRUSTEE | WEST NAPOLEON JOINT VENTURE |
| C/O SEYFARTH SHAW, LLP | C/O MCGLINCHEY STAFFORD, PLLC | C/O MELTZER PROPERTIES LTD |
| ATTN SARA E LORBER, ESQ | ATTN STEPHEN P STROHSCHEIN, ESQ | ATTN JOHN A MELTZER |
| 55 E MONROE STREET, SUITE 4200 | ONE AMERICAN FLOOR, 14TH FLOOR | 4621 WEST NAPOLEON AVE, STE 210 |
| CHICAGO IL 60603 | BATON ROUGE LA 70825 | METAIRIE, LA 70001 |
| | | |
| CREDITOR ID: 408298-99 | CREDITOR ID: 237304-09 | CREDITOR ID: 407758-99 |
| WESTSIDE CITY, INC | WOODARD, MARTINEZ R | WOODLAND HARTFORD ASSOC LLC |
| C/O HELD & ISRAEL | 1201 HOWELL STREET | C/O SCHUYLER STEWART SMITH |
| ATTN EDWIN W HELD, JR, ESQ | HOPKINSVILLE KY 42240 | ATTN: MICHAEL E CECIL |
| 1301 RIVERPLACE BLVD, SUITE 1916 | | 118 WEST ADAMS ST, #800 |
| JACKSONVILLE FL 32207 | | JACKSONVILLE FL 32202 |
| | | |
| CREDITOR ID: 407758-99 | CREDITOR ID: 404005-94 | |
| WOODLAND HARTFORD ASSOC LLC | ZAHRA, EMILE E JR | |
| C/O SOLOMON PEARL ET AL | 824 MAPLETON TERRACE | |
| ATTN JOEL M SHAFFERMAN, ESQ | JACKSONVILLE FL 32207 | |
| 40 WALL ST, 35TH FL | | |
| NEW YORK NY 10005 | | |

**Total:    176**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**<u>NOTICE OF HEARING</u>**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **September 14, 2006, at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Seventeenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Duplicate Liability Claims, (E) Unliquidated Claims and (F) Unliquidated Misclassified Claims.

Only objections filed with the Court so as to be received by **September 7, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate

for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer.  Please take notice that as an additional security measure a

photo ID is required for entry into the Courthouse.

Dated: August 15, 2006


SKADDEN, ARPS, SLATE, MEAGHER              SMITH HULSEY & BUSEY
& FLOM LLP

By    _s/ D. J. Baker_                      By    _s/ James H. Post_
        D. J. Baker                                  Stephen D. Busey
        Sally McDonald Henry                         James H. Post
        Rosalie Walker Gray                          Cynthia C. Jackson,
        Jane M. Leamy                                Florida Bar Number 175460
Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(212) 735-2000 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        jpost@smithhulsey.com

Co-Attorneys for Debtors                   Co-Attorneys for Debtors


2

Hearing Date:  **September 14, 2006 at 1:30 p.m.**
Obj. Deadline:  **September 7, 2006 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | )  Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | )  *Chapter 11* |
| | ) |
| Debtors. [1] | )  Jointly Administered |
| | ) |

### DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) DUPLICATE LIABILITY CLAIMS, (E) UNLIQUIDATED CLAIMS AND (F) UNLIQUIDATED MISCLASSIFIED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through F (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing, fixing or reclassifying the Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]  By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

# BACKGROUND

A.    The Chapter 11 Filings

      1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

      2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

      3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

      4.    On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors  (the "Disclosure Statement"), together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). The Disclosure Statement was approved by Order of the Court dated August 4, 2006. The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

      5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,300 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

### RELIEF REQUESTED

9.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing, fixing or reclassifying the Disputed Claims.

**BASIS FOR RELIEF**

A.    No Liability Claims

10.    As a result of their review, the Debtors have identified 32 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

11.    The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims. Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed. In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B.    No Liability Misclassified Claims

12.    As a result of their review, the Debtors have identified 26 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert secured or priority status (the "No Liability Misclassified Claims"). The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit B.

13.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status. The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code. Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims.

14.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claims. To the extent the No Liability Misclassified Claims are not disallowed in their entirety,

4

the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims. Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit B to be disallowed. In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

C.    Overstated Claims

15.    As a result of their review, the Debtors have identified 18 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records (the "Overstated Claims"). The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit C.

16.    These claims fall into several categories: (a) Proofs of Claim that include claims that arose postpetition; (b) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (c) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (d) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; and/or (e) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors.

17.    The Debtors (a) object to the Overstated Claims listed on Exhibit C and (b) seek entry of the Proposed Order reducing the Overstated Claims. Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit C to be reduced. In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

D.    Duplicate Liability Claims

18.    As a result of their review, the Debtors have identified approximately 36 proofs of claim (the "Duplicate Liability Claims") that appear to be duplicative of other claims

5

filed against the Debtors.  A list of the Duplicate Liability Claims is attached as Exhibit D.

Adjacent to the identified "Duplicate Liability Claim" on Exhibit D, the Debtors have identified

the related claim that will remain if the Court grants this Objection (the "Remaining Claim").

19.    In some instances creditors appear to have asserted identical claims with

slight variation in names or addresses.  Other creditors appear to have filed multiple claims using

the exact same names and addresses against the same Debtor, asserting the same liability - -

possibly because (a) they received multiple claim forms in the mail, (b) they filed claims with

both the Court and the Debtors' claims agent or (c) they filed multiple claims, each of which

appeared to be an original claim, and the Debtors were unable to determine if they were intended

as originals or copies of the original.

20.    Certain of the Duplicate Liability Claims duplicate the liability asserted in

the master proofs of claim filed against the Debtors by the Wilmington Trust Company, as

Successor Indenture Trustee (the "Indenture Trustee") on behalf of the noteholders under the 8-

7/8% Senior Notes due 2008, pursuant to the terms of the Indenture.  Adjacent to such Duplicate

Liability Claims on Exhibit D, the Debtors have identified the related master proof of claim that

will remain if the Court grants this Objection, claim no. 8393, filed by the Indenture Trustee

against Winn-Dixie Stores, Inc. [3]

21.    The Duplicate Liability Claims filed by noteholders allege liability only for

principal and interest, and do not allege damages or causes of action based upon or arising from

such notes.  As provided by the Claims Bar Date Order, it was unnecessary for noteholders to

file proofs of claim solely to evidence claims for principal and interest due on the notes.

Paragraph 9 of the Claims Bar Date Order states that, "[t]he Debtors may rely on the proofs of

---

[3]       The Indenture Trustee also filed master proofs of claim against the Debtor entities who are guarantors of
the 8-7/8% Senior Notes due 2008.

claim filed by the indenture trustee serving with respect to the Debtors' 8-7/8% Senior Notes due 2008, and noteholders shall not be required to file proofs of claim to evidence claims for the principal and interest due on the notes. . . " Accordingly, the Debtors will rely upon the proofs of claim filed by the Indenture Trustee to provide evidence of claims for principal and interest due on the notes.

22.    Because each of the Duplicate Liability Claims appears to be a duplicate of a related Remaining Claim, each such Duplicate Liability Claim should be disallowed.[4] Entry of an order disallowing the Duplicate Liability Claims will not prejudice the Claimants' rights under the Remaining Claims. The Remaining Claims will remain on the Claims Register after the Duplicate Liability Claims are disallowed.

23.    Accordingly, the Debtors (a) object to the Duplicate Liability Claims listed on Exhibit D as duplicating the liability of the claims listed in the remaining claim column and (b) seek entry of the Proposed Order disallowing the Duplicate Liability Claims. Claimants may elect, by not timely responding to this Objection, to permit their Duplicate Liability Claims listed on Exhibit D to be disallowed. In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order disallowing the Duplicate Liability Claims.

E.    <u>Unliquidated Claims</u>

24.    As a result of their review, the Debtors have identified 12 Disputed Claims that were filed with estimated or unliquidated amounts (the "Unliquidated Claims"). The Unliquidated Claims are listed on Exhibit E.

---

[4]    The Remaining Claims may be subject to further objections. The Debtors reserve their rights to object to such claims upon notice to the claimants.

7

25.    The Debtors seek to fix the Unliquidated Claims in the amount owed per their Books and Records.  Therefore, the Debtors object to the Unliquidated Claims listed on Exhibit E and seek entry of the Proposed Order fixing such Unliquidated Claims in the amounts set forth on Exhibit E under the heading Fixed Claim Amount.  Claimants may elect, by not timely responding to this Objection, to permit their Unliquidated Claims listed on Exhibit E to be fixed in the amounts listed on Exhibit E.  In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order fixing the Unliquidated Claims in the amounts listed on Exhibit E.

F.    Unliquidated Misclassified Claims

26.    As a result of their review, the Debtors have identified 9 Disputed Claims that were filed with estimated or unliquidated amounts and that also appear to incorrectly assert secured or priority status (the "Unliquidated Misclassified Claims").  The Unliquidated Misclassified Claims are listed on Exhibit F.

27.    The Debtors seek to fix the Unliquidated Misclassified Claims in the amount owed per their Books and Records.  In addition, none of the Unliquidated Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  None of the Unliquidated Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Unliquidated Misclassified Claims should be reclassified as specified on Exhibit F.

28.    The Debtors object to the Unliquidated Misclassified Claims listed on Exhibit F and seek entry of the Proposed Order fixing and reclassifying such Unliquidated Misclassified Claims as set forth on Exhibit F.  Claimants may elect, by not timely responding to

8

this Objection, to permit their Unliquidated Misclassified Claims to be fixed and reclassified as specified on Exhibit F. In the absence of a Response (as defined in paragraph 32 below), the Debtors will present to the Court the Proposed Order fixing and reclassifying the Unliquidated Misclassified Claims as specified on Exhibit F.

## SEPARATE CONTESTED MATTERS

29.     Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

30.     The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors. In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to confirmation of the Plan and the resolution of substantive consolidation issues by its terms, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

31.     The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

32.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **September 7, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

33.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **September 14, 2006, at 1:30 p.m. (Eastern Time),** or such other date and time as parties filing responses may be notified.  Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

34.     If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing, reducing, fixing or reclassifying the claim without further notice to the claimant.

## NOTICE

35.     Copies of this Objection will be served upon the claimants identified in Exhibits A through F, the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit G (a) disallowing the No Liability Claims, (b) disallowing the No Liability Misclassified Claims, (c) reducing the Overstated Claims, (d) disallowing the Duplicate Liability Claims, (e) fixing the Unliquidated Claims and (f) fixing and reclassifying the Unliquidated Misclassified Claims, and (iii) grant such other and further relief as is just and proper.

Dated: August 15, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    _s/ D. J. Baker_                By    _s/ James H. Post_
      D. J. Baker                            Stephen D. Busey
      Sally McDonald Henry                   James H. Post
      Rosalie Walker Gray                    Cynthia C. Jackson,
      Jane M. Leamy                            Florida Bar Number 175460
Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida 32202
(212) 735-3000                         (904) 359-7700
(212) 735-2000 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Attorneys for Debtors               Co-Attorneys for Debtors

### Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Seventeenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Duplicate Liability Claims, (E) Unliquidated Claims and (F) Unliquidated Misclassified Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

12

**EXHIBIT A**

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2029**<br>12TH STREET & WASHINGTON ASSOCS, LP<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE AZ 85258<br><br>Counsel: ATTN MARK D SVEJDA, ESQ | 12399<br>Debtor: WINN-DIXIE STORES, INC. | $587,521.42 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410891**<br>ALLIED CAPITAL CORPORATION<br>C/O VENABLE LLP<br>ATTN G CROSSH FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10002<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | STORE LEASE ASSIGNED TO OFFICE DEPOT 5/23/06. ANTICIPATORY REJECTION DAMAGE CLAIM FILED BY LANDLORD'S LENDER TO BE DISALLOWED AS NO AMOUNT IS DUE. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8607<br>Debtor: WINN-DIXIE STORES, INC. | $20,674.31 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020<br><br>Counsel: ATTN ALAN J LIPKIN, ESQ | 2163<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO LIABILITY. STORE WAS SOLD TO CALHOUN ENTERPRISES, INC. ON AUG. 31, 2005. NO CURE AMOUNTS WERE OWED OR PAID. |
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020<br><br>Counsel: ATTN ALAN J LIPKIN, ESQ | 10135<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY ON GUARANTY. STORE WAS SOLD TO CALHOUN ENTERPRISES, INC. ON AUG. 31, 2005. NO CURE AMOUNTS WERE OWED OR PAID. |
| **Creditor Id: 137200**<br>GREENWADE, GWEN D<br>131 BOXWOOD DR<br>HOPKINSVILLE KY 42240 | 1867<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 147205**<br>HOLLAND, JANET M<br>1021 GREENWILLOW TRAIL<br>ANDERSON SC 29621 | 2786<br>Debtor: | $20,646.64<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT, TERMINATED AS OF 12/2/04, IS NOT ENTITLED TO SEVERANCE. |
| **Creditor Id: 411095**<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11035<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. STORE SOLD THROUGH ASSIGNMENT PRIOR TO BANKRUPTCY FILING. |
| **Creditor Id: 411095**<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11102<br>Debtor: | $0.00<br>**WINN-DIXIE RALEIGH, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE SOLD THROUGH ASSIGNMENT PRIOR TO BANKRUPTCY FILING. |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 10062<br>Debtor: | $18,500.62<br>**WINN-DIXIE MONTGOMERY, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8582<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8585<br>Debtor: | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 383218**<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 297<br>**Debtor:** WINN-DIXIE STORES, INC. | $890.53 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFTHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080<br><br>Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | 13185<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,145,741.28 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO DUPLICATES LIABILITY IN CLAIM NUMBER 13188. |
| **Creditor Id: 1597**<br>MID SOUTH YAZOO LP<br>ATTN SCOT LUTHER<br>4502 HOLLY ST<br>BELLAIRE, TX 77401 | 11424<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $26,410.46 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/5/05 TO PREMIER FOOD, INC. ON 7/18/06, DEBTOR PAID CURE OF $7,506.47 BY CHECK NUMBER 9906096. |
| **Creditor Id: 411013**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SHOPPES OF VICTORIA SQ PT ST LUCIE<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10308<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO AMOUNT DUE PER DEBTOR AND CLAIMANT. |
| **Creditor Id: 411014**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CREEKWOOD SHOPPING CENTER, REX, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10309<br>**Debtor:** WINN-DIXIE STORES, INC. | $59,535.36 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 9/1/05 TO ALL AMERICAN QUALITY FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $57,503.45 (REAL ESTATE TAXES OF $46,639.61 AND COMMON AREA MAINTENANCE CHARGES OF $10,863.84). NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 258581**<br>PINEWOOD PLAZA ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | 5233<br>**Debtor:** WINN-DIXIE STORES, INC. | $36,594.20 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/15/05 TO MARCIN STORES, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $15,040.34 FOR REAL ESTATE TAXES, $4,200.08 FOR INSURANCE, AND $17,353.78 FOR COMMON AREA MAINTENANCE CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 195094**<br>PRIMUS, LENORA<br>PO BOX 530874<br>LAKE PARK FL 33403 | 1960<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8819<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8822<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8830<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $3,665.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. LEASE SOLD 9/30/05 TO ROCKDALE GROCERY, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE AMOUNTS OF $3,665.35 FOR COMMON AREA MAINTENANCE CHARGES AND INSURANCE. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 198220**<br>REINERT, ESTATE OF GARY A<br>C/O BARBARA DE LAUNEY, ESTATE REP<br>731 OAK STREET<br>LUDLOW KY 41016 | 6111<br>Debtor: **WINN-DIXIE STORES, INC.** | $150.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 416946**<br>REMKE MARKETS, INC<br>C/O DETERS BENZINGER & LAVELLE<br>ATTN ELIZABETH GRAHAM WEBER, ESQ<br>207 THOMAS MORE PKWY<br>CRESTVIEW HILLS KY 41017 | 12428<br>Debtor: **WINN-DIXIE STORES, INC.** | $937,748.24 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT (SUBTENANT) ENTERED INTO DIRECT AGREEMENT WITH LANDLORD PRIOR TO BANKRUPTCY FILING AND HAS NOT BEEN DAMAGED BY SUCH FILING. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

Page: 5 of 6
Date: 08/14/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 212690**<br>SMITH, DWIGHT<br>302 N JACKSON<br>FITZGERALD GA 31750 | 1806<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $4,800.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 8668<br>TALLAHASSEE FL 32314-6668<br><br>Counsel: C/O FREDERICK F RUDZIK, ESQ | 13219<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $52,609.23 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT MISAPPLIED PAYMENTS. |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br><br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 13260<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $211,999.70 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR FILED RETURNS ENCLOSING PAYMENTS AS FOLLOWS: FOR PERIOD (1) 7/31/2005, $1,490.76 BY CHECK NO. 8089382 DATED 8/11/2005 AND $99,264.41 BY CHECK NO. 8089383 DATED 8/11/2005, (2) 10/31/2005, $183,890.80 BY CHECK NO. 8128012 DATED 11/9/2005, (3) 12/31/2005, $141,516.55 BY CHECK NO. 8158603 DATED 1/25/2006, (4) 1/15/2006, $95,846.22 BY CHECK NO. 8159063 DATED 1/26/2006, (5) 2/28/2006, $178,939.00 BY CHECK NO. 8176569 DATED 3/9/2006, (6) 3/15/2006, $84,151.94 BY CHECK NO. 8181436 DATED 3/22/2006, (7) 2/15/2006, $81,703.00 BY CHECK NO. 8171217 DATED 2/24/2006, AND (8) 4/30/2006, $6,658.47 BY CHECK NO. 8199228 DATED 5/4/2006. |
| **Creditor Id: 399301**<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658<br><br>Counsel: ATTN: RICHARD P IEYOUB, ESQ | 13261<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $544,140.46 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR FILED ITS LOUISIANA INCOME AND FRANCHISE TAX RETURN FOR FISCAL YEAR ENDING 6/30/2005 ON 4/25/2006 (CLAIM WAS FILED 5/25/2006). RETURN SHOWED TAXABLE LOSS OF $569,535 AND FRANCHISE TAX LIABILITY OF $17,836. NO PAYMENT IS DUE. |
| **Creditor Id: 228160**<br>WALCOTT, IKE A<br>521 ARNAU TERR.<br>JACKSONVILLE FL 32254 | 2526<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $125,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410763**<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206<br><br>Counsel: ATTN SARA E LORBER, ESQ | 9638<br>Debtor: WINN-DIXIE STORES, INC. | $7,141,035.78 | NO LIABILITY ON GUARANTY OF LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |

WINN-DIXIE STORES, INC.., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 237304**<br>WOODARD, MARTINEZ R<br>1201 HOWELL STREET<br>HOPKINSVILLE KY 42240 | 2554<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 404005**<br>ZAHRA, EMILE E JR<br>824 MAPLETON TERRACE<br>JACKSONVILLE FL 32207 | 7468<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LIFE INSURANCE POLICY IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Total Claims to be Disallowed:** | 32 | | |
| **Total Amount to be Disallowed:** | $11,187,663.58 | Plus Unliquidated Amounts, If Any | |

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 422543<br>ANDRESKI, THADDEUS J<br>15312 W BANFF LANE<br>SURPRISE AZ 85379<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 13172 | $1,500.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 417768<br>BURTON, BARBARA W<br>9000 COMMODORE DRIVE, UNIT 201<br>SEMINOLE FL 33776<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 13093 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 267560<br>COUNTY OF HEARD TAX ASSESSORS<br>ATTN LARRY PIKE OR S NOLEN<br>215 E CT SQUARE, RM 19<br>FRANKLIN GA 30217<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 2265 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO LIABILITY, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 22180<br>DONAHUE, MAUREEN<br>710 SW 81 TER<br>N LAUDERDALE FL 33068<br>Aserted Debtor: WINN-DIXIE STORES, INC.<br>Counsel: ATTN MAUREEN HEALEY KENNON, ESQ | 4141 | $81,934.19 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 402561<br>DUNLAP, LARRY M<br>126 BIARCLIFF ROAD<br>CENTRAL SC 29630<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 11941 | $251,000.00 | Secured | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM AND LATE. |
| Creditor Id: 125260<br>EVANS, VICTORIA J<br>6 SPERLING DRIVE<br>AMELIA OH 45102<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 1340 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 26637<br>FOSTER, DAVID R<br>127 NICOLE LANE<br>CRESTVIEW FL 32539<br>Aserted Debtor: WINN-DIXIE LOGISTICS, INC. | 1845 | $580.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 136259<br>GRANT, MICHAELA<br>2220 SUFFOLK ST<br>CHARLESTON SC 29405<br>Aserted Debtor: WINN-DIXIE STORES, INC. | 1458 | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 136764**<br>GREEN, DAWN B<br>9 NW 45 AVENUE<br>PLANTATION FL 33317 | 10402<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 39117**<br>JOHNSON, ANDRE A<br>1975 MAYWOOD PLACE<br>ATLANTA GA 30318-6371 | 9248<br>Aserted<br>Debtor: | $2,500.00<br>WINN-DIXIE LOGISTICS, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 39124**<br>JOHNSON, ANGELA S<br>RT 1 149G<br>HARDEEVILLE SC 29927 | 9259<br>Aserted<br>Debtor: | $3,761.06<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 155087**<br>JOHNSON, SHONTERRA T<br>265 EASTGATE DRIVE<br>DOTHAN AL 36303 | 2815<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 44518**<br>LEMIEUX, BAMBILENA C<br>157 ACADEMY DRIVE<br>DALLAS GA 30132-4804 | 1987<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 406234**<br>MAX DERBES INC REALTORS<br>SUITE 100 ELMWOOD BUSINESS PARK<br>5440 MOUNES STREET<br>NEW ORLEANS LA 70123<br>Counsel: ATTN MARK E FREEDLANDER, ESQ | 10332<br>Aserted<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 177135**<br>MICHALSKI, GREGORY V<br>10264 103RD STREET<br>JACKSONVILLE FL 32210 | 6119<br>Aserted<br>Debtor: | $8,000.00<br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 192560**<br>PIERRE, RAYNOLD<br>1000 NE 17 STREET F<br>FORT LAUDERDALE FL 33305 | 2028<br>Aserted<br>Debtor: | $1,000.00<br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

Page: 3 of 4
Date: 08/14/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 199198**<br>RICHARDS, ASHLEY M<br>1503 MLK JR DRIVE<br>COLUMBUS MS 39701-0397 | 9273<br><br>Aserted Debtor: | $3,000.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 201438**<br>ROBINSON, JUANITA D<br>14 THOMASVILLE HIGH DR<br>THOMASVILLE NC 27360 | 1339<br><br>Aserted Debtor: | $0.00<br><br>WINN-DIXIE RALEIGH, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 201907**<br>RODGERS, RICKEY B<br>8323 ALLAMANDA AVE<br>TAMPA FL 33619 | 4060<br><br>Aserted Debtor: | $0.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 213965**<br>SMITH, TROVOUS A<br>2723 NW 13 CT, APT B<br>FORT LAUDERDALE FL 33311 | 1939<br><br>Aserted Debtor: | $2,600.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 407496**<br>STATE OF GEORGIA COMMUNITY HEALTH<br>ATTN N B CHILDERS/C GRANT, ESQS<br>2 PEACHTREE STREET, 40TH FLOOR<br>ATLANTA GA 30303-3159<br><br>Counsel: ATTN: OSCAR B FEARS III | 4148<br><br>Aserted Debtor: | $10,140.89<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 74739**<br>TOVAR, JORGE H<br>6103 TAVENDALE DR<br>ORLANDO FL 32809 | 1717<br><br>Aserted Debtor: | $306.14<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 263754**<br>UNILEVER BEST FOODS<br>C/O UNILEVER - FOODS NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, STE 200<br>LISLE IL 60532<br><br>Transferee: DK ACQUISITION PARTNERS LP | 10024<br><br>Aserted Debtor: | $1,660,264.11<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $35,061.04, ACCOUNTS PAYABLE CREDIT OF $32,732.17, ACCOUNTS RECEIVABLE BALANCE OF $115,397.41, RECLAMATION PAYMENTS IN PROCESS TOTALING $1,101,721.27, AND REMOVAL OF $647,649.68 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $272,297.46, WHICH AMOUNT SHALL BE DEDUCTED FROM CLAIM NUMBER 10019 FILED BY SLIM FAST - UNILEVER, CLAIMANT'S PARENT COMPANY. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 228319**<br>WALKER, CARLNELL J<br>2346 WOOD HILL LANNE<br>EASTPOINT GA 30344 | 1951 | $3,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410801**<br>WD FLORENCE PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, STE 500<br>TORONTO ON M5K 1N4 CANADA | 9732 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted<br>Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| Counsel: ATTN MICHAEL S HELD, ESQ | | | | | |
| **Creditor Id: 410801**<br>WD FLORENCE PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, STE 500<br>TORONTO ON M5K 1N4 CANADA | 9733 | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY ON GUARANTY OF LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT. NO DEFAULT HAS OCCURRED. ALSO, MISCLASSIFIED CLAIM. |
| | Aserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN MICHAEL S HELD, ESQ | | | | | |

**Total Claims to be Disallowed & Recl:** 26

**Total Amount to be Disallowed & Recl:** $2,029,586.39    Plus Unliquidated Amounts, If Any

# EXHIBIT C

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 415973**<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE  SC  29603 | 13299<br>**Debtor:**  WINN-DIXIE STORES, INC. | $33,018.49 | $5,113.93 | REDUCED AMOUNT REFLECTS REMOVAL OF $14,562.19, $5,452.58, AND $2,873.12 FOR 2005 POSTPETITION REAL ESTATE TAXES, COMMON AREA MAINTENANCE CHARGES, AND INSURANCE, RESPECTIVELY, AND $5,016.67 FOR POSTPETITION RENT. |
| **Creditor Id: 410743**<br>CASSELSQUARE, LLC<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, MANAGER<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON  FL  33433<br><br>Counsel: ATTN CRAIG A PUGATCH, ESQ | 9578<br>**Debtor:**  WINN-DIXIE STORES, INC. | $291,502.98 | $263,554.46 | REDUCED AMOUNT REFLECTS 1/17/05 PAYMENT OF $27,948.52 FOR 2004 REAL ESTATE TAXES BY CHECK NUMBER 007430336. |
| **Creditor Id: 410561**<br>CCP EMPLOYEE PROFIT SHARING PLAN & TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON  TX  75001<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY | 8903<br>**Debtor:**  WINN-DIXIE STORES, INC. | $581,402.36 | $285,545.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $272,062 ($20,928 OF WHICH FILED AS ADMINISTRATIVE PRIORITY) FOR STORE 2124 AS PRINCIPAL LIFE INSURANCE IS PROPER CREDITOR FOR THAT LOCATION AND $23,795 FOR POSTPETITION CHARGES FOR STORE 2739.  ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410845**<br>CRESCENT CENTER ASSOCIATES, LLC<br>1912 EASTCHESTER DRIVE, SUITE 204<br>HIGH POINT  NC  27265<br><br>Counsel: ATTN WALTER L HINSON, ESQ. | 9886<br>**Debtor:**  WINN-DIXIE STORES, INC. | $23,325.11 | $8,392.96 | REDUCED AMOUNT REFLECTS REMOVAL OF $14,932.15 FOR POSTPETITION CHARGES. |
| **Creditor Id: 408206**<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM  AL  35203-2104<br><br>Transferee: LCH OPPORTUNITIES LLC | 11903<br>**Debtor:**  WINN-DIXIE MONTGOMERY, INC. | $184,874.46 | $176,207.76 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,666.70 FOR OVERSTATED REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411006**<br>FAIRFIELD PARTNERS LP TA<br>FLINTRIDGE SHOPPING CTR, FAIRFIELD<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10302<br>**Debtor:** | $505,130.90<br>WINN-DIXIE STORES, INC. | $188,194.59 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $231,896.80 AND REMOVAL OF $18,333.85 AND $15,705.66 FOR 2003 AND 2005 COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION. |
| *Transferee:* LIFE INVESTORS INS CO OF AMERICA | | | | |
| **Creditor Id: 383218**<br>KPT COMMUNITIES, LLC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 298<br>**Debtor:** | $854,006.01<br>WINN-DIXIE STORES, INC. | $713,913.17 | REDUCED AMOUNT REFLECTS REDUCTION OF $102,476.67 FOR CALCULATION ERROR IN REJECTION DAMAGES AND $37,616.17 FOR PREPETITION CHARGES LACKING ADEQUATE SUPPORTING DOCUMENTATION. |
| **Creditor Id: 407764**<br>LENOIR PARTNERS LLC<br>C/O ROSEN LAW GROUP LLC<br>ATTN MITCHELL S ROSEN, ESQ<br>ATLANTA PLAZA, STE 3250<br>950 E PACES FERRY RD<br>ATLANTA GA 30326 | 12094<br>**Debtor:** | $763,564.05<br>WINN-DIXIE STORES, INC. | $743,011.93 | REDUCED AMOUNT REFLECTS REMOVAL OF $20,552.12 FOR 2005 COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE WITHOUT SUPPORTING DOCUMENTATION. MOREOVER, SUCH AMOUNT IS ESTIMATED AND INCLUDES BOTH PRE AND POSTPETITION PERIODS. |
| *Transferee:* LB UBS 2001-C2 COMMERCIAL MORTGAGE | | | | |
| **Creditor Id: 1585**<br>MCNAB PLAZA INC<br>ATTN WILLIAM B SHIELDS JR VP<br>4350 WEST SUNRISE BLVD STE 122<br>PLANTATION, FL 33313 | 10670<br>**Debtor:** | $147,087.44<br>WINN-DIXIE STORES, INC. | $127,030.99 | REDUCED AMOUNT REFLECTS REMOVAL OF $20,056.45 FOR FEBRUARY 2005 RENT (DEBTOR PAID $19,757.10, ACTUAL AMOUNT DUE, BY CHECK NUMBER 007440387 WHICH CLEARED 2/10/05). |
| **Creditor Id: 410382**<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA<br>101 CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 | 13101<br>**Debtor:** | $370,329.89<br>WINN-DIXIE RALEIGH, INC. | $283,494.58 | REDUCED AMOUNT REFLECTS REMOVAL OF $67,120.68 FOR OVERSTATED REJECTION DAMAGES AND $1,825 AND $18,089.63 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES AND ATTORNEY FEES, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 2426**<br>MT DORA MARKETPLACE LTD<br>ATTN AILEEN GUADALUPE, COMPTROLLER<br>PO BOX 273760<br>BOCA RATON FL 33487-3760 | 12948<br>Debtor: | $27,746.86<br>WINN-DIXIE STORES, INC. | $3,952.98 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,793.88 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES. |
| **Creditor Id: 410728**<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O LNR PARTNERS, INC<br>ATTN DANNY VANDER REIS<br>1601 WASHINGTON AVE, SUITE 700<br>MIAMI FL 33139<br><br>Counsel: ATTN LAUREL M ISICOFF, ESQ | 9496<br>Debtor: | $290,885.10<br>WINN-DIXIE RALEIGH, INC. | $276,763.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,426.83 FOR OVERSTATED REJECTION DAMAGES, $874.65 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES, AND $2,465.82 AND $4,354.29 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY. |
| **Creditor Id: 410955**<br>RONALD BENDERSON 1995 TR/BENDERSON 85-1 TRUST AKA RON-BEN ASSOCS<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202<br><br>Counsel: ATTN: JOEL E SCHOLSBERG, ESQ | 10143<br>Debtor: | $181,071.23<br>WINN-DIXIE STORES, INC. | $74,330.28 | REDUCED AMOUNT REFLECTS REMOVAL OF $106,740.95 FOR IMPERMISSIBLE ADDITIONS TO COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 260327**<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328<br><br>Counsel: ATTN CHRISTIE L DOWLING, ESQ | 6196<br>Debtor: | $47,809.64<br>WINN-DIXIE MONTGOMERY, INC. | $43,197.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,272.15 AND $339.86 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES, RESPECTIVELY. |
| **Creditor Id: 410481**<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN JAMES J VINCEQUERRA, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | 8158<br>Debtor: | $454,857.51<br>WINN-DIXIE RALEIGH, INC. | $266,603.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $150,000 FOR ESTIMATED DAMAGE REPAIRS LACKING ADEQUATE SUPPORTING DOCUMENTATION, $4,144.89, $1.52, AND $9,107.44 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE, RESPECTIVELY, AND $25,000 CREDIT FOR SALE OF FIXTURES, FURNITURE, AND EQUIPMENT. |
| **Creditor Id: 410741**<br>SENDERO COMML INVEST PARK PLACE LP<br>C/O AKIN GUMP STRAUSS HAUER ET AL<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, STE 4100<br>DALLAS TX 75201 | 9580<br>Debtor: | $124,436.30<br>WINN-DIXIE STORES, INC. | $120,800.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $151.94 FOR OVERSTATED 2004 REAL ESTATE TAXES AND $3,483.96 FOR 2005 POSTPETITION REAL ESTATE TAXES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410740**<br>USPG PORTFOLIO II, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | 9581<br>Debtor: | $66,413.26<br>WINN-DIXIE STORES, INC. | $59,320.55 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,092.71 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 407758**<br>WOODLAND HARTFORD ASSOC LLC<br>C/O SOLOMON PEARL ET AL<br>ATTN JOEL M SHAFFERMAN, ESQ<br>40 WALL ST, 35TH FL<br>NEW YORK NY 10005 | 9213<br>Debtor: | $45,415.70<br>WINN-DIXIE RALEIGH, INC. | $9,482.90 | REDUCED AMOUNT REFLECTS TWO PAYMENTS EACH IN THE AMOUNT OF $17,966.40 BY CHECK NUMBERS 007343665 DATED 10/06/04 AND 007409740 DATED 12/30/04. |
| Counsel: ATTN: MICHAEL E CECIL | | | | |

**Total Claims to be Reduced:** 18

**Total Amount to be Reduced:** $4,992,877.29 Plus Unliquidated Amounts, If Any

**Total Reduced Amount:** $3,648,911.28

**EXHIBIT D**

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 406175**<br>ASHLAND DISTRIBUTION<br>ATTN JIM MCMONAGLE DS-3<br>PO BOX 2219<br>COLUMBUS OH 43216 | 1014<br>Debtor: | 3511<br>WINN-DIXIE STORES, INC. | $3,222.69 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 429833**<br>BARKER, GRACE U<br>C/O MICHAEL D BARKER, EXECUTOR<br>626 WILSHIRE BLVD, SUITE 550<br>LOS ANGELES CA 90017-3209 | 8393<br>Debtor: | 13057<br>WINN-DIXIE SUPERMARKETS, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 429833**<br>BARKER, GRACE U<br>C/O MICHAEL D BARKER, EXECUTOR<br>626 WILSHIRE BLVD, SUITE 550<br>LOS ANGELES CA 90017-3209 | 8393<br>Debtor: | 13094<br>WINN-DIXIE SUPERMARKETS, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 384001**<br>BEASLEYS LOCKSMITH SAFE & DOOR LLC<br>ATTN RAYMOND BEASLEY, OWNER<br>2213 WOODNELL DRIVE<br>RALEIGH, NC 27603 | 2140<br>Debtor: | 2139<br>WINN-DIXIE RALEIGH, INC. | $2,910.70 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244803**<br>CC REALTY INTERMEDIATE FUND I, LTD<br>C/O CC MANAGEMENT LTD<br>ATTN GEORGE C DEREESE, CFO<br>THREE RIVERWAY, SUITE 670<br>HOUSTON, TX 77056 | 11875<br>Debtor: | 847<br>WINN-DIXIE STORES, INC. | $37,670.64 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 245904**<br>CITY OF LARGO, FL<br>C/O CITY ATTORNEY<br>ATTN TAMMI BACH, ESQ<br>PO BOX 296<br>LARGO, FL 33779-0296 | 5817<br>Debtor: | 3676<br>WINN-DIXIE STORES, INC. | $1,332.27 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411108** COCA-COLA COMPANY, THE PO BOX 1734 NAT 2016 ATLANTA GA 30301 | 7378 Debtor: | 11094 **WINN-DIXIE STORES, INC.** | $114,311.76 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN ALAN M WEISS, ESQ | | | | |
| **Creditor Id: 246717** COMMERCEQUEST, INC ATTN ERIKA BRAGAN, VP FIN 5481 WEST WATERS AVENUE, SUITE 100 TAMPA FL 33634-1205 | 729 Debtor: | 3778 **WINN-DIXIE STORES, INC.** | $58,986.25 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN FILED BY AVNET, INC. |
| **Creditor Id: 406543** CUTCLIFFE, WILLIAM B 1033 BROOKSTONE LANE BIRMINGHAM AL 35235 | 4702 Debtor: | 2763 **WINN-DIXIE STORES, INC.** | $0.00 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410756** DOLE PACKAGED FOODS COMPANY C/O MCCARRON & DIESS ATTN LOUIS W DIESS, III, ESQ 4900 MASSACHUSETTS AVE NE, STE 310 WASHINGTON DC 20016 | 8018 Debtor: | 9785 **WINN-DIXIE STORES, INC.** | $118,841.99 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 249530** FIRST AMERICAN CARRIERS INC ATTN WILLIAM BENJAMIN COBB PO BOX 6097 ROCKY MOUNT NC 27802 | 274 Debtor: | 2798 **WINN-DIXIE MONTGOMERY, INC.** | $1,542.63 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN FILED BY FAC FOOD SERVICE LOGISTICS. |
| **Creditor Id: 250466** GEORGE WESTON BAKERIES INC PO BOX 532992 ATLANTA, GA 30353-2992 | 1407 Debtor: | 10197 **WINN-DIXIE MONTGOMERY, INC.** | $154,579.79 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250466** GEORGE WESTON BAKERIES INC PO BOX 532992 ATLANTA, GA 30353-2992 | 1407 Debtor: | 10198 **WINN-DIXIE RALEIGH, INC.** | $132,077.61 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 429835**<br>GRIBBLE, D W AND A L LIV TRUST<br>C/O WACHOVIA SECURITIES<br>ATTN VIMONCRIEF, REG SALES ASSOC<br>113 S TENNESSEE AVENUE<br>LAKELAND FL 33801 | 8393<br>Debtor: **WINN-DIXIE STORES, INC.** | 13067 | $58,875.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 143274**<br>HAYFORD, JANICE G<br>3010 LAROSE ST<br>EAST POINT GA 30344 | 11161<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 11162 | $0.00 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 429847**<br>HUDES, LYNN, TRUSTEE<br>LYNN E HUDES REVOCABLE TRUST<br>66 JUDITH COURT<br>WANTAGH NY 11793 | 8393<br>Debtor: **WINN-DIXIE STORES, INC.** | 13099 | $8,355.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 452031**<br>JOANNOU, ALEXANDRE<br>C/O NATIONAL BANK FINANCIAL<br>ACCT NO 1C-A3FE-F<br>1155 METCALFE STREET<br>MONTREAL QC H3B 4S9 CANADA | 8393<br>Debtor: **WINN-DIXIE STORES, INC.** | 13138 | $51,738.02 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 279240**<br>LEA & PERRINS, INC<br>ATTN DENISE SCHRADIN, CREDIT<br>15-01 POLLITT DR<br>FAIR LAWN NJ 07410-2795 | 7294<br>Debtor: **WINN-DIXIE STORES, INC.** | 7295 | $23,274.33 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 452038**<br>LEGETTE, CHARLES E<br>1510 HARBOR COURT<br>FORT MEYERS FL 33908 | 8393<br>Debtor: **WINN-DIXIE STORES, INC.** | 13144 | $20,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 429840**<br>LOZIER, KARL A, JR<br>334 VILLA DRIVE SOUTH<br>ATLANTIS FL 33462 | 8393<br>Debtor: **WINN-DIXIE STORES, INC.** | 13092 | $9,006.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 429840**<br>LOZIER, KARL A, JR<br>334 VILLA DRIVE SOUTH<br>ATLANTIS FL 33462 | 8393<br>Debtor: | 13161<br>**WINN-DIXIE STORES, INC.** | $9,006.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 429854**<br>MARTIN, BARRY<br>C/O WACHOVIA SECURITIES<br>ARRN ANNE L DAVIDSON<br>8115 PRESTON ROAD, SUITE 300<br>DALLAS TX 75235 | 8393<br>Debtor: | 13111<br>**WINN-DIXIE STORES, INC.** | $63,363.25 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 256235**<br>MCINTYRE, MICHAEL J<br>314 VIRGINIA AVENUE<br>ANN ARBOR, MI 48103 | 456<br>Debtor: | 9169<br>**WINN-DIXIE MONTGOMERY, INC.** | $8,842.50 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 452035**<br>MONOCLE MANAGEMENT LTD INC<br>ATTN LOREN M SIMKOWITZ, PRESIDENT<br>1040 BAYVIEW DRIVE, SUITE 528<br>FORT LAUDERDALE FL 33304 | 8393<br>Debtor: | 13142<br>**WINN-DIXIE STORES, INC.** | $110,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 382049**<br>MORTON SALT<br>ATTN SCOTT DEXHEIMER<br>123 N WACKER DR<br>CHICAGO IL 60606-1743<br><br>Counsel: ATTN R SCOTT ALSTERDA, ESQ | 10963<br>Debtor: | 10964<br>**WINN-DIXIE RALEIGH, INC.** | $8,237.79 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400440**<br>ONSLOW CONTAINER SERVICE, INC<br>ATTN H A HILL, PRES<br>PO BOX 9<br>DEEP RUN NC 28525 | 1126<br>Debtor: | 839<br>**WINN-DIXIE STORES, INC.** | $864.02 | DUPLICATE LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN, FILED BY OCS SUPERIOR SERVICE. |
| **Creditor Id: 376483**<br>OWENSBORO MESSENGER INQUIRER<br>ATTN RUTH SEHON<br>PO BOX 1480<br>OWENSBORO, KY 42302-1480 | 1599<br>Debtor: | 1600<br>**WINN-DIXIE STORES, INC.** | $2,593.64 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 268328** PEPSI COLA BOTTLING ATTN JAMES W DAVIS, CONTROLLER PO BOX 3567 GREENVILLE, SC 29608 | 11361 | 2379 Debtor: **WINN-DIXIE RALEIGH, INC.** | $41,205.11 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279080** PHARMACARE HEALTH SERVICES, INC C/O HURLEY PARTIN WHITAKER, PA ATTN HURLEY PARTIN WHITAKER, ESQ 500 N HARBOR CITY BLVD, SUITE D MELBOURNE FL 32935 | 1081 | 2995 Debtor: **WINN-DIXIE STORES, INC.** | $298,919.48 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 429851** REID, DANIEL & BARBARA JT WROS C/O JB-IHANAUER & CO ATTN MATTHEW B PARENT, FIN ADV 1700 PALM BEACH LAKES BLVD, STE 900 WEST PALM BEACH FL 33411 | 8393 | 13081 Debtor: **WINN-DIXIE STORES, INC.** | $33,875.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 429852** ROSENTHAL, BEN H JR & JANIE W C/O WACHOVIA SECURITIES ATTN ANNE L DAVIDSON 8115 PRESTON ROAD, SUITE 300 DALLAS TX 75225 | 8393 | 13110 Debtor: **WINN-DIXIE STORES, INC.** | $58,416.41 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 452101** ROSNER, PHILLIP E & PAULA PERI 310 KINGS COURT NE MARIETTA GA 30067-3622 | 8393 | 13199 Debtor: **WINN-DIXIE STORES, INC.** | $23,621.36 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406148** SCANA ENERGY MARKETING, INC C/O MOORE & VAN ALLEN PLLC ATTN DAVID B WHEELER, ESQ PO BOX 22828 CHARLESTON SC 29413-2828 | 3403 | 3401 Debtor: **CRACKIN GOOD, INC.** | $15,351.91 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  399627** | 723 | 724 | $4,294.00 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN AS |
| SOUTHEASTERN INDUS & FAMILY MED | | | | WELL AS THOSE IN CLAIM NUMBERS 721, 722, AND 723.  ALSO DUPLICATES |
| ATTN DR MICHAEL C TURNER & P MORETZ | | | | CLAIM NUMBERS 721 AND 722 EXCEPT AS TO ASSERTED DEBTOR. |
| 1600 FOREST AVENUE | | | | |
| MONTGOMERY AL 36106 | | | | |
| | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:  279330** | 1559 | 9894 | $207,526.34 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| SUNSHINE MILLS, INC | | | | |
| C/O JOHNSTON MOORE MAPLES ET AL | | | | |
| ATTN STEWART M MAPLES, ESQ | | | | |
| 400 MERIDIAN STREET, SUITE 301 | | | | |
| HUNTSVILLE AL 35801 | | | | |
| | Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id:  263711** | 10022 | 10021 | $18,384.11 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| UBF FOOD SOLUTIONS UBFNA | | | | |
| C/O UNILEVER FOOD SOLUTIONS, NA | | | | |
| ATTN RICHARD BELLIS | | | | |
| 2200 CABOT DR, SUITE 200 | | | | |
| LISLE IL 60532 | | | | |
| | Debtor: | WINN-DIXIE STORES, INC. | | |

| | | | | |
|---|---|---|---|---|
| **Total Claims to be Disallowed:** | 36 | | | |
| **Total Amount to be Disallowed:** | $1,721,225.60 | Plus Unliquidated Amounts, If Any | | |

**EXHIBIT E**

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - UNLIQUIDATED CLAIMS, IN WHOLE**
**OR IN PART, TO BE FIXED TO SUM CERTAIN**

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 416846**<br>BIRMINGHAM REALTY COMPANY<br>C/O SIROTE & PERMUTT PC<br>ATTN STEPHEN B PORTERFIELD, ESQ<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | 12329<br>Debtor: | $1,259,503.96<br>WINN-DIXIE MONTGOMERY, INC. | $1,259,503.96 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410901**<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10056<br>Debtor: | $283,531.24<br>WINN-DIXIE RALEIGH, INC. | $283,531.24 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 10061<br>Debtor: | $31,770.31<br>WINN-DIXIE MONTGOMERY, INC. | $31,770.31 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 408259**<br>MCW-RC FL HIGHLANDS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 9959<br>Debtor: | $41,610.17<br>WINN-DIXIE STORES, INC. | $41,610.17 | FIX AT ASSERTED LIQUIDATED AMOUNT. UNLIQUIDATED AMOUNT FOR POSTPETITION CHARGES TO BE DISALLOWED. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. UNLIQUIDATED PORTION OF CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 2081<br>Debtor: | $22,191.23<br>WINN-DIXIE RALEIGH, INC. | $22,191.23 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 2482**<br>PRESTON OIL COMPANY, LP<br>1717 WOODSTEAD COURT<br>THE WOODLANDS TX 77380-0077<br><br>Counsel: ATTN DOUGLAS B SZABO, ESQ | 12229<br>Debtor: | $417,826.42<br>WINN-DIXIE STORES, INC. | $417,826.42 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - UNLIQUIDATED CLAIMS, IN WHOLE**
**OR IN PART, TO BE FIXED TO SUM CERTAIN**

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 410957**<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13191<br>**Debtor:** | $58,479.67<br>WINN-DIXIE STORES, INC. | $58,479.67 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 411055**<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | 12401<br>**Debtor:** | $1,014,201.19<br>WINN-DIXIE RALEIGH, INC. | $1,014,201.19 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410808**<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 10990<br>**Debtor:** | $30.00<br>DIXIE-HOME STORES, INC. | $30.00 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 2624**<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097<br><br>Transferee: LASALLE BANK NATIONAL ASSOC ETAL<br>Counsel: ATTN JOHN H EVANS, ESQ | 12210<br>**Debtor:** | $717,024.44<br>WINN-DIXIE STORES, INC. | $717,024.44 | FIX AT LIQUIDATED ASSERTED AMOUNT. |
| **Creditor Id: 264144**<br>VICTORY MAXWELL, LLC<br>506 46TH STREET SUITE B-5<br>COLUMBUS, GA 31904<br><br>Counsel: ATTN EARL M BARKER, JR, ESQ | 8701<br>**Debtor:** | $19,917.45<br>WINN-DIXIE MONTGOMERY, INC. | $19,917.45 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - UNLIQUIDATED CLAIMS, IN WHOLE**
**OR IN PART, TO BE FIXED TO SUM CERTAIN**

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Creditor Id: 408342 | 7817 | $322,573.14 | $322,573.14 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| WELLS FARGO BANK, NA, TRUSTEE | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | |
| C/O MCGLINCHEY STAFFORD, PLLC | | | | |
| ATTN STEPHEN P STROHSCHEIN, ESQ | | | | |
| ONE AMERICAN FLOOR, 14TH FLOOR | | | | |
| BATON ROUGE LA 70825 | | | | |

Total Claims to be Fixed: 12
Total Amount to be Fixed: $4,188,659.22 Plus Unliquidated Amounts, If Any
Total Fixed Amount: $4,188,659.22

**EXHIBIT F**

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - UNLIQUIDATED CLAIMS, IN WHOLE OR IN PART, AND MISCLASSIFIED CLAIMS TO BE FIXED TO SUM CERTAIN AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|
| CRIIMI MAE SVCS LP, SERIES 1997-C1 HOLDERS MERRILL LYNCH MORTGAGE C/O VENABLE LLP ATTN G A CROSS & H D FOLEY, ESQS TWO HOPKINS PLAZA, STE 1800 BALTIMORE MD 21201 | 10607 | $297,029.96 | Multiple Classes  Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $297,029.96 | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| FIRST WASHINGTON REALTY INC 7027 THREE CHOPT ROAD, SUITE 210 RICHMOND VA 23226 | 7244 | $64,683.59 | Multiple Classes  Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $64,683.59 | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| GALILEO CMBS T1 HL TX LP C/O CBL & ASSOCIATES MANAGEMENT INC ATTN GARY L RODDY CBL CENTER, SUITE 500 2030 HAMILTON PLACE BLVD CHATTANOOGA TN 37421-6000 | 258 | $11,294.04 | Multiple Classes  Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $11,294.04 | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| RIVER OAKS PARTNERSHIP C/O HELD & ISRAEL ATTN EDWIN W HELD, JR, ESQ 1301 RIVERPLACE BLVD, SUITE 1916 JACKSONVILLE FL 32207 | 8286 | $8,477.10 | Multiple Classes  Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $8,477.10 | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| STATE OF GEORGIA REV DEPT ATTN ACIE MCGHEE PO BOX 161108 ATLANTA GA 30321 | 4435 | $23.95 | Multiple Classes  Debtor: TABLE SUPPLY FOOD STORES CO, INC. | Unsecured Non-Priority | $23.95 | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| TOWER CENTER ASSOCIATES, LTD C/O PEPPER HAMILTON, LLP ATTN J C CARIGNAN/A. SABLE, ESQS HERCULES PLAZA, SUITE 5100 1313 MARKET ST, PO BOX 1709 WILMINGTON DE 19899-1709 | 11749 | $362,923.39 | Multiple Classes  Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $362,923.39 | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| VALRICO SQUARE C/O RETAIL ASSET MANAGEMENT PO BOX 5666 CLEARWATER, FL 33758-5666 | 10122 | $2,107.40 | Multiple Classes  Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $280,486.40 | INCREASED LIQUIDATED AMOUNT REFLECTS REJECTION DAMAGES OF $278,379.00. ALSO, MISCLASSIFIED CLAIM. |
| WEST NAPOLEON JOINT VENTURE C/O MELTZER PROPERTIES LTD ATTN JOHN A MELTZER 4621 WEST NAPOLEON AVE, STE 210 METAIRIE, LA 70001 | 3153 | $0.00 | Secured  Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $31,254.51 | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - UNLIQUIDATED CLAIMS, IN WHOLE
OR IN PART, AND MISCLASSIFIED CLAIMS TO
BE FIXED TO SUM CERTAIN AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|
| WESTSIDE CITY, INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 8289 | $2,977.01 | Multiple Classes | Unsecured Non-Priority | $2,977.01 | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |

Debtor: WINN-DIXIE RALEIGH, INC.

| | | |
|---|---|---|
| Total Claims to be Fixed & Reclassified: | 9 | |
| Total Amount to be Fixed & Reclassified: | $749,518.44 | Plus Unliquidated Amounts, If Any |
| Total Fixed & Reclassified Amount: | $1,059,149.95 | |

**EXHIBIT G**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. [1] ) | Jointly Administered |

**ORDER (A) DISALLOWING NO LIABILITY CLAIMS,
(B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS,
(C) REDUCING OVERSTATED CLAIMS, (D) DISALLOWING
DUPLICATE LIABILITY CLAIMS, (E) FIXING UNLIQUIDATED
CLAIMS AND (F) FIXING AND RECLASSIFYING UNLIQUIDATED
MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS'
SEVENTEENTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on September 14,

2006, upon the Seventeenth Omnibus Objection (the "Objection") of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors") to the proofs of claim listed on Exhibits A through F (the "Disputed

Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The No Liability Claims listed on Exhibit A are disallowed in

their entirety.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.    The No Liability Misclassified Claims listed on Exhibit B are disallowed in their entirety.

4.    The Overstated Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

5.    The Duplicate Liability Claims listed on Exhibit D are disallowed in their entirety.

6.    The Unliquidated Claims listed on Exhibit E are fixed in the amounts listed on Exhibit E under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

7.    The Unliquidated Misclassified Claims listed on Exhibit F are fixed at the amounts set forth on Exhibit F under the heading Fixed Claim Amount and the amounts exceeding the Fixed Claim Amount are disallowed.  The asserted class status alleged for each of the Unliquidated Misclassified Claims listed on Exhibit F is denied; and the Unliquidated Misclassified Claims are reclassified as specified on Exhibit F under the heading Modified Class Status.

8.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

9.      Neither the Objection nor any disposition of the Disputed

Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any

potential Avoidance Action against any of the Claimants.

10.     This Order is without prejudice to the Debtors' right to file any

further objection they may have to the Remaining Claims or the Disputed Claims,

including objections on the ground that a Disputed Claim was filed against the

incorrect Debtor or that the Debtor against which the Disputed Claim was filed

should be modified.

Dated this ____ day of September, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4