UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN DIXIE STORES, INC., ET AL

DEBTORS

CASE No. 05-03817-3F1

CHAPTER 11

JOINTLY ADMINISTERED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OBJECTION TO DEBTORS' FIFTH OMNIBUS OBJECTION TO TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES**

NOW INTO COURT comes Sheriff Daniel Edwards, Sheriff and Ex-Officio Tax Collector for the Parish of Tangipahoa, State of Louisiana, who respectfully represents:

1.

Sheriff Daniel Edwards, Sheriff and Ex-Officio Tax Collector objects to the Debtors' Fifth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities.

2.

The Debtors propose to reduce the real estate assessment of property taxes owed to the Sheriff Daniel Edwards, Sheriff and Ex-Officio Tax Collector without resort to the process set forth by Louisiana Constitution and the Louisiana Tax Commission. See also *Triangle Marine, Inc. v. Savoie,* 681 So.2d 937 (La. 1996) (Challenges to the correctness of an assessment is mandated by the La. const. Art. 7, §§ 3, 18(E). A tax legality challenge may be filed in the district court.)

3.

The Debtors' tax liability for 2004 and 2005 has been incurred and there cannot be any constitutionally sanctioned process to revise those assessments.

4.

The Debtors' remedy is to challenge the correctness of the assessment through the process set forth by the Louisiana Constitution and the Louisiana Tax Commission.

5.

Further, Sheriff Daniel Edwards, Sheriff and Ex-Officio Tax Collector did not receive adequate and timely notice of this hearing.

Respectfully submitted,

Sheriff Daniel Edwards, Sheriff and
Ex-Officio Tax Collector

BY: _____
Daniel Edwards, Sheriff and
Ex-Officio Tax Collector
P.O. Box 727
Amite Louisiana 70422
(985) 748-8147

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been mailed to all counsel of record by placing a copy of same, postage prepaid and properly addressed, in the United States Mail.

Hammond, Louisiana, this 22nd day of August, 2006.

_____
Ashley E. Sandage