UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER (I) AUTHORIZING ASSUMPTION OF
NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIXING CURE
AMOUNTS AND (III) GRANTING RELATED RELIEF**

These cases came before the Court for hearing upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105(a) and 365 (the "Motion") (i) approving and authorizing the Debtors to assume non-residential real property leases identified on Exhibit A attached to the Motion, effective as of the effective date of the Debtors' joint plan of reorganization (Docket No. 10058) (the "Effective Date"),[1] (ii) fixing the costs of assumption at the proposed cure amounts identified on Exhibit B attached to the Motion (collectively, the "Proposed Cure Amounts"), and (iii) granting related relief. By the Motion, the landlords were given until June 30, 2006 to object to the Motion and the Proposed Cure Amounts. The landlords for Store Numbers 84, 599, 736, 1852, 2213, 2230 and 2333 (the "E & A and GLA Stores") filed objections to the Proposed Cure Amounts (collectively, the "Cure Objections") and to the Debtors' assumption of their respective leases (collectively, the "Assumption Objections"). The Court has reviewed the Motion and upon consent of the parties, it is

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

ORDERED AND ADJUDGED THAT:

1. The Motion is granted as to the leases for the E & A and GLA Stores (the "Leases").

2. The Leases are assumed as of the Effective Date.

3. The Assumption Objections are overruled.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. The Court retains jurisdiction to hear and determine any disputes over the amounts required to cure the Assumed Leases as of the Effective Date, and all other matters arising from the implementation of this Order.

6. In the event the Effective Date does not occur (i) the landlords for the E & A and GLA Stores may retain any cure amounts paid by the Debtor prior to the Effective Date and (ii) the leases for the E & A and GLA Stores shall be deemed rejected.

Dated this 23 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

540413