UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| _____ | ) | |

MOTION TO FILE OBJECTION TO DISMISSAL
OF POST-PETITION ADMINISTRATIVE EXPENSES

Movant, Taylon LLC, by and through its undersigned counsel, herein requests permission

to file its objection to the disallowance of its claim number 12774 for post-petition

administrative.  Counsel was unable to timely respond to the notice of the Debtors Fifteenth

Omnibus Objection due to an extended vacation.  Notice was received at the onset of counsel's

absence.

                                        Respectfully submitted,


                                         (s) Dennis J. Stilger
                                        Dennis J. Stilger
                                        KY 68110
                                        6000 Brownsboro Park Boulevard, Suite H
                                        Louisville, KY 40207
                                        (502) 893-8557
                                        Facsimile: (502) 894-9503
                                        djstilger@insightbb.com
                                        Counsel for Taylon, LLC

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to the following parties byoperation of the Court's Electronic filing system.

Skadden, Arps, Slate, Meagher & Flom, LLP
djbaker @skadden.com

Smith, Hulsey & Busey
jpost@smithhulsey.com

C:\Documents and Settings\Paralegal\My Documents\BANKRUPTCY\Taylon v Buehler, Winn Dixie\Motion to File  Objection to Administrative Claim Dismissal.wpd

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| _____ | ) | |

ORDER GRANTING MOTION TO FILE OBJECTION
TO DISMISSALOF POST PETITION ADMINISTRATIVE EXPENSES

Upon the motion of Taylon LLC, by counsel, and the Court being otherwise duly

advised,

IT IS HEREBY GRANTED,  that this Creditor may  file its objection to the disallowance

of Post Petition Administrative Expenses.

.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

DATE:_____