UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| _____ | ) | |

ORDER GRANTING MOTION TO FILE OBJECTION
TO DISMISSAL OF POST PETITION ADMINISTRATIVE EXPENSES

Upon the motion of Taylon LLC, by counsel, and the Court being otherwise duly advised,

IT IS HEREBY GRANTED, that this Creditor may file its objection to the disallowance of Post Petition Administrative Expenses.

.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

DATE:_____