UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

OBJECTION TO DISMISSAL OF
POST-PETITION ADMINISTRATIVE EXPENSES

Movant, Taylon LLC, by and through its undersigned counsel, hereby moves the court pursuant to 11 U.S.C., Sections 365(d)(10) and 503, for allowance and payment of administrative expenses as follows:

1. Debtor and its affiliates filed voluntary petitions for reorganization under Chapter 11 of the United Bankruptcy Code on February 21, 2005 (the "Petition Date").

2. Taylon LLC, a Kentucky limited liability company, is the owner of the premises located at 3430 Taylor Boulevard, Louisville, Jefferson County, Kentucky, which was identified by the Debtor as store number 1686 (the "premises), and which was leased to the Debtor pursuant to a certain lease agreement dated December 15, 1983, (the "Lease") . As part of the Debtors restructuring plans, this Lease was assigned to and assumed by Buehler Food, Inc., effective October 13, 2004.

3. Buehler filed for bankruptcy relief on May 4, 2005 and rejected its assigned and subleased interest in premise as of June 23, 2005.  Buehler's bankruptcy action reverted the obligation to continue to pay rent and other charges under the Leases back to Winn-Dixie until the rejection of the Leases in this court.   On July 5, 2005, Taylon received a letter and a copy of the Debtors Motion filed on June 30, 2005 as notification of the proposed lease rejection.

4. Taylon filed its initial proof of claims prior to the general bar date of August 1, 2005. Taylon filed an additional administrative claim, number 11751, on August 26, 2005 for $299,000.00 which was amended by administrative claim number 12774 filed on December 12, 2005. The Debtors aforementioned motion filed on June 30, 2005 requested a deadline for filing proof of claims for rejection of lease damages 30 days after entry of the order corresponding to that Motion. The Hearing on that Motion was August 4, 2005 therefore the order would have provided for 30 days from this date to file claims. In this regard claim number 11751 filed on August 25, 2005 was filed timely. Taylon did not object to the dismissal of claim number 11751 due to the remaining amended administrative claim number 12774.

5. The Lease, expiring on March, 13, 2010, required Debtor to pay rent for its use of the Premises in the amount of $24,010.00 per month, Kentucky State Property taxes and pay the cost of insuring the Premises. Bankruptcy code provides for administrative lease rejection expenses for up to two years following notice of the rejection of the lease. Taylon requests administrative lease rejection damages in the sum of $299,000.00 to be allow.

6. Section 503(b)(1)(A) of the Bankruptcy Code requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition Lease charges were for the benefit of the bankruptcy estate by allowing the Debtor to continue petition Lease Charges were for the benefit of the bankruptcy estate by allowing the Debtor to continue to operate its business at the Premises location through the Rejection Date, making Movant claim an administrative expense entitled to first priority pursuant to 11 U.S.C. Section 507(a)(1).

6. Movant has previously made claims for administrative expenses in conjunction with the filing of its aforesaid lease rejection claim. The amounts set out herein are in addition

to, and not in lieu of, any amounts set out in such lease rejection claim.

WHEREFORE, Movant prays that the court allow Taylon's administrative expense claim in the additional amount of $299,000.00.

Respectfully submitted,

  (s) Dennis J. Stilger
Dennis J. Stilger
KY68110
6000 Brownsboro Park Boulevard Suite H
Louisville, KY 40207
(502) 893-8557
Facsimile: (502) 894-9503
djstilger@insightbb.com
Counsel for Taylon, LLC

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent to the following parties byoperation of the Court's Electronic filing system.

Skadden, Arps, Slate, Meagher & Flom, LLP
djbaker @skadden.com

Smith, Hulsey & Busey
jpost@smithhulsey.com

C:\Documents and Settings\Paralegal\My Documents\BANKRUPTCY\Taylon v Buehler, Winn Dixie\OBJECTION FOR DISMISSAL OF POST PETITION ADMINISTRATIVE EXPENSES.TAYLON V. Winn-Dixie.wpd