### UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about August 18, 2006 I caused copies of:

- the **Notice of Special Bar Date Requiring Filing of Proofs of Claim on or Before September 12, 2006 at 5:00 P.M. Eastern Time (Applicable Only to Claims Arising From Operation of Section 7.9(d) of Plan)**
- the **Proof of Claim Form**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: August 23, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of Proofs
of Claim on or Before September 12, 2006 at 5:00 PM ET**

**(Applicable Only to Claims Arising From
Operation of Section 7.9(d) of Plan)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                               **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 492856-FC<br>AGRESTA, ANTHONY G<br>928 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492857-FC<br>AHLSTROM, MARK C<br>1140 RIVER BIRCH ROAD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492858-FC<br>APPEL, LAURENCE B<br>8820 HOLBORN COURT<br>JACKSONVILLE FL 32217 |
| CREDITOR ID: 492859-FC<br>BAUST, MICHAEL C<br>1708 MCARTHUR STRET<br>FERNANDINA BEACH FL 32034-1912 | CREDITOR ID: 492860-FC<br>BIGGERSTAFF, LAWRENCE D<br>8493 HOLLYRIDGE RD<br>JACKSONVILLE FL 32256 | CREDITOR ID: 492861-FC<br>BITTER, DALE H<br>133 INDIAN COVE LANE<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 492862-FC<br>BOOTH III, TALMAGE B<br>1201 CUNNINGHAM CREEK DRIVE<br>FRUIT COVE FL 32259 | CREDITOR ID: 492863-FC<br>BRYANT, DERRICK L<br>12495 ARROWLEAF LN.<br>JACKSONVILLE FL 32225 | CREDITOR ID: 492864-FC<br>BURNS, KENNETH M<br>5003 BLUE HERON CIRCLE<br>NORTH PORT FL 34287 |
| CREDITOR ID: 492865-FC<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 | CREDITOR ID: 492866-FC<br>CALLOWAY, RONALD W<br>704 TORIA LANE<br>ST AUGUSTINE FL 32095 | CREDITOR ID: 492867-FC<br>CARRADO, JAMES<br>1152 EAGLE POINT DRIVE<br>ST AUGUSTINE FL 32092 |
| CREDITOR ID: 492868-FC<br>CASTILLO, ROBIN E<br>10908 NW 12TH COURT<br>PLANTATION FL 33322-6926 | CREDITOR ID: 492869-FC<br>CASTLE, JAY F<br>329 NORTH SEA LAKE LANE<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 492870-FC<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 492871-FC<br>CHLEBOVEC, MICHAEL P<br>109 SUNNYSIDE DRIVE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492872-FC<br>COLEMAN JR, REGGIE C<br>PO BOX 8426<br>FLEMING ISLAND FL 32006 | CREDITOR ID: 492873-FC<br>DANELIAK, MICHAEL<br>7134 NW 47TH LANE<br>COCONUT CREEK FL 33073 |
| CREDITOR ID: 492874-FC<br>DOGAN, DEDRA N<br>86085 SHELTER ISLAND DRIVE<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 492875-FC<br>DUBNICK, RICHARD L.<br>10133 VINEYARD LAKE DRIVE E.<br>JACKSONVILLE FL 32256 | CREDITOR ID: 492876-FC<br>ENNIS, RODNEY<br>354 S HAMPTON CLUB WAY<br>ST. AUGUSTINE FL 32092 |
| CREDITOR ID: 492877-FC<br>FISHER, WILLIAM E<br>1512 DRURY CT<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 492878-FC<br>FOREHAND, CHERYL<br>1900 MELROSE PLANTATION DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 492879-FC<br>FOX, DENNIS V<br>7733 ROYAL CREST DRIVE<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 492880-FC<br>GADDY, NANCY H<br>901 E PLEASANT PL<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492881-FC<br>GLEASON, JEFFREY P<br>2814 ST. JOHNS AVE.<br>JACKSONVILLE FL 32205 | CREDITOR ID: 492882-FC<br>GOODYEAR, GORDON L<br>1049 BUCKBEAN BRANCH LN W<br>JACKSONVILLE FL 32259 |

SERVICE LIST

**Notice of Special Bar Date Requiring Filing of Proofs
of Claim on or Before September 12, 2006 at 5:00 PM ET**

**(Applicable Only to Claims Arising From
Operation of Section 7.9(d) of Plan)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 492883-FC<br>GREENE, HAROLD W<br>7990 BAYMEADOWS RD, APT 1907<br>JACKSONVILLE FL 32256 | CREDITOR ID: 492884-FC<br>GRESHAM, GRADY L.<br>4124 LONICERA LOOP<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492885-FC<br>HANAUER, CYNTHIA K<br>3946 CATTAIL POND CIRCLE WEST<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 492886-FC<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492887-FC<br>HAYNES, MICHAEL R<br>3783 CARDINAL OAKS CR<br>ORANGE PARK FL 32065 | CREDITOR ID: 492888-FC<br>HAYS, CHERYL A<br>8693 ROLLING BROOK LANE<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 492889-FC<br>HENRY, DAVID F<br>129 NATURES WAY<br>PONTE VEDRA BEACH FL 32082-4617 | CREDITOR ID: 492890-FC<br>HILLIS, JAMES D<br>7701 TIMBERLAND PARK BLVD, APT 516<br>JACKSONVILLE FL 32256 | CREDITOR ID: 492891-FC<br>HOLLAND, JUDY L<br>2670 EAST HOLLY PT ROAD<br>ORANGE PARK FL 32073 |
| CREDITOR ID: 492892-FC<br>HOPKINS, HAROLD I<br>200 ELMWOOD DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492893-FC<br>HUEY, ROBERT E<br>900 MAYAPPLE TERRACE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492894-FC<br>IBOLD, CATHERINE G<br>3757 WEXFORD HOLLOW RD. E<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 492895-FC<br>ISTRE, MICHAEL J<br>145 ST JOHN'S FOREST BLVD<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492896-FC<br>JAMES, JOHN J<br>2225 SOUTHBROOK DR.<br>ORANGE PARK FL 32003 | CREDITOR ID: 492897-FC<br>JORGES, ANTONIO<br>8330 W 18 LN<br>HIALEAH FL 33014 |
| CREDITOR ID: 492898-FC<br>KENNEDY, PAUL J<br>1909 SOLSTICE CT<br>ST. AUGUSTINE FL 32092 | CREDITOR ID: 492899-FC<br>KICHLER, BENITA<br>10378 CYPRESS LAKES DRIVE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 492900-FC<br>KILLEBREW, KENT L<br>3071 WILLIAMSBURG CT.<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 492901-FC<br>KRAGE, MICHAEL W<br>1824 RED HAWK COURT<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 492902-FC<br>LAFEVER, DAN G<br>5004 SHELLEY CT<br>ORLANDO FL 32807-1372 | CREDITOR ID: 492903-FC<br>LEBLANC, MICHAEL F<br>105 CALLEY COURT<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 492904-FC<br>MCGOUGH, RICHARD M<br>1338 GARRISON DRIVE<br>ST. AUGUSTINE FL 32092 | CREDITOR ID: 492905-FC<br>MCLIN, MARK I<br>8040 FLORIDA BOYS RANCH ROAD<br>GROVELAND FL 34736-9449 | CREDITOR ID: 492906-FC<br>MEADOWS, RICHARD L<br>11001 OLD ST. AUGUSTINE RD. APT 309<br>JACKSONVILLE FL 32257 |
| CREDITOR ID: 492907-FC<br>MEDINA, JOSEPH P<br>413 DAWN CT.<br>MANDEVILLE LA 70448 | CREDITOR ID: 492908-FC<br>MILLER, JAMES B<br>320 A VILLAGE DR.<br>ST. AUGUSTINE FL 32084-0907 | CREDITOR ID: 492909-FC<br>MOORE, SCOTT P<br>3571 WHISPER CREEK BLVD<br>MIDDLEBURG FL 32068 |

**Notice of Special Bar Date Requiring Filing of Proofs
of Claim on or Before September 12, 2006 at 5:00 PM ET**

**(Applicable Only to Claims Arising From
Operation of Section 7.9(d) of Plan)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 492910-FC<br>MYERS, TIMOTHY S<br>85052 SAGAPONACK DR<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 492911-FC<br>NUSSBAUM, BENNETT L<br>799 CRANDON BLVD #903<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 492912-FC<br>PESSEL, ROBERT K.<br>1204 N. BURGANDY TRAIL<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 492913-FC<br>RABON, DEWAYNE H<br>992 BLACKBERRY LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492914-FC<br>RAGASE, JOSEPH A<br>7237 CRESCENT OAKS COURT<br>JACKSONVILLE FL 32277 | CREDITOR ID: 492915-FC<br>RAMBO, RANDALL L.<br>5815 NW 119TH DRIVE<br>CORAL SPRINGS FL 33076 |
| CREDITOR ID: 492916-FC<br>REED, WILLIAM E<br>4131 DOGWOOD STREET<br>MACCLENNY FL 32063-5059 | CREDITOR ID: 492917-FC<br>RETAMAR, JAVIER<br>840 CLOUDBERRY BRANCH WAY<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492918-FC<br>RHEE, RAYMOND M<br>1252 FAIRWAY VILLAGE DR<br>ORANGE PARK FL 32003-8396 |
| CREDITOR ID: 492919-FC<br>RHYDER, GLENDA W<br>17524 EAGLE BEND BLVD<br>JACKSONVILLE FL 32226 | CREDITOR ID: 492920-FC<br>RODRIGUEZ, LINDA R<br>1105 DURBIN PARKE DRIVE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492921-FC<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 492922-FC<br>SCOTT SR, CHRISTOPHER L<br>1818 COBBLESTONE LANE<br>ST. AUGUSTINE FL 32092 | CREDITOR ID: 492923-FC<br>SCREWS, VIRGIL A.<br>1607 KINNAN TRAIL<br>DELAND FL 32720 | CREDITOR ID: 492924-FC<br>SCRIBNER, JAMES D<br>255 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 492925-FC<br>SELLERS, MARK A<br>125-202 CUELLO COURT<br>PONTE VEDRA FL 32082 | CREDITOR ID: 492926-FC<br>SINISCALCHI, NICHOLAS<br>1842 CROSS GREEN WAY<br>ORANGE PARK FL 32003 | CREDITOR ID: 492927-FC<br>SLOAN, SHAWN M<br>1032 MEADOW VIEW LN<br>ST. AUGESTINE FL 32092 |
| CREDITOR ID: 492928-FC<br>STEADMAN, BRUCE E<br>371 NORTH LAMBARDI LOOP<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492929-FC<br>STUBBS, KEVIN A<br>2805 PEBBLEWOOD LN.<br>ORANGE PARK FL 32065 | CREDITOR ID: 492930-FC<br>THOMPSON, KELVIN E<br>3467 LAUREL LEAF DR<br>ORANGE PARK FL 32065 |
| CREDITOR ID: 492931-FC<br>THURLOW JR, FRANK N<br>1601 BENTIN DR. SO<br>JACKSONVILLE BEACH FL 32250 | CREDITOR ID: 492932-FC<br>TIBERIO, PAUL L<br>209 SOUTH HAMPTON CLUB WAY<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 492933-FC<br>UTRATA, GARY M<br>7595 CENTURION PKWY<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 492934-FC<br>WASSENAAR, LISA A<br>308 BELL BRANCH LANE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 492935-FC<br>WESTON, CHARLES M<br>2641 COUNTRY SIDE DRIVE<br>ORANGE PARK FL 32203 | CREDITOR ID: 492936-FC<br>WHITE, LARRY D<br>8693 ROLLING BROOK RD<br>JACKSONVILLE FL 32256 |

**Notice of Special Bar Date Requiring Filing of Proofs**
**of Claim on or Before September 12, 2006 at 5:00 PM ET**

**(Applicable Only to Claims Arising From**
**Operation of Section 7.9(d) of Plan)**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

CREDITOR ID: 492937-FC
WILLIAMS, TIMOTHY L
9132 BAY COVE LANE
JACKSONVILLE FL 32257

**Total:   82**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

## NOTICE OF SPECIAL BAR DATE REQUIRING FILING OF PROOFS OF CLAIM
## ON OR BEFORE SEPTEMBER 12, 2006, AT 5:00 P.M. EASTERN TIME

### (APPLICABLE ONLY TO CLAIMS ARISING FROM OPERATION OF SECTION 7.9(d) OF PLAN)

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South Madison, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

## PLEASE TAKE NOTICE THAT:

1. **CASE FILING.** On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Their cases are pending before the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court") and are being jointly administered under Case No. 05-03817-3F1.

2. **PROTECTIONS AFFORDED TO THE DEBTORS.** Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY

OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT.  If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3.     **SPECIAL BAR DATE.**  By order of the Bankruptcy Court  (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors was August 1, 2005, at 5:00 p.m. Eastern Time, or, in the case of governmental units only, August 22, 2005, at 5:00 p.m. Eastern Time (the "Bar Date").   The Bar Date Order, however, authorized the Debtors to establish special bar dates applicable to any subsequently identified potential claimants.  Therefore, the Debtors have established **September 12, 2006 at 5:00 p.m. Eastern Time** as the special bar date (the "Special Bar Date") applicable only to persons who have claims arising from operation of Section 7.9(d) of the Debtors' Joint Plan of Reorganization (see paragraph 4 below) (the "Section 7.9(d) Claimants"). The Special Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arise by operation of Section 7.9 (d) of the Joint Plan.

4.     **SECTION 7.9(d).**  Section 7.9(d) of the Debtors' Joint Plan of Reorganization provides as follows: "As of the Effective Date, any and all stock based incentive plans or stock ownership plans of the Debtors entered into before the Effective Date, or other agreements or documents giving rise to Winn-Dixie Interests, including the contingent cash components of any such plans, agreements, or documents, shall be terminated. To the extent such plans, agreements, or documents are considered to be executory contracts, such plans, agreements, or documents shall be deemed to be, and shall be treated as though they are, executory contracts that are rejected pursuant to Section 365 of the Bankruptcy Code under the Plan.  Any Claims resulting from such rejection shall constitute Subordinated Claims, except that Claims for contingent cash shall constitute Other Unsecured Claims."

5.     **WHO MUST FILE A PROOF OF CLAIM.**  You MUST file a proof of claim if you have a claim that arises by operation of Section 7.9(d) of the Debtors' Joint Plan of Reorganization.  Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

6.     **WHO NEED NOT FILE A PROOF OF CLAIM.**  You should not file a proof of claim if you have already filed a proof of claim for any claim arising by operation of Section 7.9(d) of the Joint Plan of Reorganization and if the claim asserted in that proof of claim remains accurate.  If you have previously filed a proof of claim but the claim asserted is no longer accurate, you may file an additional proof of claim at this time but you must indicate on the proof of claim form in the box provided that the additional proof of claim replaces a previously filed proof of claim.

7.     **WHAT TO FILE.**  A proof of claim form prepared by the Debtors is enclosed.  If you agree with the enclosed proof of claim form, you should file that form.  If you desire to assert a different claim on a separate proof of claim form, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). You may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, Fax: (973) 509-3191, E-mail: winninfo@loganandco.com.

8.     **WHEN AND WHERE TO FILE.**  Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on September 12, 2006**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,**
**546 Valley Road, Upper Montclair, New Jersey  07043**

A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Claims Docketing Center on or before the Special Bar Date.  Proofs of claim may not be sent by facsimile, telecopy, or other electronic means.

9.     **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE SPECIAL BAR DATE.  ANY SECTION 7.9(d) CLAIMANT RECEIVING THIS NOTICE WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON SEPTEMBER 12, 2006, FOR ANY CLAIM ARISING BY OPERATION OF SECTION 7.9(d) OF THE DEBTORS' JOINT PLAN OF REORGANIZATION WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10.     **ACCESS TO RELATED DOCUMENTS.**  Copies of the Debtors' Joint Plan of Reorganization, the Debtors* Schedules, the Bar Date Order and other relevant documents may be viewed at www.loganandco.com.

11.     **FURTHER INFORMATION.**   If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-800-224-7654 or e-mail winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM.  DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED:  August 18, 2006

Co-Counsel for Debtors:                                          Co-Counsel for Debtors:
D. J. Baker, Sally McDonald Henry and Rosalie W. Gray          Stephen D. Busey, James H. Post and Cynthia C. Jackson
Skadden, Arps, Slate, Meagher & Flom LLP                       Smith Hulsey & Busey
Four Times Square, New York, New York 10036-6522               225 Water Street, Suite 1800, Jacksonville, Florida 32202

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11<br>**PROOF OF CLAIM** | DEADLINE FOR FILING PROOFS OF CLAIM IS: SEPTEMBER 12, 2006 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn-Dixie Stores, Inc.**    Case No. **05-03817-3F1**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | Telephone No. of Creditor<br><br>Fax No. of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) |
|---|---|
| B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if: ☐ replaces address above ☐ additional address<br><br>Name:_____<br><br>Company/Firm:_____<br><br>Address:_____<br><br>_____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.<br>☐ Check box if you have never received any notices in this case.<br><br>This Space Is For Court Use Only |
| Account or Other Number by Which Creditor Identifies Debtor: | Check here if this claim ☐ replaces ☐ amends     a previously filed claim, dated: |

**1. Basis for Claim**
- ☐ Goods sold to debtor(s)
- ☐ Services performed for debtor(s)
- ☐ Goods purchased from debtor(s)
- ☐ Money loaned
- ☐ Personal injury/property damage
- ☒ Other: **CONTINGENT CASH (§ 7.9(d) of Plan)**
- ☐ Taxes
- ☐ Severance agreement
- ☐ Refund
- ☐ Real property lease
- ☐ Personal property lease
- ☐ Other contract _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN:_____
  Unpaid compensation for services performed from
  _____ to _____
  (date)                    (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____    $_____    $_____    $_____
(unsecured)           (secured)             (priority)            (Total)
(NOTE: CLAIM IS CONTINGENT UPON EMPLOYMENT BY DEBTORS AS OF EFFECTIVE DATE OF DEBTOR'S PLAN)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.
(NOTE: CONTINGENT UPON EMPLOYMENT BY DEBTORS AS OF EFFECTIVE DATE OF DEBTOR'S PLAN)

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) (  ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print:_____  Title:_____<br><br>Signature:_____ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY.  PRINT LEGIBLY, YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD.  THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH.  THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law.  In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

### --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim).  This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property.  A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien.  In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim.  (See also *Unsecured Claim*.)

*Unsecured Claim*
If a claim is not a secured claim it is an unsecured claim.  A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims).  The most common types of priority claims are listed on the proof of claim form.  Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

### ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor.  The Debtors' Names and Case Numbers are listed below.

| | |
|---|---|
| **Winn-Dixie Stores, Inc.** | **Case No. 05-03817-3F1** |
| **Dixie Stores, Inc.** | **Case No. 05-03818-3F1** |
| **Table Supply Food Stores Co., Inc.** | **Case No. 05-03819-3F1** |
| **Astor Products, Inc.** | **Case No. 05-03820-3F1** |
| **Crackin' Good, Inc.** | **Case No. 05-03821-3F1** |
| **Deep South Distributors, Inc.** | **Case No. 05-03822-3F1** |
| **Deep South Products, Inc.** | **Case No. 05-03823-3F1** |
| **Dixie Darling Bakers, Inc.** | **Case No. 05-03824-3F1** |
| **Dixie-Home Stores, Inc.** | **Case No. 05-03825-3F1** |
| **Dixie Packers, Inc.** | **Case No. 05-03826-3F1** |
| **Dixie Spirits, Inc.** | **Case No. 05-03827-3F1** |
| **Economy Wholesale Distributors, Inc.** | **Case No. 05-03828-3F1** |
| **Foodway Stores, Inc.** | **Case No. 05-03829-3F1** |
| **Kwik Chek Supermarkets, Inc.** | **Case No. 05-03830-3F1** |
| **Sunbelt Products, Inc.** | **Case No. 05-03831-3F1** |
| **Sundown Sales, Inc.** | **Case No. 05-03832-3F1** |
| **Superior Food Company** | **Case No. 05-03833-3F1** |
| **WD Brand Prestige Steaks, Inc.** | **Case No. 05-03834-3F1** |
| **Winn-Dixie Handyman, Inc.** | **Case No. 05-03835-3F1** |
| **Winn-Dixie Logistics, Inc.** | **Case No. 05-03836-3F1** |
| **Winn-Dixie Montgomery, Inc.** | **Case No. 05-03837-3F1** |
| **Winn-Dixie Procurement, Inc.** | **Case No. 05-03838-3F1** |
| **Winn-Dixie Raleigh, Inc.** | **Case No. 05-03839-3F1** |
| **Winn-Dixie Supermarkets, Inc.** | **Case No. 05-03840-3F1** |

**(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor.  If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc.  If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)**

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any.  If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.  **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed.  If the type of debt is not listed, check "Other" and briefly describe the type of debt.  If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim.  If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim.  You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed.  A claim may be partly secured and partly unsecured.  (See DEFINITIONS, above.)

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim."  (See DEFINITIONS, above.)  If your claim is partly secured and partly unsecured, state here the amount that is unsecured.  If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority.  (See DEFINITIONS, above.)  A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law.  Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents.  If documents are not available, you must attach an explanation of why they are not available.  DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, SEPTEMBER 12, 2006**.  SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.**  PROOFS OF CLAIM MAY NOT BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.