**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.:  3:05-bk-03817-JAF

    Debtors.                                                         Chapter 11

_____/            Jointly Administered

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that commencing at **1:00 p.m. (prevailing Eastern Time) on Thursday, August 24, 2006**, the Court will convene a hearing on the Motion for Protective Order With Respect to Confidential Information of Committee of Unsecured Creditors, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

    The hearing may be continued upon announcement made in open court without further notice.  Any Limited Recipient opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.  All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

    Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

    Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

{JA287659;1}

AKERMAN SENTERFITT

By: */s/ John B. Macdonald*
    John B. Macdonald
    Florida Bar No. 230340
    Email: john.macdonald@akerman.com
    Patrick P. Patangan
    Florida Bar No. 348340
    Email: patrick.patangan@akerman.com
    50 North Laura Street, Suite 2500
    Jacksonville, Florida  32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

- and -

MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
Dennis F. Dunne (DD 7543)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

{JA287659;1}