**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

_____/   Jointly Administered

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the (1) Motion for Protective Order With Respect to Confidential Information of Committee of Unsecured Creditors, and (2) Notice of Hearing were furnished either by U.S. Mail and/or electronically on August 23, 2006 to the parties on the attached Master Service List.

Dated: August 23, 2006.

    AKERMAN SENTERFITT
    By: */s/John B. Macdonald*
        John B. Macdonald
        Florida Bar No. 230340
        Email: john.macdonald@akerman.com
        Patrick P. Patangan
        Florida Bar No. 348340
        Email: patrick.patangan@akerman.com
        50 North Laura St., Suite 2500
        Jacksonville, Florida 32202
        (904) 798-3700 (telephone)
        (904) 798-3730 (facsimile)

    Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

    -and-

{JA287656;1}

MILBANK, TWEED, HADLEY &
McCLOY LLP
Dennis F. Dunne (DD 7543)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000 (telephone)
(212) 530-5219 (facsimile)

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

{JA287656;1}