UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON AUGUST 24, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on August 24, 2006 at 1:00 p.m.:

**A.   Uncontested Matters**

   *1.   Motion for Order (A) Authorizing Winn-Dixie Logistics, Inc. to Sell Harahan Warehouse Facility and Related Assets Free and Clear of Liens, Claims, and Interests and (B) Granting Related Relief  (Docket No. 9884)*

   Objection Deadline:   Expired.

   Objections:             No objections have been filed.

   Status:                   The Debtors will proceed with the Motion.

> 2. *Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief as it relates to the rejection of such leases (Docket No. 9886)*

Objection Deadline:   August 23, 2006.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Motion to the extent the Motion seeks to reject leases; the Debtors will continue the Motion to September 7, 2006, with regard to leases the Debtors seek to assume and assign.

> 3. *Debtors' Motion for Order Authorizing Assumption of Employment-Related Executory Contracts and Fixing Cure (Docket No. 9911)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Motion.

> 4. *Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

Response Deadline:   Expired.

Responses:   No responses have been filed.

Status:   The Debtors and the Claimants have agreed to continue the hearing on the Objection to September 7, 2006.

  5.  *Debtors' Motion for Order Granting Extension of Exclusive Period for Obtaining Acceptances of Chapter 11 Plan (Docket No. 10276)*

Objection Deadline: Expired.

Objections: No responses have been filed.

Status: The Debtors will proceed with the Motion.

  6.  *Fifth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities Filed by Debtor Winn-Dixie Stores, Inc. (Docket No. 9471)*

Response Deadline: Expired.

Responses: Sheriff and Ex-Officio Tax Collector of Parish of Tangipahoa, Louisiana (Docket No. 10490; untimely).

Status: The Debtors will proceed with the Motion and Objection.

  7.  *William Knights' Motion to Allow Late Filed Claim (Docket No. 8128)*

Objection Deadline: Expired.

Objections: No responses have been filed.

Status: The Debtors have been informed that the Movant will proceed with the Motion.

  8.  *Creditors' Committee's Motion for Protective Order with Respect to Confidential Information of Official Committee of Unsecured Creditors (Docket No. 10493)*

Objection Deadline: Expired.

Objections: No responses have been filed.

Status: The Debtors have been informed that the Movant will proceed with the Motion.

**B.   Contested Matters**

1. *Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (Docket No. 4283)*

Objection Deadline:  Expired.

Objections:  Debtors (Docket No. 5874); and Creditors' Committee (Docket No. 5887).

Status:  The Debtors and the Movant have agreed to continue the hearing on the Motion to September 7, 2006.

2. *Florida Tax Collectors' Motion for Adequate Protection (Docket No. 4284)*

Objection Deadline:  None.

Objections:  Debtors (Docket No. 7537).

Status:  The Debtors and the Movant have agreed to continue the hearing on the Motion to September 7, 2006.

3. *Consolidated Biscuit Company's Request for Payment of an Administrative Expense Claim (Docket No. 8930)*

Objection Deadline:  Expired.

Objections:  Debtors (Docket No. 10359).

Status:  The hearing will be a status conference on the Request and the Debtors' Objection.

4. *Debtors' Motion for Order Authorizing Rejection of Employment-Related Executory Contracts (Docket No. 9909)*

Objection Deadline:  Expired.

Objections:  Jeffrey Barrow (Docket No. 10354).

Status:  The Debtors will proceed with the Motion.

5. *Debtors' First Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (Docket No. 9710)*

Objection Deadline: Expired.

Objections: Alabama Power Company (Docket No. 10111).

Status: The Debtors will proceed with the Motion.

6. *Debtors' Second Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (Docket No. 9897)*

Objection Deadline: Expired.

Objections:
(a) Concord-Fund IV Retail, LP (Docket No. 10302);
(b) Connecticut General Life Insurance Company, et al. (Docket No. 10355);
(c) General Electric Capital Corporation (Docket No. 10360).

Status: The Debtors will proceed with the Motion.

7. *Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (Docket No. 9494)*

Response Deadline: Expired.

Responses:
(a) Achilles Realty Company (Docket No. 10140);
(b) LaSalle Bank National Association etc. (Docket No. 10164);
(c) Colorado Boxed Beef Company (Docket No. 10185);
(d) United Commercial Mortgage Corp. (Docket No. 10191);
(e) Merrill Lynch LP Holdings, Inc. (Docket No. 10214);

       (f)    Principal Life Insurance Company (Docket No. 10216);

       (g)    PG-1 Development Company (Docket No. 10219);

       (h)    Merrill Lynch Pierce Fenner & Smith (Docket No. 10228);

       (i)    Information Resources, Inc. (Docket No. 10232);

       (j)    Villa Rica Retail Properties, LLC (Docket No. 10235);

       (k)    Porcupine WD5, LLC (Docket No. 10237);

       (l)    Checkpoint Systems, Inc. (Docket No. 10243);

       (m)    SCP Winter Garden FL, LLC (Docket No. 10245);

       (n)    Baker & Hostetler LLP (Docket No. 10246)

       (o)    General Electric Capital Corporation (Docket No. 10380);

       (p)    New Plan Excel Realty Trust, Inc. and Cliffdale Corner, Inc. (Docket No. 10389);

       (q)    Pepsi Bottling Ventures LLC (Docket No. 10420).

Status:    The Debtors will proceed with the Objection.

*8.    Omnibus Objection to Unresolved Litigation Claims (Docket No. 8702)*

Response Deadline:    Expired.

Responses:    (a)    Jennifer Powers (Docket No. 9791);

       (b)    Janice Swain (Docket No. 9783);

       (c)    Ofelia Calle (Docket No. 9814);

       (d)    Briana Johnson (Docket No. 9881);

       (e)    Robert McMillan (Docket No. 9934);

(f) James Girdzus, Jr. (Docket No. 9935);

(g) Shaun Johnson, et al (Docket No. 9936);

(h) Anna Lopiccolo (Docket No. 9937);

(i) Ernest Allen (Docket No. 10027);

(j) Holly Wall (Docket No. 10039);

(k) Wendy Pelly (Docket No. 10045);

(l) Robin Ray (Docket No. 10054);

(m) Ronald Thomas (Docket No. 10067);

(n) Maria Gonzales (Docket No. 10110);

(o) Sabrina Rodriguez (Docket No. 10108);

(p) Felicia Patterson (Docket No. 10109);

(q) Betty Lee (Docket No. 10112);

(r) Thomas Hazellief (Docket No. 10128);

(s) Digna Gonzalez (Docket No. 10129);

(t) Larry Patterson (Docket No. 10149);

(u) Terri Hughes (Docket No. 10156);

(v) William Salazar, Hermelinda Sanchez, Leny R. Rosero, Gerson Salazar, Ana Parva (Docket No. 10166);

(w) Dierdre Nelson (Docket No. 10167);

(x) Linda Phillips (Docket No. 10168);

(y) June and John Britton (Docket No. 10169 and 10236);

(z) Cassie Aaron Wallace (Docket No. 10176);

(aa) Marinda Brown (Docket No. 10177);

(bb) Alma Goodrich (Docket No. 10179);

7

 (cc) Hilda Alvarez (Docket No. 10182);

 (dd) Alma Rose Manzanares (Docket No. 10183);

 (ee) Elizabeth Jones (Docket o. 10186);

 (ff) Blanca Velasquez (Docket No. 10192);

 (gg) Carrie Wilson (Docket No. 10193);

 (hh) Margaret Clark (Docket No. 10194);

 (ii) Brenda Lowry (Docket No. 10195);

 (jj) Amarillis Rodriguez (Docket No. 10196);

 (kk) William Knights (Docket No. 10197);

 (ll) Beverly Gaillard (Docket No. 10198);

 (mm) Yrma Fernandez (Docket No. 10199);

 (nn) Joyce Williams (Docket No. 10200);

 (oo) Jason Lodolce (Docket No. 10201);

 (pp) Dinorah Gonzalez and Amy Isabel Reyes (Docket No. 10203);

 (qq) Merle Hemby (Docket No. 10211);

 (rr) Cindy Stewart (Docket No. 10212);

 (ss) Kathleen Malloy (Docket No. 10213);

 (tt) Susan Walker (Docket No. 10223);

 (uu) Ana Martinez (Docket No. 10226);

 (vv) Julandes James-Smith (Docket No. 10227);

 (ww) Reva Stamper (Docket No. 10229);

 (xx) Ana Alvarez (Docket No. 10230);

 (yy) Romona Rodriguez (Docket No. 10231);

 (zz) Ken Beaudrie (Docket No. 10234);

    (aaa) Rosa Sanchez (Docket No. 10238);

    (bbb) Debra Hallman Neal (Docket No. 10239);

    (ccc) Beverly King (Docket No. 10241);

    (ddd) Pat Armstrong (Docket No. 10242);

    (eee) Ray Sizemore (Docket No. 10288);

    (fff) Roy Brown (Docket No. 10293).

Status: The Debtors will proceed with the Objection.

9. *Amended Omnibus Motion for Order to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief Filed by Debtor Winn-Dixie Stores, Inc. (Docket No. 7966)*

Objection Deadline: Expired.

Objections to
Cure Amounts: Skinners of Point Meadows, Inc. – Store No. 6 (Docket No. 8937).

Status: The Debtors will proceed with the Motion.

Dated: August 23, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |