UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| WINN-DIXIE, INC., | * | CASE NO: 05-03817-JAF |
| | * | |
| Debtors. | * | |

## BONNER'S POINT, LLC RESPONSE TO DEBTORS' SIXTEENTH OMNIBUS OBJECTION

COMES NOW Bonner's Point, L.L.C. ("Claimant"), by and through counsel, and files this response to Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims. Claimant objects to Debtors' reduction of Claim No. 10949 for real estate taxes as Debtors are contractually obligated under the terms of its lease to pay a pro rata portion of the real estate taxes due.

Respectfully submitted this 23rd day of August, 2006.

/s/ **Leslie G. Weeks**
LESLIE G. WEEKS
FL Bar #01067592
JEFFERY J. HARTLEY
Counsel for Bonner's Point, L.L.C.

OF COUNSEL:

HELMSING, LEACH, HERLONG,
  NEWMAN & ROUSE
Post Office Box 2767
Mobile, Alabama 36652
(251) 432-5521
lgw@helmsinglaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 23rd day of August, 2006 served a copy of the foregoing pleading on the appropriate parties either by electronic mail or by U.S. Mail, properly addressed and first class postage prepaid:

| | |
|---|---|
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie W. Gray | Cynthia C. Jackson |
| Eric M. Davis | Eric N. McKay |
| Skadden, Arps, Slate, Meagher & Flom LLP | Smith Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York  10036 | Jacksonville, Florida  32202 |

**/s/ Leslie G. Weeks**
OF COUNSEL