UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about August 18, 2006 I caused copies of:

- the **Notice of Special Bar Date Requiring Filing of Proofs of Claim on or Before September 12, 2006 at 5:00 P.M. Eastern Time (Applicable Only to Claims Arising From Operation of Section 7.10 of Plan)**
- the **Proof of Claim Form**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served documents as listed above is attached hereto as Exhibit B.

Dated: August 23, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: BK

# EXHIBIT A
# SERVICE LIST

**Notice of Special Bar Date Requiring Filing of Proofs
of Claim on or Before September 12, 2006 at 5:00 PM ET**

**(Applicable Only to Claims Arising From
Operation of Section 7.10 of Plan)**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533639-DO<br>ANDERSON, JOHN E<br>2732 BEAUCLERC ROAD<br>JACKSONVILLE FL 32257 | CREDITOR ID: 492858-FC<br>APPEL, LAURENCE B<br>8820 HOLBORN COURT<br>JACKSONVILLE FL 32217 | CREDITOR ID: 403592-94<br>BARTON, JOEL B<br>10222 AMYJAN CT<br>ELK GROVE CA 95757-1643 |
| CREDITOR ID: 422773-ST<br>BAXLEY, WILLIAM R<br>8192 SEVEN MILE DR<br>PONTE VEDRA FL 32082-3109 | CREDITOR ID: 406371-MS<br>BAXTER, BRUCE<br>4457 FERN CREEK DRIVE<br>JACKSONVILLE FL 32277 | CREDITOR ID: 406382-MS<br>BERRY, WEBSTER<br>RT. 1 BOX 567-1<br>MACCLENNEY FL 32063 |
| CREDITOR ID: 406411-MS<br>BRAGIN, DAVID H<br>540 PENNINSULA CT<br>ST AUGUSTINE FL 32080 | CREDITOR ID: 406419-MS<br>BRIM, WILLIAM F<br>1006 CACTUS CUT RD<br>MIDDLEBURG FL 32068 | CREDITOR ID: 406399-MS<br>BROCATO, ROY J, SR<br>18 JULIANNE DRIVE<br>CARRIERE MS 39426 |
| CREDITOR ID: 11364-05<br>BROGAN, JAMES R<br>12777 CAMELLIA BAY DR WEST<br>JACKSONVILLE FL 32223 | CREDITOR ID: 420301-ST<br>BUCK, K M<br>471 MONTEREY PARKWAY<br>ORANGE PARK FL 32073 | CREDITOR ID: 406448-MS<br>BYRUM, DAVID M<br>764 EAGLE POINT DRIVE<br>SAINT AUGUSTINE FL 32092 |
| CREDITOR ID: 406452-MS<br>CALDERWOOD, LYLE<br>390 MARS HILL RD<br>POWER SPRINGS GA 30127 | CREDITOR ID: 533650-DO<br>CALKINS, WILLIAM C<br>PO BOX 1307<br>TARPON SPRINGS FL 34668 | CREDITOR ID: 406455-MS<br>CALVERT, LEON L III (DECEASED)<br>C/O SHERRI CALVERT<br>3881 ORTEGA BLVD<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 492870-FC<br>CHERRY, KEITH B<br>12637 MUIRFIELD BLVD N<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406492-MS<br>CLERC, GEORGE E JR<br>PO BOX 724<br>WELAKA FL 32193 | CREDITOR ID: 533631-DO<br>CODINA, ARMANDO M<br>151 PALOMA DRIVE<br>CORAL GARDENS FL 33143 |
| CREDITOR ID: 406532-MS<br>CRAWFORD, JAMES<br>416 FINCASTLE DRIVE<br>RALEIGH NC 27607 | CREDITOR ID: 533640-DO<br>DASBURG, JOHN H<br>1 HARBOR POINT<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 533630-DO<br>DAVIS, A DANO<br>6400 S SAN PABLO ROAD<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 533632-DO<br>DAVIS, T WAYNE<br>4034 ALHAMBRA DRIVE WEST<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406563-MS<br>DELL ANTONIA, DEAN<br>1 OAKWOOD DRIVE<br>WAYNE NJ 07470 | CREDITOR ID: 377849-45<br>DERIESTHAL, STEPHEN T.<br>1075 WATERFORD LANDING DR.<br>JACKSONVILLE, FL 32003 |
| CREDITOR ID: 406576-MS<br>DIXON, JUDITH W<br>4981 HARVEY GRANT RD.<br>ORANGE PARK FL 32003 | CREDITOR ID: 492874-FC<br>DOGAN, DEDRA N<br>86085 SHELTER ISLAND DRIVE<br>FERNANDINA BEACH FL 32034 | CREDITOR ID: 406581-MS<br>DONALDSON, PAUL<br>9131 CARTERS GROVE WAY<br>MONTGOMERY AL 36116 |

Case 3:05-bk-03817-JAF   Doc 10502   Filed 08/23/06   Page 4 of 12

SERVICE LIST
Page 2 of 5

Notice of Special Bar Date Requiring Filing of Proofs
of Claim on or Before September 12, 2006 at 5:00 PM ET

(Applicable Only to Claims Arising From
Operation of Section 7.10 of Plan)

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 406583-MS<br>DOOLITTLE, C W<br>7051 CYPRESS BRIDGE DR S<br>PONTE VEDRA FL 32082 | CREDITOR ID: 533647-DO<br>ECKSTEIN, FRANK<br>1687 DOVER HILL DRIVE<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406614-MS<br>ESTILL, GARI L<br>3109 CANOE ST<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 492877-FC<br>FISHER, WILLIAM E<br>1512 DRURY CT<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 406633-MS<br>FITZGERALD, JOHN DARRYL<br>6016 LA QUINTA CIRCLE<br>EDMOND OK 73003 | CREDITOR ID: 406638-MS<br>FLICK, DOUGLAS D<br>4534 BEACON DRIVE W<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 492878-FC<br>FOREHAND, CHERYL<br>1900 MELROSE PLANTATION DRIVE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 377468-44<br>FOWLER, TILLIE ESTATE OF<br>C/O BUCK FOWLER<br>BROADVIEW TOWERS, UNIT 12-A<br>1596 LANCSTER TERRACE<br>JACKSONVILLE FL 32204 | CREDITOR ID: 533783-DO<br>GADDY, NANCY H<br>7635 TIMBERLINE PARK<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 492880-FC<br>GADDY, NANCY H<br>901 E PLEASANT PL<br>JACKSONVILLE FL 32259 | CREDITOR ID: 419613-ST<br>GAGE, JOANNE R<br>3817 BRAMPTON ISLAND CT N<br>JACKSONVILLE FL 32224-7609 | CREDITOR ID: 377857-45<br>GORE, CURTIS M.<br>7533 LAKERIDGE DRIVE<br>MONTGOMERY, AL 36117 |
| CREDITOR ID: 398589-78<br>GUE, GEORGE T JR<br>593 LAKE POINTE DRIVE<br>YANCEYVILLE, NC 27379 | CREDITOR ID: 395401-64<br>HANLEY, DENNIS<br>28675 SETTLERS LN<br>PEPPER PIKE OH 44124-4570 | CREDITOR ID: 492886-FC<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 403748-94<br>HEINRICH, EDWIN P JR<br>7016 BROOKVALE RD<br>FT WORTH TX 76132 | CREDITOR ID: 406751-MS<br>HENRY, DAVID F<br>129 NATURES WAY<br>PONTE VEDRA BEACH FL 32082-4617 | CREDITOR ID: 406754-MS<br>HESS, HOWARD E<br>4738 BALMORAL WAY<br>MARIETTA GA 30068 |
| CREDITOR ID: 398664-78<br>HOPKINS, HAROLD I<br>200 ELMWOOD DR<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 406802-MS<br>HUTTON, RANDALL L<br>153 BAGLEY ROAD<br>MAPLETON ME 04757 | CREDITOR ID: 492895-FC<br>ISTRE, MICHAEL J<br>145 ST JOHN'S FOREST BLVD<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 492896-FC<br>JAMES, JOHN J<br>2225 SOUTHBROOK DR.<br>ORANGE PARK FL 32003 | CREDITOR ID: 382746-51<br>JONES, GARY<br>PO BOX 6339<br>JACKSONVILLE, FL 32236 | CREDITOR ID: 403786-94<br>JONES, GARY B<br>3628 SHADY WOODS STREET SOUTH<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 406840-MS<br>JUDD, RICHARD C<br>7442 MIZNER RESERVE CT.<br>BRADENTON FL 34202 | CREDITOR ID: 533643-DO<br>KAILING, BRENT<br>5500 S. FREEWAY<br>FORT WORTH TX 76115 | CREDITOR ID: 492898-FC<br>KENNEDY, PAUL J<br>1909 SOLSTICE CT<br>ST. AUGUSTINE FL 32092 |

Case 3:05-bk-03817-JAF    Doc 10502    Filed 08/23/06    Page 5 of 12
SERVICE LIST
Page 3 of 5

Notice of Special Bar Date Requiring Filing of Proofs
of Claim on or Before September 12, 2006 at 5:00 PM ET

(Applicable Only to Claims Arising From
Operation of Section 7.10 of Plan)

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417988-ST<br>KISTEL, C JOHN JR<br>14318 RHIANNON LANE<br>HUNTERSVILLE NC 28078 | CREDITOR ID: 403802-94<br>LAFEVER, DANIEL G<br>5004 SHELLEY COURT<br>ORLANDO FL 32807-1372 | CREDITOR ID: 382762-51<br>LAZARAN, FRANK<br>VOLPE BAJALIA WICKES ROGERSON ET AL<br>ATTN JOHN T ROGERSON, III, ESQ<br>RIVERPLACE TOWER<br>1301 RIVERPLACE BLVD, STE 1700<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 382762-51<br>LAZARAN, FRANK<br>358 ROYAL TERN ROAD SOUTH<br>PONTE VEDRA BEACH, FL 32082 | CREDITOR ID: 406893-MS<br>LEDFORD, DONALD J<br>RR 3 BOX 429 C<br>HORTENSE GA 31543 | CREDITOR ID: 533633-DO<br>LOVETT, RADFORD D<br>9440 PRESTON TRAIL DRIVE<br>PONTE VEDRA BEACH FL 32082 |
| CREDITOR ID: 406914-MS<br>LUNN, RAYMOND<br>200 ROSEDOWN WAY<br>MANDEVILLE LA 70471 | CREDITOR ID: 533648-DO<br>LYNCH, PETER L<br>112 HARBOR MASTER DR<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 382791-51<br>MARONEY, DEWEY<br>133 BELMONT ROAD<br>JACKSONVILLE, FL 32252 |
| CREDITOR ID: 47796-05<br>MARTIN, DEBRA K<br>91 SAN JUAN DR.<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 403825-94<br>MATTA, MARK W<br>13827 TORTUGA POINT<br>JACKSONVILLE FL 32225 | CREDITOR ID: 403826-94<br>MAY, LAWRENCE H JR<br>4227 SNOWDON LANE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 417418-15<br>MCCOOK, RICHARD P<br>1317 CHARTER COURT EAST<br>JACKSONVILLE FL 32225 | CREDITOR ID: 406962-MS<br>MCKELLAR, CHARLES H<br>1369 COOL SPRINGS ROAD<br>NORMAN PARK GA 31771 | CREDITOR ID: 406963-MS<br>MCKISHNIE, KENNETH<br>1374 LOG LAND DR.<br>OCOEE FL 34761 |
| CREDITOR ID: 533748-DO<br>MEDINA, JOEY P<br>2615 N CAUSEWAY BLVD APT B-23<br>MANDEVILLE LA 70471 | CREDITOR ID: 533641-DO<br>MEHRER, EDWARD W<br>2500 WEST 70TH STREET<br>MISSION HILLS KS 66208 | CREDITOR ID: 398864-78<br>MILLER, HAROLD E<br>6318 AUGUSTA COVE<br>DESTIN FL 32541 |
| CREDITOR ID: 422512-ST<br>MOON, TEDDY M<br>134 TIMBERLAKE DRIVE<br>ARDMORE AL 35739 | CREDITOR ID: 533646-DO<br>MOORE, DWIGHT JR<br>3153 PARKWOOD DR<br>VALDOSTA GA 31605 | CREDITOR ID: 180360-09<br>MOORE, MICHAEL P<br>45179 AMERICAN DREAM DRIVE<br>CALLAHAN FL 32011 |
| CREDITOR ID: 533644-DO<br>NEWSOM, CHARLES R<br>501 STONEBRIDGE PATH CT<br>ST AUGUSTINE FL 32092 | CREDITOR ID: 407033-MS<br>NIXON, MICHAEL E<br>4538 ORTEGA FARMS CIRCLE<br>JACKSONVILLE FL 32210 | CREDITOR ID: 533634-DO<br>NORTH, JULIA B<br>76 BRIGHTON ROAD NE<br>ATLANTA GA 30309 |
| CREDITOR ID: 395404-64<br>NOVAK, PAUL<br>791 CRANDON, APT 1201<br>KEY BISCAYNE, FL 33149 | CREDITOR ID: 492911-FC<br>NUSSBAUM, BENNETT L<br>799 CRANDON BLVD #903<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 378214-45<br>OTTOLINO, ALFRED J.<br>1531 HARRINGTON PARK DRIVE<br>JACKSONVILLE, FL 32225 |

Case 3:05-bk-03817-JAF   Doc 10502   Filed 08/23/06   Page 6 of 12

SERVICE LIST
Page 4 of 5

Notice of Special Bar Date Requiring Filing of Proofs
of Claim on or Before September 12, 2006 at 5:00 PM ET

(Applicable Only to Claims Arising From
Operation of Section 7.10 of Plan)

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**  **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403879-94<br>PAYMENT, PHILIP H JR<br>520 CARAWAY COURT<br>JACKSONVILLE FL 32259 | CREDITOR ID: 533651-DO<br>PETERSON, RONALD<br>4 SANDPIPER COVE<br>PONTE VEDRA BEACH FL 32082 | CREDITOR ID: 407099-MS<br>POWERS, MONTY H<br>3405 CLEAR CREEK LANE<br>KNOXVILLE TN 37849 |
| CREDITOR ID: 407102-MS<br>PRINGLE, JAMES W<br>439 NW CANTERBURY COURT<br>PORT ST LUCIE FL 34983 | CREDITOR ID: 407106-MS<br>QUALLS, TERRY<br>1647 MOUNT TABOR CHURCH RD<br>EASLEY SC 29640 | CREDITOR ID: 407109-MS<br>RAINWATER, EVAN L.<br>1943 ROSE MALLOW<br>ORANGE PARK FL 32003 |
| CREDITOR ID: 407110-MS<br>RAMBO, RANDALL L.<br>5815 NW 119TH DRIVE<br>CORAL SPRINGS FL 33076 | CREDITOR ID: 533747-DO<br>RICHARDSON, DANIEL J<br>125 JOSHUA'S RUN<br>GOODLETTSVILLE TN 37072 | CREDITOR ID: 533635-DO<br>RIDER, CARLETON T<br>14 SOLANA ROAD<br>PONTE VEDRA BEACH FL 32084 |
| CREDITOR ID: 533649-DO<br>ROBBINS, THOMAS P<br>1421 HARRINGTON PARK DR<br>JACKSONVILLE FL 32225 | CREDITOR ID: 492920-FC<br>RODRIGUEZ, LINDA R<br>1105 DURBIN PARKE DRIVE<br>JACKSONVILLE FL 32259 | CREDITOR ID: 403916-94<br>ROWE, ROBERT A<br>1779 EAGLE WATCH DRIVE<br>ORANGE PARK FL 32203-8642 |
| CREDITOR ID: 533637-DO<br>ROWLAND, ALLEN R<br>2345 ALAQUA DRIVE<br>LONGWOOD FL 32779 | CREDITOR ID: 400905-91<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 64837-05<br>RUBIO, CYNTHIA S<br>281 OLE RD.<br>ST AUGUSTINE FL 32080 |
| CREDITOR ID: 403923-94<br>SADLOWSKI, LAWRENCE J<br>706 PINTAIL COURT<br>GRANDBURY TX 76049 | CREDITOR ID: 205075-09<br>SAIK, CHARLES D<br>12900 BIGGIN CHURCH ROAD<br>JACKSONVILLE FL 32224 | CREDITOR ID: 420299-ST<br>SALEM, KAREN E<br>850 SHIPWATCH DR E<br>JACKSONVILLE FL 32225-5409 |
| CREDITOR ID: 407164-MS<br>SANDERS, MARTIN LEE<br>404 CHIPLEY PLACE WEST<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407166-MS<br>SANSON, RAPHAEL<br>166 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407173-MS<br>SCHLOSSER, JAMES A<br>5480 CLOUGH PIKE<br>CINCINNATI OH 45244 |
| CREDITOR ID: 492922-FC<br>SCOTT SR, CHRISTOPHER L<br>1818 COBBLESTONE LANE<br>ST. AUGUSTINE FL 32092 | CREDITOR ID: 403933-94<br>SELLERS, MARK A<br>7651 GATE PARKWAY, APT 703<br>JACKSONVILLE FL 32256 | CREDITOR ID: 407184-MS<br>SEVIN, RONDALD A<br>8904 MAGNOLIA CHASE CIRCLE<br>TAMPA FL 33674 |
| CREDITOR ID: 407188-MS<br>SHEEHAN, DENNIS<br>216 DRIFTWOOD LANE<br>LARGO FL 33770 | CREDITOR ID: 419615-ST<br>SHEEHAN, JOHN R<br>701 GREAT EGRET WAY<br>PONTE VEDRA BEACH FL 32082-7226 | CREDITOR ID: 533642-DO<br>SKELTON, H JAY<br>196 SAN JUAN DRIVE<br>PONTE VEDRA BEACH FL 32082 |

(Applicable Only to Claims Arising From
Operation of Section 7.10 of Plan)

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 407221-MS<br>SOLANA, HARRISON<br>7108 PEARCES ROAD<br>LOUISBURG NC 27549 | CREDITOR ID: 282573-39<br>SPOONER, BRADLEY S<br>2002 RIVERGATE DRIVE<br>ORANGE PARK FL 32003 | CREDITOR ID: 533636-DO<br>STEPHENS, CHARLES P<br>8335 HEWLETT ROAD<br>ATLANTA GA 30350 |
| CREDITOR ID: 407263-MS<br>SUTTON, WILLIAM H JR<br>407 PERTHSHIRE DRIVE<br>ORANGE PARK FL 32073 | CREDITOR ID: 382150-51<br>THATCHER, JAMES H.<br>364 NORTH SEALAKE LANE<br>PONTE VEDRA BEACH, FL 32082 | CREDITOR ID: 492932-FC<br>TIBERIO, PAUL L<br>209 SOUTH HAMPTON CLUB WAY<br>ST AUGUSTINE FL 32092 |
| CREDITOR ID: 395406-64<br>TIMBROOK, STANLEY R JR<br>230 EDGEWATER BRANCH DRIVE<br>JACKSONVILLE, FL 32259 | CREDITOR ID: 403967-94<br>TOSCANO, AUGUST B<br>7846 RITTENHOUSE LANE<br>JACKSONVILLE FL 32256 | CREDITOR ID: 533638-DO<br>TOWNSEND, RONALD<br>13440 ELLISWORTH LANE<br>JACKSONVILLE FL 32225 |
| CREDITOR ID: 407298-MS<br>TREADWAY, TOMMY L<br>4428 FRAZIER CIRCLE<br>TIFTON GA 31794 | CREDITOR ID: 75957-05<br>VANSCHOOR, DEBORAH A<br>955 FRUITWOOD DRIVE<br>FRUIT COVE FL 32259 | CREDITOR ID: 403978-94<br>WADFORD, HOWARD S<br>613 CATHERINE FOSTER LANE<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 407349-MS<br>WEAVER, DONALD A<br>20 STONEBROOK FARM WAY<br>GREENVILLE SC 29615 | CREDITOR ID: 407350-MS<br>WEBB, AUTHOR C<br>12723 CORMORANT COVE LANE<br>JACKSONVILLE FL 32223 | CREDITOR ID: 492935-FC<br>WESTON, CHARLES M<br>2641 COUNTRY SIDE DRIVE<br>ORANGE PARK FL 32203 |
| CREDITOR ID: 533645-DO<br>WESTON, CHARLIE M<br>2285 MARSH HAWK LANE APT 3106<br>ORANGE PARK FL 32003 | CREDITOR ID: 407365-MS<br>WHITE, JOSEPH T<br>132 LAKE RIDGE DR<br>LAPLACE LA 70068 | CREDITOR ID: 407384-MS<br>WINGE, CHARLES E<br>991 FLATWOODS TRAIL<br>GLENVILLE GA 30427 |
| CREDITOR ID: 407384-MS<br>WINGE, CHARLES E<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 403141-89<br>YOUNG, DAVID<br>1300 HIDEAWAY DRIVE SOUTH<br>JACKSONVILLE FL 32259 | CREDITOR ID: 407404-MS<br>ZAHRA, E ELLIS JR<br>824 MAPLETON TERRACE<br>JACKSONVILLE FL 32207 |

**Total: 129**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., et al.,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

## NOTICE OF SPECIAL BAR DATE REQUIRING FILING OF PROOFS OF CLAIM
## ON OR BEFORE SEPTEMBER 12, 2006, AT 5:00 P.M. EASTERN TIME

### (APPLICABLE ONLY TO CLAIMS ARISING FROM OPERATION OF SECTION 7.10 OF PLAN)

| Debtor | Other Names Used | Address | Tax I.D. | Case No. |
|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | The Marketplace, Winn-Dixie Marketplace, SaveRite, Jitney Jungle, Thriftway, Sack n' Save, Grocery Bargain Depot, Dixie Spirits | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0514290 | 05-03817-3F1 |
| Dixie Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-3182270 | 05-03818-3F1 |
| Table Supply Food Stores Co., Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079368 | 05-03819-3F1 |
| Astor Products, Inc. | N/A | 5244 Edgewood Court<br>Jacksonville, Florida 32254 | 59-0858632 | 05-03820-3F1 |
| Crackin' Good, Inc. | N/A | 701 N. Forrest Street<br>Valdosta, Georgia 31601 | 59-3652948 | 05-03821-3F1 |
| Deep South Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-1271288 | 05-03822-3F1 |
| Deep South Products, Inc. | N/A | 255 Jacksonville Highway<br>Fitzgerald, Georgia 31750 | 59-0855905 | 05-03823-3F1 |
| Dixie Darling Bakers, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0471662 | 05-03824-3F1 |
| Dixie-Home Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6079054 | 05-03825-3F1 |
| Dixie Packers, Inc. | N/A | State Road 53 South<br>Madison, Florida 32340 | 59-1288553 | 05-03826-3F1 |
| Dixie Spirits, Inc. | N/A | 600 Edwards Avenue<br>Harahan, Louisiana 70123-3185 | 77-0602359 | 05-03827-3F1 |
| Economy Wholesale Distributors, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-0230020 | 05-03828-3F1 |
| Foodway Stores, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1569265 | 05-03829-3F1 |
| Kwik Chek Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6073162 | 05-03830-3F1 |
| Sunbelt Products, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1551401 | 05-03831-3F1 |
| Sundown Sales, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 75-1414946 | 05-03832-3F1 |
| Superior Food Company | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 57-0469943 | 05-03833-3F1 |
| WD Brand Prestige Steaks, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3545257 | 05-03834-3F1 |
| Winn-Dixie Handyman, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 58-1434107 | 05-03835-3F1 |
| Winn-Dixie Logistics, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652949 | 05-03836-3F1 |
| Winn-Dixie Montgomery, Inc. | Winn-Dixie Atlanta, Inc., Winn-Dixie Louisiana, Inc., Buddies, Pump n' Save, Dixie Spirits | 1550 Jackson Ferry Road<br>Montgomery, Alabama 36104-1718 | 59-1212119 | 05-03837-3F1 |
| Winn-Dixie Procurement, Inc. | Monterey Canning Co. | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-3652951 | 05-03838-3F1 |
| Winn-Dixie Raleigh, Inc. | Save Rite Grocery Warehouse, Inc., Winn-Dixie Charlotte, Inc. | 833 Shotwell Road<br>Clayton, North Carolina 27520 | 56-0670665 | 05-03839-3F1 |
| Winn-Dixie Supermarkets, Inc. | N/A | 5050 Edgewood Court<br>Jacksonville, Florida 32254-3699 | 59-6078837 | 05-03840-3F1 |

**PLEASE TAKE NOTICE THAT:**

1. **CASE FILING.** On February 21, 2005, Winn-Dixie Stores, Inc. and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Their cases are pending before the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court") and are being jointly administered under Case No. 05-03817-3F1.

2. **PROTECTIONS AFFORDED TO THE DEBTORS.** Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. CREDITORS WHO OWE AMOUNTS TO THE DEBTORS ARE REQUIRED TO PAY SUCH AMOUNTS, EVEN THOUGH THE DEBTORS OWE MONEY OR PROPERTY TO THE CREDITORS; AND CREDITORS MAY NOT SET OFF AMOUNTS THEY

OWE TO THE DEBTORS AGAINST AMOUNTS OWED BY THE DEBTORS TO THEM WITHOUT SPECIFIC AUTHORIZATION FROM THE COURT. If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the clerk of the Court is not permitted to give legal advice.

3. **SPECIAL BAR DATE.** By order of the Bankruptcy Court (the "Bar Date Order"), the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file proofs of claim against the Debtors was August 1, 2005, at 5:00 p.m. Eastern Time, or, in the case of governmental units only, August 22, 2005, at 5:00 p.m. Eastern Time (the "Bar Date"). The Bar Date Order, however, authorized the Debtors to establish special bar dates applicable to any subsequently identified potential claimants. Therefore, the Debtors have established **September 12, 2006 at 5:00 p.m. Eastern Time** as the special bar date (the "Special Bar Date") applicable only to persons who have claims arising from operation of Section 7.10 of the Debtors' Joint Plan of Reorganization (see paragraph 4 below) (the "Section 7.10 Claimants"). The Special Bar Date and the procedures set forth below for the filing of proofs of claim apply to all claims against the Debtors that arise by operation of Section 7.10 of the Joint Plan.

4. **SECTION 7.10.** Section 7.10(a) of the Debtors' Joint Plan of Reorganization provides as follows: "Indemnification Obligations owed to any [directors, officers, and employees of the Debtors (or the estates of any of the foregoing) who served or were employed by the Debtors as of or after the Petition Date] for claims arising before the Petition Date or for claims resulting from gross negligence, willful misconduct, breach of fiduciary duty, or intentional tort, shall be deemed to be, and shall be treated as though they are, executory contracts that are rejected pursuant to Section 365 of the Bankruptcy Code under the Plan." Section 7.10(b) of the Debtors' Joint Plan of Reorganization provides as follows: "All Indemnification Obligations owed to directors, officers, and employees of the Debtors who served or were employed by the Debtors prior to, but not after, the Petition Date shall be deemed to be, and shall be treated as though they are, executory contracts that are rejected pursuant to Section 365 of the Bankruptcy Code under the Plan."

5. **WHO MUST FILE A PROOF OF CLAIM.** You MUST file a proof of claim if you have a claim that arises by operation of Section 7.10 of the Debtors' Joint Plan of Reorganization. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

6. **WHO NEED NOT FILE A PROOF OF CLAIM.** You should not file a proof of claim if you have already filed a proof of claim for any claim arising by operation of Section 7.10 of the Joint Plan of Reorganization and if the claim asserted in that proof of claim remains accurate. If you have previously filed a proof of claim but the claim asserted is no longer accurate, you may file an additional proof of claim at this time but you must indicate on the proof of claim form in the box provided that the additional proof of claim replaces a previously filed proof of claim.

7. **WHAT TO FILE.** A proof of claim form prepared by the Debtors is enclosed. If you desire to use a different proof of claim form, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form or to Official Form No. 10, and (d) include supporting documentation (if voluminous, attach a summary). You may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, from certain business supply stores, from www.loganandco.com or by written request to Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey, 07043, Fax: (973) 509-3191, E-mail: winninfo@loganandco.com.

8. **WHEN AND WHERE TO FILE.** Except as provided for herein, proofs of claim must be filed so as to be received on or before **5:00 p.m. Eastern Time on September 12, 2006**, at the following address (the "Claims Docketing Center"):

**Winn-Dixie Claims Docketing Center c/o Logan & Company, Inc.,**
**546 Valley Road, Upper Montclair, New Jersey 07043**

A proof of claim will be deemed timely filed only if the original proof of claim is <u>actually received</u> by the Claims Docketing Center on or before the Special Bar Date. Proofs of claim may <u>not</u> be sent by facsimile, telecopy, or other electronic means.

9. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE SPECIAL BAR DATE. ANY SECTION 7.10 CLAIMANT RECEIVING THIS NOTICE WHO FAILS TO FILE A PROOF OF CLAIM ON OR BEFORE 5:00 P.M. EASTERN TIME ON SEPTEMBER 12, 2006, FOR ANY CLAIM ARISING BY OPERATION OF SECTION 7.10 OF THE DEBTORS' JOINT PLAN OF REORGANIZATION WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIM) AGAINST THE DEBTORS, AND SUCH HOLDER SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OF REORGANIZATION OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIM.**

10. **ACCESS TO RELATED DOCUMENTS.** Copies of the Debtors' Joint Plan of Reorganization, the Debtors* Schedules, the Bar Date Order and other relevant documents may be viewed at www.loganandco.com.

11. **FURTHER INFORMATION.** If you have any questions concerning the filing, amount, nature, or processing of a proof of claim, please call 1-973-509-3190 or e-mail winninfo@loganandco.com. **YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM. DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

DATED: August 18, 2006

Co-Counsel for Debtors:  
D. J. Baker, Rosalie W. Gray and Jane M. Leamy  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square, New York, New York 10036-6522

Co-Counsel for Debtors:  
Stephen D. Busey, James H. Post and Cynthia C. Jackson  
Smith Hulsey & Busey  
225 Water Street, Suite 1800, Jacksonville, Florida 32202

| Form B10 (Official Form 10) (04/03) | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**<br><br>**Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered** | Chapter 11<br>**PROOF OF CLAIM** | **DEADLINE FOR FILING PROOFS OF CLAIM IS: SEPTEMBER 12, 2006 AT 5:00 P.M. EASTERN TIME** |

**Name of Debtor Against Which You Assert Your Claim:**

Debtor Name: **Winn-Dixie Stores, Inc.**          Case No. **05-03817-3F1**

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.**

**A. Name and Address of Creditor** (The person or other entity to whom the debtor owes money or property):

_____
Telephone No. of Creditor

_____
Fax No. of Creditor

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

**B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if):** ☐ replaces address above ☐ additional address

Name:_____

Company/Firm:_____

Address:_____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

This Space Is For Court Use Only

Account or Other Number by Which Creditor Identifies Debtor:          Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☒ Other: **Indemnification Claim (§ 7.10 of Plan)**

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN:_____
Unpaid compensation for services performed from
_____ to _____
   (date)     (date)

**2. Date debt was incurred:**

**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$_____   $_____**N/A**_____   $_____**N/A**_____   $_____
   (unsecured)               (secured)                 (priority)                 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____   **N/A**

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim          **N/A**

Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print:_____ Title:_____<br><br>Signature:_____ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

PLEASE READ THE PROOF OF CLAIM FORM CAREFULLY AND FILL IT IN COMPLETELY AND ACCURATELY. PRINT LEGIBLY. YOUR CLAIM MAY BE DISALLOWED IF IT CANNOT BE READ AND UNDERSTOOD. THE PROOF OF CLAIM MUST BE COMPLETED IN ENGLISH. THE AMOUNT OF ANY CLAIMS MUST HAVE ARISEN ON OR PRIOR TO THE FILING OF THE CHAPTER 11 PETITIONS ON FEBRUARY 21, 2005, AND MUST BE DENOMINATED IN UNITED STATES CURRENCY.

The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.

### --- DEFINITIONS ---

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*
A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or with a designated agent of the court.

*Secured Claim*
A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*
If a claim is not a secured claim, it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*
Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

### ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM (If Not Already Filled In)

**Name of Debtor and Case Number:**
Fill in the name of the Debtor against which you assert a claim, as well as the Case Number applicable to such Debtor. The Debtors' Names and Case Numbers are listed below.

| Debtor | Case Number |
|---|---|
| **Winn-Dixie Stores, Inc.** | Case No. 05-03817-3F1 |
| **Dixie Stores, Inc.** | Case No. 05-03818-3F1 |
| **Table Supply Food Stores Co., Inc.** | Case No. 05-03819-3F1 |
| **Astor Products, Inc.** | Case No. 05-03820-3F1 |
| **Crackin' Good, Inc.** | Case No. 05-03821-3F1 |
| **Deep South Distributors, Inc.** | Case No. 05-03822-3F1 |
| **Deep South Products, Inc.** | Case No. 05-03823-3F1 |
| **Dixie Darling Bakers, Inc.** | Case No. 05-03824-3F1 |
| **Dixie-Home Stores, Inc.** | Case No. 05-03825-3F1 |
| **Dixie Packers, Inc.** | Case No. 05-03826-3F1 |
| **Dixie Spirits, Inc.** | Case No. 05-03827-3F1 |
| **Economy Wholesale Distributors, Inc.** | Case No. 05-03828-3F1 |
| **Foodway Stores, Inc.** | Case No. 05-03829-3F1 |
| **Kwik Chek Supermarkets, Inc.** | Case No. 05-03830-3F1 |
| **Sunbelt Products, Inc.** | Case No. 05-03831-3F1 |
| **Sundown Sales, Inc.** | Case No. 05-03832-3F1 |
| **Superior Food Company** | Case No. 05-03833-3F1 |
| **WD Brand Prestige Steaks, Inc.** | Case No. 05-03834-3F1 |
| **Winn-Dixie Handyman, Inc.** | Case No. 05-03835-3F1 |
| **Winn-Dixie Logistics, Inc.** | Case No. 05-03836-3F1 |
| **Winn-Dixie Montgomery, Inc.** | Case No. 05-03837-3F1 |
| **Winn-Dixie Procurement, Inc.** | Case No. 05-03838-3F1 |
| **Winn-Dixie Raleigh, Inc.** | Case No. 05-03839-3F1 |
| **Winn-Dixie Supermarkets, Inc.** | Case No. 05-03840-3F1 |

(NOTE: If you have a claim against more than one of the Debtors, you must file a separate proof of claim against each Debtor. If your proof of claim fails to designate the Debtor against which you have a claim, your claim will be deemed to be a claim against Winn-Dixie Stores, Inc. If your proof of claim designates more than one Debtor, your claim will be deemed to be a claim only against Winn-Dixie Stores, Inc.)

**Information about Creditor:** Complete the section giving the name, address, telephone number, fax number, and e-mail address (if any) of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form. **Please note that all future correspondence sent by Logan & Company, Inc. will be mailed to the pre-printed address as listed in Box A on the reverse side, unless you indicate and change the address on the reverse side. Further future mailings will be sent to the attention of the signatory on the reverse side of this Proof of Claim.**

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim." (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

**7. Unsecured Priority Claim**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly a nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**8. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**9. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available. DO NOT SEND ORIGINAL SUPPORTING DOCUMENTS, ORIGINAL GIFT CERTIFICATES/GIFT CARDS, ETC.

THE ORIGINAL OF THIS PROOF OF CLAIM FORM MUST BE SENT SO THAT IT IS **RECEIVED** ON OR BEFORE **5:00 P.M. EASTERN TIME, SEPTEMBER 12, 2006**. SEND THE COMPLETED PROOF OF CLAIM FORM BY U.S. MAIL, COURIER SERVICE, HAND DELIVERY OR OVERNIGHT SERVICE TO: **WINN-DIXIE CLAIMS DOCKETING CENTER, c/o LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043.** PROOFS OF CLAIM MAY NOT BE SENT BY FACSIMILE, TELECOPY, OR OTHER ELECTRONIC MEANS.