**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                          CASE NO.: 05-03817-3F1

**WINN-DIXIE STORES, INC., et al.**                             Chapter 11

                                                                Jointly Administered

---

## NOTICE OF LIMITED APPEARANCE AND
## RULE 2016 STATEMENT OF COMPENSATION

**COMES NOW** the undersigned attorney, and enters a limited appearance on behalf of CREDITOR **SUSAN WALKER** in the above-styled cause, at the request of the attorney of record, for the sole purpose of attending the **Debtor's Omnibus Objection to Unresolved Litigation Claims** on the date listed below, and for no other purpose. The undersigned does NOT request service of any pleadings or correspondence. All correspondence and pleadings should continue to be served on the attorney of record, and not the undersigned. The undersigned further states that he expects to receive compensation from Debtor's Counsel in the amount of $0.00 for attending the above hearing.

**DATED** this 24th day of August, 2006.

                                            PARKER & DUFRESNE, P.A.

                                            /s/ E. Warren Parker, Jr.
                                            _____
                                            E. WARREN PARKER, JR.
                                            Fla. Bar No. #958506
                                            8777 San Jose Blvd., #301
                                            Jacksonville, FL 32217
                                            (904) 733-7766
                                            Fax: (904) 733-2919
                                            Attorney for Debtors