UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF CONTRACT FROM DEBTORS' MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EMPLOYMENT-RELATED EXECUTORY CONTRACTS AND FIXING CURE AMOUNTS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (the "Debtors") give notice of the withdrawal of the contract with Dennis Hanley from the Debtors' Motion for Order Authorizing Assumption of Employment-Related Executory Contracts and Fixing Cure Amounts (the "Employment Contract Assumption Motion").

Such contract will not be assumed pursuant to the Employment Contract Assumption Motion and will remain pending. The Debtors reserve the right to include such contract in a motion to assume or reject to be filed at a later date.

Dated: August 24, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| | |
| By  /s/ D. J. Baker            D. J. Baker    Sally McDonald Henry    Rosalie Walker Gray    David M. Turetsky | By  /s/ James H. Post            Stephen D. Busey    James H. Post    Cynthia C. Jackson    Florida Bar Number 175460 |
| Four Times Square  New York, New York 10036  (212) 735-3000  (917) 777-2150 (facsimile) | 225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile) |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.