**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF CONTRACTS FROM DEBTORS' SECOND OMNIBUS
MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES AND FIXING CURE AMOUNTS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (the "Debtors") give notice of the withdrawal of the contracts with the following parties from the Debtors' Second Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts ("the Second Omnibus Motion"): Quest Software, Republic Refrigeration, Retalix, and Talx Corp.

Such contracts will not be assumed pursuant to the Second Omnibus Motion and will remain pending. The Debtors reserve the right to include any of such contracts in a motion to assume or reject to be filed at a later date.

Dated: August 24, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| | |
| By  */s/ D. J. Baker* | By  */s/ James H. Post* |
|     D. J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post |
|     Rosalie Walker Gray |     Cynthia C. Jackson |
|     David M. Turetsky |     Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| | |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

1151537-New York Server 7A - MSW