UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 05-03817-3F1 |
| WINN DIXIE STORES, INC., ETAL | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO APPEAR PRO HAC VICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **Andre G. Coudrain of Cashe Lewis Coudrain & Sandage**, and makes this motion to appear pro hac vice in the above entitled and numbered cause. In support thereof, Movant would respectfully show the Court as follows:

1.

Movant's address is Post Office Drawer 1509, Hammond, Louisiana 70404 (106 South Magnolia Street, Hammond, Louisiana 70403).

2.

Movant is representing creditor, City of Hammond, a municipal corporation organized under a City Charter pursuant to the Louisiana Constitution of 1974.

3.

Movant was admitted to practice by State of Louisiana in 1983.

4.

Movant is in good standing and is otherwise eligible to practice before this Court.

5.

Movant is not currently suspended or disbarred in any other Court.

6.

There are no pending grievances or other criminal matters pending against Movant.

7.

Movant has been admitted to practice in the following courts: U. S. District Court: Eastern, Middle and Western Districts of Louisiana; First Circuit Court of Appeal; pro hac vice: Eastern District of Virginia and Eastern District of Texas.

8.

Movant has read and will comply with the Local Rules of the Middle District Bankruptcy Court of Florida, including Rule 2090 (1) (2), the "Attorney's Admission to Practice and Discipline and Disbarment."

WHEREFORE, PREMISES CONSIDERED, Movant Prays that the Court grant this Motion to Appear Pro Hac Vice in this matter.

Respectfully submitted

CASHE LEWIS COUDRAIN & SANDAGE

*/s/ Andre G Coudrain*
_____
Andre G Coudrain
LA Bar Roll No 01789
Post Office Box 1509
Hammond LA 70404
985 542-6848 telephone
985 542-9602 facsimile