UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: CASE NO. 05-03817-3F1

WINN DIXIE STORES, INC., ETAL CHAPTER 11

DEBTORS JOINTLY ADMINISTERED

*************************************************************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Motion to Appear Pro Hac Vice has been forwarded to

| | |
|---|---|
| Stephen D Busey | D J Baker |
| James H Post | Sally McDonald Henry |
| Cynthia C Jackson | Rosalie Gray |
| 225 Water Street | Four Times Square |
| Suite 1800 | New York NY 10036 |
| Jacksonville FL 32202 | |

by United States Mail on this 24th day of August 2006.

Respectfully submitted

CASHE LEWIS COUDRAIN & SANDAGE

*/s/ Andre G Coudrain*

_____
Andre G Coudrain
LA Bar Roll No 01789
Post Office Box 1509
Hammond LA 70404
985 542 6848
985 542 9602 facsimile