F I L E D
JACKSONVILLE, FLORIDA
AUG 2 4 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

August 16, 2006
Frances A. Rogers
109 Chaeta Ave.
Greenville, S.C. 29615

Honorable Jerry A. Funk
Judge of the Bankruptcy Court
United States Courthouse
300 North Hogan St.
Jacksonville, Florida 32202

Re: Winn Dixie Stores
Plan of Reorganization
Case No. 05-03819-3F1
Chapter 11
1064 Shares Stock

Your Honor:

Justice screams for share holders equity. This plan gives no consideration to share holders.

I respectfully request you insist this plan be modified to include share holders.

You have the power and position to make this right. I beg you to do so.

Many thanks for your consideration.

Sincerely,
Frances A. Rogers

cc: Rosalie Walker Gray