

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M..

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order (A) Authorizing Winn-Dixie Logistics, Inc. to Sell Harahan Warehouse Facility and Related Assets Free and Clear of Liens, Claims, and Interests and (B) Granting Related Relief Filed by Debtors (9884)

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

RULING: *Granted*
        *Ord / Signed*