

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/L. Prendergast

Fifth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities filed by Debtor Winn Dixie Stores, Inc. (9471)

Response to Objection filed by Sheriff and Ex-Officio Tax Collector of Parish of Tangipahoa, Louisiana (10490) untimely — Cont'd. until further ntc.

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR

SHERIFF AND EX-OFFICIO TAX
  COLLECTOR OF PARISH OF TANGIPAHOA, LA:

RULING: Granted (as to 3 LA taxing authorities)
Ord / Signed