

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (4283)

Objection to Motion filed by Debtors (5874)

Objection to Motion filed by Creditors Committee (5887)

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
FLORIDA TAX COLLECTORS:  BRIAN FITGERALD

RULING:     Cont'd to 9/7/06 @ 1:00 AOCNFN