

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Florida Tax Collectors' Motion for Adequate Protection (4284)

Objection to Motion filed by Debtors (7537)

APPEARANCES:
US TRUSTEE:                           ELENA ESCAMILLA
UNSEC. CRED:                          JOHN B. MACDONALD/PATRICK PATANGAN
                                      MATTHEW S. BARR
FLORIDA TAX COLLECTORS:   BRIAN FITZGERALD

RULING:     Cont. ∅. to 9/7/06 @ 1:00 AOCNFN