

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Consolidated Biscuit Company's Request for Payment of an Administrative Expense Claim (8930)

Administrative Expenses Requested - $885,975.47

Objection filed by Debtors (10359)

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR
CONSOLIDATED BISCUIT CO: KENNETH BAKER

RULING: Cont'd. until further nte. from either party