

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Authorizing Rejection of Employment-Related Executory Contracts and Fixing Cure Filed by Debtors (9909)

Objection to Motion filed by Jeffrey Barrow (10354) - Cont'd.

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR
JEFFREY BARROW:      PRO SE

RULING:   w/D as to Hart and Hanley
          Rejected as to remaining 95 employees
          Granted
          Ord/Signed