

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen P. D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts filed by Debtors (9710)

Objection to Motion filed by Alabama Power Company (10111)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
ALABAMA POWER CO:              EDWARD J. PETERSON, III

RULING:    W/D as to 11 contract
           assume remain 44 contracts
           Granted.
           Ord / Signed