

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (9897)

Objection to Motion filed by Concord-Fund IV Retail, LP (10302)

Objection to Motion filed by Connecticut General Life Insurance Company, et al (10355)

Objection to Motion filed by General Electric Capital Corporation (10360)

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| CONCORD-FUND IV RETAIL LP: | KAREN SPECIE |
| CONNECTICUT GENERAL LIFE INSURANCE CO ET AL: | JEFFREY C. WISLER |
| GENERAL ELECTRIC CAPITAL CORP: | ADAM FRISCH |

RULING:  447 executory contracts and subleases
w/D as to 4 parties
cont'd as to 8 other parties
Granted as to 435 ex. contracts and subleases — O/S