

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.   Page 1 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (9494)

      Response filed by Archilles Realty Company (10140)

      Response filed by LaSalle Bank National Association etc. (10164)

      Response filed by Colorado Boxed Beef Company (10185)

      Response filed by United Commercial Mortgage Corp. (10191)

      Response filed by Merrill Lynch LP Holdings, Inc. (10214)

      Response filed by Principal Life Insurance Co. (10216)

      Response filed by PG-1 Development Co (10219)

      Response filed by Merrill Lynch Pierce Fenner & Smith (10228)

APPEARANCES CONTINUED ON PAGE 3



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 2 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Information Resources, Inc. (10232)

Response filed by Villa Rica Retail Properties, LLC (10235)

Response filed by Porcupine WD5, LLC (10237)

Response filed by Checkpoint Systems, Inc. (10243)

Response filed by SCP Winter Garden FL, LLC (10245)

Response filed by Baker & Hostetler LLP (10246)

Response filed by General Electric Capital Corporation (10380)

Response filed by New Plan Excel Realty Trust, Inc., and Cliffdale Corner, Inc. (10389)

Response filed by Pepsi Bottling Ventures LLC (10420)



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 3 of 3

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| ARCHILLES REALTY CO. | CATHERINE HARRISON |
| LASALLE BANK NATL. ASSOC. ETC: | B. SUMMER CHANDLER |
| COLORADO BOXED BEEF CO: | JAMES MARTIN |
| UNITED COMMERCIAL MORTGAGE CORP: | ADAM FRISCH |
| MERRILL LYNCH LP HOLDINGS, INC: | LARREN NASHELSKY |
| PRINCIPAL LIFE INSURANCE CO: | WENDY SIMKULAK |
| PG-1 DEVELOPMENT COMPANY: | RICHARD THAMES |
| MERRILL LYNCH PIERCE FENNER & SMITH: | CHRISTIE DOWLING |
| INFORMATION RESOURCES, INC.: | JOSEPH D. FRANK |
| VILLA RICA RETAIL PROPERTIES, LLC | HEATHER DAWSON |
| PORCUPINE WD5, LLC: | SARA LORBER |
| CHECKPOINT SYSTEMS, INC: | RICHARD THAMES |
| SCP WINTER GARDEN FL, LLC: | RICHARD THAMES |
| BAKER & HOSTETLER LLP: | ERIC GOLDEN |
| GENERAL ELECTRIC CAPITAL CORP: | ADAM FRISCH |
| NEW PLAN EXCEL REALTY TRUST, INC. AND CLIFFDALE CORNER, INC. | DAVID POLLACK |
| PEPSI BOTTLING VENTURES LLC: | ADAM FRISCH |

RULING: Cont'd as to 3/
w/D as to 4
Disallow 152 claims
Remaining objections sustained — Ord/Signed