

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 1 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Omnibus Objection to Unresolved Litigation Claims (8702)

Response filed by Jennifer Powers (9791)

Response filed by Janice Swain (9783)

Response filed by Ofelia Calle (9814)

Response filed by Briana Johnson (9881)

Response filed by Robert McMillan (9934)

Response filed by James Girdzus, Jr. (9935)

Response filed by Shaun Johnson, et al (9936)

**APPEARANCES CONTINUED TO PAGES 9, 10, AND 11**



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.          Page 2 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

    **Response filed by Anna Lopiccolo (9937)**

    **Response filed by Ernest Allen (10027)**

    **Response filed by Holly Wall (10039)**

    **Response filed by Wendy Pelly (10045)**

    **Response filed by Robin Ray (10054)**

    **Response filed by Ronald Thomas (10067)**

    **Response filed by Maria Gonzales (10110)**

    **Response filed by Sabrina Rodriguez (10108)**

Case 3:05-bk-03817-JAF   Doc 10532   Filed 08/24/06   Page 3 of 11



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                              Page 3 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Felicia Patterson (10109)

Response filed by Betty Lee (10112)

Response filed by Thomas Hazellief (10128)

Response filed by Digna Gonzalez (10129)

Response filed by Larry Patterson (10149)

Response filed by Terri Hughes (10156)

Response filed by William Salazar, Hermelinda Sanchez, Leny R. Rosero, Gerson Salazar Ana Parva (10166)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 4 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Dierdre Nelson (10167)

Response filed by Linda Phillips (10168)

Response filed by June and John Britton (10169 and 10236)

Response filed by Cassie Aaron Wallace (10176)

Response filed by Marinda Brown (10177)

Response filed by Alma Goodrich (10179)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 5 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Hilda Alvarez (10182)

Response filed by Alma Rose Manzanares (10183)

Response filed by Elizabeth Jones (10186)

Response filed by Blanca Velasquez (10192)

Response filed by Carrie Wilson (10193)

Response filed by Margaret Clark (10194)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                Page 6 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Brenda Lowry (10195)

Response filed by Amarillis Rodriguez (10196)

Response filed by William Knights (10197)

Response filed by Beverly Gaillard (10198)

Response filed by Yrma Fernandez (10199)

Response filed by Joyce Williams (10200)

Response filed by Jason Lodolce (10201)

Response filed by Dinorah Gonzalez and Amy Isabel Reyes (10203)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    Page 7 of 11

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

Response filed by Merle Hemby (10211)

Response filed by Cindy Stewart (10212)

Response filed by Kathleen Malloy (10213)

Response filed by Susan Walker (10223)

Response filed by Ana Martinez (10226)

Response filed by Julandes James-Smith (10227)

Response filed by Reva Stamper (10229)

Response filed by Ana Alvarez (10230)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 8 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Romona Rodriguez (10231)

Response filed by Ken Beaudrie (10234)

Response filed by Rosa Sanchez (10238)

Response filed by Debra Hallman Neal (10239)

Response filed by Beverly King (10241)

Response filed by Pat Armstrong (10242)

Response filed by Ray Sizemore (10288)

Response filed by Roy Brown (10293)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 9 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| JENNIFER POWERS: | J. RICHARD YOUNG |
| JANICE SWAIN: | J. RICHARD YOUNG |
| OFELIA CALLE: | DAVID W. LANGLEY |
| BRIANA JOHNSON: | JEFFREY BECKER |
| ROBERT MCMILLAN: | ROBERT WILCOX |
| JAMES GIRDZUS, JR: | ROBERT WILCOX |
| SHAUN JOHNSON, ET AL: | ROBERT WILCOX |
| ANNA LOPICCOLO: | ROBERT WILCOX |
| ERNEST ALLEN: | PRO SE |
| HOLLY WALL: | GUY RUBIN |
| WENDY PELLY: | JOSEPH C. WHITELOCK |
| ROBIN RAY: | JOSEPH C. WHITELOCK |
| RONALD THOMAS: | JOSEPH M. WILLIAMS |
| MARIA GONZALEZ: | ANDY M. CUSTER |
| SABRINA GONZALEZ: | TORRENCE PHILLIPS |
| FELICIA PATTERSON: | TORRENCE PHILLIPS |
| BETTY LEE: | TORRENCE PHILLIPS |
| THOMAS HAZELLIEF: | JOSEPH W. LEWIS |
| DIGNA GONZALEZ: | ROBERT L.F. POLSKY |



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 24, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                Page 10 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

| | |
|---|---|
| LARRY PATTERSON: | REHAN KHAWAJA |
| TERRI HUGHES: | JAY D. PASSER |
| WILLIAM SALAZAR ET AL: | JOSE F. GARCIA |
| DIERDRE NELSON: | NICHOLE S. PACELLA |
| LINDA PHILLIPS: | SANFORD REINSTEIN |
| JUNE AND JOHN BRITTON: | DEAN REED |
| CASSIE AARON WALLACE: | TORRENCE PHILLIPS |
| MARINDA BROWN: | MEREDITH BRASCA |
| ALMA GOODRICH: | DENNIS LEVINE |
| HILDA ALVAREZ: | TORRENCE PHILLIPS |
| ALMA ROSE MANZANARES: | LUISA LINARES |
| ELIZABETH JONES: | JOHN WESLEY |
| BLANCA VELASQUEZ: | ANTHONY FALZON |
| CARRIE WILSON: | PRO SE |
| MARGARET CLARK: | PRO SE |
| BRENDA LOWRY: | MICHAEL ROBERTS |
| AMARILLIS RODRIGUEZ: | PRO SE |
| WILLIAM KNIGHTS: | MELISSA H. ANDRADE |
| BEVERLY GAILLARD: | FREDERICK P. GILMORE |
| YRMA FERNANDEZ: | ANTHONY FALZON |
| JOYCE WILLIAMS: | T. DWIGHT REID |
| JASON LODOLCE: | MARGARET HEY |
| DINORAH GONZALEZ AND AMY ISABEL REYES: | ROBERT ROMAGNA |
| MERLE HEMBY: | DAVID VAN EVERY |



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                         Page 11 of 11

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

| | |
|---|---|
| CINDY STEWART: | LOUIS LONG, JR. |
| KATHLEEN MALLOY: | MYERS CARROLL CAYER |
| SUSAN WALKER: | DAVID WOLF |
| ANA MARTINEZ: | MATTHEW E. KAPLAN |
| JULANDES JAMES-SMITH: | MICHAEL ROBERTS |
| REVA STAMPER: | RAY H. STOESS, JR. |
| ANA ALVAREZ: | RONALD J. DAVIS |
| ROMONA RODRIGUEZ: | ROBERT J. SHUTTERA |
| KEN BEAUDRIE: | RONALD J. DAVIS |
| ROSA SANCHEZ: | PRO SE |
| DEBRA HALLMAN NEAL: | RICHARD BOLTON |
| BEVERLY KING: | MICHAEL ROBERTS |
| PAT ARMSTRONG: | MICHAEL ROBERTS |
| RAY SIZEMORE: | PRO SE |
| ROY BROWN: | TONI SAWYER |

RULING: 2500 litigation claims (1400 have been resolved)
1100 unresolved litigation claim
Disallow 291 claim
Cont'd. as to remaining objectors
148 rec'd. no response - disallowed
Granted
Ord/Signed