UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF FILING

COMES NOW, Liberty Mutual Insurance Company ("Liberty") by and through its undersigned counsel, and gives notice of filing of the attached Notice of Withdrawal of Proofs of Claim in furtherance of the Order Authorizing Debtors to Enter into Surety Credit Facility with Liberty and Granting Related Relief (Docket Entry No. 10160).

Dated: August 24, 2006

        s/ Jeffrey C. Regan
        Jeffrey C. Regan (FBN 436550)
        Attorneys for Liberty Mutual Insurance Company
        REGAN ZEBOUNI & WALKER, P.A.
        9905 Old St. Augustine Road, Suite
        Jacksonville, FL 32257
        (904) 356-1300 (telephone)
        (904) 356-8050 (facsimile)
        jregan@rzwlaw.com

        and

        J. Michael Franks (BPR #2641)
        Thomas T. Pennington (BPR #9605)
        Attorneys for Liberty Mutual Insurance Company
        MANIER & HEROD
        150 Fourth Avenue North, Suite 2200
        Nashville, TN 37219
        (615) 244-0030 (telephone)
        (615) 242-4203 (telecopy)
        mfranks@manierherod.com
        tpennington@manierherod.com

388256

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing of Withdrawal of Proofs of Claim Filed by Liberty Mutual Insurance Company has been furnished to all interested parties via CM/ECF electronic mail notice and to the Debtor, the Debtor's Attorneys, the United States Trustee and Attorneys for the United States Trustee as set forth below, by U.S. Mail, on August 24, 2006:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254
*Debtor*

**Adam Ravin, Esq.**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*Attorneys for Debtor*

**Allan E. Wulbern**
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*Attorneys for Debtor*

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
*Attorneys for Debtor*

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
*Attorney for Debtor*

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

*U.S. Trustee*
**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806
Attorney for U.S. Trustee


s/ Jeffrey C. Regan
Jeffrey C. Regan (FBN 436550)
Attorneys for Liberty Mutual Insurance Company
REGAN ZEBOUNI & WALKER, P.A.
9905 Old St. Augustine Road, Suite 400
Jacksonville, FL 32257
(904) 356-1300 (telephone)
(904) 356-8050 (facsimile)
jregan@rzwlaw.com

and

J. Michael Franks (BPR #2641)
Thomas T. Pennington (BPR #9605)
Attorneys for Liberty Mutual Insurance Company
MANIER & HEROD
150 Fourth Avenue North, Suite 2200
Nashville, TN  37219
(615) 244-0030 (telephone)
(615) 242-4203 (telecopy)
mfranks@manierherod.com
tpennington@manierherod.com

388256

3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | *Chapter 11* |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM FILED BY LIBERTY MUTUAL INSURANCE COMPANY**

COMES NOW Liberty Mutual Insurance Company ("Liberty"), by and through its undersigned counsel, and in furtherance of the Order Authorizing Debtors to Enter into Surety Credit Facility with Liberty Mutual Insurance Company and Granting Related Relief (Docket Entry No. 10160), Liberty hereby withdrawals Proof of Claim No. 10276, Proof of Claim No. 10277, Proof of Claim No. 10278, Proof of Claim No. 10279, Proof of Claim No. 10280, Proof of Claim No. 10281, and Proof of Claim No. 10282 against each of the respective Debtors named therein.

Nothing in this Withdrawal of Proofs of Claim shall waive, modify or affect Liberty's right or ability to file Administrative Claims for amounts which may become due and payable, but which are not in fact paid between the filing hereof and the Effective Date of Debtors' Plan of Reorganization.

Dated: August 24, 2006

                     s/ Jeffrey C. Regan
                     Jeffrey C. Regan (FBN 436550)
                     Attorneys for Liberty Mutual Insurance Company
                     REGAN ZEBOUNI & WALKER, P.A.
                     9905 Old St. Augustine Road, Suite
                     Jacksonville, FL 32257
                     (904) 356-1300 (telephone)
                     (904) 356-8050 (facsimile)
                     jregan@rzwlaw.com

388256

and

J. Michael Franks (BPR #2641)
Thomas T. Pennington (BPR #9605)
Attorneys for Liberty Mutual Insurance Company
MANIER & HEROD
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
(615) 244-0030 (telephone)
(615) 242-4203 (telecopy)
mfranks@manierherod.com
tpennington@manierherod.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Proofs of Claim Filed by Liberty Mutual Insurance Company has been furnished to all interested parties via CM/ECF electronic mail notice and to the Debtor, the Debtor's Attorneys, the United States Trustee and Attorneys for the United States Trustee as set forth below, by U.S. Mail, on August 24, 2006:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254
*Debtor*

**Adam Ravin, Esq.**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*Attorneys for Debtor*

**Allan E. Wulbern**
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*Attorneys for Debtor*

**Cynthia C. Jackson**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201
*Attorneys for Debtor*

388256                                    2

**James H. Post**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202
*Attorney for Debtor*

**Leanne McKnight Prendergast**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

**Stephen D. Busey**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

*U.S. Trustee*
**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

**Elena L Escamilla**
135 W Central Blvd., Ste 620
Orlando, FL 32806
Attorney for U.S. Trustee

s/ Jeffrey C. Regan
Jeffrey C. Regan (FBN 436550)
Attorneys for Liberty Mutual Insurance Company
REGAN ZEBOUNI & WALKER, P.A.
9905 Old St. Augustine Road, Suite 400
Jacksonville, FL 32257
(904) 356-1300 (telephone)
(904) 356-8050 (facsimile)
jregan@rzwlaw.com

and

388256                                              3

J. Michael Franks (BPR #2641)
Thomas T. Pennington (BPR #9605)
Attorneys for Liberty Mutual Insurance Company
MANIER & HEROD
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
(615) 244-0030 (telephone)
(615) 242-4203 (telecopy)
mfranks@manierherod.com
tpennington@manierherod.com