IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:       WINN-DIXIE STORES, INC.                    CASE NO. 05-030817-3F1

        DEBTORS

---

### RESPONSE OF YAZOO COUNTY, MISSISSIPPI TAX COLLECTOR TO DEBTORS' FOURTH OMNIBUS OBJECTION TO TAX CLAIMS

COMES NOW, Travis Crimm, Yazoo County, Mississippi, Tax Collector, and files this his response to the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liability, and in support hereof shows as follows:

1. The Yazoo County, Mississippi, Tax Collector denies that the Debtors are entitled to the relief requested by their Motion.

2. The Yazoo County, Mississippi, Tax Collector shows that the revised assessed value as asserted by the debtor on page 68 of 69 attached as Exhibit "B" to its Motion dated July 11, 2006, are erroneous and shows that the assessed value as asserted by Yazoo County, Mississippi, for the years 2004 and 2005 are true and correct values and that the revised assessed value as set forth by the debtors are arbitrary and are not the true assessed value of the property.

3. That Yazoo County, Mississippi, Tax Collector shows that the only provisions in the Mississippi Code provided to amend assessments of real property for tax purposes are those provided in Mississippi Code Title 27,

Taxation and Finance, Chapter 35, Ad Valorem Taxes, Sections 89 and 93, attached hereto as Exhibits "A" & "B" to be included herein as though fully copied in both words and numerals. The Mississippi Constitution, Article 4, Section 112, authorizes the method of assessment of property in Mississippi, a copy of which is attached hereto as Exhibit "C" to be made a part herein as though fully copied in both words and numerals.

4. The Yazoo County, Mississippi, Tax Collector shows that ad valorem taxes for the two (2) Yazoo County, Mississippi locations of Winn-Dixie Stores, Inc. for the year 2005 are unpaid as shown on Exhibits "D" & "E" attached hereto to be made a part herein as though fully copied in both words and numerals.

WHEREFORE, the Yazoo County, Mississippi, Tax Collector requests that the Court deny the Debtors' Motion as it pertains to Yazoo County, Mississippi.

Respectfully submitted,

YAZOO COUNTY, MISSISSIPPI,
TAX COLLECTOR,
TRAVIS CRIMM

BY: _____
P.O. BOX 108
YAZOO CITY, MISSISSIPPI 39194
PHONE: 662-746-1583

## CERTIFICATE OF SERVICE

I, Travis Crimm, Yazoo County, Mississippi, Tax Collector, do hereby certify that I have this day served a true and correct copy of the above and foregoing RESPONSE OF YAZOO COUNTY, MISSISSIPPI, TAX COLLECTOR TO DEBTORS' FOURTH OMNIBUS OBJECTION TO TAX CLAIMS on:

Cynthia C. Jackson, Esq.
Smith, Shulsey & Busey
Co-Counsel for Debtors
225 Water Street, Suite 1800
Jacksonville, Florida 32202

by mailing same postage prepaid by U. S. Mail and facsimile to 904-359-7708 on this the ___28___ day of ___July___, 2006.

_____
TRAVIS CRIMM,
YAZOO COUNTY, MISSISSIPPI
TAX COLLECTOR

FROM : RICHARD J ROHMAN  FAX NO. :662-746-5532  Aug. 22 2006 09:54AM P6
Case 3:05-bk-03817-JAF   Doc 10534   Filed 07/29/06   Page 4 of 11

Statutes and Session Law - 27-35-93                                      Page 1 of 1

# § 27-35-93
**Statutes and Session Law**
**TITLE 27 TAXATION AND FINANCE**
**CHAPTER 35 AD VALOREM TAXES - ASSESSMENT**
**27-35-93 Objections must be filed or assessment to stand.**

27-35-93 Objections must be filed or assessment to stand.

ARTICLE 1. GENERAL PROVISIONS

A person who is dissatisfied with the assessment may, at the August meeting, present objections thereto in writing which shall be filed by the clerk and docketed and preserved with the roll. All persons who fail to file objections shall be concluded by the assessment and precluded from questioning its validity after its final approval by the board of supervisors or by operation of law, except minors and persons non compos mentis.

**Sources:** Codes, Hemingway's 1921 Supp. § 7769e1; Laws, 1930, § 3166; Laws, 1942, § 9790; Laws, 1920, ch. 323.

Lawriter Corporation. All rights reserved.

The Casemaker Online database is a compilation exclusively owned by Lawriter Corporation. The database is provided for use under the terms, notices and conditions as expressly stated under the online end user license agreement to which all users assent in order to access the database.

Exhibit "A"

# § 27-35-89
**Statutes and Session Law**
TITLE 27 TAXATION AND FINANCE
CHAPTER 35 AD VALOREM TAXES - ASSESSMENT
27-35-89 Objections to assessments generally.

27-35-89 Objections to assessments generally.

ARTICLE 1. GENERAL PROVISIONS

(1) The board of supervisors of each county shall hold a meeting at the courthouse, or at the chancery clerk's office in counties where the chancery clerk's office is in a building separate from the courthouse, on the first Monday of August, to hear objections to the assessment. The board shall examine the assessment rolls, and hear and determine all exceptions thereto, and shall sit from day to day until the same shall have been disposed of, and all proper corrections made, or may take objections under advisement as provided in subsection (2) of this section. The board shall equalize the assessment and may increase or diminish the valuation of any property, so that property of the same value shall be assessed for an equal sum. Where an individual assessment has been increased immediate notice in writing shall be sent by mail to the person whose assessment is increased by the clerk of the board of supervisors. At the said meeting the board shall have the power to change erroneous assessments or to add omitted property but any person affected by such action shall have notice as next above provided. If the board adjourn before considering the objections filed, such objections shall be heard at the next regular meeting of the board.

(2) The board of supervisors may take an objection under advisement to allow the taxpayer or his designee, the tax assessor or the board to compile information relating to the objection; however, the board shall enter an order on the objection on or before the first Monday of September.

Sources: Codes, Hemingway's 1921 Supp. § 7769d1; Laws, 1930, § 3165; Laws, 1942, § 9789; Laws, 1920, ch. 323; Laws, 1989, ch. 338, § 1, eff from and after July 1, 1989.

Lawriter Corporation. All rights reserved.

The Casemaker Online database is a compilation exclusively owned by Lawriter Corporation. The database is provided for use under the terms, notices and conditions as expressly stated under the online end user license agreement to which all users assent in order to access the database.

*Exhibit "B"*

## Section 112.

## CONSTITUTION
### ARTICLE 4 LEGISLATIVE DEPARTMENT
Section 112. Equal taxation; property tax assessments.

**Section 112. Equal taxation; property tax assessments.**

Taxation shall be uniform and equal throughout the state. All property not exempt from ad valorem taxation shall be taxed at its assessed value. Property shall be assessed for taxes under general laws, and by uniform rules, and in proportion to its true value according to the classes defined herein. The Legislature may, by general laws, exempt particular species of property from taxation, in whole or in part.

The Legislature shall provide, by general laws, the method by which the true value of taxable property shall be ascertained; provided, however, in arriving at the true value of Class I and Class II property, the appraisal shall be made according to current use, regardless of location. The Legislature may provide for a special mode of valuation and assessment for railroads, and railroad and other corporate property, or for particular species of property belonging to persons, corporations or associations not situated wholly in one (1) county. All such property shall be assessed in proportion to its value according to its class, and no county, or other taxing authority, shall be denied the right to levy county and/or special taxes upon such assessment as in other cases of property situated and assessed in the county, except that the Legislature, by general law, may deny or limit a county or other taxing authority the right to levy county and/or special taxes on nuclear-powered electrical generating plants. In addition to or in lieu of any such county and/or special taxes on nuclear-powered electrical generating plants, the Legislature, by general law enacted by a majority vote of the members of each house present and voting, may provide for a special mode of valuation, assessment and levy upon nuclear-powered electrical generating plants and provide for the distribution of the revenue derived therefrom. The Legislature may provide a special mode of assessment, fixing the taxable year, date of the tax lien, and method and date of assessing and collecting taxes on all motor vehicles.

The assessed value of property shall be a percentage of its true value, which shall be known as its assessment ratio. The assessment ratio on each class of property as defined herein shall be uniform throughout the state upon the same class of property, provided that the assessment ratio of any one (1) class of property shall not be more than three (3) times the assessment ratio on any other class of property. For purposes of assessment for ad valorem taxes, taxable property shall be divided into five (5) classes and shall be assessed at a percentage of its true value as follows:

Class I. Single-family, owner-occupied, residential real property, at ten percent (10%) of true value.

Class II. All other real property, except for real property included in Class I or IV, at fifteen percent (15%) of true value.

Class III. Personal property, except for motor vehicles and for personal property included in Class IV, at fifteen percent (15%) of true value.

Class IV. Public utility property, which is property owned or used by public service corporations required by general laws to be appraised and assessed by the state or the county, excluding railroad and airline property and motor vehicles, at thirty percent (30%) of true value.

Class V. Motor vehicles, at thirty percent (30%) of true value.

Exhibit "C"

FROM : RICHARD J ROHMAN PG    Case 3:05-bk-03817-JAF   Doc 10534   Filed 07/29/06   Page 7 of 11  Aug. 22 2006 09:55AM  P9
- CONSTITUTION - Section 112.

Page 2 of 2

The Legislature may, by general law, establish acreage limitations on Class I property.

Sources: 1869 art XII § 20; Laws, 1956, ch 438; Laws, 1958, ch 610; Laws, 1960, ch 513; Laws, 1982, ch. 622; Laws, 1986, ch. 522, eff June 19, 1986.

© Lawriter Corporation. All rights reserved.

The Casemaker™ Online database is a compilation exclusively owned by Lawriter Corporation. The database is provided for use under the terms, notices and conditions as expressly stated under the online end user license agreement to which all users assent in order to access the database.

# TRAVIS CRIMM, JR.
TAX COLLECTOR
YAZOO COUNTY, MISSISSIPPI

PHONE: 662-746-1583　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 108
FAX: 662-751-8734　　　　　　　　　　　　　　　　　　　　　　YAZOO COUNTY COURTHOUSE
E-MAIL: yazootax@tecinfo.com　　　　　　　　　　　　　　　　YAZOO CITY, MISSISSIPPI 39194

```
PPMPCL01        PERSONAL PROPERTY COLLECTIONS - PAYMENTS 1-3           PPWPCL01/M4
PIN    599 Year 2005   DBA Name    WINN-DIXIE #1317
oided                  Address /Str  301 E  BROADWAY ST
D 0 Tax Dist 0110      Mailing Name WINN DIXIE STORES INC
eceipt No                 Address   5050 EDGEWOOD COURT
otal Assessed    61677  C/S/Z       JACKSONVILLE       FL 32203 -
13-Partial             -- 1st ----- : ---- 2nd ----- : ---- 3rd ----- : -------------
pen/Paid by Check    : YES /        : YES /          : YES /          : Balances
ollection Date       :              :                :                :
ollection Time       :              :                :                :
rawer/ID             :              :                :                :
                                                                      :     3934.99
ounty       3934.99  :              :                :                :     4224.87
ity         4224.87  :              :                :                :     2744.63
chool       2744.63  :              :                :                :      236.10
enalties:  County    :              :                :                :      253.49
           City      :              :                :                :      164.68
           School    :              :                :                :
rint Fee             :              :                :                :   11558.76
OTAL       10904.49  :              :                :                :
                                                      Total All Collections
Copyright 2005, Delta Computer Systems, Inc. - All Rights Reserved  02/09-LWM
F5-PRT COL, F6-DOC, F8-VIEW RECEIPT, F9-ADDR, F12-PAYOFF, F21-DEL1, F22-DEL2, F23-DEL3
```

*Exhibit "D"*

# TRAVIS CRIMM, JR.
## TAX COLLECTOR
### YAZOO COUNTY, MISSISSIPPI

PHONE: 662-746-1583
FAX: 662-731-8734
E-MAIL: yazootax@tecinfo.com

P.O. BOX 108
YAZOO COUNTY COURTHOUSE
YAZOO CITY, MISSISSIPPI 39194

```
PPMPCL01         PERSONAL PROPERTY COLLECTIONS - PAYMENTS 1-3              PPWPCL01/M4
PIN     600 Year 2005   DBA Name    WINN-DIXIE # 1328
oided                   Address /Str  1206    GRAND AVE
D 0 Tax Dist 0111       Mailing Name  WINN DIXIE STORES INC
eceipt No                   Address   5050 EDGEWOOD COURT
otal Assessed     65071  C/S/Z   JACKSONVILLE        FL 32203 -
                         --- 1st ---:--- 2nd ---:--- 3rd ---:
13-Partial                                                    : Balances
pen/Paid by Check  : YES /    : YES /    : YES /    :
ollection Date     :  _ _ _   :  _ _ _   :  _ _ _   :
ollection Time     :  _ _ _   :  _ _ _   :  _ _ _   :
rawer/ID           :          :          :          :
                                                              :  4191.22
ounty     4191.22  :          :          :          :  4457.36
ity       4457.36  :          :          :          :  2895.66
chool     2895.66  :          :          :          :   251.47
enalties: County   :          :          :          :   267.44
          City     :          :          :          :   173.74
          School   :          :          :          :
Print Fee          :          :          :          :  12236.89
TOTAL    11544.24  :          :          :    Total All Collections
```

Copyright 2005, Delta Computer Systems, Inc. - All Rights Reserved  02/09-LWM
F5-PRT COL,F6-DOC,F8-VIEW RECEIPT,F9-ADDR,F12-PAYOFF,F21-DEL1,F22-DEL2,F23-DEL3

*Exhibit "E"*

# Fax Cover Sheet

RICHARD J. ROHMAN, PC
213 E. JEFFERSON STREET
P.O. BOX 151
YAZOO CITY, MS 39194
PHONE:   662-746-2211
FAX:   662-746-5533

Name: Susan Baldwin
Organization:
Fax: 904-301-6529
Phone:

From: Richard J. Rohman / Dianne N. Borzik
Subject: Yazoo Co, MS Tax Collector — Winn Dixie
Date: 8/22/06

DOCUMENTS:

Response
Cover sheet - 7/28/06

NUMBER OF PAGES* 10

COMMENTS:

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of this facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you receive this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U. S. Postal Service.

*NOT COUNTING COVER SHEET, IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (662) 746-2211

# Fax Cover Sheet

RICHARD J. ROHMAN, PC
213 E. JEFFERSON STREET
P.O. BOX 151
YAZOO CITY, MS 39194
PHONE: 662-746-2211
FAX: 662-746-5533

Name: Cynthia Jackson
Organization: Smith Shulsey & Busey
Fax: 904-359-7708
Phone:

From: Richard J. Rohman / Dianne N. Borzik
Subject: Yazoo County MS Tax Collector
Date: 7-28-06

DOCUMENTS: Response

NUMBER OF PAGES* 9
9

COMMENTS: Original via US Mail -

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of this facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you receive this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U. S. Postal Service.

*NOT COUNTING COVER SHEET, IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (662) 746-2211