

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE

Thursday
August 24, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Omnibus Motion for Order to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief Filed by Debtor Winn-Dixie Stores, Inc. (7966)

Objection to Motion filed by Skinners of Point Meadows, Inc. - Store No. 6 (8937)

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR
SKINNERS OF POINT MEADOWS INC: BETSY COX

RULING: Assume 77 real prop. leases (Cont'd. as to Skinners of Pt. Meadows, In.)

Granted
Ord/Sigreed