IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WINN-DIXIE STORES, INC., *et al.*, | § | CASE NO. 05-03817-JAF |
| | § | Chapter 11 |
| DEBTORS. | § | Jointly Administered |

**WD MILTON PORTFOLIO, L.P. (STORE NO. 489) LIMITED OBJECTION
TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO
(I) ASSUME NON-RESIDENTIAL REAL ESTATE PROPERTY LEASES,
(II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

Creditor, WD Milton Portfolio, L.P. ("WD Milton"), lessor of Store No. 489, non-residential real property, by and through undersigned counsel, files its Limited Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief ("Motion") and states:

1. On February 21, 2005, the Debtors filed their petitions for relief under chapter 11.

2. WD Milton is the lessor and one or more of the Debtors is the lessee under the lease of non-residential real property situated at 5428 Dogwood Drive, Milton, Florida, referred to by the Debtors as Store No. 489.

3. Exhibit B to the Motion indicates that the "Proposed Cure Amount" is in the amount of $11,716.19. However the actual cure amount is approximately $25,994.60, plus any and all additional fees, costs and expenses that are the responsibility of the Debtors pursuant to the lease agreement. The calculation of the correct cure amount is set forth in that certain Proof of Claim filed by WD Milton on July 30, 2005, as stamped "received" by Logan & Company, Inc. as claims agent for this Court in the instant cases.

WHEREFORE, WD Milton requests the Court enter an order sustaining its Objection and requiring the Debtors to pay to WD Milton the total cure amount of $25,994.60, plus any and all mortgage payment that are the responsibility of the Debtor pursuant to the lease agreement, and granting such further relief as is just and proper.

Respectfully submitted,

**VOLPE, BAJALIA, WICKES, ROGERSON & WACHS**

By: /s/ John T. Rogerson, III
John T. Rogerson, III
Florida Bar No. 832839
1301 Riverplace Blvd., Suite 1700
Jacksonville, FL  32207
Telephone: (904) 355-1700
Facsimile: (904) 355-1797
jrogerson@vbwr.com

and

Michael S. Held
State Bar No. 09388150
JENKENS & GILCHRIST,
A Professional Corporation
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202-2799
Telephone:  (214) 855-4500
Telecopy:   (214) 855-4300

Attorneys for WD Milton Portfolio, L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served electronically or by first class U.S. Mail, postage prepaid, to Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and D.J. Baker, Esq., Four Times Square, New York, NY 10036, on this 25th day of August, 2006.

/s/ John T. Rogerson, III
Attorney