UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER GRANTING EXTENSION OF EXCLUSIVE PERIOD FOR OBTAINING ACCEPTANCES OF CHAPTER 11 PLAN

These cases came before the Court for hearing on August 24, 2006, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned cases, as debtors and debtors-in-possession (the "Debtors"), for entry of an order under 11 U.S.C. §1121(d) extending their exclusive period for obtaining acceptances of their plan of reorganization (the "Motion")[1]. The Court has reviewed the Motion and considered the representations of counsel. Upon the representations of counsel, and without objection from the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors' Exclusive Solicitation Period is extended to the earlier of (a) the entry of an order confirming the Plan or (b) October 31, 2006.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

3. Entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Solicitation Period, or (b) any party in interest's right to seek to reduce the Exclusive Solicitation Period for cause.

Dated August 24, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2