UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

ORDER ON DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS

This matter came before the Court for hearing on August 24, 2006, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors")[1] as to the proofs of claim identified on Exhibit A to the Notice of Hearing on the Objection (Doc. No. 9473). Several formal and informal responses from claimants to the Objection were raised or filed, as a result of which the Debtors agreed to continue the hearing on the Objection with respect to the proofs of claim filed by each claimant identified in Exhibit 1 attached. No responses to the Objection were filed or raised as to the other claims identified in Exhibit 2 attached. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as to the claims identified in Exhibit 2.

2. The claims identified in Exhibit 2 are disallowed in their entirety.

3. The hearing on the Objection with respect to those Claims listed on Exhibit 1 is continued until further notice by any party in interest.

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Objection.

4. The Objection gives rise to a separate contested matter as to each claim identified in Exhibit 2, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5. Neither the Objection nor any disposition of claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the claimants.

6. This Order is without prejudice to the Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 24 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00540784

**EXHIBIT 1**

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 1**

Page: 1 of 7
Date: 08/23/2006
Time : 19:25:46

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 391048 | AIKEN, ROSEMARY | | 11485 | $49,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 417044 | ALLEN, ERNEST S | | 12768 | $827,634.00 | 12/08/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| 389954 | ALMEDA, MAILISE | | 11447 | $20,000.00 | 08/03/2005 | SECURED |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392299 | ALVAREZ, ANA | | 11763 | UNLIQUIDATED | 08/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 410401 | ALVAREZ, HILDA | | 7427 | $80,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410401 | ALVAREZ, HILDA | | 7428 | $80,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390780 | ARMSTRONG, PAT | | 6645 | $32,500.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 415982 | ASHLEY, CANDI | | 12730 | $80,000.00 | 11/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387224 | BARASH, PHYLLIS | | 11848 | $10,000.00 | 09/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SHELLEY B MAURICE, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387224 | BARASH, PHYLLIS | | 11855 | $10,000.00 | 09/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SHELLEY B MAURICE, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 415988 | BEAUDRIE, KEN | | 12896 | UNLIQUIDATED | 01/27/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RONALD J DAVIS, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 415989 | BECERRA, ALEYDA | | 12752 | $50,000.00 | 12/02/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 389108 | BILLHIMER, FAUSTINA | | 11593 | $40,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRYAN M PRITCHETT, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393484 | BILLINGS, LINDA | | 7099 | $50,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390651 | BRADLEY, LARRY | | 11762 | $250,000.00 | 08/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 395550 | BRITTON, JUNE E & JOHN | | 327 | $100,000.00 | 03/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390590 | BROADWAY, HAZEL | | 11549 | $10,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417111 | BROWN, MARINDA N | | 12928 | $75,000.00 | 02/13/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SAMUEL JAKES, JR, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392959 | BROWN, ROY | | 2853 | $75,000.00 | 05/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452207 | BROWN, WANDA | | 13280 | UNLIQUIDATED | 06/09/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN THOMAS M FARRELL, IV | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390349 | BURCHETT, RALPH A JR | | 10683 | $500,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN ERIC M LAMB, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452143 | CALHOUN, PHYLLIS | | 13256 | $3,750.00 | 05/24/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410705 | CALLE, OFELIA | | 9540 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

Case 3:05-bk-03817-JAF    Doc 10543    Filed 08/24/06    Page 5 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 2 of 7
Date: 08/23/2006
Time : 19:25:46

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 411307 | CAMERON, OLGA | | 11713 | $15,000.00 | 08/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411283 | CERVANTES, GENOVEVA | | 11616 | $15,000.00 | 08/10/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452055 | CEVALLOS, CONCHITA | | 13189 | $15,000.00 | 04/20/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN GREGG R SCHWART, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416791 | CLARK, MARGARET | | 12742 | $200,000.00 | 11/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416791 | CLARK, MARGARET | | 12743 | $200,000.00 | 11/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| 389089 | CLAY, ERNEST | | 5875 | $3,000,000.00 | 07/12/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392979 | CLAY, ERNEST | | 5841 | $3,000,000.00 | 07/12/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 407553 | COLON, EVELYN | | 4239 | $100,000.00 | 06/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 394787 | COOK, CHRISTY | | 12868 | UNLIQUIDATED | 01/17/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390755 | DAVIS, GLORIA | | 12248 | $15,286.30 | 10/24/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 394241 | DAVIS, HENRY | | 11801 | $50,000.00 | 09/12/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391887 | DELAPAZ, LILLIAN | | 11455 | $75,000.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385659 | FAIR, DAMEION (MINOR) | | 11793 | $30,000.00 | 09/12/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN ANTONIO L THOMAS, ESQ | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390959 | FARRAR, LINDA | | 11479 | UNLIQUIDATED | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392157 | FERNANDEZ, YRMA | | 11823 | $8,000.00 | 09/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390896 | GAILLARD, BEVERLY | | 11452 | $40,000.00 | 08/02/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 387231 | GARCIA, BARBARA | | 11534 | $40,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DAVID MOLIVER, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392862 | GIRDZUS, JAMES JR | | 12947 | $944,790.82 | 02/27/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN ROBERT D WILCOX, ESQ | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 390546 | GONZALES, MARIA | | 12916 | $667,000.00 | 02/06/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390649 | GONZALEZ, DIGNA | | 6832 | UNLIQUIDATED | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411069 | GONZALEZ-MURILLO, ALBA | | 10766 | $50,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN KEITH TURNER, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417073 | GOODRICH, ALMA VICK | | 12847 | $75,000.00 | 01/09/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| 411233 | GREEN, PATRICE | | 11525 | UNLIQUIDATED | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN GUY R WILLIS, ESQ | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |

Case 3:05-bk-03817-JAF    Doc 10543    Filed 08/24/06    Page 6 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 3 of 7
Date: 08/23/2006
Time : 19:25:46

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 416971 | GREEN, WILLIE JEAN | | 12582 | UNLIQUIDATED | 11/25/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN CHARLES W WITT, ESQ | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 391191 | HARPER, UTOPIA | | 12865 | $16,500.00 | 01/17/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400412 | HARRIS, KATHLEEN | | 6210 | $300,000.00 | 07/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393187 | HAZELLIEF, THOMAS | | 3481 | UNLIQUIDATED | 06/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393187 | HAZELLIEF, THOMAS | | 4145 | UNLIQUIDATED | 06/16/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391757 | HEMBY, MERLE | | 11577 | UNLIQUIDATED | 08/11/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387933 | HERMANSON, PAULINE | | 11768 | UNLIQUIDATED | 08/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417056 | HUGHES, TERRI | | 12801 | $170,500.00 | 12/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417316 | JACKSON, JAMES E III | | 12986 | UNLIQUIDATED | 03/20/2006 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 391291 | JAMES-SMITH, JULANDAS | | 6883 | $33,750.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411245 | JOHNSON, BRENDEN (MINOR) BY | | 11532 | $65,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JEFFREY R BECKER, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411258 | JOHNSON, BRIANNA BY | | 11556 | $100,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385980 | JOHNSON, GLORY J | | 10566 | UNLIQUIDATED | 08/01/2005 | SECURED |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416928 | JOHNSON, MICAH NICOLE (MINOR) | | 12358 | $500,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416928 | JOHNSON, MICAH NICOLE (MINOR) | | 12359 | $500,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | DIXIE STORES, INC. | | | |
| 416928 | JOHNSON, MICAH NICOLE (MINOR) | | 12360 | $500,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 416927 | JOHNSON, MICHELLE SUE | | 12355 | $5,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416927 | JOHNSON, MICHELLE SUE | | 12356 | $5,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | DIXIE STORES, INC. | | | |
| 416927 | JOHNSON, MICHELLE SUE | | 12357 | $5,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 416926 | JOHNSON, SHAUN KEVIN | | 12352 | $10,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416926 | JOHNSON, SHAUN KEVIN | | 12353 | $10,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | DIXIE STORES, INC. | | | |
| 416926 | JOHNSON, SHAUN KEVIN | | 12354 | $10,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 392938 | JONES, DIANE | | 3752 | $975,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

Case 3:05-bk-03817-JAF    Doc 10543    Filed 08/24/06    Page 7 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 4 of 7
Date: 08/23/2006
Time: 19:25:46

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 416093 | JONES, ELIZABETH | | 12529 | $75,000.00 | 11/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388497 | JORDAN, MELODY | | 11446 | $7,500.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388436 | KHAJA, RAZIUDDIN S | | 11536 | $500,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN PHILIP J FELDMAN, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 492830 | KNIGHTS, WILLIAM | | 13336 | $200,000.00 | 05/31/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391345 | LA TORRES, NORMA DE | | 12049 | $75,000.00 | 10/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391066 | LARIOS, MILAGROS E | | 11658 | UNLIQUIDATED | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 389136 | LEE, BETTY | | 7426 | $400,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392341 | LEONARD, MARTHA D | | 11986 | $20,000.00 | 10/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385749 | LEWIS, ROBERT D | | 2440 | $35,000.00 | 05/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392829 | LODOLCE, JASON L | | 3749 | UNLIQUIDATED | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 388548 | LOPICCOLO, ANNA | | 12828 | $100,000.00 | 01/03/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JOHN J. FINCKBEINER, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411230 | LOWRY, BRENDA | | 11389 | $500,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393213 | MALLOY, KATHLEEN | | 11437 | UNLIQUIDATED | 08/08/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN CARROLL CAYER | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 387872 | MANZANARES, ALMA ROSA | | 11115 | $150,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 279507 | MARTINEZ, ANNA C | | 20 | $500,000.00 | 03/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 406296 | MAZZARELLA, LINDA | | 3775 | $1,000,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 394307 | MCCANN, PEARLIE | | 11973 | UNLIQUIDATED | 10/13/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DREW BEN HUDGINS, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400107 | MCCANN, PEARLIE | | 11974 | UNLIQUIDATED | 10/13/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DREW BEN HUDGINS, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400107 | MCCANN, PEARLIE | | 12052 | UNLIQUIDATED | 10/17/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DREW BEN HUDGINS, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 394307 | MCCANN, PEARLIE | | 12053 | UNLIQUIDATED | 10/17/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DREW BEN HUDGINS, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390501 | MITCHELL, ELLA L | | 7301 | $150,000.00 | 07/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| 411248 | MORGAN, LORENE | | 11545 | $25,000.00 | 08/12/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRIAN C HOGAN, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417064 | MORMAN, KENYETTA C | | 12858 | $50,000.00 | 01/12/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

Case 3:05-bk-03817-JAF    Doc 10543    Filed 08/24/06    Page 8 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 5 of 7
Date: 08/23/2006
Time : 19:25:46

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 388437 | MOULEDOUX, EVELYN M | 11469 | $5,000.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 410575 | NEAL, DEBRA HALLMAN | 8942 | $125,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 391141 | NELSON, DIERDRE | 11613 | $50,000.00 | 08/05/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 390880 | ONEAL, GAIL M | 11404 | UNLIQUIDATED | 08/09/2005 | PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 452214 | OTERO, SUSET M | 13288 | $50,000.00 | 06/14/2006 | PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 393474 | PARKER, SAMUEL (MINOR) | 12924 | UNLIQUIDATED | 02/10/2006 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | |
| 392150 | PARRA, ANA | 11409 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 394769 | PATTERSON, LARRY<br>Counsel: ATTN JOSEPH MANISALCO JR, ESQ | 3293 | UNLIQUIDATED | 05/31/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 429829 | PELLEY, WENDY | 13090 | $250,000.00 | 04/03/2006 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 385745 | PETERSON, BARBARA<br>Counsel: ATTN J SCOTT NOONEY, ESQ | 6646 | $25,000.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 385745 | PETERSON, BARBARA<br>Counsel: ATTN J SCOTT NOONEY, ESQ | 7024 | $45,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 416958 | PHILLIPS, LINDA | 12470 | $100,000.00 | 11/14/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 392850 | POWERS, JENNIFER | 12799 | $150,000.00 | 12/20/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 392984 | RAY, ROBIN | 2238 | $250,000.00 | 05/20/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 407788 | REYES, AMY ISABEL | 7248 | $150,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 391324 | RIDLEY, KAREN | 11476 | $25,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 400376 | RIVERA, ELIZABETH | 2299 | $150,000.00 | 05/20/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 400383 | RODRIGUEZ, AMARILIS | 3282 | $50,000.00 | 05/31/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 392298 | RODRIGUEZ, RAMONA | 1833 | $75,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 389950 | ROLDAN, MARIBEL | 8896 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | |
| 411226 | ROSERO, LENY R | 11407 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 411229 | SALAZAR, GERSON | 11408 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 411227 | SALAZAR, WILLIAM | 11405 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |

Case 3:05-bk-03817-JAF    Doc 10543    Filed 08/24/06    Page 9 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 6 of 7
Date: 08/23/2006
Time : 19:25:46

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 411228 | SANCHEZ, HERMELINDA | 11406 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417089 | SANCHEZ, ROSA | 12874 | $26,000.00 | 01/19/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400329 | SCOTT, DENISE | 3063 | UNLIQUIDATED | 05/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400329 | SCOTT, DENISE | 3064 | UNLIQUIDATED | 05/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388471 | SHIELDS, JAMES | 11632 | $1,000.00 | 08/18/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416662 | SIZEMORE, RAY S | 12766 | $10,000.00 | 12/05/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392255 | SLIZ, STELLA | 6706 | $500,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 392193 | SMITH, LINDA | 7093 | $1,000,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416180 | SMITH, ODESSA | 12779 | UNLIQUIDATED | 12/13/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416180 | SMITH, ODESSA | 13334 | $10,000.00 | 07/11/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390737 | SPRIGGS, EDWIN | 4735 | $750,000.00 | 06/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416945 | STAMPER, REVA JO | 12427 | $150,000.00 | 10/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417057 | STEWART, CINDY REED  Counsel: ATTN JAMES FASIG, ESQ. | 12804 | UNLIQUIDATED | 12/22/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390642 | SWAIN, JANICE | 12800 | $300,000.00 | 12/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388069 | TAMAYO, MELONIE (MINOR) | 8895 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 416200 | THOMAS, RONALD | 12764 | UNLIQUIDATED | 12/05/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417101 | URBANO, ANNA  Counsel: ATTN RALPH L MCGRATH JR, ESQ | 12906 | $25,000.00 | 01/30/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417100 | URBANO, JOSE & ANNA  Counsel: ATTN RALPH L MCGRATH JR, ESQ | 12903 | $200,000.00 | 01/30/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411412 | VELASQUEZ, BLANCA | 11825 | $90,000.00 | 09/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392500 | VICKNAIR, JEANNE L | 11433 | UNLIQUIDATED | 08/08/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 404038 | VOLOVECKY, VERA | 1973 | UNLIQUIDATED | 05/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 452137 | WALKER, SUSAN | 13255 | $60,000.00 | 05/23/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391750 | WALL, HOLLY M | 7798 | UNLIQUIDATED | 07/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 1**

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 416219 | WALLACE, CASSIE AARON | 12450 | $125,000.00 | 11/10/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 416219 | WALLACE, CASSIE AARON | 12451 | $125,000.00 | 11/10/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | |
| 391787 | WELLINGHOFF, ELMA | 11458 | $400,000.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 411291 | WILLIAMS, JOYCE | 11626 | UNLIQUIDATED | 08/16/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 391337 | WILSON, CARRIE D | 6678 | UNLIQUIDATED | 07/18/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |

**Total Claims - Hearing Continued:   143**

**EXHIBIT 2**

Case 3:05-bk-03817-JAF   Doc 10543   Filed 08/24/06   Page 12 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

Page: 1 of 7
Date: 08/23/2006
Time : 19:28:21

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 411250 | AETNA US HEALTHCARE, INC. | 11513 | $4,008.63 | 08/04/2005 | PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 385953 | BALL, GERALDINE | 12767 | UNLIQUIDATED | 12/05/2005 | UNSECURED NON-PRIORITY |
|  | Counsel: ATTN LYDIA A WATERS  Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | |
| 415986 | BARKER, ROBERT M | 12761 | $4,218.00 | 12/05/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | |
| 411277 | BARRAS, HERBERT JR | 11600 | $20,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 408351 | BARRIOS, MIRTA | 7051 | $50,000.00 | 07/18/2005 | MULTIPLE CLASSES |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 417097 | BAYNARD, TANYA WILLIAMS | 12899 | $50,000.00 | 01/30/2006 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 392280 | BENJAMIN, NECY | 6830 | $1,000,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 389863 | BIVENS, LLC | 11523 | $3,128.43 | 08/08/2005 | MULTIPLE CLASSES |
|  | Counsel: ATTN CHARLES M CURTIS, ESQ  Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 243641 | BLUE CROSS BLUE SHIELD OF ALABAMA | 13258 | $2,114.69 | 05/25/2006 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 390782 | BOATMAN, DOROTHY | 3727 | $75,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 390721 | BONNER, MINNIE | 11484 | $20,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 406284 | BOURGEOIS, ANITA | 3759 | UNLIQUIDATED | 06/06/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 415999 | BOYLE, DANIEL | 12452 | $1,000,000.00 | 11/10/2005 | MULTIPLE CLASSES |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 391268 | BRIGMAN, HAZEL | 2248 | $175,000.00 | 05/20/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 390622 | BROWN, HORRACE | 11468 | UNLIQUIDATED | 08/04/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 393463 | BROWN, LEAH | 12825 | $275,000.00 | 12/29/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 269329 | BROWN, PAMELA | 11423 | UNLIQUIDATED | 08/10/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | | |
| 452028 | BUCHALSKI, RICHARD | 13137 | $8,153.00 | 04/07/2006 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 392772 | CAMP, RONALD | 11403 | UNLIQUIDATED | 08/09/2005 | PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 389597 | CAPUTO, SYLVIA | 4653 | UNLIQUIDATED | 06/27/2005 | UNSECURED NON-PRIORITY |
|  | Counsel: ATTN RICKY D GORDON, ESQ  Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 410461 | CARPENTER, WILLIAM | 8104 | $7,500.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
|  | Counsel: ATTN BRIAN C HOGAN, ESQ.  Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 411393 | CARRASQUILLO, LUZ | 11882 | $1,910.00 | 10/04/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 390447 | CARTER, SENETTA W | 8459 | $100,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 408414 | CERVANTEZ, BEATRIZ | 7234 | $25,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
|  | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |

Case 3:05-bk-03817-JAF   Doc 10543   Filed 08/24/06   Page 13 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

Page: 2 of 7
Date: 08/23/2006
Time: 19:28:21

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 391847 | COLEMAN, JUANA | | 11487 | $5,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385994 | CONELY, SALLY | | 11456 | UNLIQUIDATED | 08/04/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393188 | COUNTS, LAURA | | 11393 | $20,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416924 | CRAMER, COREY | | 12346 | $5,000.00 | 10/24/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417087 | CRAMER, COREY L | | 12872 | $5,000.00 | 01/17/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 113429 | CRAWFORD, WILLIAM C | | 11461 | $0.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392774 | CRUZ, ROSA | | 11401 | UNLIQUIDATED | 08/09/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416221 | DAJUVETTE, WHITE | | 13085 | $13,003.00 | 04/03/2006 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 406295 | EDWARDS, ANITA BURNS | | 3774 | $1,000,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393277 | EMBERY, JANNIE MAE | | 7066 | $9,707.60 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416045 | EVANS, NEDRA | | 12748 | $10,000.00 | 12/01/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411247 | FERNANDEZ, PETER | | 11508 | $2,000,000.00 | 08/04/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411247 | FERNANDEZ, PETER | | 11512 | UNLIQUIDATED | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408430 | FORD, TARI L | | 11621 | $100,000.00 | 08/16/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416273 | GONZALEZ, EMILIA | | 12267 | $250,000.00 | 10/24/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 386182 | GREEN, TOMEKIA<br>Counsel: ATTN DANIEL J. ROMANELLO, ESQ | | 12869 | UNLIQUIDATED | 01/17/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 399639 | GREENE, PHYLLIS | | 712 | UNLIQUIDATED | 04/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408220 | GREENHOW, DONALD<br>Counsel: ATTN J SCOTT NOONEY, ESQ | | 6229 | $30,000.00 | 07/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400291 | GUTIERREZ, MARTHA R | | 11451 | $3,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391206 | HARPER, SHARKEVEA | | 1983 | UNLIQUIDATED | 05/17/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391034 | HEREZI, CHEYENNE | | 11402 | UNLIQUIDATED | 08/09/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416988 | HILL, CARLETHA T | | 12735 | UNLIQUIDATED | 11/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411275 | HOOKFIN, KENNETH | | 11601 | $20,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408210 | HUGHES, ALTHEA | | 7947 | $1,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

Case 3:05-bk-03817-JAF   Doc 10543   Filed 08/24/06   Page 14 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

Page: 3 of 7
Date: 08/23/2006
Time: 19:28:21

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 492823 | IVISON, MARILYN | | 13328 | $20,000.00 | 07/05/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411246 | JARRELL, MARY | | 11497 | $1,000,000.00 | 08/04/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411246 | JARRELL, MARY | | 11565 | UNLIQUIDATED | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 399398 | JOHNSON, CHRISTINE | | 3974 | $100,000.00 | 06/13/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 386744 | JOHNSON, SHEILA | | 4908 | $5,000.00 | 06/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | DIXIE STORES, INC. | | | |
| 416833 | JOHNSON, TERESA | | 12772 | $70,000.00 | 12/08/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN BRENTON D ADAMS, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416995 | JONES, BETTY | | 12753 | $15,000.00 | 12/02/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408219 | JONES, HERBERT | | 6228 | $30,000.00 | 07/14/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN J SCOTT NOONEY, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410706 | JONES, LORETTA | | 9539 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387850 | JORGENSEN, NIEL | | 13233 | UNLIQUIDATED | 05/15/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JAMES H DANIEL, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387850 | JORGENSEN, NIEL | | 13264 | UNLIQUIDATED | 05/30/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JAMES H DANIEL, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393558 | KENNEDY, MARY | | 11714 | $18,541.58 | 08/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| 416097 | KIDD, NORMA | | 12572 | $85,000.00 | 11/22/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385524 | KLINE, KARL | | 11516 | $300,000.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN HARRY K BURDETTE, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411422 | LACROIX, BRIGITTE | | 11847 | UNLIQUIDATED | 09/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385635 | LANDRY, RAY JR | | 10654 | $250,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JOSEPH JOLISSAINT, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417329 | LEBLANC, EDMOND S | | 13178 | UNLIQUIDATED | 04/17/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 417066 | LENHART, HILTRUD | | 12829 | $100,000.00 | 01/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416752 | LEWIS, ESSIE MAE | | 12575 | $150,000.00 | 11/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 416112 | LOUIS, KENNIE L | | 13087 | $4,661.30 | 04/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390883 | MAHLE, SHELLY | | 11553 | $50,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388030 | MAURO, ALISSA J | | 10744 | $150,000.00 | 08/01/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 48753 | MAZO, FRANCISCO E | | 10642 | $0.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 49236 | MCCRAY, EARLINE T | | 3115 | $0.00 | 05/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

Case 3:05-bk-03817-JAF   Doc 10543   Filed 08/24/06   Page 15 of 18

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 2**

Page: 4 of 7
Date: 08/23/2006
Time : 19:28:21

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 389019 | MCDERMOTT, CATHERINE | | 11448 | $25,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| 407515 | MCGRIFF, KAYDETTE | | 9411 | UNLIQUIDATED | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 394752 | MCKENZIE, THERESA | | 4674 | $100,000.00 | 06/27/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417098 | MENDOZA, MIRNA | | 12900 | $70,000.00 | 01/30/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452128 | MESA, ELORA BY | | 13239 | $65,000.00 | 05/18/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385827 | MONTALVO, CARLOTA | | 5873 | $50,000.00 | 07/12/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417068 | MOSS, ADRIAN | | 12833 | UNLIQUIDATED | 12/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 256762 | MSL NORTH INC | | 8505 | UNLIQUIDATED | 07/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385907 | NELSON, MAUDE | | 11444 | $50,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391147 | NELSON, MAUDE | | 11445 | $50,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452053 | NEUROTECH, INC | | 13182 | $7,565.00 | 04/14/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408425 | NICHOLAS, HERMAN | | 7259 | $7,500.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408425 | NICHOLAS, HERMAN | | 7260 | $7,500.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | DIXIE PACKERS, INC. | | | |
| 452131 | NWANKWO, GLORIA C | | 13242 | $5,000.00 | 05/18/2006 | SECURED |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| 416785 | O'NEIL, LOU E | | 12463 | $7,000.00 | 11/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393287 | OGLETREE, DOROTHY | | 1964 | $500,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN STEWART SPRINGER, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452119 | PARKS, DORA COON | | 13228 | UNLIQUIDATED | 05/10/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN GLEN GOLDBERG, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388430 | PARTIN, GERALDINE | | 7564 | $75,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RICHARD STAGGARD, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388430 | PARTIN, GERALDINE | | 7583 | $75,000.00 | 07/22/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RICHARD STAGGARD, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 407530 | PEREZ, DIONISIO | | 6834 | $750,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN: JOSE M FRANCISCO | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400396 | PEREZ, MARIA C | | 3738 | UNLIQUIDATED | 06/07/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417045 | PHELAN, WENDY | | 12769 | UNLIQUIDATED | 12/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN LYDIA A WATERS | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 392234 | PRICE, LUCILLE | | 10791 | UNLIQUIDATED | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416948 | RABAGO, ANA MARIA | | 12437 | $99,000.00 | 11/02/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MARIO SERRALTA, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

Case 3:05-bk-03817-JAF   Doc 10543   Filed 08/24/06   Page 16 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

Page: 5 of 7
Date: 08/23/2006
Time: 19:28:21

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 387766 | RACHUBA, MAE CARVER | | 11608 | $7,500.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388422 | RAINES, BETTY | | 11989 | $5,000.00 | 10/14/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MICHAEL A HENSLEY, ESQ. | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 392336 | RAINES, LINDA | | 11582 | UNLIQUIDATED | 08/15/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MONICA L STRICKLAND ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391201 | RAMSEWAK, ROSEMARY P | | 11552 | $50,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388469 | RATLIFF, LIZZIE | | 11430 | $30,000.00 | 08/11/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410508 | REDDICK, KIMBERLY | | 8454 | UNLIQUIDATED | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390629 | RHODD, DORRETT | | 11515 | UNLIQUIDATED | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 418439 | RIGGS, DANNY D | | 13017 | UNLIQUIDATED | 03/24/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391301 | RIVERA, BETTY | | 5042 | UNLIQUIDATED | 06/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387166 | ROBINSON, LLOYD ESTATE OF | | 6923 | $400.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 407445 | RODRIGUEZ, ERYKA | | 7575 | $2,500,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410850 | RODRIGUEZ, JESSICA | | 10996 | UNLIQUIDATED | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408357 | RODRIGUEZ, TELLUNY | | 7060 | $50,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 399851 | ROSEWAY, BONNIE | | 1236 | UNLIQUIDATED | 05/10/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 417060 | RUSHTON, ANDREA | | 12819 | $10,000.00 | 12/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408237 | SANCHEZ, MARIA | | 6641 | $30,000.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452109 | SANTANA, YOLANDA | | 13205 | UNLIQUIDATED | 05/01/2006 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 400060 | SCHARFTENBERG, HORST | | 11764 | $25,000.00 | 08/30/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN GENE R ZWEBEN, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416170 | SILVA, DELIA &/OR PEREZ, EDUARDO | | 12794 | $5,830.00 | 12/19/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 386038 | SINCLAIR, YOLANDA | | 12773 | UNLIQUIDATED | 12/08/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411298 | SINGH, ELISHA | | 11661 | $500,000.00 | 08/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 410869 | SMITH, DOREEN BONDS | | 9952 | $155,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385529 | SMITH, MARTHA JEAN | | 7573 | $100,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |

Case 3:05-bk-03817-JAF   Doc 10543   Filed 08/24/06   Page 17 of 18

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

Page: 6 of 7
Date: 08/23/2006
Time: 19:28:21

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 385529 | SMITH, MARTHA JEAN | | 8429 | $100,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390562 | SMITH, SHIRLEY | | 13082 | $150,000.00 | 04/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392338 | SMITH, TARA | | 12107 | UNLIQUIDATED | 10/20/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416967 | ST PAUL TRAVELERS | | 12553 | $12,954.02 | 11/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393035 | STALLINGS, GEORGIA | | 11400 | UNLIQUIDATED | 08/09/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416530 | STANLEY, CARRIE | | 12765 | $250,000.00 | 12/05/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN CLARK HALL, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417104 | STRICKLAND, LORRAINE C | | 12910 | $10,250.86 | 02/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390718 | SUAREZ, DULCE | | 11398 | $500,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410533 | TIMMONS, DAVID | | 8410 | $350,000.00 | 07/20/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388812 | TSAMAS, MICHAEL N | | 11436 | $6,500.00 | 08/08/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408410 | US ARMY 3D INFANTRY DIV | | 12417 | UNLIQUIDATED | 11/03/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388873 | VEGA, MELINDA (MINOR) | | 8443 | $250,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SCOTT ZIRKLE, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 415953 | VELAZQUEZ, CRISTINA | | 11876 | $100,000.00 | 10/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408307 | VESTAL, CHRISTOPHER | | 6784 | $25,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408306 | VESTAL, JOSEPH | | 6783 | $25,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392832 | VESTAL, SHAWN J | | 6787 | $750,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408308 | VESTAL, SHAWN J JR | | 6785 | $25,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416835 | VOLCE, THIAS | | 12763 | $50,000.00 | 12/05/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 416535 | VOLCY, CHRISLENE | | 12606 | UNLIQUIDATED | 11/25/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390938 | WALTON, DONNA | | 2808 | $5,000.00 | 05/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 387437 | WASHINGTON, LINDA | | 9234 | UNLIQUIDATED | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416935 | WAUSAU BENEFITS INC, SUBROGEE | | 12383 | $701.78 | 10/28/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393442 | WHITE, NICOLE | | 11522 | $250,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN PHILIP J FELDMAN, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391656 | WHITEHORN, CAROL L | | 1677 | UNLIQUIDATED | 05/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 2**

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 391755 | WIETCHY, EILEEN | | 5548 | $750,000.00 | 07/07/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416735 | WILLIAMS, CLEAVON (MINOR) | | 12848 | $100,000.00 | 01/09/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JOHN J. FINCKBEINER, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411278 | WILLIAMS, HERMAN | | 11599 | $20,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410398 | WILLIAMS, RONNIE | | 7409 | $100,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400120 | WRIGHT, TANARRA | | 860 | UNLIQUIDATED | 04/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DIANA SANTA MARIA, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

**Total Claims to be Disallowed:** 148

**Total Amount to be Disallowed:** $100,850,647.89