UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER AUTHORIZING REJECTION OF EMPLOYMENT-RELATED EXECUTORY CONTRACTS

These cases came before the Court for hearing on August 24, 2006, upon the motion of Winn-Dixie Stores, Inc. and its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the rejection of the prepetition employment-related contracts of former employees set forth on Exhibit A to this Order and the prepetition employment-related contracts of current employees set forth on Exhibit B to this Order (collectively, the "Contracts").[1] An objection to the Motion was filed by J. Adrian Barrow and, as a result, the Debtors have agreed to continue the Motion with respect to the contract with J. Adrian Barrow, which contract has been removed from Exhibit A. The Debtors have withdrawn without prejudice from the Motion, and have reserved the right to include in a subsequent motion to reject, the contracts with Robin Everhart and Dennis Hanley, which contracts have also been removed from Exhibit A. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

2. The Contracts set forth on Exhibit A and Exhibit B to this Order are rejected as of the date of this Order.

3. Claims for any rejection damages resulting from the rejection of the Contracts must be filed within 30 days after the date of entry of this Order.

Dated August 24, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties included
on the Master Service List.

# Exhibit A

## FORMER EMPLOYEE CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Former Employee Contracts. The rejections pursuant to the Motion will apply only to the Former Employee Contracts identified in this Exhibit A and do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed.)

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Joel Barton<br><br>Address Intentionally Omitted to Protect Employee Confidentiality | Winn-Dixie Stores, Inc. | Offer Letter dated October 16, 2003 |
| Steven Begley<br><br>Address Intentionally Omitted to Protect Employee Confidentiality | Winn-Dixie Stores, Inc. | Offer Letter dated June 30, 2003 |
| James Brogan<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated September 16, 2004 |
| Richard Channell<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated January 2, 2004 |
| Paul Currie (spelled "Carrie" in Offer Letter)<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated January 30, 2004 |
| Doyle Eiler<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated June 28, 2004 |
| Harvey G. Fielder<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated November 22, 2004 |
| Joanne Gage<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated June 23, 2003 |
| Joanne Gage<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated November 30, 2001 |
| Curtis M. Gore<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated August 29, 2001 |

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Mark Gunlicks<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 1, 2004 |
| Glen Hamilton<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 1, 2003 |
| Kathy Heffron<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o Newman & Meeks<br>Attention: Robert B. Newman, Esq.<br>617 Vine Street, Suite 1401<br>Cincinnati, OH 45202 | Winn-Dixie Raleigh, Inc. as successor to Winn-Dixie Charlotte, Inc. | Settlement Agreement and Release dated January 19, 2005 |
| Richard C. Judd<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated February 6, 2003 |
| Richard C. Judd<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Retention Agreement executed January 14, 2005 |
| Antoinette Judy<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 16, 2003 |
| Frank Lazaran<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o John D. Hershberger, Esq.<br>Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs<br>1301 Riverplace Boulevard, Suite 1700<br>Jacksonville, FL 32207 | Winn-Dixie Stores, Inc. | Offer Letter dated May 2, 2003 |
| Frank Lazaran<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o John D. Hershberger, Esq.<br>Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs<br>1301 Riverplace Boulevard, Suite 1700<br>Jacksonville, FL 32207 | Winn-Dixie Stores, Inc. | Offer Letter dated April 4, 2002 |

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Frank Lazaran<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o John D. Hershberger, Esq.<br>Volpe, Bajalia, Wickes, Rogerson, Galloway & Wachs<br>1301 Riverplace Boulevard, Suite 1700<br>Jacksonville, FL 32207 | Winn-Dixie Stores, Inc. | Separation and Release Agreement dated January 27, 2005 as amended by Separation and Release Agreement First Amendment dated February 1, 2005 |
| Mary Louk<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated June 1, 2002 |
| Katherine Lussier<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 29, 2004 |
| Dewey Maroney<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 8, 2004 |
| Dewey Maroney<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 10, 2003 |
| Lance K. Martinez<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o Shinbaum, Abell McLeod & Vann<br>Attention: Richard D. Shek, Esq.<br>Attention: William K. Abell, Esq.<br>P.O. Box 201<br>Montgomery, AL 36102 | Winn-Dixie Montgomery, Inc. | Settlement Agreement and Release signed and entered into January 31, 2005 |
| Mark Matta<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated March 4, 2003 |
| Mark Matta<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Retention Agreement executed January 13, 2005 |
| Richard P. McCook<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Separation and Release Agreement dated March 3, 2004 |

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| James McDonald<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated November 2, 2004 |
| Chatles Newsom<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 19, 2004 |
| Paul Novak<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated February 6, 2004 |
| Paul Novak<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Separation and Release Agreement dated January 4, 2005 |
| John Opasinski<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated June 26, 2003 |
| Alred J. Ottolino<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated June 12, 2003 |
| Evan Rainwater<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated January 23, 2002 |
| Susan Ranjan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated January 30, 2004 |
| Robert A. Rowe<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Separation and Release Agreement dated December 22, 2003 |
| Allen R. Rowland<br><br>**Address Intentionally Omitted to Protect Employee Privacy**<br><br>C/o Bruce S. Mendelsohn, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building, 1333 New Hampshire Avenue, N.W.<br>Washington, District of Columbia 20036-1564 | Winn-Dixie Stores, Inc. | Employment Agreement dated November 23, 1999 |

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Karen E. Salem<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 6, 2002 |
| Scott Schaper<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 22, 2003 |
| Dennis Sheehan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Separation and Release Agreement dated February 26, 2004 |
| John R. Sheehan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Retention Agreement dated October 27, 2004 |
| Brad Spooner<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated January 21, 2004 |
| Justin Strother<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated November 5, 2001 |
| Jim Thatcher<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated December 2, 2003 |
| John Mitchell Ward<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated April 16, 2004 |

## Exhibit B

## CURRENT EMPLOYEE CONTRACTS FOR REJECTION

(The Debtors reserve the right to challenge the executory or unexpired nature of any of the Current Employee Contracts. The rejections pursuant to the Motion will apply only to the Current Employee Contracts identified in this Exhibit B and do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Parties listed.)

THE REJECTION OF THE CURRENT EMPLOYEE CONTRACTS DOES NOT ENTAIL THE TERMINATION OF, AND WILL NOT IMPACT UPON THE EMPLOYMENT STATUS OF, THE NON-DEBTOR PARTIES.

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Laurence B. Appel<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated September 9, 2002 |
| Laurence B. Appel<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Retention Agreement executed January 14, 2005 |
| Dale Bitter<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated November 14, 2003 |
| Derrick Bryant<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated September 13, 2004 |
| Kenneth Burns<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated September 28, 2004 |
| James Carrado<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated January 19, 2004 |
| Keith B. Cherry<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated March 22, 2000 |
| Mike Cornish<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated November 29, 2004 |
| Michael Daneliak<br><br>Address Intentionally Omitted to Protect Employee Privacy | Winn-Dixie Stores, Inc. | Offer Letter dated November 12, 2004 |

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Dedra N. Dogan<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated June 20, 2003 |
| Rodney Ennis<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 25, 2004 |
| William Fisher<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated August 11, 2004 |
| Cheryl Forehand<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 22, 2003 |
| Cheryl Forehand<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated July 1, 2003 |
| Dennis Fox<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 15, 2003 |
| Nancy Gaddy<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated January 26, 2004 |
| Grady Gresham<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated August 20, 2004 |
| Grady Gresham<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated July 20, 2004 |
| Michael Haynes<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated December 13, 2004 |
| David F. Henry<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Retention Agreement executed January 14, 2005 |
| Robert Huey<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated November 2, 2004 |
| Gary Jones<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 21, 2004 |

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Gary Jones<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated April 29, 2003 |
| Antonia Jorges<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated January 20, 2004 |
| Paul Kennedy<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated March 16, 2004 |
| Benita Kichler<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated January 5, 2004 |
| Michael Krage<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated August 11, 2004 |
| Michael LeBlanc<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated August 26, 2004 |
| Debra Martin<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated February 27, 2004 |
| Joseph Medina<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated March 30, 2004 |
| Scott Moore<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 29, 2004 |
| Timothy Myers<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 17, 2004 |
| Bennett L. Nussbaum<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated March 8, 2004 |
| Bennett L. Nussbaum<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Retention Agreement executed February 14, 2005 |
| Robert Pessel<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated August 26, 2004 |

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Linda Rodriguez<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 27, 2003 |
| Kellie D. Hardee f/k/a Kellie D. Ross<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated May 16, 2000 |
| Christopher Scott<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 30, 2004 |
| James Scribner<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 15, 2004 |
| Mark Sellers<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated April 20, 2004 |
| Nick Siniscalchi<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated August 20, 2004 |
| Bruce Steadman<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated February 20, 2004 |
| Kevin Stubbs<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 13, 2004 |
| Paul Tiberio<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 8, 2004 |
| Paul Tiberio<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated February 11, 2004 |
| Henry Warden<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 16, 2004 |
| Charlie Weston<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 1, 2004 |
| Larry White<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated September 28, 2004 |

| Non-Debtor Party | Debtor Party | Contract |
|---|---|---|
| Larry White<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated November 1, 2002 |
| Gary Williams<br><br>**Address Intentionally Omitted to Protect Employee Privacy** | Winn-Dixie Stores, Inc. | Offer Letter dated October 5, 2001 |