UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

ORDER ON DEBTORS' (I) OMNIBUS OBJECTION
TO TAX CLAIMS AND (II) MOTION REQUESTING
DETERMINATION OF TAX VALUES AND LIABILITIES

This matter having come before the Court under 11 U.S.C. §§ 105, 502, 505 and 506, Fed. R. Bank. P. 3007 and 9014 and Rule 3007-1 on the (i) Debtors' Fifth Omnibus Objection to Tax Claims (the "Objection") and (ii) Motion For Order Determining Tax Liabilities (the "Motion") (Docket No. 9471), filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[1] The Court has reviewed the Motion and the Objection and has considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, the Court makes the following findings of fact:

A. This Court has jurisdiction over the Motion and Objection under 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2).

B. The Tax Claims listed on the attached Exhibit A are based on improper assessments and therefore are asserted in improper amounts.

C. The adjustments to the Taxing Authorities' assessed values are appropriate for the reasons set forth in the Motion and Objection.

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion and the Objection.

D. The amounts indicated in the "Revised Assessed Value" column on the attached Exhibits A and B reflect the correct taxable values for the properties identified on the Exhibits.

E. The values indicated in the "Independent Appraiser's Market Values" column on the attached Exhibit C reflect the appropriate market value basis for computing assessed values for tax year 2006 or 2007, as reflected per the Exhibit, for the properties.

F. The statutory interest rates imposed by the Taxing Authorities identified on the attached Exhibits A and B incorporate a penalty element and, therefore, should not be used in calculating the accrued interest on Tax Claims and other tax liabilities which are secured and entitled to interest. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Objection is sustained and the Motion is granted.

2. The tax values for the properties listed on Exhibit A and Exhibit B to this Order in the column titled "Revised Assessed Value" are correct and the Taxing Authorities are directed to use such tax values to compute the Debtors' tax liabilities for the 2004, 2005 and/or 2006 tax years, as reflected per the Exhibit, for the properties.

3. The Revised Tax Amounts listed on the attached Exhibits A and B are the correct amount of tax liabilities owed by the Debtors to the Taxing Authorities identified on such Exhibits.

4. Tax Claims identified on Exhibit A are reduced and allowed in the amount reflected as the Revised Tax Amount.

5. The "Independent Appraiser's Market Values" amounts listed on the attached Exhibit C are the appropriate valuation basis for which the Taxing Authorities

2

are to compute assessed values and corresponding taxes for tax year 2006 or 2007, as reflected per the Exhibit, for the properties.

6. Where applicable, pursuant to Section 506(b), the interest rate on Revised Tax Amount identified on the attached Exhibits A and B will be calculated using the Adjusted Rate of 6% per annum.

7. Debtors is authorized to offset any excess amount paid against the Debtors' liability on other accounts within the same jurisdiction and for the same or other tax years, where these determinations result in the Debtors' net tax liability being less that what the Debtors have already paid the Tax Collectors for a particular account.

8. Upon payment of the allowed tax claims and revised tax amounts as set forth on Exhibits A and B, respectively, any liens relating to the Debtors' secured tax liabilities addressed in this Objection and Motion are extinguished. The Debtors' are authorized to file any documents necessary with the appropriate governmental body to reflect the release of such liens.

9. This Order is without prejudice to the Debtors' right to object to any proof of claim filed by any Taxing Authorities in these Chapter 11 cases on any further or separate grounds.

10. This Court retains jurisdiction over the Debtors and the Taxing Authorities whose Tax Claims and Liabilities are subject to the Motion and Objection with respect to any matters related to or arising from implementation of this Order.

Dated this 24 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

3

**Exhibit A**
8/23/2006

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # **** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF PONCHATOULA TAX COLLECTOR  (County and State: TANGIPAHOA, LA) | | | | | | | | | | | | | | |
| | 1540 | PP | | | NIC | | | 03508609 | 2004 | 192,756 | $3,184.33 | 81,500 | $1,346.38 | A |
| | 1540 | PP | Priority | 7/26/2005 | 7497 | 05-03817-3F1 | $3,186.33 | 03508609 | 2005 | 176,790 | $2,920.57 | 78,401 | $1,295.18 | A |
| | | | | | | | | | Tax Subtotals | | $6,104.90 | | $2,641.56 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Legend for Case Number(s):   05-03817-3F1   Winn-Dixie Stores, Inc.

Footnotes:
\* PP in property type is a personal property account and R is a real property account
\*\* Claim Class reflects allowed class.
\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.
\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.
\*\*\*\*\* In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

*Prepared by Assessment Technologies, Ltd.*

*Page 1 of 1*

**Exhibit B**
8/23/2006

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF NEW ORLEANS MUN 3 TAX COLLECTOR | (County and State: ORLEANS, LA) | | | | | | | | |
| | 1403 | PP | 39Pl19701 | 2004 | 211,190 | $36,174.73 | 92,664 | $15,872.38 | A |
| | 1403 | PP | 39Pl19701 | 2005 | 190,130 | $32,598.20 | 81,012 | $13,876.62 | A |
| | 1403 | PP | 39Pl19701 | 2006 | 182,860 | $34,439.85 | 77,534 | $14,602.84 | A |
| | 1408 | PP | 39Pl31218 | 2004 | 369,030 | $87,999.35 | 125,946 | $30,033.22 | A |
| | 1408 | PP | 39Pl31218 | 2005 | 377,500 | $75,395.87 | 120,432 | $24,053.13 | A |
| | 1408 | PP | 39Pl31218 | 2006 | 347,660 | $65,478.28 | 112,693 | $21,224.58 | A |
| | 1439 | PP | 39Pl33504 | 2004 | 228,770 | $39,186.02 | 111,721 | $19,136.75 | A |
| | 1439 | PP | 39Pl33504 | 2005 | 235,370 | $40,316.53 | 110,083 | $18,856.08 | A |
| | 1439 | PP | 39Pl33504 | 2006 | 229,460 | $43,216.50 | 103,357 | $19,466.21 | A |
| | 1417 | PP | 39P204336 | 2004 | 224,860 | $38,516.27 | 105,842 | $18,129.64 | A |
| | 1417 | PP | 39P204336 | 2005 | 221,160 | $37,882.50 | 102,097 | $17,488.23 | A |
| | 1417 | PP | 39P204336 | 2006 | 207,720 | $39,121.98 | 97,928 | $18,443.81 | A |
| | 1408 | R | 39W955316 | 2004 | 1,128,420 | $193,287.06 | 847,936 | $145,242.96 | A |
| | 1408 | R | 39W955316 | 2005 | 1,128,420 | $225,372.71 | 847,936 | $169,353.29 | A |
| | 1408 | R | 39W955316 | 2006 | 984,230 | $185,369.89 | 847,936 | $159,700.27 | A |
| | | | | Tax Subtotals | | $1,174,355.74 | | $705,480.00 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    S = Sales    OK = No adjustment made

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF NEW ORLEANS MUN 4 TAX COLLECTOR    (County and State: ORLEANS, LA) | | | | | | | | | |
| | 1437 | PP | 412112504 | 2004 | 454,850 | $77,911.27 | 114,246 | $19,569.21 | A |
| | 1437 | PP | 412112504 | 2005 | 410,180 | $70,259.73 | 112,666 | $19,298.62 | A |
| | 1437 | PP | 412112504 | 2006 | 339,150 | $63,875.51 | 101,795 | $17,436.46 | A |
| | | | | Tax Subtotals | | $212,046.51 | | $56,304.29 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Prepared by Assessment Technologies, Ltd.

Page 2 of 4

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF NEW ORLEANS MUN 6 TAX COLLECTOR (County and State: ORLEANS, LA) | | | | | | | | | |
| | 1430 | PP | 614114401 | 2004 | 389,110 | $69,215.61 | 139,427 | $24,801.60 | A |
| | 1430 | PP | 614114401 | 2005 | 379,710 | $65,040.53 | 133,234 | $22,821.64 | A |
| | 1430 | PP | 614114401 | 2006 | 328,540 | $61,877.22 | 120,117 | $22,622.83 | A |
| | | | | Tax Subtotals | | $196,133.36 | | $70,246.08 | |

Legend for Basis for Adjustment Codes:  A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:  * PP in property type is a personal property account and R is a real property account
** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Page 3 of 4

Prepared by Assessment Technologies, Ltd.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| TOWN OF AMITE CITY PROPERTY TAX DIVISION (County and State: TANGIPAHOA, LA) | | | | | | | | | |
| | 1449 | PP | 05881501 | 2004 | 228,599 | $1,203.93 | 67,155 | $353.67 | A |
| | 1449 | PP | 05881501 | 2005 | 220,177 | $1,159.13 | 68,798 | $361.88 | A |
| | | | | Tax Subtotals | | $2,363.06 | | $715.55 | |

Legend for Basis for Adjustment Codes:  A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

# Exhibit C

8/23/2006

| Jurisdiction | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| CITY OF PONCHATOULA TAX COLLECTOR | 03508609 | 145 BERRYLAND SHOPPING CENTER, PONCHATOULA LA 70454 | 522,677 | A |
| TOWN OF AMITE CITY PROPERTY TAX DIVISION | 05881501 | 804 W. OAK STREET, AMITE LA 70422 | 663,807 | A |

Legend for Basis for Adjustment Code:   A = Appraised Asset

| Jurisdiction | Parcel Number | Property Location | 2007 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| CITY OF NEW ORLEANS MUN 2 TAX COLLECTOR | 207100120 | 1501 SAINT LOUIS ST., NEW ORLEANS LA 70112 | 168,395 | A |
| CITY OF NEW ORLEANS MUN 2 TAX COLLECTOR | 207101400 | 500 N. CARROLLTON AVE., NEW ORLEANS LA 70119 | 6,600 | A |
| CITY OF NEW ORLEANS MUN 3 TAX COLLECTOR | 39P119701 | 3008 HOLIDAY DRIVE, NEW ORLEANS LA 70131 | 205,730 | A |
| CITY OF NEW ORLEANS MUN 3 TAX COLLECTOR | 39P131218 | 4600 CHEF MENTEUR, NEW ORLEANS LA 70126 | 206,260 | A |
| CITY OF NEW ORLEANS MUN 3 TAX COLLECTOR | 39P133504 | 9701 CHEF MENTEUR HIGHWAY, NEW ORLEANS LA 70127 | 266,060 | A |
| CITY OF NEW ORLEANS MUN 3 TAX COLLECTOR | 39P204336 | 7135 BUNDY ROAD, NEW ORLEANS LA 70127 | 16,225 | A |
| CITY OF NEW ORLEANS MUN 3 TAX COLLECTOR | 39W955316 | 4600 CHEF MENTEUR, NEW ORLEANS LA 70126 | 6,071,506 | A |
| CITY OF NEW ORLEANS MUN 4 TAX COLLECTOR | 412112504 | 2841 S. CLAIBORNE AVENUE, NEW ORLEANS LA 70125 | 14,450 | A |
| CITY OF NEW ORLEANS MUN 6 TAX COLLECTOR | 614114401 | 5400 TCHOUPITOULAS, NEW ORLEANS LA 70115 | 230,130 | A |

Legend for Basis for Adjustment Code:    A = Appraised Asset

*Prepared by Assessment Technologies, Ltd.*