UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Re:                              )          Case No.: 05-bk-03817-3F1

WINN DIXIE STORES, INC. et al   )           Chapter 11

         Debtors.               )           Jointly Administered

## ORDER ON WILLIAM KNIGHTS' MOTION TO ALLOW LATE FILED CLAIM

THIS MATTER having come before the Court on WILLIAM KNIGHTS' (Knights), Motion to Allow Late Filed Claim (the "Motion"), and after a hearing held on August 24, 2006, it is hereby:

ORDERED that the Motion is granted to the extent provided herein:

1. The Proof of Claim filed by Knights on May 31, 2006 is deemed timely filed.

2. This Order is without prejudice to the Debtors' or any other parties in interests' pending or future objections to the proof of claim filed by Knights, including the Debtors' or any other parties in interests' right to dispute the validity or amount of such claim.

DONE AND ORDERED in Jacksonville, Duval County, Florida this 24 day of August, 2006.

JERRY A. FUNK
United States Bankruptcy Judge

{JA282357;1}