**Hearing Date: September 14, 2006, 1:30 p.m.**
**Objection Deadline: September 7, 2006, 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

## MOTION FOR ORDER APPROVING
## NEGOTIATED ASSUMPTION OF AGREEMENTS WITH IBM ENTITIES

Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move the Court for entry of an order under 11 U.S.C. §§ 105, 363(b), 365(a) and Fed. R. Bankr. P. 6006 and 9019 approving  Winn-Dixie's assumption, on the negotiated terms set forth below, of its leases and contracts with IBM Corporation ("IBM"), IBM Credit, LLC ("IBM Credit") and Ascential Software Corporation ("Ascential") (collectively, the "IBM Entities") (the "Motion").  In support of the Motion, the Debtors state as follows:

### Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.      The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005, was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.      This Court has jurisdiction over the Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      The statutory predicates  for the relief requested by this Motion are sections 105, 363, and 365 of the Bankruptcy Code, supported by Rules 6006 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Relevant Facts

6.      As part of its business, Winn-Dixie is party to numerous continuing leases and contracts with the IBM Entities (the "Leases and Contracts"),[2] including those with IBM, IBM Credit, and Ascential listed on Exhibit A to this Motion.  Under the Leases and Contracts, Winn-Dixie leases computer hardware and obtains a variety of software, maintenance, and support services vital to the Debtors' information technology needs.  The hardware, software, and maintenance and support services obtained under the Leases and Contracts form the backbone of the Debtors'

---

[2]      As employed in this Motion, "Leases and Contracts" refers only to continuing leases and contracts between Winn-Dixie and the IBM Entities.  The term excludes any leases and contracts among the parties that have terminated or that have previously been rejected in accordance with this Court's Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 22, 2005 (Sept. 22, 2005) (Docket No. 3584).

information technology infrastructure, are essential to the Debtors' ability to conduct their day-to-day businesses, and include, without limitation: the mainframes used in the Debtors' corporate offices, internet services, computer servers used in the Debtors' pharmacies, computer programs employed as part of the Debtors' day-to-day operations, and cash registers used in the Debtors' stores. Given the importance of the Leases and Contracts to the Debtors' ongoing business and the extreme disruption that would occur if the Debtors were required to find alternative hardware, software, and maintenance and support service providers, assuming the Leases and Contracts is in the best interests of the Debtors and their estates.

      7.    The Debtors have engaged in negotiations with IBM, IBM Credit, and Ascential as to the terms pursuant to which the Leases and Contracts will be assumed, including the treatment of claims held by the IBM Entities against Winn-Dixie under the Leases and Contracts and hypothetical claims held by Winn-Dixie against the IBM Entities, and including understandings as to prospective ordinary course substitutions of new equipment for certain of the leased items. Those negotiations have resulted in the following agreements with IBM, IBM Credit, and Ascential, subject to approval by the Court:

    (a)    Winn-Dixie will move to assume the Leases and Contracts under section 365 of the Bankruptcy Code.

    (b)    If not previously returned, the Debtors will return to IBM or IBM Credit, as applicable, the leased servers described on Exhibit B to this Motion (the "Servers") which were used in stores that have since been closed and, thus, are not necessary to the Debtors' ongoing business. Any of the Leases and Contracts, or provisions thereof, that separately govern the returned Servers will be terminated by agreement of the parties. IBM Credit will be granted an unsecured claim in the amount of $66,883.00 on account of such servers (which will be added to the claim described in subparagraph d below).

    (c)    The $2,535,560.53 claim asserted by IBM for non-payment of prepetition sums due under its leases and contracts with Winn-Dixie, as evidenced by Claim No. 13235, will be allowed (the "IBM Prepetition Claim"). IBM's $2,279,605.19 claim reflected in Claim No. 2058, which is superseded by the IBM Prepetition Claim, will be disallowed.

(d)     The $1,659,098.37 claim asserted by IBM Credit for (i) non-payment of prepetition sums due under IBM Credit's leases and contracts with Winn-Dixie and (ii) rejection damages arising from Winn-Dixie's rejection of leases for cash registers no longer used by the Debtors,[3] as evidenced by Claim No. 13245, will be deemed amended to include the $66,883.00 referred to in subparagraph b above, and will be allowed in the increased amount of $1,725,981.37 (the "IBM Credit Prepetition Claim").  IBM Credit's $14,052,843.00 claim reflected in Claim No. 4215, which is superseded by the IBM Credit Prepetition Claim, will be disallowed.

(e)     The $131,052.41 claim asserted by Ascential for payment of prepetition sums due under its leases and contracts with Winn-Dixie, as evidenced by Claim No. 9926, which has previously been reduced to $48,157.86,[4] will be allowed in its reduced amount (the "Ascential Prepetition Claim" and, together with the IBM Prepetition Claim and the IBM Credit Prepetition Claim, the "Prepetition Claims").

(f)     The Debtors will pay any delinquent postpetition amounts owed under the Leases and Contracts to IBM, IBM Credit and/or Ascential, as applicable, within ten (10) days following entry of an order approving this Motion.

(g)     IBM, IBM Credit, and Ascential will facilitate assumption of the Leases and Contracts by agreeing that (i) neither Winn-Dixie nor any of the Debtors will be required to pay the Prepetition Claims as cure under section 365(b)(1)(A) of the Bankruptcy Code, (ii) the requirements of section 365(b)(1) of the Bankruptcy Code as they relate to any prepetition defaults will be waived in full by IBM, IBM Credit and Ascential, as applicable, (iii) the Prepetition Claims will not have administrative expense status as a result of the assumption of the Leases and Contracts or for any other purpose, and (iv) the Prepetition Claims will retain the status of prepetition unsecured nonpriority claims.

(h)     The waiver of cure payments as provided for in subparagraph g above will not negate the impact of assumption on any claims held by Winn-Dixie against IBM, IBM Credit or Ascential.  For the avoidance of doubt, upon assumption of the Leases and Contracts, the Debtors will waive any and all rights they may otherwise have to preference claims or other claims or rights under sections 544, 545, 547, 548, or 553 of the Bankruptcy Code against the IBM Entities.

(i)     Provided that an order is entered approving the terms set forth in subparagraphs a through h above, the IBM Entities will continue to make available to Winn-Dixie ordinary course opportunities, subject to IBM/IBM

---

[3]      See Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 22, 2005 (Sept. 22, 2005) (Docket No. 3584).

[4]      See Order Reducing Overstated Claims as Set Forth in the Debtors' Seventh Omnibus Claims Objection (Apr. 20, 2006) (Docket No. 7355)

Credit's normal business processes and decisionmaking after IBM/IBM Credit's normal credit approval process, to upgrade its computer capabilities by substituting new and improved equipment for items currently subject to the Leases and Contracts. Contingent upon entry of the order, the parties are negotiating to replace two leased mainframes with one new mainframe that will increase operating capacity by up to 30% and reduce lease costs to Winn-Dixie by approximately $93,000 per month.

## Relief Requested

8.      Pursuant to sections 105, 363(b), and 365(a) of the Bankruptcy Code and Rules 6006 and 9019 of the Bankruptcy Rules, the Debtors seek entry of an order (a) approving Winn-Dixie's assumption of the Leases and Contracts, including but not limited to those listed on Exhibit A to this Motion;[5] (b) enforcing the respective waivers by the IBM Entities of the requirements of section 365(b)(1) of the Bankruptcy Code, including the waiver of cure with respect to the Prepetition Claims; (c) allowing the IBM Prepetition Claim in the amount of $2,535,560.53; (d) allowing the IBM Credit Prepetition Claim in the increased amount of $1,725,981.37; (e) allowing the Ascential Prepetition Claim in the previously reduced amount of $48,157.86; (f) disallowing Claim No. 2058 by IBM; (g) disallowing Claim No. 4215 by IBM Credit, (h) requiring the Debtors to pay any delinquent postpetition amounts owed under the Leases and Contracts within ten (10) days following entry of an order approving this Motion; and (i) approving the Debtors' waiver of claims under 544, 545, 547, 548, or 553 of the Bankruptcy Code against the IBM Entities.

## Basis for Relief

9.      The Leases and Contracts provide Winn-Dixie with hardware, software, and maintenance services that form the backbone of the Debtors' information technology infrastructure and that are essential to the Debtors' day-to-day business. Moreover, any attempt to transition the

---

[5]      Exhibit A to this Motion contains all of the Leases and Contracts of which the Debtors are specifically aware. Nevertheless, it is possible that certain Leases and Contracts have been omitted from Exhibit A. In light of the importance of the Leases and Contracts to the Debtors' ongoing business, and to avoid inadvertently rejecting any Leases and Contracts not included on Exhibit A pursuant to the "deemed rejected" clause contained in section 7.1 of the Debtors' joint plan of reorganization, the Debtors are seeking to assume all of the Leases and Contracts including

hardware, software, and maintenance services provided by the IBM Entities to alternative suppliers would, at best, cause extreme disruption to and, at worst, paralyze the Debtors' ability to conduct their business. Winn-Dixie's assumption of the Leases and Contracts is, therefore, in the best interests of the Debtors and their estates.

10.    The agreements in principle reached by the parties provide the Debtors with the best possible terms for assuming the Leases and Contracts and returning the Servers. As indicated above, the Debtors will not pay any cure costs in connection with the assumption. Instead, the Prepetition Claims of IBM, IBM Credit, and Ascential will be paid as prepetition unsecured nonpriority claims. This represents a significant accommodation by the IBM Entities. Although the Debtors have agreed to waive claims against the IBM Entities under sections 544, 545, 547, 548, or 553 of the Bankruptcy Code, the Debtors are not aware of any such claims. As to potential preferential payments, the Debtors believe that payments made to the IBM Entities during the relevant periods were in the ordinary course and subject to normal business terms. In any event, such claims are of no value in light of the assumptions contemplated by this Motion.

## Applicable Authority

11.    Winn-Dixie's assumption of the Leases and Contracts and release of claims on the terms described in this Motion should be approved pursuant to sections 105, 363(b), and 365(a) of the Bankruptcy Code.

12.    Under section 365(a), a debtor "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon

---

any that have not been listed on Exhibit A. See Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, at § 7.1 (Aug. 9, 2006) (Docket No. 10058).

burdensome property.'" Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.), 4 F.3d 1095, 1098 (2d Cir. 1993).

13.    A debtor's decision to assume or reject an unexpired lease is subject to review under the business judgment standard. See In re Gardinier, Inc., 831 F.2d 974, 975 n.2 (11th Cir. 1987); In re Orion Pictures Corp., 4 F.3d at 1098-99. Upon finding that the Debtors have exercised their sound business judgment in determining that assumption of a particular executory contract is in the best interests of their estates, the Court should approve assumption under Section 365(a) of the Bankruptcy Code. See In re Gucci, 193 B.R. 411, 415-17 (S.D.N.Y. 1996) (affirming bankruptcy court's approval of assumption of executory contract upon determining that assumption "was in the best interest of the estate"); Blue Cross Blue Shield of Conn. v. Gurski (In re Gurski), Nos. 94-51202 & 3:95CV1883, 1996 WL 684397, at *2 (D. Conn. Jan. 25, 1996) (affirming bankruptcy court's determination that executory contracts were beneficial to the debtor such that the debtor could assume them under Section 365(a)).

14.    The Leases and Contracts provide for hardware, software, and maintenance services that are vital to the Debtors' technology infrastructure and indispensable to the Debtors' businesses. Assumption of the Leases and Contracts is, therefore, essential and in the best interests of the Debtors' estates. The Debtors have therefore satisfied the business judgment standard for assumption.

15.    Furthermore, the Debtors' release of claims against the IBM Entities arising under sections under sections 544, 545, 547, 548, or 553 of the Bankruptcy Code is also proper. A release of claims constitutes a compromise and, thus, is in the nature of a disposition of property of the estate that must be approved by the Court if outside the ordinary course of business. See 11 U.S.C. § 363(b). Rule 9019 of the Bankruptcy Rules sets forth the standard for approval of

compromises, providing that "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement." Fed. R. Bankr. P. 9019(a).

16.    To approve a compromise under Bankruptcy Rule 9019, the bankruptcy court must determine that the settlement is supported by adequate consideration and that it is fair, equitable, and in the best interest of the debtor's estate. In doing so, the bankruptcy court considers a variety of factors including (a) the probability of success in the litigation; (b) the difficulties associated with collection; (c) the complexity of the litigation and the attendant expense, inconvenience and delay; and (d) the paramount interests of, and deference to the views of, the creditors. See In re Justice Oaks II, Ltd., 898 F.2d 1544, 1549 (11th Cir. 1990).

17.    The release of claims against the IBM Entities as contemplated by this Motion is reasonable and satisfies the standard for approving compromises. The compromise is the product of extensive arms-length negotiation among the Debtors, IBM, IBM Credit, and Ascential. The releases granted to the IBM Entities will allow the Debtors the benefit of assuming the Leases and Contracts without having to pay cure but instead paying the Prepetition Claims as unsecured nonpriority claims. In addition, they will permit Winn-Dixie not only to maintain its current leasing and contractual relationship with the IBM Entities but also to take advantage of opportunities to enhance its equipment as new technology becomes available, as it contemplates doing with the mainframes.

18.    Furthermore, it is black-letter law that assumption of a contract precludes recovery as a preference of monies paid under the contract. 3 Collier on Bankruptcy 365.05[3][d] (15th ed. rev. 2005) ("[A]ny prepetition payment under a contract that is later assumed is not avoidable as a preference. . . ."). See Kimmelman v. Port Authority of N.Y. & N.J. (In re Kiwi Int'l Air Lines, Inc.), 344 F.3d 311 (3d Cir. 2003); In re Superior Toy & Mfg. Co., 78 F.3d 1169 (7th Cir. 1996); Alvarado v. Walsh (In re LCO Enters.), 12 F.3d 938 (9th Cir. 1993); In re Greater Se.

Comm. Hosp. Corp., 327 B.R. 26 (Bankr. D.D.C. 2005); Philip Servs. Corp. v. Luntz (In re Philip Servs (Del.), Inc., 284 B.R. 541 (Bankr. D. Del. 2002); MMR Holding Corp. v. C & C Consultants, Inc., (In re MMR Holding Corp.), 203 B.R. 605 (Bankr. M.D. La. 1996); Phoenix Rest. Group, Inc. v. Denny's Corp. (In re Phoenix Rest. Group, Inc.), 2005 WL 114327 (Bankr. M.D. Tenn. Jan. 10, 2005); see also Seidle v. GATX Leasing Corp., 778 F.2d 659 (11th Cir. 1985) (holding that trustee was not entitled to recover payments made pursuant to an executed stipulation that required cure of defaults).  Consistent with the case law, the Debtors' assumption of the Leases and Contracts will have the practical effect of precluding the Debtors or any other party from recovering any payments made on the Leases and Contracts as preferences or from otherwise recovering such sums pursuant to section 550 of the Bankruptcy Code.

      19.     Given the foregoing, and the Debtors' belief that they hold no valid claims against the IBM Entities, the releases contemplated by this Motion are reasonable and in the best interests of the Debtors and their estates.

### Notice

      20.     Notice of this Motion has been provided to (a) counsel to the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) IBM, IBM Credit and Ascential.  No other or further notice need be given.

      WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter an order in the form of Exhibit C to this Motion (a) approving Winn-Dixie's assumption of the Leases and Contracts, including but not limited to those listed on Exhibit A to this Motion, (b) enforcing the respective cure waivers by the IBM Entities of the requirements of section 365(b)(1) of the Bankruptcy Code, (c) allowing the IBM Prepetition Claim in the amount of $2,535,560.53, (d) allowing the IBM Credit Prepetition Claim in the increased amount of

$1,725,981.37, (e) allowing the Ascential Prepetition Claim in the previously reduced amount of

$48,157.86, (f) disallowing Claim No. 2058 by IBM, (g) disallowing Claim No. 4215 by IBM Credit,

(h) requiring the Debtors to pay any delinquent postpetition amounts owed under the Leases and

Contracts within ten (10) days following entry of an order approving this Motion, and (i) approving

the Debtors' waiver of claims under 544, 545, 547, 548, or 553 of the Bankruptcy Code against the

IBM Entities; and (ii) grant such other and further relief as may be appropriate under the

circumstances.

Dated:  August 25, 2006.

SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM LLP

By  ___*s/ D. J. Baker*___                          By  ___*s/ Cynthia C. Jackson*___
      D. J. Baker                                     Stephen D. Busey
      Rosalie Walker Gray                             James H. Post
      Jane M. Leamy                                   Cynthia C. Jackson,
      David M. Turetsky                                Florida Bar Number 498882
Four Times Square                            225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                               (904) 359-7700
(212) 735-2000 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          cjackson@smithhulsey.com

Co-Counsel for the Debtors                   Co-Counsel for the Debtors

**Exhibit A**

**Leases and Contracts for Assumption**

| Non-Debtor Party | Debtor Party | Lease/Contract |
|---|---|---|
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Professional Services Agreement dated December 22, 2004, Project #2861 |
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Statement of Work for Consulting Services (Executed by Winn-Dixie Stores, Inc. on December 15, 2004) |
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to DataStage extended production, development, standby server, and Sandbox serlicense for IBM and AIX (Application Integration Tools) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-103 Enterprise Server -  S/N #24ACA with February 1, 2004 Start Date and June 30, 2007 End Date (Contract Number C00B33828) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-8081 Enterprise Server - S/N #24ACA with January 1, 2004 Start Date and June 30, 2007 End Date (Contract Number C00B30570) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 9032 005 LIC ES Connection Director S/N 40387, 41456, 41457, 41617 with April 1, 2004 Start Date and March 31, 2008 End Date (Contract Number D02620076-06) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B332269, 9993-005 #B332270 with January 1, 2004 Start Date and December 31, 2007 (Contract Number C00B30736) |
| IBM Credit Corporation | Winn-Dixie Stores Inc. | IT-Hardware Lease Relating to Mainframe Processor  - 2064-1C7, 2064-1C6 (Contract Number C00109584) |
| IBM Credit Corporation | Winn-Dixie Stores Inc. | Term Lease Master Agreement (executed by Winn-Dixie Stores, Inc. on March 21, 1996), Agreement No. FMC0373 |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30258 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |

| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30291 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |
|---|---|---|
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30302 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB45979 (executed by Winn-Dixie Stores, Inc. on March 9, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 2064-1C7 Misc. Equipment Spec s/n 47534 with March 1, 2004 (Contract Number C00B45979) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB47687 (executed by Winn-Dixie Stores, Inc. on March 17, 2004) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB54995 (executed by Winn-Dixie Stores, Inc. on May 26, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. COOB55007 (executed by Winn-Dixie Stores, Inc. on May 26, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB47940 (executed by Winn-Dixie Stores, Inc. on March 24, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB90555 dated September 29, 2004 |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB98934 (executed by Winn-Dixie Stores, Inc. on November 19, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC05130 (executed by Winn-Dixie Stores, Inc. on November 23, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC02802 (executed by Winn-Dixie Stores, Inc. on December 20, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC09610 (executed by Winn-Dixie Stores, Inc. on January 11, 2005) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 2810505FE with January 23, 2004 Start Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Contract Number 3697340FE with July 1, 2004 Start Date and December 31, 2007 End Date |

2

| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 4075578FE with November 14, 2004 Start Date and November 30, 2007 End Date |
|---|---|---|
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 5550880FE with December 16, 2004 Start Date and December 31, 2007 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 5647874GS with January 19, 2004 Start Date and March 31, 2008 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8549423FE with February 1, 2004 Start Date and September 30, 2006 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8778343FE with December 21, 2004 Start Date and December 31, 2099 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8867565FE with June 7, 2004 Start Date and December 31, 2007 End Date |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Supplement for Retail Store Solutions Support Line – Premium Statement of Work (executed by Winn-Dixie Stores, Inc. on October 22, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Statement of Work Number S04-0875 for Enterprise-Wide PIM Project dated October 4, 2004 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Statement of Work for Implementation Services for Winn-Dixie Stores, Inc. dated June 14, 2004 (Contract Number CFTDAWM) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Change Authorization for Project Support Services (Modifies Contract Number CFTDAWM) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Project Change Request/Change Authorization for IBM Statement of Work, Contract CFTDAWM (executed by Winn-Dixie Stores, Inc. on September 21, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Change Authorization for Services Relating to Agreement Number HQ12291 (executed by Winn-Dixie Stores, Inc. on September 9, 2005) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Service Elect Relating to Agreement Number HQ12291 (executed by Winn-Dixie Stores, Inc. on September 30, 2004) |

| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number AYB3HQ; dated July 1, 2004) |
|---|---|---|
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number AQ27J7) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number A45ZBD; dated July 1, 2005) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number ASBF8P) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number A046C8) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | E-Business Hosting Order Form dated July 16, 2003 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Customer Agreement HQ12291 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-103 Z/900 - S/N #24ACA with June 1, 2003 Start Date and May 31, 2007 End Date (Contract Number C00183901) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 3490 Magnetic Tape Drive (1st string) with April 1, 2004 Start Date |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B097461, 9993-005 B097453 (9672-R56) Upgraded to 2064 processor with March 20, 2002 Start Date and December 30, 2007 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B158021, #B161811 (2064-1C7, 2064-1C6) with September 1, 2002 Start Date and December 30, 2007 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B331595, 9993-005 #B331596 with January 1, 2004 Start Date and April 30, 2007 End Date (Contract Number C00B30565) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 B265577, 9993-005 B265578 with June 1, 2003 Start Date and May 31, 2007 End Date (Contract Number C00183904) |

| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Automated Checkout Lane Maintenance Agreement with October 7, 2004 Start Date and June 30, 2009 End Date (Contract Number AY78DN) |
|---|---|---|
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to Business Continuity & Recovery Services with June 1, 1990 Start Date (Contract Number 5351Q) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to Escon Director with January 1, 2004 Start Date and March 31, 2008 End Date (Contract Number A7CGF1) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Multivendor Agreement (Cabletron) with January 17, 2002 Start Date (Contract Number HQ12291-2125-4175-07) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Passport Agreement with April 1, 2004 Start Date (Contract Number 91150) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to IBM POS Applications (SA and EME) SLP with January 1, 2005 Start Date (Contract Number HQ12201 - Z125-5471-05) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Supplement for Retail Store Solutions Support Line No. Z125-5471-05 (executed by Winn-Dixie Stores, Inc. on October 22, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to Mainframe Processor - Upgraded to 2064 processor 9672-7120, 9672-R66, 9672- R76, 9672-5206, 9672- RX6, 9672- 2361, 9672-0058, 9672-R6 with August 1, 2002 Start Date and September 30, 2009 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Raised Floor Maintenance Agreement with June 30, 2004 Start Date (Contract Numbers AF59KJ, P590736) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | VSE (Virtual System Extended System 370) Agreement |
| International Business Machines Corporation / | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to 5639-M77 - 4690 OS V3 Software Support with January 1, 2005 Start Date |

**Exhibit B**

**Leased Servers to be Returned by Debtors**

| Serial Numbers |
| --- |
| 10-60E7E |
| 10-FC52D |
| 10-FCF2D |
| 10-2DA3E |
| 10-FC2ED |
| 10-6A92E |
| 10-6118E |
| 10-FEA1D |
| 10-089DE |
| 10-02DC29 |
| 10-6122E |
| 10-DA43D |
| 10-A233D |
| 10-209AE |
| 10-3974E |
| 10-FE71D |
| 10-3973E |
| 10-6DC0E |
| 10-6A89E |
| 10-5855E |
| 10-3976E |
| 10-0BC6E |
| 10-FEA2D |
| 10-DA5DD |
| 10-2DA9E |
| 10-2D9CE |

**<u>Exhibit C</u>**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

ORDER APPROVING
NEGOTIATED ASSUMPTION OF AGREEMENTS WITH IBM ENTITIES

These cases came before the Court for hearing on September 14, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105, 363(b), 365(a) and Fed. R. Bankr. P. 6006 and 9019 approving  Winn-Dixie's assumption, on the negotiated terms set forth in the Motion, of its leases and contracts with IBM Corporation ("IBM"), IBM Credit, LLC ("IBM Credit"), and Ascential Software Corporation ("Ascential") (collectively, the "IBM Entities") (the "Leases and Contracts") (the "Motion").[1]   The Court has reviewed the Motion and considered the representations of counsel.  Based upon the representations of counsel, after due deliberation and finding proper notice has been given, the Court determines that good cause exists to grant the relief requested in the Motion and that granting such relief is in the best interest of these estates and creditors.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted.

2.      The Leases and Contracts, including the Leases and Contracts listed on Exhibit A to this Order, are assumed under section 365(a) of the Bankruptcy Code.

---

[1]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

3.      Unless previously returned, the Debtors shall return to IBM or IBM Credit, as applicable, the servers listed on Exhibit B to this Order (the "Servers").  Any of the Leases and Contracts, or provisions thereof, that separately govern the returned Servers are terminated by agreement of the parties.  IBM Credit is granted an unsecured claim in the amount of $66,883.00 on account of such returned Servers (the "Server Prepetition Claim"), as described in paragraph 6 of this Order

4.      Proof of Claim number 13235 filed by IBM against Winn-Dixie in the amount of $2,535,560.53 (the "IBM Prepetition Claim") is allowed in full.

5.      Proof of Claim number 2058 filed by IBM against Winn-Dixie in the amount of $2,279,605.19 is disallowed in its entirety.

6.      Proof of Claim number 13245 filed by IBM Credit against Winn-Dixie in the amount of $1,659,098.37 is deemed amended to include the $66,883.00 Server Prepetition Claim (as amended, the "IBM Credit Prepetition Claim") and is allowed in the amount of $1,725,981.37.

7.      Proof of Claim number 4215 filed by IBM Credit against Winn-Dixie in the amount of $14,052,843.00 is disallowed in full.

8.      Proof of Claim number 9926 filed by Ascential against Winn-Dixie shall be allowed in the reduced amount of $48,157.86 (the "Ascential Prepetition Claim" and, together with the IBM Prepetition Claim and the IBM Credit Prepetition Claim, the "Prepetition Claims").

9.      The requirements of section 365(b)(1) of the Bankruptcy Code as they relate to any prepetition defaults are hereby deemed waived in full by IBM, IBM Credit and Ascential, as applicable.  As a consequence of such waiver, and notwithstanding the assumption of the Leases and Contracts, neither Winn-Dixie nor any of the Debtors shall be required to pay the Prepetition Claims as cure under section 365(b)(1)(A) of the Bankruptcy Code.  The Prepetition Claims shall not have administrative expense status as a result of the assumption of the Leases and Contracts or

for any other purpose, and the Prepetition Claims shall retain the status of and be treated as prepetition unsecured non-priority claims.

10.    The Debtors' waiver and release of any and all rights they may have to preference claims or other claims or rights under sections 544, 545, 547, 548, or 553 of the Bankruptcy Code against the IBM Entities is approved.  The foregoing waiver and release shall be binding on any subsequent chapter 11 or chapter 7 trustee who may be appointed or elected in these cases or any succeeding chapter 7 case.

11.    The Debtors shall pay any delinquent postpetition amounts owed under the Leases and Contracts to IBM, IBM Credit and/or Ascential, as applicable, within ten (10) days following entry of this Order.

12.    Notwithstanding any provisions to the contrary in Fed. R. Bankr. P. 6006, this Order shall take effect immediately upon entry.


Dated _____ ___, 2006 in Jacksonville, Florida.




_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

**Exhibit A**

**Leases and Contracts for Assumption**

| Non-Debtor Party | Debtor Party | Lease/Contract |
|---|---|---|
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Professional Services Agreement dated December 22, 2004, Project #2861 |
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Statement of Work for Consulting Services (Executed by Winn-Dixie Stores, Inc. on December 15, 2004) |
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to DataStage extended production, development, standby server, and Sandbox serlicense for IBM and AIX (Application Integration Tools) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-103 Enterprise Server - S/N #24ACA with February 1, 2004 Start Date and June 30, 2007 End Date (Contract Number C00B33828) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-8081 Enterprise Server - S/N #24ACA with January 1, 2004 Start Date and June 30, 2007 End Date (Contract Number C00B30570) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 9032 005 LIC ES Connection Director S/N 40387, 41456, 41457, 41617 with April 1, 2004 Start Date and March 31, 2008 End Date (Contract Number D02620076-06) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B332269, 9993-005 #B332270 with January 1, 2004 Start Date and December 31, 2007 (Contract Number C00B30736) |
| IBM Credit Corporation | Winn-Dixie Stores Inc. | IT-Hardware Lease Relating to Mainframe Processor - 2064-1C7, 2064-1C6 (Contract Number C00109584) |
| IBM Credit Corporation | Winn-Dixie Stores Inc. | Term Lease Master Agreement (executed by Winn-Dixie Stores, Inc. on March 21, 1996), Agreement No. FMC0373 |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30258 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |

| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30291 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |
|---|---|---|
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30302 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB45979 (executed by Winn-Dixie Stores, Inc. on March 9, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 2064-1C7 Misc. Equipment Spec s/n 47534 with March 1, 2004 (Contract Number C00B45979) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB47687 (executed by Winn-Dixie Stores, Inc. on March 17, 2004) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB54995 (executed by Winn-Dixie Stores, Inc. on May 26, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. COOB55007 (executed by Winn-Dixie Stores, Inc. on May 26, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB47940 (executed by Winn-Dixie Stores, Inc. on March 24, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB90555 dated September 29, 2004 |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB98934 (executed by Winn-Dixie Stores, Inc. on November 19, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC05130 (executed by Winn-Dixie Stores, Inc. on November 23, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC02802 (executed by Winn-Dixie Stores, Inc. on December 20, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC09610 (executed by Winn-Dixie Stores, Inc. on January 11, 2005) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 2810505FE with January 23, 2004 Start Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Contract Number 3697340FE with July 1, 2004 Start Date and December 31, 2007 End Date |

2

| | | |
|---|---|---|
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 4075578FE with November 14, 2004 Start Date and November 30, 2007 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 5550880FE with December 16, 2004 Start Date and December 31, 2007 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 5647874GS with January 19, 2004 Start Date and March 31, 2008 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8549423FE with February 1, 2004 Start Date and September 30, 2006 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8778343FE with December 21, 2004 Start Date and December 31, 2099 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8867565FE with June 7, 2004 Start Date and December 31, 2007 End Date |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Supplement for Retail Store Solutions Support Line – Premium Statement of Work (executed by Winn-Dixie Stores, Inc. on October 22, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Statement of Work Number S04-0875 for Enterprise-Wide PIM Project dated October 4, 2004 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Statement of Work for Implementation Services for Winn-Dixie Stores, Inc. dated June 14, 2004 (Contract Number CFTDAWM) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Change Authorization for Project Support Services (Modifies Contract Number CFTDAWM) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Project Change Request/Change Authorization for IBM Statement of Work, Contract CFTDAWM (executed by Winn-Dixie Stores, Inc. on September 21, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Change Authorization for Services Relating to Agreement Number HQ12291 (executed by Winn-Dixie Stores, Inc. on September 9, 2005) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Service Elect Relating to Agreement Number HQ12291 (executed by Winn-Dixie Stores, Inc. on September 30, 2004) |

| | | |
|---|---|---|
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number AYB3HQ; dated July 1, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number AQ27J7) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number A45ZBD; dated July 1, 2005) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number ASBF8P) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number A046C8) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | E-Business Hosting Order Form dated July 16, 2003 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Customer Agreement HQ12291 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-103 Z/900 - S/N #24ACA with June 1, 2003 Start Date and May 31, 2007 End Date (Contract Number C00183901) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 3490 Magnetic Tape Drive (1st string) with April 1, 2004 Start Date |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B097461, 9993-005 B097453 (9672-R56) Upgraded to 2064 processor with March 20, 2002 Start Date and December 30, 2007 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B158021, #B161811 (2064-1C7, 2064-1C6) with September 1, 2002 Start Date and December 30, 2007 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B331595, 9993-005 #B331596 with January 1, 2004 Start Date and April 30, 2007 End Date (Contract Number C00B30565) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 B265577, 9993-005 B265578 with June 1, 2003 Start Date and May 31, 2007 End Date (Contract Number C00183904) |

| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Automated Checkout Lane Maintenance Agreement with October 7, 2004 Start Date and June 30, 2009 End Date (Contract Number AY78DN) |
|---|---|---|
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to Business Continuity & Recovery Services with June 1, 1990 Start Date (Contract Number 5351Q) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to Escon Director with January 1, 2004 Start Date and March 31, 2008 End Date (Contract Number A7CGF1) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Multivendor Agreement (Cabletron) with January 17, 2002 Start Date (Contract Number HQ12291-2125-4175-07) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Passport Agreement with April 1, 2004 Start Date (Contract Number 91150) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to IBM POS Applications (SA and EME) SLP with January 1, 2005 Start Date (Contract Number HQ12201 - Z125-5471-05) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Supplement for Retail Store Solutions Support Line No. Z125-5471-05 (executed by Winn-Dixie Stores, Inc. on October 22, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to Mainframe Processor - Upgraded to 2064 processor 9672-7120, 9672-R66, 9672-R76, 9672-5206, 9672- RX6, 9672- 2361, 9672- 0058, 9672-R6 with August 1, 2002 Start Date and September 30, 2009 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Raised Floor Maintenance Agreement with June 30, 2004 Start Date (Contract Numbers AF59KJ, P590736) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | VSE (Virtual System Extended System 370) Agreement |
| International Business Machines Corporation / | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to 5639-M77 - 4690 OS V3 Software Support with January 1, 2005 Start Date |

**Exhibit B**

**Leased Servers to be Returned by Debtors**

| Serial Numbers |
| --- |
| 10-60E7E |
| 10-FC52D |
| 10-FCF2D |
| 10-2DA3E |
| 10-FC2ED |
| 10-6A92E |
| 10-6118E |
| 10-FEA1D |
| 10-089DE |
| 10-02DC29 |
| 10-6122E |
| 10-DA43D |
| 10-A233D |
| 10-209AE |
| 10-3974E |
| 10-FE71D |
| 10-3973E |
| 10-6DC0E |
| 10-6A89E |
| 10-5855E |
| 10-3976E |
| 10-0BC6E |
| 10-FEA2D |
| 10-DA5DD |
| 10-2DA9E |
| 10-2D9CE |