UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about August 22, 2006 I caused copies of:

- the **Notice of Debtors' Eighteenth Omnibus Objection to Duplicative Different Debtor Claims**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: August 25, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 8D

# EXHIBIT A
# SERVICE LIST

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**  **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410452-15<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | CREDITOR ID: 279333-36<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | CREDITOR ID: 382362-51<br>ACCURATE INVENTORY & CALCULATING<br>C/O MARKOWITZ DAVIS RINGEL ET AL<br>ATTN J M MORKOWITZ/R L RUBIO ESQS<br>9130 S DADELAND BLVD SUITE 1225<br>MIAMI, FL 33155 |
| CREDITOR ID: 416983-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N. REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 416983-15<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | CREDITOR ID: 410373-15<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 |
| CREDITOR ID: 242201-12<br>AMERICAN LEAK DETECTION<br>DEALER ALD0145LOU<br>ATTN LAURA KLEINPETER, OWNER<br>36530 MISSION ST<br>PRAIRIEVILLE, LA 70769 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 |
| CREDITOR ID: 279340-36<br>BEMIS COMPANY, INC<br>POLYETHYLENE PACKING DIVISON<br>ATTN JAMES MCDERMOTT<br>PO BOX 905<br>TERRE HAUTE IN 47808 | CREDITOR ID: 315701-36<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN GERARD S CATALANELLO, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 315701-36<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130 |
| CREDITOR ID: 411222-15<br>BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLEER<br>751 STATE PARK ROAD<br>GREENVILLE SC 29609 | CREDITOR ID: 243650-12<br>BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON, OH 43764 | CREDITOR ID: 243650-12<br>BLUE MOON LICENSING LLC<br>C/O THOMPSON HINE LLP<br>ATTN JERRY VANDE WERKEN, ESQ<br>10 W BROAD STREET, SUITE 700<br>COLUMBUS OH 43215-3435 |
| CREDITOR ID: 373924-44<br>BLUE RHINO CORPORATION<br>C/O WOMBLE CARLYLE SANDRIDGE ET AL<br>ATTN JULIE B PAPE, ESQ.<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM NC 27101 | CREDITOR ID: 410455-15<br>BUFFALO ROCK COMPANY<br>C/O BURR & FORMAN LLP<br>ATTN DEREK F MEEK, ESQ<br>420 NORTH TWENTIETH ST, SUITE 3100<br>BIRMINGHAM AL 35203-5206 | CREDITOR ID: 410455-15<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209 |
| CREDITOR ID: 244349-12<br>CAGLE'S, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN R R THAMES & N LAFLEUR, ESQS<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 279117-99<br>CAL-MAINE FOODS INC<br>C/O YOUNG WILLIAMS, PA<br>ATTN ROBERT L HOLLADAY JR<br>PO BOX 23059<br>JACKSON MS 39225-3059 | CREDITOR ID: 244427-12<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 |
| CREDITOR ID: 279320-99<br>CERTIFIED FOODS CORP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN RANDALL A RIOS, ESQ<br>700 LOUISIANA ST, STE 4600<br>HOUSTON TX 77002-2732 | CREDITOR ID: 381776-36<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP<br>ATTN PAULINE CARR<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061 |
| CREDITOR ID: 218-03<br>COBB ELECTRIC MEMBERSHIP CORP<br>C/O AWTREY & PARKER, PC<br>ATTN ROBERT B SILLIMAN, ESQ<br>250 LAWRENCE STREET<br>PO BOX 997<br>MARIETTA GA 30061 | CREDITOR ID: 279351-36<br>COLE'S QUALITY FOODS INC<br>ATTN: CYNTHIA A HARVARD, CFO<br>1188 LAKESHORE DRIVE<br>MUSKEGON MI 49441-1691 | CREDITOR ID: 279351-36<br>COLE'S QUALITY FOODS INC<br>C/O VARNUM, RIDDERING, SCHMIDT, ET AL<br>ATTN TIMOTHY J CURTIN, ESQ<br>BRIDGEWATER PLACE<br>PO BOX 352<br>GRAND RAPIDS MI 49501-0352 |
| CREDITOR ID: 381977-36<br>CROWN CORK & SEAL USA INC<br>C/O DILWORTH PAXSON LLP<br>ATTN: ANNE MARIE P KELLEY, ESQ<br>457 HADDONFIELD RD, STE. 700<br>CHERRY HILL NJ 08002 | CREDITOR ID: 381977-36<br>CROWN CORK & SEAL USA INC<br>ATTN GARY S SHEARER, CR DIRECTOR<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154-4599 | CREDITOR ID: 381977-36<br>CROWN CORK & SEAL USA INC<br>C/O DILWORTH PAXSON LLP<br>ATTN: SCOTT J FREEDMAN<br>457 HADDONFIELD RD, STE 700<br>CHERRY HILL NJ 08003 |

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                 **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410563-15<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | CREDITOR ID: 393362-55<br>DAVIS, THELMA<br>C/O SARTAIN, MCKAY & CROWELL, LLP<br>ATTN RAYMOND CROWELL, ESQ<br>915 INTERSTATE RIDGE DR, STE A<br>GAINESVILLE GA 30501 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SYLVIA C. SERRANO<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN<br>237 PARK AVE SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 452126-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O MERIDIAN CORPORATE SERVICES LTD<br>73 FRONT STREET<br>PO BOX HM 528<br>HAMILTON HM 12<br>BERMUDA | CREDITOR ID: 247995-12<br>DENTON DAIRY PRODUCTS, INC<br>ATTN BUTLER A DENTON, PRES<br>PO BOX 839<br>CLEVELAND, MS 38732 |
| CREDITOR ID: 410361-15<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON NJ 07057 | CREDITOR ID: 279233-35<br>FLORIDA CRYSTALS FOOD CORP<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 279233-35<br>FLORIDA CRYSTALS FOOD CORP<br>ATTN WILLIAM F TARR, ESQ<br>ONE NORTH CLEMATIS STREET, STE 200<br>WEST PALM BEACH FL 33401 |
| CREDITOR ID: 249844-12<br>FLORIDA'S NATURAL GROWERS, DIV<br>CITRUS WORLD, INC<br>ATTN FAYE HARRIS<br>20205 US HIGHWAY 27N<br>PO BOX 1111<br>LAKE WALES FL 33859 | CREDITOR ID: 249844-12<br>FLORIDA'S NATURAL GROWERS, DIV<br>C/O GRONEK & LATHAM, LLP<br>ATTN R SCOTT SHUKER, ESQ<br>PO BOX 3353<br>ORLANDO FL 32802-3353 | CREDITOR ID: 250173-12<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 |
| CREDITOR ID: 394068-61<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | CREDITOR ID: 251056-12<br>GUSTAFSONS DAIRY, LLC<br>ATTN JAMES COOPER, CFO<br>PO BOX 338<br>GREEN COVE SPRINGS, FL 32043-0338 | CREDITOR ID: 251056-12<br>GUSTAFSONS DAIRY, LLC<br>C/O GRONEK & LATHAM, LLP<br>ATTN R SCOTT SHUKER, ESQ<br>PO BOX 3353<br>ORLANDO FL 32802-3353 |
| CREDITOR ID: 416984-15<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | CREDITOR ID: 416984-15<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N. REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 403234-79<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD LA 70183-0508 |
| CREDITOR ID: 252088-12<br>IMPERIAL TRADING COMPANY INC<br>ATTN: WAYNE M BAQUET JR, PRES<br>PO BOX 676659<br>DALLAS TX 75267-6659 | CREDITOR ID: 416982-15<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | CREDITOR ID: 416982-15<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N. REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 399337-15<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 | CREDITOR ID: 252191-12<br>INLINE PLASTICS CORP<br>ATTN OSCAR M PARENTE, ESQ/VP<br>42 CANAL STREET<br>SHELTON CT 06484 | CREDITOR ID: 279291-35<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 |
| CREDITOR ID: 399445-15<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 278813-99<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 |
| CREDITOR ID: 253697-12<br>KEEMAN PETROLEUM CO INC<br>ATTN JAMES C KEENER JR, OFFICER/DIR<br>PO BOX 10<br>VALDOSTA, GA 31603-0010 | CREDITOR ID: 408360-37<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | CREDITOR ID: 382029-36<br>KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL MN 55108 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.

**CASE:** 05-03817-3F1

CREDITOR ID: 382031-36
KIMBERLY CLARK CORP
ATTN TED C BANKER, DIR CUSTOMER FIN
520 W SUMMITT HILL DR
KNOXVILLE TN 37902

CREDITOR ID: 408180-97
LANCE INC
ATTN: B CLYDE PRESLAR, VP FIN
8600 SOUTH BLVD
CHARLOTTE NC 28273

CREDITOR ID: 315679-36
LANCE, INC
C/O SHUMAKER LOOP & KENDRICK LLP
ATTN DAVID M GROGAN ESQ
128 SOUTH TRYON STREET STE 1800
CHARLOTTE NC 28202

CREDITOR ID: 279053-99
LIBERTY MUTUAL INSURANCE COMPANY
C/O MANIER & HEROD, PC
ATTN T PENNINGTON/J FRANKS/M COLLIN
2200 ONE NASHVILLE PLACE
150 FOURTH AVE NORTH, STE 2200
NASHVILLE TN 37219-2494

CREDITOR ID: 279389-36
LN INTERNATIONAL, INC FKA SCUNCI
INTERNATIONAL, INC.
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN J W YOUNG & J C PASCHKE, ESQS
225 WEST WACKER DRIVE, STE 3000
CHICAGO IL 60606-1229

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN P SIVIN
10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 399444-15
MCNEIL NUTRITIONALS, LLC
C/O PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKHOUSE, ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 255920-12
MCPHERSON BEVERAGES, INC
ATTN R M HULL JR/M HULL
1330 STANCELL ST
ROANOKE RAPIDS, NC 27870

CREDITOR ID: 279072-32
MT OLIVE PICKLE COMPANY, INC
C/O WHARTON ALDHIZER & WEAVER, PLC
ATTN STEPHAN W MILO, ESQ
125 S AUGUSTA STREET, STE 2000
STAMPTON VA 24401

CREDITOR ID: 256970-12
NATIONAL FISH & SEAFOOD, LTD
C/O ERCOLINI & CO, LLP
ATTN MICHAEL BRUNO
55 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 256970-12
NATIONAL FISH & SEAFOOD, LTD
C/O CHOATE, HALL & STEWART, LLP
ATTN WILLIAM S MCMAHON, ESQ
TWO INTERNATIONAL PLACE
BOSTON MA 02110

CREDITOR ID: 411179-15
NATIONAL UNION FIRE INSURANCE CO
OF PITTSBURGH PA, ET AL
C/O AIG LAW DEPT - BANKRUPTCY
ATTN MICHELLE A LEVITT, ESQ.
70 PINE STREET, 31ST FLOOR
NEW YORK NY 10270

CREDITOR ID: 394057-61
OSTENDORF TATE BARNETT & WELLS, LLP
ATTN KAREN HATTIER, OPERATIONS MGR
PO BOX 50080
NEW ORLEANS, LA 70150

CREDITOR ID: 257806-12
OTIS SPUNKMEYER INC
ATTN KATHY SOLIZ
7090 COLLECTION DR
CHICAGO, IL 60693

CREDITOR ID: 382063-36
PEPPERIDGE FARM
ATTN KATE GREELEY
1 CAMPBELL PLACE
CAMDEN NJ 08103

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
SMITH, ANDERSON, BLOUNT, ET AL
ATTN AMOS U PRIESTER, IV, ESQ
2500 WACHOVIA CAPITOL CENTER
PO BOX 2611
RALEIGH NC 27601

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
ATTN RITA BARBOUR, CORP CREDIT MGR
4700 HOMEWOOD CT, SUITE 200
RALEIGH NC 27609

CREDITOR ID: 258334-12
PEPSI COLA BOTTLING CO OF ATMORE
ATTN LANCE MCKENZIE, CONTROLLER
PO DRAWER 1009
106 S PRESTLEY STREET
ATMORE, AL 36504

CREDITOR ID: 258327-12
PEPSI COLA BOTTLING CO OF SELMA
ATTN SYLVIA SMITH, CONTROLLER
PO BOX 1086
SELMA, AL 36702-1086

CREDITOR ID: 258337-12
PEPSI COLA DECATUR LLC DBA
PEPSI COLA BOTTLING CO
ATTN RODGER SHABEL, GM
PO BOX 2389
DECATUR, AL 35602

CREDITOR ID: 279086-32
PEPSIAMERICAS, INC
ATTN STEVEN M ZANIN, MGR
3501 ALGONQUIN ROAD
ROLLING MEADOWS IL 60008-3103

CREDITOR ID: 279260-35
PEPSI-COLA BOTTLING CO OF CHARLOTTE
ATTN DARRELL M KIGGINS, CREDIT MGR
PO BOX 241167
CHARLOTTE NC 28224-1167

CREDITOR ID: 410567-15
PEPSI-COLA BTLG CO OF LUVERNE INC
ATTN MARVIN MOTLEY, PRESIDENT
PO BOX 226
LUVERNE AL 36049

CREDITOR ID: 258690-12
POM WONDERFUL LLC
ATTN ANDREW ASCH/C CRAWFORD
11444 W OLYMPIC BLVD, 10TH FLR
LOS ANGELES, CA 90064

CREDITOR ID: 279385-36
PREMIER BEVERAGE COMPANY, LLC
C/O BROWN RAYSMAN MILLSTEIN ET AL
ATTN GERARD S CATALANELLO, ESQ
900 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 279385-36
PREMIER BEVERAGE COMPANY, LLC
ATTN JORGE F GRAU, VP FIN
9801 PREMIER PARKWAY
MIRAMAR FL 33025

CREDITOR ID: 259032-12
PURCELL INTERNATIONAL
ATTN WILLIAM E PURCELL, PRESIDENT
PO BOX 5043
WALNUT CREEK, CA 94596-1097

CREDITOR ID: 399651-15
R&R SUPPLY CO, INC
ATTN: REBECCA ROYAL, ACCT REC &
K ROGER TEEL SR, PRES
830 PLANTATION WAY
MONTGOMERY AL 36117

CREDITOR ID: 259354-12
RED GOLD INC
ATTN JOHN PAFFEN, CR MGR
PO BOX 71862
CHICAGO, IL 60694-1862

CREDITOR ID: 407614-15
REFRESHMENT SERVICES, INC
ATTN MICHELLE KIMBRO, ASST CONTR
3400 SOLAR AVENUE
SPRINGFIELD IL 62707-5713

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                         **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 408335-15<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 259486-12<br>RETAIL DATA LLC<br>ATTN CHRISTOPHER F FERGUSON, GM<br>2235 STAPLES MILL RD, STE 300<br>PO BOX 6991<br>RICHMOND, VA 23230 | CREDITOR ID: 279038-32<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 |
| CREDITOR ID: 260531-12<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS TN 38151 | CREDITOR ID: 279283-35<br>SIGNATURE BRANDS, LLC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 279283-35<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478 |
| CREDITOR ID: 261124-12<br>SIRVA RELOCATION<br>ATTN: JEFFREY MARGOLIS, SEN CNSL<br>6070 PARKLAND BLVD<br>MAYFIELD HEIGHTS, OH 44124 | CREDITOR ID: 382161-51<br>SIRVA RELOCATION<br>C/O LAW OFFICE OF GLENN M REISMAN<br>ATTN GLENN M REISMAN, ESQ<br>TWO CORPORATE DRIVE, SUITE 648<br>PO BOX 861<br>SHELTON CT 06484-0861 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 |
| CREDITOR ID: 395538-15<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>C/O AWTREY & PARKER, PC<br>ATTN ROBERT B SILLIMAN, ESQ<br>250 LAWRENCE STREET<br>PO BOX 997<br>MARIETTA GA 30061 | CREDITOR ID: 395538-15<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>ATTN TERRY CLARK, VP<br>PO BOX 509<br>COVINGTON GA 30016 | CREDITOR ID: 261381-12<br>SOUTHERN CLEANING SERVICES, INC<br>ATTN H DEAN GOFORTH, PRES<br>106 S CHALKVILLE ROAD<br>TRUSSVILLE, AL 35173 |
| CREDITOR ID: 261381-12<br>SOUTHERN CLEANING SERVICES, INC<br>C/O ANDERSON, KILL & OLICK, PC<br>ATTN LARRY D HENIN, ESQ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CREDITOR ID: 403566-79<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN: MICHAEL A GATTO<br>TWO GREENWICH PLZ, 1ST FLR<br>GREENWICH CT 06830 | CREDITOR ID: 399377-99<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 269279-16<br>SPEARS, JOANNE<br>C/O JEFFREY T GREENBERG, PC<br>ATTN JEFFREY T GREENBERG, ESQ<br>421 FRENCHMEN STREET, SUITE 200<br>NEW ORLEANS, LA 70116 | CREDITOR ID: 408325-15<br>SPECIALTY BRANDS, LP<br>C/O MORRIS JAMES HITCHENS & WILLIAMS<br>ATTN: STEPHEN M MILLER, ESQ<br>222 DELAWARE AVENUE<br>PO BOX 2306<br>WILMINGTON DE 19899-2306 |
| CREDITOR ID: 408325-15<br>SPECIALTY BRANDS, LP<br>ATTN BOBBIE SHIER, DIR CREDIT SVCS<br>4200 E CONTOURS DR, SUITE 100<br>ONTARIO CA 91764 | CREDITOR ID: 402084-15<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | CREDITOR ID: 263146-12<br>TM SHEA PRODUCTS<br>ATTN: PETER A MILLER<br>984 LIVERNOIS ROAD<br>TROY, MI 48083 |
| CREDITOR ID: 400557-15<br>TM SHEA PRODUCTS, INC<br>C/O WEISMAN YOUNG SCHLOSS ET AL<br>ATTN JOHN A RUEMENAPP, ESQ<br>30100 TELEGRAPH ROAD, SUITE 428<br>BINGHAM FARMS MI 48025 | CREDITOR ID: 410965-15<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032 | CREDITOR ID: 410965-15<br>US FIDELITY & GUARANTY CO, ET AL<br>BINGHAM MCCUTCHEN LLP<br>ATTN H HORWICH/S HRYNIEWICZ, ESQS<br>ONE STATE STREET<br>HARTFORD CT 06103 |
| CREDITOR ID: 278964-30<br>VAN HOEKELEN GREENHOUSES, INC<br>ATTN LORI VAN HOEKELEN, SECRETARY<br>PO BOX 88, RT 309<br>MCADOO, PA 18237-0088 | CREDITOR ID: 278964-30<br>VAN HOEKELEN GREENHOUSES, INC<br>C/O ANGELINI VINIAR & FREEDMAN LLP<br>ATTN RICHARD P FREEDMAN, ESQ<br>413 ROUTE 70 EAST<br>CHERRY HILL NJ 08034 | CREDITOR ID: 405871-95<br>ZATARAINS, INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 |
| CREDITOR ID: 405871-95<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS LA 70114 | CREDITOR ID: 383146-99<br>ZUBI ADVERTISING SERVICES, INC<br>C/O MARKOWITZ DAVIS RINGEL & TRUSTY<br>ATTN J MARKOWITZ & R RUBIO, ESQS<br>9130 SO DADELAND BLVD, STE 1225<br>MIAMI FL 33156 | |

**SERVICE LIST**
**Notice of Debtors' Eighteenth Omnibus Objection**
**to Duplicative Different Debtor Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 383146-99
ZUBI ADVERTISING SERVICES, INC
C/O MARKOWITZ DAVIS RINGEL & TRUSTY
ATTN J MARKOWITZ & R RUBIO, ESQS
9130 SO DADELAND BLVD, STE 1225
MIAMI  FL 33156

**Total:   119**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

# NOTICE OF DEBTORS' EIGHTEENTH OMNIBUS
# OBJECTION TO DUPLICATE DIFFERENT DEBTOR CLAIMS

{Creditor Name & Address}               {Counsel Address}

                                        {Transfer Agent Address (if any)}

| CLAIM(S) TO BE DISALLOWED | REMAINING CLAIM |
|---|---|
| Duplicate Claim to be Disallowed:<br>Amount of Claim to be Disallowed:<br>Reason for Disallowance: | Remaining Claim No.: |

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on August 22, 2006 their Eighteenth Omnibus Objection to Duplicate Different Debtor Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above, contingent upon the confirmation and effectiveness of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"), on the ground that the claim duplicates another claim that is listed as the REMAINING CLAIM above. The Plan provides for the substantive consolidation of the Debtors' estates, whereby all claims against each estate shall be deemed to be claims against the consolidated estates, any claim filed against one or more of the Debtors shall be deemed a single claim filed against the consolidated estates, duplicate claims filed against more than one Debtor shall be expunged and guarantees issued by one Debtor in favor of any other of the Debtors or other basis of co-Debtor liability shall be eliminated. The REMAINING CLAIM listed above is not affected by the Objection.**

In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or in any order entered pursuant to the Objection, including the identification of particular claims as Duplicate Different Debtor Claims or as Remaining Claims, will prejudice the position of either the claimants or the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims or the Remaining Claims.

3. If you do NOT oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 14, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **September 21, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  The REMAINING CLAIM(S) listed above may also be subject to further objections.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  August 22, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By   */s/ D.J. Baker*<br>    D.J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile) | By   */s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson<br>    Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) |