# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about August 22, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Eighteenth Omnibus Objection to Duplicative Different Debtor Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: August 25, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Eighteenth Omnibus Objection
to Duplicative Different Debtor Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:  05-03817-3F1**

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASSANTVILLE NY 10570

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ESBIN & ALTER LLP
LESLEY HYNES
497 SOUTH MAIN ST
NEW CITY NY 10956

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 452057-98
CSFB 1998-C1 SHIRLEY ROAD LLC
C/O LNR PARTNERS, INC
ATTN MR ARNE SHULKIN
1601 WASHINGTON AVENUE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
ATTN JEFFREY KAPLAN
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: JAY R BENDER
1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 417048-97
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER ESQ
THREE RAVINA DRIVE STE 200
ATLANTA GA 30346

CREDITOR ID: 411410-98
HAIN CAPITAL GROUP LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN GANNA LIBERCHUK
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
C/O HELLER EHRMAN LLP
7 TIMES SQUARE, TIMES SQUARE TOWER
NEW YORK NY 10036

CREDITOR ID: 452060-98
IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

SERVICE LIST
**Notice of Hearing**
**Debtors' Eighteenth Omnibus Objection**
**to Duplicative Different Debtor Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O CW CAPITAL ASSET MANAGEMENT
ATTN MR DEMETRIOS MORAKIS
700 12TH STREET NW SUITE 700
WASHINGTON DC 20005

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O STUTMAN THAMES & MARKEY PA
ATTN: RICHARD THAMES, ESQ.
50 N LAURA ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405907-98
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 452150-98
MSCI 1999-RM1 DALTON PLACE LP
NELSON MULLINS RILEY & SCARBOROUGH
JOSHUA M KATZ
FIRST UNION PLAZA
999 PEACHTREE ST NE SUITE 1400
ATLANTA GA 30309

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMMIF NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

CREDITOR ID: 417075-98
QVT FUND LP
STROOCK STROOCK & LAVAN LLP
NINA E ABRAHAM LIEBERMAN ESQ
180 MAIDEN LANE
NEW YORK NY 10038-4982
US

CREDITOR ID: 417047-98
REASSURE AMERICA LIFE ASSURANCE CO
C/O CAPMARK SERVICES INC
ATTN CHARLOTTE KOLLIN
THREE RAVINA DR STE 200
ATLANTA GA 30346

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 452052-98
SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Eighteenth Omnibus Objection**
**to Duplicative Different Debtor Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:  05-03817-3F1**

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

**Total:  59**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **September 21, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Eighteenth Omnibus Objection to Duplicate Different Debtor Claims.

Only objections filed with the Court so as to be received by **September 14, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate

for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer. Please take notice that as an additional security measure a

photo ID is required for entry into the Courthouse.

Dated: August 22, 2006


SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*                     By    *s/ James H. Post*
      D. J. Baker                                Stephen D. Busey
      Sally McDonald Henry                       James H. Post
      Rosalie Walker Gray                        Cynthia C. Jackson,
      Jane M. Leamy                              Florida Bar Number 175460
Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(212) 735-2000 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        jpost@smithhulsey.com

Co-Attorneys for Debtors                   Co-Attorneys for Debtors

Hearing Date:  **September 21, 2006 at 1:00 p.m.**
Obj. Deadline:  **September 14, 2006 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

### DEBTORS' EIGHTEENTH OMNIBUS OBJECTION
### TO DUPLICATE DIFFERENT DEBTOR CLAIMS

      Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibit A (the "Duplicate Different Debtor Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing the Duplicate Different Debtor Claims, contingent upon the confirmation and effectiveness of the Debtors' joint plan of reorganization.[2] In support of this Objection, the Debtors respectfully represent as follows:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

# BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are section 502 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,400 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

9.    By this Objection, the Debtors object to the Duplicate Different Debtor Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing the

Duplicate Different Debtor Claims, contingent upon the confirmation and effectiveness of the Plan.

10.    In the event, however, that the Plan is not confirmed or does not become effective, nothing in this Objection or in any order entered pursuant to this Objection, including the identification of particular claims as Duplicate Different Debtor Claims or as Remaining Claims, will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims or the Remaining Claims.

## BASIS FOR RELIEF

11.    As a result of their review of the Proofs of Claim, the Debtors have identified approximately 505 Duplicate Different Debtor Claims that appear to be duplicative of other claims filed against the Debtors. A list of the Duplicate Different Debtor Claims is attached as Exhibit A. Adjacent to the identified Duplicate Different Debtor Claim on Exhibit A, the Debtors have identified the related claim that will remain if the Court grants this Objection (the "Remaining Claim").

12.    The creditors whose claims are listed on Exhibit A have filed two or more claims, each against a different Debtor, asserting the same liability. The Debtors have reviewed each of the Duplicate Different Debtor Claims and have determined that these claims are, in effect, multiple claims against the estates for the same liability.

13.    The Debtors' Plan provides for the substantive consolidation of the Debtors' estates, whereby all claims against each estate shall be deemed to be claims against the consolidated estates, any claim filed against one or more of the Debtors shall be deemed a single claim filed against the consolidated estates, duplicate claims filed against more than one Debtor

4

shall be expunged and guarantees issued by one Debtor in favor of any other of the Debtors or other basis of co-Debtor liability shall be eliminated.  Provided that the Plan is confirmed and becomes effective, and the estates are substantively consolidated as set forth in the Plan, the Debtors seek to disallow the Duplicate Different Debtor Claims in their entirety, leaving only one surviving claim against the Debtors identified under the heading "Remaining Claim No." The claims identified on Exhibit A as Remaining Claims shall survive subject to the Debtors' further objections on any other grounds and the later allowance or disallowance of such Remaining Claims by the Court.

14.    Accordingly, the Debtors (a) object to the Duplicate Different Debtor Claims listed on Exhibit A as duplicating the liability of the claims listed in the remaining claim column and (b) seek entry of the Proposed Order disallowing the Duplicate Different Debtor Claims.  Claimants may elect, by not timely responding to this Objection, to permit their Duplicate Different Debtor Claims listed on Exhibit A to be disallowed contingent upon the confirmation and effectiveness of the Plan.  In the absence of a Response (as defined in paragraph 18 below), the Debtors will present to the Court the Proposed Order disallowing the Duplicate Different Debtor Claims, contingent upon confirmation of the Plan.

### SEPARATE CONTESTED MATTERS

15.    Each of the Duplicate Different Debtor Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Duplicate Different Debtor Claim.  In particular, if the Plan is not confirmed or does not become effective, the Duplicate Different Debtor Claims or the Remaining Claims may be subject to objection on the ground that they were filed against the incorrect Debtor.  Therefore, subject to the final resolution of

5

substantive consolidation issues, pursuant to the Plan, the Debtors reserve the right to seek to modify the Debtor against which each of the Duplicate Different Debtor Claims or the Remaining Claims has been filed to reflect that each Claim is filed against the Debtor believed to be liable for the amounts asserted in the Claims.

## RESERVATION OF RIGHTS

16.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Duplicate Different Debtor Claims or any other claims (filed or not) which may be asserted against the Debtors.

17.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

18.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **September 14, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

19.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **September 21, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified. Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

20.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing the claim, contingent upon the confirmation and effectiveness of the Plan, without further notice to the claimant.

## NOTICE

21.    As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that, as a result of the Objection, their claims may be disallowed, contingent upon the confirmation and effectiveness of the Plan  (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibit A.  Copies of this Objection

will be served with a standard notice of filing, but not an Affected Parties Notice, upon the

United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the

Creditors Committee, and, in an abundance of caution, upon the other parties in interest named

on the Official Service List maintained in these cases. The Debtors submit that no other or

further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief

requested by this Objection, (ii) enter the Proposed Order attached as Exhibit B disallowing the

Duplicate Different Debtor Claims, contingent upon the confirmation and effectiveness of the

Plan and (iii) grant such other and further relief as is just and proper.

Dated: August 22, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
    Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*___
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson,
    Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Eighteenth Omnibus Objection to Duplicate Different Debtor Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

9

# EXHIBIT A

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410452<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE  LA 70508 | 8200 | 8196 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410452<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE  LA 70508 | 8200 | 8197 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410452<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE  LA 70508 | 8200 | 8198 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410452<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE  LA 70508 | 8200 | 8199 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410452<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE  LA 70508 | 8200 | 8201 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410452<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE  LA 70508 | 8200 | 8202 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410452<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE  LA 70508 | 8200 | 8203 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 897 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 898 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 899 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 900 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 901 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 902 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 903 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 904 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 905 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 906 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 907 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 908 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 909 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 910 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 911 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 912 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 913 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 914 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 915 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 916 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 917 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 919 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 920 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382362<br>ACCURATE INVENTORY & CALCULATING<br>C/O MARKOWITZ DAVIS RINGEL ET AL<br>ATTN J M MORKOWITZ/R L RUBIO ESQS<br>9130 S DADELAND BLVD SUITE 1225<br>MIAMI, FL 33155 | 10319 | 10318 | $166,619.21 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382362<br>ACCURATE INVENTORY & CALCULATING<br>C/O MARKOWITZ DAVIS RINGEL ET AL<br>ATTN J M MORKOWITZ/R L RUBIO ESQS<br>9130 S DADELAND BLVD SUITE 1225<br>MIAMI, FL 33155 | 10319 | 10320 | $166,619.21 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382362<br>ACCURATE INVENTORY & CALCULATING<br>C/O MARKOWITZ DAVIS RINGEL ET AL<br>ATTN J M MORKOWITZ/R L RUBIO ESQS<br>9130 S DADELAND BLVD SUITE 1225<br>MIAMI, FL 33155 | 10319 | 10321 | $166,619.21 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12671 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12672 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12673 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12674 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12675 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12676 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12677 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12678 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12679 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12680 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12681 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12682 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12683 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12684 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12685 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12686 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12687 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12688 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12689 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12690 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12691 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12692 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12693 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  410373<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT  MS  39505-2037 | 8314 | 8315 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410373<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT  MS  39505-2037 | 8314 | 8316 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410373<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT  MS  39505-2037 | 8314 | 8317 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410373<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT  MS  39505-2037 | 8314 | 8318 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  410373<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT  MS  39505-2037 | 8314 | 8319 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410373<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT  MS  39505-2037 | 8314 | 8320 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410373<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT  MS  39505-2037 | 8314 | 8321 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 242201<br>AMERICAN LEAK DETECTION<br>DEALER ALD0145LOU<br>ATTN LAURA KLEINPETER, OWNER<br>36530 MISSION ST<br>PRAIRIEVILLE,  LA  70769<br><br>Transferee: DEBT ACQUISITION COMPANY OF AMERICA | 317 | 2730 | $450.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279340<br>BEMIS COMPANY, INC<br>POLYETHYLENE PACKING DIVISON<br>ATTN JAMES MCDERMOTT<br>PO BOX 905<br>TERRE HAUTE  IN  47808 | 1069 | 1070 | $173,807.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5991 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5992 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5993 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5994 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5995 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5996 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5997 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5998 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 5999 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 6000 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 6001 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6002 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6003 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6004 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6005 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6006 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  315701 BEN-ARNOLD SUNBELT BEVERAGE CO OF SOUTH CAROLINA LP, THE ATTN MIKE SISK, CFO 101 BEVERAGE BLVD RIDGEWAY SC 29130 | 5989 | 6007 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:**  315701 BEN-ARNOLD SUNBELT BEVERAGE CO OF SOUTH CAROLINA LP, THE ATTN MIKE SISK, CFO 101 BEVERAGE BLVD RIDGEWAY SC 29130 | 5989 | 6008 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:**  315701 BEN-ARNOLD SUNBELT BEVERAGE CO OF SOUTH CAROLINA LP, THE ATTN MIKE SISK, CFO 101 BEVERAGE BLVD RIDGEWAY SC 29130 | 5989 | 6009 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:**  315701 BEN-ARNOLD SUNBELT BEVERAGE CO OF SOUTH CAROLINA LP, THE ATTN MIKE SISK, CFO 101 BEVERAGE BLVD RIDGEWAY SC 29130 | 5989 | 6010 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:**  315701 BEN-ARNOLD SUNBELT BEVERAGE CO OF SOUTH CAROLINA LP, THE ATTN MIKE SISK, CFO 101 BEVERAGE BLVD RIDGEWAY SC 29130 | 5989 | 6011 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 5989 | 6012 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  411222<br>BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLEER<br>751 STATE PARK ROAD<br>GREENVILLE  SC  29609 | 11361 | 11360 | $41,205.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  411222<br>BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLEER<br>751 STATE PARK ROAD<br>GREENVILLE  SC  29609 | 11361 | 11362 | $41,205.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  411222<br>BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLEER<br>751 STATE PARK ROAD<br>GREENVILLE  SC  29609 | 11361 | 11363 | $41,205.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  243650<br>BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON,  OH  43764<br><br>Counsel: ATTN JERRY VANDE WERKEN, ESQ | 9738 | 9739 | $10,510.57 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  243650<br>BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON,  OH  43764<br><br>Counsel: ATTN JERRY VANDE WERKEN, ESQ | 9738 | 9740 | $10,510.57 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 373924<br>BLUE RHINO CORPORATION<br>C/O WOMBLE CARLYLE SANDRIDGE ET AL<br>ATTN JULIE B PAPE, ESQ.<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM  NC  27101 | 11068 | 11067 | $274,529.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 373924<br>BLUE RHINO CORPORATION<br>C/O WOMBLE CARLYLE SANDRIDGE ET AL<br>ATTN JULIE B PAPE, ESQ.<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM  NC  27101 | 11068 | 11069 | $274,529.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410455<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM  AL  35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9715 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410455<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM  AL  35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9716 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410455<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM  AL  35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9717 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410455<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM  AL  35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9718 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410455<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9720 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410455<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9721 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410455<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9722 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244349<br>CAGLE'S, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN R R THAMES & N LAFLEUR, ESQS<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 9944 | 9564 | $210,422.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279117<br>CAL-MAINE FOODS INC<br>C/O YOUNG WILLIAMS, PA<br>ATTN ROBERT L HOLLADAY JR<br>PO BOX 23059<br>JACKSON MS 39225-3059 | 9424 | 9423 | $306,907.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244427<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 7942 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 244427<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 7943 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244427<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 7944 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244427<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 7945 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244427<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 8063 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244427<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 8064 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 244427<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 8065 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279320<br>CERTIFIED FOODS CORP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN RANDALL A RIOS, ESQ<br>700 LOUISIANA ST, STE 4600<br>HOUSTON  TX  77002-2732 | 7825 | 7824 | $263,271.20 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA  GA  30022 | 11268 | 11266 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA  GA  30022 | 11268 | 11267 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA  GA  30022 | 11268 | 11269 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA  GA  30022 | 11268 | 11270 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA  GA  30022 | 11268 | 11271 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11272 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11273 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 218<br>COBB ELECTRIC MEMBERSHIP CORP<br>ATTN PAULINE CARR<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061<br><br>Counsel: ATTN ROBERT B SILLIMAN, ESQ | 574 | 2832 | $9,961.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279351<br>COLE'S QUALITY FOODS INC<br>ATTN: CYNTHIA A HARVARD, CFO<br>1188 LAKESHORE DRIVE<br>MUSKEGON MI 49441-1691<br><br>Counsel: ATTN TIMOTHY J CURTIN, ESQ | 4426 | 4424 | $150,505.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279351<br>COLE'S QUALITY FOODS INC<br>ATTN: CYNTHIA A HARVARD, CFO<br>1188 LAKESHORE DRIVE<br>MUSKEGON MI 49441-1691<br><br>Transferee: SMITHTOWN BAY LLC<br>Counsel: ATTN TIMOTHY J CURTIN, ESQ | 4426 | 4425 | $150,505.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 381977<br>CROWN CORK & SEAL USA INC<br>ATTN GARY S SHEARER, CR DIRECTOR<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154-4599<br><br>Counsel: ATTN: ANNE MARIE P KELLEY, ESQ | 8509 | 8508 | $98,469.51 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410563<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT  AL  35476 | 8908 | 8907 | $587,875.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 393362<br>DAVIS, THELMA<br>C/O SARTAIN, MCKAY & CROWELL, LLP<br>ATTN RAYMOND CROWELL, ESQ<br>915 INTERSTATE RIDGE DR, STE A<br>GAINESVILLE  GA  30501 | 10723 | 10724 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 247995<br>DENTON DAIRY PRODUCTS, INC<br>ATTN BUTLER A DENTON, PRES<br>PO BOX 839<br>CLEVELAND, MS  38732 | 753 | 1113 | $889.93 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410361<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON  NJ  07057 | 7287 | 7285 | $11,047.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410361<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON  NJ  07057 | 7287 | 7286 | $11,047.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410361<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON  NJ  07057 | 7287 | 7288 | $11,047.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279233<br>FLORIDA CRYSTALS FOOD CORP<br>ATTN WILLIAM F TARR, ESQ<br>ONE NORTH CLEMATIS STREET, STE 200<br>WEST PALM BEACH  FL  33401<br><br>Counsel: ATTN GENE B TARR, ESQ | 12863 | 12862 | $18,096.43 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279233<br>FLORIDA CRYSTALS FOOD CORP<br>ATTN WILLIAM F TARR, ESQ<br>ONE NORTH CLEMATIS STREET, STE 200<br>WEST PALM BEACH  FL  33401<br><br>Counsel: ATTN GENE B TARR, ESQ | 12863 | 12864 | $18,096.43 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 249844<br>FLORIDA'S NATURAL GROWERS, DIV<br>CITRUS WORLD, INC<br>ATTN FAYE HARRIS<br>20205 US HIGHWAY 27N<br>PO BOX 1111<br>LAKE WALES  FL  33859<br><br>Counsel: ATTN R SCOTT SHUKER, ESQ | 5986 | 5985 | $90,968.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX  75006 | 2624 | 2622 | $528,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX  75006 | 2624 | 2623 | $528,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX  75006 | 2624 | 2625 | $528,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2626 | $558,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2627 | $558,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2628 | $528,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2629 | $558,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2630 | $558,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 394068<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | 2520 | 2521 | $118,877.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 251056<br>GUSTAFSONS DAIRY, LLC<br>ATTN JAMES COOPER, CFO<br>PO BOX 338<br>GREEN COVE SPRINGS, FL 32043-0338<br><br>Counsel: ATTN R SCOTT SHUKER, ESQ | 5988 | 5987 | $203,484.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12695 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12696 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12697 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12698 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12699 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12700 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12701 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12702 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12703 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12704 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12705 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12706 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12707 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12708 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12709 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12710 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12711 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12712 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12713 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 | 12694 | 12714 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| Creditor Id:  416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 | 12694 | 12715 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| Creditor Id:  416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 | 12694 | 12716 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| Creditor Id:  416984 ILLINOIS UNION INSURANCE COMPANY C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 | 12694 | 12717 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| Creditor Id:  403234 IMPERIAL TRADING COMPANY INC ATTN KEITH BEBA, CONTROLLER PO BOX 23508 ELMWOOD  LA  70183-0508 | 11263 | 11264 | $105,057.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12647 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12648 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12649 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12650 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12651 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12652 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12653 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12654 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12655 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12656 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12657 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12658 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12659 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12660 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA  PA  19106 Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12661 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106  Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12662 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106  Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12663 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106  Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12664 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106  Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12665 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 416982 INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106  Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12666 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12667 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12668 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12669 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399337<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE  TN  37086 | 470 | 468 | $195,417.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399337<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE  TN  37086 | 470 | 473 | $195,417.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 252191<br>INLINE PLASTICS CORP<br>ATTN OSCAR M PARENTE, ESQ/VP<br>42 CANAL STREET<br>SHELTON  CT  06484 | 6815 | 6816 | $25,027.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279291<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | 6918 | 6913 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279291<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | 6918 | 6914 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279291<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | 6918 | 6915 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279291<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | 6918 | 6916 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279291<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | 6918 | 6917 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279291<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | 6918 | 6919 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279291<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, MGR<br>STRAWBERRY LANE<br>ORRVILLE OH 44667-0280 | 6918 | 6920 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

## WINN-DIXIE STORES, INC., ET AL.
## EIGHTEENTH OMNIBUS CLAIMS OBJECTION
## EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
## CLAIMS TO BE DISALLOWED CONTINGENT ON
## PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  399445<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK  NY  10036-6710 | 648 | 647 | $2,012,537.69 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399445<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK  NY  10036-6710 | 648 | 649 | $2,012,537.69 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9003 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9004 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9005 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9006 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9007 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9009 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9010 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9011 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9012 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9013 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9014 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9015 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9016 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9017 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9018 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9019 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9020 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9021 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9022 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9023 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9024 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9025 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9026 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 253697<br>KEEMAN PETROLEUM CO INC<br>ATTN JAMES C KEENER JR, OFFICER/DIR<br>PO BOX 10<br>VALDOSTA, GA 31603-0010 | 6705 | 6452 | $161,031.89 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8727 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8728 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8729 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8730 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8731 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8732 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8733 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8734 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8735 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8736 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8737 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO  IL  60606 | 8726 | 8738 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO  IL  60606 | 8726 | 8739 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO  IL  60606 | 8726 | 8740 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO  IL  60606 | 8726 | 8741 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO  IL  60606 | 8726 | 8742 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO  IL  60606 | 8726 | 8743 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10182 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10183 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10184 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10185 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10186 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10187 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382029<br>KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL MN 55108 | 7390 | 7391 | $69,973.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9679 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9680 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9681 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9682 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9683 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9685 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9686 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9687 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9688 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9689 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9690 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9691 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9692 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9693 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9694 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9695 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9696 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315679<br>LANCE, INC<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE  NC  28202 | 857 | 865 | $848,137.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315679<br>LANCE, INC<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE  NC  28202 | 857 | 866 | $848,137.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279053<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 10282 | 10276 | $41,116,451.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279053<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 10282 | 10277 | $41,116,451.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279053<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 10282 | 10278 | $41,116,451.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279053<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 10282 | 10279 | $41,116,451.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279053<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 10282 | 10280 | $41,116,451.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  279053<br>LIBERTY MUTUAL INSURANCE COMPANY<br>C/O MANIER & HEROD, PC<br>ATTN T PENNINGTON/J FRANKS/M COLLIN<br>2200 ONE NASHVILLE PLACE<br>150 FOURTH AVE NORTH, STE 2200<br>NASHVILLE  TN  37219-2494 | 10282 | 10281 | $41,116,451.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7716 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7717 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7718 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7719 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7720 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7721 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7722 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7723 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7724 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7725 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7726 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7727 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7728 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7729 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7730 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7731 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7732 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7733 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279389<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7734 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7735 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7736 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7738 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279389<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7739 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399444<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK  NY  10036-6710 | 646 | 644 | $418,522.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 399444<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK  NY  10036-6710 | 646 | 645 | $418,522.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 255920<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC  27870 | 8247 | 8243 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 255920<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC  27870 | 8247 | 8244 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 255920<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC  27870 | 8247 | 8245 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 255920<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC  27870 | 8247 | 8246 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 255920<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC  27870 | 8247 | 8248 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 255920<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8249 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 255920<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8250 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279072<br>MT OLIVE PICKLE COMPANY, INC<br>C/O WHARTON ALDHIZER & WEAVER, PLC<br>ATTN STEPHAN W MILO, ESQ<br>125 S AUGUSTA STREET, STE 2000<br>STAMPTON  VA  24401 | 9702 | 9701 | $232,374.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 256970<br>NATIONAL FISH & SEAFOOD, LTD<br>C/O ERCOLINI & CO, LLP<br>ATTN MICHAEL BRUNO<br>55 SUMMER STREET<br>BOSTON  MA  02110<br><br>Counsel: ATTN WILLIAM S MCMAHON, ESQ | 4099 | 4100 | $34,536.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 411179<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH PA, ET AL<br>C/O AIG LAW DEPT - BANKRUPTCY<br>ATTN MICHELLE A LEVITT, ESQ.<br>70 PINE STREET, 31ST FLOOR<br>NEW YORK  NY  10270 | 11248 | 11249 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 394057<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS,  LA  70150 | 8207 | 8206 | $93,314.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 394057<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS,  LA 70150 | 8207 | 8208 | $93,314.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 257806<br>OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 | 4016 | 4014 | $28,853.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 257806<br>OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 | 4016 | 4015 | $28,853.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8322 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8323 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8324 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8325 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8326 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8328 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8329 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8330 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8332 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8333 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8334 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8335 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8336 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8337 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408402<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7910 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408402<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7911 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408402<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7912 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408402<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7913 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408402<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7914 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408402<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7915 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408402<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7916 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258334<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9651 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258334<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9652 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  258334<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE,  AL  36504 | 9655 | 9653 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  258334<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE,  AL  36504 | 9655 | 9654 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  258334<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE,  AL  36504 | 9655 | 9656 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  258334<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE,  AL  36504 | 9655 | 9657 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  258334<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE,  AL  36504 | 9655 | 9658 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  258327<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA,  AL  36702-1086 | 9659 | 9660 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 258327<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9661 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258327<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9662 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258327<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9663 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258327<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9664 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258327<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9665 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258327<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9666 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 258337<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | 7905 | 7901 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258337<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | 7905 | 7902 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258337<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | 7905 | 7903 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258337<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | 7905 | 7904 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258337<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | 7905 | 7906 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 258337<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | 7905 | 7907 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 258337<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602 | 7905 | 7908 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279260<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167 | 7464 | 7458 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279260<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167 | 7464 | 7459 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279260<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167 | 7464 | 7460 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279260<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167 | 7464 | 7461 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279260<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167 | 7464 | 7462 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279260<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167 | 7464 | 7463 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279260<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167 | 7464 | 7465 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410567<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8918 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410567<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8919 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410567<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8920 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410567<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8921 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410567<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8922 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410567<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE  AL  36049 | 8917 | 8923 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410567<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE  AL  36049 | 8917 | 8924 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS  IL  60008-3103 | 8338 | 8339 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS  IL  60008-3103 | 8338 | 8340 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS  IL  60008-3103 | 8338 | 8341 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS  IL  60008-3103 | 8338 | 8342 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS  IL  60008-3103 | 8338 | 8343 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS  IL  60008-3103 | 8338 | 8344 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS  IL  60008-3103 | 8338 | 8345 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  258690<br>POM WONDERFUL LLC<br>ATTN ANDREW ASCH/C CRAWFORD<br>11444 W OLYMPIC BLVD, 10TH FLR<br>LOS ANGELES,  CA  90064 | 10340 | 10341 | $83,004.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6015 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6016 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6017 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6018 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6019 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6020 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6021 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6022 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6023 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6024 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6025 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6026 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6027 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6028 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6029 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6030 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6031 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6032 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6033 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6034 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6035 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6036 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  259032<br>PURCELL INTERNATIONAL<br>ATTN WILLIAM E PURCELL, PRESIDENT<br>PO BOX 5043<br>WALNUT CREEK, CA  94596-1097 | 4105 | 4106 | $330,935.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399651<br>R&R SUPPLY CO, INC<br>ATTN: REBECCA ROYAL, ACCT REC &<br>K ROGER TEEL SR, PRES<br>830 PLANTATION WAY<br>MONTGOMERY  AL  36117 | 804 | 2725 | $536.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL  60694-1862 | 6908 | 6903 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL  60694-1862 | 6908 | 6904 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL  60694-1862 | 6908 | 6905 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL  60694-1862 | 6908 | 6906 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL  60694-1862 | 6908 | 6907 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL  60694-1862 | 6908 | 6909 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL  60694-1862 | 6908 | 6910 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL  62707-5713 | 7809 | 7810 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL  62707-5713 | 7809 | 7811 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL  62707-5713 | 7809 | 7812 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:   407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7813 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7814 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7815 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7816 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7772 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7773 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7774 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7775 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7776 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7793 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7794 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7795 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11717 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11718 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11719 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11720 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11721 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11722 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11723 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11724 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11725 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:   408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11726 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11727 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11728 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11729 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:   408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11730 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11731 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259486<br>RETAIL DATA LLC<br>ATTN CHRISTOPHER F FERGUSON, GM<br>2235 STAPLES MILL RD, STE 300<br>PO BOX 6991<br>RICHMOND,  VA  23230<br><br>  Transferee: ASM CAPITAL LP | 9141 | 7851 | $67,592.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259486<br>RETAIL DATA LLC<br>ATTN CHRISTOPHER F FERGUSON, GM<br>2235 STAPLES MILL RD, STE 300<br>PO BOX 6991<br>RICHMOND,  VA  23230 | 9141 | 7852 | $67,592.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE  WI  53403 | 7605 | 7602 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE  WI  53403 | 7605 | 7603 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE  WI  53403 | 7605 | 7604 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE  WI  53403 | 7605 | 7606 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE  WI  53403 | 7605 | 7607 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE  WI  53403 | 7605 | 7608 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE  WI  53403 | 7605 | 7609 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8148 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8149 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8150 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR
CLAIMS TO BE DISALLOWED CONTINGENT ON
PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8151 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8152 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279283<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10854 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279283<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10856 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279283<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10857 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279283<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10858 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279283<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10859 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279283<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10860 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279283<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 11066 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382161<br>SIRVA RELOCATION<br>C/O LAW OFFICE OF GLENN M REISMAN<br>ATTN GLENN M REISMAN, ESQ<br>TWO CORPORATE DRIVE, SUITE 648<br>PO BOX 861<br>SHELTON  CT  06484-0861<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | 8210 | 8209 | $530,214.04 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 395538<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>ATTN TERRY CLARK, VP<br>PO BOX 509<br>COVINGTON  GA  30016<br><br>Counsel: ATTN ROBERT B SILLIMAN, ESQ | 310 | 2833 | $42,230.38 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:**  261381<br>SOUTHERN CLEANING SERVICES, INC<br>ATTN H DEAN GOFORTH, PRES<br>106 S CHALKVILLE ROAD<br>TRUSSVILLE, AL 35173<br><br>  Transferee: DELLACAMERA CAPITAL MASTER FUND LTD<br>  Counsel: ATTN LARRY D HENIN, ESQ | 6273 | 6271 | $292,689.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  261381<br>SOUTHERN CLEANING SERVICES, INC<br>ATTN H DEAN GOFORTH, PRES<br>106 S CHALKVILLE ROAD<br>TRUSSVILLE, AL 35173<br><br>  Transferee: DELLACAMERA CAPITAL MASTER FUND LTD<br>  Counsel: ATTN LARRY D HENIN, ESQ | 6273 | 6272 | $292,689.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017<br><br>  Transferee: JPMORGAN CHASE BANK NA | 569 | 547 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 550 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 551 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 552 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 553 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 554 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 555 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 556 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 557 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 558 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 559 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 560 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 561 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 562 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 563 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 564 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 565 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 566 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 567 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 568 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 570 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 571 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 572 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  269279**<br>SPEARS, JOANNE<br>C/O JEFFREY T GREENBERG, PC<br>ATTN JEFFREY T GREENBERG, ESQ<br>421 FRENCHMEN STREET, SUITE 200<br>NEW ORLEANS,  LA  70116 | 8791 | 8790 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408325**<br>SPECIALTY BRANDS, LP<br>ATTN BOBBIE SHIER, DIR CREDIT SVCS<br>4200 E CONTOURS DR, SUITE 100<br>ONTARIO  CA  91764<br><br>Counsel: ATTN: STEPHEN M MILLER, ESQ | 6761 | 6760 | $59,577.79 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  402084**<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN  NC  28334 | 877 | 13251 | $7,643.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  400557**<br>TM SHEA PRODUCTS, INC<br>C/O WEISMAN YOUNG SCHLOSS ET AL<br>ATTN JOHN A RUEMENAPP, ESQ<br>30100 TELEGRAPH ROAD, SUITE 428<br>BINGHAM FARMS  MI  48025<br><br>Transferee: AMROC INVESTMENTS LLC | 871 | 872 | $113,775.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10222 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10223 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10224 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10225 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10226 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10227 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10228 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 278964<br>VAN HOEKELEN GREENHOUSES, INC<br>ATTN LORI VAN HOEKELEN, SECRETARY<br>PO BOX 88, RT 309<br>MCADOO,  PA  18237-0088<br><br>Counsel: ATTN RICHARD P FREEDMAN, ESQ | 8405 | 8406 | $404,426.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10847 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| **Creditor Id:** 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10848 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| **Creditor Id:** 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10849 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| **Creditor Id:** 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10850 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| **Creditor Id:** 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10851 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| **Creditor Id:** 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10853 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR**
**CLAIMS TO BE DISALLOWED CONTINGENT ON**
**PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 405871<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS  LA  70114 | 10852 | 11064 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| **Creditor Id:** 383146<br>ZUBI ADVERTISING SERVICES, INC<br>C/O MARKOWITZ DAVIS RINGEL & TRUSTY<br>ATTN J MARKOWITZ & R RUBIO, ESQS<br>9130 SO DADELAND BLVD, STE 1225<br>MIAMI  FL  33156 | 2565 | 2582 | $326,380.53 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

| | | | | |
|---|---|---|---|---|
| **Total Claims to be Disallowed:** | **505** | | | |
| **Total Amount to be Disallowed:** | **$2,731,959,913.87** | **Plus Unliquidated Amounts, If Any** | | |

**EXHIBIT B**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## ORDER DISALLOWING DUPLICATE DIFFERENT
## DEBTOR CLAIMS, AS SET FORTH IN THE DEBTORS'
## EIGHTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on September 21, 2006, upon the Eighteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A (the Duplicate Different Debtor Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The Duplicate Different Debtor Claims listed on Exhibit A are disallowed in their entirety, contingent upon (i) the confirmation and effectiveness of the Plan and (ii) substantive consolidation of the Debtors' estates as provided for in the Plan.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.    In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or this Order, including the identification of particular claims as Duplicate Different Debtor Claims or as Remaining Claims, will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims or the Remaining Claims.

4.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5.    Neither the Objection nor any disposition of the Duplicate Different Debtor Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

6.      This Order is without prejudice to the Debtors' right to file any further objection they may have to the Remaining Claims or the Duplicate Different Debtor Claims, including objections on the ground that a Duplicate Different Debtor Claim was filed against the incorrect Debtor or that the Debtor against which the Duplicate Different Debtor Claim was filed should be modified.

Dated this _____ day of September, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED
WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE
OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS
RESPONSES TO THE OBJECTION**