# UPS Next Day Air
## UPS Worldwide Express
### Shipping Document

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**1 SHIPMENT FROM**

TRACKING NUMBER: 1Z V97 W18 22 1000 253 5

SHIPPER'S UPS ACCOUNT NO.: V97W18

REFERENCE NUMBER: 10360-1

NAME: Michael L. Roberts
TELEPHONE: 256-543-0400
COMPANY: CUSIMANO LAW FIRM
STREET ADDRESS: 153 S 9TH ST E
CITY AND STATE: GADSDEN   AL
ZIP CODE: 35901

**2 EXTREMELY URGENT DELIVERY TO**

NAME: ATTN Angela Williams
COMPANY: LOGAN & COMPANY INC
STREET ADDRESS: 546 VALLEY ROAD
CITY AND STATE: Upper Montclair N.J.
ZIP CODE: 07043

**3 WEIGHT** — ENTER "LTR" IF LETTER
DIMENSIONAL WEIGHT (if applicable)

**4 TYPE OF SERVICE**
- [ ] NEXT DAY AIR
- [ ] EXPRESS (INTL)
For Worldwide Express Shipments — Mark an "X" in this box if shipment only contains documents of no commercial value.
- [ ] DOCUMENTS ONLY
- [ ] SATURDAY PICKUP
- [ ] SATURDAY DELIVERY

**5 OPTIONAL SERVICES**
- INSURED VALUE — AMOUNT $
- C.O.D. — AMOUNT $

**6 ADDITIONAL HANDLING CHARGE**
An Additional Handling Charge applies for certain items. See instructions.

**7 TOTAL CHARGES** $

**METHOD OF PAYMENT**
- [X] BILL SHIPPER
- [ ] BILL RECEIVER (Domestic Only)
- [ ] BILL THIRD PARTY
- [ ] CREDIT CARD (American Express / Diner's Club / Discover / MasterCard / Visa)
- [ ] CHECK

**8 RECEIVER'S / THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.** — EXPIRATION DATE

THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE                              ZIP CODE

**9 SHIPPER'S SIGNATURE** X C. Brasel

DATE OF SHIPMENT: 10/27/05

SHIPPER'S COPY 1   CHARGES

0101911202609 6/00 S

EXHIBIT A

UPS Package Tracking　　　　　　　　Case 3:05-bk-03817-JAF　　Doc 10619-1　　Filed 08/29/06　　Page 2 of 3　　　　10/28/05 5:03 PM



Home | About UPS | Contact UPS | Getting Started @ UPS.com

 Search

**UPS United States**

Shipping | **Tracking** | Support | Business Solutions

Log-In　User ID: ▯　　Password: ▯　→　| Forgot Password　　　　Register

### Tracking

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help

## Track by Tracking Number

**View Details**

| | |
|---|---|
| Status: | Delivered |
| Delivered on: | Oct 28, 2005 10:04 A.M. |
| Signed by: | POSTEL |
| Location: | RECEIVER |
| Delivered to: | US |
| Tracking Number: | 1Z V97 W18 22 1000 253 5 |
| Service Type: | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Oct 28, 2005 | | |
| 10:04 A.M. | PARSIPPANY, NJ, US | DELIVERY |
| 8:07 A.M. | PARSIPPANY, NJ, US | OUT FOR DELIVERY |
| 6:30 A.M. | PARSIPPANY, NJ, US | ARRIVAL SCAN |
| 6:00 A.M. | NEWARK, NJ, US | DEPARTURE SCAN |
| 5:31 A.M. | NEWARK, NJ, US | ARRIVAL SCAN |
| 3:53 A.M. | LOUISVILLE, KY, US | DEPARTURE SCAN |
| 12:17 A.M. | LOUISVILLE, KY, US | ARRIVAL SCAN |
| Oct 27, 2005 | | |
| 10:17 P.M. | BIRMINGHAM, AL, US | DEPARTURE SCAN |
| 9:39 P.M. | BIRMINGHAM, AL, US | ARRIVAL SCAN |
| 8:35 P.M. | ATTALA, AL, US | DEPARTURE SCAN |
| 7:33 P.M. | ATTALA, AL, US | ORIGIN SCAN |
| 5:34 P.M. | ATTALA, AL, US | PICKUP SCAN |

Tracking results provided by UPS: Oct 28, 2005 6:02 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/processRequest　　　　Page 1 of 1

EX A, p. 2

UPS Package Tracking — 10/28/05 5:04 PM



**UPS United States**

Shipping | Tracking | Support | Business Solutions

Log-In  User ID: [   ]  Password: [   ]  →  | Forgot Password    Register

Tracking
→ **Track by Tracking Number**
  > Track by E-mail
  > Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help

**Track by Tracking Number**

View Tracking Summary

To see a detailed report for each package, please select the **View package progress** link.

| Tracking Number | Status | Delivery Information | |
|---|---|---|---|
| 1. 1Z V97 W18 22 1000 253 5  → View package progress | Delivered | Delivered on: | Oct 28, 2005 10:04 A.M. |
| | | Delivered to: | US |
| | | Signed by: | POSTEL |
| | | Service Type: | NEXT DAY AIR |

Tracking results provided by UPS: Oct 28, 2005 6:03 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

! Hurricane-Related Service Updates →

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

Ex A, p. 3