

# Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300 Facsimile 904-419-5365

November 14, 2005

D. Scott Mitchell, Esquire
Beers, Anderson, Jackson, Patty & Van He
P.O. Box 1988
Montgomery, AL 36102

Re:    Claimant:              Brenda Lowry
       Claim #:                A411203076-0005-01
       Proof of Claim No.:     11389
       Incident Date:          03/06/2004
       Entity:                 Winn Dixie Montgomery, Inc.
       Location:               Winn-Dixie #107101
                               Highway 31 Montgomery, AL

Dear Attorney Mitchell:

The following constitutes Winn-Dixie's response to the Proof of Claim and/or the questionnaire you submitted on your client's behalf.

The demand has not been accepted.

You have the right to submit a reply by January 15, 2006.

Sincerely,

Angela Williams
Claims Examiner III

EXHIBIT B

TOTAL P.02