
**CUSIMANO KEENER ROBERTS KIMBERLEY & MILES P.C.**

Attorneys at Law
153 South Ninth Street
Gadsden, AL 35901

Phone (256) 543-0400
Fax (256) 543-0488
lawyers@alabamatortlaw.com
www.alabamatortlaw.com

Gregory S. Cusimano
Larry H. Keener
Michael L. Roberts
David A. Kimberley
Philip E. Miles
Emily Hawk Raley

March 8, 2006

Via Fax and US mail

Angela D. Williams, Examiner III
Sedgwick Claims Management Services, Inc.
P. O. Box 24787
Jacksonville, FL 32241-4787

RE:   Claimant:    Brenda Lowry
      Entity:      Winn-Dixie Montgomery, Inc.
                   Winn-Dixie # 107101
                   Highway 31 Montgomery, AL
      Proof of Claim #: 11389
      Date of Accident: March 6, 2004
      Claim #:     A411203076-0005-01

Dear Ms. Williams:

I am in receipt of your March 8 fax that transmitted a copy of your November 13, 2005 letter to Scott Mitchell.

As we have indicated, I am the attorney who represents Brenda Lowry. Scott Mitchell does not represent Brenda Lowry.

In reply to this Response that we received today with regard to Winn-Dixie's position concerning this claim, we hereby request mediation.

If this Reply needs to be sent to any other person on behalf of Winn-Dixie, please let me know.

We look forward to hearing from you.

Sincerely,

CUSIMANO, KEENER, ROBERTS, KIMBERLEY & MILES, P.C.

Michael L. Roberts

MLR/cb

EXHIBIT C

|  |  |
|---|---|
| FAX NUMBER | : |
| NAME | : |

| | | |
|---|---|---|
| NAME/NUMBER | : | 19044195365 |
| PAGE | : | 2 |
| START TIME | : | MAR-08-2006 04:15PM WED |
| ELAPSED TIME | : | 00' 36" |
| MODE | : | STD ECM |
| RESULTS | : | [ O.K ] |

---

## CUSIMANO, KEENER, ROBERTS, KIMBERLEY & MILES, P.C.
### 153 S. 9th Street
### Gadsden, AL 35901
### Phone (256)543-0400
### Fax (256) 543-0488

Gregory S. Cusimano
Larry H. Keener
Michael L. Roberts
David A. Kimberley
Philip E. Miles
Emily Hawk Raley

TO: Sedgwick Company, ATTN: Angela D. Williams
Examiner III

Fax No.: 904-419-5365/5359

FROM: Michael L. Roberts

DATE: March 8, 2006

PAGES: (Including cover page)   2

File No.: 10360-1

COMMENTS:   Brena Lowry
Your Insured: Winn-Dixie Montgomery # 107101
Claim #:   A411203076-0005-01
Proof of Claim # 11389

Any questions, please call Candy at number above.

---

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U. S. Postal Service. Thank you.

Ex C, p.