

October 27, 2005

**CUSIMANO**
**KEENER**
**ROBERTS**
**KIMBERLEY**
**&**
**MILES**
**P.C.**

Attorneys at Law

153 South Ninth Street

Gadsden, AL 35901

Phone (256) 543-0400
Fax (256) 543-0488
E-Mail lawyers@alabamatortlaw.com
www.alabamatortlaw.com

Gregory S. Cusimano
Larry H. Keener
Michael L. Roberts
David A. Kimberley
Philip E. Miles
Emily Hawk Raley

Via UPS Overnight Mail

Logan & Company, Inc.
Attn: Angela Williams, Claims Agent
546 Valley Road
Upper Montclair, New Jersey 07043

IN RE:   Winn-Dixie Stores, Inc., et al., Debtors.
Chapter 11, Case No. 05-03817-3F1
Creditor No.: 411230      Claim No.: 11389
Creditor: Brenda Lowry

Dear Ms. Williams:

Enclosed please find the Questionnaire for Litigation Claimants and attached Supplement A thereto, on behalf of our client Brenda Lowry, Creditor No. 411230.

Sincerely,

CUSIMANO, KEENER, ROBERTS, KIMBERLEY & MILES, P.C.

Michael L. Roberts
MLR/cb

Enclosures as noted.

EXHIBIT D

UNITED STATES BANKRUPTCY CODE
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043**. A Questionnaire will not be deemed to have been timely returned unless it is received on or before November 1, 2005.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a)   fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b)   return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than November 1, 2005, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*



Creditor No.: 411230
LOWRY, BRENDA
C/O CUSIMANO KEENER ROBERTS, ET AL
ATTN MICHAEL L ROBERTS, ESQ
153 SOUTH 9TH STREET
GADSDEN AL 35901

Claim No.(s): 11389

EX D, p.2

1. Give your date of birth (MM/DD/YY) __08/11/59__

2. Date of injury or claim: (MM/DD/YY) __03/06/04__

3. What is the basis of your claim? __Injuries and damages from motor vehicle collision in which Brenda Lowry's truck was struck in the rear by a Winn-Dixie tractor trailer truck.__

4. What is the total amount of your claim? (Please estimate if necessary). __$979,711.17__

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
__Attached__

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. __See Supplement A__

7. Are you pursuing this claim against any other party? Yes [✓]   No [ ]
If so, against whom (list the name, the addresses and counsel for each party, if known)?
__See Suppelement A__

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes [✓]   No [ ]

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known.
__Yes. Circuit Court of Montgomery County, Alabama, Case No. CV-2004-003266, Judge Charles Price.__

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

Ex D, p. 3

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)
    See Supplement A

11. Where did the injury or damage occur?
    The motor vehicle collision occurred on the Troy Highway in Montgomery County, Alabama (See traffic accident report)

    Please specify the location and address.

12. How did the injury or damage occur? The Winn-Dixie driver Don Marshel Meredith, while driving at an excessive speed, crashed his truck into the rear of my truck while I was traveling on the Troy Highway in Montgomery, Alabama

13. Did you miss any work as a result of your injury or damage? If so, how many days?
    Yes. I have missed approximately 13 months of work, up to this point, but the orthopedic surgeon, Dr. Michael Kaldis, states that he does not believe I will be able to return to work as a truck driver. There is thus loss of future income.

14. Give the name and address of your employer and your salary at the time of your injury or damage.
    I was working in a lease relationship with Boise Cascade Transportation Company, 1111 W. Jefferson Street, Boise, Idaho 83702; my income has been calculated as of the time of the wreck, at $569 per week.

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)
    See Supplement A

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).
    See Supplement A

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

Ex D, p.4

17. If applicable, are treatments still being given for the injury or damages? Yes ☐ No ☐
    (If yes, provide the name and address of the doctor that is currently treating you
    and the nature of the treatment.) Yes. Dr. Michael Kaldis,
    6560 Fannin, Ste 1016, Houston, Texas 77030
    treatment for back injury.

18. If applicable, please provide the following Physician Data:

    a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)

    See Supplement A

    b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering.
    See Supplement A

    c. Give the total amount of the medical bills you incurred as a result of your claim.
    See Supplement A

    d. Attach medical and hospital records which relate to your claim.

    e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim.
    See Supplement A

    f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. See Supplement A

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

Ex. D, p. 5

g. Give the name, address and policy number of your insurance company.
   See Supplement A

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

   a. Itemize the damages you claim.   See Supplement A

   b. Give the total amount of each item of damage.   See Supplement A

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)**

   $ 350,000

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| Creditor No.: 411230<br>LOWRY, BRENDA<br>C/O CUSIMANO KEENER ROBERTS, ET AL<br>ATTN MICHAEL L ROBERTS, ESQ<br>153 SOUTH 9TH STREET<br>GADSDEN AL 35901 | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

Ex D., p. 6

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 10/04/05

Claimant's Signature: *[signed] Brenda A. Lowry*

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): MICHAEL L. ROBERTS

Address: 153 SOUTH 9th STREET

City/State/Zip: GADSDEN, ALABAMA 35901

Relationship to Claimant: Attorney

Phone Number: 256 543-0400

Fax Number: 256 543-0488

Email Address: mlr@alabamatortlaw.com

### PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY NOVEMBER 1, 2005, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received on or before November 1, 2005 at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

411230-LOWRY, BRENDA-Claim No.(s): 11389

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

EX D, p. 7

*BRENDA LOWRY*          *ANSWERS TO QUESTIONNAIRE*

1. DOB:    8/11/59

2. DOI:    3/6/04

3. Injuries and damages from motor vehicle collision in which Brenda Lowry's truck was struck from the rear by a Winn-Dixie tractor trailer truck.

4. $979,711.17.

5. Attached.

6. With regard to property damage and expense, Liberty Mutual has paid $13,663.90 but there is uncompensated property damage and expenses in the amount of $11,057.61; Zurich American Insurance Company has made medical expense and disability income payments pursuant to a trucker's occupational accident insurance policy. We are informed that Zurich has paid $74,617.52 in medical expense and $22,793.53 for disability income, but the treatment and disability are continuing, and these amounts may not be complete.

7. Suit was also filed against Winn-Dixie's driver, Don Marshel Meredith. As noted above, disability income and medical expense payments are due from Zurich. We are undertaking to ascertain the existence and applicability of uninsured motorist coverage from Texas Farm Bureau, P. O. Box 1812, Angleton, TX 77516-1812, but have not yet been advised whether such coverage is available or applicable.

8. Yes.

9. Yes. Circuit Court of Montgomery County, Alabama, Case No.CV-2004-003266, Judge Charles Price.

10. Herniated discs and other neck and back injuries, as described in the medical records attached. Also, lost earnings, past and future, impairment to earning capacity, pain, past and future, mental distress, past and future, permanent injury. Consortium claim of my husband Dennis Lowry. Property damages and losses, including personal property loss, damage to vehicle, down time for our vehicle.

11. The motor vehicle collision occurred on the Troy Highway in Montgomery County, Alabama. (See traffic accident report).

Ex D, p

12  The Winn-Dixie driver Don Marshel Meredith, while driving at an excessive speed, crashed his truck into the rear of my truck while I was traveling on the Troy Highway in Montgomery, Alabama.

13  Yes. I have missed approximately 13 months of work, up to this point, but the orthopedic surgeon, Dr. Michael Kaldis, states that he does not believe I will be able to return to work as a truck driver. There is thus loss of future income.

14  I was working in a lease relationship with Boise Cascade Transportation Company, 1111 W. Jefferson Street, Boise, Idaho 83702 (as a team driver with my husband); my income has been calculated as of the time of the wreck, at $569 per week.

15  Not to my knowledge.

16  Brenda Lowry, Dennis Lowry, Don Marshel Meredith, c/o Winn-Dixie, Trooper J. L. Brosius, c/o Alabama Dept. of Public Safety, Montgomery, Alabama, Dr. Michael Kaldis, 6560 Fannin, Ste. 1016, Houston, TX 77030, Dr. Ray Bohannon, 1501 6th Street North, Texas City, TX 77590; see other doctors and health professionals identified in the medical records.

17  Yes. Dr. Michael Kaldis, 6560 Fannin, Ste 1016, Houston, TX 77030, treatment for back injury

18      (a)     Mr. Michael Kaldis, 6560 Fannin, Ste 1016, Houston, TX 77030, 4/30/04 through 9/14/05 and continuing, treatment for back injury; Dr. Ray Bohannon, 1501 6th Street North, Texas City, TX 77590, 3/8/04 through 5/3/04; Methodist Hospital, 5/5 – 5/6/05, 4/28/05, 4/21/05, 5/4/05; Mainland Medical Center, 6801 Emmett F. Lowry Exprw, Texas City, TX 77591, 3/31/04; Christus St. John's Hospital (physical therapy) 6/1-7/9/04, 11/9-11/23/04.

See also the physicians and health professionals described in the medical records furnished. Treatment is continuing so these listings are not complete.

    (b)    Total medical expenses    $ 74,617.52
($74,617.52 paid by Zurich, may not be complete total)

Dr. Michael Kaldis 4/30/04 – 9/14/05    $21,833.27

Dr. Ray Bohannon 3/8/04 – 5/3/04    $ 2,030.00

Methodist Hosp. 5/5/05 – 5/6/05    $30,560.10

Ex D., p. 9

| | |
|---|---|
| 4/21/05 (MRI) | $ |
| 4/28/05 (MRI) | $ 5,890.50 |
| 5/4/05 (MRI) | $ 5,729.50 |
| Mainland Medical Center 3/31/04 | $ 2,007.00 |
| Christus St. John's Hospital (Physical Therapy) 6/1/04 – 11/23/04 | $ 3,095.11 |
| Other medical provider payments by Zurich | $ 3,472.04 |

Income loss (based on $569 per week for 13 months)   $31,864.00
(70% received from Zurich, may not be complete amount)

Loss of future income/impairment to earning capacity
(19 years of work/life expectancy, based on $569 weekly
rate and based on Dr. Kaldis' statement that she is not
expected to return to work as truck driver)    $562,172.00

Pain and suffering (past and future)    $100,000.00

Mental distress (past and future)    $ 50,000.00

Consortium of husband Dennis Lowry    $ 50,000.00

Permanent impairment/disability    $100,000.00

Property damages losses not covered by property insurance   $ 11,057.61

| | |
|---|---|
| Truck deductible | $1,000.00 |
| Trailer deductible | $ 500.00 |
| Repair cost for later-found damage | $2,305.60 |
| Car rental | $ 265.85 |
| Motel charges | $ 169.78 |
| Loan interest for deductible and repairs | $ 472.46 |
| Tires | $ 973.62 |
| Down time, Dennis Lowry | $5,370.30 |

TOTAL:    $979,711.17

(c) See total medical bills.

(d) Attached.

(e) See number 18(b).

EX D, p. 10

- (f) Zurich indicates that $74,617.52 has been paid from medical insurance coverage of Zurich, and the total medical expenses listing (which may not be complete) is $74,617.52.

- (g) Zurich American Insurance Company, c/o Scott Mitchell, policy Number OCA 351422, Beers, Anderson, Jackson, Patty & Van Heest, P.C., P. O. Box 1988, Montgomery, AL 36102-1988; Liberty Mutual Group, P. O. Box # 168168, Irving, TX 75016

19  (a) See above.

   (b) See above.

20  Settlement Proposal $350,000.

EX. D, f