United States Bankruptcy Court
Middle District of Florida
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202
(904) 301-6490

August 20th 2006

United State Bankruptcy Court
Clerk
Middle District of Florida
300 North Hogan St, Suite 3-350
Jacksonville, Florida 32202

RE: Winn Dixie Stores, Inc.
Case # 05-bk-3817-3F1

Dear Clerk, Please notice that the plaintiff are seeking to know of this office have you (clerk) of the said United States Bankruptcy Court received thereof information requesting the removal Case # 05-bk-3817-3F1? Seeking an re-spond. I am brief in my correspondence. Have this office received the all of my pleading under 1452, F.R.P. 7001 (10), 9027:? Mailed April the 17th 2006?

Sincerely

[signature]

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
AUG 28 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION