Jose C. Hernandez
16144 NW 14 St.
Pembroke Pines, FL 33028

Clerk of the Bankruptcy Court
United States Courthouse
300 North Hogan St., Suite 3-350
Jacksonville, Florida 32202

F I L E D
JACKSONVILLE, FLORIDA

AUG 2 8 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Dear Sir;

I am the owner of 15000.356 share of Winn-Dixie Stock through my Brokerage Accounts, X22189944 and 190187445, at Fidelity Investments.

I wish to file my objection to Winn-Dixie's "Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors". As a shareholder I consider myself an owner of the company. If the Winn-Dixie has a plan to reorganize I expect to participate in it. If Winn-Dixie goes out of business I expect to receive any proceeds left over from that action. I do not expect Winn-Dixie's Management to simply declare that I am no longer an owner.

I believe that allowing a Company's Management to declare the Company free of any obligations to the owners will set a precedent that will lead to fraud and undermine the very foundation or American Capitalism.

I trust that the Court will decide in favor of the owners of the Company and not its creditors and Management.

Sincerely,

Jose C. Hernandez

c.c. Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom L.L.P, Four Times Square, New York, NY 10036
    Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202
    Matthew Barr, Milbank Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005