RECEIVED
CLERK, U.S. BANKRUPTCY COURT
AUG 2 8 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

August 19, 2006

## MEMORANDUM

To: Clerk of the Bankruptcy Court

From: Ronald G. and Carlotta W. Walsingham

Subject: Objection to Confirmation of the Plan Re: 05-03817-3F1

My name is Ronald G. Walsingham and my Wife is Carlotta W. Walsingham. We are retired and both reside at 6329 Oak Knoll Road, Panama City, Florida, 32404. Our telephone number is 850-763-3226. We object to the cancellation of the debt owed to us by Winn-Dixie Corporation. More specifically, shares of common stock we have owned for many years. According to the Notice we received, the stock will be canceled if the current bankruptcy plan is approved without modification. We are not attorneys and I'm sure we stand little or no chance of recovering our losses, since we are confronting millionaires such as those managing Winn-Dixie. They have the assets to pay a fleet of attorneys and we do not. This is the most vicious, inhuman arrangement/agreement effecting individuals who have invested hard earned money into and believed in this company, to be forced to endure and accept. This is not right!! This is Wrong!! We should, at the very least, receive shares of the new stock. If intentions are to sell or trade the company, we should be paid for the stock. We implore and petition the Bankruptcy Court to modify the plan to reflect compensation for stockholders such as us. If additional information is needed or this format is improper, please advise.