## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al*.,<br><br><br><br><br>WINN-DIXIE STORES, INC.<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-03817-3Fl Jointly Administered<br><br><br><br>Case No. 05-03817-JAF<br><br>Scheduled Claim No.: <u>254241</u> |

### <u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, LA DONA FOODS INC, IN THE AMOUNT OF $25,734.69, TO DELLACAMERA CAPITAL MASTER FUND, LTD.</u>

**To Transferor:**

        LA DONA FOODS INC
        ATTN: ROBERTO E. LUQUE, PRESIDENT
        PO BOX 138503
        HIALEAH, FL 33013

PLEASE TAKE NOTICE that the transfer of $25,734.69 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**        DellaCamera Capital Master Fund, Ltd.
        c/o DellaCamera Capital Management, LLC
        237 Park Avenue
        Suite 900
        New York, NY 10017

The evidence of transfer of claim is attached hereto. An excerpt of the Debtor's Schedule F the claim listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                                                                                         _____
                                                                                                                           Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie, Stores, Inc.

Debtor

Case No. 05-03817

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of La Dona Foods, Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $25,734.69 | |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address:   c/o DellaCamera Capital Management, LLC
           237 Park Avenue
           Suite 900
           New York, NY 10017

ASSIGNOR: La Dona Foods, Inc.
Address:   PO Box 138503
           Hialeah, FL 33013
Signature: [signed]
Name:      Roberto E. Lugue
Title:     President
Date:      7-31-06

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   WINN-DIXIE STORES, INC.    Case No.:   05-11063 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| L F U C G<br>PO BOX 13057<br>LEXINGTON, KY  40512<br>Creditor: 254217 - 12<br> Vendor: 0000122231 | 02/21/2005 | | | | | $614.99 |
| L PUGH & ASSOCIATES INC<br>10108 NORTH PALAFOX HWY<br>PENSACOLA, FL  32534-1269<br>Creditor: 254227 - 12<br> Vendor: 0000122439 | 02/21/2005 | | | | | $891.45 |
| L&J GENERAL INTERNION<br>(EL SEMBRADOR)<br>2424 NW 46TH STREET<br>MIAMI, FL  33142<br>Creditor: 254234 - 12<br> Vendor: 0D10300673 | 02/21/2005 | | | | | $87,909.00 |
| LA AUTENTICA FOODS<br>989 SE 11 PLACE<br>HIALEAH, FL  33010<br>Creditor: 384207 - 47<br> Vendor: 0000828971 | 02/21/2005 | | | | | $26,819.85 |
| ==LA DONA FOODS INC==<br>==PO BOX 138503==<br>==HIALEAH, FL  33013==<br>==Creditor: 254241 - 12==<br>== Vendor: 0000775749== | 02/21/2005 | | | | | ==$25,734.69== |
| LA ESPANOLA PRODUCTS<br>PO BOX 450954<br>MIAMI, FL  33245-0954<br>Creditor: 254243 - 12<br> Vendor: 0000123075 | 02/21/2005 | | | | | $338.90 |
| LA MURCIANA, INC<br>ATTN MARIA SAEZ & JOSE SAEZ, PRES<br>5534 NW 72ND AVENUE<br>MIAMI, FL  33166<br>Creditor: 254245 - 12<br> Vendor: 0D10300126 | 02/21/2005 | | | | | $21,319.84 |
| LA QUINTA ORLANDO WINTERPARK<br>626 LEE ROAD<br>ORLANDO, FL  32810<br>Creditor: 254255 - 12<br> Vendor: 0000818991 | 02/21/2005 | | | | | $2,391.87 |

**PAGE TOTAL:**   **$166,020.59**