# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al*.,<br><br><br><br>WINN-DIXIE STORES, INC.<br><br>("the Debtors") | Chapter 11<br><br>Case No. 05-03817-3Fl Jointly Administered<br><br><br><br>Case No. 05-03817-JAF<br><br><br><br>Filed Claim No.: <u>11125</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, LA DONA FOODS INC, IN THE AMOUNT OF $25,220.00, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**
　　　　　　　　　　LA DONA FOODS INC
　　　　　　　　　　ATTN: ROBERTO E. LUQUE, PRESIDENT
　　　　　　　　　　PO BOX 138503
　　　　　　　　　　HIALEAH, FL 33013

PLEASE TAKE NOTICE that the transfer of $25,220.00 of the above-captioned General Unsecured claim has been transferred to:

　　**Transferee:**　　DellaCamera Capital Master Fund, Ltd.
　　　　　　　　　　c/o DellaCamera Capital Management, LLC
　　　　　　　　　　237 Park Avenue
　　　　　　　　　　Suite 900
　　　　　　　　　　New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the proof of claim listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Winn-Dixie, Stores, Inc.

Debtor

Case No. 05-03817

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of La Dona Foods, Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $25,220.00 | 11125 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address:   c/o DellaCamera Capital Mangement, LLC
           237 Park Avenue
           Suite 900
           New York, NY 10017

ASSIGNOR: La Dona Foods, Inc.
Address:   PO Box 138503
           Hialeah, FL 33013
Signature: [signed]
Name:      Roberto E. Luque
Title:     President
Date:      8/15/06

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: _____ Case No _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Your claim is scheduled as follows:

Debtor
Winn-Dixie Stores, Inc.
Classification
Unsecured Non-Priority Claim
Scheduled Amount
$25,734.69

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

19951445
Creditor Id WDX-254241-B1-12
LA DONA FOODS INC
PO BOX 138503
HIALEAH, FL 33013

Telephone No of Creditor _____

Fax No of Creditor _____

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

DEBTOR: WINN - DIXIE STORES, INC.
U S. BANKRUPTCY COURT M.D.-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE 05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 11125**

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above   ☐ additional address

Name: KEVIN C. GLEASON
Company/Firm: KEVIN GLEASON PA
Address: 4121 N. 31st Ave
Hollywood FL 33021-2011

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor: _____

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim, dated _____

1. Basis for Claim
☒ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from _____ to _____
(date) (date)

2. Date debt was incurred: 02/02/05 - 02/23/05

3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $25,220.00   $_____   $_____   $_____
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral.
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $_____

6. Unsecured Nonpriority Claim $25,220.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is For Court Use Only

RECEIVED 2005 AUG -1 PM 3:22 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA LOGAN & COMPANY, INC. AS AGENT

Date: 7/29/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: Kevin C. Gleason   Title: _____
Signature: /s/ Kevin C. Gleason

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571.

*Dona Foods*
*w/o Unpaid Balance (Bankruptcy)*

| | | | | |
|---|---|---|---|---|
| 2-Feb | 6,960.56 | 3,168.77 | 10,129.33 | 9,926.74 |
| 9-Feb | 6,002.99 | 1,976.73 | 7,979.72 | 7,820.13 |
| 16-Feb | 5,311.66 | 2,858.77 | 8,170.43 | 8,007.02 |
| 23-Feb | (498.83) | (45.96) | (544.79) | (533.89) |
| 2-Mar | | | | |
| 9-Mar | | | | |
| | | | total | 25,220.00 |