# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, | Case No. 05-03817-3Fl Jointly Administered |
| WINN-DIXIE STORES, INC. | Case No. 05-03817-JAF |
| ("the Debtors") | Filed Claim No.: <u>6043</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, LIF REALTY TRUST, IN THE AMOUNT OF $158,316.61, TO DELLACAMERA CAPITAL MASTER FUND, LTD.

**To Transferor:**

    LIF REALTY TRUST
    ATTN: MILTON CAIL, TRUSTEE
    C/O SMITH ANDERSON LAW FIRM
    PO BOX 2611
    RALEIGH, NC 27602-2611

PLEASE TAKE NOTICE that the transfer of $158,316.61 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**    DellaCamera Capital Master Fund, Ltd.
    c/o DellaCamera Capital Management, LLC
    237 Park Avenue
    Suite 900
    New York, NY 10017

The evidence of transfer of claim is attached hereto. A copy of the proof of claim listing the claim is hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Jacksonville, FL 32202. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

                                                  _____
                                                Deputy Clerk

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN-DIXIE RALEIGH, INC.

Debtor

Case No. 05-03839

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of LIF Realty Trust ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $158,316.61 | 6043 |

have been transferred and assigned to DellaCamera Capital Master Fund, Ltd. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: DellaCamera Capital Master Fund, Ltd.
Address:    c/o DellaCamera Capital Management, LLC
            200 Park Avenue, 33rd Floor
            New York, NY 10166

ASSIGNOR: LIF Realty Trust
          C/O Smith Anderson Law Firm
Address:  Attn: Amos U. Priester IV, Esq.
          P.O. Box 2611
          Raleigh, NC 27602
Signature: _____
Name:     MILTON CAIL
Title:    TRUSTEE
Date:     8/3/06

# EXHIBIT A

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT **Middle** DISTRICT OF **Florida** | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Winn-Dixie Stores, Inc., et al. | Case Number<br>05-03817-3F1 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case   A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)

**LIF Realty Trust**   408168

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court.

DEBTOR WINN - DIXIE STORES, INC
U S BANKRUPTCY COURT M D -FLORIDA
JOINTLY ADMINISTERED UNDER
CASE  05-03817 (3F1)
CHAPTER 11

**CLAIM NO.: 6043**

Name and address where notices should be sent.
Amos U Priester, IV
Smith Anderson Law Firm
P O Box 2611
Raleigh, NC 27602-2611

Telephone number  (919) 821-1220

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor
**NA**

Check here ☐ replaces         a previously filed claim, dated:_____
if this claim  ☐ amends

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Real estate lease

- ☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #. _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)          (date)

**2. Date debt was incurred:**
See Schedule A attached

**3. If court judgment, date obtained:**
NA

**4. Total Amount of Claim at Time Case Filed:** $ _$158,316.61_  _____  _____  $158,316.61
          (unsecured)   (secured)   (priority)  See Schedule A attached (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____

Value of Collateral    $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any   $_____

**6. Unsecured Nonpriority Claim** $ 158,316.61

☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority  $_____
Specify the priority of the claim
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(3)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(4)
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(6)
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U S C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units-11 U S C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain If the documents are voluminous, attach a summary

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
2005 JUL 12 AM 10: 26
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| Date<br>7/5/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>_signature_ Faith Kaplan |
|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

Proof of Claim of LIF Realty Trust (Claimant)<br>
Winn-Dixie Stores, Inc. (Debtor)

## Schedule A

<u>Brief Description of Claim</u>: Claim based on unpaid rent and expenses accruing under a Shopping Center Lease Agreement between LIF Realty Trust ("Claimant"), successor in interest to Bailey and Associates, Inc., as the lessor, and Winn-Dixie Stores, Inc. (the "Debtor"), as the lessee (the "Lease"), a copy of which is attached hereto as <u>Exhibit A</u> and incorporated herein by reference.

The Debtor filed its bankruptcy petition February 21, 2005 (the "Petition Date"). As of the Petition Date, Debtor owed Claimant $471.40 for unpaid expenses accruing under the Lease. A summary of the unpaid expenses is attached hereto as <u>Exhibit B</u>.

The minimum annual rental due under the Lease is $197,750.00. The minimum annual common area maintenance charges due as additional rent under the Lease are $8,750.00. The term of the lease expires December 4, 2005 (the "Expiration Date"). The Debtor paid rent under the Lease through February 28, 2005. The amount of the claim made hereby is $158,316.61, which equals the rent and common area maintenance charges due for the 279 days from March 1, 2005 to the Expiration Date ($157,845.21), plus the $471.40 of unpaid expenses due under the Lease as of the Petition Date.

1. <u>Basis for Claim</u>: Rent and unpaid expenses under a commercial real estate lease.

2. <u>Date Debt Incurred</u>: March 1, 2005 through December 4, 2005.

3. <u>Date of Court Judgment</u>: Not Applicable.

4. <u>Amount of Claim</u>: $158,316.61, plus such additional interest, costs, and attorneys' fees as the Court may allow.

5. <u>Classification of Claim</u>: Unsecured Claim.

6. <u>Unsecured Priority Claim</u>: Not Applicable.


**\*\*CLAIMANT RESERVES THE RIGHT TO MODIFY, AMEND, OR SUPPORT THIS PROOF OF CLAIM AS IT MAY BE NECESSARY OR APPROPRIATE.**

802811_1 DOC