### UNITED STATES BANDRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 05-03817-3F1 |
| | ) | |
| WINN DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | } | Jointly Administered |

F I L E D
JACKSONVILLE, FLORIDA

AUG 2 9 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### CREDITOR'S MOTION FOR REHEARING OF RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

CREDITOR NO.:   WDX-391141-L4-55
NELSON, DIERDRE
c/o NICHOLE S. PACELLA, ESQ.
1141 SE 2nd AVENUE
FORT LAUDERDALE, FL 33316

CLAIM NO.: 11613
CLAIM AMOUNT:  $50,000.00

CREDITOR, DIERDRE NELSON, BY AND THROUGH THE UNDERSIGNED ATTORNEY AND FILES THIS MOTION FOR REHEARING OF CREDITOR'S RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS AND WOULD SHOW THE COURT THE FOLLOWING:

1. THAT CREDITOR'S RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS WAS TIMELY FILED BY BEING HAND-DELIVERED TO THE CLERK OF COURT PURSUANT TO PARAGRAPH 5 OF THE NOTICE OF HEARING DATED JULY 25, 2006 WHICH STATES, "RESPONSES WILL BE DEEMED TIMELY FILED ONLY IF THE ORIGINAL RESPONSE IS ACTUALLY RECEIVED ON OR BEFORE THE RESPONSE DEADLINE BY THE BANKRUPTCY COURT VIA THE COURT'S ELECTRONIC FILING PROCEDURES . . . OR BY DELIVERY OF A HARD COPY TO THE CLERK OF COURT, UNITED STATES COURTHOUSE . . .". (SEE EXHIBIT "1").

2. THAT CREDITOR'S RESPONSE TO DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS WAS TIMELY FILED BY BEING DELIVERED VIA E-MAIL AND FACSIMILE TO SMITH, HULSEY & BUSY PURSUANT TO PARAGRAPH 6 OF THE NOTICE OF HEARING DATED JULY 25, 2006. (SEE EXHIBIT "1").

3. OTHER MATTERS TO BE ARGUED ORE TENUS.

**WHEREFORE**, THE CREDITOR, DIERDRE NELSON, MOVES THIS HONORABLE COURT FOR A REHEARING.

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS WRITTEN RESPONSE HAS BEEN FORWARDED VIA FEDERAL EXPRESS #8549 1136 2695 TO CLERK OF COURT, UNITED STATES COURTHOUSE, 300 NORTH HOGAN STREET, SUITE 3-350, JACKSONVILLE, FLORIDA 32202, HONORABLE JERRY A. FUNK, UNITED STATES COURTHOUSE, 300 NORTH HOGAN STREET, JACKSONVILLE, FLORIDA 32202, AND BY EMAIL AND FACSIMILE TO SMITH HULSEY & BUSEY, ATTN.: TANA COPELAND, 225 WATER STREET, SUITE 1800, JACKSONVILLE, FLORIDA 32202 (tcopeland@smithhulsey.com) [Fax: (904) 359-7708].

LAWRENCE J. BOHANNON, P.A.
**Attorneys for Plaintiff**
1141 Southeast 2nd Avenue
Fort Lauderdale, FL 33316
e-mail: biggameclub@aol.com
Telephone: (954) 523-2800
Facsimile: (954) 523-2732

BY: _____ 8/28/06
NICHOLE S. PACELLA, ESQ.
Florida Bar No.: 108250

NSP/as

Case 3:05-bk-03817-JAF   Doc 10628   Filed 08/29/06   Page 3 of 4
Hearing Date: August 24, 2006 at 1:00 p.m.
Response Deadline: August 14, 2006 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

### NOTICE OF HEARING ON DEBTORS' OMNIBUS
### OBJECTION TO UNRESOLVED LITIGATION CLAIMS

CREDITOR NO.: WDX-391141-L4-55
NELSON, DIERDRE
C/O BOHANNON ROGERS
ATTN NICHOLE S PACELLA, ESQ
1141 SE 2ND AVENUE
FT LAUDERDALE FL  33316

---

### CLAIM(S) TO BE DISALLOWED

Claim No.: **11613**

Claim Amount: **$50,000.00**

Reason for Disallowance: **No Liability -- Disputed Claim; Late Claim**

---

1. PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on June 22, 2006 their Omnibus Objection to Unresolved Litigation Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. **The Objection constitutes notice that the Debtors have objected to and dispute one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED** based upon one or more of the following grounds: (a) the claim(s) were not filed on or before the applicable proof of claim bar date; or (b) the claim(s) are not supported by legally sufficient documentation. **Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases or the opportunity to vote on a chapter 11 plan with respect to such claim(s).**

3. If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 14, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.



EXHIBIT "1"

5. Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Tana Copeland, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at tcopeland@smithhulsey.com, or via facsimile sent to (904) 359-7708.

7. A hearing will be held on **August 24, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida, 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be potentially liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections at such time.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection to your claim(s), you may contact Tana Copeland of Smith Hulsey & Busey at (904) 359-7850 or tcopeland@smithhulsey.com**. A copy of the Objection and your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Smith Hulsey & Busey, at the Debtors' expense, by calling the number listed above.

Dated July 25, 2006

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
Stephen D. Busey
James H. Post
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-counsel for Debtors