UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    Case No. 05-03817-3F1
                                          Chapter 11
WINN-DIXIE STORES, INC., et. al.          Jointly Administered
                                          Creditor: Ken Beaudrie
Debtors.                                  Creditor No. WDX-415988-L4-L1
_____/          Claim No. 12896

## KEN BEAUDRIE'S RESPONSE TO DEBTOR'S OMNIBUS OBJECTIONS TO UNRESOLVED LITIGATION CLAIMS

COMES NOW CREDITOR, KEN BEAUDRIE, by and through undersigned counsel, and files this RESPONSE TO DEBTOR'S OMNIBUS OBJECTIONS TO UNRESOLVED LITIGATION CLAIMS and states as follows:

1. **BACKGROUND**:

    A. KEN BEAUDRIE filed one claim for damages (Claim No. 12896) arising from a slip and fall accident on 1/25/03. Claim No. 12896 is against WINN-DIXIE STORES, INC.

    B. Debtors filed an OMNIBUS OBJECTION to the above-mentioned claim.

    C. Creditor timely filed his claim as noted by Debtors in their Questionairre for Litigation Claimants.

2. **CREDITOR WAS UNABLE TO FILE THE QUESTIONAIRRE FOR LITIGATION CLAIMANTS DUE TO NON-SERVICE UNTIL AFTER THE BAR DATE AND AS SUCH SHOULD BE FOUND IN COMPLIANCE WITH THE CLAIMS RESOLUTION PROCEDURE:**

    A. Creditor was unable to file his lawsuit for damages in the instant case due to the Court's stay of all litigation pending resolution of the current proceedings.

10629

    B.    Creditor received no notice stating the bar date of November 30, 2005, for the Questionairre for Litigation Claimants until after the bar date had passed.

    C.    Creditor immediately, upon receipt of the Questionairre for Litigation Claimants, filed his responses on April 12, 2006. Ex. 1

3. **CREDITOR'S CLAIMS ARE SUPPORTED BY MEDICAL DOCUMENTATION THAT WAS PREVIOUSLY PROVIDED AS ATTACHMENTS TO THE CLAIMS QUESTIONAIRRE:**

    A.    Creditor attached all available medical records outlining his injuries to the Questionairre for Litigation Claimaints previously provided.

    B.    Creditor was unable to engage in the discovery process for the instant case because of the above-mentioned stay of all litigation in the instant proceedings. As such, Creditor has been unable to produce any answers to interrogatories or documents which would provide a factual basis for his claim.

4. **CREDITOR'S ALLEGATIONS ESTABLISH A PRIMA FACIE CASE OF PREMISES LIABILITY:**

    A.    On or about January 25, 2004, Creditor entered the premises of Debtor as a business invitee at 8650 Argyle Forrest Blvd., Jacksonville, FL 32244.

    B.    Unknown to Creditor, there was a puddle of water on the floor of the premises.

    C.    Creditor slipped and fell in the puddle of water, causing injuries to his lower back and spine.

    D.    Debtor knew or reasonably should have known of the hazard existing at the time.

    E.    Debtor was under a duty to act reasonably in caring for business invitees' safety, including warning said business invitees of known hazards and taking reasonable precautions to avoid such hazards.

    F.    Debtor breached this duty by failing to warn Creditor of the hazard.

    G.    Debtor further breached this duty by failing to take reasonable precautions to avoid the hazard.

    H.    As a proximate and direct result of said breach, Creditor suffered damages including bodily injury, economic damages including loss of past and

future wages, pain and suffering, medical costs, and loss of capacity for enjoyment of life. These injuries are permanent and ongoing, and Creditor will suffer these damages in the future.

5. **MEDICAL CHRONOLOGY BASED ON RECORDS AND BILLS PREVIOUSLY PRODUCED:**

1/25/04   **First Coast Medical Center**
Complaint of neck/lower back/left leg pain after fall in Debtor's store.
Tingling sensation and pain constant, no relief.
Impression: Cervical sprain/strain, Thoracic sprain/strain, exacerbation of prior injury, right lower extremity pain. Referral to neurologist.

2/11/2004   **Grady L. Carter, DC**
X-Ray evaluation.
Multiple sublaxations of thoracic spine at T6-T8
Multiple sublaxations of cervical spine at C3-5.
Sublaxations of lumbar vertebral motor unit at L1-L2.
No conclusive radiological evidence of recent gross pathology, luxation, or fracture.

2/19/04   **First Coast Medical Center**
Follow-up
Continuing physical therapy and medicine.
Continues to report numbness and tingling in lower left extremity, pain in lower right extremity has improved.
Impression: Cervical sprain/strain, Thoracic sprain/strain, Lumbar sprain/strain/exacerbation of prior injury, Right lower extremity pain-improved, Radicular symptoms in lower left extremity with weakness.

3/15/2004   **Richard J. Boehme, M.D.**
Impression: Lumbar radiculitus
Plan: MRI of Lumbar spine and NCV/EMG of lower left extremity.

4/27/2004   **First Coast Medical Center**
Follow-up
Bilateral parascapular muscle tightness and spasm with decreased range of motion. Bilateral lumbar spine paravertebral muscle tightness, tenderness,

|            |                                                                                                                                                                                                                                                                                                    |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | spasm, with decreased range of motion.<br>Impression: Cervical myofascial syndrome, thoracic myofascial syndrome, Lumbar myofascial syndrome, Exacerbation with worsening of prior lumbar injury, Right lower extremity pain-improved, Radicular symptoms of left lower extremity with weakness-improved. |
| 5/12/2004  | **First Coast Medical Center**<br>Follow-up<br>Impression: Same as 4/27/04, with exception that right lower extremity pain has been resolved.<br>Patient has reached Maximum Medical Improvement                                                                                                   |
| 5/17/2004  | **Northeast Florida Neurology Clinics- Richard Boehme, M.D.**<br>MRI<br>Central focal posterior disc protrusion at L4-5 and L5-S1 levels with mild stenosis at the L4-5 level.<br>Some compromise of the neuroforamina bilaterally at L4-5 level.<br>Appears to be an annular tear at L5-S1 level.  |
| 5/18/2004  | **Northeast Florida Neurology Clinic**<br>Neurological Testing<br>Conclusion: Abnormal EMG study of left lower extremity and lumbar paraspinals consistant with S-1 radiculopathy. HNP posterior at the L4-5 level with mild stenosis and some compromise of the neuroforaminal bilaterally at that level. |
| 6/14/2004  | **Northeast Florda Neurology Clinic**<br>Follow-up<br>Sensory slightly diminished along S-1 dermatone.Nerve root compression.                                                                                                                                                                       |
| 6/28/2004  | **Northeast Florida Neurology Clinic**<br>Follow-up<br>Lumbar pain radiating down left leg and weakness on left side. Decreased ankle reflex on left.                                                                                                                                               |
| 8/1/2004   | **Northeast Florida Neurology Clinc- Richard Boehme, M.D.**<br>Narrative report<br>S-1 Radiculopathy<br>Patient has reached Maximum Medical Improvement                                                                                                                                              |

>10% Whole Person Impairment Rating- DRE Lumbar Category III
>Patient will require future medical care in the amount of $4,000-$5,000 per year, referral to a neurosurgeon for evaluation and treatment at $40,000- 60,000.

6. <u>CONCLUSION</u>: Creditors claims were timely filed, and the supporting documentation produced through Creditor's answers to the Questionairre for Litigation Claimants sets forth his damages. Creditor was unable to file his lawsuit, and thus unable to plead a prima facie case of premises liability against Debtors, due to this Court's above-mentioned stay. Creditor should not be penalized for the legal inability to prove his claim against Debtor, and this Court should therefore deny Debtors Objections.

**WHEREFORE**, KEN BEAUDRIE, asks that the OMNIBUS OBJECTIONS to his claims be denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on Smith, Hulsey, and Busey, 225 Water St., Suite 1800, Jacksonville, FL 32202, via U.S. Mail and facsimile sent to (904) 359-7707 this 14th day of August, 2006.

**LAW OFFICES OF
RONALD J. DAVIS, II, P.A.**
4800 Beach Boulevard
Suite 5
Jacksonville, FL 32207
Tel: (904) 858-1844
Fax: (904) 858-1845
Attorneys for Creditor

By:_____
Ronald J. Davis, II
FBN: 0106569

MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED WITHIN 30 DAYS OF THE POSTMARK DATE ON THE ENVELOPE IN WHICH THIS QUESTIONNAIRE WAS MAILED TO YOU (THE "QUESTIONNAIRE DUE DATE"), THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043. A Questionnaire will not be deemed to have been timely returned unless it is received by the Questionnaire Due Date.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a) fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b) return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than the Questionnaire Due Date, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. EasternTime)*
*if you have any questions about this form*

WDX-415988-Q2-L1
BEAUDRIE, KEN
765 BELLSHIRE BLVD
ORANGE PARK  FL 32065

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) 01/14/71

2. Date of injury or claim: (MM/DD/YY) 01/25/03

3. What is the basis of your claim? FAILED TO CLEAN WATER OFF FLOOR.

4. What is the total amount of your claim? (Please estimate if necessary). GREATER THAN 15K

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain. SEE ATTACHED.

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. NONE TO MY KNOWLEDGE.

7. Are you pursuing this claim against any other party? Yes ☐  No ☑
   If so, against whom (list the name, the addresses and counsel for each party, if known)?

   (Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
   Yes ☑   No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. NO

WDX-415988-Q2-L1-BEAUDRIE, KEN

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)

    DISC HERNIATION. (LOWER BACK)  (SEE ATTACHED MEDICAL RECORDS!)

11. Where did the injury or damage occur?  8650 ARGYLE FOREST BLVD. 32244

    Please specify the location and address.

12. How did the injury or damage occur?  SLIPPED IN PUDDLE OF WATER.

13. Did you miss any work as a result of your injury or damage? If so, how many days?
    YES   APP: 20 DAYS

14. Give the name and address of your employer and your salary at the time of your injury or damage.
    JACE HOWARD WOOD FLOORING    $15.00 HR

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)
    NO

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).
    N/A   WOMAN WAS THERE, BUT COULD NOT FIND HER AFTER 10 MINUTES!

WDX-415988-Q2-L1-BEAUDRIE, KEN

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

17.  If applicable, are treatments still being given for the injury or damages? Yes ☑ No ☐
     (If yes, provide the name and address of the doctor that is currently treating you
     and the nature of the treatment.) DR. MORRIS / NORTHEAST FLORIDA
     NEUROLOGY CLINICS, INC.

18.  If applicable, please provide the following Physician Data:

     a.  Give the name and address of any physician, clinic or hospitals that has treated this injury.
         Include treatment dates. (Attach additional sheets if necessary)

         PLEASE SEE ATTACHED MEDICAL RECORDS.

     b.  Itemize all damages you claim, including any damages for emotional distress,
         loss of consortium or pain and suffering. EMOTIONAL STRESS,
         PAIN AND SUFFERING, LOSS OF WAGES OF
         $2400.00, MEDICAL BILLS.

     c.  Give the total amount of the medical bills you incurred as a result of your claim.
         UNKNOWN AT THIS TIME.

     d.  Attach medical and hospital records which relate to your claim.

     e.  Itemize any other expenses you incurred as a result of the incident for which you are making a
         claim. N/A

     f.  Give a list of medical expenses and amounts paid by your insurance company as a result of your
         injury. NONE

WDX-415988-Q2-L1-BEAUDRIE, KEN

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

DATE: 4-12-06

_K Beaudrie_
Claimant's Signature

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

**NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT**

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): Ronald J Davis, II

Address: 4800 Beach Boulevard Ste. 5

City/State/Zip: Jacksonville FL 32207

Relationship to Claimant: Attorney

Phone Number: 904-858-1844

Fax Number: 904-858-1845

Email Address: rdavis@rondavislaw.com

## PART D - RETURN OF QUESTIONNAIRE

IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY THE QUESTIONNAIRE DUE DATE, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

A Questionnaire will not be deemed to have been timely returned unless received by the Questionnaire Due Date at the following address:

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

WDX-415988-Q2-L1-BEAUDRIE, KEN

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)
if you have any questions about this form*

g. Give the name, address and policy number of your insurance company. _____
   N/A

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

   a. Itemize the damages you claim. PLEASE SEE ABOVE.

   b. Give the total amount of each item of damage. PLEASE SEE ABOVE.

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM?** (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.) _____

   $ 150,000

Please make corrections to your personal information below and include phone and email address information:

| | Corrections (if any) |
|---|---|
| WDX-415988-Q2-L1<br>BEAUDRIE, KEN<br>C/O RONALD J DAVIS II, PA<br>ATTN RONALD J DAVIS, ESQ<br>4800 BEACH BLVD, SUITE 5<br>JACKSONVILLE FL 32207 | Name: _____<br>Address: _____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

WDX-415988-Q2-L1-BEAUDRIE, KEN

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

Case 3:05-bk-03817-JAF    Doc 10629-1    Filed 08/29/06    Page 12 of 12