F I L E D

AUG 2

CLER:
MIDDL...

August 19, 2006

Mr. William H. Parker
Mrs. Geraldine D. Parker
1901 South Park Avenue
Sanford, Florida  32771
(407) 322-5232

Re:  Case # 05-03817-3F1
     Chapter 11, Winn-Dixie Stores, Inc.
     Correspondence dated August 9, 2006

The Honorable Jerry A. Funk
Judge of the Bankruptcy Court
United States Courthouse
300 North Hogan Street
Jacksonville, Florida  32202

Your Honor:

We do DEFINITELY OBJECT to the cancellation of the 532 shares of common stock that we own, having purchased these shares with full faith and trust in Winn-Dixie.

To satisfy our objection and to make a claim for our rights, we feel very strongly that we should at least be issued the new shares of like number, 532 shares, of Winn-Dixie common shares. This will enable us to at least have an interest in the company and the possibility of their being successful. This seems very fair and justice will be served based upon Winn-Dixie promises in the past.

We would sincerely appreciate our rights being protected and Winn-Dixie not being allowed to arbitrarily cancel our stock. It just does not seem ethical or correct.

A reply as to the intentions and objections will be most appreciated.  A copy of this letter is to be sent to the bankruptcy court.

Sincerely,

William H. Parker

Geraldine D. Parker