UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING MOTION FOR REHEARING OF RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

The Court finds that the Motion for Rehearing of Response to Debtors' Omnibus Objection to Unresolved Litigation Claims filed by Nicole S. Pacella on behalf of Dierdre Nelson, on August 29, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Rehearing of Response to Debtors' Omnibus Objection to Unresolved Litigation Claims filed by Nichole S. Pacella on behalf of Dierdre Nelson, on August 29, 2006 is stricken from the record.

**DATED August 29, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Nichole S. Pacella, 1141 Southeast 2nd Avenue, Fort Lauderdale, FL 33316