**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 05-03817-3F1 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

**GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) DUPLICATE LIABILITY CLAIMS, (E) UNLIQUIDATED CLAIMS AND (F) UNLIQUIDATED MISCLASSIFIED CLAIMS**

COMES NOW the Georgia Department of Revenue, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and responds to the Debtors' Seventeenth Omnibus Objection to Claims filed in the above case as follows:

The Debtors seek to have claim number 10990 filed by the Department against Dixie-Home Stores, Inc. allowed as a priority claim in the amount of $30.00. The Department does not oppose the allowance of the claim. In addition, the Debtors seek to have claim number 4435 filed by the Department against Table Supply Food Stores, Inc. allowed as a general unsecured claim in the amount of $23.95. The Department's claim is estimated for 2003 and 2004 corporate income taxes, interest, and penalties. Therefore, the Department's claim should allowed as a priority claim in the amount of $21.40 and a general unsecured claim in the amount of $2.55.

WHEREFORE, the Georgia Department of Revenue respectfully requests that its claim number 10990 be allowed as filed, that its claim number 4435 be allowed as

modified by this response and that it be granted such other and further relief as this Court deems just and proper.

This __30th__ day of August, 2006.

                                     Respectfully submitted,

                                     THURBERT E. BAKER       033887
                                     Attorney General

                                     DANIEL M. FORMBY       269350
                                     Deputy Attorney General

                                     /s/ John B. Ballard, Jr.
                                     JOHN B. BALLARD, JR.      035550
                                     Senior Assistant Attorney General

                                     /s/ Oscar B. Fears, III
                                     OSCAR B. FEARS, III        257020
                                     Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Oscar B. Fears, III
40 Capitol Square, SW
Atlanta, Georgia 30334
Ga. Bar No. 25020
Telephone: (404) 656-3303
Facsimile: (404) 657-3239
Counsel for the Georgia Department of Revenue

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the foregoing GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) DUPLICATE LIABILITY CLAIMS, (E) UNLIQUIDATED CLAIMS, AND (F) UNLIQUIDATED MISCLASSIFIED CLAIMS upon:

>D.J. Baker, Esq.
>Skadden, Arps, Slate, Meagher & Flom
>Four Times Square
>New York, New York 10036
>
>James H. Post, Esq.
>Smith Hulsey & Busey
>225 Water Street, Suite 1800
>Jacksonville, Florida 32202

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This  30th  day of August, 2006.

>/s/ Oscar B. Fears, III
>OSCAR B. FEARS, III
>Assistant Attorney General