UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                 Chapter 11
                    Debtors.             )        Jointly Administered

_____

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Bobby Broussard  (Claim No. 10476) [Docket No. 10576] was furnished by mail on August 29, 2006 to Bobby Broussard c/o Roderick Morris, Esq., 1102 Pennsylvania Street, New Roads, Louisiana 70760.

Dated:  August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER         SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*              By        *s/ James H. Post*
        D. J. Baker                        Stephen D. Busey
        Sally McDonald Henry               James H. Post (FBN 175460)
        Rosalie Gray                       Cynthia C. Jackson

Four Times Square                     225 Water Street, Suite 1800
New York, New York 10036              Jacksonville, Florida  32202
(212) 735-3000                        (904) 359-7700
(917) 777-2150 (facsimile)            (904) 359-7708 (facsimile)
djbaker@skadden.com                   jpost@smithhulsey.com

Co-Counsel for Debtors                Co-Counsel for Debtors
00520151.DOC