UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
              Debtors.                   )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Milagros Erazo  (Claim No. 10596) [Docket No. 10584] was furnished by mail on

August 29, 2006 to Milagros Erazo c/o Wayne Olivie, Esq., Post Office Box 332189,

Miami, Florida 33233.

Dated:  August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER              SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                     By      *s/ James H. Post*
      D. J. Baker                                  Stephen D. Busey
      Sally McDonald Henry                         James H. Post (FBN 175460)
      Rosalie Gray                                 Cynthia C. Jackson

Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)
djbaker@skadden.com                        jpost@smithhulsey.com

Co-Counsel for Debtors                     Co-Counsel for Debtors
00520151.DOC