UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,  ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors.   ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Denise Jordan (Claim No. 6936) [Docket No. 10031] was furnished by mail on August 29, 2006 to Denise Jordan c/o John W. Conness, Esq., 315 N.E. 3rd Avenue, Suite 201, Fort Lauderdale, Florida 33301 .

Dated:  August 30, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker* | By   *s/ James H. Post* |
|      D. J. Baker |      Stephen D. Busey |
|      Sally McDonald Henry |      James H. Post (FBN 175460) |
|      Rosalie Gray |      Cynthia C. Jackson |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC