UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                            Chapter 11
                    Debtors.                      )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Charlene Miller (Claim No. 7657) [Docket No. 10555] was furnished by mail on August 29, 2006 to Charlene Miller c/o George M. Bakalar, Esq., 2600 North Military Trail, Fountain Square I, Fourth Floor, Boca Raton, Florida 33431.

Dated: August 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Gray | By   *s/ James H. Post*<br>      Stephen D. Busey<br>      James H. Post (FBN 175460)<br>      Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC