UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
                       Debtors.                )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Blanca Reichard  (Claim Nos. 490 and 3352) [Docket No. 10126] was furnished by mail

on August 29, 2006 to Blanca Reichard, 10642 Inverson Street, Orlando, Florida 32825.

Dated:  August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By   _s/ D. J. Baker_                   By   _s/ James H. Post_
     D. J. Baker                             Stephen D. Busey
     Sally McDonald Henry                    James H. Post (FBN 175460)
     Rosalie Gray                            Cynthia C. Jackson

Four Times Square                      225 Water Street, Suite 1800
New York, New York 10036               Jacksonville, Florida  32202
(212) 735-3000                         (904) 359-7700
(917) 777-2150 (facsimile)             (904) 359-7708 (facsimile)
djbaker@skadden.com                    jpost@smithhulsey.com

Co-Counsel for Debtors                 Co-Counsel for Debtors
00520151.DOC