UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                     )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                   Chapter 11
            Debtors.                      )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sabrina Rodriguez  (Claim Nos. 7105 and 7106) [Docket No. 10566] was furnished by mail on August 29, 2006 to Sabrina Rodriguez c/o David L. Perkins, Esq., Hoffman, Larin & Agnetti, P.A., 909 North Miami Beach Blvd., Suite 201, Miami, Florida 33162.

Dated:  August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                By       *s/ James H. Post*
      D. J. Baker                             Stephen D. Busey
      Sally McDonald Henry                    James H. Post (FBN 175460)
      Rosalie Gray                            Cynthia C. Jackson

Four Times Square                    225 Water Street, Suite 1800
New York, New York 10036             Jacksonville, Florida  32202
(212) 735-3000                       (904) 359-7700
(917) 777-2150 (facsimile)           (904) 359-7708 (facsimile)
djbaker@skadden.com                  jpost@smithhulsey.com

Co-Counsel for Debtors               Co-Counsel for Debtors

00520151.DOC