Hearing Date: October 5, 2006 at 1:00 p.m.
Obj. Deadline: September 25, 2006 at 4:00 p.m.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## DEBTORS' NINETEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through D (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing the Disputed Claims.[2] In support of this Objection, the Debtors respectfully represent as follows:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

## BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,400 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

**RELIEF REQUESTED**

9.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and

3

507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing the Disputed

Claims.[3]

## BASIS FOR RELIEF

A.      No Liability Claims

10.      As a result of their review, the Debtors have identified 99 Disputed Claims

with respect to which the Books and Records reflect no amount due (the "No Liability Claims").

The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

11.      With respect to claim numbers 8414, 843 and 3218 filed by the Georgia Self

Insurers Guaranty Trust Fund, the North Carolina Self-Insurance Guaranty Association and the

Oklahoma Workers Compensation Court and Oklahoma Self-Insured Guaranty Fund,

respectively, the Debtors object to such claims on the grounds that they are contingent claims for

reimbursement of workers compensation benefits subject to disallowance under section

502(e)(1)(B) of the Bankruptcy Code.  No amounts are owed by the Debtors on these contingent

claims, as the Debtors have indicated in the Plan their intention to pay all valid workers

compensation claims determined to be valid, and they have been paying valid workers

compensation benefits in the ordinary course of business pursuant to the Final Order Granting

Authority to Continue Pre-Petition Insurance and Workers Compensation Programs and to Pay

Pre-Petition Premiums, Related Obligations, and Premium Financing Arrangements (Docket No.

432) (the "Insurance Programs Order").

12.      Section 502(e)(1)(B) of the Bankruptcy Code provides, in pertinent part:

(e)(1) Notwithstanding subsections (a), (b), and (c) of this section and paragraph
(2) of this subsection, the court shall disallow any claim for reimbursement or

---

[3]      With respect to the Workers Compensation Claims and Workers Compensation Misclassified Claims
identified on Exhibits C and D, such disallowance is contingent upon the confirmation and effectiveness of
the Plan.

contribution of an entity that is liable with the debtor on or has secured the claim, of a creditor, to the extent that --

*     *     *

> (B) such claim for reimbursement or contribution is contingent as of the time of allowance or disallowance of such claim for reimbursement or contribution; . . .

11 U.S.C. § 502(e)(1)(B). Congress's use of the term "shall" means that disallowance under section 502(e)(1)(B) is mandatory. Thus, if the debtor (or other objecting party) establishes the existence of the elements of section 502(e)(1)(B), then the court must disallow the objected-to claim. However, "[f]or disallowance under section 502(e)(1)(B), three criteria must be met: (1) the claim must be contingent; (2) the claim must be for reimbursement or contribution; and (3) the claimant must be co-liable with the debtor with respect to the claim." In re Pinnacle Brands, Inc., 259 B.R 46, 55 (Bankr. D. Del. 2001); see also, In re Drexel Burnham Lambert Group, Inc., 148 B.R. 982 (Bankr. S.D.N.Y. 1992); In re Wedtech, 87 B.R. 279, 283 (Bankr. S.D.N.Y. 1988) ("Wedtech II"); In re Provincetown-Boston Airlines, Inc., 72 B.R. 307, 309 (Bankr. M.D. Fla. 1987). Because the elements of section 502(e)(1)(B) are satisfied with respect to claim numbers 8414, 843 and 3218, such claims must be disallowed.

13.     The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims. Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed. In the absence of a Response (as defined in paragraph 28 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B.     No Liability Misclassified Claims

14.     As a result of their review, the Debtors have identified 9 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to

incorrectly assert secured or priority status (the "No Liability Misclassified Claims").  The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit B.

        15.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status.  The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code.  Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims.

        16.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit B to be disallowed.  In the absence of a Response (as defined in paragraph 28 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

C.      <u>Workers Compensation Claims</u>

        17.    As a result of their review, the Debtors have identified 225 Proofs of Claim filed by current and former employees asserting protective claims for amounts related to workers compensation claims (the "Workers Compensation Claims").  The Workers Compensation Claims are listed on Exhibit C.

        18.    Contingent upon the confirmation and effectiveness of the Plan, the Debtors seek to disallow the Workers Compensation Claims, without prejudice to payment of valid amounts under the Debtors' workers compensation programs and policies.  As required by the

laws of the states in which the Debtors operate (or have previously operated), the Debtors

maintain workers compensation policies and programs through a combination of insurance

carriers and self insurance.  The Debtors' Books and Records reflect that the Workers

Compensation Claims, if valid, have been paid by the Debtors or their insurance carriers, or to

the extent that any ongoing or unresolved liabilities exist with respect to the Workers

Compensation Claims, such amounts are being paid by the Debtors in the ordinary course of

business pursuant to the Insurance Programs Order or will be paid by the Debtors' insurance

carriers.

          19.    In addition, the Debtors have indicated in the Plan their intention to pay all

Workers Compensation Claims that are determined to be valid.  Section 4.2 of the Plan provides

in pertinent part that:

     (c)     Class 3: Workers Compensation Claims

> The Reorganized Debtors shall pay all Workers Compensation Claims that are
> determined to be valid under applicable state law and the corresponding programs
> maintained by the Debtors, in accordance with the terms and conditions of such
> state law and such programs.  Nothing in the Plan shall be deemed to discharge,
> release, or relieve the Debtors or the Reorganized Debtors from any current or
> future liability with respect to any valid Workers Compensation Claim, regardless
> of when the underlying injuries occurred.  All payments of Workers
> Compensation Claims made by the Debtors during the pendency of the Chapter
> 11 Case are hereby ratified.

Therefore, the Debtors seek to disallow the Workers' Compensation Claims, contingent upon the

confirmation and effectiveness of the Plan, without prejudice to payment of valid amounts under

the Debtors' workers compensation programs and policies.

          20.    The Debtors (a) object to the Workers Compensation Claims listed on

Exhibit C and (b) seek entry of the Proposed Order disallowing the Workers Compensation

Claims, contingent upon the confirmation and effectiveness of the Plan and without prejudice to

payment of valid amounts under the Debtors' Workers compensation programs and policies.

Claimants may elect, by not timely responding to this Objection, to permit the Workers

Compensation Claims listed on Exhibit C to be disallowed, contingent upon the confirmation and

effectiveness of the Plan.  In the absence of a Response (as defined in paragraph 28 below), the

Debtors will present to the Court the Proposed Order disallowing the Workers Compensation

Claims, contingent upon the confirmation and effectiveness of the Plan.

D.      Workers Compensation Misclassified Claims

21.    As a result of their review, the Debtors have identified 39 Disputed Claims

filed by current and former employees asserting protective claims for amounts related to workers

compensation claims that also appear to incorrectly assert secured or priority status (the

"Workers Compensation Misclassified Claims").  A list of the Workers Compensation

Misclassified Claims is attached as Exhibit D.

22.    The Debtors seek to disallow the Workers Compensation Misclassified

Claims for the reasons discussed in paragraphs 18-20 above, contingent upon the confirmation

and effectiveness of the Plan.  To the extent that the Workers Compensation Misclassified

Claims are not disallowed in their entirety, the Debtors also object to the Workers Compensation

Misclassified Claims on the basis of their assertion of secured or priority status.  The Workers

Compensation Misclassified Claims have not asserted any basis for entitlement to secured or

priority status under the Bankruptcy Code.  Therefore, to the extent they are not disallowed in

their entirety, the Workers Compensation Misclassified Claims should be reclassified as

unsecured non-priority claims.

23.    The Debtors (a) object to the Workers Compensation Misclassified Claims

listed on Exhibit D and (b) seek entry of the Proposed Order disallowing the Workers

Compensation Misclassified Claims, contingent upon the confirmation and effectiveness of the

Plan and without prejudice to payment of valid amounts under the Debtors' workers

8

compensation programs and policies. To the extent the Workers Compensation Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the Workers Compensation Misclassified Claims as unsecured non-priority claims. Claimants may elect, by not timely responding to this Objection, to permit the Workers Compensation Misclassified Claims listed on Exhibit D to be disallowed, contingent upon the confirmation and effectiveness of the Plan. In the absence of a Response (as defined in paragraph 28 below), the Debtors will present to the Court the Proposed Order disallowing the Workers Compensation Misclassified Claims, contingent upon the confirmation and effectiveness of the Plan.

## SEPARATE CONTESTED MATTERS

24.    Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

25.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors. In particular, if the Plan is not confirmed or does not become effective, the Disputed Claims may be subject to objection on the ground that they were filed against the incorrect Debtor. Therefore, subject to the final resolution of substantive consolidation issues, pursuant to the Plan, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Claim is filed against the Debtor believed to be liable for the amounts asserted in the Claims.

26.   The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

27.   Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **September 25, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline"). In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

28.   If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **October 5, 2006, at 1:00 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.

Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

29.      If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing the claim, without further notice to the claimant.

### NOTICE

30.      As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that, as a result of the Objection, their claims may be disallowed (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A through D. Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit E (a) disallowing the No Liability Claims, (b) disallowing the No Liability Misclassified Claims, (c) disallowing the Workers Compensation Claims, contingent upon the confirmation and effectiveness of the

Plan, and (d) disallowing the Workers Compensation Misclassified Claims, contingent upon the

confirmation and effectiveness of the Plan, and (iii) grant such other and further relief as is just

and proper.

Dated: August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    _s/ D. J. Baker_                   By    _s/ James H. Post_
        D. J. Baker                              Stephen D. Busey
        Sally McDonald Henry                     James H. Post
        Rosalie Walker Gray                      Cynthia C. Jackson,
        Jane M. Leamy                            Florida Bar Number 175460
Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(212) 735-2000 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Attorneys for Debtors                 Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under

the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing

Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability

Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation

Misclassified Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

13

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 243209<br>BEAUTY BEAT INC<br>ATTN WILLIAM MOSKOVITS, PRESIDENT<br>12222 SHERMAN WAY<br>NORTH HOLLYWOOD, CA 91605 | 3925<br>**Debtor:** WINN-DIXIE STORES, INC. | $3,427.20 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $10,019.71. ACCORDINGLY, CLAIMANT OWES DEBTOR $6,592.51. |
| **Creditor Id:** 269363<br>BEN TOBIN COMPANIES, LTD, THE<br>C/O SALOMON KANNER DAMIAN ET AL<br>ATTN VINCENT E. DAMIAN JR, ESQ<br>80 SOUTHWEST 8TH STREET, SUITE 2550<br>MIAMI, FL 33130 | 3902<br>**Debtor:** WINN-DIXIE STORES, INC. | $317,884.04 | NO LIABILITY. CLAIM ON GUARANTY OF LEASE OBLIGATION ON PREVIOUSLY-ASSIGNED LEASE TO BE DISALLOWED AS UNDERLYING LEASE WAS ALTERED WITHOUT DEBTOR'S KNOWLEDGE OR CONSENT. MATERIAL ALTERATION IN UNDERLYING OBLIGATION WITHOUT NOTICE TO GUARANTOR OPERATES AS RELEASE OF GUARANTY. |
| **Creditor Id:** 410895<br>BG TURFWAY, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10030<br>**Debtor:** WINN-DIXIE STORES, INC. | $21,840.99 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 411161<br>BG TURFWAY, LLC<br>C/O BENDERSON DEVELOPMENT CO, INC.<br>ATTN SUSAN M HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | 11229<br>**Debtor:** WINN-DIXIE STORES, INC. | $49,380.89 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 403527<br>BOB CAMPBELL PAINTING, INC<br>ATTN ROBERT L CAMPBELL, OWNER<br>370 NE 45 CT<br>FT LAUDERDALE FL 33334 | 1358<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,850.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR HAS NO RECORD OF THIS CLAIMANT OR ITS UNDERLYING CLAIM. ALSO, CLAIM IS NOT SIGNED. |
| **Creditor Id:** 410870<br>CARDINAL HEALTH<br>C/O PITNEY HARDIN, LLP<br>ATTN SCOTT A ZUBER, ESQ<br>PO BOX 1943<br>MORRISTOWN NJ 07932-1945 | 9964<br>**Debtor:** WINN-DIXIE STORES, INC. | $3,823,267.50 | NO LIABILITY PER CLAIMANT. CLAIMANT OWES DEBTOR MORE THAN THE ASSERTED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 2130<br>CHESTER DIX ALEXANDRIA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br>    Counsel: ATTN EDWIN W HELD JR, ESQ | 7708<br>Debtor: | $3,815,766.51<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS BY AGREEMENT WITH CLAIMANT. |
| Creditor Id: 2130<br>CHESTER DIX ALEXANDRIA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br>    Counsel: ATTN EDWIN W HELD JR, ESQ | 7709<br>Debtor: | $3,815,766.51<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS BY AGREEMENT WITH CLAIMANT. |
| Creditor Id: 2133<br>CHESTER DIX FLORENCE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br>    Counsel: ATTN EDWIN W HELD JR, ESQ | 12139<br>Debtor: | $4,552,469.10<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. SUBTENANT'S LEASE WITH LANDLORD IS ON SAME TERMS AS LEASE WITH DEBTOR.  ACCORDINGLY, CLAIMANT IS NOT DAMAGED BY BANKRUPTCY FILING. |
| Creditor Id: 2133<br>CHESTER DIX FLORENCE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br>    Counsel: ATTN EDWIN W HELD JR, ESQ | 12140<br>Debtor: | $4,552,469.10<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  SUBTENANT'S LEASE WITH LANDLORD IS ON SAME TERMS AS LEASE WITH DEBTOR. ACCORDINGLY, CLAIMANT IS NOT DAMAGED BY BANKRUPTCY FILING. |
| Creditor Id: 2137<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY  NY  11590<br>    Counsel: ATTN EDWIN W HELD JR, ESQ | 11901<br>Debtor: | $3,496,062.13<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. CLAIMANT ASSIGNED ITS RIGHTS TO, AND RELATED CLAIM WAS FILED BY, UNITED COMMERCIAL MORTGAGE CORP. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  416271**<br>CIRIGNANO FAMILY LP<br>ATTN ALBERT J CIRIGNANO<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE  NY  11709<br><br>Counsel: ATTN MATTHEW DOLLINGER, ESQ | 12252<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $30,054.78 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:  279201**<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY  MO  64108<br><br>Transferee: AMROC INVESTMENTS LLC | 4299<br>Debtor: **WINN-DIXIE STORES, INC.** | $152,953.36 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $3,507.48, ACCOUNTS PAYABLE CREDIT AND RECEIVABLE BALANCE OF $108,516.34 AND $42,273.29, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $59,507,75. ACCORDINGLY, CLAIMANT OWES DEBTOR $60,914.48. |
| **Creditor Id:  406281**<br>DEAN SPECIALTY FOODS GROUP, LLC<br>C/O DEAN FOOD COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS  TX | 3747<br>Debtor: **WINN-DIXIE STORES, INC.** | $118,609.52 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT CLAIMANT OWES DEBTOR $59,956.93 MORE THAN ASSERTED AMOUNT COMPRISED OF THE FOLLOWING:  NET CONSUMPTION WAIVER OF $2,582.01, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,796.12 AND $92,208.27, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $78,980.05. |
| **Creditor Id:  279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE  AZ  85260-1619<br><br>Counsel: ATTN PETER J RATHWELL, ESQ | 9618<br>Debtor: **WINN-DIXIE PROCUREMENT, INC.** | $147,530.78 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $314,211.25 AND $69,722.86, RESPECTIVELY (I.E., CREDIT BALANCE OF $236,403.33). ACCORDINGLY, WITH CLAIM NUMBER 9623 LISTED ON EXHIBIT B, CLAIMANT OWES DEBTOR $233,089.34. |
| **Creditor Id:  248989**<br>ENERGIZER BATTERY INC<br>ATTN KEVIN R CARTER SR CRDT MGR<br>23145 NETWORK PLACE<br>CHICAGO, IL  60673-1231 | 10358<br>Debtor: **WINN-DIXIE STORES, INC.** | $240,125.63 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $505.56 AND $315,241.39, RESPECTIVELY.  ACCORDINGLY, CLAIMANT OWES DEBTOR $75,621.32. |
| **Creditor Id:  249004**<br>ENGLISH VILLAGE, LLC<br>ATTN MIKE PETERS, OWNER/MGR<br>2906 NORTH STATE STREET, SUITE 201<br>JACKSON,  MS  39216<br><br>Counsel: ATTN STEPHEN W ROSENBLATT, ESQ | 10074<br>Debtor: **WINN-DIXIE STORES, INC.** | $41,327.91 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR SOLD STORE TO MAYWOOD FOODS, INC. ON AUGUST 13, 2005.  ALL AMOUNTS DUE WERE PAID AT CLOSING. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 249481<br>FERRERO USA INC<br>ATTN JOHN GIFFORD<br>600 COTTONTAIL LANE<br>SOMERSET NJ 08873 | 2103<br>**Debtor:** WINN-DIXIE STORES, INC. | $187,552.45 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $1,938.01, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $10,194.74 AND $45,970.69, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $52,448.96, AND DEDUCTIONS FOR SHORTAGES AND PRICE DIFFERENTIALS AGGREGATING $81,764.53. ACCORDINGLY, CLAIMANT OWES DEBTOR $4,764.48 |
| **Creditor Id:** 249568<br>FIRST QUALITY HYGIENIC INC<br>ATTN PHYLLIS I CLARK, CR SUPERVISOR<br>PO BOX 7777-W3880<br>PHILADELPHIA, PA 19175-3880 | 10672<br>**Debtor:** WINN-DIXIE STORES, INC. | $13,403.91 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $615.63, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $621.60 AND $1,298.22, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $19,700.16. ACCORDINGLY, CLAIMANT OWES DEBTOR $8,831.70. |
| **Creditor Id:** 374946<br>FLOWERS BAKING CO OF JACKSONVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 9724<br>**Debtor:** WINN-DIXIE STORES, INC. | $214.81 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 249869<br>FLOWERS BAKING CO OF THOMASVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 11164<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,759.49 | NO LIABILITY PER BOOKS AND RECORDS AND NO PROOF OF DELIVERY FOR LISTED INVOICES. |
| **Creditor Id:** 249856<br>FLOWERS BAKING CO OF VILLA RICA LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 11165<br>**Debtor:** WINN-DIXIE STORES, INC. | $658.72 | NO LIABILITY PER BOOKS AND RECORDS AND NO PROOF OF DELIVERY FOR LISTED INVOICES. |
| **Creditor Id:** 250522<br>GEORGIA SELF INS GUARANTY TRUST FD<br>PO BOX 7159<br>ATLANTA GA 30357-0159<br><br>Counsel: ATTN HERBERT C BROADFOOT II, ESQ | 8414<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E). DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 250562<br>GHIRARDELLI CHOCOLATE<br>ATTN L AUERBACH/T MOONEY<br>1111 139TH AVENUE<br>SAN LEANDRO CA 94578 | 5792<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $41,630.04 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $22,876.77 AND $29,235.26, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $10,481.99. |
| **Creditor Id:** 405927<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 13293<br>**Debtor:** WINN-DIXIE STORES, INC. | $9,755.66 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:** 382874<br>HARRISON, ANDREW DBA<br>EXPOSURE SALES & MARKETING<br>PO BOX 50312<br>EUGENE, OR 97405<br><br>Counsel: ATTN LOREN S SCOTT, ESQ | 7431<br>**Debtor:** CRACKIN' GOOD, INC. | $21,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. COMMISSION IS NOT OWED AS PRODUCT WAS NOT PAID FOR BY PURCHASER, NATURE'S PATH. |
| **Creditor Id:** 251563<br>HI TECH PLASTICS INC / CHEMCOM INC<br>ATTN BERNARD E DAHLIN, PRES<br>PO BOX 143<br>NICHOLS, WI 54152 | 1793<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $2,400.00 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT OF $12,000.00. ACCORDINGLY, CLAIMANT OWES DEBTOR $9,600.00. |
| **Creditor Id:** 399337<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 | 470<br>**Debtor:** WINN-DIXIE STORES, INC. | $195,417.68 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $707,384.90 AND $378,379.34, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $890,346.56. |
| **Creditor Id:** 278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $25,494.55 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,256.96 AND $34,004.26, RESPECTIVELY. ACCORDINGLY CLAIMANT OWES DEBTOR $10,766.67. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 253919<br>KEY DISTRIBUTORS INC<br>ATTN JOSEPH NICOSIA, CFO<br>DEPT 66794<br>EL MONTE, CA 91735-6794 | 10355<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,462.80 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $15,857.39. ACCORDINGLY, CLAIMANT OWES DEBTOR $11,394.59. |
| **Creditor Id:** 165897<br>LINTON, LLOYD L<br>1580 CALLAWAY LOOP<br>CONYERS GA 30012 | 5883<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 254941<br>LOGO CHAIR DBA LOGO INC<br>ATTN SHEA POPE, REGIONAL SALES MGR<br>1299 FARMVILLE ROAD<br>MEMPHIS, TN 38122<br><br>Transferee: ASM CAPITAL LP | 339<br>**Debtor:** WINN-DIXIE STORES, INC. | $7,772.00 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $7,140.00 AND $1,785.00, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $1,153.00. |
| **Creditor Id:** 393699<br>LONE STAR ANTIQUE MALL INC & RAESZ,<br>RICKY & RONNIE<br>ATTN RICKY C RAESZ, AS PRES & INDIV<br>2290 W HICKS ROAD, BLDG 7-1<br>FORT WORTH, TX 76131 | 2829<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $705,700.00 | NO LIABILITY. CLAIM FOR LOSS OF BUSINESS DUE TO ALLEGED FLOODING AT SUBLEASED PREMISES TO BE DISALLOWED. PER PARAGRAPH 11 OF SUBLEASE, PREMISES WERE LET "AS IS." MOREOVER, CLAIMANT FAILED TO NOTIFY DEBTOR OF ANY ALLEGED FLOODING PROBLEMS WHEN THEY ALLEGEDLY OCCURRED, FAILED TO PRODUCE ANY DOCUMENTATION OF ALLEGED DAMAGES DESPITE DISCOVERY REQUESTS, AND FAILED TO ASSERT CLAIM WITHIN APPLICABLE LIMITATIONS PERIOD AS PROVIDED UNDER TEXAS LAW. |
| **Creditor Id:** 384226<br>MARKWINS INTERNATIONAL<br>ATTN RUTH CHEUNG<br>22067 FERRERO PARKWAY<br>CITY OF INDUSTRY, CA 91789<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 2353<br>**Debtor:** WINN-DIXIE STORES, INC. | $92,345.08 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT OF $288.00 AND ACCOUNTS RECEIVABLE BALANCE OF $101,009.89. ACCORDINGLY, CLAIMANT OWES DEBTOR $8,952.81. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10840<br>**Debtor:** ASTOR PRODUCTS, INC. | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10841<br>**Debtor:** **DEEP SOUTH PRODUCTS, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10842<br>**Debtor:** **WINN-DIXIE LOGISTICS, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10843<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:** 382042<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031<br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10845<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $2,806,283.50 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,262.65 AND NO OTHER AMOUNTS DUE. REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:** 407784<br>METRO-GOLDWYN-MAYER HOME ENT<br>C/O GLICKFIELD, FIELDS & JACOBSON<br>ATTN LAWRENCE M JACOBSON, ESQ<br>9401 WILSHIRE BLVD, SUITE 525<br>BEVERLY HILLS CA 90212 | 5590<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $251,347.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND AGREEMENT OF CLAIMANT. DEBTOR'S BOOKS AND RECORDS REFLECT CLAIMANT OWES DEBTOR $226,960.96. |
| **Creditor Id:** 406013<br>NATIONAL DISTRIBUTING COMPANY, INC<br>C/O ALSTON & BIRD LLP<br>ATTN JASON H WATSON, ESQ<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309 | 2893<br>**Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | $511,046.20 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 406013<br>NATIONAL DISTRIBUTING COMPANY, INC<br>C/O ALSTON & BIRD LLP<br>ATTN JASON H WATSON, ESQ<br>1201 WEST PEACHTREE STREET<br>ATLANTA GA 30309 | 2895<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $511,046.20 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 257031<br>NAVAJO MANUFACTURING CO<br>ATTN GORDEN LEVY, CEO<br>5330 FOX STREET<br>DENVER, CO 80216-1630 | 10916<br>**Debtor:** WINN-DIXIE STORES, INC. | $234,352.57 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $57,821.65 AND $230,819.87, RESPECTIVELY, AND CHARGEBACKS OF $29,799.85 ON PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $84,088.80. |
| **Creditor Id:** 257072<br>NECCO<br>ATTN JOHN TETI, CORP ACCTG MGR<br>135 AMERICAN LEGION HWY<br>REVERE MA 02151-2405 | 11665<br>**Debtor:** WINN-DIXIE STORES, INC. | $59,843.15 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $11,763.85. IN ADDITION, CLAIMANT IS ATTEMPTING TO CHARGE BACK $51,401.39 ON PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $3,322.09. |
| **Creditor Id:** 257228<br>NEXT PROTEINS, INC<br>ATTN TEX PROWS, ESQ<br>PO BOX 2469<br>CARLSBAD, CA 92018 | 10268<br>**Debtor:** WINN-DIXIE STORES, INC. | $6,542.07 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $912.60 AND $24,995.22, RESPECTIVELY. ACCORDINGLY. CLAIMANT OWES DEBTOR $19,365.75. |
| **Creditor Id:** 257371<br>NORTH CAROLINA SELF INS GUAR ASSN<br>ATTN STEPHEN P GENNETT<br>PO BOX 12442<br>RALEIGH NC 27605<br><br>Counsel: ATTN CATHERINE R STUART | 843<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E). DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 257895<br>PACIFIC WORLD CORPORATION<br>ATTN JAY LIVINGSTON, CFO<br>25791 COMMERCENTRE DRIVE<br>LAKE FOREST CA 92630 | 9374<br>**Debtor:** WINN-DIXIE STORES, INC. | $243,171.68 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $612.80 AND $227,970.00, RESPECTIVELY, CHARGEBACKS OF $33,349.08 FOR PREVIOUSLY PAID AND DISPUTED INVOICES, AND POSTPETITION INVOICES AGGREGATING $127,977.32. ACCORDINGLY CLAIMANT OWES DEBTOR $146,737.52. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:**  262867<br>PARTS STORE, THE DBA EQUIPMENT SALE<br>ATTN CHESLEY PIERCE<br>PO BOX 7393<br>MOBILE, AL 36670 | 7548<br>**Debtor:**  WINN-DIXIE MONTGOMERY, INC. | $482.48 | NO LIABILITY.  CLAIMANT OWES DEBTOR $378.21 MORE THAN ASSERTED AMOUNT. |
| **Creditor Id:**  403486<br>PEPSI COLA BOTTLING CO OF CTRL VA<br>DBA VIRGINIA BEACH BEVERAGES<br>ATTN LORI PULLEN, CR MGR<br>PO BOX 9035<br>CHARLOTTESVILLE  VA  22906 | 1060<br>**Debtor:**  WINN-DIXIE STORES, INC. | $1,667.98 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT OF $955.56 AND $1,574.56 OF ASSERTED AMOUNT LACKS ADEQUATE SUPPORTING DOCUMENTATION.  ACCORDINGLY, CLAIMANT OWES DEBTOR $862.14. |
| **Creditor Id:**  258439<br>PHARMATON NATURAL HEALTH AKA<br>BOEHRINGER INGELHEIM CONSUMER<br>HEALTH CARE PRODUCTS, INC<br>ATTN FRANK HARKIAS<br>900 RIDGEBURY ROAD<br>RIDGEFIELD  CT  06877 | 10425<br>**Debtor:**  WINN-DIXIE STORES, INC. | $27,993.92 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $34,768.84.  ADDITIONALLY, CLAIMANT IS ATTEMPTING TO CHARGE BACK $13,715.96 ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ACCORDINGLY, CLAIMANT OWES DEBTOR $20,490.88 MORE THE ASSERTED AMOUNT. |
| **Creditor Id:**  258440<br>PHARMAVITE, LLC<br>ATTN TAMARA CRANE, CREDIT MGR<br>8510 BALBOA BLVD<br>NORTHRIDGE  CA  91325 | 11396<br>**Debtor:**  WINN-DIXIE STORES, INC. | $9,224.76 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $23,728.60 AND PAYMENT OF POSTPETITION INVOICES AGGREGATING $1,198.62 ON 3/25/05 BY CHECK NUMBER 8010545 IN THE AMOUNT OF $1,174.64 (PAYMENT REFLECTED A 2% CASH DISCOUNT OF $23.98).  ACCORDINGLY, CLAIMANT OWES DEBTOR $15,702.46. |
| **Creditor Id:**  279263<br>PINNACLE FOODS CORP<br>ATTN C STAUB/W O'MALLEY<br>SIX EXECUTIVE CAMPUS<br>CHERRY HILL  NJ  08002 | 7821<br>**Debtor:**  WINN-DIXIE STORES, INC. | $1,049,327.13 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $808,766.12 AND $492,505.85, RESPECTIVELY.  ACCORDINGLY, CLAIMANT OWES DEBTOR $251,944.84. |
| **Creditor Id:**  259115<br>QUIGLEY CORPORATION<br>PO BOX 1349<br>DOYLESTOWN,  PA  18901<br><br>Counsel: ATTN JOHN N SCHAEFFER III, ESQ | 2646<br>**Debtor:**  WINN-DIXIE STORES, INC. | $58,975.03 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $83,842.26 AND CHARGEBACKS OF $41,083.03 FOR PREVIOUSLY PAID AND DISPUTED INVOICES.  ACCORDINGLY, CLAIMANT OWES DEBTOR $65,950.26. |
| **Creditor Id:**  260371<br>SAMY CO<br>ATTN LAWRENCE HADDAWAY, ACCTG MGR<br>8815 NW 33RD STREET, SUITE 100<br>DORAL  FL  33172 | 1963<br>**Debtor:**  WINN-DIXIE STORES, INC. | $8,847.70 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF -$26,262.18 AND $42,115.00, RESPECTIVELY.  ACCORDINGLY, CLAIMANT OWES DEBTOR $15,852.82. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 381761<br>SCOTT-GROSS CO INC<br>C/O FRANCINE CLAIR LANDAU ESQ<br>664 MAGNOLIA AVE<br>LEXINGTON  KY  40505 | 131<br>**Debtor:** WINN-DIXIE STORES, INC. | $11,009.90 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION (ISSUE WAS IN LITIGATION PRE-BANKRUPTCY).  DEBTOR HAS NO RECORD OF RECEIVING GASES FROM CLAIMANT.  IN FACT, DEBTOR'S RECORDS SHOW IT STOPPED DOING BUSINESS WITH CLAIMANT APPROXIMATELY NINE MONTHS BEFORE FIRST DISPUTED INVOICE WAS ISSUED.  ALSO, IN CONNECTION WITH LITIGATION, DEBTOR SENT CLAIMANT DISCOVERY REQUEST THAT WAS NEVER ANSWERED. |
| **Creditor Id:** 406094<br>STATE OF OKLAHOMA WORKERS COMP<br>COURT & INDIVIDUAL SELF INSURED<br>GUARANTY FUND<br>ATTN VIRGINIA GORESEN/MARCIA DAVIS<br>1915 NORTH STILES AVENUE<br>OKLAHOMA CITY  OK  73105-4918<br><br>  Counsel: ATTN: W A DREW EDMONDSON, ESQ | 3218<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E).  DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432).  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 262266<br>SUPERMARKET EQUIPMENT RESALE INC<br>PO BOX 328<br>RUTLEDGE  GA  30663-0328<br><br>  Counsel: ATTN WESLEY J BOYER, ESQ | 10330<br>**Debtor:** WINN-DIXIE STORES, INC. | $172,305.63 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $243,281.30.  ACCORDINGLY, CLAIMANT OWES DEBTOR $70,975.67. |
| **Creditor Id:** 262906<br>TOPPS CO INC, THE<br>BOX 4050 CHURCH ST STATION<br>NEW YORK,  NY  10261-4050 | 10485<br>**Debtor:** WINN-DIXIE STORES, INC. | $32,416.32 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,227.68 AND $29,048.63, RESPECTIVELY.  IN ADDITION, AS AGREED TO BY CLAIMANT, $4,866.72 OF ASSERTED AMOUNT COVERS GOODS RECEIVED POSTPETITION LISTED ON PREPETITION INVOICE NUMBERS 05960240, 05960477, 05960478, AND 05960480.  ACCORDINGLY, CLAIMANT OWES DEBTOR $3,726.71. |
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY  NY  11568<br><br>  Counsel: ATTN DIANA M THIMMIG, ESQ | 12141<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $4,552,469.10 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY.  SUBTENANT OBTAINED DIRECT LEASE WITH LANDLORD ON SAME TERMS AS LEASE WITH DEBTOR.  ACCORDINGLY, CLAIMANT IS NOT DAMAGED BY BANKRUPTCY FILING. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>  Counsel: ATTN ANDREW TENZER, ESQ | 9112<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>  Counsel: ATTN ANDREW TENZER, ESQ | 9113<br>**Debtor:**  ASTOR PRODUCTS, INC. | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>  Counsel: ATTN ANDREW TENZER, ESQ | 9114<br>**Debtor:**  CRACKIN' GOOD, INC. | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>  Counsel: ATTN ANDREW TENZER, ESQ | 9115<br>**Debtor:**  DEEP SOUTH PRODUCTS, INC. | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>  Counsel: ATTN ANDREW TENZER, ESQ | 9116<br>**Debtor:**  DIXIE PACKERS, INC. | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>Counsel: ATTN ANDREW TENZER, ESQ | 9117<br>**Debtor:** | $0.00<br>**ECONOMY WHOLESALE<br>DISTRIBUTORS, INC.** | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>Counsel: ATTN ANDREW TENZER, ESQ | 9118<br>**Debtor:** | $0.00<br>**WINN-DIXIE LOGISTICS, INC.** | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>Counsel: ATTN ANDREW TENZER, ESQ | 9119<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>Counsel: ATTN ANDREW TENZER, ESQ | 9120<br>**Debtor:** | $0.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE  NC  28288<br><br>Counsel: ATTN ANDREW TENZER, ESQ | 9121<br>**Debtor:** | $0.00<br>**WINN-DIXIE RALEIGH, INC.** | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 278050<br>WACHOVIA BANK NA, ADMIN AGT<br>ATTN DOUG BOOTH, DIRECTOR<br>ONE WACHOVIA BANK CENTER<br>301 SOUTH COLLEGE STREET, DC-5<br>CHARLOTTE NC 28288<br><br>Counsel: ATTN ANDREW TENZER, ESQ | 9122<br>**Debtor:** **WINN-DIXIE PROCUREMENT, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8259<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8260<br>**Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8261<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8262<br>**Debtor:** **WINN-DIXIE PROCUREMENT, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8263<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8264<br>**Debtor:** **WINN-DIXIE LOGISTICS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

WINN-DIXIE STORES, INC., ET AL.

NINETEENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:**  410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8265<br>**Debtor:**   **WINN-DIXIE HANDYMAN, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:**  410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8266<br>**Debtor:**   **WD BRAND PRESTIGE STEAKS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:**  410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8267<br>**Debtor:**   **SUPERIOR FOOD COMPANY** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:**  410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8268<br>**Debtor:**   **SUNDOWN SALES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:**  410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8269<br>**Debtor:**   **SUNBELT PRODUCTS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:**  410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8270<br>**Debtor:**   **KWIK CHEK SUPERMARKETS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:**  410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8271<br>**Debtor:**   **FOODWAY STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

WINN-DIXIE STORES, INC., ET AL.

NINETEENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8272<br>**Debtor:** **ECONOMY WHOLESALE<br>DISTRIBUTORS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8273<br>**Debtor:** **DIXIE SPIRITS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8274<br>**Debtor:** **DIXIE PACKERS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8275<br>**Debtor:** **DIXIE-HOME STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8276<br>**Debtor:** **DIXIE DARLING BAKERS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8277<br>**Debtor:** **DEEP SOUTH PRODUCTS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE  FL  33301 | 8278<br>**Debtor:** **DEEP SOUTH DISTRIBUTORS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501).  DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8279<br>**Debtor:** **CRACKIN' GOOD, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8280<br>**Debtor:** **ASTOR PRODUCTS, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8281<br>**Debtor:** **TABLE SUPPLY FOOD STORES CO., INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 410369<br>WACHOVIA BANK, NA, AGENT<br>ATTN GARY DIXON, DIRECTOR<br>110 EAST BROWARD BLVD, SUITE 2050<br>FORT LAUDERDALE FL 33301 | 8282<br>**Debtor:** **DIXIE STORES, INC.** | $0.00 | NO CURRENT LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND PER PROVISIONS OF 3/23/05 FINAL POSTPETITION FINANCING ORDER (DOCKET NO. 501). DISALLOWANCE OF CLAIM IS CONTINGENT UPON THE CONFIRMATION AND EFFECTIVENESS OF THE PLAN. |
| **Creditor Id:** 264723<br>WHITE RAIN<br>ATTN RONALD J LINDE, CONTROLLER<br>DEPT 1934<br>135 SOUTH LASALLE<br>CHICAGO, IL 60674-1934 | 6066<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $36,793.64 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS RECEIVABLE BALANCE OF $31,775.61 AND PAYMENTS OF $647.51 ON 3/11/05 BY CHECK NUMBER 008004873 FOR INVOICE NUMBER 88178, $706.48 ON 3/11/05 BY CHECK NUMBER 008004873 FOR INVOICE NUMBER 88180, AND $1,386.12 ON 3/14/05 BY CHECK NUMBER 008005208 FOR INVOICE 88140. THE GOODS LISTED IN THOSE INVOICES WERE ALL RECEIVED POSTPETITION. IN ADDITION, CLAIMANT IS ATTEMPTING TO CHARGE BACK $13,157.48 ON ACCOUNT OF PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $10,879.56 MORE THAN ASSERTED AMOUNT. |
| **Creditor Id:** 264937<br>WINDSOR STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 12952<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $47,007.04 | NO LIABILITY ON GUARANTY. STORE WAS SOLD AND ALL AMOUNTS DUE WERE PAID AT OR IN CONNECTION WITH CLOSING. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 264937<br>WINDSOR STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 12953<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $47,007.04 | NO LIABILITY. STORE WAS SOLD AND ALL AMOUNTS DUE WERE PAID AT OR IN CONNECTION WITH CLOSING. |
| **Creditor Id:** 452127<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>C/O OFFICES OF JOEL SHAFFERMAN, LLC<br>ATTN JOEL SHAFFERMAN, ESQ<br>80 WALL STREET, SUITE 910<br>NEW YORK NY 10005 | 13243<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED ON GUARANTY. |
| **Creditor Id:** 452127<br>WOODLAND HARTFORD ASSOCIATES, LLC<br>C/O OFFICES OF JOEL SHAFFERMAN, LLC<br>ATTN JOEL SHAFFERMAN, ESQ<br>80 WALL STREET, SUITE 910<br>NEW YORK NY 10005 | 13244<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Total Claims to be Disallowed:** | 99 | | |
| **Total Amount to be Disallowed:** | $48,398,647.24 | **Plus Unliquidated Amounts, If Any** | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 403197<br>ALLEN CANNING COMPANY<br>C/O WRIGHT LINDSEY & JENNINGS LLP<br>ATTN JAMES J GLOVER , ESQ<br>200 WEST CAPITOL AVE, STE 2300<br>LITTLE ROCK  AR  72201 | 7865<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $29,464.17 | Administrative | Unsecured Non-Priority | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $883.93, ACCOUNTS RECEIVABLE BALANCE OF $3,179.99, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $27,417.01.  ACCORDINGLY, CLAIMANT OWES DEBTOR $2,016.76.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 279223<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE  AZ  85260-1619<br><br>Counsel: ATTN PETER J RATHWELL, ESQ | 9623<br><br>**Asserted Debtor:**  WINN-DIXIE PROCUREMENT, INC. | $331,398.83 | Priority | Unsecured Non-Priority | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $9,941.96, ACCOUNTS PAYABLE CREDIT OF $375.36, RECLAMATION PAYMENTS IN PROCESS TOTALING $317,767.52, AND AMOUNT DUE DEBTOR ON CLAIM NUMBER 9618, LISTED ON EXHIBIT A, OF $236,403.33. ACCORDINGLY, WITH CLAIM NUMBER 9618, CLAIMANT OWES DEBTOR $233,089.34.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 256218<br>DUNLAP, MICHAEL D<br>11121 SEVILLA COURT<br>CHARLOTTE  NC  28226 | 2354<br><br>**Asserted Debtor:**  WINN-DIXIE LOGISTICS, INC. | $2,452.08 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT USED VACATION TIME AND UNUSED SICK TIME IS NOT COMPENSABLE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 382018<br>GORTON'S, INC<br>DIANE J AMERO, CREDIT MGR<br>128 ROGERS ST<br>GLOUCHESTER  MA  01930<br><br>Counsel: ATTN JASON J DEJONKER, ESQ | 6667<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $313,668.16 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY.  IN ACCORDANCE WITH DEBTOR'S BOOKS AND RECORDS, CLAIMANT OWES DEBTOR $57,556.57 MORE THAN THE ASSERTED AMOUNT COMPRISED OF THE FOLLOWING: ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $78,004.27 AND $291,499.20, RESPECTIVELY, AND NET CONSUMPTION WAIVER OF $1,721.26.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 254788<br>INGRAM, LINDA & CALVIN<br>3804 AMMONS STREET<br>ANNISTON  AL  36201-1436 | 3569<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $1,249.08 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY.  CLAIM WAS SETTLED FOR $249.98 AND PAID BY CHECK NUMBER 007235271 (WHICH CLEARED 6/9/04).  CHECK IS ENDORSED AGREEING TO RELEASE DEBTOR FROM ANY FUTURE CLAIMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 382056<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT  IL  61032 | 7310<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $42,798.14 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $857.05 AND $79,220.92, RESPECTIVELY, AND REMOVAL OF $427.11 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES.  ACCORDINGLY, CLAIMANT OWES DEBTOR $37,706.94.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 63091**<br>ROBERTS, BOBBY G<br>1037 BARROW BAY RD<br>CLAXTON GA 30417 | 2784<br><br>Asserted Debtor: | $2,970.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242<br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9757<br><br>Asserted Debtor: | $2,068,040.60<br><br>WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | Unsecured Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $54,258.24, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,163,426.56 AND $95,748.80, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,684.297.99. ACCORDINGLY, CLAIMANT OWES DEBTOR $929,690.99. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 399449**<br>SIMMONS ALLIED PET FOOD CO, INC<br>ATTN WILLIAM B SMITH<br>PO BOX 430<br>SILOAM SPRINGS AR 72761<br>Counsel: ATTN ANDREW R TURNER, ESQ | 655<br><br>Asserted Debtor: | $5,616.00<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT CLAIMANT OWES DEBTOR $174.36 COMPRISED OF THE FOLLOWING: NET CONSUMPTION WAIVER OF $168.48, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $847.68 AND $230.52, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $4,543.68. ALSO, MISCLASSIFIED CLAIM. |

**Total Claims to be Disallowed & Recl:** 9

**Total Amount to be Disallowed & Recl:** $2,797,657.06    Plus Unliquidated Amounts, If Any

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 82735<br>ABUHAI, SENDEKU M<br>PO BOX 45123<br>TAMPA FL 33677-0301 | 11483<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 403559<br>ALBERINO, VERONICA<br>108 SE 10TH STREET, APT 102J<br>DEERFIELD BEACH FL 33441<br><br>Counsel: ATTN SHEILA GOLDBERG, ESQ | 1538<br>**Debtor:** WINN-DIXIE STORES, INC. | $291,060.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 269595<br>AUSTIN, CHRISTY<br>C/O ANDERSON & HOWELL, PA<br>ATTN ROBERT H ELLIS, ESQ<br>2029 N THIRD STREET<br>JACKSONVILLE BEACH FL 32250 | 4882<br>**Debtor:** WINN-DIXIE STORES, INC. | $25,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389782<br>BAMFORD, JACQUELINE E<br>155 N. ORANGE ST<br>STARKE FL 32091 | 11421<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391597<br>BANKSTON, MARY ANN<br>C/O JOHN E KARDOS, PC<br>ATTN JOHN E KARDOS, ESQ<br>ONE HUNTINGTON ROAD, STE 202<br>ATHENS GA 30606 | 9429<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391385<br>BARKENQUAST, JOHN<br>C/O SUTTER LAW FIRM<br>ATTN BRIAN O SUTTER, ESQ.<br>822 TAMIAMI TRAIL, SUITE 2<br>PORT CHARLOTTE FL 33953 | 11574<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 7658<br>BEACH, OMEGA D<br>622 NORTHCREST DR<br>CHARLOTTE NC 28206 | 10781<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,277.97 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 390008<br>BEARDEN, VIRGINIA<br>4805 WASILLA WAY<br>POWDER SPRINGS GA 30127<br><br>Counsel: 3017 PIEDMONT RD NE, STE 100 | 11351<br>**Debtor:** WINN-DIXIE STORES, INC. | $125,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  7836**<br>BECK, CRYSTAL T<br>8619 BELLE MEADOW BLVD<br>PENSACOLA  FL  32514-0595<br><br>  Counsel: ATTN J DONOVAN WHIBBS, ESQ | 2540<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  391686**<br>BELL, PAULA<br>C/O DIETRICK EVANS SCHOLZ ET AL<br>ATTN WILLIAM EVANS, ESQ<br>3490 PIEDMONT ROAD NE, SUITE 1200<br>ATLANTA  GA  30305 | 2129<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  392731**<br>BENJAMIN, MARIE<br>C/O FINDLER & FINDLER<br>ATTN LISSA JOLIVERT-DORSEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH  FL  33409 | 2241<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  93082**<br>BERGERON, KIMBERLY G<br>319 CYPRESS VILLAGE<br>HOUMA  LA  70360 | 3051<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393522<br>BETANCOURT, LUIS<br>PO BOX 263171<br>TAMPA  FL  33685-3171<br><br>  Counsel: ATTN KELLY B NUNEZ, ESQ | 2577<br>**Debtor:**  WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388641<br>BISHOP, TIFFANY<br>C/O VALERIE BISHOP<br>824 G STREET<br>HARTSVILLE  SC  29550<br><br>  Counsel: ATTN GERALD MALLOY | 10491<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 399766<br>BOHRES, RANDALL W<br>10436 LAGO LOUISA COURT<br>CLERMONT  FL  34711 | 1123<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 399766<br>BOHRES, RANDALL W<br>10436 LAGO LOUISA COURT<br>CLERMONT  FL  34711 | 1199<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 399802<br>BOHRES, RANDALL W<br>10436 LOGA LOISA COURT<br>CLERMONT FL 34711 | 1124<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388146<br>BONVILLAIN, MARY<br>17541 JB EVERETT ROAD<br>LIVINGSTON LA 70754<br><br>    Counsel: ATTN ELLIOTT J REDMOND, ESQ | 8126<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $35,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391664<br>BOTELLO, LAURIE<br>C/O WILTON STONE, ESQ<br>PO BOX 729<br>VALDOSTA GA 31603 | 6891<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $589,923.19 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391527<br>BRASFIELD, DAISY<br>C/O FRANK M CAUTHEN, JR, PC<br>ATTN FRANK M CAUTHEN JR, ESQ<br>601 GREENSBORO AVENUE, STE 700<br>TUSCALOOSA AL 35401 | 9481<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $180,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 387047<br>BROWN, CHERYL<br>5664 LAKE DRIVE, APT A3<br>CALLAWAY FL 32404 | 5951<br>**Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 12699<br>BURCH, MARIA C<br>5681 E DENFIELD RD, APT 1210<br>JACKSONVILLE FL 32277 | 4067<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 404285<br>BVI DBA PRIMED<br>ATTN STEPHANIE PRESTAGER, CBO MGR<br>PO BOX 240695<br>MONTGOMERY AL 36124-0695 | 4572<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $2,452.74 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387497<br>CALLAHAN, GWENDOLYN<br>117 RIDGEVIEW<br>HURT VA 24563 | 5230<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392035<br>CAMP, WATSON<br>C/O OLSON, SMITH, JORDAN & COX, PA<br>ATTN W GRADY JORDAN, ESQ<br>PO BOX 1207<br>EASLEY SC 29641 | 10739<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392413<br>CANDELL, YUNAIKI<br>C/O LAW OFFICES OF JOSE FRANCISCO<br>ATTN ROBERTO RAMIREZ, ESQ<br>5040 NW 7TH STREET, SUITE 900<br>MIAMI FL 33126 | 1816<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $5,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392014<br>CARACCIOLA, MARY<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN JR, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 | 3164<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $153,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 400224<br>CARACCIOLO, RENEE<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 | 3244<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE**
**DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393357<br>CARLE-TIDWELL, SANDY<br>C/O HARRIS & GRAVES, PA<br>ATTN STEVEN D HAYMOND, ESQ<br>PO BOX 11566<br>1518 RICHLAND STREET<br>COLUMBIA  SC  29211 | 1836<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 105012<br>CARRANZA, LUIS E<br>9812 CEDAR CIRCLE DRIVE, APT 201<br>CHARLOTTE  NC  28210<br><br>Counsel: ATTN JUSTICE H CAMPBELL, ESQ | 2967<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388609<br>CARTER, AUDIERY<br>PO BOX 1362<br>MARS HILL  NC  28754<br><br>Counsel: ATTN TIMOTHY L FINGER, ESQ | 9506<br>**Debtor:** WINN-DIXIE STORES, INC. | $780,646.22 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393353<br>CARVER, RENEE<br>C/O WOHN & MCKINLEY PA<br>ATTN ROBERT A WOHN ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA  FL  32923-1450 | 3245<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 388589<br>CASTILLO, SYLVIA<br>9841 SAN LEA<br>DALLAS TX 75228 | 5840<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391356<br>CAVES, MACKY<br>C/O DOUGLAS W MITCHELL III, ESQ<br>423 EAST WARD STREET<br>P O BOX 1274 (31534)<br>DOUGLAS GA 31533 | 11419<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391690<br>CEBALLOS, TAMARA<br>C/O MASNIKOFF & STERNBERG, PA<br>ATTN LYLE MASNIKOFF, ESQ<br>560 VILLAGE BLVD, SUITE 345<br>WEST PALM BEACH FL 33409 | 6356<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 107061<br>CHANEY, RHONDA K<br>6729 ROBERTS AVE<br>BALTIMORE MD 21222 | 7855<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392372<br>CHAPMAN, QUIDA L<br>C/O BROBSTON & BROBSTON, PC<br>ATTN E L BROBSTON, ESQ<br>304 NORTH 18TH STREET<br>BESSEMER AL 35020 | 2615<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392707<br>CLEATON, NATHAN<br>C/O MOSKOWITZ & CARRAWAY, PC<br>ATTN LARA GARDNER ZELSKI, ESQ<br>8097 ROSWELL ROAD, STE 200<br>PO BOX 501417<br>ATLANTA GA 31150 | 11473<br>**Debtor:** WINN-DIXIE STORES, INC. | $20,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 109130<br>CLEMENTS, SUEANN D<br>4902 MONROE HWY, LOT C<br>PINEVILLE LA 71360<br><br>  Counsel: ATTN PHILIP G HUNTER, ESQ | 7078<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391364<br>COFFING, JOHN R<br>C/O LANCASTER & EURE, PA<br>ATTN P PYSCZYNSKI/A LANCASTER, ESQS<br>711 N WASHINGTON BLVD<br>PO DRAWER 4257<br>SARASOTA FL 34230 | 11992<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386242<br>COLE, LAWRENCE<br>241 DARTMOUTH AVENUE<br>SPRING HILL FL 34606 | 4818<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386220<br>COLLINS, CHARLENE<br>2340 10TH COURT SOUTH, APT A-6<br>BHAM AL 35205<br><br>Counsel: ATTN FERRIS S RITCHEY, III ESQ | 7500<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410828<br>COMMUNITY CHIROPRACTOR CENTER<br>ATTN STACY FITZGERALD, OFFICE MGR<br>601 E 6TH STREET<br>PANAMA CITY FL 32401 | 9851<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,705.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393152<br>CONNER, JOHN<br>C/O JODI BRENNER GINSBERG, ESQ<br>PO BOX 88868<br>ATLANTA GA 30356 | 11017<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391513<br>COOK, BELINDA<br>C/O BYRD & WISER<br>ATTN MATTHEW G MESTAYER, ESQ<br>PO BOX 1939<br>BILOXI MS 39533 | 1865<br>**Debtor:** WINN-DIXIE STORES, INC. | $158,013.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 112476<br>COTTIER, CAROL P<br>23337 OSCAR STREET<br>MANDEVILLE LA 70448 | 11526<br>**Debtor:** WINN-DIXIE STORES, INC. | $40,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391677<br>CRABTREE, KENNY<br>C/O MORGAN COLLING & GILBERT<br>ATTN HENRY MOWRY, ESQ<br>815 S MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | 4124<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 19862<br>DAVADI, ELISA A<br>C/O FRIEDMAN, RODMAN & FRANK, PA<br>ATTN RONALD RODMAN, ESQ<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 | 9810<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410563<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | 8908<br>**Debtor:** WINN-DIXIE STORES, INC. | $587,875.45 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393525<br>DAVIS, CYNTHIA D KIRBY<br>C/O LECLAIR RYAN FLIPPIN DENSMORE<br>ATTN RICHARD D SCOTT, ESQ<br>1800 WACHOVIA TOWER, DRAWER 1200<br>ROANOKE VA 24006 | 8463<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $120,725.22 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391569<br>DAVIS, EDWARD<br>C/O FRANK M CAUTHEN, JR, PC<br>ATTN FRANK M CAUTHEN, JR, ESQ<br>601 GREENSBORO AVENUE, STE 1-A<br>TUSCALOOSA AL 35401 | 9480<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393362<br>DAVIS, THELMA<br>C/O SARTAIN, MCKAY & CROWELL, LLP<br>ATTN RAYMOND CROWELL, ESQ<br>915 INTERSTATE RIDGE DR, STE A<br>GAINESVILLE GA 30501 | 10723<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386216<br>DEAL, RONALD<br>412 KELLY LANE<br>MILL SPRING NC 28756 | 6060<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393376<br>DERRYBERRY, DELORSE<br>C/O HARRISS & HARTMAN LAW FIRM PC<br>ATTN BRENT JAMES, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | 10444<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $101,080.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 119714<br>DINET, ERNEST<br>4346 MELIS<br>PORT CHARLOTTE  FL 33952<br>　Counsel: ATTN BRIAN O SUTTER, ESQ. | 11573<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410524<br>DUBOUR, JOHN<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD  FL 33020 | 8485<br>**Debtor:** WINN-DIXIE STORES, INC. | $200,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386293<br>DURAND, LINDA<br>3320 MILWAUKEE AVENUE<br>W MELBOURNE  FL  32904<br><br>   Counsel: 2200 S BABCOCK STREET | 3754<br>**Debtor:**  WINN-DIXIE SUPERMARKETS, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 23356<br>DWIGHT, MARY E<br>556 RIGGS ST<br>ORANGEBURG  SC  29115 | 10794<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391354<br>DYALS, JOSEPH<br>C/O CAGLIANONE, MILLER & ANTHONY<br>ATTN BRIAN J ANTHONY, ESQ<br>816 W DR MARTIN LUTHER KING JR BLVD<br>TAMPA  FL  33603 | 6300<br>**Debtor:**  WINN-DIXIE STORES, INC. | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393389<br>EDSON, MARGARET<br>C/O BURNETTI, PA<br>ATTN RAYMOND F AYRES, II ESQ<br>211 SOUTH FLORIDA AVE<br>LAKELAND  FL  33801-4621 | 4823<br>**Debtor:**  WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:**  386347<br>ELLIOTT, CLARISSA<br>119 SIOUX AVENUE<br>INTERLACHEN  FL  32148 | 6348<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:**  386278<br>ERMEL, CARLA<br>PO BOX 86<br>CEDAR KEY  FL  32625 | 5571<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:**  392072<br>ESKRIDGE, GORDON<br>C/O MASNIKOFF & STERNBERG, PA<br>ATTN LYLE MASNIKOFF, ESQ<br>560 VILLAGE BLVD, SUITE 345<br>WEST PALM BCH  FL  33409 | 6357<br>**Debtor:**  WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:**  391615<br>EVANS, DONNA<br>C/O AVERA & AVERA, PA<br>ATTN LYNNE SHIGO, ESQ<br>PO BOX 2519<br>GAINESVILLE  FL  32602 | 3578<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 387554<br>EVANS, TAMIKA<br>2055 HOLMES DRIVE<br>MOBILE AL 36605 | 3016<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $22,215.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392096<br>EXILUS, MARIE<br>C/O BRUCE A GLOTZER, PA<br>ATTN MICHAEL GOLDSTEIN, ESQ<br>5295 TOWN CENTER RD, STE 201<br>BOCA RATON FL 33486-1080 | 5867<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392393<br>FAIRCHILD, MICHAEL<br>C/O YOUNCE HOPPER VTIPIL & BRADFORD<br>ATTN JANE BEST OR D VTIPIL, ESQS<br>3701 LAKE BOONE TRL STE 300<br>RALEIGH NC 27607-3061 | 2251<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392420<br>FLETCHER, PATRICIA<br>C/O CHAMBERS & RICE<br>ATTN CHARLES B RICE, ESQ<br>PO BOX 536<br>HOMERVILLE GA 31634 | 9390<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 389985<br>FRANCISCO, JIM<br>285-A MAIN BLVD<br>BOYNTON BEACH FL 33435 | 4334<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 408241<br>FREEMAN, JENNIFER<br>633 PIEDMONT RD<br>BARNESVILLE GA 30204 | 6743<br>**Debtor:** WINN-DIXIE STORES, INC. | $157.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393367<br>FRITTS, ELIZABETH<br>C/O GEORGE & WALLACH, LLP<br>ATTN A WALLACH OR E FRITTS, ESQS<br>637 MAIN STREET<br>PO BOX 488<br>FOREST PARK GA 30298-0488 | 2810<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392081<br>FUDGE, WILLIE<br>C/O PAUL F HARTSFIELD, JR, ESQ<br>4913 NORTH MONROE STREET<br>TALLAHASSEE FL 32303 | 11464<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 391506<br>GADDIS, ROWENA<br>C/O WILL PARKER, ESQ<br>911 26TH AVENUE<br>PO BOX 5733<br>MERIDIAN MS 39302-5733 | 7492<br>Debtor: WINN-DIXIE STORES, INC. | $200,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 386587<br>GASSMAN, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 | 1662<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 393651<br>GAUTHREAUX, TAMARA<br>C/O MAGER A VARNADO<br>ATTN MAGER A VARNADO, ESQ<br>P.O. BOX 1807<br>GULFPORT MS 39502 | 1838<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 392652<br>GIACCONE, BILL<br>C/O FRANK A BRUNO, ESQ<br>807 HOWARD AVENUE<br>NEW ORLEANS LA 70113 | 1903<br>Debtor: WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 405941<br>GIORDANO, RICHARD<br>C/O DAVID M BENENFELD, PA<br>ATTN DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL  FL  33313 | 5813<br>**Debtor:**  WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391549<br>GLAGOLA, EMMA<br>C/O MURPHY & CLAY<br>ATTN JACK E CLAY, ESQ<br>8337 OFFICE PARK DRIVE<br>PO BOX 1323<br>DOUGLASVILLE  GA  30133 | 2511<br>**Debtor:**  WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391994<br>GOAD, CHARLOTTE A<br>C/O HARRIS AND RIVIERE<br>ATTN LESLIE C RIVIERE, ESQ<br>OLD HYDE PARK<br>304 SOUTH FIELDING AVENUE<br>TAMPA  FL  33606-2225 | 1246<br>**Debtor:**  WINN-DIXIE STORES, INC. | $40,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389492<br>GONZALEZ, BONIFACIA<br>6178 SHERWOOD LANE N WAY, APT 14<br>WEST PALM BEACH  FL  33415<br><br>Counsel: ATTN DAVID M BENENBELD, ESQ | 5812<br>**Debtor:**  WINN-DIXIE STORES, INC. | $140,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392658<br>GONZALEZ, BRIGITTE<br>C/O CARL CARRILLO, PA<br>ATTN CARL CARRILLO, ESQ<br>106 NW 2ND AVENUE<br>GAINESVILLE FL 32601 | 3664<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392658<br>GONZALEZ, BRIGITTE<br>C/O CARL CARRILLO, PA<br>ATTN CARL CARRILLO, ESQ<br>106 NW 2ND AVENUE<br>GAINESVILLE FL 32601 | 3665<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392142<br>GONZALEZ, PABLO<br>C/O DAVID SNYDER LAW OFFICES<br>ATTN DAVID SNYDER, ESQ<br>2340 S DIXIE HIGHWAY<br>MIAMI FL 33133 | 1101<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 135189<br>GONZALEZ, WESLEY<br>2444 BECK CIRCLE<br>DELTONA FL 32738<br><br>Counsel: ATTN DARREN COLEMAN, ESQ. | 9861<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 136582<br>GRAY, STEVE F<br>29 PICKETT STREET<br>MONTGOMERY AL 36110 | 6695<br>**Debtor:** WINN-DIXIE STORES, INC. | $4,535.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 400521<br>HALL, JOEY<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA ST<br>MOBILE AL 36607 | 6806<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393668<br>HAMRICK, JESSIE MAE<br>C/O BYRD & WISER<br>ATTN MATHEW MESTAYER, ESQ<br>PO BOX 1939<br>BIXOLI MS 39533 | 1868<br>**Debtor:** WINN-DIXIE STORES, INC. | $158,013.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391492<br>HARGETT, ETHELRENE<br>900 HABERSHAM ROAD<br>VALDOSTA GA 31602<br><br>  Counsel: ATTN DETRIA CARTER POWELL, ESQ | 5324<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392682<br>HARRISON, STEPHEN<br>C/O CHAPPELL, SMITH & ARDEN, PA<br>ATTN WILLIAM L SMITH II, ESQ<br>PO BOX 12330<br>COLUMBIA SC 29211 | 2991<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $200,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 33361<br>HARRISON, VANESSA D<br>1202 RIDGEWOOD AVENUE, APT 252<br>HOLLY HILL FL 32117<br><br>Counsel: ATTN JONATHAN I ROTSTEIN, ESQ | 2294<br>**Debtor:** WINN-DIXIE STORES, INC. | $200,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387478<br>HEISHMAN, REBECCA<br>2000 BRENT PLACE<br>PALM HARBOR FL 34683<br><br>Counsel: ATTN FRANK JOHNSON, ESQ | 3363<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387750<br>HENDERSON, WILLIAM<br>14899 AGUILA AVENUE<br>FORT PIERCE FL 34951 | 8013<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 389994<br>HENDRIX, CHRIS<br>3738 STONEBRIDGE DRIVE<br>WEATHERFOD TX 76085 | 11566<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 388622<br>HERRERA, MARIA<br>C/O LAW OFFICE OF RAUL DE LA HERIA<br>ATTN RAUL DE LA HERIA, ESQ<br>770 NW 35TH AVENUE<br>MIAMI FL 33125 | 2912<br>Debtor: WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 392375<br>HESTER, PATRICIA<br>C/O WILL PARKER, ESQ<br>PO BOX 5733<br>MERIDIAN MS 39302-5733 | 7455<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 393508<br>HINCHMAN, DEBRA<br>C/O DANIEL BECNEL, III, LAW OFFICE<br>ATTN DANIEL BECNEL, III, ESQ<br>425 W AIRLINE HWY, SUITE B<br>LAPLACE LA 70068 | 10644<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393370<br>HODGES, KENNETH<br>C/O LAW OFFICES OF MELINDA KATZ<br>ATTN MELINDA KATZ, ESQ<br>210 SOUTH BROAD STREET<br>THOMASVILLE GA 31792 | 3551<br>**Debtor:** WINN-DIXIE STORES, INC. | $125,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386815<br>HORTON, STACY<br>6200 JUMPING GULLY ROAD<br>VALDOSTA GA 31601<br><br>  Counsel: ATTN KARK WALKE, ESQ | 10692<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389705<br>HOUK, REGINA<br>2702 EAST LAMAR ALEXANDER PARK<br>MARYVILLE TN 37804 | 7952<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392043<br>HUFF, TERESA<br>YOUNCE, HOPPER, VTIPIL & BRADFORD<br>ATTN ROBERT C YOUNCE, JR, ESQ<br>3701 LAKE BOONE TRL STE 300<br>RALEIGH NC 27607-3061 | 3613<br>**Debtor:** WINN-DIXIE STORES, INC. | $405,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 399797<br>HUGHES, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 | 229<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392019<br>HUTSON, KENNETH<br>C/O BARRS WILLIAMSON STOLBERG ET AL<br>ATTN MELISSA S WIEGNER, ESQ<br>2503 WEST SWANN AVENUE<br>TAMPA FL 33609-4017 | 7017<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 37470<br>HUXEN, JAMES R<br>6880 JEFFERSON HWY<br>HARAHAN LA 70123 | 2212<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388149<br>ISLAM, SHEIKH<br>2505 SPRING HARBOR CIR APT 8<br>MOUNT DORA FL 32757-1906<br><br>Counsel: ATTN RONALD H WATSON, ESQ | 11088<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 400276<br>JETSON, JAMES<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6807<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391688<br>JIMENEZ, BETHANN<br>C/O BACON LAW FIRM<br>ATTN GARY A BACON, ESQ<br>100 MARINERS DRIVE, SUITE C<br>KINGSLAND GA 31548 | 3642<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386711<br>JOHNS, JUDY<br>736 LOUELLA STREET<br>NEW SMYRNA BEACH FL 32168 | 9258<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386744<br>JOHNSON, SHEILA<br>254 EDNA MOORE ROAD<br>EASTMAN GA 31023 | 4909<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  387462**<br>JOHNSON, SYLVIA<br>180 S BAGGETT CIRCLE<br>BREWTON  AL  36426 | 6932<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  391478**<br>JONES, CATHERINE<br>C/O JOHNSON & ASSOCIATES LAW OFFICE<br>ATTN GRETA R JOHNSON, ESQ<br>PO BOX 9162<br>JACKSON  MS  39286 | 1991<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  391582**<br>KEEBLER, FREDERICK<br>C/O LANCASTER & EURE, PA<br>ATTN ALEX LANCASTER, ESQ.<br>PO DRAWER 4257<br>SARASOTA  FL  34230 | 11990<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  391408**<br>KING, LARRY E<br>PO BOX 1201<br>DAVIDSON  NC  28036<br><br>  Counsel: ATTN WILLIAM D ACTON, ESQ | 6113<br>**Debtor:  WINN-DIXIE RALEIGH, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392364<br>KING, MARTHA A<br>C/O JEFFREY HELMS, PA<br>ATTN JEFFREY HELMS, ESQ<br>PO BOX 537<br>HOMERVILLE GA 31634 | 6873<br>**Debtor:** **CRACKIN' GOOD, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392361<br>KING, PHILIP J<br>C/O DAN HIGHTOWER, PA<br>ATTN DANIEL HIGHTOWER, ESQ<br>7 E SILVER SPRINGS BLVD #300<br>PO BOX 700<br>OCALA FL 34478-0700 | 2329<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391643<br>KRISTOFF, PAM<br>C/O CHAMBERS & RICE<br>ATTN THOMAS CHAMBERS,III, ESQ<br>PO BOX 536<br>HOMERVILLE GA 31634 | 9391<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $125,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 390424<br>KROGMAN, DONALD W<br>5 OCEAN AVENUE<br>BARNEGAT NJ 08005 | 5966<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE**
**DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 43292<br>LAMINACK, LEWIS J<br>493 WALKER RD<br>FITZGERALD GA 31750 | 4350<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $10,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392033<br>LANCE, FRANCES<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRISS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | 6699<br>**Debtor:** WINN-DIXIE STORES, INC. | $126,724.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410523<br>LAW, TRAVIS<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 | 8483<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391683<br>LEWIS, BARBARA<br>C/O LAW OFFICES OF DAVID SACKS<br>ATTN DAVID SACKS, ESQ<br>1824 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | 1772<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392091<br>LITTLE, WILLIE<br>C/O BRYAN S BLACKWELL, PC<br>ATTN BRYAN S BLACKWELL, ESQ<br>279 WEST MAIN STREET, SUITE 5<br>DOTHAN  AL  36301 | 1153<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392416<br>LONG, DOTTIE<br>C/O WHIBBS & WHIBBS, PA<br>ATTN J DONOVAN WHIBBS, ESQ<br>105 EAST GREGORY SQUARE<br>PENSACOLA  FL  32502 | 2431<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392416<br>LONG, DOTTIE<br>C/O WHIBBS & WHIBBS, PA<br>ATTN J DONOVAN WHIBBS, ESQ<br>105 EAST GREGORY SQUARE<br>PENSACOLA  FL  32502 | 2432<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389422<br>LOPEZ, AZZIE<br>3551 CARTERHILL ROAD, APT F207<br>MONTGOMERY  AL  36111 | 4384<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $1,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE**
**DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  400096**<br>LOREDO, REGULO<br>5831 SW 9TH, APT 5A<br>MIAMI  FL  33144 | 1922<br>Debtor:  **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  387486**<br>LUNDY, SANDRA<br>810 NE HIGHWAY 41<br>WILLISTON  FL  32696 | 2150<br>Debtor:  **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  393146**<br>MALDONADO, WALDEMAR<br>C/O TONY C FRANCIS, PA<br>ATTN TONY FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO  FL  32877-1243 | 7569<br>Debtor:  **WINN-DIXIE STORES, INC.** | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  386862**<br>MARCOS, ZULMA<br>2779 10TH AVE N, APT 108<br>PALM SPRINGS  FL  33461 | 2230<br>Debtor:  **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391592<br>MARS, ETTA M<br>C/O JOHN P MONEYHAM, PA<br>ATTN JOHN P MONEYHAM, ESQ<br>600 JENKS AVENUE<br>PO BOX 31<br>PANAMA CITY  FL  32402 | 4324<br>**Debtor:**  WINN-DIXIE STORES, INC. | $400,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392042<br>MARSHALL, JEANETTE<br>C/O HENDRICK & RHODES<br>ATTN ANNETTE RHODES<br>PO BOX 956<br>FUQUAY-VARINA  NC  27526<br><br>   Counsel: ATTN RICHARD D SPARKMAN, ESQ. | 6824<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 394083<br>MASON, ANGELA J<br>C/O DANIEL L HIGHTOWER, PA<br>7 EAST SILVER SPRINGS BLVD<br>OCALA  FL  34470 | 1732<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386271<br>MAULDIN, DELORES<br>6799 NE 55TH AVENUE<br>HIGH SPRINGS  FL  32643<br><br>   Counsel: ATTN BARRY D GRAVES, ESQ | 6140<br>**Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 392048<br>MCLAREN, WILLIAM<br>C/O LANCASTER & EURE, PA<br>ATTN ALEX LANCASTER, ESQ<br>PO DRAWER 4257<br>SARASOTA FL 34230 | 11991<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 50054<br>MCMICKENS, RONALD F<br>5120 HILLSIDE DR<br>FAIRFIELD AL 35064 | 9457<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 400278<br>MCNEIL, FREDDIE<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6802<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 175756<br>MCREYNOLDS, WILLIAM A<br>5064 COUNTY ROAD, APT 9<br>VERNON AL 35592 | 4701<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $3,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 176694<br>MERCER, LARRY R<br>PO BOX 671<br>COTTONWOOD AL 36320 | 8119<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391579<br>MISHLER, BRENDA<br>C/O RARDON RODRIGUEZ & ASSOCS, PA<br>ATTN ROSE TAPIA, ESQ<br>3918 N HIGHKAND AVE<br>TAMPA FL 33602 | 5958<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 52207<br>MONROE, RUFUS L<br>342 SE 10TH ST<br>WILLISTON FL 32696-2826 | 2688<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393138<br>MORRISON, PATRICIA<br>C/O SMITH HANNAN & PARKER, PC<br>ATTN JAMES R SMITH, JR, ESQ<br>PO BOX 5408<br>VALDOSTA GA 31603-5408 | 9513<br>**Debtor:** **CRACKIN' GOOD, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE**
**DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392034<br>MORTIMER, EDMUND<br>C/O MALCA & JACOBS, PA<br>ATTN JEFFREY I JACOBS, ESQ<br>5975 SUNSET DRIVE, SUITE 801<br>SOUTH MIAMI FL 33143 | 3818<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387768<br>MUCCIARONE, LINDA<br>1096 ORCHARD DRIVE<br>FORT MILL SC 29715 | 3847<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410712<br>MYLES, CHARLES<br>C/O STEVENS & WARD, PA<br>ATTN RODERICK D WARD III, ESQ<br>1855 LAKELAND DRIVE, SUITE P-121<br>JACKSON MS 39216 | 9530<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410712<br>MYLES, CHARLES<br>C/O STEVENS & WARD, PA<br>ATTN RODERICK D WARD III, ESQ<br>1855 LAKELAND DRIVE, SUITE P-121<br>JACKSON MS 39216 | 9531<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 393531<br>NESBIT, WENDY<br>C/O SALLEY LAW FIRM<br>ATTN WILLIAM B SALLEY JR ESQ<br>PO BOX 925<br>LEXINGTON SC 29071 | 10579<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 184544<br>NICKAS, MARY R<br>C/O PARKER LAW FIRM, LLC<br>ATTN BRENT L PARKER, ESQ<br>PO BOX 265<br>GRANT AL 35747 | 10758<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 393391<br>NONORME, BLOUSSEY<br>C/O TONY C FRANCIS, PA<br>ATTN TONY FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO FL 32877-1243 | 7566<br>Debtor: WINN-DIXIE STORES, INC. | $10,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 389997<br>NORTON, MALCOLM<br>PO BOX 190<br>COLEMAN FL 33521 | 6843<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 393118<br>NORTON, SHEENA<br>C/O BUZZELL, GRAHAM AND WELSH<br>ATTN STEPHEN M WELSH, ESQ<br>563 WALNUT STREET<br>PO BOX 1017<br>MACON GA 31202-1017 | 10401<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 392399<br>OATES, THEO<br>C/O AVERA & AVERA<br>ATTN LANCE AVERA, ESQ<br>PO BOX 2519<br>GAINESVILLE FL 32602-2519 | 4790<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 400280<br>OLIVER, CURTIS<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6803<br>Debtor: WINN-DIXIE STORES, INC. | $180,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 392433<br>PACHECO, ADOLFO<br>C/O SIRKIN & CUELLO<br>ATTN ALEX CUELLO, ESQ<br>8603 SOUTH DIXIE HIGHWAY, SUITE 412<br>MIAMI FL 33143 | 1815<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410775<br>PARISH, TERRI<br>C/O AKERS & BOBO PLLC<br>ATTN JAMES A BOBO ESQ<br>PO BOX 280<br>BRANDON MS 39043 | 10958<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391570<br>PASSALACQUA, RITA<br>C/O VASSALLO & BILOTTA, PA<br>ATTN JOSHUA VOLPE, ESQ<br>1630 SOUTH CONGRESS AVE<br>PALM SPRINGS FL 33461 | 10741<br>**Debtor:** WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 190982<br>PERKINS, ELNORA M<br>2416 FOREST OAKS LANE, APT 114<br>ARLINGTON TX 76006 | 5671<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 388320<br>PERRY, LORENCE<br>619 RENEE ST<br>ALEXANDRIA LA 71302<br><br>  Counsel: ATTN BARRY BARNETT, ESQ | 9498<br>**Debtor:** WINN-DIXIE STORES, INC. | $124,412.88 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 388585<br>PHELPS, KELLY MILLER<br>15816 REDINGTON DRIVE<br>REDINGTON BEACH FL 33708 | 9983<br>**Debtor:** | $0.00<br>WINN-DIXIE SUPERMARKETS, INC. | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389971<br>PHELPS, ROBERT C<br>PO BOX 278<br>CHIEFLAND FL 32644 | 3152<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392693<br>PRATT, TIMOTHY<br>2050 CASS STREET<br>SARASOTA FL 34231 | 4222<br>**Debtor:** | $1,000,000.00<br>WINN-DIXIE STORES, INC. | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 197709<br>REED, ELBERT<br>3710 NE 12TH ST<br>GAINESVILLE FL 32609 | 9270<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE**
**DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 389709<br>RESNIKOFF, JEANNI<br>1119 FAIRLAND AVENUE<br>PANAMA CITY  FL  32401 | 7553<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 199163<br>RICHARD, GWENDOLYN E<br>2970 ROSSELLE ST<br>JACKSONVILLE  FL  32205<br><br>  Counsel: ATTN JOHN CORRISS, ESQ | 5334<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393515<br>RIGGINS, CAROL L<br>C/O  THOMAS & LAWRENCE, PA<br>ATTN GREGORY A LAWRENCE, ESQ<br>300 W ADAMS STREET, STE 400<br>JACKSONVILLE  FL  32202 | 4494<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391637<br>RIVERS, WILLIE MAE<br>C/O PAUL C BARTLEY, LLC<br>ATTN PAUL C BARTLEY, ESQ<br>608 S HULL STREET<br>MONTGOMERY  AL  36104 | 9797<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 390198<br>ROBERTS, IRMA<br>5013 SILVER OAK DRIVE<br>FT. PIERCE FL 34982 | 11453<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393090<br>ROBERTS, MARILYN<br>C/O WALTON & GREEN, LLC<br>ATTN RANDY WALTON, ESQ<br>953 DAUPHIN STREET<br>PO BOX 470<br>MOBILE AL 36601 | 2735<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 400277<br>ROCKER, DAVID<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6804<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 389768<br>RODENBURG, LILLIAN<br>7406 HOLIDAY DR.<br>SPRING HILL FL 34606<br><br>Counsel: ATTN MICHAEL T KEOUGH, ESQ | 5898<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392051<br>RODRIGUEZ, RAFAEL<br>C/O ALEX CUELLO, ESQ<br>8603 S DIXIE HIGHWAY<br>MIAMI FL 33143 | 1822<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392657<br>RUSSELL, DAVID<br>C/O MAYNARD & HARRIS<br>ATTN C DOUGLAS MAYNARD JR, ESQ<br>514 S STRATFORD ROAD, SUITE 321<br>WINSTON SALEM NC 27103 | 3801<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 65090<br>RUSSELL, LEONARD<br>3703 MONROE ST<br>NEW ORLEANS LA 70119 | 7496<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,218.89 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392379<br>RUSSELL, RICHARD<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN J ROTSTEIN OR M SHIFFMAN, ESQS<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH FL 32118 | 2694<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392099<br>SANCHEZ, ROCIO JULAIO<br>C/O DAVID M BENENFELD, PA<br>ATTN DAVID M BENEFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL  FL  33313 | 5789<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,750.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391561<br>SANTIAGO, CARLOS<br>C/O FINDLER & FINDLER, PA<br>ATTN LISSA JOLIVERT-FORSEY, ESQ<br>3 HARVARD CIRCLE, SUITE 100<br>WEST PALM BEACH  FL  33409 | 2242<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 207138<br>SCHIERBAUM, HELEN A<br>329 LAURENO PL<br>PANAMA CITY BEACH  FL  32413<br>  Counsel: ATTN J ROD CAMERON, ESQ | 1362<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391483<br>SCOTT, CHARLOTTE<br>C/O PELHAM & ANDREWS<br>ATTN RANDY PELHAM, ESQ<br>1982 CAPITAL CIRCLE, NE<br>TALLAHASSEE  FL  32308 | 1251<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $8,875.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392676<br>SCOTT, GERALD<br>C/O FRANK M EIDSON, PA<br>ATTN FRANK M EIDSON, ESQ<br>PO BOX 4908<br>ORLANDO FL 32802-4908 | 3668<br>**Debtor:** WINN-DIXIE STORES, INC. | $436,057.83 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 410894<br>SHARFMAN, MARC I.  MD<br>1936 LEE ROAD, SUITE 137<br>WINTER PARK FL 32789 | 10034<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,035.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386662<br>SHEARER, KAREN<br>657 HARVEY DALE DRIVE<br>FAYETTEVILLE NC 28301 | 4321<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 210615<br>SILBERNAGEL, TAMMY L<br>316 EVELYN DRIVE<br>LULING LA 70070<br><br>Counsel: ATTN VIJAY VENKATARAMAN, ESQ. | 11539<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 387456<br>SIMS, DORIS J<br>281 FAYE POTTS ROAD<br>CLARKESVILLE GA 30523 | 6681<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 68473<br>SIMS, JOSEPHINE<br>469 HEMLOCK AVE<br>ROCK HILL  SC  29730 | 9373<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392067<br>SMARTT, ROHLANDA<br>C/O ROTSTEIN & SHIFFMAN, LLP<br>ATTN MICHAEL A SHIFFMAN, ESQ<br>309 OAKRIDGE BLVD, SUITE B<br>DAYTONA BEACH  FL  32118 | 2692<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393400<br>SMILEY, WANDA<br>C/O BERNSTEIN & MARYANOFF<br>ATTN JACOB MALDONADO, ESQ<br>15055 SW 122ND AVENUE<br>MIAMI  FL  33186 | 1691<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 393100<br>SMITH, JACQUELYN<br>C/O PATTERSON HARKAVY, LLP<br>ATTN VALERIE JOHNSON, ESQ<br>BOX 27927<br>RALEIGH NC 27611 | 11457<br>**Debtor:** WINN-DIXIE STORES, INC. | $20,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391552<br>SMITH, MARTINO R<br>C/O DON H BUMGARDNER<br>PO BOX 1375<br>GASTONIA NC 28053-1375 | 10377<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,019,250.96 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 69821<br>SMITH, WILLIE<br>2121 COUNCIL ST<br>MONTGOMERY AL 36108<br>  Counsel: ATTN STEVEN P FLOYD, ESQ | 5310<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 390027<br>SOILEAU, PAULA<br>420 COTTON STREET<br>EUNICE LA 70535<br>  Counsel: ATTN I JACKSON BURSON JR, ESQ | 1692<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 70392<br>SPENCER, VICKIE J<br>651 NE 139TH TERR<br>WILLISTON FL 32696 | 9357<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392095<br>STENGELE, JOE<br>134 ANDERSON STREET<br>CARTHAGE NC 28327<br><br>Counsel: ATTN SUSAN E RHODES, ESQ | 2872<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391545<br>STOKES, CHRISTOPHER<br>C/O JOSEPH M MAUS, PA<br>ATTN JOSEPH M MAUS, ESQ<br>750 EAST SAMPLE ROAD, SUITE 2-102<br>POMPANO BEACH FL 33064 | 2421<br>**Debtor:** WINN-DIXIE STORES, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393108<br>STRICKLAND, SANDRA D<br>C/O LAW OFFICES OF BURNETTE, PA<br>ATTN M J LOPEZ/ R R AYRES, II, ESQS<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801 | 4528<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 391576<br>SWAFFORD, DORIS<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRIS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE  GA  30741 | 6701<br>**Debtor:** WINN-DIXIE STORES, INC. | $70,417.80 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391576<br>SWAFFORD, DORIS<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRIS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE  GA  30741 | 6833<br>**Debtor:** WINN-DIXIE STORES, INC. | $69,818.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392797<br>TAYLOR, DALE<br>C/O ANDERSON & HOWELL<br>ATTN ROBERT H ELLIS, ESQ<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BCH  FL  32250 | 4761<br>**Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392656<br>TAYLOR, WILLIAM<br>C/O BLOOM & KINEEAR<br>ATTN WILLIAM J KINNEAR III, ESQ<br>2486 SW 27TH TERRACE<br>MIAMI  FL  33133 | 10449<br>**Debtor:** WINN-DIXIE STORES, INC. | $171,905.40 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 386343<br>TEAL, JUDY<br>23778 PETURIS ROAD<br>LOXLEY  AL  36551 | 7948<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 382936<br>THIRD PARTY SOLNS GA, CAROLIN<br>ATTN LINDA TUEDE, MGR<br>PO BOX 17124<br>MEMPHIS, TN  38187-0124 | 10801<br>**Debtor:** **KWIK CHEK SUPERMARKETS, INC.** | $237.82 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 382936<br>THIRD PARTY SOLNS GA, CAROLIN<br>ATTN LINDA TUEDE, MGR<br>PO BOX 17124<br>MEMPHIS, TN  38187-0124 | 10802<br>**Debtor:** **DEEP SOUTH PRODUCTS, INC.** | $268.96 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 382936<br>THIRD PARTY SOLNS GA, CAROLIN<br>ATTN LINDA TUEDE, MGR<br>PO BOX 17124<br>MEMPHIS, TN  38187-0124 | 10818<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $30,398.77 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 221948<br>THOMPKINS, TESSIE M<br>1410 HALL STREET<br>MADISON  FL  32340 | 3423<br>**Debtor:** DIXIE PACKERS, INC. | $500.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 222076<br>THOMPSON, CHRISTOPHER H<br>755 A DAN TIBBS ROAD<br>HUNTSVILLE  AL  35806 | 11416<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393130<br>TINDALL, WILLIAM<br>C/O CONNELLY KAERCHER LAW OFFICE<br>ATTN JAMES DUNN, ESQ<br>1610 KENTUCKY HOME LIFE BUILDING<br>LOUISVILLE  KY  40202-3208 | 1755<br>**Debtor:** WINN-DIXIE STORES, INC. | $250,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 392659<br>TODESCO, JERRY M.<br>C/O FRANK A BRUNO ESQ<br>807 HOWARD AVENUE<br>NEW ORLEANS  LA  70113 | 1904<br>**Debtor:** WINN-DIXIE STORES, INC. | $92,500.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  388142**<br>TOZIA, MYRTIS<br>5008 ROUND LAKE<br>APOPKA  FL  32712 | 2462<br>**Debtor:  WINN-DIXIE SUPERMARKETS, INC.** | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  391674**<br>TROTTER, ELWOOD<br>C/O GEORGE & WALLACH, LLP<br>ATTN ALEX B WALLACH, ESQ<br>637 MAIN STREET<br>PO BOX 488<br>FOREST PARK  GA  30298-0488 | 3598<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  225349**<br>TYNDALL, WALTON L<br>209 BROOKSIDE DR<br>FORT MILL  SC  29715<br> Counsel: ATTN STEVEN D HAYMOND, ESQ | 1837<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:  387487**<br>VANSANT, PATRICIA<br>BY- PASS 25<br>PO 1346<br>COLUMBIANA  AL  35051 | 9346<br>**Debtor:  WINN-DIXIE STORES, INC.** | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410921<br>VERSAKOS, KEVIN<br>C/O BENJAMIN G MARTIN, ESQ.<br>1620 MAIN STREET, SUITE 1<br>SARASOTA FL 34236 | 10096<br>**Debtor:** WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391365<br>VOORHEES, GEOFFREY M<br>C/O JOHNSON, GILBERT & CAMPS PA<br>ATTN FRANK R JOHNSON, ESQ<br>170 E GRANADA BLVD<br>ORMOND BEACH FL 32176 | 2469<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 387475<br>WAITES, WAYNE A<br>135 MCKINNEY ROAD<br>TALLADEGA AL 35160 | 10774<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 228192<br>WALDER, TINA L<br>4605 EAGLE WAY<br>CRESTVIEW FL 32539<br><br>Counsel: ATTN JOHN B CARR, ESQ | 7880<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 400470<br>WALKER, JAMES III<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | 6805<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $150,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 229187<br>WAMBOLT, GARY L<br>1835 OAK RIDGE<br>PERRY FL 32347 | 9275<br>Debtor: DIXIE PACKERS, INC. | $10,887.53 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 392716<br>WATSON, RYAN<br>C/O BURNETTI, PA<br>ATTN RAYMOND AYRES, II ESQ<br>211 SOUTH FLORIDA AVE<br>LAKELAND FL 33801-4621 | 4828<br>Debtor: WINN-DIXIE STORES, INC. | $15,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| Creditor Id: 386375<br>WENNERSTEN, CHRISTINE DURHAM<br>1733 GLENN DRIVE<br>BLUE MOUND TX 76131-1108 | 7438<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.

NINETEENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE

DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 231731<br>WEST, OTIS W<br>2824 AUBURN KNIGHTDALE ROAD<br>RALEIGH NC 27610 | 11559<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391516<br>WHITHEAD, JUDITH<br>C/O SADOW & GOROWITZ, PA<br>ATTN SUZANNE GOROWITZ, ESQ<br>80 SOUTHWEST 8TH STREET, STE 1910<br>MIAMI FL 33130 | 7593<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386289<br>WHITTENHALL, MARY<br>14891 SE US 19<br>INGLIS FL 34449 | 4134<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $0.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 386370<br>WILLIS, JOYCE<br>PO BOX 498<br>BROWNSVILLE KY 42210 | 4123<br>**Debtor:** WINN-DIXIE STORES, INC. | $95,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE
DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 392036<br>WILLIS, NATHANIEL<br>C/O KALO & VERHEUL PA<br>ATTN  LISA ANN KALO, ESQ<br>2580 UNIVERSITY PARKWAY<br>SARASOTA  FL  34243 | 2426<br>**Debtor:**  WINN-DIXIE STORES, INC. | $20,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 391493<br>WITHALL, JAMES JR<br>C/O MASNIKOFF & STERNBERG, PA<br>ATTN LYLE MASNIKOFF, ESQ<br>BRANDYWINE CENTRE II<br>560 VILLAGE BLVD, SUITE 345<br>WEST PALM BEACH  FL  33409 | 6355<br>**Debtor:**  WINN-DIXIE STORES, INC. | $50,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 393659<br>WOOLHOUSE, TIMOTHY<br>C/O JEFFRET J BORDULIS, ESQ<br>182 SOUTH CENTRAL AVE<br>OVIEDO  FL  32765 | 10737<br>**Debtor:**  WINN-DIXIE STORES, INC. | $88,900.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Creditor Id:** 415958<br>WORKING RX<br>ATTN REX HUANG / KIM MIYANO<br>4225 LAKE PARK BLVD, SUITE 400<br>SALT LAKE CITY  UT  84120 | 11894<br>**Debtor:**  WINN-DIXIE STORES, INC. | $19,563.68 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - WORKERS' COMPENSATION CLAIMS TO BE**
**DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:**  391443<br>YGLESIAS, FELIX<br>C/O LATOUR & ASSOCIATES, PA<br>ATTN EDUARDO R LATOUR, ESQ<br>135 E LEMON STREET<br>TARPON SPRINGS  FL  34689 | 2468<br>**Debtor:**  **WINN-DIXIE STORES, INC.** | $100,000.00 | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. |
| **Total Claims to be Disallowed:** | **225** | | |
| **Total Amount to be Disallowed:** | | **$16,593,401.31** | **Plus Unliquidated Amounts, If Any** |

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - MISCLASSIFIED WORKERS'
COMPENSATION CLAIMS TO BE DISALLOWED AND
RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 388705<br>ANGELO, MARY<br>3853 HERSCHEL ST<br>JACKSONVILLE FL 32205<br><br>Counsel: ATTN EDWARD P JACKSON, ESQ | 11012<br><br>Asserted Debtor: WINN-DIXIE STORES, INC. | $52,251.26 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 388705<br>ANGELO, MARY<br>3853 HERSCHEL ST<br>JACKSONVILLE FL 32205<br><br>Counsel: ATTN EDWARD P JACKSON, ESQ | 11013<br><br>Asserted Debtor: WINN-DIXIE STORES, INC. | $30,000.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 386245<br>ATES, BUSTER<br>1132 OLD FOSHEE RD<br>BREWTON AL 36426<br><br>Counsel: ATTN CHARLES R GODWIN, ESQ | 8495<br><br>Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 392001<br>ATWOOD, BETTY<br>C/O JOHN TYLER BALL, PA<br>ATTN JOHN TYLER BALL, ESQ<br>210 MAIN STREET<br>NATCHEZ MS 39121 | 10490<br><br>Asserted Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS'**
**COMPENSATION CLAIMS TO BE DISALLOWED AND**
**RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  386246**<br>BECK, JIMMY<br>1122 4TH AVENUE<br>ATMORE  AL  36502<br><br>Asserted Debtor:  **WINN-DIXIE MONTGOMERY, INC.**<br><br>Counsel: ATTN CHARLES R GODWIN, ESQ | 8499 | $0.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  391532**<br>BOYKIN, JEFFERY<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY  AL  36106<br><br>Asserted Debtor:  **WINN-DIXIE STORES, INC.** | 10617 | $50,000.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  97999**<br>BREWER, BART P<br>1130 MANLEY RD<br>HAZEL GREEN  AL  35750<br><br>Asserted Debtor:  **WINN-DIXIE STORES, INC.** | 4576 | $19,969.64 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410732**<br>BUNCH, EDIE F GARRETT<br>720 1/2 MAGNOLIA AVENUE<br>PANAMA CITY  FL  32401<br><br>Asserted Debtor:  **WINN-DIXIE STORES, INC.**<br><br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9608 | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - MISCLASSIFIED WORKERS'
COMPENSATION CLAIMS TO BE DISALLOWED AND
RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 411167<br>CELIS, LUIS<br>C/O CARLSON & MEISSNER<br>ATTN TERRI CROMLEY, ESQ.<br>1103 14TH STREET WEST<br>BRADENTON  FL  34205 | 11235<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 388665<br>CONDOMINA, ONDINA<br>220 SW 67 COURT<br>MIAMI  FL  33144<br><br>Counsel: ATTN SUZANNE GOROWITZ, ESQ | 7594<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $26,000.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 386635<br>DANIELS, BRYAN<br>730-C SPRINGRIDGE ROAD<br>CLINTON  MS  39056 | 10518<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392080<br>DEBARTOLO, NICHOLAS<br>C/O REVIS, ELTON & BLACKBURN, PA<br>ATTN ROBERT W ELTON, ESQ<br>648 SOUTH RIDGEWOOD AVENUE<br>DAYTONA BEACH  FL  32114 | 7633<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $6,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.

NINETEENTH OMNIBUS CLAIMS OBJECTION

EXHIBIT D - MISCLASSIFIED WORKERS'

COMPENSATION CLAIMS TO BE DISALLOWED AND

RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 21545**<br>DIAZ, DALILA N<br>2313 W 60 STREET, APT 105<br>HIALEAH  FL  33016<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC.<br><br>Counsel: ATTN RAUL C DE LA HERIA, ESQ | 3052 | $0.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 119499**<br>DIETERICH, MARY E<br>180 CODELL DRIVE, APT 2100<br>LEXINGTON  KY  40509<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | 10517 | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 393386**<br>EDWARDS, JAY<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY  FL  34653<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | 3059 | $40,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 123547**<br>EGLAIUS, ROSELIE<br>1825 SW 36TH TERRACE<br>FT LAUDERDALE  FL  33312<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC.<br><br>Counsel: ATTN JENNIFER FISCHER BRODERICK ESQ | 6993 | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - MISCLASSIFIED WORKERS'
COMPENSATION CLAIMS TO BE DISALLOWED AND
RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  393502**<br>FRANK, KAREN<br>C/O ROSEN & ROSEN, PA<br>ATTN RONALD ROSEN, ESQ.<br>4000 HOLLYWOOD BLVD, STE 725-S<br>HOLLYWOOD  FL  33021 | 11499<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  391405**<br>GALLAGHER, RUTH M<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>900 E FOURTH STREET<br>PANAMA CITY,  FL  32402<br><br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9611<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  392780**<br>GANLEY, ROBYN C<br>C/O MICHAEL T KEOUGH, PA<br>ATTN MICHAEL T KEOUGH, ESQ<br>8207 STATE ROAD 52<br>HUDSON  FL  34667 | 6358<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  392373**<br>GORMAN, NANCY<br>C/O KELAHER CONNELL & CONNOR, PC<br>ATTN GENE M CONNELL, JR ESQ<br>PO DRAWER 14547<br>SURFSIDE BEACH  SC  29587 | 10745<br><br>**Asserted Debtor:**  WINN-DIXIE RALEIGH, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS'**
**COMPENSATION CLAIMS TO BE DISALLOWED AND**
**RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 389711<br>GUENETTE, JOSEPH<br>5160 BULLARD STREET<br>NORTH PORT  FL 34287<br><br>Counsel: ATTN TERRI F CROMLEY, ESQ. | 11233<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 389765<br>HUNTER, SELINA<br>1506 MOBILE AVE<br>HOLLY HILL  FL 32117<br><br>Counsel: ATTN MICHAEL KOLLER, ESQ | 11254<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 389720<br>JAMES, PATRICIA A<br>304 E. PLILER PERCISE ROAD<br>LONGVIEW  TX 75605 | 10400<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 400289<br>JONES, MARIA<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY R DONOHOE, ESQ<br>2781 ZELDA RD<br>MONTGOMERY  AL 36106 | 10618<br><br>**Asserted Debtor:**  WINN-DIXIE STORES, INC. | $75,000.00 | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - MISCLASSIFIED WORKERS'
COMPENSATION CLAIMS TO BE DISALLOWED AND
RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 43034<br>LACKEY, CHERYL A<br>6050 MELLOW TR<br>MARIANNA FL 32446<br><br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9612<br><br>**Asserted Debtor:** | $0.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 390206<br>MASON, BENNYE A<br>2101 WEST HIGHWAY 390, APT 301<br>LYNN HAVEN FL 32444<br><br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9609<br><br>**Asserted Debtor:** | $0.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 391698<br>MCGOWAN. TRINITY<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | 10619<br><br>**Asserted Debtor:** | $75,000.00<br><br>WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 392680<br>MENDEZ, HECTOR<br>C/O CARLSON & MEISSNER<br>ATTN TERRI CROMLEY, ESQ.<br>1103 14TH STREET WEST<br>BRADENTON FL 34205 | 11234<br><br>**Asserted Debtor:** | $0.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS'**
**COMPENSATION CLAIMS TO BE DISALLOWED AND**
**RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 389387<br>MYERS, ADA<br>2560 62ND AVENUE, LOT 97<br>SAINT PETERSBURG FL 33702<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC.<br><br>Counsel: ATTN JASON FOX, ESQ. | 10046 | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 183568<br>NEELY, LARISSA<br>4800 ORTEGA PINES BLVD, APT 607<br>JACKSONVILLE FL 32210<br><br>**Asserted Debtor:** WINN-DIXIE LOGISTICS, INC. | 9246 | $2,225.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 386228<br>PITMAN, HAROLD S<br>5986 OLD US ROAD<br>MALONE FL 32445<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC.<br><br>Counsel: ATTN GLENDA F SWEARINGEN, ESQ | 9614 | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:** 393503<br>RAMSEY, ROBERT<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>900 E FOURTH ST<br>PANAMA CITY FL 32402<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC.<br><br>Counsel: ATTN RUSSELL R STEWART, ESQ | 9610 | $0.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
NINETEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - MISCLASSIFIED WORKERS'
COMPENSATION CLAIMS TO BE DISALLOWED AND
RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| Creditor Id: 392385<br>RANDEL, TABARES<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SE 2ND AVE<br>FT LAUDERDALE FL 33316 | 11303<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $100,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 410932<br>RIPEPI, ANTHONY G<br>C/O MARK HIRSCH, ESQ.<br>20801 BISCAYNE BLVD, STE 400<br>MIAMI FL 33180 | 10161<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $1,600,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 392642<br>ROCKWEILER, ANTHONY<br>C/O SILVESTRI & MASSICOT<br>ATTN ANTHONY MARINARO, ESQ<br>3914 CANAL STREET<br>NEW ORLEANS LA 70119 | 11475<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $17,160.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| Creditor Id: 386321<br>STILES, JOHNNY<br>3349 SANDY DRIVE<br>ZEPHYRILLS FL 33541<br><br>Counsel: ATTN MARY ANN STILES, ESQ. | 10273<br><br>**Asserted Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**NINETEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - MISCLASSIFIED WORKERS'**
**COMPENSATION CLAIMS TO BE DISALLOWED AND**
**RECLASSIFIED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 218885**<br>SWANN, SUSAN B<br>2716 FORESTDALE BLVD<br>ADAMSVILLE AL 35005 | 1455<br><br>**Asserted Debtor:** | $45,000.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 386294**<br>WILLIAMS, EFFIE E<br>509 HIGHLAND DR<br>ARLINGTON TX 76010 | 9990<br><br>**Asserted Debtor:** | $0.00<br><br>WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 235635**<br>WILLINGHAM, EDWARD W<br>172 MOSSLAND DR<br>PERRY GA 31069<br><br>Counsel: ATTN GEORGE KUSHINKA, ESQ | 4645<br><br>**Asserted Debtor:** | $0.00<br><br>WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed & Recl:** | 39 | |
| **Total Amount to be Disallowed & Recl:** | $2,638,605.90 | **Plus Unliquidated Amounts, If Any** |

**EXHIBIT E**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**ORDER DISALLOWING (A) NO LIABILITY CLAIMS,**
**(B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS**
**COMPENSATION CLAIMS AND (D)  WORKERS COMPENSATION**
**MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS'**
<u>**NINETEENTH OMNIBUS CLAIMS OBJECTION**</u>

These cases came before the Court for hearing on October 5, 2006,

upon the Nineteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to

the proofs of claim listed on Exhibits A through D (the "Disputed Claims").[2]  Upon

consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The No Liability Claims listed on Exhibit A are disallowed in

their entirety, and with respect to claim numbers 9112 – 9122 and 8259 - 8282 filed

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

by Wachovia Bank, National Association, such disallowance is contingent upon the confirmation and effectiveness of the Plan.

    3.    The No Liability Misclassified Claims listed on Exhibit B are disallowed in their entirety.

    4.    The Workers Compensation Claims listed on Exhibit C are disallowed in their entirety, contingent upon the confirmation and effectiveness of the Plan and without prejudice to payment of valid amounts under the Debtors' workers compensation programs and policies.

    5.    The Workers Compensation Misclassified Claims listed on Exhibit D are disallowed in their entirety, contingent upon the confirmation and effectiveness of the Plan and without prejudice to payment of valid amounts under the Debtors' workers compensation programs and policies.

    6.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

    7.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

8.      This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _____ day of October, 2006 in Jacksonville, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

467427-Wilmington Server 1A - MSW