UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.:   05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter:   11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for September 21, 2006 at 1:00 p.m. (Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider B.H.B.S. Corporation's Motion for an Enlargement of Time to File a late Proof of Claim (Docket No. 4347).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

This the 30th day of August, 2006.

MAST, SCHULZ, MAST, MILLS, JOHNSON & WELLS, P.A.

By: _____
DAVID F. MILLS
North Carolina State Bar No: 18326
Attorney for B.H.B.S. Corporation
Post Office Box 119
One Courthouse Square
Smithfield, North Carolina 27577
Telephone: (919) 934-6187
Facsimile: (919) 934-8342

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.:     05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, David F. Mills, of MAST, SCHULZ, MAST, MILLS, JOHNSON & WELLS, P.A., Attorneys at Law, P. O. Box 119, Smithfield, North Carolina 27577, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 30th day of August, 2006, a copy of the foregoing Notice of Hearing has been furnished electronically via CM/ECF on the following:

Counsel for Winn-Dixie

United States Trustee

Official Committee of Unsecured Creditors

I certify under penalty of perjury that the foregoing is correct.

This the 30th day of August, 2006.

MAST, SCHULZ, MAST, MILLS, JOHNSON & WELLS, P.A.

By: _____
DAVID F. MILLS
North Carolina State Bar No: 18326
Attorney for B.H.B.S. Corporation
Post Office Box 119
One Courthouse Square
Smithfield, North Carolina 27577
Telephone: (919) 934-6187
Facsimile: (919) 934-8342