UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS
HEARINGS TO BE HELD ON AUGUST 31, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on August 31, 2006 at 1:30 p.m.:

**A.   Uncontested Matters**

1.  *Debtors' Motion (i) for Authority to Reject Non-Residential Real Property Lease for Store Number 1059, (ii) to Establish Bar Date for Any Rejection Damage Claims, and (iii) Granting Related Relief (Docket No. 10361)*

    Objection Deadline:   Expired.

    Objections:           No objections have been filed.

    Status:               The Debtors will proceed with the Motion.

2.  *Debtors' Motion for Approval of Termination Agreement for Non-Residential Real Property Lease and for Related Relief (Store No. 2344) (Docket No. 10399)*

    Objection Deadline:   Expired.

    Objections:           No objections have been filed.

    Status:               The Debtors will proceed with the Motion.

3. *Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief as it relates to the rejection of such leases (Docket No. 9886)*

Objection Deadline:  Expired.

Objections:   No objections have been filed.

Status:   The Debtors will proceed with the Motion to the extent the Motion seeks to reject leases; the Debtors will continue the Motion to September 7, 2006, with regard to leases the Debtors seek to assume and assign.

B. **Contested Matters**

1. *Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (Docket No. 9746)*

Response Deadline:  Expired.

Responses:
- (a) Commercial Net Lease Realty, Inc. (Docket No. 9949);
- (b) Southern Water Bottle, Inc., et al. (Docket No. 10184);
- (c) Westland Plaza Associates, L.P. (Docket No. 10388);
- (d) Dell Marketing, L.P. (Docket No. 10398);
- (e) Ocean 505 Associates, et al. (Docket No. 10418);
- (f) Xerox Capital Services, LLC (Docket No. 10419);
- (g) New Plan Excel Realty Trust, Inc., et al. (Docket No. 10426);
- (h) Catamount Atlanta, LLC (Docket No. 10427);
- (i) Catamount LS-KY, LLC (Docket No. 10428);

  (j) Catamount Rockingham, LLC (Docket No. 10429);

  (k) CAPX Realty, Inc. (Docket No. 10430);

  (l) Daniel G. Kamin Zachary Enterprises, et al (Docket No. 10432); and

  (m) Bonner's Point, L.L.C. (Docket No. 10501; untimely).

  Status:  The Debtors will proceed with the Objection.

Dated: August 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By *s/ D. J. Baker*<br>  D. J. Baker<br>  Sally McDonald Henry<br>  Rosalie Walker Gray | By *s/ Cynthia C. Jackson*<br>  Stephen D. Busey<br>  James H. Post<br>  Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00541179