Hearing Date: September 21 , 2006, 1:00 p.m.
Objection Deadline: September 12, 2006, 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' MOTION FOR ORDER (I) AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF SEPTEMBER 21, 2006 AND (II) ESTABLISHING DEADLINE FOR FILING REJECTION DAMAGE CLAIMS OF SEPTEMBER 29, 2006

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and

debtors-in-possession (collectively, the "Debtors"), move for entry of an order (i) under 11

U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and approving the Debtors'

rejection of the executory contracts and unexpired leases set forth on the attached Exhibit A and,

to the extent that they constitute executory contracts and unexpired leases within the meaning of

11 U.S.C. § 365, the items listed Exhibit B (the "Contracts"),[2] effective as of September 21, 2006

and (ii) under Fed. R. Bankr. P. 3002(c)(4) establishing a deadline of September 29, 2006 for the

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      The Debtors believe that several of the Contracts may, in fact, be non-executory or expired, but have sought to reject them out of an abundance of caution.  The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts

filing of any resulting rejection damage claims (the "Motion").  In support of the Motion, the

Debtors respectfully represent as follows:

### Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions

for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly

administered for procedural purposes only.

2.      The Debtors are grocery and pharmaceutical retailers operating in the southeastern

United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The

Debtors are operating their businesses and managing their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, an official committee of unsecured creditors (the "Creditors

Committee") was appointed to serve in these cases pursuant to section 1103 of the Bankruptcy

Code.  An official committee of equity security holders appointed by the U.S. Trustee on August

17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.      On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect

to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors  (the

"Disclosure Statement"), together with a proposed Joint Plan of Reorganization of Winn-Dixie

Stores, Inc. and Affiliated Debtors (the "Plan").  The Disclosure Statement was approved by

Order of the Court dated August 4, 2006.  The hearing to consider confirmation of the Plan is

scheduled for October 13, 2006.

5.      This Court has jurisdiction over the Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.      The statutory predicates for the relief requested by this Motion are sections 105(a) and 365 of the Bankruptcy Code, supported by Rules 6006 and 3002(c)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

<u>**Rejection Request**</u>

7.      By this Motion, the Debtors seek an order of the Court, pursuant to sections 105(a) and 365 of the Bankruptcy Code and Rule 6006 of the Bankruptcy Rules, authorizing and approving the rejection of the Contracts effective as of September 21, 2006 and establishing a deadline of September 29, 2006 for the filing of any resulting rejection damage claims.

8.      The Contracts listed on Exhibit A are for goods and services that are no longer necessary to the Debtors' businesses.  Thus, the Debtors have determined that it is in their best interests, as well as in the best interest of their estates and creditors, to reject these Contracts.

9.      The items listed on Exhibit B reflect prepetition arrangements by which the Debtors obtained from the listed non-Debtor counter parties goods and/or services that are also unnecessary to the Debtors' ongoing operations and businesses.  The Debtors have not been able to locate any written contracts or leases documenting the items listed on Exhibit B and believe that these items may not, in fact, constitute executory contracts or unexpired leases that are subject to assumption or rejection pursuant to section 365 of the Bankruptcy Code (or, for that matter, contracts or leases of any kind).  However, out of an abundance of caution and for the sake of obtaining certainty with respect to the rejection damage claims that may be brought

against them, the Debtors are here seeking to reject the items listed on Exhibit B to the extent that they are Contracts subject to rejection.

10.     By rejecting the Contracts, the Debtors will avoid unnecessary expenses and burdensome obligations that provide no tangible benefit to the Debtors' estates or creditors.  As part of the Debtors' strategy to eliminate inefficiencies and reduce overhead, the Debtors have determined that it is in their best interest to reject these Contracts.

### Support for Rejection

11.     Pursuant to sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C. § 365.  A debtor-in-possession's right to reject executory contracts and unexpired leases is a fundamental component of the bankruptcy process, as it provides a debtor with a mechanism to eliminate financial burdens to the estate.  See In re Wells, 227 B.R. 553, 564 (Bankr. M.D. Fla. 1998); In re Hardie, 100 B.R. 284 (Bankr. E.D.N.C. 1989); In re Gunter Hotel Assoc., 96 B.R. 696 (Bankr. W.D. Tex. 1988).

12.     The decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference by a court, subject only to review under the "business judgment" rule.  See Byrd v. Gardinier, Inc. (In re Gardinier), 831 F.2d 974, 975 n.2 (11th Cir. 1987); In re Surfside Resort and Suites, Inc., 325 B.R. 465, 469 (Bankr. M.D. Fla. 2005); In re Central Florida Fuels, Inc., 89 B.R. 242, 245 (Bankr. M.D. Fla. 1988).  The business judgment rule requires the debtor to establish that rejection of the agreement will likely benefit the estate.  See In re Surfside Resort & Suites, Inc., 325 B.R. at 469; In re Central Florida Fuels, Inc., 89 B.R. at 245; Sharon Steel Corp. v. Nat'l Fuel Gas Distrib'n Corp., 872 F.2d 36, 39-40 (3d Cir. 1989).  Courts universally regard the business judgment rule as a low standard to meet, and

therefore, absent a finding of bad faith, will not disturb the decision to reject an executory

contract or unexpired lease by substituting their own judgment for that of the debtor.  See In re

III Enter., Inc. V, 163 B.R. 453, 469 (Bankr. E.D. Pa. 1994) aff'd sub nom. Pueblo Chem., Inc.

v. III Enters. Inc. V, 169 B.R. 551 (E.D. Pa. 1994); In re Hardie, 100 B.R. at 287.

13.     The Debtors have satisfied the "business judgment" standard for rejecting the

Contracts in the present case.  The Contracts are unnecessary to the Debtors' ongoing operations,

are not a source of potential value for the Debtors' estates and creditors, and constitute an

unnecessary drain on the Debtors' resources.  Accordingly, the Debtors' determination that the

Contracts should be rejected reflects their exercise of sound business judgment.

### Rejection Damages Deadline

14.     To the extent that any of the parties to the Contracts intend to assert a rejection

damage claim as a result of the rejection proposed by this Motion, the Debtors request that,

pursuant to Bankruptcy Rule 3002(c)(4), the Court establish September 29, 2006 as the deadline

for filing a proof of claim for such rejection damages.

### Notice

15.     Notice of the Motion has been provided to (a) counsel to the Office of the United

States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the

Creditors' Committee, (d) the other parties in interest named on the Master Service List

maintained in these cases, and (e) the parties to the Contracts.  No other or further notice need be

given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court

(i) enter an order substantially in the form attached as Exhibit C, (a) authorizing and approving

the rejection of the Contracts effective as of September 21, 2006, and (b) establishing a deadline

of September 29, 2006 for the filing of any rejection damage claims, and (ii) grant such other and

further relief as the Court deems just and proper.

Dated: August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*                          By    *s/ Cynthia C. Jackson*
    D. J. Baker                          Stephen D. Busey
    Sally McDonald Henry                     James H. Post
    Rosalie Walker Gray                      Cynthia C. Jackson,
    David M. Turetsky                        Florida Bar Number 498882
Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(212) 735-2000 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Attorneys for Debtors                Co-Attorneys for Debtors

**Exhibit A**

**Exhibit A**

**Contracts/Leases for Rejection:**

The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts/Leases. The rejections pursuant to this Motion will apply only to the Contracts identified in this Exhibit A and Exhibit B to the Motion.  The rejections do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Counter-Parties listed.

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | **AAA Fire Equipment** | 480 N.E. 159th St, North Miami, FL 33162 | Fire extinguishers |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | **ADVANTAGE FIRE SPRINKLER** | 2300 East Alcovy Road, Dacula, GA  30019-2432 | FIRE SUPPRESSION INSPECTIONS |
| Winn-Dixie Stores, Inc. | Fitzgerald | Supply Agreement | | **Air Products & Chemicals Inc** | 7201 Hamilton Blvd, Allentown, PA 70062 and 7201 Hamilton Blvd, Allentown, PA 18195 | Nitrogen tank & chemicals for Fitzgerald location |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | **Alltel** | P.O. Box 96019, Charlotte, NC 28296-0019 and 1 Allied Drive, Little Rock, AR 72202-9918 | Cell phone service for NC  SC |
| Winn-Dixie Stores, Inc. | 1409 | Maintenance Agreement - Store | | **ANTHONY'S LANDSCAPING** | 6430 Jefferson Highway, Harahan, LA 70123 | LANDSCAPING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | **Arch Wireless** | 350 Automation Way, Birmingham, AL 35210 | Pager service fpr SC & NC |
| Winn-Dixie Stores, Inc. | | Service Agreement | | **AT&T Systems West** | 3220 Winona Ave, Burbank, CA 91504 | |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | **Boca Industries, Inc.** | 5076 Nifda Drive, Smyrna, GA 30080 | Grease trap service |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | **Carolina By-Products** | P.O. Box 643393, Cinncinnati, OH 45264 | Grease trap service |
| Winn-Dixie Stores, Inc. | 2710 | Maintenance Agreement - Store | | **CLEAN KING** | 2880 Harper Valley Drive, College Park, GA 30349 | SWEEPING |
| Winn-Dixie Stores, Inc. | 2725 | Maintenance Agreement - Store | | **CLEAN KING** | 2880 Harper Valley Drive, College Park, GA 30349 | SWEEPING |
| Winn-Dixie Stores, Inc. | 1944 | Maintenance Agreement - Store | | **CLEAN SWEEP** | 2412 Hamil Road, Hixson, TN 37343 | SWEEPING |
| Winn-Dixie Stores, Inc. | 1306, 1314, 1338, 1350, 2623, 2624 | Maintenance Agreement - Store | | **CRYSTAL CLEAN** | 125 E. Ford Street, Suite B, Ridgeland, MS, 39157 | SWEEPING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | **Cummins South Inc.** | 5125 Highway 85, Atlanta, GA 30349 and P.O. Box 116595, Atlanta, GA 30368-6595 and P.O. Box 11737, Tmapa, FL 33680 | Automatic generator service |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | **Danfoss** | 10946 Golden W Dr. Suite 130, Hunt Valley, MD 21031 | Monitoring Refrigeration controllers |
| Winn-Dixie Stores, Inc. | 0005 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0008 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0018 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0104 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0116 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0125 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0126 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0186 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0192 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0198 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0405 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0407 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0422 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0434 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0435 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0437 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0439 | Service Agreement | | **Danfoss Inc.** | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 0442 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0447 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0448 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0456 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0458 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0461 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0481 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0488 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0495 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0496 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0503 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0509 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0517 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0526 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0527 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0531 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0535 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0558 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0574 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0579 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 1914 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2203 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2258 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2261 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2304 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2309 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2311 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2335 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2337 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2343 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2347 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | Multiple | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 725 | Maintenance Agreement - Store | | ENVIRONMENTAL MANAGEMENT | 1940 Northwest 22nd Street, Pompano Beach, FL 33069 | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Employment Contract | | Everhart, Robin | Address Intentionally Omitted to Protect Employee Privacy | Offer letter |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Gates UP | 35400 Baseline Lane, Dade City, FL 33525 | Temporary Pharmacist Staffing |
| Winn-Dixie Stores, Inc. | 600 Edwards Ave | Equipment Lease | N/A | Gulf Coast | 5801 River Oaks Road South, New Orleans, LA 70123 | Richo 270 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | | Gulf Coast Office Products | 5801 River Oaks Road South, New Orleans, LA 70123 | Color copier |
| Winn-Dixie Stores, Inc. | | Employment Contract | | Hanley, Dennis | Address Intentionally Omitted to Protect Employee Privacy | Offer letter |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Harold's Lawn Care | 315 Fat Wall Road, Marion, NC 28752 | Lawn Service |
| Winn-Dixie Stores, Inc. | Northern Region | Service Agreement | | Kasco Corporation | 1569 Tower Grove Ave., St. Louis, MO 63110 | Band saw machine service |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | L. PUGH & ASSOCIATES | 10108 N. Palafox Highway, Pensacola, FL 32505 and 10108 N. Palafox Highway, Pensacola, FL 32534-1269 | SPRINKLER INSPECTIONS |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Landtronics, Inc. | 5970 Old Pineville Road, Charlott, NC 28217 | Fire system 24 hr monitoring service |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Lesco | P.O. Box 1414, Land O'Lakes, FL  34639 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Metrocall Wireless | 890 East Heinberg Street, Pensacola, FL 32502 | Pager service for NC & SC |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Nextel Partners | 6880 Bermuda Road Suite 100, Las Vegas, NV 89119 | Cell phone service for Kentucky area |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Omni Cart Services, Inc. | P.O. Box 366, Mentor, OH 44061 | Shopping cart repairs |
| Winn-Dixie Stores, Inc. | 1571 | Maintenance Agreement - Store | | OPELOUSAS SWEEPERS | P.O. Box 803, Opelousas, LA 70571 | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PARTS WASHER SERVICE | P.O. Box 720777, Byram, MS 39272-0777 | grease traps |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PERFORMANCE OIL & EQUIPMENT | P.O. Box 8945, Jackson, MS 39208 and P.O. Box 8945, Jackson, MS 39284 | PUMP N SAVE P/M WORK |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | Performance Oil EQ | 920 E. McDowell Road, Jackson, MS 39284 | Fuel stations |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PETROLEUM EQUIPMENT CO., INC. | 541 Highway 49 South, Richland, MS 39218-0417 | Fuel stations |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PG MAINTENANCE,LLC | 22317 Sharp Chapel Road, Bush, LA 70431 | Refrigeration leak detection |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Progressive | 510 Tribal Woods, Collierville, TN  38017 | Temporary Pharmacist Staffing |
| Winn-Dixie Stores, Inc. | 516 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | P.O. Box 210861, Montgomery, AL 36112 | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | PRS | 9105-A Owens Drive, Suite 201, Manassas Park, VA  20111 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Purified Air Services | 280 Old Clay Street, Marietta, GA 30060 | Hvac filter service |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | R & R ROOFING | P.O. Box 49, Foxworth, MS 39483 | Roof inspections |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Raytec Corporation | P.O. Box 4280, Portland, OR 97208 | Mister system service and repair |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | RAYTECH-MISTING SYSTEM | P.O. Box 4280, Portland, OR 97208 | 97208 |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | RIVER PARISH DISPOSAL | P.O. Box 10482, New Orleans, LA 70181-0482 | Waste Management |
| Winn-Dixie Montgomery, Inc. | | Pharmacy Service | | Rx Solutions | PMB 1318436 Denton highway, Suite 208, Watauga, TX 76148-2459 RX Solutions, P.O. Box 491, Sharpsburg, GA  30277 | Pharmacist Service Agreement dated March 16, 2001 between RX Solutions and Winn-Dixie Montgomery, Inc. |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | SAFETY SYSTEMS OF BILOXI | P.O. Drawer 6039, Biloxi, MS 39532-6039 | Hood cleaning |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | SANA DUCT | P.O. Box 3863, Montgomery, AL  36109-3863 | HOOD CLEANING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Southeastern Protection Services of Atlanta | P.O. Box 64, Woodstock, GA 30188 | Exhaust hood service |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | TAS Communications Services | 1720 Hillsborough Street, Suite 100, Raleigh, NC 27605 | Answering service for after hours |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | THYSSENKRUPP ELEVATOR | 7481 NW 66th Street, Miami, FL  33166 | Elevator Maintenance & Inspections |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | TRI-STATE | c/o Quine & Associates, P.O. Box 833009, Byram, MS 39272 | Automatic doors |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Unifirst Corp. | P.O. Box 101, Fort Myers, Fl 33902 and 500 SW 13th Terrace, Pompano Beach, FL 33069 | Uniform services |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Upstate Hood Cleaning and Fire System Inspection | 327 Eastway Street, Honea Path, SC 29654 | Exhaust hood service |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Venturecom | 53 Rabbit Road, Travelers Rest, SC 29690 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Verizon Wireless | P.O. Box 105378, Atlanta, GA 30348 | Cell phone service for Charlotte area |
| Winn-Dixie Stores, Inc. | | Agency Agreement | | Western Union Financial Services, Inc. | Western Union Financial Services, Inc., One Mack Centre Drive, Paramus, NJ 07652 Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Tim Schroeder, Senior Vice President and General Manager,  6200 South Quebec Street, Englewood, CO  80111 | Agency Agreement dated June 20, 1998 between Western Union Financial Services, Inc. and Winn-Dixie Atlanta, Inc. |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Agency Agreement | | **Western Union Financial Services, Inc.** | Western Union Financial Services, Inc., One Mack Centre Drive, Paramus, NJ 07652 Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Wade Nelson, Vice President and General Manager,  6200 South Quebec Street, Englewood, CO  80111 | Agency Agreement executed 5/3/1999 between Western Union Financial Services, Inc. and Winn-Dixie Tampa, Inc. |
| Winn-Dixie Raleigh, Inc. | | Agency Agreement | | **Western Union Financial Services, Inc.** | Western Union Financial Services, Inc., One Mack Centre Drive, Paramus, NJ 07652 Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Tim Schroeder, Senior Vice President and General Manager,  6200 South Quebec Street, Englewood, CO  80111 | Agency Agreement dated October 20, 1999 between Western Union Financial Services, Inc. and Winn-Dixie Charlotte, Inc. n/k/a Winn-Dixie Raleigh, Inc. |

**<u>Exhibit B</u>**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A & B COMMUNICATION | PAGERS |
| Winn-Dixie Stores, Inc. | 543 | Maintenance Agreement - Store | | A & W LAWN CARE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A J INSPECTIONS | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A&W PRESSURE WASHERING | BUILDING AND CART CLEANING |
| Winn-Dixie Stores, Inc. | 2217 | Maintenance Agreement - Store | | A-1 Yards | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AAA SEPTIC TANK SERVICE  INC | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Air Touch | Pagers |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ALABAMA ENVIRONMENTAL SERV. | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Alfred Duplantis | Lawn |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AMERICAN WASTE SOLUTIONS | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | America's Call Center | After Hours answering service for maintenance |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AMTECK LIGHTING SERVICES | SIGN LIGHTING PATROL |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | APWS | SEWER TREATMENT PLANT MAINTENANCE |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ARCH WIRELESS | PAGERS |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ARCH WIRELESS | PAGERS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | ASAP Automatic Sprinklers | Fire sprinklers |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | ASG | Store Mainenance Agreement |
| Winn-Dixie Stores, Inc. | 2661 | Maintenance Agreement - Store | | ATLANTIC SWEEPING | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Attaway | Generators |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AUTOMATIC DOOR SYSTEMS  INC | AUTOMATIC DOORS |
| Winn-Dixie Stores, Inc. | 1854 | Maintenance Agreement - Store | | BASS CUSTOM LANDSCAPE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1329 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1404 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1408 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1409 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1411 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1412 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1417 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1418 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1419 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1425 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1434 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1437 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1438 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1439 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1444 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1502 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1504 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 1551 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Big Easy Sweeper | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Billings Pumping Service | Pumping grease Traps |
| Winn-Dixie Stores, Inc. | 37 | Maintenance Agreement - Store | | BILL'S MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | 80 | Maintenance Agreement - Store | | BILL'S MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BOBBY MEEKS ENVIRONMENTAL | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | 1337 | Maintenance Agreement - Store | | BOYD'S LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Boyd's Lawn Service | Lawn |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BRENDLE FIRE PROTECTION | FIRE SUPPRESSION  INSPECTIONS |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BRENDLE SPRINKLER | SPRINKLER INSPECTIONS |
| Winn-Dixie Stores, Inc. | 1826 | Maintenance Agreement - Store | | BRIDGES LAWN MAINTENANCE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | C&C PRESSURE WASHING | BUILDING AND CART CLEANING |
| Winn-Dixie Stores, Inc. | 1220 | Maintenance Agreement - Store | | Charles Honea | Sweeping |
| Winn-Dixie Stores, Inc. | 2048 | Maintenance Agreement - Store | | Charlie's & Gary's Lawn Service & Parking Lot Maint. | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Charlie's Parking Lot & Lawn Service | Parking Lot & Lawn Service |
| Winn-Dixie Stores, Inc. | 457 | Maintenance Agreement - Store | | CHEM-TURF, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | ACCT# 0029179257 067 | CINGULAR WIRELESS | CELL PHONES |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | City Fire Equipment | Fire extinguishers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | CJ Sales | Generators |
| Winn-Dixie Stores, Inc. | 2701 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2705 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2706 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2709 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2711 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2715 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2728 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 1933 | Maintenance Agreement - Store | | CLEAN SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | 2328 | Maintenance Agreement - Store | | COAST TO COAST SWEEPING | SWEEPING |
| Winn-Dixie Stores, Inc. | 1469 | Maintenance Agreement - Store | | COBY MILLER LAWN | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Commercial Hood & Trap | Exhaust hoods cleaning |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Commercial Industrial Services | Grease trap cleaning |
| Winn-Dixie Stores, Inc. | 950 | Maintenance Agreement - Store | | Commercial Power Sweeping | Sweeping |
| Winn-Dixie Stores, Inc. | 1449 | Maintenance Agreement - Store | | CUMMING SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1500 | Maintenance Agreement - Store | | CUMMING SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Cumming Sweeper | Sweeper |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | CURTIS ENVIRONMENTAL SERVICES | SEWER TREATMENT PLANT MAINTENANCE |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Dave' Lawn Care ( A & W Lawn Care) | LANDSCAPING |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 543 | Maintenance Agreement - Store | | DAVE'S LAWN CARE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | DIXIE SALES & SERVICE ( D.S.& S.) | SHOPPING CART REPAIRS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fire Fighter | Fire extinguishers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | First Services Plumbing | Grease traps and sewer lines |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | First Services Plumbing | Grease traps pumping |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | FRACTAL ASTECH | PRODUCE MISTING SYSTEMS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fractal Astech | Misting Systems |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fractal Astech | Misting Systems |
| Winn-Dixie Stores, Inc. | 142 | Maintenance Agreement - Store | | GATOR MAINTENANCE & SWEEPING | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2189 | Maintenance Agreement - Store | | George's Lawn & Tree Care | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 524 | Maintenance Agreement - Store | | GOLDEN TRIANGLE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1348 | Maintenance Agreement - Store | | GOLDEN TRIANGLE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | GRIFFEN ENTERPRISES | GREASE PICK-UP SERVICE |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | GRIFFIN INDUSTRIES | GREASE PICK-UP SERVICE |
| Winn-Dixie Stores, Inc. | 2082 | Maintenance Agreement - Store | | Harold's Clean Sweep & Lawn Service | cleaning parking Lot |
| Winn-Dixie Stores, Inc. | 2082 | Maintenance Agreement - Store | | Harold's Clean Sweep & Lawn Service | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | HEADLEY PLUMBING | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | 2382 | Maintenance Agreement - Store | | HINTON ENTERPRISES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Hot Shot Steam Cleaning | Cleaning (shopping carts and stores) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Hot Shot Steam Cleaning | Shopping Carts (Cleaning and repair) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Industrial Cleaning Services | Shopping Carts (Cleaning and repair) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Interstate Battery System | Batteries |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | J.J.H SERVICES | Shopping cart recovery |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | J.T. LA MAINT SERVICE | Shopping cart repair |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | KASCO CORPORATON | Meat saw & grinder PM |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Kleen Air | Air Filters |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | KLEEN-AIR RESEARCH | AIR FILTER SERVICE |
| Winn-Dixie Stores, Inc. | 1933 | Maintenance Agreement - Store | | LANDSCAPE ARTS, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1944 | Maintenance Agreement - Store | | LANDSCAPE ARTS, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1806 | Maintenance Agreement - Store | | LANDSCAPE PLUS | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 9001 | Maintenance Agreement - Store | | Lawn Master | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 2052 | Maintenance Agreement - Store | | Lot-Vac Sweeping Service | Sweeping |
| Winn-Dixie Stores, Inc. | 2052 | Maintenance Agreement - Store | | M/Z Lawn & Landscape | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 1826 | Maintenance Agreement - Store | | MIDDLE GA PARKING LOT SERVICE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MISSISSIPPI GENERATOR | Generator Maintenance |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MOBIL STEAM CLEAN | Building and cart cleaning |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MR. ROOTER PLUMBING | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | NEXTEL | RADIO / CELL PHONE COMM. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Nextel | Cell Phone and Radio services |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Nextel | Cell Phones |
| Winn-Dixie Stores, Inc. | 129 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 142 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 180 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1463 | Maintenance Agreement - Store | | PINNACLE SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1583 | Maintenance Agreement - Store | | PINNACLE SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Pinnacle Sweeper | Sweeper |
| Winn-Dixie Stores, Inc. | All Manufacturing Plants | Maintenance Agreement - Store | n/a | Pittsburg Tank & Tower Inc. | Annual check on springler system tanks as required by NAPA. |
| Winn-Dixie Stores, Inc. | 1806 | Maintenance Agreement - Store | | PROFESSIONAL SWEEPERS, INC. | SWEEPING |
| Winn-Dixie Stores, Inc. | 516 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 532 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 593 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1232 | Maintenance Agreement - Store | | R & W Cleaning | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 1259 | Maintenance Agreement - Store | | R & W Cleaning | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 2084 | Maintenance Agreement - Store | | Services Unlimited II | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 983 | Maintenance Agreement - Store | | Shirley Winingham | Sweeping |
| Winn-Dixie Stores, Inc. | 1261 | Maintenance Agreement - Store | | Southco | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 2045 | Maintenance Agreement - Store | | Southco | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southeastern Fire Protection | Ansil Sys and hood chring/Hand held extinguishers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southeastern Maintenance and Construction | Grease traps and sewer lines |
| Winn-Dixie Stores, Inc. | 912 | Maintenance Agreement - Store | | Southeastern Power Sweeping | sweeping/landscape Maint. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southern Communications | Pagers |
| Winn-Dixie Stores, Inc. | 562 | Maintenance Agreement - Store | | SOUTHERN LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | SOUTHERN LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southern Linc | Cell Phones |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Sungold Septic | Grease traps Pumping |
| Winn-Dixie Stores, Inc. | 2701 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2705 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2706 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2709 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2710 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 2711 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2715 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2725 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2728 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1284 | Maintenance Agreement - Store | | The Lawn Authority Lawncare & Landscaping | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 811 | Maintenance Agreement - Store | | The Wright Group LLC | Sweeping |
| Winn-Dixie Stores, Inc. | 701 | Maintenance Agreement - Store | | TOTAL PARKING LOT MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Tri Dim Filter Corp. | A/C Filters |
| Winn-Dixie Stores, Inc. | 1306, 1350, 2624, 1314, 1316, 1317, 1328, 1338, 2623 | Maintenance Agreement - Store | | VALENCIA LAWN | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Verizon Wireless | Cell Phone services |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Vigil Inc | Exhaust Hood cleaning |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Volusia Fire | Hand Held Extingushers |
| Winn-Dixie Stores, Inc. | 450 | Maintenance Agreement - Store | | WES POWER SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | WES POWER SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | WH Reynolds | Gray line equipment |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Wiginton Fire Sprinlers Systems | Fire sprinklers |
| Winn-Dixie Stores, Inc. | 1017 | Maintenance Agreement - Store | | William E. Thompson | Sweeping/Landscape Maint. |

## Exhibit C

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, | ) | *Chapter 11* |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES EFFECTIVE AS OF SEPTEMBER 21, 2006 AND**
**ESTABLISHING DEADLINE FOR FILING REJECTION DAMAGE**
<u>**CLAIMS OF SEPTEMBER 29, 2006**</u>

These cases came before the Court for hearing on September 21, 2006, upon the

motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order (i) under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and

approving the Debtors' rejection of the executory contracts and unexpired leases listed on Exhibit

A and Exhibit B (collectively, the "Contracts") effective as of September 21, 2006 (the "Motion")

and (ii) under Fed. R. Bankr. P. 3002(c)(4) establishing a deadline of September 29, 2006 for the

filing of any resulting rejection damage claims.  The Court has read the Motion and considered

the representations of counsel.  Upon the representations of counsel and without objection from

the United States Trustee or any other interested party, the Court determines that good cause

exists to grant the relief requested by the Motion and granting the relief is in the best interest of

these estates and creditors.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted.

2.      The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. §

365(a), and the Contracts are deemed rejected, effective as of September 21, 2006.

3.      Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4.      Claims for any rejection damages resulting from the rejection of the Contracts must be filed on or before September 29, 2006.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.  Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6.      The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this _____ day of September, 2006, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE MOTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS OBJECTIONS TO THE MOTION**

1152735-New York Server 7A - MSW