**FILED**
JACKSONVILLE, FLORIDA

AUG 3 0 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Robert Vaughan, Jr
101 Manassas Drive
Simpsonville, SC 29681
8-26-06

Honorable Jerry A. Funk
Judge of Bankruptcy Court
United States Courthouse
300 North Hogan Street
Jacksonville, Florida 32202


Dear Honorable Judge Jerry A. Funk,

    Thank you for taking the time to consider this letter.
    I am writing in response to the Winn-Dixie Stores bankruptcy hearings. It has been brought to my attention by letters from Logan & Company, Inc. that we employees who own Common stock could lose all of our investments. I hope your honor would consider us stockholders and employees before making a final decision. Many of us purchased these shares over the years of employment. We are just working

employees hoping to build a nest egg for our later years.

I invested 33 years of my working life into Winn-Dixie. I know stocks are a risk at best. However, if Winn-Dixie is going to be allowed to continue to operate they should have some obligation to us OLD common stockholders.

Sir, I thank you for your time and hopefully some consideration for the small stockholders.

Sincerely
Robert Vaughan, Jr.