F I L E D
JACKSONVILLE, FLORIDA

AUG 3 0 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                Case No.: 05-03817- 3F1

WINN-DIXIE STORES, INC., et al                        Chapter 11

Debtors.                                              Jointly Administered

## MOTION TO SET ASIDE ORDER STRIKING RESPONSE

Creditor No. : WDX-416958-L4-15
PHILLIPS, LINDA

The claimant, Linda Phillips, by and through her undersigned attorney, files this her Motion to Set Aside Order Striking Response and states:

1. The undersigned attempted to file the Response to the Omnibus Objection filed herein by electronic filing. The undersigned was unable to register in order to obtain the required log in and password to file by electronic means. In a conversation with Cherie Krause, CM/ECF Administrator in Orlando, the undersigned was advised to send the Response by overnight courier since it would not be possible to set up an account to file by electronic means due to the fact that only member of the Middle District of Florida could utilize this service. .

2. Therefore as instructed by Cherie Krause, the undersigned filed its Response in a timely fashion by overnight courier.

WHEREFORE, Claimant requests that this Honorable Court to set aside its Order dated August 14, 2006 striking the Response.

I HEREBY CERTIFY that a true copy of the foregoing was sent to Smith, Hulsey & Busey, Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, FL 32202 this ___ day of August, 2006.

Levine, Busch, Schnepper & Stein, P.A.
One Datran Center, Suite 1010
9100 South Dadeland Blvd.
Miami, FL 33156
(305) 670-2333

By _____
Sanford M. Reinstein, Esq.
FL Bar 305952