# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 05-03817-3F1 |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

## GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S RESPONSE TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) DUPLIATE LIABILITY CLAIMS, (E) UNLIQUIDATED CLAIMS AND (F) UNLIQUIDATED MISCLASSIFIED CLAIMS

COMES NOW the Georgia Department of Community Health, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and responds to the Debtors' Seventeenth Omnibus Objection to Claims filed in the above case as follows:

The Debtors seek to disallow claim number 4148 filed by the Georgia Department of Community Health. The Department has filed claim number 4148 against Winn-Dixie Stores, Inc. in the total amount of $10,140.89. The Department does not dispute that this proof of claim should be classified as a general unsecured claim. The Department's claims result from adjustments to Medicaid payments to Winn-Dixie Stores, Inc. for periods prior to March 28, 2003. The Department paid claims to Winn-Dixie Stores, Inc. that were subsequently determined to have been over paid or paid in error. The relevant provider numbers are 3000337090B, 300037090C and 300037090H.

WHEREFORE, the Georgia Department of Community Health respectfully requests that its claim number 4148 be allowed in the amount filed as a general unsecured claim and that it be granted such other and further relief as this Court deems just and proper.

This 31st day of August, 2006.

                    Respectfully submitted,

                    THURBERT E. BAKER    033887
                    Attorney General

                    DANIEL M. FORMBY    269350
                    Deputy Attorney General

                    JOHN B. BALLARD, JR.    035550
                    Senior Assistant Attorney General

                    /s/ W. Wright Banks, Jr.
                    W. WRIGHT BANKS, JR.    036156
                    Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

W. Wright Banks, Jr.
40 Capitol Square, SW
Atlanta, Georgia 30334
Ga. Bar No. 036156
Telephone: (404) 651-6247
Facsimile: (404) 657-3239
Counsel for the Georgia Department of Community Health

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the foregoing RESPONSE upon:

> D.J. Baker, Esq.
> Skadden, Arps, Slate, Meagher & Flom
> Four Times Square
> New York, New York 10036
>
> James H. Post, Esq.
> Smith Hulsey & Busey
> 225 Water Street, Suite 1800
> Jacksonville, Florida 32202

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 31st day of August, 2006.

/s/ W. Wright Banks, Jr.
W. WRIGHT BANKS, JR.
Senior Assistant Attorney General