

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 31, 2006
1:30 P.M..

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion (i) for Authority to Reject Non-Residential Real Property Lease for Store Number 1059 (ii) to Establish Bar Date for any rejection Damage Claims, and (iii) Granting Related Relief filed by Debtors (10361)

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

RULING:   Granted.
          Ord'd / Signed