

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 31, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Approval of Termination Agreement for Non-Residential Real Property Lease and for Related Relief (Store No. 2344) filed by Debtors' (10399)

APPEARANCES:
US TRUSTEE:   ELENA ESCAMILLA
UNSEC. CRED:  JOHN B. MACDONALD/PATRICK PATANGAN
              MATTHEW S. BARR

RULING: Granted
Ord/Signed