

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
August 31, 2006
1:30 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief as it relates to the rejection of such leases filed by Debtors (9886)

Cont'd to 9/14 @ 1:30
AOCNFN
as to remaining stores

**APPEARANCES:**

US TRUSTEE:   ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD/PATRICK PATANGAN
              MATTHEW S. BARR

RULING:   Granted as to stores unable to be sold
Ord/Signed