

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 31, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1　WINN-DIXIE STORES, INC.

Page 1 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims filed by Debtors (9746)

      Response filed by Commercial Net Lease Realty, Inc. (9949)

      Response filed by Southern Water Bottle, Inc., et al (10184)

      Response filed by Westland Plaza Associates, L.P. (10388)

      Response filed by Dell Marketing, L.P. (10398)

      Response filed by Ocean 505 Associates, et al. (10418)

APPEARANCES CONTINUED ON PAGE 3



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 31, 2006
1:30 P.M.

**PRO MEMO**

| | |
|---|---|
| **CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC. | Page 2 of 3 |

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Response filed by Xerox Capital Services, LLC (10419)

Response filed by New Plan Excel Realty Trust, Inc., et al (10426)

Response filed by Catamount Atlanta, LLC (10427)

Response filed by Catamount LS-KY, LLC (10428)

Response filed by Catamount Rockingham, LLC (10429)

Response filed by CAPX Realty, Inc. (10430)

Response filed by Daniel G. Kamin Zachary Enterprises, et al (10432)

Response filed by Bonner's Point, LLC (10501) untimely



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 31, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 3 of 3

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| COMMERCIAL NET LEASE REALTY, INC: | ZACHARY BANCROFT |
| SOUTHERN WATER BOTTLE, INC. ET AL: | RICHARD THAMES |
| WESTLAND PLAZA ASSOCIATES, LP: | J. DAVID FORSYTH |
| DELL MARKETING L.P.: | DAVID POLLACK |
| OCEAN 505 ASSOCIATES ET AL: | ADAM FRISCH |
| XEROX CAPITAL SERVICES LLC: | LORI VAUGHAN |
| NEW PLAN EXCEL REALTY TRUST INC ET AL: | DAVID POLLACK |
| CATAMOUNT ATLANTA, LLC: | C. DANIEL MOTSINGER |
| CATAMOUNT LS-KY, LLC: | C. DANIEL MOTSINGER |
| CATAMOUNT ROCKINGHAM, LLC: | C. DANIEL MOTSINGER |
| CAPX REALTY, INC.: | CHRISTIE DOWLING |
| DANIEL G. KAMIN ZACHARY ENTERPRISES ET AL: | SARA LORBER |
| BONNER'S POINT, LLC: | LESLIE WEEKS |

**RULING:** Cont'd as to 18 to 9/14 @ 1:30 AOCNFN
Resolved as to 6
54 reduced
76 reclassified

Granted (as to above)
Ord/Signed