UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER AUTHORIZING DEBTORS TO REJECT ADDITIONAL STORE
LEASES, ESTABLISHING REJECTION DAMAGE CLAIM BAR DATE
<u>AND GRANTING RELATED RELIEF</u>**

These cases came before the Court on the motion (Docket No. 9886) of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for, among other relief, entry of an order (i) under 11 U.S.C. § 365 authorizing the Debtors to reject non-residential real property leases of any of the seven Additional Stores[1] the Debtors are unable to sell and (ii) pursuant to Rule 3002(c)(4), Federal Rules of Bankruptcy Procedure, establishing a deadline by which the landlord for any such store must file any claim for rejection damages (the "Motion"). Objections to the proposed cure amounts were filed by a number of landlords whose leases will be rejected (Docket Nos. 10332 and 10498) (collectively, the "Cure Objections"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

2. The Debtors are authorized to reject each of the Additional Store Leases identified on the attached Schedule A pursuant to 11 U.S.C. § 365(a), effective as of September 30, 2006 (the "Rejection Date").

3. Because these leases are rejected, the Cure Objections are overruled as moot.

4. Each of the respective landlords must file any claim resulting from the rejection of their respective lease no later than October 31, 2006.

5. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any of the respective landlords or any of the landlords may have against any of the Debtors.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated August 31, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00528344.2

## SCHEDULE A

| Winn-Dixie Store No. | Store Address | City | ST |
|---|---|---|---|
| 124 | 2910 KERRY FOREST PARKWAY | TALLAHASSEE | FL |
| 162 | 14286 BEACH BOULEVARD | JACKSONVILLE | FL |
| 565 | 400 NORTH NAVY BOULEVARD | PENSACOLA | FL |
| 605 | 1199 EAST BAY DRIVE | LARGO | FL |

00528344.2