**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**NOTICE OF VOTING DEADLINE
(SEPTEMBER 25, 2006, 4:00 P.M. EASTERN TIME)**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that **September 25, 2006, at 4:00 p.m. Eastern Time**, is the deadline by which ballots to accept or reject the Debtors' joint plan of reorganization must be received by the voting agent. Press reports of an extension of the voting deadline are in error and should be disregarded. Such press reports have misinterpreted the extension of the Debtors' exclusive solicitation period, which extension has no affect on the voting deadline.

ANY BALLOT THAT IS NOT RECEIVED BY **SEPTEMBER 25, 2006, AT 4:00 P.M. EASTERN TIME**, WILL NOT BE COUNTED.

Dated: August 31, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  */s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Adam S. Ravin | By  */s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson,<br>    Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com<br>Co-Counsel for Debtors | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com<br>Co-Counsel for Debtors |