IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Case No. 05-03817-3F1 |

**MOTION OF CREDITOR MMMM, INC. TO SET ASIDE AND RECONSIDER THIS
COURTS ORDER OF MAY 4, 2006 REDUCING CLAIM OF MMMM, INC FOR LACK
OF NOTICE**

COMES NOW, MMMM, Inc., assignee of Royal Services, Inc., doing business as Mitch

Murch's Maintenance Management, by and through its attorneys, and for its Motion states to the

Court as follows:

1.      MMMM, Inc., who does business as Mitch Murch's Maintenance Management

("Movant"), is a Missouri Corporation represented by David M. Dare ("Dare") of the Law Firm

of Herren, Dare & Streett.

2.      Movant is the assignee and purchaser from Royal Services, Inc. of a certain

janitorial service contract for service at several buildings at the Debtors Corporate Offices at

5050 Edgewood Avenue in Jacksonville, Florida 32254.

3.      On June 27, 2005 a proof of claim was filed on behalf of Movant in the amount of

$39,203.46 with the claims agent, Logan and Company. This proof of claim mistakenly

contained invoices in the amount of $2,870.80 which were in fact post-petition amounts due. The

correct pre-petition balance owed to Movant by the Debtor is $36,332.66.

4.      The proof of claim was prepared and filed by Dare. It contained the name, address

and phone number for Dare and for Movant.

5.      On or about May 12, 2006 Dare received the bankruptcy court's May 4, 2006 Order in the above case reducing Movant's pre-petition claim in the case from $39,203.46 to $26,873.56. This reduction properly included the $2,870.80 in post-petition invoices, but also improperly included a reduction in the amount of $9,459.10 for "numerous invoice numbers lacking documentation or proof of delivery despite repeated inquiries." Dare received no inquiries regarding this proposed reduction and did not receive any notice of the proposed reduction or of any objection to the proof of claim previously filed. Dare is familiar with the form of notice sent out by the claims agent, and did not receive anything from them, the Debtor's Attorneys or the Court

6.      None of the employees of Movant received any communication from the Debtor, their counsel or the claims agent regarding the proposed reduction of Movant's proof of claim or any lack of documentation supporting Movant's claim. Nor did they receive any notice that anyone was proposing to reduce Movant's proof of claim or objecting to Movant's proof of claim until after the Court's May 4, 2006 Order had already been entered.

7.      The attached invoices, statement of account and affidavits accurately reflect the pre-petition balance due and owing to Movant from the Debtor of $36,332.66. Attached to the Affidavit of Dennis Mccracken are all of the invoices supporting Movant's proof of claim.

8.      Because neither Movant nor their counsel received prior notice that their proof of claim had been objected to or was to be reduced it is appropriate for This Court to set aside that portion of its May 4, 2006 order which reduces the claim of MMMM from $36,332.66 to $26,873.56, and allow and restore the amount and value of the claim to the proper amount of $36,332.66.

WHEREFORE, Movant, MMMM, Inc. prays that This Court set aside that portion of its May 4, 2006 order which reduces the claim of MMMM from $36,332.66 to $26,873.56, and allow and restore the amount and value of the claim to the proper amount of $36,332.66, and for such other, further relief as to the Court appears just and proper.

HERREN, DARE & STREETT

By:    /s/ David M. Dare
      David M. Dare Fed# 2935, MO# 35965
      1051 N. Harrison Ave.
      Kirkwood, MO 63122
      (314) 965-3373
      (314) 965-2225 Facsimile
      ddare@hdsstl.com

WALTERS LEVINE
KLINGENSMITH & THOMISON, P.A.

By:    /s/ Thomas C. Valentine
      Florida Bar No.:  321389
      1800 Second Street, Suite 808
      Sarasota, Florida  34236
      Telephone No.:  (941) 364-8787
      Telecopier No.:  (941) 361-3023
      tvalentine@walterslevine.com

Attorneys for MMMM, Inc.

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent by ECF Electronic Noticing on this August 31, 2006 to Debtor's Counsel and all parties entitled to notice.

/s/  Thomas C. Valentine