IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Case No. 05-03817-3F1 |

## AFFIDAVIT OF DENNIS MCKRACKEN

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) SS: |
| CITY OF ST. LOUIS | ) |

Now comes Affiant, Dennis McKracken, being first duly cautioned and sworn, and deposes and states as follows:

1.    I am the Controller of MMMM, Inc., who does business as Mitch Murch's Maintenance Management ("MMMM"), a Missouri Corporation. I have personal knowledge of the facts stated in this Affidavit and am competent to testify as to these matters.

2.    MMMM is the assignee and purchaser from Royal Services, Inc. of a certain janitorial service contract for service at several buildings at the Debtors Corporate Offices at 5050 Edgewood Avenue in Jacksonville, Florida 32254.

3.    On or about June 1, 2005 I instructed bankruptcy counsel David M. Dare of the law Firm of Herren, Dare & Streett to file a proof of claim for all pre-petition amounts owed to MMMM by the Debtor on the above contracts in the amount of $~~39,203.46~~ 36,332.66.

4.    On June 27, 2005 a proof of claim was filed on behalf of MMMM in the amount of $39,203.46 with the claims agent, Logan and Company. This proof of claim mistakenly contained invoices in the amount of $2,870.80 which were in fact post-petition amounts due. The correct pre-petition balance owed to MMMM by the Debtor is $36,332.66.

5.   On or about May 12, 2006 my counsel informed me that he had just received an order from the bankruptcy court in the above case reducing MMMM's pre-petition claim in the case from $39,203.46 to $26,873.56. This reduction properly included the $2,870.80 in post-petition invoices, but also improperly included a reduction in the amount of $9,459.10 for "numerous invoice numbers lacking documentation or proof of delivery despite repeated inquiries." My counsel informed me that he had received no inquiries regarding this proposed reduction and that he had not even received any notice of the proposed reduction or of any objection to the proof of claim previously filed.

6.   As controller I have given my staff strict instructions that any mail concerning any bankruptcy in which MMMM is a creditor is to be promptly sent directly to me. After making inquiries among my staff I have determined that neither I nor my staff received any communication from the Debtor, their counsel or the claims agent regarding the proposed reduction of MMMM's proof of claim or any lack of documentation supporting MMMM's claim. I did not receive any notice that anyone was proposing to reduce MMMM's proof of claim until I received word from my counsel after the reduction had already been accomplished.

7.   The attached invoices and statement of account accurately reflect the pre-petition balance due and owing to MMMM from the Debtor of $36,332.66.

FURTHER AFFIANT SAYETH NAUGHT.

DENNIS MCCRACKEN

Sworn to before me and subscribed in my presence this _2_ day of August, 2006.

MARCIE A. JACKSON
Notary Public - Notary Seal
State of Missouri
City of St. Louis
My Commission Exp. 09/07/2007

NOTARY PUBLIC

# MMMM

Customers Listed: 11040 To 11045
Aging Date: 05/12/06
Cut-Off Date: 05/12/06

## Invoice Aging
Date Range: All Dates

05/12/06   11:32:08 AM   Page 1 of 3

| Customer # | Customer Name | | | | | | Credit Limit | | | Terms | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | Date | Ref | Sales Rep | Job # | Invoice # | Original Amount | Current | 31 - 60 | 61 - 90 | 91 Plus | Balance Due |
| 11040 | Winn-Dixie Stores, Corporate | | | **Carlton Johns** | **(904) 783-5363** | | | | Last Payment Date: 05/01/06 Due Upon Receipt | | Page 1 of 3 |
| | 01/31/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 94221 | 331.57 | | | | 331.57 | 331.57 |
| | 01/31/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 94222 | 180.04 | | | | 180.04 | 180.04 |
| | 01/31/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 94223 | 188.71 | | | | 188.71 | 188.71 |
| | 01/31/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 94224 | 74.65 | | | | 74.65 | 74.65 |
| | 01/31/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 94255 | 133.75 | | | | 133.75 | 133.75 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95220 | 13,424.22 | | | | 13,424.22 | 13,424.22 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95243 | 254.68 | | | | 254.68 | 254.68 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95244 | 138.66 | | | | 138.66 | 138.66 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95245 | 143.55 | | | | 143.55 | 143.55 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95246 | 57.52 | | | | 57.52 | 57.52 |
| | 01/31/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 105217 | 277.15 | | | | 277.15 | 277.15 |
| | 01/31/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 105218 | 213.66 | | | | 213.66 | 213.66 |
| | 01/31/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 105219 | 69.08 | | | | 69.08 | 69.08 |
| | 03/31/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107026 | 53.01 | | 53.01 | | | 53.01 |
| | 03/31/06 | Inv | | 11000 Jacksonville Special Ser | 107050 | 341.33 | | 341.33 | | | 341.33 |
| | 03/31/06 | Inv | | 11000 Jacksonville Special Ser | 107051 | 170.67 | | 170.67 | | | 170.67 |
| | 04/01/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 106744 | 17,898.96 | | 17,898.96 | | | 17,898.96 |
| | 04/20/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107321 | 1,342.68 | 1,342.68 | | | | 1,342.68 |
| | 04/28/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107781 | 282.93 | 282.93 | | | | 282.93 |
| | 04/28/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107782 | 214.09 | 214.09 | | | | 214.09 |
| | 04/28/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107783 | 46.50 | 46.50 | | | | 46.50 |
| | 05/01/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107682 | 17,898.96 | 17,898.96 | | | | 17,898.96 |
| | | | | | **Sub Total:** | 53,736.37 | 19,785.16 | 18,463.97 | | 15,487.24 | 53,736.37 |

Unapplied Cash: ($1671.61) Actual Amount Due: $52,064.76

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11041 | Winn-Dixie Stores, Cassat Ave. | | | **Carlton Johns** | **(904) 783-5363** | | | | Last Payment Date: 05/01/06 Due Upon Receipt | | |
| | 11/29/04 | Inv | | 11040 Winn-Dixie Stores, Corp | 92164 | 1,699.06 | | | | 1,699.06 | 1,699.06 |
| | 12/31/04 | Inv | | 11040 Winn-Dixie Stores, Corp | 93266 | 866.66 | | | | 866.66 | 866.66 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95222 | 2,588.87 | | | | 2,588.87 | 2,588.87 |
| | 04/01/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 106745 | 3,451.82 | | 3,451.82 | | | 3,451.82 |
| | 05/01/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107583 | 3,451.82 | 3,451.82 | | | | 3,451.82 |
| | | | | | **Sub Total:** | 12,058.23 | 3,451.82 | 3,451.82 | | 5,154.59 | 12,058.23 |

**Company Totals**

**MMMM**

Customers Listed: 11040 To 11046
Aging Date: 05/12/06
Cut-Off Date: 05/12/06

**MMMM**

# Invoice Aging
Date Range: All Dates

05/12/06    11:32:08 AM

Page 2 of 3

| Customer # Status | Customer Name / Date | Ref | Sales Rep | Job # | Invoice # | Original Amount | Current | 31 - 60 | 61 - 90 | 91 Plus | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11042 | Winn-Dixie Stores - Astor Lab | | Carlton Johns | | (904) 783-5363 | | | | Last Payment Date: 04/03/06 Due Upon Receipt | | |
| | 01/25/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 93946 | 815.75 | | | | 815.75 | 815.75 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95224 | 4,091.15 | | | | 4,091.15 | 4,091.15 |
| | 04/01/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 106746 | 945.88 | | 945.88 | | | 945.88 |
| | 04/20/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107327 | 41.75 | 41.75 | | | | 41.75 |
| | 05/01/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107684 | 945.88 | 945.88 | | | | 945.88 |
| | Sub Total: | | | | | 6,840.41 | 987.63 | 945.88 | | 4,906.90 | 6,840.41 |
| 11043 | Winn-Dixie Stores, Centurion Pkwy. | | Carlton Johns | | (904) 783-5363 | | | | Last Payment Date: 05/01/06 Due Upon Receipt | | |
| | 11/29/04 | Inv | | 11040 Winn-Dixie Stores, Corp | 92165 | 1,333.48 | | | | 1,333.48 | 1,333.48 |
| | 12/17/04 | Inv | | 11040 Winn-Dixie Stores, Corp | 92669 | 393.59 | | | | 393.59 | 393.59 |
| | 12/31/04 | Inv | | 11040 Winn-Dixie Stores, Corp | 93268 | 626.49 | | | | 626.49 | 626.49 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95226 | 4,887.66 | | | | 4,887.66 | 4,887.66 |
| | 03/23/06 | CM | | 11040 Winn-Dixie Stores, Corp | 106422 | (356.78) | | (356.78) | | | (356.78) |
| | 04/01/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 106747 | 6,516.87 | | 6,516.87 | | | 6,516.87 |
| | 04/06/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107313 | 623.87 | 623.87 | | | | 623.87 |
| | 04/20/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107862 | 566.67 | 566.67 | | | | 566.67 |
| | 05/03/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107685 | 6,516.87 | 6,516.87 | | | | 6,516.87 |
| | Sub Total: | | | | | 21,108.72 | 7,707.41 | 6,160.09 | | 7,241.22 | 21,108.72 |

Unapplied Cash: ($609.64) Actual Amount Due: $20,299.08

| Customer # Status | Customer Name / Date | Ref | Sales Rep | Job # | Invoice # | Original Amount | Current | 31 - 60 | 61 - 90 | 91 Plus | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11045 | Winn - Dixie Stores (7596 Centurion Pkwy) | | Carlton Johns | | (904) 783-5363 | | | | Last Payment Date: 05/01/06 Due Upon Receipt | | |
| | 11/29/04 | Inv | | 11040 Winn-Dixie Stores, Corp | 92166 | 1,590.36 | | | | 1,590.36 | 1,590.36 |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95228 | 2,048.40 | | | | 2,048.40 | 2,048.40 |
| | 04/01/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 106746 | 2,731.19 | | 2,731.19 | | | 2,731.19 |
| | 04/20/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107325 | 391.86 | 391.86 | | | | 391.86 |
| | 05/01/06 | Inv | | 11040 Winn-Dixie Stores, Corp | 107686 | 2,731.19 | 2,731.19 | | | | 2,731.19 |
| | Sub Total: | | | | | 9,493.00 | 3,123.05 | 2,731.19 | | 3,638.76 | 9,493.00 |

Unapplied Cash: ($546.17) Actual Amount Due: $8,946.83

| Customer # Status | Customer Name / Date | Ref | Sales Rep | Job # | Invoice # | Original Amount | Current | 31 - 60 | 61 - 90 | 91 Plus | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11046 | Winn-Dixie Stores, Hanger Offices | | Carlton Johns | | (904) 783-5363 | | | | Last Payment Date: 08/16/05 Due Upon Receipt | | |
| | 02/19/05 | Inv | | 11040 Winn-Dixie Stores, Corp | 95230 | 463.84 | 463.84 | | | | 463.84 |
| | Sub Total: | | | | | 463.84 | 463.84 | | | | 463.84 |

Company Totals

# MMMM

Customers Listed: 11040 To 11046
Aging Date: 05/12/06
Cut-Off Date: 05/12/06

**MMMM**

## Invoice Aging
Date Range: All Dates

05/12/06   11:32:08 AM                                    Page 3 of 3

| Customer # Status | Customer Name Date | Ref | Sales Rep | Job # | Invoice # | Original Amount | Current | Credit Limit 31 - 60 | 61 - 90 | Terms 91 Plus | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Totals : | $103,700.57 | $35,055.07 | | $31,752.95 | $0.00 | $36,892.55 | $103,700.57 |
| | | | | | | | 33.80% | 30.62% | 0.00% | 35.58% | 100.00% |
| | | | | Total Unapplied Cash : | | | | | | | ($3,027.42) |
| | | | | Grand Totals : | $103,700.57 | $35,055.07 | | $31,752.95 | $0.00 | $36,892.55 | $100,673.15 |

*(handwritten)*
overchange
105217  /06
105218  /06
105219  /06

277.15
213.66
69.08

Claim should
be

36,332.66

Company Totals

# Accounts Receivable:  Invoice Entry

Invoice Date: 1/31/2005      Invoice Number: 94221            Posting Date: 1/31/2005      Print Status: Invoice Printed

Posted                                                       Outstanding

### Bill To Information                                      ### Service Location

Number: 11040                                                Number: 11040
  Attn: Mr. Carlton Johns                            Taxes: Fl
  Name: Winn-Dixie Stores, Corporate                 Name: Winn-Dixie Stores, Corporate
  Addr1: 5050 Edgewood Ave                            Addr1:
  Addr2:                                              Addr2:
  City: Jacksonville          FL   32254-____            City: Jacksonville       FL   32254-____

Terms: Due 15 Days From Invoice Date       Sales Rep:                            PO Number:
Notes:                                     Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| 5 | 4x6 Mat Exchange Service | True | 10 | 16.00 | 4.49 | $71.84 |
| 5 | 3x10 Mat Exchange Service | True | 20 | 40.00 | 5.59 | $223.60 |
| 5 | Environmental Fee | True | 30 | | | $14.44 |
| | | | | | Revenue Total: | $309.88 |
| | | | | | Tax: | $21.69 |
| | | | | | Invoice Total: | $331.57 |

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $309.88 |
| | | | Amount Left: | $0.00 |

# Accounts Receivable:  Invoice Entry

Invoice Date: 1/31/2005      Invoice Number: 94222          Posting Date: 1/31/2005      Print Status: Invoice Printed

Posted                                                                          Outstanding

**Bill To Information**                                              **Service Location**

Number: 11040                                              Number: 11040
  Attn: Mr. Carlton Johns                                 Taxes: Fl
  Name: Winn-Dixie Stores, Corporate                      Name: Winn-dixie Stores Commonwealth
  Addr1: 5050 Edgewood Ave                                Addr1:
  Addr2:                                                  Addr2:
  City: Jacksonville        FL    32254-____              City: Jacksonville      FL    32254-____

Terms: Due 15 Days From Invoice Date           Sales Rep:                          PO Number:
Notes:                                         Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| 5 | 3x5 Mat Exchange Service | True | 10 | 3.00 | 3.50 | $10.50 |
| 5 | 4x6 Mat Exchange Service | True | 20 | 12.00 | 4.49 | $53.88 |
| 5 | 3x10 Mat Exchange Service | True | 30 | 16.00 | 5.59 | $89.44 |
| 5 | Environmental Fee | True | 40 | | | $14.44 |

|  |  |
|---|---|
| Revenue Total: | $168.26 |
| Tax: | $11.78 |
| Invoice Total: | $180.04 |

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $168.26 |
|  |  |  | Amount Left: | $0.00 |

# Accounts Receivable:  Invoice Entry

Invoice Date: 1/31/2005      Invoice Number: 94223            Posting Date: 1/31/2005      Print Status: Invoice Printed

Posted                                                    Outstanding

### Bill To Information                                   ### Service Location

Number: 11040                                       Number: 11040
  Attn: Mr. Carlton Johns                           Taxes: Fl
  Name: Winn-Dixie Stores, Corporate                Name: Winn-dixie Stores
  Addr1: 5050 Edgewood Ave                           Addr1: Centurion Parkway
  Addr2:                                             Addr2:
   City: Jacksonville      FL   32254-____         City: Jacksonville      FL   32254-____

Terms: Due 15 Days From Invoice Date      Sales Rep:                        PO Number:
Notes:                                    Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| 5 | 3x5 Mat Exchange Service | True | 10 | 36.00 | 3.50 | $126.00 |
| 5 | 4x6 Mat Exchange Service | True | 20 | 8.00 | 4.49 | $35.92 |
| 5 | Environmental Fee | True | 30 | | | $14.44 |

Revenue Total: $176.36
Tax: $12.35
Invoice Total: $188.71

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $176.36 |

Amount Left:      $0.00

# Accounts Receivable:  Invoice Entry

Invoice Date: 1/31/2005      Invoice Number: 94224          Posting Date: 1/31/2005      Print Status: Invoice Printed
                             Posted                                                     Outstanding

### Bill To Information                                                    Service Location

Number: 11040                                             Number: 11040
   Attn: Mr. Carlton Johns                                   Taxes: Fl
   Name: Winn-Dixie Stores, Corporate                        Name: Winn-dixie Stores
   Addr1: 5050 Edgewood Ave                                  Addr1: Cassat Avenue
   Addr2:                                                    Addr2:
   City: Jacksonville        FL    32254-____                  City: Jacksonville      FL   32254-____

Terms: Due 15 Days From Invoice Date        Sales Rep:                         PO Number:
Notes:                                      Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| 5 | 3x5 Mat Exchange Service | True | 10 | 4.00 | 3.50 | $14.00 |
| 5 | 4x6 Mat Exchange Service | True | 20 | 4.00 | 4.49 | $17.96 |
| 5 | 3x10 Mat Exchange Service | True | 30 | 4.00 | 5.59 | $22.36 |
| 5 | Environmental Fee | True | 40 | | | $15.45 |

|  |  |
|---|---|
| Revenue Total: | $69.77 |
| Tax: | $4.88 |
| Invoice Total: | $74.65 |

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $69.77 |
|  |  |  | Amount Left: | $0.00 |

# Accounts Receivable: Invoice Entry

Invoice Date: 1/31/2005    Invoice Number: 94255            Posting Date: 1/31/2005    Print Status: Invoice Printed

                       Posted                                                        Outstanding

### Bill To Information                                      ### Service Location

Number: 11040                                               Number: 11040
  Attn: Mr. Carlton Johns                                     Taxes: Fl
  Name: Winn-Dixie Stores, Corporate                          Name: Winn-dixie Stores, Commonwealth
  Addr1: 5050 Edgewood Ave                                    Addr1:
  Addr2:                                                      Addr2:
  City: Jacksonville        FL    32254-____                    City: Jacksonville        FL    32254-____

Terms: Due 15 Days From Invoice Date        Sales Rep:                          PO Number:
Notes:                                      Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| 1 | Clean office Windows - Inside and out | True | | 10 | | $125.00 |
| | | | | | Revenue Total: | $125.00 |
| | | | | | Tax: | $8.75 |
| | | | | | Invoice Total: | $133.75 |

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3000 | Sales | 11040 | Winn-Dixie Stores, Corporate | $125.00 |
| | | | Amount Left: | $0.00 |

# Accounts Receivable:  Invoice Entry

Invoice Date: 11/29/2004    Invoice Number: 92164        Posting Date: 11/29/2004    Print Status: Invoice Reprinted

Posted                                                        Outstanding

### Bill To Information                                        ### Service Location

Number: 11041                                                 Number: 11040
   Attn:                                                         Taxes: Fl
   Name: Winn-Dixie Stores, Cassat Ave.                          Name: Winn-Dixie Stores, Cassat Ave.
   Addr1: 5050 Edgewood Ave                                      Addr1: 5050 Edgewood Ave
   Addr2:                                                        Addr2:
   City: Jacksonville        FL    32254-____                       City: Jacksonville        FL    32254-____

Terms: Due 15 Days From Invoice Date        Sales Rep:                                PO Number:
Notes: USR#48370070560                      Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| | SUPPLIES - NOVEMBER 2004 | False | 10 | | | |
| 5 | Scott Roll Towels  #1040 | True | 20 | 10.00 | 56.89 Cs | $568.90 |
| 5 | Scott Jr Toilet Tissue | True | 30 | 10.00 | 34.25 Cs | $342.50 |
| 5 | Plastic Liners PL40x48 | True | 40 | 6.00 | 23.09 Cs | $138.54 |
| 5 | Kleenex Facial Tissue | True | 50 | 4.00 | 59.00 Cs | $236.00 |
| 5 | Lotion Soap | True | 60 | 5.00 | 56.97 Cs | $284.85 |
| 5 | Urinal Screen - Cherry | True | 70 | 1.00 | 17.12 Dz | $17.12 |

Revenue Total:    $1,587.91
Tax:    $111.15
Invoice Total:    $1,699.06

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $1,587.91 |

Amount Left:    $0.00

# Accounts Receivable:  Invoice Entry

Invoice Date: 12/31/2004    Invoice Number: 93266          Posting Date: 12/31/2004    Print Status: Invoice Reprinted

                        Posted                                                    Outstanding

### Bill To Information                                        Service Location

Number: 11041                                          Number: 11040
  Attn:                                                  Taxes: Fl
  Name: Winn-Dixie Stores, Cassat Ave.                   Name: Winn-dixie Stores, Cassat Ave.-days
  Addr1: 5050 Edgewood Ave                               Addr1: 5050 Edgewood Ave
  Addr2:                                                 Addr2:
  City: Jacksonville      FL    32254-____                City: Jacksonville      FL    32254-____

Terms: Due 15 Days From Invoice Date        Sales Rep:                    PO Number:
Notes: USR#48370118030                      Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| | SUPPLIES - DECEMBER 2004 | False | 10 | | | |
| 5 | Scott Roll Towels #1040 | True | 20 | 8.00 | 56.89 Cs | $455.12 |
| 5 | Plastic Liners PL40x48 | True | 30 | 8.00 | 21.08 Cs | $168.64 |
| 5 | Pink Lotion Soap | True | 40 | 5.00 | 37.24 Cs | $186.20 |
| | | | | | Revenue Total: | $809.96 |
| | | | | | Tax: | $56.70 |
| | | | | | Invoice Total: | $866.66 |

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $809.96 |
| | | | Amount Left: | $0.00 |

# Accounts Receivable:  Invoice Entry

Invoice Date: 1/25/2005      Invoice Number: 93946          Posting Date: 1/25/2005      Print Status: Invoice Printed

Posted                                                        Outstanding

### Bill To Information                                     Service Location

Number: 11042                                           Number: 11040
  Attn: Mr. Carlton Johns                             Taxes: Fl
  Name: Winn-Dixie Stores, Commonwealth                Name: Winn-Dixie Stores, Commonwealth
  Addr1: 5050 Edgewood Ave.                            Addr1: 5050 Edgewood Ave.
  Addr2:                                               Addr2:
  City: Jacksonville      FL    32254-____                City: Jacksonville      FL    32254-____

Terms: Due 15 Days From Invoice Date        Sales Rep:                    PO Number:
Notes: USR #48370148875                     Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| | SUPPLIES - JANUARY 2005 | False | 10 | | | |
| 5 | M-Fold Towels | True | 20 | 8.00 | 18.38 Cs | $147.04 |
| 5 | Scott Roll Towels | True | 30 | 6.00 | 56.89 Cs | $341.34 |
| 5 | Scott Jr Tissue | True | 40 | 8.00 | 34.25 Cs | $274.00 |
| | | | | | Revenue Total: | $762.38 |
| | | | | | Tax: | $53.37 |
| | | | | | Invoice Total: | $815.75 |

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $762.38 |
| | | | Amount Left: | $0.00 |

# Accounts Receivable: Invoice Entry

Invoice Date: 11/29/2004    Invoice Number: 92165          Posting Date: 11/29/2004    Print Status: Invoice Reprinted

             Posted                                                    Outstanding

        **Bill To Information**                                   **Service Location**

Number: 11043                                    Number: 11040
  Attn:                                            Taxes: Fl
  Name: Winn-Dixie Stores, Centurion Pkwy.        Name: Winn-Dixie Stores, Centurion Pkwy.
  Addr1: 5050 Edgewood Ave.                        Addr1: 5050 Edgewood Ave.
  Addr2:                                           Addr2:
  City: Jacksonville      FL    32254-____         City: Jacksonville      FL    32254-____

Terms: Due 15 Days From Invoice Date      Sales Rep:                      PO Number:
Notes:                                    Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| | SUPPLIES - NOVEMBER 2004 | False | 10 | | | |
| 5 | Scott Roll Towels #1040 | True | 20 | 8.00 | 56.89 Cs | $455.12 |
| 5 | Scott Jr Toilet Tissue | True | 30 | 8.00 | 34.25 Cs | $274.00 |
| 5 | Plastic Liners PL24x24 | True | 40 | 4.00 | 11.06 Cs | $44.24 |
| 5 | Lotion Soap | True | 50 | 8.00 | 56.97 Cs | $455.76 |
| 5 | Urinal Screen - Cherry | True | 60 | 1.00 | 17.12 Cs | $17.12 |

                                                          Revenue Total:    $1,246.24
                                                                    Tax:       $87.24
                                                           Invoice Total:    $1,333.48

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $1,246.24 |

                                                     Amount Left:        $0.00

# Accounts Receivable:  Invoice Entry

Invoice Date: 12/17/2004    Invoice Number: 92669           Posting Date: 12/17/2004    Print Status: Invoice Reprinted

                        Posted                                                    Outstanding

               **Bill To Information**                                      **Service Location**

Number: 11043                                              Number: 11040
  Attn:                                                      Taxes: Fl
  Name: Winn-Dixie Stores, Centurion Pkwy.                   Name: Winn-Dixie Stores, Centurion Pkwy.
  Addr1: 5050 Edgewood Ave.                                  Addr1: 5050 Edgewood Ave.
  Addr2:                                                     Addr2:
    City: Jacksonville       FL   32254-____                   City: Jacksonville      FL   32254-____

Terms: Due 15 Days From Invoice Date         Sales Rep:                           PO Number:
Notes: USR#48370101995                       Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| | SUPPLIES - DECEMBER 2004 | False | 10 | | | |
| 5 | White Enmotion Towels Large | True | 20 | 8.00 | 45.98 Cs | $367.84 |
| | | | | | Revenue Total: | $367.84 |
| | | | | | Tax: | $25.75 |
| | | | | | Invoice Total: | $393.59 |

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $367.84 |
| | | | Amount Left: | $0.00 |

# Accounts Receivable:  Invoice Entry

Invoice Date: 12/31/2004    Invoice Number: 93268          Posting Date: 12/31/2004    Print Status: Invoice Reprinted

Posted                                                           Outstanding

### Bill To Information                                          ### Service Location

Number: 11043                                            Number: 11040
  Attn:                                                  Taxes: FI
  Name: Winn-Dixie Stores, Centurion Pkwy.              Name: Winn-Dixie Stores, Centurion Pkwy.
  Addr1: 5050 Edgewood Ave.                               Addr1: 5050 Edgewood Ave.
  Addr2:                                                  Addr2:
  City: Jacksonville      FL    32254-____                City: Jacksonville      FL    32254-____

Terms: Due 15 Days From Invoice Date       Sales Rep:                          PO Number:
Notes: USR#48370125495&48370127025         Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
|  | SUPPLIES - DECEMBER 2004 | False | 10 |  |  |  |
| 5 | Scott Jr Tissue | True | 20 | 10.00 | 34.25 Cs | $342.50 |
| 5 | Plastic Liners PL40x46 | True | 30 | 10.00 | 24.30 Cs | $243.00 |

|  |  |  |
|---|---|---|
| Revenue Total: | $585.50 |
| Tax: | $40.99 |
| Invoice Total: | $626.49 |

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $585.50 |
|  |  |  | Amount Left: | $0.00 |

# Accounts Receivable:  Invoice Entry

Invoice Date: 11/29/2004    Invoice Number: 92166          Posting Date: 11/29/2004    Print Status: Invoice Reprinted

Posted                                              Outstanding

**Bill To Information**                                  **Service Location**

Number: 11045                                  Number: 11040
  Attn:                                          Taxes: Fl
  Name: Winn - Dixie (7596 Centurion Pky)         Name: Winn - Dixie (7596 Centurion Pky)
  Addr1: 5050 Edgewood Ave.                       Addr1: 5050 Edgewood Ave.
  Addr2:                                          Addr2:
  City: Jacksonville        FL    32254-____        City: Jacksonville        FL    32254-____

Terms: Due 15 Days From Invoice Date      Sales Rep:                        PO Number:
Notes: USR#48370070610                    Invoice Being Credited:

## Invoice Details

| Item Number | Description | Taxable | Print Order | Quantity | Price Measure | Extension |
|---|---|---|---|---|---|---|
| | SUPPLIES - NOVEMBER 2004 | False | 10 | | | |
| 5 | Scott Roll Towels #1040 | True | 20 | 10.00 | 56.89 Cs | $568.90 |
| 5 | Scott Jumbo Toilet Tissue | True | 30 | 8.00 | 41.19 Cs | $329.52 |
| 5 | Plastic Liners PL24x24 | True | 40 | 4.00 | 11.06 Cs | $44.24 |
| 5 | Plastic Liners PL40x48 | True | 50 | 8.00 | 23.09 Cs | $184.72 |
| 5 | Lotion Soap | True | 60 | 6.00 | 56.97 Cs | $341.82 |
| 5 | Urinal Screen - Cherry | True | 70 | 1.00 | 17.12 Cs | $17.12 |

Revenue Total:  $1,486.32
Tax:  $104.04
Invoice Total:  $1,590.36

## Distribution Details

| G/L Account # | Description | Job # | Description | Amount |
|---|---|---|---|---|
| 3510 | Sales - Supplies (Resale) | 11040 | Winn-Dixie Stores, Corporate | $1,486.32 |

Amount Left:  $0.00



**Royal Services**
*Since 1914*

*A Division of:* Mixed Service Maintenance Management Co.

# MMMM

Environmental Service Provider

FED I.D. #43-1147598

2827 Clark Avenue ◄ St. Louis, MO 63103 ◄ (314) 535-2100

| INVOICE NO. | 95243 |
|---|---|
| DATE | 02/19/05 |

**CUSTOMER**

Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

**SERVICE LOCATION**

Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | CUSTOMER NO. 1040 | | P.O. NO. | |
|---|---|---|---|---|
| Description | Quantity | Unit of Measure | Price | Amount |
| Service for 2/1 - 2/21 | | | | |
| 4x6 Mat Exchange Service | | | | 54.12 |
| 3x10 Mat Exchange Service | | | | 171.30 |
| Environmental/Fuel Surcharge | | | | 12.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE PAY FROM THIS INVOICE
NO STATEMENT SENT UNLESS REQUESTED
A service charge of 1½% per month will be added to all
amounts not paid within 30 days of invoice date.

PAGE  1  OF  1

| | Subtotal | 238.02 |
|---|---|---|
| | Sales Tax | 16.66 |
| | TOTAL | 254.68 |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**

Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| Customer No. | 1040 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95243 |
| Invoice Date | 02/19/05 |
| Amount Due | 254.68 |
| Amount Remitted | |

PLEASE SEND REMITTANCE TO:

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000



A Division of 

**MMMM**

FED I.D. #43-1147598

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

Royal Services
Since 1914

| | |
|---|---|
| INVOICE NO. | 95244 |
| DATE | 02/19/05 |

**CUSTOMER**
Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

**SERVICE LOCATION**
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | | CUSTOMER NO. 1040 | | P.O. NO. | |
|---|---|---|---|---|---|
| Description | Quantity | Unit of Measure | Price | | Amount |
| Services for 2/1 - 2/21 | | | | | |
| 3x5 Mat Exchange Service | | | | | 7.88 |
| 4x6 Mat Exchange Service | | | | | 40.59 |
| 3x10 Mat Exchange Service | | | | | 68.52 |
| Environmental/Fuel Charge | | | | | 12.60 |
| | | | | | |

PLEASE PAY FROM THIS INVOICE
UPON RECEIPT
NO STATEMENT SENT UNLESS REQUESTED
A service charge of 1½% per month will be assessed on all
amounts not paid within 30 days of invoice date.

| | | | |
|---|---|---|---|
| | | | 129.59 |
| PAGE 1 OF 1 | | | 9.07 |
| | | TOTAL | 138.66 |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**

Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

PLEASE SEND REMITTANCE TO:

| | |
|---|---|
| Customer No. | 1040 |
| Job No. | 1040 |
| Invoice No. | 95244 |
| Invoice Date | 02/19/05 |
| Amount Due | 138.66 |
| Amount Remitted | |

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000



*A Division of* Mark Martin's Maintenance Management Co.

# MMMM

*The Quality Service Provider*

FED I.D. #43-1147598

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

Royal Services
*Since 1914*

| INVOICE NO. | 95245 |
|---|---|
| DATE | 02/19/05 |

**CUSTOMER**
Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

**SERVICE LOCATION**
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | | CUSTOMER NO. 1040 | | P.O. NO. | |
|---|---|---|---|---|---|
| Description | Quantity | Unit of Measure | Price | | Amount |
| Services for 2/1 - 2/21 | | | | | |
| 3x5 Mat Exchange Service | | | | | 94.50 |
| 4x6 Mat Exchange Service | | | | | 27.06 |
| Environmental/Fuel Charge | | | | | 12.60 |

PLEASE PAY FROM THIS INVOICE
UPON RECEIPT
NO STATEMENT SENT UNLESS REQUESTED
A service charge of 1½% per month will be assessed on all amount not paid within 30 days of invoice date.

| | | |
|---|---|---|
| PAGE 1 OF 1 | Subtotal | 134.16 |
| | Sales Tax | 9.39 |
| | **TOTAL** | **143.55** |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**
Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| Customer No. | 1040 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95245 |
| Invoice Date | 02/19/05 |
| Amount Due | 143.55 |
| Amount Remitted | |

PLEASE SEND REMITTANCE TO:

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000

*A Division of* **Stock Vendors Maintenance Management Ltd**

# MMMM

**Royal Services**
*Since 1914*

FED I.D. #43-1147598

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

| INVOICE NO. | 95246 |
|---|---|
| DATE | 02/19/05 |

**CUSTOMER**
Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

**SERVICE LOCATION**
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | CUSTOMER NO. 1040 | P.O. NO. | | |
|---|---|---|---|---|
| Description | Quantity | Unit of Measure | Price | Amount |
| Services for 2/1 - 2/21 | | | | |
| 3x5 Mat Exchange Service | | | | 10.50 |
| 4x6 Mat Exchange Service | | | | 13.53 |
| 3x10 Mat Exchange Service | | | | 17.13 |
| Environmental/Fuel Charge | | | | 12.60 |

PLEASE PAY FROM THIS INVOICE
UPON RECEIPT
NO STATEMENT SENT UNLESS REQUESTED

|  | | | | 53.76 |
|---|---|---|---|---|
| PAGE 1 OF 1 | | | | 3.76 |
| | | | TOTAL | 57.52 |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**
Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| Customer No. | 1040 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95246 |
| Invoice Date | 02/19/05 |
| Amount Due | 57.52 |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000

**RS** Royal Services Since 1914

A Division of: Mark Miscike Sanitation & Management Co.

# MMMM

The Master Service Provider

FED I.D. #43-1147588

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

| INVOICE NO. | 95220 |
|---|---|
| DATE | 02/19/05 |

**CUSTOMER**
Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

**SERVICE LOCATION**
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | | CUSTOMER NO. 1040 | | P.O. NO. | |
|---|---|---|---|---|---|
| Description | Quantity | Unit of Measure | | Price | Amount |
| Janitorial Services - 2/1 - 2/21 | | | | | 13,424.22 |
| | | | | | |
| | | | | | |
| | | | | | |
| PLEASE PAY FROM THIS INVOICE UPON RECEIPT | | PAGE 1 OF 1 | | | 13,424.22 |
| NO STATEMENT SENT UNLESS REQUESTED | | | | | |
| Service charge of 1½% per month will be assessed on all amounts not paid within 30 days of invoice date | | | | TOTAL | 13,424.22 |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**

Mr. Carlton Johns
Winn-Dixie Stores, Corporate
5050 Edgewood Ave
Jacksonville, FL 32254

| Customer No. | 1040 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95220 |
| Invoice Date | 02/19/05 |
| Amount Due | 13,424.22 |
| Amount Remitted | |

PLEASE SEND REMITTANCE TO:

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000

A Division of: **MMMM**

FED I.D. #43-1147598

**Royal Services**
Since 1914

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

| INVOICE NO. | 95222 |
|---|---|
| DATE | 02/19/05 |

**CUSTOMER**

Winn-Dixie Stores, Cassat Ave.
5050 Edgewood Ave
Jacksonville, FL 32254

**SERVICE LOCATION**

Winn-Dixie Stores, Cassat Ave.
5050 Edgewood Ave
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | | CUSTOMER NO. 1041 | | P.O. NO. | |
|---|---|---|---|---|---|
| Description | Quantity | Unit of Measure | Price | | Amount |
| Janitorial Services - 2/1 - 2/21 | | | | | 2,588.87 |
| | | | | | |
| | | | | | |
| | | | | | |
| PLEASE PAY FROM THIS INVOICE UPON RECEIPT | | | | Subtotal | 2,588.87 |
| NO STATEMENT SENT UNLESS REQUESTED | | PAGE   1   OF   1 | | Sales Tax | |
| A service charge of 1½% per month will be assessed on amounts not paid within 30 days of service date. | | | | TOTAL | 2,588.87 |

**▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼**

**ATTENTION:**

Winn-Dixie Stores, Cassat Ave.
5050 Edgewood Ave
Jacksonville, FL 32254

| Customer No. | 1041 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95222 |
| Invoice Date | 02/19/05 |
| Amount Due | 2,588.87 |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000



Royal Services
Since 1914

A Division of: 

*The Quality Service Provider*

FED I.D. #43-1147598

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

| INVOICE NO. | 95224 |
|---|---|
| DATL | 02/19/05 |

**CUSTOMER**

Winn-Dixie Stores, Commonwealth
5050 Edgewood Ave.
Jacksonville, FL 32254

**SERVICE LOCATION**

Winn-Dixie Stores, Commonwealth
5050 Edgewood Ave.
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | | CUSTOMER NO. 1042 | | P.O. NO. | |
|---|---|---|---|---|---|
| Description | Quantity | Unit of Measure | | Price | Amount |
| Janitorial Services - 2/1 - 2/21 | | | | | 4,091.15 |
| | | | | | |
| | | | | | |
| | | | | | |

PLEASE PAY FROM THIS INVOICE
UPON RECEIPT
NO STATEMENT SENT UNLESS REQUESTED
A service charge of 1½% per month will be assessed on all
amounts not paid within 30 days of invoice date.

| | 1 | OR | 1 | | 4,091.15 |
|---|---|---|---|---|---|
| | | | | **TOTAL** | 4,091.15 |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**

Winn-Dixie Stores, Commonwealth
5050 Edgewood Ave.
Jacksonville, FL 32254

| Customer No. | 1042 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95224 |
| Invoice Date | 02/19/05 |
| Amount Due | 4,091.15 |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000


Royal Services
Since 1914

A Division of


MMMM
The Quality Service Provider

FED I.D. #43-1147598

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

| INVOICE NO. | 95226 |
|---|---|
| DATE | 02/19/05 |

**CUSTOMER**

Winn-Dixie Stores, Centurion Pkwy.
5050 Edgewood Ave.
Jacksonville, FL 32254

**SERVICE LOCATION**

Winn-Dixie Stores, Centurion Pkwy.
5050 Edgewood Ave.
Jacksonville, FL 32254

**TERMS:** Due Upon Receipt

| | CUSTOMER NO. 1043 | | P.O. NO. | |
|---|---|---|---|---|

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| Janitorial Services - 2/1 - 2/21 | | | | 4,887.66 |
| | | | | |
| | | | | |
| | | | | |
| PLEASE PAY FROM THIS INVOICE | | | | 4,887.66 |
| UPON RECEIPT | | | | |
| NO STATEMENT SENT UNLESS REQUESTED | PAGE 1 OF 1 | Sales Tax | | |
| A service charge of 1 1/2% per month (18% per annum) on all past due balances will be added on all accounts with 30 days of invoice date. | | | TOTAL | 4,887.66 |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**

Winn-Dixie Stores, Centurion Pkwy.
5050 Edgewood Ave.
Jacksonville, FL 32254

| Customer No. | 1043 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95226 |
| Invoice Date | 02/19/05 |
| Amount Due | 4,887.66 |
| Amount Remitted | |

PLEASE SEND REMITTANCE TO:

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000



*A Division of* **MMMM**
The Quality Service Provider
FED I.D. #43-1147598

Royal Services
Since 1914

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

| INVOICE NO. | 95228 |
|---|---|
| DATE | 02/19/05 |

**CUSTOMER**

Winn - Dixie (7596 Centurion Pky)
5050 Edgewood Ave.
Jacksonville, FL 32254

**SERVICE LOCATION**

Winn - Dixie (7596 Centurion Pky)
5050 Edgewood Ave.
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | | CUSTOMER NO. 1045 | | P.O. NO. | |
|---|---|---|---|---|---|
| **Description** | **Quantity** | **Unit of Measure** | **Price** | | **Amount** |
| Janitorial Services - 2/1 - 2/21 | | | | | 2,048.40 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Sub Total | 2,048.40 |
| PLEASE PAY FROM THIS INVOICE UPON RECEIPT NO STATEMENT SENT UNLESS REQUESTED A service charge of 1½% per month will be assessed on all amounts not paid within 30 days of invoice date. | | PAGE 1 OF 1 | | Sales Tax | |
| | | | | **TOTAL** | 2,048.40 |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**

Winn - Dixie (7596 Centurion Pky)
5050 Edgewood Ave.
Jacksonville, FL 32254

| Customer No. | 1045 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95228 |
| Invoice Date | 02/19/05 |
| Amount Due | 2,048.40 |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000



**R S**
Royal Services
Since 1914

*A Division of*

# MMMM
The Quality Service Provider

FED I.D. #43-1147598

2827 Clark Avenue • St. Louis, MO 63103 • (314) 535-2100

| INVOICE NO. | 95230 |
|---|---|
| DATE | 02/19/05 |

**CUSTOMER**

Winn-Dixie Stores, Hanger Offices
5050 Edgewood Ave.
Jacksonville, FL 32254

**SERVICE LOCATION**

Winn-Dixie Stores, Hanger Offices
5050 Edgewood Ave.
Jacksonville, FL 32254

| TERMS: Due Upon Receipt | | CUSTOMER NO. 1046 | | P.O. NO. | |
|---|---|---|---|---|---|
| Description | Quantity | Unit of Measure | Price | | Amount |
| Janitorial Services - 2/1 - 2/21 | | | | | 463.84 |
| | | | | | |
| | | | | | |
| | | | | | |

PLEASE PAY FROM THIS INVOICE UPON RECEIPT

NO STATEMENT SENT UNLESS REQUESTED

A service charge of 1½% per month will be assessed on all amounts not paid within 30 days of invoice date.

PAGE  1  OF  1

| Sub-Total | 463.84 |
|---|---|
| Sales Tax | |
| **TOTAL** | **463.84** |

▼ TO INSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**

Winn-Dixie Stores, Hanger Offices
5050 Edgewood Ave.
Jacksonville, FL 32254

| Customer No. | 1046 |
|---|---|
| Job No. | 1040 |
| Invoice No. | 95230 |
| Invoice Date | 02/19/05 |
| Amount Due | 463.84 |
| Amount Remitted | |

PLEASE SEND REMITTANCE TO:

**ROYAL SERVICES**
P.O. BOX 798129
ST. LOUIS, MO 63179-8000