## DEUTSCHE BANK CLAIMS v. WINN-DIXIE STORES, et al.

| Debtor Entity | Amount | Date Filed / Date Amendment Filed (if any) | Claim No. / Amending Claim No. (if any) |
|---|---|---|---|
| Winn-Dixie Stores, Inc. | Contingent / Unliquidated | July 29, 2005 | 8868 |
| Winn-Dixie Stores, Inc. | $10,156,545.00 | July 29, 2005 | 8871 |
| Deep South Products, Inc. | $543,719.00 | July 29, 2005 | 8874 |
| Winn-Dixie Montgomery, Inc. | $6,218,787.00 | July 29, 2005 / December 20, 2005 | 8877 / 12795 |
| Winn-Dixie Montgomery, Inc. | $604,225.00 | July 29, 2005 / December 20, 2005 | 8878 / 12796 |
| Winn-Dixie Raleigh, Inc. | $6,037,547.00 | July 29, 2005 / December 20, 2005 | 8880 / 12797 |
| Winn-Dixie Raleigh, Inc. | $17,104,123.00 | July 29, 2005 | 8882 |
| Winn-Dixie Raleigh, Inc. | $11,317,327.00 | July 29, 2005 / December 20, 2005 | 8883 / 12798 |

**Total Claim Amount:** **$52,249,673.00 (includes certain real estate tax claims totaling approximately $54,000).**

10086638.1