

# CACTUS HOLDINGS GROUP, LLC

19487 Roble Court, Saratoga, CA 95070
Tel: (408) 868-1507; Fax: (408) 868-1509

F I L E D
JACKSONVILLE, FLORIDA

SEP 0 1 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

August 31, 2006

US Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 N. Hogan Street, Ste. 3-350
Jacksonville, FL .32202
Attn: Clerk of the Court

SUBJECT: <u>NOTICE OF TRANSFER OF CLAIM OTHER THAN SECURITY- CASE #05-11063 (RDD)</u>

Dear Sir/Madam,

Kindly record and file the attached Transfer of Claim in regards to Case No.05-11063 (RDD), Winn-Dixie Stores, Inc. Please also return a copy with the file stamp in the self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact us. Thank you for your assistance.

Respectfully,

Sue de Guzman
Credit Manager

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida (Jacksonville)

In re: Winn-Dixie Stores, Inc.   Case No. 05-03817-3F1

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CACTUS HOLDINGS GROUP, LLC** | **SCOTT-GROSS CO., INC.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:
**CACTUS HOLDINGS GROUP, LLC**
**19487 ROBLE CT.**
**Saratoga, CA. 95070**
Phone: **(408) 868-1507**

Court Record Address of Transferor (Court Use Only)

Last Four Digits of Acct#: _____

Name and Current Address of Transferor:
**SCOTT-GROSS CO., INC.**
**c/o Francine Clair Landau, Esquire**
**3219 Atlantic Blvd.**
**Jacksonville, FL. 32207**

Last Four Digits of Acct#: _____

Court Claim #(if known): **131**
Claim Amount: **$11,009.90**
Date Claim Filed: **March 14, 2005**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Maya Krish_   Date: 08/31/06
   Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

---
**~~DEADLINE TO OBJECT TO TRANSFER ~~**
---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   **CLERK OF THE COURT**

**SCOTT-GROSS CO., INC.** ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Ct., Saratoga, CA 95070, its successors and assigns ("Assignee") pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT, Re: WINN-DIXIE STORES, et al., (the "Debtor"), between Assignor and Assignee, all of its right, title, and interest in and to **SCOTT-GROSS CO., INC.** Claims of Assignor in the aggregate amount of **$11,009.90** representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court, Southern District of New York, NY administered as Case No. 05-11063. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1)

IN WITNESS WHEREOF, Assignor has signed below as of the __14__ day of __Aug__, 2006.

(Assignor)  
**SCOTT-GROSS COMPANY, INC.**

Signature: _Francine Landau_  
Name: Francine Landau  
Title: Attorney-in-fact

(Assignee)  
**CACTUS HOLDINGS GROUP, LLC**

Signature: _Maya Krish_  
Name: Maya Krish  
Title: Vice President, Credit

(Assignee)  
WITNESS:

Signature: _____  
Name: Sue de Guzman  
Title: Credit Manager