

# CACTUS HOLDINGS GROUP, LLC



19487 Roble Court, Saratoga, CA 95070
Tel: (408) 868-1507; Fax: (408) 868-1509

**F I L E D**
JACKSONVILLE, FLORIDA

**SEP 0 1 2006**

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

August 31, 2006

US Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 N. Hogan Street, Ste. 3-350
Jacksonville, FL .32202
Attn: Clerk of the Court

SUBJECT: <u>NOTICE OF TRANSFER OF CLAIM OTHER THAN SECURITY-
CASE #05-03817-3F1</u>

Dear Sir/Madam,

Kindly record and file the attached Transfer of Claim in regards to Case No.05-03817-3F1, Winn-Dixie Stores, Inc. Please also return a copy with the file stamp in the self-addressed stamped envelope.

If you have any questions, please do not hesitate to contact us. Thank you for your assistance.

Respectfully,

*[signature]*

Sue de Guzman
Credit Manager

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida (Jacksonville)

In re: Winn-Dixie Stores, Inc.         Case No. 05-03817-3F1

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CACTUS HOLDINGS GROUP, LLC**<br>Name of Transferee | **HEALTH TRANS LLC (HT LLC)**<br>Name of Transferor |
| Name and Address where notices and payments to transferee should be sent:<br>**CACTUS HOLDINGS GROUP, LLC**<br>**19487 ROBLE CT.**<br>**Saratoga, CA. 95070**<br>Phone: **(408) 868-1507** | Court Record Address of Transferor (Court Use Only)<br><br>Last Four Digits of Acct#: _____<br><br>Name and Current Address of Transferor:<br>**HEALTH TRANS LLC (HT LLC)**<br>**Attn: Angela Pauls**<br>**6061 South Willow Drive, Suite 125**<br>**Greenwood Village, CO 80111**<br><br>Last Four Digits of Acct#: _____<br><br>Court Claim #(if known): **1378**<br>Claim Amount: **$57,440.00**<br>Date Claim Filed: **5/09/05** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Maya Krish_                               Date: 08/31/06
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

---

**~~DEADLINE TO OBJECT TO TRANSFER ~~**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    **CLERK OF THE COURT**

HEALTHTRANS, LLC ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Ct., Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: WINN-DIXIE STORES, et al., (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to HEALTHTRANS, LLC. Claims of Assignor in the aggregate amount of $57,440.00, representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court Middle District of Florida administered as Case No. 05-03817. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1)

IN WITNESS WHEREOF, Assignor has signed below as of the __22__ day of __Aug.__, 2006.

(Assignor)  
**HEALTHTRANS, LLC**

Signature: _____  
Name: _____Craig M. Brown_____  
Title: _____Controller_____

(Assignee)  
**CACTUS HOLDINGS GROUP, LLC**

Signature: ____Maya Krish____  
Name: ____Maya Krish____  
Title: ____Vice President, Credit____

(Assignor)  
WITNESS:

Signature: ____Angela Pauls____  
Name: ____ANGELA PAULS____  
Title: ____Collections Analyst____

(Assignee)  
WITNESS:

Signature: _____  
Name: ____Sue de Guzman____  
Title: ____Credit Manager____