UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                           CASE NO. 05-03817-3F1

WINN DIXIE STORES, INC., ETAL        CHAPTER 11

DEBTORS                                          JOINTLY ADMINISTERED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO APPEAR PRO HAC VICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **Ashley E. Sandage of Cashe Lewis Coudrain & Sandage**, and makes this motion to appear pro hac vice in the above entitled and numbered cause. In support thereof, Movant would respectfully show the Court as follows:

1.

Movant's address is Post Office Drawer 1509, Hammond, Louisiana 70404 (106 South Magnolia Street, Hammond, Louisiana 70403).

2.

Movant is representing creditor, Sheriff Daniel Edwards, Sheriff and Ex-Officio Tax Collector for the Parish of Tangipahoa, State of Louisiana.

3.

Movant was admitted to practice by State of Louisiana in 1997.

4.

Movant is in good standing and is otherwise eligible to practice before this Court.

5.

Movant is not currently suspended or disbarred in any other Court.

6.

There are no pending grievances or other criminal matters pending against Movant.

7.

Movant has been admitted to practice in the following courts: U. S. District Court: Eastern, Middle and Western Districts of Louisiana and First Circuit Court of Appeal.

8.

Movant has read and will comply with the Local Rules of the Middle District Bankruptcy Court of Florida, including Rule 2090 (1) (2), the "Attorney's Admission to Practice and Discipline and Disbarment."

WHEREFORE, PREMISES CONSIDERED, Movant Prays that the Court grant this Motion to Appear Pro Hac Vice in this matter.

Respectfully submitted

CASHE LEWIS COUDRAIN & SANDAGE

*/s/ Ashley E. Sandage*
_____
Ashley E. Sandage
LA Bar Roll No. 24364
Post Office Drawer 1509
Hammond, LA 70404
Post Office Box 1509
Hammond LA 70404
985 542-6848 telephone
985 542-9602 facsimile

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                              CASE NO. 05-03817-3F1

WINN DIXIE STORES, INC., ETAL                  CHAPTER 11

DEBTORS                                                          JOINTLY ADMINISTERED

*************************************************************************

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Motion to Appear Pro Hac Vice has been forwarded to:

| | |
|---|---|
| Stephen D Busey | D J Baker |
| James H Post | Sally McDonald Henry |
| Cynthia C Jackson | Rosalie Gray |
| 225 Water Street | Four Times Square |
| Suite 1800 | New York NY 10036 |
| Jacksonville FL 32202 | |

by United States Mail on this _____ day of September, 2006.

Respectfully submitted,

CASHE LEWIS COUDRAIN & SANDAGE

*/s/ Ashley E. Sandage*
_____
Ashley E. Sandage
LA Bar Roll No 24364
Post Office Box 1509
Hammond LA 70404
985 542 6848
985 542 9602 facsimile

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          CASE NO. 05-03817-3F1

WINN DIXIE STORES, INC., ETAL            CHAPTER 11

DEBTORS                                         JOINTLY ADMINISTERED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER PRO HAC VICE**

Came on this day to be considered the *Motion for Admission Pro Hac Vice* of Ashley E. Sandage for purposes of the above entitled and numbered cause. After careful consideration, the Court is of the opinion that the motion is good, and should, in all things, be granted, with the following order issuing.

It is therefore:

**ORDERED** that the Movant's *Motion for Admission Pro Hac Vice* is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Ashley E. Sandage is hereby **ADMITTED** to the United States Bankruptcy Court for the Middle District of Florida for purposes of the above entitled and numbered action.

**IT IS SO ORDERED.**

**SIGNED** this _____ day of _____, 2006.

_____
JUDGE, U. S. BANKRUPTCY COURT