UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>Debtors.[1] | Chapter 11<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about August 28, 2006 I caused copies of:

•   the **Order Disallowing (A) No Liability Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims, As Set Forth in the Debtors' Fifteenth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 5, 2006

Kathleen M. Logan

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) Overstated**
**Claims and (C) Overstated Misclassified Claims, as Set Forth**
**in the Debtors' Fifteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241280-12<br>7595 CENTURION PARKWAY LLC<br>C/O PHOENIX REALTY GROUP INC<br>ATTN JAMES J SEBESTA<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873 | CREDITOR ID: 241280-12<br>7595 CENTURION PARKWAY LLC<br>C/O MCGUIREWOODS, LLP<br>ATTN: ROBERT A COX, JR., ESQ<br>BANK OF AMERICA CORP CENTER<br>100 NORTH TYRON ST, STE 2900<br>CHARLOTTE NC 28202 | CREDITOR ID: 241522-12<br>ACHILLES REALTY COMPANY<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 241545-12<br>ACRON USA FONDS WINN DIXIE LP<br>C/O RIGGS, ABNEY LAW FIRM<br>ATTN RYAN J ASSINK, ESQ<br>502 W 6TH STREET<br>TULSA OK 74119 | CREDITOR ID: 241545-12<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1516 S BOSTON AVE, SUITE 215<br>TULSA, OK 74119 | CREDITOR ID: 241601-12<br>ADDISON COMMERCIAL REAL ESTATE<br>ATTN GRAFTON D ADDISON, II, PRES<br>118 W ADAMS STREET, SUITE 1000<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 407535-15<br>ADECCO EMPLOYMENT SERVICES, BY<br>NATIONAL SALES SVCES INC, AGENT<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | CREDITOR ID: 410780-15<br>ALLIED CAPITAL CORP, SVCER<br>ACGS 2004 LLC SECURED NOTES<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 |
| CREDITOR ID: 399441-15<br>AQUA STAR<br>ATTN ANDREW PICKERING, CFO<br>2025 1ST AVENUE, SUITE 200<br>SEATTLE WA 98121 | CREDITOR ID: 242725-12<br>ATLANTA FOODS INTERNATIONAL<br>ATTN DOUG JAY<br>255 SPRING STREET, SW<br>ATLANTA, GA 30303 | CREDITOR ID: 242725-12<br>ATLANTA FOODS INTERNATIONAL<br>C/O TROUTMAN SANDERS, LLP<br>ATTN HARRIS B WINSBERG, ESQ<br>500 PEACHTREE STREET, NE, STE 5200<br>ATLANTA GA 30308-2216 |
| CREDITOR ID: 408391-97<br>ATLANTA FOODS INTERNATIONAL<br>ATTN: DAN CROWLEY, VP<br>PO BOX 116585<br>ATLANTA GA 30368-6585 | CREDITOR ID: 415974-15<br>AUTOZONE MISSISSIPPI PROPERTIES INC<br>C/O BASS BERRY & SIMS, PLC<br>ATTN BRADLEY L OTTINGER, ESQ<br>100 PEABODY PLACE, SUITE 900<br>MEMPHIS TN 38103 | CREDITOR ID: 251266-12<br>BAGWELL, HAROLD G<br>PO BOX 1700<br>GARNER, NC 27529 |
| CREDITOR ID: 251266-12<br>BAGWELL, HAROLD G<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN JEFFREY T KUCERA, ESQ<br>201 S BISCAYNE BLVD, SUITE 2000<br>MIAMI FL 33131-2399 | CREDITOR ID: 398024-74<br>BAKER & HOSTETLER, LLP<br>ATTN KEVIN SHAUGHNESSY, ESQ.<br>SUN TRUST CENTER<br>200 S ORANGE AVENUE, SUITE 2300<br>ORLANDO FL 32801 | CREDITOR ID: 381993-36<br>BARBER MILK, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKENNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 |
| CREDITOR ID: 399361-15<br>BARDSTOWN SC, LLC, SUCCESSOR TO<br>KHS DEVELOPMENT CO<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>201 EAST FIFTH ST, 2200 PNC CENTER<br>CINCINNATI OH 45202 | CREDITOR ID: 243325-12<br>BENSON'S INC<br>C/O MORRIS JAMES HITCHENS & WILLIAMS<br>ATTN: STEPHEN M MILLER, ESQ<br>222 DELAWARE AVENUE<br>PO BOX 2306<br>WILMINGTON DE 19899-2306 | CREDITOR ID: 243325-12<br>BENSON'S INC<br>ATTN DAN HARTLEY, PRESIDENT<br>PO BOX 429<br>BOGART, GA 30622-0429 |
| CREDITOR ID: 278420-24<br>BROWN, NOLTEMEYER COMPANY<br>ATTN CHARLES A BROWN JR<br>2424 EAGLES EYRIE COURT<br>LOUISVILLE KY 40206 | CREDITOR ID: 410918-15<br>BUEHLER FOODS, INC<br>C/O SOMMER BARNARD ATTORNEYS, PC<br>ATTN JERALD I ANCEL, ESQ.<br>ONE INDIANA SQUARE, SUITE 3500<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 410918-15<br>BUEHLER FOODS, INC<br>1100 WEST 12TH AVENUE<br>PO BOX 82<br>JASPER IN 47547-0082 |
| CREDITOR ID: 410918-15<br>BUEHLER FOODS, INC<br>C/O BINGHAM MCHALE LLP<br>ATTN THOMAS C SCHERER, ESQ.<br>2700 MARKET TOWER<br>10 WEST MARKET STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 397119-67<br>BUEHLER OF KENTUCKY, LLC<br>C/O BINGHAM MCHALE LLP<br>ATTN THOMAS C SCHERER, ESQ.<br>2700 MARKET TOWER<br>10 WEST MARKET STREET<br>INDIANAPOLIS IN 46204 | CREDITOR ID: 397119-67<br>BUEHLER OF KENTUCKY, LLC<br>C/O SOMMER BARNARD ATTORNEYS, PC<br>ATTN JERALD I ANCEL, ESQ.<br>ONE INDIANA SQUARE, SUITE 3500<br>INDIANAPOLIS IN 46204 |

SERVICE LIST
Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 397119-67
BUEHLER OF KENTUCKY, LLC
C/O BUEHLER FOODS, INC.
1100 W 12TH AVENUE
PO BOX 82
JASPER, IN 47547-0082

CREDITOR ID: 2099-07
BUNKIE INVESTMENT CO, LLC
C/O KOZYAK TROPIN & THROCKMORTON
ATTN LAUREL M ISICOFF, ESQ
2525 PONCE DE LEON BLVD, STE 900
CORAL GABLES FL 33134

CREDITOR ID: 2099-07
BUNKIE INVESTMENT CO, LLC
ATTN CHRISTOPHER A SARPY
3621 RIDGELAKE DRIVE, SUITE 203
METAIRIE LA 70002-1739

CREDITOR ID: 2103-07
C&A LTD, LC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI OH 45242

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 410699-15
CAFFERY CENTER, LLC
C/O PLATZER SWERGOLD KARLIN ET AL
ATTN SHERRI D LYDELL, ESQ
1065 AVE OF THE AMERICAS, 18TH FL
NEW YORK NY 10018

CREDITOR ID: 244349-12
CAGLE'S, INC
C/O STUTSMAN & THAMES, PA
ATTN R R THAMES & N LAFLEUR, ESQS
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 394053-61
CANTEY & HANGER, LLP
ATTN C HUMPHRIES/BRAD POULOS, ESQS
801 CHERRY STREET, STE 2100
FORT WORTH, TX 76102

CREDITOR ID: 316026-41
CARRINGTON, FRANCIS
ATTN RICHARD DEEMS
PO BOX 1328
EUREKA, CA 95502

CREDITOR ID: 244997-12
CHAPTER 13 TRUSTEE
ATTN SABRINA L MCKINNEY, ESQ
PO BOX 173
MONTGOMERY AL 36101-0173

CREDITOR ID: 395425-64
CHECKPOINT SYSTEMS INC
ATTN JANINE TREWIN/THERESA HELLICK
101 WOLF DRIVE
THOROFARE, NJ 08086

CREDITOR ID: 394018-61
CHRISTOVICH & KEARNEY, LLP
ATTN JUDY L MILNAR
601 POYDRAS STREET, STE 2300
NEW ORLEANS, LA 70130-6078

CREDITOR ID: 245380-12
CHURCH & DWIGHT
ATTN GERALD J STEPIEN, CREDIT MGR
469 NORTH HARRISON STREET
PRINCETON NJ 08543-5297

CREDITOR ID: 399622-15
CITY OF MOBILE, AL
ATTN CAROL CARR LITTLE, ESQ
PO BOX 1827
MOBILE AL 36633

CREDITOR ID: 411074-15
CLIFFDALE CORNER, INC TA CLIFFDALE
CORNER, FAYETTEVILLE, NC
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 381776-36
CLOROX SALES COMPANY, THE
ATTN SYBIL SHAW
3655 BROOKSIDE PARKWAY, STE 300
ALPHARETTA GA 30022

CREDITOR ID: 411176-15
COCA COLA BOTTLING CO CONSOLIDATED
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 411176-15
COCA COLA BOTTLING CO CONSOLIDATED
& PIEDMONT COCA COLA BOTTL ET AL
ATTN JOYCE L ROPER, CR MGR
PO BOX 31487
CHARLOTTE NC 28231

CREDITOR ID: 411108-15
COCA-COLA COMPANY, THE
PO BOX 1734
NAT 2016
ATLANTA GA 30301

CREDITOR ID: 411108-15
COCA-COLA COMPANY, THE
C/O HOLLAND & KNIGHT LLP
ATTN ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 411236-15
COLORADO BOXED BEEF CO
C/O SIMPSON LAW OFFICES, LLP
ATTN JAMES W MARTIN, ESQ
PO BOX 550105
ATLANTA GA 30355-2505

CREDITOR ID: 416850-AV
COMBINED LAND CO INC
ATTN CLAUDE F SMITH, JR/J MENDOLA
36 RICHMOND PLAZA
ROCKINGHAM NC 28379

CREDITOR ID: 416975-15
COMMONWEALTH OF KENTUCKY REV DEPT
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ALBERT B CHANDLER III, ESQ
STATE CAPITAL, ROOM 116
FRANKFORT KY 40601

CREDITOR ID: 416975-15
COMMONWEALTH OF KENTUCKY REV DEPT
LEGAL BRANCH - BANKRUPTCY SECTION
ATTN LEANNE WARREN
PO BOX 5222
FRANKFORT KY 40602

CREDITOR ID: 382472-51
COMPUTER ASSOCIATES INT'L INC
ATTN ROBERT AUSTEN, MGR
ONE COMPUTER ASSOCIATES PLAZA
ISLANDIA, NY 11749

CREDITOR ID: 378305-15
CONAIR CORPORATION
ATTN A LUCAS & J DEOL
150 MILFORD ROAD
EAST WINDSOR NJ 08520

CREDITOR ID: 381863-99
CONTINENTAL MILLS
C/O PERKINS COIE, LLP
ATTN B MACINTYRE/J STEVENSON, ESQS
1201 THIRD AVE, 40TH FL
SEATTLE WA 98101-3099

SERVICE LIST

Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240552-06<br>COUNTY OF LOUISVILLE JEFFERSON<br>METRO REVENUE COMMISSION<br>ATTN KIM G JOHNSON, ADMINISTRATOR<br>PO BOX 35410<br>LOUISVILLE KY 40232-5410 | CREDITOR ID: 262023-12<br>COUNTY OF STOKES, NC  TAX COLLECTOR<br>ATTN CHERLY C HILL, ASST TAX ADMIN<br>PO BOX 57<br>DANBURY NC 27016 | CREDITOR ID: 266729-14<br>COUNTY OF TISHOMINGO<br>ATTN: DANNY RYAN<br>1008 BATTLEGROUND DR<br>IUKA MS 38852-1020 |
| CREDITOR ID: 247147-12<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 406140-15<br>CRAWFORD LEWIS, PLLC<br>ATTN JOHN M DELGADO, ESQ<br>450 LAUREL STREET, SUITE 1600<br>BATON ROUGE LA 70801 | CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 410738-15<br>DE LAGE LANDEN FINANCIAL SVCS INC<br>C/O MILNER DOCUMENT PRODUCTS, INC<br>ATTN RAY CROUSE<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087 | CREDITOR ID: 410696-15<br>DECATUR REALTY, SUCCESSOR TO<br>BAUMGARDNER-HOGAN, INC<br>ATTN DAVID N ESKENAZI, MEMBER<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS IN 46208 | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN, 237 PARK AVE SUITE 900<br>NEW YORK NY 10017 |
| CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>C/O COOK PERKISS & LEW<br>ATTN: DAVID J COOK, ESQ<br>PO BOX 270<br>SAN FRANCISCO CA 94104-0270 | CREDITOR ID: 403204-99<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618 | CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>C/O PITMAN BROUSSARD<br>ATTN LEWIS H PITMAN, JR<br>209 W MAIN STREET, SUITE 300<br>NEW IBERIA LA 70560 |
| CREDITOR ID: 249222-12<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098 | CREDITOR ID: 394036-61<br>FAIN, MAJOR & BRENNAN, PC<br>ATTN GENE A MAJOR, ESQ<br>100 GLENRIDGE POINT PKWY, STE 500<br>ATLANTA, GA 30342 | CREDITOR ID: 1343-07<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 16765<br>MOBILE AL 36616 |
| CREDITOR ID: 394040-61<br>FRAZER HUBBARD BRANDT TRASK ET AL<br>ATTN JAMES L YACAVONE III, ESQ<br>595 MAIN STREET<br>DUNEDIN, FL 34698 | CREDITOR ID: 492855-37<br>FROST BROWN TODD LLC<br>ATTN: RONALD E GOLD<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | CREDITOR ID: 492854-37<br>FROST BROWN TODD LLC<br>ATTN: EDWARD M KING<br>400 W MARKET STREET, 32ND FL<br>LOUISVILLE KY 40202 |
| CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>ATTN CAROLYN TIFFANY<br>7 BULFINCH PLACE SUITE 500<br>BOSTON MA 02114 | CREDITOR ID: 406173-15<br>FT-WD PROPERTY LLC<br>C/O POST HEYMANN & KOFFLER, LLP<br>ATTN WILLIAM W POST, ESQ<br>TWO JERICO PLAZA, WING A, STE 111<br>JERICHO NY 11753 | CREDITOR ID: 381794-99<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 |
| CREDITOR ID: 394068-61<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>ATTN DIANE E KING, MGR CREDIT ADMIN<br>PRUDENTIAL TOWER BUILDING<br>800 BOYLSTON STREET, 26TH FLOOR<br>BOSTON MA 02199 | CREDITOR ID: 407710-15<br>GILLETTE COMPANY<br>C/O POPPER & GRAFTON<br>ATTN SAMUEL R GRAFTON, ESQ<br>225 WEST 34TH STREET, SUITE 1609<br>NEW YORK NY 10122-1600 |
| CREDITOR ID: 408371-15<br>GLAXOSMITHKLINE CONSUMER HEALTHCARE<br>ATTN GREGORY COLICCHIE, FINANCE<br>PO BOX 1467<br>PITTSBURGH PA 15230 | CREDITOR ID: 406122-97<br>GOLDEN FLAKE SNACK FOODS INC<br>ATTN MARK MCCUTCHEON, PRES<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM AL 35205 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>C/O SPAIN & GILLON, LLC<br>ATTN WALTER F MCARDLE, ESQ<br>2117 2ND AVENUE NORTH<br>BIRMINGHAM AL 35203-3753 |

**SERVICE LIST**

**Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN NINA LAFLEUR, ESQ.<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 250702-12<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205 | CREDITOR ID: 403504-15<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 |
| CREDITOR ID: 138120-09<br>GRUBBS, ROBERT J JR<br>208 SAILING CT<br>LEXINGTON SC 29072 | CREDITOR ID: 279371-36<br>HASBRO, INC<br>ATTN JUDITH A SMITH<br>200 NARRAGANSETT PARK DRIVE<br>PAWTUCKET  RI 02862-0200 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 |
| CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>ATTN: A CRAIG HASKINS, MNG MEM<br>PO BOX 681<br>MCCOMB, MS 39648-0681 |
| CREDITOR ID: 398213-74<br>HILL HILL CARTER FRANCO ET AL<br>ATTN RANDALL MORGAN, VP<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 416285-15<br>HOMEWOOD ASSOCIATES, INC.<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ.<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 | CREDITOR ID: 418693-ST<br>HULL, DONNA LYNN<br>2721 CREEK DR<br>GRANBURY TX 76048 |
| CREDITOR ID: 251993-12<br>IBERIA WORLD FOODS CORP<br>ATTN LYDIA GREENSTEIN, CR MGR<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 | CREDITOR ID: 279376-36<br>IFCO SYSTEMS, NA<br>ATTN MARIO PRATTS, CREDIT MGR<br>6829 FLINTLOCK ROAD<br>HOUSTON  TX 77040 | CREDITOR ID: 411023-15<br>IMAGISTICS INTERNATIONAL INC FKA<br>PITNEY BOWES OFFICE SYSTEMS<br>ATTN MARTHA N HARVEY<br>7555 E HAMPDEN AVENUE, SUITE 200<br>DENVER CO 80231 |
| CREDITOR ID: 252061-12<br>IMAGISTICS INTERNATIONAL INC FKA<br>PITNEY BOWES OFFICE SYSTEMS<br>PO BOX 856193<br>LOUISVILLE, KY 40285-6193 | CREDITOR ID: 404877-95<br>INFORMATION RESOURCES INC<br>ATTN PETER J DIMAGGIO, CREDIT MGR<br>4766 PAYSHERE CIRCLE<br>CHICAGO IL 60694 | CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN KAREN C BIFFERATO, ESQ<br>1007 NORTH ORANGE STREET<br>PO BOX 2207<br>WILMINGTON DE 19899 |
| CREDITOR ID: 410805-15<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523 | CREDITOR ID: 411153-15<br>IPF/HEIGHTS LP<br>C/O INFINITY PROPERTY MGMT CORP.<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY ROAD, SUITE 1-1650<br>ATLANTA GA 30339 | CREDITOR ID: 411153-15<br>IPF/HEIGHTS LP<br>C/O BART & SCHWARTZ, LLP<br>ATTN LAWRENCE J SCHWARTZ, ESQ.<br>ONE HUNTINGTON QUADRANGLE, STE 2S12<br>MELVILLE NY 11747 |
| CREDITOR ID: 411154-15<br>IPH/HEIGHTS LP<br>ATTN MICHAEL S HOCHBERGER, PRES<br>2 ROCK HILL LANE<br>BROOKVILLE NY 11545 | CREDITOR ID: 403322-83<br>J GORDON ROTHWELL, PA<br>ATTN J GORDON ROTHWELL, PRESIDENT<br>560 1ST AVENUE NORTH<br>ST PETERSBURG FL 33701 | CREDITOR ID: 403322-83<br>J GORDON ROTHWELL, PA<br>DAVID B MCEWEN, PA<br>ATTN DAVID B MCEWEN, ESQ<br>BAYVIEW TOWER<br>100 FIRST AVENUE SOUTH, STE 340<br>ST PETERSBURG FL 33701 |
| CREDITOR ID: 151870-09<br>JACKSON, TAKEA M<br>617 WHIDDON STREET<br>TIFTON GA 31794 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 |

SERVICE LIST

**Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 1489-RJ
JOHN BENETTI ASSOCIATES
C/O ANDERLINI FINKELSTEIN EMERICK ET AL
ATTN DAVID G FINKELSTEIN, ESQ
400 S EL CAMINO REAL, SUITE 700
SAN MATEO CA 94402

CREDITOR ID: 1489-RJ
JOHN BENETTI ASSOCIATES
C/O JOHN BENETTI
80 MOUNT VERNON LANE
ATHERTON, CA 94025

CREDITOR ID: 399445-15
JOHNSON & JOHNSON SALES/LOGISTIC CO
DIV JOHNSON & JOHNSON CONSUMER CO
C/O PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKHOUSE, ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 403382-99
JULA TRUST, LLC
C/O PLATZER SWERGOLD KARLIN ET AL
ATTN T SADUTTO/S LYDELL, ESQS
1065 AVENUE OF THE AMERICAS, 18TH F
NEW YORK NY 10018

CREDITOR ID: 157520-09
JUNGINGER, ROSALIE
PO BOX 12671
FORT PIERCE FL 34979-2671

CREDITOR ID: 411293-15
KEMOR PROPERTIES, INC
ATTN MARK HORNSTEIN
1550 DE MAISONNEUVE WEST, SUITE 8
MONTREAL, QUEBEC  H3G1N2
CANADA

CREDITOR ID: 411293-15
KEMOR PROPERTIES, INC
C/O MORRIS NICHOLS ARSHT & TUNNELL
ATTN: ERIC D SCHWARTZ ESQ
1201 NORTH MARKET ST
PO BOX 1347
WILMINGTON DE 19899

CREDITOR ID: 382029-36
KEMPS LLC
ATTN STEVE CARLSON, CREDIT MGR
1270 ENERGY LANE
ST PAUL MN 55108

CREDITOR ID: 410848-15
KIR AUGUSTA II, LP
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 383217-15
KIR COLERAIN 017, LLC
C/O MORGAN, LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 381895-30
L&R FARMS INC
C/O SMITH GILLIAM WILLIAMS ET AL
ATTN BRAD J PATTEN, ESQ
PO BOX 1098
GAINESVILLE GA 30503

CREDITOR ID: 254237-12
LA BREA BAKERY INC
ATTN MARY KENNEDY, CONTROLLER
PO BOX 7537
VAN NUYS CA 91409-7537

CREDITOR ID: 1529-RJ
LAKEWOOD ASSOCIATES, LTD
C/O COURTELIS COMPANY
ATTN VICTOR STOSIK
703 WATERFORD WAY, SUITE 800
MIAMI, FL 33126-4677

CREDITOR ID: 1529-RJ
LAKEWOOD ASSOCIATES, LTD
C/O BELL BOYD & LLOYD, LLC
ATTN C LONSTEIN & A SCHAEFFER, ESQS
70 W MADISON STREET, SUITE 3300
CHICAGO IL 60602

CREDITOR ID: 2365-RJ
LANCASTER COMMUNITY INVESTORS LC
ATTN THOMAS A GOSSE, MGR
PO BOX 1582
KILMARNOCK, VA 22482

CREDITOR ID: 407608-15
LAND-O-SUN DAIRIES, LLC DBA
PET DAIRY
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, SUITE 1200
DALLAS TX 75201

CREDITOR ID: 394059-61
LANDRY & LAVELLE, LLP
ATTN PAUL M LAVELLE
3822 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70122-4565

CREDITOR ID: 407463-99
LASALLE BANK NAT'L ASSOC, AS TTEE
HOLDERS OF BEAR STEARNS COMM MORTG
C/O MCKENNA LONG & ALDRIDGE LLP
ATTN: B SUMMER CHANDLER
303 PEACHTREE ST, STE 5300
ATLANTA GA 30308

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 44131-05
LEBUHN, MARYANN
2215 89 DR
VERO BEACH FL 32966

CREDITOR ID: 406287-15
LEXISNEXIS EXAMEN INC, DIV OF
REED ELSEVIER, INC
ATTN BETH FARNHAM
9443 SPRINGBORO PIKE
MIAMISBURG OH 45342

CREDITOR ID: 254720-12
LEXISNEXIS PEOPLEWISE
CANDICE C KRISHER, DIR CUST  ACCTNG
PO BOX 7247-7090
PHILADELPHIA, PA 19170-7090

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 279389-36
LN INTERNATIONAL, INC FKA SCUNCI
INTERNATIONAL, INC.
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN J W YOUNG & J C PASCHKE, ESQS
225 WEST WACKER DRIVE, STE 3000
CHICAGO  IL 60606-1229

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

**SERVICE LIST**

Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 405907-98
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

CREDITOR ID: 403331-83
MARSHALL DENNEHEY WARNER ET AL
12 E BAY STREET
JACKSONVILLE FL 32202-3247

CREDITOR ID: 410573-15
MARSHALL DENNEHEY WARNER ET AL
ATTN ERNEST DIFILIPPO, FINANCE DIR
1845 WALNUT STREET, SUITE 1600
PHILADELPHIA PA 19103-4717

CREDITOR ID: 393748-58
MARYLAND & VIRGINIA MILK COOP
ATTN: JOEL CLARKE
1985 ISAAC NEWTON SQUARE W
RESTON, VA 20190-5094

CREDITOR ID: 381840-99
MARYLAND & VIRGINIA MILK PRODUCERS
C/O REED SMITH LLP
ATTN: ANDREW L MORRISON
599 LEXINGTON AVE, 29TH FL
NEW YORK NY 10022

CREDITOR ID: 381840-99
MARYLAND & VIRGINIA MILK PRODUCERS
C/O REED SMITH LLP
ATTN ROBERT M MARINO, ESQ
STE 1100, EAST TOWER
1301 K STREET NW
WASHINGTON DC 20005-3317

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN PAUL E GRANICK, GP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 492849-97
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN: JAMES R HUESING, GP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 382041-36
MCARTHUR DAIRY, INC
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, SUITE 1200
DALLAS TX 75201

CREDITOR ID: 382042-36
MCCORMICK & COMPANY, INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 382042-36
MCCORMICK & COMPANY, INC
ATTN AUSTIN NOONEY
211 SCHILLING CIRCLE
HUNT VALLEY MD 21031

CREDITOR ID: 255884-12
MCDUFFIE SQUARE LP
C/O HULL STOREY RETAIL GROUP, LLC
ATTN MIKE FOWLER, ESQ
PO BOX 204227
AUGUSTA, GA 30917-4227

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
ATTN M MCINERNEY/N GRIFFINS
4 WORLD FINANCIAL CENTER
NEW YORK NY 10080

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
C/O BALCH & BINGHAM, LLP
ATTN RANELLE M JOHNSON, PARALEGAL
1901 6TH AVENUE NORTH, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35203

CREDITOR ID: 410587-15
MERRILL LYNCH LP HOLDINGS, INC
C/O MORRISON & FOERSTER, LLP
ATTN LARREN M NASHELSKY, ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 1602-07
MILFORD STATION, LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 260226-12
MOORE, RYAN M
915 FURMAN COURT
FT MILL SC 29708

CREDITOR ID: 279072-32
MT OLIVE PICKLE COMPANY, INC
C/O WHARTON ALDHIZER & WEAVER, PLC
ATTN STEPHAN W MILO, ESQ
125 S AUGUSTA STREET, STE 2000
STAMPTON VA 24401

CREDITOR ID: 256803-12
MURRYS INC
ATTN D BRADLEY HOLLAND, CFO
PO BOX 37046
BALTIMORE, MD 21297-3046

CREDITOR ID: 256911-12
NARANJA LAKES JOINT VENTURES
C/O FIRC MANAGEMENT INC
ATTN ALEJANDRO SOSA, DIR
2299 SW 37TH AVE, 4TH FLR
MIAMI, FL 33145

CREDITOR ID: 411101-15
NATIONAL CITY BANK
ATTN M ELIZABETH HILS, VP
ONE EAST FOURTH STREET
MAIL LOCATION 25-C860A
CINCINNATI OH 45202

CREDITOR ID: 407534-15
NATIONAL SALES SERVICES, INC DBA
NATIONAL RETAIL SERVICES
C/O EURO RSCG WORLDWIDE, INC
ATTN W FASANO OR NANCY WYNNE, ESQ
350 HUDSON STREET
NEW YORK NY 10014

CREDITOR ID: 411016-15
NEW PLAN EXCEL REALTY TRUST INC TA
WEST TOWNE SQUARE, ELIZABETHTON, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410992-15
NEW PLAN EXCEL REALTY TRUST INC TA
APISON CROSSING, OOLTEWAH, TN
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 410421-15
NORFAM, LLC, SUCCESSOR
CAROLINA DEVELOPMENT CO
C/O KENNEDY COVINGTON, ET AL #300
ATTN MARGARET R WESTBROOK, ESQ
4350 LASSITER AT NORTH HILLS AVE
RALEIGH NC 27609

CREDITOR ID: 257461-12
NORTHWEST JUNCTION PARTNERS
C/O BENNETT, LOTTERHOS, SULSER & WILSON
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216 | CREDITOR ID: 407447-15<br>ORACLE USA, INC FKA<br>PEOPLESOFT USA INC<br>ATTN JOHN WADSWORTH, ESQ<br>500 ORACLE PARKWAY<br>REDWOOD SHORES CA 94065 | CREDITOR ID: 407447-15<br>ORACLE USA, INC FKA<br>C/O PACHULSKI STANG ZIEHL ET AL<br>ATTN HENRY C KEVANE, ESQ<br>150 CALIFORNIA STREET, 15TH FLOOR<br>SAN FRANCISCO CA 94111-4500<br>USA |
| CREDITOR ID: 394057-61<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 | CREDITOR ID: 279257-35<br>PACTIV CORPORATION<br>ATTN STAN GALINGER/S J MARTIN<br>1900 W FIELD COURT<br>LAKE FOREST IL 60045 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 |
| CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O SWAIN MANAGEMENT LLC<br>1111 MILITARY CUTOFF ROAD, STE 251<br>WILMINGTON, NC 28405 |
| CREDITOR ID: 410909-15<br>PANASONIC CORPORATION OF N AMERICA<br>ATTN LEONARD SLOANE, DIR<br>TWO PANASONIC WAY, 7D-5<br>SECAUCUS NJ 07094 | CREDITOR ID: 399663-72<br>PANASONIC DOCUMENT IMAGING CO<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 | CREDITOR ID: 410527-15<br>PARKWOOD VILLAGE JOINT VENTURE<br>C/O THE BROWN COMPANIES<br>ATTN ALFRED BROWN<br>7753 LAKE WORTH ROAD<br>LAKE WORTH FL 33467 |
| CREDITOR ID: 410510-15<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O UNUMPROVIDENT<br>ATTN MERI LOWRY, ESQ & S CARVEL, VP<br>2211 CONGRESS STREET, M284<br>PORTLAND ME 04122 | CREDITOR ID: 410510-15<br>PAUL REVERE LIFE INSURANCE COMPANY<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 382063-36<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 |
| CREDITOR ID: 408402-15<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609 | CREDITOR ID: 408402-15<br>PEPSI BOTTLING VENTURES, LLC<br>SMITH, ANDERSON, BLOUNT, ET AL<br>ATTN AMOS U PRIESTER, IV, ESQ<br>2500 WACHOVIA CAPITOL CENTER<br>PO BOX 2611<br>RALEIGH  NC 27601 | CREDITOR ID: 410386-15<br>PFIZER, INC/WARNER LAMBERT<br>ATTN CAROL CARSON, COLLECTION<br>201 TABOR ROAD, 86-1<br>MORRIS PLAINS NJ 07950 |
| CREDITOR ID: 407609-15<br>PG-1 DEVELOPMENT COMPANY<br>C/O ROBINSON BARTON MCCARTHY ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | CREDITOR ID: 407609-15<br>PG-1 DEVELOPMENT COMPANY<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 269333-16<br>PGM DIAMONDHEAD, LLC<br>ATTN CHARLES F MCREYNOLDS<br>248 DEBUYS ROAD, SUITE 29<br>BILOXI, MS 39531 |
| CREDITOR ID: 382068-36<br>PILGRIM'S PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX 75686-0093 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>ATTN CATHY HOSN, PROP MGR<br>925 SOUTH FEDERAL HIGHWAY<br>BOCA  RATON, FL 33432 | CREDITOR ID: 1709-07<br>PINE PLAZA<br>LAW OFFICES OF JEFFREY SOLOMON<br>ATTN JEFFREY SOLOMON, ESQ.<br>3864 SHERIDAN STREET<br>HOLLYWOOD FL 33021 |
| CREDITOR ID: 192803-09<br>PINKSTON, JIMMIE L<br>3005 MOORCROFT DRIVE, APT B<br>MONTGOMERY AL 36116 | CREDITOR ID: 404021-15<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 |

SERVICE LIST
Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

CREDITOR ID: 410762-15
PORCUPINE WD5, LLC
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
131 SOUTH DEARBORN STREET, STE 2400
CHICAGO IL 60603

CREDITOR ID: 407763-99
POTTER SQUARE ASSOCIATES
C/O ROSEN LAW GROUP LLC
ATTN MITCHELL S ROSEN, ESQ
ATLANTA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 411232-15
PROCTER & GAMBLE DIST CO
ATTN G M JONES, SR CREDIT MGR
8500 GOVERNORS HILL DRIVE
CINCINNATI OH 45249

CREDITOR ID: 410449-15
PROMOTIONS UNLIMITED, CORP
C/O SONNENSCHEIN NATH & ROSENTHAL
ATTN ROBERT E RICHARDS, ESQ
8000 SEARS TOWER
CHICAGO IL 60606

CREDITOR ID: 259004-12
PROTEMP SERVICES, LLC
ATTN ANGEL WESTBROOK & SCOTT BAKER
517 BAYHILL RIDGE CIRCLE
BIRMINGHAM AL 35244

CREDITOR ID: 405439-95
REVLON CONSUMER PRODUCTS CORP
ATTN SHERRIE C LANDES, SR CREDIT
1501 WILLIAMSBORO STREET
OXFORD NC 27565

CREDITOR ID: 382079-36
REXAM BEVERAGE CAN COMPANY
ATTN BRUCE M BIALY, CR MGR
8770 W BRYN MAWR AVE, SUITE 175
CHICAGO IL 60631-3655

CREDITOR ID: 452442-97
REXAM BEVERAGE CAN COMPANY
ATTN: RON LOTTMAN, VP & CFO
8770 W BRYN MAWR AVE, STE 175
CHICAGO IL 60631

CREDITOR ID: 259554-12
RICH-SEAPAK CORPORATION
ATTN TOM MCBRIDE, CR MGR
PO BOX 98072
CHICAGO, IL 60693-8072

CREDITOR ID: 394060-61
RIGDON, ALEXANDER & RIGDON, LLP
ATTN H A RIGDON, JR
PO BOX 412169
MELBOURNE, FL 32941-2169

CREDITOR ID: 394034-61
SANDS, ANDERSON, MARKS & MILLER, PC
ATTN TERRENCE L GRAVES
PO BOX 1998
RICHMOND, VA 23218-1998

CREDITOR ID: 260495-12
SAWICKI REALTY CO
C/O ROBISON, CURPHEY & O'CONNELL
ATTN: THOMAS A GIBSON, ESQ
FOUR SEAGATE, NINTH FLOOR
TOLEDO  OH 43604

CREDITOR ID: 452052-98
SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 260495-12
SAWICKI REALTY CO
ATTN HENRY J SAWICKI, III, PRES
118 W WAYNE ST
MAUMEE, OH 43537

CREDITOR ID: 279038-32
SC JOHNSON & SON, INC
ATTN GERRY BACCASH, MS321
1525 HOWE STREET
RACINE WI 53403

CREDITOR ID: 207741-09
SCOTT, DINAH
3036 LIBBY DRIVE
AUGUSTA GA 30906

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL, LLC
C/O LOOPER REED & MCGRAW, PC
ATTN J CARY GRAY, ESQ
1300 POST OAK BLVD, STE 2000
HOUSTON, TX 77056

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL, LLC
C/O STUTSMAN THAMES & MARKEY, PA
ATTN RICHARD R THAMES
50 N LAURA STREET
SUITE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 1825-07
SCP WINTER GARDEN FL, LLC
C/O LOOPER REED & MCGRAW, PC
ATTN THOMAS H KEEN, ESQ.
1601 ELM STREET
4100 THANKSGIVING TOWER
DALLAS TX 75201

CREDITOR ID: 382085-36
SENECA FOODS CORPORATION
JAECKLE FLEISCHMANN & MUGEL LLP
ATTN JOSEPH W ALLEN, ESQ
12 FOUNTAIN PLAZA
BUFFALO NY 14202-2292

CREDITOR ID: 382085-36
SENECA FOODS CORPORATION
ATTN JANE E SLOAN, CR MGR
3736 S MAIN STREET
MARION NY 14505

CREDITOR ID: 382164-51
SFJ MANAGEMENT, INC
ATTN TERRY W PRATHER, VP/GM
12301 LAKE FOREST BLVD
NEW ORLEANS, LA 70129

CREDITOR ID: 279283-35
SIGNATURE BRANDS, LLC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 279283-35
SIGNATURE BRANDS, LLC
ATTN ROBERT E MUNN
808 SW 12TH STREET
OCALA FL 34478

CREDITOR ID: 68448-05
SIMS, ANNIE J
2513 AVENUE Q
BIRMINGHAM AL 35218

**Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                **CASE:    05-03817-3F1**

CREDITOR ID: 279064-99
SIRIUS COMPUTER SOLUTIONS INC
C/O COX SMITH MATTHEWS INC
ATTN PATRICK F HUFFSTICKLER, ESQ
112 EAST PECAN, SUITE 1800
SAN ANTONIO TX 78205

CREDITOR ID: 279064-99
SIRIUS COMPUTER SOLUTIONS INC
C/O COX & SMITH PC
ATTN: THOMAS RICE, ESQ
112 E PECAN STREET, STE 1800
SAN ANTONIO TX 78205

CREDITOR ID: 279064-99
SIRIUS COMPUTER SOLUTIONS INC
ATTN JOHN MEDINA, CREDIT MGR
613 NW LOOP 410, SUITE 1000
SAN ANTONIO TX 78216

CREDITOR ID: 261135-12
SIX FLAGS NEW ORLEANS
ATTN TERRY W PRATHER, VP/GM
12301 LAKE FOREST BLVD
NEW ORLEANS, LA 70129

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 407705-15
SOUTHERN FOODS GROUP, LP DBA
BROWN'S DAIRY
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, SUITE 1200
DALLAS TX 75201

CREDITOR ID: 261365-12
SOUTHERN GOURMET FOODS
C/O NEAL & HARWELL, PLC
ATTN MARC T MCNAMEE, ESQ
150 FOURTH AVENUE NORTH, SUITE 2000
NASHVILLE TN 37219

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 278567-25
SPECTRUM/GRANDVIEW PINES LLC
C/O SPECTRUM DEVELOPMENT CO, LLC
ATTN EDGAR H FATZINGER, III, MEMBER
PO BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 1885-RJ
SPRINGDALE STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 378217-45
STEPHENS, CHARLES P
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

CREDITOR ID: 402084-15
STEWART LAW FIRM
ATTN VERNON STEWART, ESQ
111 COMMERCE DRIVE
DUNN NC 28334

CREDITOR ID: 262238-12
SUNSHINE MILLS INC
ATTN KIM SPARKS
PO BOX 676
RED BAY, AL 35582-0676

CREDITOR ID: 384381-47
SWISHER INTERNATIONAL INC
ATTN KEVIN WOLFE, CREDIT MGR
459 EAST 16TH STREET
JACKSONVILLE FL 32206

CREDITOR ID: 407711-15
TAYLON, LLC
C/O DENNIS J STILGER, PSC
ATTN DENNIS J STILGER, ESQ
6000 BROWNSBORO PARK BLVD, SUITE H
LOUISVILLE KY 40207

CREDITOR ID: 416866-AV
TAYLORS FIRE & SEWER DISTRICT
3335 WADE HAMPTON BLVD
TAYLORS SC 29687

CREDITOR ID: 403362-83
TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP
ATTN DAYLE A FLAMMIA
1621 MIDTOWN PLACE
RALEIGH NC 27609

CREDITOR ID: 73444-05
THOMAS, BELINDA A
6462 BEDFORD LANE
LITHONIA GA 30058

CREDITOR ID: 377844-36
TREE OF LIFE INC
MCGUIRE WOODS
ATTN MARK E FREEDLANDER, ESQ
DOMINION TOWER
625 LIBERTY AVENUE, 23RD FLR
PITTSBURGH PA 15222-3142

CREDITOR ID: 377844-36
TREE OF LIFE INC
ATTN S SAGAER/M DUFRESNE
405 GOLFWAY WEST DR
ST AUGUSTINE FL 32095

CREDITOR ID: 279401-36
TYSON FOODS, INC
ATTN STEVEN SCHAAL, ESQ
MAIL CODE #AR058124
PO BOX 2020
SPRINGDALE  AR 72765

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

CREDITOR ID: 264152-12
VICTORY WHOLESALE GROCERS
ATTN ALVIN C EDER, VP & CREDIT MGR
400 VICTORY DRIVE
SPRINGBORO OH 45066

CREDITOR ID: 411421-15
VILLA RICA RETAIL PROPERTIES, LC
C/O KITCHENS KELLY GAYNES, PC
ATTN MARK A KELLEY, ESQ
3495 PIEDMONT ROAD NE, SUITE 900
ATLANTA GA 30305-1753

**Order Disallowing (A) No Liability Claims, (B) Overstated
Claims and (C) Overstated Misclassified Claims, as Set Forth
in the Debtors' Fifteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 416243-15
VILLAGE MARKETPLACE OF HAW RIVER
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN LAWRENCE E BEHNING, ESQ
214 N TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202

CREDITOR ID: 408366-15
VILLAGE ROYALE PROPERTIES LLC
C/O BENESCH FRIEDLANDER ET AL
ATTN DAVID M NEUMANN, ESQ
200 PUBLIC SQUARE, 2300 BP TOWER
CLEVELAND OH 44114

CREDITOR ID: 410417-15
WACHOVIA BANK, TRUSTEE
UNDER LUCY BUXTON AGREEMENT
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN WILLIAM H SHORT JR, ESQ
PO BOX 11889
COLUMBIA SC 29211

CREDITOR ID: 278595-25
WALKER CHAPEL PLAZA LLC
C/O SPECTRUM DEVELOPMENT CO, LLC
ATTN EDGAR H FATZINGER, III, MEMBER
PO BOX 11045
MONTGOMERY AL 36111

CREDITOR ID: 384412-47
WARNER LAMBERT CONSUMER GROUP
ATTN: MARK CLARK, DIR CREDIT OPER
PO BOX  640727
PITTSBURGH, PA 15264-0727

CREDITOR ID: 416847-15
WELLS FARGO BANK NORTHWEST NA FKA
FIRST SECURITY BANK, NA
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410834-15
WICKER SMITH O'HARA, ET AL
ATTN LISA R DASHER, CONTROLLER
5TH FLOOR GROVE PLAZA BUILDING
2900 MIDDLE STREET, SW 28TH TERRACE
MIAMI FL 33133

CREDITOR ID: 416941-15
WIGGS REALTY COMPANY OF KENTUCKY
C/O SINGERMAN MILLS DESBERG ET AL
ATTN PAUL J SINGERMAN, ESQ
3401 ENTERPRISE PARKWAY, SUITE 200
BEACHWOOD OH 44122

CREDITOR ID: 416941-15
WIGGS REALTY COMPANY OF KENTUCKY
ATTN HARRY SINGER, PRESIDENT
11012 AURORA HUDSON ROAD
STREETSBORO OH 44241-1629

CREDITOR ID: 403375-83
WILKINS, STEPHENS & TIPTON, PA
ATTN LELAND S SMITH
PO BOX 13429
JACKSON MS 39236-3429

CREDITOR ID: 410584-15
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-ARLINGTON WD DE BUS TRUST
C/O NEAL, GERBER & EISENBERG
ATTN THOMAS C WOLFORD, ESQ
2 N LASALLE STREET, SUITE 2200
CHICAGO IL 60602

CREDITOR ID: 265037-12
WORLD KITCHEN INC
PO BOX 911310
DALLAS, TX 75391-1310

CREDITOR ID: 406071-15
WORLD KITCHEN, INC.
ATTN JON ALI
1200 S ANTRIM WAY
GREEN CASTLE PA 17225

**Total:   258**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |

ORDER DISALLOWING (A) NO LIABILITY CLAIMS, (B) OVERSTATED
CLAIMS AND (C) OVERSTATED MISCLASSIFIED CLAIMS, AS SET
FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on August 24, 2006,

upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibits A through C (the "Disputed Claims").[2]  Several

formal and informal objections to the Objection were raised or filed, as a result of

which the Debtors have agreed to continue the Objection with respect to (i) claim no.

11984 filed by Autozone Mississippi Properties, Inc., (ii) claim nos. 10077-10082

filed by Buehler Foods, Inc. or Buehler of Kentucky, LLC, (iii) claim no. 13003 filed

by Cliffdale Corner, Inc., (iv) claim no. 12074 filed by KIR Augusta II, LP, (v) claim

no. 12195 filed by New Plan Excel Realty Trust Inc., (vi) claim no. 4068 filed by

Oracle USA, (vii) claim no. 8493 filed by Parkwood Village Joint Venture, (viii)

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

claim no. 8464 filed by Paul Revere Life Insurance Co., (ix) claim nos. 9636 and 9637 filed by Porcupine WD5, LLC, (x) claim no. 11149 filed by Principal Life Insurance Co., (xi) claim no. 10884 filed by Achilles Realty Co, (xii) claim no. 3412 filed by Checkpoint Systems Inc., (xiii) claim no. 11538 filed by Colorado Boxed Beef Co., (xiv) claim no. 10710 filed by General Electric Capital Corp., (xv) claim no. 5298 filed by Gillette Company, (xvi) claim no. 12294 filed by Homewood Associates, Inc., (xvii) claim no. 11820 filed by Information Resources Inc., (xviii) claim no. 979 filed by Lakewood Associates, Ltd., (xix) claim no. 13187 field by Merrill Lynch LP Holdings, Inc., (xx) claim no. 8184 filed by Pamalee Plaza Association, (xxi) claim no. 11133 field by Parkwood Village Joint Venture, (xxii) claim no. 4583 filed by PG-1 Development Co., (xxiii) claim no. 11881 filed by Promotions Unlimited, (xxiv) claim no. 7704 filed by United Commercial Mortgage Corp., (xxv) claim no. 7386 filed by Warner Lambert Consumer Group, (xxvi) claim no. 12332 filed by Wells Fargo Bank Northwest, (xxvii) claim no. 12415 filed by Wiggs Realty of Kentucky, (xxviii) claim no. 7737 filed by LN International, Inc., (xxix) claim no. 7909 filed by Pepsi Bottling Ventures, LLC, (xxx) claim no. 6217 filed by Pine Plaza and (xxxi) claim no. 6121 filed by Revlon Consumer Products Corp. (collectively, the "Unresolved Objections"), which claims have been removed from Exhibits A through C. The Debtors have withdrawn without prejudice their objection to (i) claim no. 6772 filed by Baker & Hostetler, LLP, (ii) claim no. 4388 filed by Cantey & Hanger, LLP, (iii) claim no. 3380 filed by Crawford Lewis, PLLC, and (iv) claim no. 12226 filed by Villa Rica Retail Properties, LC, which claims have been removed from Exhibits A and B. Upon consideration, it is

ORDERED AND ADJUDGED:

      1.    The Objection is sustained, as set forth below.

2.    The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.    The Overstated Claims listed on Exhibit B are reduced to the amounts set forth on Exhibit B under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

4.    The Overstated Misclassified Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed. The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.    Claim no. 12093 filed by Potter Square Associates in the amount of $343,968.96 is disallowed, having been amended by claim no. 13395.

6.    Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

7.    The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

8.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

3

9.      Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

10.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this 24 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 241280**<br>7595 CENTURION PARKWAY LLC<br>C/O PHOENIX REALTY GROUP INC<br>ATTN JAMES J SEBESTA<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873<br><br>Counsel: ATTN: ROBERT A COX, JR., ESQ | 2740<br>Debtor: WINN-DIXIE STORES, INC. | $1,590.67 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 241545**<br>ACRON USA FONDS WINN DIXIE LP<br>C/O ACRON KAPITAL<br>DALLAS BRANCH<br>1616 S BOSTON AVE, SUITE 215<br>TULSA, OK 74119<br><br>Counsel: ATTN RYAN J ASSINK, ESQ | 7799<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | CLAIM DOES NOT SPECIFY BASIS OR AMOUNT OF LIABILITY. |
| **Creditor Id: 241901**<br>ADDISON COMMERCIAL REAL ESTATE<br>ATTN GRAFTON D ADDISON, II, PRES<br>118 W ADAMS STREET, SUITE 1000<br>JACKSONVILLE FL 32202 | 6321<br>Debtor: WINN-DIXIE STORES, INC. | $5,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE WAS TERMINATED EARLY SO BROKER DID NOT EARN TOTAL FEE. |
| **Creditor Id: 407535**<br>ADECCO EMPLOYMENT SERVICES, BY<br>NATIONAL SALES SVCES INC, AGENT<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | 4213<br>Debtor: WINN-DIXIE STORES, INC. | $339,760.88 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ALSO, DUPLICATES LIABILITY IN CLAIM NUMBER 4212 FILED BY NATIONAL SALES SERVICES, THE CORRECT CREDITOR. |
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12892<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $11,021.83 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 12893<br>Debtor: WINN-DIXIE STORES, INC. | $11,021.83 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 244997** CHAPTER 13 TRUSTEE ATTN SABRINA L MCKINNEY, ESQ PO BOX 173 MONTGOMERY AL 36101-0173 | 1859 **Debtor:** | $1.00 WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 244997** CHAPTER 13 TRUSTEE ATTN SABRINA L MCKINNEY, ESQ PO BOX 173 MONTGOMERY AL 36101-0173 | 1860 **Debtor:** | $1.00 WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 382472** COMPUTER ASSOCIATES INT'L INC ATTN ROBERT AUSTEN, MGR ONE COMPUTER ASSOCIATES PLAZA ISLANDIA, NY 11749 | 8010 **Debtor:** | $240,976.00 WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 262023** COUNTY OF STOKES, NC  TAX COLLECTOR ATTN CHERLY C HILL, ASST TAX ADMIN PO BOX 57 DANBURY NC 27016 | 11686 **Debtor:** | $0.00 WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTORS BOOKS AND RECORDS AND CLAIMANT. |
| **Creditor Id: 265729** COUNTY OF TISHOMINGO ATTN: DANNY RYAN 1008 BATTLEGROUND DR IUKA  MS  38852-1020 | 2195 **Debtor:** | $0.00 WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO LIABILITY, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 381794** GENERAL ELECTRIC CAPITAL CORP C/O MORITT HOCK HAMROFF ET AL ATTN LESIE BERKOFF & W NILSON, ESQ 400 GARDEN CITY PLAZA GARDEN CITY NY 11530 | 10251 **Debtor:** | $111,919.08 WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 250702** GOLDEN FLAKE SNACK FOODS, INC ATTN FREEDA ELLIOTT, CR MGR ONE GOLDEN FLAKE DRIVE BIRMINGHAM, AL 35205 Counsel: ATTN WALTER F MCARDLE, ESQ | 1266 **Debtor:** | $71,307.69 WINN-DIXIE STORES, INC. | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 138120**<br>GRUBBS, ROBERT J JR<br>208 SAILING CT<br>LEXINGTON SC 29072 | 1894<br>Debtor: | $3,016.00<br>WINN-DIXIE SUPERMARKETS, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 418693**<br>HULL, DONNA LYNN<br>2721 CREEK DR<br>GRANBURY TX 76048 | 13122<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id: 410805**<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 10805<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 410805**<br>INLAND SOUTHEAST GRAND PRAIRIE LP<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAKBROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11031<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 151870**<br>JACKSON, TAKEA M<br>617 WHIDDON STREET<br>TIFTON GA 31794 | 1794<br>Debtor: | $300.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8642<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY TO MORTGAGE LENDER ON GUARANTY, ABSENT PROOF OF ASSIGNMENT. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8643<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY TO MORTGAGE LENDER, ABSENT PROOF OF ASSIGNMENT. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  157520**<br>JUNGINGER, ROSALIE<br>PO BOX 12671<br>FORT PIERCE  FL  34979-2671 | **1221**<br>Debtor:  WINN-DIXIE SUPERMARKETS, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  254237**<br>LA BREA BAKERY INC<br>ATTN MARY KENNEDY, CONTROLLER<br>PO BOX 7537<br>VAN NUYS  CA  91409-7537 | **6296**<br>Debtor:  WINN-DIXIE STORES, INC. | $67,314.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:  44131**<br>LEBUHN, MARYANN<br>2215 89 DR<br>VERO BEACH  FL  32966 | **11418**<br>Debtor:  WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTORS BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. |
| **Creditor Id:  382042**<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY  MD  21031<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | **10844**<br>Debtor:  WINN-DIXIE PROCUREMENT, INC. | $2,806,283.50 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT RECLAMATION PAYMENTS IN PROCESS TOTALING $100,282.85 AND NO OTHER AMOUNTS DUE.  REMAINING ASSERTED CLAIM SEEKS SHORTFALL CHARGES PURSUANT TO CONTRACT'S MINIMUM PURCHASE REQUIREMENTS, BUT REQUIREMENTS HAVE BEEN MET. |
| **Creditor Id:  260226**<br>MOORE, RYAN M<br>915 FURMAN COURT<br>FT MILL  SC  29708 | **6362**<br>Debtor:  WINN-DIXIE STORES, INC. | $58.77 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR COMPENSATION SAID TO BE EARNED 8/1/02 TO 8/7/02. |
| **Creditor Id:  411101**<br>NATIONAL CITY BANK<br>ATTN M ELIZABETH HILLS, VP<br>ONE EAST FOURTH STREET<br>MAIL LOCATION 25-C860A<br>CINCINNATI  OH  45202 | **11042**<br>Debtor:  WINN-DIXIE STORES, INC. | $2,800.00 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id:  411016**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>WEST TOWNE SQUARE, ELIZABETHTON, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | **10312**<br>Debtor:  WINN-DIXIE STORES, INC. | $8,231.79 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |

Page: 5 of 7
Date: 09/23/2006

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 399663**<br>PANASONIC DOCUMENT IMAGING CO<br>ADMINISTRATION CENTER<br>PO BOX 7023<br>TROY MI 48007-7023 | 10044<br>**Debtor:** WINN-DIXIE STORES, INC. | $120,465.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 269333**<br>PGM DIAMONDHEAD, LLC<br>ATTN CHARLES F MCREYNOLDS<br>248 DEBUYS ROAD, SUITE 29<br>BILOXI, MS 39531 | 9840<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,466,509.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT FAILED TO COMPLETE CONSTRUCTION WITHIN TIME FRAME SET BY ITS LENDER THEREBY LOSING ITS FINANCING. AS CLAIMANT FAILED TO DELIVER PREMISES, DEBTOR WAS RELIEVED OF ANY OBLIGATION UNDER LEASE. |
| **Creditor Id: 192803**<br>PINKSTON, JIMMIE L<br>3005 MOORCROFT DRIVE, APT B<br>MONTGOMERY AL 36116 | 9865<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 11675<br>**Debtor:** CRACKIN' GOOD, INC. | $635.67 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 404021**<br>PITNEY BOWES CREDIT CORPORATION<br>ATTN EVA MILANOWSKI, RECOV DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | 11752<br>**Debtor:** CRACKIN' GOOD, INC. | $3,367.34 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | 8815<br>**Debtor:** WINN-DIXIE STORES, INC. | $10,619.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S LENDER ON GUARANTY FOR ANTICIPATORY LEASE REJECTION DAMAGE CLAIM. LEASE SOLD 8/13/05 TO HARRIS TEETER, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID ALL CURE COSTS. DEBTOR OWES NO REJECTION DAMAGES. |

WINN-DIXIE STORES, INC., ET AL.,
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8828<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS TO LANDLORD'S<br>MORTGAGE LENDER ON GUARANTY. LEASE WITH PS FRANKLIN LTD<br>TERMINATED 8/9/05. IN CONNECTION WITH TERMINATION AGREEMENT,<br>LANDLORD AGREED TO DISALLOWANCE OF ITS CLAIMS. |
| **Creditor Id: 207741**<br>SCOTT, DINAH<br>3036 LIBBY DRIVE<br>AUGUSTA GA 30906 | 1481<br>Debtor: | $1,063.94<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 68448**<br>SIMS, ANNIE J<br>2513 AVENUE Q<br>BIRMINGHAM AL 35218 | 1888<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT<br>AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id: 261135**<br>SIX FLAGS NEW ORLEANS<br>ATTN TERRY W PRATHER, VP/GM<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | 7653<br>Debtor: | $50,000.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 278567**<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 11137<br>Debtor: | $37,500.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE. |
| **Creditor Id: 407711**<br>TAYLON, LLC<br>C/O DENNIS J STILGER, PSC<br>ATTN DENNIS J STILGER, ESQ<br>6000 BROWNSBORO PARK BLVD, SUITE H<br>LOUISVILLE KY 40207 | 12774<br>Debtor: | $299,000.00<br>WINN-DIXIE STORES, INC. | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF<br>CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO<br>CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION<br>503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 416866**<br>TAYLORS FIRE & SEWER DISTRICT<br>3335 WADE HAMPTON BLVD<br>TAYLORS SC 29687 | 12569<br>Debtor: | $208,170.04<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR SEWER<br>ASSESSMENT BECAUSE DEBTOR DOES NOT OWN PROPERTY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 73444**<br>THOMAS, BELINDA A<br>6462 BEDFORD LANE<br>LITHONIA GA 30058 | 1829<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id: 263765**<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 7830<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $2,622,994.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING, ALTHOUGH DEBTOR REMAINS GUARANTOR. IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. |
| **Creditor Id: 278595**<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 11135<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $98,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTEE ABSENT DOCUMENTATION OF INCURRED EXPENSES. |
| **Creditor Id: 410584**<br>WILMINGTON TRUST COMPANY, TTEE<br>SOUTHLAND-ARLINGTON WD DE BUS TRUST<br>C/O NEAL, GERBER & EISENBERG<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2200<br>CHICAGO IL 60602 | 10875<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $13,843.39 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

|  | | | |
|---|---|---|---|
| **Total Claims to be Disallowed:** | 44 | | |
| **Total Amount to be Disallowed:** | $8,613,272.22 | Plus Unliquidated Amounts, If Any | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 242725**<br>ATLANTA FOODS INTERNATIONAL<br>ATTN DOUG JAY<br>255 SPRING STREET, SW<br>ATLANTA, GA 30303<br><br>Counsel: ATTN HARRIS B WINSBERG, ESQ | 7753<br>**Debtor:** | $226,702.32<br>WINN-DIXIE STORES, INC. | $39,610.20 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $5,669.46, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,112.35 AND $39.88, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $180,270.43. |
| **Creditor Id: 381993**<br>BARBER MILK, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKENNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4676<br>**Debtor:** | $261,998.14<br>WINN-DIXIE STORES, INC. | $145,496.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,344.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $6,131.38 AND $8.63, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $107,017.44. |
| **Creditor Id: 399361**<br>BARDSTOWN SC, LLC, SUCCESSOR TO KHS DEVELOPMENT CO<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>201 EAST FIFTH ST, 2200 PNC CENTER<br>CINCINNATI OH 45202 | 502<br>**Debtor:** | $443,327.00<br>WINN-DIXIE STORES, INC. | $417,476.34 | REDUCED AMOUNT REFLECTS PAYMENT OF PREPETITION AND POSTPETITION RENT OF $18,467.76 AND $7,385.90, RESPECTIVELY, BY CHECK NUMBER 00744072 (CLEARED 2/9/06). REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2099**<br>BUNKIE INVESTMENT CO, LLC<br>ATTN CHRISTOPHER A SARPY<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739<br><br>Transferee: CSFB 1998-C1 SHIRLEY ROAD LLC<br>Counsel: ATTN LAUREL M ISICOFF, ESQ | 12375<br>**Debtor:** | $1,861,545.21<br>WINN-DIXIE MONTGOMERY, INC. | $740,264.52 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,723.88 FOR OVERSTATED REJECTION DAMAGES AND $900,000 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION AND ADDITION OF $2,463.19 FOR 2005 PREPETITION REAL ESTATE TAXES. |
| **Creditor Id: 2103**<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 12096<br>**Debtor:** | $597,159.89<br>WINN-DIXIE STORES, INC. | $561,162.71 | REDUCED AMOUNT REFLECTS REMOVAL OF $35,997.18 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 244349**<br>CAGLES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN R R THAMES & N LAFLEUR, ESQS<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 9944<br>Debtor: | $210,422.74<br>WINN-DIXIE PROCUREMENT, INC. | $92,870.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $268.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $117,284.40. |
| **Creditor Id: 316026**<br>CARRINGTON, FRANCIS<br>ATTN RICHARD DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | 3144<br>Debtor: | $17,921.14<br>WINN-DIXIE RALEIGH, INC. | $13,173.73 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,747.41 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES. DEBTOR GAVE FF ACQUISITION CREDIT FOR SUCH CHARGES IN CLOSING STATEMENT, ACCORDINGLY, FF ACQUISITION OWES THAT AMOUNT, NOT DEBTOR. |
| **Creditor Id: 394018**<br>CHRISTOVICH & KEARNEY, LLP<br>ATTN JUDY L MILNAR<br>601 POYDRAS STREET, STE 2300<br>NEW ORLEANS, LA 70130-6078 | 1404<br>Debtor: | $15,753.55<br>WINN-DIXIE STORES, INC. | $15,537.05 | REDUCED AMOUNT REFLECTS REMOVAL OF $216.50 FOR OVERCHARGES (INVOICE NUMBERS 1400146 ($11.50), 1400155 ($23.00), 1400164 ($129.00), 140510 ($53.00)). |
| **Creditor Id: 245380**<br>CHURCH & DWIGHT<br>ATTN GERALD J STEPIEN, CREDIT MGR<br>469 NORTH HARRISON STREET<br>PRINCETON NJ 08543-5297 | 2897<br>Debtor: | $689,576.01<br>WINN-DIXIE STORES, INC. | $391,173.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,065.46, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,709.96 AND $48,554.38, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $224,053.76, AND REMOVAL OF $16,019.22 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 381776**<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022<br><br>Transferee: AMROC INVESTMENTS LLC | 11268<br>Debtor: | $1,763,654.98<br>WINN-DIXIE PROCUREMENT, INC. | $1,190,708.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $17,927.18, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,718.95 AND $6,551.30, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $662,572.73. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br><br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13048<br>Debtor: | $502,647.99<br>WINN-DIXIE STORES, INC. | $501,647.99 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 411176<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | 13058<br>**Debtor:** | WINN-DIXIE RALEIGH, INC.<br>$489,146.67 | $433,574.03 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Counsel:** ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | |
| **Creditor Id:** 411176<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231 | 13059<br>**Debtor:** | WINN-DIXIE MONTGOMERY, INC.<br>$751,931.31 | $750,931.31 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Counsel:** ATTN AMY PRITCHARD WILLIAMS, ESQ | | | | |
| **Creditor Id:** 411108<br>COCA-COLA COMPANY, THE<br>PO BOX 1734<br>NAT 2016<br>ATLANTA GA 30301 | 7378<br>**Debtor:** | WINN-DIXIE STORES, INC.<br>$554,571.94 | $268,834.88 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Counsel:** ATTN ALAN M WEISS, ESQ | | | | |
| **Creditor Id:** 416850<br>COMBINED LAND CO INC<br>ATTN CLAUDE F SMITH, JRJ MENDOLA<br>36 RICHMOND PLAZA<br>ROCKINGHAM NC 28379 | 12469<br>**Debtor:** | WINN-DIXIE RALEIGH, INC.<br>$10,157.35 | $8,084.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,072.51 FOR SWEEPING SERVICES DISPUTED BY PROPERTY MANAGER AS DEBTOR EMPLOYS ITS OWN SWEEPER. |
| **Creditor Id:** 416975<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT KY 40602 | 12593<br>**Debtor:** | WINN-DIXIE STORES, INC.<br>$268,996.11 | $254.62 | REDUCED AMOUNT REFLECTS INTEREST AND PENALTY DUE. CLAIM ASSERTED AGAINST WINN-DIXIE RALEIGH, INC., WINN-DIXIE PROCUREMENT, INC., AND WINN-DIXIE LOGISTICS, INC. RALEIGH PAID $6,134.52 ON 3/8/05 BY CHECK NUMBER 8003720 FOR YEAR ENDING 1/31/2005. PROCUREMENT HAS NO INFORMATION FOR 2001, PAID $1,385.18 ON 1/12/04 BY CHECK NUMBER 7110259 FOR YEAR ENDING 12/31/03, AND HAS A TOTAL CREDIT OF $21.92 FOR YEAR ENDING 12/31/04. LOGISTICS PAID $1,057.37 ON 1/4/05 BY CHECK NUMBER 7421362 FOR YEAR ENDING 12/31/04. IT APPEARS FILES WERE SENT TWICE GIVING APPEARANCE THAT WAGES WERE DOUBLE WHAT THEY ACTUALLY WERE BUT CORRECT TAXES WERE PAID. OF REDUCED AMOUNT, $9.24 IS CLASSIFIED AS UNSECURED PRIORITY AND $245.38 AS UNSECURED NON-PRIORITY. |
| **Counsel:** ATTN: ALBERT B CHANDLER III, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 381663<br>CONTINENTAL MILLS<br>C/O PERKINS COIE, LLP<br>ATTN B MACINTYRE/J STEVENSON, ESQS<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | 9456<br>**Debtor:** | $109,249.53<br>**WINN-DIXIE STORES, INC.** | $24,278.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,213.75, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,501.40 AND $423.36, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $65,338.77, AND REMOVAL OF $11,493.48 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 247147<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10835<br>**Debtor:** | $29,259.79<br>**WINN-DIXIE MONTGOMERY, INC.** | $15,780.55 | REDUCED AMOUNT REFLECTS PAYMENT OF $13,479.24 BY CHECK NUMBER 007436946 (CLEARED 2/2/05) FOR 2004 COMMON AREA MAINTENANCE CHARGES. |
| Creditor Id: 410735<br>DE LAGE LANDEN FINANCIAL SVCS INC<br>C/O MILNER DOCUMENT PRODUCTS, INC<br>ATTN RAY CROUSE<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087 | 9583<br>**Debtor:** | $13,154.17<br>**WINN-DIXIE STORES, INC.** | $993.34 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 410696<br>DECATUR REALTY, SUCCESSOR TO<br>BAUMGARDNER-HOGAN, INC<br>ATTN DAVID N ESKENAZI, MEMBER<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS IN 46208 | 9556<br>**Debtor:** | $2,269,113.00<br>**DEBTOR IS UNIDENTIFIABLE** | $420,545.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,778,148.94 FOR OVERSTATED REJECTION DAMAGES AND $72,418.50 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 403204<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618<br><br>Counsel: ATTN: DAVID J COOK, ESQ | 2997<br>**Debtor:** | $1,892,658.05<br>**WINN-DIXIE STORES, INC.** | $929,910.74 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,218.30, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $219,008.71 AND $70,479.33, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $262,985.76, AND REMOVAL OF $202,055.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| Creditor Id: 249222<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098<br><br>Counsel: ATTN LEWIS H PITMAN, JR | 8778<br>**Debtor:** | $105,654.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $91,146.17 | REDUCED AMOUNT REFLECTS REMOVAL OF IMPERMISSIBLE INTEREST IN THE AMOUNT OF $14,507.73. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 394036<br>FAIN, MAJOR & BRENNAN, PC<br>ATTN GENE A MAJOR, ESQ<br>100 GLENRIDGE POINT PKWY, STE 500<br>ATLANTA, GA 30342 | 10027<br>**Debtor:** | $38,387.10<br>**WINN-DIXIE STORES, INC.** | $37,629.81 | REDUCED AMOUNT REFLECTS REMOVAL OF $757.29 FOR DUPLICATE CHARGES (INVOICE NUMBERS 20636, 20638, AND 20639 ARE INCLUDED IN INVOICE NUMBERS 21219, 21222, AND 21223, RESPECTIVELY). |
| Creditor Id: 1343<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 16765<br>MOBILE AL 36616 | 9794<br>**Debtor:** | $48,844.43<br>**WINN-DIXIE STORES, INC.** | $41,866.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,977.78 FOR ESTIMATED 2005 PREPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. |
| Creditor Id: 394040<br>FRAZER HUBBARD BRANDT TRASK ET AL<br>ATTN JAMES L YACAVONE III, ESQ<br>595 MAIN STREET<br>DUNEDIN, FL 34698 | 2216<br>**Debtor:** | $17,976.87<br>**WINN-DIXIE STORES, INC.** | $10,070.87 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,025.85 FOR CHARGES LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES AND $153.11 FOR POSTPETITION INVOICE NUMBER 19594 AND 7/5/05 PAYMENT OF $2,727.04 BY CHECK NUMBER 008068889 FOR INVOICE NUMBERS 19591, 19592, 19593, 19596, 19597, AND 19598. |
| Creditor Id: 394058<br>GEORGE, HARTZ , LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | 2520<br>**Debtor:** | $118,877.81<br>**WINN-DIXIE STORES, INC.** | $114,960.39 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $3,917.42 BY CHECK NUMBER 008068623 FOR POSTPETITION INVOICE. |
| Creditor Id: 250702<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3<br>Counsel: ATTN WALTER F MCARDLE, ESQ | 11832<br>**Debtor:** | $543,188.43<br>**WINN-DIXIE STORES, INC.** | $521,413.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $21,775.39 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. |
| Creditor Id: 403504<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | 1078<br>**Debtor:** | $21,851.59<br>**WINN-DIXIE MONTGOMERY, INC.** | $13,728.00 | REDUCED AMOUNT REFLECTS REMAINING AMOUNTS DUE UNDER REJECTED CONTRACT. |
| Creditor Id: 398213<br>HILL HILL CARTER FRANCO ET AL<br>ATTN RANDALL MORGAN, VP<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 | 8776<br>**Debtor:** | $58,144.39<br>**WINN-DIXIE STORES, INC.** | $55,239.39 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,134.00 ON 10/11/05 BY CHECK NUMBER 09047309 AND $646.00, $50.00, AND $75.00 ON 4/10/05 BY CHECK NUMBERS 09304507, 09304508, AND 09304509, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 251993**<br>IBERIA WORLD FOODS CORP<br>ATTN LYDIA GREENSTEIN, CR MGR<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 | 11063<br>**Debtor:** | $532,004.45<br>WINN-DIXIE STORES, INC. | $380,558.64 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,009.42, RECLAMATION PAYMENTS IN PROCESS TOTALING $94,301.52, AND REMOVAL OF $55,134.87 NEITHER LISTED ON DEBTOR'S BOOKS AND RECORDS NOR SUPPORTED BY ADEQUATE DOCUMENTATION. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 252061**<br>IMAGISTICS INTERNATIONAL INC FKA<br>PITNEY BOWES OFFICE SYSTEMS<br>PO BOX 856193<br>LOUISVILLE, KY 40285-6193 | 10382<br>**Debtor:** | $124,991.93<br>WINN-DIXIE STORES, INC. | $27,257.98 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 411153**<br>IPF/HEIGHTS LP<br>C/O INFINITY PROPERTY MGMT CORP.<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY ROAD, SUITE 1-1650<br>ATLANTA GA 30339<br><br>Counsel: ATTN LAWRENCE J SCHWARTZ, ESQ. | 11182<br>**Debtor:** | $25,375.50<br>WINN-DIXIE STORES, INC. | $14,438.38 | REDUCED AMOUNT REFLECTS REMOVAL OF $10,936.62 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 403322**<br>J GORDON ROTHWELL, PA<br>ATTN J GORDON ROTHWELL, PRESIDENT<br>560 1ST AVENUE NORTH<br>ST PETERSBURG FL 33701<br><br>Counsel: ATTN DAVID B MCEWEN, ESQ | 9210<br>**Debtor:** | $74,635.66<br>WINN-DIXIE STORES, INC. | $62,452.75 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,140.71 AND $57 FOR POSTPETITION INVOICE NUMBERS 205 AND 304, RESPECTIVELY, AND 7/5/05 PAYMENT OF $7,985.20 BY CHECK NUMBER 008008665 FOR POSTPETITION WORK. |
| **Creditor Id: 1489**<br>JOHN BENETTI ASSOCIATES<br>C/O JOHN BENETTI<br>80 MOUNT VERNON LANE<br>ATHERTON, CA 94025<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN DAVID G FINKELLSTEIN, ESQ | 8620<br>**Debtor:** | $1,069,400.22<br>WINN-DIXIE STORES, INC. | $481,075.22 | REDUCED AMOUNT REFLECTS REMOVAL OF $588,225.00 FOR OVERSTATED DEFERRED MAINTENANCE CHARGES AND $100.00 FOR CALCULATION ERROR. |
| **Creditor Id: 399445**<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10038-6710 | 648<br>**Debtor:** | $2,012,537.69<br>WINN-DIXIE PROCUREMENT, INC. | $768,890.72 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $27,829.51, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,143.88 AND $47,041.50, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $890,546.20, AND REMOVAL OF $264,086.02 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 403382**<br>JULA TRUST, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN T SADUTTO/S LYDELL, ESQS<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | 6218<br>Debtor: | $312,617.54<br>WINN-DIXIE STORES, INC. | $254,268.45 | REDUCED AMOUNT REFLECTS REMOVAL OF $41,168.60 FOR MATHEMATICAL ERROR IN PROOF OF CLAIM AND $17,180.49 FOR OVERSTATED 2005 INSURANCE. |
| **Creditor Id: 411293**<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC   H3G1N2 CANADA<br>Counsel: ATTN: ERIC D SCHWARTZ ESQ | 9833<br>Debtor: | $1,498,272.59<br>WINN-DIXIE MONTGOMERY, INC. | $413,038.55 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,008,333.68 FOR OVERSTATED REJECTION DAMAGES, $62,500 FOR ESTIMATED ROOF REPAIR COSTS, $915.18 AND $326.58 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, $2,125.40 AND $33.20 FOR POSTPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, AND $11,000 FOR LEGAL FEES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 383217**<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 295<br>Debtor: | $772,322.11<br>WINN-DIXIE STORES, INC. | $750,718.40 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 2365**<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | 9291<br>Debtor: | $3,167,850.00<br>WINN-DIXIE RALEIGH, INC. | $517,003.26 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 407608**<br>LAND-O-SUN DAIRIES, LLC DBA<br>PET DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4574<br>Debtor: | $124,050.77<br>WINN-DIXIE STORES, INC. | $85,755.15 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,080.73, ACCOUNTS PAYABLE CREDIT OF $2,631.33, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $34,583.56. |
| **Creditor Id: 394059**<br>LANDRY & LAVELLE, LLP<br>ATTN PAUL M LAVELLE<br>3822 ELYSIAN FIELDS AVENUE<br>NEW ORLEANS, LA  70122-4565 | 2782<br>Debtor: | $35,412.06<br>WINN-DIXIE MONTGOMERY, INC. | $32,423.93 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $2,988.13 FOR POSTPETITION INVOICES BY CHECK NUMBER 008068849. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407463**<br>LASALLE BANK NAT'L ASSOC. AS TTEE HOLDERS OF BEAR STEARNS COMM MORTG C/O MCKENNA LONG & ALDRIDGE LLP ATTN: B SUMMER CHANDLER 303 PEACHTREE ST, STE 5300 ATLANTA GA 30308 | 10816<br>Debtor: | $838,708.34<br>WINN-DIXIE MONTGOMERY, INC. | $772,318.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 406287**<br>LEXISNEXIS EXAMEN INC, DIV OF REED ELSEVIER, INC ATTN BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG OH 45342<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | 13257<br>Debtor: | $151,091.04<br>WINN-DIXIE STORES, INC. | $148,356.39 | REDUCED AMOUNT REFLECTS REMOVAL OF $26.38 FOR POSTPETITION PORTION OF INVOICE NUMBER 0502233297 AND PAYMENT OF $2,624.27 ON 5/16/05 AND $84.00 ON 2/15/06 FOR POSTPETITION PORTION OF 0502225921 BY CHECK NUMBER 8040386 AND POSTPETITION INVOICE NUMBER 0502226490 BY CHECK NUMBER 8166701, RESPECTIVELY. |
| **Creditor Id: 403331**<br>MARSHALL DENNEHEY WARNER ET AL 12 E BAY STREET JACKSONVILLE FL 32202-2247 | 8936<br>Debtor: | $10,714.53<br>WINN-DIXIE STORES, INC. | $9,852.03 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $862.50 BY CHECK NUMBER 008068571 FOR POSTPETITION INVOICE NUMBERS 637421 AND 637422. |
| **Creditor Id: 381840**<br>MARYLAND & VIRGINIA MILK PRODUCERS C/O REED SMITH LLP ATTN ROBERT M MARINO, ESQ STE 1100, EAST TOWER 1301 K STREET NW WASHINGTON DC 20005-3317<br><br>Transferee: AMROC INVESTMENTS LLC Counsel: ATTN: ANDREW L MORRISON | 2501<br>Debtor: | $3,242,815.85<br>WINN-DIXIE STORES, INC. | $2,841,542.49 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $42,993.57 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $358,279.79. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2386**<br>MASON SHOPPING CENTER PARTNERSHIP C/O TOWN CENTER COMPANY ATTN PAUL E GRANICK, GP 7452 JAGER COURT CINCINNATI, OH 45230<br><br>Transferee: LONGACRE MASTER FUND LTD | 7931<br>Debtor: | $755,481.02<br>WINN-DIXIE RALEIGH, INC. | $737,211.08 | REDUCED AMOUNT REFLECTS PAYMENT OF $14,676.27 FOR POSTPETITION RENT AND POSTPETITION CREDIT OF $3,593.67.   REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 382041**<br>MCARTHUR DAIRY, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | **5287**<br>**Debtor:** | **$306,045.97**<br>WINN-DIXIE STORES, INC. | **$160,996.62** | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,064.71, ACCOUNTS PAYABLE CREDIT OF $25,388.30, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $115,596.34. |
| **Creditor Id: 255884**<br>MCDUFFIE SQUARE LP<br>C/O HULL STOREY RETAIL GROUP, LLC<br>ATTN MIKE FOWLER, ESQ<br>PO BOX 204227<br>AUGUSTA, GA 30917-4227 | **12324**<br>**Debtor:** | **$285,581.19**<br>WINN-DIXIE STORES, INC. | **$275,587.20** | REDUCED AMOUNT REFLECTS REMOVAL OF $9,993.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1602**<br>MILFORD STATION, LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11890 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | **8031**<br>**Debtor:** | **$286,142.56**<br>WINN-DIXIE RALEIGH, INC. | **$277,629.50** | REDUCED AMOUNT REFLECTS REMOVAL OF $8,603.01 FOR OVERSTATED REJECTION DAMAGES, $1,535.05 FOR PENALTY ON 2004 REAL ESTATE TAXES, AND $375.00 FOR TRASH REMOVAL. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 279072**<br>MT OLIVE PICKLE COMPANY, INC<br>C/O WHARTON ALDHIZER & WEAVER, PLC<br>ATTN STEPHAN W MILO, ESQ<br>125 S AUGUSTA STREET, STE 2000<br>STAMPTON VA 24401 | **9702**<br>**Debtor:** | **$232,374.75**<br>WINN-DIXIE PROCUREMENT, INC. | **$57,535.23** | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $176.44, NET CONSUMPTION WAIVER OF $5,298.17, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $169,364.91. |
| **Creditor Id: 256911**<br>NARANJA LAKES JOINT VENTURES<br>C/O FIRC MANAGEMENT INC<br>ATTN ALEJANDRO SOSA, DIR<br>2289 SW 37TH AVE, 4TH FLR<br>MIAMI, FL 33145 | **5929**<br>**Debtor:** | **$42,807.71**<br>WINN-DIXIE STORES, INC. | **$37,608.91** | REDUCED AMOUNT REFLECTS 8/21/05 PAYMENT OF $5,198.80 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES AND INSURANCE BY CHECK NUMBER 008060830. |
| **Creditor Id: 407534**<br>NATIONAL SALES SERVICES, INC DBA<br>NATIONAL RETAIL SERVICES<br>C/O EURO RSCG WORLDWIDE, INC<br>ATTN W FASANO OR NANCY WYNNE, ESQ<br>350 HUDSON STREET<br>NEW YORK NY 10014 | **4212**<br>**Debtor:** | **$473,496.53**<br>WINN-DIXIE STORES, INC. | **$274,314.57** | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  410421**<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | 11881<br>Debtor: | $189,625.18<br>WINN-DIXIE RALEIGH, INC. | $175,107.37 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,285.29 FOR OVERSTATED 2005 PREPETITION TAXES AND $12,867.90 AND $6,864.62 FOR POSTPETITION RENT AND REAL ESTATE TAXES, RESPECTIVELY. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:  257461**<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS  39216<br><br>Counsel: ATTN MARCUS M WILSON, ESQ | 8255<br>Debtor: | · $106,890.93<br>WINN-DIXIE MONTGOMERY, INC. | $56,893.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $40,492.74 FOR OVERSTATED REJECTION DAMAGES AND $9,504.30 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id:  394057**<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS, LA  70150 | 8207<br>Debtor: | $93,314.65<br>WINN-DIXIE MONTGOMERY, INC. | $91,071.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,243.61 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id:  279257**<br>PACTIV CORPORATION<br>ATTN STAN GALINGER/S J MARTIN<br>1900 W FIELD COURT<br>LAKE FOREST IL  60045 | 2233<br>Debtor: | $852,364.97<br>WINN-DIXIE STORES, INC. | $405,319.34 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $10.60, NET CONSUMPTION WAIVER OF $12,668.42, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,140.92 AND $1,559.43, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $402,787.98, AND REMOVAL OF $15,848.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:  2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN  37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 12854<br>Debtor: | $65,763.41<br>WINN-DIXIE RALEIGH, INC. | $55,890.95 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,872.46 FOR POSTPETITION CHARGES.  ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:  382068**<br>PILGRIMS PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX  75686-0093 | 11210<br>Debtor: | $361,309.07<br>WINN-DIXIE STORES, INC. | $242,375.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,799.08, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $28,410.48 AND $208.52, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $87,515.33.  REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411232**<br>PROCTER & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | 9474<br>Debtor: | $6,341,805.10<br>WINN-DIXIE STORES, INC. | $1,788,497.83 | REDUCED AMOUNT INCLUDES ADDITIONAL RECLAMATION CLAIM OF $63,366.35, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $31,578.36 AND $869,000.05, RESPECTIVELY, NET CONSIDERATION WAIVER OF $120,569.76, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,705,505.48. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 259004**<br>PROTEMP SERVICES, LLC<br>ATTN ANGEL WESTBROOK & SCOTT BAKER<br>517 BAYHILL RIDGE CIRCLE<br>BIRMINGHAM AL 35244 | 275<br>Debtor: | $79,802.50<br>WINN-DIXIE STORES, INC. | $71,644.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,000.00 FOR INVOICE NUMBER 1361 AS PERSON LISTED ON INVOICE WAS NOT HIRED AND THEREFORE PLACEMENT FEE IS NOT OWED AND $4,168.00 FOR INVOICE NUMBER 1185 AS CLAIMANT INFORMED DEBTOR INVOICE WAS PAID. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id: 259554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | 4723<br>Debtor: | $73,013.23<br>WINN-DIXIE MONTGOMERY, INC. | $5,741.11 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $67,272.12. |
| **Creditor Id: 259554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | 4724<br>Debtor: | $124,169.83<br>WINN-DIXIE STORES, INC. | $3,453.88 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $120,715.95. |
| **Creditor Id: 394060**<br>RIGDON, ALEXANDER & RIGDON, LLP<br>ATTN H A RIGDON, JR<br>PO BOX 412169<br>MELBOURNE, FL 32941-2169 | 2597<br>Debtor: | $15,584.53<br>WINN-DIXIE STORES, INC. | $13,954.32 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $1,630.21 BY CHECK 009068605 FOR POSTPETITION LIABILITY INCLUDED IN ASSERTED AMOUNT. |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6850<br>Debtor: | $341.50<br>WINN-DIXIE STORES, INC. | $297.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $44.50 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICE. |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6853<br>Debtor: | $2,318.44<br>WINN-DIXIE STORES, INC. | $2,179.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $139.44 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICE. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6885<br>Debtor: | $4,321.18<br>WINN-DIXIE STORES, INC. | $3,912.26 | REDUCED AMOUNT REFLECTS PAYMENT OF $408.92 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICES. |
| **Creditor Id: 260495**<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537<br><br>Transferee: SAWICKI REALTY CO<br>Counsel: ATTN: THOMAS A GIBSON, ESQ | 11882<br>Debtor: | $1,093,475.80<br>WINN-DIXIE MONTGOMERY, INC. | $999,212.71 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1825**<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056<br><br>Counsel: ATTN THOMAS H KEEN, ESQ. | 12176<br>Debtor: | $2,919,887.32<br>WINN-DIXIE STORES, INC. | $1,462,741.04 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 382164**<br>SFJ MANAGEMENT, INC<br>ATTN TERRY W PRATHER, VP/GM<br>12301 LAKE FOREST BLVD<br>NEW ORLEANS, LA 70129 | 7654<br>Debtor: | $169,253.15<br>WINN-DIXIE STORES, INC. | $130,593.24 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT INCORRECTLY RECONCILED TICKET SALES. |
| **Creditor Id: 279064**<br>SIRIUS COMPUTER SOLUTIONS INC<br>ATTN JOHN MEDINA, CREDIT MGR<br>613 NW LOOP 410, SUITE 1000<br>SAN ANTONIO TX 78216<br><br>Counsel: ATTN PATRICK F HUFFSTICKLER, ESQ | 8471<br>Debtor: | $986,409.30<br>WINN-DIXIE STORES, INC. | $961,150.12 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 407705**<br>SOUTHERN FOODS GROUP, LP DBA<br>BROWNS DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5286<br>Debtor: | $42,610.08<br>WINN-DIXIE MONTGOMERY, INC. | $20,576.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $499.37, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,553.80 AND $129.04, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,850.93. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 378217**<br>STEPHENS, CHARLES P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | **9968**<br>Debtor: | **$1,500.00**<br>WINN-DIXIE STORES, INC. | $500.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,000.00 ON 2/18/05 BY CASHIER'S CHECK NUMBER 399841231. |
| **Creditor Id: 402084**<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | **877**<br>Debtor: | **$7,643.70**<br>WINN-DIXIE STORES, INC. | $4,925.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,718.50 TO BE DISTRIBUTED DIRECTLY TO WAKE COUNTY CLERK OF COURT PER 2/24/05 SETTLEMENT AGREEMENT. |
| **Creditor Id: 262238**<br>SUNSHINE MILLS INC<br>ATTN KIM SPARKS<br>PO BOX 676<br>RED BAY, AL 35582-0676 | **1559**<br>Debtor: | **$262,773.06**<br>WINN-DIXIE STORES, INC. | $6,917.87 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,807.69, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $98,126.27 AND $4,490.00, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $115,046.23, AND REMOVAL OF $34,385.00 FOR PALLET CHARGES. |
| **Creditor Id: 403362**<br>TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP<br>ATTN DAYLE A FLAMMIA<br>1621 MIDTOWN PLACE<br>RALEIGH NC 27609 | **7108**<br>Debtor: | **$4,101.90**<br>WINN-DIXIE RALEIGH, INC. | $3,682.20 | REDUCED AMOUNT REFLECTS PAYMENT OF $419.70 ON 10/18/05 BY CHECK NUMBER 008118436 FOR POSTPETITION INVOICES. |
| **Creditor Id: 377844**<br>TREE OF LIFE INC<br>ATTN S SAGAER/M DUFRESNE<br>405 GOLFWAY WEST DR<br>ST AUGUSTINE FL 32095<br><br>Counsel: ATTN MARK E FREEDLANDER, ESQ | **9190**<br>Debtor: | **$3,244,449.98**<br>WINN-DIXIE STORES, INC. | $2,497,379.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $16,011.79 AND REMOVAL OF $731,058.89 FOR UNDOCUMENTED CHARGES. CLAIMANT AGREES WITH REDUCED AMOUNT. |
| **Creditor Id: 264152**<br>VICTORY WHOLESALE GROCERS<br>ATTN ALVIN C EDER, VP & CREDIT MGR<br>400 VICTORY DRIVE<br>SPRINGBORO OH 45066<br><br>Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP | **8855**<br>Debtor: | **$1,053,295.14**<br>WINN-DIXIE STORES, INC. | $293,179.80 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $6,524.03, NET CONSUMPTION WAIVER OF $21,590.15, ACCOUNTS PAYABLE CREDIT OF $6,624.33, RECLAMATION PAYMENTS IN PROCESS TOTALING $662,360.68, AND REMOVAL OF $87,164.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 408366** VILLAGE ROYALE PROPERTIES LLC C/O BENESCH FRIEDLANDER ET AL ATTN DAVID M NEUMANN, ESQ 200 PUBLIC SQUARE, 2300 BP TOWER CLEVELAND OH 44114 | 7040 **Debtor:** | $87,363.00 WINN-DIXIE STORES, INC. | $28,883.85 | REDUCED AMOUNT REFLECTS PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES OF $354.35 AND $4,097.28, RESPECTIVELY, AND RENT OF $24,432.22. REMAINING ASSERTED AMOUNT FOR REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES ARE ESTIMATED AND, AT TIMES, INCLUDE POSTPETITION PAID LIABILITIES. |
| **Creditor Id: 410417** WACHOVIA BANK, TRUSTEE UNDER LUCY BUXTON AGREEMENT C/O HAYNSWORTH SINKLER BOYD, PA ATTN WILLIAM H SHORT JR, ESQ PO BOX 11889 COLUMBIA SC 29211 | 12257 **Debtor:** | $1,852,373.29 WINN-DIXIE STORES, INC. | $533,900.21 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,314,466.18 FOR OVERSTATED REJECTION DAMAGES AND $4,006.90 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410834** WICKER SMITH O'HARA, ET AL ATTN LISA R DASHER, CONTROLLER 5TH FLOOR GROVE PLAZA BUILDING 2900 MIDDLE STREET, SW 28TH TERRACE MIAMI FL 33133 | 9871 **Debtor:** | $1,145.58 WINN-DIXIE STORES, INC. | $1,112.58 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $33.00 BY CHECK NUMBER 008068619 FOR POSTPETITION INVOICE NUMBER 208453. |
| **Creditor Id: 403375** WILKINS, STEPHENS & TIPTON, PA ATTN LELAND S SMITH PO BOX 13429 JACKSON MS 39236-3429 | 2109 **Debtor:** | $46,678.66 WINN-DIXIE STORES, INC. | $46,476.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $202.15 FOR INVOICE NUMBER 667030424, NOT AN INVOICE OF ANY OF THE DEBTORS. |
| **Creditor Id: 265037** WORLD KITCHEN INC PO BOX 911310 DALLAS, TX 75391-1310 | 3032 **Debtor:** | $64,367.71 WINN-DIXIE STORES, INC. | $29,854.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $597.01, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $160.20 AND $28.89, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $18,915.40, AND REMOVAL OF $14,811.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

Total Claims to be Reduced:               82
Total Amount to be Reduced:     $50,064,653.71 Plus Unliquidated Amounts, If Any
Total Reduced Amount:     $27,168,641.90

**EXHIBIT C**

## WINN-DIXIE STORES, INC., ET AL.
## FIFTEENTH OMNIBUS CLAIMS OBJECTION
## EXHIBIT C -- OVERSTATED AND MISCLASSIFIED
## CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| ALLIED CAPITAL CORP, SVCER ACGS 2004 LLC SECURED NOTES C/O VENABLE LLP ATTN G A CROSS & H D FOLEY ESQS TWO HOPKINS PLAZA, SUITE 1800 BALTIMORE MD 21201 | 10952 | $547,912.05 Debtor: WINN-DIXIE MONTGOMERY, INC. | Multiple Classes | Unsecured Non-Priority | $521,501.20 | REDUCED AMOUNT REFLECTS ADDITION OF $40.00 FOR CALCULATION ERROR AND REMOVAL OF $24,634.09, $177.36, AND $1,639.40 FOR OVERSTATED 2004, 2005 PREPETITION, AND 2005 POSTPETITION REAL ESTATE TAXES, RESPECTIVELY (DEBTOR PAID $1,526.32 FOR POSTPETITION REAL ESTATE TAXES). ALSO, MISCLASSIFIED CLAIM. |
| AQUA STAR ATTN ANDREW PICKERING, CFO 2025 1ST AVENUE, SUITE 200 SEATTLE WA 98121  Transferee: AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FLR NEW YORK, NY 10022 | 635 | $704,041.00 Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $699,565.70 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $62.10 AND $4,413.20, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $32,844.78 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $666,720.92 REMAINS UNSECURED NON-PRIORITY. |
| BAGWELL, HAROLD G PO BOX 1700 GARNER, NC 27529 | 12135 | $496,398.00 Debtor: WINN-DIXIE RALEIGH, INC. | Multiple Classes | Unsecured Non-Priority | $483,598.36 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,000 FOR POSTPETITION CHARGES AND ADDITION OF $2,200 FOR SIGN REMOVAL AND $.36 FOR CALCULATION ERROR. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| BENSON'S INC ATTN DAN HARTLEY, PRESIDENT PO BOX 429 BOGART, GA 30622-0429 | 8506 | $383,253.20 Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $360,514.88 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $689.04, ACCOUNTS PAYABLE OFFSET OF $52.20, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $21,997.08. ALSO, MISCLASSIFIED CLAIM. |
| BROWN, NOLTEMEYER COMPANY ATTN CHARLES A BROWN JR 2424 EAGLES EYRIE COURT LOUISVILLE KY 40206 | 1344 | $429,243.43 Debtor: WINN-DIXIE STORES, INC. | Secured | Unsecured Non-Priority | $351,790.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $77,452.53 FOR OVERSTATED REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C -- OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CITY OF MOBILE, AL ATTN CAROL CARR LITTLE, ESQ PO BOX 1827 MOBILE AL 36633 | 715 | $18,998.75 | Multiple Classes *Debtor:* WINN-DIXIE STORES, INC. | Multiple Classes | $3,415.40 | REDUCED AMOUNT REFLECTS PAYMENTS OF $7,098.06 ON 12/20/04 BY CHECK NUMBER 7410597 FOR SALES TAXES DUE NOVEMBER 2004 AND OF $8,485.29 ON 2/23/05 BY CHECK NUMBER 39984251 FOR SALES TAXES DUE JANUARY 2005 PURSUANT TO ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT NO. 435). CLAIM FILED AS SECURED, UNSECURED PRIORITY, AND UNSECURED NON-PRIORITY TO BE RECLASSIFIED AS $2,628.40 UNSECURED PRIORITY AND $787.00 UNSECURED NON-PRIORITY. |
| CONAIR CORPORATION ATTN A LUCAS & J DEOL 150 MILFORD ROAD EAST WINDSOR NJ 08520 *Transferee:* MADISON INVESTMENT TRUST - SERIES 4 ATTN SALLY MEYER 6310 LAMAR AVE SUITE 120 OVERLAND PARK, KS 66202 | 16 | $161,899.78 | Administrative *Debtor:* WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $12,105.79 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,539.21, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,392.52 AND $14,112.99, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $129,749.27. ALSO, MISCLASSIFIED CLAIM. |
| COUNTY OF LOUISVILLE JEFFERSON METRO REVENUE COMMISSION ATTN KIM G JOHNSON, ADMINISTRATOR PO BOX 35410 LOUISVILLE KY 40232-5410 | 10757 | $1,438.26 | Multiple Classes *Debtor:* WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | $65.35 | REDUCED AMOUNT REFLECTS PENALTY OWED. DEBTOR PAID $3.67 ON 3/17/2005 BY CHECK NUMBER 8006508 FOR 2004 OCCUPATIONAL TAX. NO AMOUNT IS DUE ON WITHHOLDING FOR TAX PERIOD 6/30/2005; ACCOUNT WAS CLOSED IN APRIL 2005 AND NO TAXES WERE DUE. ALSO, MISCLASSIFIED CLAIM. |
| DREYER'S GRAND ICE CREAM ATTN SHANE WETZEL 5929 COLLEGE AVENUE OAKLAND CA 94618 | 2998 | $377,383.55 | Administrative *Debtor:* WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $72,704.46 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $9,015.02, ACCOUNTS PAYABLE CREDIT OF $839.29, RECLAMATION PAYMENTS IN PROCESS TOTALING $287,641.44, AND REMOVAL OF $7,183.34 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| FT-WD PROPERTY LLC ATTN CAROLYN TIFFANY 7 BULFINCH PLACE SUITE 500 BOSTON MA 02114 | 12493 | $10,148,969.87 | Multiple Classes *Debtor:* WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $1,663,974.42 | REDUCED AMOUNT REFLECTS $1,638,222.78 FOR REJECTION DAMAGES AND $25,751.64 FOR PREPETITION REAL ESTATE TAXES. $10,123,218.23 ADMINISTRATIVE CLAIM REQUESTED FOR REMAINING OF LEASE TERM TO BE DISALLOWED. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| GLAXOSMITHKLINE CONSUMER HEALTH ATTN GREGORY COLICCHIE, FINANCE PO BOX 1467 PITTSBURGH PA 15230 | 7035 | $799,552.63 Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $439,389.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,717.06, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,505.80 AND PAYMENTS IN PROCESS TOTALING $338,037.16. ALSO, MISCLASSIFIED CLAIM. |
| HASBRO, INC ATTN JUDITH A SMITH 200 NARRAGANSETT PARK DRIVE PAWTUCKET RI 02862-0200 | 3466 | $33,369.09 Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Multiple Classes | $22,801.90 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,487.30 AND REMOVAL OF $7,079.89 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY. UNSECURED PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $389.10 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $22,412.80 REMAINS UNSECURED NON-PRIORITY. |
| HASCO PROPERTIES PO BOX 681 MC COMB MS 39648-0681 Transferee: LCH OPPORTUNITIES LLC ATTN JOSEPH M O'CONNOR 315 PARK AVE S 20TH FLR NEW YORK, NY 10010 | 11867 | $957,250.02 Debtor: WINN-DIXIE MONTGOMERY, INC. | Multiple Classes | Unsecured Non-Priority | $955,071.61 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,178.41 FOR POSTPETITION 2005 COMMON AREA MAINTENANCE CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| IFCO SYSTEMS, NA ATTN MARIO PRATTS, CREDIT MGR 6829 FLINTLOCK ROAD HOUSTON TX 77040 | 2278 | $184,427.77 Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $92,403.02 | REDUCED AMOUNT REFLECTS REMOVAL OF $92,024.75 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $20,392.13 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $72,010.89 REMAINS UNSECURED NON-PRIORITY. |
| KEMPS LLC ATTN STEVE CARLSON, CREDIT MGR 1270 ENERGY LANE ST PAUL MN 55108 | 7380 | $69,973.30 Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $39,927.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $966.77, ACCOUNTS PAYABLE CREDIT OF $13.32, RECLAMATION PAYMENTS IN PROCESS TOTALING $29,016.40, AND REMOVAL OF $109.20 FOR CHARGES LACKING ADEQUATE SUPPORTING DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| L&R FARMS INC C/O SMITH GILLIAM WILLIAMS ET AL ATTN BRAD J PATTEN, ESQ PO BOX 1098 GAINESVILLE GA 30503 | 5572 | $484,550.45 Debtor: DEEP SOUTH PRODUCTS, INC. | Multiple Classes | Unsecured Non-Priority | $220,815.34 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,991.87 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $255,743.14. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| MURRYS INC<br>ATTN D BRADLEY HOLLAND, CFO<br>PO BOX 37046<br>BALTIMORE, MD 21297-3046 | 2968 | $13,160.00 | Priority<br><br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | Unsecured Non-Priority | $9,392.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,200.00 AND $567.59, RESPECTIVELY, AND CREDIT OF $2,000.00 ON INVOICE NUMBER 327689. ALSO, MISCLASSIFIED CLAIM. |
| PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | $312,776.84 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $4,096.78 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,290.35 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $296,389.71. ALSO, MISCLASSIFIED CLAIM. |
| REXAM BEVERAGE CAN COMPANY<br>ATTN BRUCE M BIALY, CR MGR<br>8770 W BRYN MAWR AVE, SUITE 175<br>CHICAGO IL 60631-3855<br>Transferee: AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK, NY 10022 | 9469 | $815,567.63 | Multiple Classes<br><br>Debtor: DEEP SOUTH PRODUCTS, INC. | Unsecured Non-Priority | $629,259.75 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,862.59, RECLAMATION PAYMENTS IN PROCESS TOTALING $133,433.57, AND REMOVAL OF $42,111.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | $367,758.41 | Multiple Classes<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | $29,176.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,356.18 AND $76,406.28, RESPECTIVELY, NET CONSUMPTION WAIVER OF $7,877.96, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $251,939.88. ALSO, MISCLASSIFIED CLAIM. |
| SENECA FOODS CORPORATION<br>ATTN JANE E SLOAN, CR MGR<br>3736 S MAIN STREET<br>MARION NY 14505<br>Transferee: SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA, MN 55305 | 3791 | $989,164.20 | Unsecured Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $986,234.42 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT BALANCE OF $280.57 AND $20.32, RESPECTIVELY, REMOVAL OF CHARGES LACKING SUPPORTING DOCUMENTATION AGGREGATING $3,081.69, AND ADDITIONAL RECLAMATION CLAIM OF $432.48. MISCLASSIFIED IN PART. RECLASSIFY $95,697.07 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $890,537.35 REMAINS UNSECURED NON-PRIORITY. |
| SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478 | 10655 | $184,164.50 | Multiple Classes<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | $142,798.11 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $8.48 AND $41,357.93, RESPECTIVELY. ALSO, MISCLASSIFIED CLAIM. CLAIM FILED AS UNSECURED NON-PRIORITY, SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $9,100.36 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $133,697.75 TO UNSECURED NON-PRIORITY. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| SOUTHERN GOURMET FOODS C/O NEAL & HARWELL, PLC ATTN MARC T MCNAMEE, ESQ 150 FOURTH AVENUE NORTH, SUITE 2000 NASHVILLE TN 37219 | 3275 | $278,341.22 | Secured Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $46,682.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,019.97, ACCOUNTS RECEIVABLE BALANCE OF $3,049.80, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $221,589.20. ALSO, MISCLASSIFIED CLAIM. |
| SPRINGDALE STATION LTD C/O PHILLIPS EDISON & CO, LTD ATTN R MARK ADDY, MANAGING AGT 11690 GROOMS ROAD CINCINNATI, OH 45242 Transferee: LCH OPPORTUNITIES LLC ATTN JOSEPH M O'CONNOR 315 PARK AVE S 20TH FLR NEW YORK, NY 10010 | 8028 | $324,358.15 | Multiple Classes Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $320,302.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,287.58 FOR OVERSTATED ALJESTON DAMAGES AND $1,767.78 FOR 2004 TAX PENALTY NOT INCURRED BY DEBTOR. ALSO, MISCLASSIFIED CLAIM. |
| SWISHER INTERNATIONAL INC ATTN KEVIN WOLFE, CREDIT MGR 459 EAST 16TH STREET JACKSONVILLE FL 32206 | 6671 | $92,772.34 | Unsecured Non-Priority Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $70,611.41 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,725.08 AND $379.27, RESPECTIVELY, AND REMOVAL OF $9,056.58 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $28,005.22 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $42,606.19 REMAINS UNSECURED NON-PRIORITY. |
| TYSON FOODS, INC ATTN STEVEN SCHAAL, ESQ MAIL CODE #AR058124 PO BOX 2020 SPRINGDALE AR 72765 | 6165 | $1,070,327.44 | Unsecured Non-Priority Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $1,023,174.16 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $34,999.66 AND $12,163.62, RESPECTIVELY. MISCLASSIFIED IN PART. RECLASSIFY $745,948.00 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $277,226.10 UNSECURED NON-PRIORITY. |

Total Claims to be Reduced & Reclassified: **26**
Total Amount to be Reduced & Reclassified: **$20,237,151.88**
Total Reduced & Reclassified Amount: **$9,201,373.91**

Plus Unliquidated Amounts, If Any