# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.     I am of legal age and I am not a party to this action.

2.     I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.     On or about August 28, 2006 I caused copies of:

- the **Order on Debtors' Omnibus Objection to Unresolved Litigation Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 5, 2006

Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

Order on Debtors' Omnibus Objection to Unresolved
Litigation Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 411250-15
AETNA US HEALTHCARE, INC.
C/O RAWLINGS COMPANY, LLC
ATTN MARCY RICE, ANALYST
325 WEST MAIN STREET, SUITE 1700
PO BOX 740027
LOUISVILLE KY 40202-7427

CREDITOR ID: 391048-55
AIKEN, ROSEMARY
C/O JERALD ANDRY, JR, ESQ
710 CARDONELET STREET
NEW ORLEANS LA 70130

CREDITOR ID: 417044-15
ALLEN, ERNEST S
4515 STONY BROOK DRIVE
LOUISVILLE KY 40299

CREDITOR ID: 389954-54
ALMEDA, MAILSE
1470 NW 19TH STREET, APT A
FORT LAUDERDALE FL 33311

CREDITOR ID: 392299-55
ALVAREZ, ANA
C/O RONALD J DAVIS, II, PA
ATTN RONALD J DAVIS, II, ESQ
551 E LAZY MEADOW DRIVE
JACKSONVILLE FL 32225

CREDITOR ID: 410401-15
ALVAREZ, HILDA
C/O HOFFMAN LARIN & AGNETTI, PA
ATTN JOHN B AGNETTI, ESQ
909 NORTH MIAMI BEACH BLVD, STE 201
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 390780-55
ARMSTRONG, PAT
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 415982-L1
ASHLEY, CANDI
2113 TERRY LANE
AUBURNDALE FL 33823

CREDITOR ID: 385953-54
BALL, GERALDINE
424 BOOKER ST
ALEXANDER CITY AL 35010

CREDITOR ID: 385953-54
BALL, GERALDINE
C/O ALABAMA ATTORNEYS, PC
ATTN LYDIA A WATERS
PO BOX 1028
ALEXANDER CITY AL 35011-1028

CREDITOR ID: 387224-54
BARASH, PHYLLIS
C/O SHELLEY B MAURICE, PA
ATTN SHELLEY B MAURICE, ESQ
11076 S MILITARY TRAIL
BOYNTON BEACH FL 33436

CREDITOR ID: 387224-54
BARASH, PHYLLIS
5906 LAS CALINAS CIR
LAKE WORTH, FL 33463

CREDITOR ID: 417033-15
BARKER, ROBERT M
C/O SCAFIDI CHIROPRACTIC
ATTN DR S J SCAFIDI
1451 SUITE B HWY 17 S
NORTH MYRTLE BEACH SC 29582

CREDITOR ID: 415986-L1
BARKER, ROBERT M
PO BOX 945
CHATHAM VA 24531

CREDITOR ID: 411277-15
BARRAS, HERBERT JR
C/O PPA LITIGATION GROUP LLC
ATTN STUART H SMITH, ESQ
365 CANAL STREET, SUITE 2850
NEW ORLEANS LA 70130

CREDITOR ID: 408351-15
BARRIOS, MIRTA
C/O ARNIE S MUSKAT, ESQ
12545 ORANGE DRIVE, SUITE 503
DAVIE FL 33330

CREDITOR ID: 417097-15
BAYNARD, TANYA WILLIAMS
C/O CORNEL D WILLIAMS, ESQ
152 NE 167TH STREET, SUITE 300
NORTH MIAMI FL 33162

CREDITOR ID: 415988-L1
BEAUDRIE, KEN
765 BELLSHIRE BLVD
ORANGE PARK FL 32065

CREDITOR ID: 415988-L1
BEAUDRIE, KEN
C/O RONALD J DAVIS II, PA
ATTN RONALD J DAVIS, ESQ
4800 BEACH BLVD, SUITE 5
JACKSONVILLE FL 32207

CREDITOR ID: 415989-L1
BECERRA, ALEYDA
5607 OASIS POINT
OVIEDO FL 32765

CREDITOR ID: 392280-55
BENJAMIN, NECY
C/O R J FENSTERSHEIB & ASSOCS, PA
ATTN ROBERT H FENSTERSHEIB, ESQ
520 WEST HALLANDALE BEACH BLVD
HALLANDALE BEACH FL 33009

CREDITOR ID: 389108-54
BILLHIMER, FAUSTINA
409 SOUTHERN WAY
LAWRENCEVILLE, GA 30045

CREDITOR ID: 389108-54
BILLHIMER, FAUSTINA
C/O CRUZ & ASSOCIATES, PC
ATTN BRYAN M PRITCHETT, ESQ.
3025 PIEDMONT ROAD, SUITE 200
ATLANTA GA 30305

CREDITOR ID: 393484-55
BILLINGS, LINDA
C/O DESALVO, DESALVO & BLACKBURN
ATTN FRANK G DESALVO, ESQ
201 SOUTH GALVEZ STREET
NEW ORLEANS LA 70119

CREDITOR ID: 389863-54
BIVENS, LLC
CHARLES M CURTIS, INC
ATTN CHARLES M CURTIS, ESQ
2520 MARYLAND AVENUE
BALTIMORE MD 21218-4510

CREDITOR ID: 389863-54
BIVENS, LLC
KELSEY LYNN CT.
TOWNSEND, DE 19734

CREDITOR ID: 243641-12
BLUE CROSS BLUE SHIELD OF ALABAMA
ATTN TRACI STEPHSON, SUBROGATION
450 RIVERCHASE PARKWAY EAST
BIRMINGHAM, AL 35298

CREDITOR ID: 390782-55
BOATMAN, DOROTHY
C/O CAMINEZ, BROWN & HARDEE, PA
ATTN IAN BROWN, ESQ
1307 S JEFFERSON STREET
MONTICELLO FL 32344

CREDITOR ID: 390721-55
BONNER, MINNIE
C/O WILLIAM L PEEBLES, PA
ATTN WILLIAM L PEEBLES, ESQ
307 THIRD AVENUE
PO BOX 696
MATTIESBURG MS 39403-0969

CREDITOR ID: 406284-15
BOURGEOIS, ANITA
C/O WILLIAM MURA JR, ESQ
320 NO CARROLLTON AVE, SUITE 200
NEW ORLEANS LA 70119

**SERVICE LIST**

**Order on Debtors' Omnibus Objection to Unresolved Litigation Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 415999-L1
BOYLE, DANIEL
C/O TANNEY ENO ET AL
ATTN TONY GRIFFITH, ESQ.
29605 US 19 NORTH, SUITE 210
CLEARWATER FL 33761

CREDITOR ID: 390651-55
BRADLEY, LARRY
C/O COSSE & COSSE, LLC
ATTN IRVY E COSSE, III, ESQ.
1130 ST CHARLES AVENUE
NEW ORLEANS LA 70130

CREDITOR ID: 391268-55
BRIGMAN, HAZEL
C/O MARTINEZ, MANGLARDI ET AL
ATTN MICHAEL MANGLARDI, ESQ
540 N SEMORAN BLVD
ORLANDO FL 32807

CREDITOR ID: 395550-15
BRITTON, JUNE E & JOHN
C/O JACOBS & GOODMAN, PA
ATTN DEAN A REED, ESQ
890 SR 434 NORTH
ALAMONTE SPRINGS FL 32714

CREDITOR ID: 390590-55
BROADWAY, HAZEL
C/O GRENFELL SLEDGE & STEVENS, PLLC
ATTN JOHN H STEVENS, ESQ.
1659 LELIA DRIVE
PO BOX 16570
JACKSON MS 39236-6570

CREDITOR ID: 390622-55
BROWN, HORRACE
C/O COPELAND & WALKER
ATTN ROY W COPELAND, ESQ
PO BOX 1933
VALDOSTA GA 31603

CREDITOR ID: 393463-55
BROWN, LEAH
C/O HARBSMEIER, DEZAYAS, ET AL
ATTN THOMAS J DEBARI, ESQ
PO BOX 6455
LAKELAND FL 33807

CREDITOR ID: 417111-15
BROWN, MARINDA N
C/O SAMUEL JAKES, JR, LLC
ATTN SAMUEL JAKES, JR, ESQ
PO BOX 438
CLARKSTON GA 30021

CREDITOR ID: 417111-15
BROWN, MARINDA N
131 CLEVELAND STREET, APT 6
MC DONOUGH GA 30253

CREDITOR ID: 417111-15
BROWN, MARINDA N
C/O THE WEAVER LAW FIRM
MEREDITH N BRASCA
2633 HERSCHEL STREET
JACKSONVILLE FL 32204

CREDITOR ID: 269329-16
BROWN, PAMELA
C/O SAMUEL T ADAMS, ESQ
PO BOX 191
PANAMA CITY, FL 32402-0191

CREDITOR ID: 392959-55
BROWN, ROY
C/O JOHN T CROLEY, JR LAW OFFICES
ATTN TONI SAWYER, ESQ
311 W CENTRAL AVENUE
PO BOX 690
FITZGERALD GA 31750-0690

CREDITOR ID: 452207-15
BROWN, WANDA
C/O FARRELL & GASPARO, PA
ATTN THOMAS M FARRELL, IV
2319 OAK STREET
JACKSONVILLE FL 32204

CREDITOR ID: 452207-15
BROWN, WANDA
742 GARFIELD STREET
JACKSONVILLE FL 32209

CREDITOR ID: 452028-15
BUCHALSKI, RICHARD
PO BOX 790
SWIFTWATER PA 18370

CREDITOR ID: 390349-54
BURCHETT, RALPH A JR
LAMB & LAMB, PSC
ATTN ERIC M LAMB, ESQ
PO BOX 34275
LOUISVILLE KY 40232-4275

CREDITOR ID: 390349-54
BURCHETT, RALPH A JR
PO BOX 58183
LOUISVILLE KY 40268-0183

CREDITOR ID: 452143-15
CALHOUN, PHYLLIS
C/O ARTHUR P COHEN, PA
ATTN ARTHUR P COHEN, ESQ
500 W CYPRESS CREEK ROAD, SUITE 300
FORT LAUDERDALE FL 33309

CREDITOR ID: 410705-99
CALLE, OFELIA
C/O DAVID W LANGLEY, PA
ATTN DAVID W LANGLEY, ESQ
8181 W BROWARD BLVD, STE 204
PLANTATION FL 33324

CREDITOR ID: 411307-15
CAMERON, OLGA
C/O BOGIN MUNNS & MUNNS
ATTN RYAN MUNNS, ESQ.
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 392772-55
CAMP, RONALD
C/O LAW OFFICES OF FRANK P VERDI
ATTN FRANK P VERDI, ESQ
18550 N DALE MABRY HWY
LUTZ FL 33548

CREDITOR ID: 389597-54
CAPUTO, SYLVIA
C/O RICKY D GORDON, PA
ATTN RICKY D GORDON, ESQ
2856 UNIVERSITY DRIVE
CORAL SPRINGS FL 33065

CREDITOR ID: 389597-54
CAPUTO, SYLVIA
9733-C BOCA GARDEN CIRCLE
BOCA RATON, FL 33496

CREDITOR ID: 410461-15
CARPENTER, WILLIAM
C/O HOGAN & FAHLGREN, PA
ATTN BRIAN C HOGAN, ESQ.
3183 S CONWAY ROAD
ORLANDO FL 32812

CREDITOR ID: 410461-15
CARPENTER, WILLIAM
1646 KILEY COURT
LADY LAKE FL 32159

CREDITOR ID: 411393-15
CARRASQUILLO, LUZ
624 POLYNESIAN CT
KISSIMMEE FL 34758

CREDITOR ID: 390447-54
CARTER, SENETTA W
7788 EMBASSY BLVD
MIRAMAR, FL 33023

CREDITOR ID: 411283-15
CERVANTES, GENOVEVA
4527 WHEELHOUSE COURT
ORLANDO FL 32812

CREDITOR ID: 408414-15
CERVANTEZ, BEATRIZ
C/O FOY & ASSOCIATES, PC
ATTN J M FOY/K LETSCH, ESQS
3343 PEACHTREE ROAD, SUITE 350
ATLANTA GA 30326

CREDITOR ID: 452055-15
CEVALLOS, CONCHITA
10500 SW 108 AVENUE, B 211
MIAMI FL 33176

**SERVICE LIST**

Order on Debtors' Omnibus Objection to Unresolved
Litigation Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 452055-15
CEVALLOS, CONCHITA
C/O LAW OFFICES OF GREGG R SCHWARTZ
ATTN GREGG R SCHWART, ESQ
ONE DATRAN CENTER, SUITE 1121
9100 S DADELAND BLVD
MIAMI FL 33156

CREDITOR ID: 416791-L1
CLARK, MARGARET
C/O LAW OFFICE OF GREGORY WETHERALL
ATTN GREGORY M WETHERALL, ESQ
4030 MT CARMEL-TOBACCO RD, STE 122
CINCINNATI OH 45255

CREDITOR ID: 389089-54
CLAY, ERNEST
2217 MARTIN LUTHER KING JR, AVE
PO BOX 93405
LAKELAND, FL 33804

CREDITOR ID: 392979-55
CLAY, ERNEST
C/O LEONARD A MCCUE & ASSOCIATES
ATTN LEONARD A MCCUE, ESQ
524 9TH ST WEST
BRANDON FL 34205-7737

CREDITOR ID: 391847-55
COLEMAN, JUANA
C/O J FRED IVESTER, ESQ
313 LAWRENCE ST NE
MARIETTA GA 30060

CREDITOR ID: 407553-15
COLON, EVELYN
C/O THE PENDAS LAW FIRM
ATTN LOU PENDAS, ESQ
4700 MILLENIA BLVD, SUITE 150
ORLANDO FL 32839

CREDITOR ID: 385994-54
CONELY, SALLY
313 SE 3RD STREET
HALLENDALE, FL 33009-6471

CREDITOR ID: 394787-57
COOK, CHRISTY
C/O LOUIS C CHRISTOPHER, PA
ATTN LOUIS C CHRISTOPHER, ESQ
4865 48TH AVENUE NORTH
ST PETERSBURG FL 33714

CREDITOR ID: 393188-55
COUNTS, LAURA
C/O PPA LITIGATION GROUP
ATTN S SMITH/L JOLIBOIS, ESQS
365 CANAL STREET, SUITE 2850
NEW ORLEANS LA 70130

CREDITOR ID: 416924-15
CRAMER, COREY
C/O BRENDA J CRAMER, GUARDIAN
1150 GOFF AVENUE
ORANGEBURG SC 29115

CREDITOR ID: 417087-15
CRAMER, COREY L
1150 GOFF AVENUE
ORANGEBURG SC 29115

CREDITOR ID: 113429-09
CRAWFORD, WILLIAM C
848 CRESTWOOD ST
JACKSONVILLE FL 32206

CREDITOR ID: 392774-55
CRUZ, ROSA
C/O LAW OFFICES OF FRANK P VERDI
ATTN FRANK P VERDI, ESQ
18550 N DALE MABRY HWY
LUTZ FL 33548

CREDITOR ID: 416221-L1
DAJUVETTE, WHITE
C/O KITCHENS & ASSOCIATES, LLC
ATTN ROGER KITCHENS
530 NATCHEZ STREET, STE 325
NEW ORLEANS LA 70130

CREDITOR ID: 390755-55
DAVIS, GLORIA
C/O OFFICE OF JOHN A KOVARIK, PA
ATTN JOHN A KOVARIK, ESQ
224 DATURA STREET, SUITE 1013
WEST PALM BEACH FL 33401

CREDITOR ID: 394241-56
DAVIS, HENRY
C/O MORGAN & MORGAN, PA
ATTN WILLIAM R DANIEL, ESQ
101 E KENNEDY BLVD, SUITE 1790
TAMPA FL 33602

CREDITOR ID: 391887-55
DELAPAZ, LILLIAN
C/O BERNARD H BUTTS JR, PA
ATTN BERNARD H BUTTS, ESQ
1790 WEST 49TH ST STE 210
HIALEAH FL 33012

CREDITOR ID: 406295-15
EDWARDS, ANITA BURNS
LESSER, LESSER, LANDY & SMITH PA
ATTN JOSHUA D FERRARO, ESQ
375 S COUNTRY ROAD, SUITE 220
PALM BEACH FL 33480

CREDITOR ID: 393277-55
EMBERY, JANNIE MAE
C/O LAW OFFICES OF EMIL JACZYNSKI
ATTN EMIL JACZYNSKI, ESQ
901 S FEDERAL HWY, SUITE 300
FORT LAUDERDALE FL 33316

CREDITOR ID: 416045-L1
EVANS, NEDRA
8461 NW 6TH AVENUE
MIAMI FL 33150

CREDITOR ID: 385659-15
FAIR, DAMEION (MINOR)
47 HILLARD STREET, APT 328
ATLANTA, GA 30312

CREDITOR ID: 385659-15
FAIR, DAMEION (MINOR)
C/O ANTONIO L THOMAS ASSOCIATED
ATTN ANTONIO L THOMAS, ESQ
PO BOX 54867
ATLANTA GA 54867

CREDITOR ID: 390959-55
FARRAR, LINDA
C/O BRENT E SOUTHERN LAW OFFICES
ATTN BRENT E SOUTHERN, ESQ
855 SOUTH PEAR ORCHARD RD, STE 502
RIDGELAND MS 39158

CREDITOR ID: 411247-15
FERNANDEZ, PETER
C/O PETERS MURDAUGH PARKER ET AL
ATTN MARK D BALL, ESQ
303 FIRST STREET EAST
PO BOX 457
HAMPTON SC 29924-0457

CREDITOR ID: 392157-55
FERNANDEZ, YRMA
C/O SIMON SCHINDLER & SANDBERG, LLP
ATTN ANTHONY V FALZON, ESQ
2650 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 408430-15
FORD, TARI L
4405 PECOS STREET
FORT WORTH TX 76119

CREDITOR ID: 390896-55
GAILLARD, BEVERLY
C/O GILMORE & GILMORE
ATTN FREDERICK GILMORE, ESQ
116 COURT STREET
PO BOX 729
GROVE HILL AL 36451

CREDITOR ID: 387231-54
GARCIA, BARBARA
C/O LAW FIRM OF DAVID MOLIVER
ATTN DAVID MOLIVER, ESQ.
9415 SW 72 STREET, STE 125
MIAMI FL 33173

CREDITOR ID: 387231-54
GARCIA, BARBARA
6352 SW 34TH STREET
MIAMI, FL 33135

CREDITOR ID: 392862-55
GIRDZUS, JAMES JR
C/O BEASLEY, ALLEN, CROW, ET AL
ATTN KENDALL C DUNSON, ESQ
218 COMMERCE STRRET
PO BOX 4160
MONTGOMERY AL 36103-4160

SERVICE LIST

**Order on Debtors' Omnibus Objection to Unresolved
Litigation Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392862-55<br>GIRDZUS, JAMES JR<br>C/O WILCOX LAW FIRM<br>ATTN ROBERT D WILCOX, ESQ<br>6817 SOUTHPORT PARKWAY, SUITE 1302<br>JACKSONVILLE FL 32216 | CREDITOR ID: 390546-55<br>GONZALES, MARIA<br>C/O GONZELEZ PORCHER GARCIA ET AL<br>ATTN ANDY M CUSTER, ESQ<br>604 LAKE AVENUE<br>LAKE WORTH FL 33460 | CREDITOR ID: 390649-55<br>GONZALEZ, DIGNA<br>C/O NUELL & POLSKY<br>ATTN ROBERT POLSKY, ESQ<br>782 NW 42ND AVENUE, SUITE 345<br>MIAMI FL 33126 |
| CREDITOR ID: 416273-15<br>GONZALEZ, EMILIA<br>C/O SHAKED & BIONDO, PA<br>ATTN GARRETT BIONDO, ESQ.<br>200 SOUTHEAST 1ST STREET, SUITE 505<br>MIAMI FL 33131 | CREDITOR ID: 411069-15<br>GONZALEZ-MURILLO, ALBA<br>3952 WD JUDGE RD, APT 110<br>ORLANDO FL 32808 | CREDITOR ID: 411069-15<br>GONZALEZ-MURILLO, ALBA<br>C/O WILLIAM D UMANSKY, PA<br>ATTN KEITH TURNER, ESQ<br>1500 E ROBINSON STREET<br>PO BOX 533069<br>ORLANDO FL 32853-3069 |
| CREDITOR ID: 417073-15<br>GOODRICH, ALMA VICK<br>C/O DENNIS LEVINE & ASSOCIATES PA<br>ATTN DENNIS J LEVINE, ESQ<br>103 S BLVD<br>PO BOX 707<br>TAMPA FL 33601 | CREDITOR ID: 411233-15<br>GREEN, PATRICE<br>80 HICKORY DR<br>STOCKBRIDGE GA 30281-2717 | CREDITOR ID: 411233-15<br>GREEN, PATRICE<br>C/O GUY RODNEY WILLIS & ASSOCIATES<br>ATTN GUY R WILLIS, ESQ<br>PO DRAWER 1227<br>MILLBROOK AL 36054 |
| CREDITOR ID: 386182-54<br>GREEN, TOMEKIA<br>C/O JORGENSEN, ROMANELLO, ET AL<br>ATTN DANIEL J. ROMANELLO, ESQ<br>4455 CENTRAL AVENUE<br>ST PETERSBURG FL 33713 | CREDITOR ID: 386182-54<br>GREEN, TOMEKIA<br>3754 18TH TERRACE SOUTH<br>SAINT PETERSBURG, FL 33711 | CREDITOR ID: 416971-15<br>GREEN, WILLIE JEAN<br>C/O CHARLES W WITT LAW OFFICES<br>ATTN CHARLES W WITT, ESQ<br>PO BOX 12343<br>JACKSON MS 39236-2343 |
| CREDITOR ID: 416971-15<br>GREEN, WILLIE JEAN<br>416 SHARON ROAD<br>CANTON MS 39046 | CREDITOR ID: 399639-15<br>GREENE, PHYLLIS<br>C/O DAVID KLEINBERG ESQ<br>2641 NE 207TH ST<br>AVENTURA FL 33180 | CREDITOR ID: 408220-15<br>GREENHOW, DONALD<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 408220-15<br>GREENHOW, DONALD<br>7221 MELVIN RD<br>JACKSONVILLE FL 32210 | CREDITOR ID: 400291-85<br>GUTIERREZ, MARTHA R<br>C/OMIGUEL MONTALVO, ESQ.<br>1312 NORTH 15TH ST, SUITE 2<br>IMMOKALEE FL 34142 | CREDITOR ID: 391206-55<br>HARPER, SHARKEVEA<br>C/O COHEN & COHEN, PA<br>ATTN KEITH GOLDBLUM, ESQ<br>2525 NORTH STATE ROAD 7 (441)<br>HOLLYWOOD FL 33021-3206 |
| CREDITOR ID: 391191-55<br>HARPER, UTOPIA<br>C/O D HELFAND PA<br>ATTN DAVID A HELFAND, ESQ<br>ONE SE 3RD AVE, STE 2920<br>MIAMI FL 33131 | CREDITOR ID: 400412-85<br>HARRIS, KATHLEEN<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN K BROWN/J S NOONEY, ESQS<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 | CREDITOR ID: 393187-55<br>HAZELLIEF, THOMAS<br>C/O J BYRD JR & J LEWIS LAW OFFICE<br>ATTN JOSEPH W LEWIS, ESQ<br>211 WEST MAIN STREET<br>PO BOX 536<br>DOTHAN AL 36302 |
| CREDITOR ID: 391757-55<br>HEMBY, MERLE<br>C/O DAVID S VAN EVERY LAW OFFICES<br>ATTN DAVID S VAN EVERY, ESQ<br>PO BOX 761<br>COLUMBUS MS 39703 | CREDITOR ID: 391034-55<br>HEREZI, CHEYENNE<br>C/O LAW OFFICES OF FRANK P VERDI<br>ATTN  FRANK P VERDI, ESQ<br>18550 N DALE MABRY HWY<br>LUTZ FL 33548 | CREDITOR ID: 387933-54<br>HERMANSON, PAULINE<br>3088 WESTLAND ROAD<br>BROOKSVILLE, FL 34601 |
| CREDITOR ID: 416988-15<br>HILL, CARLETHA T<br>2950 3RD AVENUE SOUTH<br>ST PETERSBURG FL 33712 | CREDITOR ID: 411275-15<br>HOOKFIN, KENNETH<br>C/O PPA LITIGATION GROUP LLC<br>ATTN STUART H SMITH, ESQ<br>365 CANAL STREET, SUITE 2850<br>NEW ORLEANS LA 70130 | CREDITOR ID: 408210-93<br>HUGHES, ALTHEA<br>7804 BRONZE LANE<br>PRINCE GEORGE VA 23875 |
| CREDITOR ID: 417056-15<br>HUGHES, TERRI<br>C/O J CHRISTOPHER DEEM, PA<br>ATTN J CHRISTOPHER DEEM, ESQ<br>PO BOX 24248<br>TAMPA FL 33623 | CREDITOR ID: 492823-15<br>IVISON, MARILYN<br>4541 PORTAGE TRAIL<br>MELBOURNE FL 32940 | CREDITOR ID: 417316-B3<br>JACKSON, JAMES E III<br>C/O JO ANN JACKSON<br>610 MERMONT DR<br>TRUSSVILLE AL 35173 |

SERVICE LIST

**Order on Debtors' Omnibus Objection to Unresolved Litigation Claims**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**                    **CASE: 05-03817-3F1**

CREDITOR ID: 391291-55
JAMES-SMITH, JULANDAS
C/O J SCOTT NOONEY & ASSOCIATES
ATTN A R LEIMBACH/ J S NOONEY, ESQS
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 411246-15
JARRELL, MARY
C/O PETERS MURDAUGH PARKER ET AL
ATTN MARK D BALL, ESQ
303 FIRST STREET EAST
PO BOX 457
HAMPTON SC 29924-0457

CREDITOR ID: 411245-15
JOHNSON, BRENDEN (MINOR) BY
AMANDA JOHNSON, GUARDIAN
PO BOX 1941
DOUGLAS GA 31534

CREDITOR ID: 411245-15
JOHNSON, BRENDEN (MINOR) BY
C/O HIDAY & RICKE, PA
ATTN JEFFREY R BECKER, ESQ.
PO BOX 550858
JACKSONVILLE FL 32255

CREDITOR ID: 411258-15
JOHNSON, BRIANNA BY
JENNIFER JOHNSON, GUARDIAN
C/O KITTRELL & ROWAN, LLC
ATTN EDWARD P ROWAN, ESQ.
PO BOX 6505
MOBILE AL 36603

CREDITOR ID: 399398-15
JOHNSON, CHRISTINE
C/O SHERRY D WALKER PA
ATTN SHERRY D WALKER, ESQ
1637 METROPOLITAN BLVD
TALLAHASSEE FL 32308

CREDITOR ID: 385980-54
JOHNSON, GLORY J
696 SW 5TH STREET, APT 3
BELLE GLADE, FL 33430

CREDITOR ID: 416928-99
JOHNSON, MICAH NICOLE (MINOR)
BY MICHELLE SUE JOHNSON, GUARDIAN
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ.
6817 SOUTHPOINT PKWY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 416927-15
JOHNSON, MICHELLE SUE
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ.
6817 SOUTHPOINT PKWY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 416926-15
JOHNSON, SHAUN KEVIN
C/O WILCOX LAW FIRM
ATTN ROBERT D WILCOX, ESQ.
6817 SOUTHPOINT PKWY, SUITE 1302
JACKSONVILLE FL 32216

CREDITOR ID: 386744-54
JOHNSON, SHEILA
254 EDNA MOORE ROAD
EASTMAN GA 31023

CREDITOR ID: 416833-L1
JOHNSON, TERESA
C/O BRENT ADAMS & ASSOCIATES
ATTN BRENT ADAMS, ESQ.
4208 SIX FORKS ROAD, SUITE 360
RALEIGH NC 27609

CREDITOR ID: 416833-L1
JOHNSON, TERESA
C/O BRENT ADAMS & ASSOCIATES
ATTN BRENTON D ADAMS, ESQ.
119 LUCKNOW SQUARE
PO BOX 1389
DUNN NC 28335

CREDITOR ID: 416995-15
JONES, BETTY
C/O JOSEPH PACK, ESQ
135 SE 5TH AVENUE, SUITE 200
DELRAY BEACH FL 33483-4258

CREDITOR ID: 392938-55
JONES, DIANE
C/O THE BROWN LAW FIRM, PLC
ATTN THOMAS R BROWN, ESQ
6550 ST AUGUSTINE ROAD, SUITE 104
JACKSONVILLE FL 32217

CREDITOR ID: 416093-L1
JONES, ELIZABETH
C/O WOODBURN S WESLEY LAW OFFICE
ATTN WOODBURN S WESLEY, ESQ
88 NE EGLIN PARKWAY
FORT WALTON BEACH FL 32548

CREDITOR ID: 408219-15
JONES, HERBERT
4821 TROUT RIVER BLVD
JACKSONVILLE FL 32208

CREDITOR ID: 408219-15
JONES, HERBERT
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ.
3535 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 410706-15
JONES, LORETTA
C/O DAVID W LANGLEY, PA
ATTN DAVID W LANGLEY, ESQ
8181 W BROWARD BLVD, SUITE 204
PLANTATION FL 33324

CREDITOR ID: 388497-54
JORDAN, MELODY
1853 TEMPLE TERRACE
MELBOURNE, FL 32935

CREDITOR ID: 387850-54
JORGENSEN, NIEL
661 BLANDING BLVD, APT 366
ORANGE PARK, FL 32073

CREDITOR ID: 387850-54
JORGENSEN, NIEL
C/O COKER, MYERS, SCHICKEL, ET AL
ATTN JAMES H DANIEL, ESQ
BAYWATER SQUARE BUILDING
136 EAST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 393558-55
KENNEDY, MARY
C/O KAUFMAN, MILLER & SIVERTSEN
ATTN CRAIG D MILLER, ESQ
8215 ROSWELL ROAD, BLDG 800
ATLANTA GA 30350-6445

CREDITOR ID: 388436-54
KHAJA, RAZIUDDIN S
9626 NW 49TH CT
SUNRISE, FL 33351

CREDITOR ID: 388436-54
KHAJA, RAZIUDDIN S
C/O FELDMAN & GETZ, LLP
ATTN PHILIP J FELDMAN, ESQ.
ONE ROYAL PALM PLACE
1877 S FEDERAL HIGHWAY, SUITE 110
BOCA RATON FL 33432

CREDITOR ID: 416097-L1
KIDD, NORMA
C/O LEHRMAN & LEHRMAN, PA
ATTN SETH LEHRMAN, ESQ
1801 NORTH PINE ISLAND RD, STE 103
PLANTATION FL 33322

CREDITOR ID: 385524-54
KLINE, KARL
C/O GLENN ARMENTOR LAW CORPORATION
ATTN HARRY K BURDETTE, ESQ.
300 STEWART STREET
LAFAYETTE LA 70501

CREDITOR ID: 385524-54
KLINE, KARL
112 CLAUSE LANE
LAFAYETTE, LA 70507

CREDITOR ID: 492830-15
KNIGHTS, WILLIAM
C/O MELISSA H ANDRADE, ESQ
PO BOX 1869
OCALA FL 34478

CREDITOR ID: 391345-55
LA TORRES, NORMA DE
C/O LAW OFFICES OF KIRSHNER & GROFF
ATTN RICHARD M KIRSHNER, ESQ
5901 SOUTHWEST 74TH STREET
MIAMI FL 33143

SERVICE LIST

**Order on Debtors' Omnibus Objection to Unresolved**
**Litigation Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                      **CASE:  05-03817-3F1**

CREDITOR ID: 411422-15
LACROIX, BRIGITTE
1480 SW 11TH WAY #201
DEERFIELD BEACH FL 33441

CREDITOR ID: 385635-54
LANDRY, RAY JR
PO BOX 811
LIVONIA, LA 70755

CREDITOR ID: 385635-54
LANDRY, RAY JR
VINET & VINET
ATTN JOSEPH JOLISSAINT, ESQ
11817 BRICKSOME AVE, SUITE A
BATON ROUGE LA 70816

CREDITOR ID: 391066-55
LARIOS, MILAGROS E
C/O EDWARD F DEVARONA, PA
ATTN EDWARD F DEVARONA, ESQ
2150 CORAL WAY, 4TH FLOOR
MIAMI FL 33145

CREDITOR ID: 417329-B3
LEBLANC, EDMOND S
2152 LEGON DR
GRETNA LA 70056

CREDITOR ID: 389136-54
LEE, BETTY
C/O HOFFMAN LARIN & AGNETTI, PA
ATTN JOHN B AGNETTI, ESQ
909 NORTH MIAMI BEACH BLVD, STE 201
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 417066-15
LENHART, HILTRUD
C/O ZHUKOVA LAW, LLC
ATTN DANA ZHUKOVA, ESQ
PO BOX 5310
NAVARRE FL 32566

CREDITOR ID: 392341-55
LEONARD, MARTHA D
C/O TIERNAN W LUCK, III, ESQ.
621 S HULL STREET
MONTGOMERY AL 36104

CREDITOR ID: 416752-L1
LEWIS, ESSIE MAE
C/O MCPHILLIPS SHINBAUM,  LLP
ATTN KAREN S RODGERS, ESQ
516 SOUTH PERRY STREET
MONTGOMERY AL 36104

CREDITOR ID: 385749-54
LEWIS, ROBERT D
4096 KENWOOD DRIVE
HAMILTON, OH 45015

CREDITOR ID: 392829-55
LODOLCE, JASON L
C/O VERNIS & BOWLING OF FL KEYS, PA
ATTN ROB T COOK, ESQ
81990 OVERSEAS HIGHWAY, 3D FLOOR
ISLAMORADA FL 33036-0529

CREDITOR ID: 388548-54
LOPICCOLO, ANNA
C/O DYSART & TABARY LLC
ATTN JOHN J. FINCKBEINER, ESQ
327 EXCHANGE PLACE
NEW ORLEANS LA 70130

CREDITOR ID: 388548-54
LOPICCOLO, ANNA
7218 WEST JUDGE PEREZ DRIVE
ARABI, LA 70032

CREDITOR ID: 416112-L1
LOUIS, KENNIE L
C/O CHARLIE BAGLAN & ASSOCIATES
ATTN CHARLIE BAGLAN, ESQ
PO BOX 1289
BATESVILLE MS 38606

CREDITOR ID: 411230-15
LOWRY, BRENDA
C/O CUSIMANO KEENER ROBERTS, ET AL
ATTN MICHAEL L ROBERTS, ESQ
153 SOUTH 9TH STREET
GADSDEN AL 35901

CREDITOR ID: 390883-55
MAHLE, SHELLY
C/O BAKER & ZIMMERMAN PA
ATTN ROBERT A ZIMMERMAN, ESQ.
6100 GLADES ROAD #301
BOCA RATON FL 33434

CREDITOR ID: 393213-55
MALLOY, KATHLEEN
C/OTERRELL HOGAN ELLIS YEGELWEL, PA
ATTN PATRICIA DODSON, ESQ
233 EAST BAY STREET, SUITE 804
JACKSONVILLE FL 32202

CREDITOR ID: 393213-55
MALLOY, KATHLEEN
C/O TERRELL HOGAN ETAL
ATTN CARROLL CAYER
233 EAST BAY STREET
8TH FLOOR
JACKSONVILLE FL 32202

CREDITOR ID: 387872-54
MANZANARES, ALMA ROSA
C/O JOHN H RUIZ, PA
ATTN JOHN H RUIZ, ESQ
5040 NW 7TH STREET, SUITE 920
MIAMI, FL 33126

CREDITOR ID: 279507-99
MARTINEZ, ANNA C
C/O KAPLAN & FREEDMAN PA
ATTN MATTHEW E KAPLAN, ESQ
9410 SOUTHWEST 77TH AVENUE
MIAMI FL 33156

CREDITOR ID: 388030-54
MAURO, ALISSA J
1510 BARCELONA WAY
WESTON, FL 33327

CREDITOR ID: 48753-05
MAZO, FRANCISCO E
3001 NW 103 ST
MIAMI FL 33147

CREDITOR ID: 406296-15
MAZZARELLA, LINDA
C/O LESSER LESSER LANDY & SMITH, PA
ATTN JOSHUA D FERRARO, ESQ
375 S COUNTRY ROAD, SUITE 220
PALM BEACH FL 33480

CREDITOR ID: 400107-84
MCCANN, PEARLIE
HUDGINS LAW FIRM
ATTN DREW BEN HUDGINS, ESQ
38453 FIFTH AVENUE
ZEPHYRHILLS FL 33542

CREDITOR ID: 400107-84
MCCANN, PEARLIE
32305 BLANTON RD
DADE CITY FL 33525

CREDITOR ID: 394307-56
MCCANN, PEARLIE
HUDGINS LAW FIRM
ATTN DREW BEN HUDGINS, ESQ
38453 FIFTH AVENUE
ZEPHYRHILLS FL 33542

CREDITOR ID: 394307-56
MCCANN, PEARLIE
32305 BLANTON RD
DADE CITY FL 33525

CREDITOR ID: 49236-05
MCCRAY, EARLINE T
4122 WOODLEY CREEK ROAD
JACKSONVILLE FL 32218

CREDITOR ID: 389019-54
MCDERMOTT, CATHERINE
9610 10TH BAY ST
NORFOLK VA 23518-1326

CREDITOR ID: 407515-93
MCGRIFF, KAYDETTE
C/O MORGAN & MORGAN, PA
ATTN DICK GRECO, JR, ESQ
101 E. KENNEDY BOULEVARD, STE 1790
TAMPA FL 33602

SERVICE LIST

**Order on Debtors' Omnibus Objection to Unresolved**
**Litigation Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 394752-57
MCKENZIE, THERESA
C/O CAZEAU LINTON BARNES, LLC
ATTN C LINTON BARNES, ESQ
168 SE FIRST STREET, SUITE 603
MIAMI FL 33131

CREDITOR ID: 417098-15
MENDOZA, MIRNA
C/O CORNEL D WILLIAMS, ESQ
152 NE 167TH STREET, SUITE 300
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 452128-15
MESA, ELORA BY
ROSA COLLADO, GUARDIAN
C/O SILBER, VALENTE & DAVIS
ATTN PHILIP L VALENTE, ESQ
1806 OLD OKEECHOBEE ROAD
WEST PALM BEACH FL 33409

CREDITOR ID: 390501-55
MITCHELL, ELLA L
C/O KASSOR & PALUCH
ATTN ERIC H KASSOR, ESQ
3000 HIGHWOODS BLVD, SUITE 210
RALEIGH NC 27604-1028

CREDITOR ID: 385827-54
MONTALVO, CARLOTA
17033 MORGAN DRIVE
NAPLES, FL 34113

CREDITOR ID: 411248-15
MORGAN, LORENE
1724 SE 50TH STREET
GAINESVILLE FL 32641

CREDITOR ID: 411248-15
MORGAN, LORENE
C/O HOGAN & FAHLGREN, PA
ATTN BRIAN C HOGAN, ESQ.
3183 S CONWAY ROAD
ORLANDO FL 32812

CREDITOR ID: 417064-93
MORMAN, KENYETTA C
C/O COKER MYERS SCHICKEL ET AL
ATTN R ALEXANDER, ESQ/S POHLHAMMER
BAYWATER SQUARE BLVD
136 E BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 417068-15
MOSS, ADRIAN
24990 SW 126 COURT
PRINCETON FL 33032

CREDITOR ID: 417069-15
MOSS, NICAYA
6296 NW 170TH LANE
MIAMI FL 33015

CREDITOR ID: 388437-54
MOULEDOUX, EVELYN M
337 WEST WOOD STONE CT
BATON ROUGE, LA 70808

CREDITOR ID: 256762-12
MSL NORTH INC
C/O CMC, INC
ATTN BILL CRONA, PRES
1415 TIMERLANE RD, STE 217
TALLAHASSEE FL 32312

CREDITOR ID: 410575-15
NEAL, DEBRA HALLMAN
C/O BOLTON & GROSS
ATTN RICHARD A BOLTON, ESQ
801 NORTHEAST 167TH STREET, 2ND FL
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 391141-55
NELSON, DIERDRE
C/O BOHANNON ROGERS
ATTN NICHOLE S PACELLA, ESQ
1141 SE 2ND AVENUE
FT LAUDERDALE FL 33316

CREDITOR ID: 385907-54
NELSON, MAUDE
15341 NW 32ND AVENUE
OPA-LOCKA, FL 33054

CREDITOR ID: 391147-55
NELSON, MAUDE
C/O IVAN A SCHERTZER
ATTN IVAN A SCHERTZER, ESQ
1190 NE 163RD STREET, SUITE 347
NORTH MIAMI BEACH FL 33162

CREDITOR ID: 452053-15
NEUROTECH, INC
ATTN T F HARDIN & J M SHAUGHNESSY
930 KINGSLEY AVE
ORANGE PARK FL 32073

CREDITOR ID: 408425-15
NICHOLAS, HERMAN
C/O LEGER & MESTAYER
ATTN FRANKLIN G SHAW, ESQ
600 CARONDELET STREET, 9TH FLOOR
NEW ORLEANS LA 70130

CREDITOR ID: 452131-15
NWANKWO, GLORIA C
480 HIRAM WAY
HIRAM GA 30141

CREDITOR ID: 393287-55
OGLETREE, DOROTHY
4 TENTH COURT NORTH
BIRMINGHAM AL 35204

CREDITOR ID: 393287-55
OGLETREE, DOROTHY
C/O SPRINGER LAW FIRM
ATTN STEWART SPRINGER, ESQ
PO BOX 11505
BIRMINGHAM AL 35202

CREDITOR ID: 390880-55
ONEAL, GAIL M
C/O LAW OFFICES OF FRANK P VERDI
ATTN FRANK P VERDI, ESQ
18550 N DALE MABRY HWY
LUTZ FL 33548

CREDITOR ID: 416785-L1
O'NEIL, LOU E
C/O DONALD L MAYEUX, PA
ATTN DONALD L MAYEUX, ESQ
211 N SECOND STREET
PO BOX 1460
EUNICE LA 70535

CREDITOR ID: 452214-15
OTERO, SUSET M
C/O PEDRO J FUENTES-CID, ESQ
2650 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 393474-55
PARKER, SAMUEL (MINOR)
C/O JONATHAN E SURECK LAW OFFICES
ATTN JONATHAN E SURECK, ESQ
PO BOX 54783
ATLANTA GA 30308

CREDITOR ID: 452119-15
PARKS, DORA COON
C/O GOLDBERG & ROSEN, PA
ATTN GLEN GOLDBERG, ESQ
1111 BRICKELL AVENUE, SUITE 2180
MIAMI FL 33131

CREDITOR ID: 452119-15
PARKS, DORA COON
1923 NW 154TH STREET
MIAMI FL 33054

CREDITOR ID: 392150-55
PARRA, ANA
C/O UDOWYCHENKO & GARCIA, PA
ATTN JOSE F GARCIA, ESQ
SUNTRUST PLAZA, SUITE 203
3367 WEST VINE STREET
ORLANDO FL 34741

CREDITOR ID: 388430-54
PARTIN, GERALDINE
C/O FARAH & FARAH, PA
ATTN RICHARD STAGGARD, ESQ
1301 PLANTATION ISLAND DR, STE 206A
ST AUGUSTINE FL 32080

CREDITOR ID: 388430-54
PARTIN, GERALDINE
3540 USINA ROAD
ST AUGUSTINE FL 32084

SERVICE LIST

**Order on Debtors' Omnibus Objection to Unresolved
Litigation Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 394769-57<br>PATTERSON, LARRY<br>ATTN REHAN N KHAWAJA, ESQ<br>817 N MAIN STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 394769-57<br>PATTERSON, LARRY<br>C/O JOSEPH MANISALCO JR LAW OFFICES<br>ATTN JOSEPH MANISALCO JR, ESQ<br>4651 ROSWELL ROAD, SUITE B-103<br>ATLANTA GA 30342 | CREDITOR ID: 394769-57<br>PATTERSON, LARRY<br>819 GLENDALE ST<br>ADEL GA 31620 |
| CREDITOR ID: 429829-BH<br>PELLEY, WENDY<br>C/O JOSEPH C WHITELOCK, ESQ<br>3245 FIFTH AVENUE N<br>ST PETERSBURG FL 33713 | CREDITOR ID: 407530-93<br>PEREZ, DIONISIO<br>C/O LAW OFFICE OF JOSE M FRANCISCO<br>ATTN: JOSE M FRANCISCO<br>198 NW 37TH AVE<br>MIAMI FL 33125 | CREDITOR ID: 407530-93<br>PEREZ, DIONISIO<br>C/O ROBERT RUBENSTEIN, PA<br>ATTN ERIC S SHAPIRO, ESQ<br>9350 FINANCIAL CENTRE<br>9350 S DIXIE HWY, STE 1110<br>MIAMI FL 33156 |
| CREDITOR ID: 400396-85<br>PEREZ, MARIA C<br>C/O FLORIDO & FLORIDO, PA<br>ATTN HUGO FLORIDO, ESQ<br>7950 NW 155TH STREET, SUITE 203<br>MIAMI FL 33016 | CREDITOR ID: 385745-54<br>PETERSON, BARBARA<br>2654 WILKINS CT<br>JACKSONVILLE, FL 32207 | CREDITOR ID: 385745-54<br>PETERSON, BARBARA<br>C/O J SCOTT NOONEY & ASSOCIATES<br>ATTN J SCOTT NOONEY, ESQ<br>3535 HENDRICKS AVENUE<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 417045-15<br>PHELAN, WENDY<br>588 CENTER STREET<br>ALEXANDER CITY AL 35010 | CREDITOR ID: 417045-15<br>PHELAN, WENDY<br>C/O ALABAMA ATTORNEYS, PC<br>ATTN LYDIA A WATERS<br>PO BOX 1028<br>ALEXANDER CITY AL 35011-1028 | CREDITOR ID: 416958-15<br>PHILLIPS, LINDA<br>C/O LEVINE BUSCH ET AL<br>ATTN SANFORD M REINSTEIN, ESQ<br>9100 SOUTH DADELINE BLVD, STE 1010<br>MIAMI FL 33156 |
| CREDITOR ID: 392850-55<br>POWERS, JENNIFER<br>C/O OFFICES OF JAMES RICHARD HOOPER<br>ATTN EDUARDO RODRIGUEZ, ESQ<br>PO BOX 540509<br>ORLANDO FL 32854-0509 | CREDITOR ID: 392234-55<br>PRICE, LUCILLE<br>C/O PATTERSON & WICKERSHAM, PLLC<br>ATTN JUD PATTERSON, ESQ<br>PO BOX 825<br>RICHMOND KY 40476 | CREDITOR ID: 416948-15<br>RABAGO, ANA MARIA<br>484 E 48TH STREET<br>HIALEAH FL 33013 |
| CREDITOR ID: 416948-15<br>RABAGO, ANA MARIA<br>C/O MARIO SERRALTA & ASSOCIATES<br>ATTN MARIO SERRALTA, ESQ<br>150 W FLAGER STREET, SUITE 2020<br>MIAMI FL 33130 | CREDITOR ID: 387766-54<br>RACHUBA, MAE CARVER<br>1220 FLEITAS AVE<br>PASS CHRISTIAN, MS 39571 | CREDITOR ID: 388422-54<br>RAINES, BETTY<br>C/O LAW OFFICE OF MICHAEL A HENSLEY<br>ATTN MICHAEL A HENSLEY, ESQ.<br>205 N 20TH STREET, SUITE 508<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 388422-54<br>RAINES, BETTY<br>2341 BEULAH AVE SW<br>BIRMINGHAM, AL 35211 | CREDITOR ID: 392336-55<br>RAINES, LINDA<br>C/O KENNEDY LAW GROUP<br>ATTN JOHN MALKOWSKI, ESQ.<br>5100 W KENNEDY BLVD, STE 100<br>TAMPA FL 33609 | CREDITOR ID: 392336-55<br>RAINES, LINDA<br>C/O MONICA L  STRICKLAND, PA<br>ATTN MONICA L STRICKLAND ESQ<br>2312 W WATERS AVENUE, STE 2<br>TAMPA  FL 33604 |
| CREDITOR ID: 391201-55<br>RAMSEWAK, ROSEMARY P<br>C/O BAKER & ZIMMERMAN PA<br>ATTN ROBERT A ZIMMERMAN, ESQ<br>6100 GLADES ROAD, #301<br>BOCA RATON FL 33434 | CREDITOR ID: 388469-54<br>RATLIFF, LIZZIE<br>1303 TOPP AVE<br>JACKSON, MS 39204 | CREDITOR ID: 392984-55<br>RAY, ROBIN<br>C/O JOSEPH C WHITLOCK, PA<br>ATTN JOSEPH C WHITLOCK, ESQ<br>3245 FIFTH AVE NORTH<br>ST PETERSBURG FL 33713 |
| CREDITOR ID: 410508-15<br>REDDICK, KIMBERLY<br>1086 S2 25TH WAY<br>BOYNTON BEACH FL 33426 | CREDITOR ID: 407788-93<br>REYES, AMY ISABEL<br>C/O ROBERT A ROMAGNA, PA<br>ATTN ROBERT A ROMAGNA, ESQ<br>LEJEUNE CENTRE, STE 345<br>782 NW 42ND AVENUE<br>MIAMI FL 33126 | CREDITOR ID: 408422-15<br>REYES, AMY ISABEL & DINORAH<br>C/O ROBERT A ROMAGNA, PA<br>ATTN ROBERT A ROMAGNA, ESQ<br>LEJEUNE CENTER, SUITE 345<br>782 NW 42ND AVENUE<br>MIAMI FL 33126 |
| CREDITOR ID: 408422-15<br>REYES, AMY ISABEL & DINORAH<br>C/O DINORAH GONZALEZ, GUARDIAN<br>10864 SW 5 STREET<br>MIAMI FL 33174-1507 | CREDITOR ID: 385322-54<br>RHODD, DORRETT<br>18811 NW 24TH AVENUE<br>OPA LOCKA, FL 33056 | CREDITOR ID: 390629-55<br>RHODD, DORRETT<br>C/O R J FENSTERSHEIB & ASSOCS, PA<br>ATTN ROBERT J FENSTERSHEIB, ESQ<br>520 W HALLANDALE, BLVD<br>HALLANDALE BEACH FL 33009 |

SERVICE LIST

**Order on Debtors' Omnibus Objection to Unresolved**
**Litigation Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 391324-55
RIDLEY, KAREN
C/O JAY KORETSKY, PA
ATTN JAY KORETSKY, ESQ
21489 NORTHWEST 2ND AVE
MIAMI FL 33169

CREDITOR ID: 418439-ST
RIGGS, DANNY D
76 BRADFORD RD
THOMASVILLE GA 31757-0980

CREDITOR ID: 391301-55
RIVERA, BETTY
C/O SIMON & D'ALEMBERTE, PL
ATTN R SIMON/G D'ALEMBERTE, ESQS
1001 BRICKELL BAY DRIVE, STE 1200
MIAMI FL 33131

CREDITOR ID: 400376-85
RIVERA, ELIZABETH
C/O LAWLOR, WINSTON & JUSTICE, PA
ATTN JOHN K LAWLOR, ESQ
2701 W OAKLAND PARK BLVD, SUITE 100
FT. LAUDERDALE FL 33311

CREDITOR ID: 387166-54
ROBINSON, LLOYD ESTATE OF
C/O AUDREY LLOYD
2032 2ND STREET
NEW ORLEANS, LA 70113

CREDITOR ID: 400383-85
RODRIGUEZ, AMARILIS
880 NW 210TH STREET, SUITE 208
MIAMI FL 33169

CREDITOR ID: 407445-93
RODRIGUEZ, ERYKA
C/O ROSEN & CHALIK, PA
ATTN DEBI F CHALIK, ESQ
10063 NW 1ST COURT
PLANTATION FL 33324

CREDITOR ID: 410850-15
RODRIGUEZ, JESSICA
C/O ROBBINS & REYNOLDS, PA
ATTN MARC J REYNOLDS, ESQ.
9200 SOUTH DADELAND BLVD, SUITE 614
MIAMI FL 33156

CREDITOR ID: 392298-55
RODRIGUEZ, RAMONA
C/O HADDAD & SHUTTERA
ATTN ROBERT J SHUTTERA, ESQ
13555 AUTOMOBILE BLVD, SUITE 540
CLEARWATER FL 33762-3838

CREDITOR ID: 408357-15
RODRIGUEZ, TELLUNY
C/O CREWS & BODIFORD, PA
ATTN BRYAN W CREWS, ESQ
1137 EDGEWATER DRIVE
ORLANDO FL 32804

CREDITOR ID: 389950-54
ROLDAN, MARIBEL
C/O MARIBEL ALVAREZ, GUARDIAN
653 LAUREL LAKE COURT
ORLANDO, FL 32825

CREDITOR ID: 411226-15
ROSERO, LENY R
C/O UDOWYCHENKO & GARCIA, PA
ATTN JOSE F GARCIA, ESQ
SUNTRUST PLAZA, SUITE 203
3367 WEST VINE STREET
KISSIMMEE FL 34741

CREDITOR ID: 399851-84
ROSEWAY, BONNIE
C/O GUY RODNEY WILLIS & ASSOCIATES
ATTN GUY RODNEY WILLIS, ESQ
PO DRAWER 1227
MILLBROOK AL 36054

CREDITOR ID: 417060-15
RUSHTON, ANDREA
C/O LAWRENCE J MARRAFFINO, PA
ATTN LAWRENCE J MARRAFFINO, ESQ
3312 W UNIVERSITY AVENUE
GAINESVILLE FL 32607

CREDITOR ID: 411229-15
SALAZAR, GERSON
C/O UDOWYCHENKO & GARCIA, PA
ATTN JOSE F GARCIA, ESQ
SUNTRUST PLAZA, SUITE 203
3367 WEST VINE STREET
KISSIMMEE FL 34741

CREDITOR ID: 411227-15
SALAZAR, WILLIAM
C/O UDOWYCHENKO & GARCIA, PA
ATTN JOSE F GARCIA, ESQ
SUNTRUST PLAZA, SUITE 203
3367 WEST VINE STREET
KISSIMMEE FL 34741

CREDITOR ID: 411228-15
SANCHEZ, HERMELINDA
C/O UDOWYCHENKO & GARCIA, PA
ATTN JOSE F GARCIA, ESQ
SUNTRUST PLAZA, SUITE 203
3367 WEST VINE STREET
KISSIMMEE FL 34741

CREDITOR ID: 408237-15
SANCHEZ, MARIA
1503 JORDAN STREET
ATLANTA BEACH FL 32233

CREDITOR ID: 417089-15
SANCHEZ, ROSA
C/O V CAVE, CPA
ATTN VIRGINIA CAVE
13350 SW 128 STREET
MIAMI FL 33186

CREDITOR ID: 452109-15
SANTANA, YOLANDA
3571 SAN CASTLE BLVD
LANTANA FL 33462

CREDITOR ID: 400060-84
SCHARFTENBERG, HORST
C/O SCHWARTZ ZWEBEN & SLINGBAUM
ATTN GENE R ZWEBEN, ESQ.
205 SW WINNACHEE DRIVE
STUART FL 34994

CREDITOR ID: 400060-84
SCHARFTENBERG, HORST
REINHOLD-SCHNEIDER STR 14
BADEN-BADEN  D-76530
GERMANY

CREDITOR ID: 400329-85
SCOTT, DENISE
C/O E ERIC GUIRARD INJURY LAWYERS
ATTN LEON H EDMOND, IV; ESQ
1010 COMMON ST STE 2900
NEW ORLEANS LA 70112

CREDITOR ID: 388471-54
SHIELDS, JAMES
2100 ROWLING DALE
LEXINGTON, KY 40513

CREDITOR ID: 416170-L1
SILVA, DELIA &/OR PEREZ, EDUARDO
151 CRANDON BLVD, APT 1020
KEY BISCAYNE FL 33149

CREDITOR ID: 386038-54
SINCLAIR, YOLANDA
3570 WILLOW TREE TRACE
DECATUR GA 30034

CREDITOR ID: 411298-15
SINGH, ELISHA
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN JONATHAN I ROTSTEIN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 416662-L1
SIZEMORE, RAY S
6537 SUTHERLAND AVENUE
NEW PORT RICHEY FL 34652

CREDITOR ID: 392255-55
SLIZ, STELLA
C/O AUFFENORDE & AUFFENORDE, PC
ATTN MICHAEL E AUFFENORDE, ESQ
511 MADISON STREET
HUNTSVILLE AL 35801

CREDITOR ID: 410869-15
SMITH, DOREEN BONDS
C/O GOLDBERG RACILA SICO ET AL
ATTN MICHAEL M NOONE, ESQ
1533 HENDRY STREET, STE 100
FORT MEYERS FL 33901

SERVICE LIST

Order on Debtors' Omnibus Objection to Unresolved
Litigation Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 392193-55
SMITH, LINDA
C/O R J FENSTERSHEIB & ASSOCS, PA
ATTN JEAN TAYLOR, ESQ
520 WEST HALLANDALE BEACH BLVD
HALLANDALE FL 33009

CREDITOR ID: 385529-54
SMITH, MARTHA JEAN
PO BOX  276
MIDDLEBURG, FL 32068

CREDITOR ID: 416180-L1
SMITH, ODESSA
3921 NC HWY 65
REIDSVILLE NC 27320

CREDITOR ID: 390562-55
SMITH, SHIRLEY
C/O MYLES & MYLES
ATTN ALLEN J MYLES, ESQ
PO BOX 877
PLAQUEMINE LA 70764

CREDITOR ID: 392338-55
SMITH, TARA
BLDG 38, APT 525
2135 GODBY ROAD
COLLEGE PARK GA 30349

CREDITOR ID: 390737-55
SPRIGGS, EDWIN
C/O S STEPHEN SPRING, II, ESQ
8939 JEFFERSON HWY, SUITE E
BATON ROUGE LA 70809

CREDITOR ID: 416967-15
ST PAUL TRAVELERS
ATTN RICHARD J MEASE, CLAIM REP
PO BOX 12647
READING PA 19612-2647

CREDITOR ID: 393035-55
STALLINGS, GEORGIA
C/O LAW OFFICES OF FRANK P VERDI
ATTN FRANK P VERDI, ESQ
18550 N DALE MABRY HWY
LUTZ FL 33540

CREDITOR ID: 416945-15
STAMPER, REVA JO
C/O RICHARD H NASH, III, ESQ
235 SOUTH FIFTH STREET
LOUISVILLE KY 40202

CREDITOR ID: 416530-L1
STANLEY, CARRIE
15 COMNOCK AVENUE
GADSDEN AL 35902

CREDITOR ID: 416530-L1
STANLEY, CARRIE
C/O CLARK HALL LAW OFFICE
ATTN CLARK HALL, ESQ
924 3RD AVENUE
GADSDEN AL 35901

CREDITOR ID: 417057-15
STEWART, CINDY REED
3029 BANKS ROAD
TALLAHASSEE FL 32308

CREDITOR ID: 417057-15
STEWART, CINDY REED
C/O EUBANKS & BARRETT
ATTN JAMES FASIG, ESQ.
259 E 7TH AVENUE
TALLAHASSEE FL 32303

CREDITOR ID: 417104-15
STRICKLAND, LORRAINE C
1417 INDEPENDENCE WAY
MARIETTA GA 30062

CREDITOR ID: 390718-55
SUAREZ, DULCE
C/O FRIEDMAN RODMAN & FRANK, PA
ATTN RONALD RODMAN, ESQ
3636 WEST FLAGLER ST
MIAMI FL 33135

CREDITOR ID: 390642-55
SWAIN, JANICE
C/O JAMES RICHARD HOOPER LAW OFFICE
ATTN EDUARDO RODRIGUEZ, ESQ
PO BOX 540509
ORLANDO FL 32854-0509

CREDITOR ID: 388069-54
TAMAYO, MELONIE (MINOR)
C/O MARIBEL ALVAREZ, GUARDIAN
653 LAUREL LAKE COURT
ORLANDO FL 32825

CREDITOR ID: 416200-L1
THOMAS, RONALD
C/O JOSEPH M WILLIAMS, PA
ATTN JOSEPH M WILLIAMS, ESQ
1701 JAMES L REDMAN PKWY
PLANT CITY FL 33567

CREDITOR ID: 410533-15
TIMMONS, DAVID
11419 SW COUNTY RD 249
JASPER FL 32052-3735

CREDITOR ID: 388812-54
TSAMAS, MICHAEL N
12903 SILVER OAK ST
JACKSONVILLE, FL 32223

CREDITOR ID: 417101-15
URBANO, ANNA
8970 WEST FLAGER STREET, SUITE 203
MIAMI FL 33174

CREDITOR ID: 417101-15
URBANO, ANNA
C/O OFFICES OF RALPH L MCGRATH, PA
ATTN RALPH L MCGRATH JR, ESQ
600 S ANDREWS AVENUE, SUITE 600
FT LAUDERDALE FL 33301

CREDITOR ID: 417100-15
URBANO, JOSE & ANNA
300 SW 79TH AVENUE
MIAMI FL 33144

CREDITOR ID: 417100-15
URBANO, JOSE & ANNA
C/O OFFICES OF RALPH L MCGRATH, PA
ATTN RALPH L MCGRATH JR, ESQ
600 S ANDREWS AVENUE, SUITE 600
FT LAUDERDALE FL 33301

CREDITOR ID: 408410-15
US ARMY 3D INFANTRY DIV
C/O US ATTORNEY, MDFL
ATTN PAUL I PEREZ, ESQ
300 N HOGAN STREET, SUITE 700
JACKSONVILLE FL 32202-4270

CREDITOR ID: 408410-15
US ARMY 3D INFANTRY DIV
C/O STAFF JUDGE ADVOCATE
MEDICAL RECOVERY
WINN ARMY COMMUNITY HOSPITAL
1061 HARMON AVENUE, SUITE 1D03
FORT STEWART GA 31314-5611

CREDITOR ID: 408410-15
US ARMY 3D INFANTRY DIV
C/O US DEPARTMENT OF JUSTICE
ATTN ALBERTO GONZALES, ATTY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20530-0001

CREDITOR ID: 388873-54
VEGA, MELINDA (MINOR)
5785 DANUBE WAY
ORLANDO, FL 32807

CREDITOR ID: 388873-54
VEGA, MELINDA (MINOR)
C/O BOGIN MUNNS & MUNNS
ATTN SCOTT ZIRKLE, ESQ
2601 TECHNOLOGY DRIVE
PO BOX 2807
ORLANDO FL 32802-2807

CREDITOR ID: 411412-15
VELASQUEZ, BLANCA
C/O SIMON SCHINDLER & SANDBERG, LLP
ATTN ANTHONY V FALZON, ESQ
2650 BISCAYNE BLVD
MIAMI FL 33137

SERVICE LIST

Order on Debtors' Omnibus Objection to Unresolved
Litigation Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 415953-15
VELAZQUEZ, CRISTINA
C/O THE PENDAS LAW FIRM
ATTN LOU PENDAS, ESQ
4700 MILLENIA BLVD, STE 150
ORLANDO FL 32839

CREDITOR ID: 408307-15
VESTAL, CHRISTOPHER
C/O UEBERSCHAER LAW OFFICE
ATTN THOMAS J UEBERSCHAER, ESQ
601 N BAYLEN STREET
PENSACOLA FL 32501

CREDITOR ID: 408306-15
VESTAL, JOSEPH
C/O UEBERSCHAER LAW OFFICES
ATTN THOMAS J UEBERSCHAER, ESQ
601 N BAYLEN STREET
PENSACOLA FL 32501

CREDITOR ID: 392832-55
VESTAL, SHAWN J
C/O UEBERSCHAER LAW OFFICE
ATTN THOMAS J UEBERSCHAER, ESQ
601 N BAYLEN STREET
PENSACOLA FL 32501

CREDITOR ID: 408308-15
VESTAL, SHAWN J JR
C/O UEBERSCHAER LAW OFFICE
ATTN THOMAS J UEBERSCHAER, ESQ.
601 N BAYLEN STREET
PENSACOLA FL 32501

CREDITOR ID: 392500-55
VICKNAIR, JEANNE L
C/O RICHARD FERNANDEZ, LLC
ATTN RICHARD J FERNANDEZ, ESQ
3900 NORTH CAUSEWAY STE 605
METAIRIE LA 70002

CREDITOR ID: 416835-L1
VOLCE, THIAS
C/O CELESTE & ASSOCIATES, PA
ATTN MICHAEL J CELESTE, JR, ESQ
580 VILLAGE BLVD
BRANDYWINE CENTRE, SUITE 315
WEST PALM BCH FL 33409

CREDITOR ID: 416535-L1
VOLCY, CHRISLENE
57 BOXTON LANE
BOYNTON BEACH FL 33426

CREDITOR ID: 404038-15
VOLOVECKY, VERA
C/O WILKINS BANKESTER BILES & WYNNE
ATTN BRIAN BRITT/MARION WYNNE, ESQS
PO BOX 1367
FAIRHOPE AL 36533

CREDITOR ID: 452137-15
WALKER, SUSAN
C/O WOOD, ATTER & ASSOCS, PA
ATTN DAVID A WOLF, ESQ
333-1 E MONROE STREET
JACKSONVILLE FL 32202

CREDITOR ID: 391750-55
WALL, HOLLY M
C/O RUBIN & RUBIN, PA
C/O LAURENCE HUTTMAN, ESQ
PO BOX 395
STUART FL 34995

CREDITOR ID: 416219-L1
WALLACE, CASSIE AARON
C/O HOFFMAN LARIN & AGNETTI, PA
ATTN RICHARD LARIN, ESQ.
909 N MIAMI BEACH BLVD, STE 201
MIAMI FL 33162

CREDITOR ID: 390938-55
WALTON, DONNA
C/O ANDRY & ANDRY, LLC
ATTN BRETT WILLIE, ESQ
710 CARONDELET STREET, FIRST FLOOR
NEW ORLEANS LA 70130

CREDITOR ID: 387437-54
WASHINGTON, LINDA
18175 NW 22 AVENUE, APT 210B
MIAMI, FL 33056

CREDITOR ID: 416935-15
WAUSAU BENEFITS INC, SUBROGEE
OF PAULINE BRAZIEL
C/O J W HUTTON, INC
ATTN JUDY WILLIAMSON
700 W MAIN STREET, PO BOX 146
ST CHARLES IA 50240-0146

CREDITOR ID: 391787-55
WELLINGHOFF, ELMA
C/O MICHAEL J HAND, PA
ATTN MICHAEL J HAND, ESQ
1919 VETERANS BLVD, SUITE 302
KENNER LA 70062

CREDITOR ID: 393442-55
WHITE, NICOLE
C/O ZEBERSKY & ASSOCIATES, PA
ATTN LAURA B ZEBERSKY, ESQ.
1776 N PINE ISLAND ROAD, SUITE 308
PLANTATION FL 33322

CREDITOR ID: 393442-55
WHITE, NICOLE
C/O FELDMAN & GETZ, LLP
ATTN PHILIP J FELDMAN, ESQ.
ONE ROYAL PALM PLACE
1877 S FEDERAL HIGHWAY, SUITE 110
BOCA RATON FL 33432

CREDITOR ID: 391656-55
WHITEHORN, CAROL L
C/O LAW OFFICE OF DAVID B SACKS, PA
ATTN DAVID B SACKS, ESQ
1824 ATLANTIC BLVD
JACKSONVILLE FL 32207

CREDITOR ID: 391755-55
WIETCHY, EILEEN
C/O SHAPIRO AND ASSOCS
ATTN JEFFREY SHAPIRO, ESQ
7805 SW 6TH CT
PLANTATION FL 33324

CREDITOR ID: 416735-L1
WILLIAMS, CLEAVON (MINOR)
C/O DYSART & TABARY, LLP
ATTN JOHN J FINCKBEINER, JR
THREE COURTHOUSE SQUARE
CHALMETTE LA 70043

CREDITOR ID: 416735-L1
WILLIAMS, CLEAVON (MINOR)
C/O DYSART & TABARY LLC
ATTN JOHN J. FINCKBEINER, ESQ
327 EXCHANGE PLACE
NEW ORLEANS LA 70130

CREDITOR ID: 411278-15
WILLIAMS, HERMAN
C/O PPA LITIGATION GROUP LLC
ATTN STUART H SMITH, ESQ
365 CANAL STREET, SUITE 2850
NEW ORLEANS LA 70130

CREDITOR ID: 411291-15
WILLIAMS, JOYCE
C/O T DWIGHT REID, ESQ
4357 MIDMOST DRIVE
MOBILE AL 36609

CREDITOR ID: 410398-15
WILLIAMS, RONNIE
C/O MORGAN & MORGAN, PA
ATTN RANDY E SCHIMMERPFENNIG, ESQ
PO BOX 4979
ORLANDO FL 32802-4979

CREDITOR ID: 391337-55
WILSON, CARRIE D
C/O CAROLYN DAVIS CUMMINGS, PA
ATTN CAROLYN CUMMINGS, ESQ
462 W BREVARD STREET
TALLAHASSEE FL 32301

CREDITOR ID: 400120-15
WRIGHT, TANARRA
C/O DIANA SANTA MARIA, PA
ATTN DIANA SANTA MARIA, ESQ
4801 S UNIVERSITY DRIVE, STE 3060
DAVIE FL 33328

**SERVICE LIST**

**Order on Debtors' Omnibus Objection to Unresolved
Litigation Claims**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 400120-15
WRIGHT, TANARRA
1800 SW 57TH AVE
HOLLYWOOD FL 33023


            **Total:    328**

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER ON DEBTORS' OMNIBUS
## OBJECTION TO UNRESOLVED LITIGATION CLAIMS

This matter came before the Court for hearing on August 24, 2006, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors")[1] as to the proofs of claim identified on Exhibit A to the Notice of Hearing on the Objection (Doc. No. 9473). Several formal and informal responses from claimants to the Objection were raised or filed, as a result of which the Debtors agreed to continue the hearing on the Objection with respect to the proofs of claim filed by each claimant identified in Exhibit 1 attached. No responses to the Objection were filed or raised as to the other claims identified in Exhibit 2 attached. It is therefore

ORDERED AND ADJUDGED:

1.    The Objection is sustained as to the claims identified in Exhibit 2.

2.    The claims identified in Exhibit 2 are disallowed in their entirety.

3.    The hearing on the Objection with respect to those Claims listed on Exhibit 1 is continued until further notice by any party in interest.

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Objection.

4.      The Objection gives rise to a separate contested matter as to each claim identified in Exhibit 2, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure.  This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5.      Neither the Objection nor any disposition of claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the claimants.

6.      This Order is without prejudice to the Debtors' right to object to any of the claims on any further or separate grounds.

Dated this __24__ day of August, 2006 in Jacksonville, Florida.

                                                  Jerry A. Funk
                                                  United States Bankruptcy Judge

00540784

2

**EXHIBIT 1**

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 391048 | AIKEN, ROSEMARY | | 11485 | $49,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 417044 | ALLEN, ERNEST S | | 12768 | $827,634.00 | 12/08/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| 389954 | ALMEDA, MAILISE | | 11447 | $20,000.00 | 08/03/2005 | SECURED |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392299 | ALVAREZ, ANA | | 11763 | UNLIQUIDATED | 08/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 410401 | ALVAREZ, HILDA | | 7427 | $80,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410401 | ALVAREZ, HILDA | | 7428 | $80,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390780 | ARMSTRONG, PAT | | 6645 | $32,500.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 415982 | ASHLEY, CANDI | | 12730 | $80,000.00 | 11/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387224 | BARASH, PHYLLIS | | 11848 | $10,000.00 | 09/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SHELLEY B MAURICE, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387224 | BARASH, PHYLLIS | | 11855 | $10,000.00 | 09/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SHELLEY B MAURICE, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 415988 | BEAUDRIE, KEN | | 12896 | UNLIQUIDATED | 01/27/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RONALD J DAVIS, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 415989 | BECERRA, ALEYDA | | 12752 | $50,000.00 | 12/02/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 389108 | BILLHIMER, FAUSTINA | | 11593 | $40,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRYAN M PRITCHETT, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393484 | BILLINGS, LINDA | | 7099 | $50,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390651 | BRADLEY, LARRY | | 11762 | $250,000.00 | 08/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 395550 | BRITTON, JUNE E & JOHN | | 327 | $100,000.00 | 03/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390590 | BROADWAY, HAZEL | | 11549 | $10,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417111 | BROWN, MARINDA N | | 12928 | $75,000.00 | 02/13/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SAMUEL JAKES, JR, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392959 | BROWN, ROY | | 2853 | $75,000.00 | 05/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452207 | BROWN, WANDA | | 13280 | UNLIQUIDATED | 06/09/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN THOMAS M FARRELL, IV | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390349 | BURCHETT, RALPH A JR | | 10683 | $500,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN ERIC M LAMB, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452143 | CALHOUN, PHYLLIS | | 13256 | $3,750.00 | 05/24/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410705 | CALLE, OFELIA | | 9540 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

Page: 2 of 7
Date: 08/23/2006
Time : 19:25:46

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|-----------|----------------|
| 411307 | CAMERON, OLGA | 11713 | $15,000.00 | 08/23/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 411283 | CERVANTES, GENOVEVA | 11616 | $15,000.00 | 08/10/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 452055 | CEVALLOS, CONCHITA | 13189 | $15,000.00 | 04/20/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN GREGG R SCHWART, ESQ | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 416791 | CLARK, MARGARET | 12742 | $200,000.00 | 11/30/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 416791 | CLARK, MARGARET | 12743 | $200,000.00 | 11/30/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE RALEIGH, INC. | | | |
| 389089 | CLAY, ERNEST | 5875 | $3,000,000.00 | 07/12/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 392979 | CLAY, ERNEST | 5841 | $3,000,000.00 | 07/12/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 407553 | COLON, EVELYN | 4239 | $100,000.00 | 06/20/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 394787 | COOK, CHRISTY | 12868 | UNLIQUIDATED | 01/17/2006 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390755 | DAVIS, GLORIA | 12248 | $15,286.30 | 10/24/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 394241 | DAVIS, HENRY | 11801 | $50,000.00 | 09/12/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 391887 | DELAPAZ, LILLIAN | 11455 | $75,000.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 385659 | FAIR, DAMEION (MINOR) | 11793 | $30,000.00 | 09/12/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN ANTONIO L THOMAS, ESQ | **Asserted Debtor:** WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390959 | FARRAR, LINDA | 11479 | UNLIQUIDATED | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 392157 | FERNANDEZ, YRMA | 11823 | $8,000.00 | 09/19/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 390896 | GAILLARD, BEVERLY | 11452 | $40,000.00 | 08/02/2005 | MULTIPLE CLASSES |
| | | **Asserted Debtor:** WINN-DIXIE MONTGOMERY, INC. | | | |
| 387231 | GARCIA, BARBARA | 11534 | $40,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DAVID MOLIVER, ESQ. | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 392862 | GIRDZUS, JAMES JR | 12947 | $944,790.82 | 02/27/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN ROBERT D WILCOX, ESQ | **Asserted Debtor:** WINN-DIXIE MONTGOMERY, INC. | | | |
| 390546 | GONZALES, MARIA | 12916 | $667,000.00 | 02/06/2006 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 390649 | GONZALEZ, DIGNA | 6832 | UNLIQUIDATED | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 411069 | GONZALEZ-MURILLO, ALBA | 10766 | $50,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN KEITH TURNER, ESQ | **Asserted Debtor:** WINN-DIXIE STORES, INC. | | | |
| 417073 | GOODRICH, ALMA VICK | 12847 | $75,000.00 | 01/09/2006 | UNSECURED NON-PRIORITY |
| | | **Asserted Debtor:** WINN-DIXIE RALEIGH, INC. | | | |
| 411233 | GREEN, PATRICE | 11525 | UNLIQUIDATED | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN GUY R WILLIS, ESQ | **Asserted Debtor:** WINN-DIXIE MONTGOMERY, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 1**

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 416971 | GREEN, WILLIE JEAN | 12582 | UNLIQUIDATED | 11/25/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN CHARLES W WITT, ESQ | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 391191 | HARPER, UTOPIA | 12865 | $16,500.00 | 01/17/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400412 | HARRIS, KATHLEEN | 6210 | $300,000.00 | 07/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393187 | HAZELLIEF, THOMAS | 3481 | UNLIQUIDATED | 06/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393187 | HAZELLIEF, THOMAS | 4145 | UNLIQUIDATED | 06/16/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391757 | HEMBY, MERLE | 11577 | UNLIQUIDATED | 08/11/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 387933 | HERMANSON, PAULINE | 11768 | UNLIQUIDATED | 08/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417056 | HUGHES, TERRI | 12801 | $170,500.00 | 12/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417316 | JACKSON, JAMES E III | 12986 | UNLIQUIDATED | 03/20/2006 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 391291 | JAMES-SMITH, JULANDAS | 6883 | $33,750.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411245 | JOHNSON, BRENDEN (MINOR) BY | 11532 | $65,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JEFFREY R BECKER, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411258 | JOHNSON, BRIANNA BY | 11556 | $100,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385980 | JOHNSON, GLORY J | 10566 | UNLIQUIDATED | 08/01/2005 | SECURED |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416928 | JOHNSON, MICAH NICOLE (MINOR) | 12358 | $500,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416928 | JOHNSON, MICAH NICOLE (MINOR) | 12359 | $500,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: DIXIE STORES, INC. | | | |
| 416928 | JOHNSON, MICAH NICOLE (MINOR) | 12360 | $500,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 416927 | JOHNSON, MICHELLE SUE | 12355 | $5,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416927 | JOHNSON, MICHELLE SUE | 12356 | $5,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: DIXIE STORES, INC. | | | |
| 416927 | JOHNSON, MICHELLE SUE | 12357 | $5,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 416926 | JOHNSON, SHAUN KEVIN | 12352 | $10,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416926 | JOHNSON, SHAUN KEVIN | 12353 | $10,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: DIXIE STORES, INC. | | | |
| 416926 | JOHNSON, SHAUN KEVIN | 12354 | $10,000,000.00 | 10/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 392938 | JONES, DIANE | 3752 | $975,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|-----------|----------------|
| 416093 | JONES, ELIZABETH | 12529 | $75,000.00 | 11/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388497 | JORDAN, MELODY | 11446 | $7,500.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388436 | KHAJA, RAZIUDDIN S | 11536 | $500,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN PHILIP J FELDMAN, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 492830 | KNIGHTS, WILLIAM | 13336 | $200,000.00 | 05/31/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391345 | LA TORRES, NORMA DE | 12049 | $75,000.00 | 10/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391066 | LARIOS, MILAGROS E | 11658 | UNLIQUIDATED | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389136 | LEE, BETTY | 7426 | $400,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392341 | LEONARD, MARTHA D | 11986 | $20,000.00 | 10/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385749 | LEWIS, ROBERT D | 2440 | $35,000.00 | 05/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392829 | LODOLCE, JASON L | 3749 | UNLIQUIDATED | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 388548 | LOPICCOLO, ANNA | 12828 | $100,000.00 | 01/03/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JOHN J. FINCKBEINER, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411230 | LOWRY, BRENDA | 11389 | $500,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393213 | MALLOY, KATHLEEN | 11437 | UNLIQUIDATED | 08/08/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN CARROLL CAYER | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 387872 | MANZANARES, ALMA ROSA | 11115 | $150,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 279507 | MARTINEZ, ANNA C | 20 | $500,000.00 | 03/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 406296 | MAZZARELLA, LINDA | 3775 | $1,000,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394307 | MCCANN, PEARLIE | 11973 | UNLIQUIDATED | 10/13/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DREW BEN HUDGINS, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400107 | MCCANN, PEARLIE | 11974 | UNLIQUIDATED | 10/13/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DREW BEN HUDGINS, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400107 | MCCANN, PEARLIE | 12052 | UNLIQUIDATED | 10/17/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DREW BEN HUDGINS, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394307 | MCCANN, PEARLIE | 12053 | UNLIQUIDATED | 10/17/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DREW BEN HUDGINS, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390501 | MITCHELL, ELLA L | 7301 | $150,000.00 | 07/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| 411248 | MORGAN, LORENE | 11545 | $25,000.00 | 08/12/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRIAN C HOGAN, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417064 | MORMAN, KENYETTA C | 12858 | $50,000.00 | 01/12/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 1**

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|-----------|----------------|
| 388437 | MOULEDOUX, EVELYN M | 11469 | $5,000.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410575 | NEAL, DEBRA HALLMAN | 8942 | $125,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391141 | NELSON, DIERDRE | 11613 | $50,000.00 | 08/05/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390880 | ONEAL, GAIL M | 11404 | UNLIQUIDATED | 08/09/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 452214 | OTERO, SUSET M | 13288 | $50,000.00 | 06/14/2006 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393474 | PARKER, SAMUEL (MINOR) | 12924 | UNLIQUIDATED | 02/10/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 392150 | PARRA, ANA | 11409 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394769 | PATTERSON, LARRY | 3293 | UNLIQUIDATED | 05/31/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JOSEPH MANISALCO JR, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 429829 | PELLEY, WENDY | 13090 | $250,000.00 | 04/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385745 | PETERSON, BARBARA | 6646 | $25,000.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN J SCOTT NOONEY, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385745 | PETERSON, BARBARA | 7024 | $45,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN J SCOTT NOONEY, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416958 | PHILLIPS, LINDA | 12470 | $100,000.00 | 11/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392850 | POWERS, JENNIFER | 12799 | $150,000.00 | 12/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392984 | RAY, ROBIN | 2238 | $250,000.00 | 05/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 407788 | REYES, AMY ISABEL | 7248 | $150,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391324 | RIDLEY, KAREN | 11476 | $25,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400376 | RIVERA, ELIZABETH | 2299 | $150,000.00 | 05/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400383 | RODRIGUEZ, AMARILIS | 3282 | $50,000.00 | 05/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392298 | RODRIGUEZ, RAMONA | 1833 | $75,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 389950 | ROLDAN, MARIBEL | 8896 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 411226 | ROSERO, LENY R | 11407 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411229 | SALAZAR, GERSON | 11408 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411227 | SALAZAR, WILLIAM | 11405 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 1**

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 411228 | SANCHEZ, HERMELINDA | 11406 | $80,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417089 | SANCHEZ, ROSA | 12874 | $26,000.00 | 01/19/2006 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400329 | SCOTT, DENISE | 3063 | UNLIQUIDATED | 05/27/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400329 | SCOTT, DENISE | 3064 | UNLIQUIDATED | 05/27/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388471 | SHIELDS, JAMES | 11632 | $1,000.00 | 08/18/2005 | MULTIPLE CLASSES |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416662 | SIZEMORE, RAY S | 12766 | $10,000.00 | 12/05/2005 | PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392255 | SLIZ, STELLA | 6706 | $500,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 392193 | SMITH, LINDA | 7093 | $1,000,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416180 | SMITH, ODESSA | 12779 | UNLIQUIDATED | 12/13/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416180 | SMITH, ODESSA | 13334 | $10,000.00 | 07/11/2006 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390737 | SPRIGGS, EDWIN | 4735 | $750,000.00 | 06/27/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416945 | STAMPER, REVA JO | 12427 | $150,000.00 | 10/14/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417057 | STEWART, CINDY REED | 12804 | UNLIQUIDATED | 12/22/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JAMES FASIG, ESQ. | | | | |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390642 | SWAIN, JANICE | 12800 | $300,000.00 | 12/20/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388069 | TAMAYO, MELONIE (MINOR) | 8895 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 416200 | THOMAS, RONALD | 12764 | UNLIQUIDATED | 12/05/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417101 | URBANO, ANNA | 12906 | $25,000.00 | 01/30/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RALPH L MCGRATH JR, ESQ | | | | |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417100 | URBANO, JOSE & ANNA | 12903 | $200,000.00 | 01/30/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RALPH L MCGRATH JR, ESQ | | | | |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411412 | VELASQUEZ, BLANCA | 11825 | $90,000.00 | 09/19/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392500 | VICKNAIR, JEANNE L | 11433 | UNLIQUIDATED | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 404038 | VOLOVECKY, VERA | 1973 | UNLIQUIDATED | 05/17/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452137 | WALKER, SUSAN | 13255 | $60,000.00 | 05/23/2006 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391750 | WALL, HOLLY M | 7798 | UNLIQUIDATED | 07/25/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT 1**

Page: 7 of 7
Date: 08/23/2006
Time : 19:25:46

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|-----------|----------------|
| 416219 | WALLACE, CASSIE AARON | 12450 | $125,000.00 | 11/10/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 416219 | WALLACE, CASSIE AARON | 12451 | $125,000.00 | 11/10/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | | |
| 391787 | WELLINGHOFF, ELMA | 11458 | $400,000.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 411291 | WILLIAMS, JOYCE | 11626 | UNLIQUIDATED | 08/16/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |
| 391337 | WILSON, CARRIE D | 6678 | UNLIQUIDATED | 07/18/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: WINN-DIXIE STORES, INC. | | | | |

**Total Claims - Hearing Continued:    143**

**EXHIBIT 2**

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 411250 | AETNA US HEALTHCARE, INC. | | 11513 | $4,008.63 | 08/04/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385953 | BALL, GERALDINE | | 12767 | UNLIQUIDATED | 12/05/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN LYDIA A WATERS | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 415986 | BARKER, ROBERT M | | 12761 | $4,218.00 | 12/05/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 411277 | BARRAS, HERBERT JR | | 11600 | $20,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408351 | BARRIOS, MIRTA | | 7051 | $50,000.00 | 07/18/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417097 | BAYNARD, TANYA WILLIAMS | | 12899 | $50,000.00 | 01/30/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392280 | BENJAMIN, NECY | | 6830 | $1,000,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 389863 | BIVENS, LLC | | 11523 | $3,128.43 | 08/08/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN CHARLES M CURTIS, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 243641 | BLUE CROSS BLUE SHIELD OF ALABAMA | | 13258 | $2,114.69 | 05/25/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390782 | BOATMAN, DOROTHY | | 3727 | $75,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390721 | BONNER, MINNIE | | 11484 | $20,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 406284 | BOURGEOIS, ANITA | | 3759 | UNLIQUIDATED | 06/06/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 415999 | BOYLE, DANIEL | | 12452 | $1,000,000.00 | 11/10/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391268 | BRIGMAN, HAZEL | | 2248 | $175,000.00 | 05/20/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390622 | BROWN, HORRACE | | 11468 | UNLIQUIDATED | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393463 | BROWN, LEAH | | 12825 | $275,000.00 | 12/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 269329 | BROWN, PAMELA | | 11423 | UNLIQUIDATED | 08/10/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 452028 | BUCHALSKI, RICHARD | | 13137 | $8,153.00 | 04/07/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392772 | CAMP, RONALD | | 11403 | UNLIQUIDATED | 08/09/2005 | PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 389597 | CAPUTO, SYLVIA | | 4653 | UNLIQUIDATED | 06/27/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RICKY D GORDON, ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410461 | CARPENTER, WILLIAM | | 8104 | $7,500.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN BRIAN C HOGAN, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411393 | CARRASQUILLO, LUZ | | 11882 | $1,910.00 | 10/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390447 | CARTER, SENETTA W | | 8459 | $100,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408414 | CERVANTEZ, BEATRIZ | | 7234 | $25,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|-----------|----------------|
| 391847 | COLEMAN, JUANA | 11487 | $5,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385994 | CONELY, SALLY | 11456 | UNLIQUIDATED | 08/04/2005 | MULTIPLE CLASSES |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393188 | COUNTS, LAURA | 11393 | $20,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416924 | CRAMER, COREY | 12346 | $5,000.00 | 10/24/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 417087 | CRAMER, COREY L | 12872 | $5,000.00 | 01/17/2006 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 113429 | CRAWFORD, WILLIAM C | 11461 | $0.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 392774 | CRUZ, ROSA | 11401 | UNLIQUIDATED | 08/09/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416221 | DAJUVETTE, WHITE | 13085 | $13,003.00 | 04/03/2006 | MULTIPLE CLASSES |
| | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 406295 | EDWARDS, ANITA BURNS | 3774 | $1,000,000.00 | 06/06/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 393277 | EMBERY, JANNIE MAE | 7066 | $9,707.60 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416045 | EVANS, NEDRA | 12748 | $10,000.00 | 12/01/2005 | PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411247 | FERNANDEZ, PETER | 11508 | $2,000,000.00 | 08/04/2005 | MULTIPLE CLASSES |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411247 | FERNANDEZ, PETER | 11512 | UNLIQUIDATED | 08/04/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408430 | FORD, TARI L | 11621 | $100,000.00 | 08/16/2005 | PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416273 | GONZALEZ, EMILIA | 12267 | $250,000.00 | 10/24/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 386182 | GREEN, TOMEKIA<br>Counsel: ATTN DANIEL J. ROMANELLO, ESQ | 12869 | UNLIQUIDATED | 01/17/2006 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 399639 | GREENE, PHYLLIS | 712 | UNLIQUIDATED | 04/20/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408220 | GREENHOW, DONALD<br>Counsel: ATTN J SCOTT NOONEY, ESQ | 6229 | $30,000.00 | 07/14/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 400291 | GUTIERREZ, MARTHA R | 11451 | $3,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391206 | HARPER, SHARKEVEA | 1983 | UNLIQUIDATED | 05/17/2005 | MULTIPLE CLASSES |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391034 | HEREZI, CHEYENNE | 11402 | UNLIQUIDATED | 08/09/2005 | PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416988 | HILL, CARLETHA T | 12735 | UNLIQUIDATED | 11/30/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411275 | HOOKFIN, KENNETH | 11601 | $20,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408210 | HUGHES, ALTHEA | 7947 | $1,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|-----------|----------------|
| 492823 | IVISON, MARILYN | 13328 | $20,000.00 | 07/05/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411246 | JARRELL, MARY | 11497 | $1,000,000.00 | 08/04/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411246 | JARRELL, MARY | 11565 | UNLIQUIDATED | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 399398 | JOHNSON, CHRISTINE | 3974 | $100,000.00 | 06/13/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 386744 | JOHNSON, SHEILA | 4908 | $5,000.00 | 06/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: DIXIE STORES, INC. | | | |
| 416833 | JOHNSON, TERESA | 12772 | $70,000.00 | 12/08/2005 | MULTIPLE CLASSES |
| | Counsel: ATTN BRENTON D ADAMS, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416995 | JONES, BETTY | 12753 | $15,000.00 | 12/02/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408219 | JONES, HERBERT | 6228 | $30,000.00 | 07/14/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN J SCOTT NOONEY, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410706 | JONES, LORETTA | 9539 | $50,000.00 | 07/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 387850 | JORGENSEN, NIEL | 13233 | UNLIQUIDATED | 05/15/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JAMES H DANIEL, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 387850 | JORGENSEN, NIEL | 13264 | UNLIQUIDATED | 05/30/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JAMES H DANIEL, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393558 | KENNEDY, MARY | 11714 | $18,541.58 | 08/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| 416097 | KIDD, NORMA | 12572 | $85,000.00 | 11/22/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385524 | KLINE, KARL | 11516 | $300,000.00 | 08/04/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN HARRY K BURDETTE, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411422 | LACROIX, BRIGITTE | 11847 | UNLIQUIDATED | 09/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385635 | LANDRY, RAY JR | 10654 | $250,000.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JOSEPH JOLISSAINT, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417329 | LEBLANC, EDMOND S | 13178 | UNLIQUIDATED | 04/17/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 417086 | LENHART, HILTRUD | 12829 | $100,000.00 | 01/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416752 | LEWIS, ESSIE MAE | 12575 | $150,000.00 | 11/23/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 416112 | LOUIS, KENNIE L | 13087 | $4,661.30 | 04/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390883 | MAHLE, SHELLY | 11553 | $50,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388030 | MAURO, ALISSA J | 10744 | $150,000.00 | 08/01/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 48753 | MAZO, FRANCISCO E | 10642 | $0.00 | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 49236 | MCCRAY, EARLINE T | 3115 | $0.00 | 05/31/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 389019 | MCDERMOTT, CATHERINE | 11448 | $25,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| 407515 | MCGRIFF, KAYDETTE | 9411 | UNLIQUIDATED | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 394752 | MCKENZIE, THERESA | 4674 | $100,000.00 | 06/27/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417098 | MENDOZA, MIRNA | 12900 | $70,000.00 | 01/30/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 452128 | MESA, ELORA BY | 13239 | $65,000.00 | 05/18/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385827 | MONTALVO, CARLOTA | 5873 | $50,000.00 | 07/12/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417068 | MOSS, ADRIAN | 12833 | UNLIQUIDATED | 12/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 256762 | MSL NORTH INC | 8505 | UNLIQUIDATED | 07/25/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 385907 | NELSON, MAUDE | 11444 | $50,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391147 | NELSON, MAUDE | 11445 | $50,000.00 | 08/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 452053 | NEUROTECH, INC | 13182 | $7,565.00 | 04/14/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408425 | NICHOLAS, HERMAN | 7259 | $7,500.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408425 | NICHOLAS, HERMAN | 7260 | $7,500.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: DIXIE PACKERS, INC. | | | |
| 452131 | NWANKWO, GLORIA C | 13242 | $5,000.00 | 05/18/2006 | SECURED |
| | | Asserted Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| 416785 | O'NEIL, LOU E | 12463 | $7,000.00 | 11/14/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393287 | OGLETREE, DOROTHY | 1964 | $500,000.00 | 05/17/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN STEWART SPRINGER, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 452119 | PARKS, DORA COON | 13228 | UNLIQUIDATED | 05/10/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN GLEN GOLDBERG, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388430 | PARTIN, GERALDINE | 7564 | $75,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RICHARD STAGGARD, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388430 | PARTIN, GERALDINE | 7583 | $75,000.00 | 07/22/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN RICHARD STAGGARD, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 407530 | PEREZ, DIONISIO | 6834 | $750,000.00 | 07/19/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN: JOSE M FRANCISCO | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400396 | PEREZ, MARIA C | 3738 | UNLIQUIDATED | 06/07/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417045 | PHELAN, WENDY | 12769 | UNLIQUIDATED | 12/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN LYDIA A WATERS | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 392234 | PRICE, LUCILLE | 10791 | UNLIQUIDATED | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416948 | RABAGO, ANA MARIA | 12437 | $99,000.00 | 11/02/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MARIO SERRALTA, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

| ID | Creditor | | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|---|
| 387766 | RACHUBA, MAE CARVER | | 11608 | $7,500.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388422 | RAINES, BETTY | | 11989 | $5,000.00 | 10/14/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MICHAEL A HENSLEY, ESQ. | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 392336 | RAINES, LINDA | | 11582 | UNLIQUIDATED | 08/15/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN MONICA L STRICKLAND ESQ | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391201 | RAMSEWAK, ROSEMARY P | | 11552 | $50,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 388469 | RATLIFF, LIZZIE | | 11430 | $30,000.00 | 08/11/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410508 | REDDICK, KIMBERLY | | 8454 | UNLIQUIDATED | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 390629 | RHODD, DORRETT | | 11515 | UNLIQUIDATED | 08/04/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 418439 | RIGGS, DANNY D | | 13017 | UNLIQUIDATED | 03/24/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 391301 | RIVERA, BETTY | | 5042 | UNLIQUIDATED | 06/30/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 387166 | ROBINSON, LLOYD ESTATE OF | | 6923 | $400.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 407445 | RODRIGUEZ, ERYKA | | 7575 | $2,500,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 410850 | RODRIGUEZ, JESSICA | | 10996 | UNLIQUIDATED | 08/01/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408357 | RODRIGUEZ, TELLUNY | | 7060 | $50,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 399851 | ROSEWAY, BONNIE | | 1236 | UNLIQUIDATED | 05/10/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| 417060 | RUSHTON, ANDREA | | 12819 | $10,000.00 | 12/27/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 408237 | SANCHEZ, MARIA | | 6641 | $30,000.00 | 07/15/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 452109 | SANTANA, YOLANDA | | 13205 | UNLIQUIDATED | 05/01/2006 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 400060 | SCHARFTENBERG, HORST | | 11764 | $25,000.00 | 08/30/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN GENE R ZWEBEN, ESQ. | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 416170 | SILVA, DELIA &/OR PEREZ, EDUARDO | | 12794 | $5,830.00 | 12/19/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 386038 | SINCLAIR, YOLANDA | | 12773 | UNLIQUIDATED | 12/08/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 411298 | SINGH, ELISHA | | 11661 | $500,000.00 | 08/19/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| 410869 | SMITH, DOREEN BONDS | | 9952 | $155,000.00 | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| 385529 | SMITH, MARTHA JEAN | | 7573 | $100,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|----|----------|-----------|--------------|-----------|----------------|
| 385529 | SMITH, MARTHA JEAN | 8429 | $100,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 390562 | SMITH, SHIRLEY | 13082 | $150,000.00 | 04/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392338 | SMITH, TARA | 12107 | UNLIQUIDATED | 10/20/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416967 | ST PAUL TRAVELERS | 12553 | $12,954.02 | 11/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393035 | STALLINGS, GEORGIA | 11400 | UNLIQUIDATED | 08/09/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416530 | STANLEY, CARRIE | 12765 | $250,000.00 | 12/05/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN CLARK HALL, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 417104 | STRICKLAND, LORRAINE C | 12910 | $10,250.86 | 02/03/2006 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390718 | SUAREZ, DULCE | 11398 | $500,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410533 | TIMMONS, DAVID | 8410 | $350,000.00 | 07/20/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388812 | TSAMAS, MICHAEL N | 11436 | $6,500.00 | 08/08/2005 | MULTIPLE CLASSES |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408410 | US ARMY 3D INFANTRY DIV | 12417 | UNLIQUIDATED | 11/03/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN ALBERTO GONZALES, ATTY GENERAL | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 388873 | VEGA, MELINDA (MINOR) | 8443 | $250,000.00 | 07/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN SCOTT ZIRKLE, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 415953 | VELAZQUEZ, CRISTINA | 11876 | $100,000.00 | 10/03/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408307 | VESTAL, CHRISTOPHER | 6784 | $25,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408306 | VESTAL, JOSEPH | 6783 | $25,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 392832 | VESTAL, SHAWN J | 6787 | $750,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 408308 | VESTAL, SHAWN J JR | 6785 | $25,000.00 | 07/18/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416835 | VOLCE, THIAS | 12763 | $50,000.00 | 12/05/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| 416535 | VOLCY, CHRISLENE | 12606 | UNLIQUIDATED | 11/25/2005 | PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 390938 | WALTON, DONNA | 2808 | $5,000.00 | 05/26/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| 387437 | WASHINGTON, LINDA | 9234 | UNLIQUIDATED | 07/29/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416935 | WAUSAU BENEFITS INC, SUBROGEE | 12383 | $701.78 | 10/28/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 393442 | WHITE, NICOLE | 11522 | $250,000.00 | 08/08/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN PHILIP J FELDMAN, ESQ. | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 391656 | WHITEHORN, CAROL L | 1677 | UNLIQUIDATED | 05/17/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

| ID | Creditor | Claim No. | Claim Amount | File Date | Asserted Class |
|---|---|---|---|---|---|
| 391755 | WIETCHY, EILEEN | 5548 | $750,000.00 | 07/07/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 416735 | WILLIAMS, CLEAVON (MINOR) | 12848 | $100,000.00 | 01/09/2006 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN JOHN J. FINCKBEINER, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 411278 | WILLIAMS, HERMAN | 11599 | $20,000,000.00 | 08/02/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 410398 | WILLIAMS, RONNIE | 7409 | $100,000.00 | 07/21/2005 | UNSECURED NON-PRIORITY |
| | | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |
| 400120 | WRIGHT, TANARRA | 860 | UNLIQUIDATED | 04/26/2005 | UNSECURED NON-PRIORITY |
| | Counsel: ATTN DIANA SANTA MARIA, ESQ | Asserted Debtor: WINN-DIXIE STORES, INC. | | | |

Total Claims to be Disallowed: 148

Total Amount to be Disallowed: $100,850,647.89