# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, Creditor FWI 16 LLC hereby appears in the above-captioned case through its counsel, Milam Howard Nicandri Dees & Gillam, P.A.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

> Peter E. Nicandri
> pnicandri@milamhoward.com
> Florida Bar No. 823090
> 14 East Bay Street
> Jacksonville, Florida 32202
> Tel: (904) 357-3660
> Fax: (904) 357-3661

Date: September 6, 2006

                MILAM HOWARD NICANDRI
                DEES & GILLAM, P.A.


                By   /s/ *Peter E. Nicandri*
                   Peter E. Nicandri
                   Florida Bar No. 823090
                   14 East Bay Street
                   Jacksonville, Florida 32202
                   Tel: (904) 357-3660
                   Fax: (904) 357-3661

                ATTORNEYS FOR
                FW 16 LLC