UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**OBJECTION TO PROPOSED ASSUMPTION
AND ASSIGNMENT OF LEASE FOR STORE NUMBER 202**

Creditor, FWI 16 LLC ("FWI 16"), by and through its undersigned counsel, files this Objection to Proposed Assumption and Assignment of Lease for Store Number 202, and states:

1. FWI 16 is the present owner of a shopping center located at 13841 Wellington Trace, West Palm Beach, Florida. Debtor Winn-Dixie Stores, Inc. is a tenant of the shopping center under a lease dated May 13, 1988 ("the Lease"). Debtor Winn-Dixie Stores, Inc. has operated its store known as Store Number 202 from this location.

2. Debtors have sought to assume and assign the Lease and, upon information and belief, held an auction on August 29, 2006 for the purpose of selling the Lease.

3. FWI 16 has received no adequate assurance of future performance from any potential buyer within the meaning of 11 U.S.C. § 365(b) and 11 U.S.C. § 365(f)(2). In fact, FWI 16 is not even sure of the buyer's identity and was previously informed that no buyer had been selected. FWI has received very general information relating to two possible buyers on September 1 and 5, 2006 but has not received a copy of any proposed Purchase Agreement. Finally, FWI 16 has no or insufficient information relating to the financial condition and operating performance of any proposed assignee or any proposed guarantors.

4. FWI 16 is entitled to a reasonable opportunity to request, obtain, and evaluate all relevant information relating to a proposed assumption and assignment of the Lease. Although FWI 16 was informed that the hearing set for September 7, 2006 on this proposed sale was being continued for one (1) week, there is no indication that the deadline for a landlord to file an objection was continued and FWI 16 submits that additional time to prepare for any hearing is warranted under the circumstances.

WHEREFORE, FWI 16 requests that the Court (1) sustain FWI 16's Objection, (2) determine that any proposed assumption and assignment should be disallowed, (3) allow for a reasonable time for a hearing on this Objection, and (4) grant such other relief as may be required under the circumstances.

Date: September 6, 2006

>MILAM HOWARD NICANDRI
>DEES & GILLAM, P.A.
>
>By ___/s/ Peter E. Nicandri___
>  Peter E. Nicandri
>  pnicandri@milamhoward.com
>  Florida Bar No. 823090
>  14 East Bay Street
>  Jacksonville, Florida 32202
>  Tel: (904) 357-3660
>  Fax: (904) 357-3661
>
>ATTORNEYS FOR FWI 16 LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via electronic notification to:

| | |
|---|---|
| D.J. Baker, Esq. | Cynthia C. Jackson, Esq. |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Skadden Arps Slate, | Smith Hulsey & Busey |
|   Meagher & Flom, LLP | 225 Water Street |
| 4 Times Square | Suite 1800 |
| New York, NY 10036 | Jacksonville, FL 32202 |

and to all other persons entitled to electronic service this 6th day of September, 2006.

>By ___/s/ Peter E. Nicandri___
>  Attorney