UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et al            Case Number:  8:05-bk-3817-3F1
                                                                 (Jointly Administered)
        Debtors.                           Chapter 11
_____/

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST TO BE REMOVED FROM MAILING MATRIX**

      The undersigned, Allan C. Watkins, Esq., and Watkins Law Firm, P.A., hereby gives notice that such firm is no longer appearing in this case.  Counsel appeared on behalf of PACA Trust Claimants Dole Fresh Fruit Co., Dole Fresh Vegetables, Inc., W.P. Produce Corp., Inc., Incredible Fresh Produce and Dairy and Imports Unlimited, Inc. who have been dismissed as parties to this action.  Accordingly, copies of all pleadings, correspondence and all other documents and papers filed in this case hereafter should not be furnished to the undersigned attorney and further requests to be removed from the Clerk's mailing list in this case.

                                                 WATKINS LAW FIRM, P.A.

                                                 /s/ Allan C. Watkins
                                                 _____
                                                 Allan C. Watkins, Esquire
                                                 Florida Bar Number: 185104
                                                 707 North Franklin Street, Suite 750
                                                 Tampa, Florida   33602
                                                 (813) 226-2215
                                                 email:  watkinslaw@att.net
                                                 Attorney for PACA Trust Claimants
                                                 Dole Fresh Fruit Co., Dole Fresh
                                                 Vegetables, Inc., W.P. Produce Corp., Inc.,
                                                 Incredible Fresh Produce and Dairy and
                                                 Imports Unlimited, Inc.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing document has been provided electronically or by first class United States Mail to the persons on the Electronic Mailing List on September 6, 2006.

      /s/ Allan C. Watkins

      _____

      ALLAN C. WATKINS, ESQUIRE


Diess, Lou - Notice of Withdrawal and Request for Removal from Master Matrix 9-5-06