UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION TO SET ASIDE ORDER STRIKING RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

The Court finds that the Motion to Set Aside Order Striking Response to Debtors' Omnibus Objection to Unresolved Litigation Claims filed by Sanford M. Reinstein on behalf of Linda Phillips, on August 30, 2006 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Motion to Set Aside Order Striking Response to Debtors' Omnibus Objection to Unresolved Litigation Claims filed by Sanford M. Reinstein on behalf of Linda Phillips, on August 30, 2006 is stricken from the record.

DATED September 5, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Sanford M. Reinstein, One Datran Center, Suite 1010, 9100 South Dadeland Blvd., Miami, FL 33156