UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON SEPTEMBER 7, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on September 7, 2006 at 1:00 p.m.:

A. **Uncontested Matters**

1. *Application of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. for Order, Pursuant to 11 U.S.C. Sections 328(a) and 1103 and Fed. R. Bankr. P. 2014, Authorizing Retention and Employment of Spencer Stuart, Effective as of July 10, 2006, as Director Retention Consultant (Docket No. 9987)*

    Objection Deadline: Expired.

    Objections: No objections have been filed.

    Status: The Debtors have been informed that the Movant will proceed with the Application.

2.  *Second Omnibus Motion for Order Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims, and (C) Reduce and Reclassify the Garnier Scheduled Claim (Docket No. 10028)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

3.  *Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

Response Deadline: Expired.

Responses: No responses have been filed.

Status: The Debtors will proceed with the Objection.

4.  *Birmingham Realty Company's Application for Payment of Administrative Expenses (Docket No. 9363)*

Objection Deadline: September 14, 2006.

Objections: No responses have been filed.

Status: The Debtors and the Movant have agreed to continue the hearing on the Application to September 21, 2006.

5.  *Amended Motion to Allow Late Claim filed by the City of Norfolk Virginia (Docket No. 7799)*

Objection Deadline: Expired.

Objections: No responses have been filed.

Status: The Debtors have been informed that the Movant will proceed with the Motion.

**B.     Contested Matters**

*1.    Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (Docket No. 4283)*

Objection Deadline:  Expired.

Objections:    Debtors (Docket No. 5874); and
Creditors' Committee (Docket No. 5887).

Status:    The Debtors and the Movant have agreed to continue the hearing on the Motion to October 5, 2006.

*2.    Florida Tax Collectors' Motion for Adequate Protection (Docket No. 4284)*

Objection Deadline:  Expired.

Objections:    Debtors (Docket No. 7537).

Status:    The Debtors and the Movant have agreed to continue the hearing on the Motion to October 5, 2006.

*3.    Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 10046)*

Response Deadline:   Expired.

Responses:    (a)    Tax Collector for Escambia County (Docket No. 10605);

(b)    Tax Collector for Okaloosa County (Docket No. 10606);

(c)    Tax Collector for Duval County (Docket No. 10608);

(d)    Florida Tax Collectors (Docket No. 10594 and 10609).

Status:    The Debtors will continue the hearing on the Objection to October 5, 2006.

4. *Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (Docket No. 9886)*

Objection Deadline: Expired.

Objections: Florida Tax Collectors (Docket No. 10414).

Status: The Court heard this motion to assume or reject seven store leases on August 31, 2006. The Court entered an order that day authorizing the rejection of four of these leases. The Debtors will continue the hearing on the Motion regarding the remaining three leases (store numbers 202, 380 and 2308) to September 14, 2006.

5. *Amended Omnibus Motion for Order to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief Filed by Debtor Winn-Dixie Stores, Inc. (Docket No. 7966)*

Objection Deadline: Expired.

Objections to Assumption:

(a) Benderson Development Company, Inc. – Store Nos. 637, 651, 656, 660, 737 (Docket No. 8910);

(b) Prudential Insurance Company of America – Store Nos. 2, 81, 250 (Docket No. 8920);

(c) Developers Diversified Realty Corp., et al. – Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 2211, 2267 (Docket No. 8927);

(d) Developers Diversified Realty Corp. – Store No. 2289 (Docket No. 8928);

      (e)      Aronov Realty and New Plan Excel Realty Trust, Inc. – Store Nos. 153, 231, 281, 426, 454, 460, 556, 698, 1440, 2258, 2301, 2311, 2348 (Docket No. 8959).

Status:      The Debtors and Benderson Development Company have agreed to continue the hearing until September 21, 2006. The Debtors will proceed with the Motion with regard to the remaining objections to assumption.

Dated: September 6, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00540286