# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about August 30, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Motion for Order (I) Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 21, 2006 and (II) Establishing Deadline for Filing Rejection Damage Claims of September 29, 2006**

> to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: September 6, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order (I) Authorizing Rejection of
Executory Contracts and Unexpired Leases Effective as of
September 21, 2006 and (II) Establishing Deadline for Filing
Rejection Damage Claims of September 29, 2006

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534515-EH<br>A & B COMMUNICATION<br>2440 NORTH HILLS STREET<br>MERIDIAN MS 39305-2634 | CREDITOR ID: 534516-EH<br>A & W LAWN CARE<br>PO BOX 386<br>AUTAUGAVILLE AL 36003 | CREDITOR ID: 534517-EH<br>A J INSPECTIONS<br>6452B CEDAR BENT CT<br>MOBILE AL 36608 |
| CREDITOR ID: 534518-EH<br>A&W PRESSURE WASHERING<br>135 O'NEAL LANE<br>BRANCH LA 70516 | CREDITOR ID: 534519-EH<br>A-1 YARDS<br>3155 LAUREL STREET<br>LECANTO FL 34461 | CREDITOR ID: 534451-EG<br>AAA FIRE EQUIPMENT<br>480 N.E. 159TH ST,<br>NORTH MIAMI FL 33162 |
| CREDITOR ID: 534520-EH<br>AAA SEPTIC TANK SERVICE  INC<br>12275 CORE LANE<br>BAKER LA 70714 | CREDITOR ID: 534452-EG<br>ADVANTAGE FIRE SPRINKLER<br>2300 EAST ALCOVY ROAD<br>DACULA GA | CREDITOR ID: 534453-EG<br>AIR PRODUCTS & CHEMICALS INC<br>7201 HAMILTON BLVD<br>ALLENTOWN PA 70062 |
| CREDITOR ID: 534521-EH<br>AIR TOUCH<br>ONE CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 395242-EH<br>AJ INSPECTIONS<br>PO BOX 2452<br>W LAFAYETTE IN 47996-2452 | CREDITOR ID: 534522-EH<br>ALABAMA ENVIRONMENTAL SERV.<br>PO BOX 204<br>HOLT FL 32564-0204 |
| CREDITOR ID: 534523-EH<br>ALFRED DUPLANTIS<br>5064 BAYOUSIDE DR.<br>CHAUVIN LA 70344 | CREDITOR ID: 534454-EG<br>ALLTEL<br>PO BOX 96019<br>CHARLOTTE NC 28296-0019 | CREDITOR ID: 399731-15<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 |
| CREDITOR ID: 534525-EH<br>AMERICAN WASTE SOLUTIONS<br>PO BOX 6180<br>MOBILE AL 36660 | CREDITOR ID: 534524-EH<br>AMERICA'S CALL CENTER<br>7901 BAYMEADOWS WAY STE 14<br>JACKSONVILLE FL 32256 | CREDITOR ID: 534526-EH<br>AMTECK LIGHTING SERVICES<br>2300 TIFTON STREET<br>KENNER LA 70062 |
| CREDITOR ID: 534455-EG<br>ANTHONY'S LANDSCAPING<br>6430 JEFFERSON HIGHWAY<br>HARAHAN LA 70123 | CREDITOR ID: 534527-EH<br>APWS<br>PO BOX 1703<br>GRETNA LA 70054 | CREDITOR ID: 534528-EH<br>ARCH PAGING<br>ATTN DIVISION 26<br>CINNCINNATI OH 45274-0085 |
| CREDITOR ID: 534456-EG<br>ARCH WIRELESS<br>350 AUTOMATION WAY<br>BIRMINGHAM AL 35210 | CREDITOR ID: 534529-EH<br>ARCH WIRELESS<br>PO BOX 660770<br>DALLAS TX 75266-0770 | CREDITOR ID: 534530-EH<br>ASAP AUTOMATIC SPRINKLERS<br>298 21ST TERRACE SOUTHEAST<br>CLEARWATER FL 33755 |
| CREDITOR ID: 534531-EH<br>ASG<br>135 S LASALLE ST  DEPT 4304<br>CHICAGO IL 60674-4304 | CREDITOR ID: 534457-EG<br>AT&T SYSTEMS WEST<br>3220 WINONA AVE<br>BURBANK CA 91504 | CREDITOR ID: 534532-EH<br>ATLANTIC SWEEPING<br>2372 EAST ORANGEDALE AVE.<br>PALM HARBOR FL 34683 |

SERVICE LIST

**Notice of Hearing**

**Debtors' Motion for Order (I) Authorizing Rejection of
Executory Contracts and Unexpired Leases Effective as of
September 21, 2006 and (II) Establishing Deadline for Filing
Rejection Damage Claims of September 29, 2006**

DEBTOR:    WINN-DIXIE STORES, INC., ET AL.                                    CASE:  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 534533-EH<br>ATTAWAY<br>3350 BURRIS RD SUITE B,<br>FT. LAUDERDALE FL 33314 | CREDITOR ID: 534534-EH<br>AUTOMATIC DOOR SYSTEMS  INC<br>PO BOX 397<br>MANDEVILLE LA 70407-0397 | CREDITOR ID: 534535-EH<br>BASS CUSTOM LANDSCAPE<br>PO BOX 445<br>BONAIRE GA 31005 |
| CREDITOR ID: 534536-EH<br>BIG EASY SWEEPER<br>3313 VOLPE DRIVE<br>CHALMETTE LA 70044 | CREDITOR ID: 534538-EH<br>BILLINGS PUMPING SERVICE<br>203 W. CANAL,<br>PALM HARBOR FL 34684 | CREDITOR ID: 534537-EH<br>BILL'S MAINTENANCE<br>2700 SHAWNEE WAY<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 534539-EH<br>BOBBY MEEKS ENVIRONMENTAL<br>1625 HOLMES DRIVE<br>BESSEMER AL 35023 | CREDITOR ID: 534458-EG<br>BOCA INDUSTRIES, INC.<br>5076 NIFDA DRIVE<br>SMYRNA GA 30080 | CREDITOR ID: 534540-EH<br>BOYD'S LAWN SERVICE<br>PO BOX 843<br>MCCOMB MS 39649 |
| CREDITOR ID: 534541-EH<br>BRENDLE FIRE PROTECTION<br>N. DECATUR STREET<br>MONTGOMERY AL 36109 | CREDITOR ID: 534542-EH<br>BRENDLE SPRINKLER<br>3635 MERCHAND ST.<br>MONTGOMERY AL 36109 | CREDITOR ID: 243920-EH<br>BRENDLE SPRINKLER CO, INC<br>ATTN F C BRENDLE, JR, PRESIDENT<br>PO BOX 210609<br>MONTGOMERY, AL 36121-0609 |
| CREDITOR ID: 534543-EH<br>BRIDGES LAWN MAINTENANCE<br>124 WHITE LANE<br>GRAY GA 31032 | CREDITOR ID: 534544-EH<br>C&C PRESSURE WASHING<br>125 BAYOU PAQUET STREET<br>SLIDELL LA 70460 | CREDITOR ID: 534459-EG<br>CAROLINA BY-PRODUCTS<br>PO BOX 643393<br>CINNCINNATI OH 45264 |
| CREDITOR ID: 534545-EH<br>CHARLES HONEA<br>451 PRATE FARM ROAD<br>SENECA SC 29678 | CREDITOR ID: 534546-EH<br>CHARLIE'S & GARY'S LAWN SERVICE&PARKING LOT MAINT<br>1541 INDEPENDENCE SQUARE<br>KANNAPOLIS NC 28081 | CREDITOR ID: 534547-EH<br>CHARLIE'S PARKING LOT & LAWN SERVICE<br>1541 INDEPENDENCE SQUARE<br>KANNAPOLIS, NC 28021 |
| CREDITOR ID: 534548-EH<br>CHEM-TURF, INC.<br>PO BOX 1571<br>DOTHAN AL 36302 | CREDITOR ID: 534549-EH<br>CINGULAR WIRELESS<br>PO BOX 30523<br>TAMPA FL 33630-3523 | CREDITOR ID: 534625-EH<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND OR 97207-0309 |
| CREDITOR ID: 399620-EH<br>CINGULAR WIRELESS<br>PO BOX 740933<br>DALLAS TX 75374 | CREDITOR ID: 534550-EH<br>CITY FIRE EQUIPMENT<br>5708 SW 25 ST<br>HOLLYWOOD FL 33083 | CREDITOR ID: 534626-EH<br>CITY FIRE EQUIPMENT<br>PO BOX 3673<br>HOLLYWOOD FL 33083 |
| CREDITOR ID: 534551-EH<br>CJ SALES<br>132 NE 17TH PLACE,<br>OCALA FL 34470 | CREDITOR ID: 534552-EH<br>CLEAN KING<br>2880 HARPER VALLEY DRIVE<br>COLLEGE PARK GA 30349 | CREDITOR ID: 534460-EG<br>CLEAN KING<br>2880 HARPER VALLEY DRIVE<br>COLLEGE PARK GA 30349 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order (I) Authorizing Rejection of
Executory Contracts and Unexpired Leases Effective as of
September 21, 2006 and (II) Establishing Deadline for Filing
Rejection Damage Claims of September 29, 2006

DEBTOR:   WINN-DIXIE STORES, INC., ET AL.                                            CASE:  05-03817-3F1

CREDITOR ID: 534461-EG
CLEAN SWEEP
2412 HAMIL ROAD
HIXSON TN 37343

CREDITOR ID: 534553-EH
CLEAN SWEEP
2412 HAMIL ROAD
HIXSON TN 37343

CREDITOR ID: 534554-EH
COAST TO COAST SWEEPING
2654 KINGDOM AVENUE
MELBOURNE FL 32934

CREDITOR ID: 534555-EH
COBY MILLER LAWN
6041 WEST PARK
HAUMA LA 70364

CREDITOR ID: 534556-EH
COMMERCIAL HOOD & TRAP
1641 SOUTH OCEAN DR,
FT. LAUDERDALE FL 33316

CREDITOR ID: 534557-EH
COMMERCIAL INDUSTRIAL SERVICES
1940 N.W. 22ND
ST. POMPANO BEACH FL 33069

CREDITOR ID: 534558-EH
COMMERCIL POWER SWEEPING
PO BOX 6005
SUFFOLK VA 23433

CREDITOR ID: 534462-EG
CRYSTAL CLEAN
125 E. FORD STREET, SUITE B
RIDGELAND MS 39157

CREDITOR ID: 534559-EH
CUMMING SWEEPER
11239 GENERAL OTT
HAMMOND LA 70403

CREDITOR ID: 247338-EG
CUMMINS SOUTH INC
ATTN JEANINE GILES, CR MGR
PO BOX 116595
ATLANTA, GA 30368-6595

CREDITOR ID: 534463-EG
CUMMINS SOUTH INC.
5125 HIGHWAY 85
ATLANTA GA 30349

CREDITOR ID: 534624-EG
CUMMINS SOUTH INC.
PO BOX 11737
TAMPA FL 33680

CREDITOR ID: 534560-EH
CURTIS ENVIRONMENTAL SERVICES
185 BELLE TERRE BLVD SUITE D
LAPLACE LA 70068

CREDITOR ID: 534464-EG
DANFOSS
10946 GOLDEN W DR. SUITE 130
HUNT VALLEY MD 21031

CREDITOR ID: 534465-EG
DANFOSS INC.
7941 CORPORATE DRIVE
BALTIMORE MD 21236

CREDITOR ID: 534561-EH
DAVE' LAWN CARE ( A & W LAWN CARE)
PO BOX 386
AUTAUGAVILLE AL 36003

CREDITOR ID: 534562-EH
DAVE'S LAWN CARE
3904 LANDLINE ROAD
SELMA AL 36701

CREDITOR ID: 534563-EH
DIXIE SALES & SERVICE ( D.S.& S.)
1930 BLACKROCK RD
LUVERNE AL 36049

CREDITOR ID: 534466-EG
ENVIRONMENTAL MANAGEMENT
1940 NORTHWEST 22ND STREET
POMPANO BEACH FL 33069

CREDITOR ID: 534467-EG
EVERHART, ROBIN
603 MARIETTA AVENUE
TERRACE PARK OH 45174-1127

CREDITOR ID: 534564-EH
FIRE FIGHTER
PO BOX 888
LAND O'LAKES FL 34636

CREDITOR ID: 534565-EH
FIRST SERVICES PLUMBING
4648 OLD WINTER GARDEN RD.
ORLANDO FL 32825

CREDITOR ID: 534567-EH
FRACTAL ASTECH
7015 S.W. MCEWAN RD.,
LAKE OSWEGO OR 97035

CREDITOR ID: 534566-EH
FRACTAL ASTECH
3771 SWAN RIDGE CIRCLE N
MEMPHIS TN 38122

CREDITOR ID: 534468-EG
GATES UP
35400 BASELINE LANE
DADE CITY FL 33525

CREDITOR ID: 534568-EH
GATOR MAINTENANCE & SWEEPING
14342 NORMANDY BLVD.
JACKSONVILLE FL 32234

CREDITOR ID: 534569-EH
GEORGE'S LAWN & TREE CARE
1760 JEFFERSON AVENUE
KINGSPORT TN 37664

SERVICE LIST

**Notice of Hearing**

**Debtors' Motion for Order (I) Authorizing Rejection of
Executory Contracts and Unexpired Leases Effective as of
September 21, 2006 and (II) Establishing Deadline for Filing
Rejection Damage Claims of September 29, 2006**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534570-EH<br>GOLDEN TRIANGLE<br>34 SIR HENRY DRIVE<br>COLUMBIA MS 39705 | CREDITOR ID: 534571-EH<br>GRIFFEN ENTERPRISES<br>PO BOX 530401<br>ATLANTA GA 30302 | CREDITOR ID: 534572-EH<br>GRIFFIN INDUSTRIES<br>PO BOX 530401<br>ATLANTA GA 303530401 |
| CREDITOR ID: 534469-EG<br>GULF COAST<br>5801 RIVER OAKS ROAD SOUTH<br>NEW ORLEANS LA 70123 | CREDITOR ID: 534470-EG<br>GULF COAST OFFICE PRODUCTS<br>5801 RIVER OAKS ROAD SOUTH<br>NEW ORLEANS LA 70123 | CREDITOR ID: 534471-EG<br>HANLEY, DENNIS<br>28675 SETTLERS LANE<br>PEPPER PIKE OH 44124-4570 |
| CREDITOR ID: 534573-EH<br>HAROLD'S CLEAN SWEEP & LAWN SERVICE<br>315 FAT WALL ROAD<br>MARION NC 28752 | CREDITOR ID: 534472-EG<br>HAROLD'S LAWN CARE<br>315 FAT WALL ROAD<br>MARION NC 28752 | CREDITOR ID: 534574-EH<br>HEADLEY PLUMBING<br>5520 MAIN STREET<br>MILLBROOK AL 36054-1820 |
| CREDITOR ID: 534575-EH<br>HINTON ENTERPRISES<br>PO BOX 390423<br>DELTONA FL 32738 | CREDITOR ID: 534577-EH<br>HOT SHOT STEAM CLEANING<br>PO BOX 242<br>LAKE COMO FL 321570242 | CREDITOR ID: 534576-EH<br>HOT SHOT STEAM CLEANING<br>LAKE COMO<br>LAKE COMO FL 32157-0242 |
| CREDITOR ID: 534578-EH<br>INDUSTRIAL CLEANING SERVICES<br>1331 SO. DIXIE HWY. WEST SUITE 1A,<br>POMPANO BEACH FL 33069 | CREDITOR ID: 534579-EH<br>INTERSTATE BATTERY SYSTEM<br>4100 N. POWERLINE RD. #U-1,<br>POMPANO BEACH FL 33073 | CREDITOR ID: 534580-EH<br>J.J.H SERVICES<br>2252 KILLINGTON DR<br>HARVEY LA 70058 |
| CREDITOR ID: 534581-EH<br>J.T. LA MAINT SERVICE<br>PO BOX 1093<br>KENNER LA 70063-1093 | CREDITOR ID: 534627-EH<br>JJH SERVICES INC<br>PO BOX 471<br>HARVEY LA 70059-0471 | CREDITOR ID: 534473-EG<br>KASCO CORPORATION<br>1569 TOWER GROVE AVE.<br>ST. LOUIS MO 63110 |
| CREDITOR ID: 534582-EH<br>KASCO CORPORATON<br>PO BOX 96268<br>CHICAGO IL 60693-6268 | CREDITOR ID: 534583-EH<br>KLEEN AIR<br>4510 HELTON DR.<br>FLORENCE AL 35630-6237 | CREDITOR ID: 534584-EH<br>KLEEN-AIR RESEARCH<br>4502 HUNTSVILLE ROAD<br>FLORENCE AL 35630 |
| CREDITOR ID: 534474-EG<br>L. PUGH & ASSOCIATES<br>10108 N. PALAFOX HWY.<br>PENSACOLA FL 32505 | CREDITOR ID: 534585-EH<br>LANDSCAPE ARTS, INC.<br>PO BOX 22653<br>CHATTANOOGA TN 37422 | CREDITOR ID: 534586-EH<br>LANDSCAPE PLUS<br>PO BOX 445<br>OAKWOOD GA 30566 |
| CREDITOR ID: 534475-EG<br>LANDTRONICS, INC.<br>5970 OLD PINEVILLE ROAD<br>CHARLOTTE NC 28217 | CREDITOR ID: 534587-EH<br>LAWN MASTER<br>555 DYNAMIC DRIVE<br>GARNER NC 27529 | CREDITOR ID: 534476-EG<br>LESCO<br>PO BOX 1414<br>LAND O LAKES FL 34639 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order (I) Authorizing Rejection of
Executory Contracts and Unexpired Leases Effective as of
September 21, 2006 and (II) Establishing Deadline for Filing
Rejection Damage Claims of September 29, 2006

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 534588-EH
LOT-VAC SWEEPING SERVICE
3034 RAMSEUR CHURCH ROAD
SHELBY NC 28150

CREDITOR ID: 534589-EH
M/Z LAWN & LANDSCAPE
5103 CIRCLE DRIVE
SHELBY NC 28152

CREDITOR ID: 534477-EG
METROCALL WIRELESS
890 EAST HEINBERG STREET
PENSACOLA FL 32502

CREDITOR ID: 534590-EH
MIDDLE GA PARKING LOT SERVICE
303 PRINCESS COURT
DUBLIN GA 31021

CREDITOR ID: 534591-EH
MISSISSIPPI GENERATOR
PO BOX 7062
JACKSON MS 39282

CREDITOR ID: 534592-EH
MOBIL STEAM CLEAN
25404 WINDING WAY
PASS CHRISTIAN MS 39571

CREDITOR ID: 534628-EH
MR ROOTER PLUMBING
PO BOX 917
PINEY FLATS TN 37686

CREDITOR ID: 534593-EH
MR. ROOTER PLUMBING
PO BOX 2934
HUNTSVILLE AL 35804

CREDITOR ID: 534629-EH
NEXTEL
PO BOX 172408
DENVER CO 80217-2408

CREDITOR ID: 534596-EH
NEXTEL
PO BOX 4192
CAROL STREAM IL 60197

CREDITOR ID: 534595-EH
NEXTEL
PO BOX 4181
CAROL STREAM IL 60197-6220

CREDITOR ID: 534594-EH
NEXTEL
1300 N. FLORIDA MANGO RD. SUITE 18
WEST PALM BEACH FL 33409

CREDITOR ID: 534478-EG
NEXTEL PARTNERS
6880 BERMUDA ROAD SUITE 100
LAS VEGAS NV 89119

CREDITOR ID: 534479-EG
OMNI CART SERVICES, INC.
PO BOX 366
MENTOR OH 44061

CREDITOR ID: 534480-EG
OPELOUSAS SWEEPERS
PO BOX 803
OPELOUSAS LA 70571

CREDITOR ID: 534481-EG
PARTS WASHER SERVICE
PO BOX 720777
BYRAM MS 39272-0777

CREDITOR ID: 534597-EH
PATRIOT SERVICE
45215 SEMINOLE TRAIL
CALLAHAN FL 32011

CREDITOR ID: 534482-EG
PERFORMANCE OIL & EQUIPMENT
PO BOX 8945
JACKSON MS 39208

CREDITOR ID: 534483-EG
PERFORMANCE OIL EQ
920 E. MCDOWELL RD
JACKSON MS 39284

CREDITOR ID: 534484-EG
PETROLEUM EQUIPMENT CO., INC.
541 HIGHWAY 49 SOUTH
RICHLAND MS 39218-0417

CREDITOR ID: 534485-EG
PG MAINTENANCE,LLC
22317 SHARP CHAPEL RD.
BUSH LA 70431

CREDITOR ID: 534598-EH
PINNACLE SWEEPER
PO BOX 368
DUPLESSIS LA 70728

CREDITOR ID: 534599-EH
PITTSBURG TANK & TOWER INC.
P.O BOX 913
HENDERSON KY 42419

CREDITOR ID: 534600-EH
PROFESSIONAL SWEEPERS, INC.
4020 DERBY DRIVE
GAINESVILLE GA 30507

CREDITOR ID: 534486-EG
PROGRESSIVE
510 TRIBAL WOODS
COLLIERVILLE TN 38017

CREDITOR ID: 534487-EG
PROPERTY MANAGEMENT SERVICE, LLC
PO BOX 210861
MONTGOMERY AL 36121

CREDITOR ID: 534601-EH
PROPERTY MANAGEMENT SERVICE, LLC
PO BOX 210861
MONTGOMERY AL 36121

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order (I) Authorizing Rejection of
Executory Contracts and Unexpired Leases Effective as of
September 21, 2006 and (II) Establishing Deadline for Filing
Rejection Damage Claims of September 29, 2006

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534488-EG<br>PRS<br>9105-A OWENS DRIVE, SUITE 201<br>MANASSAS PARK VA 20111 | CREDITOR ID: 534489-EG<br>PURIFIED AIR SERVICES<br>280 OLD CLAY STREET<br>MARIETTA GA 30060 | CREDITOR ID: 534490-EG<br>R & R ROOFING<br>PO BOX 49<br>FOXWORTH MS 39483 |
| CREDITOR ID: 534602-EH<br>R & W CLEANING<br>123 OAK DRIVE<br>ELBERTON GA 30635 | CREDITOR ID: 534491-EG<br>RAY'S SEWAGE SERVICE<br>DANVILLE LA 71328 | CREDITOR ID: 534492-EG<br>RAYTEC CORPORATION<br>PO BOX 4280<br>PORTLAND OR 97208 |
| CREDITOR ID: 534493-EG<br>RAYTECH-MISTING SYSTEM<br>RAYTEC CORPORATION<br>P O BOX 4280<br>PORTLAND OR 97208 | CREDITOR ID: 534494-EG<br>RIVER PARISH DISPOSAL<br>PO BOX 10482<br>NEW ORLEANS LA 701810482 | CREDITOR ID: 534496-EG<br>RX SOLUTIONS<br>PO BOX 491<br>SHARPSBURG GA 30277 |
| CREDITOR ID: 534495-EG<br>RX SOLUTIONS<br>PMB 1318436 DENTON HWY., STE. 208<br>WATAUGA TX 76148-2459 | CREDITOR ID: 534497-EG<br>SAFETY SYSTEMS OF BILOXI<br>PO DRAWER 6039<br>BILOXI MS 39532-6039 | CREDITOR ID: 534498-EG<br>SANA DUCT<br>PO BOX 3863<br>MONTGOMERY AL |
| CREDITOR ID: 534603-EH<br>SERVICES UNLIMITED II<br>1416 PINEHURST STREET<br>GASTONIA NC 28052 | CREDITOR ID: 534604-EH<br>SHIRLEY WININGHAM<br>520 CARDINAL RIDGE DRIVE<br>ROCKY MOUNT VA 24151 | CREDITOR ID: 534605-EH<br>SOUTHCO<br>933 BROAD STREET<br>CAMDEN SC 29020 |
| CREDITOR ID: 534606-EH<br>SOUTHEASTERN FIRE PROTECTION<br>PO BOX 1197<br>ALTAMONTE SPRINGS FL 32715 | CREDITOR ID: 534607-EH<br>SOUTHEASTERN MAINTENANCE AND CONSTRUCTION<br>9451 HATCH PARKWAY NORTH<br>BAXLEY GA 31513 | CREDITOR ID: 534608-EH<br>SOUTHEASTERN POWER SWEEPING<br>154 JOHNSON-BYRD ROAD<br>WARSAW NC 28398 |
| CREDITOR ID: 534499-EG<br>SOUTHEASTERN PROTECTION SERVICES OF ATLANTA<br>PO BOX 64<br>WOODSTOCK GA 30188 | CREDITOR ID: 534609-EH<br>SOUTHERN COMMUNICATIONS<br>201 E PINE ST.<br>FITZGERALD GA 33634 | CREDITOR ID: 534611-EH<br>SOUTHERN LAWN SERVICE<br>PO BOX 1894<br>LIVINGSTON AL 35470 |
| CREDITOR ID: 534610-EH<br>SOUTHERN LAWN SERVICE<br>2548 AL HWY 28 W<br>PO BOX 1894<br>LIVINGSTON AL 35470 | CREDITOR ID: 534612-EH<br>SOUTHERN LINC<br>808 GLOUCESTER ST.<br>BRUNSWICK GA 31513 | CREDITOR ID: 534613-EH<br>SUNGOLD SEPTIC<br>PO BOX 924113<br>PRINCETON FL 33092 |
| CREDITOR ID: 534614-EH<br>T & K LAWN SERVICES<br>PO BOX 109<br>LITHIA SPRINGS GA 30122 | CREDITOR ID: 534500-EG<br>TAS COMMUNICATIONS SERVICES<br>1720 HILLSBOROUGH STREET, STE. 100<br>RALEGH NC 27605 | CREDITOR ID: 534615-EH<br>THE LAWN AUTHORITY LAWNCARE & LANDSCAPING<br>PO BOX 1025<br>JACKSON SC 29831 |

SERVICE LIST
Notice of Hearing
Debtors' Motion for Order (I) Authorizing Rejection of
Executory Contracts and Unexpired Leases Effective as of
September 21, 2006 and (II) Establishing Deadline for Filing
Rejection Damage Claims of September 29, 2006

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 534616-EH
THE WRIGHT GROUP LLC
5925 TRIANGLE DRIVE
RALEIGH NC 27617

CREDITOR ID: 534501-EG
THYSSENKRUPP ELEVATOR
7481 NW 66TH STREET
MIAMI FL 33166

CREDITOR ID: 534617-EH
TOTAL PARKING LOT MAINTENANCE
PO BOX 183
ALTURAS FL 33820

CREDITOR ID: 534618-EH
TRI DIM FILTER CORP.
1305 SE DIXIE HWY. SUITE F
STUART FL 34994

CREDITOR ID: 534502-EG
TRI-STATE
C/O QUINE & ASSOCIATES
PO BOX 833009
BYRAM MS 39272

CREDITOR ID: 534503-EG
UNIFIRST CORP.
PO BOX 101
FORT MYERS FL 33902

CREDITOR ID: 263746-EG
UNIFIRST CORPORATION
ATTN ROSE MOLINE
500 SW 13TH TERRACE
POMPANO BEACH, FL 33069

CREDITOR ID: 534504-EG
UPSTATE HOOD CLEANING AND FIRE SYSTEM INSPECTION
327 EASTWAY STREET
HONEA PATH SC 29654

CREDITOR ID: 534619-EH
VALENCIA LAWN
3130 ADRIENNE DRIVE
JACKSON MS 39212

CREDITOR ID: 534505-EG
VENTURECOM
53 RABBIT ROAD
TRAVELERS REST SC 29690

CREDITOR ID: 534506-EG
VERIZON WIRELESS
PO BOX 105378
ATLANTA GA 30348

CREDITOR ID: 534620-EH
VERIZON WIRELESS
6420 CONGRESS AV. SUITE 1800
BOCA RATON FL 33487

CREDITOR ID: 534621-EH
VIGIL INC
PO BOX 273787
TAMPA FL 33688

CREDITOR ID: 534510-EH
VOLUSIA FIRE
123 W. INDIANA AVE
DELAND FL 32721-0729

CREDITOR ID: 534511-EH
WES POWER SWEEP
740 SOUTH COTTON STREET
ANDALUSIA AL 36420

CREDITOR ID: 534509-EG
WESTERN UNION FINANCIAL SERVICES, INC.
ONE MACK CENTRE DRIVE
PARAMUS NJ 07652

CREDITOR ID: 534508-EG
WESTERN UNION FINANCIAL SERVICES, INC.
C/O INTEGRATED PAYMENT SERVICES INC.
ATTN: WADE NELSON
6200 SOUTH QUEBEC STREET
ENGLEWOOD CO 80111

CREDITOR ID: 534507-EG
WESTERN UNION FINANCIAL SERVICES, INC.
C/O INTEGRATED PAYMENT SERVICES INC.
ATTN: TIM SCHROEDER
6200 SOUTH QUEBEC STREET
ENGLEWOOD CO 80111

CREDITOR ID: 534512-EH
WH REYNOLDS
4824 N. RENELLIE DR.
TAMPA FL 33614-6496

CREDITOR ID: 534513-EH
WIGINTON FIRE SPRINLERS SYSTEMS
255 PRIMERA BLVD #230
LAKE MARY FL 32746

CREDITOR ID: 534514-EH
WILLIAM E. THOMPSON
209 MT. VERNON ROAD
ANDERSON SC 29624

**Total:   183**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **September 21, 2006 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Motion for Order (I) Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 21, 2006 and (II) Establishing Deadline for Filing Rejection Damage Claims of September 29, 2006.

Only objections filed and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 and Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **4:00 p.m.**

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**(prevailing Eastern Time) on September 12, 2006** will be considered by the Bankruptcy

Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing

in Court should dress in appropriate business attire consistent with their financial abilities.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is

appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer. Please take notice that as an additional security measure a

photo ID is required for entry into the Courthouse.

Dated:  August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By    _/s/ D. J. Baker_____
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray
     David M. Turetsky
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)

Co-Counsel for the Debtors

SMITH HULSEY & BUSEY

By    _/s/ Cynthia C. Jackson_____
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson
     Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for the Debtors

2

Hearing Date: September 21 , 2006, 1:00 p.m.
Objection Deadline: September 12, 2006, 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
|  | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
|  | ) |
| Debtors. [1] | ) Jointly Administered |
|  | ) |

### DEBTORS' MOTION FOR ORDER (I) AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF SEPTEMBER 21, 2006 AND (II) ESTABLISHING DEADLINE FOR FILING <u>REJECTION DAMAGE CLAIMS OF SEPTEMBER 29, 2006</u>

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and

debtors-in-possession (collectively, the "Debtors"), move for entry of an order (i) under 11

U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and approving the Debtors'

rejection of the executory contracts and unexpired leases set forth on the attached Exhibit A and,

to the extent that they constitute executory contracts and unexpired leases within the meaning of

11 U.S.C. § 365, the items listed Exhibit B (the "Contracts"),[2] effective as of September 21, 2006

and (ii) under Fed. R. Bankr. P. 3002(c)(4) establishing a deadline of September 29, 2006 for the

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]        The Debtors believe that several of the Contracts may, in fact, be non-executory or expired, but have sought to reject them out of an abundance of caution.  The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts

filing of any resulting rejection damage claims (the "Motion").  In support of the Motion, the

Debtors respectfully represent as follows:

## Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions

for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly

administered for procedural purposes only.

2.      The Debtors are grocery and pharmaceutical retailers operating in the southeastern

United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The

Debtors are operating their businesses and managing their properties as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On March 1, 2005, an official committee of unsecured creditors (the "Creditors

Committee") was appointed to serve in these cases pursuant to section 1103 of the Bankruptcy

Code.  An official committee of equity security holders appointed by the U.S. Trustee on August

17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.      On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect

to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors  (the

"Disclosure Statement"), together with a proposed Joint Plan of Reorganization of Winn-Dixie

Stores, Inc. and Affiliated Debtors (the "Plan").  The Disclosure Statement was approved by

Order of the Court dated August 4, 2006.  The hearing to consider confirmation of the Plan is

scheduled for October 13, 2006.

2

5.      This Court has jurisdiction over the Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.      The statutory predicates for the relief requested by this Motion are sections 105(a) and 365 of the Bankruptcy Code, supported by Rules 6006 and 3002(c)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Rejection Request**

7.      By this Motion, the Debtors seek an order of the Court, pursuant to sections 105(a) and 365 of the Bankruptcy Code and Rule 6006 of the Bankruptcy Rules, authorizing and approving the rejection of the Contracts effective as of September 21, 2006 and establishing a deadline of September 29, 2006 for the filing of any resulting rejection damage claims.

8.      The Contracts listed on Exhibit A are for goods and services that are no longer necessary to the Debtors' businesses.  Thus, the Debtors have determined that it is in their best interests, as well as in the best interest of their estates and creditors, to reject these Contracts.

9.      The items listed on Exhibit B reflect prepetition arrangements by which the Debtors obtained from the listed non-Debtor counter parties goods and/or services that are also unnecessary to the Debtors' ongoing operations and businesses.  The Debtors have not been able to locate any written contracts or leases documenting the items listed on Exhibit B and believe that these items may not, in fact, constitute executory contracts or unexpired leases that are subject to assumption or rejection pursuant to section 365 of the Bankruptcy Code (or, for that matter, contracts or leases of any kind).  However, out of an abundance of caution and for the sake of obtaining certainty with respect to the rejection damage claims that may be brought

against them, the Debtors are here seeking to reject the items listed on Exhibit B to the extent that they are Contracts subject to rejection.

10.    By rejecting the Contracts, the Debtors will avoid unnecessary expenses and burdensome obligations that provide no tangible benefit to the Debtors' estates or creditors.  As part of the Debtors' strategy to eliminate inefficiencies and reduce overhead, the Debtors have determined that it is in their best interest to reject these Contracts.

## Support for Rejection

11.    Pursuant to sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C. § 365.  A debtor-in-possession's right to reject executory contracts and unexpired leases is a fundamental component of the bankruptcy process, as it provides a debtor with a mechanism to eliminate financial burdens to the estate.  See In re Wells, 227 B.R. 553, 564 (Bankr. M.D. Fla. 1998); In re Hardie, 100 B.R. 284 (Bankr. E.D.N.C. 1989); In re Gunter Hotel Assoc., 96 B.R. 696 (Bankr. W.D. Tex. 1988).

12.    The decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference by a court, subject only to review under the "business judgment" rule.  See Byrd v. Gardinier, Inc. (In re Gardinier), 831 F.2d 974, 975 n.2 (11th Cir. 1987); In re Surfside Resort and Suites, Inc., 325 B.R. 465, 469 (Bankr. M.D. Fla. 2005); In re Central Florida Fuels, Inc., 89 B.R. 242, 245 (Bankr. M.D. Fla. 1988).  The business judgment rule requires the debtor to establish that rejection of the agreement will likely benefit the estate.  See In re Surfside Resort & Suites, Inc., 325 B.R. at 469; In re Central Florida Fuels, Inc., 89 B.R. at 245; Sharon Steel Corp. v. Nat'l Fuel Gas Distrib'n Corp., 872 F.2d 36, 39-40 (3d Cir. 1989).  Courts universally regard the business judgment rule as a low standard to meet, and

4

therefore, absent a finding of bad faith, will not disturb the decision to reject an executory

contract or unexpired lease by substituting their own judgment for that of the debtor.  See In re

III Enter., Inc. V, 163 B.R. 453, 469 (Bankr. E.D. Pa. 1994) aff'd sub nom. Pueblo Chem., Inc.

v. III Enters. Inc. V, 169 B.R. 551 (E.D. Pa. 1994); In re Hardie, 100 B.R. at 287.

13.     The Debtors have satisfied the "business judgment" standard for rejecting the

Contracts in the present case.  The Contracts are unnecessary to the Debtors' ongoing operations,

are not a source of potential value for the Debtors' estates and creditors, and constitute an

unnecessary drain on the Debtors' resources.  Accordingly, the Debtors' determination that the

Contracts should be rejected reflects their exercise of sound business judgment.

### Rejection Damages Deadline

14.     To the extent that any of the parties to the Contracts intend to assert a rejection

damage claim as a result of the rejection proposed by this Motion, the Debtors request that,

pursuant to Bankruptcy Rule 3002(c)(4), the Court establish September 29, 2006 as the deadline

for filing a proof of claim for such rejection damages.

### Notice

15.     Notice of the Motion has been provided to (a) counsel to the Office of the United

States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the

Creditors' Committee, (d) the other parties in interest named on the Master Service List

maintained in these cases, and (e) the parties to the Contracts.  No other or further notice need be

given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court

(i) enter an order substantially in the form attached as Exhibit C, (a) authorizing and approving

the rejection of the Contracts effective as of September 21, 2006, and (b) establishing a deadline

of September 29, 2006 for the filing of any rejection damage claims, and (ii) grant such other and

further relief as the Court deems just and proper.

Dated: August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER             SMITH HULSEY & BUSEY
& FLOM LLP

By ___*s/ D. J. Baker*___                 By ___*s/ Cynthia C. Jackson*___
    D. J. Baker                       Stephen D. Busey
    Sally McDonald Henry              James H. Post
    Rosalie Walker Gray               Cynthia C. Jackson,
    David M. Turetsky                 Florida Bar Number 498882
Four Times Square                         225 Water Street, Suite 1800
New York, New York 10036                  Jacksonville, Florida  32202
(212) 735-3000                            (904) 359-7700
(212) 735-2000 (facsimile)                (904) 359-7708 (facsimile)
djbaker@skadden.com                       cjackson@smithhulsey.com

Co-Attorneys for Debtors                  Co-Attorneys for Debtors

**<u>Exhibit A</u>**

**Exhibit A**

**Contracts/Leases for Rejection:**

The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts/Leases. The rejections pursuant to this Motion will apply only to the Contracts identified in this Exhibit A and Exhibit B to the Motion.  The rejections do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Counter-Parties listed.

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | AAA Fire Equipment | 480 N.E. 159th St, North Miami, FL 33162 | Fire extinguishers |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ADVANTAGE FIRE SPRINKLER | 2300 East Alcovy Road, Dacula, GA  30019-2432 | FIRE SUPPRESSION INSPECTIONS |
| Winn-Dixie Stores, Inc. | Fitzgerald | Supply Agreement | | Air Products & Chemicals Inc | 7201 Hamilton Blvd, Allentown, PA 70062 and 7201 Hamilton Blvd, Allentown, PA 18195 | Nitrogen tank & chemicals for Fitzgerald location |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Alltel | P.O. Box 96019, Charlotte, NC 28296-0019 and 1 Allied Drive, Little Rock, AR 72202-9918 | Cell phone service for NC  SC |
| Winn-Dixie Stores, Inc. | 1409 | Maintenance Agreement - Store | | ANTHONY'S LANDSCAPING | 6430 Jefferson Highway, Harahan, LA 70123 | LANDSCAPING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Arch Wireless | 350 Automation Way, Birmingham, AL 35210 | Pager service fpr SC & NC |
| Winn-Dixie Stores, Inc. | | Service Agreement | | AT&T Systems West | 3220 Winona Ave, Burbank, CA 91504 | |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Boca Industries, Inc. | 5076 Nifda Drive, Smyrna, GA 30080 | Grease trap service |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Carolina By-Products | P.O. Box 643393, Cinncinnati, OH 45264 | Grease trap service |
| Winn-Dixie Stores, Inc. | 2710 | Maintenance Agreement - Store | | CLEAN KING | 2880 Harper Valley Drive, College Park, GA 30349 | SWEEPING |
| Winn-Dixie Stores, Inc. | 2725 | Maintenance Agreement - Store | | CLEAN KING | 2880 Harper Valley Drive, College Park, GA 30349 | SWEEPING |
| Winn-Dixie Stores, Inc. | 1944 | Maintenance Agreement - Store | | CLEAN SWEEP | 2412 Hamil Road, Hixson, TN 37343 | SWEEPING |
| Winn-Dixie Stores, Inc. | 1306, 1314, 1338, 1350, 2623, 2624 | Maintenance Agreement - Store | | CRYSTAL CLEAN | 125 E. Ford Street, Suite B, Ridgeland, MS, 39157 | SWEEPING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Cummins South Inc. | 5125 Highway 85, Atlanta, GA 30349 and P.O. Box 116595, Atlanta, GA 30368-6595 and P.O. Box 11737, Tmapa, FL 33680 | Automatic generator service |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Danfoss | 10946 Golden W Dr. Suite 130, Hunt Valley, MD 21031 | Monitoring Refrigeration controllers |
| Winn-Dixie Stores, Inc. | 0005 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0008 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0018 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0104 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0116 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0125 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0126 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0186 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0192 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0198 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0405 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0407 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0422 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0434 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0435 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0437 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0439 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 0442 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0447 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0448 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0456 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0458 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0461 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0481 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0488 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0495 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0496 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0503 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0509 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0517 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0526 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0527 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0531 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0535 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0558 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0574 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0579 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 1914 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2203 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2258 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2261 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2304 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2309 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2311 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2335 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2337 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2343 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2347 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | Multiple | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 725 | Maintenance Agreement - Store | | ENVIRONMENTAL MANAGEMENT | 1940 Northwest 22nd Street, Pompano Beach, FL 33069 | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Employment Contract | | Everhart, Robin | Address Intentionally Omitted to Protect Employee Privacy | Offer letter |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Gates UP | 35400 Baseline Lane, Dade City, FL 33525 | Temporary Pharmacist Staffing |
| Winn-Dixie Stores, Inc. | 600 Edwards Ave | Equipment Lease | N/A | Gulf Coast | 5801 River Oaks Road South, New Orleans, LA 70123 | Richo 270 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | | Gulf Coast Office Products | 5801 River Oaks Road South, New Orleans, LA 70123 | Color copier |
| Winn-Dixie Stores, Inc. | | Employment Contract | | Hanley, Dennis | Address Intentionally Omitted to Protect Employee Privacy | Offer letter |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Harold's Lawn Care | 315 Fat Wall Road, Marion, NC 28752 | Lawn Service |
| Winn-Dixie Stores, Inc. | Northern Region | Service Agreement | | Kasco Corporation | 1569 Tower Grove Ave., St. Louis, MO 63110 | Band saw machine service |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | L. PUGH & ASSOCIATES | 10108 N. Palafox Highway, Pensacola, FL 32505 and 10108 N. Palafox Highway, Pensacola, FL 32534-1269 | SPRINKLER INSPECTIONS |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Landtronics, Inc. | 5970 Old Pineville Road, Charlott, NC 28217 | Fire system 24 hr monitoring service |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Lesco | P.O. Box 1414, Land O'Lakes, FL  34639 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Metrocall Wireless | 890 East Heinberg Street, Pensacola, FL 32502 | Pager service for NC & SC |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Nextel Partners | 6880 Bermuda Road Suite 100, Las Vegas, NV 89119 | Cell phone service for Kentucky area |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Omni Cart Services, Inc. | P.O. Box 366, Mentor, OH 44061 | Shopping cart repairs |
| Winn-Dixie Stores, Inc. | 1571 | Maintenance Agreement - Store | | OPELOUSAS SWEEPERS | P.O. Box 803, Opelousas, LA 70571 | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PARTS WASHER SERVICE | P.O. Box 720777, Byram, MS 39272-0777 | grease traps |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PERFORMANCE OIL & EQUIPMENT | P.O. Box 8945, Jackson, MS 39208<br>and<br>P.O. Box 8945, Jackson, MS 39284 | PUMP N SAVE P/M WORK |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | Performance Oil EQ | 920 E. McDowell Road, Jackson, MS 39284 | Fuel stations |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PETROLEUM EQUIPMENT CO., INC. | 541 Highway 49 South, Richland, MS 39218-0417 | Fuel stations |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PG MAINTENANCE,LLC | 22317 Sharp Chapel Road, Bush, LA 70431 | Refrigeration leak detection |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Progressive | 510 Tribal Woods, Collierville, TN  38017 | Temporary Pharmacist Staffing |
| Winn-Dixie Stores, Inc. | 516 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | P.O. Box 210861, Montgomery, AL 36112 | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | PRS | 9105-A Owens Drive, Suite 201, Manassas Park, VA  20111 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Purified Air Services | 280 Old Clay Street, Marietta, GA 30060 | Hvac filter service |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | R & R ROOFING | P.O. Box 49, Foxworth, MS 39483 | Roof inspections |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Raytec Corporation | P.O. Box 4280, Portland, OR 97208 | Mister system service and repair |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | RAYTECH-MISTING SYSTEM | P.O. Box 4280, Portland, OR 97208 | 97208 |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | RIVER PARISH DISPOSAL | P.O. Box 10482, New Orleans, LA 70181-0482 | Waste Management |
| Winn-Dixie Montgomery, Inc. | | Pharmacy Service | | Rx Solutions | PMB 1318436 Denton highway, Suite 208, Watauga, TX 76148-2459<br>RX Solutions, P.O. Box 491, Sharpsburg, GA  30277 | Pharmacist Service Agreement dated March 16, 2001 between RX Solutions and Winn-Dixie Montgomery, Inc. |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | SAFETY SYSTEMS OF BILOXI | P.O. Drawer 6039, Biloxi, MS 39532-6039 | Hood cleaning |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | SANA DUCT | P.O. Box 3863, Montgomery, AL  36109-3863 | HOOD CLEANING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Southeastern Protection Services of Atlanta | P.O. Box 64, Woodstock, GA 30188 | Exhaust hood service |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | TAS Communications Services | 1720 Hillsborough Street, Suite 100, Raleigh, NC 27605 | Answering service for after hours |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | THYSSENKRUPP ELEVATOR | 7481 NW 66th Street, Miami, FL  33166 | Elevator Maintenance & Inspections |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | TRI-STATE | c/o Quine & Associates, P.O. Box 833009, Byram, MS 39272 | Automatic doors |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Unifirst Corp. | P.O. Box 101, Fort Myers, Fl 33902<br>and<br>500 SW 13th Terrace, Pompano Beach, FL 33069 | Uniform services |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Upstate Hood Cleaning and Fire System Inspection | 327 Eastway Street, Honea Path, SC 29654 | Exhaust hood service |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Venturecom | 53 Rabbit Road, Travelers Rest, SC 29690 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Verizon Wireless | P.O. Box 105378, Atlanta, GA 30348 | Cell phone service for Charlotte area |
| Winn-Dixie Stores, Inc. | | Agency Agreement | | Western Union Financial Services, Inc. | Western Union Financial Services, Inc., One Mack Centre Drive, Paramus, NJ 07652<br>Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Tim Schroeder, Senior Vice President and General Manager,  6200 South Quebec Street, Englewood, CO  80111 | Agency Agreement dated June 20, 1998 between Western Union Financial Services, Inc. and Winn-Dixie Atlanta, Inc. |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Agency Agreement | | **Western Union Financial Services, Inc.** | Western Union Financial Services, Inc., One Mack Centre Drive, Paramus, NJ 07652 Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Wade Nelson, Vice President and General Manager,  6200 South Quebec Street, Englewood, CO  80111 | Agency Agreement executed 5/3/1999 between Western Union Financial Services, Inc. and Winn-Dixie Tampa, Inc. |
| Winn-Dixie Raleigh, Inc. | | Agency Agreement | | **Western Union Financial Services, Inc.** | Western Union Financial Services, Inc., One Mack Centre Drive, Paramus, NJ 07652 Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Tim Schroeder, Senior Vice President and General Manager,  6200 South Quebec Street, Englewood, CO  80111 | Agency Agreement dated October 20, 1999 between Western Union Financial Services, Inc. and Winn-Dixie Charlotte, Inc. n/k/a Winn-Dixie Raleigh, Inc. |

**<u>Exhibit B</u>**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A & B COMMUNICATION | PAGERS |
| Winn-Dixie Stores, Inc. | 543 | Maintenance Agreement - Store | | A & W LAWN CARE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A J INSPECTIONS | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A&W PRESSURE WASHERING | BUILDING AND CART CLEANING |
| Winn-Dixie Stores, Inc. | 2217 | Maintenance Agreement - Store | | A-1 Yards | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AAA SEPTIC TANK SERVICE  INC | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Air Touch | Pagers |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ALABAMA ENVIRONMENTAL SERV. | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Alfred Duplantis | Lawn |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AMERICAN WASTE SOLUTIONS | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | America's Call Center | After Hours answering service for maintenance |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AMTECK LIGHTING SERVICES | SIGN LIGHTING PATROL |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | APWS | SEWER TREATMENT PLANT MAINTENANCE |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ARCH WIRELESS | PAGERS |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ARCH WIRELESS | PAGERS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | ASAP Automatic Sprinklers | Fire sprinklers |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | ASG | Store Mainenance Agreement |
| Winn-Dixie Stores, Inc. | 2661 | Maintenance Agreement - Store | | ATLANTIC SWEEPING | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Attaway | Generators |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AUTOMATIC DOOR SYSTEMS  INC | AUTOMATIC DOORS |
| Winn-Dixie Stores, Inc. | 1854 | Maintenance Agreement - Store | | BASS CUSTOM LANDSCAPE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1329 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1404 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1408 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1409 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1411 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1412 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1417 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1418 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1419 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1425 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1434 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1437 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1438 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1439 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1444 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1502 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1504 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 1551 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Big Easy Sweeper | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Billings Pumping Service | Pumping grease Traps |
| Winn-Dixie Stores, Inc. | 37 | Maintenance Agreement - Store | | BILL'S MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | 80 | Maintenance Agreement - Store | | BILL'S MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BOBBY MEEKS ENVIRONMENTAL | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | 1337 | Maintenance Agreement - Store | | BOYD'S LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Boyd's Lawn Service | Lawn |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BRENDLE FIRE PROTECTION | FIRE SUPPRESSION  INSPECTIONS |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BRENDLE SPRINKLER | SPRINKLER INSPECTIONS |
| Winn-Dixie Stores, Inc. | 1826 | Maintenance Agreement - Store | | BRIDGES LAWN MAINTENANCE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | C&C PRESSURE WASHING | BUILDING AND CART CLEANING |
| Winn-Dixie Stores, Inc. | 1220 | Maintenance Agreement - Store | | Charles Honea | Sweeping |
| Winn-Dixie Stores, Inc. | 2048 | Maintenance Agreement - Store | | Charlie's & Gary's Lawn Service & Parking Lot Maint. | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Charlie's Parking Lot & Lawn Service | Parking Lot & Lawn Service |
| Winn-Dixie Stores, Inc. | 457 | Maintenance Agreement - Store | | CHEM-TURF, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | ACCT# 0029179257 067 | CINGULAR WIRELESS | CELL PHONES |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | City Fire Equipment | Fire extinguishers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | CJ Sales | Generators |
| Winn-Dixie Stores, Inc. | 2701 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2705 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2706 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2709 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2711 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2715 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2728 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 1933 | Maintenance Agreement - Store | | CLEAN SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | 2328 | Maintenance Agreement - Store | | COAST TO COAST SWEEPING | SWEEPING |
| Winn-Dixie Stores, Inc. | 1469 | Maintenance Agreement - Store | | COBY MILLER LAWN | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Commercial Hood & Trap | Exhaust hoods cleaning |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Commercial Industrial Services | Grease trap cleaning |
| Winn-Dixie Stores, Inc. | 950 | Maintenance Agreement - Store | | Commercial Power Sweeping | Sweeping |
| Winn-Dixie Stores, Inc. | 1449 | Maintenance Agreement - Store | | CUMMING SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1500 | Maintenance Agreement - Store | | CUMMING SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Cumming Sweeper | Sweeper |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | CURTIS ENVIRONMENTAL SERVICES | SEWER TREATMENT PLANT MAINTENANCE |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Dave' Lawn Care ( A & W Lawn Care) | LANDSCAPING |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 543 | Maintenance Agreement - Store | | DAVE'S LAWN CARE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | DIXIE SALES & SERVICE ( D.S.& S.) | SHOPPING CART REPAIRS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fire Fighter | Fire extinguishers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | First Services Plumbing | Grease traps and sewer lines |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | First Services Plumbing | Grease traps pumping |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | FRACTAL ASTECH | PRODUCE MISTING SYSTEMS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fractal Astech | Misting Systems |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fractal Astech | Misting Systems |
| Winn-Dixie Stores, Inc. | 142 | Maintenance Agreement - Store | | GATOR MAINTENANCE & SWEEPING | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2189 | Maintenance Agreement - Store | | George's Lawn & Tree Care | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 524 | Maintenance Agreement - Store | | GOLDEN TRIANGLE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1348 | Maintenance Agreement - Store | | GOLDEN TRIANGLE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | GRIFFEN ENTERPRISES | GREASE PICK-UP SERVICE |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | GRIFFIN INDUSTRIES | GREASE PICK-UP SERVICE |
| Winn-Dixie Stores, Inc. | 2082 | Maintenance Agreement - Store | | Harold's Clean Sweep & Lawn Service | cleaning parking Lot |
| Winn-Dixie Stores, Inc. | 2082 | Maintenance Agreement - Store | | Harold's Clean Sweep & Lawn Service | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | HEADLEY PLUMBING | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | 2382 | Maintenance Agreement - Store | | HINTON ENTERPRISES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Hot Shot Steam Cleaning | Cleaning (shopping carts and stores) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Hot Shot Steam Cleaning | Shopping Carts (Cleaning and repair) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Industrial Cleaning Services | Shopping Carts (Cleaning and repair) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Interstate Battery System | Batteries |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | J.J.H SERVICES | Shopping cart recovery |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | J.T. LA MAINT SERVICE | Shopping cart repair |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | KASCO CORPORATON | Meat saw & grinder PM |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Kleen Air | Air Filters |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | KLEEN-AIR RESEARCH | AIR FILTER SERVICE |
| Winn-Dixie Stores, Inc. | 1933 | Maintenance Agreement - Store | | LANDSCAPE ARTS, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1944 | Maintenance Agreement - Store | | LANDSCAPE ARTS, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1806 | Maintenance Agreement - Store | | LANDSCAPE PLUS | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 9001 | Maintenance Agreement - Store | | Lawn Master | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 2052 | Maintenance Agreement - Store | | Lot-Vac Sweeping Service | Sweeping |
| Winn-Dixie Stores, Inc. | 2052 | Maintenance Agreement - Store | | M/Z Lawn & Landscape | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 1826 | Maintenance Agreement - Store | | MIDDLE GA PARKING LOT SERVICE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MISSISSIPPI GENERATOR | Generator Maintenance |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MOBIL STEAM CLEAN | Building and cart cleaning |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MR. ROOTER PLUMBING | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | NEXTEL | RADIO / CELL PHONE COMM. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Nextel | Cell Phone and Radio services |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Nextel | Cell Phones |
| Winn-Dixie Stores, Inc. | 129 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 142 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 180 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1463 | Maintenance Agreement - Store | | PINNACLE SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1583 | Maintenance Agreement - Store | | PINNACLE SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Pinnacle Sweeper | Sweeper |
| Winn-Dixie Stores, Inc. | All Manufacturing Plants | Maintenance Agreement - Store | n/a | Pittsburg Tank & Tower Inc. | Annual check on springler system tanks as required by NAPA. |
| Winn-Dixie Stores, Inc. | 1806 | Maintenance Agreement - Store | | PROFESSIONAL SWEEPERS, INC. | SWEEPING |
| Winn-Dixie Stores, Inc. | 516 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 532 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 593 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1232 | Maintenance Agreement - Store | | R & W Cleaning | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 1259 | Maintenance Agreement - Store | | R & W Cleaning | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 2084 | Maintenance Agreement - Store | | Services Unlimited II | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 983 | Maintenance Agreement - Store | | Shirley Winingham | Sweeping |
| Winn-Dixie Stores, Inc. | 1261 | Maintenance Agreement - Store | | Southco | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 2045 | Maintenance Agreement - Store | | Southco | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southeastern Fire Protection | Ansil Sys and hood chning/Hand held extingushers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southeastern Maintenance and Construction | Grease traps and sewer lines |
| Winn-Dixie Stores, Inc. | 912 | Maintenance Agreement - Store | | Southeastern Power Sweeping | sweeping/landscape Maint. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southern Communications | Pagers |
| Winn-Dixie Stores, Inc. | 562 | Maintenance Agreement - Store | | SOUTHERN LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | SOUTHERN LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southern Linc | Cell Phones |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Sungold Septic | Grease traps Pumping |
| Winn-Dixie Stores, Inc. | 2701 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2705 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2706 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2709 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2710 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 2711 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2715 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2725 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2728 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1284 | Maintenance Agreement - Store | | The Lawn Authority Lawncare & Landscaping | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 811 | Maintenance Agreement - Store | | The Wright Group LLC | Sweeping |
| Winn-Dixie Stores, Inc. | 701 | Maintenance Agreement - Store | | TOTAL PARKING LOT MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Tri Dim Filter Corp. | A/C Filters |
| Winn-Dixie Stores, Inc. | 1306, 1350, 2624, 1314, 1316, 1317, 1328, 1338, 2623 | Maintenance Agreement - Store | | VALENCIA LAWN | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Verizon Wireless | Cell Phone services |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Vigil Inc | Exhaust Hood cleaning |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Volusia Fire | Hand Held Extingushers |
| Winn-Dixie Stores, Inc. | 450 | Maintenance Agreement - Store | | WES POWER SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | WES POWER SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | WH Reynolds | Gray line equipment |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Wiginton Fire Sprinlers Systems | Fire sprinklers |
| Winn-Dixie Stores, Inc. | 1017 | Maintenance Agreement - Store | | William E. Thompson | Sweeping/Landscape Maint. |

**<u>Exhibit C</u>**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) |
| | ) |
| Debtors. | ) |
| | ) |

Case No. 05-03817-3F1

*Chapter 11*

Jointly Administered

**ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND
UNEXPIRED LEASES EFFECTIVE AS OF SEPTEMBER 21, 2006 AND
ESTABLISHING DEADLINE FOR FILING REJECTION DAMAGE
CLAIMS OF SEPTEMBER 29, 2006**

These cases came before the Court for hearing on September 21, 2006, upon the

motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order (i) under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and

approving the Debtors' rejection of the executory contracts and unexpired leases listed on Exhibit

A and Exhibit B (collectively, the "Contracts") effective as of September 21, 2006 (the "Motion")

and (ii) under Fed. R. Bankr. P. 3002(c)(4) establishing a deadline of September 29, 2006 for the

filing of any resulting rejection damage claims.  The Court has read the Motion and considered

the representations of counsel.  Upon the representations of counsel and without objection from

the United States Trustee or any other interested party, the Court determines that good cause

exists to grant the relief requested by the Motion and granting the relief is in the best interest of

these estates and creditors.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted.

2.      The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. §

365(a), and the Contracts are deemed rejected, effective as of September 21, 2006.

3.      Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4.      Claims for any rejection damages resulting from the rejection of the Contracts must be filed on or before September 29, 2006.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.  Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6.      The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this ____ day of September, 2006, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE MOTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS OBJECTIONS TO THE MOTION**