UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

SEP 0 5 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

| | | |
|---|---|---|
| WINN DIXIE STORE, INC., ET AL | * | C.A. NO. 05-BK-3817 |
| Debtors | * | |
| | * | Jointly Administered |
| | * | |

*******************************************************************

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION** of Michael D. Riley, attorney at law, and on suggesting to the court that he wishes to withdraw as counsel of record for GEORGE and DEBRA WERNER, plaintiffs in the above-captioned cause, and therefore desires to have his name withdrawn as counsel of record in this case.

Plaintiffs were notified via U.S. Mail of the filing of this motion at their last known address 1313 Bayview Avenue, Panama City, FL 32401.

Respectfully Submitted,

_____

**Michael D. Riley (Bar No. 17116)**
833 Baronne Street
New Orleans, Louisiana 70113
Attorney for Petitioner
Telephone: (504) 588-1110

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the United States Mail, properly addressed, postage pre-paid this 31 day of _____, 2006.

_____
MICHAEL D. RILEY

## **ORDER**

**IT IS ORDERED** by the Court that the name of Michael D. Riley be withdrawn as counsel of record for plaintiffs, George and Debra Werner, in the above entitled and numbered cause.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**UNITED STATES BANKRUPTCY J U D G E**