UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.     I am of legal age and I am not a party to this action.

2.     I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.     On or about September 1, 2006 I caused copies of:

- the **Order (A) Reclassifying Misclassified Claims, (B) Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated Misclassified Claims, as Set Forth in the Debtors' Sixteenth Omnibus Claims Objection**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 6, 2006

_____
Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 6H

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

### Order (A) Reclassifying Misclassified Claims, (B) Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated Misclassified Claims, as Set Forth in the Debtors' Sixteenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241285-12<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540 | CREDITOR ID: 241285-12<br>99 EGLIN LTD<br>C/O DOWD LAW FIRM, PA<br>ATTN JOHN R DOWD, ESQ<br>285 HARBOUR BLVD, SUITE A<br>DESTIN FL 32541 | CREDITOR ID: 279332-36<br>A DUDA & SONS, INC<br>C/O MEUERS LAW FIRM, PI<br>ATTN LAWRENCE H MEUERS, ESQ<br>5395 PARK CENTRAL COURT<br>NAPLES FL 34109 |
| CREDITOR ID: 242523-12<br>AGAPION, BILL DBA ARCO REALTY CO<br>625 S ELM STREET<br>GREENSBORO, NC 27406-1327 | CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028 | CREDITOR ID: 410534-15<br>ALBION PACIFIC PROP RESOURCES, LLC<br>C/O ALLEN, MATKINS, LECK, ET AL<br>ATTN I M GOLD/N B WARANOFF<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO CA 94111-4105 |
| CREDITOR ID: 415977-15<br>ALLARD, LLC<br>C/O FISHER & SAULS, PA<br>ATTN THOMAS H MCLAIN, JR, ESQ<br>100 SECOND AVENUE S, SUITE 701<br>PO BOX 387<br>ST PETERSBURG FL 33731 | CREDITOR ID: 398023-74<br>ALLEN NORTON & BLUE, PA<br>ATTN ROBERT LARKIN/R NORTON<br>121 MAJORCA AVENUE<br>CORAL GABLES FL 33134 | CREDITOR ID: 410941-15<br>AMEGY MORTGAGE COMPANY, LLC FKA<br>C/O BADGER LAW OFFICE<br>ATTN BRUCE M BADGER, ESQ.<br>3400 AVENUE H, 2ND FLOOR<br>ROSENBERG TX 77471 |
| CREDITOR ID: 410941-15<br>AMEGY MORTGAGE COMPANY, LLC FKA<br>MITCHELL MORTGAGE COMPANY, LLC<br>ATTN: DALE H AMBREDS<br>4576 RESEARCH FOREST DRIVE<br>THE WOODLANDS TX 77381 | CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY MO 64116 | CREDITOR ID: 279203-35<br>AMERICAN ITALIAN PASTA COMPANY<br>C/O BLACKWELL SANDERS PEPER MARTIN<br>ATTN JOHN J CRUCIANI, ESQ<br>4801 MAIN STREET, SUITE 1000<br>KANSAS CITY MO 64112 |
| CREDITOR ID: 1076-07<br>APPLEWOOD SHOPPING CENTER<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202 | CREDITOR ID: 242578-12<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVE<br>RICHMOND VA 23230 | CREDITOR ID: 242578-12<br>ARS INVESTMENT CORPORATION<br>C/O METTLER SHELTON RANDOLPH ET AL<br>340 ROYAL POINCIANA WAY, SUITE 340<br>PALM BEACH FL 33480 |
| CREDITOR ID: 242578-12<br>ARS INVESTMENT CORPORATION<br>THOMAS E CARR & ASSOCIATES, PC<br>ATTN THOMAS E CARR, ESQ<br>1100 BOULDERS PARKWAY, STE 650<br>RICHMOND VA 23225 | CREDITOR ID: 410753-15<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES & M BEN-EZRA, ESQS<br>2901 STIRLING RD, STE 300<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 416262-15<br>ASHY-BROWN GONZALES PARTNERSHIP<br>C/O MCCOLLISTER MCCLEARY & FAZIO<br>ATTN THOMAS D FAZIO, ESQ.<br>PO BOX 40686<br>BATON ROUGE LA 70835 |
| CREDITOR ID: 416262-15<br>ASHY-BROWN GONZALES PARTNERSHIP<br>C/O HERBERT G BROWN<br>17757 US HIGHWAY 19 NORTH, STE 325<br>CLEARWATER FL 33764 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 279338-36<br>ASSOCIATED BRANDS, INC<br>ATTN BECKY L RATH, CREDIT MGR<br>PO BOX 788<br>MEDINA  NY 14103 |
| CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 | CREDITOR ID: 381991-36<br>BAR-S FOODS CO<br>ATTN M KACHALUBA OR M SURIANO<br>3838 N CENTRAL AVE SUITE 1900<br>PHOENIX AZ 85012 | CREDITOR ID: 381991-36<br>BAR-S FOODS CO<br>C/O SNELL & WILMER, LLP<br>ATTN PETER J RATHWELL, ESQ<br>400 EAST VAN BUREN ST<br>PHOENIX AZ 85004-2202 |
| CREDITOR ID: 381769-15<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | CREDITOR ID: 410556-15<br>BLANKENBAKER PLAZA I, LLC<br>C/O KAREM & KAREM<br>ATTN JOHN W HARRISON JR, ESQ<br>2100 GARDINER LANE, SUITE 103-B<br>LOUISVILLE KY 40205 | CREDITOR ID: 410556-15<br>BLANKENBAKER PLAZA I, LLC<br>C/O HOGAN DEVELOPMENT CO<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202 |

SERVICE LIST

**Order (A) Reclassifying Misclassified Claims, (B) Reducing
Overstated Claims and (C) Reducing and Reclassifying
Overstated Misclassified Claims, as Set Forth in the
Debtors' Sixteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 243625-12<br>BLOSSMAN GAS INC<br>2221 S HORNER BLVD<br>SANFORD, NC 27330 | CREDITOR ID: 404046-15<br>BLOSSMAN GAS, INC<br>ATTN DANIELLE WATFORD<br>PO BOX 1110<br>OCEAN SPRINGS MS 39564-1110 | CREDITOR ID: 1131-07<br>BONNER'S POINT LLC<br>C/O HELMSING, LEACH, HERLONG ET AL<br>ATTN JEFFERY J HARTLEY, ESQ<br>LACLEDE BLDG, SUITE 2000<br>150 GOVERNMENT STREET<br>MOBILE AL 36602 |
| CREDITOR ID: 1131-07<br>BONNER'S POINT LLC<br>C/O RETAIL MANAGEMENT GROUP INC<br>ATTN JULIE BEAL, COO<br>PO BOX 11407<br>BIRMINGHAM, AL 35246-1036 | CREDITOR ID: 1351-07<br>BOREN, FRANK D AND GAIL F<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA 98250 | CREDITOR ID: 452217-97<br>BT MARIETTA LLC<br>ATTN: MICHAEL MARKMAN, PRES<br>2600 PHILMONT AVENUE<br>HUNTINGTON VALLEY PA 19006 |
| CREDITOR ID: 397706-99<br>BT MARIETTA, LLC<br>C/O KLEHR HARRISON ET AL<br>ATTN JEFFREY KURTZMAN, ESQ<br>260 SOUTH BROAD STREET<br>PHILADELPHIA PA 19102 | CREDITOR ID: 1148-07<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS, MANAGING AGENT<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA 19006 | CREDITOR ID: 12796-05<br>BURGI, ANTONIO E<br>2040 SPOONBILL STREET<br>JACKSONVILLE FL 32224 |
| CREDITOR ID: 410433-15<br>CADBURY ADAMS USA LLC<br>ATTN JIM TREASTER, CREDIT DIRECTOR<br>5301 LEGACY DRIVE<br>PLANO TX 75024 | CREDITOR ID: 423158-97<br>CAPX REALTY LLC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN: M.BEAL & Z.BANCROFT<br>450 S ORANGE AVE, STE 800<br>ORLANDO FL 32801 | CREDITOR ID: 423154-98<br>CAPX REALTY LLC<br>101 SUMMER STREET<br>BOSTON MA 02110 |
| CREDITOR ID: 423157-15<br>CAPX REALTY, LLC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802 | CREDITOR ID: 279211-35<br>CARGILL MEAT SOLUTIONS CORP<br>ATTN JENNIFER HENDERSON, LAW<br>151 N MAIN STREET<br>WICHITA KS 67202 | CREDITOR ID: 410454-15<br>CAROLINA ENTERPRISES, INC<br>ATTN JAMES T SCHOFIELD, PRESIDENT<br>PO BOX 13559<br>FLORENCE SC 29504 |
| CREDITOR ID: 408297-99<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE<br>H FUNK & PW MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, STE 2800<br>INDIANAPOLIS IN 46204-2079 | CREDITOR ID: 408297-99<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE<br>C/O LIONEL SAWYER & COLLINS<br>ATTN CRAIG E ETEM, ESQ<br>BANK OF AMERICA PLAZA<br>50 WEST LIBERTY STREET, SUITE 1100<br>RENO NV 89501 | CREDITOR ID: 123-03<br>CITY OF BEDFORD<br>ATTN JOANNE CALDWELL, TREAS<br>215 EAST MAIN STREET<br>BEDFORD VA 24523 |
| CREDITOR ID: 410776-15<br>CITY OF BIRMINGHAM, AL<br>C/O DEPARTMENT OF LAW<br>ATTN JACINDA ANDERSON<br>710 NORTH 20TH STREET<br>BIRMINGHAM AL 35203-2216 | CREDITOR ID: 240009-06<br>CITY OF DANIA BEACH<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES, ESQ<br>3107 STIRLING ROAD, SUITE 300<br>FORT LAUDERDALE FL 33312 | CREDITOR ID: 245677-12<br>CITY OF DANIA WATER & SEWER<br>ATTN: PATRICIA VARNEY, FINANCE DIR<br>PO BOX 1708<br>DANIA, FL 33004-1708 |
| CREDITOR ID: 381011-47<br>CITY OF FAYETTEVILLE PUBLIC WORKS<br>ATTN BEVAN E GRICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | CREDITOR ID: 267391-31<br>CITY OF FORT LAUDERDALE, FL<br>ATTN CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 404031-15<br>CITY OF HOLLYWOOD PUBLIC WORKS DEPT<br>C/O CITY ATTORNEY<br>ATTN TRACY A LYONS, ESQ<br>2600 HOLLYWOOD BLVD, SUITE 407<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 955-03<br>CITY OF MADISON WATER & WASTEWATER<br>ATTN BERNARD L BRESSETTE, GM<br>PO BOX 197<br>MADISON AL 35758 | CREDITOR ID: 245967-12<br>CITY OF MIRAMAR FINANCE DEPT<br>6700 MIRAMAR PARKWAY<br>MIRAMAR, FL 33023 | CREDITOR ID: 975-03<br>CITY OF WILLISTON<br>ATTN MARK SCHIEFER, FIN DIR<br>PO DRAWER 160<br>WILLISTON FL 32696-0160 |

**SERVICE LIST**

**Order (A) Reclassifying Misclassified Claims, (B) Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated Misclassified Claims, as Set Forth in the Debtors' Sixteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 1197-07
CIVIC CENTER STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 110532-09
COLLINS, MARYLOU
4699 PEACHWOOD COURT
SOCASTEE SC 29588

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
NKA: NATIONAL RETAIL PROPERTIES INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O WILLKIE FARR & GALLAGHER
ATTN ALAN J LIPKIN, ESQ
787 SEVENTH AVENUE
NEW YORK NY 10019-6373

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O W P CAREY & CO, LLC
ATTN THOMAS LEWIS, VP
50 ROCKEFELLER PLAZA
NEW YORK NY 10020

CREDITOR ID: 406116-15
COUNTY OF PASCO BD OF COMMISSIONERS
C/O PASCO COUNTY ATTORNEY'S OFFICE
ATTN ANTHONY M SALZANO, ESQ
7530 LITTLE ROAD, SUITE 340
NEW PORT RICHEY FL 34654

CREDITOR ID: 113192-09
CRAMER, BRADLEY M JR
1442 CACAO LANE
PENSACOLA FL 32507

CREDITOR ID: 411053-15
CRAMER, BRADLEY M JR
11000 UNIVERSITY PARKWAY
BOX 32413
PENSACOLA FL 32514

CREDITOR ID: 410817-15
CRIIMI MAE SVCS LLP, SERIES 1998-D6
HOLDERS NOMURA ASSET SECURITIES
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 382485-51
CROSSMEDIA SERVICES, INC
ATTN MARY VANKOEVERING, CFO
225 N MICHIGAN AVENUE, STE 1500
CHICAGO, IL 60601

CREDITOR ID: 382485-51
CROSSMEDIA SERVICES, INC
C/O RICH MAY, PC
ATTN BOB TEDESCO, ESQ
176 FEDERAL STREET 6TH FLOOR
BOSTON MA 02110-2223

CREDITOR ID: 406060-15
DAHLEM ENTERPRISES, INC
C/O FROST BROWN TODD LLC
ATTN KYLE R GRUBBS, ESQ
2200 PNC CENTER
201 EAST FIFTH STREET
CINCINNATI OH 45202

CREDITOR ID: 410824-15
DANIEL G KAMIN CLARKSVILLE
C/O SEYFARTH SHAW, LLP
ATTN SARA E LORBER, ESQ
131 SOUTH DEARBORN STREET, STE 2400
CHICAGO IL 60603

CREDITOR ID: 410826-15
DANIEL G KAMIN ZACHARY ENTERPRIZES
C/O KAMIN REALTY CO
ATTN DANIEL G KAMIN, TRUSTEES
490 SOUTH HIGHLAND AVENUE
PITTSBURGH PA 15206

CREDITOR ID: 408328-15
DEAN MILK COMPANY, INC
C/O DEAN FOODS COMPANY
ATTN ALEX D MADRAZO
2515 MCKINNEY AVENUE, SUITE 1200
DALLAS TX 75201

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 383211-15
DELL MARKETING, LP
C/O HUGHES & LUCE, LLP
ATTN SABRINA L STREUSAND, ESQ
111 CONGRESS AVENUE, SUITE 900
AUSTIN TX 78701

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN, 237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 279485-99
DL LEE & SONS, INC
C/O WORMSER KIELY GALEF & JACOBS
ATTN G R VON STANGE
825 THIRD AVENUE
NEW YORK NY 10022-7519

CREDITOR ID: 279485-99
DL LEE & SONS, INC
C/O MACEY WILENSKY ET AL
ATTN LOUIS G MCBRYAN, ESQ
600 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE
ATLANTA GA 30303-1229

CREDITOR ID: 411234-15
DOLPHIN CAPITAL CORPORATION
PO BOX 56
MOBERLY MO 65270

CREDITOR ID: 248304-12
DON MICHAEL CIGARS CLASSICS
ATTN ADRIAN GADD, PRES
4 BAYS CENTER, SUITE F
303 SOUTH TAMIAMI TRAIL
NOKOMIS, FL 34275

CREDITOR ID: 22886-05
DUHE, CLINT
PO BOX 534
GARYVILLE LA 70051

CREDITOR ID: 410397-15
EBINPORT ASSOCIATES
C/O ROBINSON BRADSHAW & HINSON, PA
ATTN DAVID M SCHILLI, ESQ
101 N TRYON ST, SUITE 1900
CHARLOTTE NC 28246

CREDITOR ID: 492837-97
EBINPORT ASSOCIATES
ATTN: G PATRICK FLINT, M.G.P.
101 N TRYON STREET, STE 1900
CHARLOTTE NC 28246

CREDITOR ID: 1295-07
EIG GORDON VILLAGE LLC
C/O KLUGER PERETZ KAPLAN & BERLINE
ATTN: BRADLEY S SHRAIBERG, ESQ
2385 NW EXECUTIVE CTR DR, STE 300
BOCA RATON FL 33431

SERVICE LIST

**Order (A) Reclassifying Misclassified Claims, (B) Reducing
Overstated Claims and (C) Reducing and Reclassifying
Overstated Misclassified Claims, as Set Forth in the
Debtors' Sixteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 1295-07
EIG GORDON VILLAGE LLC
C/O EQUITY INVESTMENT GROUP
ATTN RENEE DILLON
111 E WAYNE STREET, SUITE 500
FORT WAYNE, IN 46804

CREDITOR ID: 278458-24
ELIZABETHTON PLAZA LTD
BETSYTOWN TN REALTY, LLC
C/O TLM REALTY CORP
ATTN LAURA HACKEL
485 MADISON AVE, 24TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 123813-09
ELLIOTT, ASHLEY E
114 CHANDLER CIRCLE
PO BOX 313
CHURCH HILL TN 37642

CREDITOR ID: 279290-35
FATHER'S TABLE COMPANY, THE
ATTN BARRY J VOODRE, CONTROLLER
2100 COUNTRY CLUB ROAD
SANFORD FL FL 32771

CREDITOR ID: 279290-35
FATHER'S TABLE COMPANY, THE
C/O FRANTZ WARD LLP
ATTN MATTHEW H MATHENEY, ESQ.
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND OH 44114

CREDITOR ID: 126542-09
FERMIN, KELLYS L
420 JACKSON AVE
GREENACRES FL 33463

CREDITOR ID: 249964-12
FOSTER FARMS
DEPT 33334
PO BOX 39000
SAN FRANCISCO, CA 94139-3334

CREDITOR ID: 315688-36
FOSTER POULTRY FARMS
ATTN SUZANNE KOCH, CORP CREDIT MGR
1333 SWAN
PO BOX 198
LIVINGSTON CA 95334

CREDITOR ID: 411103-15
FRITO-LAY, INC
C/O DLA PIPER RUDNICK ET AL
ATTN D M NEFF & B A AUDETTE, ESQS
203 N LASALLE STREET, SUITE 1900
CHICAGO IL 60601-1293

CREDITOR ID: 452059-98
FUCMS 1999-C1 MERIDIAN GROCERY LLC
C/O LNR PARTNERS
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 394041-61
GAUNT, PRATT, RADFORD & METHE, PA
ATTN KENT S PRATT, PRES
1401 FORUM WAY, SUITE 500
WEST PALM BEACH, FL 33401

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

CREDITOR ID: 410406-15
GBN HICKORT NC, LLC
PO BOX 1929
EASLEY SC 29690

CREDITOR ID: 410975-15
GE COMMERCIAL FIN BUS PROP CORP
C/O MORRITT HOCK HAMROFF & HOROWITZ
ATTN LESLIE A BERKOFF, ESQ
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

CREDITOR ID: 381890-30
GENERAL MILLS/LLOYD'S BARBECUE CO
ATTN MARK PENDER, CR MGR
ONE GENERAL MILLS BLVD
MINNEAPOLIS MN 55426

CREDITOR ID: 410985-15
GLIMCHER PROPERTIES LP
ATTN PATRICIA A POWERS, ESQ.
150 EAST GAY STREET
COLUMBUS OH 43215

CREDITOR ID: 250724-12
GOOD HUMOR BREYERS ICE CREAM
ATTN CRAIG STARGARDT, CREDIT MGR
909 PACKERLAND DRIVE
GREEN BAY  WI 54303

CREDITOR ID: 1386-07
GOTTLIEB FAMILY TRUST HOUMA, LLC
ATTN LYNN KIRK, MGR
24 E COTA STREET
SANTA BARBARA, CA 93101

CREDITOR ID: 1386-07
GOTTLIEB FAMILY TRUST HOUMA, LLC
C/O ANDREW J CAVANAUGH LAW OFFICES
ATTN ANDREW J CAVANAUGH, ESQ
205 E ANAPAMU STREET
SANTA BARBARA CA 93101

CREDITOR ID: 410368-15
GREENWOOD PLAZA, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 250959-12
GRIMBALL & CABANISS CHARLESTON
PO BOX 816
CHARLESTON SC 29407

CREDITOR ID: 250959-12
GRIMBALL & CABANISS CHARLESTON
C/O GRIMBALL & CABANISS
ATTN WARREN MOISE, ESQ
473 SAVANNAH HIGHWAY
CHARLESTON SC 29407

CREDITOR ID: 410796-15
GWALTNEY OF SMITHFIELD, LTD
C/O MCGUIREWOODS, LLP
ATTN ROBERT A COX, JR ESQ
100 N TRYON STREET, SUITE 2900
CHARLOTTE NC 28202-4011

CREDITOR ID: 252787-12
HELGESTAD, JASON
4163 REDOAK LANE
IRONSTATION NC 28080

CREDITOR ID: 251626-12
HILLANDALE FARMS, INC
ATTN JO N WARD
PO BOX 2109
LAKE CITY, FL 32056-2109

CREDITOR ID: 251626-12
HILLANDALE FARMS, INC
MOSELEY, PRICHARD, PARRISH, ET AL
ATTN RICHARD K. JONES, ESQ.
501 WEST BAY STREET
JACKSONVILLE FL 32202

CREDITOR ID: 410522-15
HILLCREST GDS, LLC
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

**Order (A) Reclassifying Misclassified Claims, (B) Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated Misclassified Claims, as Set Forth in the Debtors' Sixteenth Omnibus Claims Objection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 147262-09<br>HOLLAND, YASMIN<br>389 ENOTA PLACE<br>ATLANTA GA 30310-1258 | CREDITOR ID: 452132-15<br>IRON OUT, INC<br>ATTN TAMARA A MAYER, ACCT MGR<br>1515 DIVIDEND ROAD<br>FORT WAYNE IN 46808 | CREDITOR ID: 252506-12<br>JACKS RESTAURANT<br>ATTN WALKER MEAD, OWNER<br>1593 COUNTY ROAD 437A<br>CULLMAN AL 35055 |
| CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 410908-15<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | CREDITOR ID: 253319-12<br>JOHNSONVILLE SAUSAGE, LLC<br>ATTN JOY KRUGEL, CREDIT MGR<br>PO BOX 786<br>SHEBOYGAN WI 53082-0786 |
| CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 452206-15<br>KAHN AND ASSOCIATES<br>ATTN MORRIS KAHN, OWNER<br>1000 NORTH RAMPART STREET<br>NEW ORLEANS LA 70116 | CREDITOR ID: 410848-15<br>KIR AUGUSTA II, LP<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 |
| CREDITOR ID: 416266-15<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 403532-15<br>MACRO 4, INC<br>ATTN SCOTT MATEO<br>35 WATERVIEW BLVD<br>PARSIPPANY NJ 07054 | CREDITOR ID: 255235-12<br>MACRO 4, INC<br>PO BOX 19157<br>NEWARK, NJ 07195-0157 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 255331-12<br>MAJESTIC DRUG COMPANY, INC<br>ATTN NILDA L OYOLA/LARRY FISHMAN<br>PO BOX 490<br>4996 MAIN STREET<br>SOUTH FALLSBURG, NY 12779 | CREDITOR ID: 410537-15<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | CREDITOR ID: 394063-61<br>MCCONNAUGHHAY DUFFY COONROD ET AL<br>ATTN MARY L WAKEMAN, CORP SECRETARY<br>PO DRAWER 229<br>TALLAHASSEE, FL 32302-0229 |
| CREDITOR ID: 399444-15<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | CREDITOR ID: 256145-12<br>MEYERCORD REVENUE COMPANY<br>ATTN VINCE MUGLIA, CONTROLLER<br>PO BOX 95598<br>CHICAGO, IL 60694-5598 | CREDITOR ID: 410409-15<br>NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 |
| CREDITOR ID: 407724-15<br>NANCY LANE COMMERCIAL REALTY, INC<br>C/O BENNETT LOTTERHOS SULSER ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 452138-97<br>NATIONWIDE LIFE INSURANCE COMPANY<br>ATTN: ROBERT J MALONEY, VP<br>ONE NATIONWIDE PLAZA<br>COLUMBUS OH 43215 | CREDITOR ID: 417086-15<br>NATIONWIDE LIFE INSURANCE COMPANY<br>C/O SCOGGINS GOODMAN, PC<br>ATTN RANDALL W MAY, ESQ<br>ONE NATIONWIDE PLAZA<br>COLUMBUS OH 43215-2220 |
| CREDITOR ID: 410992-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>APISON CROSSING, OOLTEWAH, TN<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 382056-36<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 | CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>C/O SCHNADER, HARRISON, ET AL<br>ATTN: WILLIAM J MAFFUCCI, ESQ<br>1600 MARKET STREET, STE 3600<br>PHILADELPHIA PA 19103 |

**SERVICE LIST**

### Order (A) Reclassifying Misclassified Claims, (B) Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated Misclassified Claims, as Set Forth in the Debtors' Sixteenth Omnibus Claims Objection

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>GRANDECKS ASSOCIATES, LLC<br>C/O ECKSTEIN PROPERTIES LLC, AGENT<br>ATTN SHIMON ECKSTEIN<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | CREDITOR ID: 405305-95<br>ORALABS INC<br>ATTN DEAN GRAVES, CONTROLLER<br>18685 E PLAZA DR<br>PARKER COQ 80134-9061 | CREDITOR ID: 257806-12<br>OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 |
| CREDITOR ID: 405328-95<br>PARAMOUNT FARMS INC<br>ATTN C LEE, CR MGR/A ASCH, ESQ<br>11444 W OLYMPIC BLVD, SUITE 250<br>LOS ANGELES CA 90064 | CREDITOR ID: 258015-12<br>PARAMOUNT FARMS, INC<br>PO BOX 200937<br>DALLAS TX 75320-0937 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 258983-12<br>PROJECT ASSISTANTS, INC<br>C/O MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN: ROBERT DEHNEY, ESQ<br>1201 NORTH MARKET STREET<br>WILMINGTON DE 19899-1347 | CREDITOR ID: 258983-12<br>PROJECT ASSISTANTS, INC<br>ATTN ROBERT KIRKPATRICK<br>1409 FOULK ROAD, SUITE 200<br>WILMINGTON, DE 19803 |
| CREDITOR ID: 417059-97<br>REDDYICE GROUP INC DBA<br>REDDY ICE CORP &  TRIANGLE ICE<br>ATTN: STEVEN J JANUSEK, CFO<br>8750 NORTH CENTRAL EXPRESSWAY<br>STE 1800<br>DALLAS TX 75231 | CREDITOR ID: 410580-15<br>REDDYICE GROUP, INC DBA<br>REDDY ICE CORP &  TRIANGLE ICE<br>C/O AKIN GUMP STRAUSS HAUER & FELD<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, SUITE 4100<br>DALLAS TX 75231 | CREDITOR ID: 200059-09<br>RISO, MARIE C<br>PO BOX 5322<br>FORT LAUDERDALE FL 33310 |
| CREDITOR ID: 378301-15<br>ROSS PRODS DIV ABBOTT LABS INC<br>C/O KOHNER MANN & KAILAS SC<br>ATTN MATTHEW J STICKEL ESQ<br>WA BLDG BARNABAS BUSINESS CENTER<br>4650 N PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 | CREDITOR ID: 406061-97<br>ROSS PRODS DIV ABBOTT LABS INC<br>ATTN: BARRY BARNARD, VP & CONTROLLE<br>625 CLEVELAND AVENUE<br>COLUMBUS OH 43215-1724 | CREDITOR ID: 410739-15<br>RP BARREN RIVER, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 |
| CREDITOR ID: 260289-12<br>SADDLE FUND I LP<br>C/O WINTHROP INVESTMENT GROUP<br>ATTN HANS J SCHMIDT, GP<br>PO BOX 327<br>MCLEAN VA 22101 | CREDITOR ID: 260289-12<br>SADDLE FUND I LP<br>C/O NIXON PEABODY LLP<br>ATTN: DANIEL W SKLAR, ESQ<br>889 ELM STREET<br>MANCHESTER NH 03101 | CREDITOR ID: 406279-97<br>SAF-T-GARD INTERNATIONAL INC<br>ATTN: ROBERT DRELL, CFO<br>205 HUEHL ROAD<br>NORTHBROOK IL 60062 |
| CREDITOR ID: 279277-35<br>SAF-T-GARD INTERNATIONAL INC<br>ATTN: SHERRY CARLIN, CR MGR<br>205 HUEHL ROAD<br>NORTHBROOK IL 60062 | CREDITOR ID: 403355-83<br>SHELL FLEMING DAVIS & MENGE, PA<br>ATTN R MARK DITTO, ADMINISTRATOR<br>PO BOX 1831<br>PENSACOLA FL 32591-1831 | CREDITOR ID: 209557-09<br>SHELLEY, RONNIE L<br>10 UNIVERSITY PL<br>VALDOSTA GA 31602 |
| CREDITOR ID: 261161-12<br>SLIM FAST FOODS - UNILEVER<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 |
| CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 | CREDITOR ID: 395730-65<br>SUNCOAST PARKING LOT SERVICES INC<br>ATTN WILLIAM B KNAPP, PRES<br>11709 106TH AVENUE N<br>SEMINOLE, FL 33778 | CREDITOR ID: 410538-15<br>TEACHERS RETIREMENT SYSTEM OF THE<br>STATE OF KENTUCKY<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 |

SERVICE LIST

**Order (A) Reclassifying Misclassified Claims, (B) Reducing
Overstated Claims and (C) Reducing and Reclassifying
Overstated Misclassified Claims, as Set Forth in the
Debtors' Sixteenth Omnibus Claims Objection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 2629-07
TOWN N COUNTRY REALTY OF EASLEY INC
PO BOX 1929
EASLEY SC 29641-1929

CREDITOR ID: 263343-12
TOWN OF LAKE PLACID
ATTN JACQUELINE HAYNES
51 PARK DRIVE
LAKE PLACID, FL 33852

CREDITOR ID: 263381-12
TOWN SQUARE DEVELOPMENT
C/O JONES SPITZ MOORHEAD ET AL
ATTN CAROLYN G BAIRD, ESQ.
415 NORTH MAIN STREET (29621)
PO BOX 987
ANDERSON SC 29622-0987

CREDITOR ID: 263381-12
TOWN SQUARE DEVELOPMENT
ATTN: JAMES M SIMPSON
29 PELZER AVENUE
WILLIAMSTON, SC 29697-1023

CREDITOR ID: 269369-16
TSCA 6, LP
C/O MUNSCH HARDT KOPF & HARR, PC
ATTN ERIC SPETT/SCOTT ELLIS, ESQS
4000 FOUNTAIN PLACE
1445 ROSS AVENUE
DALLAS TX 75202

CREDITOR ID: 269369-16
TSCA 6, LP
C/O QUINE & ASSOCIATES, INC
PO BOX 833009
RICHARDSON, TX 75083-3009

CREDITOR ID: 377597-44
UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON, CT 06413

CREDITOR ID: 410973-15
UNILEVER HOME & PERSONAL CARE
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT 06611

CREDITOR ID: 423148-97
UNILEVER UNITED STATES INC
ATTN: BRIAN S CHEVLIN, DEP GEN CNSL
700 SYLVAN AVENUE, B3035
ENGLEWOOD CLIFFS NJ 07632-3100

CREDITOR ID: 416937-15
WATERS, INC
ATTN K MARTIN WATERS JR, CHAIRMAN
301 S MCDOWELL STREET, SUITE 210
CHARLOTTE NC 28204

CREDITOR ID: 410925-15
WCL FIVE, LLC
ATTN W CLARKE LINDLEY, MEMBER MGR
PO BOX 341
BURLINGTON NC 27216

CREDITOR ID: 264281-12
WE BASSETT COMPANY, INC, THE
ATTN BEVERLY KAMAITIS CREDIT MGR
100 TRAP FALLS ROAD EXTENSION
SHELTON CT 06484

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O SESSIONS FISHMAN & NATHAN LLP
ATTN J DAVID FORSYTH, ESQ.
5222 SUMMA COURT, SECTION 3, STE C
BATON ROUGE LA 70809

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O STIRLING PROPERTIES
ATTN DONNA TAYLOR
109 NORTHPARK BLVD, SUITE 300
COVINGTON LA 70433

CREDITOR ID: 405885-99
WOLFCHASE ASSOCIATES LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREEK PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 405885-99
WOLFCHASE ASSOCIATES LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 416284-15
WTH, II, LLC
C/O WILES & WILES
ATTN JOHN J WILES, ESQ.
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA 30060-7946

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
C/O FOLEY & LARDNER
ATTN LORI V VAUGHAN, ESQ
100 N TAMPA STREET, SUITE 2700
TAMPA FL 33602

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
C/O HUGHES & LUCE, LLP
ATTN SABRINA L STREUSAND, ESQ
111 CONGRESS AVENUE, STE. 900
AUSTIN TX 78701

CREDITOR ID: 411145-15
XEROX CAPITAL SERVICES, LLC
ATTN VANESSA ADAMS, BANKR COORD
1301 RIDGEVIEW ROAD, R-382-450
LEWISVILLE TX 75028

**Total:    182**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al., )    *Chapter 11*
                                          )
Debtors. [1]                              )    Jointly Administered
                                          )

ORDER (A) RECLASSIFYING MISCLASSIFIED CLAIMS, (B) REDUCING
OVERSTATED CLAIMS AND (C) REDUCING AND RECLASSIFYING
OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE
DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on August 31, 2006,

upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the

proofs of claim listed on Exhibits A through C (the "Disputed Claims").[2] Several

formal and informal objections to the Objection were raised or filed, as a result of

which the Debtors have agreed to continue the Objection with respect to (i) claim no.

10305 filed by Aronov Realty Co., (ii) claim no. 10949 filed by Bonner's Point LLC,

(iii) claim no. 8218 filed by Cadbury Adams USA LLC, (iv) claim no. 13004 filed

by Capx Realty, LLC, (v) claim no. 11787 filed by Catamount Atlanta, LLC, (vi)

claim no. 11892 filed by Catamount Rockingham, LLC, (vii) claim no. 12859 filed

by Catamount LS-KY, LLC, (viii) claim no. 9643 filed by Daniel G. Kamin

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Clarksville Crossing, LLC, (ix) claim no. 9648 filed by Daniel G. Kamin Zachary

Enterprises, (x) claim no. 286 filed by Dell Marketing, LP, (xi) claim no. 12073

filed by KIR Augusta II, LP, (xii) claim nos. 12194 and 11550 filed by New Plan

Excel Realty Trust, Inc., (xiii) claim no. 12155 filed by Principal Life Insurance,

(xiv) claim no. 8951 filed by ReddyIce Group, (xv) claim no. 11836 filed by Xerox

Capital Services, LLC, (xvi) claim no. 10131 filed by Corporate Property Associates

9, LP, (xvii) claim no. 12009 filed by Ocean 505 Associates, LLC, and (xviii) claim

no. 10019 filed by Slim Fast Foods - Unilever (collectively, the "Unresolved

Objections"), which claims have been removed from Exhibits A through C. The

Debtors have withdrawn without prejudice their objection to (i) claim no. 12080 filed

by Ebinport Associates, and (ii) claim no. 11959 filed by Glimcher Properties LP,

which claims have been removed from Exhibits A through C. Upon consideration, it

is

ORDERED AND ADJUDGED:

1.      The Objection is sustained as set forth below.

2.      The asserted class status alleged for each of the Misclassified

Claims listed on Exhibit A is denied; and the Misclassified Claims are reclassified as

specified on Exhibit A under the heading "Modified Class Status."

3.      The Overstated Claims listed on Exhibit B are reduced to the

amounts set forth on Exhibit B under the heading Reduced Claim Amount and the

amounts exceeding the Reduced Claim Amount are disallowed.

4.      The Overstated Misclassified Claims listed on Exhibit C are

reduced to the amounts set forth on Exhibit C under the heading Reduced Claim

Amount and the amounts exceeding the Reduced Claim Amount are disallowed. The

asserted class status alleged for each of the Overstated Misclassified Claims listed on

2

Exhibit C is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit C under the heading "Modified Class Status."

5.    Claim no. 11966 filed by Westland Plaza Associates, LP in the amount of $225,217.96 is disallowed, having been amended by claim no. 13454.

6.    Claim no. 12110 filed by Commercial Net Lease Realty, Inc. is fixed in the amount of $972,396.17.

7.    Claim no. 12085 filed by RP Barren River is fixed in the amount of $261,274.00.

8.    Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

9.    The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

10.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

3

12.      This Order is without prejudice to the Debtors' right to file any

further objection they may have to the Disputed Claims, including objections on the

ground that a Disputed Claim was filed against the incorrect Debtor or that the

Debtor against which the Disputed Claim was filed should be modified.

Dated this 31 day of August, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

Page: 1 of 10
Date: 08/30/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 279332**<br>A DUDA & SONS, INC<br>C/O MEUERS LAW FIRM, PI<br>ATTN LAWRENCE H MEUERS, ESQ<br>5395 PARK CENTRAL COURT<br>NAPLES FL 34109 | 9766 | $91,430.49 | Multiple Classes | Multiple Classes | MISCLASSIFIED IN PART. CLAIM FILED AS SECURED AND UNSECURED NON-PRIORITY. RECLASSIFY $24,397.05 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $67,033.44 TO UNSECURED NON-PRIORITY. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 242523**<br>AGAPION, BILL DBA ARCO REALTY CO<br>625 S ELM STREET<br>GREENSBORO, NC 27406-1327 | 2413 | $2,246.50 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 398023**<br>ALLEN NORTON & BLUE, PA<br>ATTN ROBERT LARKIN/R NORTON<br>121 MAJORCA AVENUE<br>CORAL GABLES FL 33134 | 7637 | $45,350.11 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 279338**<br>ASSOCIATED BRANDS, INC<br>ATTN BECKY L RATH, CR MGR<br>PO BOX 788<br>MEDINA NY 14103 | 1502 | $8,996.33 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $1,903.35 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $7,018.10 REMAINS UNSECURED NON-PRIORITY. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 381991**<br>BAR-S FOODS CO<br>ATTN M KACHALUBA OR M SURIANO<br>3838 N CENTRAL AVE SUITE 1900<br>PHOENIX AZ 85012 | 1051 | $84,102.18 | Multiple Classes | Multiple Classes | MISCLASSIFIED IN PART. CLAIM FILED AS $194.40 UNSECURED NON-PRIORITY AND $83,907.78 ADMINISTRATIVE PRIORITY. RECLASSIFY $3,550.71 TO UNSECURED NON-PRIORITY AND $80,551.47 REMAINS ADMINISTRATIVE PRIORITY (RECLAMATION). |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | | |
| **Creditor Id: 381769**<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52405 | 160 | $10,004.47 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 381769**<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS  IA  52405 | 161 | $3,003.06 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Asserted Debtor:** | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 381769**<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS  IA  52405 | 182 | $1,465.38 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Asserted Debtor:** | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 381769**<br>BERNEY, INC<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS  IA  52405 | 163 | $18,316.53 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Asserted Debtor:** | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 243825**<br>BLOSSMAN GAS INC<br>2221 S HORNER BLVD<br>SANFORD, NC  27330 | 1996 | $274.71 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Asserted Debtor:** | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 12796**<br>BURGI, ANTONIO E<br>2040 SPOONBILL STREET<br>JACKSONVILLE  FL  32224 | 5949 | $10,000.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Asserted Debtor:** | | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 123**<br>CITY OF BEDFORD<br>ATTN JOANNE CALDWELL, TREAS<br>215 EAST MAIN STREET<br>BEDFORD  VA  24523 | 1309 | $10,766.33 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Asserted Debtor:** | | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 410776<br>CITY OF BIRMINGHAM, AL<br>C/O DEPARTMENT OF LAW<br>ATTN JACINDA ANDERSON<br>710 NORTH 20TH STREET<br>BIRMINGHAM AL 35203-2216 | 10957 | $22,890.05 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | |
| **Creditor Id:** 240009<br>CITY OF DANIA BEACH<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES, ESQ<br>3107 STIRLING ROAD, SUITE 300<br>FORT LAUDERDALE FL 33312 | 10169 | $391.13 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | |
| **Transferee:** DEBT ACQUISITION COMPANY OF AMERICA | | | | | |
| **Creditor Id:** 381011<br>CITY OF FAYETTEVILLE PUBLIC WORKS<br>ATTN BEVAN E GRICE<br>PO BOX 7000<br>FAYETTEVILLE, NC 28302 | 12946 | $86,652.60 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | |
| **Creditor Id:** 267391<br>CITY OF FORT LAUDERDALE, FL<br>ATTN CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE FL 33301 | 11190 | $200.00 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | |
| **Creditor Id:** 267391<br>CITY OF FORT LAUDERDALE, FL<br>ATTN CITY ATTORNEY'S OFFICE<br>100 N ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE FL 33301 | 11192 | $6,961.88 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | |
| **Creditor Id:** 404031<br>CITY OF HOLLYWOOD PUBLIC WORKS DEPT<br>C/O CITY ATTORNEY<br>ATTN TRACY A LYONS, ESQ<br>2600 HOLLYWOOD BLVD, SUITE 407<br>HOLLYWOOD FL 33020 | 1950 | $5,122.68 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| | | | Asserted Debtor: | WINN-DIXIE STORES, INC. | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 245851**<br>CITY OF HOMESTEAD<br>C/O WEISS SEROTA HELFMAN<br>ATTN DOUGLAS R GONZALES, ESQ<br>3107 STIRLING ROAD, SUITE 300<br>FORT LAUDERDALE FL 33312 | 10170 | $62,970.78 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 955**<br>CITY OF MADISON WATER & WASTEWATER<br>ATTN BERNARD L BRESSETTE, GM<br>PO BOX 197<br>MADISON AL 35758 | 2306 | $427.70 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. THERE IS NO SECURITY BOND. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 245867**<br>CITY OF MIRAMAR FINANCE DEPT<br>6700 MIRAMAR PARKWAY<br>MIRAMAR, FL 33023 | 10171 | $9,578.55 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| Counsel: ATTN DOUGLAS R GONZALES, ESQ. | | | | | |
| **Creditor Id: 975**<br>CITY OF WILLISTON<br>ATTN MARK SCHIEFER, FIN DIR<br>PO DRAWER 160<br>WILLISTON FL 32696-0160 | 3464 | $29,658.94 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 110532**<br>COLLINS, MARYLOU<br>4699 PEACHWOOD COURT<br>SOCASTEE SC 29588 | 10548 | $392.00 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | | Asserted Debtor: | WINN-DIXIE RALEIGH, INC. | | |
| **Creditor Id: 406116**<br>COUNTY OF PASCO BD OF COMMISSIONERS<br>C/O PASCO COUNTY ATTORNEY'S OFFICE<br>ATTN ANTHONY M SALZANO, ESQ<br>7530 LITTLE ROAD, SUITE 340<br>NEW PORT RICHEY FL 34654 | 3269 | $5,191.57 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| | | Asserted Debtor: | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 113192**<br>CRAMER, BRADLEY M JR<br>1442 CACAO LANE<br>PENSACOLA  FL 32507 | 10645 | $217.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| **Creditor Id: 406060**<br>DAHLEM ENTERPRISES, INC<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>2200 PNC CENTER<br>201 EAST FIFTH STREET<br>CINCINNATI OH 45202 | 3012 | $200,235.75 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 279485**<br>DL LEE & SONS, INC<br>C/O WORMSER KIELY GALEF & JACOBS<br>ATTN G R VON STANGE<br>825 THIRD AVENUE<br>NEW YORK NY 10022-7519 | 7659 | $138,948.55 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $24,620.71 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $114,327.84 REMAINS UNSECURED NON-PRIORITY. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN LOUIS G MCBRYAN, ESQ | | | | | |
| **Creditor Id: 411234**<br>DOLPHIN CAPITAL CORPORATION<br>PO BOX 56<br>MOBERLY MO 65270 | 11527 | $6,995.76 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 248304**<br>DON MICHAEL CIGARS CLASSICS<br>ATTN ADRIAN GADD, PRES<br>4 BAYS CENTER, SUITE F<br>303 SOUTH TAMIAMI TRAIL<br>NOKOMIS, FL 34275 | 344 | $17,068.88 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 22886**<br>DUHE, CLINT<br>PO BOX 534<br>GARYVILLE LA 70051 | 7029 | $355.83 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 1295**<br>EIG GORDON VILLAGE LLC<br>C/O EQUITY INVESTMENT GROUP<br>ATTN RENEE DILLON<br>111 E WAYNE STREET, SUITE 500<br>FORT WAYNE, IN 46804 | 11871 | $407,461.97 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN: BRADLEY S SHRAIBERG, ESQ | | | | | |
| **Creditor Id: 123813**<br>ELLIOTT, ASHLEY E<br>114 CHANDLER CIRCLE<br>PO BOX 313<br>CHURCH HILL TN 37642 | 1338 | $222.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 126542**<br>FERMIN, KELLYS L<br>420 JACKSON AVE<br>GREENACRES FL 33463 | 2787 | $150.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 249964**<br>FOSTER FARMS<br>DEPT 33334<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3334 | 8898 | $85,479.84 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $4,857.59 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $80,622.25 REMAINS UNSECURED NON-PRIORITY. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 394041**<br>GAUNT, PRATT, RADFORD & METHE, PA<br>ATTN KENT S PRATT, PRES<br>1401 FORUM WAY, SUITE 500<br>WEST PALM BEACH, FL 33401 | 3076 | $41,076.05 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410975**<br>GE COMMERCIAL FIN BUS PROP CORP<br>C/O MORRITT HOCK HAMROFF & HOROWITZ<br>ATTN LESLIE A BERKOFF, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 10250 | $214,374.96 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE RALEIGH, INC. | | | |
| **Creditor Id: 1386**<br>GOTTLIEB FAMILY TRUST HOUMA, LLC<br>ATTN LYNN KIRK, MGR<br>24 E COTA STREET<br>SANTA BARBARA, CA  93101 | 12283 | $783,247.50 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| *Counsel: ATTN ANDREW J CAVANAUGH, ESQ* | | | | | |
| **Creditor Id: 250959**<br>GRIMBALL & CABANISS CHARLESTON<br>PO BOX 816<br>CHARLESTON  SC  29407 | 2267 | $8,850.30 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE STORES, INC. | | | |
| *Counsel: ATTN WARREN MOISE, ESQ* | | | | | |
| **Creditor Id: 252787**<br>HELGESTAD, JASON<br>4163 REDOAK LANE<br>IRONSTATION  NC  28080 | 4651 | $382.82 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE SUPERMARKETS, INC. | | | |
| **Creditor Id: 410522**<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA  GA  30309-7706 | 12890 | $364,765.80 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted<br>Debtor: | WINN-DIXIE RALEIGH, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  147262**<br>HOLLAND, YASMIN<br>389 ENOTA PLACE<br>ATLANTA  GA  30310-1258 | 2283<br><br>Asserted<br>Debtor: | $248.48<br><br>**DEBTOR IS UNIDENTIFIABLE** | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  452132**<br>IRON OUT, INC<br>ATTN TAMARA A MAYER, ACCT MGR<br>1515 DIVIDEND ROAD<br>FORT WAYNE  IN  46808 | 13249<br><br>Asserted<br>Debtor: | $10,703.52<br><br>**WINN-DIXIE STORES, INC.** | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  252506**<br>JACKS RESTAURANT<br>ATTN WALKER MEAD, OWNER<br>1593 COUNTY ROAD 437A<br>CULLMAN  AL  35055 | 2158<br><br>Asserted<br>Debtor: | $139.46<br><br>**WINN-DIXIE STORES, INC.** | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  253319**<br>JOHNSONVILLE SAUSAGE, LLC<br>ATTN JOY KRUGEL, CREDIT MGR<br>PO BOX 786<br>SHEBOYGAN  WI  53082-0786 | 3001<br><br>Asserted<br>Debtor: | $179,449.40<br><br>**WINN-DIXIE PROCUREMENT, INC.** | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART.  RECLASSIFY $172,271.42 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $7,177.98 REMAINS UNSECURED NON-PRIORITY. |
| **Creditor Id:  452206**<br>KAHN AND ASSOCIATES<br>ATTN MORRIS KAHN, OWNER<br>1000 NORTH RAMPART STREET<br>NEW ORLEANS  LA  70116 | 13268<br><br>Asserted<br>Debtor: | $11,680.00<br><br>**WINN-DIXIE STORES, INC.** | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:  255331**<br>MAJESTIC DRUG COMPANY, INC<br>ATTN NILDA LOYOLA<br>PO BOX 490<br>4996 MAIN STREET<br>SOUTH FALLSBURG, NY  12779 | 538<br><br>Asserted<br>Debtor: | $456.00<br><br>**WINN-DIXIE STORES, INC.** | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 407724**<br>NANCY LANE COMMERCIAL REALTY, INC<br>C/O BENNETT LOTTERHOS SULSER ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | 5392 | $832.07 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | **Asserted Debtor:** | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 405305**<br>ORALABS INC<br>ATTN DEAN GRAVES, CONTROLLER<br>18685 E PLAZA DR<br>PARKER COQ 80134-9061 | 8937 | $7,914.24 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | **Asserted Debtor:** | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 255993**<br>PROJECT ASSISTANTS, INC<br>ATTN ROBERT KIRKPATRICK<br>1409 FOULK ROAD, SUITE 200<br>WILMINGTON, DE 19803 | 11039 | $41,677.37 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | **Asserted Debtor:** | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN: ROBERT DEHNEY, ESQ | | | | | |
| **Creditor Id: 200059**<br>RISO, MARIE C<br>PO BOX 5322<br>FORT LAUDERDALE FL 33310 | 2837 | $2,500.00 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | **Asserted Debtor:** | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 403355**<br>SHELL FLEMING DAVIS & MENGE, PA<br>ATTN R MARK DITTO, ADMINISTRATOR<br>PO BOX 1831<br>PENSACOLA FL 32591-1831 | 11061 | $21,000.48 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | **Asserted Debtor:** | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 209557**<br>SHELLEY, RONNIE L<br>10 UNIVERSITY PL<br>VALDOSTA GA 31602 | 10362 | $10,241.20 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | **Asserted Debtor:** | CRACKIN' GOOD, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 263343**<br>TOWN OF LAKE PLACID<br>ATTN JACQUELINE HAYNES<br>51 PARK DRIVE<br>LAKE PLACID, FL 33852 | 1164 | $332.14 | Multiple Classes | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410925**<br>WCL FIVE, LLC<br>ATTN W CLARKE LINDLEY, MEMBER MGR<br>PO BOX 341<br>BURLINGTON NC 27216 | 10103 | $36,960.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410925**<br>WCL FIVE, LLC<br>ATTN W CLARKE LINDLEY, MEMBER MGR<br>PO BOX 341<br>BURLINGTON NC 27216 | 10104 | $5,060.00 | Priority | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 264281**<br>WE BASSETT COMPANY, INC, THE<br>ATTN BEVERLY KAMAITIS CREDIT MGR<br>100 TRAP FALLS ROAD EXTENSION<br>SHELTON CT 06484 | 10338 | $6,676.20 | Unsecured Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $687.66 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $5,988.54 REMAINS UNSECURED NON-PRIORITY. |
| | Asserted Debtor: | WINN-DIXIE STORES, INC. | | | |

Total Claims to be Reclassified:          56

Total Amount to be Reclassified:     $3,122,117.64        Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 241285**<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7325<br>**Debtor:** | $281,430.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $26,306.29 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. CLAIMANT ALSO FILED CLAIM NUMBER 7324 IN THE AMOUNT OF $5,300.22 THAT DEBTOR AGREES TO ALLOW. |
| **Creditor Id: 410534**<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1439 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028<br><br>Transferee: LIQUIDITY SOLUTIONS INC<br>Counsel: ATTN I M GOLDIN B WARANOFF | 12313<br>**Debtor:** | $1,491,998.47<br>**WINN-DIXIE MONTGOMERY, INC.** | $1,444,403.47 | REDUCED AMOUNT REFLECTS REMOVAL OF $47,595.00 FOR POSTPETITION REAL ESTATE TAXES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 415977**<br>ALLARD, LLC<br>C/O FISHER & SAULS, PA<br>ATTN THOMAS H MCLAIN, JR, ESQ<br>100 SECOND AVENUE S, SUITE 701<br>PO BOX 387<br>ST PETERSBURG FL 33731 | 12012<br>**Debtor:** | $699,432.02<br>**WINN-DIXIE STORES, INC.** | $676,634.25 | REDUCED AMOUNT REFLECTS PAYMENT OF $22,797.77 FOR PREPETITION RENT BY CHECK NUMBER 00744047D WHICH CLEARED 2/10/05. |
| **Creditor Id: 410841**<br>AMEGY MORTGAGE COMPANY, LLC FKA<br>MITCHELL MORTGAGE COMPANY, LLC<br>ATTN: DALE H AMBREDS<br>4576 RESEARCH FOREST DRIVE<br>THE WOODLANDS TX 77381<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN BRUCE M BADGER, ESQ. | 10181<br>**Debtor:** | $1,858,299.52<br>**WINN-DIXIE STORES, INC.** | $1,716,975.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $117,351.97 AND $23,971.76 FOR 2003 REAL ESTATE TAXES AND INSURANCE AS DEBTOR PAID SUCH TAXES AND INSURANCE IN THE AMOUNT OF $124,504.02 AND $29,969.11 BY CHECK NUMBERS 00705019 AND 00707334 WHICH CLEARED 11/26/03 AND 12/11/03, RESPECTIVELY. |
| **Creditor Id: 242578**<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVE<br>RICHMOND VA 23230<br><br>Counsel: ATTN THOMAS E CARR, ESQ | 12477<br>**Debtor:** | $746,013.75<br>**WINN-DIXIE RALEIGH, INC.** | $297,907.75 | REDUCED AMOUNT REFLECTS ADDITION OF $64,616.84 FOR CALCULATION ERROR IN PROOF OF CLAIM FORM (CHARGES ATTACHED AS DOCUMENTATION BUT NOT INCLUDED IN ASSERTED AMOUNT) AND REMOVAL OF $494,835.40 FOR OVERSTATED REJECTION DAMAGES AND $12,266.24, $5,911.31, AND $9,909.99 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES, INSURANCE, AND COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410763**<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES & M BEN-EZRA, ESQS<br>2901 STIRLING RD, STE 300<br>FT LAUDERDALE FL 33312 | 12436<br>Debtor: | $1,480,384.84<br>WINN-DIXIE STORES, INC. | $1,280,834.84 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 416262**<br>ASHY-BROWN GONZALES PARTNERSHIP<br>C/O HERBERT G BROWN<br>17757 US HIGHWAY 19 NORTH, STE 325<br>CLEARWATER FL 33764<br><br>Counsel: ATTN THOMAS D FAZIO, ESQ. | 12209<br>Debtor: | $273,001.15<br>WINN-DIXIE STORES, INC. | $256,945.99 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,212.55 AND $9,890.16 FOR OVERSTATED REJECTION DAMAGES AND 2005 PREPETITION REAL ESTATE TAXES, RESPECTIVELY, AND $2,952.45 FOR 2005 INSURANCE AS DEBTOR IS SELF-INSURED. |
| **Creditor Id: 1148**<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS, MANAGING AGENT<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA 19006<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD<br>Counsel: ATTN JEFFREY KURTZMAN, ESQ | 1536<br>Debtor: | $224,283.65<br>WINN-DIXIE RALEIGH, INC. | $196,349.77 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,175.36 AND $16,768.73 FOR 2003 AND 2004 COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY, AS CLAIMANT INCLUDED MANAGEMENT FEES, OVERNIGHT MAIL COST'S, PERMITS, FEES, AND MISCELLANEOUS ITEMS THAT ARE NOT DEBTOR'S OBLIGATIONS UNDER LEASE. |
| **Creditor Id: 410454**<br>CAROLINA ENTERPRISES, INC<br>ATTN JAMES T SCHOFIELD, PRESIDENT<br>PO BOX 13559<br>FLORENCE SC 29504 | 8211<br>Debtor: | $443,767.62<br>WINN-DIXIE RALEIGH, INC. | $377,234.35 | REDUCED AMOUNT REFLECTS REMOVAL OF $66,533.27 FOR POSTPETITION CHARGES, ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1197**<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8039<br>Debtor: | $576,695.29<br>WINN-DIXIE RALEIGH, INC. | $556,803.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $19,891.87 FOR POSTPETITION CHARGES, ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 382485**<br>CROSSMEDIA SERVICES, INC<br>ATTN MARY VANKEVERING, CFO<br>225 N MICHIGAN AVENUE, STE 1500<br>CHICAGO, IL 60601<br><br>Counsel: ATTN BOB TEDESCO, ESQ | 11521<br>Debtor: | $47,975.00<br>WINN-DIXIE STORES, INC. | $28,619.00 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 408328**<br>DEAN MILK COMPANY, INC.<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | **6987**<br>**Debtor:** | $7,961.11<br>WINN-DIXIE STORES, INC. | $6,611.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,349.22 FOR LACK OF SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 278458**<br>ELIZABETHTON PLAZA LTD<br>BETSYTOWN TN REALTY, LLC<br>C/O TLM REALTY CORP<br>ATTN LAURA HACKEL<br>485 MADISON AVE, 24TH FLOOR<br>NEW YORK NY 10022 | **9560**<br>**Debtor:** | $287,229.88<br>WINN-DIXIE RALEIGH, INC. | $254,041.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $29,093.76 FOR 2004 RENT FOR LACK OF SUPPORTING DOCUMENTATION, $3,448.34 AND $449.85 FOR OVERSTATED 2004 AND 2005 INSURANCE, RESPECTIVELY, AND $295.78 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES, AND ADDITION OF $99.41 FOR UNDERSTATED PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 279290**<br>FATHER'S TABLE COMPANY, THE<br>ATTN BARRY J VOODRE, CONTROLLER<br>2100 COUNTRY CLUB ROAD<br>SANFORD FL FL 32771 | **8474**<br>**Debtor:** | $78,639.36<br>WINN-DIXIE STORES, INC. | $65,586.08 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $490.72 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $12,562.55. |
| Counsel: ATTN MATTHEW H MATHENEY, ESQ. | | | | |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | **11047**<br>**Debtor:** | $7,654,394.36<br>WINN-DIXIE MONTGOMERY, INC. | $1,785,260.41 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $62,410.15, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,301,842.86 AND $362,256.84, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,997,124.60. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 250724**<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT, CREDIT MGR<br>909 PACKERLAND DRIVE<br>GREEN BAY WI 54303 | **10861**<br>**Debtor:** | $1,794,371.43<br>WINN-DIXIE STORES, INC. | $1,335,460.53 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,739.31, ACCOUNTS PAYABLE CREDIT OF $38,513.93, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $407,657.66. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: DK ACQUISITION PARTNERS LP | | | | |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410368**<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104<br><br>Transferee: FUCMS 1999-C1 MERIDIAN GROCERY LLC | 12579<br>**Debtor:** | $439,611.75<br>WINN-DIXIE MONTGOMERY, INC. | $358,214.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $20,401.12 FOR OVERSTATED REJECTION DAMAGES, $911.49 AND $84.94 FOR OVERSTATED 2004 AND 2005 REAL ESTATE TAXES, RESPECTIVELY, AND $60,000 FOR ESTIMATED REPAIRS LACKING SUPPORTING DOCUMENTATION.<br><br>ALLOWED AMOUNT TO BE $388,719.71 PER B GASTON |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 12167<br>**Debtor:** | $30,453.10<br>WINN-DIXIE STORES, INC. | $8,943.92 | REDUCED AMOUNT REFLECTS ADDITION OF $1.51 FOR CALCULATION ERROR AND REMOVAL OF $3,212.59 FOR 2002 COMMON AREA MAINTENANCE CHARGES (DEBTOR PAID $3,174.60 FOR ACTUAL BILL), $5,520.10 FOR 2003 COMMON AREA MAINTENANCE CHARGES (CLAIMANT FAILED TO REFLECT REVISED INVOICE), AND $12,778 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 416266**<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | 12288<br>**Debtor:** | $732,057.34<br>WINN-DIXIE RALEIGH, INC. | $695,024.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 255235**<br>MACRO 4, INC<br>PO BOX 19157<br>NEWARK, NJ 07195-0157 | 1367<br>**Debtor:** | $15,533.20<br>WINN-DIXIE STORES, INC. | $7,766.60 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410537**<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 12840<br>**Debtor:** | $391,473.34<br>WINN-DIXIE STORES, INC. | $377,745.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,728.34 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 394063**<br>MCCONNAUGHHAY DUFFY COONROD ET AL<br>ATTN MARY L WAKEMAN, CORP SECRETARY<br>PO DRAWER 229<br>TALLAHASSEE, FL 32302-0229 | 4975<br>**Debtor:** | $60,203.98<br>WINN-DIXIE STORES, INC. | $56,922.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $138.80 FOR CLAIM 81121527T AS DUPLICATIVE OF CLAIM PAID TO INJURED WORKERS' COMPENSATION CLAIMANT AND PAYMENTS OF $150.20 ON 10/18/05 FOR INVOICE NUMBERS 61621 AND 61285 BY CHECK NUMBER 008118439, $20.00 ON 3/16/06 FOR INVOICE NUMBER 62369 BY CHECK NUMBER 0930443, AND $2,972.56 ON 7/5/05 FOR INVOICE NUMBERS 61602, 61624, 61601, 61623, 60927, 60875, 60926, 61622, 61603 BY CHECK NUMBER 008068576. ALL INVOICES REFLECT POSTPETITION WORK. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 399444<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 646<br>**Debtor:** | $418,522.47<br>WINN-DIXIE PROCUREMENT, INC. | $156,562.29 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,250.98, ACCOUNTS PAYABLE CREDITS AND ACCOUNTS RECEIVABLE BALANCE OF $12,112.90 AND $2,094.61 RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $232,031.22, AND REMOVAL OF $8,470.47 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 256145<br>MEYERCORD REVENUE COMPANY<br>ATTN VINCE MUGLIA, CONTROLLER<br>PO BOX 95598<br>CHICAGO, IL 60694-5598 | 1581<br>**Debtor:** | $1,540.80<br>WINN-DIXIE STORES, INC. | $856.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $684.80 FOR POSTPETITION CHARGES. |
| **Creditor Id:** 417086<br>NATIONWIDE LIFE INSURANCE COMPANY<br>C/O SCOGGINS GOODMAN, PC<br>ATTN RANDALL W MAY, ESQ<br>ONE NATIONWIDE PLAZA<br>COLUMBUS OH 43215-2220<br><br>Transferee: LCH OPPORTUNITIES LLC | 12860<br>**Debtor:** | $553,050.00<br>WINN-DIXIE STORES, INC. | $535,050.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $18,000 FOR TRANSPOSITION ERROR IN ASSERTED AMOUNT. |
| **Creditor Id:** 260289<br>SADDLE FUND I LLP<br>C/O WINTHROP INVESTMENT GROUP<br>ATTN HANS J SCHMIDT, GP<br>PO BOX 327<br>MCLEAN VA 22101<br><br>Counsel: ATTN: DANIEL W SKLAR, ESQ | 12011<br>**Debtor:** | $239,779.25<br>WINN-DIXIE STORES, INC. | $221,158.79 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 395730<br>SUNCOAST PARKING LOT SERVICES INC<br>ATTN WILLIAM B KNAPP, PRES<br>11709 106TH AVENUE N<br>SEMINOLE, FL 33778<br><br>Transferee: ASM CAPITAL LP | 949<br>**Debtor:** | $4,125.16<br>WINN-DIXIE STORES, INC. | $3,000.11 | REDUCED AMOUNT REFLECTS 4/25/05 PAYMENTS OF $1,125.05 FOR INVOICE NUMBERS 2013, 2014, AND 2015 BY CHECK NUMBER 9901555 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429). |
| **Creditor Id:** 410538<br>TEACHERS RETIREMENT SYSTEM OF THE STATE OF KENTUCKY<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 8513<br>**Debtor:** | $486,741.36<br>WINN-DIXIE STORES, INC. | $485,498.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 269369**<br>TSCA 6, LP<br>C/O QUINE & ASSOCIATES, INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | 8157<br>Debtor: | $142,323.76<br>WINN-DIXIE STORES, INC. | $132,323.76 | REDUCED AMOUNT REFLECTS PAYMENT OF $10,000 FOR FEBRUARY 2005 RENT BY CHECK WHICH CLEARED 2/8/05. |
| Counsel: ATTN ERIC SPETT/SCOTT ELLIS, ESQS | | | | |
| **Creditor Id: 377697**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413 | 10347<br>Debtor: | $1,587,552.45<br>WINN-DIXIE PROCUREMENT, INC. | $522,048.65 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $25,490.98, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,248.48 AND $223,052.96, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $815,711.38. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: DK ACQUISITION PARTNERS LP | | | | |
| **Creditor Id: 416937**<br>WATERS, INC<br>ATTN K MARTIN WATERS JR, CHAIRMAN<br>301 S MCDOWELL STREET, SUITE 210<br>CHARLOTTE NC 28204 | 12885<br>Debtor: | $779,253.53<br>WINN-DIXIE RALEIGH, INC. | $764,942.44 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,239.01 FOR OVERSTATED REJECTION DAMAGES AND $7,072.08 FOR LATE- FILED REAL ESTATE TAXES. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id: 405885**<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | 2563<br>Debtor: | $48,583.27<br>WINN-DIXIE STORES, INC. | $31,823.62 | REDUCED AMOUNT REFLECTS PAYMENT OF $16,759.65 FOR 2005 POSTPETITION INSURANCE INCLUDED IN ASSERTED AMOUNT BY CHECK NUMBER 008055458 WHICH CLEARED 6/10/05. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id: 415978**<br>WOLFCHASE ASSOCIATES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ.<br>1301 RIVERPLACE BLVD. SUITE 1916<br>JACKSONVILLE FL 32207 | 12013<br>Debtor: | $1,538,990.31<br>WINN-DIXIE STORES, INC. | $1,536,490.31 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY FEES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:  416284**<br>**WTH, II, LLC**<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ.<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA  GA  30060-7946 | **12293**<br>**Debtor:**   WINN-DIXIE RALEIGH, INC. | **$539,457.41** | $505,043.37 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

|  |  |
|---|---|
| **Total Claims to be Reduced:** | **34** |
| **Total Amount to be Reduced:** | **$25,955,130.43 Plus Unliquidated Amounts, if Any** |
| **Total Reduced Amount:** | **$16,705,388.87** |

# EXHIBIT C

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| AMERICAN ITALIAN PASTA COMPANY<br>ATTN CARA VANDEL, CR MGR<br>4100 N MULBERRY DRIVE, SUITE 200<br>KANSAS CITY  MO  64116<br>Debtor: WINN-DIXIE STORES, INC. | 9828 | $232,604.15 | Multiple Classes | Multiple Classes | $210,542.25 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED IN PART. CLAIM ASSERTED AS $88,832.37 UNSECURED NON-PRIORITY AND $143,771.78 ADMINISTRATIVE PRIORITY. RECLASSIFY $116,415.15 TO UNSECURED NON-PRIORITY AND $94,127.10 REMAINS ADMINISTRATIVE PRIORITY (RECLAMATION). |
| APPLEWOOD SHOPPING CENTER<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE, NC 28202<br>Debtor: WINN-DIXIE STORES, INC. | 12207 | $389,498.59 | Multiple Classes | Unsecured Non-Priority | $376,101.64 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| BLANKENBAKER PLAZA I, LLC<br>C/O HOGAN DEVELOPMENT CO<br>420 W LIBERTY STREET<br>LOUISVILLE KY 40202<br>Debtor: WINN-DIXIE RALEIGH, INC. | 12830 | $934,177.36 | Multiple Classes | Unsecured Non-Priority | $846,987.65 | REDUCED AMOUNT REFLECTS PAYMENTS AGGREGATING $63,082.59 FOR 2005 POSTPETITION REAL ESTATE TAXES BY CHECK NUMBERS 008177641 AND 008155401 AND REMOVAL OF $14,731.55 FOR REPAIRS AND $9,375.57 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| BOREN, FRANK D AND GAIL F<br>9169 GREAT BLUE HERON LANE<br>BLAINE WA  98250<br>Debtor: WINN-DIXIE RALEIGH, INC. | 12055 | $737,330.21 | Multiple Classes | Unsecured Non-Priority | $655,633.71 | REDUCED AMOUNT REFLECTS ADDITION OF $2,000 FOR CALCULATION ERROR IN PROOF OF CLAIM FORM AND REMOVAL OF $50,000 FOR ALLEGED DAMAGES LACKING SUPPORTING DOCUMENTATION, $26,463 FOR OVERSTATED TAXES, AND $7,233.50 FOR POSTPETITION RENT AS SUCH RENT AROSE AFTER DEBTOR VACATED PREMISES ON 9/30/05. ALSO, MISCLASSIFIED CLAIM. |
| CARGILL MEAT SOLUTIONS CORP<br>ATTN JENNIFER HENDERSON, LAW<br>151 N MAIN STREET<br>WICHITA KS 67202<br>Debtor: WINN-DIXIE STORES, INC. | 9703 | $766,481.48 | Multiple Classes | Multiple Classes | $713,869.23 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $16,970.07 AND REMOVAL OF $7,901.51 FOR LACK OF SUPPORTING DOCUMENTATION AND $27,740.67 FOR POSTPETITION INVOICE NUMBER 24398160. ALSO, MISCLASSIFIED CLAIM. CLAIM ASSERTED AS SECURED, ADMINISTRATIVE PRIORITY, AND UNSECURED NON-PRIORITY. RECLASSIFY $94,775.44 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $619,093.79 TO UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| CRIMI MAE SVCS LLP, SERIES 1998-D6 HOLDERS NOMURA ASSET SECURITIES C/O VENABLE LLP ATTN G A CROSS & H D FOLEY, ESQS TWO HOPKINS PLAZA, STE 1800 BALTIMORE MD 21201 | 10605 | $115,394.97 | Multiple Classes  Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $101,811.98 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,582.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNTS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| EAS C/O ABBOTT LABORATORIES C/O KOHNER MANN & KAILAS, SC ATTN MATTHEW J STICKEL, ESQ WA BLDG, BARNABAS BUSINESS CENTER 4650 N PORT WASHINGTON ROAD MILWAUKEE WI 53212-1059 | 7383 | $112,475.03 | Multiple Classes  Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $42,941.81 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $53.28 AND $69,479.94, RESPECTIVELY. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $4,503.86 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $38,437.95 TO UNSECURED NON-PRIORITY. |
| GBN HICKORT NC, LLC PO BOX 1929 EASLEY SC 29690 | 12309 | $333,609.80 | Multiple Classes  Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $165,078.73 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| GENERAL MILLS/LLOYD'S BARBECUE CC 6769 ATTN MARK PENDER, CR MGR ONE GENERAL MILLS BLVD MINNEAPOLIS MN 55426 | | $5,070,761.83 | Multiple Classes  Debtor: WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | $667,259.23 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $12,460.30, NET CONSUMPTION WAIVER OF $79,986.93, ACCOUNTS PAYABLE CREDITS AND ACCOUNTS RECEIVABLE BALANCE OF $91,847.22 AND $1,054,887.68 , RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $2,483,341.22, PACA PAYMENT OF $275,000.00 ON 4/26/05 BY CHECK NUMBER 8028396 PURSUANT TO ORDER GRANTING DEBTORS AUTHORITY TO PAY PRE-PETITION CLAIMS ARISING UNDER PERISHABLE AGRICULTURAL COMMODITIES ACT (DKT 77), AND REMOVAL OF $430,999.85 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| GWALTNEY OF SMITHFIELD, LTD C/O MCGUIREWOODS, LLP ATTN ROBERT A COX, JR ESQ 100 N TRYON STREET, SUITE 2900 CHARLOTTE NC 28202-4011 | 10940 | $1,095,362.13 | Multiple Classes  Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $20,970.02 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $31,918.71, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $26,389.91 AND $40.72, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,016,042.77. ALSO, MISCLASSIFIED CLAIM. |
| HILLANDALE FARMS, INC ATTN JO N WARD PO BOX 2109 LAKE CITY, FL 32056-2109 | 7770 | $772,767.15 | Multiple Classes  Debtor: WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | $269,735.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,431.44, RECLAMATION PAYMENTS IN PROCESS TOTALING $397,806.00, AND APPLICATION OF PREPETITION CERTIFICATE OF DEPOSIT OF $92,794.27. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Reduced Claim Amount | Modified Class Status | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| NALLEY, G B JR & GARRETT BP JR, TTE<br>PO BOX 1929<br>EASLEY SC 29641 | 12307 | $223,681.88 | Multiple Classes<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | $167,757.18 | Unsecured Non-Priority | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 | 7311 | $404,128.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | $217,815.82 | Multiple Classes | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $147.24 AND REMOVAL OF $186,164.94 FOR CHARGEBACKS OF PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY. SECURED, AND ADMINISTRATIVE PRIORITY. RECLASSIFY $45,508.11 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $172,307.71 TO UNSECURED NON-PRIORITY. |
| OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 | 4016 | $28,853.58 | Unsecured Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | $23,232.35 | Multiple Classes | REDUCED AMOUNT REFLECTS REMOVAL OF $5,621.23 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. MISCLASSIFIED IN PART. RECLASSIFY $9,547.76 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $13,684.59 REMAINS UNSECURED NON-PRIORITY. |
| PARAMOUNT FARMS, INC<br>PO BOX 200937<br>DALLAS TX 75320-0937 | 10266 | $29,121.18 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | $21,585.18 | Multiple Classes | REDUCED AMOUNT REFLECTS REMOVAL OF $7,536.00 FOR INVOICE NUMBER 27208000 AS CHARGE LACKS ADEQUATE SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY. RECLASSIFY $8,960.06 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $12,625.12 REMAINS UNSECURED NON-PRIORITY. |
| ROSS PRODS DIV ABBOTT LABS INC<br>C/O KOHNER MANN & KAILAS SC<br>ATTN MATTHEW J STICKEL ESQ<br>WA BLDG BARNABAS BUSINESS CENTER<br>4650 N PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059<br>Transferee: JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK, NY 10017 | 11 | $1,316,295.00 | Unsecured Non-Priority<br><br>Debtor: WINN-DIXIE STORES, INC. | $1,307,004.45 | Multiple Classes | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO MISCLASSIFIED IN PART. RECLASSIFY $259,756.45 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $1,047,248.00 REMAINS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| SAF-T-GARD INTERNATIONAL INC<br>ATTN: SHERRY CARLIN, CR MGR<br>205 HUEHL ROAD<br>NORTHBROOK IL 60062<br>Transferee: ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE, MD 21236 | 3465 | $11,651.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | $11,509.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $141.60. ALSO, MISCLASSIFIED IN PART. CLAIM FILED AS UNSECURED NON-PRIORITY AND UNSECURED PRIORITY. RECLASSIFY $3,719.10 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $7,790.30 REMAINS UNSECURED NON-PRIORITY. |
| STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 | 12304 | $412,954.00 | Multiple Classes<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $355,913.01 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| TOWN N COUNTRY REALTY OF EASLEY<br>PO BOX 1929<br>EASLEY SC 29641-1929 | 12177 | $409,319.19 | Multiple Classes<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $373,375.27 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| TOWN SQUARE DEVELOPMENT<br>ATTN: JAMES M SIMPSON<br>29 PELZER AVENUE<br>WILLIAMSTON, SC 29697-1023<br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 13066 | $469,844.61 | Administrative<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $358,424.90 | REDUCED AMOUNT REFLECTS REMOVAL OF $44,560.77 FOR OVERSTATED REJECTION DAMAGES AND $66,858.94 FOR OVERSTATED PREPETITION CHARGES. ALSO, MISCLASSIFIED CLAIM. |

Total Claims to be Reduced & Reclassified:    20

Total Amount to be Reduced & Reclassified:    $13,866,311.14    Plus Unliquidated Amounts, If Any

Total Reduced & Reclassified Amount:    $6,907,549.25