UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| Winn-Dixie Stores, Inc., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## LIMITED RESPONSE OF SCANA ENERGY MARKETING, INC. TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS

COMES NOW, SCANA Energy Marketing, Inc. ("SEMI"), by and through its undersigned counsel, and responds to the Seventeenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Duplicate Liability Claims, (E) Unliquidated Claims, and (F) Unliquidated Misclassified Claims (the "Objection") filed by Winn-Dixie Stores, Inc. (the "Debtors"). As is stated more fully below, SEMI does not oppose the relief sought with respect to the claim it filed against Crackin' Good, Inc.; however, it seeks assurances from the Debtors that, should the Court grant the relief sought, the claim remaining is filed against the appropriate Debtor entity.

## FACTUAL BACKGROUND

1. SEMI is a utility provider. SEMI offers services for the transport of natural gas through its pipeline, and it also sells natural gas directly to customers.

2. The Debtors were a customer of SEMI's when the Debtors filed their Voluntary Petitions seeking chapter 11 bankruptcy relief. The Debtors used both SEMI's transportation pipeline services as well as consumed natural gas provided by SEMI.

3. SEMI provided services both to "Winn-Dixie Stores" at different locations as well as to "Winn-Dixie Stores Crackin' Good."

4. As of the petition date, SEMI was owed $15,351.91 for gas sales it provided to "Winn-Dixie Stores Crackin' Good" in January 2005.

5 Uncertain whether the appropriate Debtor for the January 2005 gas sales was Crackin' Good, Inc. or Winn-Dixie Stores, Inc., SEMI filed a Proof of Claim against Crackin' Good, Inc. for $15,351.91, which the claim agent designated as Claim Number 3401. Out of an abundance of caution, SEMI included this same amount for the same gas service in its Proof of Claim against Winn-Dixie Stores, Inc., which the claim agent designated as Claim Number 3403.[1]

6. In the Objection, the Debtors assert that the two Proofs of Claim are duplicative. They propose to disallow Claim Number 3401 filed against Crackin' Good, Inc. but leave Claim Number 3403 filed against Winn-Dixie Stores, Inc. in place.

## LEGAL ARGUMENT

SEMI agrees that it is not entitled to recover twice for the same debt; accordingly, it does not oppose either the disallowance of Claim Number 3401 or the reduction of Claim Number 3403. However, SEMI seeks clarification and assurances from the Debtors regarding the correct Debtor entity who owes the obligation for the January 2005 natural gas sales. If indeed Winn-Dixie Stores, Inc. is the Debtor for this obligation, then SEMI acquiesces to the relief sought in the Objection. If, however, the correct Debtor is Crackin' Good, Inc., then SEMI submits that Claim Number 3401 should not be disallowed. In short, SEMI requests clarification from the

---

[1] Claim Number 3403 is for natural gas sales to Winn Dixie Stores Crackin Good and Winn Dixie Stores – Atlanta and natural gas transportation services to Winn Dixie Stores #5430 and #5210.

Debtors regarding the appropriate entity for this obligation and for any further relief the Court deems appropriate.

                David B. Wheeler
                Moore & Van Allen PLLC
                P.O. Box 22828
                40 Calhoun St., Suite 300
                Charleston, SC  29413-2828
                Telephone:  (843) 579-7000
                Facsimile:  (843) 579-7099
                Email:  davidwheeler@mvalaw.com

                HELD & ISRAEL

By: _____
                Kimberly Held Israel, Esquire
                Florida Bar #47287
                khisrael@hilawfirm.com
                Adam N. Frisch, Esquire
                Florida Bar #635308
                afrisch@hilawfirm.com
                Jacksonville, Florida 32207
                (904) 398-7038 Telephone
                (904) 398-4283 Facsimile