F I L E D
JACKSONVILLE, FLORIDA

SEP 0 5 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et. al. | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## PETITIONER GLORIA ZAPATA'S (CLAIM NUMBER 12552) RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

COMES NOW, PETITIONER GLORIA ZAPATA, Claim number 12552, by and through her undersigned counsel, and files this, her RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS, and in furtherance thereof would state as follows:

1.     On or before November 18, 2005, the Petitioner GLORIA ZAPATA, Claim number 12552, submitted her Proof of Claim to this Court. A true and correct copy of same is attached hereto as Composite Exhibit "A".

2.     On August 28, 2006, via electronic mail, the undersigned was provided a copy of Debtors' Omnibus Objection to Unresolved Litigation Claims.

3.     The Petitioner's claim arises out of a personal injury/premises liability claim wherein the Petitioner injured herself on the Debtor's premises.

4.     Additionally, the Petitioner's claim against the Debtor was settled in the amount of $11,536.00, between the undersigned and the Debtor's third party claims administrator on January 25, 2005. This is evidenced by Ms. Gail Anderson's facsimile cover letter to the undersigned dated January 25, 2006. See Composite Exhibit "A".

5.      However, the Debtor, WINN-DIXIE STORES, INC., sets forth in its Omnibus Objection to Unresolved Litigation Claims, that the Petitioner's claim is disputed on the grounds of "no liability".

6.      It is abundantly clear from the enclosed evidence (Composite Exhibit A) that the Debtor's very own third party administrator found liability on behalf of the Debtor, WINN-DIXIE STORES, INC., by settling this case in the amount of $11,536.00.

7.      Therefore, the Petitioner GLORIA ZAPATA, Claim number 12552, should be deemed an "Allowed Claim".

WHEREFORE, Petitioner GLORIA ZAPATA, Claim number 12552 prays that this Honorable Court enter an Order deeming the Petitioner, GLORIA ZAPATA, Claim number 12552, an Allowed Claim.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed to:  DJ Baker, Rosalie Walker Gray, Jane Leamy, Esq.'s, SKADDEN, ARPS, SLATE, MEAGHER & FROM LLP, Attorneys for Debtors, Four Times Square, New York, New York 10036, and Stephen Busey, James Post, and Cyntia Jackson, Esq.'s, SMITH HULSEY & BUSEY, Attorneys for Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, on August 29, 2006.

**ROTHSTEIN ROSENFELDT ADLER**
Attorneys for Petitioner
Las Olas City Centre
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, FL. 33301
Tel: (954) 522-3456; Fax: (954) 527-8663

By:_____
        MICHAEL A. FEINER
        FLA. BAR NO. 0493740

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | Chapter 11 PROOF OF CLAIM FOR SPECIAL BAR DATE: November 30, 2005 at 5:00 p.m. Eastern Time | APPLICABLE ONLY TO CERTAIN SUBSEQUENTLY IDENTIFIED POTENTIAL CLAIMANTS |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: WINN - DIXIE STORES INC    Case No _____
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Creditor ID: WDX-416761-BE-L1<br>ZAPATA, GLORIA<br>C/O KARMIN, ADLER & PADOWITZ<br>ATTN: MICHAEL FEINER<br>300 S.E. 2ND ST<br>SUITE 860<br>FT LAUDERDALE FL 33301 | 954.522-3456<br>Telephone No. of Creditor<br><br>954.527-8663<br>Fax No of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) |

| B. Name and address of signatory or other person to whom notices must be served, if different from above (Check box if): ☐ replaces address above ☐ additional address<br><br>Name: _____<br><br>Company/Firm: _____<br><br>Address: _____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars.<br>☐ Check box if you have never received any notices in this case | If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim. |

Account or Other Number by Which Creditor Identifies Debtor: _____    Check here if this claim
☐ replaces  ☐ amends    a previously filed claim, dated: _____

| 1 Basis for Claim | | |
|---|---|---|
| ☐ Goods sold to debtor(s) | ☐ Taxes | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed for debtor(s) | ☐ Severance agreement | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Goods purchased from debtor(s) | ☐ Refund | Last four digits of SSN: _____ |
| ☐ Money loaned | ☐ Real property lease | Unpaid compensation for services performed from |
| ☒ Personal injury/property damage | ☐ Personal property lease | _____ to _____ |
| ☐ Other _____ | ☐ Other contract _____ | (date)         (date) |

| 2 Date debt was incurred: 1/25/05 | 3 If claim is based on a Court Judgment, date obtained: __ |
|---|---|

4 Total Amount of Claim at Time Case Filed:

$_____ (unsecured)    $_____ (secured)    $_____ (priority)    $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____<br><br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____<br><br>6. Unsecured Nonpriority Claim $ 11,536.00<br>☐ Check this box if: a) there is no collateral or lien securing your claim; or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority | 7. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)<br>☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4)<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7)<br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8)<br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( )<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space Is For Court Use Only |
|---|---|

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:<br><br>Print: MICHAEL A. FEINER, ESQ.    Title: Attorney<br><br>Signature: |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571



COMPOSITE EXHIBIT "A"

P O. Box 24787
Jacksonville, FL 32241-4787
(overnight addr:) 8649 Baypine Rd , Bldg 7, Ste 300
Zip 32256
Phone: 904-419-4730
Fax: (904)419-5365   .

**Sedgwick Claims Management Systems**

# Fax

| To: | Michael Feiner, Karmin & Adler | From: | Gail Anderson |
|---|---|---|---|
| Fax: | (954) 768-9030 | Date: | January 25, 2005 |
| Phone: | (954) 768-9060 | Pages: | 2 including this page |
| Re: | Gloria Zapata | D/L: | 09/13/2004 |
| My File | A411213373-0001-01 | Yours | unknown |

☒Urgent    ☐For Review    ☐ Please Comment    ☒Please Reply    ☐ Please Recycle

**Comments:**
This will confirm the agreed settlement of $11,536.00 of Gloria Zapata's claim.
If this was not your understanding of our conversation and agreement, please contact me at once.

Please have your client execute the enclosed Release of All Claims in front of a Notary, and forward it to me.
Upon receipt of the executed release, the check will be issued and mailed to your office, made payable to your firm and your client, unless directed otherwise.

If you have any questions, my direct line is 904-419-6718.

Sincerely,


Gail Anderson

Sedgwick CMS, P.O. Box 24787, Jacksonville, FL 32241-4787
*** CONFIDENTIALITY NOTE ***
The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited  If you have received this telecopy in error, please immediately notify us by calling the number listed above and return the original message to us at the address above by United States Postal Service

# RELEASE
## OF ALL CLAIMS

## KNOW ALL MEN BY THESE PRESENTS:                              <u>**Claim: A411213373-0001-01**</u>

That the undersigned, being of lawful age, for sole consideration of Eleven thousand five hundred thirty six and no/100 Dollars ($11,536.00) to be paid to **Gloria Zapata** do/does hereby and for my/our/its heirs, executors, administrators, successors and assigns release, acquit and forever discharge **Winn-Dixie, Retail Grocery Store-Miami Division, Winn-Dixie Stores, Inc., ,Sedgwick Claims Management Services, Inc.** and his, her, their, or its agents, servants, successors, heirs, executors, administrators and all other persons, firms, corporations, associations or partnerships of and from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of service, expenses and compensation whatsoever, which the undersigned now has/have or which may hereafter accrue on account of or in any way growing out of any and all known and unknown, foreseen and unforeseen bodily and personal injuries and property damage and the consequences thereof resulting or to result from the accident, casualty or event which occurred on or about **09/13/2004**, at or near **Winn Dixie Store #0265  Deerfield Beach, FL.**

It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said releases deny liability therefor and intend merely to avoid litigation and buy their peace. Furthermore, this release is intended only to operate as a release of whatever claims the undersigned may have against the releases.

Any and all claims against parties not specifically released herein, if any, are hereby assigned in full to the parties hereby released. The releases expressly reserve any and all claims they may have against the undersigned, or any others.

The undersigned hereby declare(s) and represent(s) that the injuries sustained are or may be permanent and progressive and the recovery therefrom is uncertain and indefinite and making this Release it is understood and agreed, that the undersigned rely(ies) wholly upon the undersigned's judgment, belief and knowledge of the nature, extent, effect and duration of said injuries and liability therefor and is made without reliance upon any statement or representation or the party of parties hereby released or their representatives or by any physician or surgeon by them employed.

The undersigned understands and agrees that undersigned shall be solely responsible for paying all physician, hospital, and medical bills and expenses and any and all other bills arising out of or incurred as a result of the injuries and losses suffered as a result of said incident and for satisfying and all claims, liens, debts, obligations or demands, including reimbursement and satisfaction of subrogation rights, if any, of any and all persons, firms, individuals, corporations or entities who made or are obligated to make any payments of any kind or nature to or on his/ her behalf as a result of the injuries and losses suffered as a result of said incident.

<u>**PLEASE INITIAL HERE (X)**</u> _____ (X) _____

The undersigned further declare(s) and represent(s) that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT

Signed, sealed and delivered this _____ day of _____ 20 _____

### CAUTION: READ BEFORE SIGNING BELOW

_____                     _____LS
        **Witness**                                              **Gloria Zapata**

STATE OF _____
                     **SS.**
COUNTY OF _____

On the _____ day of _____, 20_____, before me personally appeared **Gloria Zapata** to me known to be person(s) named herein and who executed the foregoing Release **Gloria Zapata** acknowledged to me that he/she/they voluntarily executed the same.

My term expires _____, 20_____  _____
                                                  **NOTARY PUBLIC**



*Rothstein Rosenfeldt Adler*
A t t o r n e y s   a t   L a w
www.rra-law.com

Las Olas City Centre, Suite 1650
401 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Phone: 954-522-3456 ■ Fax: 954-527-8663

5002 West Waters Avenue, Third Floor
Tampa, Florida 33634
Phone 813-222-8333 ■ Fax 813-222-8334

Reply to:   Fort Lauderdale Office

Roger A. Alvarez, Paralegal
Direct Dial: (954) 315-7226
ralvarez@rra-law.com

August 29, 2006

Via Certified Return Receipt: 7006 0810 0000 0565 6594

Clerk's Office
United States Bankruptcy Court
United States Courthouse
300 North Hogan Street, 3rd floor 350
Jacksonville, Florida 32202

Re:    In re:   Winn-Dixie Stores, Inc.
                 Case No.: 05-03817 3F1

Dear Clerk:

Enclosed please find for filing the original Petitioner Gloria Zapata's (Claim Number 12552) Response to Debtor's Omnibus Objection to Unresolved Litigation Claims with the appropriate number of copies.

If you have any questions or concerns, please do not hesitate to contact this office.

Very truly yours,
**ROTHSTEIN ROSENFELDT ADLER**


Roger A. Alvarez, Paralegal
/raa
Enclosures (As stated above)