UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |
| _____ | ) | |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **October 5, 2006 at 1:00 p.m.**

**(prevailing Eastern time),** before the Honorable Jerry A. Funk, in the United States Bankruptcy

Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville,

Florida 32202 to consider the *Florida Tax Collectors' Motion to Dismiss Debtors' Objection to*

*Florida Tax Claims and Motion for Order Determining Tax Liabilities* (**Doc. No. 10609).**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in

Court should dress in appropriate business attire consistent with their financial abilities.  Among

other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a

woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are

prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

the use of a computer.  Please take notice that as an additional security measure, a photo ID is

required for entry into the Courthouse.

Dated: September 7, 2006

By: _____
      Brian T. FitzGerald
      Hillsborough County Attorney's Office
      Florida Bar No. 484067
      Post Office Box 1110
      Tampa, Florida 33601-1110
      Ph: 813-272-5670
      Fx: 813-272-5231
      fitzgeraldb@hillsboroughcounty.org
      Attorney for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Notice of Hearing has been served this ___ day of September, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker (djbaker@skadden.com), Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Cynthia C. Jackson (cjackson@smithhulsey.com), Attorneys for Debtors; **Milbank, Tweed, Hadley & McCloy, LLP**, Attn: Matthew Barr (mbarr@milbank.com), Attorneys for Unsecured Creditors Committee; **Akerman Senterfitt**, Attn: John B. MacDonald, (john.macdonald@akerman.com); **United States Trustee**, Attn: Elena L. Escamilla; and to all other parties receiving electronic notice.

_____
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney