UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                   Case No.: 05-03817-3F1

WINN DIXIE STORES, INC., et al.                          Chapter 11 Jointly Administered

Debtors
_____/

**OBJECTION OF REMKE MARKETS, INC. TO DEBTORS'
SEVENTEENTH OMBIBUS OBJECTION TO NO LIABILITY CLAIMS**

Comes now the creditor, Remke Markets, Inc. ("Remke"), and files its "Objection to Debtors' Seventeenth Omnibus Objection to No Liability Claims" (this "Objection") filed by Winn Dixie Stores, Inc., et al (collectively, the "Debtors"). The sole basis for Debtors' objection to Remke's claim is that Remke as "Subtenant entered into a direct agreement with Landlord prior to bankruptcy filing and has not been damaged by such filing." Debtors are in error on all counts. The uncontroverted facts are as follows.

1.   On December 2, 1996, the Debtors entered into a lease agreement (the "Master Lease") with an entity known as Chester Dix Florence Corp., pursuant to which Debtors leased a certain store in Florence, Boone County, Kentucky (hereinafter the "Property"), for a term ending December 31, 2016. A copy of the Master Lease is attached hereto as Exhibit "A." Pursuant to the Master Lease, the rent for the Property was $451,099.84 per annum.

2.   On July 7, 2004, the Debtors entered into a "Sublease Agreement" (the "Sublease") with Remke, pursuant to which Remke subleased the Property for a term ending on December 30, 2016. A copy of the Sublease is attached hereto as Exhibit "B."

Pursuant to the Sublease, Remke's rent for the Property was $365,850.00 per annum. As such, under the parties' Sublease, the Debtors agreed to subsidize the lease payments due under the Master Lease in the amount of $85,249.84 per annum.

3. On or about February 21, 2005, the Debtors filed their Chapter 11 petition (the "Petition") herein. By Order dated October 7, 2005, the Debtors rejected both the Master Lease and the Sublease. The Debtors paid their share of the quarterly installments due under said Master Lease through the end of 2005. As such, Remke timely filed a proof of claim based upon the subsidized lease payments due under the Sublease with the Debtors in the amount of $85,249.84 annually for the remaining eleven (11) years on the initial lease term of the Master Lease, for a total claim of $937,748.24.

4. At no time prior to the filing of the Petition did Remke enter into a direct lease with Chester Dix Florence Corp. On January 1, 2006, and subsequent to the rejection of the Master Lease by the Debtors, Chester Dix Florence Corp did require Remke to enter into a lease agreement (the "Post-Rejection Lease") on terms identical to the Master Lease as a condition of staying in the Property. A copy of the Post-Rejection Lease is attached hereto as Exhibit "C." Pursuant to the Post-Rejection Lease, Remke leases the Property from Chester Dix Florence Corp. for a term ending December 31, 2016, for rent in the amount of $451,099.84 per annum.

Based upon the foregoing, Remke has been damaged by the Debtors' rejection of its Master Lease and Sublease in the dollar amount of the lease payments the Debtors were required to subsidize for the remaining term of the lease, that being $85,249.84 for the remaining eleven (11) years of the initial lease term, for a total claim of $937,748.24.

WHEREFORE, Remke respectfully requests that the Court deny the relief requested by the Debtors' Objection, that it allow the claim of Remkein the amount of $937,748.24, and that it grant such other and further relief as is just and proper.

**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
**JASON BURNETT, ESQUIRE**
Florida Bar Number: 8226663
GrayRobinson, P.A.
201 N. Franklin Street
Suite 2200
Tampa, Florida 33602
Telephone: 813-273-5066
Telecopier: 813-221-4113
Counsel for Remke Markets, Inc.

## CERTIFICATE OF SERVICE

A copy of the foregoing was served by first class mail and/or by e-mail on the 7 day of September, 2006, to:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Elena L. Escamilla, Esquire
Office of the United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806

John B. MacDonald, Esquire
Patrick P. Patangan, Esquire
Ackerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Cynthia C. Jackson, Esquire
James H. Post, Esquire
Stephen D. Busey, Esquire
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Adam Ravin, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Dennis Dunne, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

ATTORNEY

# 766893/awm

3