**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING ON MOTION**
**FOR RELIEF FROM STAY FILED BY IRIS AND SAM DAVIDSON**

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), and Iris and Sam Davidson (the "Davidsons") stipulate and agree to (i) the continuance of the Motion for Relief from Stay filed by the Davidsons (Docket No. 2700) for final hearing upon proper motion by either party or order of the Court and (ii) the continuation of the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

automatic stay in effect pending the conclusion of such hearing and determination of the Davidsons' Motion for Relief from Stay.

Dated: September 7, 2006.

| TERRELL, HOGAN, ELLIS & YEGELWEL, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *_s/ Carroll Cayer_<br>     Carroll Cayer | By  _s/ James H. Post_<br>     James H. Post |
| Florida Bar Number 161070<br>233 East Bay Street, 8th Floor<br>Jacksonville, Florida  32202<br>(904) 632-2424<br>(904) 632-0549 (facsimile)<br>cayer@terrellhogan.com | Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Attorneys for Iris and Sam Davidson | -and- |
| *Counsel has authorized his electronic signature | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>rgray@skadden.com |
| | Attorneys for the Debtors |

00521416