**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

**WITHDRAWAL OF NOTICE OF TRANSFER OF**
**CLAIMS FOR SECURITY (CLAIMS NO. 1175 AND 1176)**

First Commercial Bank, a secured creditor of Sulphur Springs Partners, LLLP ("SS Partners"), hereby files its withdrawal of Notice of Transfer of Claims for Security with respect to SS Partner's proofs of claim numbered 1175 and 1176 [Docket #6476].

Respectfully submitted this the 7th day of September, 2006.

                                      Helen D. Ball
                                      Jay R. Bender
                                      Helen D. Ball
                                      Counsel for First Commercial Bank

**OF COUNSEL:**
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Phone: (205) 521-8000
Fax: (205) 521-8800

1/1489245.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

| | |
|---|---|
| Sulphur Springs Partners, LLLP<br>801 N.E. 167th Street, 2nd Floor<br>North Miami Beach, FL  33162 | 225 Water Street, Suite 1800<br>Jacksonville, FL 32201 |
| Lisa M. Schiller, Esq.<br>Counsel for Sulphur Springs Partners, LLLP<br>Rice Pugatch Robinson & Schiller, P.A.<br>848 Brickell Avenue, Suite 1100<br>Miami, FL  33131 | James H. Post<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 |
| **Counsel for the Debtors:**<br>Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Leanne McKnight Prendergast<br>Smith Hulsey & Busey<br>225 Water Street Suite 1800<br>Jacksonville, Fl 32202 |
| Cynthia C. Jackson<br>Smith Hulsey & Busey | Stephen D. Busey<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing address or by electronic mail, on this 7th day of September, 2006.

                                                       Helen D. Ball
                                                       OF COUNSEL