

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**September 7, 2006**
**1:00 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Application of Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al for Order, Pursuant to 11 U.S.C. Sections 328(a) and 1103 and Fed. R. Bankr. P. 2014, Authorizing Retention and Employment of Spencer Stuart, Effective as of July 10, 2006, as Director Retention Consultant (9987)

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

RULING: *Granted.*
*Ord / Signed*