

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 7, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Birmingham Realty Company's Application for Payment of Administrative Expenses (9363)**

APPEARANCES:
US TRUSTEE:                            ELENA ESCAMILLA
UNSEC. CRED:                           JOHN B. MACDONALD/PATRICK PATANGAN
                                       MATTHEW S. BARR
BIRMINGHAM REALTY COMPANY:             NINA LAFLEUR

RULING: Cont'd. to 9/21 @ 1:00
AOC NFN