

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 7, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1        WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Amended Motion to Allow Late Claim filed by the City of Norfolk Virginia (7799)

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                       JOHN B. MACDONALD/PATRICK PATANGAN
                                              MATTHEW S. BARR
CITY OF NORFOLK, VA:          CHARLES PRENTACE

RULING: Granted. Ord/Signed