

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
September 7, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

Florida Tax Collectors' Motion for Leave to File Proofs of Claims without Prejudice (4283)

Objection to Motion filed by Debtor (Doc. 5874)

Objection to Motion filed by Creditors' Committee (Doc. 5887)

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| FL TAX COLLECTORS: | BRIAN T. FITZGERALD |

**RULING:**   Cont'd. to 10/5 @ 1:00

AOC NFN