

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 7, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities Filed by Debtors (10046)

Response filed by Tax Collector for Escambia County (10605)

Response filed by Tax Collector for Okaloosa County (10606)

Response filed by Tax Collector for Duval County (10608)

Cont'd. to open date

Response filed by Florida Tax Collectors (10594 and 10609) — 10/5 @ 1:00

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR
TAX COLLECTOR FOR ESCAMBIA COUNTY:             PHILIP BATES
TAX COLLECTOR FOR OKALOOSA COUNTY:             PHILIP BATES
TAX COLLECTOR FOR DUVAL COUNTY:                RICHARD THAMES
FL TAX COLLECTORS:                             BRIAN FITZGERALD

RULING: