UNITED STATES BANKRUPTY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | Jointly Administered |
| WINN-DIXIE STORES, INC., et. al. | ) | Chapter 11 |
| | ) | Hearing Date: September 14, 2006 |
| | ) | Hearing Time: 1:30 p.m. |
| | ) | Obj. Deadline: September 7, 2006, 4:00 p.m. |
| Debtors. | ) | |

**OBJECTION OF eFUNDS CORP. TO DEBTORS' THIRD OMNIBUS MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND FIXING CURE AMOUNTS**

eFunds Corporation, by its undersigned attorneys, hereby files this objection to the Debtors' Third Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (the "Motion") and, in support hereof, states as follows:

1. eFunds is a party to three contracts with the Debtors (the "Contracts") that are listed on Exhibit A to the Motion as contracts which the Debtors seek to assume.

2. eFunds only recently received a copy of the Debtors' Motion and notice of the hearing and deadline for filing objections. In the time since it received such notice, eFunds has not been able to adequately verify whether the cure amounts attributed to the Contracts are accurate. The Debtors claim on Exhibit A to the Motion that the cure amount for each of the Contracts is zero. eFunds objects to the Motion to the extent it seeks to fix this as the cure amount before eFunds has adequate time to verify the information, and reserves the right to receive payment of any actual cure amount found to be due and owing from the Debtors.

3. eFunds also objects to the Motion to the extent it delays payment of any cure amount that may be due until the Effective Date. Pursuant to Section 365 of the Code, 11

161346_1.DOC

U.S.C. § 365(b)(1), the Debtors are required to cure any defaults at the time of assumption, not later.

WHEREFORE, eFunds respectively requests that the proposed Order with respect to the Motion be modified as set forth above, and for such additional relief as the Court deems appropriate.

Respectfully submitted,

_/s/ Bradley P. Nelson_
One of the Attorneys for eFunds

Bradley P. Nelson
SCHOPF & WEISS LLP
312 West Randolph Street
Suite 300
Chicago, Illinois 60606
312.701.9300

## CERTIFICATE OF SERVICE

       I, Bradley P. Nelson, an attorney, certify that I caused a copy of the attached Objection of eFunds Corp. to Debtors' Third Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts to be served electronically on the parties listed below at their indicated email addresses this 7th day of September, 2006.

        D. J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

        Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

        /s/ Bradley P. Nelson
        Bradley P. Nelson

161346_1.DOC