**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                              CASE NO.  05-03817-3F1

WINN-DIXIE STORES, INC. et al.,

      Debtors.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, FLORIDA SELF-INSURERS GUARANTY ASSOCIATION hereby files its Notice of Appearance in the above-captioned case.  The undersigned attorney for FLORIDA SELF-INSURERS GUARANTY ASSOCIATION requests that all notices of the matters arising herein be duly served on him at the address hereinunder noted.

      Dated this 7th day of September, 2006.

                            /s/  James E. Sorenson
                            JAMES E. SORENSON (Fla. Bar #0086525),
                            D. TYLER VAN LEUVEN (Fla. Bar #0178705),
                            CHAD D. HECKMAN (Fla. Bar #526029), of
                            Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
                            Post Office Box 4128
                            Tallahassee, Florida 32315-4128
                            Telephone (850) 386-3300
                            Facsimile (850) 205-4755

                            Attorneys for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF APPEARANCE has been furnished either by electronic means or by U.S. Mail to Adam Ravin, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036, and Smith, Hulsey & Busey, 225 Water Street, Ste 1800, Jacksonville, FL 32202, Attorneys for Debtors, Trustee, on this 7th day of September, 2006.

                            /s/   James E. Sorenson
                            Attorney