UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about August 25, 2006 I caused copies of:

- the **Notice of Withdrawal of Contracts From Debtors' First Omnibus Motion For Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing of Cure Amounts**
- the **Order Pursuant to First Omnibus Motion (I) Authorizing Assumption of Executory Contracts and Unexpired Leases and (II) Fixing Cure Amounts**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Order as listed above is attached hereto as Exhibit B.

Dated: September 7, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: F4

# EXHIBIT A
# SERVICE LIST

Notice of Withdrawal of Contracts From Debtors'
First Omnibus Motion For Order Authorizing Assumption
of Executory Contracts and Unexpired Leases
and Cure Amounts

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.        **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 534376-E5<br>ACI WORLDWIDE<br>330 SOUTH 108TH AVE<br>OMAHA NE 68154 | CREDITOR ID: 534377-E5<br>ADVANCED RXCARE<br>911 NW 209TH AVENUE, STE 111<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 534378-E5<br>ADVANCED RXCARE<br>1112 I STREET, STE 100<br>SACRAMENTO CA 95814-9624 |
| CREDITOR ID: 534379-E5<br>ALASCRIP<br>PO BOX 749<br>NORTHPORT AL 35476 | CREDITOR ID: 534387-E5<br>ALASCRIP - HEALTH PARTNERS OF AL<br>FKA ALASCRIPT<br>C/O EXPRESS SCRIPTS<br>13900 RIVERPORT DRIVE<br>STL 10N STREET<br>ST LOUIS MO 63043-4804 | CREDITOR ID: 534380-E5<br>ALPHA SCRIPT<br>4222 E CAMELBACK ROAD, STE H260<br>PHOENIX AR 85018-2774 |
| CREDITOR ID: 534381-E5<br>ALUMINUM COMPANY OF AMERICA<br>ALCOA CORPORATE CENTER<br>201 ISABELLA STREET<br>PITTSBURGH PA 15212-5858 | CREDITOR ID: 534382-E5<br>ATEB<br>4501 ATLANTIC AVE, STE 110<br>RALEIGH NC 27604 | CREDITOR ID: 534383-E5<br>AXSA<br>4673 OAK FAIR BLVD<br>TAMPA FL 33610-7410 |
| CREDITOR ID: 534384-E5<br>BCBS OF WYOMING<br>PO BOX 2266<br>CHEYENNE WY<br>82003 | CREDITOR ID: 534385-E5<br>BEA SYSTEMS<br>7074 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 | CREDITOR ID: 534386-E5<br>BENEFIT ADVANTAGE RX SYSTEMS<br>39155 S CARSON STREET<br>PBM 422<br>CARSON CITY NV 89701 |
| CREDITOR ID: 534388-E5<br>BENEFITS ADVANTAGE RX SYSTEMS<br>C/O EMDEON<br>6710 WATERBURY WAY<br>CUMMING GA 30040 | | |

    **Total:** 13

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.¹ | ) Jointly Administered |
| | ) |

**NOTICE OF WITHDRAWAL OF CONTRACTS FROM DEBTORS' FIRST OMNIBUS MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND FIXING CURE AMOUNTS**

   Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (the "Debtors") give notice of the withdrawal of the contracts with the following parties from the Debtors' First Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts ("the First Omnibus Motion"): ACI Worldwide, Advanced RxCare, Alascript, Alpha Script, Aluminum Company of America, Ateb, Axsa, BCBS of Wyoming, BEA Systems, and Benefit Advantage RX Network.

   Such contracts will not be assumed pursuant to the First Omnibus Motion and will remain pending. The Debtors reserve the right to include any of such contracts in a motion to assume or reject to be filed at a later date.

Dated: August 24, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| | |
| By  */s/ D. J. Baker* | By  */s/ Cynthia C. Jackson* |
|  D. J. Baker |  Stephen D. Busey |
|  Sally McDonald Henry |  James H. Post |
|  Rosalie Walker Gray |  Cynthia C. Jackson |
|  David M. Turetsky |  Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| | |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

---

¹  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER PURSUANT TO FIRST OMNIBUS MOTION (I) AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) FIXING CURE AMOUNTS**

These cases came before the Court for hearing on August 24, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts"), effective as of the effective date of the Debtors' joint plan of reorganization (the "Effective Date") and (b) fixing the costs of assumption at the Proposed Cure Amounts identified on Exhibit A (the "Motion").[1] By the Motion, the Counter Parties to the Contracts were given until August 10, 2006 to object to the Proposed Cure Amounts. An objection to the Motion was filed by Alabama Power and, as a result, the Debtors have agreed to continue the Motion with respect to the contract with Alabama Power, which contract has been removed from Exhibit A. The Debtors have withdrawn without prejudice from the Motion, and have reserved the right to include in a subsequent motion to assume or reject, the contracts with the following parties, which contracts have also been

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

removed from Exhibit A: (a) ACI Worldwide, (b) Advanced RxCare, (c) Alascript, (d) Alpha Script, (e) Aluminum Company of America, (f) Ateb, (g) Axsa, (h) BCBS of Wyoming, (i) BEA Systems, and (j) Benefit Advantage RX Network. Upon consideration, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to assume the Contracts pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date. The Debtors' assumption of the Contracts as of, and upon the occurrence of, the Effective Date is approved.

3. For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors with respect to the Contracts are the Proposed Cure Amounts listed on Exhibit A.

4. The Counter Parties listed on Exhibit A are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A, except for the Proposed Cure Amount.

5. The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

6. The requirements of 11 U.S.C. § 365(b)(1) are hereby deemed satisfied with respect to each of the Contracts.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9. In the event the Debtors' joint plan of reorganization is not confirmed or does not become effective, this Order shall be null and void.

Dated August 24, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

3

**Exhibit A**

1143290-New York Server 7A - MSW

Exhibit A
Contracts for Assumption

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ALT | (ALTA RX)- FIRST HEALTH RX | 4300 Cox Road Glen Allen VA, 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AARP DISCOUNT CARD | 13900 Riverport Drive Maryland Heights MO, 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AARP DISCOUNT CARD (ESI) | 13900 Riverport Drive Maryland Heights MO, 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Procurement | HDQ | Software Maintenance | | ACL Services LTD | 1550 Alberni Street Vancouver BC, V6G 1A5 | ACL for Windows v7.2.1 S/N 32803W-32806W and ACL for Windows v7.2.1 CD Pacl S/N 33048W | $6,725.67 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | ACS State Healthcare (Florida Medicaid) | 2308 Killearn Center Boulevard Suite 200 Provider Enrollment Tallahassee FL, 32309 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | ACS State Healthcare (Mississippi Medicaid) | 385B Highland Colony Pkwy Suite 300 Ridgeland MS, 39157 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Adheris, Inc. | 400 West Cummings Park, Ste. 3050 Woburn MA, 1801 | Patient Compliance Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | APC | ADVANCED Pharmacy CARE | 911 NW 209th Avenue, Suite 111 Pembroke Pines FL, 33029 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | ADVANTRA XTRA | 2211 Sanders Road Northbrook IL, 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AET | AETNA HEALTH PLAN | 151 Farmington Avenue Hartford CT, 6156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AETNA RX | 151 Farmington Avenue Hartford CT, 06156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AGE | AGELITY | 555 Broad Hollow Road., Suite 402 Melville NY, 11747 | Prescription Benefit Contract | $4,527.10 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AGELITY | 555 Broad Hollow Road., Suite 402 Melville NY, 11747 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Alabama Department of Public Health WIC Program | The RSA Tower, Suite 1300 P.O. Box 303017 Montgomery, AL 36130 AL, 36130 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MAL | ALABAMA MEDICAID | 501 Dexter Avenue, P.O. Box 5624 Montgomery AL, 36103 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ALA | ALAGAP DATA SYSTEMS, INC | P.O. Box 800107 LaGrange GA, 30240 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | Allen Systems Group, Inc. | 1333 Third Avenue S. Naples FL, 34102 | Zeke Agent NT for VSE | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | BD001 | Alltel Communications | 400 East Bryan Street Douglas GA, 31533 | Communication Service Agreement for Deep South (Maintenenace for PBX Switch hardware) | $0.00 |

1

Exhibit A
Contracts for Assumption

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores | All | Product Purchase | | American Express | World Financial Center New York NY, 10285<br>4315 South 2700 West Salt Lake City, UT 84184<br>General Counsel, American Express Tower, 200 Vesey Street New York, NY 10285-4900 Attn: Travelers Cheque Counsel | Amex appoints WD as representative to sell AMEX Gift Cards. | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | American Express Travel Services Company Inc. | 4315 South 2700 West Salt Lake City UT, 84184 | Marketing Program Agreement, dated May 20, 2004 | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | N/A | AMERICAN PROMOTIONAL EVENTS | 4511 HELTON DR FLORENCE AL, 35630 | VENDOR GUARANTEE OF INDEMNITY TO WINN-DIXIE FOR SALE OF FIREWORKS. $2,000,000 COMBINED SINGLE LIMIT OF LIABILITY FOR BODILY INJURY AND PROPERTY. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AHC | AMERICA'S HEALTH CHOICE | 1175 South U.S. Highway 1 Vero Beach FL, 32962 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NWP | AMNET | 929 East Mian Avenue, Suite 310 Puyallup WA, 98372 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AHS | ANTHEM HEALTH PLAN (CMI) | 1351 William Howard Taft Road Cincinnati OH, 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | ANTHEM RX | 1351 William Howard Taft Road Cincinnati OH, 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | MSA | Applied Decisions USA | 2801 S. Fairfield Ave. Suite B Lombard IL, 60148 | | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 8005658 | Aprisma Management Technologies | 273 Corporate Drive Portmouth NH, 3801 | Spectrum Enterprise Manager | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | APS- EAP | 8403 Colesville Rd., Suite 1600 Attn: Joe Huffman Silver Springs MD, 20910<br>APS Healthcare Bethesda 6705 Rockledge Drive Suite 200 Bethesda, MD 20817-1850 | Employee Assistance Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ARG | ARGUS | 1300 Washington Street Kansas City MO, 64105-1433 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT - Consulting Agreement | Cody Shive | Arrington Group | 6413 Arrington Rd. Raleigh NC, 27607 | Data Management | $0.00 |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT Master Service Agreement | MSA | Arrington Group | 6413 Arrington Rd. Raleigh NC, 27607 | Data Management | $0.00 |

2

Exhibit A
Contracts for Assumption

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Total Corporati | Indemnity Agreement | | Associated Brands, Inc. | FORMERLY ONTARIO FOODS INC PO BOX 2739 BUFFALO NY, 14240 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Astute Solutions | 2400 Corporate Exchange Drive, Suite 150 Columbus OH, 43231 | PowerCenter | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AVM | AV MED HEALTH PLAN OF FL | 9400 S. Dadeland Boulevard Miami FL, 33156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Lease | 4250-932 | Barnard Software Inc. | 806 Silk Oak Terrace Lake Mary FL, 32746 | TCP/IP Topols for VSE | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAL | BC/BS OF ALABAMA | 450 Riverchase Parkway East Birmingham AL, 35298-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCN | BC/BS OF CENTRAL NEW YORK | 344 South Warren Street Syracuse NY, 13202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCT | BC/BS OF CONNECTICUT | P.O. Box 530 North Haven CT, 06473-0530 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BGA | BC/BS OF GEORGIA | 3350 Peachtree Road Atlanta GA, 30326 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BMI | BC/BS OF MICHIGAN | 600 Lafayette East Detroit MI, 48226 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BMS | BC/BS OF MISSISSIPPI | P.O.Box 3494 Jackson MS, 39207-3494 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BOK | BCBS OF OKLAHOMA | P.O. Box 3283 Tulsa OK, 74102-3283 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | BD ADVANTAGE | 450 Riverchase Parkway East Birmingham AL, 35298-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAS | BENEFIT ADMIN SYSTEMS | 17475 Jovanna Dr, Suite 1B Homewood IL, 60430 | Prescription Benefit Contract | $0.00 |

3