UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about August 25, 2006 I caused copies of:

• the **Order Pursuant to First Omnibus Motion (I) Authorizing Assumption of Executory Contracts and Unexpired Leases and (II) Fixing Cure Amounts**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 7, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: F1

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF  Doc 10794  Filed 09/07/06  Page 3 of 12

SERVICE LIST
Page 1 of 2

**Order Pursuant to First Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                             **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 533787-E1<br>(ALTA RX)- FIRST HEALTH RX<br>4300 COX ROAD<br>GLEN ALLEN VA 23060 | CREDITOR ID: 533788-E1<br>AARP DISCOUNT CARD<br>13900 RIVERPORT DRIVE<br>MARYLAND HEIGHTS MO 63043 | CREDITOR ID: 533789-E1<br>ACL SERVICES LTD<br>1550 ALBERNI STREET<br>VANCOUVER BC V6G 1A5<br>CANADA |
| CREDITOR ID: 533790-E1<br>ACS STATE HEALTHCARE (FLORIDA MEDICAID)<br>2308 KILLEARN CENTER BLVD, STE 200<br>PROVIDER ENROLLMENT<br>TALLAHASSEE FL 32309 | CREDITOR ID: 533791-E1<br>ACS STATE HEALTHCARE (MISSISSIPPI MEDICAID)<br>385B HIGHLAND COLONY PKWY, STE 300<br>RIDGELAND MS 39157 | CREDITOR ID: 533792-E1<br>ADHERIS, INC.<br>400 WEST CUMMINGS PARK<br>STE 3050<br>WOBURN MA 01801 |
| CREDITOR ID: 533793-E1<br>ADVANCED PHARMACY CARE<br>911 NW 209TH AVENUE, STE 111<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 533794-E1<br>ADVANTRA XTRA<br>2211 SANDERS ROAD<br>NORTHBROOK IL 60062 | CREDITOR ID: 533795-E1<br>AETNA HEALTH PLAN<br>151 FARMINGTON AVENUE<br>HARTFORD CT 06156 |
| CREDITOR ID: 533796-E1<br>AETNA RX<br>151 FARMINGTON AVENUE<br>HARTFORD CT 06156 | CREDITOR ID: 533797-E1<br>AGELITY<br>555 BROAD HOLLOW ROAD, SUITE 402<br>MELVILLE NY 11747 | CREDITOR ID: 533798-E1<br>ALABAMA DEPARTMENT OF PUBLIC HEALTH WIC PROGRAM<br>THE RSA TOWER, SUITE 1300<br>PO BOX 303017<br>MONTGOMERY AL 36130 |
| CREDITOR ID: 533799-E1<br>ALABAMA MEDICAID<br>501 DEXTER AVENUE<br>PO BOX 5624<br>MONTGOMERY AL 36103 | CREDITOR ID: 534397-E1<br>ALABAMA POWER<br>600 N 18TH STREET<br>BIRMINGHAM AL 35291 | CREDITOR ID: 533800-E1<br>ALAGAP DATA SYSTEMS, INC<br>PO BOX 800107<br>LAGRANGE GA 30240 |
| CREDITOR ID: 534406-E1<br>ALEX COMMUNICATIONS, INC.<br>C/O ALEX MARTINEZ<br>14290 SW 122 COURT<br>MIAMI FL 33186 | CREDITOR ID: 533801-E1<br>ALLEN SYSTEMS GROUP, INC.<br>1333 THIRD AVENUE S<br>NAPLES FL 34102 | CREDITOR ID: 533802-E1<br>ALLTEL COMMUNICATIONS<br>400 EAST BRYAN STREET<br>DOUGLAS GA 31533 |
| CREDITOR ID: 533804-E1<br>AMERICAN EXPRESS<br>GENERAL COUNSEL<br>AMERICAN EXPRESS TOWER<br>200 VESEY STREET<br>ATTN: TRAVELERS CHEQUE COUNSEL<br>NEW YORK NY 10285 | CREDITOR ID: 533803-E1<br>AMERICAN EXPRESS<br>WORLD FINANCIAL CENTER<br>NEW YORK NY 10285 | CREDITOR ID: 533805-E1<br>AMERICAN EXPRESS TRAVEL SERVICES COMPANY INC<br>4315 SOUTH 2700 WEST<br>SALT LAKE CITY UT 84184 |
| CREDITOR ID: 533806-E1<br>AMERICAN PROMOTIONAL EVENTS<br>4511 HELTON DR<br>FLORENCE AL 35630 | CREDITOR ID: 533807-E1<br>AMERICA'S HEALTH CHOICE<br>1175 SOUTH U.S. HIGHWAY 1<br>VERO BEACH FL 32962 | CREDITOR ID: 533808-E1<br>AMNET<br>929 EAST MIAN AVENUE, SUITE 310<br>PUYALLUP WA 98372 |
| CREDITOR ID: 533809-E1<br>ANTHEM HEALTH PLAN (CMI)<br>1351 WILLIAM HOWARD TAFT ROAD<br>CINCINNATI OH 45206-1775 | CREDITOR ID: 533810-E1<br>ANTHEM RX<br>1351 WILLIAM HOWARD TAFT ROAD<br>CINCINNATI OH 45206-1775 | CREDITOR ID: 533811-E1<br>APPLIED DECISIONS USA<br>2801 S FAIRFIELD AVE, SUITE B<br>LOMBARD IL 60148 |

**Order Pursuant to First Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 533812-E1<br>APRISMA MANAGEMENT TECHNOLOGIES<br>273 CORPORATE DRIVE<br>PORTMOUTH NH 03801 | CREDITOR ID: 533814-E1<br>APS- EAP<br>APS HEALTHCARE BETHESDA<br>6705 ROCKLEDGE DRIVE, SUITE 200<br>BETHESDA MD 20817-1850 | CREDITOR ID: 533813-E1<br>APS- EAP<br>8403 COLESVILLE RD, SUITE 1600<br>ATTN: JOE HUFFMAN<br>SILVER SPRINGS MD 20910 |
| CREDITOR ID: 533815-E1<br>ARGUS<br>1300 WASHINGTON STREET<br>KANSAS CITY MO 64105-1433 | CREDITOR ID: 533816-E1<br>ARRINGTON GROUP<br>6413 ARRINGTON RD<br>RALEIGH NC 27607 | CREDITOR ID: 533817-E1<br>ASSOCIATED BRANDS, INC.<br>FORMERLY ONTARIO FOODS INC<br>PO BOX 2739<br>BUFFALO NY 14240 |
| CREDITOR ID: 533818-E1<br>ASTUTE SOLUTIONS<br>2400 CORPORATE EXCHANGE DR, STE 150<br>COLUMBUS OH 43231 | CREDITOR ID: 533819-E1<br>AV MED HEALTH PLAN OF FL<br>9400 S DADELAND BOULEVARD<br>MIAMI FL 33156 | CREDITOR ID: 533820-E1<br>BARNARD SOFTWARE INC.<br>806 SILK OAK TERRACE<br>LAKE MARY FL 32746 |
| CREDITOR ID: 533821-E1<br>BC/BS OF ALABAMA<br>450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM AL 35298-0001 | CREDITOR ID: 533822-E1<br>BC/BS OF CENTRAL NEW YORK<br>344 SOUTH WARREN STREET<br>SYRACUSE NY 13202 | CREDITOR ID: 533823-E1<br>BC/BS OF CONNECTICUT<br>PO BOX 530<br>NORTH HAVEN CT 06473-0530 |
| CREDITOR ID: 533824-E1<br>BC/BS OF GEORGIA<br>3350 PEACHTREE ROAD<br>ATLANTA GA 30326 | CREDITOR ID: 533825-E1<br>BC/BS OF MICHIGAN<br>600 LAFAYETTE EAST<br>DETROIT MI 48226 | CREDITOR ID: 533826-E1<br>BC/BS OF MISSISSIPPI<br>PO BOX 3494<br>JACKSON MS 39207-3494 |
| CREDITOR ID: 533827-E1<br>BCBS OF OKLAHOMA<br>PO BOX 3283<br>TULSA OK 74102-3283 | CREDITOR ID: 533828-E1<br>BD ADVANTAGE<br>450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM AL 35298-0001 | CREDITOR ID: 533829-E1<br>BENEFIT ADMIN SYSTEMS<br>17475 JOVANNA DR, SUITE 1B<br>HOMEWOOD IL 60430 |
| CREDITOR ID: 534398-E1<br>CIGNA<br>900 COTTAGE GROVE ROAD<br>HARTFORD CT 0152-1136 | CREDITOR ID: 534400-E1<br>GE CAPITAL EQUIPMENT FINANCING<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11503 | CREDITOR ID: 534399-E1<br>GE CAPITAL EQUIPMENT FINANCING<br>ATTN STEVEN L LOUVAR<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS IA 52404 |
| CREDITOR ID: 534402-E1<br>JOSE PENA - ENEIDA FASHIONS INC.<br>11241 SW 40TH STREET<br>MIAMI FL 33165 | CREDITOR ID: 534403-E1<br>L&E JEWELRY<br>11241-D SW 40TH STREET<br>MIAMI FL 33165 | CREDITOR ID: 534404-E1<br>LA GARDENIA CORPORATION<br>11425 SW 41ST STREET<br>MIAMI FL 33165 |
| CREDITOR ID: 534405-E1<br>PARADISE TRAVEL CENTER<br>C/O BARBARA MUSIBAY<br>2925 SW 93RD PLACE<br>MIAMI FL 33165 | CREDITOR ID: 534401-E1<br>RX PRIME<br>900 COTTAGE GROVE ROAD<br>HARTFORD CT 06152 | |

Total: 53

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER PURSUANT TO FIRST OMNIBUS MOTION (I) AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) FIXING CURE AMOUNTS

These cases came before the Court for hearing on August 24, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts"), effective as of the effective date of the Debtors' joint plan of reorganization (the "Effective Date") and (b) fixing the costs of assumption at the Proposed Cure Amounts identified on Exhibit A (the "Motion").[1] By the Motion, the Counter Parties to the Contracts were given until August 10, 2006 to object to the Proposed Cure Amounts. An objection to the Motion was filed by Alabama Power and, as a result, the Debtors have agreed to continue the Motion with respect to the contract with Alabama Power, which contract has been removed from Exhibit A. The Debtors have withdrawn without prejudice from the Motion, and have reserved the right to include in a subsequent motion to assume or reject, the contracts with the following parties, which contracts have also been

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

removed from Exhibit A: (a) ACI Worldwide, (b) Advanced RxCare, (c) Alascript, (d) Alpha Script, (e) Aluminum Company of America, (f) Ateb, (g) Axsa, (h) BCBS of Wyoming, (i) BEA Systems, and (j) Benefit Advantage RX Network. Upon consideration, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to assume the Contracts pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date. The Debtors' assumption of the Contracts as of, and upon the occurrence of, the Effective Date is approved.

3. For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors with respect to the Contracts are the Proposed Cure Amounts listed on Exhibit A.

4. The Counter Parties listed on Exhibit A are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A, except for the Proposed Cure Amount.

5. The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

6. The requirements of 11 U.S.C. § 365(b)(1) are hereby deemed satisfied with respect to each of the Contracts.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9. In the event the Debtors' joint plan of reorganization is not confirmed or does not become effective, this Order shall be null and void.

Dated August 24, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

3

## Exhibit A

Exhibit A
Contracts for Assumption

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| | | Pharmacy Third Party Insurance | ALT | (ALTA RX)- FIRST HEALTH RX | 4300 Cox Road Glen Allen VA, 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AARP DISCOUNT CARD | 13900 Riverport Drive Maryland Heights MO, 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AARP DISCOUNT CARD (ESI) | 13900 Riverport Drive Maryland Heights MO, 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Procurement | HDQ | Software Maintenance | | ACL Services LTD | 1550 Alberni Street Vancouver BC, V6G 1A5 | ACL for Windows v7.2.1 S/N 32803W-32806W and ACL for Windows v7.2.1 CD Pacl S/N 33048W | $6,725.67 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | ACS State Healthcare (Florida Medicaid) | 2308 Killearn Center Boulevard Suite 200 Provider Enrollment Tallahassee FL, 32309 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | ACS State Healthcare (Mississippi Medicaid) | 385B Highland Colony Pkwy Suite 300 Ridgeland MS, 39157 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Adheris, Inc. | 400 West Cummings Park, Ste. 3050 Woburn MA, 1801 | Patient Compliance Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | APC | ADVANCED Pharmacy CARE | 911 NW 209th Avenue, Suite 111 Pembroke Pines FL, 33029 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | ADVANTRA XTRA | 2211 Sanders Road Northbrook IL, 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AET | AETNA HEALTH PLAN | 151 Farmington Avenue Hartford CT, 6156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AETNA RX | 151 Farmington Avenue Hartford CT, 06156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AGE | AGELITY | 555 Broad Hollow Road., Suite 402 Melville NY, 11747 | Prescription Benefit Contract | $4,527.10 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | AGELITY | 555 Broad Hollow Road., Suite 402 Melville NY, 11747 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Alabama Department of Public Health WIC Program | The RSA Tower, Suite 1300 P.O. Box 303017 Montgomery, AL 36130 AL, 36130 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MAL | ALABAMA MEDICAID | 501 Dexter Avenue, P.O. Box 5624 Montgomery AL, 36103 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ALA | ALAGAP DATA SYSTEMS, INC | P.O. Box 800107 LaGrange GA, 30240 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Allen Systems Group, Inc. | 1333 Third Avenue S. Naples FL, 34102 | Zeke Agent NT for VSE | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | BD001 | Alltel Communications | 400 East Bryan Street Douglas GA, 31533 | Communication Service Agreement for Deep South (Maintenenace for PBX Switch hardware) | $0.00 |

1

Exhibit A
Contracts for Assumption

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores | All | Product Purchase | | American Express | World Financial Center New York NY, 10285 4315 South 2700 West Salt Lake City, UT 84184 General Counsel, American Express Tower, 200 Vesey Street New York, NY 10285-4900 Attn: Travelers Cheque Counsel | Amex appoints WD as representative to sell AMEX Gift Cards. | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | American Express Travel Services Company Inc. | 4315 South 2700 West Salt Lake City UT, 84184 | Marketing Program Agreement, dated May 20, 2004 | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | N/A | AMERICAN PROMOTIONAL EVENTS | 4511 HELTON DR FLORENCE AL, 35630 | VENDOR GUARANTEE OF INDEMNITY TO WINN-DIXIE FOR SALE OF FIREWORKS. $2,000,000 COMBINED SINGLE LIMIT OF LIABILITY FOR BODILY INJURY AND PROPERTY. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AHC | AMERICA'S HEALTH CHOICE | 1175 South U.S. Highway 1 Vero Beach FL, 32962 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NWP | AMNET | 929 East Mian Avenue, Suite 310 Puyallup WA, 98372 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AHS | ANTHEM HEALTH PLAN (CMI) | 1351 William Howard Taft Road Cincinnati OH, 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | ANTHEM RX | 1351 William Howard Taft Road Cincinnati OH, 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | MSA | Applied Decisions USA | 2801 S. Fairfield Ave. Suite B Lombard IL, 60148 | | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 8005658 | Aprisma Management Technologies | 273 Corporate Drive Portmouth NH, 3801 | Spectrum Enterprise Manager | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | APS- EAP | 8403 Colesville Rd., Suite 1600 Attn: Joe Huffman Silver Springs MD, 20910 APS Healthcare Bethesda 6705 Rockledge Drive Suite 200 Bethesda, MD 20817-1850 | Employee Assistance Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ARG | ARGUS | 1300 Washington Street Kansas City MO, 64105-1433 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT - Consulting Agreement | Cody Shive | Arrington Group | 6413 Arrington Rd. Raleigh NC, 27607 | Data Management | $0.00 |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT Master Service Agreement | MSA | Arrington Group | 6413 Arrington Rd. Raleigh NC, 27607 | Data Management | $0.00 |

2

Exhibit A
Contracts for Assumption

| Debtor | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Total Corporati | Indemnity Agreement | | Associated Brands, Inc. | FORMERLY ONTARIO FOODS INC PO BOX 2739 BUFFALO NY, 14240 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Astute Solutions | 2400 Corporate Exchange Drive, Suite 150 Columbus OH, 43231 | PowerCenter | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | AVM | AV MED HEALTH PLAN OF FL | 9400 S. Dadeland Boulevard Miami FL, 33156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Lease | 4250-932 | Barnard Software Inc. | 806 Silk Oak Terrace Lake Mary FL, 32746 | TCP/IP Topols for VSE | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAL | BC/BS OF ALABAMA | 450 Riverchase Parkway East Birmingham AL, 35298-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCN | BC/BS OF CENTRAL NEW YORK | 344 South Warren Street Syracuse NY, 13202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCT | BC/BS OF CONNECTICUT | P.O. Box 530 North Haven CT, 06473-0530 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BGA | BC/BS OF GEORGIA | 3350 Peachtree Road Atlanta GA, 30326 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BMI | BC/BS OF MICHIGAN | 600 Lafayette East Detroit MI, 48226 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BMS | BC/BS OF MISSISSIPPI | P.O.Box 3494 Jackson MS, 39207-3494 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BOK | BCBS OF OKLAHOMA | P.O. Box 3283 Tulsa OK, 74102-3283 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | BD ADVANTAGE | 450 Riverchase Parkway East Birmingham AL, 35298-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAS | BENEFIT ADMIN SYSTEMS | 17475 Jovanna Dr, Suite 1B Homewood IL, 60430 | Prescription Benefit Contract | |

3