# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et al.</u>,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about August 25, 2006 I caused copies of:

- the **Order Pursuant to Second Omnibus Motion (I) Authorizing Assumption of Executory Contracts and Unexpired Leases and (II) Fixing Cure Amounts**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 7, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order Pursuant to Second Omnibus Motion**
**(I) Authorizing Assumption of Executory Contracts**
**and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534183-E3<br>AMSOUTH PROPERTIES<br>ATTN HENRY LONG<br>PO BOX 11007<br>BIRMINGHAM AL 35288 | CREDITOR ID: 534207-E4<br>ARLINGTON PROPERTIES INC<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM  AL 35202-2767 | CREDITOR ID: 534208-E4<br>BAYVIEW LOAN SERVICING LLC<br>ATTN PAYMENT PROCESSING DEPT<br>PO BOX 4767<br>COLUMBUS GA 31904 |
| CREDITOR ID: 534209-E4<br>BELMART INC<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD, STE 100<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 533999-E2<br>BENESCRIPT<br>300 HALCOMB BRIDGE ROAD,<br>SUITE 228 30092<br>NORCROSS GA 30010-1229 | CREDITOR ID: 534210-E4<br>BIG PINE SHOPPING CENTER LLC<br>PO BOX 431944<br>BIG PINE KEY  FL 33043 |
| CREDITOR ID: 534211-E4<br>BIRMINGHAM REALTY CO<br>ACCOUNTING DEPT<br>27 INVERNESS CENTER PARKWAY<br>BIRMINGHAM  AL 35242-4202 | CREDITOR ID: 534000-E2<br>BLUECROSS/BLUE SHIELD<br>4800 DEERWOOD CAMPUS PKWY, DCC 3/5<br>ATTN: INGER M. ROOD - ACCOUNT EXEC<br>JACKSONVILLE FL 32246 | CREDITOR ID: 534001-E2<br>BLUESAVER ADVANTAGE<br>(BCBSFL)(MEDCO)<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES NJ 07417 |
| CREDITOR ID: 534184-E3<br>BRIDGECOM WIRELESS GULF COAST<br>2395 EAST GAUSE BLVD, SUITE 3<br>SLIDELL LA 70461 | CREDITOR ID: 534002-E2<br>BUREAU OF CHILD W/MED HNDCPS<br>PO BOX 1603<br>COLOMBUS OH 43216-1603 | CREDITOR ID: 534003-E2<br>CADEC CORPORATION<br>8 E PERIMETER ROAD<br>LONDONDERRY NH 3053 |
| CREDITOR ID: 534004-E2<br>CAJUN CUTTERS<br>20535 LEO ROAD<br>ABBEVILLE LA 70510 | CREDITOR ID: 534005-E2<br>CARDINAL HEALTH<br>7000 CARDINAL PLACE<br>DUBLIN OH 43017 | CREDITOR ID: 534006-E2<br>CAREMARK/ADVANCEPCS-AZ<br>2211 SANDERS ROAD<br>NORTHBROOK IL 60062 |
| CREDITOR ID: 534007-E2<br>CARGILL<br>BOX 5647<br>TAMPA FL 33605 | CREDITOR ID: 534009-E2<br>CARGILL<br>CARGILL BUILDING<br>MINNEAPOLIS MN 55402 | CREDITOR ID: 534008-E2<br>CARGILL<br>BOX 9300<br>MEMPHIS TN 55440 |
| CREDITOR ID: 534010-E2<br>CATALINA MARKETING<br>201 CARILLON PARKWAY<br>ST PETERSBURG FL 33716 | CREDITOR ID: 534011-E2<br>CATALYST RX<br>851 S RAMPART BLVD., SUITE 110<br>LAS VEGAS NV 89147 | CREDITOR ID: 534012-E2<br>CBCA RX(FORMERLY YORK PRESC)<br>675 FOXON ROAD, SUITE 204<br>EAST HAVEN CT 6513 |
| CREDITOR ID: 534013-E2<br>CEDAR HILL INDEPENDANT SCHOOLS<br>PO BOX 167768<br>IRVING TX 75016 | CREDITOR ID: 534014-E2<br>CELGENE CORP THALOMID<br>86 MORRIS AVENUE<br>SUMMIT NJ 07901 | CREDITOR ID: 534015-E2<br>CELGENE CORPORATION<br>7 POWDER HORN DRIVE<br>WARREN NJ 07059 |
| CREDITOR ID: 534016-E2<br>CERTIFIED PARTS WAREHOUSE<br>12 INDUSTRIAL DRIVE<br>EXETER NH 03833 | CREDITOR ID: 534017-E2<br>CHAMPION BLACKTOP MAINTENANCE<br>PO BOX 5772<br>MERIDIAN MS 39302 | CREDITOR ID: 534018-E2<br>CHAMPUS VA<br>PO BOX 7927<br>MADISON WI 53707 |

SERVICE LIST

**Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534019-E2<br>CHECKFREE<br>4411 EAST JONES BRIDGE ROAD<br>NORCROSS GA 30092 | CREDITOR ID: 534212-E4<br>CHESTER DIX CRAWFORDVILLE CORP<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 534020-E2<br>CHICAGO-SOFT<br>6232 NORTH PULASKI ROAD, SUITE 402<br>CHICAGO IL 60646-5131 |
| CREDITOR ID: 534021-E2<br>CHOICE RX<br>1525 MERRILL DRIVE, SUITE 2000<br>LITTLE ROCK AR 72211 | CREDITOR ID: 534022-E2<br>CITRIX<br>6400 NW 6TH WAY<br>FT. LAUDERDALE FL 33309 | CREDITOR ID: 534023-E2<br>CLAIMSPRO<br>24370 NORTHWESTERN HWY<br>SOUTHFIELD MI 48075 |
| CREDITOR ID: 534024-E2<br>CLEAN SWEEP OF ORLANDO, INC.<br>217 LOCHBERRY PLACE<br>LONGWOOD FL 32779 | CREDITOR ID: 534025-E2<br>COMMERCEQUEST<br>2202 N WESTSHORE BLVD.<br>600<br>TAMPA FL 33607 | CREDITOR ID: 534026-E2<br>COMMERCEQUEST<br>5481 WEST WATERS AVE., SUITE 100<br>TAMPA FL 33634 |
| CREDITOR ID: 534027-E2<br>COMMONWEALTH BRANDS, INC<br>PO BOX 51587<br>BOWLING GREEN KY 42102 | CREDITOR ID: 534028-E2<br>COMMUN-I-CARE<br>PO BOX 186<br>COLUMBIA SC 29202-0186 | CREDITOR ID: 534185-E3<br>COMMUNITY BANK & TRUST<br>PO BOX 1900<br>CORNELIA GA 30531 |
| CREDITOR ID: 534186-E3<br>COMMUNITY BANK AND TRUST<br>ATTN CINDY STAVELY<br>474 NORTH MAIN STREET<br>CORNELIA GA 30531 | CREDITOR ID: 534029-E2<br>COMMUNITY CARE RX-MEMBER HTH<br>PO BOX 391180<br>CLEVELAND OH 44139 | CREDITOR ID: 534030-E2<br>COMMUNITY RX ANTHEM PRES MGM<br>1351 WILLIAM HOWARD TAFT ROAD<br>CINCINNATI OH 45206-1775 |
| CREDITOR ID: 534031-E2<br>COMPANION HEALTH CARE<br>300 ARBOR LAKE DRIVE, SUITE 800<br>COLUMBIA SC 29223 | CREDITOR ID: 534032-E2<br>COMPLETE SWEEP, INC.<br>PO BOX 177<br>GADSDEN AL 35902 | CREDITOR ID: 534033-E2<br>COMPSCRIPT<br>4000 TERMINAL TOWER<br>CLEVELAND OH 44113 |
| CREDITOR ID: 534034-E2<br>COMPUWARE<br>31440 NORTHWESTERN HIGHWAY<br>FARMINGTON HILLS MI 48334-2564 | CREDITOR ID: 534213-E4<br>CONCORD SHOPPING CENTER<br>C/O TERRANOVA CORP<br>801 ARTHUR GODFREY RD, STE 600<br>MIAMI  BEACH FL 33140 | CREDITOR ID: 534035-E2<br>CONSOLIDATED PRESCRIP. SERVICES<br>3637 MEDINA ROAD, SUITE 325<br>MEDINA OH 44256 |
| CREDITOR ID: 534036-E2<br>CONSULCARE PRESCRIPTION NETWORK<br>6061 SOUTH WILLOW DRIVE, SUITE 125<br>GREENWOOD VILLAGE CO 80111 | CREDITOR ID: 534037-E2<br>CONSULTEC, INC.<br>9040 ROSWELL ROAD<br>ATLANTA GA 30350 | CREDITOR ID: 534038-E2<br>CONTRACT PHARMACY SERVICES<br>PO BOX 1223<br>ANNISTON AL 36202 |
| CREDITOR ID: 534039-E2<br>COVENTRY HC OF PENNSYLVANIA<br>2815 COLISEUM CENTRE DRIVE, SUITE 550<br>CHARLOTTE NC 28217-4522 | CREDITOR ID: 534040-E2<br>CREATIVE PRODUCTS<br>PO BOX 14356<br>TAMPA FL 33690 | CREDITOR ID: 534041-E2<br>CREDIT UNION 24<br>2473 CARE DRIVE, SUITE 1<br>TALLAHASSEE FL 32308 |

SERVICE LIST

**Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534042-E2<br>CRITERION ADVANTAGE<br>7047 E GREENWAY PARKWAY, SUITE 360<br>SCOTTSDALE AZ 85254 | CREDITOR ID: 534043-E2<br>CROWN CORK & SEAL USA, INC.<br>1 CROWN WAY<br>PHILADELPHIA PA 19154-4599 | CREDITOR ID: 534044-E2<br>CSI<br>8120 STATE ROUTE 138<br>WILLIAMSPORT OH 43164 |
| CREDITOR ID: 534045-E2<br>CSX<br>500 WATER STREET, J180<br>JACKSONVILLE FL 32202 | CREDITOR ID: 534046-E2<br>CYBERMATION<br>12020 SUNRISE VALLEY DRIVE, STE 100<br>RESTON VA 20191 | CREDITOR ID: 534047-E2<br>DATA 21<br>3510 TORRANCE BLVD, SUITE 300<br>TORRANCE CA 90503 |
| CREDITOR ID: 534048-E2<br>DATA SAVERS<br>600 NORTH ELLIS ROAD<br>JACKSONVILLE FL 32254 | CREDITOR ID: 534049-E2<br>DATASOURCE<br>1805 ARABIAN AVE<br>NAPERVILLE IL 60565 | CREDITOR ID: 534050-E2<br>DEPT OF EMPLOYEE TRUST FUNDS<br>(TOUCHPOINT-TPH)<br>PO BOX 101632<br>PITTSBURGH PA 15237 |
| CREDITOR ID: 534051-E2<br>DESTINATION RX (AGELITY)<br>555 BROAD HOLLOW ROAD., SUITE 402<br>MELVILLE NY 11747 | CREDITOR ID: 534052-E2<br>DIAMOND H<br>ATTN: JIM STRATTON<br>100 N RUPERT ST<br>FT. WORTH TX 76107 | CREDITOR ID: 534187-E3<br>DIMA'S JEWELRY, INC<br>3275 CORAL WAY<br>MIAMI FL 33145 |
| CREDITOR ID: 534053-E2<br>DIRECT COMP RX<br>3316 W QUAIL AVENUE<br>PHOENIX AZ 85027 | CREDITOR ID: 534054-E2<br>DISCOVER FINANCIAL SERVICES LLC<br>F/K/A DISCOVER FIN<br>2500 LAKE COOK ROAD (2/3AA)<br>RIVERWOODS IL 60015 | CREDITOR ID: 534055-E2<br>DISI<br>725 PRIMERA BLVD, SUITE 235<br>LAKE MARY FL 32746 |
| CREDITOR ID: 534056-E2<br>DIVERSIFIED<br>7760 FRANCE AVENUE SOUTH, SUITE 500<br>EDINA MN 55435 | CREDITOR ID: 534057-E2<br>DOLE FOOD COMPANY INC.<br>ONE DOLE DRIVE<br>WESTLAKE VILLAGE CA 91362-7300 | CREDITOR ID: 534058-E2<br>DON MARSHALL & ASSOCIATES<br>6216 MICHELE RD<br>MACCLENNY FL 32063 |
| CREDITOR ID: 534059-E2<br>DPI TELECONNECT<br>2997 LBJ FREEWAY, SUITE 225<br>DALLAS TX 75234 | CREDITOR ID: 534060-E2<br>DPSI<br>4905 KORGER BLVD, SUITE 101<br>GREENSBORO NC 27407 | CREDITOR ID: 534061-E2<br>EBRX<br>250 EAST BROAD STREET, SUITE 600<br>COLUMBUS OH 43215 |
| CREDITOR ID: 534062-E2<br>ECKERDS HEALTH SYSTEM<br>620 EPSILON DRIVE<br>PITTSBURGH PA 15238 | CREDITOR ID: 534063-E2<br>EDS (ALABAMA MEDICAID)<br>301 TECHNACENTER DR<br>MONTGOMERY AL 36124-4035 | CREDITOR ID: 534064-E2<br>EDS (GEORGIA MEDICAID)<br>809 OAK ST<br>MCRAY GA 31055 |
| CREDITOR ID: 534065-E2<br>ELT<br>708 WEST KENOSHA<br>BROKEN ARROW OK 74012-8913 | CREDITOR ID: 534066-E2<br>EMC<br>171 SOUTH STREET<br>HOPKINTON MA 01748-9103 | CREDITOR ID: 534067-E2<br>EMPLOYEE BENEFIT MANAGEMENT<br>SERVICES<br>PO BOX 21367<br>BILLINGS MT 59104 |

SERVICE LIST
**Order Pursuant to Second Omnibus Motion**
**(I) Authorizing Assumption of Executory Contracts**
**and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 534068-E2
EMPLOYEE HLTH INS MGMT, INC.
24700 WEST TWELVE MILE RD, STE 101
SOUTHFIELD MI 48034

CREDITOR ID: 534069-E2
EMPLOYER HEALTH OPTIONS
2801 WEST AVENUE T
TEMPLE TX 76504

CREDITOR ID: 534070-E2
ENHANCED PHARMACY CARE
345 EDGEWOOD TERRACE DRIVE
JACKSON MS 39206

CREDITOR ID: 534071-E2
ENVIRONMENTAL WASTE SOLUTIONS
73 SOUTH PALM AVE, SUITE 222
SARASOTA FL 34236

CREDITOR ID: 534215-E4
ERNST PROPERTIES, INC
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET, SUITE 2300
NEW ORLEANS LA 70130-6078

CREDITOR ID: 534072-E2
ESKILL
600 SUFFOLK ST, 4TH FLOOR
LOWELL MA 01850

CREDITOR ID: 534073-E2
EXPRESS SCRIPTS-MED ADVANTAG
13900 RIVERPORT DRIVE
MARYLAND HEIGHTS MO 63043

CREDITOR ID: 534074-E2
EXXON MOBILE CHEMICAL COMPANY
729 PITTSFORD PALMYRA RD
MACEDON NY 14502

CREDITOR ID: 534216-E4
F.R.G, INC.
AXEWOOD PROFESSIONAL BUILDING
7004 W BUTLER PARKWAY
AMBLER PA 19002

CREDITOR ID: 534075-E2
FANFARE ADCART
25300 RYE CANYON RD
VALENCIA CA 91355

CREDITOR ID: 534076-E2
FANFARE CASH REGISTER RECEIPT
25300 RYE CANYON RD
VALENCIA CA 91355

CREDITOR ID: 534077-E2
FEDERAL BLACK LUNG PROGRAM
PO BOX 828
LANHAM-SEABROOCK MD 20703

CREDITOR ID: 534078-E2
FEDERAL GOVERNMENT MEDICARE
PROGRAM
PALMETTO GOVER
2300 SPRINGDALE DRIVE
BLDG. 1 GM/219
CAMDEN SC 29020

CREDITOR ID: 534188-E3
FIDELITY FEDERAL SAVINGS BANK
218 DATURA STREET
WEST PALM BEACH FL 33401

CREDITOR ID: 534079-E2
FINGER LAKES BC / BS
150 EAST MAIN STREET
ROCHESTER NY 14647

CREDITOR ID: 534080-E2
FINTECH
4720 W CYPRESS STREET, STE 100
TAMPA FL 33607

CREDITOR ID: 534081-E2
FIRST COMMUNITY HEALTH
188 SPARKMAN DRIVE
HUNTSVILLE AL 35804

CREDITOR ID: 534082-E2
FIRST RX
(W/COMP)
PO BOX 152539
TAMPA FL 33684

CREDITOR ID: 534217-E4
FIRST SECURITY BANK NATL ASSOC
ATTN CORPORATE TRUST SERVICES
ACCT #0510922115
79 SOUTH MAIN STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 534189-E3
FIRST STATE BANK OF THE KEYS
1201 SIMONTON STREET
KEY WEST FL 33040

CREDITOR ID: 534083-E2
FLAVORX
8120 WOODMONT AVE
GARDENA CA 90248

CREDITOR ID: 534084-E2
FLEET BUSINESS CREDIT - EMC
ONE SOUTH WACKER DRIVE
CHICAGO IL 60606

CREDITOR ID: 534085-E2
FLORIDA DEPARTMENT OF HEALTH
BUREAU OF WIC AND NUTRITION SVCS
4052 BALD CYPRESS WAY
TALLAHASSEE FL 32399-1726

CREDITOR ID: 534086-E2
FLORIDA MEDICAID
106 EAST COLLEGE AVENUE, SUITE 1200
TALLAHASSEE FL 32301

CREDITOR ID: 534087-E2
FLORIDA POWER & LIGHT COMPANY
PO BOX 25426
MIAMI FL 33102

CREDITOR ID: 534088-E2
FLORIDA STATE LOTTERY COMMISSION
250 MARRIOTT DRIVE
TALLAHASSEE, FL 32399-4020

CREDITOR ID: 534089-E2
FRYDMAN CONSULTING CORPORATION
200 WEST 108TH ST
NEW YORK NY 10025

SERVICE LIST
Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534090-E2<br>FUJITSU CONSULTING<br>1000 SHERBROOKE STREET WEST<br>1400<br>MONTREAL QC H3A 3R2<br>CANADA | CREDITOR ID: 534091-E2<br>GARY BITNER PUBLIC RELATIONS, INC<br>5310 NW 33RD AVE, STE 218<br>FORT LAUDERDALE FL 33309 | CREDITOR ID: 534092-E2<br>GENERAL PRESCRIPTION PROGRAM<br>127 EAST 59TH STREET<br>NEW YORK NY 10022 |
| CREDITOR ID: 534093-E2<br>GENESIS HEALTH PLAN OF OHIO<br>515 NORTH 6TH STREET<br>ST LOUIS MO 63101 | CREDITOR ID: 534094-E2<br>GEORGE WASHINGTON UNIVERSITY<br>25 BLACKSTONE VALLEY PLAZA<br>LINCOLN RI 02865 | CREDITOR ID: 534095-E2<br>GEORGIA MEDICAID<br>1720 PEACHTREE STREET NW, SUITE 200<br>ATLANTA GA 30309 |
| CREDITOR ID: 534096-E2<br>GEORGIA STATE LOTTERY COMMISSION<br>250 WILLIAMS, SUITE 3000<br>ATLANTA GA 30303 | CREDITOR ID: 534097-E2<br>GEORGIA WIC BRANCH VENDOR<br>MANAGEMENT SECTION<br>2 PEACHTREE STREET NW, SUITE 10-476<br>ATLANTA, GA 30303 GA 30303 | CREDITOR ID: 534098-E2<br>GETRONICS<br>8110 ANDERSON ROAD, SUITE 100<br>TAMPA FL 33634-2318 |
| CREDITOR ID: 534099-E2<br>GNX<br>(GLOBAL NETXCHANGE)<br>333 BUSH STREET, 18TH FLOOR<br>SAN FRANCISCO CA 94104 | CREDITOR ID: 534100-E2<br>GRANITE TELECOMMUNICATIONS<br>234 COPELAND STREET<br>QUINCY MA 02169 | CREDITOR ID: 534101-E2<br>GULFPORT SUN HERALD<br>PO BOX 4567<br>BILOXI MS 39531 |
| CREDITOR ID: 534218-E4<br>GUMBERG ASSET MGMT CORP<br>REF: PROMENADE SHOPS<br>3200 N FEDERAL HIGHWAY<br>FORT LAUDERDALE   FL 33306-1064 | CREDITOR ID: 534102-E2<br>H & W COMPUTER SYSTEMS<br>PO BOX 46019<br>BOISE ID 83711 | CREDITOR ID: 534219-E4<br>HAMILTON ROAD LTD PARTNERSHIP<br>PO BOX 7481<br>MOBILE AL 36670 |
| CREDITOR ID: 534103-E2<br>HARRIS METHODIST HEALTH PLAN<br>611 RYAN PLAZA, SUITE 1500<br>ARLINGTON TX 76011 | CREDITOR ID: 534104-E2<br>HAWKEYE INFORMATION SYSTEMS<br>PO BOX 21667<br>FT. COLLINS CO 80522 | CREDITOR ID: 534105-E2<br>HAYES FOOD PRODUCTS<br>PO BOX 121<br>GREENVILLE SC 296020121 |
| CREDITOR ID: 534106-E2<br>HEALTH CHOICE SELECT BLD BNK<br>369 OFFICE PLAZA, SUITE 100<br>TALLAHASSEE FL 32301 | CREDITOR ID: 534107-E2<br>HEALTH LINK<br>830 SOUTH GLOSTER STREET<br>TUPELO MS 38801 | CREDITOR ID: 534108-E2<br>HEALTH NET PLUS<br>(RX CARE)<br>33 NORTH ROAD<br>WAKEFIELD RI 2879 |
| CREDITOR ID: 534109-E2<br>HEALTH PARTNERS OF ALABAMA<br>TWO PERIMETER PARK S, STE 200 WEST<br>BIRMINGHAM AL 35243 | CREDITOR ID: 534110-E2<br>HEALTH PARTNERS/PHARMACARE<br>695 GEORGE WASHINGTON HWY<br>LINCOLN RI 02865 | CREDITOR ID: 534111-E2<br>HEALTH REACH RX<br>445 HUTCHINSON AVENUE, SUITE 300<br>COLUMBUS GA 43235 |
| CREDITOR ID: 534112-E2<br>HEALTHCARE DELIVERY SYSTEMS<br>9700 NORTH 91ST STREET, SUITE 232<br>SCOTTSDALE AZ 85258 | CREDITOR ID: 534113-E2<br>HEALTHEASE /TAMPA GENERAL<br>6800 N DALEMABRY HWY, SUITE 270-299<br>TAMPA FL 33614 | CREDITOR ID: 534114-E2<br>HEALTHGUARD INTERNATIONAL<br>255 NORTH WASHINGTON STREET<br>ROCKVILLE MD 20850 |

SERVICE LIST
Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 534116-E2
HEALTHNET ARIZONA
33 NORTH ROAD
WAKEFIELD RI 02879

CREDITOR ID: 534115-E2
HEALTHNET ARIZONA
10680 TREENA ST, 5TH FLOOR
SAN DIEGO CA 92131

CREDITOR ID: 534220-E4
HEATHROW SQUARE LLC
1230 MONTANA AVE., SUITE 202
SANTA MONICA CA 90403

CREDITOR ID: 534221-E4
HELENA MARKETPLACE LLC
III  RIVERCHASE OFFICE PLAZA
SUITE 102
BIRMINGHAM   AL 35244

CREDITOR ID: 534222-E4
HERMAN MAISEL & CO INC
PO BOX 7481
MOBILE AL 36670

CREDITOR ID: 534117-E2
HEWITT INVESTMENT GROUP
ATTN: WESTON TOMPKINS
3350 RIVERWOOD PARKWAY, SUITE 80
ATLANTA GA 30339

CREDITOR ID: 534118-E2
HINTON ENTERPRISES
PO BOX 390423
DELTONA FL 32738

CREDITOR ID: 534119-E2
HIP OF FLA
7 WEST 34TH STREET
NEW YORK NY 10001

CREDITOR ID: 534120-E2
HUMANA
(PCS)
500 W MAIN STREET
LOUISVILLE KY 40202

CREDITOR ID: 534121-E2
HUMMINGBIRD
1 SPARKS AVENUE
TORONTO ON M2H 2W1
CANADA

CREDITOR ID: 534122-E2
HYPERION
5450 GREAT AMERICA PARKWAY
SANATA CLARA CA 95054

CREDITOR ID: 534223-E4
III T WEST LLC MARCO ISLAND MA
C/O DBR ASSET MANAGEMENT LLC
1 FINANCIAL PLAZA
FORT LAUDERDALE   FL 33394

CREDITOR ID: 534123-E2
INSTIL HEALTH SOLUTIONS
10680 TREENA ST, 5TH FLOOR
SAN DIEGO CA 92131

CREDITOR ID: 534124-E2
INSURX, INC.
4700 ROCKSIDE ROAD, SUITE 200
INDEPENDENCE OH 44131

CREDITOR ID: 534125-E2
INTEQ GROUP
1100 CENTENNIAL BLVD, SUITE 180
RICHARDSON TX 75081

CREDITOR ID: 534126-E2
INTERMOUNTAIN HEALTH CARE
36 SOUTH STATE STREET
SALT LAKE CITY UT 84111

CREDITOR ID: 534127-E2
INTERNATIONAL COMMUNITY ALLI
PO BOX 2381
RANCHO CORDOVA CA 95741

CREDITOR ID: 534128-E2
INTERNAT'L PHARMACY MGMT
110 12TH STREET NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 534190-E3
INT'L BANKING(1ST STATE BANK O
1770 INDIAN TRAIL ROAD
NORCROSS GA 30093

CREDITOR ID: 534129-E2
IP MONITOR
15 GAMELIN BLVD, SUITE 500
GATINEAU QC J8Y 1V4
CANADA

CREDITOR ID: 534130-E2
ITRADE
2600 KITTY HAWK ROAD
115
LIVERMORE CA 94550

CREDITOR ID: 534225-E4
J B LEVERT LAND CO INC
13105 RIVER ROAD
LULING LA 70070

CREDITOR ID: 534224-E4
J B LEVERT LAND CO INC
PO BOX 518
METAIRIE LA 70004-0518

CREDITOR ID: 534131-E2
J BROWN
1010 WASHINGTON BLVD
STAMFORD CT 6901

CREDITOR ID: 534132-E2
J.T. MAINTENANCE SERVICE
PO BOX 1093
KENNER LA 70063

CREDITOR ID: 534133-E2
JACKSONVILLE FLORIDA TIMES UNION
1 RIVERSIDE AVE
JACKSONVILLE FL 32202

CREDITOR ID: 534135-E2
JOINER SWEEPING & LANDSCAPING
2225 CARTER ROAD
ST. AUGUSTINE FL 32084

SERVICE LIST
Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                              **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534136-E2<br>KAISER PERMANENTE<br>25 BLACKSTONE VALLEY PLACE<br>PO BOX 519<br>LINCOLN RI 2865 | CREDITOR ID: 534214-E4<br>KAMIN, DANIEL G.<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 534137-E2<br>KEANE<br>(FORMERLY METRO INFORMATION<br>SERVICES)<br>7650 W COURTNEY CAMPBELL, SUITE 100<br>TAMPA FL 33607 |
| CREDITOR ID: 534138-E2<br>KEELCO INCORPORATED<br>11476 DUVAL PLACE WEST #202<br>JACKSONVILLE FL 32218 | CREDITOR ID: 534139-E2<br>KEKST AND COMPANY<br>437 MADISON AVE, 19TH FLOOR<br>NEW YORK NY 10022 | CREDITOR ID: 534140-E2<br>KENTUCKY MEDICAID<br>275 EAST MAIN STREET<br>FRANKFORT KY 40621-0001 |
| CREDITOR ID: 534226-E4<br>KIMCO REALTY CORPORATION<br>C/O KIMCO REALTY CORP<br>3333 NEW HYDE PARK RD, STE 100<br>NEW HYDE PARK NY 11042-0020 | CREDITOR ID: 534191-E3<br>KING ENTERTAINMENT, INC.<br>#3523<br>ATTN: ERIC SMITH<br>2924-13TH STREET<br>ST. CLOUD FL 34769 | CREDITOR ID: 534227-E4<br>L J MELODY AND CO<br>PO BOX 297480<br>HOUSTON TX 77297 |
| CREDITOR ID: 534228-E4<br>LAKE JACKSON TRADNG POST<br>151 SAWGRASS CORNERS DR, STE 2<br>PONTE VEDRA BEACH FL 32082-1929 | CREDITOR ID: 534141-E2<br>LAWN MAINTENANCE / PRO-BORING<br>915 SILVER PALM WAY<br>APOLLO BEACH FL 33572 | CREDITOR ID: 534142-E2<br>LDI PHARMACY BENEFIT MGMT<br>300 SOUTH GRAND BOULEVARD<br>ST. LOUIS MO 63103 |
| CREDITOR ID: 534143-E2<br>LIFE-PRO<br>10730 PACIFIC STREET<br>248<br>OMAHA NE 68114 | CREDITOR ID: 534144-E2<br>LIFESCAN, INC.<br>1000 GILBRALTAR DR.<br>MILPITAS CA 95035 | CREDITOR ID: 534145-E2<br>LOOMIS FARGO & COMPANY<br>3650 MORRIS FARM DRIVE, UNIT 1D<br>GREENSBORO NC 27409 |
| CREDITOR ID: 534146-E2<br>LORILLARD TOBACCO COMPANY<br>714 GREEN VALLEY ROAD<br>GREENSBORO NC 27408 | CREDITOR ID: 534147-E2<br>LOUISIANA LOTTERY<br>55 LAUREL STREET<br>BATON ROUGE LA 70801 | CREDITOR ID: 534148-E2<br>LOUISIANA MEDICAID<br>PO BOX 91030<br>BATON ROUGE LA 70821-9030 |
| CREDITOR ID: 534229-E4<br>LPI KEY WEST ASSOCIATES LTD<br>750 NE 7TH AVENUE<br>DANIA BEACH  FL 33004 | CREDITOR ID: 534230-E4<br>LPI KEY WEST ASSOCIATES LTD<br>2200 S DIXIE HIGHWAY, SUITE 702 B<br>MIAMI FL 33133-1900 | CREDITOR ID: 534149-E2<br>LUTHER'S LAWN & LANDSCAPING<br>5739 CONNELL RD<br>PLANT CITY FL 33567 |
| CREDITOR ID: 534150-E2<br>MACKINNEY SYSTEMS<br>4411 E. STATE HWY D<br>F<br>SPRINGFIELD MO 65809 | CREDITOR ID: 534151-E2<br>MACRO4<br>35 WATERVIEW BLVD.<br>PARIPPANY NJ 07054-0292 | CREDITOR ID: 534152-E2<br>MACROVISION<br>900 NATIONAL PARKWAY, SUITE 125<br>SCHAUMBURG IL 60173-5108 |
| CREDITOR ID: 534231-E4<br>MAGNOLIA PARK ASSOCIATES, L.P.<br>C/O TALCOR COMMERCIAL R.E. SER<br>1018 THOMASVILLE RD., SUITE 20<br>TALLAHASSEE FL 32303 | CREDITOR ID: 534232-E4<br>MAGNOLIA PARK SHOPPING CENTER<br>3382 CAPITAL CIRCLE NE<br>TALLAHASSEE FL 32308 | CREDITOR ID: 534153-E2<br>MANAGED PHARMACY BENEFITS<br>110 N COLLEGE, SUITE 900<br>TYLER TX 75702 |

SERVICE LIST
Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534154-E2<br>MANAGEMENT COMPUTER SYSTEMS CORP<br>14 WALNUT AVE<br>CLARK NJ 07066 | CREDITOR ID: 534155-E2<br>MARX BROTHERS<br>3100 SECOND AVENUE SOUTH<br>BIRMINGHAM AL 35233 | CREDITOR ID: 534156-E2<br>MASTER LAWN MAINTENANCE<br>PO BOX 5621<br>PLANT CITY FL 33563 |
| CREDITOR ID: 534157-E2<br>MAXICARE<br>5550 77 CENTER DRIVE, SUITE 380<br>CHARLOTTE NC 28217 | CREDITOR ID: 534158-E2<br>MAXORPLUS<br>320 S. POLK STREET, SUITE 200<br>AMARILLO TX 79101 | CREDITOR ID: 534159-E2<br>MCKESSON HEALTH<br>9700 N. 91ST STREET, SUITE 232<br>SCOTTSDALE AZ 85258-5036 |
| CREDITOR ID: 534160-E2<br>MEDCARE USA<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO CA 92131 | CREDITOR ID: 534161-E2<br>MEDCO HEALTH<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES NJ 07417 | CREDITOR ID: 534162-E2<br>MEDICARE - DURABLE MED EQUIP<br>1 W PACK SQ, STE 1400, BB&T BLDG<br>ASHEVILLE NC 28801 |
| CREDITOR ID: 534163-E2<br>MEDICARE & MORE<br>2505 S. FINDLEY ROAD, SUITE 110<br>LOMBARD IL 60148 | CREDITOR ID: 534164-E2<br>MEDICARE & MORE (AETNA)<br>151 FARMINGTON AVENUE<br>HARTFORD CT 06156 | CREDITOR ID: 534165-E2<br>MEDIMPACT<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO CA 92131 |
| CREDITOR ID: 534166-E2<br>MEDTRAK SERVICES<br>6400 GLENWOOD, SUITE 104<br>OVERLAND PARK KS 66202 | CREDITOR ID: 534167-E2<br>MERCER<br>1166 AVENUES OF THE AMERICAS<br>28TH FLOOR<br>NEW YORK NY 10036 | CREDITOR ID: 534168-E2<br>MERCURY<br>379 N. WHISMAN ROAD<br>MOUNTAIN VIEW CA 94043-3969 |
| CREDITOR ID: 534169-E2<br>MERIT HL PL-HLTH STRATEGIES<br>TWO PERIMETER PARK SOUTH, STE 200 W<br>BIRMINGHAM AL 35243 | CREDITOR ID: 534170-E2<br>METAFILE INFORMATION SYSTEMS<br>2900 43RD STREET NW<br>ROCHESTER MN 55901-5895 | CREDITOR ID: 534171-E2<br>MG TAMPA TRIBUNE<br>200-202 S PARKER ST<br>TAMPA FL 33606 |
| CREDITOR ID: 534172-E2<br>MI M'CARE CARD/FIRST HEALTH<br>4300 COX ROAD<br>GLEN ALLEN VA 23060 | CREDITOR ID: 534173-E2<br>MICROSOFT LICENSING, GP<br>7000 N STATE HWY 161<br>IRVING TX 75039 | CREDITOR ID: 534174-E2<br>MILLENNIUM<br>2864 STATEN DRIVE<br>DELTONA FL 32738 |
| CREDITOR ID: 534175-E2<br>MODERN LANDSCAPE DESIGN, LLC<br>3700 HIGHWAY 39 NORTH<br>MERIDIAN MS 39301 | CREDITOR ID: 534233-E4<br>MORRIS TRACK CORP & WILLISTON<br>HIGHLANDS<br>DEVELOPMENT CORP PTNRSHP/NP<br>2601 BISCAYNE BLVD<br>MIAMI FL 33137 | CREDITOR ID: 534176-E2<br>MY PHARMACARE<br>695 GEORGE WASHINGTION HIGHWAY<br>LINCOLN RI 02865 |
| CREDITOR ID: 534177-E2<br>N.C. STATE EMPLOYEE/TEACHERS<br>PO BOX 30111<br>DURHAM NC 27702 | CREDITOR ID: 534178-E2<br>NAPLES  DAILY NEWS<br>1075 CENTRAL AVE<br>NAPLES FL 34102 | CREDITOR ID: 534192-E3<br>NATIONAL COMMERCE BANK<br>ONE COMMERCE SQUARE<br>MEMPHIS TN 38150 |

SERVICE LIST
Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                          **CASE:  05-03817-3F1**

CREDITOR ID: 534179-E2
NATIONAL HEALTH INFORMATION NETWORK
101 JIM WRIGHT FREEWAY SOUTH
200
FT. WORTH TX 76108-2202

CREDITOR ID: 534180-E2
NATIONAL PRESCRIPTION ADMIN
PO BOX 1981
EAST HANOVER NJ 07936

CREDITOR ID: 534181-E2
NETWORK GENERAL
178 E TASMAN DRIVE
SAN JOSE CA 95134

CREDITOR ID: 534182-E2
NETWORK SOLUTION
13200 WOODLAND PARK ROAD
HERNDON VA 20171

CREDITOR ID: 533830-E2
NETWORKS PRESCRIPTION DRUG S
695 GEORGE WASHINGTON HWY
LINCOLN RI 02865

CREDITOR ID: 534234-E4
NOBLE MANAGEMENT CO.
5821-C LAKE ROAD
GREENACRES FL 33463

CREDITOR ID: 534235-E4
NOBLE MANAGEMENT COMPANY
PO BOX 100849
FT LAUDERDALE  FL 33310-0849

CREDITOR ID: 534236-E4
NOBLE PROPERTIES
5821-C LAKE WORTH ROAD
GREENACRES  FL 33463

CREDITOR ID: 533831-E2
NORTH CAROLINA MEDICAID
2515 MAIL SERVICE CENTER
RALEIGH NC 27699-2515

CREDITOR ID: 534237-E4
NORTH COLUMBUS CROSSING SHOPPI
ATT: EDDIE BRANCH
506 MANCHESTER EXPRESSWAY
COLUMBUS  GA 31904

CREDITOR ID: 533832-E2
NORTHWEST FLORIDA DAILY NEWS
200 RACETRACK ROAD NW
FORT WALTON BEACH FL 32547

CREDITOR ID: 533833-E2
NOVA SCRIPT/PROCARE PBM
6005 WAYZATA BLVD
ST LOUIS PARK MN 55416

CREDITOR ID: 533834-E2
NY M'CARE CARD/FIRST HEALTH
4300 COX ROAD
GLEN ALLEN VA 23060

CREDITOR ID: 533835-E2
OBJECTWATCH
13359 US HWY 183N, SUITE 406
BOX 232
AUSTIN TX 78759

CREDITOR ID: 534193-E3
OCEAN BANK
780 NW 42ND AVE, SUITE 600
MIAMI FL 33126

CREDITOR ID: 534195-E3
OFFICE DEPOT
#025
2200 OLD GERMANTOWN ROAD
DELRAY BEACH FL 33445

CREDITOR ID: 534194-E3
OFFICE DEPOT INC
#110
2200 OLD GERMANTOWN ROAD
DELRAY BEACH FL 33445

CREDITOR ID: 534196-E3
OFFICE DEPOT, INC.
#511
2200 OLD GERMANTOWN ROAD
DELRAY BEACH FL 33445

CREDITOR ID: 533836-E2
OFFICE OF PUBLIC HEALTH CENTER
FOR PREVENTIVE HEAL
325 LOYOLA AVENUE ROOM 406
PO BOX 60630
NEW ORLEANS, LA 70160 LA 70160

CREDITOR ID: 533837-E2
OHIO MEDICAID
30 EAST BROAD STREET
COLOMBUS OH 43266-0423

CREDITOR ID: 533859-E2
OKLAHOMA MEDICAID
4545 NORTH LINCOLN BLVD, SUITE 124
OKLAHOMA CITY OK 73154

CREDITOR ID: 533860-E2
OMNISYS INC
2824 TERRELL ROAD, SUITE 602
GREENVILLE TX 75403

CREDITOR ID: 533861-E2
OPELOUSAS SWEEPERS
PO BOX 803
OPELOUSAS LA 70571

CREDITOR ID: 533862-E2
OPUS HEALTH PLAN
1324-106 MOTOR PARKWAY
HAUPPAUGE NY 11788

CREDITOR ID: 533863-E2
ORACLE
PO BOX 71028
CHICAGO IL 60694-1028

CREDITOR ID: 533864-E2
OUTLOOKSOFT
100 PROSPECT STREET
NORTH TOWER
STAMFORD CT 06901

CREDITOR ID: 533865-E2
OWENS-ILLINOIS PRESCRIPTION
PRODUCTS, INC
1 SEA GATE
TOLEDO OH 43666

SERVICE LIST

**Order Pursuant to Second Omnibus Motion**
**(I) Authorizing Assumption of Executory Contracts**
**and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**  **CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533866-E2<br>PA M'CARE CARD/FIRST HEALTH<br>4300 COX ROAD<br>GLEN ALLEN VA 23060 | CREDITOR ID: 533867-E2<br>PACIFICARE<br>221 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY UT 84116 | CREDITOR ID: 533868-E2<br>PACIFICARE OF FLA<br>10833 VALLEY VIEW DRIVE<br>CYPRESS CA 90630 |
| CREDITOR ID: 533869-E2<br>PAID PRESCRIPTIONS<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES NJ 07417 | CREDITOR ID: 533870-E2<br>PARK CITY GROUP<br>PO BOX 4000<br>PARK CITY UT 84060 | CREDITOR ID: 534238-E4<br>PARKVIEW SQUARE OWNER CORP<br>LASALLE BANK NA ACCT# 721810.1<br>135 SOUTH LASALLE ST, SUITE 162<br>CHICAGO IL 60603 |
| CREDITOR ID: 533871-E2<br>PARTNERS<br>(NON-$600 CREDIT)<br>13900 RIVERPORT DRIVE<br>MARYLAND HEIGHTS MO 63043 | CREDITOR ID: 533872-E2<br>PEAK TECHNOLOGIES<br>9200 BERGER ROAD<br>COLUMBIA MD 21046 | CREDITOR ID: 533873-E2<br>PEAK10<br>8810 LENOX POINT DRIVE<br>CHARLOTTE NC 28273 |
| CREDITOR ID: 533874-E2<br>PECO PALLET, INC.<br>29 WELLS AVENUE<br>BLDG 4 PENTHOUSE<br>YONKERS NY 10701 | CREDITOR ID: 533875-E2<br>PENN-PAK INC.<br>PO BOX 290<br>MADISON GA 30650 | CREDITOR ID: 533876-E2<br>PEOPLESOFT<br>500 WEST MONROE STREET<br>CHICAGO IL 60661 |
| CREDITOR ID: 533877-E2<br>PEOPLEWISE-LEXIS/NEXIS<br>700 E. TECHNOLOGY AVE. BUILDING E, SUITE 2200<br>OREM UT 84097 | CREDITOR ID: 533878-E2<br>PEREGINE<br>3611 VALLEY CENTRE DR<br>SAN DIEGO CA 92130 | CREDITOR ID: 533879-E2<br>PERFORM COST MANAGEMENT<br>9700 N 91ST ST, STE 232<br>SCOTTSDALE AZ 85258 |
| CREDITOR ID: 533880-E2<br>PERFORMANCE POWER SWEEP<br>PO BOX 146<br>BARTOW FL 33831 | CREDITOR ID: 533881-E2<br>PHARMA CARE<br>695 GEORGE WASHINGTON HWY<br>LINCOLN RI 02865 | CREDITOR ID: 533882-E2<br>PHARMACARE NET RX<br>25 BLACKSTONE VALLEY PLACE<br>LINCOLN RI 2865 |
| CREDITOR ID: 533883-E2<br>PHARMACEUTICAL CARD SYSTEM<br>9501 EAST SHEA BLVD<br>SCOTTSDALE AZ 85260 | CREDITOR ID: 533884-E2<br>PHARMACEUTICAL CARE NETWORK<br>9343 TECH CENTER DRIVE, SUITE 200<br>SACRAMENTO CA 95826 | CREDITOR ID: 533885-E2<br>PHARMACY ACCESS<br>P.O. BOX 3010<br>ANDOVER MA 01810 |
| CREDITOR ID: 533886-E2<br>PHARMACY ASSOCIATES INC<br>P.O. BOX 23007<br>LITTLE ROCK AK 72221 | CREDITOR ID: 533887-E2<br>PHARMACY BENEFIT ADMINISTRAT<br>10655 NW 29TH TERRACE<br>MIAMI FL 33172 | CREDITOR ID: 533888-E2<br>PHARMACY BUSINESS ASSOCIATES<br>1575 N UNIVERSAL AVENUE, SUITE 100<br>KANSAS CITY MO 64120 |
| CREDITOR ID: 533889-E2<br>PHARMACY CARD INC<br>135 CHESTERFIELS LANE<br>MAUMEE OH 43537 | CREDITOR ID: 533890-E2<br>PHARMACY CARE ALLIANCE<br>13900 RIVERPORT DRIVE<br>MARYLAND HEIGHTS MO 63043 | CREDITOR ID: 533891-E2<br>PHARMACY DIRECT NETWORK<br>221 N. CHARLES LINDBERGH DRIVE<br>SALT LAKE CITY UT 84116 |

SERVICE LIST

**Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR: WINN-DIXIE STORES, INC., ET AL.**　　　　　　　　　　　　　**CASE: 05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533892-E2<br>PHARMACY SERV CORP NEW YORK<br>210 GREAT OAKS BLVD<br>ALBANY NY 12203 | CREDITOR ID: 533893-E2<br>PHARMACY SERVICES GROUP<br>1200 S PINE ISLAND RD #300<br>PLANTATION FL 33324 | CREDITOR ID: 533894-E2<br>PHARMACY SMART CARD<br>P.O. BOX 407<br>BOYS TOWN NE 68010 |
| CREDITOR ID: 533895-E2<br>PHARMASURE INC.<br>728 SHADES CREEK PARKWAY, SUITE 100<br>BIRMINGHAM AL 35209 | CREDITOR ID: 533896-E2<br>PHCY NTWK NATIONAL CORP<br>1540 H WADE HAMPTON BLVD<br>GREENVILLE SC 29605 | CREDITOR ID: 533897-E2<br>PHP TENN CARE<br>201 EXECUTIVE CENTER DRIVE, SUITE 300<br>COLUMBIA SC 29210 |
| CREDITOR ID: 533898-E2<br>PREFERRED PRESCRIPTION DISCT<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES NJ 07417 | CREDITOR ID: 533899-E2<br>PREFERRED SOLUTIONS INC.<br>30 HUNTER LANE<br>CAMP HILL PA 17011 | CREDITOR ID: 533900-E2<br>PRESCRIP<br>125 VENTURE BLVD<br>SPARTANBURG SC 29306 |
| CREDITOR ID: 533901-E2<br>PRESCRIPTION BENEFIT SERVICE<br>5440 N CUMBERLAND AVE, STE 250<br>CHICAGO IL 60656 | CREDITOR ID: 533902-E2<br>PRESCRIPTION DELIVERY SYSTEM<br>P.O. BOX 340<br>HATBORO PA 19040 | CREDITOR ID: 533903-E2<br>PRESCRIPTION DISCOUNT CARD<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES NJ 07417 |
| CREDITOR ID: 533904-E2<br>PRESCRIPTION HEALTH SERVICES<br>2211 SANDERS ROAD<br>NORTHBROOK IL 60062 | CREDITOR ID: 533905-E2<br>PRESCRIPTION PROCESSING SERV<br>3611 QUEEN PALM DRIVE<br>TAMPA FL 33630 | CREDITOR ID: 533906-E2<br>PRESCRIPTION SOLUTIONS<br>3515 HARBOR BOULEVARD<br>COSTA MESA CA 92626 |
| CREDITOR ID: 533907-E2<br>PRESCRIPTION SRVCS AMERICA<br>P.O. BOX 52727<br>LAFAYETTE LA 70505 | CREDITOR ID: 533908-E2<br>PRIME CUT LAWN & TRACTOR WORK<br>31227 N. HORSHOE<br>INDEPENDENCE LA 70443 | CREDITOR ID: 533909-E2<br>PRO SWEEP<br>17124 FOX RIDGE<br>PRAIRIEVILLE LA 70769 |
| CREDITOR ID: 533910-E2<br>PROCARE PBM<br>3090 PREMIERE PARKWAY, SUITE 100<br>DULUTH GA 30097 | CREDITOR ID: 533911-E2<br>PROCARE RX<br>3090 PREMIERE PARKWAY, SUITE 100<br>DULUTH GA 30097 | CREDITOR ID: 533912-E2<br>PROFESSIONAL LAWN CARE & LANDSCAPING<br>7201 BRUNER STREET<br>PENSACOLA FL 32526 |
| CREDITOR ID: 534239-E4<br>PROMVENTURE LIMITED PARTNERSHIP<br>C/O GUMBERG ASSET MGMT CORP<br>PO BOX 951559<br>CLEVELAND OH 44193-0124 | CREDITOR ID: 533913-E2<br>PROPERTY MANAGEMENT SERVICE, LLC<br>P.O. BOX 210861<br>MONTGOMERY AL 36112 | CREDITOR ID: 533914-E2<br>PRO-SERV<br>P.O. BOX 5012<br>THOUSAND OAKS CA 91359 |
| CREDITOR ID: 533915-E2<br>PROVANTAGE (FORMERLY BCM)<br>P.O. BOX 1662<br>WAUKESHA WI 53187 | CREDITOR ID: 533916-E2<br>PROVIDED SERVICES (NORTH CAROLINA MEDICIAD)<br>1985 UMSTEAD DR<br>RALEIGH NC 27603 | CREDITOR ID: 533917-E2<br>PROVIDER MEDICAL PHARM. INC.<br>CITY PLEX TOWERS BUILDING (50TH FLOOR)<br>TULSA OK 74137 |

SERVICE LIST

**Order Pursuant to Second Omnibus Motion**
**(I) Authorizing Assumption of Executory Contracts**
**and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533918-E2<br>PRXN PRESCRIPTION DRUG PLAN<br>2505 NORTH HIGHWAY 360, SUITE 670<br>GRAND PRARIE TX 75050 | CREDITOR ID: 533919-E2<br>QUEST DIAGNOSTICS<br>1201 S COLLEGEVILLE ROAD<br>COLLEGEVILLE PA 19426 | CREDITOR ID: 533920-E2<br>R. J'S SWEEPER SERVICE<br>P.O. BOX 1131<br>CENTURY FL 32535 |
| CREDITOR ID: 533921-E2<br>RADIANT<br>3925 BROOKSIDE PARKWAY<br>ALPHARETTA GA 30022 | CREDITOR ID: 533922-E2<br>RCG INFORMATION TECHNOLOGY<br>20 NORTH ORANGE AVE.<br>SUITE 705<br>ORLANDO FL 32801 | CREDITOR ID: 533923-E2<br>REGENCE B/SHIELD OF WASHINGT<br>PO BOX 1071<br>PORTLAND OR 97207 |
| CREDITOR ID: 533924-E2<br>REGENCE BC/BS OF OREGON<br>201 HIGH STREET, SE<br>SALEM OR 97309 | CREDITOR ID: 534200-E3<br>REGIONS BANK<br>800 SOUTH LEWIS ST<br>PO BOX 11240<br>NEW IBERIA LA 70562-1240 | CREDITOR ID: 534199-E3<br>REGIONS BANK<br>417 NORTH TWENTIETH ST<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 534198-E3<br>REGIONS BANK<br>REAL ESTATE<br>ATTN: PORTFOLIO ADMIN<br>7130 GOODLETT FARMS PKWY<br>CORDOVA TN 38106 | CREDITOR ID: 534197-E3<br>REGIONS BANK<br>PO BOX 1448<br>MONGOMERY AL 36102 | CREDITOR ID: 533925-E2<br>RESOURCE SPECTRUM (CONSULTING SPECTRUM)<br>967 WEST WALL STREET<br>SUITE 100<br>GRAPEVINE TX 76051 |
| CREDITOR ID: 533926-E2<br>RESPONSIVE SYSTEMS COMPANY<br>281 HIGHWAY 79<br>MORGANVILLE NJ 07751 | CREDITOR ID: 533928-E2<br>RESTAT<br>724 ELM STREET, PO BOX 758<br>WEST BEND WI 53095 | CREDITOR ID: 533927-E2<br>RESTAT<br>724 ELM STREET, P.O. BOX 758<br>WEST BEND WI 53095 |
| CREDITOR ID: 533929-E2<br>REX CLUB<br>240 CORPORATE BOULEVARD<br>NORFOLK VA 23502 | CREDITOR ID: 533930-E2<br>RINALDI PRINTING CO.<br>4514 ADAMO DRIVE<br>TAMPA FL 33605 | CREDITOR ID: 533931-E2<br>RX ADVANTAGE<br>P.O. BOX 66048<br>TUCSON AZ 85728 |
| CREDITOR ID: 533932-E2<br>RX AMERICA<br>369 BILLY MITCHELL ROAD<br>SALT LAKE CITY UT 84116 | CREDITOR ID: 533933-E2<br>RX CONNECTIONS<br>1925 ENTERPRISE PARKWAY<br>TWINSBURG OH 44087 | CREDITOR ID: 533934-E2<br>RX DIRECT<br>852 EAST ARROWHEAD LANE<br>MURRAY UT 84107 |
| CREDITOR ID: 533935-E2<br>RX NET OF CA<br>30 WEST SPRING STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 533936-E2<br>RX SAVINGS ACCESS CARD<br>9700 N. 91ST STREET, SUITE 232<br>SCOTTSDALE AZ 85258-5036 | CREDITOR ID: 533937-E2<br>RX SOLUTIONS-WRK COMP<br>3515 HARBOR BOULEVARD<br>COSTA MESA CA 92626 |
| CREDITOR ID: 533938-E2<br>RXCARE/ PHP CARITEN WRK COMP<br>226 CAPITOL BOULEVARD, SUITE 510<br>NASHVILLE TN 37219 | CREDITOR ID: 533939-E2<br>RXCHANGE<br>3651 RIDGE MILL DRIVE<br>COLUMBUS OH 43206 | CREDITOR ID: 533940-E2<br>RXSAVINGS<br>2211 SANDERS RD<br>NORTHBROOK IL 60062 |

SERVICE LIST
Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533941-E2<br>RXSAVINGS: MINNONITE MUTUAL<br>2211 SANDERS ROAD<br>NORTHBROOK IL 60062 | CREDITOR ID: 533942-E2<br>RXSAVINGS: READERS DIGEST (PCS)<br>9501 EAST SHEA BLVD<br>SCOTTSDALE AZ 85260 | CREDITOR ID: 533943-E2<br>RXWEST<br>9 INVERNESS DRIVE EAST<br>ENGLEWOOD CO 80112 |
| CREDITOR ID: 533944-E2<br>SAGES LAWN SERVICE<br>3105 CR 121<br>BALDWIN FL 32234 | CREDITOR ID: 534134-E2<br>SANFILIPO, JOHN B<br>2301 BUSSE ROAD<br>ELK GROVE VILLAGE IL 60009 | CREDITOR ID: 533945-E2<br>SAV-RX<br>1612 NORTH BELL STREET<br>FREMONT NE 68025 |
| CREDITOR ID: 533946-E2<br>SC DEPT. OF HEALTH & HUMAN SERVICES (SOUTH CAROLIN<br>1801 MAIN STREET<br>MEDICIAD PROVIDER ENROLLMENT<br>COLUMBIA SC 29201 | CREDITOR ID: 533947-E2<br>SCRIP SOLUTIONS<br>33 NORTH ROAD<br>WAKEFIELD RI 02879-2164 | CREDITOR ID: 533948-E2<br>SCRIP SOLUTIONS CHOICE<br>33 NORTH ROAD<br>WAKEFIELD RI 02879-2164 |
| CREDITOR ID: 533949-E2<br>SCRIP SOLUTIONS FREEDOM<br>33 NORTH ROAD<br>WAKEFIELD RI 02879-2164 | CREDITOR ID: 533950-E2<br>SCRIPCARD<br>448 E 6400 SOUTH STE 400<br>SALT LAKE CITY UT 84107 | CREDITOR ID: 533951-E2<br>SCRIPT CARE INC.<br>155 IH-10 NORTH, STE 5<br>BEAUMONT TX 77707 |
| CREDITOR ID: 533952-E2<br>SCRIPT NET<br>2251 SOUTH JONES BLVD<br>LAS VEGAS NV 89146 | CREDITOR ID: 533953-E2<br>SCRIPTSAVE PLUS-PREMIER<br>333 E. WETMORE 4TH FL<br>TUCSON AZ 85705 | CREDITOR ID: 533954-E2<br>SCRIPTSAVE, INC<br>161 S. LINCOLNWAY ST, STE 203<br>NORTH AURORA IL 60542 |
| CREDITOR ID: 533955-E2<br>SELF-INSURANCE ADMINISTRATOR<br>P.O. BOX 81189<br>LAFAYETTE LA 70598-1189 | CREDITOR ID: 533956-E2<br>SENDMAIL<br>6425 CHRISTIE AVE.<br>4TH FLOOR<br>EMERYVILLE CA 94608 | CREDITOR ID: 533957-E2<br>SERENA SOFTWARE INC.<br>3445 NW 211TH AVENUE<br>HILLSBORO OR 97124 |
| CREDITOR ID: 533958-E2<br>SERVU PRESCRIPTION PLAN<br>416 MARY LINDSAY POLK DR, STE 515<br>FRANKLIN FL 37067 | CREDITOR ID: 533959-E2<br>SHPS<br>11405 BLUEGRASS PARKWAY<br>ATTN: KATHY CARWILE<br>LOUISVILLE KY 40299 | CREDITOR ID: 533960-E2<br>SIRIUS<br>613 NW LOOP<br>SUITE 410<br>SAN ANTONIO TX 78216 |
| CREDITOR ID: 533961-E2<br>SIRIUS COMPUTER SOLUTIONS, INC.<br>613 NW LOOP 410, STE 1000<br>SAN ANTONIO TX 78216 | CREDITOR ID: 533962-E2<br>SKYBRIDGE<br>161 VILLAGE PARKWAY<br>BLDG 7<br>MARIETTA GA 30067 | CREDITOR ID: 533963-E2<br>SMARTPLAN<br>33 NORTH ROAD<br>PEACH DALE RI 02883 |
| CREDITOR ID: 533964-E2<br>SMCRX, INC.<br>4535 MISSOURI FLAT ROAD, SUITE 200<br>PLACERVILLE CA 95667 | CREDITOR ID: 533965-E2<br>SOFTWARE DIVERSIFIED SERVICES<br>P.O. BOX 32707<br>MINNEAPOLIS MN 55432 | CREDITOR ID: 533966-E2<br>SOFTWARE ENGINEERING OF AMERICA<br>1230 HEMPSTEAD TURNPIKE<br>FRANKLIN SQUARE NY 11010 |

SERVICE LIST

**Order Pursuant to Second Omnibus Motion**
**(I) Authorizing Assumption of Executory Contracts**
**and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 533967-E2
SOUTH CAROLINA MEDICAID(ALLWIN DATA SERVICES)
4290 INDIANOLA AVENUE
COLOMBUS OH 43214

CREDITOR ID: 534240-E4
SOUTH MONROE COMMONS
1629 K STREET NW, SUITE 501
WASHINGTON DC 20006

CREDITOR ID: 534241-E4
SOUTH MONROE COMMONS LLC
9816 S MILITARY TRAIL, SUITE C2
BOYNTON BEACH FL 33436

CREDITOR ID: 533968-E2
SPSS
233 S. WACKER DRIVE
11TH FLOOR
CHICAGO IL 60606-6412

CREDITOR ID: 533969-E2
SRC
131 N. GLASSELL STREET
SUITE 200
ORANGE CA 92866

CREDITOR ID: 534242-E4
STERLING CAMDEN LIMITED PARTNERSHIP
C/O STERLING CENTRECORP MGMT SERV
ONE NORTH CLEMATIS STREET, STE
WEST PALM BEACH FL 33401

CREDITOR ID: 533970-E2
STETON TECHNOLOGY GROUP
2711 SANTA CLARA DRIVE
SUITE 200
SANTA CLARA UT 84765

CREDITOR ID: 533971-E2
SUNCOAST PARKING LOT SERVICE INC.
PO BOX 4255
SEMINOLE FL 33776

CREDITOR ID: 534201-E3
SUNSET COVE
1100 5TH AVE SOUTH, SUITE 405
NAPLES FL 34102

CREDITOR ID: 533972-E2
SXC HEALTH SOLUTIONS
7047 E. GREENWAY PARKWAY, SUITE 360
SCOTTSDALE AZ 85254

CREDITOR ID: 533973-E2
T & A ENTERPRISE
3208 OLIVER ROAD
JEANERETTE LA 70544

CREDITOR ID: 533974-E2
T. ROWE PRICE
100 EAST PRATT STREET
BALTIMORE MD 21202

CREDITOR ID: 533975-E2
TCI SOLUTIONS
17752 SKYPARK CIRCLE
SUITE 160
IRVINE CA 92614

CREDITOR ID: 533976-E2
TDI MANAGED CARE SERVICES INC.
620 EPSILON DRIVE
PITTSBURGH PA 15238

CREDITOR ID: 533977-E2
TENNCARE-FIRST HEALTH
P.O. BOX 24486
NASHVILLE TN 24486

CREDITOR ID: 534243-E4
TERRANOVA THE REALY ASSOC FUND
PO BOX 223423
PITTSBURGH PA 15251-2423

CREDITOR ID: 533978-E2
TEXAS HEALTH CHOICE
P.O. BOX 15645
LAS VEGAS NV 89114-5645

CREDITOR ID: 533979-E2
THE BIRMINGHAM NEWS
2200 FOURTH AVE NORTH
BIRMINGHAM AL 35202

CREDITOR ID: 533980-E2
THE FIFTH DIMENSION
YEOMANS DRIVE
BUCKINGHAMSHIRE  MK14 5LS
ENGLAND

CREDITOR ID: 534202-E3
THE HERITAGE BANK
ATTN: BRANCH ADMINISTRATOR SVP
PO BOX 1009
HINESVILLE GA 31310

CREDITOR ID: 533981-E2
THE OATH-A HLTH PLAN FOR ALA
TWP PERIMETER PARK SOUTH
STE 200 WEST
BIRMINGHAM AL 35243

CREDITOR ID: 533982-E2
THE OPEN PHARMACY NETWORK
369 BILL MITCHELL ROAD
SALT LAKE CITY UT 84111

CREDITOR ID: 533983-E2
THE WELLNESS PLAN OF N. C.
695 GEORGE WASHINGTON HWY
PO BOX 519
LINCOLN RI 2865

CREDITOR ID: 533984-E2
THIRD PARTY SOLNS.GA,CAROLIN
P.O. BOX 17124
MEMPHIS TN 38187-0124

CREDITOR ID: 533986-E2
THOMLEY'S VAC-U-SWEEP
103 WAVERLY CIRCLE
DOTHAN AL 36301

CREDITOR ID: 533985-E2
THOMLEY'S VAC-U-SWEEP
103 WAVERLY CIRCLE
DOTHAN AL 36301

CREDITOR ID: 533987-E2
THRESHOLD CONSULTING SERVICES
200 N. GARDEN AVE.
CLEARWATER FL 33755

SERVICE LIST

**Order Pursuant to Second Omnibus Motion
(I) Authorizing Assumption of Executory Contracts
and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533988-E2<br>TOMAX<br>224 SOUTH 200 WEST<br>SALT LAKE CITY UT 84101 | CREDITOR ID: 533989-E2<br>TOTAL GROUNDS MAINTENANCE LLC<br>P.O. BOX 77952<br>BATON ROUGE LA 70879 | CREDITOR ID: 533990-E2<br>TOTAL MAINTENANCE OF BAY COUNTY, INC.<br>2326 EAST 34TH PLACE<br>PANAMA CITY FL 32405 |
| CREDITOR ID: 533991-E2<br>TOTAL SCRIPT<br>10901 WEST 120TH AVE, STE 110<br>BROOMFIELD CO 80021 | CREDITOR ID: 533992-E2<br>TOUCHPOINT/NAVITUS HEALTH<br>P.O. BOX 101632<br>PITTSBURGH PA 15237 | CREDITOR ID: 533993-E2<br>TREX COMPANY, INC.<br>160 EXETER DRIVE<br>WINCHESTER VA 32203 |
| CREDITOR ID: 533994-E2<br>TRI-COUNTY STRIPING & SWEEPER<br>P.O. BOX 301<br>CENTERVILLE GA 31028 | CREDITOR ID: 534203-E3<br>TROPICAL FINANCIAL CREDIT UNION<br>8000 NW 7TH STREET<br>MIAMI FL 33126 | CREDITOR ID: 533995-E2<br>TRUST PLUS<br>6712 OLD CANTON ROAD, SUITE 5<br>RIDGELAND MS 39157 |
| CREDITOR ID: 534204-E3<br>TXJ COMPANIES, INC.<br>SOUTHEAST LEASING & MGMT CO<br>9210 CYPRESS GREEN DRIVE<br>JACKSONVILLE FL 32216 | CREDITOR ID: 533996-E2<br>U SHARE PRESCRIPT DISC CARD<br>100 PARSONS POND DRIVE<br>FRANKLIN LAKES NJ 07417 | CREDITOR ID: 533997-E2<br>UCAC<br>5737 CORPORATE WAY<br>WEST PALM BEACH FL 33407-2097 |
| CREDITOR ID: 533998-E2<br>UHP HEALTHCARE<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO CA 92131 | CREDITOR ID: 533838-E2<br>UNITED HEALTHCARE<br>2307 W. CONE BLVD.<br>GREENSBORO NC 27408 | CREDITOR ID: 533839-E2<br>UNITED PROVIDER SERVICES<br>5125 DAVIS BLVD.<br>FT. WORTH TX 76180 |
| CREDITOR ID: 533840-E2<br>UNIVERSAL MGD PRESC. BENEFIT<br>4201 SOUTH 87TH STREET<br>OMAHA NB 38127 | CREDITOR ID: 533841-E2<br>UNIVERSAL RX<br>ONE COLUMBIA PLACE<br>GREENSBURG PA 15601 | CREDITOR ID: 533842-E2<br>UPROMISE<br>117 KENDRICK ST, STE 200<br>NEEDHAM MA 2494 |
| CREDITOR ID: 533843-E2<br>US HEALTHCARE  - HMO<br>1000 MIDDLE STREET<br>MIDDLETOWN CT 6457 | CREDITOR ID: 533844-E2<br>US SCRIPT<br>1300 E SHAW, SUITE 173<br>FRESNO CA 93710 | CREDITOR ID: 533845-E2<br>VALASSIS SALES AND MARKETING, INC<br>19975 VICTOR PARKWAY<br>LIVONIA MI 48152 |
| CREDITOR ID: 534244-E4<br>VALLEYDALE ASSOCIATES, LTD.<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM   AL 35202-2767 | CREDITOR ID: 533846-E2<br>VALUE RX (MEDICOST)<br>1825 SOUTH WOODWARD AVE, SUITE 200<br>BLOOMFIELD HILLS MI 48302 | CREDITOR ID: 533847-E2<br>VAN ELMORE SERVICES, INC.<br>19 ASHLEY DRIVE<br>MOBILE AL 36608 |
| CREDITOR ID: 533848-E2<br>VANGUARD<br>3035 E. PATRICK LANE<br>SUITE 11<br>LAS VEGAS NV 89120-3748 | CREDITOR ID: 533849-E2<br>VIALINK<br>P.O. BOX 200457<br>HOUSTON TX 77216-0457 | CREDITOR ID: 534245-E4<br>VIGOUROUX DEVELOPMENT LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>51 TACON STREET, STE B<br>MOBILE AL 36607 |

SERVICE LIST

**Order Pursuant to Second Omnibus Motion**
**(I) Authorizing Assumption of Executory Contracts**
**and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 533850-E2<br>VIRGINIA MEDICAID<br>600 EAST BROAD STREET, SUITE 1300<br>RICHMOND VA 23219 | CREDITOR ID: 533851-E2<br>VYTRA HEALTH PLAN<br>7 WEST 34TH STREET<br>NEW YORK NY 10001 | CREDITOR ID: 534206-E3<br>WAKULLA BANK<br>PO BOX 610<br>CRAWFORDVILLE FL 32326 |
| CREDITOR ID: 534205-E3<br>WAKULLA BANK<br>MONROE AND PAUL RUSSELL<br>TALLAHASSEE FL 32356 | CREDITOR ID: 533852-E2<br>WALGREEN'S HEALTH INITIATIVE<br>2275 HALF DAY ROAD, SUITE 250<br>BANNOCKBURN IL 60015 | CREDITOR ID: 534246-E4<br>WEINGARTEN REALTY INVESTORS<br>PO BOX 200518<br>HOUSTON   TX 77216-0518 |
| CREDITOR ID: 534247-E4<br>WEINGARTEN REALTY MANAGEMENT CO<br>PO BOX 924133<br>HOUSTON   TX 77292-4133 | CREDITOR ID: 533853-E2<br>WELLBORN HEALTH PLAN<br>10680 TREENA ST, 5TH FLOOR<br>SAN DIEGO CA 92131 | CREDITOR ID: 533854-E2<br>WELLPOINT PHARMACY MANAGEMENT<br>P.O. BOX 4488<br>WOODLAND HILLS CA 91365 |
| CREDITOR ID: 533855-E2<br>WHP HEALTH INITIATIVES, INC.<br>2275 HALF DAY ROAD, SUITE 250<br>BANNOCKBURN IL 60015 | CREDITOR ID: 534248-E4<br>WIAB PROPERTIES LLC OPERATING<br>C/O FOSHEE REALTY COMPANY INC<br>51 TACON STREET, SUITE B<br>MOBILE AL 36607 | CREDITOR ID: 533856-E2<br>WMS RX DRUG PLAN<br>3090 PREMIERE PARKWAY, SUITE 100<br>DULUTH GA 30097 |
| CREDITOR ID: 533857-E2<br>WORKBRAIN<br>PO BOX 503123<br>ST LOUIS MO 63150-2123 | CREDITOR ID: 533858-E2<br>WORKSHARE<br>20 FASHION STREET<br>LONDON  E1 6PX<br>ENGLAND | |

**Total:   419**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER PURSUANT TO SECOND OMNIBUS MOTION (I) AUTHORIZING**
**ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**AND (II) FIXING CURE AMOUNTS**

These cases came before the Court for hearing on August 24, 2006, upon the motion

dated August 4, 2006 of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and

affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an

order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and

approving the assumption of the prepetition contracts and leases set forth on Exhibit A to this

Order (the "Contracts") and of the prepetition subleases set forth on Exhibit B to this Order

(the "Subleases"), in each case effective as of the effective date of the Debtors' joint plan of

reorganization (the "Effective Date") and (b) fixing the costs of assumption at the Proposed

Cure Amounts identified on Exhibit A and Exhibit B (the "Motion").[1]  By the Motion, the

Counter Parties to the Contracts and Subleases were given until August 17, 2006 to object to

the Cure Amounts.  Several formal and informal objections to the Motion were raised or filed,

as a result of which the Debtors have agreed to continue the Motion with respect to the

contracts and subleases with the following Counter Parties, which contracts and subleases

---

[1]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Motion.

have been removed from the applicable of Exhibit A and Exhibit B: (a) CIGNA, (b) GE Capital Equipment Financing, (c) Jose Pena (Eneida Fashions, Inc.), (d) L&E Jewelry, (e) La Gardenia Corporation, (f) Paradise Travel Center, (g) Pialex Communications, Inc., and (h) RX Prime.  The Debtors have withdrawn without prejudice from the Motion, and have reserved the right to include in a subsequent motion to assume or reject, the contracts with following parties, which contracts have also been removed from Exhibit A: (a) Quest Software, (b) Republic Refrigeration, (c) Retalix, and (d) Talx Corp.  Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The Debtors are authorized to assume the Contracts and Subleases pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date.  The Debtors' assumption of the Contracts and the Subleases as of, and upon the occurrence of, the Effective Date is approved.

3. For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors with respect to the Contracts and Subleases are the Proposed Cure Amounts listed on Exhibit A and Exhibit B.

4. The Counter Parties listed on Exhibit A and Exhibit B are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A and Subleases listed on Exhibit B, except for the Proposed Cure Amount.

5. The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

2

6.      The requirements of 11 U.S.C. § 365(b)(1) are deemed satisfied with respect to each of the Contracts and Subleases.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9.      In the event the Debtors' joint plan of reorganization is not confirmed or does not become effective, this Order shall be null and void.

Dated August 24, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties included
on the Master Service List.

3

**Exhibit A**

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BEN | BENESCRIPT | 300 Halcomb Bridge Road, Suite 228 30092  Norcross, GA 30010-1229 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | BlueCross/Blue Shield | 4800 Deerwood Campus Pkwy, DCC 3/5 Attn: Inger M. Rood - Account Exec, Jacksonville, FL 32246 | Medical benefits contractor | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | BLUESAVER ADVANTAGE (BCBSFL)(Medco) | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $15.41 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | BLUESAVER PREMIER (BCBSFL)(Medco) | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BCC | BUREAU OF CHILD W/MED HNDCPS | P.O. Box 1603  Columbus, OH 43216-1603 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License | | Cadec Corporation | 8 E. Perimeter Road  Londonderry, NH 3053 | End-User License Agreement and Product Sales Agreement for Software, dated 10/15/02 | $4,598.87 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Cadec Corporation | 8 E. Perimeter Road  Londonderry, NH 3053 | Mobius TTS Mobile | $0.00 |
| Winn-Dixie Stores, Inc. | 1551, 1570, 1571 | Maintenance Agreement - Store | | CAJUN CUTTERS | 20535 LEO ROAD  ABBEVILLE, LA 70510 20631 LEO ROAD  ABBEVILLE, LA 70510 | LANDSCAPING | $1,430.00 |
| Winn-Dixie Stores, Inc. | | Product Purchase | | Cardinal Health | 7000 Cardinal Place  Dublin, OH 43017 | Prime vendor agreement; wholesale pharmaceutical supplier to all pharmacies | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CRK | CAREMARK | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | CAREMARK/ADVANCEPCS-AZ | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Cargill | Box 5647  Tampa, FL 33605 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Cargill | Cargill Building, Minneapolis, MN 55402 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Cargill | Box 9300  Memphis, TN 55440 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | West | Confidentiality Agreement | N/A | Catalina Marketing | 201 Carillon Parkway  St Petersburg, FL 33716 | Confidential Disclosure of Information from Winn-Dixie to Catalina marketing | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CAT | CATALYST RX | 851 S. Rampart Blvd., Suite 110  Las Vegas, NV 89147 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | USI | CBCA RX(FORMERLY YORK PRESC) | 675 Foxon Road, Suite 204  East Haven, CT 6513 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | CHS | Pharmacy Third Party Insurance | | CEDAR HILL INDEPENDANT SCHLS | P.O. Box 167766  Irving, TX 75016 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CAL | CELGENE CORP THALOMID | 86 Morris Avenue  Summit, NJ 07901 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Product Purchase | | Celgene Corporation | 7 Powder Horn Drive  Warren, NJ 07059 | Requirements and registration agreement for Thalomid | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | Certified Parts Warehouse | 12 Industrial Drive  Exeter, NH 03833 | 4693 Keyboard Depot Test | $534.60 |
| Winn-Dixie Stores, Inc. | 533, 536, 583 | Maintenance Agreement - Store | | CHAMPION BLACKTOP MAINTENANCE | Po Box 5772  Meridian, MS 39302 | Sweeper & Lawn | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CHM | CHAMPUS VA | P.O. Box 7927  Madison, WI 53707 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CheckFree | 4411 East Jones Bridge Road  Norcross, GA 30092 | Recon for Windows | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CheckFree | 4411 East Jones Bridge Road  Norcross, GA 30092 | Recon for Windows new Licenses purchased 1/27/05 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 9811747 | Chicago-Soft | 6232 North Pulaski Road, Suite 402 Suite 402 Chicago, IL 60646-5131 | MVS/Quick Ref | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Non-Debtor Counter Party | Contract # | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CHOICE RX | CCX | 1525 Merrill Drive, Suite 2000 Little Rock, AR 72211 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Citrix | 1203WINCX1 | 6400 NW 6th Way Ft. Lauderdale, FL 33309 | Citrix Metaframe | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Citrix | | 6400 NW 6th way Ft. Lauderdale, FL 33309 | Preferred Extended Support Services | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CLAIMSPRO | CAP | 24370 Northwestern Hwy Southfield, MI 48075 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 2313, 2334, 2342, 2382, 2390 | Maintenance Agreement - Store | CLEAN SWEEP OF ORLANDO, INC. | | 217 LOCHBERRY PLACE LONGWOOD, FL 32779 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | IT Master Service Agreement | CommerceQuest | | 5481 West Waters Ave. Suite 100 Tampa, FL 33634 | MSA | $33,843.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | CommerceQuest | | 2202 N WestShore Blvd., Suite 600 600 Tampa, FL 33607 | PM/Data Software | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | CommerceQuest | | 2202 N WestShore Blvd 600 Tampa, FL 33607 | Websphere MQ WM/CQ | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | Commonwealth Brands, Inc | n/a | P.O. Box 51567 Bowling Green, KY 42102 ATTN Leanne Warren PO Box 5222 Frankfort, KY 40602 | Commonwealth guarantees to indemnify Winn-Dixie for all claims arising from tobacco products manufactured by Commonwealth. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COMMUN-I-CARE | CCI | P.O. Box 166 Columbia, SC 29202-0186 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COMMUNITY CARE RX-MEMBER HTH | MDC | P.O. Box 391180 Cleveland, OH 44139 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COMMUNITY RX ANTHEM PRES MGM | CMI | 1351 William Howard Taft Road Cincinnati, OH 45206-1775 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COMPANION HEALTH CARE | CHL | 300 Arbor Lake Drive Suite 800 Columbia, SC 29223 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 429, 525 | Maintenance Agreement - Store | COMPLETE SWEEP, INC. | | P.O. BOX 177 GADSDEN, AL 35902 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COMPSCRIPT | CSP | 4000 Terminal Tower Cleveland, OH 44113 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software License | Compuware | | 31440 Northwestern Highway Farmington Hills, MI 48334-2564 | Abend-AID File-AID and Xpediter/CICS-TSO w/ Cobol | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CONSOLIDATED PRESCRIP. SRVCS | CPR | 3637 Medina Road, Suite 325 Medina, OH 44256 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CONSULCARE PRESCRIPTION NTWK | CCP | 6061 South Willow Drive, Suite 125 Greenwood Village, CO 80111 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CONSULTEC, INC. | CON | 9040 Roswell Road Atlanta, GA 30350 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CONTRACT Pharmacy SERVICES | CRX | P.O. Box 1223 Anniston, AL 36202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COVENTRY HC OF PENNSYLVANIA | COV | 2815 Coliseum Centre Drive, Suite 550 Charlotte, NC 28217-4522 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | COVENTRY HEALTH CARE | COV | 2815 Coliseum Centre Drive, Suite 550 Charlotte, NC 28217-4522 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | Creative Products | | PO BOX 14356 TAMPA, FL 33650 3001 W Gnaaada Tampa FL 33629 Walter Sander 15528 N Dale Mabry Hwy Tampa FL 33618 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Debt & Credit Card Processing Arrangement | Credit Union 24 | | 2473 Care Drive Suite 1 Tallahassee, FL 32308 | Systems Management, Network Service and License Agreement 4/2004 | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | CRITERION ADVANTAGE | MDC | 7047 E. Greenway Parkway, Suite 360 Scottsdale, AZ 85254 | Prescription Benefit Contract | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Fitzgerald - M | Supply Agreement | | Crown Cork & Seal USA, Inc. | 1 Crown Way  Philadelphia, PA 19154-4599 | Exclusive Supply Agreement for 12 oz #207 decreased bodies & lids. | $36,433.71 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CSI | 8120 State Route 138  Williamsport, OH 43164 | BIM-COSBOL | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | CSI | 8120 State Route 138  Williamsport, OH 43164 | Doctor D | $0.00 |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX032975, CSX013572, SA1.063904, and SC1.022856 | CSX | 500 Water Street 180 Jacksonville, FL 32202 | Contracts for Sidetracks, Land, Water Pipelines (Contract Numbers CSX032975, CSX013572, SA1.063904, and SC1.022856) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Cybernation | 12020 Sunrise Valley Drive Suite 100 Reston, VA 20191 | ESP System Agent | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Data 21 | 3510 Torrance Blvd. Suite 300 Torrance, CA 90503 | ZIP/VSE | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Service Agreement | | Data Savers | 600 North Ellis Road  JACKSONVILLE , FL 32254 | Services for Hard Copy Files and Business Records | $6,834.77 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | DataSource | 1805 Arabian Ave.  Naperville, IL 60565 | MapMarket Plus v9.3 | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ETF | DEPT OF EMPLOYEE TRUST FUNDS (TouchPoint-TPH) | P.O. Box 101632  Pittsburgh, PA 15237 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | DRX | DESTINATION RX (AGELITY) | 555 Broad Hollow Road, Suite 402  Melville, NY 11747 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | Diamond H | 100 N. Rupert St. Attn: Jim Stratton Ft. Worth, TX 76107 | Awards benefits contractor | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | DCR | DIRECT COMP RX | 3316 W Quail Avenue  Phoenix, AZ 85027 | Prescription Benefit Contract | $381.28 |
| Winn-Dixie Stores, Inc. | | Debit & Credit Card Processing Arrangement | | Discover Financial Services LLC f/k/a Discover Financial Services, Inc. f/k/a Discover Card Services Inc. | 2500 Lake Cook Road (2/3A4)  Riverwoods, IL 60015 | Merchant Services Agreement 68691, as amended from time to time. | $326.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | DISI | 725 Primera Blvd.  Suite 235 Lake Mary, FL 32746 | INGEN | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | DPS | DIVERSIFIED | 7760 France Avenue South, Suite 500  Edina, MN 55435 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Transportation Contract | | Dole Food Company Inc. | One Dole Drive  Westlake Village, CA 91362 7300  C/O MCCARRON & DIESS ATTN LOUIS W DIESS, III, ESQ 4900 MASSACHUSETTS AVE NE, STE 310 WASHINGTON DC 20016 | Container Interchange Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | Offsite | IT - Consulting Agreement | | Don Marshall & Associates | 6216 Michele Rd.  Macclenny, FL 32063 | Communications Consultants | $0.00 |
| Winn-Dixie Stores, Inc. | All | Service Agreement | | dPI Teleconnect | 2997 LBJ Freeway, Suite 225  Dallas, TX 75234 | Telecommunications | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | DPSI | 4905 Koger Blvd Suite 101 Greensboro, NC 27407 | PMC Software Support | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EBR | EBRX | 250 East Broad Street, Suite 600  Columbus, OH 43215 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EHS | ECKERDS HEALTH SYSTEM | 620 Epsilon Drive  Pittsburgh, PA 15238 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | EDS (Alabama Medicaid) | 301 Technacenter Dr  Montgomery , AL 36124-4035 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | EDS (Georgia Medicaid) | 809 Oak St.  McRay , GA 31055 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | ELT | 708 West Kenosha  Broken Arrow, OK 74012-8913 | ELT Power Suite | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | M6015689OA | EMC | 171 South Street  Hopkinton, MA 01748-9103  EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | SYM 8530-36 Frame (MMEM3-2048) | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | M60158903A | EMC | 172 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | SYM 8530-36 Frame (MMEM3-4096) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | M60158905A | EMC | 173 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | SYM 8530-36 Frame (MMEM3-4096) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | M60146531S A | EMC | 174 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | Symmetrix | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | M60160606S A | EMC | 175 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | Connectrix Director Model | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | M60147150S | EMC | 176 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | MFT-12, MFT-Run-Open, and MRPK-WIN-T12 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | EMC | 177 South Street  Hopkinton, MA 01748-9103 EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES ATTN PHYLLIS A HAYES PO BOX 5126 TIMONIUM MD 21094 | Catalog Solutions | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EBM | EMPLOYEE BENEFIT MGMT SRVCS | P.O. Box 21367  Billings, MT 59104 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EHM | EMPLOYER HLTH INS MGMT, INC. | 24700 West Twelve Mile Road, Suite 101  Southfield, MI 48034 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EHO | EMPLOYER HEALTH OPTIONS | 2801 West Avenue T  Temple, TX 76504 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | EPC | ENHANCED Pharmacy CARE | 345 Edgewood Terrace Drive  Jackson, MS 39206 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All Retail Store | Service Agreement | 8 | Environmental Waste Solutions | 73 South Palm Ave Suite222  Sarasota, FL 34236 | Waste Hauling Bill Consolidator | $13,500.34 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | eSkill | 600 Suffolk St. 4th Floor Lowell, MA | ASP | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ESI | EXPRESS SCRIPTS-MED ADVANTAG | 13900 Riverport Drive  Maryland Heights, MO 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores | All | Confidentiality Agreement | | Exxon Mobile Chemical Company | 729 PITTSFORD PALMYRA RD  MACEDON, NY 14502 Dept AT 40161 Atlanta, GA 31192 ATTN CHRISTOPHER M SCHULTZ, CREDIT 13501 KATY FREEWAY HOUSTON TX 77581 | Confidentiality of proprietary information provided to each party of contract. Information specifically concerning bow-molding processes. | $0.00 |
| Winn-Dixie Stores, Inc. | All | Advertising Agreement | N/A | Fanfare Adcart | 25300 Rye Canyon Rd  Valencia, CA 91355 | Shopping Cart Advertising | $0.00 |
| Winn-Dixie Stores, Inc. | All | Advertising Agreement | N/A | Fanfare Cash Register Receipt | 25300 Rye Canyon Rd  Valencia, CA 91355 | Cash Receipt Advertising | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | FBL | FEDERAL BLACK LUNG PROGRAM | P.O. Box 828  Latham-Seabrook, MD 20703 | Prescription Benefit Contract | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Non-Debtor Counter Party | Contract # | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | Federal Government Medicare Program Palmetto Government Benefits Administrators | | 2300 Springdale Drive Bldg. 1 GM/219 Camden, SC 29020 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | FINGER LAKES BC / BS | FLB | 150 East Main Street  Rochester, NY 14647 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores | All | Service Agreement | Fintech | | 4720 W. Cypress Street, Ste. 100  Tampa, FL 33607 | Provision of electronic data interchange and electronic funds transfer services | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | FIRST COMMUNITY HEALTH | FCH | 188 Sparkman Drive  Huntsville, AL 35804 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | FIRST RX (WICOMP) | TME | P.O. Box 152639  Tampa, FL 33694 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Product Purchase | Flavorx | | 8120 WOODMONT AVE GARDENA, CA 90248 ATTN RICHARD LEVIN, EXEC VP 8120 WOODMONT AVE, STE 600 BETHESDA, MD 20814 | Pharmacy Product Purchase Agreement | $2,169.35 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | Fleet Business Credit - EMC | M548838 | One South Wacker Drive  Chicago, IL 60606 | Symmetrix 8730-73 SM HK18570/0180 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | Fleet Business Credit - EMC | M548838 | One South Wacker Drive  Chicago, IL 60606 | Upgrades to Sim HK18570/0180 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | Fleet Business Credit - EMC | C60225441 | One South Wacker Drive  Chicago, IL 60606 | Clariion CX600 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | Fleet Business Credit - EMC | M60145860 | One South Wacker Drive  Chicago, IL 60606 | Symmetrix 8830-73 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | Fleet Business Credit - EMC | M60145931 | One South Wacker Drive  Chicago, IL 60606 | Symmetrix 8830-73 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | Fleet Business Credit - EMC | M60146055A | One South Wacker Drive  Chicago, IL 60606 | Connectrix DEC-1200 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | Fleet Business Credit - EMC | M60145005 | One South Wacker Drive  Chicago, IL 60606 | Symmetrix DMX2000-3 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | Fleet Business Credit - EMC | M603373928 48 | One South Wacker Drive  Chicago, IL 60606 | Symmetrix DMX2000 S/N TN18770/0700 | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | Florida Department of Health | | Bureau of WIC and Nutrition Services 4052 Bald Cypress Way Tallahassee, FL 32399-1726 FL 32399-1726 | WIC Contract | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | Florida Department of Health | | Bureau of WIC and Nutrition Services 4052 Bald Cypress Way Tallahassee, FL 32399-1726 FL 32399-1726 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | FLORIDA MEDICAID | MFL | 105 East College Avenue, Suite 1200  Tallahassee, FL 32301 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | DC - Miami | Utility Agreement | Florida Power & Light Company | | P O BOX 25426       MIAMI , FL 33102 | Commercial/Industrial Loan Control Program Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | Florida State Lottery Commission | | 250 Marriott Drive  Tallahassee, FL 32399-4020 | Lottery contract | $0.00 |
| Winn-Dixie Stores, Inc. | New York | IT - Consulting Agreement | Frydman Consulting Corporation | Isaac Frydman | 200 West 108th St.  New York, NY 10025 | Corporate Telecommunications Strategy | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Fujitsu Consulting | | 1000 Sherbrooke Stret West 1400 Montreal, Canada H3A 3R2 | Macroscope KnowledgeCentral | $0.00 |
| Winn-Dixie Stores, Inc. | ALL STORES | Advertising Agreement | Gary Bitner Public Relations, Inc | N/A | 5310 NW 33rd Ave, Ste 218  Fort Lauderdale, FL 33309 | Publicity, media, community relations, graphic communications, special evts, writing, counseling, strategy and news clipping | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | GENERAL PRESCRIPTION PROGRAM | GPP | 127 East 59th Street  New York, NY 10022 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | GENESIS HLTH PLAN OF OHIO | GOH | 515 North 6th Street  St Louis, MO 63101 | Prescription Benefit Contract | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Non-Debtor Counter Party | Contract # | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | GEORGE WASHINGTON UNIVERSITY | GWU | 25 Backstone Valley Plaza  Lincoln, RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | GEORGIA MEDICAID | MGA | 1720 Peachtree Street, NW  Suite 200  Atlanta, GA 30309 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | Georgia State Lottery Commission | | 250 WILLIAMS                 SUITE 3000               ATLANTA  GA  30303 | Lottery contract | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | Georgia WIC Branch Vendor Management Section | | 2 Peachtree Street NW Suite 10-476  Atlanta, GA 30303, GA 30303 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | Getronics | | 8110 Anderson Road Suite 100 Tampa, FL 33634-2318 | Store Systems Maintenance | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Getronics | | 8110 Anderson Road Suite 100 Tampa, FL 33634-2318 | Store Systems Maintenance | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | GNX (Global NetXchange) | | 333 Bush Street, 18th Floor  San Francisco, CA 94104  Attn: Joe Laughlin 200 West Monroe Street, 12th Floor Chicago, IL 60606 | Indemnity Agreement from Software & Service Provider | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | Granite Telecommunications | | 234 Copeland Street  Quincy, MA 02169 | GTE/Verizon | $8,006.86 |
| Winn-Dixie Stores, Inc. | West | Advertising Agreement | Gulfport Sun Herald | N/A | PO Box 4567  Biloxi, MS 38531 | Rep and Preprint | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | H & W Computer Systems | | P.O. Box 46019  Boise, ID 83711 | SYSM/EEMCS WITH OICS Sockets | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software License | H & W Computer Systems | | P.O. Box 46019  Boise, ID 83711 | SYSB-I/OICS VSAM | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | H & W Computer Systems | | P.O. Box 46019  Boise, ID 83711 | SYSB-I/OICS Mainframe Electrical Mail | $0.00 |
| Winn-Dixie Stores, Inc. | HUE | Pharmacy Third Party Insurance | HARRIS METHODIST HEALTH PLN | | 611 Ryan Plaza, Suite 1500  Arlington, TX 76011 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Hawkeye Information Systems | | P.O. Box 21667  Ft. Collins, CO 80522 | AS400 | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | Hayes Food Products | | PO BOX 121                            SC  GREENVILLE  296020121 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTH CHOICE SELECT BLD BNK | HCS | 369 Office Plaza, Suite 100  Tallahassee, FL 32301 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTH LINK | HLK | 830 South Gloster Street  Tupelo, MS 38801 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTH NET PLUS (RX CARE) | HHN | 33 North Road  Wakefield, RI 2879 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTH PARTNERS OF ALABAMA | HLP | Two Perimeter Park South, Suite 200 West  Birmingham, AL 35243 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTH PARTNERS/PHARMACARE | MDC | 695 George Washington Hwy  Lincoln, RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTH REACH RX | HRX | 445 Hutchinson Avenue, Suite 300  Columbus, GA 43235 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTHCARE DELIVERY SYSTEMS | HDS | 9700 North 91st Street, Suite 232  Scottsdale, AZ 85258 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTHEASE /TAMPA GENERAL | HTG | 6800 N. Dale Mabry Hwy, Suite 270-299  Tampa, FL 33614 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | Healthguard International | | 255 North Washington Street  Rockville, MD 20850 | Blood Pressure Machine Lease Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTHNET ARIZONA | MDC | 10690 Treena St, 5th Floor  San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HEALTHNET ARIZONA | MDC | 33 North Road  Wakefield, RI 02879 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | Hewitt Investment Group | | 3350 Riverwood Parkway, Suite 80 Attn: Weston Tompkins Atlanta, GA 30339 | Investment Consultant for 401(k) | $0.00 |
| Winn-Dixie Stores, Inc. | 2313, 2343, 2375 | Maintenance Agreement - Store | HINTON ENTERPRISES | | P.O. BOX 390423  DELTONA, FL 32738 | LANDSCAPING | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HIP | HIP OF FLA | 7 West 34th Street   New York, NY 10001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | HUMANA (PCS) | 500 W. Main Street   Louisville, KY 40202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hummingbird | 1 Sparks Avenue   Toronto, Ontario M2H 2W1 | Hummingbird Volume License | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hyperion | 5450 Great America Parkway   Santa Clara, CA 95054 | Performance Suite | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hyperion | 5450 Great America Parkway   Santa Clara, CA 95054 | Performance Suite Test and Development | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Hyperion | 5450 Great America Parkway   Santa Clara, CA 95054 | Reporting Tool/EDW | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | INSTIL HEALTH SOLUTIONS | 10690 Tresina St. 5th Floor   San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ICS | INSURX, INC. | 4700 Rockside Road, Suite 200   Independence, OH 44131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ITQ | INTEQ GROUP | 1100 Centennial Blvd, Suite 180   Richardson, TX 75081 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | IMH | INTERMOUNTAIN HEALTH CARE | 36 South State Street   Salt Lake City, UT 84111 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ICA | INTERNATIONAL COMMUNITY ALLI | P.O. Box 2381   Rancho Cordova, CA 95741 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | IPM | INTERNAT'L Pharmacy MGMT | 110 12th Street North   Birmingham, AL 35203 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | IP Monitor | 15 Gamelin Blvd Suite 500 Gatineau, Quebec J8Y 1V4 | IP Monitor | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | iTrade | 2600 Kitty Hawk Road 115 Livermore, CA 94550 | OMI/Web Survey | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT Statement of Work | Laura Chalker | iTrade Network Inc. | 2600 Kitty Hawk Rd 115 Livermore, CA 94550 | iTrade and OMI/Web Survey (Fresh Procurement Project) | $0.00 |
| Winn-Dixie Logistics, Inc. | | Transportation Contract | | ITW Gale Wrap | 1320 Leslie Drive, Douglasville, GA 30134 | Wrapping supplies and services for trucks | $0.00 |
| Winn-Dixie Stores, Inc. | All | Confidentiality Agreement | N/A | J Brown | 1010 Washington Blvd   Stamford, CT 6901 | Confidential Disclosure of Information from Winn-Dixie to J Brown in application processing | $0.00 |
| Winn-Dixie Stores, Inc. | 1434, 1438, 1444, 1500, 1576, 1583 | Maintenance Agreement - Store | | J.T. MAINTENANCE SERVICE | P.O. BOX 1093   KENNER, LA 70063 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | Central | Advertising Agreement | N/A | Jacksonville Florida Times Union | 1 Riverside Ave   Jacksonville, FL 32202 | Purchase of advertising space. | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | John B. Sanfilipo | 2301 Busse Road   Elk Grove Village, IL 60009   2298 Busse Road   Elk Grove Village, IL 60007 | Indemnity Agreement resulting from the sale of Almonds and Pecans in sale contracts ended 2004. | $0.00 |
| Winn-Dixie Stores, Inc. | 129, 182, 196 | Maintenance Agreement - Store | | JOINER SWEEPING & LANDSCAPING | 2225 CARTER ROAD   ST. AUGUSTINE, FL 32084 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | KAI | KAISER PERMANENTE | 25 Blackstone Valley Place, P.O. Box 519   Lincoln, RI 2865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT - Consulting Agreement | | Keane (formerly Metro Information Services) | 7650 W. Courtney Campbell Suite 100 Tampa, FL 33607 | MSA | $0.00 |
| Winn-Dixie Stores, Inc. | 37, 80, 125, 129, 138, 145, 161, 162, 176, 179, 185, 194, 199 | Maintenance Agreement - Store | | KEELCO INCORPORATED | 11476 DUVAL PLACE WEST #202   JACKSONVILLE, FL 32218 | LANDSCAPING | $9,450.00 |
| Winn-Dixie Stores, Inc. | 182 | Maintenance Agreement - Store | | KEELCO INCORPORATED | 11476 DUVAL PLACE WEST #202   JACKSONVILLE, FL 32218 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 186 | Maintenance Agreement - Store | | KEELCO INCORPORATED | 11476 DUVAL PLACE WEST #202   JACKSONVILLE, FL 32218 | LANDSCAPING | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Non-Debtor Counter Party | Contract # | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Marketing Agreement | Kekst and Company | | 437 Madison Ave 19th Floor New York, NY 10022 | Corporate Communications (public relations) advisor contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | KENTUCKY MEDICAID | MKY | 275 East Main Street  Frankfort, KY 40621-0001 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 602, 605, 619, 630, 625, 636, 651, 663, 664, 667, 673, 695, 701, 705 | Maintenance Agreement - Store | LAWN MAINTENANCE / PRO-BORING | | 915 Silver Palm Way  Apollo Beach, FL 33572 | LANDSCAPING | $4,968.94 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | LDI Pharmacy BENEFIT MGMT | LDI | 300 South Grand Boulevard  St. Louis, MO 63103 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License | LearnSomething.com | | 2457 Care Drive  Tallahassee, FL 32306 | HIPPA Training License Agreement dated 2/13/03 | $23,896.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Life-Pro | | 10730 Pacific Street 248 Omaha, NE 68114 | Income Tax SW | $0.00 |
| Winn-Dixie Stores, Inc. | | Marketing Agreement | LifeScan, Inc. | | 1000 Gibraltar Dr.  Milpitas, CA 95035 | MDF program | $0.00 |
| Winn-Dixie Stores, Inc. | | Confidentiality Agreement | Loomis Fargo & Company | | 9650 Morris Farm Drive, Unit 1D  Greensboro, NC 27409 | Confidentiality Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Indemnity Agreement | Lorillard Tobacco Company | | 714 Green Valley Road  Greensboro, NC 27408 | Indemnify Agreement relating to sale of cigarettes. | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | Louisiana Lottery | | 55 Laurel Street  Baton Rouge, LA 70801 | Lottery Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | LOUISIANA MEDICAID | MLA | P.O.Box 91030  Baton Rouge, LA 70821-9030 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 604, 606 | Maintenance Agreement - Store | LUTHER'S LAWN & LANDSCAPING | | 5739 Connell Rd  Plant City, FL 33567 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | MacKinney Systems | | 4411 E. State Hwy D F Springfield, MO 65809 | CICS/MAPP II, CICS OLFU | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | MacKinney Systems | | 4411 E. State Hwy D F Springfield, MO 65809 | VTAM Virtual Printer | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Macro4 | 002141G000 1 | 35 Waterview Blvd.  Parsippany, NJ 07054-0292 | DUMPMASTER (rental) | $7,766.50 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Macro4 | 002141G000 4 | 35 Waterview Blvd.  Parsippany, NJ 07054-0292 | VTAMPRINT VSE (rental) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Macro4 | Letter Agreement | 35 Waterview Blvd.  Parsippany, NJ 07054-0292 | VTAMPRINT MVS | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Macro4 | 002141G000 3 | 35 Waterview Blvd.  Parsippany, NJ 07054-0292 | TUBES VM (rental) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Macro4 | 002141G000 3 | 35 Waterview Blvd.  Parsippany, NJ 07054-0292 | VSAMTUNE VSE (rental) | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | MacroVision | | 900 National Parkway Suite 125 Schaumburg, IL 60173-5108 | Admin Studio | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MANAGED Pharmacy BENEFITS | MPB | 110 N. College, Suite 900  Tyler, TX 75702 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Management Computer Systems Corp. | | 14 Walnut Ave.  Clark, NJ 07066 | MCS for windows SQL | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | Marx Brothers | | 3100 Second Avenue South  Birmingham, AL 35233 3102 Second Avenue South  Birmingham, AL 35234 3100 Second Avenue South  Birmingham, AL 35233 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | 608, 675, 683 | Maintenance Agreement - Store | MASTER LAWN MAINTENANCE | | PO Box 5621  Plant City, FL 33563 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MAXICARE | MAX | 5550 77 Center Drive, Suite 380  Charlotte, NC 28217 | Prescription Benefit Contract | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MXP | **MAXORPLUS** | 320 S. Polk Street, Suite 200   Amarillo, TX 79101 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **MCKESSON HEALTH** | 9700 N. 91st Street, Suite 222   Scottsdale, CA 85258-5036 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **MEDCARE USA** | 10690 Treena St, 5th Floor   San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **MEDCO HEALTH** | 100 Parsons Pond Drive   Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | DME | **MEDCARE - DURABLE MED EQUIP** | 1 West Pack Square, Suite 1400, BB&T Building   Asheville, NC 28801 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **MEDICARE & MORE** | 2505 S. Findley Road, Suite 110   Lombard, IL 60148 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **MEDICARE & MORE (Aetna)** | 151 Farmington Avenue   Hartford, CT 06156 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **MEDIMPACT** | 10680 Treena St, 5th Floor   San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MEI | **MEDIMPACT** | 10680 Treena St, 5th Floor   San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDT | **MEDTRAK SERVICES** | 6400 Glenwood, Suite 104   Overland Park, KS 66202 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | HR/Compensation Vendor | | **Mercer** | 1166 Avenues of the Americas 28th Floor   New York, NY 10036 | Contractor for Surveys - market pricing information and research relating to compensation, cost-of-living,, HR demographics, and benefit issues | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Mercury** | 379 N. Whisman Road   Mountain View, CA 94043-3969 | LoadRunner | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MRT | **MERIT HL PL-HLTH STRATEGIES** | Two Perimeter Park South, Suite 200 W   Birmingham, AL 35243 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Metafile Information Systems** | 2900 43rd Street NW   Rochester, MN 55901-5895 | Metaviewer Software Support | $0.00 |
| Winn-Dixie Stores, Inc. | South | Advertising Agreement | N/A | **MG Tampa Tribune** | 200-202 S. Parker St.   Tampa, FL 33606 | Dollar Volume | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **MI MCARE CARDFIRST HEALTH** | 4300 Cox Road   Glen Allen, VA 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License | | **Microsoft Licensing, GP** | 7000 N State Hwy 161   Irving, TX 75039 | Microsoft Select License Agreement dated 11/11/03 | $0.00 |
| Winn-Dixie Stores, Inc. | 2281, 2313, 2334, 2375, 3650, 2652, 2654, 2380 | Maintenance Agreement - Store | | **MILLENNIUM** | 2864 STATEN DRIVE   DELTONA, FL 32738 | PRESSURE WASHING | $0.00 |
| Multiple | Multiple | Utility Agreement | G-01383 | **Mississippi Power** | Jan Stuart  401 W. Main Avenue   Lumberton, MS 39455 | Contracts for electric service in Mississippi locations | $0.00 |
| Winn-Dixie Stores, Inc. | 533 | Maintenance Agreement - Store | | **MODERN LANDSCAPE DESIGN, LLC** | 3700 HIGHWAY 39 NORTH   MERIDIAN, MS 39301 | MAINTENANCE | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | **MY PHARMACARE** | 695 George Washington Highway   Lincoln, RI 02865   Mark | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NCT | **N.C. STATE EMPLOYEES/TEACHERS** | P.O. Box 30111   Durham, NC 27702 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | South | Advertising Agreement | 14370 | **Naples Daily News** | 1075 Central Ave   Naples, FL 34102  c/o Receivable Management Services  PO Box 5126   Timonium, MD 21094 | Purchase of advertising space. | $18,824.20 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **National Health Information Network** | 101 Jim Wright Freeway South 200 Ft. Worth, TX 76108-2202 | FDX Internet Web Engine | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **National Health Information Network** | 101 Jim Wright Freeway South 200 Ft. Worth, TX 76106-2202 | Drug, Warning and Spanish Education File | $0.00 |
| Winn-Dixie Stores, Inc. | | License Agreement | | **National Health Information Network, Inc.** | 101 Jim Wright Freeway Sth, #200   Fort Worth, TX 76106-2202 | Claims direction/switch administration | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NPA | NATIONAL PRESCRIPTION ADMIN. | P.O. Box 1981   East Hanover, NJ 07936 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Network General | 178 E. Tasman Drive   San Jose, CA 95134 Dept. 33621  PO Box 39000 San Francisco, CA 94139 | Sniffer-Pro Lan | $12,133.80 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Network Solution | 13200 Woodland Park Road  Herndon, VA 20171 | Domain name | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NET | NETWORKS PRESCRIPTION DRUG S | 695 George Washington Hwy  Lincoln, RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MNC | NORTH CAROLINA MEDICAID | 2515 Mail Service Center  Raleigh, NC 27699-2515 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | West | Advertising Agreement | N/A | Northwest Florida Daily News | 200 Racetrack Road NW  Fort Walton Beach, FL 32547 | Preprint inserts in newspapers. | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | NGS | NOVA SCRIPT/PROCARE PBM | 6005 Wayzata Blvd  St Louis Park, MN 55416 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | NY MCARE CARD/FIRST HEALTH | 4300 Cox Road   Glen Allen, VA 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Master Service Agreement | | ObjectWatch | 13359 US Hwy 183N Suite 406 Box 232 Austin, TX 78759 | MSA | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Service Agreement | | Office of Public Health Center for Preventive Health | 325 Loyola Avenue Room 405 P.O. Box 60630 New Orleans, LA 70160, LA 70160 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MOH | OHIO MEDICAID | 30 East Broad Street   Columbus, OH 43266-0423 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MOK | OKLAHOMA MEDICAID | 4545 North Lincoln Blvd. Suite 124  Oklahoma City, OK 73154 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | OMS | OMNISYS INC | 2824 Terrell Road, Suite 602  Greenville, TX 75403 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 1570, 1571 | Maintenance Agreement - Store | | OPELOUSAS SWEEPERS | P.O. BOX 803  OPELOUSAS, LA 70571 | SWEEPING | $2,150.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | OPU | OPUS HEALTH PLAN | 1324-06 Motor Parkway  Hauppauge, NY 11766 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Oracle | P.O. Box 71028   Chicago, IL 60694-1028 | Oracle Database Name User License | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | OutlookSoft | 100 Prospect Street North Tower Stamford, CT 06901 | Outlook Soft EAP | $0.00 |
| Winn-Dixie Stores, Inc. | | Supply Agreement | | Owens-Illinois Prescription Products, Inc. | 1 Sea Gate  Toledo, OH 43666 | Prescription vial supply | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | PA MCARE CARD/FIRST HEALTH | 4300 Cox Road   Glen Allen, VA 23060 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PAC | PACIFICARE | 221 N. Charles Lindbergh Drive  Salt Lake City, UT 84116 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSO | PACIFICARE OF FLA | 10833 Valley View Drive  Cypress, CA 90630 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PAI | PAID PRESCRIPTIONS | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Park City Group | P.O. Box 4000  Park City, UT 84060 | FSG Remote Site Software (RCI Cash Report) | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | PARTNERS (NON-$500 CREDIT) | 13900 Riverport Drive  Maryland Heights, MO 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | Peak Technologies | 9200 Berger Road   Columbia, MD 21046 c/o RR Donnelley, 3075 Highland Pkwy, Downers Grove, IL 60515 | Printers | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | Peak10 | 8810 Lenox Point Drive   Charlotte, NC 28273 | Data Center Space (Jax-Colo-CA8QTR); Advanced Managed Hosting Package (JAX-BBW-P9G-1.0 and JAX-AD/AHOST); Offsite Tape Storage(JAX-Backup-offsite); JAX-SYSADMIN and JAX-Hardware; Data Center Space(RDU-RACKUNIT); Internet Bandwidth(RDU-BBW-P9G-.256; Standard Managed Hosting Package (RDU-STDHOST) | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | PECO Pallet, Inc. | 29 Wells Avenue Bldg 4 Penthouse Yonkers, NY 10701 | Pallet use | $0.00 |
| Winn-Dixie Stores | All | Indemnity Agreement | | Penn-Pak Inc. | P.O. Box 390   Madison, GA 30650 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | PeopleSoft | 500 West Monroe Street   Chicago, IL 60661 | PeopleSoft HRMS | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | PeopleSoft | 500 West Monroe Street   Chicago, IL 60661 | Merant Net Express | $0.00 |
| Winn-Dixie Stores, Inc. | All | Service Agreement | | Peoplewise-LexisNexis | 700 E. Technology Ave. Building E, Suite 2200  Orem, UT 84097 | Open-ended contract-vendor for Background checks, Pharmacy certification checks and DMV checks | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Peregine | 3611 Valley Centre Drive   San Diego, CA 92130 | Service Center, Get-IT | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PRF | PERFORM COST MANAGEMENT | 9720 North 91st Street, Suite 232   Scottsdale, AZ 85258 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 602, 654, 667, 705 | Maintenance Agreement - Store | | PERFORMANCE POWER SWEEP | PO Box 146   Bartow, FL 33831 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCR | PHARMA CARE | 695 George Washington Hwy   Lincoln, RI 02865   Mark Minfull, Esq.   Saul Ewing LLP  222 Delaware Avenue Suite 1200   PO Box 1266   Wilmington, DE 19899 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PNR | PHARMACARE NET RX | 25 Blackstone Valley Place   Lincoln, RI 2865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCS | PHARMACEUTICAL CARD SYSTEM | 9501 East Shea Blvd.  Scottsdale, AZ 85260 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCN | PHARMACEUTICAL CARE NETWORK | 9343 Tech Center Drive, Suite 200   Sacramento, CA 95826 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PYA | Pharmacy ACCESS | P.O. Box 3010   Andover, MA 01810 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PHA | Pharmacy ASSOCIATES INC | P.O. Box 23007   Little Rock, AK 72221 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PYB | Pharmacy BENEFIT ADMINISTRAT | 10655 NW 29th Terrace   Miami, FL 33172 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PBA | Pharmacy BUSINESS ASSOCIATES | 1575 N Universal Avenue, Suite 100  Kansas City, MO 64120 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCI | Pharmacy CARD INC | 135 Chesterfields Lane   Maumee, OH 43537 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | Pharmacy CARE ALLIANCE | 13900 Riverport Drive   Maryland Heights, MO 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | Pharmacy CARE ALLIANCE | 13900 Riverport Drive   Maryland Heights, MO 63043 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PDN | Pharmacy DIRECT NETWORK | 221 N. Charles Lindbergh Drive   Salt Lake City, UT 84116 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PNY | Pharmacy SERV CORP NEW YORK | 210 Great Oaks Blvd   Albany, NY 12203 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSG | Pharmacy SERVICES GROUP | 1200 South Pine Island Road #300   Plantation, FL 33324 | Prescription Benefit Contract. | $0.00 |

Page 11 of 17

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | Pharmacy SMART CARD | P.O. Box 407  Boys Town, NE 68010 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSR | PHARMASURE INC. | 728 Shades Creek Parkway, Suite 100  Birmingham, AL 35209 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PNC | PHCY NTWK NATIONAL CORP | 1540 H Wade Hampton Blvd  Greenville, SC 29605 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PHP | PHP TENN CARE | 201 Executive Center Drive, Suite 300  Columbia, SC 29210 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | PREFERRED PRESCRIPTION DISCT | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSI | PREFERRED SOLUTIONS INC. | 30 Hunter Lane  Camp Hill, PA 17011 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PRS | PRESCRIP | 125 Venture Blvd  Spartanburg, SC 29306 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PBS | PRESCRIPTION BENEFIT SERVICE | 5440 North Cumberland Avenue, Suite 250  Chicago, IL 60656 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PDS | PRESCRIPTION DELIVERY SYSTEM | P.O. Box 340  Hatboro, PA 19040 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | PRESCRIPTION DISCOUNT CARD | 100 Parsons Pond Drive  Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PHS | PRESCRIPTION HEALTH SERVICES | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PPW | PRESCRIPTION PROCESSING SERV | 3611 Queen Palm Drive, Tampa FL 33630 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | PRESCRIPTION SOLUTIONS | 3515 Harbor Boulevard  Costa Mesa, CA 92626 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PSA | PRESCRIPTION SRVCS AMERICA | P.O. Box 52777  Lafayette, LA 70505 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Logistics, Inc. | Winn-Dixie Lo | Service Agreement | | Prime Cut Lawn & Tractor Work | 3127 N. Hoshoe  Independence, LA 70443 | Lawn maintenance for Logistics and Winn Dixie Dairy | $830.00 |
| Winn-Dixie Stores, Inc. | 1453, 1467, 1577, 1579, 1581, 1569 | Maintenance Agreement - Store | | PRO SWEEP | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 12522 WINDERMERE OAKS BATON ROUGE LA 70810 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 1461 | Maintenance Agreement - Store | | PRO SWEEP | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 1576 | Maintenance Agreement - Store | | PRO SWEEP | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 1590 | Maintenance Agreement - Store | | PRO SWEEP | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 1591 | Maintenance Agreement - Store | | PRO SWEEP | 17124 FOX RIDGE  PRAIRIEVILLE, LA 70769 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCP | PROCARE PBM | 3090 Premiere Parkway, Suite 100  Duluth, GA 30097 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PCE | PROCARE RX | 3090 Premiere Parkway, Suite 100  Duluth, GA 30097 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 495 | Maintenance Agreement - Store | | PROFESSIONAL LAWN CARE & LANDSCAPING | 7201 BRUNER STREET  PENSACOLA, FL 32526 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 429, 433, 435, 463, 468, 482, 500, 517, 525, 527, 531 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | P.O. BOX 210861  MONTGOMERY, AL 36112 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PRO | PRO-SERV | P.O. Box 5012  Thousand Oaks, CA 91359 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PVA | PROVANTAGE (FORMERLY BCM) | P.O. Box 1662  Waukesha, WI 53187 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | Provided Services (North Carolina Medicaid) | 1985 Umstead Dr  Raleigh, NC 27603 | Contract to participate in the State Medicaid Program | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PMP | PROVIDER MEDICAL PHARM. INC. | City Plex Towers Building (50th Floor)  Tulsa, OK 74137 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PRX | PRXN PRESCRIPTION DRUG PLAN | 2505 North Highway 360, Suite 670  Grand Prarie, TX 75050 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | HR Vendor | | Quest Diagnostics | 1201 South Collegeville Road  Collegeville, PA 19426 | Contract for Drug Screens | $0.00 |
| Winn-Dixie Stores, Inc. | | Transportation Contract | | Quickway Logistics, Inc. | 113 CANDY LANE  NASHVILLE TN 37211 | Dedicated Transportation Agreement to haul milk, dated115/03 | $0.00 |
| Winn-Dixie Stores, Inc. | 512 | Maintenance Agreement - Store | | R. J.'s SWEEPER SERVICE | P.O. BOX 1131  CENTURY, FL 32535 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 518 | Maintenance Agreement - Store | | R. J.'s SWEEPER SERVICE | P.O. BOX 1131  CENTURY, FL 32535 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | | Radiant | 3925 Brookside Parkway  Alpharetta, GA 30022 | Fuel CRC Hardware | $53,010.63 |
| Winn-Dixie Stores, Inc. | HDQ | Service Agreement | | RCG Information Technology | 20 North Orange Ave, Suite 705 Orlando, FL 32801 | MSA | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RBW | REGENCE BSHIELD OF WASHINGT | PO Box 1071  Portland, OR 97207 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RBO | REGENCE BCBS OF OREGON | 201 High Street, SE  Salem, OR 97309 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Master Service Agreement | | Resource Spectrum (Consulting Spectrum) | 967 West Wall Street Suite 100 Grapevine, TX 76051 | Revised MSA | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Responsive Systems Company | 281 Highway 79  Morganville, NJ 07751 | Buffer Pool Tool for DBS and Buffer Pool Optimizer | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | RESTAT | 724 Elm Street, P.O. Box 758  West Bend, WI 53095 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXE | RESTAT | 724 Elm Street, P.O Box 758  West Bend, WI 53095 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | REX | REX CLUB | 240 Corporate Boulevard  Norfolk, VA 23502 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Indemnity Agreement | | Rinaldi Printing Co. | 4514 Adamo Drive  Tampa, FL 33605 | Indemnity Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXV | RX ADVANTAGE | P.O. Box 66048  Tucson, AZ 85728 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RVA | RX AMERICA | 369 Billy Mitchell Road  Salt Lake City, UT 84116 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXW | RX CONNECTIONS | 1925 Enterprise Parkway  Twinsburg, OH 44087 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RDR | RX DIRECT | 852 East Arrowhead Lane  Murray, UT 84107 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXN | RX NET OF CA | 30 West Spring Street  Columbus, OH 43215 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | RX SAVINGS ACCESS CARD | 9700 N. 91st Street, Suite 232  Scottsdale, AZ 85258-5006 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXL | RX SOLUTIONS-WRK COMP | 3515 Harbor Boulevard  Costa Mesa, CA 92626 | Prescription Benefit Contract/Workers Compensation | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RXT | RXCARE PHP CARITEN WRK COMP | 226 Capitol Boulevard, Suite 510  Nashville, TN 37219 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RCH | RXCHANGE | 3661 Ridge Mill Drive  Columbus, OH 43206 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | RXSAVINGS | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | RXSAVINGS: MINNONITE MUTUAL | 2211 Sanders Road  Northbrook, IL 60062 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | RXSAVINGS: READERS DIGEST (PCS) | 9501 East Shea Blvd  Scottsdale, AZ 85260 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | RWS | RXWEST | 9 Inverness Drive East  Englewood, CO 80112 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 144, 123 | Maintenance Agreement - Store | | SAGES LAWN SERVICE | 3105 CR 121  BALDWIN, FL 32234 | SWEEPING AND LANDSCAPING | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SAV | SAV-RX | 1612 North Bell Street   Fremont, NE 68025 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SAV-RX MED-ADVANTAGE | 1612 North Bell Street   Fremont, NE 68025 SAVRX Advantage 224 NORTH PARK AVE FREMONT, NE 68025 | Prescription Benefit Contract | $2,135.15 |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | SC Dept. of Health & Human Services (South Carolina Medicaid) | 1801 Main Street Medicaid Provider Enrollment Columbia, SC 25201 | Contract to participate in the State Medicaid Program | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MIM | SCRIP SOLUTIONS | 33 North Road   Wakefield, RI 02879-2154 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SCRIP SOLUTIONS CHOICE | 33 North Road   Wakefield, RI 02879-2154 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SCRIP SOLUTIONS FREEDOM | 33 North Road   Wakefield, RI 02879-2154 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SCR | SCRIPCARD | 448 East 6400 South, Suite 400   Salt Lake City, UT 84107 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SCI | SCRIPT CARE INC. | 155 I1-10 North, Suite 5   Beaumont, TX 77707 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SCT | SCRIPT NET | 225 South Jones Boulevard   Las Vegas, NV 89146 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SCRIPTSAVE PLUS-PREMIER | 333 E. Wetmore, 4th Floor   Tucson, AZ 85705 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SSV | SCRIPTSAVE, INC | 161 S. Lincolnway Street, Suite 203  North Aurora, IL 60542 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SIA | SELF-INSURANCE ADMINISTRATOR | P.O. Box 81189  Lafayette, LA 70598-1189 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | SendMail | 6425 Christie Ave. 4th Floor Emeryville, CA 94608 | Sendmail | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License and Maintenance | | Serena Software Inc. | 3445 NW 21th Avenue   Hillsboro, OR 97124 3445 NW 21th Terrace   Hillsboro OR 97124 PO BOX 201448 DALLAS, TX 75203-1448 | Software License Schedule to Master License Agreement dated 3/1/04, Changeman and TeamTrack | $122,566.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SPP | SERVU PRESCRIPTION PLAN | 416 Mary Lindsay Polk Drive, Suite 515   Franklin, FL 37067 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | SHPs | 11405 Bluegrass Parkway Attn Kathy Carwile Louisville, KY 40299 | FSA's | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Sirius | 613 NW Loop Suite 410  San Antonio, TX 78216 | DB2 Software for WorkGram p570 Server | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Sirius | 613 NW Loop Suite 410  San Antonio, TX 78216 | F5 SWMA for AIX Processor | $0.00 |
| Winn-Dixie Stores | | Equipment Lease | | SIRIUS Computer Solutions, Inc. | 613 N.W. Loop 410, Ste. 1000   San Antonio, TX 78216 112 E Pecan, Ste 1800  San Antonio, TX 78205 | Sub-agreement of master agreement 1-1TN97-CA; install and configure hardware management console | $0.00 |
| Winn-Dixie Stores | | IT-Hardware Lease | | SIRIUS Computer Solutions, Inc. | 613 N.W. Loop 410, Ste. 1000   San Antonio, TX 78216 | Sub-agreement of master agreement 1-1TN97-CA; rental of hardware and software | $0.00 |
| Winn-Dixie Stores | | IT-Hardware Lease | | SIRIUS Computer Solutions, Inc. | 613 N.W. Loop 410, Ste. 1000   San Antonio, TX 78216 | Sub-agreement of master agreement 1-1TN97-CA; DB2 Software | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | SkyBridge | 161 Village Parkway Bldg 7 Marietta, GA 30067 | PeopleSoft Financials | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | PMK | SMARTPLAN | 33 North Road   Peach Dale, RI 02883 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | SMC | SMCRX, INC. | 4535 Missouri Flat Road, Suite 200   Placerville, CA 95667 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Software Diversified Services | P.O. Box 32707  Minneapolis, MN 55432 | IPOP Plus (S/N 047534, CPU 2064 1C9) | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Software Engineering of America | 1230 Hempstead Turnpike  Franklin Square, NY 11010 | MNT SAVRS/VTAM PROG PROD | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MSC | SOUTH CAROLINA MEDICAID(Allwin Data Services) | 4290 Indianola Avenue  Columbus, OH 43214 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | SPSS | 233 S. Wacker Drive 11th Floor Chicago, IL 60606-6412 | Forecasting Tool for Merchandising | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | SRC | 131 N. Glassell Street Suite 200 Orange, CA 92865 | Allocate Market Bundle | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Steton Technology Group | 2711 Santa Clara Drive Suite 200 Santa Clara, UT 84765 | Quality Suite | $1,962.84 |
| Winn-Dixie Stores, Inc. | 642, 694 | Maintenance Agreement - Store | | SUNCOAST PARKING LOT SERVICE Inc. | PO Box 4255  Seminole, FL 33776  11709 106TH AVENUE N SEMINOLE, FL 33778 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | SXC HEALTH SOLUTIONS | 7047 E. Greenway Parkway, Suite 360  Scottsdale, AZ 85254 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 1559 | Maintenance Agreement - Store | | T & A ENTERPRISE | 3268 OLIVER ROAD  JEANERETTE, LA 70544 | SWEEPING AND LANDSCAPING | $1,225.00 |
| Winn-Dixie Stores, Inc. | | Benefits Vendor | | T. Rowe Price | 100 East Pratt Street  Baltimore, MD 21202 | 401(k) vendor | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | TCI Solutions | 17752 Skypark Circle Suite 150 Irvine, CA 92614 | HDQ Solution HQPM2 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | TCI Solutions | 17752 Skypark Circle Suite 150 Irvine, CA 92614 | Integration Workbench | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TDI | TDI MANAGED CARE SERVICES Inc. | 620 Epsilon Drive  Pittsburgh, PA 15238  695 GEORGE WASHINGTON HWY LINCOLN, RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TNN | TENNCARE-FIRST HEALTH | P.O. Box 24486  Nashville, TN 24486 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TXH | TEXAS HEALTH CHOICE | P.O. Box 15645  Las Vegas, NV 89114-5645 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | West | Newspaper Ad | N/A | The Fifth Dimension | 2200 Fourth Ave North  Birmingham, AL 35202 | Preprint | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | The Birmingham News | Yeomans Drive  Buckinghamshire, England MK14 5LS | Apollo Total Store License | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | OAT | THE OATH-A HLTH PLAN FOR ALA | Twp Perimeter Park South, Suite 200 West  Birmingham, AL 35243 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | OPN | THE OPEN Pharmacy NETWORK | 369 Bill Mitchell Road  Salt Lake City, UT 84111 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | WPN | THE WELLNESS PLAN OF N. C. | 695 George Washington Hwy, PO Box 519  Lincoln, RI 2865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TPS | THIRD PARTY SOLNS.GA.CAROLIN | P.O. Box 17124  Memphis, TN 38187-0124 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 454 | Maintenance Agreement - Store | | THOMLEY'S VAC-U-SWEEP | 103 WAVERLY CIRCLE  DOTHAN, AL 36301 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | 457 | Maintenance Agreement - Store | | THOMLEY'S VAC-U-SWEEP | 103 WAVERLY CIRCLE  DOTHAN, AL 36301 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT - Consulting Agreement | Steve Patterson | Threshold Consulting Services | 200 N. Garden Ave.  Clearwater, FL 33755 | Hyperion Intelligence Information Engineer | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Consulting Agreement | John Bailey | Threshold Consulting Services | 200 N. Garden Ave.  Clearwater, FL 33755 | TCI | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Consulting Agreement | Mike Holt | Threshold Consulting Services | 200 N. Garden Ave.  Clearwater, FL 33755 | Sales Planning Management System | $0.00 |
| Winn-Dixie Stores, Inc. | | Software License and Maintenance | | Tomax | 224 South 200 West  Salt Lake City, UT 84101 | Software License Agreement dated 6/26/02 Labor Scheduler | $0.00 |
| Winn-Dixie Stores, Inc. | 1453, 1590, 1591 | Maintenance Agreement - Store | | TOTAL GROUNDS MAINTENANCE LLC | P.O. BOX 77952  BATON ROUGE, LA 70879 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 481 | Maintenance Agreement - Store | | TOTAL MAINTENANCE OF BAY COUNTY, INC. | 2326 EAST 34TH PLACE  PANAMA CITY, FL 32405 | SWEEPING | $0.00 |

**Exhibit A**
**Contracts for Assumption**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 487 | Maintenance Agreement - Store | | TOTAL MAINTENANCE OF BAY COUNTY, INC. | 2326 EAST 34TH PLACE   PANAMA CITY, FL 32405 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 488 | Maintenance Agreement - Store | | TOTAL MAINTENANCE OF BAY COUNTY, INC. | 2326 EAST 34TH PLACE   PANAMA CITY, FL 32405 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 552 | Maintenance Agreement - Store | | TOTAL MAINTENANCE OF BAY COUNTY, INC. | 2326 EAST 34TH PLACE   PANAMA CITY, FL 32405 | SWEEPING AND LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TSC | TOTAL SCRIPT | 10901 West 120th Avenue, Suite 110   Broomfield, CO 80021 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TPH | TOUCHPOINT/NAVITUS HEALTH | P.O. Box 101632   Pittsburgh, PA 15237 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores | See Exhibit A | Supply Agreement | 12 | Trex Company, Inc. | 160 Exeter Drive   Winchester, Virginia 23203 | Purchases Recycle Waste / Polyethylene | $0.00 |
| Winn-Dixie Stores, Inc. | 1854 | Maintenance Agreement - Store | | TRI-COUNTY STRIPING & SWEEPER | P.O. BOX 301   CENTERVILLE, GA 31028 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | TBC | TRUST PLUS | 6712 Old Canton Road, Suite 5   Ridgeland, MS 39157 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | U SHARE PRESCRIPT DISC CARD | 100 Parsons Pond Drive   Franklin Lakes, NJ 07417 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | HR Vendor | | UCAC | 5737 Corporate Way   West Palm Beach, FL 33407-2097 | Unemployment Claims contractor | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | UHP HEALTHCARE | 10680 Treena St, 5th Floor   San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | UHC | UNITED HEALTHCARE | 2307 W. Cone Blvd.   Greensboro, NC 27408 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | UPS | UNITED PROVIDER SERVICES | 5125 Davis Blvd.   Ft. Worth, TX 76180 695 GEORGE WASHINGTON HWY LINCOLN RI 02865 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | UNP | UNIVERSAL MGD PRESC. BENEFIT | 4201 South 87th Street   Omaha, NB 38127 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | URX | UNIVERSAL RX | One Columbia Place   Greensburg, PA 15601 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Service Agreement | N/A | Upromise | 117 Kendrick St, Ste 200   Needham, MA, 2494 | Develop, market, and administer a marketing and savings network for manufacturers. Provision of investments of rebates given to customers | |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | USH | US HEALTHCARE - HMO | 1000 Middle Street   Middletown, CT 8457 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | USC | US SCRIPT | 1300 E Shaw, Suite 173   Fresno, CA 93710 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | All | Confidentiality Agreement | N/A | Valassis Sales and Marketing, Inc | 19975 Victor Parkway   Livonia, MI 48152 | Confidential Disclosure | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | VRX | VALUE RX (MEDICOST) | 1825 South Woodward Ave, Suite 200   Broomfield Hills, MI 48302 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | 473, 549, 571, 596, 1333 | Maintenance Agreement - Store | | VAN ELMORE SERVICES, INC. | 19 ASHLEY DRIVE   MOBILE, AL 36608 | SWEEPING and LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | 495 | Maintenance Agreement - Store | | VAN ELMORE SERVICES, INC. | 19 ASHLEY DRIVE   MOBILE, AL 36608 | SWEEPING | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Vanguard | 3035 E. Patrick Lane Suite 11   Las Vegas, NV 89120-3748 | Administrator maintenance 1000-MNA-140-151-18 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Vanguard | 3035 E. Patrick Lane Suite 11   Las Vegas, NV 89120-3748 | Password reset | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Vanguard | 3035 E. Patrick Lane Suite 11   Las Vegas, NV 89120-3748 | Administrator maintenance 1000-MNA-151-18 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | ViaLink | P.O. Box 200457   Houston, TX 77216-0457 | | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MVA | VIRGINIA MEDICAID | 600 East Broad Street, Suite 1300   Richmond, VA 23219 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | VYT | VYTRA HEALTH PLAN | 7 West 34th Street   New York, NY 10001 | Prescription Benefit Contract | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | WALGREEN'S HEALTH INITIATIVE | 2275 Half Day Road, Suite 250   Bannockburn, IL 60015 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | WELLBORN HEALTH PLAN | 10680 Treena St. 5th Floor   San Diego, CA 92131 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | MDC | WELLPOINT Pharmacy MANAGEMENT | P.O. Box 4488   Woodland Hills, CA 91365 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | WIN | WHP HEALTH INITIATIVES, INC. | 2275 Half Day Road, Suite 250   Bannockburn, IL 60015 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | WMS | WMS RX DRUG PLAN | 3090 Premiere Parkway, Suite 100   Duluth, GA 30097 | Prescription Benefit Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Workbrain | PO Box 503123  St.Louis, MO  63150-2123  3440 PRESTON RIDGE ROAD, SUITE 100  ALPHARETTA, GA 30005 | WorkBrain ERM 3.0 Workforce Management | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Workshare | 20 Fashion Street   London, England E1 6PX | DeltaView Software Subscription Support | $0.00 |

**Exhibit B**

Exhibit B
Subleases for Assumption

| Store # | | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Proposed Cure Amount |
|---|---|---|---|---|
| 2231 | SubLease Agreement | OFFICE DEPOT INC #110 | OFFICE DEPOT INC #110 2200 OLD GERMANTOWN ROAD , DELRAY BEACH  FL  33445 0000 | $0.00 |
| 362 | SubLease Agreement | OFFICE DEPOT#025 | OFFICE DEPOT#025 2200 OLD GERMANTOWN ROAD , DELRAY BEACH  FL  33445 0000 | $0.00 |
| 2290 | SubLease Agreement | OFFICE DEPOT, INC.#511 | OFFICE DEPOT, INC.#511 2200 OLD GERMANTOWN ROAD , DELRAY BEACH  FL  33445 0000 | $0.00 |
| 531 | SubLease Agreement | COMMUNITY BANK & TRUST | COMMUNITY BANK & TRUST P.O. BOX 1900 CORNELIA, GA., 30531 0000 | $0.00 |
| 439 | SubLease Agreement | COMMUNITY BANK AND TRUST | COMMUNITY BANK AND TRUST 474 NORTH MAIN STREET ATTN: CINDY STAVELY, CORNELIA  GA  30531 0000 | $0.00 |
| 251 | SubLease Agreement | DIMA'S JEWELRY, INC | DIMA'S JEWELRY, INC 3275 CORAL WAY , MIAMI  FL  33145 0000 | $0.00 |
| 368 | SubLease Agreement | FIDELITY FEDERAL SAVINGS BANK | FIDELITY FEDERAL SAVINGS BANK 218 DATURA STREET , WEST PALM BEACH  FL  33401 0000 | $0.00 |
| 358 | SubLease Agreement | FIRST STATE BANK OF THE KEYS | FIRST STATE BANK OF THE KEYS 1201 SIMONTON STREET , KEY WEST  FL  33040 0000 | $0.00 |
| 317 | SubLease Agreement | INT'L BANKING(1ST STATE BANK O | INT'L BANKING(1ST STATE BANK O  1770 INDIAN TRAIL ROAD, NORCROSS  GA  30093 0000 | $0.00 |
| 1329 | SubLease Agreement | NATIONAL COMMERCE BANK | NATIONAL COMMERCE BANK ONE COMMERCE SQUARE , MEMPHIS  TN  38150 0000 | $0.00 |
| 218 | SubLease Agreement | OCEAN BANK | OCEAN BANK 780 NW 42ND AVE SUITE 600, MIAMI  FL  33126 0000 | $0.00 |
| 274 | SubLease Agreement | OCEAN BANK | OCEAN BANK 780 NW 42ND AVENUE SUITE 600, MIAMI  FL  33126 0000 | $0.00 |
| 469 | SubLease Agreement | REGIONS BANK | REGIONS BANK P.O. BOX 1448 , MONTGOMERY  AL  36102 0000 | $0.00 |
| 564 | SubLease Agreement | REGIONS BANK | REGIONS CORP. REAL ESTATE ATTN: PORTFOLIO ADMIN. 7130 GOODLETT FARMS PKWY, CORDOVA  TN  38106 0000 | $0.00 |
| 580 | SubLease Agreement | REGIONS BANK | REGIONS CORP. REAL ESTATE ATTN: PORTFOLIO ADMIN. 7130 GOODLETT FARMS PKWY, CORDOVA  TN  38016 0000 | $0.00 |
| 591 | SubLease Agreement | REGIONS BANK | REGIONS CORP. REAL ESTATE ATTN: PORTFOLIO ADMIN. 7130 GOODLETT FARMS PKWY, CORDOVA  TN  38016 0000 | $0.00 |
| 595 | SubLease Agreement | REGIONS BANK | REGIONS BANK 417 NORTH TWENTIETH ST. , BIRMINGHAM  AL  35203 3203 | $0.00 |
| 1555 | SubLease Agreement | REGIONS BANK | REGIONS BANK 800 SOUTH LEWIS ST P O BOX 11240, NEW IBERIA  LA  70562 1240 | $0.00 |
| 729 | SubLease Agreement | SUNSET COVE | Sunset Cove Marco, LP 1100 5th Ave. South Suite 405  , Naples, FL 34102 | $0.00 |
| 166 | SubLease Agreement | THE HERITAGE BANK | THE HERITAGE BANK ATTN: BRANCH ADMINISTRATOR SVP PO BOX 1009, HINESVILLE  GA  31310 8009 | $0.00 |
| 222 | SubLease Agreement | TROPICAL FINANCIAL CREDIT UNIO | TROPICAL FINANCIAL CREDIT UNIO 8000 N.W. 7TH STREET , MIAMI  FL  33126 4099 | $0.00 |
| 250 | SubLease Agreement | TROPICAL FINANCIAL CREDIT UNIO | TROPICAL FINANCIAL CREDIT UNIO 8000 N.W. 7TH STREET , MIAMI  FL  33126 4099 | $0.00 |
| 291 | SubLease Agreement | TROPICAL FINANCIAL CREDIT UNIO | TROPICAL FINANCIAL CREDIT UNIO 8000 N.W. 7TH STREET , MIAMI  FL  33126 4099 | $0.00 |
| 7 | SubLease Agreement | TXJ COMPANIES, INC. | TXJ COMPANIES, INC. SOUTHEAST LEASING & MGMT CO 9210 CYPRESS GREEN DRIVE, JACKSONVILLE  FL  32216 0000 | $0.00 |
| 52 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK  PO BOX 610, CRAWFORDVILLE  FL  32356 0000 | $0.00 |
| 86 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK P.O. BOX 610 , CRAWFORDVILLE  FL  32356 0000 | $0.00 |
| 116 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK NWC MONROE AND PAUL RUSSELL  , TALLAHASSEE  FL  32356 0000 | $0.00 |
| 125 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK P.O. BOX 610  , CRAWFORDVILLE  FL  32326 0000 | $0.00 |
| 186 | SubLease Agreement | WAKULLA BANK | WAKULLA BANK PO BOX 610  , CRAWFORDVILLE  FL  32356 0000 | $0.00 |
| 514 | SubLease Agreement | AMSOUTH PROPERTIES | AMSOUTH PROPERTIES ATTN: HENRY LONG P.O. BOX 11007, BIRMINGHAM  AL  35288 0000 | $0.00 |
| 1329 | SubLease Agreement | BRIDGECOM WIRELESS GULF COAST, | BRIDGECOM WIRELESS GULF COAST, 2395 EAST GAUSE BLVD.,STE. 3  , SLIDELL  LA  70461 0000 | $0.00 |
| 2380 | SubLease Agreement | KING ENTERTAINMENT, INC.#3523 | KING ENTERTAINMENT, INC.#3523 ATTN: ERIC SMITH 2924-13TH STREET, ST. CLOUD  FL  34769 0000 | $0.00 |

1