UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about October 30, 2006 I caused copies of:

•   the **Notice of Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: September 7, 2006

_____
Kathleen M. Logan

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**EXHIBIT A**
**SERVICE LIST**
**[No Liability Claimants]**

SERVICE LIST

**Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit A Claimants - No Liability]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 399614-98<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FLR<br>NEW YORK NY 10022 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 243209-12<br>BEAUTY BEAT INC<br>ATTN WILLIAM MOSKOVITS, PRESIDENT<br>12222 SHERMAN WAY<br>NORTH HOLLYWOOD, CA 91605 |
| CREDITOR ID: 269363-16<br>BEN TOBIN COMPANIES, LTD, THE<br>C/O SALOMON KANNER DAMIAN ET AL<br>ATTN VINCENT E. DAMIAN JR, ESQ<br>80 SOUTHWEST 8TH STREET, SUITE 2550<br>MIAMI, FL 33130 | CREDITOR ID: 410895-15<br>BG TURFWAY, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH 44122 | CREDITOR ID: 411161-15<br>BG TURFWAY, LLC<br>C/O BENDERSON DEVELOPMENT CO, INC.<br>ATTN SUSAN M HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 |
| CREDITOR ID: 403527-15<br>BOB CAMPBELL PAINTING, INC<br>ATTN ROBERT L CAMPBELL, OWNER<br>370 NE 45 CT<br>FT LAUDERDALE FL 33334 | CREDITOR ID: 410870-15<br>CARDINAL HEALTH<br>C/O PITNEY HARDIN, LLP<br>ATTN SCOTT A ZUBER, ESQ<br>PO BOX 1943<br>MORRISTOWN NJ 07932-1945 | CREDITOR ID: 2130-99<br>CHESTER DIX ALEXANDRIA CORPORATION<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 2130-99<br>CHESTER DIX ALEXANDRIA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 2133-99<br>CHESTER DIX FLORENCE CORPORATION<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2133-99<br>CHESTER DIX FLORENCE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 |
| CREDITOR ID: 2137-99<br>CHESTER DIX NEWMAN CORPORATION<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2137-99<br>CHESTER DIX NEWMAN CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN CHARLES KADISH, VP<br>PO BOX 40<br>WESTBURY NY 11590 | CREDITOR ID: 416271-15<br>CIRIGNANO FAMILY LP<br>ATTN ALBERT J CIRIGNANO<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 |
| CREDITOR ID: 416271-15<br>CIRIGNANO FAMILY LP<br>C/O DOLLINGER GONSKI & GROSSMAN<br>ATTN MATTHEW DOLLINGER, ESQ<br>ONE OLD COUNTRY ROAD<br>PO BOX 9010<br>CARLE PLACE NY 11514-9010 | CREDITOR ID: 384081-47<br>DAIRY FARMERS OF AMERICA INC<br>ATTN: JOEL CLARK<br>10411 CAUDILL ROAD<br>KNOXVILLE, TN 37922 | CREDITOR ID: 279201-99<br>DAIRY FARMERS OF AMERICA INC<br>C/O LATHROP & GAGE LC<br>ATTN STEPHEN B SUTTON, ESQ<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY MO 64108 |
| CREDITOR ID: 406281-15<br>DEAN SPECIALTY FOODS GROUP, LLC<br>C/O DEAN FOOD COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX | CREDITOR ID: 279223-35<br>DIAL CORPORATION<br>C/O SNELL & WILMER, LLP<br>ATTN PETER J RATHWELL, ESQ<br>400 EAST VAN BUREN ST<br>PHOENIX AZ 85004-2202 | CREDITOR ID: 279223-35<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 |
| CREDITOR ID: 248989-12<br>ENERGIZER BATTERY INC<br>ATTN KEVIN R CARTER SR CRDT MGR<br>23145 NETWORK PLACE<br>CHICAGO, IL 60673-1231 | CREDITOR ID: 249004-12<br>ENGLISH VILLAGE, LLC<br>C/O BUTLER SNOW O'MARA ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>210 E CAPITAL STREET, 17TH FLOOR<br>PO BOX 22567<br>JACKSON MS 39225-2567 | CREDITOR ID: 249004-12<br>ENGLISH VILLAGE, LLC<br>ATTN MIKE PETERS, OWNER/MGR<br>2906 NORTH STATE STREET, SUITE 201<br>JACKSON, MS 39216 |
| CREDITOR ID: 249481-12<br>FERRERO USA INC<br>ATTN JOHN GIFFORD<br>600 COTTONTAIL LANE<br>SOMERSET NJ 08873 | CREDITOR ID: 249568-12<br>FIRST QUALITY HYGIENIC INC<br>ATTN PHYLLIS I CLARK, CR SUPERVISOR<br>PO BOX 7777-W3880<br>PHILADELPHIA, PA 19175-3880 | CREDITOR ID: 374946-44<br>FLOWERS BAKING CO OF JACKSONVILLE<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 |

SERVICE LIST

**Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit A Claimants - No Liability]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 249869-12
FLOWERS BAKING CO OF THOMASVILLE
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 249856-12
FLOWERS BAKING CO OF VILLA RICA LLC
ATTN MISSY WILSON, CREDIT MGR
132 NORTH BROAD STREET
THOMASVILLE GA 31792

CREDITOR ID: 250522-12
GEORGIA SELF INS GUARANTY TRUST FD
PO BOX 7159
ATLANTA GA 30357-0159

CREDITOR ID: 250522-12
GEORGIA SELF INS GUARANTY TRUST FD
C/O RAGSDALE BEALS HOOPER & SEIGLER LLP
ATTN HERBERT C BROADFOOT II, ESQ
2400 INTERNATIONAL TOWER
229 PEACHTREE ST, NE
ATLANTA GA 30303-1629

CREDITOR ID: 250562-12
GHIRARDELLI CHOCOLATE
ATTN L AUERBACH/T MOONEY
1111 139TH AVENUE
SAN LEANDRO CA 94578

CREDITOR ID: 405927-99
GOODING'S SUPERMARKETS, INC
C/O LOWNDES DROSDICK ET AL
ATTN MATT E BEAL, ESQ
215 NORTH EOLA DRIVE
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 382874-51
HARRISON, ANDREW DBA
C/O ARNOLD GALLAGHER SAYDACK ET AL
ATTN LOREN S SCOTT, ESQ
PO BOX 1758
EUGENE OR 97440-1758

CREDITOR ID: 382874-51
HARRISON, ANDREW DBA
EXPOSURE SALES & MARKETING
PO BOX 50312
EUGENE, OR 97405

CREDITOR ID: 251563-12
HI TECH PLASTICS INC / CHEMCOM INC
ATTN BERNARD E DAHLIN, PRES
PO BOX 143
NICHOLS, WI 54152

CREDITOR ID: 399337-15
INGRAM ENTERTAINMENT INC
ATTN DORIS NELMS
TWO INGRAM BLVD
LAVERNGE TN 37086

CREDITOR ID: 278813-99
KASHI SALES, LLC
C/O WARNER STEVENS LLP
ATTN M WARNER/E CHOU, ESQS
1700 CITY CENTER TOWER II
301 COMMERCE STREET
FORT WORTH TX 76102

CREDITOR ID: 253919-12
KEY DISTRIBUTORS INC
ATTN JOSEPH NICOSIA, CFO
DEPT 66794
EL MONTE, CA 91735-6794

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 165897-09
LINTON, LLOYD L
1580 CALLAWAY LOOP
CONYERS GA 30012

CREDITOR ID: 254941-12
LOGO CHAIR DBA LOGO INC
ATTN SHEA POPE, REGIONAL SALES MGR
1299 FARMVILLE ROAD
MEMPHIS, TN 38122

CREDITOR ID: 393699-58
LONE STAR ANTIQUE MALL INC & RAESZ,
RICKY & RONNIE
ATTN RICKY C RAESZ, AS PRES & INDIV
2290 W HICKS ROAD, BLDG 7-1
FORT WORTH, TX 76131

CREDITOR ID: 405906-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 384226-47
MARKWINS INTERNATIONAL
ATTN RUTH CHEUNG
22067 FERRERO PARKWAY
CITY OF INDUSTRY, CA 91789

CREDITOR ID: 382042-36
MCCORMICK & COMPANY, INC
ATTN AUSTIN NOONEY
211 SCHILLING CIRCLE
HUNT VALLEY MD 21031

CREDITOR ID: 382042-36
MCCORMICK & COMPANY, INC
C/O DLA PIPER RUDNICK GRAY CARY LLP
ATTN DANIEL J CARRIGAN, ESQ
1775 WIEHLE AVE, STE 400
RESTON VA 20190

CREDITOR ID: 407784-15
METRO-GOLDWYN-MAYER HOME ENT
C/O GLICKFIELD, FIELDS & JACOBSON
ATTN LAWRENCE M JACOBSON, ESQ
9401 WILSHIRE BLVD, SUITE 525
BEVERLY HILLS CA 90212

CREDITOR ID: 406013-15
NATIONAL DISTRIBUTING COMPANY, INC
C/O ALSTON & BIRD LLP
ATTN JASON H WATSON, ESQ
1201 WEST PEACHTREE STREET
ATLANTA GA 30309

CREDITOR ID: 257031-12
NAVAJO MANUFACTURING CO
ATTN GORDEN LEVY, CEO
5330 FOX STREET
DENVER, CO 80216-1630

CREDITOR ID: 257072-12
NECCO
ATTN JOHN TETI, CORP ACCTG MGR
135 AMERICAN LEGION HWY
REVERE MA 02151-2405

CREDITOR ID: 257228-12
NEXT PROTEINS, INC
ATTN TEX PROWS, ESQ
PO BOX 2469
CARLSBAD, CA 92018

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ROY COOPER OR DONALD LATON, ESQS
DEPARTMENT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
ATTN STEPHEN P GENNETT
PO BOX 12442
RALEIGH NC 27605

SERVICE LIST
Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit A Claimants - No Liability]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

CREDITOR ID: 257371-12
NORTH CAROLINA SELF INS GUAR ASSN
STUART LAW FIRM, PLLC
ATTN CATHERINE R STUART
1033 WADE AVENUE, SUITE 200
RALEIGH NC 27605-1155

CREDITOR ID: 257895-12
PACIFIC WORLD CORPORATION
ATTN JAY LIVINGSTON, CFO
25791 COMMERCENTRE DRIVE
LAKE FOREST CA 92630

CREDITOR ID: 262867-12
PARTS STORE, THE DBA EQUIPMENT SALE
ATTN CHESLEY PIERCE
PO BOX 7393
MOBILE, AL 36670

CREDITOR ID: 403486-15
PEPSI COLA BOTTLING CO OF CTRL VA
DBA VIRGINIA BEACH BEVERAGES
ATTN LORI PULLEN, CR MGR
PO BOX 9035
CHARLOTTESVILLE VA 22906

CREDITOR ID: 258439-12
PHARMATON NATURAL HEALTH AKA
BOEHRINGER INGELHEIM CONSUMER
HEALTH CARE PRODUCTS, INC
ATTN FRANK HARKIAS
900 RIDGEBURY ROAD
RIDGEBURY CT 06877

CREDITOR ID: 258440-12
PHARMAVITE, LLC
ATTN TAMARA CRANE, CREDIT MGR
8510 BALBOA BLVD
NORTHRIDGE CA 91325

CREDITOR ID: 279263-35
PINNACLE FOODS CORP
ATTN C STAUB/W O'MALLEY
SIX EXECUTIVE CAMPUS
CHERRY HILL NJ 08002

CREDITOR ID: 259115-12
QUIGLEY CORPORATION
PO BOX 1349
DOYLESTOWN, PA 18901

CREDITOR ID: 259115-12
QUIGLEY CORPORATION
EASTBURN AND GRAY, PC
ATTN JOHN N SCHAEFFER III, ESQ
PO BOX 1389
DOYLESTOWN PA 18901

CREDITOR ID: 406179-15
RAESZ, RONNIE
201 RANCHO DRIVE
SAGINAW TX 76179

CREDITOR ID: 260371-12
SAMY CO
ATTN LAWRENCE HADDAWAY, ACCTG MGR
8815 NW 33RD STREET, SUITE 100
DORAL FL 33172

CREDITOR ID: 381761-15
SCOTT-GROSS CO INC
C/O FRANCINE CLAIR LANDAU ESQ
664 MAGNOLIA AVE
LEXINGTON KY 40505

CREDITOR ID: 406094-15
STATE OF OKLAHOMA WORKERS COMP
COURT & INDIVIDUAL SELF INSURED
GUARANTY FUND
ATTN VIRGINIA GORESEN/MARCIA DAVIS
1915 NORTH STILES AVENUE
OKLAHOMA CITY OK 73105-4918

CREDITOR ID: 406094-15
STATE OF OKLAHOMA WORKERS COMP
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: W A DREW EDMONDSON, ESQ
2300 N LINCOLN BLVD
STATE CAPITAL, RM 112
OKLAHOMA CITY OK 73105

CREDITOR ID: 262266-12
SUPERMARKET EQUIPMENT RESALE INC
PO BOX 328
RUTLEDGE GA 30663-0328

CREDITOR ID: 262266-12
SUPERMARKET EQUIPMENT RESALE INC
KATZ FLATAU POPSON & BOYER, LLP
ATTN WESLEY J BOYER, ESQ
355 COTTON AVENUE
MACON GA 31201

CREDITOR ID: 262906-12
TOPPS CO INC, THE
BOX 4050 CHURCH ST STATION
NEW YORK, NY 10261-4050

CREDITOR ID: 410984-15
TOPPS COMPANY, INC, THE
ATTN THOMAS M RYAN, DIR OF CREDIT
ONE WHITEHALL STREET
NEW YORK NY 10004

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

CREDITOR ID: 263785-12
UNITED COMMERCIAL MORTGAGE CORP
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND OH 44114

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
C/O SHEARMAN & STERLING, LLP
ATTN HENRY T NGUYEN, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
C/O SHEARMAN & STERLING
ATTN ANDREW TENZER, ESQ
599 LEXINGTON AVE
NEW YORK NY 10022

CREDITOR ID: 278050-22
WACHOVIA BANK NA, ADMIN AGT
ATTN DOUG BOOTH, DIRECTOR
ONE WACHOVIA BANK CENTER
301 SOUTH COLLEGE STREET, DC-5
CHARLOTTE NC 28288

CREDITOR ID: 410369-15
WACHOVIA BANK, NA, AGENT
ATTN GARY DIXON, DIRECTOR
110 EAST BROWARD BLVD, SUITE 2050
FORT LAUDERDALE FL 33301

CREDITOR ID: 264723-12
WHITE RAIN
ATTN RONALD J LINDE, CONTROLLER
DEPT 1934
135 SOUTH LASALLE
CHICAGO, IL 60674-1934

CREDITOR ID: 264937-12
WINDSOR STATION LLC
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 452127-15
WOODLAND HARTFORD ASSOCIATES, LLC
C/O OFFICES OF JOEL SHAFFERMAN, LLC
ATTN JOEL SHAFFERMAN, ESQ
80 WALL STREET, SUITE 910
NEW YORK NY 10005

**Total:   81**

**EXHIBIT A**
**SERVICE LIST**
**[No Liability Misclassified Claimants]**

SERVICE LIST

**Notice of Debtors' Nineteenth Omnibus Objection to**
**(A) No Liability Claims, (B) No Liability Misclassified**
**Claims, (C) Workers Compensation Claims and (D) Workers**
**Compensation Misclassified Claims**
**[Exhibit B Claimants - No Liability Misclassified]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                           **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 403197-99<br>ALLEN CANNING COMPANY<br>C/O WRIGHT LINDSEY & JENNINGS LLP<br>ATTN JAMES J GLOVER, ESQ<br>200 WEST CAPITOL AVE, STE 2300<br>LITTLE ROCK AR 72201 | CREDITOR ID: 279223-35<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | CREDITOR ID: 279223-35<br>DIAL CORPORATION<br>C/O SNELL & WILMER, LLP<br>ATTN PETER J RATHWELL, ESQ<br>400 EAST VAN BUREN ST<br>PHOENIX AZ 85004-2202 |
| CREDITOR ID: 256218-12<br>DUNLAP, MICHAEL D<br>11121 SEVILLA COURT<br>CHARLOTTE NC 28226 | CREDITOR ID: 382018-36<br>GORTON'S, INC<br>MCDERMOTT, WILL & EMERY, LLP<br>ATTN JASON J DEJONKER, ESQ<br>227 WEST MONROE STREET<br>CHICAGO IL 60606-5096 | CREDITOR ID: 382018-36<br>GORTON'S, INC<br>DIANE J AMERO, CREDIT MGR<br>128 ROGERS ST<br>GLOUCHESTER MA 01930 |
| CREDITOR ID: 254788-12<br>INGRAM, LINDA & CALVIN<br>3804 AMMONS STREET<br>ANNISTON AL 36201-1436 | CREDITOR ID: 382056-36<br>NEWELL RUBBERMAID INC (W15246)<br>ATTN GARY POPP, SR CR MGR<br>29 E STEPHENSON STREET<br>FREEPORT IL 61032 | CREDITOR ID: 63091-05<br>ROBERTS, BOBBY G<br>1037 BARROW BAY RD<br>CLAXTON GA 30417 |
| CREDITOR ID: 279279-35<br>SARA LEE CORPORATION<br>C/O DLA PIPER RUDNICK GRAY CARY US LLP<br>ATTN: JANICE L DUBAN, ESQ<br>203 NORTH LASALLE STREET, STE 1900<br>CHICAGO IL 60610-1293 | CREDITOR ID: 279279-35<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | CREDITOR ID: 399449-15<br>SIMMONS ALLIED PET FOOD CO, INC<br>C/O CONNER & WINTERS, LLP<br>ATTN ANDREW R TURNER, ESQ<br>3700 FIRST PLACE TOWER<br>15 EAST FIFTH STREET<br>TULSA OK 74103-4344 |
| CREDITOR ID: 399449-15<br>SIMMONS ALLIED PET FOOD CO, INC<br>ATTN WILLIAM B SMITH<br>PO BOX 430<br>SILOAM SPRINGS AR 72761 | | |

**Total:   13**

**EXHIBIT A**
**SERVICE LIST**
**[Workers Compensation Claimants]**

SERVICE LIST

**Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit C Claimants - Workers Compensation]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 82735-09
ABUHAI, SENDEKU M
PO BOX 45123
TAMPA FL 33677-0301

CREDITOR ID: 403559-15
ALBERINO, VERONICA
108 SE 10TH STREET, APT 102J
DEERFIELD BEACH FL 33441

CREDITOR ID: 403559-15
ALBERINO, VERONICA
C/O GOLDBERG & CATREN, PA
ATTN SHEILA GOLDBERG, ESQ
5353 NORTH FEDERAL HWY, SUITE 407
FORT LAUDERDALE FL 33308

CREDITOR ID: 269595-19
AUSTIN, CHRISTY
C/O ANDERSON & HOWELL, PA
ATTN ROBERT H ELLIS, ESQ
2029 N THIRD STREET
JACKSONVILLE BEACH FL 32250

CREDITOR ID: 389782-54
BAMFORD, JACQUELINE E
155 N. ORANGE ST
STARKE FL 32091

CREDITOR ID: 391597-55
BANKSTON, MARY ANN
C/O JOHN E KARDOS, PC
ATTN JOHN E KARDOS, ESQ
ONE HUNTINGTON ROAD, STE 202
ATHENS GA 30606

CREDITOR ID: 391385-55
BARKENQUAST, JOHN
C/O SUTTER LAW FIRM
ATTN BRIAN O SUTTER, ESQ.
822 TAMIAMI TRAIL, SUITE 2
PORT CHARLOTTE FL 33953

CREDITOR ID: 7658-05
BEACH, OMEGA D
622 NORTHCREST DR
CHARLOTTE NC 28206

CREDITOR ID: 390008-54
BEARDEN, VIRGINIA
4805 WASILLA WAY
POWDER SPRINGS GA 30127

CREDITOR ID: 390008-54
BEARDEN, VIRGINIA
C/O ROMON WALLS PALANCA JR, ESQ
3017 PIEDMONT RD NE, STE 100
ATLANTA GA 30305

CREDITOR ID: 7836-05
BECK, CRYSTAL T
C/O WHIBBS & WHIBBS, PA
ATTN J DONOVAN WHIBBS, ESQ
105 E GREGORY SQUARE
PENSACOLA FL 32502

CREDITOR ID: 7836-05
BECK, CRYSTAL T
8619 BELLE MEADOW BLVD
PENSACOLA FL 32514-0595

CREDITOR ID: 391686-55
BELL, PAULA
C/O DIETRICK EVANS SCHOLZ ET AL
ATTN WILLIAM EVANS, ESQ
3490 PIEDMONT ROAD NE, SUITE 1200
ATLANTA GA 30305

CREDITOR ID: 392731-55
BENJAMIN, MARIE
C/O FINDLER & FINDLER
ATTN LISSA JOLIVERT-DORSEY, ESQ
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 93082-09
BERGERON, KIMBERLY G
319 CYPRESS VILLAGE
HOUMA LA 70360

CREDITOR ID: 393522-55
BETANCOURT, LUIS
PO BOX 263171
TAMPA FL 33685-3171

CREDITOR ID: 393522-55
BETANCOURT, LUIS
C/O BARBAS KOENIG NUNEZ ET AL
ATTN KELLY B NUNEZ, ESQ
1802 W CLEVELAND STREET
TAMPA FL 33606

CREDITOR ID: 388641-54
BISHOP, TIFFANY
C/O VALERIE BISHOP
824 G STREET
HARTSVILLE SC 29550

CREDITOR ID: 388641-54
BISHOP, TIFFANY
C/O GERALD MALLOY LAW OFFICE
ATTN GERALD MALLOY
314 W CAROLINA AVENUE
HARTSVILLE SC 29550

CREDITOR ID: 399766-84
BOHRES, RANDALL W
10436 LAGO LOUISA COURT
CLERMONT FL 34711

CREDITOR ID: 399802-84
BOHRES, RANDALL W
10436 LOGA LOISA COURT
CLERMONT FL 34711

CREDITOR ID: 388146-54
BONVILLAIN, MARY
17541 JB EVERETT ROAD
LIVINGSTON LA 70754

CREDITOR ID: 388146-54
BONVILLAIN, MARY
C/O GORDON R CRAWFORD & ASSOCIATES
ATTN ELLIOTT J REDMOND, ESQ
324 E WORTHEY ROAD
GONZALES LA 70737

CREDITOR ID: 391664-55
BOTELLO, LAURIE
C/O WILTON STONE, ESQ
PO BOX 729
VALDOSTA GA 31603

CREDITOR ID: 391527-55
BRASFIELD, DAISY
C/O FRANK M CAUTHEN, JR, PC
ATTN FRANK M CAUTHEN JR, ESQ
601 GREENSBORO AVENUE, STE 700
TUSCALOOSA AL 35401

CREDITOR ID: 387047-54
BROWN, CHERYL
5664 LAKE DRIVE, APT A3
CALLAWAY FL 32404

CREDITOR ID: 12699-05
BURCH, MARIA C
5681  E DENFIELD RD, APT 1210
JACKSONVILLE FL 32277

SERVICE LIST

**Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit C Claimants - Workers Compensation]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 404285-95<br>BVI DBA PRIMED<br>ATTN STEPHANIE PRESTAGER, CBO MGR<br>PO BOX 240695<br>MONTGOMERY AL 36124-0695 | CREDITOR ID: 387497-54<br>CALLAHAN, GWENDOLYN<br>117 RIDGEVIEW<br>HURT VA 24563 | CREDITOR ID: 392035-55<br>CAMP, WATSON<br>C/O OLSON, SMITH, JORDAN & COX, PA<br>ATTN W GRADY JORDAN, ESQ<br>PO BOX 1207<br>EASLEY SC 29641 |
| CREDITOR ID: 392413-55<br>CANDELL, YUNAIKI<br>C/O  LAW OFFICES OF JOSE FRANCISCO<br>ATTN ROBERTO RAMIREZ, ESQ<br>5040 NW 7TH STREET, SUITE 900<br>MIAMI FL 33126 | CREDITOR ID: 392014-55<br>CARACCIOLA, MARY<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN JR, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 | CREDITOR ID: 400224-85<br>CARACCIOLO, RENEE<br>C/O WOHN & MCKINLEY, PA<br>ATTN ROBERT A WOHN, ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 |
| CREDITOR ID: 393357-55<br>CARLE-TIDWELL, SANDY<br>C/O HARRIS & GRAVES, PA<br>ATTN STEVEN D HAYMOND, ESQ<br>PO BOX 11566<br>1518 RICHLAND STREET<br>COLUMBIA SC 29211 | CREDITOR ID: 105012-09<br>CARRANZA, LUIS E<br>9812 CEDAR CIRCLE DRIVE, APT 201<br>CHARLOTTE NC 28210 | CREDITOR ID: 105012-09<br>CARRANZA, LUIS E<br>C/O JUSTICE H CAMPBELL PA<br>ATTN JUSTICE H CAMPBELL, ESQ<br>301 SOUTH MCDOWELL STREET, STE 204<br>CHARLOTTE NC 28204 |
| CREDITOR ID: 388609-54<br>CARTER, AUDIERY<br>C/O TIMOTHY L FINGER, PA<br>ATTN TIMOTHY L FINGER, ESQ<br>154 NORTH MAIN STREET<br>WAYNESVILLE NC 28786 | CREDITOR ID: 388609-54<br>CARTER, AUDIERY<br>PO BOX 1362<br>MARS HILL NC 28754 | CREDITOR ID: 393353-55<br>CARVER, RENEE<br>C/O WOHN & MCKINLEY PA<br>ATTN ROBERT A WOHN ESQ<br>960 N COCOA BLVD<br>PO BOX 1450<br>COCOA FL 32923-1450 |
| CREDITOR ID: 388589-54<br>CASTILLO, SYLVIA<br>9841 SAN LEA<br>DALLAS TX 75228 | CREDITOR ID: 391356-55<br>CAVES, MACKY<br>C/O DOUGLAS W MITCHELL III, ESQ<br>423 EAST WARD STREET<br>P O BOX 1274 (31534)<br>DOUGLAS GA 31533 | CREDITOR ID: 391690-55<br>CEBALLOS, TAMARA<br>C/O MASNIKOFF & STERNBERG, PA<br>ATTN LYLE MASNIKOFF, ESQ<br>560 VILLAGE BLVD, SUITE 345<br>WEST PALM BEACH FL 33409 |
| CREDITOR ID: 107061-09<br>CHANEY, RHONDA K<br>6729 ROBERTS AVE<br>BALTIMORE MD 21222 | CREDITOR ID: 392372-55<br>CHAPMAN, QUIDA L<br>C/O BROBSTON & BROBSTON, PC<br>ATTN E L BROBSTON, ESQ<br>304 NORTH 18TH STREET<br>BESSEMER AL 35020 | CREDITOR ID: 392707-55<br>CLEATON, NATHAN<br>C/O MOSKOWITZ & CARRAWAY, PC<br>ATTN LARA GARDNER ZELSKI, ESQ<br>8097 ROSWELL ROAD, STE 200<br>PO BOX 501417<br>ATLANTA GA 31150 |
| CREDITOR ID: 109130-09<br>CLEMENTS, SUEANN D<br>C/O HUNTER & MORTON<br>ATTN PHILIP G HUNTER, ESQ<br>1916 GUS KAPLAN DRIVE<br>PO BOX 11710<br>ALEXANDRIA LA 71315-1710 | CREDITOR ID: 109130-09<br>CLEMENTS, SUEANN D<br>4902 MONROE HWY, LOT C<br>PINEVILLE LA 71360 | CREDITOR ID: 391364-55<br>COFFING, JOHN R<br>C/O LANCASTER & EURE, PA<br>ATTN P PYSCZYNSKI/A LANCASTER, ESQS<br>711 N WASHINGTON BLVD<br>PO DRAWER 4257<br>SARASOTA FL 34230 |
| CREDITOR ID: 386242-54<br>COLE, LAWRENCE<br>241 DARTMOUTH AVENUE<br>SPRING HILL FL 34606 | CREDITOR ID: 386220-54<br>COLLINS, CHARLENE<br>2340 10TH COURT SOUTH, APT A-6<br>BHAM AL 35205 | CREDITOR ID: 386220-54<br>COLLINS, CHARLENE<br>RITCHEY & RITCHEY, PA<br>ATTN FERRIS S RITCHEY, III ESQ<br>1910 28TH AVENUE SOUTH<br>BIRMINGHAM AL 35209-2604 |
| CREDITOR ID: 410828-15<br>COMMUNITY CHIROPRACTOR CENTER<br>ATTN STACY FITZGERALD, OFFICE MGR<br>601 E 6TH STREET<br>PANAMA CITY FL 32401 | CREDITOR ID: 393152-55<br>CONNER, JOHN<br>C/O JODI BRENNER GINSBERG, ESQ<br>PO BOX 88868<br>ATLANTA GA 30356 | CREDITOR ID: 391513-55<br>COOK, BELINDA<br>C/O BYRD & WISER<br>ATTN MATTHEW G MESTAYER, ESQ<br>PO BOX 1939<br>BILOXI MS 39533 |

**Notice of Debtors' Nineteenth Omnibus Objection to**
**(A) No Liability Claims, (B) No Liability Misclassified**
**Claims, (C) Workers Compensation Claims and (D) Workers**
**Compensation Misclassified Claims**
**[Exhibit C Claimants - Workers Compensation]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 112476-09<br>COTTIER, CAROL P<br>23337 OSCAR STREET<br>MANDEVILLE LA 70448 | CREDITOR ID: 391677-55<br>CRABTREE, KENNY<br>C/O MORGAN COLLING & GILBERT<br>ATTN HENRY MOWRY, ESQ<br>815 S MAIN STREET, SUITE 301<br>JACKSONVILLE FL 32207 | CREDITOR ID: 19862-05<br>DAVADI, ELISA A<br>C/O FRIEDMAN, RODMAN & FRANK, PA<br>ATTN RONALD RODMAN, ESQ<br>3636 WEST FLAGLER STREET<br>MIAMI FL 33135 |
| CREDITOR ID: 410563-15<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | CREDITOR ID: 393525-55<br>DAVIS, CYNTHIA D KIRBY<br>C/O LECLAIR RYAN FLIPPIN DENSMORE<br>ATTN RICHARD D SCOTT, ESQ<br>1800 WACHOVIA TOWER, DRAWER 1200<br>ROANOKE VA 24006 | CREDITOR ID: 391569-55<br>DAVIS, EDWARD<br>C/O FRANK M CAUTHEN, JR, PC<br>ATTN FRANK M CAUTHEN, JR, ESQ<br>601 GREENSBORO AVENUE, STE 1-A<br>TUSCALOOSA AL 35401 |
| CREDITOR ID: 393362-55<br>DAVIS, THELMA<br>C/O SARTAIN, MCKAY & CROWELL, LLP<br>ATTN RAYMOND CROWELL, ESQ<br>915 INTERSTATE RIDGE DR, STE A<br>GAINESVILLE GA 30501 | CREDITOR ID: 386216-54<br>DEAL, RONALD<br>412 KELLY LANE<br>MILL SPRING NC 28756 | CREDITOR ID: 393376-55<br>DERRYBERRY, DELORSE<br>C/O HARRISS & HARTMAN LAW FIRM PC<br>ATTN BRENT JAMES, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 |
| CREDITOR ID: 119714-09<br>DINET, ERNEST<br>C/O ALL INJURIES LAW FIRM<br>ATTN BRIAN O SUTTER, ESQ.<br>822 TAMIAMI TRAIL, SUITE 2<br>PORT CHARLOTTE FL 33953 | CREDITOR ID: 119714-09<br>DINET, ERNEST<br>4346 MELIS<br>PORT CHARLOTTE FL 33952 | CREDITOR ID: 410524-15<br>DUBOUR, JOHN<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 386293-54<br>DURAND, LINDA<br>3320 MILWAUKEE AVENUE<br>W MELBOURNE FL 32904 | CREDITOR ID: 386293-54<br>DURAND, LINDA<br>C/O GRAY & CURRAN, LC<br>2200 S BABCOCK STREET<br>MELBOURNE FL 32901 | CREDITOR ID: 23356-05<br>DWIGHT, MARY E<br>556 RIGGS ST<br>ORANGEBURG SC 29115 |
| CREDITOR ID: 391354-55<br>DYALS, JOSEPH<br>C/O CAGLIANONE, MILLER & ANTHONY<br>ATTN BRIAN J ANTHONY, ESQ<br>816 W DR MARTIN LUTHER KING JR BLVD<br>TAMPA FL 33603 | CREDITOR ID: 393389-55<br>EDSON, MARGARET<br>C/O BURNETTI, PA<br>ATTN RAYMOND F AYRES, II ESQ<br>211 SOUTH FLORIDA AVE<br>LAKELAND FL 33801-4621 | CREDITOR ID: 386347-54<br>ELLIOTT, CLARISSA<br>119 SIOUX AVENUE<br>INTERLACHEN FL 32148 |
| CREDITOR ID: 386278-54<br>ERMEL, CARLA<br>PO BOX 86<br>CEDAR KEY FL 32625 | CREDITOR ID: 392072-55<br>ESKRIDGE, GORDON<br>C/O MASNIKOFF & STERNBERG, PA<br>ATTN LYLE MASNIKOFF, ESQ<br>560 VILLAGE BLVD, SUITE 345<br>WEST PALM BCH FL 33409 | CREDITOR ID: 391615-55<br>EVANS, DONNA<br>C/O AVERA & AVERA, PA<br>ATTN LYNNE SHIGO, ESQ<br>PO BOX 2519<br>GAINESVILLE FL 32602 |
| CREDITOR ID: 387554-54<br>EVANS, TAMIKA<br>2055 HOLMES DRIVE<br>MOBILE AL 36605 | CREDITOR ID: 392096-55<br>EXILUS, MARIE<br>C/O BRUCE A GLOTZER, PA<br>ATTN MICHAEL GOLDSTEIN, ESQ<br>5295 TOWN CENTER RD, STE 201<br>BOCA RATON FL 33486-1080 | CREDITOR ID: 392393-55<br>FAIRCHILD, MICHAEL<br>C/O YOUNCE HOPPER VTIPIL & BRADFORD<br>ATTN JANE BEST OR D VTIPIL, ESQS<br>3701 LAKE BOONE TRL STE 300<br>RALEIGH NC 27607-3061 |
| CREDITOR ID: 392420-55<br>FLETCHER, PATRICIA<br>C/O CHAMBERS & RICE<br>ATTN CHARLES B RICE, ESQ<br>PO BOX 536<br>HOMERVILLE GA 31634 | CREDITOR ID: 389985-54<br>FRANCISCO, JIM<br>285-A MAIN BLVD<br>BOYNTON BEACH FL 33435 | CREDITOR ID: 408241-15<br>FREEMAN, JENNIFER<br>633 PIEDMONT RD<br>BARNESVILLE GA 30204 |

Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit C Claimants - Workers Compensation]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 393367-55<br>FRITTS, ELIZABETH<br>C/O GEORGE & WALLACH, LLP<br>ATTN A WALLACH OR E FRITTS, ESQS<br>637 MAIN STREET<br>PO BOX 488<br>FOREST PARK GA 30298-0488 | CREDITOR ID: 392081-55<br>FUDGE, WILLIE<br>C/O PAUL F HARTSFIELD, JR, ESQ<br>4913 NORTH MONROE STREET<br>TALLAHASSEE FL 32303 | CREDITOR ID: 391506-55<br>GADDIS, ROWENA<br>C/O WILL PARKER, ESQ<br>911 26TH AVENUE<br>PO BOX 5733<br>MERIDIAN MS 39302-5733 |
| CREDITOR ID: 386587-54<br>GASSMAN, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 | CREDITOR ID: 393651-55<br>GAUTHREAUX, TAMARA<br>C/O MAGER A VARNADO<br>ATTN MAGER A VARNADO, ESQ<br>P.O. BOX 1807<br>GULFPORT MS 39502 | CREDITOR ID: 392652-55<br>GIACCONE, BILL<br>C/O FRANK A BRUNO, ESQ<br>807 HOWARD AVENUE<br>NEW ORLEANS LA 70113 |
| CREDITOR ID: 405941-93<br>GIORDANO, RICHARD<br>C/O DAVID M BENENFELD, PA<br>ATTN DAVID M BENENFELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 391549-55<br>GLAGOLA, EMMA<br>C/O MURPHY & CLAY<br>ATTN JACK E CLAY, ESQ<br>8337 OFFICE PARK DRIVE<br>PO BOX 1323<br>DOUGLASVILLE GA 30133 | CREDITOR ID: 391994-55<br>GOAD, CHARLOTTE A<br>C/O HARRIS AND RIVIERE<br>ATTN LESLIE C RIVIERE, ESQ<br>OLD HYDE PARK<br>304 SOUTH FIELDING AVENUE<br>TAMPA FL 33606-2225 |
| CREDITOR ID: 389492-54<br>GONZALEZ, BONIFACIA<br>6178 SHERWOOD LANE N WAY, APT 14<br>WEST PALM BEACH FL 33415 | CREDITOR ID: 389492-54<br>GONZALEZ, BONIFACIA<br>C/O DAVID M BENENFELD, PA<br>ATTN DAVID M BENENELD, ESQ<br>5950 W OAKLAND PARK BLVD, SUITE 310<br>LAUDERHILL FL 33313 | CREDITOR ID: 392658-55<br>GONZALEZ, BRIGITTE<br>C/O CARL CARRILLO, PA<br>ATTN CARL CARRILLO, ESQ<br>106 NW 2ND AVENUE<br>GAINESVILLE FL 32601 |
| CREDITOR ID: 392142-55<br>GONZALEZ, PABLO<br>C/O DAVID SNYDER LAW OFFICES<br>ATTN DAVID SNYDER, ESQ<br>2340 S DIXIE HIGHWAY<br>MIAMI FL 33133 | CREDITOR ID: 135189-09<br>GONZALEZ, WESLEY<br>C/O RUE & ZIFFRA, PA<br>ATTN DARREN COLEMAN, ESQ.<br>632 DURLANTON AVENUE<br>PORT ORANGE FL 32127 | CREDITOR ID: 135189-09<br>GONZALEZ, WESLEY<br>2444 BECK CIRCLE<br>DELTONA FL 32738 |
| CREDITOR ID: 136582-09<br>GRAY, STEVE F<br>29 PICKETT STREET<br>MONTGOMERY AL 36110 | CREDITOR ID: 400521-88<br>HALL, JOEY<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA ST<br>MOBILE AL 36607 | CREDITOR ID: 393668-55<br>HAMRICK, JESSIE MAE<br>C/O BYRD & WISER<br>ATTN MATHEW MESTAYER, ESQ<br>PO BOX 1939<br>BIXOLI MS 39533 |
| CREDITOR ID: 391492-55<br>HARGETT, ETHELRENE<br>900 HABERSHAM ROAD<br>VALDOSTA GA 31602 | CREDITOR ID: 391492-55<br>HARGETT, ETHELRENE<br>C/O DETRIA CARTER POWELL LAW OFFICE<br>ATTN DETRIA CARTER POWELL, ESQ<br>107 WEST MOORE STREET<br>PO BOX 1342<br>VALDOSTA GA 31603 | CREDITOR ID: 392682-55<br>HARRISON, STEPHEN<br>C/O CHAPPELL, SMITH & ARDEN, PA<br>ATTN WILLIAM L SMITH II, ESQ<br>PO BOX 12330<br>COLUMBIA SC 29211 |
| CREDITOR ID: 33361-05<br>HARRISON, VANESSA D<br>C/O ROTSTEIN & SCHIFFMAN LLP<br>ATTN JONATHAN I ROTSTEIN, ESQ<br>309 OAKRIDGE BLVD<br>DAYTONA BEACH FL 32118 | CREDITOR ID: 33361-05<br>HARRISON, VANESSA D<br>1202 RIDGEWOOD AVENUE, APT 252<br>HOLLY HILL FL 32117 | CREDITOR ID: 387478-54<br>HEISHMAN, REBECCA<br>2000 BRENT PLACE<br>PALM HARBOR FL 34683 |
| CREDITOR ID: 387478-54<br>HEISHMAN, REBECCA<br>C/O JOHNSON GILBERT & ROMARIK, PA<br>ATTN FRANK JOHNSON, ESQ<br>170 E GRANADA BLVD<br>ORMOND BEACH FL 32176 | CREDITOR ID: 387750-54<br>HENDERSON, WILLIAM<br>14899 AGUILA AVENUE<br>FORT PIERCE FL 34951 | CREDITOR ID: 389994-54<br>HENDRIX, CHRIS<br>3738 STONEBRIDGE DRIVE<br>WEATHERFOD TX 76085 |

Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit C Claimants - Workers Compensation]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388622-54<br>HERRERA, MARIA<br>C/O LAW OFFICE OF RAUL DE LA HERIA<br>ATTN RAUL DE LA HERIA, ESQ<br>770 NW 35TH AVENUE<br>MIAMI FL 33125 | CREDITOR ID: 392375-55<br>HESTER, PATRICIA<br>C/O WILL PARKER, ESQ<br>PO BOX 5733<br>MERIDIAN MS 39302-5733 | CREDITOR ID: 393508-55<br>HINCHMAN, DEBRA<br>C/O DANIEL BECNEL, III, LAW OFFICE<br>ATTN DANIEL BECNEL, III, ESQ<br>425 W AIRLINE HWY, SUITE B<br>LAPLACE LA 70068 |
| CREDITOR ID: 393370-55<br>HODGES, KENNETH<br>C/O LAW OFFICES OF MELINDA KATZ<br>ATTN MELINDA KATZ, ESQ<br>210 SOUTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 386815-54<br>HORTON, STACY<br>CUPELA & WALKE<br>ATTN KARK WALKE, ESQ<br>102 E ADAIR STREET<br>VALDOSTA GA 31602 | CREDITOR ID: 386815-54<br>HORTON, STACY<br>6200 JUMPING GULLY ROAD<br>VALDOSTA GA 31601 |
| CREDITOR ID: 389705-54<br>HOUK, REGINA<br>2702 EAST LAMAR ALEXANDER PARK<br>MARYVILLE TN 37804 | CREDITOR ID: 392043-55<br>HUFF, TERESA<br>YOUNCE, HOPPER, VTIPIL & BRADFORD<br>ATTN ROBERT C YOUNCE, JR, ESQ<br>3701 LAKE BOONE TRL STE 300<br>RALEIGH NC 27607-3061 | CREDITOR ID: 399797-84<br>HUGHES, THERESA<br>C/O MORRIS CARY ANDREWS ET AL<br>ATTN TRACY W CARY, ESQ<br>3334 ROSS CLARK CIRCLE<br>DOTHAN AL 36303 |
| CREDITOR ID: 392019-55<br>HUTSON, KENNETH<br>C/O BARRS WILLIAMSON STOLBERG ET AL<br>ATTN MELISSA S WIEGNER, ESQ<br>2503 WEST SWANN AVENUE<br>TAMPA FL 33609-4017 | CREDITOR ID: 37470-05<br>HUXEN, JAMES R<br>6880 JEFFERSON HWY<br>HARAHAN LA 70123 | CREDITOR ID: 388149-54<br>ISLAM, SHEIKH<br>2505 SPRING HARBOR CIR APT 8<br>MOUNT DORA FL 32757-1906 |
| CREDITOR ID: 388149-54<br>ISLAM, SHEIKH<br>MERRITT AND WATSON, PA<br>ATTN RONALD H WATSON, ESQ<br>1500 EAST ORANGE AVENUE<br>EUSTIS FL 32726-4399 | CREDITOR ID: 400276-85<br>JETSON, JAMES<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 391688-55<br>JIMENEZ, BETHANN<br>C/O BACON LAW FIRM<br>ATTN GARY A BACON, ESQ<br>100 MARINERS DRIVE, SUITE C<br>KINGSLAND GA 31548 |
| CREDITOR ID: 386711-54<br>JOHNS, JUDY<br>736 LOUELLA STREET<br>NEW SMYRNA BEACH FL 32168 | CREDITOR ID: 386744-54<br>JOHNSON, SHEILA<br>254 EDNA MOORE ROAD<br>EASTMAN GA 31023 | CREDITOR ID: 387462-54<br>JOHNSON, SYLVIA<br>180 S BAGGETT CIRCLE<br>BREWTON AL 36426 |
| CREDITOR ID: 404043-15<br>JONES, CATHERINE<br>C/O JOHNSON & ASSOCIATES LAW OFFICE<br>ATTN GRETA JOHNSON, ESQ<br>815 S WEST STREET<br>JACKSON MS 39201 | CREDITOR ID: 391478-55<br>JONES, CATHERINE<br>C/O JOHNSON & ASSOCIATES LAW OFFICE<br>ATTN GRETA R JOHNSON, ESQ<br>PO BOX 9162<br>JACKSON MS 39286 | CREDITOR ID: 391582-99<br>KEEBLER, FREDERICK<br>C/O LANCASTER & EURE, PA<br>ATTN ALEX LANCASTER, ESQ.<br>PO DRAWER 4257<br>SARASOTA FL 34230 |
| CREDITOR ID: 391408-55<br>KING, LARRY E<br>PO BOX 1201<br>DAVIDSON NC 28036 | CREDITOR ID: 391408-55<br>KING, LARRY E<br>C/O LAW OFFICE OF WILLIAM D ACTON<br>ATTN WILLIAM D ACTON, ESQ<br>831 EAST MOREHEAD STREET, SUITE 245<br>CHARLOTTE NC 28202 | CREDITOR ID: 392364-55<br>KING, MARTHA A<br>C/O JEFFREY HELMS, PA<br>ATTN JEFFREY HELMS, ESQ<br>PO BOX 537<br>HOMERVILLE GA 31634 |
| CREDITOR ID: 392361-55<br>KING, PHILIP J<br>C/O DAN HIGHTOWER, PA<br>ATTN DANIEL HIGHTOWER, ESQ<br>7 E SILVER SPRINGS BLVD  #300<br>PO BOX 700<br>OCALA FL 34478-0700 | CREDITOR ID: 391643-55<br>KRISTOFF, PAM<br>C/O CHAMBERS & RICE<br>ATTN THOMAS CHAMBERS,III, ESQ<br>PO BOX 536<br>HOMERVILLE GA 31634 | CREDITOR ID: 390424-54<br>KROGMAN, DONALD W<br>5 OCEAN AVENUE<br>BARNEGAT NJ 08005 |

SERVICE LIST

Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit C Claimants - Workers Compensation]

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 43292-05<br>LAMINACK, LEWIS J<br>493 WALKER RD<br>FITZGERALD GA 31750 | CREDITOR ID: 392033-55<br>LANCE, FRANCES<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRISS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | CREDITOR ID: 410523-15<br>LAW, TRAVIS<br>C/O ROSENBERG & ROSENBERG, PA<br>ATTN PAUL S ROSENBERG, ESQ<br>2501 HOLLYWOOD BLVD, SUITE 110<br>HOLLYWOOD FL 33020 |
| CREDITOR ID: 391683-55<br>LEWIS, BARBARA<br>C/O LAW OFFICES OF DAVID SACKS<br>ATTN DAVID SACKS, ESQ<br>1824 ATLANTIC BLVD<br>JACKSONVILLE FL 32207 | CREDITOR ID: 392091-55<br>LITTLE, WILLIE<br>C/O BRYAN S BLACKWELL, PC<br>ATTN BRYAN S BLACKWELL, ESQ<br>279 WEST MAIN STREET, SUITE 5<br>DOTHAN AL 36301 | CREDITOR ID: 392416-55<br>LONG, DOTTIE<br>C/O WHIBBS & WHIBBS, PA<br>ATTN J DONOVAN WHIBBS, ESQ<br>105 EAST GREGORY SQUARE<br>PENSACOLA FL 32502 |
| CREDITOR ID: 389422-54<br>LOPEZ, AZZIE<br>3551 CARTERHILL ROAD, APT F207<br>MONTGOMERY AL 36111 | CREDITOR ID: 400096-84<br>LOREDO, REGULO<br>5831 SW 9TH, APT 5A<br>MIAMI FL 33144 | CREDITOR ID: 387486-54<br>LUNDY, SANDRA<br>810 NE HIGHWAY 41<br>WILLISTON FL 32696 |
| CREDITOR ID: 393146-55<br>MALDONADO, WALDEMAR<br>C/O TONY C FRANCIS, PA<br>ATTN TONY FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO FL 32877-1243 | CREDITOR ID: 386862-54<br>MARCOS, ZULMA<br>2779 10TH AVE N, APT 108<br>PALM SPRINGS FL 33461 | CREDITOR ID: 391592-55<br>MARS, ETTA M<br>C/O JOHN P MONEYHAM, PA<br>ATTN JOHN P MONEYHAM, ESQ<br>600 JENKS AVENUE<br>PO BOX 31<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 392042-55<br>MARSHALL, JEANETTE<br>C/O HENDRICK & RHODES<br>ATTN ANNETTE RHODES<br>PO BOX 956<br>FUQUAY-VARINA NC 27526 | CREDITOR ID: 392042-55<br>MARSHALL, JEANETTE<br>C/O SPARKMAN & ASSOCIATES, PA<br>ATTN RICHARD D SPARKMAN, ESQ.<br>PO BOX 1687<br>ANGIER NC 27501 | CREDITOR ID: 394083-56<br>MASON, ANGELA J<br>C/O DANIEL L HIGHTOWER, PA<br>7 EAST SILVER SPRINGS BLVD<br>OCALA FL 34470 |
| CREDITOR ID: 386271-54<br>MAULDIN, DELORES<br>C/O BARRY D GRAVES, PA<br>ATTN BARRY D GRAVES, ESQ<br>1511 NW 6TH STREET<br>GAINESVILLE FL 32601 | CREDITOR ID: 386271-54<br>MAULDIN, DELORES<br>6799 NE 55TH AVENUE<br>HIGH SPRINGS FL 32643 | CREDITOR ID: 392048-55<br>MCLAREN, WILLIAM<br>C/O LANCASTER & EURE, PA<br>ATTN ALEX LANCASTER, ESQ<br>PO DRAWER 4257<br>SARASOTA FL 34230 |
| CREDITOR ID: 50054-05<br>MCMICKENS, RONALD F<br>5120 HILLSIDE DR<br>FAIRFIELD AL 35064 | CREDITOR ID: 400278-85<br>MCNEIL, FREDDIE<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 175756-09<br>MCREYNOLDS, WILLIAM A<br>5064 COUNTY ROAD, APT 9<br>VERNON AL 35592 |
| CREDITOR ID: 176694-09<br>MERCER, LARRY R<br>PO BOX 671<br>COTTONWOOD AL 36320 | CREDITOR ID: 391579-55<br>MISHLER, BRENDA<br>C/O RARDON RODRIGUEZ & ASSOCS, PA<br>ATTN ROSE TAPIA, ESQ<br>3918 N HIGHKAND AVE<br>TAMPA FL 33602 | CREDITOR ID: 52207-05<br>MONROE, RUFUS L<br>342 SE 10TH ST<br>WILLISTON FL 32696-2826 |
| CREDITOR ID: 393138-55<br>MORRISON, PATRICIA<br>C/O SMITH HANNAN & PARKER, PC<br>ATTN JAMES R SMITH, JR, ESQ<br>PO BOX 5408<br>VALDOSTA GA 31603-5408 | CREDITOR ID: 392034-55<br>MORTIMER, EDMUND<br>C/O MALCA & JACOBS, PA<br>ATTN JEFFREY I JACOBS, ESQ<br>5975 SUNSET DRIVE, SUITE 801<br>SOUTH MIAMI FL 33143 | CREDITOR ID: 387768-54<br>MUCCIARONE, LINDA<br>1096 ORCHARD DRIVE<br>FORT MILL SC 29715 |

SERVICE LIST

**Notice of Debtors' Nineteenth Omnibus Objection to**
**(A) No Liability Claims, (B) No Liability Misclassified**
**Claims, (C) Workers Compensation Claims and (D) Workers**
**Compensation Misclassified Claims**
**[Exhibit C Claimants - Workers Compensation]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410712-15<br>MYLES, CHARLES<br>C/O STEVENS & WARD, PA<br>ATTN RODERICK D WARD III, ESQ<br>1855 LAKELAND DRIVE, SUITE P-121<br>JACKSON MS 39216 | CREDITOR ID: 393531-55<br>NESBIT, WENDY<br>C/O SALLEY LAW FIRM<br>ATTN WILLIAM B SALLEY JR ESQ<br>PO BOX 925<br>LEXINGTON SC 29071 | CREDITOR ID: 184544-09<br>NICKAS, MARY R<br>C/O PARKER LAW FIRM, LLC<br>ATTN BRENT L PARKER, ESQ<br>PO BOX 265<br>GRANT AL 35747 |
| CREDITOR ID: 393391-55<br>NONORME, BLOUSSEY<br>C/O TONY C FRANCIS, PA<br>ATTN TONY FRANCIS, ESQ<br>PO BOX 771243<br>ORLANDO FL 32877-1243 | CREDITOR ID: 389997-54<br>NORTON, MALCOLM<br>PO BOX 190<br>COLEMAN FL 33521 | CREDITOR ID: 393118-55<br>NORTON, SHEENA<br>C/O BUZZELL, GRAHAM AND WELSH<br>ATTN STEPHEN M WELSH, ESQ<br>563 WALNUT STREET<br>PO BOX 1017<br>MACON GA 31202-1017 |
| CREDITOR ID: 392399-55<br>OATES, THEO<br>C/O AVERA & AVERA<br>ATTN LANCE AVERA, ESQ<br>PO BOX 2519<br>GAINESVILLE FL 32602-2519 | CREDITOR ID: 400280-85<br>OLIVER, CURTIS<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 392433-55<br>PACHECO, ADOLFO<br>C/O SIRKIN & CUELLO<br>ATTN ALEX CUELLO, ESQ<br>8603 SOUTH DIXIE HIGHWAY, SUITE 412<br>MIAMI FL 33143 |
| CREDITOR ID: 410775-15<br>PARISH, TERRI<br>C/O AKERS & BOBO PLLC<br>ATTN JAMES A BOBO ESQ<br>PO BOX 280<br>BRANDON MS 39043 | CREDITOR ID: 391570-55<br>PASSALACQUA, RITA<br>C/O VASSALLO & BILOTTA, PA<br>ATTN JOSHUA VOLPE, ESQ<br>1630 SOUTH CONGRESS AVE<br>PALM SPRINGS FL 33461 | CREDITOR ID: 190982-09<br>PERKINS, ELNORA M<br>2416 FOREST OAKS LANE, APT 114<br>ARLINGTON TX 76006 |
| CREDITOR ID: 388320-54<br>PERRY, LORENCE<br>619 RENEE ST<br>ALEXANDRIA LA 71302 | CREDITOR ID: 388320-54<br>PERRY, LORENCE<br>C/O LACROIX LEVY & BARNETT<br>ATTN BARRY BARNETT, ESQ<br>1101-B BOLTON AVENUE<br>ALEXANDRIA LA 71301 | CREDITOR ID: 388585-54<br>PHELPS, KELLY MILLER<br>15816 REDINGTON DRIVE<br>REDINGTON BEACH FL 33708 |
| CREDITOR ID: 389971-54<br>PHELPS, ROBERT C<br>PO BOX 278<br>CHIEFLAND FL 32644 | CREDITOR ID: 392693-55<br>PRATT, TIMOTHY<br>2050 CASS STREET<br>SARASOTA FL 34231 | CREDITOR ID: 197709-09<br>REED, ELBERT<br>3710 NE 12TH ST<br>GAINESVILLE FL 32609 |
| CREDITOR ID: 389709-54<br>RESNIKOFF, JEANNI<br>1119 FAIRLAND AVENUE<br>PANAMA CITY FL 32401 | CREDITOR ID: 199163-09<br>RICHARD, GWENDOLYN E<br>C/O MARCUS M CORNELIUS & ASSOCIATES<br>ATTN JOHN CORRISS, ESQ<br>PO BOX 167<br>ST AUGUSTINE FL 32085 | CREDITOR ID: 199163-09<br>RICHARD, GWENDOLYN E<br>2970 ROSSELLE ST<br>JACKSONVILLE FL 32205 |
| CREDITOR ID: 393515-55<br>RIGGINS, CAROL L<br>C/O  THOMAS & LAWRENCE, PA<br>ATTN GREGORY A LAWRENCE, ESQ<br>300 W ADAMS STREET, STE 400<br>JACKSONVILLE FL 32202 | CREDITOR ID: 391637-55<br>RIVERS, WILLIE MAE<br>C/O PAUL C BARTLEY, LLC<br>ATTN PAUL C BARTLEY, ESQ<br>608 S HULL STREET<br>MONTGOMERY AL 36104 | CREDITOR ID: 390198-54<br>ROBERTS, IRMA<br>5013 SILVER OAK DRIVE<br>FT. PIERCE FL 34982 |
| CREDITOR ID: 393090-55<br>ROBERTS, MARILYN<br>C/O WALTON & GREEN, LLC<br>ATTN RANDY WALTON, ESQ<br>953 DAUPHIN STREET<br>PO BOX 470<br>MOBILE AL 36601 | CREDITOR ID: 400277-85<br>ROCKER, DAVID<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 389768-54<br>RODENBURG, LILLIAN<br>7406 HOLIDAY DR.<br>SPRING HILL FL 34606 |

SERVICE LIST

Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit C Claimants - Workers Compensation]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:    05-03817-3F1**

CREDITOR ID: 389768-54
RODENBURG, LILLIAN
C/O MICHAEL T KEOUGH, PA
ATTN MICHAEL T KEOUGH, ESQ
8207 STATE ROAD 52
HUDSON FL 34667

CREDITOR ID: 392051-55
RODRIGUEZ, RAFAEL
C/O ALEX CUELLO, ESQ
8603 S DIXIE HIGHWAY
MIAMI FL 33143

CREDITOR ID: 392657-55
RUSSELL, DAVID
C/O MAYNARD & HARRIS
ATTN C DOUGLAS MAYNARD JR, ESQ
514 S STRATFORD ROAD, SUITE 321
WINSTON SALEM NC 27103

CREDITOR ID: 65090-05
RUSSELL, LEONARD
3703 MONROE ST
NEW ORLEANS LA 70119

CREDITOR ID: 392379-55
RUSSELL, RICHARD
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN J ROTSTEIN OR M SHIFFMAN, ESQS
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 392099-55
SANCHEZ, ROCIO JULAIO
C/O DAVID M BENENFELD, PA
ATTN DAVID M BENEFELD, ESQ
5950 W OAKLAND PARK BLVD, SUITE 310
LAUDERHILL FL 33313

CREDITOR ID: 391561-55
SANTIAGO, CARLOS
C/O FINDLER & FINDLER, PA
ATTN LISSA JOLIVERT-FORSEY, ESQ
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH FL 33409

CREDITOR ID: 207138-09
SCHIERBAUM, HELEN A
C/O LAW OFFICE OF J ROD CAMERON PA
ATTN J ROD CAMERON, ESQ
5089 HIGHWAY 90
PACE FL 32571

CREDITOR ID: 207138-09
SCHIERBAUM, HELEN A
329 LAURENO PL
PANAMA CITY BEACH FL 32413

CREDITOR ID: 391483-55
SCOTT, CHARLOTTE
C/O PELHAM & ANDREWS
ATTN RANDY PELHAM, ESQ
1982 CAPITAL CIRCLE, NE
TALLAHASSEE FL 32308

CREDITOR ID: 392676-55
SCOTT, GERALD
C/O FRANK M EIDSON, PA
ATTN FRANK M EIDSON, ESQ
PO BOX 4908
ORLANDO FL 32802-4908

CREDITOR ID: 410894-15
SHARFMAN, MARC I.  MD
1936 LEE ROAD, SUITE 137
WINTER PARK FL 32789

CREDITOR ID: 386662-54
SHEARER, KAREN
657 HARVEY DALE DRIVE
FAYETTEVILLE NC 28301

CREDITOR ID: 210615-09
SILBERNAGEL, TAMMY L
C/O VIJAY VENKATARAMAN, APLC
ATTN VIJAY VENKATARAMAN, ESQ.
341 ST CHARLES STREET
BATON ROUGE LA 70802

CREDITOR ID: 210615-09
SILBERNAGEL, TAMMY L
316 EVELYN DRIVE
LULING LA 70070

CREDITOR ID: 387456-54
SIMS, DORIS J
281 FAYE POTTS ROAD
CLARKESVILLE GA 30523

CREDITOR ID: 68473-05
SIMS, JOSEPHINE
469 HEMLOCK AVE
ROCK HILL SC 29730

CREDITOR ID: 392067-55
SMARTT, ROHLANDA
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL A SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 393400-55
SMILEY, WANDA
C/O BERNSTEIN & MARYANOFF
ATTN JACOB MALDONADO, ESQ
15055 SW 122ND AVENUE
MIAMI FL 33186

CREDITOR ID: 393100-55
SMITH, JACQUELYN
C/O PATTERSON HARKAVY, LLP
ATTN VALERIE JOHNSON, ESQ
BOX 27927
RALEIGH NC 27611

CREDITOR ID: 391552-55
SMITH, MARTINO R
C/O DON H BUMGARDNER
PO BOX 1375
GASTONIA NC 28053-1375

CREDITOR ID: 69821-05
SMITH, WILLIE
C/O GUY WILLIS & ASSOCIATES
ATTN STEVEN P FLOYD, ESQ
PO DRAWER 1227
MILLBROOK AL 36054

CREDITOR ID: 69821-05
SMITH, WILLIE
2121 COUNCIL ST
MONTGOMERY AL 36108

CREDITOR ID: 390027-54
SOILEAU, PAULA
420 COTTON STREET
EUNICE LA 70535

CREDITOR ID: 390027-54
SOILEAU, PAULA
C/O BURSON LAW OFFICE
ATTN I JACKSON BURSON JR, ESQ
220 N SECOND STREET
PO BOX 985
EUNICE LA 70535

CREDITOR ID: 70392-05
SPENCER, VICKIE J
651 NE 139TH TERR
WILLISTON FL 32696

CREDITOR ID: 392095-55
STENGELE, JOE
C/O LAW OFFICES OF MICHAEL A DEMAYO
ATTN SUSAN E RHODES, ESQ
PO BOX 34426
CHARLOTTE NC 28234

SERVICE LIST

Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit C Claimants - Workers Compensation]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 392095-55<br>STENGELE, JOE<br>134 ANDERSON STREET<br>CARTHAGE NC 28327 | CREDITOR ID: 391545-55<br>STOKES, CHRISTOPHER<br>C/O JOSEPH M MAUS, PA<br>ATTN JOSEPH M MAUS, ESQ<br>750 EAST SAMPLE ROAD, SUITE 2-102<br>POMPANO BEACH FL 33064 | CREDITOR ID: 393108-55<br>STRICKLAND, SANDRA D<br>C/O LAW OFFICES OF BURNETTE, PA<br>ATTN M J LOPEZ/ R R AYRES, II, ESQS<br>211 SOUTH FLORIDA AVENUE<br>LAKELAND FL 33801 |
| CREDITOR ID: 391576-55<br>SWAFFORD, DORIS<br>C/O HARRISS & HARTMAN LAW FIRM, PC<br>ATTN ROBERT HARRIS, ESQ<br>200 MCFARLAND BUILDING<br>PO DRAWER 220<br>ROSSVILLE GA 30741 | CREDITOR ID: 392797-55<br>TAYLOR, DALE<br>C/O ANDERSON & HOWELL<br>ATTN ROBERT H ELLIS, ESQ<br>2029 NORTH THIRD STREET<br>JACKSONVILLE BCH FL 32250 | CREDITOR ID: 392656-55<br>TAYLOR, WILLIAM<br>C/O BLOOM & KINEEAR<br>ATTN WILLIAM J KINNEAR III, ESQ<br>2486 SW 27TH TERRACE<br>MIAMI FL 33133 |
| CREDITOR ID: 386343-54<br>TEAL, JUDY<br>23778 PETURIS ROAD<br>LOXLEY AL 36551 | CREDITOR ID: 382936-51<br>THIRD PARTY SOLNS GA, CAROLIN<br>ATTN LINDA TUEDE, MGR<br>PO BOX 17124<br>MEMPHIS, TN 38187-0124 | CREDITOR ID: 221948-09<br>THOMPKINS, TESSIE M<br>1410 HALL STREET<br>MADISON FL 32340 |
| CREDITOR ID: 222076-09<br>THOMPSON, CHRISTOPHER H<br>755 A DAN TIBBS ROAD<br>HUNTSVILLE AL 35806 | CREDITOR ID: 393130-55<br>TINDALL, WILLIAM<br>C/O CONNELLY KAERCHER LAW OFFICE<br>ATTN JAMES DUNN, ESQ<br>1610 KENTUCKY HOME LIFE BUILDING<br>LOUISVILLE KY 40202-3208 | CREDITOR ID: 392659-55<br>TODESCO, JERRY M.<br>C/O FRANK A BRUNO ESQ<br>807 HOWARD AVENUE<br>NEW ORLEANS LA 70113 |
| CREDITOR ID: 388142-54<br>TOZIA, MYRTIS<br>5008 ROUND LAKE<br>APOPKA FL 32712 | CREDITOR ID: 391674-55<br>TROTTER, ELWOOD<br>C/O GEORGE & WALLACH, LLP<br>ATTN ALEX B WALLACH, ESQ<br>637 MAIN STREET<br>PO BOX 488<br>FOREST PARK GA 30298-0488 | CREDITOR ID: 225349-09<br>TYNDALL, WALTON L<br>C/O HARRIS & GRAVES, PA<br>ATTN STEVEN D HAYMOND, ESQ<br>PO BOX 11566<br>1518 RICHLAND STREET<br>COLUMBIA SC 29211 |
| CREDITOR ID: 225349-09<br>TYNDALL, WALTON L<br>209 BROOKSIDE DR<br>FORT MILL SC 29715 | CREDITOR ID: 387487-54<br>VANSANT, PATRICIA<br>BY- PASS 25<br>PO 1346<br>COLUMBIANA AL 35051 | CREDITOR ID: 410921-15<br>VERSAKOS, KEVIN<br>C/O BENJAMIN G MARTIN, ESQ.<br>1620 MAIN STREET, SUITE 1<br>SARASOTA FL 34236 |
| CREDITOR ID: 391365-55<br>VOORHEES, GEOFFREY M<br>C/O JOHNSON, GILBERT & CAMPS PA<br>ATTN FRANK R JOHNSON, ESQ<br>170 E GRANADA BLVD<br>ORMOND BEACH FL 32176 | CREDITOR ID: 387475-54<br>WAITES, WAYNE A<br>135 MCKINNEY ROAD<br>TALLADEGA AL 35160 | CREDITOR ID: 228192-09<br>WALDER, TINA L<br>JOHN B CARR, PA<br>ATTN JOHN B CARR, ESQ<br>3 W GARDEN STREET, STE 407<br>PENSACOLA FL 32502 |
| CREDITOR ID: 228192-09<br>WALDER, TINA L<br>4605 EAGLE WAY<br>CRESTVIEW FL 32539 | CREDITOR ID: 400470-87<br>WALKER, JAMES III<br>C/O JAMES A JOHNSON, PC<br>ATTN HENDRIK S SNOW, ESQ<br>21 N FLORIDA STREET<br>MOBILE AL 36607 | CREDITOR ID: 229187-09<br>WAMBOLT, GARY L<br>1835 OAK RIDGE<br>PERRY FL 32347 |
| CREDITOR ID: 392716-55<br>WATSON, RYAN<br>C/O BURNETTI, PA<br>ATTN RAYMOND AYRES, II ESQ<br>211 SOUTH FLORIDA AVE<br>LAKELAND FL 33801-4621 | CREDITOR ID: 386375-54<br>WENNERSTEN, CHRISTINE DURHAM<br>1733 GLENN DRIVE<br>BLUE MOUND TX 76131-1108 | CREDITOR ID: 231731-09<br>WEST, OTIS W<br>2824 AUBURN KNIGHTDALE ROAD<br>RALEIGH NC 27610 |

SERVICE LIST

**Notice of Debtors' Nineteenth Omnibus Objection to**
**(A) No Liability Claims, (B) No Liability Misclassified**
**Claims, (C) Workers Compensation Claims and (D) Workers**
**Compensation Misclassified Claims**
**[Exhibit C Claimants - Workers Compensation]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 391516-55
WHITHEAD, JUDITH
C/O SADOW & GOROWITZ, PA
ATTN SUZANNE GOROWITZ, ESQ
80 SOUTHWEST 8TH STREET, STE 1910
MIAMI FL 33130

CREDITOR ID: 386289-54
WHITTENHALL, MARY
14891 SE US 19
INGLIS FL 34449

CREDITOR ID: 386370-54
WILLIS, JOYCE
PO BOX 498
BROWNSVILLE KY 42210

CREDITOR ID: 392036-55
WILLIS, NATHANIEL
C/O KALO & VERHEUL PA
ATTN  LISA ANN KALO, ESQ
2580 UNIVERSITY PARKWAY
SARASOTA FL 34243

CREDITOR ID: 391493-55
WITHALL, JAMES JR
C/O MASNIKOFF & STERNBERG, PA
ATTN LYLE MASNIKOFF, ESQ
BRANDYWINE CENTRE II
560 VILLAGE BLVD, SUITE 345
WEST PALM BEACH FL 33409

CREDITOR ID: 393659-55
WOOLHOUSE, TIMOTHY
C/O JEFFRET J BORDULIS, ESQ
182 SOUTH CENTRAL AVE
OVIEDO FL 32765

CREDITOR ID: 415958-15
WORKING RX
ATTN REX HUANG / KIM MIYANO
4225 LAKE PARK BLVD, SUITE 400
SALT LAKE CITY UT 84120

CREDITOR ID: 391443-55
YGLESIAS, FELIX
C/O LATOUR & ASSOCIATES, PA
ATTN EDUARDO R LATOUR, ESQ
135 E LEMON STREET
TARPON SPRINGS FL 34689

**Total:   251**

**EXHIBIT A**
**SERVICE LIST**
**[Workers Compensation Misclassified Claimants]**

**SERVICE LIST**

**Notice of Debtors' Nineteenth Omnibus Objection to**
**(A) No Liability Claims, (B) No Liability Misclassified**
**Claims, (C) Workers Compensation Claims and (D) Workers**
**Compensation Misclassified Claims**
**[Exhibit D Claimants - Workers Compensation Misclassified]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 388705-54<br>ANGELO, MARY<br>C/O EDWARD P JACKSON, PA<br>ATTN EDWARD P JACKSON, ESQ<br>255 N LIBERTY STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 388705-54<br>ANGELO, MARY<br>3853 HERSCHEL ST<br>JACKSONVILLE FL 32205 | CREDITOR ID: 386245-54<br>ATES, BUSTER<br>C/O CHARLES R GODWIN LAW OFFICE<br>ATTN CHARLES R GODWIN, ESQ<br>10388 HIGHWAY 31<br>ATMORE AL 36502 |
| CREDITOR ID: 386245-54<br>ATES, BUSTER<br>1132 OLD FOSHEE RD<br>BREWTON AL 36426 | CREDITOR ID: 392001-55<br>ATWOOD, BETTY<br>C/O JOHN TYLER BALL, PA<br>ATTN JOHN TYLER BALL, ESQ<br>210 MAIN STREET<br>NATCHEZ MS 39121 | CREDITOR ID: 386246-54<br>BECK, JIMMY<br>1122 4TH AVENUE<br>ATMORE AL 36502 |
| CREDITOR ID: 386246-54<br>BECK, JIMMY<br>C/O CHARLES R GODWIN LAW OFFICE<br>ATTN CHARLES R GODWIN, ESQ<br>10388 HIGHWAY 31<br>ATMORE AL 36502 | CREDITOR ID: 391532-55<br>BOYKIN, JEFFERY<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | CREDITOR ID: 97999-09<br>BREWER, BART P<br>1130 MANLEY RD<br>HAZEL GREEN AL 35750 |
| CREDITOR ID: 410732-15<br>BUNCH, EDIE F GARRETT<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>PO BOX 2542<br>PANAMA CITY FL 32402 | CREDITOR ID: 410732-15<br>BUNCH, EDIE F GARRETT<br>720 1/2 MAGNOLIA AVENUE<br>PANAMA CITY FL 32401 | CREDITOR ID: 411167-15<br>CELIS, LUIS<br>C/O CARLSON & MEISSNER<br>ATTN TERRI CROMLEY, ESQ.<br>1103 14TH STREET WEST<br>BRADENTON FL 34205 |
| CREDITOR ID: 388665-54<br>CONDOMINA, ONDINA<br>SADOW & GOROWITZ, PA<br>ATTN SUZANNE GOROWITZ, ESQ<br>80 SW 8TH STREET, STE 1910<br>MIAMI FL 33130 | CREDITOR ID: 388665-54<br>CONDOMINA, ONDINA<br>220 SW 67 COURT<br>MIAMI FL 33144 | CREDITOR ID: 386635-54<br>DANIELS, BRYAN<br>730-C SPRINGRIDGE ROAD<br>CLINTON MS 39056 |
| CREDITOR ID: 392080-55<br>DEBARTOLO, NICHOLAS<br>C/O REVIS, ELTON & BLACKBURN, PA<br>ATTN ROBERT W ELTON, ESQ<br>648 SOUTH RIDGEWOOD AVENUE<br>DAYTONA BEACH FL 32114 | CREDITOR ID: 21545-05<br>DIAZ, DALILA N<br>2313 W 60 STREET, APT 105<br>HIALEAH FL 33016 | CREDITOR ID: 21545-05<br>DIAZ, DALILA N<br>C/O RAUL DE LA HERIA & ASSOCIATES<br>ATTN RAUL C DE LA HERIA, ESQ<br>2100 CORAL WAY, SUITE 500<br>MIAMI FL 33145 |
| CREDITOR ID: 119499-09<br>DIETERICH, MARY E<br>180 CODELL DRIVE, APT 2100<br>LEXINGTON KY 40509 | CREDITOR ID: 393386-55<br>EDWARDS, JAY<br>C/O CARLSON & MEISSNER<br>ATTN JOSH STEWART, ESQ<br>7614 MASSACHUSETTS AVENUE<br>NEW PORT RICHEY FL 34653 | CREDITOR ID: 123547-09<br>EGLAIUS, ROSELIE<br>C/O FELDMAN & GETZ, LLP<br>ATTN JENNIFER FISCHER BRODERICK ESQ<br>1877 SOUTH FEDERAL HIGHWAY 110<br>BOCA RATON FL 33432 |
| CREDITOR ID: 123547-09<br>EGLAIUS, ROSELIE<br>1825 SW 36TH TERRACE<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 393502-55<br>FRANK, KAREN<br>C/O ROSEN & ROSEN, PA<br>ATTN RONALD ROSEN, ESQ.<br>4000 HOLLYWOOD BLVD, STE 725-S<br>HOLLYWOOD FL 33021 | CREDITOR ID: 391405-55<br>GALLAGHER, RUTH M<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>PO BOX 2542<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 391405-55<br>GALLAGHER, RUTH M<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>900 E FOURTH STREET<br>PANAMA CITY, FL 32402 | CREDITOR ID: 392780-55<br>GANLEY, ROBYN C<br>C/O MICHAEL T KEOUGH, PA<br>ATTN MICHAEL T KEOUGH, ESQ<br>8207 STATE ROAD 52<br>HUDSON FL 34667 | CREDITOR ID: 392373-55<br>GORMAN, NANCY<br>C/O KELAHER CONNELL & CONNOR, PC<br>ATTN GENE M CONNELL, JR ESQ<br>PO DRAWER 14547<br>SURFSIDE BEACH SC 29587 |

SERVICE LIST
Notice of Debtors' Nineteenth Omnibus Objection to
(A) No Liability Claims, (B) No Liability Misclassified
Claims, (C) Workers Compensation Claims and (D) Workers
Compensation Misclassified Claims
[Exhibit D Claimants - Workers Compensation Misclassified]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                        **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 389711-54<br>GUENETTE, JOSEPH<br>C/O CARLSON & MEISSNER<br>ATTN TERRI F CROMLEY, ESQ.<br>1103 14TH STREET WEST<br>BRADENTON FL 34205 | CREDITOR ID: 389711-54<br>GUENETTE, JOSEPH<br>5160 BULLARD STREET<br>NORTH PORT FL 34287 | CREDITOR ID: 389765-54<br>HUNTER, SELINA<br>C/O MICHAEL KOLLER, PA<br>ATTN MICHASEL KOLLER, ESQ<br>120 E GRANADA BLVD<br>ORMOND BEACH FL 32176 |
| CREDITOR ID: 389765-54<br>HUNTER, SELINA<br>1506 MOBILE AVE<br>HOLLY HILL FL 32117 | CREDITOR ID: 389720-54<br>JAMES, PATRICIA A<br>304 E. PLILER PERCISE ROAD<br>LONGVIEW TX 75605 | CREDITOR ID: 400289-85<br>JONES, MARIA<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY R DONOHOE, ESQ<br>2781 ZELDA RD<br>MONTGOMERY AL 36106 |
| CREDITOR ID: 43034-05<br>LACKEY, CHERYL A<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>PO BOX 2542<br>PANAMA CITY FL 32402 | CREDITOR ID: 43034-05<br>LACKEY, CHERYL A<br>6050 MELLOW TR<br>MARIANNA FL 32446 | CREDITOR ID: 390206-54<br>MASON, BENNYE A<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>PO BOX 2542<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 390206-54<br>MASON, BENNYE A<br>2101 WEST HIGHWAY 390, APT 301<br>LYNN HAVEN FL 32444 | CREDITOR ID: 391698-55<br>MCGOWAN, TRINITY<br>C/O DONOHOE & STAPLETON, LLC<br>ATTN CATHY DONOHOE, ESQ<br>2781 ZELDA ROAD<br>MONTGOMERY AL 36106 | CREDITOR ID: 392680-55<br>MENDEZ, HECTOR<br>C/O CARLSON & MEISSNER<br>ATTN TERRI CROMLEY, ESQ.<br>1103 14TH STREET WEST<br>BRADENTON FL 34205 |
| CREDITOR ID: 389387-54<br>MYERS, ADA<br>C/O CARLSON & MEISSNER<br>ATTN JASON FOX, ESQ.<br>250 BELCHER ROAD NORTH<br>CLEARWATER FL 33765 | CREDITOR ID: 389387-54<br>MYERS, ADA<br>2560 62ND AVENUE, LOT 97<br>SAINT PETERSBURG FL 33702 | CREDITOR ID: 183568-09<br>NEELY, LARISSA<br>4800 ORTEGA PINES BLVD, APT 607<br>JACKSONVILLE FL 32210 |
| CREDITOR ID: 386228-54<br>PITMAN, HAROLD S<br>C/O GLENDA F SWEARINGEN, PA<br>ATTN GLENDA F SWEARINGEN, ESQ<br>3173 4TH STREET<br>MARIANNA FL 32446 | CREDITOR ID: 386228-54<br>PITMAN, HAROLD S<br>5986 OLD US ROAD<br>MALONE FL 32445 | CREDITOR ID: 393503-55<br>RAMSEY, ROBERT<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>PO BOX 2542<br>PANAMA CITY FL 32402 |
| CREDITOR ID: 393503-55<br>RAMSEY, ROBERT<br>C/O RUSSELL R STEWART LAW OFFICES<br>ATTN RUSSELL R STEWART, ESQ<br>900 E FOURTH ST<br>PANAMA CITY FL 32402 | CREDITOR ID: 392385-55<br>RANDEL, TABARES<br>C/O JASON G BARNETT, PA<br>ATTN JASON G BARNETT, ESQ<br>1132 SE 2ND AVE<br>FT LAUDERDALE FL 33316 | CREDITOR ID: 410932-15<br>RIPEPI, ANTHONY G<br>C/O MARK HIRSCH, ESQ.<br>20801 BISCAYNE BLVD, STE 400<br>MIAMI FL 33180 |
| CREDITOR ID: 392642-55<br>ROCKWEILER, ANTHONY<br>C/O SILVESTRI & MASSICOT<br>ATTN ANTHONY MARINARO, ESQ<br>3914 CANAL STREET<br>NEW ORLEANS LA 70119 | CREDITOR ID: 386321-54<br>STILES, JOHNNY<br>3349 SANDY DRIVE<br>ZEPHYRILLS FL 33541 | CREDITOR ID: 386321-54<br>STILES, JOHNNY<br>C/O STILES TAYLOR & GRACE, PA<br>ATTN MARY ANN STILES, ESQ.<br>PO BOX 460<br>TAMPA FL 33601 |
| CREDITOR ID: 218885-09<br>SWANN, SUSAN B<br>2716 FORESTDALE BLVD<br>ADAMSVILLE AL 35005 | CREDITOR ID: 386294-54<br>WILLIAMS, EFFIE E<br>509 HIGHLAND DR<br>ARLINGTON TX 76010 | CREDITOR ID: 235635-09<br>WILLINGHAM, EDWARD W<br>C/O KUSHINKA CALHOUN & GODWIN, LLP<br>ATTN GEORGE KUSHINKA, ESQ<br>1512 WATSON BLVD<br>PO BOX 8219<br>WARNER ROBINS GA 31095-8219 |

**SERVICE LIST**
**Notice of Debtors' Nineteenth Omnibus Objection to**
**(A) No Liability Claims, (B) No Liability Misclassified**
**Claims, (C) Workers Compensation Claims and (D) Workers**
**Compensation Misclassified Claims**
**[Exhibit D Claimants - Workers Compensation Misclassified]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:    05-03817-3F1**

CREDITOR ID: 235635-09
WILLINGHAM, EDWARD W
172 MOSSLAND DR
PERRY GA 31069

**Total:    55**

**EXHIBIT B**

**NOTICE**
**[No Liability Claimants]**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' NINETEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS**

[Claimant's Name & Address]                                    [Counsel's Address]

| |
|---|
| **CLAIM(S) TO BE DISALLOWED** |
| **Claim No.:** |
| **Claim Amount:** |
| **Reason for Proposed Disallowance:** |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on August 30, 2006 their Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases.**

3.      If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 25, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing

---

[1]          In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **October 5, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  August 30, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By      */s/ D.J. Baker* | By      */s/ James H. Post* |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Jane M. Leamy | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |

**EXHIBIT B**

**NOTICE**
**[No Liability Misclassified Claimants]**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF DEBTORS' NINETEENTH OMNIBUS OBJECTION TO
## (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED
## CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND
## (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS

[Claimant's Name & Address]                                              [Counsel's Address]

| CLAIM(S) TO BE DISALLOWED |
|---|
| **Claim No.:** |
| **Claim Amount:** |
| **Claim Class Status:** |
| |
| **Modified Class Status:** |
| **Reason for Disallowance and Reclassification:** |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on August 30, 2006 their Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above.  Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases.  In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to the classification listed above under "Modified Class Status."**

3.      If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 25, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.        Responses will be deemed timely filed _only if_ the original response is _actually received_ on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.        In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.        A hearing will be held on **October 5, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.        If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, in addition to seeking reclassification of your claim(s) as set forth above, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.        The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.        **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  August 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By      _/s/ D.J. Baker_ | By      _/s/ James H. Post_ |
|          D.J. Baker |          Stephen D. Busey |
|          Sally McDonald Henry |          James H. Post |
|          Rosalie Walker Gray |          Cynthia C. Jackson |
|          Jane M. Leamy |          Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com |  jpost@smithhulsey.com |

**EXHIBIT B**

**NOTICE**
**[Workers Compensation Claimants]**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' NINETEENTH OMNIBUS OBJECTION TO  (A) NO LIABILITY CLAIMS**
**(B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND**
**(D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS**

[Claimant's Name & Address]                                    [Counsel Address]

---

| **CLAIM(S) TO BE DISALLOWED** |
|---|
| **Claim No.:** |
| **Claim Amount:** |
| **Reason for Proposed Disallowance:** |

---

1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on August 30, 2006 their Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.    **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above for the reason set forth above under CLAIM(S) TO BE DISALLOWED, contingent upon the confirmation and effectiveness of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"), and without prejudice to payment of valid amounts under the Debtors' workers compensation programs.**

3.    If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, contingent upon the confirmation and effectiveness of the Plan, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.    If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, contingent upon the confirmation and effectiveness of the Plan, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 25, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.    Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.    In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.    A hearing will be held on **October 5, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.    If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, contingent upon the confirmation and effectiveness of the Plan, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.    The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.    **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By    <u>/s/ D.J. Baker</u>
         D.J. Baker
         Sally McDonald Henry
         Rosalie Walker Gray
         Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By    <u>/s/ James H. Post</u>
         Stephen D. Busey
         James H. Post
         Cynthia C. Jackson
         Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
 jpost@smithhulsey.com

**EXHIBIT B**

**NOTICE**
**[Workers Compensation Misclassified Claimants]**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. [1] | ) Jointly Administered |
| | ) |

**NOTICE OF DEBTORS' NINETEENTH OMNIBUS OBJECTION TO  (A) NO LIABILITY CLAIMS,**
**(B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND**
**(D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS**

[Claimant's Name & Address]                                              [Counsel Address]

---

| **CLAIM(S) TO BE DISALLOWED** |
|---|
| **Claim No.:**<br>**Claim Amount:**<br>**Claim Class Status:**<br><br>**Modified Class Status:**<br>**Reason for Disallowance and Reclassification:** |

---

1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on August 30, 2006 their Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

**2.    The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above, contingent upon the confirmation and effectiveness of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"), and without prejudice to payment of valid amounts under the Debtors' workers compensation programs.  In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to an unsecured non-priority claim.**

3.    If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED,  contingent upon the confirmation and effectiveness of the Plan, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.    If you DO oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED,  contingent upon the confirmation and effectiveness of the Plan, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 25, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.        Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.        In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.        A hearing will be held on **October 5, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.        If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, contingent upon the confirmation and effectiveness of the Plan, in addition to seeking reclassification of your claim(s) as set forth above, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.        The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.        **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM, LLP

By        */s/ D.J. Baker*                                 By        */s/ James H. Post*
          D.J. Baker                                                  Stephen D. Busey
          Sally McDonald Henry                                        James H. Post
          Rosalie Walker Gray                                         Cynthia C. Jackson
          Jane M. Leamy                                               Florida Bar Number 175460
Four Times Square                                        225 Water Street, Suite 1800
New York, New York 10036                                 Jacksonville, Florida  32202
(212) 735-3000                                           (904) 359-7700
(917) 777-2150 (facsimile)                               (904) 359-7708 (facsimile)
djbaker@skadden.com                                       jpost@smithhulsey.com