UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **WINN-DIXIE STORES, INC., <u>et al.</u>,** | Case No. 05-03817-3F1 |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about September 5, 2006 I caused copies of:

- the **Notice of Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: September 7, 2006

_____
Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A

## SERVICE LIST
### [Duplicate Different Debtor Claimants]

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection**
**to (A) Duplicative Different Debtor Claims and**
**(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

CREDITOR ID: 278401-25
1997 PROPERTIES LLC
WELLS MOORE SIMMONS & HUBBARD, PLLC
ATTN SUSANNA BAKER, ESQ
HIGHLAND BLUFF NORTH
4450 OLD CANTON ROAD, STE 200
JACKSON MS 39215-1970

CREDITOR ID: 278401-25
1997 PROPERTIES LLC
C/O ROGER P FRIOU, MANAGING MEMBER
PO BOX 55416
JACKSON MS 39296

CREDITOR ID: 410886-15
59 WEST PARTNERS, LTD/BESSEMER
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 241522-12
ACHILLES REALTY COMPANY
C/O MILLER & MARTIN, PLLC
ATTN CATHERINE A HARRISON, ESQ
1170 PEACHTREE STREET NE, STE 800
ATLANTA GA 30309-7706

CREDITOR ID: 533710-15
ALEC ASHTON RICHMOND, LLC & COMPASS
CAPITAL MANAGING BY COLEMAN GROUP
C/O WYATT TARRANT & COMBS LLP
ATTN MARY FULLINGTON, ESQ
250 WEST MAIN STREET, SUITE 1600
LEXINGTON KY 40507-1746

CREDITOR ID: 408295-99
ALVIN LAPIDUS & LOIS LAPIDUS, LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 399385-99
AMERICAN KB PROPERTIES I LP
C/O LAMONICA HERBST & MANISCALCO
ATTN SALVATORE LAMONICA, ESQ
3305 JERUSALEM AVENUE
WANTAGH NY 11803

CREDITOR ID: 408198-15
ARNOBO ASSOCIATES PARTNERSHIP
C/O HSSW, LLP
ATTN SAMUEL R ARDEN, ESQ
6400 POWERS FERRY ROAD NW, STE 400
ATLANTA GA 30339

CREDITOR ID: 1080-07
ARS INVESTMENT CORPORATION
THOMAS E CARR & ASSOCIATES, PC
ATTN THOMAS E CARR, ESQ
1100 BOULDERS PARKWAY, STE 650
RICHMOND VA 23225

CREDITOR ID: 1080-07
ARS INVESTMENT CORPORATION
C/O HARDING & ASSOCS INC
ATTN DOUG MAREK, ESQ
5006 MONUMENT AVENUE
RICHMOND, VA 23230

CREDITOR ID: 1080-07
ARS INVESTMENT CORPORATION
C/O METTLER SHELTON RANDOLPH ET AL
340 ROYAL POINCIANA WAY, SUITE 340
PALM BEACH FL 33480

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 251266-12
BAGWELL, HAROLD G
PO BOX 1700
GARNER, NC 27529

CREDITOR ID: 251266-12
BAGWELL, HAROLD G
C/O KIRKPATRICK & LOCKHART ET AL
ATTN JEFFREY T KUCERA, ESQ
201 S BISCAYNE BLVD, SUITE 2000
MIAMI FL 33131-2399

CREDITOR ID: 2079-07
BANK OF AMERICA, NA, TRUSTEE
FOR BETTY G HOLLAND
C/O CNM ASSOC
950 EAST PACES FERRY ROAD
ATLANTA GA 30326

CREDITOR ID: 2079-07
BANK OF AMERICA, NA, TRUSTEE
C/O KITCHENS KELLEY GAYNES PC
ATTN:  HEATHER D DAWSON ESQ
STE 900, 11 PIEMONT CENTER
3495 PIEMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 2079-07
BANK OF AMERICA, NA, TRUSTEE
C/O KITCHENS KELLEY GAYNES, PC
ATTN MARK A KELLEY, ESQ
SUITE 900, 11 PIEDMONT CENTER
3495 PIEDMONT ROAD, NE
ATLANTA GA 30305

CREDITOR ID: 410556-15
BLANKENBAKER PLAZA I, LLC
C/O HOGAN DEVELOPMENT CO
420 W LIBERTY STREET
LOUISVILLE KY 40202

CREDITOR ID: 410556-15
BLANKENBAKER PLAZA I, LLC
C/O KAREM & KAREM
ATTN JOHN W HARRISON JR, ESQ
2100 GARDINER LANE, SUITE 103-B
LOUISVILLE KY 40205

CREDITOR ID: 1141-07
BROAD STREET STATION SC, LLC
C/O KENNEDY, COVINGTON, ET AL
ATTN AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202

CREDITOR ID: 492939-15
BROOKSHIRE GROCERY CO
C/O BAKER BOTTS, LLP
ATTN C. LUCKEY MCDOWELL, ESQ
2001 ROSS AVENUE
DALLAS TX 75201-2980

CREDITOR ID: 492939-15
BROOKSHIRE GROCERY CO
ATTN RUSSELL COOPER, CORP COUNSEL
1600 WEST SOUTHWEST LOOP 323
TYLER  TX 75701

CREDITOR ID: 2099-07
BUNKIE INVESTMENT CO, LLC
C/O KOZYAK TROPIN & THROCKMORTON
ATTN LAUREL M ISICOFF, ESQ
2525 PONCE DE LEON BLVD, STE 900
CORAL GABLES FL 33134

CREDITOR ID: 2099-07
BUNKIE INVESTMENT CO, LLC
ATTN CHRISTOPHER A SARPY
3621 RIDGELAKE DRIVE, SUITE 203
METAIRIE LA 70002-1739

CREDITOR ID: 278549-24
CAPLAN, R J & FLEDER, E, TRUSTEES
C/O WILLIAMS MULLEN HOFHEIMER ET AL
ATTN DAVID A GREER ESQ
PO BOX 3460
NORFOLK VA 23514-3460

CREDITOR ID: 278549-24
CAPLAN, R J & FLEDER, E, TRUSTEES
LITTLE CREEK SQUARE SHOPPING CENTER
500 MAIN PLAZA EAST
1324 CRESTAR BANK BUILDING
NORFOLK VA 23510

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection**
**to (A) Duplicative Different Debtor Claims and**
**(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 410393-15
CAPSTONE ADVISORS - CARRINGTON DEV
ASSOCIATES
C/O KATTEN MUCHIN ROSENMAN LLP
ATTN THOMAS J LEANSE, ESQ
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES CA 90067

CREDITOR ID: 410454-15
CAROLINA ENTERPRISES, INC
ATTN JAMES T SCHOFIELD, PRESIDENT
PO BOX 13559
FLORENCE SC 29504

CREDITOR ID: 410586-99
CATAMOUNT ATLANTA, LLC, ASSIGNEE
OF HELENE FUNK & PETER W MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 410586-99
CATAMOUNT ATLANTA, LLC, ASSIGNEE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 410586-99
CATAMOUNT ATLANTA, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410585-99
CATAMOUNT LS-KY, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 410585-99
CATAMOUNT LS-KY, LLC, ASSIGNEE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 410585-99
CATAMOUNT LS-KY, LLC, ASSIGNEE
OF H FUNK & P MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
C/O LIONEL SAWYER & COLLINS
ATTN CRAIG E ETEM, ESQ
BANK OF AMERICA PLAZA
50 WEST LIBERTY STREET, SUITE 1100
RENO NV 89501

CREDITOR ID: 408297-99
CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE
H FUNK & PW MERNER
C/O KRIEG DEVAULT LLP
ATTN C DANIEL MOTSINGER, ESQ
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS IN 46204-2079

CREDITOR ID: 415960-15
CC REALTY INTERMEDIATE FUND, LTD
C/O KITCHENS KELLEY GAYNES PC
ATTN:  HEATHER D DAWSON ESQ
STE 900, 11 PIEMONT CENTER
3495 PIEMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 492955-97
CC REALTY INTERMEDIATE FUND, LTD
ATTN: DOUGLAS ENGEL, MGR
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 415960-15
CC REALTY INTERMEDIATE FUND, LTD
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
PIEDMONT CTR, BLDG 11, SUITE 900
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 244836-12
CEDAR CREEK CROSSING ASSOCIATES LLC
C/O KAUFMAN & CANOLES
ATTN DENNIS T LEWANDOWSKI, ESQ
150 W MAIN STREET, SUITE 2100
NORFOLK VA 23510

CREDITOR ID: 244836-12
CEDAR CREEK CROSSING ASSOCIATES LLC
C/O PERRIE WHEELER REAL ESTATE CO
PO BOX 3578
NORFOLK, VA 23514

CREDITOR ID: 406141-15
CENTRE STAGE LIMITED PARTNERSHIP
C/O BREGMAN BERBERT ET AL
ATTN LAURENCE H BERBERT, ESQ
7315 WINSCONSIN AVE, SUITE 800 WEST
BETHESDA MD 20814

CREDITOR ID: 2134-99
CHESTER DIX FORT CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2134-99
CHESTER DIX FORT CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 408401-99
CHESTER DIX HURST CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 408401-99
CHESTER DIX HURST CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2135-99
CHESTER DIX JEFFERSONTOWN CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2135-99
CHESTER DIX JEFFERSONTOWN CORP
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 408400-99
CHESTER DIX LAKE CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 408400-99
CHESTER DIX LAKE CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 416271-15
CIRIGNANO FAMILY LP
C/O DOLLINGER GONSKI & GROSSMAN
ATTN MATTHEW DOLLINGER, ESQ
ONE OLD COUNTRY ROAD
PO BOX 9010
CARLE PLACE NY 11514-9010

CREDITOR ID: 416271-15
CIRIGNANO FAMILY LP
ATTN ALBERT J CIRIGNANO
17 OAK POINT DRIVE NORTH
BAYVILLE NY 11709

**Notice of Debtors' Twentieth Omnibus Objection
to (A) Duplicative Different Debtor Claims and
(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410418-15<br>COMMERCIAL NET LEASE REALTY, INC<br>NKA: NATIONAL RETAIL PROPERTIES INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, LP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | CREDITOR ID: 2163-07<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O WILLKIE FARR & GALLAGHER<br>ATTN ALAN J LIPKIN, ESQ<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019-6373 |
| CREDITOR ID: 247147-12<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET CENTRE NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 247187-12<br>CREDIT SUISSE FIRST BOSTON, LLC<br>COLLATERAL ASSIGNEE OF MYSTIC, LLC<br>ATTN WENDY BEER<br>11 MADISON AVE, 5TH FLOOR<br>NEW YORK, NY 10010-3629 | CREDITOR ID: 247187-12<br>CREDIT SUISSE FIRST BOSTON, LLC<br>C/O MANDEL KATZ, ET AL<br>ATTN TARA HANNON, ESQ<br>THE LAW BUILDING<br>210 ROUTE 303<br>VALLEY COTTAGE NY 10989 |
| CREDITOR ID: 410816-15<br>CRIIMI MAE SVCS LP, SERIES 1996-D3<br>HOLDERS ASSET SECURITIZATION CORP<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 452146-97<br>CROSSROADS CENETER LIMITED<br>ATTN: STEVEN V GRAHAM, GEN PARTNER<br>2200 WOODCREST PLACE, STE 210<br>BIRMINGHAM AL 35209 | CREDITOR ID: 408206-15<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 |
| CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>BRYNN MARR ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEE<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410823-15<br>DANIEL G KAMIN & DANIEL G KAMIN<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 |
| CREDITOR ID: 410824-15<br>DANIEL G KAMIN CLARKSVILLE<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 | CREDITOR ID: 410824-15<br>DANIEL G KAMIN CLARKSVILLE<br>CROSSING, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410826-15<br>DANIEL G KAMIN ZACHARY ENTERPRIZES<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, TRUSTEES<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 410826-15<br>DANIEL G KAMIN ZACHARY ENTERPRIZES<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 | CREDITOR ID: 410825-15<br>DBT PORCUPINE WD1 DE BUSINESS TRUST<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVENUE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410825-15<br>DBT PORCUPINE WD1 DE BUSINESS TRUST<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 |
| CREDITOR ID: 1258-07<br>DEERFOOT MARKETPLACE LLC<br>C/O RGS PROPERTIES INC<br>ATTN: DICK SCHMALZ<br>6 OFFICE PARK CIRCLE, STE 100<br>BIRINGHAM, AL 35223 | CREDITOR ID: 411096-15<br>DEERFOOT MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN JEFFREY KAPLAN, 237 PARK AVE SUITE 900<br>NEW YORK NY 10017 |
| CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>C/O NIXON PEABODY, LLP<br>ATTN JOHN M. ROSENTHAL, ESQ<br>2 EMBARCADERO CENTER, STE 2700<br>SAN FRANCISCO CA 94117 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>C/O NIXON PEABODY, LLP<br>ATTN DENNIS J DREBSKY, ESQ.<br>437 MADISON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 279308-99<br>DEUTSCHE BANK TRUST CO AMERICA<br>AS PASS THROUGH & INDENTURE TTEG<br>ATTN BRENDON MEYER, VP<br>MS NYC60-2720<br>60 WALL STREET<br>NEW YORK NY 10005-2858 |
| CREDITOR ID: 410981-15<br>DPJ LIMITED PARTNERSHIP<br>C/O ROSENBERG & WEINBERG<br>ATTN HERBERT WEINBERG, ESQ<br>805 TURNPIKE STREET<br>NORTH ANDOVER MA 01845 | CREDITOR ID: 452135-15<br>E&A SOUTHEAST LP<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLY, ESQ<br>PIEDMONT CENTER , BLDG 11, STE 900<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>RESERVOIR SQUARE BRANDON, MS<br>C/O KITCHENS KELLEY GAYNES PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT RD NE BLDG 11 STE 900<br>ATLANTA GA 30305 |

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection**
**to (A) Duplicative Different Debtor Claims and**
**(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 383208-15<br>E&A SOUTHEAST LP DBA<br>C/O KELLEY DRYE & WARREN LLP<br>ATTN: ROBERT LEHANE, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178-0002 | CREDITOR ID: 1294-07<br>E&A SOUTHEAST, LP<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 1294-07<br>E&A SOUTHEAST, LP<br>C/O RESERVOIR SQUARE<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 492837-97<br>EBINPORT ASSOCIATES<br>ATTN: G PATRICK FLINT, M.G.P.<br>101 N TRYON STREET, STE 1900<br>CHARLOTTE NC 28246 | CREDITOR ID: 410397-15<br>EBINPORT ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 |
| CREDITOR ID: 248782-12<br>EDENS & AVANT PROPERTIES LP DBA<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 248782-12<br>EDENS & AVANT PROPERTIES LP DBA<br>MAGEE SHOPPING CENTER<br>PO BOX 528<br>COLUMBIA SC 29202 | CREDITOR ID: 278458-24<br>ELIZABETHTON PLAZA LTD<br>BETSYTOWN TN REALTY, LLC<br>C/O TLM REALTY CORP<br>ATTN LAURA HACKEL<br>485 MADISON AVE, 24TH FLOOR<br>NEW YORK NY 10022 |
| CREDITOR ID: 1299-RJ<br>ELKMONT ASSOCIATES<br>C/O JAMES POINDEXTER<br>PO BOX 28<br>ELKIN, NC 28621-0028 | CREDITOR ID: 410394-15<br>EQUITY ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 | CREDITOR ID: 492836-97<br>EQUITY ASSOCIATES<br>ATTN: G PATRICK FLINT, M.G.P<br>101 N TRYON STREET, STE 1900<br>CHARLOTTE NC 28246 |
| CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: JAY R BENDER<br>1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 410555-15<br>FORD'S CROSSING<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36104-1149 | CREDITOR ID: 410450-15<br>FRANKFORD DALLAS LLC<br>C/O HAYNES & BOONE, LLP<br>ATTN SCOTT EVERETT, ESQ<br>901 MAIN STREET, SUITE 3100<br>DALLAS TX 75202 |
| CREDITOR ID: 1320-07<br>FRO LLC VII<br>C/O JAMES M HASTINGS, CPA<br>305 PIPING ROCK DRIVE<br>SILVER SPRINGS, MD 20905 | CREDITOR ID: 1320-07<br>FRO LLC VII<br>C/O ARENT FOX PLLC<br>ATTN MARY JOANNE DOWD, ESQ.<br>1050 CONNECTICUT AVENUE NW<br>WASHINGTON DC 20036-5339 | CREDITOR ID: 452059-98<br>FUCMS 1999-C1 MERIDIAN GROCERY LLC<br>C/O LNR PARTNERS<br>ATTN ARNE SHULKIN<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 410406-15<br>GBN HICKORT NC, LLC<br>PO BOX 1929<br>EASLEY SC 29690 | CREDITOR ID: 375028-44<br>GEM NICKERSON, LLC<br>C/O MARCUS SANTORO & KOZAK, PC<br>ATTN KELLY M BARNHART, ESQ<br>1435 CROSSWAYS BLVD, SUITE 300<br>CHESAPEAKE VA 23320-2896 |
| CREDITOR ID: 375028-44<br>GEM NICKERSON, LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 | CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 | CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O MARCUS SANTORO & KOZAK, PC<br>ATTN KELLY M BARNHART, ESQ<br>1435 CROSSWAYS BLVD, SUITE 300<br>CHESAPEAKE VA 23320-2896 |
| CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>NICHOLLS & CRAMPTON, PA<br>ATTN K SINK/G CRAMPTON, ESQS<br>PO BOX 18237<br>RALEIGH NC 27619 | CREDITOR ID: 2255-07<br>GENOA ASSOCIATES LLC<br>PO BOX 919<br>GOLDSBORO, NC 27533 | CREDITOR ID: 410943-15<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 |

Notice of Debtors' Twentieth Omnibus Objection
to (A) Duplicative Different Debtor Claims and
(B) Duplicative Liability Claims

[Exhibit A Claimants - Duplicative Different Debtor]

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410368-15<br>GREENWOOD PLAZA, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>ATTN STANLEY TATE, PRESIDENT<br>1175 NE 125TH STREET, SUITE 102<br>NORTH  MIAMI, FL 33161 | CREDITOR ID: 315830-40<br>GREER PLAZA, INC<br>C/O BLAXBERG GRAYSON KUKOFF & SEGAL<br>ATTN IAN J KUKOFF, ESQ.<br>INGRAHAM BLDG, SUITE 730<br>25 SE 2ND AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 452382-98<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 ROUTE 17, 6TH FLR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 493111-15<br>HAIN CAPITAL HOLDINGS LLC, ASSIGNEE<br>OF PROTECTIVE LIFE INSURANCE CO<br>ATTN GANNA LIBERCHUK<br>301 STATE ROUTE 17, 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 2291-07<br>HARTWELL PARTNERSHIP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 1416-07<br>HASCO PROPERTIES<br>PO BOX 681<br>MC COMB MS 39648-0681 |
| CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>ATTN: A CRAIG HASKINS, MNG MEM<br>PO BOX 681<br>MCCOMB, MS 39648-0681 | CREDITOR ID: 251330-12<br>HASCO-THIBODEAUX LLC<br>C/O PHELPS DUNBAR, LLP<br>ATTN RANDY ROUSSEL, ESQ<br>445 NORTH BLVD, STE 701<br>BATON ROUGE LA 70802 | CREDITOR ID: 2296-07<br>HAZEL PARK ASSOCIATES<br>C/O I REISS & SON<br>ATTN ROBERTA MILLER<br>200 EAST 61 STREET, STE 29F<br>NEW  YORK NY 10021 |
| CREDITOR ID: 408226-15<br>HIDDEN HILLS, LP<br>C/O BLANCHARD & CALHOUN COMMERCIAL<br>ATTN VICTOR J MILLS, MGG PARTNER<br>BLDG 100, SUITE 370<br>2745 PERIMETER PKWY<br>AUGUSTA GA 30909 | CREDITOR ID: 408226-15<br>HIDDEN HILLS, LP<br>C/O JAY M SAWILOWSKY, PC<br>ATTN JAY M SAWILOWSKY, ESQ<br>699 BROAD STREET, SUITE 1212<br>AUGUSTA GA 30901-1453 | CREDITOR ID: 410522-15<br>HILLCREST GDS, LLC<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREE STREET NE, STE 800<br>ATLANTA GA 30309-7706 |
| CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 416281-15<br>INDEPENDENCE CROSSING, LLC<br>C/O PARKER POE ADAMS & BERNSTEIN<br>ATTN WILLIAM L ESSER IV, ESQ<br>401 SOUTH TRYON STREET, SUITE 3000<br>CHARLOTTE NC 28202 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 |
| CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES M IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 416286-99<br>JACKSON I-55, LLC<br>C/O CENTEX CONCORD PROPERTY MGMT<br>ATTN FRAN E JONES<br>1151 N STATE STREET<br>JACKSON MS 39202 |
| CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 |

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection
to (A) Duplicative Different Debtor Claims and
(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411293-15<br>KEMOR PROPERTIES, INC<br>C/O MORRIS NICHOLS ARSHT & TUNNELL<br>ATTN: ERIC D SCHWARTZ ESQ<br>1201 NORTH MARKET ST<br>PO BOX 1347<br>WILMINGTON DE 19899 | CREDITOR ID: 411293-15<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC  H3G1N2<br>CANADA | CREDITOR ID: 410447-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 415956-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O BOURNE NOLL & KENYON<br>ATTN JAIME A O'BRIEN<br>382 SPRINGFIELD AVENUE<br>PO BOX 690<br>SUMMIT NJ 07902-0690 | CREDITOR ID: 416270-15<br>KIRKLAND FINANCIAL, LLC<br>C/O WALSTON WELLS & BIRCHALL LLP<br>ATTN C ELLIS BRAZEAL III, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 416266-15<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | CREDITOR ID: 2365-RJ<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | CREDITOR ID: 534411-98<br>LASALLE BANK NA AS TRUSTEE FOR<br>REG HOLDERS OF ACGS 2004 LLC SN ABC<br>ATTN DEMETRIOS J MORAKIS VP<br>C/O CWCAPITAL ASSET MGMT LLC<br>701 13TH ST NW STE 1000<br>WASHINGTON DC 20005 |
| CREDITOR ID: 407463-99<br>LASALLE BANK NAT'L ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN: B SUMMER CHANDLER<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA 30308 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>420 WEST BEACH BLVD<br>PASS CHRISTIAN MS 38571 |
| CREDITOR ID: 410375-15<br>LEC PROPERTIES, INC & PC PROPERTIES<br>C/O EMMANUEL, SHEPPARD & CONDON<br>ATTN SALLY BUSSELL FOX, ESQ<br>30 S SPRING STREET<br>PENSACOLA FL 32502 | CREDITOR ID: 408168-15<br>LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>SCOTLAND MALL, INC<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 404023-15<br>LIQUIDITY SOLUTIONS, INC, ASSIGNEE<br>C/O ANDREWS & KURTH LLP<br>ATTN DAVID BUCHBINDER, ESQ<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 |
| CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ATTN AL JOHNSTON, LEASING MGR<br>4475 RIVER GREEN PARKWAY, SUITE 100<br>DULUTH GA 30096 | CREDITOR ID: 278516-24<br>LN PIEDMONT VILLAGE LLC<br>ROBINSON, JAMPOL, ET AL<br>ATTN J CHRISTOPHER MILLER, ESQ<br>11625 RAINWATER DRIVE, SUITE 350<br>ALPHARETTA GA 30004 | CREDITOR ID: 416943-15<br>LNR PARTNERS, INC FOR LASALLE BANK<br>TTEE STRUCTURED ASSET SERIES 2002C2<br>C/O KOZYAK TROPIN & THROCKMORTON PA<br>ATTN JOHN W KOZYAK, ESQ<br>2525 PONCE DE LEON, 9TH FLOOR<br>CORAL GABLES FL 33134 |
| CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 | CREDITOR ID: 452383-15<br>LPI CALHOUN, INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FLOOR<br>ATLANTA GA 30303 | CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 255262-99<br>MADISON STATION PROPERTIES LLC<br>C/O PHELPS DUNBAR LLP<br>ATTN DOUGLAS C NOBLE, ESQ<br>111 E CAPITOL STREET, SUITE 600<br>PO BOX 23066<br>JACKSON MS 39225-3066 | CREDITOR ID: 255262-99<br>MADISON STATION PROPERTIES LLC<br>ATTN JOHN STRATTON II<br>6360 I-55 NORTH, SUITE 210<br>JACKSON, MS 39211 | CREDITOR ID: 255262-99<br>MADISON STATION PROPERTIES LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection**
**to (A) Duplicative Different Debtor Claims and**
**(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244 | CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>C/O KING, DRUMMOND, & DABBS, PC<br>ATTN MARJORIE O DABBS. ESQ<br>100 CENTERVIEW DRIVE, SUITE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 1929-99<br>MARKET AT BYRAM LLC, THE<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 1929-99<br>MARKET AT BYRAM LLC, THE<br>C/O BENNETT, LOTTERHOS, ET AL<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 1929-99<br>MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402 | CREDITOR ID: 410940-15<br>MCALESTER VENTURE, INC<br>C/O H J TAYLOR & ASSOCIATES, INC<br>ATTN HARVE J TAYLOR, PRESIDENT<br>PO BOX 640<br>BENTONVILLE AR 72712 |
| CREDITOR ID: 417423-97<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN: RANDY ROARK, PRES.<br>1819 5TH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 416256-15<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 1583-07<br>MCDONOUGH MARKETPLACE PARTNERS<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY AL 36101-1149 |
| CREDITOR ID: 408260-99<br>MCW-RC GA PEACHTREE PKWY PLAZA, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR., ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATTN M MCINERNEY/N GRIFFINS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O MORRISON & FOERSTER, LLP<br>ATTN LARREN M NASHELSKY, ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 |
| CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFTHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 |
| CREDITOR ID: 417107-15<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O GLENN FELDMANN DARBY&GOODLATTE<br>ATTN ROBERT A. ZIOGAS, ESQ<br>PO BOX 2887<br>ROANOKE VA 24001 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 | CREDITOR ID: 417107-15<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O CAPITAL CROSSING BANK, AGENT<br>ATTN CHRISTOPHER P HICKEY, SR VP<br>101 SUMMER STREET<br>BOSTON MA 02110 |
| CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 | CREDITOR ID: 410382-15<br>MORRO PALMS SHOPPING CENTER, GP<br>C/O COOLEY GODWARD LLP<br>ATTN J MICHAEL KELLY, ESQ<br>ONE MARITIME PLAZA<br>101 CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 410396-15<br>MUSEUM ASSOCIATES<br>C/O ROBINSON BRADSHAW & HINSON, PA<br>ATTN DAVID M SCHILLI, ESQ<br>101 N TRYON STREET, SUITE 1900<br>CHARLOTTE NC 28246 |
| CREDITOR ID: 410728-15<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O LNR PARTNERS, INC<br>ATTN DANNY VANDER REIS<br>1601 WASHINGTON AVE, SUITE 700<br>MIAMI FL 33139 | CREDITOR ID: 410728-15<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O KOZYAK TROPIN & THROCKMORTON<br>ATTN LAUREL M ISICOFF, ESQ<br>2525 PONCE DE LEON BLVD, STE 900<br>CORAL GABLES FL 33134 | CREDITOR ID: 410421-15<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 |
| CREDITOR ID: 410588-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>ATTN ERIC SILVERGOLD<br>135 EAST 57TH STREET<br>NEW YORK NY 10022 | CREDITOR ID: 410588-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>C/O PAUL, HASTINGS, ET AL<br>ATTN TED SMITH, ESQ<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 | CREDITOR ID: 411144-15<br>NORTH AMERICAN CO LIFE & HEALTH INS<br>BY MIDLAND ADVISORS CO, AS AGENT<br>C/O PAUL HASTINGS JANOFSKY ET AL<br>ATTN T SMITH, III/C SHARBAUGH, ESQS<br>600 PEACHTREE STREET NE, SUITE 2400<br>ATLANTA GA 30308 |

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection
to (A) Duplicative Different Debtor Claims and
(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O BENNETT, LOTTERHOS, SULSER & WILSON<br>ATTN MARCUS M WILSON, ESQ<br>PO BOX 98<br>JACKSON MS 39205-0098 | CREDITOR ID: 257461-12<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216 | CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>C/O SCHNADER, HARRISON, ET AL<br>ATTN: WILLIAM J MAFFUCCI, ESQ<br>1600 MARKET STREET, STE 3600<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 415976-99<br>OCEAN 505 ASSOCIATES, LLC. &<br>GRANDECKS ASSOCIATES, LLC<br>C/O ECKSTEIN PROPERTIES LLC, AGENT<br>ATTN SHIMON ECKSTEIN<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | CREDITOR ID: 411180-15<br>ORIX CAPITAL MKTS, SERIES 1998-C2<br>HOLDERS OF FIRST UNION-LEHMAN ET AL<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLLEY, ESQS<br>TWO HOPKINS PLAZA, SUITE 1800<br>BALTIMORE MD 21201 |
| CREDITOR ID: 410445-99<br>OSCHIN, SAMUEL, TRUSTEE<br>BARBARA OSCHIN PRIMICERIO TRUST<br>ATTN PATRICIA WHITELEY<br>400 SOUTH HOPE STREET, SUITE 400<br>LOS ANGELES CA 90071-2806 | CREDITOR ID: 410445-99<br>OSCHIN, SAMUEL, TRUSTEE<br>C/O SULMEYERKUPETZ, PC<br>ATTN DAVID S KUPETZ, ESQ.<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES CA 90071 | CREDITOR ID: 533711-15<br>PALM LAKES, LLC BY<br>COLEMAN GROUP<br>C/O WYATT TARRANT & COMBS, LLP<br>ATTN MARY L FULLINGTON, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507 |
| CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O SWAIN MANAGEMENT LLC<br>1111 MILITARY CUTOFF ROAD, STE 251<br>WILMINGTON, NC 28405 | CREDITOR ID: 384279-47<br>PAMALEE PLAZA ASSOCIATION<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 410887-15<br>PASCAGOULA PROPERTIES, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 |
| CREDITOR ID: 407609-15<br>PG-1 DEVELOPMENT COMPANY<br>C/O ROBINSON BARTON MCCARTHY ET AL<br>ATTN W E CALLOWAY, ESQ<br>PO BOX 12287<br>COLUMBIA SC 29211-2287 | CREDITOR ID: 407609-15<br>PG-1 DEVELOPMENT COMPANY<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 |
| CREDITOR ID: 2478-07<br>PICKENS NALLEY, LP<br>GARRET PICKENS PARTNERSHIP, LP<br>PO BOX 1929<br>EASLEY SC 29641 | CREDITOR ID: 1715-07<br>PINSON VALLEY LTD<br>C/O HELMS-ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 410937-99<br>PLUNKETT, ESTATE OF HC<br>C/O BUTLER SNOW O'MARA ET AL<br>ATTN STEPHEN W ROSENBLATT, ESQ<br>210 E CAPITAL STREET, 17TH FLOOR<br>PO BOX 22567<br>JACKSON MS 39225-2567 |
| CREDITOR ID: 410937-99<br>PLUNKETT, ESTATE OF HC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410937-99<br>PLUNKETT, ESTATE OF HC<br>C/O ANGELA HEALY<br>PO BOX 13492<br>JACKSON MS 39236-3492 | CREDITOR ID: 258660-99<br>PMT PARTNERS V LLC<br>C/O THOMPSON & KNIGHT LLP<br>ATTN JOHN S BRANNON, ESQ.<br>1700 PACIFIC AVENUE, SUITE 3300<br>DALLAS TX 75201 |
| CREDITOR ID: 258660-99<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>ATTN LYNN MOORE, VP<br>5200 PARK ROAD, SUITE 120<br>CHARLOTTE, NC 28209 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410762-15<br>PORCUPINE WD5, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 |
| CREDITOR ID: 2481-RJ<br>PREMIER PLAZA ASSOCIATES LLC<br>ATTN STEPHEN B SWARTZ, MGG MEMBER<br>3060 PEACHTREE ROAD, SUITE 1850<br>ATLANTA, GA 30305 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection
to (A) Duplicative Different Debtor Claims and
(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408375-15<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 492952-97<br>PROTECTIVE LIFE INSURANCE CO AS<br>SUCCESSOR INTEREST LW SMITH JR TRUS<br>ATTN: CHARLES M PRIOR, VP INVESTMEN<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| CREDITOR ID: 408299-99<br>RIVER OAKS PARTNERSHIP<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 2496-07<br>ROARK, RANDY<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 416257-15<br>ROARK, RANDY<br>C/O WALSTON WELLS & BIRCHALL, LLP<br>ATTN EDWARD J ASHTON, ESQ.<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 | CREDITOR ID: 1786-07<br>ROCKBRIDGE PLACE<br>C/O EDENS & AVANT FINANCING II<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 2521-07<br>ROSEMYR CORPORATION, THE<br>ATTN GEORGE M HARVIN, PRESIDENT<br>PO BOX 108<br>HENDERSON, NC 27536-0108 |
| CREDITOR ID: 416922-15<br>RUSSELL CROSSING PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, SUITE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BRIMINGHAM AL 35201-0306 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 |
| CREDITOR ID: 410481-15<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN JAMES J VINCEQUERRA, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 410519-15<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>C/O ROBISON, CURPHEY & O'CONNELL<br>ATTN: THOMAS A GIBSON, ESQ<br>FOUR SEAGATE, NINTH FLOOR<br>TOLEDO  OH 43604 |
| CREDITOR ID: 452052-98<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI III PRESIDENT<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 260495-12<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537 | CREDITOR ID: 417421-97<br>SCOTLAND MALL, INC<br>ATTN: CLAUDE SMITH SR, PRES.<br>TRI CITIES SHOPPING CENTER<br>ROCKINGHAM NC 28379 |
| CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 | CREDITOR ID: 410589-99<br>SFP, LLC<br>C/O KENNEDY, COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 410589-99<br>SFP, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 1835-RJ<br>SHEPHERDSVILLE MALL ASSOCIATES, LP<br>C/O CENTER SERVICES INC<br>ATTN MARCIA E SPANGLER<br>6200 CRESTWOOD STATION<br>CRESTWOOD, KY 40014 | CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>C/O KITCHENS KELLEY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>SUITE 900, 11 PIEDMONT CENTER<br>3495 PIEDMONT ROAD, NE<br>ATLANTA GA 30305 |
| CREDITOR ID: 1838-07<br>SHIELDS PLAZA, INC<br>E&A SOUTHEAST LP<br>PO BOX 528<br>COLUMBIA, SC 29202 | CREDITOR ID: 410479-15<br>SHOALS MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 | CREDITOR ID: 492938-98<br>SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 |

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection
to (A) Duplicative Different Debtor Claims and
(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>C/O JAY M SAWILOWSKY, PC<br>ATTN JAY M SAWILOWSKY, ESQ<br>699 BROAD STREET, SUITE 1212<br>AUGUSTA GA 30901-1453 | CREDITOR ID: 1863-07<br>SOUTH WIN LIMITED PARTNERSHIP<br>ATTN VICTOR J MILLS<br>BUILDING 100, SUITE 370<br>2743 PERIMETER PARKWAY<br>AUGUSTA, GA 30909 | CREDITOR ID: 1872-RJ<br>SOUTHGATE ASSOCIATES II LP<br>C/O THE COVINGTON CO<br>ATTN JAMES E COVINGTON JR, PRES<br>PO BOX 8510<br>RICHMOND, VA 23226 |
| CREDITOR ID: 408321-15<br>SOUTHLAND-MANSFIELD WD<br>DELAWARE BUSINESS TRUST<br>C/O NEAL, GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 N LASALLE STREET, SUITE 2300<br>CHICAGO IL 60602 | CREDITOR ID: 261482-12<br>SOUTHMARK PROPERTIES LLC<br>C/O HELMS ROARK INC, AGENT<br>ATTN ELIZABETH DEAN, VP<br>PO BOX 1149<br>MONTGOMERY, AL 36101-1149 | CREDITOR ID: 2581-07<br>SOUTHMARK PROPERTIES, LLC<br>ATTN: JAMES A BRUNO, MGR<br>100 CENTERVIEW DRIVE, SUITE 22<br>BIRMINGHAM AL 35216 |
| CREDITOR ID: 416272-15<br>SOUTHMARK PROPERTIES, LLC<br>C/O KING DRUMMOND & DABBS, PC<br>ATTN MARJORIE O DABBS, ESQ.<br>100 CENTERVIEW SUITE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 278567-25<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | CREDITOR ID: 411055-15<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 |
| CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>C/O JOHNSON, HEARN, VINEGAR, ET AL<br>ATTN JEAN WINBORNE BOYLES, ESQ<br>TWO HANNOVER SQUARE, SUITE 2200<br>RALEIGH NC 27601 | CREDITOR ID: 2597-07<br>STOCKMAN & NALLEY PARTNERSHIP<br>1142 REYNOLDS AVENUE<br>GREENWOOD, SC 29649 | CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 411421-15<br>VILLA RICA RETAIL PROPERTIES, LC<br>C/O KITCHENS KELLY GAYNES, PC<br>ATTN MARK A KELLEY, ESQ<br>3495 PIEDMONT ROAD NE, SUITE 900<br>ATLANTA GA 30305-1753 | CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 407786-15<br>W/D LEXINGTON, LLC<br>C/O KRUG INVESTMENTS, LLC<br>ATTN: DAVID KRUG, MGR.<br>131 PROVIDENCE ROAD<br>CHARLOTTE NC 28207 | CREDITOR ID: 407786-15<br>W/D LEXINGTON, LLC<br>NEXSEN, PRUET, ADAMS, ET AL<br>ATTN JAMES H PULLIAM, ESQ<br>201 S TRYON STREET, SUITE 1200<br>CHARLOTTE NC 28202 | CREDITOR ID: 278595-25<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>PROPERTIES DEVELOPMENT CO LLC<br>ATTN C MORTON OR C MARTIN ESQ<br>5630 BANKERS AVENUE<br>BATON ROUGE, LA 70808 | CREDITOR ID: 264351-12<br>WALKER LA COMMERCIAL<br>C/O ALSTON & BIRD LLP<br>ATTN PAUL SILVERMAN, ESQ<br>90 PARK AVENUE<br>NEW YORK NY 10016 | CREDITOR ID: 416937-15<br>WATERS, INC<br>ATTN K MARTIN WATERS JR, CHAIRMAN<br>301 S MCDOWELL STREET, SUITE 210<br>CHARLOTTE NC 28204 |
| CREDITOR ID: 411429-99<br>WBFV, INC<br>C/O KENNEDY COVINGTON, ET AL<br>ATTN AMY PRITCHARD WILLIAMS, ESQ<br>HEARST TOWER, 47TH FLOOR<br>214 NORTH TRYON STREET<br>CHARLOTTE NC 28202 | CREDITOR ID: 410682-15<br>WD FAYETTEVILLE GA LLC<br>C/O I REISS & COMPANY<br>ATTN LINDA REISS HEFFNER, MEMBER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 |
| CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 | CREDITOR ID: 278598-24<br>WD ROANOKE LLC<br>C/O I REISS & COMPANY<br>ATTN LINDA REISS HEFFNER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW YORK NY 10021 | CREDITOR ID: 2666-07<br>WD ROCKY MOUNT VA PARTNERS LLC<br>C/O I REISS & SON<br>ATTN LINDA REISS HEFFNER<br>200 EAST 61ST STREET, SUITE 29F<br>NEW  YORK NY 10021 |

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection**
**to (A) Duplicative Different Debtor Claims and**
**(B) Duplicative Liability Claims**

**[Exhibit A Claimants - Duplicative Different Debtor]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 416847-15
WELLS FARGO BANK NORTHWEST NA FKA
FIRST SECURITY BANK, NA
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ
PO BOX 306
BIRMINGHAM AL 35201

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 410482-15
WELLS FARGO BANK NORTHWEST NA, TTEE
ATTN VAL T ORTON, VP
MAC U1228-120
299 SOUTH MAIN STREET, 12TH FLOOR
SALT LAKE CITY UT 84111

CREDITOR ID: 2001-RJ
WEST ECK PARTNERS LP
C/O JAY M SAWILOWSKY, PC
ATTN JAY M SAWILOWSKY, ESQ
699 BROAD STREET, SUITE 1212
AUGUSTA GA 30901-1453

CREDITOR ID: 2001-RJ
WEST ECK PARTNERS LP
ATTN VICTOR J MILLS
BUILDING 100, SUITE 370
2743 PERIMETER PARKWAY
AUGUSTA, GA 30909

CREDITOR ID: 415957-15
WEST RIDGE, LLC
C/O KITCHENS KELLEY GAYNES, PC
ATTN MARK A KELLEY, ESQ.
PIEDMONT CTR, BLDG 11, SUITE 900
3495 PIEDMONT ROAD NE
ATLANTA GA 30305

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O SESSIONS FISHMAN & NATHAN LLP
ATTN J DAVID FORSYTH, ESQ.
5222 SUMMA COURT, SECTION 3, STE C
BATON ROUGE LA 70809

CREDITOR ID: 415966-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O STIRLING PROPERTIES
ATTN DONNA TAYLOR
109 NORTHPARK BLVD, SUITE 300
COVINGTON LA 70433

CREDITOR ID: 408298-99
WESTSIDE CITY, INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 416941-15
WIGGS REALTY COMPANY OF KENTUCKY
C/O SINGERMAN MILLS DESBERG ET AL
ATTN PAUL J SINGERMAN, ESQ
3401 ENTERPRISE PARKWAY, SUITE 200
BEACHWOOD OH 44122

CREDITOR ID: 416941-15
WIGGS REALTY COMPANY OF KENTUCKY
ATTN HARRY SINGER, PRESIDENT
11012 AURORA HUDSON ROAD
STREETSBORO OH 44241-1629

CREDITOR ID: 47-08
WILMINGTON TRUST CO, INDIV/IND TTEE
C/O BERGER SINGERMAN, PA
ATTN ARTHYR J SPECTOR, ESQ
305 E LAS OLAS BLVD, SUITE 1000
FORT LAUDERDALE FL 33301

CREDITOR ID: 47-08
WILMINGTON TRUST CO, INDIV/IND TTEE
C/O CURTIS MALLET-PREVOST COLT & MOSLE
ATTN STEVEN REISMAN/ANDREW  THAU
101 PARK AVENUE
NEW YORK NY 10178-0061

CREDITOR ID: 47-08
WILMINGTON TRUST CO, INDIV/IND TTEE
ATTN CORPORATE TRUST ADMINISTRATION
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-1615

CREDITOR ID: 407489-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-POWDER SPRINGS WD DE BUS
C/O NEAL GERBER & EISENBERG LLP
ATTN: THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 407473-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-JONESBORO WD DE BUS TRUST
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, SUITE 2300
CHICAGO IL 60602

CREDITOR ID: 403543-99
WILMINGTON TRUST COMPANY
C/O BERGER SINGERMAN PA
ATTN: PAUL STEVEN SINGERMAN, ESQ
200 SOUTH BISCAYNE BLVD, STE 1000
MIAMI FL 33131-5308

CREDITOR ID: 407479-99
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-WACO WD DEL BUS TRUST
C/O NEAL GERBER EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, STE 2300
CHICAGO IL 60602

CREDITOR ID: 410584-15
WILMINGTON TRUST COMPANY, TTEE
SOUTHLAND-ARLINGTON WD DE BUS TRUST
C/O NEAL, GERBER & EISENBERG
ATTN THOMAS C WOLFORD, ESQ
2 N LASALLE STREET, SUITE 2200
CHICAGO IL 60602

CREDITOR ID: 264940-12
WINDWARD PARTNERS IV LP
C/O COLDWELL BANKER CAINE REAL ESTA
ATTN: HENRY HOROWITZ, PRES
111 WILLIAMS STREET
PO BOX 2287
GREENVILLE, SC 29602

CREDITOR ID: 264940-12
WINDWARD PARTNERS IV LP
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN ANDREW J WHITE, ESQ
PO BOX 2048
GREENVILLE SC 29602-2048

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O WOODBERRY PLAZA
PO DRAWER B
COLUMBIA, SC 29202

CREDITOR ID: 265010-12
WOODBERRY PLAZA E&A LLC
C/O KITCHENS KELLEY GAYNES, PC
ATTN: MARK A KELLEY, ESQ
11 PIEDMONT CENTER, SUITE 900
ATLANTA GA 30305

CREDITOR ID: 452127-15
WOODLAND HARTFORD ASSOCIATES, LLC
C/O OFFICES OF JOEL SHAFFERMAN, LLC
ATTN JOEL SHAFFERMAN, ESQ
80 WALL STREET, SUITE 910
NEW YORK NY 10005

CREDITOR ID: 410403-15
ZAMIAS, GEORGE D
300 MARKET STREET
JOHNSTOWN PA 15901

CREDITOR ID: 410403-15
ZAMIAS, GEORGE D
C/O THORP REED & ARMSTRONG, LLP
ATTN PAULA A SCHMECK, ESQ
301 GRANT STREET, ONE OXFORD CENTRE
PITTSBURGH PA 15219

**Total:   296**

**EXHIBIT A**

**SERVICE LIST**
**[Duplicate Liability Claimants]**

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection
to (A) Duplicative Different Debtor Claims and
(B) Duplicative Liability Claims**

**[Exhibit B Claimants - Duplicative Liability]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
C/O ALLEN, MATKINS, LECK, ET AL
ATTN I M GOLD/N B WARANOFF
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO CA 94111-4105

CREDITOR ID: 410534-15
ALBION PACIFIC PROP RESOURCES, LLC
ATTN MARIA AHEDO
1438 GOWER STREET, BLDG 42, STE 401
BOX 11
LOS ANGELES CA 90028

CREDITOR ID: 411177-15
ALLIED CAPITAL CORP CLASSES ABC
ACGS 2004, LLC
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410780-15
ALLIED CAPITAL CORP, SVCER
ACGS 2004 LLC SECURED NOTES
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY ESQS
TWO HOPKINS PLAZA, SUITE 1800
BALTIMORE MD 21201

CREDITOR ID: 410699-15
CAFFERY CENTER, LLC
C/O PLATZER SWERGOLD KARLIN ET AL
ATTN SHERRI D LYDELL, ESQ
1065 AVE OF THE AMERICAS, 18TH FL
NEW YORK NY 10018

CREDITOR ID: 452414-15
CAPMARK SERVICES, INC, AGENT
SWISS RE ASSET MANAGEMENT
ATTN CHARLOTTE A KOLLIN
THREE RAVINIA DRIVE SUITE 200
ATLANTA GA 30346

CREDITOR ID: 1197-07
CIVIC CENTER STATION LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

CREDITOR ID: 410817-15
CRIIMI MAE SVCS LLP, SERIES 1998-D6
HOLDERS NOMURA ASSET SECURITIES
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 410811-15
CRIIMI MAE SVCS LP, SERIES 1997-C1
HOLDERS MERRILL LYNCH MORTGAGE
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: JAY R BENDER
1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O JP METZ CO, INC
ATTN DANIEL MELROD, GP
6931 ARLINGTON ROAD
SUITE 510
BETHESDA MD 20815

CREDITOR ID: 1395-07
GREENVILLE GROCERY LLC
C/O WOMBLE CARLYLE SANDRIDGE & RICE
ATTN JEFFREY L TARKENTON, ESQ
1401 EYE STREET NW, 7TH FL
WASHINGTON DC 20005

CREDITOR ID: 1442-07
HOMEWOOD ASSOCIATES INC
2595 ATLANTA HIGHWAY
ATHENS, GA 30606-1232

CREDITOR ID: 1442-07
HOMEWOOD ASSOCIATES INC
C/O MORGAN & MORGAN
ATTN LEE P MORGAN, ESQ
PO BOX 48359
ATHENS GA 30604

CREDITOR ID: 416285-15
HOMEWOOD ASSOCIATES, INC.
C/O WILES & WILES
ATTN JOHN J WILES, ESQ.
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA 30060-7946

CREDITOR ID: 403382-99
JULA TRUST, LLC
C/O PLATZER SWERGOLD KARLIN ET AL
ATTN T SADUTTO/S LYDELL, ESQS
1065 AVENUE OF THE AMERICAS, 18TH F
NEW YORK NY 10018

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
ATTN HERMAN KOOYMANS, CFO
3000 CORPORATE CENTER DR, SUITE 300
MORROW GA 30260

CREDITOR ID: 2371-07
LASSITER PROPERTIES INC
C/O CHAMBERLAIN, HRDLICKA, ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET NE, 9TH FL
ATLANTA GA 30303

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 417080-98
LIQUIDITY SOLUTIONS INC
DEFINED BENEFIT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA SUITE 312
HACKENSACK NJ 07601

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 416843-15
LPI MILLEDGEVILLE INC
C/O CHAMBERLAIN HRDLICKA ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET, NINTH FLOOR
ATLANTA GA 30303

CREDITOR ID: 492849-97
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN: JAMES R HUESING, GP
7452 JAGER COURT
CINCINNATI OH 45230

CREDITOR ID: 2396-07
MASON SHOPPING CENTER PARTNERSHIP
C/O TOWN CENTER COMPANY
ATTN PAUL E GRANICK, GP
7452 JAGER COURT
CINCINNATI, OH 45230

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 278523-24
MIDWEST CENTERS LTD
ATTN ALVIN LIPSON, MANAGING MEMBER
3307 CLIFTON AVENUE
CINCINNATI OH 45220

CREDITOR ID: 1602-07
MILFORD STATION, LTD
C/O PHILLIPS EDISON & CO, LTD
ATTN R MARK ADDY, MANAGING AGT
11690 GROOMS ROAD
CINCINNATI, OH 45242

SERVICE LIST

**Notice of Debtors' Twentieth Omnibus Objection
to (A) Duplicative Different Debtor Claims and
(B) Duplicative Liability Claims**

**[Exhibit B Claimants - Duplicative Liability]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1671-RJ<br>OLD 97, INC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 2515-07<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 |
| CREDITOR ID: 533712-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL FINANCIAL GROUP<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVENUE<br>DES MOINES IA 50392 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 533712-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS, LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 416931-15<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SEARROW REALTY<br>C/O BALCH & BINGHAM, LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201-0306 | CREDITOR ID: 452218-15<br>SBZ MORTGAGE ASSOCIATES, LLC<br>ATTN DAVID SAMBER<br>ONE HOLLOW  LANE, SUITE 304<br>LAKE SUCCESS NY 10042 |
| CREDITOR ID: 452218-15<br>SBZ MORTGAGE ASSOCIATES, LLC<br>C/O DUANE MORRIS, LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 408217-15<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | CREDITOR ID: 1885-RJ<br>SPRINGDALE STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 |
| CREDITOR ID: 1904-RJ<br>SULPHUR SPRINGS PARTNERS LLP<br>801 NE 167TH STREET, 2ND FL<br>NORTH  MIAMI  BEACH, FL 33162 | CREDITOR ID: 403490-15<br>SULPHUR SPRINGS PARTNERS, LLLP<br>C/O RICE PUGATCH ROBINSON ET AL<br>ATTN LISA M SCHILLER, ESQ<br>848 BRICKELL AVENUE, SUITE 1100<br>MIAMI FL 33131 | CREDITOR ID: 410917-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 410917-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 410916-15<br>SWISS RE ASSET MGMT (AMERICAS) INC<br>BY CAPMARK SERVICES, INC, AGENT<br>C/O GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER<br>THREE RAVINIA DRIVE, STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 410544-15<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203 | CREDITOR ID: 416279-15<br>THC LLC, ASSIGNEE FM DEVELOPMENTS<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ.<br>1901 SIXTH AVENUE N, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201 | CREDITOR ID: 1934-RJ<br>TIMBERLAKE STATION LLC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242 |
| CREDITOR ID: 416847-15<br>WELLS FARGO BANK NORTHWEST NA FKA<br>FIRST SECURITY BANK, NA<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BIRMINGHAM AL 35201 | CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 |
| CREDITOR ID: 405930-99<br>WTH, II, LLC<br>2405 WEST BROAD ST, STE 200<br>ATHENS GA 30606 | CREDITOR ID: 405930-99<br>WTH, II, LLC<br>C/O MORGAN & MORGAN<br>ATTN LEE P MORGAN, ESQ<br>PO BOX 48359<br>ATHENS GA 30604 | CREDITOR ID: 416284-15<br>WTH, II, LLC<br>C/O WILES & WILES<br>ATTN JOHN J WILES, ESQ.<br>800 KENNESAW AVENUE, SUITE 400<br>MARIETTA GA 30060-7946 |

**Total:   54**

**EXHIBIT B**

**NOTICE**
**[Duplicate Different Debtor Claimants]**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Debtors. [1] | ) | Jointly Administered |
|  | ) |  |

### NOTICE OF DEBTORS' TWENTIETH OMNIBUS OBJECTION TO
### (A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS

[Claimant's Name & Address]                                        [Counsel Address]

[Additional Notice Party Address]                               [Transferee Address]

| CLAIM(S) TO BE DISALLOWED | REMAINING CLAIM |
|---|---|
| **Duplicate Claim to be Disallowed:**<br>**Amount of Claim to be Disallowed:**<br>**Reason for Disallowance:** | **Remaining Claim No.:** |

1.     PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 5, 2006 their Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.     **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above, contingent upon the confirmation and effectiveness of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"), on the ground that the claim duplicates the liability of another claim that is listed as the REMAINING CLAIM above. The Plan provides for the substantive consolidation of the Debtors' estates, whereby all claims against each estate shall be deemed to be claims against the consolidated estates, any claim filed against one or more of the Debtors shall be deemed a single claim filed against the consolidated estates, duplicate claims filed against more than one Debtor shall be expunged and guarantees issued by one Debtor in favor of any other of the Debtors (other than guarantees existing under assumed executory contracts or unexpired leases) or other basis of co-Debtor liability shall be eliminated. The REMAINING CLAIM listed above is not affected by the Objection.**

In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or in any order entered pursuant to the Objection will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims, the Duplicate Liability Claims or the Remaining Claims.

3.     If you do NOT oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.      If you DO oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 28, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **October 5, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  The REMAINING CLAIM(S) listed above may also be subject to further objections.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.      **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 5, 2006

SKADDEN, ARPS, SLATE, MEAGHER                     SMITH HULSEY & BUSEY
& FLOM, LLP

By      */s/ D.J. Baker*                              By      */s/ James H. Post*
        D.J. Baker                                           Stephen D. Busey
        Sally McDonald Henry                                 James H. Post
        Rosalie Walker Gray                                  Cynthia C. Jackson
        Jane M. Leamy                                        Florida Bar Number 175460
Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                             Jacksonville, Florida  32202
(212) 735-3000                                       (904) 359-7700
(917) 777-2150 (facsimile)                           (904) 359-7708 (facsimile)

**EXHIBIT B**

**NOTICE**
**[Duplicate Liability Claimants]**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF DEBTORS' TWENTIETH OMNIBUS  OBJECTION TO
## (A) DUPLICATE DIFFERENT DEBTOR  CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS

[Claiman'ts Address]                                              [Counsel Address]

| CLAIM(S) TO BE DISALLOWED | REMAINING CLAIM |
|---|---|
| **Duplicate Claim to be Disallowed:** <br> **Amount of Claim to be Disallowed:** <br><br> **Reason for Disallowance:** | **Remaining Claim No.:** |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 5, 2006 their Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above, contingent upon the confirmation and effectiveness of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"), on the ground that the claim** <u>**duplicates**</u> **the liability of another claim that is listed as the REMAINING CLAIM above.  The Plan provides for the substantive consolidation of the Debtors' estates, whereby all claims against each estate shall be deemed to be claims against the consolidated estates, any claim filed against one or more of the Debtors shall be deemed a single claim filed against the consolidated estates, duplicate claims filed against more than one Debtor shall be expunged and guarantees issued by one Debtor in favor of any other of the Debtors (other than guarantees existing under assumed executory contracts or unexpired leases) or other basis of co-Debtor liability shall be eliminated.  The REMAINING CLAIM listed above is not affected by the Objection.**

In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or in any order entered pursuant to the Objection will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims, the Duplicate Liability Claims or the Remaining Claims.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.      If you do NOT oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 28, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed _only if_ the original response is _actually received_ on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **October 5, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  The REMAINING CLAIM(S) listed above may also be subject to further objections.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 5, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By      _/s/ D.J. Baker_____
        D.J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)

SMITH HULSEY & BUSEY

By      _/s/ James H. Post_____
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson
        Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' TWENTIETH OMNIBUS  OBJECTION TO**
**(A) DUPLICATE DIFFERENT DEBTOR  CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS**

Creditor ID: WDX-1442-2G
HOMEWOOD ASSOCIATES INC
2595 ATLANTA HIGHWAY
ATHENS, GA 30606-1232

Creditor ID: WDX-416285-2G
HOMEWOOD ASSOCIATES, INC.
C/O WILES & WILES
ATTN JOHN J WILES, ESQ.
800 KENNESAW AVENUE, SUITE 400
MARIETTA GA  30060-7946

Counsel to Creditor: WDX-1442-2G-07
C/O MORGAN & MORGAN
ATTN LEE P MORGAN, ESQ
PO BOX 48359
ATHENS GA  30604

| CLAIM(S) TO BE DISALLOWED | REMAINING CLAIM |
|---|---|
| **Duplicate Claim to be Disallowed:**  4531<br>**Amount of Claim to be Disallowed:**  $49,131.47 | **Remaining Claim No.:**  12294 |
| **Reason for Disallowance:**  DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. | |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 5, 2006 their Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above, contingent upon the confirmation and effectiveness of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"), on the ground that the claim** duplicates **the liability of another claim that is listed as the REMAINING CLAIM above.  The Plan provides for the substantive consolidation of the Debtors' estates, whereby all claims against each estate shall be deemed to be claims against the consolidated estates, any claim filed against one or more of the Debtors shall be deemed a single claim filed against the consolidated estates, duplicate claims filed against more than one Debtor shall be expunged and guarantees issued by one Debtor in favor of any other of the Debtors (other than guarantees existing under assumed executory contracts or unexpired leases) or other basis of co-Debtor liability shall be eliminated.  The REMAINING CLAIM listed above is not affected by the Objection.**

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or in any order entered pursuant to the Objection will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims, the Duplicate Liability Claims or the Remaining Claims.

3.       If you do NOT oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.       If you DO oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 28, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.       Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.       In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.       A hearing will be held on **October 5, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.       If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  The REMAINING CLAIM(S) listed above may also be subject to further objections.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.       The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.       **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 5, 2006

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM, LLP

By    /s/ D.J. Baker                                         By    /s/ James H. Post
        D.J. Baker                                                    Stephen D. Busey
        Sally McDonald Henry                                  James H. Post
        Rosalie Walker Gray                                    Cynthia C. Jackson
        Jane M. Leamy                                            Florida Bar Number 175460
Four Times Square                                          225 Water Street, Suite 1800
New York, New York 10036                              Jacksonville, Florida  32202
(212) 735-3000                                                (904) 359-7700
(917) 777-2150 (facsimile)                              (904) 359-7708 (facsimile)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' TWENTIETH OMNIBUS  OBJECTION TO**
**(A) DUPLICATE DIFFERENT DEBTOR  CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS**

Creditor ID: WDX-2371-2G
LASSITER PROPERTIES INC
ATTN HERMAN KOOYMANS, CFO
3000 CORPORATE CENTER DR, SUITE 300
MORROW GA 30260

Creditor ID: WDX-416843-2G
LPI MILLEDGEVILLE INC
C/O CHAMBERLAIN HRDLICKA ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET, NINTH FLOOR
ATLANTA GA  30303

Counsel to Creditor: WDX-2371-2G-07
C/O CHAMBERLAIN, HRDLICKA, ET AL
ATTN JAMES L PAUL, ESQ
191 PEACHTREE STREET NE, 9TH FL
ATLANTA GA  30303

| CLAIM(S) TO BE DISALLOWED | REMAINING CLAIM |
|---|---|
| **Duplicate Claim to be Disallowed:** 12328<br>**Amount of Claim to be Disallowed:** $2,746,594.08 | **Remaining Claim No.:** 12326 |
| **Reason for Disallowance:** DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN. | |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 5, 2006 their Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above, contingent upon the confirmation and effectiveness of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"), on the ground that the claim duplicates the liability of another claim that is listed as the REMAINING CLAIM above.  The Plan provides for the substantive consolidation of the Debtors' estates, whereby all claims against each estate shall be deemed to be claims against the consolidated estates, any claim filed against one or more of the Debtors shall be deemed a single claim filed against the consolidated estates, duplicate claims filed against more than one Debtor shall be expunged and guarantees issued by one Debtor in favor of any other of the Debtors (other than guarantees existing under assumed executory contracts or unexpired leases) or other basis of co-Debtor liability shall be eliminated.  The REMAINING CLAIM listed above is not affected by the Objection.**

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or in any order entered pursuant to the Objection will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims, the Duplicate Liability Claims or the Remaining Claims.

3.       If you do NOT oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.       If you DO oppose the disallowance of your claim(s) listed above, contingent upon the confirmation and effectiveness of the Plan, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 28, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.       Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.       In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.       A hearing will be held on **October 5, 2006** to consider the Objection.  The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.       If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  The REMAINING CLAIM(S) listed above may also be subject to further objections.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.       The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.       **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 5, 2006

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM, LLP

By     /s/ D.J. Baker                                        By     /s/ James H. Post
         D.J. Baker                                                        Stephen D. Busey
         Sally McDonald Henry                                          James H. Post
         Rosalie Walker Gray                                            Cynthia C. Jackson
         Jane M. Leamy                                                    Florida Bar Number 175460
Four Times Square                                                225 Water Street, Suite 1800
New York, New York 10036                                      Jacksonville, Florida  32202
(212) 735-3000                                                      (904) 359-7700
(917) 777-2150 (facsimile)                                        (904) 359-7708 (facsimile)