## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about September 5, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Twenty-First Omnibus Objection to Duplicate Different Debtor Claims**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: September 7, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Hearing
Debtors' Twent-First Omnibus Objection
to Duplicative Different Debtor Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                              **CASE:   05-03817-3F1**

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 452136-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY NY 11797

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 405952-98
ATRADIUS TRADE CREDIT INSURANCE INC
CLAIMS DEPARTMENT
ATTN DANA SANTILLI
5026 CAMPBELL BLVD STE A-D
BALTIMORE MD 21236

CREDITOR ID: 408429-15
BROWN BOTTLING GROUP, INC
C/O WATKINS, LUDLAM, ET AL
ATTN KRISTINA M JOHNSON, ESQ
633 NORTH STATES ST
PO BOX 427
JACKSON MS 39205-0427

CREDITOR ID: 408429-15
BROWN BOTTLING GROUP, INC
ATTN RAY WILKINS
591 HIGHLAND COLONY PKWY
RIDGELAND MS 39157

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 417419-98
CADLEROCK LLC
ATTN VIC BUENTE
100 NORTH CENTER STREET
NEWTON FALLS OH 44444

CREDITOR ID: 423154-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 423158-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

CREDITOR ID: 405971-98
CAVENDISH FARMS INC
ATTN DAVID BATES
100 MIDLAND DRIVE
DIEPPE NB E1A6X4
CANADA

CREDITOR ID: 417061-98
COHANZICK CREDIT OP MASTER FUND LTD
ATTN DAVID SHERMAN
427 BEDFORD RD SUITE 260
PLEASANTVILLE NY 10570

CREDITOR ID: 408340-15
CONAGRA FOODS, INC
C/O MCGRATH, NORTH, MULLIN & KRATZ, PC
ATTN: ROBERT J BOTHE
FIRST NATIONAL TOWER, STE 3700
1601 DODGE ST
OMAHA NE 68102

CREDITOR ID: 408340-15
CONAGRA FOODS, INC
ATTN ROBERT C ELLIS, CREDIT MGR
1 CONAGRA DRIVE
MAIL STOP 1-220
OMAHA NE 68102-5094

CREDITOR ID: 416956-98
CONTRARIAN FUNDS, LLC
ATTN MICHAEL J RESTIFO, CFO/MEMBER
411 WEST PUTNAM AVE S-225
GREENWICH CT 06830

CREDITOR ID: 411244-98
CREDIT SUISSE
ESBIN & ALTER LLP
LESLEY HYNES
497 SOUTH MAIN ST
NEW CITY NY 10956

CREDITOR ID: 411244-98
CREDIT SUISSE
ATTN WENDY BEER
11 MADISON AVE 5TH FLR
NEW YORK NY 10010

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN ANDREW WHATNALL
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 407562-15
DEL MONTE CORPORATION DBA
DEL MONTE FOODS
ATTN PATRICK E MURTHA, DIR
1075 PROGRESS STREET
PITTSBURGH PA 15212-5922

CREDITOR ID: 423075-98
DELLACAMERA CAPITAL MANAGEMENT LLC
ATTN JEFFREY KAPLAN
237 PARK AVENUE SUITE 800
NEW YORK NY 10017

CREDITOR ID: 452126-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET, PO BOX HM 528
HAMILTON  HM 12
BERMUDA

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN JEFFREY KAPLAN, 237 PARK AVE SUITE 900
NEW YORK NY 10017

CREDITOR ID: 279223-35
DIAL CORPORATION
ATTN: N JANASIAK, R TERREL
15501 N DIAL BLVD
SCOTTSDALE AZ 85260-1619

CREDITOR ID: 279223-35
DIAL CORPORATION
C/O SNELL & WILMER, LLP
ATTN PETER J RATHWELL, ESQ
400 EAST VAN BUREN ST
PHOENIX AZ 85004-2202

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 279225-35
DOMINO FOODS, INC
ATTN JOHN KEARNEY
1100 KEY HIGHWAY EAST
BALTIMORE MD 21230-5180

CREDITOR ID: 279225-35
DOMINO FOODS, INC
C/O BLANCO, TACKABERY, ET AL
ATTN GENE B TARR, ESQ
PO DRAWER 25008
WINSTON-SALEM NC 27114-5008

**Notice of Hearing**
**Debtors' Twent-First Omnibus Objection**
**to Duplicative Different Debtor Claims**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 269364-16
EDNA HILL MEEKER TRUST
FOR LIFETIME BENEFIT OF L H MEEKER
C/O RAY & WILSON
ATTN DONALD H RAY, ESQ
6115 CAMP BOWIE BLVD, SUITE 200
FORT WORTH, TX 76116-5500

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 416237-98
FIRST COMMERCIAL BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN: JAY R BENDER
1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE
BIRMINGHAM AL 35203-2104

CREDITOR ID: 400443-98
FIRST COMMERCIAL CREDIT CORP
ATTN JC BARONE
10 NEW KING STREET
WHITE PLAINS NY 10604

CREDITOR ID: 411103-15
FRITO-LAY, INC
C/O DLA PIPER RUDNICK ET AL
ATTN D M NEFF & B A AUDETTE, ESQS
203 N LASALLE STREET, SUITE 1900
CHICAGO IL 60601-1293

CREDITOR ID: 381890-30
GENERAL MILLS/LLOYD'S BARBECUE CO
ATTN MARK PENDER, CR MGR
ONE GENERAL MILLS BLVD
MINNEAPOLIS MN 55426

CREDITOR ID: 417048-97
GMAC COMMERCIAL MORTGAGE CORP
ATTN SUSAN C TARNOWER ESQ
THREE RAVINA DRIVE STE 200
ATLANTA GA 30346

CREDITOR ID: 399349-98
HAIN CAPITAL INVESTORS LLC
ATTN GANNA LIBERCHUK
201 ROUTE 17 STE 300
RUTHERFORD NJ 07070

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 381891-30
HJ HEINZ COMPANY, LP DBA HEINZ NA
HEINZ FROZEN FOODS, & HEINZ USA
ATTN KIMBERLY GNESDA, CRD ANALYST
HEINZ 57 CENTER
357 6TH AVENUE, 10TH FLOOR
PITTSBURGH PA 15222-2530

CREDITOR ID: 408177-98
HMAC 1999-PH1 WATAUGA CTR LTD PART
ATTN RUSSELL L REID JR
C/O HELLER EHRMAN LLP
7 TIMES SQUARE, TIMES SQUARE TOWER
NEW YORK NY 10036

CREDITOR ID: 382023-36
HP HOOD LLC
ATTN DAVID E HOWES, CR MGR
1250 EAST STREET SOUTH
SUFFIELD CT 06078-2498

CREDITOR ID: 452060-98
IB PROPERTY HOLDINGS LLC
ATTN JOHN A D'ERRICO VP
4425 PONCE DE LEON BLVD SUITE 500
CORAL GABLES FL 33146

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O DIANA PALECEK
100 NORTH GREENE STREET
GREENSBORO NC 27401

CREDITOR ID: 452110-98
JEFFERSON-PILOT INVESTMENTS INC
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: CHRISTINE L MYATT
PO BOX 3463
GREENSBORO NC 27402

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 534409-98
JPMORGAN CHASE BANK NA
ATTN NEELIMA VELUVOLU
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 399394-98
JPMORGAN CHASE BANK NA
ATTN ANDREW OPEL
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 279473-99
KELLOGG SALES CO,  DBA
KELLOGG'S SNACKS AKA KEEBLER CO
C/O WARNER STEVENS LLP
ATTN M WARNER/E CHOU, ESQS
301 COMMERCE ST, STE 1700
FORT WORTH TX 76102

CREDITOR ID: 410483-15
KELLOGG SALES COMPANY
C/O WARNER STEVENS, LLP
ATTN EMILY CHOU, ESQ
301 COMMERCE ST, STE 1700
FORT WORTH TX 76102

CREDITOR ID: 408431-15
KRAFT FOODS GLOBAL, INC
ATTN JOHN JASENSKY
THREE LAKES DRIVE
NORTHFIELD IL 60093

CREDITOR ID: 254115-12
KRAFT PIZZA COMPANY
ATTN JOHN JASENSKY, SR CR MGR
THREE LAKES DRIVE
NORTHFIELD IL 60093

CREDITOR ID: 279028-32
LAND O'LAKES, INC
ATTN ANDREA BENNETT, ESQ
PO BOX 64101
ST PAUL MN 55164-0101

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
REG HOLDERS OF ACGS 2004 LLC SN ABC
ATTN DEMETRIOS J MORAKIS VP
C/O CWCAPITAL ASSET MGMT LLC
701 13TH ST NW STE 1000
WASHINGTON DC 20005

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA  PA 19103-4196

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O STUTMAN THAMES & MARKEY PA
ATTN: RICHARD THAMES, ESQ.
50 N LAURA ST, STE 600
JACKSONVILLE FL 32202

SERVICE LIST
Notice of Hearing
Debtors' Twent-First Omnibus Objection
to Duplicative Different Debtor Claims

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O CW CAPITAL ASSET MANAGEMENT
ATTN MR DEMETRIOS MORAKIS
700 12TH STREET NW SUITE 700
WASHINGTON DC 20005

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 452051-98
LONGACRE MASTER FUND LTD
C/O US BANK NATIONAL ASSOCIATION
ATTN DAWNITA EHL
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FLR
SEATTLE WA 98101

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN P SIVIN, 10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 411411-98
MADISON INVESTMENT TRUST
ATTN SALLY MEYER
6310 LAMAR AVE STE 120
OVERLAND PARK KS 11705-1101

CREDITOR ID: 405907-98
MADISON INVESTMENT TRUST - SERIES 4
ATTN SALLY MEYER
6310 LAMAR AVE SUITE 120
OVERLAND PARK KS 66202

CREDITOR ID: 399728-98
MADISON NICHE OPPORTUNITIES LLC
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 411431-98
MERRILL LYNCH PIERCE FENNER & SMITH
ATT NICK GRIFFITHS/GABRIEL CALVETTI
4 WORLD FINANCIAL CENTER
250 VESSEY ST 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 452150-98
MSCI 1999-RM1 DALTON PLACE LP
NELSON MULLINS RILEY & SCARBOROUGH
JOSHUA M KATZ
FIRST UNION PLAZA
999 PEACHTREE ST NE SUITE 1400
ATLANTA GA 30309

CREDITOR ID: 452150-98
MSCI 1999-RM1 DALTON PLACE LP
A GEORGIA LIMITED PARTNERSHIP
C/O LNR PARTNERS INC
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 397680-99
MURRAY BISCUIT COMPANY LLC AKA
PRESIDENT'S BAKING
C/O WARNER STEVENES LLP
ATTN M WARNER/E CHOU, ESQS
301 COMMERCE STREET, STE 1700
FORT WORTH TX 76102

CREDITOR ID: 417079-98
NATIONWIDE LIFE INS CO OF AMERICA
ATTN RANDALL W MAY ESQ
ONE NATIONWIDE PLAZA 01-34-06
COLUMBUS OH 43215-2220

CREDITOR ID: 408428-15
NESTLE PREPARED FOODS CO
HAND HELD FOODS GROUP
C/O NESTLE USA
ATTN NANCY REYNOSO
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 408427-15
NESTLE PURINA PETCARE COMPANY
C/O NESTLE USA
ATTN NANCY REYNOSO
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 279251-35
NESTLE USA
ATTN NANCY REYNOSO
800 NORTH BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 534410-98
ORIX CAPITAL MARKETS LLC
ATTN CHUCK CROUCH
1717 MAIN STREET SUITE 800
DALLAS TX 75201

CREDITOR ID: 410493-15
PEPSI BOTTLING GROUP
ATTN MIKE BEVILACQUA
1100 REYNOLDS BLVD
WINSTON-SALEM NC 27102

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O DUANE MORRIS LLP
ATTN MARGERY N REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103 4196

CREDITOR ID: 492841-98
PRINCIPAL LIFE INSURANCE COMPANY
C/O PRINCIPAL REAL ESTATE INVESTORS
ATTN DARIN BENNIGSDORF
801 GRAND AVE
DES MOINES IA 50392-1450

CREDITOR ID: 269335-16
PRO-ACTIVE JANITORIAL SERVICES, INC
C/O GOLDSTEIN & GREENBERG, PA
ATTN LARRY D GOLDSTEIN, ESQ
7601 38TH AVENUE NORTH
ST PETERSBURG, FL 33710

CREDITOR ID: 417072-98
PROTECTIVE LIFE INSURANCE COMPANY
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL
PO BOX 52687
JACKSONVILLE FL 32201-2687

SERVICE LIST
**Notice of Hearing**
Debtors' Twent-First Omnibus Objection
to Duplicative Different Debtor Claims

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

CREDITOR ID: 411105-15
QUAKER SALES & DISTRIBUTION, INC
C/O DLA PIPER RUDNICK ET AL
ATTN B M NEFF/B A AUDETTE, ESQS
203 N LASALLE STREET, SUITE 1900
CHICAGO IL 60601-1293

CREDITOR ID: 417075-98
QVT FUND LP
C/O QVT FINANCIAL LP
ATTN N BRUMM/F NEJAD/U MITTAL
527 MADISON AVE 8TH FLR
NEW YORK NY 10022

CREDITOR ID: 417075-98
QVT FUND LP
STROOCK STROOCK & LAVAN LLP
NINA E ABRAHAM LIEBERMAN ESQ
180 MAIDEN LANE
NEW YORK NY 10038-4982

CREDITOR ID: 417047-98
REASSURE AMERICA LIFE ASSURANCE CO
C/O CAPMARK SERVICES INC
ATTN CHARLOTTE KOLLIN
THREE RAVINA DR STE 200
ATLANTA GA 30346

CREDITOR ID: 279268-35
RECKITT BENCKISER, INC
ATTN HEIDI BESOLD, REG CR MGR
399 INTERPACE PARKWAY
PO BOX 225
PARSIPPANY NJ 07054-0225

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 410495-99
RONALD A KATZ TECH LICENSING, LP
C/O ERVIN, COHEN & JESSUP, LLP
ATTN: MICHAEL S KOGAN, ESQ
9401 WILSHIRE BLVD, NINTH FLOOR
BEVERLY HILLS CA 90212-2974

CREDITOR ID: 279278-35
SARA LEE BAKERY GROUP
ATTN JERRI SPONIK
111 CORPORATE OFFICE DR, SUITE 200
EARTH CITY, MO 63045

CREDITOR ID: 279278-35
SARA LEE BAKERY GROUP
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 279279-35
SARA LEE CORPORATION
ATTN CURTIS MARSHALL, CR DIR
10151 CARVER ROAD
CINCINNATI OH 45242

CREDITOR ID: 452058-98
SASCO 1996-CFL DOUGLAS CENTER LP
C/O LNR PARTNERS, INC
ATTN ARNE SHULKIN
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

CREDITOR ID: 452052-98
SAWICKI REALTY CO
ATTN HENRY J SAWICKI III PRESIDENT
118 W WAYNE ST
MAUMEE OH 43537

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
C/O SEWARD & KISSEL LLP
ATTN RENEE EUBANKS ESQ
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

CREDITOR ID: 417106-98
SMITHTOWN BAY LLC
ATTN BRIAN NAAS
601 CARLSON PARKWAY SUITE 200
MINNETONKA MN 55305

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O MSD CAPITAL LP
ATTN MARC R LISKER ESQ
645 FIFTH AVE 21ST FLR
NEW YORK NY 10022-5910

CREDITOR ID: 417095-98
SOF INVESTMENTS LP
C/O VINSON & ELKINS LLP
ATTN STEVEN M ABRAMOWITZ, ESQ
666 5TH AVE, 26TH FLOOR
NEW YORK NY 10103-0040

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
C/O TRAUB BONACQUIST & FOX LLP
ATTN: MAURA I RUSSELL, ESQ &
ANTHONY B STUMBO, ESQ
655 THIRD AVE, 21ST FL
NEW YORK NY 10017

CREDITOR ID: 269375-16
SPEARS, WILL H SR
C/O JEFFREY T GREENBERG, PC
ATTN JEFFREY T GREENBERG, ESQ
421 FRENCHMEN STREET, SUITE 200
NEW ORLEANS, LA 70116

CREDITOR ID: 417093-98
THE PAUL REVERE LIFE INSURANCE CO
C/O UNUMPROVIDENT
ATTN SHELLEY STUART CARVEL
2211 CONGREE ST C244
PORTLAND ME 04122

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 377597-44
UNILEVER HOME & PERSONAL CARE
1 JOHN STREET
CLINTON, CT 06413

CREDITOR ID: 410973-15
UNILEVER HOME & PERSONAL CARE
ATTN KRISTIN HOLLAND
75 MERRITT BLVD
TRUMBULL CT 06611

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035
RUSSIA

CREDITOR ID: 407765-15
WM WRIGLEY JR CO
ATTN BRIAN BAYSTON, FIN RISK ANAL
410 N MICHIGAN AVENUE
CHICAGO IL 60611

CREDITOR ID: 264996-12
WM WRIGLEY JR CO
PO BOX 905020
CHARLOTTE, NC 28290-5020

**Total:    108**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **October 5, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-First Omnibus Objection to Duplicate Different Debtor Claims.

Only objections filed with the Court so as to be received by **September 28, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate

for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court

authorizing the use of a computer.  Please take notice that as an additional security measure a

photo ID is required for entry into the Courthouse.

Dated: September 5, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By ___*s/ D. J. Baker*___ | By ___*s/ James H. Post*___ |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson, |
| Jane M. Leamy | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

2

Hearing Date:    **October 5, 2006 at 1:00 p.m.**
Obj. Deadline:   **September 28, 2006 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION
### TO DUPLICATE DIFFERENT DEBTOR CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibit A (the "Duplicate Different Debtor Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing the Duplicate Different Debtor Claims, contingent upon the confirmation and effectiveness of the Debtors' joint plan of reorganization.[2] In support of this Objection, the Debtors respectfully represent as follows:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

**BACKGROUND**

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are section 502 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,400 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

**RELIEF REQUESTED**

9.    By this Objection, the Debtors object to the Duplicate Different Debtor Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing the

Duplicate Different Debtor Claims, contingent upon the confirmation and effectiveness of the Plan.

10.    In the event, however, that the Plan is not confirmed or does not become effective, nothing in this Objection or in any order entered pursuant to this Objection, including the identification of particular claims as Duplicate Different Debtor Claims or as Remaining Claims, will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims or the Remaining Claims.

## BASIS FOR RELIEF

11.    As a result of their review of the Proofs of Claim, the Debtors have identified 212 Duplicate Different Debtor Claims that appear to be duplicative of other claims filed against the Debtors.  A list of the Duplicate Different Debtor Claims is attached as Exhibit A.  Adjacent to the identified Duplicate Different Debtor Claim on Exhibit A, the Debtors have identified the related claim that will remain if the Court grants this Objection (the "Remaining Claim").[3]

12.    The creditors whose claims are listed on Exhibit A have filed two or more claims, each against a different Debtor, asserting the same liability.  The Debtors have reviewed each of the Duplicate Different Debtor Claims and have determined that these claims are, in effect, multiple claims against the estates for the same liability.

13.    The Debtors' Plan provides for the substantive consolidation of the Debtors' estates, whereby all claims against each estate shall be deemed to be claims against the

---

[3]      The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

consolidated estates, any claim filed against one or more of the Debtors shall be deemed a single

claim filed against the consolidated estates, duplicate claims filed against more than one Debtor

shall be expunged and guarantees issued by one Debtor in favor of any other of the Debtors or

other basis of co-Debtor liability shall be eliminated. Provided that the Plan is confirmed and

becomes effective, and the estates are substantively consolidated as set forth in the Plan, the

Debtors seek to disallow the Duplicate Different Debtor Claims in their entirety, leaving only

one surviving claim against the Debtors identified under the heading "Remaining Claim No."

The claims identified on Exhibit A as Remaining Claims shall survive subject to the Debtors'

further objections on any other grounds and the later allowance or disallowance of such

Remaining Claims by the Court.

      14.   Accordingly, the Debtors (a) object to the Duplicate Different Debtor

Claims listed on Exhibit A as duplicating the liability of the claims listed in the remaining claim

column and (b) seek entry of the Proposed Order disallowing the Duplicate Different Debtor

Claims. Claimants may elect, by not timely responding to this Objection, to permit their

Duplicate Different Debtor Claims listed on Exhibit A to be disallowed contingent upon the

confirmation and effectiveness of the Plan. In the absence of a Response (as defined in

paragraph 18 below), the Debtors will present to the Court the Proposed Order disallowing the

Duplicate Different Debtor Claims, contingent upon the confirmation and effectiveness of the

Plan.

## SEPARATE CONTESTED MATTERS

      15.   Each of the Duplicate Different Debtor Claims and the Debtors' objections

asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

The Debtors request that any order entered by the Court with respect to an objection asserted in

this Objection shall be deemed a separate order with respect to each Duplicate Different Debtor Claim.

## RESERVATION OF RIGHTS

16.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Duplicate Different Debtor Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, if the Plan is not confirmed or does not become effective, the Duplicate Different Debtor Claims or the Remaining Claims may be subject to objection on the ground that they were filed against the incorrect Debtor.  Therefore, subject to the final resolution of substantive consolidation issues, pursuant to the Plan, the Debtors reserve the right to seek to modify the Debtor against which each of the Duplicate Different Debtor Claims or the Remaining Claims has been filed to reflect that each Claim is filed against the Debtor believed to be liable for the amounts asserted in the Claims.

17.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

18.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **September 28, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline"). In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

19.    If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **October 5, 2006, at 1:00**

**p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.

Only those Responses made in writing and timely filed and received will be considered by the

Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with

respect to a specific objection and any Response to such objection.

20.    If a claimant whose claim is subject to the Objection, and who is served

with the Objection, fails to file and serve a timely Response in compliance with the foregoing

procedures, the Debtors will present to the Court an appropriate order disallowing the claim,

contingent upon the confirmation and effectiveness of the Plan, without further notice to the

claimant.

**NOTICE**

21.    Copies of this Objection will be served upon the claimants listed on

Exhibit A, the United States Trustee, counsel for the Debtors' postpetition secured lender,

7

counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit B disallowing the Duplicate Different Debtor Claims, contingent upon the confirmation and effectiveness of the Plan and (iii) grant such other and further relief as is just and proper.

Dated: September 5, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*___
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*___
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Twenty-First Omnibus Objection to Duplicate Different Debtor Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

9

**EXHIBIT A**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408429**<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 | 8085 | 8076 | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KRISTINA M JOHNSON, ESQ | | | | |
| **Creditor Id: 408429**<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 | 8085 | 8081 | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KRISTINA M JOHNSON, ESQ | | | | |
| **Creditor Id: 408429**<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 | 8085 | 8082 | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KRISTINA M JOHNSON, ESQ | | | | |
| **Creditor Id: 408429**<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 | 8085 | 8083 | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KRISTINA M JOHNSON, ESQ | | | | |
| **Creditor Id: 408429**<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 | 8085 | 8084 | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KRISTINA M JOHNSON, ESQ | | | | |
| **Creditor Id: 408429**<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 | 8085 | 8086 | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KRISTINA M JOHNSON, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  408429**<br>BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157 | 8085 | 8087 | $407,980.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN KRISTINA M JOHNSON, ESQ | | | | |
| **Creditor Id:  408340**<br>CONAGRA FOODS, INC<br>ATTN ROBERT C ELLIS, CREDIT MGR<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA  NE 68102-5094 | 7803 | 7800 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id:  408340**<br>CONAGRA FOODS, INC<br>ATTN ROBERT C ELLIS, CREDIT MGR<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA  NE 68102-5094 | 7803 | 7801 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id:  408340**<br>CONAGRA FOODS, INC<br>ATTN ROBERT C ELLIS, CREDIT MGR<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA  NE 68102-5094 | 7803 | 7802 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ROBERT J BOTHE | | | | |
| **Creditor Id:  408340**<br>CONAGRA FOODS, INC<br>ATTN ROBERT C ELLIS, CREDIT MGR<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA  NE 68102-5094 | 7803 | 7804 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ROBERT J BOTHE | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408340**<br>CONAGRA FOODS, INC<br>ATTN ROBERT C ELLIS, CREDIT MGR<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA NE 68102-5094<br><br>Counsel: ATTN: ROBERT J BOTHE | 7803 | 7805 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408340**<br>CONAGRA FOODS, INC<br>ATTN ROBERT C ELLIS, CREDIT MGR<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA NE 68102-5094<br><br>Counsel: ATTN: ROBERT J BOTHE | 7803 | 7806 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408340**<br>CONAGRA FOODS, INC<br>ATTN ROBERT C ELLIS, CREDIT MGR<br>1 CONAGRA DRIVE<br>MAIL STOP 1-220<br>OMAHA NE 68102-5094<br><br>Counsel: ATTN: ROBERT J BOTHE | 7803 | 7807 | $5,286,552.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 4251 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 4252 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 4253 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 4254 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 4255 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 4257 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 4258 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 6434 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 407562**<br>DEL MONTE CORPORATION DBA<br>DEL MONTE FOODS<br>ATTN PATRICK E MURTHA, DIR<br>1075 PROGRESS STREET<br>PITTSBURGH PA 15212-5922 | 4256 | 6435 | $616,168.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | 9618 | 9615 | $147,530.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | 9618 | 9616 | $147,530.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | 9618 | 9617 | $147,530.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | 9618 | 9619 | $147,530.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | 9623 | 9620 | $331,398.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | 9623 | 9621 | $331,398.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | 9623 | 9622 | $331,398.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279223**<br>DIAL CORPORATION<br>ATTN: N JANASIAK, R TERREL<br>15501 N DIAL BLVD<br>SCOTTSDALE AZ 85260-1619 | 9623 | 9624 | $331,398.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN PETER J RATHWELL, ESQ | | | | |
| **Creditor Id: 279225**<br>DOMINO FOODS, INC<br>ATTN JOHN KEARNEY<br>1100 KEY HIGHWAY EAST<br>BALTIMORE MD 21230-5180 | 12781 | 12782 | $47,172.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GENE B TARR, ESQ | | | | |
| **Creditor Id: 269364**<br>EDNA HILL MEEKER TRUST<br>FOR LIFETIME BENEFIT OF L H MEEKER<br>C/O RAY & WILSON<br>ATTN DONALD H RAY, ESQ<br>6115 CAMP BOWIE BLVD, SUITE 200<br>FORT WORTH, TX 76116-5500 | 6763 | 6762 | $1,587,424.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047 | 11043 | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047 | 11044 | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047 | 11045 | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047 | 11046 | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047 | 11048 | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047 | 11049 | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047 | 11050 | $7,654,394.86 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769 | 6764 | $5,070,761.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769 | 6765 | $5,070,761.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769 | 6766 | $5,070,761.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769 | 6767 | $5,070,761.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769 | 6768 | $5,070,761.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769 | 6770 | $5,070,761.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381890**<br>GENERAL MILLS/LLOYD'S BARBECUE CO<br>ATTN MARK PENDER, CR MGR<br>ONE GENERAL MILLS BLVD<br>MINNEAPOLIS  MN  55426 | 6769 | 6771 | $5,070,761.83 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH PA 15222-2530 | 6738 | 6733 | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH PA 15222-2530 | 6738 | 6734 | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH PA 15222-2530 | 6738 | 6735 | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH PA 15222-2530<br>Transferee: MADISON INVESTMENT TRUST - SERIES 4 | 6738 | 6736 | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH PA 15222-2530 | 6738 | 6737 | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 381891**<br>HJ HEINZ COMPANY, LP DBA HEINZ NA<br>HEINZ FROZEN FOODS, & HEINZ USA<br>ATTN KIMBERLY GNESDA, CRD ANALYST<br>HEINZ 57 CENTER<br>357 6TH AVENUE, 10TH FLOOR<br>PITTSBURGH PA 15222-2530 | 6738 | 6739 | $1,603,959.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382023**<br>HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD CT 06078-2498 | 7440 | 7441 | $1,127,851.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8955 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8956 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8957 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8958 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8959 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8960 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8961 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8962 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8963 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8964 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8965 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8966 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8967 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:   279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8968 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:   279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8969 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:   279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8970 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:   279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8971 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:   279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972 | 8973 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8974 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8975 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8976 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8977 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 8972 | 8978 | $2,883,457.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9027 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9028 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9029 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9030 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9031 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9032 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9033 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9034 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9035 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9036 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9037 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9038 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048 | 9039 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048 | 9040 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048 | 9041 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048 | 9042 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048 | 9043 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 9048 | 9044 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9045 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9046 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9047 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9049 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410483**<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048 | 9050 | $1,544,160.59 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408431**<br>KRAFT FOODS GLOBAL, INC<br>ATTN JOHN JASENSKY<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8051 | 8049 | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

Counsel: ATTN: JANICE L DUBAN, ESQ

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  408431**<br>KRAFT FOODS GLOBAL, INC<br>ATTN JOHN JASENSKY<br>THREE LAKES DRIVE<br>NORTHFIELD  IL  60093 | 8051 | 8050 | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:  408431**<br>KRAFT FOODS GLOBAL, INC<br>ATTN JOHN JASENSKY<br>THREE LAKES DRIVE<br>NORTHFIELD  IL  60093 | 8051 | 8052 | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:  408431**<br>KRAFT FOODS GLOBAL, INC<br>ATTN JOHN JASENSKY<br>THREE LAKES DRIVE<br>NORTHFIELD  IL  60093 | 8051 | 8053 | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:  408431**<br>KRAFT FOODS GLOBAL, INC<br>ATTN JOHN JASENSKY<br>THREE LAKES DRIVE<br>NORTHFIELD  IL  60093 | 8051 | 8054 | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:  408431**<br>KRAFT FOODS GLOBAL, INC<br>ATTN JOHN JASENSKY<br>THREE LAKES DRIVE<br>NORTHFIELD  IL  60093 | 8051 | 8055 | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:  408431**<br>KRAFT FOODS GLOBAL, INC<br>ATTN JOHN JASENSKY<br>THREE LAKES DRIVE<br>NORTHFIELD  IL  60093 | 8051 | 8056 | $15,484,236.09 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 254115 | 8041 | 8042 | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KRAFT PIZZA COMPANY | | | | |
| ATTN JOHN JASENSKY, SR CR MGR | | | | |
| THREE LAKES DRIVE | | | | |
| NORTHFIELD IL 60093 | | | | |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 254115 | 8041 | 8043 | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KRAFT PIZZA COMPANY | | | | |
| ATTN JOHN JASENSKY, SR CR MGR | | | | |
| THREE LAKES DRIVE | | | | |
| NORTHFIELD IL 60093 | | | | |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 254115 | 8041 | 8044 | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KRAFT PIZZA COMPANY | | | | |
| ATTN JOHN JASENSKY, SR CR MGR | | | | |
| THREE LAKES DRIVE | | | | |
| NORTHFIELD IL 60093 | | | | |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 254115 | 8041 | 8045 | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KRAFT PIZZA COMPANY | | | | |
| ATTN JOHN JASENSKY, SR CR MGR | | | | |
| THREE LAKES DRIVE | | | | |
| NORTHFIELD IL 60093 | | | | |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 254115 | 8041 | 8046 | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KRAFT PIZZA COMPANY | | | | |
| ATTN JOHN JASENSKY, SR CR MGR | | | | |
| THREE LAKES DRIVE | | | | |
| NORTHFIELD IL 60093 | | | | |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 254115 | 8041 | 8047 | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| KRAFT PIZZA COMPANY | | | | |
| ATTN JOHN JASENSKY, SR CR MGR | | | | |
| THREE LAKES DRIVE | | | | |
| NORTHFIELD IL 60093 | | | | |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  254115**<br>KRAFT PIZZA COMPANY<br>ATTN JOHN JASENSKY, SR CR MGR<br>THREE LAKES DRIVE<br>NORTHFIELD IL 60093 | 8041 | 8048 | $1,543,573.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:  279028**<br>LAND OLAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL  MN  55164-0101 | 9792 | 9788 | $588,245.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279028**<br>LAND OLAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL  MN  55164-0101 | 9792 | 9789 | $588,245.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279028**<br>LAND OLAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL  MN  55164-0101 | 9792 | 9791 | $588,245.19 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH  TX  76102 | 8993 | 8979 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH  TX  76102 | 8993 | 8980 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A – DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENTS BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8981 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENTS BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8982 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENTS BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8983 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENTS BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8984 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENTS BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8985 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8986 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8987 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8988 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8989 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8990 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH  TX  76102 | 8993 | 8991 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH  TX  76102 | 8993 | 8992 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH  TX  76102 | 8993 | 8994 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH  TX  76102 | 8993 | 8995 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH  TX  76102 | 8993 | 8996 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8997 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8998 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 8999 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 9000 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993 | 9001 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/IE CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH  TX  76102 | 8993 | 9002 | $365,139.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602 | 8077 | $260,253.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602 | 8078 | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602 | 8079 | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602 | 8080 | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602 | 9600 | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602 | 9601 | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602 | 9603 | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408428**<br>NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9602 | 9604 | $260,253.92 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9597 | 9593 | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET. AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9597 | 9594 | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9597 | 9595 | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9597 | 9596 | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9597 | 9598 | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE  CA  91203 | 9597 | 9599 | $1,762,831.01 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073 | 8068 | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A – DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073 | 8069 | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073 | 8070 | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073 | 8071 | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073 | 8072 | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073 | 8074 | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279251**<br>NESTLE USA<br>ATTN NANCY REYNOSO<br>800 NORTH BRAND BLVD<br>GLENDALE  CA  91203 | 8073 | 8075 | $3,197,006.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM  NC  27102 | 8865 | 8866 | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865 | 8867 | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865 | 9127 | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865 | 9128 | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865 | 9129 | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865 | 9130 | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410493**<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | 8865 | 9131 | $7,487,670.72 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  269335**<br>PRO-ACTIVE JANITORIAL SERVICES, INC<br>C/O GOLDSTEIN & GREENBERG, PA<br>ATTN LARRY D GOLDSTEIN, ESQ<br>7601 38TH AVENUE NORTH<br>ST PETERSBURG, FL 33710 | 8230 | 8231 | $231,852.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  411105**<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO  IL  60601-1293 | 11056 | 11051 | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  411105**<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO  IL  60601-1293 | 11056 | 11052 | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  411105**<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO  IL  60601-1293 | 11056 | 11053 | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  411105**<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO  IL  60601-1293 | 11056 | 11054 | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  411105**<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO  IL  60601-1293 | 11056 | 11055 | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  411105**<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO  IL  60601-1293 | 11056 | 11057 | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  411105**<br>QUAKER SALES & DISTRIBUTION. INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO  IL  60601-1293 | 11056 | 11058 | $4,432,544.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY  NJ  07054-0225 | 8377 | 7086 | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY  NJ  07054-0225 | 8377 | 8373 | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY  NJ  07054-0225 | 8377 | 8374 | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY  NJ  07054-0225 | 8377 | 8375 | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY  NJ  07054-0225 | 8377 | 8376 | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY  NJ  07054-0225 | 8377 | 8378 | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279268**<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY  NJ  07054-0225 | 8377 | 8379 | $987,528.16 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS  CA  90212-2974 | 8747 | 8746 | $1,469,394.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS  CA  90212-2974 | 8747 | 8748 | $1,469,394.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS  CA  90212-2974 | 8747 | 8749 | $1,469,394.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 | 8747 | 8750 | $1,469,394.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 | 8747 | 8751 | $1,469,394.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410495**<br>RONALD A KATZ TECH LICENSING, LP<br>C/O ERVIN, COHEN & JESSUP, LLP<br>ATTN: MICHAEL S KOGAN, ESQ<br>9401 WILSHIRE BLVD, NINTH FLOOR<br>BEVERLY HILLS CA 90212-2974 | 8747 | 8752 | $1,469,394.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748 | 9744 | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748 | 9745 | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045<br><br>Counsel: ATTN: JANICE L DUBAN, ESQ | 9748 | 9746 | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045 | 9748 | 9747 | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id: 279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045 | 9748 | 9749 | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id: 279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045 | 9748 | 9750 | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id: 279278**<br>SARA LEE BAKERY GROUP<br>ATTN JERRI SPONIK<br>111 CORPORATE OFFICE DR, SUITE 200<br>EARTH CITY, MO 63045 | 9748 | 9751 | $435,700.67 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | 9757 | 9752 | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id: 279279**<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | 9757 | 9753 | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279279<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | 9757 | 9754 | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 279279<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | 9757 | 9755 | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 279279<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | 9757 | 9756 | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 279279<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | 9757 | 9758 | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 279279<br>SARA LEE CORPORATION<br>ATTN CURTIS MARSHALL, CR DIR<br>10151 CARVER ROAD<br>CINCINNATI OH 45242 | 9757 | 9759 | $2,068,040.60 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: JANICE L DUBAN, ESQ | | | | |
| **Creditor Id:** 269375<br>SPEARS, WILL H SR<br>C/O JEFFREY T GREENBERG, PC<br>ATTN JEFFREY T GREENBERG, ESQ<br>421 FRENCHMEN STREET, SUITE 200<br>NEW ORLEANS, LA 70116 | 8793 | 8792 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-FIRST OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413<br><br>Transferee: DK ACQUISITION PARTNERS LP | 10347 | 10342 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413<br><br>Transferee: SMITHTOWN BAY LLC | 10347 | 10343 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413<br><br>Transferee: SMITHTOWN BAY LLC | 10347 | 10344 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413<br><br>Transferee: SMITHTOWN BAY LLC | 10347 | 10345 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413<br><br>Transferee: SMITHTOWN BAY LLC | 10347 | 10346 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413<br><br>Transferee: SMITHTOWN BAY LLC | 10347 | 10348 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413<br><br>Transferee: SMITHTOWN BAY LLC | 10347 | 10349 | $1,587,552.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-FIRST OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 264996<br>WM WRIGLEY JR CO<br>PO BOX 905020<br>CHARLOTTE, NC 28290-5020 | 9867 | 5432 | $149,735.99 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Total Claims to be Disallowed: | 212 | | | |
| Total Amount to be Disallowed: | $543,207,377.96 | Plus Unliquidated Amounts, If Any | | |

**EXHIBIT B**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. [1] | Jointly Administered |

### ORDER DISALLOWING DUPLICATE DIFFERENT
### DEBTOR CLAIMS, AS SET FORTH IN THE DEBTORS'
### TWENTY-FIRST OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on October 5, 2006,

upon the Twenty-First Omnibus Objection (the "Objection") of Winn-Dixie Stores,

Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to

the proofs of claim listed on Exhibit A (the "Duplicate Different Debtor Claims").[2]

Upon consideration, it is

ORDERED AND ADJUDGED:

1.       The Objection is sustained.

2.       The Duplicate Different Debtor Claims listed on Exhibit A are

disallowed in their entirety, contingent upon (i) the confirmation and effectiveness of

the Plan and (ii) substantive consolidation of the Debtors' estates as provided for in

the Plan.

---

[1]       In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]       All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.    In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or this Order, including the identification of particular claims as Duplicate Different Debtor Claims or as Remaining Claims, will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims or the Remaining Claims.

4.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

5.    Neither the Objection nor any disposition of the Duplicate Different Debtor Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

6.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Remaining Claims or the Duplicate Different Debtor Claims, including objections on the ground that a Duplicate Different Debtor Claim was filed against the incorrect Debtor or that the Debtor against which the Duplicate Different Debtor Claim was filed should be modified.

Dated this ____ day of October, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

467896-Wilmington Server 1A - MSW