**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

### STIPULATION TO FURTHER CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY FILED BY SHAUN KEVIN JOHNSON, MICHELLE SUE JOHNSON AND MICAH NICOLE JOHNSON

The Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson (collectively, the "Johnsons") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by the Johnsons (the "Motion") (Docket No. 3572) for final hearing on or after December 11, 2006, and (ii) the continuation of the automatic stay in effect pending the conclusion of such hearing and determination of the Johnsons'

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Motion for Relief from Stay. Nothing in this Stipulation shall bar the Johnsons from seeking a determination of the scope of, or relief from, the automatic stay as it may apply to any non-debtor party.

Dated: September 8, 2006

WILCOX LAW FIRM                          SMITH HULSEY & BUSEY

By   *s/ Robert D. Wilcox**                By   *s/ Leanne McKnight Prendergast*
        Robert D. Wilcox                          Leanne McKnight Prendergast

Florida Bar Number 755168                Florida Bar Number 059544
6817 Southpoint Parkway, Suite 1302      225 Water Street, Suite 1800
Jacksonville, FL 32216                   Jacksonville, Florida  32202
(904) 281-0700                           (904) 359-7700
(904) 513-9201 Fax                       (904) 359-7708 (facsimile)
rwilcox@wilcoxlawfirm.com                lprendergast@smithhulsey.com

        -and-                                    -and-

Charles R. Godwin, Esquire               SKADDEN, ARPS, SLATE, MEAGHER
Alabama Bar ID GOD004                    & FLOM LLP
10388 Highway 31                         D. J. Baker
Atmore, Alabama 36502                    Sally McDonald Henry
(251) 368-1417                           Rosalie Gray
                                         Four Times Square
Attorneys for Shaun Kevin Johnson,       New York, New York 10036
Michelle Sue Johnson and Micah Nicole    (212) 735-3000
Johnson                                  (212) 735-2000 (facsimile)
                                         rgray@skadden.com
* Counsel has authorized his electronic
signature.                               Attorneys for the Debtors

00527215