through its comprehensive planning process as provided in chapter 163, Florida Statutes, and rules and regulations enacted thereunder, and in furtherance of such limitation, the Board of County Commissioners of Palm Beach County shall review and approve each proposed distribution of water and provision of sewer allocation and disposal of water to the lands without the district boundaries for a determination of consistency with the county's comprehensive plan, or element or portion thereof, or any land development regulations or codes or amendments thereto, and any such proposed distribution, provision or disposal determined to be inconsistent with the plan, regulations, or codes, or amendments thereto by the board of county commissioners is prohibited; to construct and maintain a system of road and street lighting; to construct and maintain facilities for and take measures to control mosquitoes and other pests; to acquire, construct and maintain conservation areas and sanctuaries for the storage of water for water control and irrigation purposes and for preservation of wild life; to borrow money and issue negotiable or other bonds of said district as hereinafter provided; to borrow money, from time to time, and issue negotiable or other notes of said district therefor, bearing interest at not exceeding the maximum interest allowable by law six-percent-per-annum in anticipation of the collection of taxes, levies and assessments or revenues of said district, and to pledge or hypothecate such taxes, levies, assessments and revenues to secure such bonds, notes or obligations, and to sell, discount, negotiate and dispose of the same; and to exercise all other powers necessary, convenient or proper in connection with any of the powers or duties of said district stated in this act. The powers and duties of said district shall be exercised by and through the board of supervisors thereof, which board shall have the authority to employ engineers, attorneys, agents, employees and representatives as the board of supervisors may from time to time determine, and to fix their compensation and duties. All powers and authority of the district shall extend and apply to the district as a whole and to each unit of development as from time to time may be designated by the board of supervisors.

Section 2. This act shall take effect upon becoming a law.

Became a law without the Governor's approval.

Filed in Office Secretary of State July 11, 1987.

---

CHAPTER 87-441

Committee Substitute for Senate Bill No. 1298

An act relating to Pasco County; establishing a solid waste disposal and resource recovery system within the territorial boundaries of Pasco County; providing for the collection and disposal of all solid waste generated or brought within the area affected by this act; authorizing the county to finance, refinance, acquire, construct, and operate or provide for the construction and operation or enter into a franchise agreement for the financing, refinancing, acquisition, improvement, construction, operation, maintenance and/or ownership of solid waste disposal and resource recovery facilities; providing definitions; providing a declaration of state policy;

26

EXHIBIT A

CHAPTER 87-441            LAWS OF FLORIDA            CHAPTER 87-441

vesting exclusive powers in the county to control the collection, supply, and disposal of solid waste within the area affected by this act; providing for the sale of resources recovered and energy generated by the facilities; authorizing the use of right-of-way, easements, and other similar property rights of the state and its local agencies; providing an exemption from the provision of the Florida Antitrust Act of 1980; prescribing standards to which any solid waste disposal and resource recovery system covered by this act must conform; providing for an annual audit; providing that all prior inconsistent laws are superseded; providing for severability; prohibiting impairment of contractual obligations; providing an effective date.

Be It Enacted by the Legislature of the State of Florida:

Section 1. Short title.--This act shall be cited as "The Pasco County Solid Waste Disposal and Resource Recovery Act of 1987."

Section 2. Definitions.--Whenever used in this act, unless a different meaning clearly appears from the context:

(1) "Area affected by this act" means all unincorporated areas of Pasco County, Florida, and to the extent authorized by appropriate interlocal agreements, the incorporated areas of Pasco County, Florida.

(2) "Cost of system" means the cost of acquiring or constructing the components and facilities of a unified solid waste disposal and resource recovery system and shall include the cost of all labor and materials, the cost of all lands, property, rights, easements, and franchises acquired which are deemed necessary for such acquisition and construction, the cost of all machinery and equipment, any financing charges, any letter of credit or insurance premium, the funding of any reasonably required debt service, reserve, or renewal and replacement fund, any interest prior to and during construction and for a reasonable period after construction, any engineering and legal expenses, the cost of any plans, specifications, surveys, or estimates of construction costs and of revenues, any other expenses necessary or incident to determining the feasibility or practicability of such acquisition or construction, any administrative expenses, and such other expenses as may be necessary or incident to the financing herein authorized, to such acquisition or construction and initial operation, and to the placing of the system or any portion thereof in operation.

(3) "County" means Pasco County, Florida, the area and territorial limits of which are more particularly identified in subsection (1).

(4) "Governing body of the county" means the Board of County Commissioners of Pasco County, exercising county power pursuant to chapter 125, Florida Statutes.

(5) "Hazardous waste" means waste materials, or a combination of waste materials, which because of its quantity, concentration, or physical, chemical, or infectious characteristics may cause, or significantly contribute to, an increase in mortality or an increase in serious irreversible or incapacitating reversible illness or may pose a substantial present or potential hazard to human health or the

27

environment when improperly transported, disposed of, stored, treated, or otherwise managed. Hazardous waste shall include, but not be limited to, volatile, chemical, biological, explosive, flammable, radioactive, and toxic materials.

(6) "Person" means an individual, partnership, joint venture, private or public service company, agency, department, or entity of the United States government or of any state government, or any other agency, department or entity, public or private, however organized.

(7) "Resource recovery" means any process by which one or more of the various components in solid waste is separated or concentrated for reuse or resale including the conversion of solid waste into energy or a marketable fuel.

(8) "Solid waste" means garbage, refuse, and other discarded solid materials, including solid waste materials resulting from domestic, industrial, commercial, or agricultural operations, governmental operations, and from community activities, but does not include solids or dissolved materials in domestic sewage or other significant pollutants in water resources, such as silt, dissolved or suspended solids in industrial waste water effluent, dissolved materials in irrigation return flows, other common water pollutants or special wastes, or any by-products, the sale or reuse of which is intended by the person from whose process they resulted.

(9) "Solid waste disposal and resource recovery system" means any and all facilities used and useful in the collection, transportation, and disposal of solid waste, including, but not limited to, volume reduction plants, sanitary landfills, or other disposal means, and resource recovery facilities, including steam production and electrical generating facilities using solid waste as fuel. The term also includes transfer stations to the extent such facilities are provided or operated pursuant to carrying out the provisions of this act.

(10) "Special wastes" means any wastes that require extraordinary management. Special wastes shall include, but are not limited to, abandoned automobiles, inoperative and discarded refrigerators, ranges, washers, water heaters, and other similar domestic and commercial appliances, used tires, waste oil, sludges, dead animals, septic tank pumpings, and infectious and hazardous wastes.

(11) "Transfer station" means a facility where solid waste is placed before being transferred to a solid waste processing or disposal facility.

(12) "Volume reduction plant" means, but is not limited to, incinerators, pulverizers, compactors, shredding and bailing plants, composting plants, resource recovery plants, and other plants which accept and process solid waste for recycling or disposal.

Section 3. Declaration of state policy.--In order to enhance the beauty and quality of our environment, conserve and recycle our natural resources, prevent the spread of disease and the creation of nuisance, protect the public health, safety, and welfare, and provide a coordinated statewide resource recovery and management program, the Legislature finds that:

(1) Inefficient and improper methods of managing solid waste create hazards to public health, cause pollution of air and water

28

resources, constitute a waste of natural resources, have an adverse effect on land values, and create public nuisance.

(2) Problems of solid waste management have become a matter statewide in scope and necessitate state action to assist local governments in improving methods and processes to promote more efficient methods of solid waste collection and disposal.

(3) Continuing technological progress and improvements in methods of manufacture, packaging, and marketing of consumer products have resulted in an accelerated increase in the mass of material discarded by the purchasers of such products, thereby necessitating a statewide approach which will avoid varied and uncoordinated solutions by local governments around the state.

(4) The economic and population growth of this state and the improvements in the standard of living enjoyed by its population have required increased industrial production together with related commercial and agricultural operations to meet its needs, which have resulted in a rising tide of unwanted and discarded material.

(5) The failure or inability to recover economically material and energy resources from solid waste results in the unnecessary waste and depletion of our natural resources, and therefore maximum resource recovery from solid waste and maximum recycling and reuse of such resources are considered goals of the state.

(6) Two goals of the state's policy with respect to hazardous and nonhazardous material and waste are expressed in section 2(13)(b), the State Comprehensive Plan, chapter 85-57, Laws of Florida, and are hereby adopted herein by the following statements:

(a) By 1995, reduce the volume of nonhazardous solid waste disposed of in landfills to 55 percent of the 1985 volume.

(b) Encourage and expedite the development of environmentally safe hazardous waste treatment, storage, and disposal facilities.

(7) The powers and purposes enumerated in this act constitute proper powers and purposes of the county in fulfilling uniform state policy in providing for the benefit, health, and welfare of the inhabitants of the county and of the state in the safe, beneficial, economical, and lawful management and disposal of solid waste. It is hereby found and declared that the county will be performing essential and proper governmental functions and fulfilling uniform state policy in providing for the franchising to any person of, the financing, refinancing, acquisition, construction, improvement, operation, or maintenance of the solid waste disposal and resource recovery system within the area affected by this act, and in providing for the issuance and securing of indebtedness under this act and in the elimination of competition among solid waste disposal and resource recovery facilities within the area affected by this act. It is further found and declared that the financing, refinancing, acquisition, construction, improvement, operation, or maintenance of the solid waste disposal and resource recovery system within the area affected by this act and/or the franchising of any such function to any person are essential for the benefit, health, and welfare of the residents of the county and this state.

Section 4. Powers vested in the county.--

29

CHAPTER 87-441          LAWS OF FLORIDA          CHAPTER 87-441

(1) Any general law or special act to the contrary notwithstanding, the county shall have exclusive control over the collection and disposal of solid waste generated or brought within the area affected by this act. All persons within the area affected by this act are required by the terms of this act, upon notice of such requirement being published by the county, to deliver all solid waste which is collected or brought within the area affected by this act to the county's solid waste disposal and resource recovery system. No person except the county, its franchisee, licensee, or other designated person shall operate, maintain, manage, or engage in the collection and disposition of solid waste in any manner whatsoever within the area affected by this act, except by agreement with or by license or permit of the county. Nothing in this section shall limit the right of any person to use the county's solid waste disposal and resource recovery system after compliance with reasonable rules and regulations as set forth by the county, including the payment of established rates, fees, special assessments, and charges. The provisions of this section shall be self-executing without any further action on the part of the county except to provide notice as stated herein. However, nothing herein shall be construed to preclude or prohibit the county from adopting reasonable rules and regulations in regard to the manner and means of operating its solid waste and resource recovery system.

(2) The county shall have the additional power to impose, levy, collect or, to the extent not inconsistent with general law, to have collected in the same manner as ad valorem taxes, an annual disposal special assessment as a means of financing the original construction and/or acquisition of additions, extensions and improvements to the solid waste disposal and resource recovery system, the payment of the principal of and interest on bonds or other appropriate indebtedness issued pursuant to this act, the cost of operating, maintaining, and repairing the solid waste disposal and resource recovery system and all other payments that are required to be made by the county in connection with the purposes of this act. Any special assessment so imposed pursuant to the terms of this act shall constitute a lien against any such improved real property for which the special assessment is imposed until fully paid and discharged, or barred by law. Special assessments shall be prior to all other liens, except for such liens shall be on a parity with the lien of state, county and municipal taxes, and any lien for charges for services created pursuant to s. 159.17, Florida Statutes.

Section 5. Additional powers of the county.--In addition to powers which the county may now have and in addition to the power granted in section 4, the county shall have the power under this act:

(1) To finance, refinance, construct, acquire, improve, maintain, manage, and operate or contract with persons, firms, or corporations for the financing, construction, acquisition, improvement, operation, maintenance, management, or ownership of a solid waste disposal and resource recovery system within the area affected by this act and, pursuant to interlocal agreement, within areas outside the area affected by this act and to acquire by gift, purchase, or the exercise of the power of eminent domain lands or rights in lands and any other property, real or personal, tangible or intangible, necessary for such purposes.

(2) To operate, manage, and maintain or provide for the construction, operation, management, and maintenance of such solid waste disposal and resource system or any portion thereof for its own

30

Pages 31 through 35 omitted to include only
pertinent information

Section 20. Inconsistent and conflicting laws superseded.--Any inconsistent or conflicting power granted the county or any other participating municipality within the county in its charter or under any general or special act of this state is hereby superseded to the extent of such conflicts.

Section 21. This act shall take effect upon becoming a law.

Became a law without the Governor's approval.

Filed in Office Secretary of State July 11, 1987.

---

CHAPTER 87-442

Senate Bill No. 1299

An act relating to the Estero Fire Protection and Rescue Service District, Lee County; changing the boundaries of the district to include additional lands in Lee County; providing a referendum; providing an effective date.

Be It Enacted by the Legislature of the State of Florida:

Section 1. The following described territory in Lee County, Florida, is annexed to the Estero Fire Protection and Rescue Service District:

> Starting at a concrete post marking the southwest corner of Section 23, Township 46 South, Range 25 East; thence S89°44'27"E along the south line of said southwest one quarter for 66.25 feet to an intersection with the east right-of-way line of Corlico Road (80.00 feet wide) as described in Official Records Book 1739 at Page 776 and the Point of Beginning; thence continuing S89°44'27"E along said south line for 1394.24 feet to a concrete post marketing the westerly right-of-way line of Interstate 75; thence N18°17'53"W along said right-of-way line for 847.89 feet to an iron rod marking the beginning of a curve concave to the northeast having a radius of 17350.80 feet; thence northwesterly along said curve and said right-of-way line through a central angle of 4°04'42" for 1235.03 feet to an iron rod; thence N14°13'11"W along said right-of-way line for 590.20 feet; thence S89°16'57"W along the north line of said southwest one quarter for 584.54 feet to a point 80.04 feet east of the northwest corner of said southwest one quarter and the east right-of-way line of said Corlico Road; thence S1°11'15"W along said right-of-way line for 2549.45 feet to the Point of Beginning.

Section 2. This act, except for this section which shall take effect upon becoming a law, shall take effect only upon approval by a majority vote of the electors voting in a referendum election which shall be called and held by the board of commissioners of the district no later than at the time of the general election to be held in November 1988. Any person who is a qualified elector and who is a resident of the district or of the lands to be added to the district is eligible to vote in the referendum. There shall be at least 30 days' notice of the referendum election as provided by s. 100.342,