Select Year: 2006 [Go]

# The 2006 Florida Statutes

| Title XI | Chapter 153 | View Entire Chapter |
|---|---|---|
| COUNTY ORGANIZATION AND INTERGOVERNMENTAL RELATIONS | WATER AND SEWER SYSTEMS | |

**153.67 Unpaid fees to constitute lien.**--In the event that the fees, rates or charges for the services and facilities of any water or sewer system shall not be paid as and when due, any unpaid balance thereof and all interest accruing thereon shall be a lien on any parcel or property affected thereby. Such liens shall be superior and paramount to the interest on such parcel or property of any owner, lessee, tenant, mortgagee or other person except the lien of county taxes and shall be on a parity with the lien of any such county taxes. In the event that any such service charge shall not be paid as and when due and shall be in default for thirty days or more the unpaid balance thereof and all interest accrued thereon, together with attorneys fees and costs, may be recovered by the district in a civil action, and any such lien and accrued interest may be foreclosed or otherwise enforced by the district by action or suit in equity as for the foreclosure of a mortgage on real property.

History.--s. 18, ch. 59-466.

Copyright © 1995-2006 The Florida Legislature • Privacy Statement • Contact Us

**EXHIBIT B**