```
HAULER                        HAULER DATA DISPLAY
                               2005 SOLID WASTE
                         DELINQUENT APRIL 1, 2006      MAILING ADDRESS
PARCEL: 16 26 16 0010 06200 0000            ELFERS SQUARE CENTER INC
   CARD: 018                                10912 N 56TH ST
    REC: 01                                 TEMPLE TERRACE    FL 33617-3004
   YEAR: 2005
                                            WINN DIXIE STORE ONLY


   REG-YARDS:     2080.00   REG.YARD FACTOR :0.0526   COST PER TON:56.70
   COMP-YARDS:       0.00   COMP.YARD FACTOR:0.2104

 * LOCATION    6033 STATE ROAD 54
   BUS-NAME    WINN DIXIE STORE #655           UP-DATE: 00 / 00 / 0000

   HAULER-ID:  PC030                           TONS:       109.4080
   HAULER-ACCT#: 000010-19559                  BALANCE:     6,203.43

   COMMENT:                                                    ACT: V
    PRESS "PF8" FOR MORE INFORMATION                           NFCT: C
   PF5/6=PREV/NEXT YEAR-PF7/8=PREV/NEXT CARD-PF9/10=PREV/NEXT PARCEL-PF11=MENU
```


EXHIBIT C