HAULER                      HAULER DATA DISPLAY
                              2005 SOLID WASTE
                           DELINQUENT APRIL 1, 2006    MAILING ADDRESS
PARCEL: 30 26 19 0000 04500 0070        BUFFALO-LOL BUSINESS TRUST &
  CARD: 001                              BUFFALO-WD ASSOCIATES LTD &
   REC: 01                               BUFFALO-LOL ASSOCIATES LTD
  YEAR: 2005                             570 DELAWARE AVE
                                         BUFFALO            NY  14202-1207


    REG-YARDS:     1408.00    REG.YARD FACTOR :0.0526    COST PER TON:56.70
   COMP-YARDS:        0.00    COMP.YARD FACTOR:0.2104

 * LOCATION: SR 54 & COLLIER PKWY0000000000
   BUS-NAME: WINN DIXIE STORES, INC.  #0651     UP-DATE: 00 / 00 / 0000

   HAULER-ID: PC020                              TONS:       74.0608
HAULER-ACCT#: 007115200001                       BALANCE:    4,199.24

     COMMENT:                                                     ACT: V
  ALL INFORMATION IS BEING DISPLAYED - PAGE BACK WITH "PF7"       NFCT: C
PF5/6=PREV/NEXT YEAR-PF7/8=PREV/NEXT CARD-PF9/10=PREV/NEXT PARCEL-PF11=MENU

EXHIBIT
D