

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
September 7, 2006
1:00 P.M.

## PRO MEMO

| | |
|---|---|
| CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC. | Page 1 of 2 |

*P*

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Omnibus Motion for Order to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief filed by Debtor Winn-Dixie Stores, Inc. (7966)

Objection to Assumptions:

    Objection to Motion filed by Benderson Development Company, Inc.- Store Nos. 637, 651, 656, 660, 737 (8910)

    Objection to Motion filed by Prudential Insurance Company of America - Store Nos. 2, 81, 250 (8920)

    Objection to Motion filed by Developers Diversified Realty Corp, et al - Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 2211, 2267 (8927)

    Objection to Motion filed by Developers Diversified Realty Corp. - Store No. 2289 (8928)

    Objection to Motion filed by Aronov Realty and New Plan Excel Realty Trust, Inc., - Store Nos. 153, 231, 281, 426, 454, 460, 556, 698, 1440, 2258, 2301, 2311, 2348 (8959)

APPEARANCES CONTINUED TO PAGE 2

*[handwritten notes:]* 5 stores to 9/21 @ 1:00 (Benderson) 637 651 656 660 737
assume 28 stores - today rul on 16 tom rul on 12



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 7, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                         Page 2 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
US TRUSTEE:                                 ELENA ESCAMILLA
UNSEC. CRED:                                JOHN B. MACDONALD/PATRICK PATANGAN
                                            MATTHEW S. BARR
BENDERSON DEVELOPMENT CO., INC:             JOEY SCHLOSBERG
PRUDENTIAL INSURANCE CO OF AMERICA:         ADAM FRISCH
DEVELOPERS DIVERSIFIED REALTY CORP:         ROBERT LEHANE
ARONOV REALTY AND NEW PLAN EXCEL
   REALTY TRUST, INC.:                      DAVID POLLACK

RULING: Objection by Benderson Dev. Co., Inc. cont'd. to 9/21 @ 1:00 - AOCNFN. Ord. on 16 lease assumptions signed today. Ord. on 12 lease assumption will be presented tomorrow.