UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**ORDER DEEMING SCHEDULES AMENDED TO (A) DISALLOW
NO LIABILITY SCHEDULED CLAIMS, (B) REDUCE OVERSTATED
SCHEDULED CLAIMS AND (C) REDUCE AND RECLASSIFY
THE GARNIER SCHEDULED CLAIM, AS SET FORTH IN
THE DEBTORS' SECOND OMNIBUS MOTION FOR ORDER
DEEMING SCHEDULES AMENDED**

These cases came before the Court for hearing on September 7, 2006, upon the Second Omnibus Motion (the "Motion") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") for entry of an order deeming the Debtors' Schedules amended to disallow, reduce or reclassify the scheduled claims listed on Exhibit A through C (the "Scheduled Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The Debtors' Schedules are deemed amended to disallow in their entirety the No Liability Scheduled Claims listed on Exhibit A.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

3. The Debtors' Schedules are deemed amended to reduce the Overstated Scheduled Claims listed on Exhibit B to the amounts set forth on Exhibit B under the heading Reduced Claim Amount. All amounts exceeding the Reduced Claim Amount are disallowed.

4. The Debtors' Schedules are deemed amended to (a) reduce the Garnier Scheduled Claim to the amount set forth on Exhibit C under the hearing Reduced Claim Amount and (b) reclassify in part the Garnier Claim as specified on Exhibit C. The amount exceeding the Reduced Claim Amount is disallowed.

5. Each Scheduled Claim and the proposed amendments by the Debtors to such claim as addressed in the Motion constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each Scheduled Claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6. Neither the Motion nor any disposition of the Scheduled Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

7. This Order is without prejudice to the Debtors' right to file any further objection they may have to the Scheduled Claims.

Dated this ___ day of September, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

# EXHIBIT A

WINN-DIXIE STORES, INC., ET AL.
SECOND MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT A - NO LIABILITY CLAIMS

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 241405<br>AAF INTERNATIONAL<br>1067 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1000 | 30038<br>Debtor: WINN-DIXIE STORES, INC. | $1,246.75 | SCHEDULED IN ERROR AS DEBTOR DID NOT INCLUDE ACCOUNT RECEIVABLE BALANCE FROM CLAIMANT. |
| Creditor Id: 243845<br>BRAN LUEBBE INC<br>2678 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | 30248<br>Debtor: WINN-DIXIE STORES, INC. | $429.84 | SCHEDULED IN ERROR AS DEBTOR DID NOT INCLUDE ACCOUNT RECEIVABLE BALANCE FROM CLAIMANT. |
| Creditor Id: 245974<br>CITY OF MONTGOMERY<br>PO BOX 830469<br>BIRMINGHAM, AL 35283-0001 | 33422<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $275,352.15 | SCHEDULED IN ERROR AS DEBTOR PAID SCHEDULED AMOUNT ON 2/4/05 BY CHECK NUMBER 49702. |
| Creditor Id: 262803<br>DISPATCH, THE<br>PO BOX 31564<br>TAMPA, FL 33631-3564 | 36859<br>Debtor: WINN-DIXIE RALEIGH, INC. | $8,428.28 | SCHEDULED IN ERROR AS SCHEDULED AMOUNT WAS INCLUDED IN $17,264.94 PAYMENT MADE ON 2/18/05 BY WIRE TRANSFER, REFERENCE NUMBER 050218-045500. |
| Creditor Id: 249461<br>FERRANIA USA INC<br>DEPT #960122<br>OKLAHOMA CITY, OK 73196-0122 | 34823<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $73,389.48 | SCHEDULED IN ERROR AS SCHEDULED AMOUNT WAS INCLUDED IN $63,915.24 AND $21,617.61 PAYMENTS MADE BY CHECK NUMBERS 110307 ON 1/19/05 AND 112052 ON 2/11/05, RESPECTIVELY. |
| Creditor Id: 250350<br>GE CAPITAL<br>PO BOX 640387<br>PITTSBURGH, PA 15264-0387 | 30828<br>Debtor: WINN-DIXIE STORES, INC. | $74,146.09 | SCHEDULED IN ERROR. SCHEDULED AMOUNT REFLECTS POSTPETITION INVOICES PAID 4/27/05 BY CHECK NUMBER 8028802. |
| Creditor Id: 415968<br>HAUER CUSTOM MANUFACTURING<br>C/O STEVENS & LEE<br>ATTN: JEFFREY A HARENZA, ESQ<br>111 NORTH 6TH STREET<br>PO BOX 679<br>READING PA 19603-0679 | 40054<br>Debtor: WINN-DIXIE STORES, INC. | $16,834.08 | SCHEDULED IN ERROR. |
| Creditor Id: 254693<br>LEVLAD INC<br>9200 MASON AVENUE<br>CHATSWORTH, CA 91311 | 35043<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $72.30 | SCHEDULED IN ERROR AS DEBTOR DID NOT INCLUDE ACCOUNT RECEIVABLE BALANCE FROM CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL
SECOND MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT A - NO LIABILITY CLAIMS

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 256719<br>MOUNTAINEER<br>PO DRAWER 129<br>220 N MAIN ST<br>WAYNESVILLE, NC 28786 | 36578<br>Debtor: WINN-DIXIE RALEIGH, INC. | $5,656.55 | SCHEDULED IN ERROR. DEBTOR PAID SCHEDULED AMOUNT ON 2/18/05 BY WIRE TRANSFER, REFERENCE NUMBER 018244. |
| Creditor Id: 256804<br>MURZAN<br>2909 LANGFORD RD SUITE I-700<br>NORCROSS, GA 30071 | 31242<br>Debtor: WINN-DIXIE STORES, INC. | $1,536.00 | SCHEDULED IN ERROR AS DEBTOR DID NOT INCLUDE ACCOUNT RECEIVABLE BALANCE FROM CLAIMANT. |
| Creditor Id: 256901<br>NAPA AUTO PARTS<br>PO BOX 102061<br>ATLANTA, GA 30368-2061 | 31251<br>Debtor: WINN-DIXIE STORES, INC. | $193.51 | SCHEDULED IN ERROR AS DEBTOR DID NOT INCLUDE ACCOUNT RECEIVABLE BALANCE FROM CLAIMANT. |
| Creditor Id: 384284<br>PEARLSTINE DIST INC<br>4550 GAYNOR STREET<br>CHARLESTON, SC 29406 | 32180<br>Debtor: WINN-DIXIE STORES, INC. | $2,247.45 | SCHEDULED IN ERROR. |
| Creditor Id: 260299<br>SAFELINE METAL DETECTION<br>22677 NETWORK PLACE<br>CHICAGO, IL 60673-1226 | 31506<br>Debtor: WINN-DIXIE STORES, INC. | $1,969.50 | SCHEDULED IN ERROR AS DEBTOR DID NOT INCLUDE ACCOUNT RECEIVABLE BALANCE FROM CLAIMANT. |
| Creditor Id: 384366<br>SOUTHERN EAGLE DIST<br>ATTN: JEROME CURRAN, ADMIN DIR<br>5300 GLADES CUT OFF ROAD<br>FORT PIERCE, FL 34981<br>Transferee: ASM CAPITAL LP | 32209<br>Debtor: WINN-DIXIE STORES, INC. | $3,329.40 | SCHEDULED IN ERROR. |
| Creditor Id: 263384<br>TOWN TALK<br>PO BOX 7558<br>ALEXANDRIA, LA 71306-0558 | 34265<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $9,473.02 | SCHEDULED IN ERROR AS SCHEDULED AMOUNT WAS INCLUDED IN $17,101.62 PAYMENT MADE ON 2/18/05 BY WIRE TRANSFER, REFERENCE NUMBER 050218-046536. |
| Creditor Id: 263521<br>TRIANGLE PACKAGE MACHINERY CO<br>DEPT 77-6126<br>CHICAGO, IL 60678-6126 | 31768<br>Debtor: WINN-DIXIE STORES, INC. | $221.02 | SCHEDULED IN ERROR AS DEBTOR DID NOT INCLUDE ACCOUNT RECEIVABLE BALANCE FROM CLAIMANT. |

WINN-DIXIE STORES, INC., ET AL
SECOND MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT A - NO LIABILITY CLAIMS

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 263521<br>TRIANGLE PACKAGE MACHINERY CO<br>DEPT 77-6126<br>CHICAGO, IL 60678-6126 | 32294<br>Debtor: ASTOR PRODUCTS, INC. | $1,433.25 | SCHEDULED IN ERROR AS DEBTOR DID NOT INCLUDE ACCOUNT RECEIVABLE BALANCE FROM CLAIMANT. |

Total Claims to be Disallowed: 17
Total Amount to be Disallowed: $476,038.45     Plus Unliquidated Amounts, If Any

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
SECOND MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT B - CLAIMS TO BE REDUCED

Page: 1 of 1
Date: 08/07/2006

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 384297<br>PREMIUM BEVERAGE<br>922 NORTH RAILROAD AVENUE<br>OPELIKA, AL 36801 | 32184<br>Debtor: WINN-DIXIE STORES, INC. | $209,269.83 | $1,071.50 | REDUCED AMOUNT REFLECTS CORRECT AMOUNT OWED PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 384317<br>RH BARRINGER DIST<br>1820 FAIRFAX ROAD<br>GREENSBORO, NC 27407 | 32189<br>Debtor: WINN-DIXIE STORES, INC. | $383,215.91 | $872.80 | REDUCED AMOUNT REFLECTS CORRECT AMOUNT OWED PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 384350<br>SAVANNAH DIST COMPANY<br>PO BOX 1388<br>SAVANNAH, GA 31498 | 32201<br>Debtor: WINN-DIXIE STORES, INC. | $1,303.79 | $957.77 | REDUCED AMOUNT REFLECTS CORRECT AMOUNT OWED PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 384358<br>SILVER EAGLE DIST KEY WEST<br>1000 PARK COMMERCE BLVD<br>HOMESTEAD, FL 33035 | 32203<br>Debtor: WINN-DIXIE STORES, INC. | $370,800.39 | $2,789.40 | REDUCED AMOUNT REFLECTS CORRECT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 264054<br>VELT SHERMAN RESIDUARY TRUST<br>3590 CLOUDLAND DR NW<br>ATLANTA, GA 30327-2906 | 36954<br>Debtor: WINN-DIXIE RALEIGH, INC. | $3,351.00 | $505.20 | REDUCED AMOUNT REFLECTS CORRECT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. SCHEDULED AMOUNT INCLUDES POSTPETITION BALANCE OF $2,845.80 PAID ON 6/17/05 BY CHECK NUMBER 8053158. |

Total Claims to be Reduced: 5
Total Amount to be Reduced: $967,940.92 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $6,196.67

**EXHIBIT C**

WINN-DIXIE STORES, INC., ET AL.
SECOND MOTION FOR ORDER
DEEMING SCHEDULED CLAIMS AMENDED
EXHIBIT C - CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| GARNIER<br>7644 COLLECTIONS CENTER DR<br>BANK OF AMERICA<br>CHICAGO, IL 60693 | 34865 | $71,065.38 | Unsecured Non-Priority | Multiple Classes | $69,767.74 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $1,297.64. ALSO, RECLASSIFY $22,348.86 AS ADMINISTRATIVE PRIORITY (RECLAMATION) AND $47,418.88 REMAINS UNSECURED NON-PRIORITY. |
| | | Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | |

Total Claims to be Reduced & Reclassified: 1
Total Amount to be Reduced & Reclassified: $71,065.38    Plus Unliquidated Amounts, If Any
Total Reduced & Reclassified Amount: $69,767.74