UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION TO ALLOW
LATE CLAIM AS TIMELY FILED**

This case came before the Court on September 7, 2006, upon the amended motion filed by the City of Norfolk (Docket No. 7799) (the "Amended Motion") for leave to file a late claim. The Debtors having informed the Court that they consent to the relief requested by the Amended Motion, it is

ORDERED:

1. The Motion is granted as set forth below.

2. The City of Norfolk's claim number 13234 is deemed timely filed (the "Norfolk Claim").

3. The Norfolk Claim is subject to the Debtors' pending First Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 7262) and this Order is without prejudice to the Debtors' or any other parties in interest's pending or future objections to the Norfolk Claim.

DONE AND ORDERED in Jacksonville, Florida this 7 day of September, 2006.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties who received copies of the Motion.

00542333