**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AGREED ORDER GRANTING CASSELSQUARE, LLC'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

THIS CAUSE is before the Court upon Casselsquare, LLC's Application for Payment of Administrative Expense (Docket No. 2968) (the "Application"). Based upon the representation by counsel to Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and counsel to Casselsquare, LLC that the proposed Agreed Order reflects a resolution between the parties of the issues raised in the Application, it is

ORDERED AND ADJUDGED THAT:

1. The Application is GRANTED.

2. Casselsquare, LLC shall have an allowed administrative expense claim in the amount of $6,835.87, with such amount having been paid by the Debtors on or about February 6, 2006.

Dated this 8 day of September, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Craig A. Pugatch, Esq.
Cynthia C. Jackson, Esq.



<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | RICE PUGATCH ROBINSON & SCHILLER, P.A. |
| By */s/ Cynthia C. Jackson*<br>Cynthia C. Jackson | By */s/ Craig A. Pugatch*<br>Craig A. Pugatch |
| Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | 101 NE Third Avenue, Suite 1800<br>Fort Lauderdale, Florida 33301<br>(954) 462-8000<br>(954) 462-4300 (facsimile) |
| Attorneys for the Debtors | Attorneys for Casselsquare, LLC |

2

663662-New York Server 1A - MSW