UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| **WINN-DIXIE STORES, INC.**, *et al.*, | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | **CHAPTER 11** |
| | ) | **JOINTLY ADMINISTERED** |
| | ) | |

**RESPONSE OF NEW PLAN EXCEL REALTY TRUST, INC.
TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS (B) NO LIABILITY MISCLASSIFIED CLAIMS,
(C) OVERSTATED CLAIMS, (D) DUPLICATE LIABILITY CLAIMS
(E) UNLIQUIDATED CLAIMS AND (F) UNLIQUIDATED MISCLASSIFIED**

TO THE HONORABLE, JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE:

**NEW PLAN EXCEL REALTY TRUST, INC.** ("New Plan") by its undersigned attorneys, makes this Response to Debtors' Seventeenth Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Duplicate Liability Claims (E) Unliquidated Claims and (F) Unliquidated Misclassified (the "Objection") and in support thereof aver:

1.  New Plan is the owner or agent for the owners of various shopping centers in which Debtors operate or previously operated retail stores pursuant to written leases (each a "Lease" and collectively the "Leases"). Each of New Plan's Leases is a lease of premises located in a shopping center, as that term is used in 11 U.S.C. § 365(b)(3). *See, In Re: Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

2. By the Objection, Exhibit A, Debtors seek to disallow the following claims:

| Claim # | Landlord |
|---|---|
| 10308 | Shoppes of Victoria Square |
| 10309 | Creekwood Shopping Center |

3. Claim 10308 pertains to a claim under a Lease which is scheduled to be assumed by Debtors. All claims with regard to that lease are being handled in conjunction with New Plan's cure claim objection.

4. Claim 10309 pertains to a claim under a Lease that was previously assumed and assigned. Although there is a balance due with regard to that assignment, that claim is being handled as part of the cure reconciliation process.

5. Accordingly, New Plan does hereby voluntarily withdraw both claims, 140308 and 10309, without prejudice to any rights it may have regarding the outstanding adjudication of its claims or any other claims that may be proper under the Bankruptcy Code and Debtors' Plan of Reorganization.

**WHEREFORE,** New Plan prays that Debtors' Objection be denied and that its above-referenced claims be marked withdrawn without prejudice; and

WHEREFORE, New Plan prays for such other and further relief as may be just and required under all of the circumstances.

DATED: September 8, 2006

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

BY:   /s/ David L. Pollack
     **DAVID L. POLLACK**
     **JEFFREY MEYERS**
     **DEAN WALDT**
     **Attorneys for New Plan Excel Realty Trust, Inc.**
     **51st Floor - Mellon Bank Center**
     **1735 Market Street**
     **Philadelphia, Pennsylvania 19103**
     **(215) 864-8325**

LOCAL COUNSEL:

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 [telephone]
(904) 358-1872 [facsimile]
Alan.Weiss@HKLaw.com

## **CERTIFICATE OF SERVICE**

I certify that service of the foregoing was made on September 8, 2006 via ECF Noticing and email upon the parties listed below.

         /s/ David L. Pollack

| | |
|---|---|
| D.J. Baker, Esq.<br>Sally McDonald Henry, Esq.<br>Rosalie W. Gray, Esq.<br>Eric M. Davis, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey, Esq.<br>James H. Post, Esq.<br>Cynthia C. Jackson, Esq.<br>Eric N. McKay, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla, Esq.<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL 32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esquire<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |
| Jane M. Leamy, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801<br>Jleamy@skadden.com | |

DMEAST #9598870 v1