UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING MOTION TO ALLOW LATE CLAIM AS TIMELY FILED

This case came before the Court on September 7, 2006, upon the amended motion filed by the City of Norfolk (Docket No. 7799) (the "Amended Motion") for leave to file a late claim. The Debtors having informed the Court that they consent to the relief requested by the Amended Motion, it is

ORDERED:

1. The Motion is granted as set forth below.

2. The City of Norfolk's claim number 13234 is deemed timely filed (the "Norfolk Claim").

3. The Norfolk Claim is subject to the Debtors' pending First Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 7262) and this Order is without prejudice to the Debtors' or any other parties in interest's pending or future objections to the Norfolk Claim.

DONE AND ORDERED in Jacksonville, Florida this 7 day of September, 2006.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this Order on all parties who received copies of the Motion.

00542333

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: pcathy            Page 1 of 1             Date Rcvd: Sep 08, 2006
Case: 05-03817              Form ID: pdfdoc         Total Served: 1
```

The following entities were served by first class mail on Sep 10, 2006.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2006**                   **Signature:**       _Joseph Speetjens_