UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------------x
In re:                                              :    Case No.  05-03817-3F1
                                                    :
WINN-DIXIE STORES, INC, et al.                      :    *Chapter 11*
                                                    :
 Debtors.                                           :    Jointly Administered
---------------------------------------------------------------x

**STATEMENT OF KIMCO LANDLORDS
REGARDING CURE AMOUNTS OWED**

The following parties, (i) Kimco Delaware, Inc., (ii) Milton Cooper, (iii) Palm Aire Marketplace LLC, (iv) Cross County Associates, LP, and (v) Kimco Delaware, Inc., Joan Eigen and the Trust under the Will of Allen Kimmell (collectively the "Kimco Landlords"), by its attorneys Morgan, Lewis & Bockius LLP, in response to Debtors' assumption of leases, respectfully states as follows:

1. On February 25, 2005, Winn-Dixie Stores, Inc. and certain of its affiliates (collectively the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Each of the Kimco Landlords leases non-residential real property to Debtors pursuant to leases (the "Leases") which have neither been assumed nor rejected as of the date hereof.

3. The location of the Leases are:

    (a)   Pompano Beach, Florida (Store # 228);

    (b)   Boca Raton, Florida (Store # 263);

    (c)   Coral Way, Florida (Store # 283);

    (d)   West Palm Beach, Florida (Store # 299); and

1-NY/2084784.1

   (e)  West Palm Beach, Florida (Store # 368).

4. On June 30, 2006, the Debtors moved the Court for entry of an order under 11 U.S.C. § 365(a), authorizing the Debtors to assume all of the non-residential real property leases for those stores the Debtors intend to operate as their core business upon emerging from these Chapter 11 cases, and fixing cure amounts (the "Motion"). The cure amounts listed for the Leases are as follows:

  (a) $10,167.49 – Pompano Beach, Florida (Palm Aire Marketplace LLC)

  (b) $21,927.64 – Boca Raton, Florida (Kimco Delaware, Inc.)

  (c) $78,000.00 – Coral Way, Florida (Milton Cooper)

  (d) $0.00 – West Palm Beach, Florida (Cross County Associates, LP)

  (e) $60,051.33 – West Palm Beach, Florida (Kimco Delaware, Inc., Joan Eisen and the Trust under Will of Allen Kimmell).

5. The Debtors and the Kimco Landlords have agreed to a cure of $68,743.01 for the store located at 500 Belvedere Road, West Palm Beach, Florida and have been working toward resolving the remaining disputes. The correct arrears which must be paid to cure the defaults under the remaining Leases are:

  (a) $83,771.08 - Pompano, Florida;

  (b) $112,537.23 - Boca Raton, Florida;

  (c) $153,621.99 - Coral Way, Florida; and

  (d) $45,334.97 - West Palm Beach, Florida.

These amounts are comprised of base rent. common area maintenance and real estate tax payments (collectively, the "Cure Payments").

      WHEREFORE, Kimco Landlords requests that the Debtors tender the Cure Payments in the amounts set forth above.

Dated: New York, New York
       September 8, 2006

                                      **MORGAN, LEWIS & BOCKIUS LLP**
                                      Counsel for Kimco Delaware, Inc., Milton Cooper, Palm Aire Marketplace LLC, Cross County Associates, LP, Joan Eigen and the Trust under the Will of Allen Kimmell.

                                      By:   /s/ Neil E. Herman
                                             Neil E. Herman, Esq.

                                      101 Park Avenue
                                      New York, NY  10178
                                      (212) 309-6669

# **CERTIFICATE OF SERVICE**

      This is to certify that I, Mark C. Haut, have this day caused a true and correct copy of the Cure Claim of Kimco Landlords, to be served via Federal Express on the attorneys that appear below.

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Allen Wulbern
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801

Dennis Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005


This 8th day of September, 2006


                                                        BY:   /s/ Mark C. Haut
                                                                   Mark C. Haut