IN RE:

David Timmons

v.s

WINN-DIXIE STORES, INC.

FILED
JACKSONVILLE, FLORIDA
SEP 08 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 05-BK-3817-3F1

8/28/06

2006 SEP -7 A 11: 24
FILED

NOTICE OF ADDRESS CHANGE

Dear Clerk,

This is to inform you of a change of address to wit: 2480 S.W. 6TH CT. Ft. Lauderdale Fla. 33312. Please forward all response in the matter of the above style cause.

Also I am requesting the present status of the stay and when will it end.

Sincerely,
David Timmons
David Timmons
Plaintiff