UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**AFFIDAVIT**

IN RE: winn-dixie stores
INC. et al(debtors)
case: 05-03817-3f1 ch 11

GENERAL

THIS SPACE IS FOR COURT USE ONLY

STATE OF
    FLORIDA   } ss.
County of _____

BEING FIRST DULY SWORN, deposes and says:

    I VINCENT E. RHYNES TESTIFY UNDER OATH

    THAT I AM THE OWNER & SOLE PROPRIETORSHIP

    FOR THE BUSINESS HERE IN KNOWN AS

    "WAREHOUSE HOLDINGS #546" AS DEFINED UNDER

    SECTION 546(i)(1) OF THE BANKRUPTCY CODE.

1#    THE DEBTOR(winn-dixie stores,inc) WITH RESPECT TO THERE DISCLOSURE STATEMENT OF THE PLAN AS FOUND IN ARTICLE VII 1. TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES. 7.6 SHOULD BE REVIEWED WITH RESPECT TO WAREHOUSE HOLDINGS RECOVERY OF ANY "NEW COMMON STOCK SHARES OF THE DEBTORS. NOTE: THE TERM "ELECTRONIC INTERCHANGE TRADING PARTNER AGREEMENT" WOULD BE UNJUST TO WAREHOUSE HOLDINGS 546 IF OUR" CLEARING AGENT/SECURITY INTERMEDIARY "FAILED TO RECOVER ANY NEW COMMON STOCK SHARES THAT UNITED STATES BANKRUPTCY COURT MITE ,ORDER ALLOWED .

2#    A REVIEW OF THE ABOVE ARTICLE VII 1. WITH RESPECT TO 7.4(b&c)  7.12(a&b)  & "7.1 a,b,c."

3#    UNDER SECTION 546 (i)(1) OF THE BANKRUPTCY CODE WAREHOUSEMAN'S

BANKRUPTCY COURT REVIEW SECTION 1142 (a)& (b). OF The Bankruptcy code.

- RELIEF REQUESTED-

ALL & ANY THAT THE US BANKRUPTCY COURT FINED JUST & PROPER WITH RESPECT TO WAREHOUSE HOLDINGS 546 RIGHTS TO RECOVERY UNDER THE PLAN.

-BASIS FOR RELIEF-

SECTION 105(a) OF THE BANKRUPTCY CODE.

SECTION 546(i)(1) OF THE BANKRUPTCY CODE.

SECTION 1142(a)&(b) OF THE BANKRUPTCY CODE.

& SECTION 501(a) & 502(a) OF THE BANKRUPTCY CODE.

State of California

County of Los Angeles

On 9-1-06 before me, Frederick L. Palm Notary Public personally appeared Vincent E. Rhynes proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal

_Frederick L. Palm_   comm ex. 3-26-2010
Signature of Notary Public



FREDERICK L. PALM
COMM. # 1651337
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Mar. 26, 2010