**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,          Case No.: 3:05-bk-03817-JAF

    Debtors.                                         Chapter 11

_____/          Jointly Administered

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Order, Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014, Authorizing Retention and Employment of Spencer Stuart, Effective as of July 10, 2006, as Director Retention Consultant to Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. was furnished by U.S. Mail, postage prepaid and properly addressed, this 11th day of September, 2006, to Thomas J. Snyder, Spencer Stuart, 401 N. Michigan Avenue, Suite 3400, Chicago, IL 60611; Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

Dated: September 11, 2006.

                                              AKERMAN SENTERFITT
                                              By: /s/John B. Macdonald
                                                  John B. Macdonald
                                                  Florida Bar No. 230340
                                                  Email: john.macdonald@akerman.com
                                                  Patrick P. Patangan
                                                  Florida Bar No. 348340
                                                  Email: patrick.patangan@akerman.com
                                                  50 North Laura St., Suite 2500
                                                  Jacksonville, Florida 32202
                                                  (904) 798-3700 (telephone)
                                                  (904) 798-3730 (facsimile)

                                              Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

{JA289687;1}

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis F. Dunne (DD 7543)
Michael E. Comerford (MC 7049)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000 (telephone)
(212) 530-5219 (facsimile)

Co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al.

{JA289687;1}