UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Debtors. ) Jointly Administered
)

## ORDER APPROVING STIPULATION REGARDING PROOFS OF CLAIM FILED BY BROOKSHIRE GROCERY COMPANY

These cases came to be heard upon the motion of Winn-Dixie Stores, Inc. and Winn-Dixie Montgomery, Inc. (together the "Debtors") for approval of the attached stipulation (the "Stipulation") between the Debtors and Brookshire Grocery Company (the "Motion"). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 20 days of the date of service. No party filed an objection within the time permitted. The Court therefore considers the matter to be unopposed; it is

ORDERED that the Motion is granted and the Stipulation is approved.

Dated this 11 day of September 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Cynthia C. Jackson, Attorney for Debtors
Adam S. Ravin, Attorney for Debtors
C. Luckey McDowell, Attorney for Brookshire's

10849

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## STIPULATION REGARDING PROOFS OF CLAIM FILED BY BROOKSHIRE GROCERY COMPANY

Winn-Dixie Stores, Inc. ("Winn-Dixie Stores") and Winn-Dixie Montgomery, Inc. ("Winn-Dixie Montgomery" and, together with Winn-Dixie Stores, the "Debtors") on the one hand, and Brookshire Grocery Company ("Brookshire's") on the other hand, stipulate as follows:

### RECITALS

A. On June 23, 2006, the Debtors filed a motion seeking to reject (a) a certain assignment agreement dated June 21, 2002 (the "Assignment Agreement") between Brookshire's and the Debtors and (b) the related lease of certain non-residential real property commonly referred to as Store 2435 (the "Lease").

B. On July 13, 2006, the Court entered an order authorizing rejection of the Assignment Agreement and the Lease;

C. On July 24, 2006, Brookshire's timely filed a proof of claim against Winn-Dixie Stores for rejection damages in the amount of $456,100 (the "Winn-Dixie Stores Claim");

D. On July 24, 2006, Brookshire's also timely filed a proof of claim against Winn-Dixie Montgomery for rejection damages in the amount of $456,100 (the "Winn-Dixie Montgomery Claim");

E.   The Debtors have reviewed the Winn-Dixie Stores Claim and the Winn-Dixie Montgomery Claim;

F.   The Debtors and Brookshire's have resolved the allowance and treatment of the Winn-Dixie Stores Claim and the Winn-Dixie Montgomery Claim under the proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006 (as amended, the "Plan"); and

G.   The Debtors and Brookshire's agree that entry of this Stipulation is in the best interests of the Debtors' respective estates.

## AGREEMENT

NOW THEREFORE, IT IS AGREED, subject to approval of the Bankruptcy Court, that:

1.   The Winn-Dixie Stores Claim shall be allowed as a Class 13 Landlord Claim (as defined in the Plan) in the amount of $456,100;

2.   Upon the effective date, and only upon the effective date, of the Plan incorporating the Substantive Consolidation Compromise (as that term is defined in the Plan), the Winn-Dixie Montgomery Claim shall be deemed disallowed and expunged without need for further order.

3.   In the event that the Plan (incorporating the Substantive Consolidation Compromise) is not confirmed and/or the effective date does not occur, nothing in the Order approving this Stipulation shall disallow, expunge, or otherwise prejudice the Winn-Dixie Montgomery Claim or the Winn-Dixie Stores Claim.

*[signatures on following pages]*

Dated as of August 18, 2006:

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By   /s/ D. J. Baker<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Adam S. Ravin<br><br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com<br><br><br>**COUNSEL TO DEBTORS** | BAKER BOTTS L.L.P.<br><br>By   /s/ C. Luckey McDowell<br>    C. Luckey McDowell<br><br><br>Texas State Bar No. 24034565<br>2001 Ross Avenue<br>Suite 800<br>Dallas, TX 75201<br>(214) 953-6571<br>(214) 661-4571 (facsimile)<br>luckey.mcdowell@bakerbotts.com<br><br>**COUNSEL TO BROOKSHIRE GROCERY COMPANY** |

3