UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 )  |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 ) |
| Debtors. | ) Jointly Administered ) |

ORDER CORRECTING ORDER DATED JULY 13, 2006
AUTHORIZING RETROACTIVE REJECTION OF NON-RESIDENTIAL
REAL PROPERTY LEASES THAT WERE ASSIGNED PREPETITION
(DOCKET NO. 9188) TO ATTACH AMENDED EXHIBIT A

These cases came before the Court for hearing on July 13, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors")[1], for entry of an order under 11 U.S.C. § 365 authorizing and approving the Debtors' rejection, effective as of the Petition Date, of several leases that were assigned prepetition (the "Motion"). On July 13, 2006, the Court entered an Order Authorizing Retroactive Rejection of Non-Residential Real Property Leases That Were Assigned Prepetition (Docket No. 9188) (the "Original Order"). The leases authorized to be rejected were set forth on Exhibit A to the Original Order (the "Schedule of Assigned Leases"). Upon the representation of counsel for the Debtors that the Schedule of Assigned Leases should be amended to remove Store Number 961, and without objection from the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED THAT:

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

1. The Schedule of Assigned Leases attached as Exhibit A to the Original Order is amended to remove Store Number 961. The amended schedule of Assigned Leases is attached as Exhibit A.

2. The Original Order is otherwise unaffected by this Order.

3. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 11 day of September, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

# EXHIBIT A

## ASSIGNED LEASES FOR REJECTION

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 155 | 5633 HIGHWAY 21 SOUTH RINCON, GA 31326 | RINCON ASSOCIATES | 7/24/95 | KROGER LIMITED PARTNERSHIP |
| 444 | 15160 HWY 43 BYPASS, N.E. RUSSELVILLE, AL 35654 | MACON W. GRAVLEE, JR. | 1/10/01 | HOUCHENS INDUSTRIES, INC. |
| 841 | 1202 W. BROAD STREET ELIZABETHTOWN, NC 28337 | TOWN COMMON ASSOCIATES | 12/11/92 | FOOD LION, LLC |
| 865 | US 70 WEST HAVELOCK, NC 28532 | GENE A & MILDRED A JACKSON | 11/30/83 | FOOD LION, LLC |
| 896 | 1727 W CUMBERLAND ST DUNN, NC 28334 | BAYVIEW LOAN SERVICING LLC | 7/30/86 | FOOD LION, LLC |
| 896 (GL) | 1727 W CUMBERLAND ST DUNN, NC 28334 | TRL PROPERTIES LLC **(GROUND LEASE)** | 2/8/85 | FOOD LION, LLC |
| 899 | 300-C VIRGINIA ROAD EDENTON, NC 27932 | CAMERON EDENTON CO | 5/25/88 | FARMER'S FOODS OF NORTH CAROLINA, LLC |
| 910 | 830 HALSTEAD BLVD. ELIZABETH CITY, NC 27909 | ELIZABETH CITY ASSOCIATES, 10 CROSSROADS PLAZA, WEST HARTFORD, CT 06117 | 2/5/1982 | FOOD LION, LLC |
| 943 | 951 FAIRYSTONE PARK HIGHWAY STANLEYTOWN, VA 24168 | RIDGEWOOD SQUARE LLC | 8/18/86 | FOOD LION, LLC |
| 944 | 1461 S BOSTON ROAD DANVILLE, VA 24540 | CAIN CREEK SHOPPING CENTER ASS | 7/18/84 | FOOD LION, LLC |
| 945 | 1013 VIRGINIA AVE CLARKSVILLE, VA 23927 | CLARKSVILLE 99-VA LLC, 609 SHERIDAN ROAD, WINNETKA, IL 60093 | 8/26/99 | FOOD LION, LLC |

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 962 | 715 EAST ATLANTIC STREET SOUTH HILL, VA 23970 | SOUTH HILL COMPANY LLC | 8/16/91 | FOOD LION, LLC |
| 964 | 8500 PHILLPOTT HIGHWAY RIDGEWAY, VA 24148 | LEATHERWOOD CROSSING INC | 12/14/92 | FOOD LION, LLC |
| 978 | 1479 SOUTH MAIN STREET FARMVILLE, VA 23901 | FARMVILLE PARTNERS LLC | 12/14/71 | FOOD LION, LLC |
| 985 | 6500-C G.W. MEMORIAL HWY. YORKTOWN, VA 23692 | FRANCIS CARRINGTON | 10/31/95 | FF ACQUISITION, LLC |
| 994 | 30 TOWNE CENTRE WAY HAMPTON, VA 23666 | GEM BIG BETHEL LLC | 2/4/97 | FF ACQUISITION, LLC |
| 1307 | 653 DULING ST. JACKSON, MS 39216 | CARROLL & THOMPSON INC. | 2/25/97 | G & K FOODS, INC. |
| 1312 | 1204-10 W. CAPITOL ST. JACKSON, MS 39203 | RM SMITH INVESTMENTS, LP | 11/23/71 | NEW DEAL SUPERMARKETS, INC. |
| 1319 | 2875 MCDOWELL SQUARE JACKSON, MS 39204 | SOUTHWOOD REALTY CO | 7/6/72 | G & K FOODS, INC. |
| 1339 | 105 HWY 45 NORTH ABERDEEN, MS 39730 | LANDMARK ENTERPRISES | 7/2/76 | TRIPLE V, INC. |
| 1340 | 210 HWY 9 NORTH EUPORA, MS 39744 | EUPORA SHOPPING CENTER | 5/19/90 | CHANDLER'S OF WEIR, INC. |
| 1344 | 122 PORT GIBSON ST. RAYMOND, MS 39154 | OPAL LEE SMITH & SARA N JORDAN & CYNTHIA SMITH NORFLEET | 10/1/96 | ROBERTS COMPANY, INC. |
| 1367 | 901 COMMERCE PLAZA CLARKSDALE, MS 38614 | HUGGINS & WALKER INC | 12/31/80 | A & S SUPPLY COMPANY, INC. |
| 1633 | 1600 LEESTOWN PIKE LEXINGTON, KY 40508 | PALM LAKES LLC | 5/21/87 | EW JAMES INC. |
| 1638 | 1250 BARDSTOWN ROAD LOUISVILLE, KY 40204 | SANDRA J. METTS & MARVIN M. SOTSKY | 7/14/80 | BUEHLER OF KENTUCKY, LLC |

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 1640 | 1265 GOSS AVENUE LOUISVILLE, KY 40217 | KINGFISH GERMANTOWN LLC | 8/9/88 | BUEHLER OF KENTUCKY, LLC |
| 1647 | ROUTE 4 MANCHESTER SQ. BOX 600 MANCHESTER, KY 40962 | MANCHESTER MALL ASSOCIATES, LP | 6/10/81 | KCR LIMITED, INC. |
| 1675 | 690 UNIVERSITY DRIVE RICHMOND, KY 40475 | USC OF RICHMOND LLC | 10/18/95 | EW JAMES INC. |
| 1681 | STATE HIGHWAY 15 JACKSON, KY 41339 | JACKSON JUNCTION LTD | 7/6/83 | FOODTOWN SUPERMARKETS OF KENTUCKY, INC. |
| 1684 | US HWY 25E BARBOURVILLE, KY 40906 | BARBOURVILLE SHOPPING CENTER INC. | 11/4/87 | HOUCHENS INDUSTRIES, INC. |
| 1690 | 200 ST JOHN ROAD ELIZABETHTOWN, KY 42701 | ELIZABETHTOWN COMMERCIAL PROPERTIES, LLC | 10/15/87 | EW JAMES INC. |
| 1705 | 550 OLD STATE ROUTE 74 CINCINNATI, OH 45244 | WD MOUNT CARMEL LLC | 3/4/98 | KROGER LIMITED PARTNERSHIP |
| 1706 | 9950 BERBERICH DRIVE FLORENCE, KY 41042 | WD FLORENCE PORTFOLIO LP | 7/3/96 | KROGER LIMITED PARTNERSHIP |
| 1707 | 7172 CINCINNATI - DAYTON RD WESTCHESTER, OH 45069 | WD WESTCHESTER LLC | 3/4/98 | KROGER LIMITED PARTNERSHIP |
| 1708 | 6725 DICK FLYNN BLVD GOSHEN, OH 45122 | GOSHEN STATION LTD | 6/22/02 | KROGER LIMITED PARTNERSHIP |
| 1753 | 4500 MONTGOMERY ROAD CINCINNATI, OH 45212 | SURREY SQUARE PARTNERS | 8/24/74 | KROGER LIMITED PARTNERSHIP |
| 1765 | 4900 HUNT ROAD CINCINNATI, OH 45242 | BLUE ASH STATION LTD | 3/28/95 | KROGER LIMITED PARTNERSHIP |
| 1767 | 3491 NORTH BEND ROAD CINCINNATI, OH 45239 | MONFORT HEIGHTS STATION LTD | 3/28/95 | KROGER LIMITED PARTNERSHIP |

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 1770 | 11390 MONTGOMERY ROAD CINCINNATI, OH 45249 | TOWNE INVESTMENT COMPANY | 1/25/79 | KROGER LIMITED PARTNERSHIP |
| 1774 | 3872 PAXTON AVENUE CINCINNATI, OH 45209 | HYDE PARK PARTNERS, LP | 8/27/91 | SUPERVALU HOLDINGS |
| 1777 | 1260 OHIO PIKE AMELIA, OH 45102 | AMELIA STATION LTD | 3/28/95 | KROGER LIMITED PARTNERSHIP |
| 1999 | 10599 JONESBRIDGE RD ALPHARETTA, GA 30201 | GWINNETT PRADO LP | 8/25/88 | STEINMART |
| 2401 | 3220 N. MAIN STREET FORT WORTH, TX 76106 | TSCA 3 LIMITED PARTNERSHIP | 8/29/76 | GROCER'S SUPPLY |
| 2402 | 501 EAST BROADWAY SWEETWATER, TX 79556 | J C PACE LTD | 9/10/93 | BROOKSHIRE GROCERY COMPANY |
| 2405 | 511 N STEWARD ROAD AZLE, TX 76020 | JD TRULY & DOROTHY C. TRULY | 7/29/85 | BROOKSHIRE GROCERY COMPANY |
| 2407 | 7201 GRAPEVINE HIGHWAY NORTH RICHLAND HILLS, TX 76054 | JAY SCHUMINSKY TRUST | 11/16/66 | KROGER TEXAS LP |
| 2411 | 3320 MANSFIELD HIGHWAY FOREST HILL, TX 76119 | CENTER AMERICA CAPITAL PARTNER | 7/6/73 | FIESTA MART, INC. |
| 2417 | 2525 WEST I-20 GRAND PRAIRIE, TX 75052 | PORCUPINE WD4, LLC | 3/4/98 | KROGER TEXAS LP |
| 2418 | 5434 I-20 WEST WILLOW PARK, TX 76087 | DANIEL G. KAMIN | 3/4/98 | BROOKSHIRE GROCERY COMPANY |
| 2422 | 2700 8TH AVENUE FORT WORTH, TX 76110 | DANIEL G. KAMIN | 3/4/98 | FIESTA MART, INC. |
| 2430 | 1400 Austin Ave. Brownwood, TX 76801 | MUSGRAVE HOLDINGS LTD | 4/22/85 | BROOKSHIRE GROCERY COMPANY |
| 2431 | 205 N. COMMERCE ARDMORE, OK 73401 | TABANI ADMORE OK LLC | 3/14/97 | GLN OF ARDMORE, INC. |
| 2440 | 6479 CAMP BOWIE BLVD FORT WORTH, TX 76116 | US STEEL RETIREMENT PLAN | 6/29/72 | KROGER TEXAS LP |

4

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 2441 | 1320 NORTH 25TH STREET WACO, TX 76707 | SOUTHLAND WACO WD | 8/25/94 | FIESTA MART, INC. |
| 2442 | 1701 RANDOL MILL ROAD ARLINGTON, TX 76012 | FIELDER PLAZA SHOPPING CENTER | 12/27/72 | RANDALL'S FOOD & DRUG LP |
| 2444 | 708 E. PIPELINE RD Hurst, TX 76053 | UNITED COMMERCIAL MORTGAGE COR | 12/2/96 | KROGER TEXAS LP |
| 2448 | 500 HIGHWAY 199 EAST SPRINGTOWN, TX 76082 | JET REALTY LLC & LUCAS SPRINGTOWN JV | 7/8/96 | BROOKSHIRE GROCERY COMPANY |
| 2450 | 320 EAST MAIN CROWLEY, TX 76036 | CSFB 2000 FL1 CROWLEY LIMITED | 11/6/86 | BROOKSHIRE GROCERY COMPANY |
| 2451 | 2210 S. FIELDER RD ARLINGTON, TX 76013 | FIELDER-303 PARTNERS LTD | 5/17/95 | KROGER TEXAS LP |
| 2454 | 1301 SOUTH MORGAN GRANBURY, TX 76048 | J C PACE LTD | 3/31/99 | BROOKSHIRE GROCERY COMPANY |
| 2459 | 1300 EAST PIONEER PARKWAY ARLINGTON, TX 76014 | CW CAPITAL LLC | 8/25/94 | FIESTA MART, INC. |
| 2460 | 6513 MEADOWBROOK FORT WORTH, TX 76112 | ROYAL INDEMNITY COMPANY | 8/29/76 | WALMART REAL ESTATE BUSINESS TRUST |
| 2467 | 719 I-35 EAST SOUTH DENTON, TX 76205 | D S PARTNERS LP | 6/13/84 | BROOKSHIRE GROCERY COMPANY |
| 2470 | 3770 BELTLINE ROAD ADDISON, TX 75001 | THE COMMONS AT CLIFF CREEK LTD | 4/20/93 | KROGER TEXAS LP |
| 2477 | 219 SOUTH PALESTINE STREET ATHENS, TX 75751 | TRI-STATE-LAST KNOWN PARTY | 4/29/76 | BROOKSHIRE GROCERY COMPANY |
| 2478 | 194 GARRET MORRIS PARKWAY MINERAL WELLS, TX 76067 | CROSSING JOINT VENTURE | 6/14/85 | BROOKSHIRE GROCERY COMPANY |
| 2479 | 6805 NORTH MAIN THE COLONY, TX 75056 | PAUL & ELEANOR SADE TRUSTEES | 6/9/87 | KROGER TEXAS LP |
| 2481 | 6708 LAKE WORTH BLVD. LAKE WORTH, TX 76135 | UNITED COMMERCIAL MORTGAGE COR | 12/2/96 | BROOKSHIRE GROCERY COMPANY |

5

| Store No. | Store Address | Landlord | Lease Date | Assignee |
|---|---|---|---|---|
| 2482 | 6750 FOREST HILLS DRIVE FOREST HILL, TX 76140 | FOREST HILL-WD LTD | 10/29/96 | BROOKSHIRE GROCERY COMPANY |
| 2484 | 2334 BUCKINGHAM GARLAND, TX 75042 | ACRON USA FONDS SHILOH SQUARE | 12/5/96 | RANDALL'S FOOD & DRUG LP |
| 2488 | 3164 FIFTH STREET WICHITA FALLS, TX 76301 | SAFEWAY INC PROPERTY DEVELOPM | 11/1/82 | BROOKSHIRE GROCERY COMPANY |
| 2489 | 3801 JACKSBORO HIGHWAY WICHITA FALLS, TX 76302 | SAFEWAY INC PROP DEV ASSOC | 9/27/91 | BROOKSHIRE GROCERY COMPANY |
| 2493 | 1919 FAITHON LUCAS MESQUITE, TX 75181 | WILLIAM L HUNTLEY TRUST | 12/4/97 | KROGER TEXAS LP |
| 2515 | 1231 WASHINGTON DURANT, OK 74701 | TRENT INVESTMENTS INC | 7/24/79 | GLN OF DURANT |
| 2576 | 201 COLSTON DRIVE MARIETTA, OK 73448 | SITTON PROPERTIES L L C | 12/11/84 | GLN OF MARIETTA, INC. |
| 2598 | 9461 HIGHWAY 377 SOUTH BENBROOK, TX 76126 | RONALD D BACHRACH | 3/31/78 | BROOKSHIRE GROCERY COMPANY |

6