# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida (Jacksonville)

In re: Winn-Dixie Stores, Inc.          Case No. 05-03817-3F1

Court ID (court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a).
Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr.
P., of the transfer, other than for security, of the claim referenced in this
notice.

**CACTUS HOLDINGS GROUP, LLC**          **J.GORDON ROTHWELL,P.A.**
Name of Transferee                      Name of Transferor

Name and Address where notices and payments
to transferee should be sent:
**CACTUS HOLDINGS GROUP, LLC**
**19487 ROBLE CT.**                     Court Record Address of Transferor
**Saratoga, CA. 95070**                 (Court Use Only)
Phone: **(408) 868-1507**

Last Four Digits of Acct#: _____

Name and Current Address of Transferor:
**J.GORDON ROTHWELL, P.A.**
**Attn: J.G. Rothwell, President**
**560 First Avenue North**
**St. Petersburg, FL 33701**

Last Four Digits of Acct#: _____

Court Claim #(if known): **9210**
Claim Amount: **$62,452.75 (15th Omnibus)**
Date Claim Filed: **July 29, 2005**

I declare under penalty of perjury that the information provided in this notice is true
and correct to the best of my knowledge and belief.

By: *Maya Krish*                        Date: 09/08/06
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5
years or both.  18 U.S.C.  152 & 3571

| ~~DEADLINE TO OBJECT TO TRANSFER ~~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim
Other Than for Security has been filed in the clerk's office of this court as evidence
of transfer.  Objections must be filed with the court within twenty (20) days of the
mailing of this notice.  If no objection is timely received by the court, the
transferee will be substituted as the original claimant without further order of the
court.

Date: _____          **CLERK OF THE COURT**

J. GORDON ROTHWELL, P. A. ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Cr., Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT, Re: WINN-DIXIE STORES, et al., (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to J. GORDON ROTHWELL, P. A. Claims of Assignor in the aggregate amount of $62,452.75 representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court Middle District of Florida - Jacksonville Division, administered as Case No. 05-03817-3F1.  Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1)

IN WITNESS WHEREOF, Assignor has signed below as of the ___8th___ day of ___Sept___, 2006.

(Assignor)                                  (Assignee)
**J. GORDON ROTHWELL, P. A**                 **CACTUS HOLDINGS GROUP, LLC**

Signature: _____               Signature: _____

Name: _J.G. Rothwell_____                   Name: _Maya Krish_____

Title: _president_____                   Title: _Vice President, Credit__

(Assignor)                                  (Assignee)
WITNESS:                                     WITNESS:

Signature: _Lauren Rothwell_                Signature: _____

Name: _Lauren Rothwell___                   Name: _Sue de Guzman____

Title: _Vice President___                   Title: _Credit Manager____



# CACTUS HOLDINGS GROUP, LLC

RECEIVED
CLERK, U.S. BANKRUPTCY COURT

SEP 1 1 2006

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

19487 Roble Court, Saratoga, CA 95070
Tel: (408) 868-1507; Fax: (408) 868-1509

September 8, 2006

US Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 N. Hogan Street, Ste. 3-350
Jacksonville, FL .32202
Attn: Clerk of the Court

SUBJECT:  <u>NOTICE OF TRANSFER OF CLAIM OTHER THAN SECURITY-
CASE #05-03817-3F1</u>

Dear Sir/Madam,

Kindly record and file the attached Transfer of Claim in regards to Case No.05-03817-3F1,
Winn-Dixie Stores, Inc. Please also return a copy with the file stamp in the self-addressed
stamped envelope.

If you have any questions, please do not hesitate to contact us. Thank you for your assistance.

Respectfully,

Sue de Guzman
Credit Manager