**Exhibit B**

Case 3:05-bk-03817-JAF    Doc 10852-2    Filed 09/11/06    Page 1 of 7

## LEASE AMENDMENT

THIS LEASE AMENDMENT is made this 29th day of August, 2000 by and between Winn-Dixie Stores, Inc., a Florida corporation ("Tenant") and Tower Center Associates, Ltd., a Florida limited partnership ("Landlord').

### STATEMENT OF FACTS

A. Landlord and Tenant did heretofore execute and deliver a lease (the "Winn Dixie Lease") covering premises as therein described in shopping center known as "Tower Center" in Gainesville, Florida.

B. The Term of the Winn Dixie Lease commenced on January 17, 1990.

C. Section 37 of the Winn Dixie Lease provided in part as follows:

> "Tenant is hereby granted the option and privilege at any time during the term of this lease, or any extensions thereof, of enlarging its store building by incorporating therein the area to the west side thereof, such addition not to exceed sixty (60) feet in width by two hundred (200) feet in depth. This option may be exercised only at such times as the adjoining storerooms may be vacant, or at five (5) year intervals, it being contemplated that Landlord shall not lease such area to other tenants for in excess of five (5) years, and that Tenant shall have the expansion privilege herein described no later than ten (10) years from the commencement date hereof and at five (5) year intervals thereafter. Landlord shall give notice to Tenant of any such expiration date and, during the period between six (6) months and three (3) months prior to such expiration date, afford to Tenant the opportunity to exercise this option, and upon Tenant giving to Landlord a notice in writing of its exercise thereof, Landlord agrees to construct such addition, or prepare such enlargement area for occupancy by Tenant, at its sole cost and expense, in accordance with plans and specifications to be approved by the parties hereto, with the construction to be completed with all due diligence following the vacation of the necessary area by any other tenant, and the enlarged portion of the building to be of a like quality of construction as the original building for Tenant."

D. Landlord has requested that Section 37 of the Winn Dixie Lease be amended as hereafter provided, and Tenant is willing to agree to such Amendment.

NOW THEREFORE, in consideration of the premises, the sum of $10.00, and other good and valuable consideration in hand paid by each party hereto to the other, the receipt whereof is hereby acknowledged, it is hereby agreed as follows:

00-0443.39.a

1. <u>Incorporation of Statement of Facts</u>. The Statement of Facts is incorporated herein and by this reference made a part hereof.

2. <u>Amendment to Expansion Privilege and Notice Thereof</u>. Section 37 of the Winn Dixie Lease is amended so as to provide that:

   A. Instead of the next expansion privilege being at January 17, 2005 and at 5-year intervals thereafter, that the next expansion period shall be at November 30, 2003 and at 5-year intervals thereafter, and

   B. Instead of the stipulated time for the giving of notice by Landlord to Tenant of the expansion privilege at November 30, 2003, and the time for Tenant to exercise its option between 6 months and 3 months prior thereto, the same is hereby changed so that the time for Winn Dixie to exercise its option shall be between 10 months and 7 months prior to such November 30, 2003 date. Such acceleration of notice to Tenant and time to exercise such option by Tenant will only apply to the November 30, 2003 date and not to any subsequent 5-year interval thereafter.

3. <u>No Further Amendment</u>. Except as herein specifically provided, the Winn Dixie Lease is not otherwise modified.

4. <u>Counterpart Execution</u>. This Lease Amendment may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

5. <u>Facsimiles</u>. A facsimile copy of this instrument and any signatures thereon shall be considered for all purposes as an original hereof.

IN WITNESS WHEREOF, the parties hereto have executed this Lease Amendment as of the date and year first above written.

Signed, sealed and delivered
in the presence of:

_____
Rebecca L. Sawyer

_____
TANYA BEARD
As to Tenant

Winn-Dixie Stores, Inc.

By: _____
Its: Senior Vice President

"TENANT"

2

*[signature]*
*[signature]*

As to Landlord

Tower Center Associates, Ltd., a
Florida Limited Partnership

By:   NDC Real Estate Management, Inc.

By:   *[signature]*
Charles N. Kasza
Its Senior Vice President

Its Agent

"LANDLORD"

3

**Exhibit "D"**

SUPPLEMENTAL LEASE AGREEMENT

THIS SUPPLEMENTAL LEASE AGREEMENT made this 22 day of MARCH, 1990, by and between TOWER CENTER ASSOCIATES, LTD., a Florida limited partnership ("Landlord"), and WINN-DIXIE STORES, INC., a Florida corporation, ("Tenant"), which terms "Landlord" and "Tenant" shall include, wherever the context admits or requires, singular or plural, and the heirs, legal representatives, successors and assigns of the respective parties;

WITNESSETH:

WHEREAS, by Lease Agreement dated as of August 19, 1988, Landlord did lease and demise unto Tenant certain premises located on the east dise of Tower Road, South of Newberry Road (S.R.26), in the City of Gainesville, Alachua County, Florida, for a term of twenty (20) years commencing upon a date dependent upon the completion of certain construction, and upon such other terms and conditions as are set forth herein, a Short Form of said Lease being recorded at the official records of the Clerk of the Circuit Court of Alachua County, Floirda; and

WHEREAS, Tenant has now opened for business in the demised premises and the parties desire to fix the commencement date of said Lease as hereinafter set forth; and

NOW, THEREFORE, in consideration of the premises and other good and valuable considerations in hand paid by Lessor to Lessee, it is mutually agreed as follows:

1. The commencement date of the above-described Lease dated as of August 19, 1988, is fixed as of January 18, 1990, and the expiration of the initial term of twenty years demised therein shall be midnight January 17, 2010.

2. All covenants, terms and conditions of the above-



This instrument was prepared by Wayne E. Ripley, Jr., Attorney-at-Law, whose address is 5350 Edgewood Court, Jacksonville, Florida 32205.

described lease not modified or amended by this Supplemental Lease Agreement are hereby ratified and confirmed.

IN WITNESS WHEREOF, the undersigned have caused this instrument to be executed as of the day and year first above written.

Signed, sealed and delivered
in the presence of:

TOWER CENTER ASSOCIATES, LTD.,
a Florida limited partnership,

By: National Development Communities Land Corporation a Florida corporation, its authorized general partner

_____
As to Landlord

Its _Exec. V._ President

Its _Assist._ Secretary

"LANDLORD"

WINN-DIXIE STORES, INC.

_____
As to Tenant

By _____
Its President

Attest _____
Its Secretary

(CORPORATE SEAL)

TENANT