**<u>Exhibit C</u>**

TOWER CENTER ASSOCIATES
WINN-DIXIE COMMON AREA MAINTENANCE CHARGES
JULY 1, 2005 THRU SEPTEMBER 30, 2005

| VENDOR | DESCRIPTION | AMOUNT | |
|--------|-------------|--------|---|
| GAINSVILLE REGIONAL UTILITIES | SERVICE THRU 07/14/05 | 2,284.85 | |
| | SERVICE THRU 07/14/05 | 126.64 | |
| | SERVICE THRU 07/14/05 | 216.92 | |
| (ELECTRIC SERVICE) | SERVICE THRU 08/11/05 | 2,281.75 | |
| | SERVICE THRU 08/11/05 | 116.23 | |
| | SERVICE THRU 08/11/05 | 226.04 | |
| | SERVICE THRU 09/13/05 | 2,362.92 | |
| | SERVICE THRU 09/13/05 | 163.63 | |
| | SERVICE THRU 09/13/05 | 314.71 | |
| | SUBTOTAL | | 8,093.69 |
| | | | |
| GAINSVILLE REGIONAL UTILITIES | SERVICE THRU 07/14/05 | 92.28 | |
| | SERVICE THRU 07/14/05 | 44.92 | |
| | SERVICE THRU 08/11/05 | 50.00 | |
| (WATER SERVICE) | SERVICE THRU 08/11/05 | 61.83 | |
| | SERVICE THRU 09/13/05 | 70.29 | |
| | SERVICE THRU 09/13/05 | 46.62 | |
| | SUBTOTAL | | 365.94 |
| | | | |
| GAINSVILLE REGIONAL UTILITIES | SERVICE THRU 07/14/05 | 172.80 | |
| | SERVICE THRU 07/14/05 | 81.36 | |
| | SERVICE THRU 08/11/05 | 91.16 | |
| (SEWER SERVICE) | SERVICE THRU 08/11/05 | 114.02 | |
| | SERVICE THRU 09/13/05 | 130.35 | |
| | SERVICE THRU 09/13/05 | 84.63 | |
| | SUBTOTAL | | 674.32 |
| | | | |
| SNG PAVEMENT MARKING | LAWN MAINT AND POWER SWEEP- JULY | 4,879.52 | |
| | LAWN MAINT AND POWER SWEEP-AUGUST | 4,779.52 | |
| | LANDSCAPE ISLANDS | 341.25 | |
| | | | 10,000.29 |
| | | | |
| | | | 0.00 |
| ADMINISTRATVE FEE 5% | | | 956.71 |
| TOTAL COMMON AREA MAINTENANCE COSTS | | | 20,090.95 |
| | | | |
| PRORATION BASED UPON TOTAL SQUARE FOOTAGE | | 166,400.00 | |
| WINN DIXIE SQUARE FOOTAGE | | 44,000.00 | |
| | | | |
| TOTAL-COMMON AREA MAINTENANCE CHARGE | | | 5,312.51 |
| EXPENSES SPECIFIC TO WINN-DIXIE(including 5% administrative fee) | | | 0.00 |
| ALLOCATION OF PROPERTY INSURANCE-SEE ATTACHED | | | 9,306.75 |
| ALLOCATION OF ESTIMATED REAL ESTATE TAXES-SEE ATTACHED | | | 61,169.42 |

**GRU**
www.gru.com

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

ACCOUNT NUMBER 4220057301-7   ROUTE 1480   BILL DATE 07/20/05
CUSTOMER NAME   NATIONAL DEVELOPMENT CORP   COMMERCIAL
SERVICE ADDRESS   7361 NW 4 BLVD

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | PREVIOUS | CURRENT | TYPE | | |
|---|---|---|---|---|---|---|---|---|
| ELECTRIC | C000587 | 06/14/05 | 07/14/05 | | | HM | | |

| | AVERAGE DAILY CONSUMPTION | | |
|---|---|---|---|
| DAYS SERVICE | THIS MONTH | LAST MONTH | 12 MOS AGO |
| 30 | 13.60 | 14.09 | 15.12 |

| ITEM DESCRIPTION | METER READINGS PREVIOUS / CURRENT | METER MULTIPLIER | CALCULATION FACTOR | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | | | | PER MONTH | 8.37 | |
| 1 - 1500 KWH NONDEMAND ENE | 18578 | | 408 | 408 KWH | 0.050900 | 20.77 | |
| OVER 1500 KWH NONDEMAND EN | | | | 0 KWH | 0.057700 | | |
| *COUNTY UTILITY TAX | | | | | | 3.03 | |
| *CITY ELECTRIC SURCHARGE | | | | | | 3.34 | |
| ELECTRIC FUEL ADJUSTMENT | | | 408 | 408 KWH | 0.035000 | 14.28 | |
| *FLORIDA GROSS RECEIPTS TAX | | | | | | 1.19 | |
| *STATE SALES TAX | | | | | | 3.45 | $ 54.43 |
| | | | | | | | |
| 250W SODIUM STREETLIGHT | 18578 18986 ACTUAL | 1.0000 | 1.00000 | | 9.850000 | 1,063.80 | |
| *CITY ELECTRIC SURCHARGE | | | 11124 | 11124 KWH | | 110.11 | |
| *COUNTY UTILITY TAX | 108 UNIT(S) | | | | | 121.40 | |
| ELECTRIC FUEL ADJUSTMENT | | | 11124 | 11124 KWH | 0.035000 | 389.34 | |
| *FLORIDA GROSS RECEIPTS TAX | | | | | | 40.08 | |
| *STATE SALES TAX | | | | | | 116.24 | $ 1,840.97 |
| | | | | | | | |
| 40' CONCRETE POLE CHARGE | 51 UNIT(S) | | | | 7.120000 | 363.12 | |
| *STATE SALES TAX | | | | | | 26.33 | $ 389.45 |

**APPROVED FOR PAYMENT**

TOWER CENTER

Amt. Approved   2,290.90 × ×
Acct. Charged   _____
Vendor #   _____
By _____ Date 7-28
By _____ Date 7-31

| JUL 2005 CHARGES | | | |
|---|---|---|---|
| PREVIOUS BALANCE | $ 2,290.90 | ADJUSTMENT(S) | |
| PAYMENT(S) | $ 2,290.90 - | | |
| PAST DUE BALANCE FORWARD | | | |

PLEASE PAY BY 08/09/05 TO AVOID LATE FEE

THANK YOU FOR YOUR PROMPT PAYMENT

TOTAL AMOUNT DUE   $ 2,284.85

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

**GRU**

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

www.gru.com

ACCOUNT NUMBER 4220476-01-9    ROUTE 1480    BILL DATE 07/20/05
CUSTOMER NAME    NATIONAL DEVELOPMENT CORP    COMMERCIAL
SERVICE ADDRESS    7165 NW 4 BLVD    HM

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER READINGS PREVIOUS | CURRENT | TYPE | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE THIS MONTH | AVERAGE DAILY CONSUMPTION THIS MONTH | LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC | 93165 | 06/14/05 | 07/14/05 | 54263 | 55351 ACTUAL | | 1.0000 | 1.00000 | 30 | 36.27 | 39.27 | 29.15 |

| ITEM DESCRIPTION | CONSUMPTION | UNIT RATE PER MONTH | AMOUNT BILLED |
|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | | 8.37 |
| 1 - 1500 KWH NONDEMAND ENE | 1088 KWH | 0.050900 | 55.38 |
| OVER 1500 KWH NONDEMAND EN | 0 KWH | 0.057700 | |
| *CITY ELECTRIC SURCHARGE | | | 6.64 |
| *COUNTY UTILITY TAX | | | 7.32 |
| ELECTRIC FUEL ADJUSTMENT | 1088 KWH | 0.035000 | 38.08 |
| *FLORIDA GROSS RECEIPTS TAX | | | 2.78 |
| *STATE SALES TAX | | | 8.07 |

**APPROVED FOR PAYMENT**

TOWER CENTER

Amt. Approved _____
Acct. Charged _____
Vendor # _____

By _____ Date _____
By _____ Date _____

PLEASE PAY BY 08/09/05 TO AVOID LATE FEE

| JUL  2005  CHARGES | $ | | 126.64 |
|---|---|---|---|
| PREVIOUS BALANCE | $ | 148.73 | |
| PAYMENT(S) | | 148.73- | ADJUSTMENT(S) |
| PAST DUE BALANCE FORWARD | | | |

THANK YOU FOR YOUR PROMPT PAYMENT

| | TOTAL AMOUNT DUE | $ | 126.64 |
|---|---|---|---|

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

# GRU
www.gru.com

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

| ACCOUNT NUMBER | 42201136-01-5 | ROUTE 1480 | BILL DATE 07/20/05 |
|---|---|---|---|
| CUSTOMER NAME | NATIONAL DEVELOPEMENT CORP | COMMERCIAL | |
| SERVICE ADDRESS | 501 NW 75 ST | SIGN | |

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER READINGS PREVIOUS | CURRENT / TYPE | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE | AVERAGE DAILY CONSUMPTION THIS MONTH | LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC | A007001 | 06/14/05 | 07/14/05 | 62416 | 64320 ACTUAL | 1.0000 | 1.00000 | 30 | 63.47 | 64.85 | 79.67 |

| ITEM DESCRIPTION | CONSUMPTION | UNIT RATE | AMOUNT BILLED |
|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | PER MONTH | 8.37 |
| 1 - 1500 KWH NONDEMAND ENE | 1500 KWH | 0.050900 | 76.35 |
| OVER 1500 KWH NONDEMAND EN | 404 KWH | 0.057700 | 23.31 |
| *CITY ELECTRIC SURCHARGE | | | 11.25 |
| *COUNTY UTILITY TAX | | | 12.40 |
| ELECTRIC FUEL ADJUSTMENT | 1904 KWH | 0.035000 | 66.64 |
| *FLORIDA GROSS RECEIPTS TAX | | | 4.77 |
| *STATE SALES TAX | | | 13.83 |
| | | AMOUNT DUE $ | 216.92 |

JUL 2005 CHARGES

| | | |
|---|---|---|
| PREVIOUS BALANCE | $ | 244.11 |
| PAYMENT(S) | $ | 244.11- |
| PAST DUE BALANCE FORWARD | | ADJUSTMENT(S) |

THANK YOU FOR YOUR PROMPT PAYMENT

PLEASE PAY BY 08/09/05 TO AVOID LATE FEE

| TOTAL AMOUNT DUE | $ | 216.92 |
|---|---|---|

*STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _216.92_
Acct. Charged _6.45000_
Vendor # _____
By ____ Date _7.45000_
By _AC_ Date _7-28_

7/4/65

# GRU

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

www.gru.com

| UTILITY SERVICE | METER NUMBER |
|---|---|
| ELECTRIC | C000587 |

| ACCOUNT NUMBER | 42200573-01-7 | ROUTE 1480 | BILL DATE 08/18/05 |
|---|---|---|---|
| CUSTOMER NAME | NATIONAL DEVELOPEMENT CORP | | COMMERCIAL |
| SERVICE ADDRESS | 7361 NW 4 BLVD | | HM |

| METER READING DATES FROM | TO | METER READINGS PREVIOUS | CURRENT TYPE | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE | AVERAGE DAILY CONSUMPTION THIS MONTH LAST MONTH 12 MOS AGO |
|---|---|---|---|---|---|---|---|
| 07/14/05 | 08/11/05 | 18986 | 19365 ACTUAL | 1.0000 | 1.00000 | 28 | 13.54 13.60 15.66 |

| ITEM DESCRIPTION | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | PER MONTH | 8.37 | |
| 1 - 1500 KWH NONDEMAND ENE | 379 KWH | 0.050900 | 19.29 | |
| OVER 1500 KWH NONDEMAND EN | 0 KWH | 0.057700 | | |
| *COUNTY UTILITY TAX | | | 2.87 | |
| *COUNTY ELECTRIC SURCHARGE | | | 3.16 | |
| ELECTRIC FUEL ADJUSTMENT | 379 KWH | 0.035000 | 13.27 | |
| *FLORIDA GROSS RECEIPTS TAX | | | 1.12 | |
| *STATE SALES TAX | | | 3.25 | |
| | | | | 51.33 |
| 250W SODIUM STREETLIGHT | 108 UNIT(S) | | | |
| *CITY ELECTRIC SURCHARGE | | | 1,063.80 | |
| *COUNTY UTILITY TAX | | | 110.11 | |
| ELECTRIC FUEL ADJUSTMENT | 11124 KWH | 9.850000 | 121.40 | |
| *FLORIDA GROSS RECEIPTS TAX | 11124 KWH | 0.035000 | 389.34 | |
| *STATE SALES TAX | | | 40.08 | |
| | | | 116.24 | |
| | | | | 1,840.97 |
| 40' CONCRETE POLE CHARGE | | 7.120000 | 363.12 | |
| *STATE SALES TAX | | | 26.33 | |
| | | | | 389.45 |

RECEIVED
AUG 22 2005

**APPROVED FOR PAYMENT**
TOWER CENTER
Amt. Approved _____
Acct. Charged _____
Vendor # _____
By _____ Date _____
By _____ Date _____

AUG 2005 CHARGES

| | | |
|---|---|---|
| PREVIOUS BALANCE | $ | 2,284.85 |
| PAYMENT(S) | $ | 2,284.85- |
| PAST DUE BALANCE FORWARD | | |

THANK YOU FOR YOUR PROMPT PAYMENT

PLEASE PAY BY 09/07/05 TO AVOID LATE FEE

ADJUSTMENT(S)

| | TOTAL AMOUNT DUE | $ | 2,281.75 |
|---|---|---|---|

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

**GRU**

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601
www.gru.com

| ACCOUNT NUMBER | 422004476-01-9 | ROUTE 1480 | BILL DATE 08/18/05 |
|---|---|---|---|
| CUSTOMER NAME | NATIONAL DEVELOPEMENT CORP | | COMMERCIAL |
| SERVICE ADDRESS | 7165 NW 4 BLVD | | HM |

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE | AVERAGE DAILY CONSUMPTION THIS MONTH | PAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC | 93165 | 07/14/05 | 08/11/05 | 1.0000 | 1.00000 | 28 | 35.36 | 36.27 | 6.24 |

| ITEM DESCRIPTION | METER READINGS PREVIOUS | CURRENT | TYPE | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | | | | PER MONTH | 8.37 | |
| 1 - 1500 KWH NONDEMAND ENE | 55351 | 56341 ACTUAL | | 990 KWH | 0.050900 | 50.39 | |
| OVER 1500 KWH NONDEMAND EN | | | | 0 KWH | 0.057700 | | |
| *CITY ELECTRIC SURCHARGE | | | | | | 6.12 | |
| *COUNTY UTILITY TAX | | | | | | 6.74 | |
| *ELECTRIC UTILITY TAX | | | | 990 KWH | 0.035000 | 34.65 | |
| *FLORIDA GROSS RECEIPTS TAX | | | | | | 2.55 | |
| *STATE SALES TAX | | | | | | 7.41 | |

RECEIVED
AUG 22 2005

**APPROVED FOR PAYMENT**

TOWER CENTER

Amt. Approved _____
Acct. Charged ____ 11-6.23
Vendor # _____
By _____ Date _____
By _____ Date _____

| | | TOTAL AMOUNT DUE | $ 116.23 |
|---|---|---|---|

AUG 2005 CHARGES

| PREVIOUS BALANCE | $ | 126.64 |
| PAYMENT(S) | $ | 126.64- |
| PAST DUE BALANCE FORWARD | | |

ADJUSTMENT(S)
THANK YOU FOR YOUR PROMPT PAYMENT

PLEASE PAY BY 09/07/06 TO AVOID LATE FEE | $ 116.23

*STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

**GRU**

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

| | |
|---|---|
| ACCOUNT NUMBER | 42201138.01-5 |
| CUSTOMER NAME | NATIONAL DEVELOPEMENT CORP |
| SERVICE ADDRESS | 501 NW 75 ST |

ROUTE 1480   BILL DATE 08/18/05
SIGN   COMMERCIAL

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE | AVERAGE DAILY CONSUMPTION THIS MONTH | LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC | A007001 | 07/14/05 | 08/12/05 | 1.0000 | 1.00000 | 29 | 68.38 | 63.47 | 76.07 |

| ITEM DESCRIPTION | METER READINGS PREVIOUS | CURRENT | TYPE | CONSUMPTION | UNIT RATE PER MONTH | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | | | | | 8.37 | |
| 1 - 1500 KWH NONDEMAND FEE | | | | 1500 KWH | 0.05090 | 76.35 | |
| OVER 1500 KWH NONDEMAND EN | | | | 483 KWH | 0.057700 | 27.87 | |
| CITY ELECTRIC SURCHARGE | | | | | | 11.93 | |
| COUNTY UTILITY TAX | | | | | | 12.93 | |
| ELECTRIC FUEL ADJUSTMENT | 64320 | 66303 ACTUAL | | 1983 KWH | 0.035000 | 69.41 | |
| FLORIDA GROSS RECEIPTS TAX | | | | | | 4.97 | |
| STATE SALES TAX | | | | | | 14.41 | 226.04 |

RECEIVED
AUG 2 4 [illegible]

APPROVED FOR PAYMENT

TOWER CENTER

Amt. Approved    $    256.04
Acct. Charged    [illegible]
Vendor #
By _____  Date 8/23
By _____  Date 8/24

|  | AUG 2005  CHARGES | | |
|---|---|---|---|
| | PREVIOUS BALANCE | $ | 216.92 |
| | PAYMENT(S) | $ | 216.92- |
| | ADJUSTMENT(S) | | |
| | PAST DUE BALANCE FORWARD | | |

THANK YOU FOR YOUR PROMPT PAYMENT

PLEASE PAY BY 09/07/05 TO AVOID LATE FEE

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

| | TOTAL AMOUNT DUE | $ | 226.04 |
|---|---|---|---|

**GRU**
www.gru.com

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

ACCOUNT NUMBER  42200573-01-7   ROUTE  1480   BILL DATE  09/20/05
CUSTOMER NAME  NATIONAL DEVELOPEMENT CORP   COMMERCIAL
SERVICE ADDRESS  7361 NW 4 BLVD

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE | AVERAGE DAILY CONSUMPTION THIS MONTH | LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC | C000587 | 08/11/05 | 09/13/05 | 1.0000 | 1.00000 | 33 | 12.79 | 13.54 | 21.52 |
| | | | | | | | HM | | |

| ITEM DESCRIPTION | METER READINGS PREVIOUS | CURRENT | TYPE | CONSUMPTION | | UNIT RATE PER MONTH | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | | | | | | 21.48 | |
| 1 - 1500 KWH NONDEMAND ENE | 19365 | 19787 ACTUAL | | 422 | KWH | 0.050900 | 8.37 | |
| OVER 1500 KWH NONDEMAND EN | | | | 0 | KWH | 0.057700 | | |
| *COUNTY UTILITY TAX | | | | 422 | KWH | 0.041000 | 3.10 | |
| *CITY ELECTRIC SURCHARGE | | | | | | | 17.30 | |
| ELECTRIC FUEL ADJUSTMENT | | | | 422 | KWH | 0.041000 | 1.29 | |
| *FLORIDA GROSS RECEIPTS TAX | | | | | | | 3.74 | |
| *STATE SALES TAX | | | | | | | | $    58.70 |
| 250W SODIUM STREETLIGHT | | 108 UNIT(S) | | 11124 | KWH | 9.850000 | 1,063.80 | |
| *CITY ELECTRIC SURCHARGE | | | | | | | 110.28 | |
| *COUNTY UTILITY TAX | | | | | | | 121.99 | |
| ELECTRIC FUEL ADJUSTMENT | | | | 11124 | KWH | 0.041000 | 456.08 | |
| *FLORIDA GROSS RECEIPTS TAX | | | | | | | 41.80 | |
| *STATE SALES TAX | | | | | | | 121.22 | $  1,914.77 |
| 40' CONCRETE POLE CHARGE | | 51 UNIT(S) | | | | 7.120000 | 363.12 | |
| *STATE SALES TAX | | | | | | | 26.33 | $    389.45 |

SEP  2005  CHARGES                                                  $     2,362.92

PREVIOUS BALANCE                              $     2,281.75
PAYMENT(S)                                    $     2,281.75
PAST DUE BALANCE FORWARD

THANK YOU FOR YOUR PROMPT PAYMENT

PLEASE PAY BY 10/10/05 TO AVOID LATE FEE

ADJUSTMENT(S)

TOTAL AMOUNT DUE                             $     2,362.92

*STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

APPROVED FOR PAYMENT

TOWER CENTER

Amt. Approved  $  2362.50
Acct. Charged  545000
Vendor #
By _____ Date 9-23
By _____ Date 9-23

gru
www.gru.com

City of Gainesville
301 SE 4th Avenue
Gainesville, Florida 32601

General Regional Utilities

| ACCOUNT NUMBER | 4220947601-9 | ROUTE 1480 | BILL DATE 09/20/05 |
|---|---|---|---|
| CUSTOMER NAME | NATIONAL DEVELOPMENT CORP | COMMERCIAL |
| SERVICE ADDRESS | 7165 NW 4 BLVD |
| | HM |

| UTILITY SERVICE | METER NUMBER | METER READING FROM | DATES TO | METER READINGS PREVIOUS | CURRENT TYPE | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE | AVERAGE DAILY CONSUMPTION THIS MONTH | LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC | 93165 | 08/11/05 | 09/13/06 | | | 1.0000 | 1.00000 | 33 | 40.97 | 35.36 | 40.26 |

| ITEM/DESCRIPTION | METER READINGS PREVIOUS | CURRENT | TYPE | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | | | | PER MONTH | 8.37 | |
| 1 - 1500 KWH NONDEMAND ENE | 56341 | 57693 ACTUAL | | 1352 KWH | 0.050900 | 68.82 | |
| OVER 1500 KWH NONDEMAND EN | | | | 0 KWH | 0.057700 | | |
| *CITY ELECTRIC SURCHARGE | | | | | | 8.06 | |
| *COUNTY UTILITY TAX | | | | 1352 KWH | 0.041000 | 8.88 | |
| ELECTRIC FUEL ADJUSTMENT | | | | | | 55.43 | |
| *FLORIDA GROSS RECEIPTS TAX | | | | | | 3.61 | |
| *STATE SALES TAX | | | | | | 10.46 | |
| | | | | | | $ | $ 163.63 |

APPROVED FOR PAYMENT

TOWER CENTER

Amt. Approved _____
Acct. Charged _____
Vendor # _____
By _____ Date 9/23
By _____ Date 9/23

| SEP 2005 CHARGES | | | |
|---|---|---|---|
| PREVIOUS BALANCE | $ | 116.23 | |
| PAYMENT(S) | $ | 116.23- | |
| PAST DUE BALANCE FORWARD | ADJUSTMENT(S) | |
| THANK YOU FOR YOUR PROMPT PAYMENT | | |

PLEASE PAY BY 10/10/05 TO AVOID LATE FEE

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

| TOTAL AMOUNT DUE | $ | 163.63 |
|---|---|---|

**GRU**
www.gru.com

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

ACCOUNT NUMBER 42201138-01-5   ROUTE 1480   BILL DATE 09/20/05
CUSTOMER NAME   NATIONAL DEVELOPEMENT CORP   COMMERCIAL
SERVICE ADDRESS   501 NW 75 ST
SIGN

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE THIS MONTH | AVERAGE DAILY CONSUMPTION THIS MONTH | LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|
| ELECTRIC | A007001 | 08/12/05 | 09/13/05 | 1.0000 | 1.00000 | 32 | 81.34 | 68.38 | 82.74 |

| ITEM DESCRIPTION | METER READINGS PREVIOUS | CURRENT | TYPE | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| ELECTRIC CUSTOMER CHARGE | | | | | PER MONTH | 8.37 | |
| 1 - 1500 KWH NONDEMAND ENE | 66303 | 68906 ACTUAL | | 1500 KWH | 0.050900 | 76.35 | |
| OVER 1500 KWH NONDEMAND EN | | | | 1103 KWH | 0.057700 | 63.64 | |
| *CITY ELECTRIC SURCHARGE | | | | | | 15.49 | |
| *COUNTY UTILITY TAX | | | | | | 17.08 | |
| ELECTRIC FUEL ADJUSTMENT | | | | 2603 KWH | 0.041000 | 106.72 | |
| *FLORIDA GROSS RECEIPTS TAX | | | | | | 6.94 | |
| *STATE SALES TAX | | | | | | 20.12 | $ 314.71 |

PLEASE PAY BY 10/10/05 TO AVOID LATE FEE

| SEP 2005 CHARGES | | | $ 314.71 |
|---|---|---|---|
| PREVIOUS BALANCE | $ 226.04 | | |
| PAYMENT(S) | $ 226.04- | ADJUSTMENT(S) | |
| PAST DUE BALANCE FORWARD | | | |
| THANK YOU FOR YOUR PROMPT PAYMENT | | TOTAL AMOUNT DUE | $ 314.71 |

**APPROVED FOR PAYMENT**
TOWER CENTER
Amt. Approved   314.71
Acct. Charged   6456010
Vendor #
By _____ Date 9-23
By _____ Date 9-23

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

**GRU**
www.gru.com

City of Gainesville
Gainesville Regional Utilities
301 SE 4th Avenue
Gainesville, Florida 32601

ACCOUNT NUMBER 4220-0379-01-2   ROUTE 1480   BILL DATE 07/20/05
CUSTOMER NAME   NATIONAL DEVELOPEMENT CORP   COMMERCIAL
SERVICE ADDRESS   7361 NW 4 BLVD   WATER

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE THIS MONTH | AVERAGE DAILY CONSUMPTION THIS MONTH | LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|
| WATER | 49186749 | 06/14/05 | 07/14/05 | 1.0000 | 1.00000 | 30 | 1.73 | 1.24 | 1.09 |

| ITEM DESCRIPTION | METER READINGS PREVIOUS | CURRENT | METER TYPE | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| WATER CUSTOMER CHARGE | 6618 | 6670 ACTUAL | | 52 KGALS | PER MONTH 1.230000 | 3.15 | |
| WATER CONSUMPTION CHARGE | | | | | | 63.96 | |
| *CITY WATER SURCHARGE | | | | | | 16.78 | |
| *COUNTY UTILITY TAX | | | | | | 8.39 | $ 92.28 |
| WASTEWATER CUSTOMER CHARGE | | ACTUAL | | 52 KGALS | PER MONTH 2.612500 | 2.39 | |
| WASTEWATER USAGE CHARGE | | | | | | 135.85 | |
| *CITY WASTEWATER SURCHARGE | | | | | | 34.56 | $ 172.80 |

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _92.28_
Acct. Charged _6-65-3102_
Vendor # _____
By _____ Date _7-23_
By _MC_ Date _7-28_

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _172.80_
Acct. Charged _6-65-3102_
Vendor # _____
By _____ Date _7-28_
By _MC_ Date _7-28_

JUL 2005 CHARGES

| | | AMOUNT DUE |
|---|---|---|
| | PLEASE PAY BY 08/09/05 TO AVOID LATE FEE | $ 265.08 |
| PREVIOUS BALANCE | $ 210.56 | |
| PAYMENT(S) | $ 210.56- | |
| PAST DUE BALANCE FORWARD | ADJUSTMENT(S) | |
| | THANK YOU FOR YOUR PROMPT PAYMENT | |

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

| TOTAL AMOUNT DUE | $ 265.08 |
|---|---|

# GRU

www.gru.com

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

ACCOUNT NUMBER 422000042-01-7    ROUTE 1480  BILL DATE 07/20/05
CUSTOMER NAME     NATIONAL DEVELOPEMENT CORP  COMMERCIAL
SERVICE ADDRESS   7165 NW 4 BLVD          WATER

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | DAYS SERVICE THIS MONTH | AVERAGE DAILY CONSUMPTION LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|
| WATER | 61693876 | 06/14/05 | 07/14/05 | 30 | 0.73 | 2.36 |

| ITEM DESCRIPTION | METER READINGS PREVIOUS | CURRENT | TYPE | METER MULTIPLIER | CALCULATION FACTOR | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| WATER CUSTOMER CHARGE | | | | | | | PER MONTH | 3.15 | |
| WATER CONSUMPTION CHARGE | 1648 | 1672 | ACTUAL | 1.0000 | 1.00000 | 24 KGALS | 1.230000 | 29.52 | |
| WATER SURCHARGE | | | | | | | | 8.17 | |
| *CITY WATER SURCHARGE | | | | | | | | | |
| *COUNTY UTILITY TAX | | | | | | | | 4.08 | 44.92 |
| WASTEWATER CUSTOMER CHARGE | | | ACTUAL | 1.0000 | 1.00000 | 24 KGALS | PER MONTH | 2.39 | |
| WASTEWATER USAGE CHARGE | | | | | | | 2.612500 | 62.70 | |
| *CITY WASTEWATER SURCHARGE | | | | | | | | 16.27 | 81.36 |

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved $1.36
Acct. Charged 6.45.3.72
Vendor #
By ___ Date 7-28
By ___ Date 7-28

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved 44.92
Acct. Charged 6.45.3.05
Vendor #
By ___ Date 7-28
By ___ Date 7-28

JUL 2005 CHARGES                                                           126.28

|   |   |   |
|---|---|---|
| PREVIOUS BALANCE | $ | PLEASE PAY BY 08/09/05 TO AVOID LATE FEE |
| PAYMENT(S) | $ | ADJUSTMENT(S) |
| PAST DUE BALANCE FORWARD | | THANK YOU FOR YOUR PROMPT PAYMENT |

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

| TOTAL AMOUNT DUE | $ | 126.28 |
|---|---|---|

**GRU**
www.gru.com

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

ACCOUNT NUMBER  42200042-01-7    ROUTE 1480  BILL DATE 08/18/05
CUSTOMER NAME  NATIONAL DEVELOPEMENT CORP  COMMERCIAL
SERVICE ADDRESS  7165 NW 4 BLVD    WATER

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER MULTIPLIER | CALCULATION FACTOR | DAYS SERVICE THIS MONTH | AVERAGE DAILY CONSUMPTION LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|
| WATER | 61693876 | 07/14/05 | 08/11/05 | 1.0000 | 1.00000 | 28 | 0.96 | 0.80 | 2.76 |

| ITEM DESCRIPTION | METER READINGS PREVIOUS | CURRENT | TYPE | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| WATER CUSTOMER CHARGE |  |  |  |  | PER MONTH |  |  |
| WATER CONSUMPTION CHARGE | 1672 | 1699 ACTUAL |  | 27 KGALS | 1.230000 | 3.15 |  |
| • WATER SURCHARGE |  |  |  |  |  | 33.21 |  |
| • COUNTY UTILITY TAX |  |  |  |  |  | 9.09 |  |
|  |  |  |  |  |  | 4.55 |  |
| WASTEWATER CUSTOMER CHARGE |  |  |  |  | PER MONTH |  |  |
| WASTEWATER USAGE CHARGE |  |  | ACTUAL | 27 KGALS | 2.612500 | 2.39 |  |
| • CITY WASTEWATER SURCHARGE |  |  |  |  |  | 70.54 |  |
|  |  |  |  |  |  | 18.23 | $ 91.16 |

RECEIVED
AUG 22 2005

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _____
Acct. Charged __6.45.30.2__
Vendor # _____
By ____ Date 8/23
By ____ Date 8/24

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved 9.1.16
Acct. Charged 6.45.30.2
Vendor # _____
By ____ Date 8/23
By ____ Date 8/24

AUG 2005 CHARGES

| | |
|---|---|
| PREVIOUS BALANCE | $ 126.28 |
| PAYMENT(S) | 126.28 - |
| PAST DUE BALANCE FORWARD | $ |
|  | ADJUSTMENT(S) |
| | $ 141.16 |

PLEASE PAY BY 09/07/05 TO AVOID LATE FEE
THANK YOU FOR YOUR PROMPT PAYMENT

• STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

| TOTAL AMOUNT DUE | $ 141.16 |
|---|---|

**GRU**

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

| ACCOUNT NUMBER | 422003279-01-2 | ROUTE 1480 | BILL DATE 08/18/05 |
| CUSTOMER NAME | NATIONAL DEVELOPEMENT CORP | COMMERCIAL |
| SERVICE ADDRESS | 7361 NW 4 BLVD | WATER |

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO |
|---|---|---|---|
| WATER | 49186749 | 07/14/05 | 08/11/05 |

| ITEM DESCRIPTION | METER READINGS PREVIOUS - CURRENT | METER TYPE | METER MULTIPLIER | CONSUMPTION | CALCULATION FACTOR | DAYS SERVICE | --- AVERAGE DAILY CONSUMPTION --- THIS MONTH | LAST MONTH | 12 MOS AGO | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1.0000 | | 1.00000 | 28 | 1.21 | 1.73 | 1.66 | | | |
| *WATER CUSTOMER CHARGE | | | | | | | | | | PER MONTH 1.230000 | 3.15 | |
| WATER CONSUMPTION CHARGE | 6670 | 6704 ACTUAL | | 34 KGALS | | | | | | | 41.82 | |
| *CITY WATER SURCHARGE | | | | | | | | | | | 11.24 | |
| *COUNTY UTILITY TAX | | | | | | | | | | | 5.62 | 61.83 |
| WASTEWATER CUSTOMER CHARGE | | ACTUAL | | 34 KGALS | | | | | | PER MONTH 2.612500 | 2.39 | |
| WASTEWATER USAGE CHARGE | | | | | | | | | | | 88.83 | |
| *CITY WASTEWATER SURCHARGE | | | | | | | | | | | 22.80 | 114.02 |

RECEIVED
AUG 22 2005

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _____
Acct. Charged _____
Vendor # _____
By _____ Date 8/23
By _____ Date 8/24

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _____
Acct. Charged _____
Vendor # _____
By _____ Date 8/23
By _____ Date 8/24

| AUG 2005   CHARGES | | $ | 175.85 |
|---|---|---|---|
| PREVIOUS BALANCE | | $ | 265.08 |
| PAYMENT(S) | | $ | 265.08- |
| PAST DUE BALANCE FORWARD | ADJUSTMENT(S) | | |
| *STATE AND LOCAL CHARGES (SEE REVERSE SIDE OF BILL FOR EXPLANATION) | | | |

PLEASE PAY BY 09/07/05 TO AVOID LATE FEE

THANK YOU FOR YOUR PROMPT PAYMENT

| TOTAL AMOUNT DUE | $ | 175.85 |

**GRU**
www.gru.com
City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

| ACCOUNT NUMBER | 4220037901-2 | ROUTE 1480 | BILL DATE 03/20/05 |
| CUSTOMER NAME | NATIONAL DEVELOPEMENT CORP | COMMERCIAL |
| SERVICE ADDRESS | 7361 NW 4 BLVD | WATER |

| | AVERAGE DAILY CONSUMPTION | |
| THIS MONTH | LAST MONTH | 12 MOS AGO |
| 1.18 | 1.21 | 1.19 |

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER READINGS PREVIOUS | CURRENT | TYPE | METER MULTIPLIER FACTOR | CALCULATION | DAYS SERVICE | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER | 49186749 | 08/11/05 | 09/13/05 | | | | 1.0000 | 1.00000 | 33 | | | | |

ITEM DESCRIPTION

| | | | |
|---|---|---|---|
| WATER CUSTOMER CHARGE | 6704 | 6743 ACTUAL | 39 KGALS | PER MONTH 1.230000 | 3.15 | $  78.29 |
| WATER CONSUMPTION CHARGE | | | | | 47.97 | |
| •CITY WATER SURCHARGE | | | | | 12.78 | |
| •COUNTY UTILITY TAX | | | | | 6.39 | |
| | | | | | | |
| WASTEWATER CUSTOMER CHARGE | | ACTUAL | 39 KGALS | PER MONTH 2.612500 | 2.39 | $ 130.35 |
| WASTEWATER USAGE CHARGE | | | | | 101.89 | |
| •CITY WASTEWATER SURCHARGE | | | | | 26.07 | |

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved 130.35
Acct. Charged
Vendor #
By _____ Date 9-23
By _____ Date 9-23

APPROVED FOR PAYMENT
TOWER CENTER 70.9
Amt. Approved 69.9(70)
Acct. Charged
Vendor #
By _____ Date 9-23
By _____ Date 9-23

| SEP 2005 CHARGES | | | $ 200.64 |
|---|---|---|---|
| PREVIOUS BALANCE | $ 175.85 | | |
| PAYMENT(S) | $ 175.85- | | |
| PAST DUE BALANCE FORWARD | | ADJUSTMENT(S) | |

THANK YOU FOR YOUR PROMPT PAYMENT

PLEASE PAY BY 10/10/05 TO AVOID LATE FEE

| TOTAL AMOUNT DUE | $ 200.64 |
|---|---|

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

**GRU**
www.gru.com

City of Gainesville
Gainesville Regional Utilities
301 S.E. 4 Avenue
Gainesville, Florida 32601

ACCOUNT NUMBER 4220002-01-7   ROUTE 1480  BILL DATE 09/20/05
CUSTOMER NAME   NATIONAL DEVELOPMENT CORP   COMMERCIAL
SERVICE ADDRESS   7165 NW 4 BLVD   WATER

| UTILITY SERVICE | METER NUMBER | METER READING DATES FROM | TO | METER READINGS PREVIOUS | CURRENT | TYPE | METER MULTIPLIER | CALCULATION FACTOR | CONSUMPTION | DAYS SERVICE | AVERAGE DAILY CONSUMPTION THIS MONTH | LAST MONTH | 12 MOS AGO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WATER | 61693876 | 08/11/05 | 09/13/05 | 1699 | 1724 | ACTUAL | 1.0000 | 1.00000 | 25 KGALS | 33 | 0.76 | 0.96 | 1.58 |

| ITEMS DESCRIPTION | CONSUMPTION | UNIT RATE | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|---|
| WATER CUSTOMER CHARGE | | PER MONTH 1.230000 | 3.15 | |
| WATER CONSUMPTION CHARGE | 25 KGALS | | 30.75 | |
| *CITY WATER SURCHARGE | | | 8.48 | |
| *COUNTY UTILITY TAX | | | 4.24 | |
| | | | | $ 46.62 |
| WASTEWATER CUSTOMER CHARGE | | PER MONTH 2.612500 | 2.39 | |
| WASTEWATER USAGE CHARGE | 25 KGALS | | 65.31 | |
| *CITY WASTEWATER SURCHARGE | | | 16.93 | |
| | | | | $ 84.63 |

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _46.62_
Acct. Charged _6∨5(c)_
Vendor #___
By _____ Date _9-23_
By _____ Date _9-23_

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _84.63_
Acct. Charged _6∨5 3(c)_
Vendor #___
By _____ Date _9-23_
By _____ Date _9-23_

SEP  2005  CHARGES

PLEASE PAY BY 10/10/05 TO AVOID LATE FEE

| | | AMOUNT DUE |
|---|---|---|
| PREVIOUS BALANCE | $ | |
| PAYMENT(S) | $ | |
| PAST DUE BALANCE FORWARD | | $ 131.25 |
| ADJUSTMENT(S) | | |
| 141.16 | | |
| 141.16— | | |

THANK YOU FOR YOUR PROMPT PAYMENT

* STATE AND LOCAL CHARGES
(SEE REVERSE SIDE OF BILL FOR EXPLANATION)

TOTAL AMOUNT DUE   $ 131.25

# SnG PAVEMENT MARKING, INC.

1104 N.W. 50th AVENUE, STE A
GAINESVILLE, FL  32609
(352)  378-2636
(352)  378-0905 / FAX

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2005 | 15279 |

RECEIVED
AUG - 1 2005

BILL TO

TOWER CENTER ASSOCIATES
NDC REAL ESTATE MANAGEMENT, INC.
ATTN: ANN DEPACE
1001 THIRD AVENUE WEST  SUITE 600
BRADENTON, FL  34205

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| JULY/2005 | Due on recpt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | JOB:  TOWER CENTER - N.W. 4TH BLVD.<br>         GAINESVILLE, FL | | |
| | GROUNDS MAINTENANCE CONTRACT - INCLUDES<br>SEVEN (7) DAY POWER SWEEPING / LAWN<br>MAINTENANCE (Per Contract) | 4,831.21 | 4,831.21 |
| | FUEL SURCHARGE FEE - 1% | 48.31 | 48.31 |

71489

APPROVED FOR PAYMENT
TOWER CENTER
Amt. Approved _4879.52_
Acct. Charged _65004_
Vendor #_____
By _____ Date _8/4_
By _____ MF Date _8/5_

WE APPRECIATE YOUR BUSINESS!
** 1.5%  INTEREST CHARGED ON ACCOUNTS OVER 30 DAYS **

**Total**        $4,879.52

# SnG PAVEMENT MARKING, INC.

1104 N.W. 50th AVENUE, STE A
GAINESVILLE, FL   32609
(352)   378-2636
(352)   378-0905 / FAX

RECEIVED

AUG 29 2005

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2005 | 15443 |

BILL TO

TOWER CENTER ASSOCIATES
NDC REAL ESTATE MANAGEMENT, INC.
ATTN: ANN DePACE
1001 THIRD AVENUE WEST   SUITE 600
BRADENTON, FL   34205

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| AUG/2005 | Due on recpt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | JOB:   TOWER CENTER - N.W. 4TH BLVD. GAINESVILLE, FL | | |
| | GROUNDS MAINTENANCE CONTRACT - INCLUDES SEVEN (7) DAY POWER SWEEPING / LAWN MAINTENANCE (Per Contract) | 4,831.21 | 4,831.21 |
| | FUEL SURCHARGE FEE - 1% | 48.31 | 48.31 |

*Per TJ Credit*
*# 50⁰⁰ asphalt damage*
*50⁰⁰ Water lost due*
*$100 To leak*

```
APPROVED FOR PAYMENT
     TOWER CENTER
Amt. Approved   4779.52
Acct. Charged   65200Y
Vendor #
By _____ Date  9-6
By _____ Date  9-7
```

WE APPRECIATE YOUR BUSINESS!
** 1.5%  INTEREST CHARGED ON ACCOUNTS OVER 30 DAYS **

**Total**          $4,879.52

PROPERTY INSURANCE

| | | |
|---|---|---|
| Property premium for 3-1-05 thru 6-1-06 | 13,833.21 | |
| Total sq footage of Center | 65,400 | |
| Sq. Footage of Winn-Dixie store | 44,000 | |
| Net property insurance due | | 9,306.75 |

ESTIMATED REAL ESTATE TAXES

| | | |
|---|---|---|
| Total 2004 taxes plus estimated 5% increase | 90,920.00 | |
| Total sq footage of Center | 65,400 | |
| Sq. Footage of Winn-Dixie store | 44,000 | |
| Net estimated Real Estate Taxes due | | 61,169.42 |

# MARSH

LAK

Marsh USA Inc.
Pittsburgh, PA - 219
(412) 552-5000

| Invoice No. |
|---|
| 289714 |

Date:   6/16/05

Attn:  Robin L. Marshall
Midland Loan Services, Inc.
P. O. Box 419127
Kansas City, MO 64141

| Effective Date | Expiration Date | Client No. |
|---|---|---|
| 6/01/05 | 6/01/06 | S28083 |

Policyholder:  TOWER CENTER

ENDORSEMENT        Billing Effective Date:  6/01/05

| Insurer | Policy No. | Type of Coverage / Item | Amount |
|---|---|---|---|
| TRAVELERS IND. | KTK-CMB-296T577-1- | PROP/ALL RISK    PREMIUM | 11,351.63 |
| ZURICH AMER | GL0 8979293-04 | GEN LIABILITY    PREMIUM | 6,505.05 |
| AMERICAN GUAR | AUC 3669506-05 | UMB/EXCESS        PREMIUM | 1,514.94 |
| | | REMIT IN:   UNITED STATES DOLLARS | |
| | INSURANCE PREMIUMS DUE FOR 6/1/05-06 POLICY PERIOD LOAN #94-0923138 | | |

Please indicate Invoice # 289714
on your remittance to:

Marsh USA Inc.
P.O. Box  360195
Pittsburgh, PA 15251-6195

TOTAL:      19,371.62

Invoice Is Payable In Full Upon Receipt

Marsh earns and retains interest income on premium payments held by Marsh on behalf of insurers during the period between receipt of such payments from clients and the time such payments are remitted to the applicable insurer, where permitted by law.

## OFFICE COPY

# MARSH

Marsh USA Inc.
Pittsburgh, PA - 219
(412) 552-5000

| Invoice No. |
|---|
| 287051 |

## ORIGINAL INVOICE

Date: 2/04/05

Attn: Robin L. Marshall
Midland Loan Services, Inc.
P. O. Box 419127
Kansas City, MO 64141

| Effective Date | Expiration Date | Client No. |
|---|---|---|
| 3/01/04'5 | 6/01/05 | S28083 |

Policyholder: **TOWER CENTER**

ENDORSEMENT        Billing Effective Date: 3/01/05

| Insurer | Policy No. | Type of Coverage / Item | Amount |
|---|---|---|---|
| ZURICH AMER | GL0 8979293-03 | GEN LIABILITY    PREMIUM | 1,938.49 |
| AMERICAN GUAR | AUC 3669506-04 | UMB/EXCESS      PREMIUM | 473.12 |
| TRAVELERS | KTQ-CMB-545D419-5- | PROP/ALL RISK  PREMIUM | 2,481.58 |

REMIT IN:   UNITED STATES DOLLARS

INSURANCE PREMIUMS DUE FOR 3-MONTH
EXTENSION OF POLICIES.
LOAN NUMBER 94-0923138

Please Indicate Invoice # 287051
on your remittance to:

Marsh USA Inc.
P.O. Box  360195
Pittsburgh, PA  15251-6195

TOTAL:       4,893.19

### Invoice Is Payable In Full Upon Receipt

Marsh is compensated for the services it provides to insureds in the form of transaction fees and/or commissions. In addition to such compensation and to any wholesale brokerage commissions, prior to October 1, 2004 Marsh had market services agreements ("MSAs") with most of its principal insurance markets through which it was paid for services provided to the markets. Payments under MSAs were based upon such factors as the overall volume, growth, and in limited cases, profitability of the total business placed by Marsh with a given insurer during the relevant period. Effective October 1, 2004, Marsh has permanently ended the practice of receiving any form of contingent commission compensation from insurers. Clients who wish additional information with respect to payments to Marsh under MSAs should contact their client executive.