F I L E D
JACKSONVILLE, FLORIDA

SEP 1 1 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al | ) | Chapter 11 |
| Debtors | ) | Jointly Administered |

### MOTION PRO HAC VICE

I, Joseph M. Saloom, respectfully apply to this Court for permission to appear as counsel *pro hac vice* in the above-styled case, and respectfully show as follows:

1.  My home address is: 6543 Eastwood Glen Drive, Montgomery, AL 36117.  My office address is ROUNTREE, & ASSOCIATES, LLC., 448 St. Lukes Drive, Montgomery, AL 36117.

2.  I am an attorney with the law firm of ROUNTREE, & ASSOCIATES, LLC counsel for Creditor Susie Daniel in the above-styled case.

3.  I am admitted to practice in the following courts:

    All trial level courts in the State of Alabama (2000)

    United States Court of The Middle District of Alabama (2000)

4.  I am a member of good standing of the State Bar of Alabama.

5.  Neither I nor any member of my firm has ever been held in contempt of court or censured, suspended or disbarred by any Court.

6.  As to matters arising during or pertaining to the above-entered cause, I subject myself to the full disciplinary powers of this Court to the same extent as if I were fully admitted to practice in the Middle District of Florida.

7.    I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this 8th day of September, 2006.

Joseph M. Saloom
Alabama Bar No. ASB-0498-O60J

OF COUNSEL:
ROUNTREE & ASSOCIATES, LLC
448 St. Lukes Drive
Montgomery, AL 36117
(334) 270-8291
Fax: 334-270-8294