**F I L E D**
JACKSONVILLE, FLORI[DA]

SEP 1 1 2006

CLERK, U. S. BANKRUPTCY CO[URT]
MIDDLE DISTRICT OF FLORID[A]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al | ) | Chapter 11 |
| Debtors | ) | Jointly Administered |

## MOTION TO LIFT AUTOMATIC STAY

**COME NOW THE CREDITOR**, Susie Daniel, to pray for relief from the automatic stay in this case, and in support of which would show the Court as follows:

1. Debtor has filed a bankruptcy petition under Chapter 11 of the Code in this Court.

2. Creditor has unliquidated claims against Debtor, insured by a third party, to which she has had no relief even after lengthy negotiations.

3. Creditor avers that there is a third party which is responsible for the damages to the Creditor, and that she is not at this time pursuing the Debtor for damages.

4. Creditor has filed for relief in the State Courts of Alabama.

5. Creditor requests this court to lift the stay to allow the State court proceeding in the Circuit Court of Elmore County, Alabama to go forward to conclusion to allow Creditors to liquidate their claims to a sum certain.

WHEREFORE, THE PREMISES CONSIDERED, Creditors pray that this Court will grant them relief from the operation of the automatic stay provisions of 11 U.S.C. § 362.

RESPECTFULLY SUBMITTED, this 8th day of September, 2006

_____
Joseph M. Saloom
Attorney for Susie Daniel

OF COUNSEL:
**Rountree & Associates, LLC**
448 Saint Lukes Drive
Montgomery, Al. 36117
Phone: (334) 270-8291
Fax: (334) 270-8294

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing upon the following persons or entities by placing a copy of the same in the United States mail, postage prepaid and properly addressed on this the 8th day of September, 2006.

D. J. Baker
Sally MacDonald Henry
Rosalie Gray
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
Four Times Square
New York, New York 10036

Stephen D. Busey
James H. Post
Leanne McNight Prendergast
**SMITH, HULSEY & BUSEY**
225 Water Street
Suite 1800
Jacksonville, FL 32202

Randall Morgan
**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
P.O. Box 116
Montgomery, AL 36101

                                          Joseph M. Saloom