09/01/06
Mr. Wesley E. McCall
5112 Greensboro Dr.
Montgomery, Al. 36108

F I L E D
JACKSONVILLE, FLORIDA

SEP 1 1 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Cc:
Rosalie Walker Gray, Skadden, Arps Slate, Meagher ,& From.
Cynthia C. Jackson, Smith, Hulsey, & Busey.
Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP.
To: The U.S. Bankruptcy Court Middle District of Florida;

I, Wesley E. McCall, a holder of Winn Dixie Interests(Plan Class 21) Do hereby object to confirmation of the plan.

It is my sincere belief that the bankruptcy of Winn Dixie Stores Inc. is directly attributed to mismanagement of those running the corporation. Therefore the loss of capitol due to a sound and good faith investment as made by myself should not be burdened unto me.

I provided loyal to service to the corporation for approximately seven years, thus giving me an internal view of the company, the company showed steady growth as well as stock gains yearly, until changes at the helm.

It it my sincere belief that I, as a stockholder should not be forced to forfeit my hard earned investments. Therefore I must object to any plan allowing such a procedure.

Sincerely,
Mr. Wesley E. McCall

*Wesley E. McCall*