# EXHIBIT "B"

# MARSH — EVIDENCE OF PROPERTY INSURANCE

**CERTIFICATE NUMBER:** ATL-000251292-09

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER OTHER THAN THOSE PROVIDED IN THE POLICY. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES LISTED HEREIN.

**PRODUCER**
MARSH USA INC.
3475 PIEDMONT ROAD. N E
SUITE 1200
ATLANTA, GA 30305
Attn: Grace Wey (404)995-2874   fax (404)760-5720

J25376-5,000.-prop.-2005         STORE 1417

**COMPANY**
LEXINGTON INSURANCE CO

LEXINGTON INSURANCE CO. (Atlanta) 7471523
LEXINGTON INS. CO. (London) DP414705
LLOYD'S OF LONDON D428205
SR INTERNATIONAL BUS INS. CO. LTD
MH3581281
EVEREST RE DP800388A

**INSURED**
Winn-Dixie Stores Inc
Attn: Dale Bitter
5050 Edgewood Court
Jacksonville FL 32203-0297

**LOAN NUMBER**

**POLICY NUMBER:** (See Avove)

**EFFECTIVE DATE (MM/DD/YY):** 04/30/05
**EXPIRATION DATE (MM/DD/YY):** 04/30/06
**CONT. UNTIL TERMINATED IF CHECKED:** ☐

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

**LOCATION / DESCRIPTION**

Guardian Life Insurance Company of America, 7 Hanover Square, New York, NY 10004-2616 is included as Mortgagee and Loss Payee; The Benenson Capital Company, Charles B. Benenson and Tineb Associates c/o Tak-Full Consultants, Ltd., and Bundy New Orleans Co., LLC are included as additional insureds all as their interest may appear as respects Store # 1417 - 7135 Bundy Road, New Orleans, LA 70127.

## COVERAGE INFORMATION

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED HEREIN HAVE BEEN ISSUED TO THE INSURED NAMED HEREIN FOR THE POLICY PERIOD INDICATED NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THE CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES LISTED HEREIN IS SUBJECT TO ALL THE TERMS CONDITIONS AND EXCLUSIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGES / PERILS / FORMS | AMOUNT OF INSURANCE ($) | DEDUCTIBLE |
|---|---|---|
| "ALL RISK" OF DIRECT PHYSICAL LOSS OR DAMAGE INCLUDING FLOOD AND EARTHQUAKE AND NAMED WINDSTORM ON REAL AND PERSONAL PROPERTY INCLUDING IMPROVEMENTS SUBJECT TO POLICY TERMS AND CONDITIONS | 25,000,000 | |
| BUSINESS INTERRUPTION | | |
| REPLACEMENT COST. | | |
| NO COINSURANCE. | | |
| 12 MTH ACTUAL LOSS SUSTAINED | | |
| TERRORISM INCLUDED | | |
| ORDINANCE OF LAW | | |
| BOILER & MACHINERY | | |

## REMARKS (Including Special Conditions)

## CANCELLATION

SHOULD ANY OF THE POLICIES LISTED HEREIN BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF THE INSURER AFFORDING COVERAGE WILL ENDEAVOR TO MAIL **30** DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED HEREIN BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER AFFORDING COVERAGE ITS AGENTS OR REPRESENTATIVES OR THE ISSUER OF THIS CERTIFICATE

## CERTIFICATE HOLDER

**NAME AND ADDRESS**
The Benenson Capital Company
c/o Tak-Full Consultants, LTD.
777 Westchester Avenue
White Plains NY 10604

**NATURE OF INTEREST**
[X] MORTGAGEE     [X] ADDITIONAL INSURED
[X] LOSS PAYEE    [ ] (OTHER)

MARSH USA INC.
BY Frank Kinnett  *Frank Kinnett*

MM3 (3/02)    **VALID AS OF:** 05/04/05

## ADDITIONAL INFORMATION

ATL-000251292-09  
DATE (MM/DD/YY) 05/04/05

| PRODUCER | COMPANIES AFFORDING COVERAGE |
|---|---|
| MARSH USA INC.<br>3475 PIEDMONT ROAD. N.E.<br>SUITE 1200<br>ATLANTA, GA 30305<br>Attn: Grace Wey (404)995-2874  fax (404)760-5720<br><br>J25376-5,000-prop.-2005       STORE 1417 | COMPANY E |
| | COMPANY F |
| **INSURED**<br>Winn-Dixie Stores, Inc.<br>Attn: Dale Bitter<br>5050 Edgewood Court<br>Jacksonville, FL 32203-0297 | COMPANY G |
| | COMPANY H |

### TEXT

TRAVELERS IDEMNITY OF ILLINOIS  
BM21961X9218

ILLINOIS UNION INS. CO.  
TERD3584465A

THE EVEREST RE # DP800388A PLACEMENT WAS MADE BY MARSH GLOBAL BROKING (BERMUDA) LTD.. MARSH USA INC HAS ONLY ACTED IN THE ROLE OF A CONSULTANT TO THE CLIENT WITH RESPECT TO THIS PLACEMENT, WHICH IS INDICATED HERE FOR YOUR CONVENIENCE

### CERTIFICATE HOLDER

The Benenson Capital Company  
c/o Tak-Full Consultants, LTD.  
777 Westchester Avenue  
White Plains NY 10604

MARSH USA INC. BY  
Frank Kinnett    *Frank Kinnett*