UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WINN-DIXIE STORES, INC., ET AL., | § | CASE NO. 05-03817-3F1 |
| | § | |
| Debtors. | § | *Jointly Administered* |

ORDER ON MOTION OF BUNDY NEW ORLEANS CO., LLC FOR ORDER: i) COMPELLING ATTENDANCE AT DEPOSITION AND PRODUCTION OF DOCUMENTS; AND ii) AUTHORIZING RULE 2004 EXAMINATIONS AND DUCES TECUM AND BRIEF IN SUPPORT

**CAME ON FOR HEARING**, the Motion of Bundy New Orleans Co., LLC For Order Compelling Attendance At Deposition And Production Of Documents And Authorizing Rule 2004 Examinations and *Duces Tecum* and Brief in Support (the "Motion") filed herein by Bundy New Orleans Co., LLC ("Movant"), which requested that that the Court enter an Order compelling the Debtors and Lexington Insurance Company ("Lexington") (1) to appear for deposition and produce documents pursuant to the outstanding notice of deposition and subpoena, respectively, and/or (2) to appear for an examination under FED. R. BANKR. P. 2004 within seven (7) calendar days of entry of an order approving this Motion and be ordered to produce the documents described on Exhibit "D" attached to the Motion within three (3) calendar days prior to the examination. The Court has determined that adequate notice has been given of the Motion, that the Motion has merit, and that the Motion should be granted. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that:

1.  The Motion shall be and hereby is **GRANTED**.

2.      The Debtors shall appear for an examination under Bankruptcy Rule 2004 within seven (7) calendar days of entry of this order at the offices of Bledsoe, Jacobson, Schmidt & Wright, 1301 Riverplace Boulevard, Suite 1818, Jacksonville, Florida 32207.

3.      Lexington Insurance Company shall appear for an examination under Bankruptcy Rule 2004 within seven (7) calendar days of entry of this order at the offices of Farmer, Arsenault & Brock, 50 Congress Street, Suite 415, Boston, Massachusetts 02109.

4.      The Debtors and Lexington Insurance Company shall produce the documents described on Exhibit "D" attached to the Motion within three (3) calendar days prior to the examinations to Russell W. Mills, Hiersche, Hayward, Drakeley & Urbach, P.C, 15303 Dallas Parkway, Suite 700, Addison, Texas 75001

Dated this _____ day of _____, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge