**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

```
-------------------------------------------------- )
In re:                                             )
                                                   )
WINN-DIXIE STORES, INC., et. al.                   )   Bankruptcy Case No. 05-3817-3F1
                                                   )   Chapter 11
                                                   )
            Debtor.                                )   Jointly Administered
-------------------------------------------------- )
```

**RESPONSE OF WOODLAND HARTFORD**
**ASSOC. LLC TO DEBTORS' MOTION SEEKING**
**TO REDUCE CLAIM NUMBER 9213**

Woodland Hartford Assoc., LLC ("Woodland"), by its attorneys, The Law Offices of Joel Shafferman, LLC, as and for its objection to the Debtors' Seventeenth Omnibus Objection seeking, in part, to reduce Woodland's claim number 9213 from $45,415.70 to $9,482 (the "Objection"), respectfully represents as follows:

1. Claim number 9213 was filed by Woodland on account of real property taxes and other charges which the Debtors failed to pay for Store 997, which was located at Cedar Road and Las Gaviotas Boulevard, Chesapeake, Virginia (the "Premises").

2. Upon further investigation, Woodland believes that this claim should be reduced from $45,415.70 to $13,324.90, which is still greater than the amount of $9,482, which is the amount of the claim according to the Objection.

3. Woodland's revised pre petition claim is broken down as follows: $12,845.25 total open taxes for 3rd Quarter 2004-2005 (1/1/05-3/31/05) (broken down as follows: (a) principal tax amount of $10,380.46, (b) penalties of $1,038.05, and (c) interest of $1,426.74)), and (2) storm water fees, in the amount of $479.65.

4. Therefore, Woodland is entitled to an order requiring allowing claim number 9213, in the amount of $13,324.90.

**Dated: September 11, 2006.**

| | |
|---|---|
| THE LAW OFFICES OF<br>JOEL SHAFFERMAN, LLC | Schuyler · Stewart · Smith, P.A. |
| | /s/ Michael Cecil |
| /s/ Joel Shafferman | /s/Wayne M. Singletary |
| Joel Shafferman | Wayne M. Singletary |
| Counsel for Creditor | Florida Bar # 144109 |
| 80 Wall Street, Suite 910 | Michael Cecil |
| New York, New York 10005 | Florida Bar # 722855 |
| (212) 509-1802 | Schuyler·Stewart·Smith, P.A. |
| New York Bar No.: 2035079 | 118 West Adams Street Suite 800 |
| Phone:    (212) 509-1802 | Jacksonville, FL 32202 |
| Fax:       (212) 509-1831 | Phone: (866) 353-5884 |

CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on September 11, 2006, to: Winn-Dixie Stores, Inc, Debtor, 5050 Edgewood Court, Jacksonville, FL 32254-3699; Adam Ravin, Esquire, Four Times Square, New York, NY 10036; Cynthia C .Jackson, Esquire, James H. Post, Esquire, Leanne McKnight Prendergast, Esquire, Stephen D. Busey, Esquire, 225 Water Street, Suite 1800, Jacksonville, FL 32201; Dennis F. Dunne, Esquire, 1 Chase Manhattan Plaza, New York, NY 10005; John B Macdonald, Esquire, Patrick P. Patangan, Esquire, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32202; counsel for the Debtor's postpetition secured lenders; the other parties in interest named on the Master Service List maintained in these cases; and Corner Stone Christian Center, Subtenant, 215 Las Gaviotas Boulevard, Chesapeake, VA 23322.

SCHUYLER·STEWART·SMITH

/s/ Michael Cecil
/s/ Wayne M. Singletary
Wayne M. Singletary
Florida Bar #144109
Michael E. Cecil
Florida Bar #722855
Attorney for Creditor
118 W. Adams St., #800
Jacksonville, FL 32202
Phone:    (904) 353-5884
TollFree: (866) 353-5884
Fax:      (904) 353-5994