## FLOYD THOMAS BAILEY

10428 S.W. Lands End Place
Palm City, Florida 34990
Telephone 772-597-6754
Fax 772-597-6755
E-Mail - mbailey597@adelphia.net

F I L E D
JACKSONVILLE, FLORIDA

SEP 1 1 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

August 29, 2006

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re:

Winn Dixie Stores, Inc., et al

Debtors

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

This is to inform the court of an incorrect classification of my claim against Winn Dixie Stores, Inc. Claim #6566 in the amount of One hundred eighty seven thousand four and 00/100 dollars ($187,004.00), which includes the Paid survivors Benefit of Ninety Thousand One Hundred Twenty Five 00/100 Dollars ($90,125.00) and the remaining Balance of the MSP benefit of 43 months.

I was injured in an automobile accident on May 17, 1994 in a Winn Dixie Stores, Inc. automobile on Winn Dixie business. I was hospitalized for four months and there were many times that I was not expected to live. However I did survive, and came to an agreement with Winn Dixie and Workers Compensation that was ratified by State of Florida, Department

of Labor and Employment Security, Office of the Judges of Compensation Claims, District "J".

In this settlement Winn Dixie agreed to guarantee my MSP to full maturity and begin making the payments when I reached my 65th Birthday, and guarantees my Death benefit to my beneficiary.

I believe that my claim should be Class 2 or Class 3 which would be a secured claim and with a 100% Estimated Percentage Recovery

I have received various notifications that have made it extremely hard for me to determine what Winn Dixie is trying to say; therefore I am making this claim to the Bankruptcy Court for changes in my claims from unsecured to a secured claim.

I would appreciate it you would change the classification of my claim from an unsecured claim to a secured claim with the new classification.

Sincerely,

*Floyd T. Bailey*
Floyd T. Bailey
Social Security No. 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

*e-mail:* rgray@skadden.com , Rosalie Walker Gray
cjackson@smithhulsey.com , Cynthia C. Jackson
mbarr@milbank.com , Matthew Barr

*fax:* Rosalie Walker Gray, Skadden, Arps. Slate, Meagher & Flom LLP. 917-777-3214
Cynthia C. Jackson, Smith Hulsey & Busey 904-359-7708
Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP 212-822-5194