## FLOYD THOMAS BAILEY
10428 S.W. Lands End Place
Palm City, Florida 34990
Telephone 772-597-6754
Fax 772-597-6755
E-Mail - mbailey597@adelphia.net

F I L E D
JACKSONVILLE, FLORIDA

SEP 1 1 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

August 29, 2006

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re:

Winn Dixie Stores, Inc., et al

Debtors

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

This is to inform the court of an incorrect classification of my claim against Winn Dixie Stores, Inc. Claim 9466 in the amount of Forty thousand and 00/100 Dollars ($40,000.00), which is for a Life Insurance Policy that Winn Dixie guaranteed to me.

I was injured in an automobile accident on May 17, 1994 in a Winn Dixie automobile traveling for Winn Dixie business and was hospitalized for four months. There were many times that I was not expected to live. However I did survive, and came to an agreement with Winn Dixie and Workers Compensation that was ratified by State of Florida, Department of Labor and Employment Security, Office of the Judges of Compensation Claims, District "J".

In this settlement Winn Dixie agreed to pay all premiums for my Life Insurance Policy, as after my accident, I would never be able to get another Life Insurance Policy because of my permanent injuries.

I believe that my claim should be Class 2 or Class 3 which would be a secured claim and with a 100% Estimated Percentage Recovery.

I have received various notifications that have made it extremely hard for me to determine what Winn Dixie is trying to say; therefore I am making this claim to the Bankruptcy Court for changes in my claim from unsecured to a secured claim.

I would appreciate it you would change the classification of my claim from an unsecured claim to a secured claim with the new classification.

Sincerely,

*Floyd T. Bailey*

Floyd T. Bailey
Social Security No. 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

*e-mail:* rgray@skadden.com , Rosalie Walker Gray
cjackson@smithhulsey.com , Cynthia C. Jackson
mbarr@milbank.com , Matthew Barr

*fax:* Rosalie Walker Gray, Skadden, Arps. Slate, Meagher & Flom LLP. 917-777-3214
Cynthia C. Jackson, Smith Hulsey & Busey 904-359-7708
Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP 212-822-5194