UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

_____
                                              :
In Re:                                        :         CHAPTER 11
                                              :
WINN-DIXIE STORES, INC., et al.               :         Case #05-03817-JAF
                                              :
Debtors,                                      :         (Jointly Administered)
                                              :
_____:

**REQUEST FOR REMOVAL
FROM ELECTRONIC FILING NOTICE LIST**

    JOSEPH LUBERTAZZI, JR., respectfully requests that the Clerk of this Court remove his name from the electronic filing notice list as follows:

> Joseph Lubertazzi, Jr., Esq.
> McCarter & English, LLP
> Four Gateway Center
> 100 Mulberry Street
> Newark, NJ 07102
> jlubertazzi@mccarter.com

    By:_____
        Joseph Lubertazzi, Jr., Esq.
        McCarter & English, LLP
        Four Gateway Center
        100 Mulberry Street
        Newark, NJ 07102
        (973) 622-4444