Case No. 05-03817-JAF

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05-03817-JAF |
| | ) | |
| **WINN-DIXIE STORES, INC.** | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtor. | ) | |

### NOTICE OF WITHDWRAWAL OF APPEARANCE

The law firm of Arnstein & Lehr LLP and undersigned counsel hereby requests that the Court withdraw its notice of appearance and in support states:

1.    On July 20, 2005, undersigned co-counsel (as co-counsel to Greenville Grocery, LLC) made an appearance in this case by filing its Objection of Greenville Grocery LLC to Cure Amount Provided in Debtor's Motion for Order (A) Authorizing Sale of Assets Free and Clear of Liens, Claims and Interests and exempt from Taxes (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (D.E. 2390).

2.    Undersigned co-counsel is no longer involved with this case.

**WHEREFORE**, undersigned co-counsel gives notice of withdrawal of appearance in this case and requests that the Court remove them from their service list both electronically and otherwise.

Respectfully submitted,


By:/s/ Phillip M. Hudson III
    Phillip M. Hudson, III
    Florida Bar No. 518743
    Arnstein & Lehr LLP
    201 S. Biscayne Blvd., 4th Floor
    Miami, FL 33131
    (305) 374-3330 – Telephone
    305) 374-4744 – Facsimile
    pmhudson@arnstein.com

    and

    Jeffrey L. Tarkenton
    Womble Carlyle Sandridge & Rice PLLC
    1401 Eye Street, N.W., Suite 700
    Washington, D.C. 20005
    (202) 467-6900 – Telephone
    (202) 467-6910 – Facsimile

    Co-Counsel to Greenville Grocery, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2006, I served a copy of the foregoing upon the following:


D. J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036
djbaker@skadden.com

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201
cjackson@smithhulsey.com


By:/s/ Phillip M. Hudson III
Florida Bar No. 518743
pmhudson@arnstein.com


93477_1