UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 – Jointly Administered |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Jefferson-Pilot Life Insurance Company, by and through counsel, hereby gives notice of withdrawal, without prejudice, of its Proof of Claim No. 8577 (unliquidated) filed in case no. 05-03817 on July 29, 2005.

This the 12th day of September, 2006.

*(signature)*
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life
   Insurance Company

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600

NPGBO1:712760.1-

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 – Jointly Administered |
| ) | |
| Debtor(s) ) | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** was served upon the following by depositing a copy of the same in the United States Mail, first Class, post pre-paid, addressed as follows:

Logan & Company, Inc.,
Attn: Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, NJ 07043

D.J. Baker
Counsel for Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Stephen D. Busey
Cynthia Jackson
James H. Post
Counsel for Debtors
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

This the 12 day of September, 2006.

_____
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life Insurance Company

OF COUNSEL:
NEXSEN PRUET ADAMS KLEEMEIER, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

NPGBO1:712760.1-