**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 – Jointly Administered |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Jefferson-Pilot Life Insurance Company, by and through counsel, hereby gives notice of withdrawal, without prejudice, of its Proof of Claim No. 8578 (unliquidated) filed in case no. 05-03839 on July 29, 2005.

This the 12 day of September, 2006.

_____
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Life
      Insurance Company

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600

GBO 596645v1

NPGBO1:712751.1-BANKR

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In Re:                                            )
                                                  )
WINN-DIXIE STORES, INC., et al.,                  )        Case No. 05-03817-3F1
                                                  )        Chapter 11 – Jointly Administered
                                                  )
              Debtor(s)                           )

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** was served upon the following by depositing a copy of the same in the United States Mail, first Class, post pre-paid, addressed as follows:

Logan & Company, Inc.,                    D.J.Baker
Attn: Winn-Dixie Claim Center             Counsel for Debtors
546 Valley Road                           Skadden, Arps,Slate, Meagher & Flom LLP
Upper Montclair, NJ  07043                Four Times Square
                                          New York, NY  10036

Stephen D. Busey
Cynthia Jackson
James H. Post
Counsel for Debtors
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

This the 26 day of September, 2006.

                              _Christine L. Myatt_ (signature)
                              _____
                              Christine L. Myatt
                              N. C. State Bar No. 10444
                              Benjamin A. Kahn
                              N. C. State Bar No. 20004
                              Attorneys for Jefferson-Pilot Life Insurance
                              Company

OF COUNSEL:
NEXSEN PRUET ADAMS KLEEMEIER, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600