UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
WINN-DIXIE STORES, INC.                                         |
                                                                | Case No. 05-03817
                                                                |
            Debtors.                                            |
                                                                |
----------------------------------------------------------------X Claim#10104

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)        WCL FIVE, LLC.
                        PO Box 341
                        Burlington, NC 27216
                        Attn: W. Clarke Lindley

The transfer of your claim as shown above, in the amount of $5,060.00 has been transferred (unless previously expunged by court order) to:
                        LONGACRE MASTER FUND, LTD.
                        Transferor: WCL FIVE, LLC.
                        810 Seventh Avenue, 22nd Floor
                        New York, NY  10019
                        Att: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:
        - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

        United States Bankruptcy Court
        Middle District of Florida
        Jacksonville Division
        300 North Hogan Street
        Jacksonville, FL 32202

        - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                    Intake Clerk
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                        _____
                                        Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Middle District of Florida
      Jacksonville Division
      300 North Hogan Street
      Jacksonville, FL 32202
      Attn:   Clerk

AND TO:   WINN-DIXIE STORES, INC. ("Debtor")
          Case No. 05-03817

Claim # 10104

**WCL FIVE, LLC,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
c/o U.S. Bank National Association
Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, Washington 98101
Attn: Dawnita Ehl

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $5,060.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distribution in respect of the Claim to Buyer. You are hereby directed to give all notices and other communication in respect of the Claim to Buyer. In addition, copies of the foregoing should be sent to Seller c/o Lawrence E. Behning, Esq., Kennedy Covington Lobdell and Hickman, L.L.P., Hearst Tower, 214 North Tryon Street, 47th Floor, Charlotte, NY 28202.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 8, 2006.

| | |
|---|---|
| **WCL FIVE, LLC** | **LONGACRE MASTER FUND, LTD.** |
| By:/s/ J. Thomas Lindley Sr. | By:/s/ Steven S. Weissman |
| Name:  J. Thomas Lindley Sr. | Name: Steven S. Weissman |
| Title: President | Title: Director |