UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**WINN-DIXIE STORES, INC., et al**<br>Debtors | CASE NO: 05-03817-3F1<br><br>CHAPTER 11<br><br>JOINTLY ADMINISTERED |

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes PRB Investments, LLC, who respectfully requests this Honorable Court to issue an Order allowing Philip R. Bulliard to be enrolled as additional counsel of record in this suit. Jerry W. Sullivan of the firm of Leefe, Gibbs, Sullivan, Dupre & Aldous has been previously enrolled pursuant to Local Rule 2090-1 to appear on behalf of PRB Investments, LLC and now requests that the court issue an order allowing Philip R. Bulliard to appear as additional counsel in this matter. Jerry W. Sullivan will continue to serve as trial counsel.

Philip R. Bulliard is an attorney licensed to practice law in the State of Louisiana and has been a member in good standing of the Louisiana Bar since April 10, 1992.

WHEREFORE, Movant respectfully requests entry of an order authorizing Philip R. Bulliard special admission to appear in this case.

Dated: September 12, 2006

**LEEFE, GIBBS, SULLIVAN & DUPRÉ & ALDOUS**

BY: _____/s/ Jerry W. Sullivan_____
 JERRY W. SULLIVAN, F.B.N. 616620

 3900 North Causeway Blvd., Suite 1470
 One Lakeway Center
 Metairie, Louisiana 70002
 (504) 830-3990
 (504) 830-3998 (facsimile)
 jwsullivan@lgsdalaw.com

 Counsel for PRB Investments, LLC

 PHILIP R. BULLIARD, LBN. 21260
 3900 North Causeway Blvd., Suite 1470
 One Lakeway Center
 Metairie, Louisiana 70002
 (504) 830-3990
 (504) 830-3998 (facsimile)
 prb.nocoxmail.com

CERTIFICATE OF SERVICE

I hereby certify that on , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, NY 10036 | Jacksonville, FL 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |

      /s/ Jerry W. Sullivan
JERRY W. SULLIVAN
 F.B.N. 616620
Counsel for PRB Investments, LLC
**LEEFE, GIBBS, SULLIVAN & DUPRÉ & ALDOUS**
 3900 North Causeway Blvd., Suite 1470
One Lakeway Center
Metairie, Louisiana 70002
(504) 830-3990
(504) 830-3998 (facsimile)
jwsullivan@lgsdalaw.com