Hearing Date:  October 12, 2006 at 1:30 p.m.
Obj. Deadline:  October 2, 2006 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through F (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing or reclassifying the Disputed Claims.[2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]  By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

## BACKGROUND

A.   The Chapter 11 Filings

1.   On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.   The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.   On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.   On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

5.   The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.   The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.      Proofs of Claim

7.   By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,500 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.   In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

### RELIEF REQUESTED

9.   By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing or reclassifying the Disputed Claims.

**BASIS FOR RELIEF**

A.    No Liability Claims

10.    As a result of their review, the Debtors have identified 17 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit A.

11.    The Debtors (a) object to the No Liability Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

B.    No Liability Misclassified Claims

12.    As a result of their review, the Debtors have identified 3 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert secured or priority status (the "No Liability Misclassified Claims").  The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit B.

13.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status.  The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code. Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims.

14.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety,

4

the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as

unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection,

to permit the No Liability Misclassified Claims listed on Exhibit B to be disallowed.  In the

absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court

the Proposed Order disallowing the No Liability Misclassified Claims.

C.    Overstated Claims

15.    As a result of their review, the Debtors have identified 57 Disputed Claims

that were filed in amounts that are greater than the liabilities owed to such claimants as reflected

in the Books and Records (the "Overstated Claims").  The Overstated Claims, with the specific

reasons for reduction, are listed on Exhibit C.

16.    These claims fall into several categories: (a) Proofs of Claim that include

claims that arose postpetition; (b) Proofs of Claim that do not reflect accounts payable credits

due to the Debtors; (c) Proofs of Claim that do not reflect accounts receivable balances due to the

Debtors; (d) Proofs of Claim that include amounts that are not reflected as liabilities on the

Books and Records; and/or (e) Proofs of Claim that include amounts for which the legal bases

are contested by the Debtors.

17.    In addition, the Debtors identified certain Overstated Claims that were

based on the same invoices as reclamation demands submitted by the Debtors' suppliers and

vendors.  As a result, such Overstated Claims partially duplicate the reclamation demands.  The

Debtors and the reclamation vendors listed on Exhibit C have previously agreed to their

respective allowed reclamation claims pursuant to the reclamation trade lien program, which was

approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade

Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and

Establishing Post-Petition Trade Lien Program, dated August 5, 2005.  The Debtors seek to

reduce the Overstated Claims by those agreed amounts, for which payments are in process, in addition to any other reductions as set forth on Exhibit C.

18.     The Debtors (a) object to the Overstated Claims listed on Exhibit C and (b) seek entry of the Proposed Order reducing the Overstated Claims.  Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit C to be reduced.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

D.    Overstated Misclassified Claims

19.     As a result of their review, the Debtors have identified 22 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records and that also appear to be misclassified in whole or part (the "Overstated Misclassified Claims").  The Overstated Misclassified Claims, with specific reasons for reduction, are listed on Exhibit D.

20.     The Debtors seek to reduce the Overstated Misclassified Claims for the reasons discussed in paragraphs 16 and 17 above.  In addition, none of the Overstated Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  With the exception of the claims based on reclamation demands discussed in paragraph 21 below, none of the Overstated Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Overstated Misclassified Claims should be reclassified as specified on Exhibit D.

21.     Several of the Overstated Misclassified Claims identified on Exhibit D are based on the same invoices as reclamation demands submitted by the Debtors' suppliers and

vendors.  As a result, such Overstated Misclassified Claims partially duplicate the reclamation demands.  In those cases where the reclamation vendors are not subject to the Reclamation Trade Lien Program Stipulation, the Debtors seek to reclassify such Overstated Misclassified Claims as administrative priority claims, to the extent of the allowed reclamation claims, as specified on Exhibit D, with the remainder of the proposed reduced claim amounts to be classified as unsecured non-priority claims.

22.    The Debtors (a) object to the Overstated Misclassified Claims listed on Exhibit D and (b) seek entry of the Proposed Order reducing and reclassifying such Overstated Misclassified Claims as specified on Exhibit D.  Claimants may elect, by not timely responding to this Objection, to permit their Overstated Misclassified Claims to be reduced and reclassified as specified on Exhibit D.  In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reducing and reclassifying the Overstated Misclassified Claims.

E.    Misclassified Claims

23.    As a result of their review, the Debtors have identified 9 Disputed Claims that are misclassified in whole or part (the "Misclassified Claims").  A list of the Misclassified Claims is attached as Exhibit E.

24.    None of the Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  With the exception of one claim based on a reclamation demand, discussed in paragraph 25 below, none of the Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Misclassified Claims should be reclassified as specified on Exhibit E.

25.    Claim number 640 filed by Schreiber Foods, Inc. is based on the same invoices as the reclamation demand submitted by Schreiber Foods, Inc. As a result, claim number 640 duplicates the reclamation demand. The Debtors seek to reclassify claim number 640 as an administrative priority claim, to the extent of the allowed reclamation claim, as specified on Exhibit E, with the remainder of claim number 640 to be classified as an unsecured non-priority claim.

26.    The Debtors (a) object to the Misclassified Claims listed on Exhibit E and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit E. Claimants may elect, by not timely responding to this Objection, to permit their Misclassified Claims listed on Exhibit E to be reclassified as specified on Exhibit E. In the absence of a Response (as defined in paragraph 33 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

F.    Amended and Superseded Claims

27.    As a result of their review, the Debtors have identified 58 proofs of claim (the "Amended Claims") that appear to have been amended and superseded by later filed claims. A list of the Amended Claims is attached as Exhibit F. Adjacent to the identified Amended Claim on Exhibit F, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

28.    Some of the Remaining Claims assert liability in a different amount against the same Debtor, while other Remaining Claims assert a different classification of their claim or attach additional documentation. The Debtors believe that the claimants holding Amended

Claims will not be prejudiced by having their Amended Claims disallowed because their

Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[3]

29.    Accordingly, the Debtors (a) object to the Amended Claims listed on

Exhibit F and (b) seek entry of the Proposed Order disallowing the Amended Claims.  Claimants

may elect, by not timely responding to this Objection, to permit their Amended Claims listed on

Exhibit F to be disallowed.  In the absence of a Response (as defined in paragraph 33 below), the

Debtors will present to the Court the Proposed Order disallowing the Amended Claims.

## SEPARATE CONTESTED MATTERS

30.    Each of the Disputed Claims and the Debtors' objections asserted below

constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors

request that any order entered by the Court with respect to an objection asserted in this Objection

shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

31.    The Debtors expressly reserve the right to amend, modify, or supplement

these objections and to file additional objections to the Disputed Claims or any other claims

(filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may

be subject to further objection on the ground that they were filed against the incorrect Debtor.

Subject to confirmation of the Plan and the resolution of substantive consolidation issues by its

terms, the Debtors reserve the right to seek to modify the Debtor against which each of the

Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor

believed to be liable for the amounts asserted in the Disputed Claims.

---

[3]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

32.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

33.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202 no later than **October 2, 2006, at 4:00 p.m. (Eastern time)** (the "Response Deadline").  In addition, a copy of the Response must be served on the following party on or before the Response Deadline:

> Counsel for the Debtors:
>
> D. J. Baker Esq.
> Skadden, Arps, Slate, Meagher
> & Flom LLP
> Four Times Square
> New York, New York 10036
> (212) 735-2000 (facsimile)
> djbaker@skadden.com

B.    Timely Response Required; Hearing; Replies

34.    If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant. If no consensual resolution is reached, a hearing has been noticed for **October 12, 2006, at 1:30 p.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.

Only those Responses made in writing and timely filed and received will be considered by the Court at any such hearing. The Debtors reserve the right to seek to adjourn a hearing with respect to a specific objection and any Response to such objection.

35.    If a claimant whose claim is subject to the Objection, and who is served with the Objection, fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Court an appropriate order disallowing, reducing or reclassifying the claim, without further notice to the claimant.

## **NOTICE**

36.    As authorized by the Claim Objection Procedures Order, the Debtors will serve a special notice of filing of the Objection informing claimants in bold lettering that, as a result of the Objection, their claims may be disallowed, reduced or reclassified (the "Affected Parties Notice"), by first-class, United States mail, postage prepaid, upon each of the claimants identified in Exhibits A through F. Copies of this Objection will be served with a standard notice of filing, but not an Affected Parties Notice, upon the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases. The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit G (a) disallowing the No Liability Claims, (b) disallowing the No Liability Misclassified Claims, (c) reducing the Overstated Claims, (d) reducing and reclassifying the Overstated Misclassified Claims, (e) reclassifying the Misclassified Claims and (f) disallowing the Amended Claims, and (iii) grant such other and further relief as is just and proper.

Dated: September 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ___ s/ D. J. Baker _____
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___ s/ James H. Post _____
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## **Declaration**

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended Claims are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

13

**EXHIBIT A**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 406351<br>BAILEY, FLOYD T<br>10428 SW LANDS END PLACE<br>PALM CITY FL 34990 | 9466<br>**Debtor:** WINN-DIXIE STORES, INC. | $40,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AS LIFE INSURANCE POLICY IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Creditor Id:** 420349<br>COTE, KATHLEEN J<br>3280 LEMON LANE<br>NAPLES FL 34120 | 12980<br>**Debtor:** WINN-DIXIE SUPERMARKETS, INC. | $611.41 | LATE-FILED CLAIM. THE APRIL 7, 2006 SPECIAL BAR DATE WAS NOT APPLICABLE TO EMPLOYEE CLAIMS WHOSE BAR DATE WAS AUGUST 1, 2005. CLAIMANT RECEIVED NOTICE OF THE AUGUST 1, 2005 BAR DATE. |
| **Creditor Id:** 2181<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10073<br>**Debtor:** WINN-DIXIE STORES, INC. | $28,656.77 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE WAS ASSUMED AND ASSIGNED TO WAL-MART STORES EAST, LP ON OCTOBER 11, 2005. NO PREPETITION AMOUNTS ARE DUE. |
| **Creditor Id:** 253567<br>KAL KAN FOODS INC<br>ATTN SUSAN L BASTO, CUST FIN MGR<br>PO BOX 402821<br>ATLANTA, GA 30384-2821 | 4398<br>**Debtor:** WINN-DIXIE STORES, INC. | $338,837.09 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $9,475.25, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $65,881.01 AND $7,286.51, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $294,662.91. ACCORDINGLY CLAIMANT OWES DEBTOR $38,468.59. |
| **Creditor Id:** 410483<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | 9048<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $1,544,160.59 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $37,870.13, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $17,049.12 AND $309,853.22, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,152,106.53. IN ADDITION, CLAIMANT IS ASSERTING $143,283.43 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $116,011.84 TO BE DEDUCTED FROM AMOUNT DUE FOR CLAIM NUMBER 8972. |
| **Creditor Id:** 255178<br>M&M MARS<br>ATTN SUSAN L BASTO, CUST FIN MGR<br>PO BOX 100593<br>ATLANTA, GA 30384-0593 | 4397<br>**Debtor:** WINN-DIXIE STORES, INC. | $216,249.10 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $6,487.47, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,001.17 AND $272,891.11, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $206,568.03. ACCORDINGLY, CLAIMANT OWES DEBTOR $272,698.68. |
| **Creditor Id:** 255836<br>MAYBELLINE INC<br>ATTN OCTAVIA FULLER, CREDIT ANALYST<br>PO BOX 8805<br>LITTLE ROCK AR 72231-8805 | 7038<br>**Debtor:** WINN-DIXIE STORES, INC. | $149,165.66 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,857.50 AND $173,090.64, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $26,782.48. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 382042**<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031 | 10846<br>**Debtor:** | $2,806,283.50<br>**WINN-DIXIE SUPERMARKETS, INC.** | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | |
| **Creditor Id: 382042**<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031 | 11065<br>**Debtor:** | $2,806,283.50<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | |
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFITHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | 13183<br>**Debtor:** | $8,421,391.99<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DUPLICATES LIABILITY IN CLAIM NUMBER 13188 ASSERTED BY PROPER CLAIMANT. |
| Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | | | |
| **Creditor Id: 1597**<br>MID SOUTH YAZOO LP<br>ATTN SCOT LUTHER<br>4502 HOLLY ST<br>BELLAIRE, TX 77401 | 6727<br>**Debtor:** | $26,410.46<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. LEASE SOLD 8/5/05 TO PREMIER FOOD, INC. ON 7/18/06, DEBTOR PAID CURE OF $7,506.47 BY CHECK NUMBER 9906066. |
| **Creditor Id: 411078**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>ROANOKE LANDING, WILLIAMSTON, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10978<br>**Debtor:** | $18,950.10<br>**WINN-DIXIE STORES, INC.** | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 533712**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL FINANCIAL GROUP<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVENUE<br>DES MOINES IA 50392 | 13412<br>**Debtor:** | $385,720.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO LIABILITY.  STORE ASSIGNED TO FIESTA MART IN JUNE 2002. CLAIMANT HAS MADE NO PAYMENTS FOR THIS LOCATION SINCE THAT TIME AND HAS RECEIVED NO NOTICE OF ANY DEFAULT ON THE PART OF FIESTA MART. |
| Counsel: ATTN MARGERY N REED, ESQ | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 263727**<br>UNCLE BENS<br>ATTN SUSAN L BASTO<br>PO BOX 402832<br>ATLANTA, GA 30384-2832 | 4399<br>Debtor: WINN-DIXIE STORES, INC. | $73,160.78 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT NET CONSUMPTION WAIVER OF $2,194.82, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $7,143.14 AND $8,406.59, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $64,521.04. ACCORDINGLY, CLAIMANT OWES DEBTOR $9,104.81. |
| **Creditor Id: 278595**<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 11134<br>Debtor: WINN-DIXIE STORES, INC. | $98,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY ABSENT DOCUMENTATION OF INCURRED EXPENSES. |
| **Creditor Id: 410482**<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111<br><br>Counsel: ATTN STEVEN M ABRAMOWITZ, ESQ | 13414<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY FOR THIS CLAIMANT. |
| **Creditor Id: 407477**<br>WILMINGTON TRUST CO/WADE, W J, TTEES<br>SOUTHLAND-CONYERS WD DEL BUS TRUST<br>C/O NEAL GERGER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 | 10870<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $11,949.80 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSUMED AND ASSIGNED 8/15/05 TO ALL AMERICAN QUALITY FOODS, INC. NO AMOUNT IS DUE. |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 17 | |
| **Total Amount to be Disallowed:** | $16,945,830.75 | Plus Unliquidated Amounts, If Any |

# EXHIBIT B

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 240936**<br>CITY OF AUBURN<br>144 TICHENOR AVENUE, SUITE 6<br>AUBURN, AL 36830 | 12905<br>Debtor: WINN-DIXIE STORES, INC. | $6,101.14 | Multiple Classes | Priority | LATE-FILED CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 417051**<br>FIRST FEDERAL BANK FOR SAVINGS<br>SUCCESSOR TO ROWELL SHEET METAL<br>ATTN JACK B EZELLE, SVP/CCO<br>PO BOX 268<br>COLUMBIA MS 39429 | 12787<br>Debtor: WINN-DIXIE STORES, INC. | $440.84 | Secured | Unsecured<br>Non-Priority | LATE-FILED CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410797**<br>SMITHFIELD PACKING CO, INC, THE<br>C/O MCGUIREWOODS, LLP<br>ATTN ROBERT A COX, JR ESQ<br>100 N TRYON STREET, SUITE 2900<br>CHARLOTTE NC 28202-4011 | 10941<br>Debtor: WINN-DIXIE STORES, INC. | $512,441.21 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNT RECEIVABLE BALANCE OF $3,070,537.80 AND $4,089.72, RESPECTIVELY. ACCORDINGLY, CLAIMANT OWES DEBTOR $2,562,186.31. ALSO, MISCLASSIFIED CLAIM. |

Total Claims to be Disallowed & Recl:          3

Total Amount to be Disallowed & Recl:    $518,983.19          Plus Unliquidated Amounts, If Any

# EXHIBIT C

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 241280**<br>7595 CENTURION PARKWAY LLC<br>C/O PHOENIX REALTY GROUP INC<br>ATTN JAMES J SEBESTA<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873<br><br>Counsel: ATTN: ROBERT A COX, JR., ESQ | 13335<br>Debtor: | $852,949.81<br>**WINN-DIXIE STORES, INC.** | $789,624.67 | REDUCED AMOUNT REFLECTS REMOVAL OF $50,444.19 FOR OVERSTATED REJECTION DAMAGES AND $12,880.95 FOR PAID 2005 POSTPETITION RENT. |
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200<br>Debtor: | $305,903.30<br>**WINN-DIXIE MONTGOMERY, INC.** | $180,632.44 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $39,448.35, NET CONSUMPTION WAIVER OF $2,600.69, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $83,221.82.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314<br>Debtor: | $126,543.12<br>**WINN-DIXIE STORES, INC.** | $72,558.21 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,130.69, ACCOUNTS RECEIVABLE BALANCE OF $16,672.03, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $36,182.19.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 243093**<br>BARRETT CROSSING SHOPPING CTR, LLC<br>C/O MIMMS ENTERPRISES<br>ATTN R C MIMMS/T MIMMS JR<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075-4910 | 12099<br>Debtor: | $423,814.34<br>**WINN-DIXIE MONTGOMERY, INC.** | $384,352.03 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,491.91 AND $25,549.71 FOR POSTPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, AND $2,420.69 FOR 2004 COMMON AREA MAINTENANCE CHARGES BILLED IN ERROR. |
| **Creditor Id: 399732**<br>BAY LANDING I, INC<br>ATTN PAUL J MARINELLI, PRESIDENT<br>2600 GOLDEN GATE PARKWAY<br>NAPLES FL 34105 | 855<br>Debtor: | $1,608,750.00<br>**WINN-DIXIE STORES, INC.** | $1,049,327.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES BASED UPON CAP IMPOSED BY BANKRUPTCY CODE SECTION 502(B)(6). |
| **Creditor Id: 410895**<br>BG TURFWAY LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10028<br>Debtor: | $7,028.87<br>**WINN-DIXIE STORES, INC.** | $2,724.15 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,304.72 FOR EITHER OVERSTATED OR UNDOCUMENTED PREPETITION REAL ESTATE TAXES, COMMON AREA MAINTENANCE CHARGES, AND INSURANCE. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 244008**<br>BRISTOL-MYERS PRODUCTS<br>ATTN DAVID YANDO/ANDREW CHERRY<br>2400 WEST LLOYD EXPRESSWAY<br>EVANSVILLE IN 47721 | 2065<br>Debtor: | $318,926.64<br>**WINN-DIXIE STORES, INC.** | $239,940.36 | REDUCED AMOUNT REFLECTS REMOVAL OF $78,986.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 244218**<br>BUSH BROTHERS & CO<br>ATTN STEPHANIE TAYLOR, SR MGR<br>1016 E WEISGARBER ROAD<br>KNOXVILLE TN 37909 | 11395<br>Debtor: | $438,197.62<br>**WINN-DIXIE STORES, INC.** | $173,813.17 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,932.08 AND $262,452.37, RESPECTIVELY. |
| **Creditor Id: 410699**<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 9550<br>Debtor: | $1,200,034.76<br>**WINN-DIXIE STORES, INC.** | $815,853.28 | REDUCED AMOUNT REFLECTS ADDITION OF $1,085.57 FOR MISCALCULATED FEBRUARY 2005 PREPETITION RENT AND REMOVAL OF $302,144.87 FOR OVERSTATED REJECTION DAMAGES, $70,072.14 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES, AND $13,050.04 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 410393**<br>CAPSTONE ADVISORS - CARRINGTON DEV ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | 11964<br>Debtor: | $321,954.09<br>**WINN-DIXIE RALEIGH, INC.** | $270,338.36 | REDUCED AMOUNT REFLECTS REMOVAL OF $592.23, $120.96, AND $1,110.21 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES, INSURANCE, AND COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY, $389.12 FOR INTEREST THEREON, AND $49,403.21 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 416271**<br>CIRIGNANO FAMILY LLP<br>ATTN ALBERT J CIRIGNANO<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 | 12251<br>Debtor: | $448,893.96<br>**WINN-DIXIE RALEIGH, INC.** | $439,973.61 | REDUCED AMOUNT REFLECTS CREDIT OF $8,920.35 BY AGREEMENT WITH CLAIMANT FOR SALE OF OWNED PARCELS ON STORE PROPERTY. |
| Counsel: ATTN MATTHEW DOLLINGER, ESQ | | | | |
| **Creditor Id: 246616**<br>COLGATE PALMOLIVE COMPANY<br>ATTN CYNTHIA SMITH, CCE<br>2233 LAKE PARK DRIVE, SUITE 300<br>SMYRNA GA 30080-8856 | 6757<br>Debtor: | $385,063.81<br>**WINN-DIXIE STORES, INC.** | $134,922.33 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,800.51, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,024.18 AND $153,834.91, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $89,481.88. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410901**<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10070<br>Debtor: | $845,843.49<br>**WINN-DIXIE STORES, INC.** | $828,571.70 | REDUCED AMOUNT REFLECTS REMOVAL OF $15,527.25 AND $1,744.54 FOR 2004 AND PREPETITION 2005 INSURANCE, RESPECTIVELY, AS THEY ARE NOT OWED. |
| **Creditor Id: 279225**<br>DOMINO FOODS, INC<br>ATTN JOHN KEARNEY<br>1100 KEY HIGHWAY EAST<br>BALTIMORE MD 21230-5180<br><br>Counsel: ATTN GENE B TARR, ESQ | 12781<br>Debtor: | $47,172.50<br>**WINN-DIXIE PROCUREMENT, INC.** | $25,378.50 | REDUCED AMOUNT REFLECTS REMOVAL OF UNDOCUMENTED CHARGES OF $21,794.00. |
| **Creditor Id: 251211**<br>FLOWERS BAKING CO OF NORFOLK LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 9727<br>Debtor: | $2,703.44<br>**WINN-DIXIE STORES, INC.** | $1,858.93 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $26.99 AND REMOVAL OF $163.25 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $654.27 FOR INVOICES LACKING PROOF OF DELIVERY. |
| **Creditor Id: 374947**<br>FLOWERS FOODS SPECIALTY GROUP LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | 9728<br>Debtor: | $37,531.71<br>**WINN-DIXIE STORES, INC.** | $7,182.76 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $937.60 AND REMOVAL OF $22,209.19 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $4,024.00 AND $3,178.16 FOR INVOICE NUMBER 050476 DATED 2/16/05 AND INVOICE NUMBER 625400 DATED 2/11/05, RESPECTIVELY, BOTH OF WHICH LACK PROOF OF DELIVERY. |
| **Creditor Id: 410450**<br>FRANKFORD DALLAS LLC<br>C/O HAYNES & BOONE, LLP<br>ATTN SCOTT EVERETT, ESQ<br>901 MAIN STREET, SUITE 3100<br>DALLAS TX 75202 | 8183<br>Debtor: | $2,477,083.38<br>**WINN-DIXIE MONTGOMERY, INC.** | $2,047,000.00 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES BASED UPON CAP IMPOSED BY BANKRUPTCY CODE SECTION 502(B)(6). |
| **Creditor Id: 375028**<br>GEM NICKERSON, LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN KELLY M BARNHART, ESQ | 12853<br>Debtor: | $1,009,705.41<br>**WINN-DIXIE RALEIGH, INC.** | $1,006,757.49 | RREDUCED AMOUNT REFLECTS REMOVAL OF $2,947.92 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 381794**<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | 13049<br>Debtor: | $295,146.30<br>WINN-DIXIE STORES, INC. | $257,597.10 | REDUCED AMOUNT REFLECTS REMOVAL OF $37,549.20 FOR ADMINISTRATIVE CLAIM. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 279383**<br>GEORGE WESTON BAKERIES, INC<br>ATTN CHRIS DEMETRIOU, DIR<br>930 NORTH RIVERVIEW DRIVE, STE 100<br>TOTOWA NJ 07512 | 1407<br>Debtor: | $1,516,727.23<br>WINN-DIXIE STORES, INC. | $867,336.44 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $17,952.32, ACCOUNTS PAYABLE CREDIT OF $77,470.72, RECLAMATION PAYMENTS IN PROCESS TOTALING $522,531.91, AND REMOVAL OF $31,435.84 FOR INVOICE DISCREPANCIES AGREED TO BY CLAIMANT. |
| **Creditor Id: 416957**<br>GOLD BASKET, LLC<br>C/O WELLS MARBLE & HURST, PLLC<br>ATTN JOSHUA P HENRY, ESQ<br>PO BOX 131<br>JACKSON MS 39205-0131 | 12460<br>Debtor: | $163,333.55<br>WINN-DIXIE STORES, INC. | $40,444.80 | REDUCED AMOUNT REFLECTS REMOVAL OF $91,000.80 FOR OVERSTATED REJECTION DAMAGES AND $31,887.95 ASSERTED AS UNSECURED PRIORITY FOR 2005 REAL ESTATE TAXES PAID TO LANDLORD OF BUILDING LEASE. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410943**<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13286<br>Debtor: | $23,022.26<br>WINN-DIXIE MONTGOMERY, INC. | $8,313.59 | REDUCED AMOUNT REFLECTS REMOVAL OF $14,708.67 AS DEBTOR PAID 2004 TAX YEAR FOR BOTH PARCELS IN THE AMOUNT OF $52,048.55 BY CHECK NUMBER 007418192 WHICH CLEARED 1/10/05. |
| **Creditor Id: 407595**<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 13281<br>Debtor: | $714,277.23<br>WINN-DIXIE STORES, INC. | $656,547.75 | REDUCED AMOUNT REFLECTS REMOVAL OF $57,729.48 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 395303**<br>HOBART CORPORATION<br>FKA: ITW FOOD EQUIPMENT GROUP<br>ATTN A CLUTTER/C BICE/ T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | 10193<br>Debtor: | $889,165.53<br>WINN-DIXIE STORES, INC. | $565,753.35 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,750.58 AND 8/19/05 PAYMENT OF $320,661.60 BY CHECK NUMBER 050728-051738 PER ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT 429). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 252126**<br>INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON  KY  40505<br><br>Transferee: LIQUIDITY SOLUTIONS, INC<br>Counsel: ATTN NICOLE S BIDDLE, ESQ | 12834<br>Debtor: | $482,630.80<br>WINN-DIXIE RALEIGH, INC. | $267,873.91 | LEASE ASSIGNED PREPETITION. REDUCED AMOUNT REFLECTS REMOVAL OF $136,376.09 FOR OVERSTATED REJECTION DAMAGES, $32,868.41 FOR 2004 COMMON AREA MAINTENANCE CHARGES, $17,961.26 FOR 2004 REAL ESTATE TAXES, $8,301.13 FOR 2004 INSURANCE (DEBTOR PAID 2004 AMOUNTS OWED TO ITS ASSIGNEE PER CLOSING STATEMENT), AND $19,250.00 FOR POSTPETITION CHARGES.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN ADMINISTRATIVE EXPENSE APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Transferee: JEFFERSON-PILOT INVESTMENTS INC<br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 13331<br>Debtor: | $524,021.27<br>WINN-DIXIE STORES, INC. | $476,586.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $47,435.27 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 279473**<br>KELLOGG SALES CO,  DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH  TX  76102 | 8972<br>Debtor: | $2,883,457.88<br>WINN-DIXIE STORES, INC. | $805,154.27 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $35,343.84, ACCOUNTS PAYABLE CREDIT AND ACCOUNT RECEIVABLE BALANCE OF $17,049.12 AND $383,917.43, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $1,131,002.92, AND REMOVAL OF $394,978.46 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $116,011.84 OWED BY CLAIMANT ON CLAIM NUMBER 9048. |
| **Creditor Id: 406145**<br>LAKESIDE FOODS, INC<br>ATTN CAROL A GLAESER<br>808 HAMILTON STREET<br>PO BOX 1327<br>MANITOWOC  WI  54221-1327 | 3393<br>Debtor: | $78,309.23<br>WINN-DIXIE STORES, INC. | $30,085.02 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,672.81 AND REMOVAL OF $5,339.72 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES AND $41,211.68 FOR UNDOCUMENTED FREIGHT CHARGES. |
| **Creditor Id: 279028**<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL  MN  55164-0101 | 9790<br>Debtor: | $16,626.94<br>DEEP SOUTH PRODUCTS, INC. | $166.27 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $498.81 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,961.86. |

**WINN-DIXIE STORES, INC., ET AL.,**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 279028**<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 | 9792<br>Debtor: | $588,245.19<br>**WINN-DIXIE STORES, INC.** | $177,607.50 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,389.13, ACCOUNTS RECEIVABLE BALANCE OF $8,055.78, RECLAMATION PAYMENTS IN PROCESS TOTALING $268,452.25, AND REMOVAL OF $125,740.53 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 407774**<br>LINPRO INVESTMENTS INC<br>C/O HELD & ISRAELI<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 7613<br>Debtor: | $28,739.40<br>**WINN-DIXIE STORES, INC.** | $20,342.16 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,324.27 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES AND $3,072.97 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN ADMINISTRATIVE EXPENSE APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC 27870 | 8247<br>Debtor: | $13,692.30<br>**WINN-DIXIE RALEIGH, INC.** | $10,617.18 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $3,075.12. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 256708**<br>MOTT'S, LLP<br>ATTN JIM TREASTER, CREDIT DIRECTOR<br>5301 LEGACY DRIVE<br>PLANO TX 75024 | 8217<br>Debtor: | $324,901.00<br>**WINN-DIXIE STORES, INC.** | $176,254.68 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,252.49, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $37,290.69 AND $4,023.57, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $104,079.57. |
| **Creditor Id: 397680**<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 | 8993<br>Debtor: | $365,139.71<br>**WINN-DIXIE STORES, INC.** | $218,253.70 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,325.09, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $4,508.73 AND $.85, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $138,051.34. |
| **Creditor Id: 257109**<br>NESTLE WATERS NORTH AMERICA INC<br>PO BOX 100952<br>ATLANTA, GA 30384-0952 | 4406<br>Debtor: | $853,222.35<br>**WINN-DIXIE STORES, INC.** | $557,107.26 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,225.70, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,659.17 AND $20,448.00, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $70,609.87, AND REMOVAL OF $200,172.35 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 258334<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655<br>**Debtor:** | $80,805.95<br>**WINN-DIXIE MONTGOMERY, INC.** | $47,245.17 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $33,560.78. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 410567<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917<br>**Debtor:** | $94,003.14<br>**WINN-DIXIE STORES, INC.** | $68,799.55 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $546.66, ACCOUNTS RECEIVABLE BALANCE OF $7,163.86, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $17,493.07. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 279086<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338<br>**Debtor:** | $1,657,814.82<br>**WINN-DIXIE STORES, INC.** | $919,895.99 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $9,471.70, ACCOUNTS RECEIVABLE BALANCE OF $425,352.76, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $303,094.37. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 408375<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687<br><br>Transferee: LCH OPPORTUNITIES LLC | 13229<br>**Debtor:** | $271,083.09<br>**WINN-DIXIE MONTGOMERY, INC.** | $242,443.35 | REDUCED AMOUNT REFLECTS ADDITION OF $4,000.00 FOR CALCULATION ERROR AND REMOVAL OF $16,223.81 AND $16,415.93 FOR 2004 INSURANCE AND REAL ESTATE TAXES, RESPECTIVELY, LACKING ADEQUATE SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 411105<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11056<br>**Debtor:** | $4,432,544.15<br>**WINN-DIXIE PROCUREMENT, INC.** | $415,443.00 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $46,686.74, ACCOUNTS PAYABLE CREDIT OF $28,298.00 AND ACCOUNTS RECEIVABLE BALANCE OF $892,853.66, RECLAMATION PAYMENTS IN PROCESS TOTALING $1,484,440.90, AND REMOVAL OF $1,564,821.85 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 279268<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | 8377<br>**Debtor:** | $987,528.16<br>**WINN-DIXIE PROCUREMENT, INC.** | $391,578.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $10,557.46, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $15,071.05 AND $59,814.04, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $331,893.82, AND REMOVAL OF $178,612.85 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809<br>Debtor: | $183,480.28<br>WINN-DIXIE STORES, INC. | $115,095.88 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $821.76, ACCOUNTS RECEIVABLE BALANCE OF $26,388.24, RECLAMATION PAYMENTS IN PROCESS TOTALING $26,296.20, AND REMOVAL OF $14,878.20 FOR CHARGEBACKS OF PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410946**<br>REXALL SUNDOWN, INC<br>ATTN HARVEY KAMIL, PRESIDENT<br>PO BOX 9010<br>RONKONKOMA NY 11779-9010<br><br>Counsel: ATTN LISA M GOLDEN, ESQ. | 10201<br>Debtor: | $691,402.11<br>WINN-DIXIE STORES, INC. | $612,796.78 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,204.15 AND $30,489.55 RESPECTIVELY, AND REMOVAL OF $45,911.63 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 278985**<br>RIVIANA FOODS, INC<br>C/O LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT, ESQ<br>2400 CHASE TOWER<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON TX 77002-3095 | 11027<br>Debtor: | $316,932.11<br>WINN-DIXIE STORES, INC. | $125,575.14 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,479.97, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $38,708.65 AND $2.06, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $40,648.44, AND REMOVAL OF $109,517.86 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 278985**<br>RIVIANA FOODS, INC<br>C/O LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT, ESQ<br>2400 CHASE TOWER<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON TX 77002-3095 | 11028<br>Debtor: | $58,717.28<br>WINN-DIXIE MONTGOMERY, INC. | $54,220.70 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $136.26 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $4,360.32. |
| **Creditor Id: 410683**<br>SAN ANGELO TX WD LP<br>C/O COEN & THURSTON, PA<br>ATTN JANET H THUSTON<br>1723 BLANDING BLVD, SUITE 102<br>JACKSONVILLE FL 32210 | 8372<br>Debtor: | $1,267,933.48<br>WINN-DIXIE STORES, INC. | $1,012,586.59 | REDUCED AMOUNT REFLECTS REMOVAL OF $234,133.76 FOR OVERSTATED REJECTION DAMAGES AND $21,213.13 FOR OVERSTATED REAL ESTATE TAXES. |
| **Creditor Id: 452218**<br>SBZ MORTGAGE ASSOCIATES, LLC<br>ATTN DAVID SAMBER<br>ONE HOLLOW LANE, SUITE 304<br>LAKE SUCCESS NY 10042<br><br>Counsel: ATTN MARGERY N REED, ESQ | 13291<br>Debtor: | $1,131,370.14<br>WINN-DIXIE MONTGOMERY, INC. | $1,064,926.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $66,444.14 FOR OVERSTATED REJECTION DAMAGES. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 252605**<br>SELL, JAMES W & CAROLYN R<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 12786<br>Debtor: | $6,552,767.10<br>WINN-DIXIE RALEIGH, INC. | $1,042,814.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,437,360.67 FOR OVERSTATED REJECTION DAMAGES AND $72,591.92 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 261082**<br>SILVER SPRINGS BOTTLED WATER<br>ATTN: KANE RICHMOND, CEO<br>PO BOX 926<br>SILVER SPRINGS, FL 34489<br><br>Transferee: SIERRA LIQUIDITY FUND | 5969<br>Debtor: | $485,903.09<br>WINN-DIXIE STORES, INC. | $472,432.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $567.68 AND REMOVAL OF $12,903.01 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 261157**<br>SLADE GORTON & CO INC<br>ATTN MICHAEL P MISTROT, CONTR<br>225 SOUTHAMPTON STREET<br>BOSTON, MA 02118 | 9453<br>Debtor: | $454,648.91<br>WINN-DIXIE PROCUREMENT, INC. | $439,403.40 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $2,667.60 AND REMOVAL OF $12,577.91 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 410957**<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13295<br>Debtor: | $260,677.62<br>WINN-DIXIE STORES, INC. | $181,800.80 | REDUCED AMOUNT REFLECTS REMOVAL OF $58,479.67 INCLUDED AND ALLOWED IN CLAIM NUMBER 13191 AND $20,397.15 FOR POSTPETITION CHARGES ($4,946.07 FOR INSURANCE PAID BY CHECK NUMBER 008234009, $5,103.16 FOR COMMON AREA MAINTENANCE CHARGES PAID BY CHECK NUMBER 008234009, AND $10,347.92 FOR REAL ESTATE TAXES NOT YET DUE). |
| **Creditor Id: 411428**<br>STATE OF SOUTH CAROLINA EMPLOY SEC<br>ATTN HW FUNDERBURK JR, ESQ LEG DEPT<br>PO BOX 995<br>COLUMBIA SC 29202<br><br>Counsel: ATTN: HENRY MCMASTER, ESQ | 11856<br>Debtor: | $12,381.00<br>WINN-DIXIE LOGISTICS, INC. | $1,325.86 | REDUCED AMOUNT REFLECTS 4/15/05 PAYMENT OF $11,055.14 BY CHECK NUMBER 8028212 PER ORDER AUTHORIZING PAYMENT OF PREPETITION TAXES (DKT 435). |
| **Creditor Id: 410544**<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203 | 13319<br>Debtor: | $771,632.03<br>WINN-DIXIE RALEIGH, INC. | $615,379.77 | REDUCED AMOUNT REFLECTS REMOVAL OF $99,615.50 FOR OVERSTATED REJECTION DAMAGES, $11,295.77 FOR 2004 INSURANCE LACKING SUPPORTING DOCUMENTATION, AND $45,340.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 263785**<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 7699<br>Debtor: | $3,815,766.51<br>WINN-DIXIE RALEIGH, INC. | $736,518.98 | REDUCED AMOUNT REFLECTS REMOVAL OF $49,727.26 FOR RENT PAID PREPETITION BY CHECK NUMBER 7417725, $6,131.17 FOR OVERSTATED REAL ESTATE TAXES, $775,213 FOR ESTIMATED DEFERRED MAINTENANCE LACKING SUPPORTING DOCUMENTATION, AND $2,248,176.11 FOR LIQUIDATED DAMAGES ALSO LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id: 263785**<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 11899<br>Debtor: | $3,496,062.13<br>WINN-DIXIE RALEIGH, INC. | $721,423.21 | REDUCED AMOUNT REFLECTS REMOVAL OF $609,393 FOR ESTIMATED DAMAGES, $2,125,057.35 FOR LIQUIDATED DAMAGES, AND $40,188.57 FOR POSTPETITION CHARGES.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 384412**<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN: MARK CLARK, DIR CREDIT OPER<br>PO BOX 640727<br>PITTSBURGH, PA 15264-0727 | 7387<br>Debtor: | $11,992.32<br>WINN-DIXIE STORES, INC. | $8,913.02 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $93.32, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $208.80 AND $231.62, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $2,545.56. |
| **Creditor Id: 278611**<br>WOOLBRIGHT/SSR MARKETPLACE, LLC<br>ATTN SHAI MOSCHOWITS/LARRY BERNICK<br>3200 NORTH MILITARY TRAIL 4TH FLOOR<br>BOCA RATON FL 33431<br><br>Transferee: LCH OPPORTUNITIES LLC<br>Counsel: ATTN RICARDO A REYES, ESQ | 12880<br>Debtor: | $351,353.24<br>WINN-DIXIE STORES, INC. | $327,993.63 | REDUCED AMOUNT REFLECTS ADDITION OF $142.00 FOR TYPOGRAPHICAL ERROR ON FACE OF CLAIM AND REMOVAL OF $23,501.61 FOR OVERSTATED MINIMUM GUARANTEED RENT AS TERMINATION BECAME EFFECTIVE 1/6/05. |

**Total Claims to be Reduced:** 57

**Total Amount to be Reduced:** $48,005,557.08 Plus Unliquidated Amounts, If Any

**Total Reduced Amount:** $23,225,462.64

**EXHIBIT D**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLEER<br>751 STATE PARK ROAD<br>GREENVILLE SC 29609 | 11361 | $41,205.11 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $31,018.87 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $10,186.24. ALSO, MISCLASSIFIED CLAIM. |
| BROWN BOTTLING GROUP, INC<br>ATTN RAY WILKINS, EXEC VP OF FIN<br>591 HIGHLAND COLONY PKWY<br>RIDGELAND MS 39157<br>Counsel: ATTN KRISTINA M JOHNSON, ESQ | 8085 | $407,980.15 | Multiple Classes<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $268,809.11 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,003.69, ACCOUNTS RECEIVABLE BALANCE OF $73,049.09, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $64,118.26. ALSO, MISCLASSIFIED CLAIM. |
| BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | $2,909,714.24 | Multiple Classes<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $966,860.88 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $13,398.23, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $11,499.07 AND $913,750.19, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $417,244.04, AND REMOVAL OF $586,961.83 FOR CHARGEBACKS OF PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLY D RUCKER, ESQ<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289<br>Transferee: VR GLOBAL PARTNERS, LP | 8348 | $8,530,810.49 | Multiple Classes<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $2,099,817.13 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT (LIABILITIES OF OTHER DEBTORS INCLUDED IN ASSERTED AMOUNT OF $5,752,245.23, NET CONSUMPTION WAIVER OF $20,568.13, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $658,180.00). ALSO, MISCLASSIFIED CLAIM. |
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLY D RUCKER, ESQ<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289<br>Transferee: VR GLOBAL PARTNERS, LP | 8349 | $8,530,810.49 | Multiple Classes<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | $442.10 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT (LIABILITIES OF OTHER DEBTORS INCLUDED IN ASSERTED AMOUNT OF $8,530,225.49, NET CONSUMPTION WAIVER OF $4.33, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $138.57). ALSO, MISCLASSIFIED CLAIM. |
| COCA-COLA ENTERPRISES INC ET AL<br>C/O MILLER & MARTIN PLLC<br>ATTN: SHELLY D RUCKER, ESQ<br>832 GEORGIA AVE, STE 1000<br>CHATTANOOGA TN 37402-2289<br>Transferee: VR GLOBAL PARTNERS, LP | 8350 | $8,530,810.49 | Multiple Classes<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | Unsecured Non-Priority | $518,550.11 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT (LIABILITIES OF OTHER DEBTORS INCLUDED IN ASSERTED AMOUNT OF $7,844,643.45, NET CONSUMPTION WAIVER OF $5,079.30, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $162,537.63). ALSO MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| HP HOOD LLC<br>ATTN DAVID E HOWES, CR MGR<br>1250 EAST STREET SOUTH<br>SUFFIELD CT 06078-2498 | 7440 | $1,127,851.50 | Multiple Classes<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | $830,218.30 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,895.75, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $26,384.20 AND $2,381.51, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $80,979.60, AND REMOVAL OF $184,992.14 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. CLAIM ASSERTED AS SECURED, ADMINISTRATIVE PRIORITY, AND UNSECURED NON-PRIORITY, MISCLASSIFIED IN PART. RECLASSIFY $290,260.65 TO ADMINISTRATIVE PRIORITY AND $539,957.65 TO UNSECURED NON-PRIORITY. |
| HUSSMANN CORPORATION<br>ATTN BILL BUTLER, CREDIT ANALYST<br>12999 ST CHARLES ROCK ROAD<br>BRIDGETON MO 63044 | 9971 | $827,732.67 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $765,336.38 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| MARKET AT BYRAM LLC, THE<br>C/O SOUTHGATE REALTY, LLC<br>PO BOX 16615<br>HATTIESBURG, MS 39402<br>Counsel: ATTN MARCUS M WILSON, ESQ | 8847 | $71,005.36 | Administrative<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | Unsecured Non-Priority | $47,890.25 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,115.11 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN ADMINISTRATIVE EXPENSE APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. ALSO, MISCLASSIFIED CLAIM. |
| NESTLE PREPARED FOODS CO<br>HAND HELD FOODS GROUP<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 9602 | $260,253.92 | Multiple Classes<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | Unsecured Non-Priority | $8,603.97 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,267.72 AND $124,866.87, RESPECTIVELY, NET CONSUMPTION WAIVER OF $3,819.65 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $121,695.71. ALSO, MISCLASSIFIED CLAIM. |
| NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 11735 | $1,763,471.58 | Multiple Classes<br><br>Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | $536,113.99 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $640.57, NET CONSUMPTION WAIVER OF $29,634.78, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,846.31 AND $206,219.68, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $947,421.58, AND REMOVAL OF $40,875.81 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT D - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| NESTLE USA<br>ATTN NANCY REYNOSO<br>800 NORTH BRAND BLVD<br>GLENDALE CA 91203<br><br>Debtor: WINN-DIXIE PROCUREMENT, INC. | 8073 | $3,197,006.82 | Multiple Classes | Unsecured<br>Non-Priority | $213,712.37 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $66,161.81, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $9,751.94 AND $701,345.71, RESPECTIVELY. RECLAMATION PAYMENTS IN PROCESS TOTALING $2,080,116.92, AND REMOVAL OF $115,918.07 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED CLAIM. |
| OCEAN DUKE CORPORATION<br>3450 FUJITA STREET<br>TORRANCE, CA 90505<br>Counsel: ATTN TIMOTHY NEUFELD<br><br>Debtor: WINN-DIXIE STORES, INC. | 3521 | $847,956.90 | Multiple Classes | Unsecured<br>Non-Priority | $819,322.20 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $28,634.70. ALSO MISCLASSIFIED CLAIM. |
| PEPSI COLA BOTTLING CO OF HICKORY NC, INC<br>ATTN MICHAEL WINGLER, CFO<br>PO BOX 550<br>HICKORY, NC 28603<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | 4430 | $166,459.55 | Unsecured<br>Non-Priority | Multiple Classes | $117,772.09 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $40,518.35 AND REMOVAL OF $8,169.11 FOR CHARGEBACKS OF PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $3,183.96 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $114,588.13 REMAINS UNSECURED NON-PRIORITY. |
| PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 9659 | $73,738.35 | Multiple Classes | Unsecured<br>Non-Priority | $55,563.72 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $18,174.63. ALSO, MISCLASSIFIED CLAIM. |
| PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL 35602<br><br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 7905 | $64,564.40 | Multiple Classes | Multiple Classes | $44,544.83 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $20,019.57. CLAIM ASSERTED AS SECURED, UNSECURED NON-PRIORITY, AND ADMINISTRATIVE PRIORITY MISCLASSIFIED IN PART. RECLASSIFY $8,810.30 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $35,734.53 TO UNSECURED NON-PRIORITY. |
| PEPSI-COLA BOTTLING CO OF CHARLOT<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167<br><br>Debtor: WINN-DIXIE RALEIGH, INC. | 7464 | $240,445.27 | Multiple Classes | Multiple Classes | $183,599.92 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $56,845.35. CLAIM ASSERTED AS SECURED, UNSECURED NON-PRIORITY, AND ADMINISTRATIVE PRIORITY MISCLASSIFIED IN PART. RECLASSIFY $49,391.71 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $134,208.21 TO UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT D - OVERSTATED AND MISCLASSIFIED
CLAIMS TO BE REDUCED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| PERSONAL OPTICS ATTN RACHEL SANCHEZ, CONTROLLER 1331 SOUTH STATE COLLEGE BLVD FULLERTON CA 92831 | 5589 | $287,359.75 Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $270,486.73 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $4,941.65 AND REMOVAL OF $11,931.37 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $17,417.29 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $253,069.44 REMAINS UNSECURED NON-PRIORITY. |
| SARA LEE BAKERY GROUP ATTN JERRI SPONIK 111 CORPORATE OFFICE DR, SUITE 200 EARTH CITY, MO 63045 Counsel: ATTN: JANICE L DUBAN, ESQ | 9748 | $435,700.67 Debtor: WINN-DIXIE PROCUREMENT, INC. | Multiple Classes | Unsecured Non-Priority | $205,714.16 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,089.94, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $194,557.62 AND $201.72, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $34,137.23. ALSO, MISCLASSIFIED CLAIM. |
| VOGEL & VOGEL PARTNERSHIP C/O VOGEL REALTY ATTN WILLIAM PETERSON, BROKER 11219 FINANCIAL CTR PKWY, STE 300 LITTLE ROCK, AR 72211 Counsel: ATTN KAREN K. SPECIE, ESQ | 13279 | $431,646.79 Debtor: WINN-DIXIE STORES, INC. | Multiple Classes | Unsecured Non-Priority | $420,954.61 | REDUCED AMOUNT REFLECTS REMOVAL OF $10,692.18 FOR POSTPETITION REAL ESTATE TAXES. ALSO, MISCLASSIFIED CLAIM. |
| WELLS, CLARENCE H 50 N COUNTRY CLUB DRIVE CRYSTAL RIVER FL 34429 | 4025 | $9,575.00 Debtor: WINN-DIXIE STORES, INC. | Priority | Unsecured Non-Priority | $6,010.00 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| WYETH CONSUMER HEALTHCARE ATTN CHARLOTTE T FOX, SR MGR PO BOX 26609 RICHMOND VA 23261-6609 | 152 | $1,333,235.43 Debtor: WINN-DIXIE STORES, INC. | Unsecured Non-Priority | Multiple Classes | $415,119.75 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $9,027.98 AND $525,008.05, RESPECTIVELY, AND REMOVAL OF $384,079.65 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. ALSO, MISCLASSIFIED IN PART. RECLASSIFY $326,237.91 TO ADMINISTRATIVE (RECLAMATION AND $88,881.84 REMAINS UNSECURED NON-PRIORITY. |

| | |
|---|---|
| Total Claims to be Reduced & Reclassified: | 22 |
| Total Amount to be Reduced & Reclassified: | $40,089,334.93 |
| Total Reduced & Reclassified Amount: | $8,826,461.47 |

Plus Unliquidated Amounts, If Any

**EXHIBIT E**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 452133**<br>CITY OF PERRY WATER & GAS<br>ATTN PENNY STAFFNEY, FINANCE DIR<br>PO DRAWER 197<br>PERRY FL 32348 | 13250 | $466.27 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 381954**<br>COMMONWEALTH OF VA AGR & CONS SVCES<br>VDACS - STATE MILK COMMISSION<br>ATTN RODNEY L PHILLIPS<br>102 GOVERNOR STREET, RM 205<br>RICHMOND VA 23219 | 253 | $261.67 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| | Counsel: ATTN JERRY KILGORE, ESQ | | | | |
| **Creditor Id: 407679**<br>COUNTY OF DEKALB, GA<br>TREASURY & ACCOUNTING DIVISION<br>ATTN ROMEO KELLER<br>PO BOX 1088<br>DECATUR GA 30031 | 4960 | $8,148.32 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. PREMISES WHERE SERVICES WERE PROVIDED WERE LEASED BY DEBTOR. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| **Creditor Id: 249391**<br>FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>4806 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 9490 | $510,465.03 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: WINN-DIXIE STORES, INC. | | | | |
| | Transferee: SMITHTOWN BAY LLC | | | | |
| **Creditor Id: 278470**<br>GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 | 12851 | $1,017,085.67 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: WINN-DIXIE RALEIGH, INC. | | | | |
| | Transferee: LCH OPPORTUNITIES LLC | | | | |
| | Counsel: ATTN KELLY M BARNHART, ESQ | | | | |
| **Creditor Id: 406925**<br>MARLOW, WILLIAM J JR<br>5005 HIGH POINT DRIVE<br>PANAMA CITY FL 32404 | 6756 | $4,400.00 | Priority | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| | Debtor: WINN-DIXIE PROCUREMENT, INC. | | | | |
| | Counsel: ATTN JERRETT M MCCONNELL, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 269346**<br>SCHREIBER FOODS, INC<br>ATTN: KRIS SKUPAS, CORP CRED MGR<br>425 PINE STREET<br>PO BOX 19010<br>GREEN BAY, WI 54307-9010 | 640 | $2,200,407.99 | Unsecured<br>Non-Priority | Multiple Classes | MISCLASSIFIED IN PART. RECLASSIFY $1,330,326.56 TO ADMINISTRATIVE PRIORITY (RECLAMATION) AND $870,081.43 REMAINS UNSECURED NON-PRIORITY. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Transferee: JPMORGAN CHASE BANK NA<br>Counsel: ATTN TIMOTHY C BENNETT, ESQ | | | | | |
| **Creditor Id: 256185**<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 | 1440 | $9,528.22 | Multiple Classes | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| **Creditor Id: 408213**<br>WORLD OF SLEEP OUTLETS, LLC<br>ATTN CLAUDIA TIMCO/ROSE THOMAS<br>ONE CONCOURSE PKWY, STE 800<br>ATLANTA GA 30328 | 6421 | $15,125.01 | Secured | Unsecured<br>Non-Priority | MISCLASSIFIED CLAIM. |
| Debtor: WINN-DIXIE STORES, INC. | | | | | |
| Counsel: ATTN DANIEL P SINAIKO, ESQ | | | | | |

**Total Claims to be Reclassified:** 9

**Total Amount to be Reclassified:** $3,765,888.18    Plus Unliquidated Amounts, If Any

**EXHIBIT F**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  242345**<br>AMTECH LIGHTING SERVICE<br>ATTN CATHERINE A FORTNEY, A/R MGR<br>2390 E ORANGEWOOD AVENUE, SUITE 100<br>PARK PLAZA<br>ANAHEIM  CA  92806 | 13424 | $42,326.28<br>Debtor:  **WINN-DIXIE MONTGOMERY, INC.** | 1589 | $42,911.12 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  1080**<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVENUE<br>RICHMOND, VA  23230<br><br>Counsel: ATTN THOMAS E CARR, ESQ | 12477 | $746,013.75<br>Debtor:  **WINN-DIXIE RALEIGH, INC.** | 9957 | $61,843.83 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410753**<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES & M BEN-EZRA, ESQS<br>2901 STIRLING RD, STE 300<br>FT LAUDERDALE  FL  33312 | 12436 | $1,480,384.84<br>Debtor:  **WINN-DIXIE STORES, INC.** | 9565 | $6,091,443.92 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  395571**<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN M. WRIGHT<br>PO BOX 2219<br>COLUMBUS  OH  43216 | 1014 | $3,222.69<br>Debtor:  **DEEP SOUTH PRODUCTS, INC.** | 374 | $4,740.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  416259**<br>BENTLEY, FRED D SR<br>C/O FURR AND COHEN, PA<br>ATTN ALVIN S GOLDSTEIN, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON  FL  33431 | 12432 | $1,591,693.33<br>Debtor:  **WINN-DIXIE STORES, INC.** | 12159 | $1,590,293.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 415973**<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE  SC  29603 | 13300 | $488,218.50 | 12965 | $488,218.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 243720**<br>BOGGY CREEK MARKETPLACE, INC<br>PO BOX 320219<br>COCOA BEACH, FL  32932-0219 | 13289 | $912,849.66 | 8234 | $7,107.54 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| Counsel: ATTN DONALD A NOHRR, ESQ | | | | | |
| **Creditor Id: 410585**<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>OF H FUNK & P MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS  IN  46204-2079 | 12859 | $594,892.21 | 11852 | $267,960.49 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** | WINN-DIXIE RALEIGH, INC. | | |
| Counsel: ATTN CRAIG E ETEM, ESQ | | | | | |
| **Creditor Id: 279209**<br>CF SAUER COMPANY<br>ATTN MICHELLE RADER, TREAS<br>2000 WEST BROAD ST<br>RICHMOND  VA  23220 | 12498 | $14,052,861.24 | 9421 | $2,722,781.31 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 279209**<br>CF SAUER COMPANY<br>ATTN MICHELLE RADER, TREAS<br>2000 WEST BROAD ST<br>RICHMOND  VA  23220 | 12498 | $14,052,861.24 | 9422 | $928,092.28 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** | WINN-DIXIE STORES, INC. | | |
| **Creditor Id: 411074**<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 13003 | $54,664.01 | 12203 | $46,046.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** | WINN-DIXIE STORES, INC. | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 381721<br>COMMONWEALTH OF KENTUCKY REV DEP<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT  KY  40602-0491 | 12593 | $268,996.11 | 11695 | $2,608.08 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN: ALBERT B CHANDLER III, ESQ | | | | | |
| **Creditor Id:** 243102<br>COUNTY OF BARTOW TAX COMM<br>ATTN GLENDA REESE, DEPUTY<br>135 WEST CHEROKEE AVENUE, STE 217A<br>CARTERSVILLE  GA  30120-3181 | 13206 | $14,049.21 | 5765 | $13,597.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id:** 266221<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE  FL  32781-2500 | 12566 | $68,455,687.93 | 769 | $169.32 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN BRIAN FITZGERALD, ESQ | | | | | |
| **Creditor Id:** 266221<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE  FL  32781-2500 | 12566 | $68,455,687.93 | 770 | $460.19 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN BRIAN FITZGERALD, ESQ | | | | | |
| **Creditor Id:** 266221<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE  FL  32781-2500 | 12566 | $68,455,687.93 | 771 | $623.36 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | **Debtor:** | WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN BRIAN FITZGERALD, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 246660**<br>COUNTY OF COLQUITT TAX COMMISSIONE<br>ATTN CINDY S HORVIN<br>PO BOX 99<br>MOULTRIE GA 31776-0099 | 13207<br>Debtor: | $21,453.81<br>WINN-DIXIE STORES, INC. | 2713 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247147**<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 13309<br>Debtor: | $251,314.04<br>WINN-DIXIE STORES, INC. | 12886 | $428,189.43 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247252**<br>CRT PROPERTIES INC FKA<br>KOGER EQUITY<br>ATTN DAVID W FOSTER, GM<br>PO BOX 538296<br>ATLANTA, GA 30353-8266<br><br>Counsel: ATTN JOEY E SCHLOSBERG, ESQ | 13362<br>Debtor: | $461,672.47<br>WINN-DIXIE STORES, INC. | 10316 | $349,273.92 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410726**<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 13324<br>Debtor: | $545,732.15<br>WINN-DIXIE STORES, INC. | 12827 | $90,607.56 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410726**<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 13324<br>Debtor: | $545,732.15<br>WINN-DIXIE STORES, INC. | 12837 | $562,643.13 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 405927**<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO  FL  32802-2809 | 13294 | $1,349,157.25 | 8853 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410943**<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE  FL  32207 | 13286 | $23,022.26 | 10188 | $22,071.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 406025**<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH  NC  27611-6268 | 12944 | $330,257.06 | 12146 | $323,052.51 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| **Creditor Id: 407595**<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS  IN  46204 | 13281 | $714,277.23 | 4542 | $58,424.09 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |
| **Creditor Id: 407595**<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS  IN  46204 | 13281 | $714,277.23 | 4543 | $100.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE SUPERMARKETS, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:  279020**<br>HOBART CORPORATION<br>ATTN CATHY BICE, CR MGR<br>701 RIDGE AVENUE<br>TROY OH 45374 | 10193 | $889,165.53<br>**Debtor:** **WINN-DIXIE STORES, INC.,** | 7977 | $680,121.58 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  1475**<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG  SC  29304<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 13282 | $69,711.46<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.,** | 7015 | $61,054.11 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410447**<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL  35203 | 11888 | $906,548.27<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | 8180 | $65,588.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  375911**<br>LEXIS-NEXIS<br>ATTN NANCY J AUCOIN/M VIOLET<br>PO BOX 7247-7090<br>PHILADELPHIA, PA  19170-7090 | 13257 | $151,091.04<br>**Debtor:** **WINN-DIXIE STORES, INC.** | 3418 | $246,235.50 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  452383**<br>LPI CALHOUN, INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FLOOR<br>ATLANTA  GA  30303 | 13380 | $380,431.91<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | 13306 | $383,652.48 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  1570**<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL  35244<br><br>Counsel: ATTN MARJORIE O DABBS, ESQ | 12483 | $942,595.84<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | 8630 | $426,452.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 408260**<br>MCW-RC GA PEACHTREE PKWY PLAZA, LL(<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 13303 | $125,561.80<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 8717 | $121,445.26 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATTN M MCINERNEY/N GRIFFINS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | 13187 | $887,027.04<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 9815 | $745,161.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN LARREN M NASHELSKY, ESQ | | | | | |
| **Creditor Id: 410587**<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATTN M MCINERNEY/N GRIFFINS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | 13188 | $1,145,741.28<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 9816 | $1,010,815.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN LARREN M NASHELSKY, ESQ | | | | | |
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFTHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | 13185 | $1,145,741.28<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | 9817 | $1,010,815.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | | | | | |
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFTHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | 13184 | $887,027.04<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | 9818 | $745,161.77 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 417107**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O CAPITAL CROSSING BANK, AGENT<br>ATTN CHRISTOPHER P HICKEY, SR VP<br>101 SUMMER STREET<br>BOSTON MA 02110 | 13298 | $717,829.00 | 12920 | $717,829.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| Transferee: MERRILL LYNCH PIERCE FENNER & SMITH<br>Counsel: ATTN ROBERT A. ZIOGAS, ESQ | | | | | |
| **Creditor Id: 408427**<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE CA 91203 | 11735 | $1,763,471.58 | 9597 | $1,762,831.01 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE PROCUREMENT, INC. | | | |
| **Creditor Id: 258338**<br>PEPSI COLA BOTTLING CO<br>ATTN DARRELL KIGGANS, CR MGR<br>PO BOX 241167<br>CHARLOTTE, NC 28224-1167 | 7464 | $240,445.27 | 2168 | $240,463.89 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| **Creditor Id: 258369**<br>PERFORMANCE OIL EQUIP, INC<br>ATTN BRAD GRANBERRY, VP<br>920 EAST MCDOWELL ROAD<br>PO BOX 8945<br>JACKSON, MS 39284 | 13337 | $60,574.99 | 868 | $62,507.42 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE STORES, INC. | | | |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | | |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | 13412 | $365,720.00 | 8820 | $0.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | Debtor: WINN-DIXIE MONTGOMERY, INC. | | | |
| Counsel: ATTN MARGERY N REED, ESQ | | | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 400905**<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 | 13491 | $18,993.74 | 9436 | $19,431.35 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 410519**<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | 13437 | $463,314.90 | 8477 | $318,500.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13278 | $351,385.58 | 6223 | $350,378.32 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 408217**<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | 13276 | $358,638.21 | 12444 | $327,200.41 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | | | |
| **Creditor Id: 410957**<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13191 | $58,479.67 | 10148 | $50,308.76 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 8865 | $7,487,670.72 | 569 | $5,000,000.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | Debtor: | WINN-DIXIE STORES, INC. | | | |

Transferee: JPMORGAN CHASE BANK NA

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id: 408341**<br>SPRINGHILL ASSOCIATES, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA  SC  29202 | 13314 | $58,113.59 | 7020 | $52,506.51 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE  FL  32314-6668 | 13223 | $474.60 | 12959 | $197,110.55 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE SUPERMARKETS, INC. | | | |
| Counsel: C/O FREDERICK F RUDZIK, ESQ | | | | | |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE  FL  32314-6668 | 13224 | $50,955.48 | 13065 | $674,545.33 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| Counsel: C/O FREDERICK F RUDZIK, ESQ | | | | | |
| **Creditor Id: 406030**<br>STATE OF OHIO WORKERS COMP BUREAU<br>LAW SECTION, BANKR UNIT<br>ATTN LARRY RHODEBECK, ESQ<br>30 W SPRING STREET<br>COLUMBUS  OH  43215-0567 | 9854 | $328,110.48 | 2948 | $521,386.24 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE RALEIGH, INC. | | | |
| Counsel: ATTN ANGELA HUFFMAN | | | | | |
| **Creditor Id: 410544**<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI  OH  45203 | 13319 | $771,632.03 | 12320 | $726,291.05 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE RALEIGH, INC. | | | |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-SECOND OMNIBUS CLAIMS OBJECTION
EXHIBIT F - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 263381 TOWN SQUARE DEVELOPMENT ATTN: JAMES M SIMPSON 29 PELZER AVENUE WILLIAMSTON, SC 29697-1023 | 13066 | $469,844.61 | 12440 | $85,373.61 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| Counsel: ATTN CAROLYN G BAIRD, ESQ. | | | | | |
| **Creditor Id:** 416243 VILLAGE MARKETPLACE OF HAW RIVER C/O KENNEDY COVINGTON LOBDELL ET AL ATTN LAWRENCE E BEHNING, ESQ 214 N TRYON STREET, 47TH FLOOR CHARLOTTE NC 28202 | 13331 | $524,021.27 | 12072 | $457,720.95 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |
| Transferee: JEFFERSON-PILOT INVESTMENTS INC | | | | | |
| **Creditor Id:** 410763 WD MT CARMEL, LLC C/O KAMIN REALTY CO ATTN DANIEL G KAMIN, MGR 490 SOUTH HIGHLAND AVE PITTSBURGH PA 15206 | 13435 | $1,071,155.37 | 9639 | $7,141,035.78 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE RALEIGH, INC. | | | |
| Counsel: ATTN SARA E LORBER, ESQ | | | | | |
| **Creditor Id:** 415966 WESTLAND PLAZA ASSOCIATES, LP C/O STIRLING PROPERTIES ATTN DONNA TAYLOR 109 NORTHPARK BLVD, SUITE 300 COVINGTON LA 70433 | 13454 | $214,551.29 | 4196 | $28,654.43 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE MONTGOMERY, INC. | | | |
| Counsel: ATTN J DAVID FORSYTH, ESQ. | | | | | |
| **Creditor Id:** 264989 WITHLACOOCHEE RIVER ELEC COOP INC ATTN ARLENE M STEVENS PO BOX 278 DADE CITY, FL 33526-0278 | 13363 | $175,097.40 | 2491 | $179,901.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| | | **Debtor:** WINN-DIXIE STORES, INC. | | | |

**Total Claims to be Disallowed:** 58

**Total Amount to be Disallowed:** $38,513,739.25    Plus Unliquidated Amounts, If Any

**EXHIBIT G**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,  )    *Chapter 11*
                                          )
Debtors. [1]                              )    Jointly Administered
                                          )

**ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS, (C) REDUCING OVERSTATED CLAIMS, (D) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, (E) RECLASSIFYING MISCLASSIFIED CLAIMS AND (F) DISALLOWING AMENDED AND SUPERSEDED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-SECOND OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on October 12, 2006, upon the Twenty-Second Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through F (the "Disputed Claims").[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The No Liability Claims listed on Exhibit A are disallowed in their entirety.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.     The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit B is denied; and the No Liability Misclassified Claims are (a) reclassified as specified on Exhibit B under the heading "Modified Class Status," and (b) disallowed in their entirety.

4.     The Overstated Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

5.     The Overstated Misclassified Claims listed on Exhibit D are reduced to the amounts set forth on Exhibit D under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit D is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit D under the heading "Modified Class Status."

6.     The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit E is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit E under the heading "Modified Class Status."

7.     The Amended Claims listed on Exhibit F are disallowed in their entirety.

8.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

        9.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

        10.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

     Dated this ____ day of October, 2006 in Jacksonville, Florida.


                                           _____

Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4