UNITED STATES BANKRUPTCY COUT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE, FLORIDA</u>

In re:                                                                         Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                            Chapter 11
<u>Debtors.</u>

### MOTION FOR DETERMINATION OF PLAN CLASS

**KJUMP, INC.**, hereinafter Movant, by and through the undersigned attorney, hereby files this Motion for Determination of Plan Class and in support thereof would show the court as follows:

1. The Movant is the landlord of a Winn-Dixie store located at 352 W. Granada Blvd., Ormond Beach, Florida (Store No. 2309) under a written lease agreement with Debtor.

2. Said lease agreement provides that in addition to monthly rent, Debtor shall pay a pro-rated share of insurance, real property taxes and common area maintenance.

3. Movant has received a ballot for Class 13 whereby Debtor proposes to treat Movant's claim for pre-petition arrears due under a non-residential lease as a Class 13-Landlord claim.

4. Movant objects to said classification in that Movant is entitled to an administrative claim in the amount of the pre-petition arrears due under the non-residential lease, which Debtor plans to assume pursuant to Debtor's Second Omnibus Motion for Authority to Assume Non-Residential Real Property Leases.

5. In addition, Movant has a pre-petition claim under said lease in the amount of $87,353.75 for pro-rated insurance, taxes and common area maintenance for year 2004 and partial year 2005, and as more fully described in Exhibit A attached hereto.

6. Movant is entitled to classification as an administrative claim pursuant to sect. 503(b), Bankruptcy Code in that before any assumption is authorized, Movant for is entitled, under sect. 365(b), Bankruptcy Code, to a cure in any default, or adequate assurance of a prompt cure.

WHEREFORE, Movant hereby requests this Court enter an order classifying Movant's claim as an administrative claim in order for treatment as an administrative claim under Debtor's proposed plan of reorganization.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail and/or electronically to D.J. Baker, Esquire, Four Times Square, New York, NY 10036 (djbaker@skadden.com), Cynthia C. Jackson, Esquire, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (cjackson@smithhulsey.com) and U.S. Trustee, 135 W. Central Blvd., Suite 630, Orlando, Florida 32801 this 12th day of Sept., 2006.

SNELL & SNELL, P.A.

BY: _____
WALTER J. SNELL, ESQUIRE
Florida Bar No. 0729360
436 N. Peninsula Drive
Daytona Beach, FL 32118
(386) 255-5334
386(255-5335)-fax
snellandsnell@mindspring.com
Attorney for Landlord

**KJUMP, Inc.**
**Ormond Beach Shopping Center**
*190 John Anderson Drive*
*Ormond Beach, Florida  32176*
*office  386.615.0067   fax  386.673.1901   cell  386.290.7769*

Statement 2004

To:  Winn-Dixie Store #2309                                       Date:  **April 17, 2006**
     353 West Granada Blvd
     Ormond Beach, FL  32174

                                                                  Payment Due:  **UPON RECEIPT**

RE:  2004 Property Tax, C.A.M. and Insurance

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **PROPERTY TAX** | | |
| Total Bill: | $30,005.29 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $25,225.45 | $ 25,225.45 |
| **COMMON AREA MAINTENANCE** | | |
| Repairs/Maintenance          $ | 6,978.24 | |
| Parking Lot Maintenance | 2,860.00 | |
| Landscaping | 5,752.50 | |
| Rent Expense | 5,271.50 | |
| Utilities Electric | 4,877.66 | |
| Utilities Water | 8,713.73 | |
| Utilities Garbage | 618.88 | |
| Total Bill: | $35,072.51 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $29,485.45 | $ 29,485.45 |
| **INSURANCE** | | |
| Total Bill: | $37,407.75 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $31,448.70 | $ 31,448.70 |
| **TOTAL** | | $ 86,159.60 |
| | | |
| PAYMENTS APPLIED: | | $ 19,743.84 |
| NET AMOUNT DUE: | | $ 66,415.76 |
| FLORIDA SALES TAX: | 6.50% | 4,317.02 |
| | | |
| **TOTAL AMOUNT DUE:** | | $ 70,732.78 |

Exhibit A

# KJUMP, Inc.
## Ormond Beach Shopping Center
*190 John Anderson Drive*
*Ormond Beach, Florida 32176*
*office 386.615.0067  fax 386.673.1901  cell 386.290.7769*

Statement 2005

To: **Winn-Dixie Store #2309**
**353 West Granada Blvd**
**Ormond Beach, FL  32174**

Date: **March 6, 2006**

Payment Due: **UPON RECEIPT**

RE: **2005 Property Tax, C.A.M. and Insurance**

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **PROPERTY TAX** | | |
| Total Bill: | $62,565.56 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $52,598.87 | $ 52,598.87 |
| **COMMON AREA MAINTENANCE** | | |
| Repairs/Maintenance | $ 2,550.40 | |
| Parking Lot Maintenance | 18,047.12 | |
| Landscaping | 18,525.39 | |
| Rent Expense | 11,502.00 | |
| Utilities Electric | 14,888.73 | |
| Utilities Water | 22,292.04 | |
| Utilities Garbage | 2,080.10 | |
| Total Bill: | $89,885.78 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $75,566.98 | $ 75,566.98 |
| **INSURANCE** | | |
| Total Bill: | $54,465.18 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $45,788.88 | $ 45,788.88 |
| **TOTAL** | | $173,954.73 |
| | | |
| PAYMENTS APPLIED: | | $ 43,077.48 |
| NET AMOUNT DUE: | | $130,877.25 |
| FLORIDA SALES TAX: | 6.50% | 8,507.02 |
| **TOTAL AMOUNT DUE:** | | $139,384.27 |

*payment March 13 2006  -114,471.18*
*payment May 11 2006  -8,292.12*
*16,620.97*