UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| Debtors. | ) | Chapter 11<br>Jointly Administered |
| | ) | |

### MOTION TO ALLOW SUBSTITUTION OF COUNSEL

Creditor, Selma Highway 80 Venture II Joint Venture, an Alabama General Partnership, respectfully requests that this Court enter an order allowing the law firm of LaFleur Law Firm be substituted as local counsel of record for Creditor in place of Stutsman, Thames & Markey, P.A.. The Creditor's consent to the proposed substitution is attached.

| | |
|---|---|
| **LaFLEUR LAW FIRM** | **STUTSMAN, THAMES & MARKEY, P.A.** |
| By /s/ Nina M. LaFleur | By /s/ Richard R. Thames |
| Florida Bar Number 0107451 | Florida Bar Number 0718459 |
| P.O. Box 861128 | 50 North Laura Street, Suite 1600 |
| St. Augustine, Florida 32086 | Jacksonville, Florida 32202 |
| (904) 797-7995 | (904) 358-4000 |
| (904) 797-7996 Facsimile | (904) 358-4001 Facsimile |

## Consent

Selma Highway 80 Venture II Joint Venture, an Alabama General Partnership, by and through its undersigned counsel consents to the substitution of LaFleur Law Firm for Stutsman & Thames, P.A. as local counsel in this case.

DATED this 1th day of September, 2006.

SPAIN & GILLON, LLC

By _____
Walter F. McArdle

The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
(205) 581-6295
(205) 324-8866