UNITED STATES BANKRUPTCY COUT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE, FLORIDA</u>

In re:                                                                  Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                      Chapter 11

<u>Debtors.</u>

### OBJECTION TO PROPOSED CURE AMOUNT

**KJUMP, INC.**, hereinafter Movant, by and through the undersigned attorney, hereby files this objection to the Proposed Cure Amount and in support thereof would show as follows:

1. The Movant is the landlord of a Winn-Dixie store located at 352 W. Granada Blvd., Ormond Beach, Florida (Store No. 2309) under a written lease agreement with Debtor.

2. Said lease between the parties provides that in addition to monthly rent, Debtor shall pay a pro-rated share of insurance, real property taxes and common area maintenance.

3. Debtors have expressed their intent to assume the lease with Movant through the Second Omnibus Motion for Authority to Assume Non-Residential Reap Property Leases.

4. Said motion sets forth a proposed cure amount of $28,988.90 which is an incorrect amount due for pre-petition charges for insurance, taxes and common area maintenance.

5. The actual pre-petition cure amount due Movant is $70,732.78 for year 2004 and $16,620.97 for partial year 2005, for a total cure amount of $87,353.75, and as more fully set forth in Exhibit A attached hereto.

WHEREFORE, Movant hereby requests this Court enter an order setting the cure amount due Movant in the amount of $87,353.75 and order that said amount may be paid in full pursuant to Debtor's proposed plan of reorganization.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail and/or electronically to D.J. Baker, Esquire, Four Times Square, New York, NY 10036 (djbaker@skadden.com), Cynthia C. Jackson, Esquire, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (cjackson@smithhulsey.com) and U.S. Trustee, 135 W. Central Blvd., Suite 630, Orlando, Florida 32801 this 12th day of Sept., 2006.

SNELL & SNELL, P.A.

BY: _____
WALTER J. SNELL, ESQUIRE
Florida Bar No. 0729360
436 N. Peninsula Drive
Daytona Beach, FL 32118
(386) 255-5334
snellandsnell@mindspring.com
Attorney for Landlord