## KJUMP, Inc.
## Ormond Beach Shopping Center
*190 John Anderson Drive*
*Ormond Beach, Florida 32176*
*office 386.615.0067   fax 386.673.1901   cell 386.290.7769*

Statement 2004

To: Winn-Dixie Store #2309
353 West Granada Blvd
Ormond Beach, FL 32174

Date: **April 17, 2006**

Payment Due: **UPON RECEIPT**

**RE: 2004 Property Tax, C.A.M. and Insurance**

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **PROPERTY TAX** | | |
| Total Bill: | $30,005.29 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $25,225.45 | $ 25,225.45 |
| **COMMON AREA MAINTENANCE** | | |
| Repairs/Maintenance       $ | 6,978.24 | |
| Parking Lot Maintenance | 2,860.00 | |
| Landscaping | 5,752.50 | |
| Rent Expense | 5,271.50 | |
| Utilities Electric | 4,877.66 | |
| Utilities Water | 8,713.73 | |
| Utilities Garbage | 618.88 | |
| Total Bill: | $35,072.51 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $29,485.45 | $ 29,485.45 |
| **INSURANCE** | | |
| Total Bill: | $37,407.75 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $31,448.70 | $ 31,448.70 |
| **TOTAL** | | $ 86,159.60 |
| | | |
| PAYMENTS APPLIED: | | $ 19,743.84 |
| NET AMOUNT DUE: | | $ 66,415.76 |
| FLORIDA SALES TAX: | 6.50% | 4,317.02 |
| **TOTAL AMOUNT DUE:** | | $ 70,732.78 |

Exhibit A

# KJUMP, Inc.
## Ormond Beach Shopping Center
190 John Anderson Drive
Ormond Beach, Florida 32176
office 386.615.0067   fax 386.673.1901   cell 386.290.7769

Statement 2005

To: Winn-Dixie Store #2309
353 West Granada Blvd
Ormond Beach, FL 32174

Date: **March 6, 2006**

Payment Due: **UPON RECEIPT**

RE: 2005 Property Tax, C.A.M. and Insurance

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **PROPERTY TAX** | | |
| Total Bill: | $62,565.56 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $52,598.87 | $ 52,598.87 |
| **COMMON AREA MAINTENANCE** | | |
| Repairs/Maintenance | $ 2,550.40 | |
| Parking Lot Maintenance | 18,047.12 | |
| Landscaping | 18,525.39 | |
| Rent Expense | 11,502.00 | |
| Utilities Electric | 14,888.73 | |
| Utilities Water | 22,292.04 | |
| Utilities Garbage | 2,080.10 | |
| Total Bill: | $89,885.78 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $75,566.98 | $ 75,566.98 |
| **INSURANCE** | | |
| Total Bill: | $54,465.18 | |
| Percentage of shop space | 84.07% | |
| Your Pro-Rata Share | $45,788.88 | $ 45,788.88 |
| **TOTAL** | | $173,954.73 |
| | | |
| PAYMENTS APPLIED: | | $ 43,077.48 |
| | | |
| NET AMOUNT DUE: | | $130,877.25 |
| FLORIDA SALES TAX: | 6.50% | 8,507.02 |
| | | |
| **TOTAL AMOUNT DUE:** | | $139,384.27 |

*payment   March 13 2006   -114,471.18*
*payment   May 11 2006    -8,292.12*
*16,620.97*