UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                Case No.: 3:05-bk-03817-JAF

    Debtors.                                         Chapter 11

                                                          /      Jointly Administered

**NOTICE OF FILING SUPPLEMENTAL DECLARATION OF SAUL E. BURIAN**

      The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Supplemental Declaration of Saul E. Burian Pursuant to Bankruptcy Rule 2014(a) and Section 101(14) of the Bankruptcy Code.

Dated: September 13, 2006          AKERMAN SENTERFITT

                                          By: */s/ John B. Macdonald*
                                              John B. Macdonald
                                              Florida Bar No.: 230340
                                              E-mail: john.macdonald@akerman.com
                                              Patrick P. Patangan
                                              Florida Bar No.: 348340
                                              E-mail: patrick.patangan@akerman.com
                                              50 North Laura Street, Suite 2500
                                              Jacksonville, FL 32202
                                              Telephone: (904) 798-3700
                                              Facsimile: (904) 798-3730

                                              Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA290066;1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. Mail, postage prepaid and properly addressed, this 13th day of September, 2006, to Kenneth C. Meeker, Esq., Assistant United States Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; the Debtor, c/o Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Adam Ravin, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, and the parties listed on the attached Local Rule 1007-2 Parties in Interest List.

/s/ *John B. Macdonald*
Attorney

{JA290066;1}