Hearing Date: September 21, 2006
Hearing Time: 1:00 pm

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |

**DUVAL COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS'
AMENDED MOTION FOR AN ORDER (A) AUTHORIZING THE
DEBTORS TO SELL EDGEWOOD OUTPARCEL AND RELATED
ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS
AND (B) GRANTING RELATED RELIEF (DOCKET NO. 10748)**

The Duval County Tax Collector, one of the Florida Tax Collectors[1], through his undersigned counsel, files this response to the Debtors' *Amended Motion for an Order (A) Authorizing the Debtors to Sell Edgewood Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (B) Granting Related Relief* (Dkt. No. 10748) (the "Motion"), and states:

1. Paragraph 20 of the Motion states that "[t]he Debtors believe that with the exception of the Permitted Encumbrances (as defined in the Purchase Agreement), there are no interests in or claims against the Assets other than the interest of Wachovia Bank, National Association, as Administrative Agent and Collateral Agent (collectively, the 'DIP Lender')." The Duval County Tax Collector's liens for *ad valorem* real estate taxes for the year 2006 and

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

1

subsequent years are included as permitted encumbrances according to Exhibit B attached to the Real Estate Purchase Agreement attached to the Motion.

2. Although not stated in Paragraph 20 of the Motion, the 2004 and 2005 *ad valorem* real estate taxes for the Edgewood Outparcel are due and have not yet been paid, and the Duval County Tax Collector's liens for the 2004 and 2005 taxes constitute a claim and interest in the Edgewood Outparcel. Copies of the 2004 and 2005 tax bills for the Edgewood Outparcel are attached hereto as composite Exhibit "A". The total amount of outstanding, delinquent 2004 and 2005 *ad valorem* real estate taxes, if paid in September 2006, is $23,221.40 (twenty-three thousand two hundred twenty-one dollars and forty cents).

3. The full amount, with statutory interest, of delinquent 2004 and 2005 *ad valorem* real estate taxes should be paid at the closing of any sale of the Edgewood Outparcel in accordance with state law and customary business practice or, alternatively, the Duval County Tax Collector's statutory liens for the 2004 and 2005 *ad valorem* taxes will attach to the proceeds of any sale.

Dated: September 13, 2006                                    Respectfully submitted,

By: _____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org
Attorney for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the *Duval County Tax Collector's Response to Debtors' Amended Motion for an Order (A) Authorizing the Debtors to Sell Edgewood Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (B) Granting Related Relief (Docket No. 10748)* has been served this 13th day of September, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all parties receiving electronic notice.

                                                                            Brian T. FitzGerald, Esq.
                                                                            Senior Assistant County Attorney

09/11/2006 MON 8:50 FAX 9046301432                                              ☒002/003

## NOTICE OF DELINQUENT REAL ESTATE TAXES & NON-AD VALOREM ASSESSMENTS
### DUVAL COUNTY/CITY OF JACKSONVILLE
### MIKE HOGAN, TAX COLLECTOR
231 E FORSYTH STREET ROOM 130 JACKSONVILLE, FL 32202-3370
TAX COLLECTOR INQUIRIES: (904) 630-1916
WEB SITE: www.coj.net/tc

FAMILY STEAK HOUSE OF FLORIDA
2113 FLORIDA BV SUITE A
NEPTUNE BEACH FL 32266

ACCOUNT NUMBER: 048886-0600
FOLIO NUMBER: 1080661.0000
CERTIFICATE NUMBER: 2005 - 6439.0000
TAX YEAR: 2004

**LEGAL DESCRIPTION**
07-2S-26E GS
PT SE1/4 RECD O/R BK 6117-434

**TAXES AND PENALTIES**
**BREAKDOWN OF CERT AMOUNT**
AD VALOREM
CITY OF JACKSONVILLE     6220.46
ST JOHNS RIVER WTR MGT    296.84
ST JOHNS RIVER BASIN         .00
FL INLAND NAVIGATION       24.72
BEACHES HOSPITAL             .00
USD                          .00
SCHOOLS                  5499.47

CERTIFICATE HOLDER
0002842
MTAG CUST FOR AMHERS

TAX DEED FILE NUMBER
0

NON-AD VALOREM

TOTAL CERTIFICATE FACE AMOUNT   13,025.16

TAXING DISTRICT: GS

MILLAGE RATE: 18.7534

**TAXING VALUE CALCULATION**
ASSESSED VALUE:     642,086
EXEMPT VALUE:              TYPE:
SR TAXABLE VALUE:
TOTAL TAXABLE VALUE  642,086
STATUS CODE: BK ITEM IN BANKRUPTCY

REMARKS:
Individual Tax Certificate 2004  1080661.0000
IMPORTANT-PRIOR YEAR TAXES DUE

| CERTIFICATE AMT | If Paid By | Sep 30 2006 | Oct 31 2006 | Nov 30 2006 |
|---|---|---|---|---|
| 13,025.16 | Please Pay | 13,682.67 | 13,682.67 | 13,682.67 |

**ONLY CASH, CASHIER'S CHECK, OR MONEY ORDERS WILL BE ACCEPTED FOR PAYMENT**

DUVAL COUNTY/CITY OF JACKSONVILLE 2004   REAL ESTATE TAX NOTICE RECEIPT

TAX YEAR: 2004
CERTIFICATE NUMBER: 2005 - 6439.0000
ACCOUNT NUMBER: 048886-0600
FOLIO NUMBER: 1080661.0000
TAXING DISTRICT: GS
07-2S-26E GS
PT SE1/4 RECD O/R BK 6117-434

TAX DEED NUMBER: 0
CERTIFICATE HOLDER: 0002842  MTAG CUST FOR AMHERS

FAMILY STEAK HOUSE OF FLORIDA
2113 FLORIDA BV SUITE A
NEPTUNE BEACH FL 32266

| If Paid By | Please Pay |
|---|---|
| CERTIFICATE AMOUNT | 13,025.16 |
| Sep 30 2006 * | 13,682.67 |
| Oct 31 2006 * | 13,682.67 |
| Nov 30 2006 * | 13,682.67 |
| *INC INTEREST & ADVERTISING | |

MIKE HOGAN, TAX COLLECTOR
231 E FORSYTH STREET ROOM 130
JACKSONVILLE, FL 32202-3370

0000000000  0001302516  00000108066610000  0001 0


EXHIBIT Composite A

09/11/2006 MON 8:50 FAX 9046301432                                                            ☒003/003

**NOTICE OF DELINQUENT REAL ESTATE TAXES &
NON-AD VALOREM ASSESSMENTS
DUVAL COUNTY/CITY OF JACKSONVILLE
MIKE HOGAN, TAX COLLECTOR**
231 E FORSYTH STREET ROOM 130 JACKSONVILLE, FL 32202-3370
TAX COLLECTOR INQUIRIES: (904) 630-1916
WEB SITE: www.coj.net/tc

WINN DIXIE STORES INC
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

ACCOUNT NUMBER: 048886-0600
FOLIO NUMBER: 1082952.0000
CERTIFICATE NUMBER:
TAX YEAR: 2005
LEGAL DESCRIPTION
07-2S-26E  GS
PT SE1/4 RECD O/R BK 6117-434

| TAXES AND PENALTIES | | | TAXING DISTRICT: | GS |
|---|---|---|---|---|
| **BREAKDOWN OF CERT AMOUNT** | | | | |
| AD VALOREM | | | MILLAGE RATE: | 18.5755 |
| CITY OF JACKSONVILLE | 4546.22 | | | |
| ST JOHNS RIVER WTR MGI | 217.85 | | | |
| FL INLAND NAVIGATION | 18.14 | | | |
| USD | .00 | | | |
| SCHOOLS | 3969.12 | | | |
| | .00 | CERTIFICATE HOLDER | **TAXING VALUE CALCULATION** | |
| | | | ASSESSED VALUE: 471,111 | TYPE: |
| | | | EXEMPT VALUE: | |
| | | | SR TAXABLE VALUE: | |
| | | TAX DEED FILE NUMBER | TOTAL TAXABLE VALUE 471,111 | |
| NON-AD VALOREM | | 0 | STATUS CODE: BK ITEM IN BANKRUPTCY | |
| | | | REMARKS: | |
| | | | Delinquent REAL ESTATE 2005 1082952.0000 | |
| | | | PRIOR YEAR TAXES DUE | |
| TOTAL CERTIFICATE FACE AMOUNT | | | | |

| CERTIFICATE AMT | Sep 30 2006 9,538.73 | Oct 31 2006 9,670.00 | Nov 30 2006 9,801.27 | |
|---|---|---|---|---|

**ONLY CASH, CASHIER'S CHECK, OR MONEY ORDERS WILL BE ACCEPTED FOR PAYMENT**

DUVAL COUNTY/CITY OF JACKSONVILLE 2005   REAL ESTATE TAX NOTICE RECEIPT

TAX YEAR: 2005                          TAX DEED NUMBER:   0
CERTIFICATE NUMBER:                     CERTIFICATE HOLDER:

| ACCOUNT NUMBER: 048886-0600 FOLIO NUMBER: 1082952.0000 TAXING DISTRICT: GS 07-2S-26E GS PT SE1/4 RECD O/R BK 6117-434 | WINN DIXIE STORES INC 5050 EDGEWOOD CT JACKSONVILLE FL 32254 | Sep 30 2006 | 9,538.73 |
|---|---|---|---|
| | | CERTIFICATE AMOUNT Oct 31 2006 * Nov 30 2006 * | 9,670.00 9,801.27 |
| | | *INC INTEREST & ADVERTISING | |

MIKE HOGAN, TAX COLLECTOR
231 E FORSYTH STREET ROOM 130
JACKSONVILLE, FL 32202-3370

0000000000  0000000000  0000010829520000  0001  8