Hearing Date: September 21, 2006
Hearing Time: 1:00 pm

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | (Jointly Administered) |
| | ) | Judge Jerry A. Funk |
| Debtors. | ) | |
| | ) | |

## LAKE COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS' MOTION FOR AN ORDER (A) AUTHORIZING THE DEBTORS TO SELL LEESBURG OUTPARCEL AND RELATED ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS AND (B) GRANTING RELATED RELIEF (DOCKET NO. 10712)

The Lake County Tax Collector, one of the Florida Tax Collectors[1], through his undersigned counsel, files this response to the Debtors' *Motion for an Order (A) Authorizing the Debtors to Sell Leesburg Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (B) Granting Related Relief* (Dkt. No. 10712) (the "Motion"), and states:

1. Paragraph 17 of the Motion states that "[t]he Debtors believe that with the exception of the Permitted Encumbrances (as defined in the Purchase Agreement), there are no interests in or claims against the Assets other than the interest of Wachovia Bank, National Association, as Administrative Agent and Collateral Agent (collectively, the 'DIP Lender')." The Lake County Tax Collector's liens for *ad valorem* real estate taxes for the year 2006 and subsequent years are included as permitted encumbrances according to Exhibit B attached to the

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

Real Estate Purchase Agreement attached to the Motion. The proposed purchaser, subject to higher and better offers, is the Florida Department of Transportation.

2. Real estate taxes are paid through 2005 on the Leesburg Outparcel. However, the lien for the 2006 real estate taxes arose on January 1, 2006 and the liquidated amount of these taxes will not be known until approximately November 1, 2006. The Florida Administrative Code requires that taxes be paid when property is acquired by any government unit and requires current taxes to be prorated and placed in escrow with the Tax Collector at closing. See F.A.C. 12D-13.061(1). This rule is prescribed by the Florida Department of Revenue pursuant to its statutory authority set forth in Florida Statutes, §195.027.

3. The Debtors must comply with state law and pay taxes during the operation of their business while under federal court protection. 28 U.S.C. §§ 959 and 960. The Debtors should be ordered to pay the taxes at closing in accordance with Florida law and procedure or, alternatively, the lien will attach to the proceeds of the sale.

Dated: September 13, 2006                                   Respectfully submitted,

By: /s/ Brian T. FitzGerald
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org
Attorney for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the *Lake County Tax Collector's Response to Debtors' Motion for an Order (A) Authorizing the Debtors to Sell Leesburg Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (B) Granting Related Relief (Docket No. 10712)* has been served this 13th day of September, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all parties receiving electronic notice.

                                                    Brian T. FitzGerald, Esq.
                                                    Senior Assistant County Attorney