FILED
JACKSONVILLE, FLORIDA
SEP 13 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Claim # 4576

09/08/06

Your honor, my name is Bart P. BREWER

I hope you are having a wonderful day today. I am writing to let you know sir I have a claim that is coming before you, my case # is 05-03817-3F1

I used to work for Winn-Dixie and they sent me on an errand and I did not have insurance but I went to try to help Winn-Dixie. Unfortunately I lost control of my truck and struck a gas station. Winn-Dixie then denied paying for my truck I used on their time. Anyway the rest you will hear and see. I've always been taught to

Never give up and sir I've tried to be honest and tried to be true and I just wanted you to know as the judge, that I respect your decision on this matter no matter how it turns out, I am not writing to butter you up or get some kind of special treatment. I just know sometimes in life no matter how things turn out their is a reason behind everything

I accept whatever decision you turn out that's why I decided to write but ask to keep an open mind. It seems like when you try to help these days you lose, but in the end you always you wins.

Bart P.