CASE # 05 03817

Chapter 11
Jointly Administered

09/08/06

To whom it may concern:

I wish to file A " motion for determination of Plan class.

FILED
JACKSONVILLE, FLORIDA
SEP 13 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

$15,040.64 for one wrecked vechile and a Impound fee. Placed as secured.

A workman's Comp claim # was given on the truck as a claim the # given to me by Sedgewick claims was A211211463. A lien is still owed on the truck and still is wrecked.

I came up with $4,929.00 in Priority that is for milease not paid on errands, promised pay I did not receive

I was told a position no longer existed, but in fact it did and did that same job for a lesser amount and performed work-off-the clock Also I have a unpaid medical Bill- workman's Compensation.

As of now the modified class status is at unsecured Non-Priority. I did not send my original claim in that way it has been changed, I urge the court to place my claims back in secured and priority status. On the basis I have showed the court thus far and will continue to send in evidence as requested.

Bart P. Br—

Thank you.
Bart P. Brewer
1130 Mawley Road
Hazel Green, Alabama
35750

Claimant - Brewer, Bart P. 91-84

BREWER, BART P.
1130 Manley Road
Hazel Green, Alabama 35750

05-03857-3F1

09/07/06

FILED
JACKSONVILLE, FLORIDA
SEP 13 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

To whom it may concern:

I do oppose the disallowance of my claim listed under Claim(s) to be disallowed. This certain claim at hand is in fact a workman's compensation claim that never was paid by the Debtor's at the time I worked there. I had to go to court and a civil complaint was filed. In their neglectful state it cost me, undesired time to go to court, to research claims that I thought had been paid, and time if paid would have not been spent had the debtors complied to workman's compensation guidelines. I further state with evidence to back my claim. I got injured in a truck wreck, and this claim is one which should have

(Workman's compensation)
Been paid in 2002, is still unresolved in 2006. And I went to court on this, and it was filed in office April 20 2004. I called Winn-Dixie several times, and spoke with the Risk-management (Robert Bissen) supervisor, he was very hateful and said I needed to be responsible, I feel like in my opinion if a workman's compensation claim has not been paid in 6 years it's not me that needs to be responsible. I bring this evidence to the court and ask for justice. I get so tired of seeing innocent people being pushed to the curb and no one is ever to be blamed. But that's why I sent in all my claims stand behind each one and justice will prevail. I bring to the court this day, A claim Winn-Dixie is liable for and the law

is on my side. Before I sent in my claims which the court will see. I asked myself are all these owed and my answer was yes. Alot of times in this life, when something needs to be fixed we just let it go and the problem gets worser and worser and all we had to do is speak up and get it fixed. That's all I'm trying to do is get a problem resolved. I have evidence to back my claim so that should say it all. To me my case is not like one that does not have any leverage but mine speaks for hard working people that get taken advontage of. I believe and this is my opinion, I believe when each and

every claim is reviewed and the court finds places where Winn-Dixie failed to comply, it shows you no matter who you are, and what you do, you have to obey the laws of the land or it will catch up to you some how, some way. I ask the court today to allow each claim I have presented. I have a claim for a truck I used on the clock for Winn-Dixie that was wrecked I only had the truck for six months and crashed it into a gas-station when a car ran out in front of me, causing me to lose control of my truck. Winn-Dixie did not pay for this. But I am still paying for this today, the truck

is still wrecked, it has put me in a huge financial strain and all Winn-Dixie says is so-so- sorry. Our systems are better than this- You know what amazes me is when Winn-Dixie wanted this errand-run, I was the one who saved the day- when I had the wreck- I got wrote-up for the wreck while still injured- and told Not to bring this wreck up ever again. But I will bring it up again and today is the day- Justice will prevail for all those people who worked hard and are not afraid to speak out and say hey, I think you owe me here, rather than to settle and say whatever you say, I guess you don't

To whom it may concern:

This is to prove I did try to get compensated for my workman's compensation. After letting Winn-Dixie claims know their were outstanding claims on my injury due to medical bills left unpaid. I sent to Blue Cross - Blue-Shield the actual amount due on claim. As you can see on the back page on Remarks section it states:

01 Your claim was not filed within the time limit specified in your coverage.

which I bring worth today and claim if Winn-Dixie or acting claims co. for Winn-Dixie had of filed my claim in a orderly fashion and on time this said claim would have been paid and not outstanding at this point of time. Asking for claim to be compensated.

thanks-