UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) ) ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) ) | CASE NO. 05-03817-3F1 |
| Debtors. | ) ) ) ) | CHAPTER 11 JOINTLY ADMINISTERED |

**RESPONSE OF LIFE INVESTORS INSURANCE COMPANY OF AMERICA
TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO
(A) NO LIABILITY CLAIMS (B) NO LIABILITY MISCLASSIFIED CLAIMS,
(C) OVERSTATED CLAIMS, (D) DUPLICATE LIABILITY CLAIMS
(E) UNLIQUIDATED CLAIMS AND (F) UNLIQUIDATED MISCLASSIFIED CLAIMS**

TO THE HONORABLE, JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE:

**LIFE INVESTORS INSURANCE COMPANY OF AMERICA** ("LII") by its undersigned attorneys, makes this Response to Debtors' Seventeenth Omnibus Objection to (A) No Liability Claims (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Duplicate Liability Claims (E) Unliquidated Claims and (F) Unliquidated Misclassified Claims (the "Objection") and in support thereof avers:

1. Pursuant to that certain transfer of claim dated October 20, 2005, and filed on or about November 12, 2005, (Docket No. 4093), LII acquired the claim previously filed by Aronov Realty Management ("Aronov") on behalf of Fairfield Partners Limited Partnership, the prior owner of the Flintridge Shopping Center ("Flintridge"), Fairfield, AL. The Flintridge claim was assigned claim # 10302. Said claim is in the total amount of $505,130.90 and is composed of an unsecured claim in the amount of $39,701.24 representing unpaid prepetition rent and an

unsecured rejection damage claim in the amount of $465,429.66 resulting from Debtors' rejection of the Flintridge lease, as limited by Section 502(b)(6) of the Bankruptcy Code.

2. By the Objection, Exhibit C, Debtors seek to reduce the Flintridge claim to $188,194.59, alleging that they are entitled to a setoff of $281,896.80 on account of an account receivable, and that there was no supporting documentation for the 2003 and 2005 CAM adjustments in the amounts o f $18,333.85 and $16,705.66, respectively.

3. Aronov has provided LII with the information necessary to respond to the alleged setoff and questions regarding the CAM adjustments.

4. The alleged account receivable represents Debtors' claim for monies owing and due from three individuals as set forth in Debtors' Adversary Proceeding filed in this Court at Case No. 06-226. As both the Complaint in that matter alleges, and the exhibit to the Complaint confirms, the alleged debt is due from parties who are not either the original claimant or the assignee of the Flintridge claim. Debtors have asserted no facts, and cited to no law, which would entitle them to offset the alleged debt of parties who are neither the claimant nor the assignee of the claim. Accordingly, Debtors' proposed offset must be denied.

5. With regard to the 2003 and 2005 yearend adjustments, Debtors allege that they have not received any supporting documentation. Contrary to said assertion, Debtors were previously sent a bill together with a breakdown of costs as is required by the terms of the Flintridge Lease. Copies of same are attached hereto as Exhibit "A".[1]

6. Rule 3001 of the Federal Rules of Bankruptcy Procedure provides, at Subsection (f):

---

[1] Although not required to provide same under the terms of the Lease, Aronov has also produced its general ledger which supports each of the charges set forth in the detailed statement. Aronov is willing to submit copies of same to Debtors upon execution of an appropriate confidentiality agreement.

> **Evidentiary Effect.** A proof of claim executed and filed in accordance with these rules shall constitute *prima facie* evidence of the validity and amount of the claim.

*See, In Re Allegheny Int'l, Inc.*; 954 F.2d 167 (3d Cir. 1992).

7.     Debtors have not presented any evidence to overcome the *prima facie* effect of the Flintridge claim. Indeed, as more particularly set forth above, Debtors' objections to the claim are not well founded. Accordingly, the Flintridge claim should be allowed as filed.

**WHEREFORE,** LII prays that Debtors' Objection be denied and that the Flintridge claim be allowed as filed; and

**WHEREFORE,** LII prays for such other and further relief as may be just and required under all of the circumstances.

DATED:  September 13, 2006

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

BY:    **/s/ David L. Pollack**
**DAVID L. POLLACK**
**JEFFREY MEYERS**
**DEAN WALDT**
**Attorneys for Life Investors Insurance Company Of America**
**51st Floor - Mellon Bank Center**
**1735 Market Street**
**Philadelphia, Pennsylvania  19103**
**(215) 864-8325**

LOCAL COUNSEL:

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 [telephone]
(904) 358-1872 [facsimile]
Alan.Weiss@HKLaw.com

## CERTIFICATE OF SERVICE

I certify that service of the foregoing was made on September 13, 2006 via ECF Noticing and email upon the parties listed below.

           /s/ David L. Pollack

| | |
|---|---|
| D.J. Baker, Esq.<br>Sally McDonald Henry, Esq.<br>Rosalie W. Gray, Esq.<br>Eric M. Davis, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey, Esq.<br>James H. Post, Esq.<br>Cynthia C. Jackson, Esq.<br>Eric N. McKay, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla, Esq.<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL 32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esquire<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |
| Jane M. Leamy, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801<br>Jleamy@skadden.com | |