# E X H I B I T    A

**EXHIBIT  A**

# FAIRFIELD PARTNERS LTD PARTNERSHIP
*PO Box 235021    Montgomery, Alabama 36123-5021    205-923-2525*

July 16, 2004

Winn Dixie #523
Telsa Tinsley, R.E. Dept.
P.O. Box 43425
Atlanta, GA 30336

RE:     Account # 0360-001231
        2003 Common Area Maintenance Reconciliation
        Fairfield Partners Ltd Partnership – Fairfield, AL

In accordance with the terms of your lease agreement, your share of the 2003 Common Area Maintenance expense has been calculated. Enclosed is a detailed statement of the expenses for the year ending December 31, 2003 along with the calculation of your proportionate share.

Your monthly contribution for Common Area Maintenance, where applicable, has been revised based upon the 2003 actual expenses as shown on the accompanying statement. The new monthly contribution amount will be reflected on your next statement.

Please remit all amounts due to Fairfield Partners Ltd Partnership for the 2003 reconciliation as summarized on the following page.

If you have any questions regarding this matter, please contact Byron Marshall at 205-923-2525.

**Fairfield Partners**
P.O. Box 235021, Montgomery, AL 36123-5021
Common Area Maintenance Expense Statement
for period ending December 31, 2003

|  | WINN DIXIE # 523 |
|---|---|
|  | Suite B5 |
| Landscape -Exterior/Interior | $35,293.00 |
| Building Maintenance(Lighting/elec., plumbing,other- ext/int) | $13,424.00 |
| Lot Maintenance(Parking Lot sweeping/repairs/striping/washing) | $18,935.00 |
| Security Contract (Equipment/Supplies) | $0.00 |
| Maintenance/Janitorial Contract | $9,635.00 |
| HVAC Maintenance | $5,814.00 |
| Utilities-Electric | $17,574.00 |
| Utilities-Water/Sewer | $12,052.00 |
| Miscellaneous CAM (misc. & exterminators) | $0.00 |
| Real Estate Taxes | $0.00 |
| Insurance | $0.00 |
| SUBTOTAL | $112,727.00 |
| Add: 15% Administration Fee | $0.00 |
| **TOTAL COMMON AREA MAINTENANCE EXPENSE** | **$112,727.00** |
| LESS: Contributions of Anchors | $0.00 |
| **TOTAL RECOVERABLE EXPENSES** | **$112,727.00** |
| **TOTAL GROSS LEASABLE AREA** | **293,496** |
| **COST PER SQUARE FOOT** | **$0.3841** |
| Tenant Square Feet | 47,734 |
| **Tenant's Proportionate Share** | **16.264%** |
| Tenant's Proportionate Share | $18,333.85 |
| Capped Expenses | $0.00 |
| **Total Billable Expenses** | **$18,333.85** |
| Tenant Occupancy | 365 |
| Days per Calendar Year | 365 |
| **Occupancy Percentage** | **100.00%** |
| **Tenant Share of Expenses** | **$18,333.85** |
| **Less: Estimates Billed** | **$0.00** |
| **TOTAL RECOVERY AMOUNT DUE** | **$18,333.85** |

*P/R, No Adm Fee.;Pay Annually,
no GLA exclusions*

**GLA Calculations**

|  |  |
|---|---|
|  | 293,496 |
| Vacant Space A(formerly Kmart) | |
| SEARS | |
| WINN DIXIE | |
| **Total GLA** | **293,496** |

3/17/04

# FAIRFIELD PARTNERS LTD PARTNERSHIP

*PO Box 235021    Montgomery, Alabama 36123-5021    205-923-2525*

May 16, 2005

Winn Dixie #523
Telsa Tinsley, R.E. Dept.
P.O. Box 43425
Atlanta, GA 30336

RE:    Account # 0360-001231
        2004 Common Area Maintenance Reconciliation
        Fairfield Partners Ltd Partnership – Fairfield, AL

In accordance with the terms of your lease agreement, your share of the 2004 Common Area Maintenance expense has been calculated. Enclosed is a detailed statement of the expenses for the year ending December 31, 2004 along with the calculation of your proportionate share.

Your monthly contribution for Common Area Maintenance, where applicable, has been revised based upon the 2004 actual expenses as shown on the accompanying statement. The new monthly contribution amount will be reflected on your next statement.

Please remit all amounts due to Fairfield Partners Ltd Partnership for the 2004 reconciliation as summarized on the following page.

If you have any questions regarding this matter, please contact Byron Marshall at 205-923-2525.

**Fairfield Partners**
P.O. Box 235021, Montgomery, AL 36123-5021
Common Area Maintenance Expense Statement
for period ending December 31, 2004

|  | *WINN DIXIE # 323* |
|---|---|
|  | *Suite B3* |
| Landscape -Exterior/Interior | $35,415.00 |
| Building Maintenance(Lighting/elec., plumbing,other- ext/int) | $3,863.00 |
| Lot Maintenance(Parking Lot sweeping/repairs/striping/washin | $12,120.00 |
| Security Contract (Equipment/Supplies) | $0.00 |
| Maintenance/Janitorial Contract | $5,715.00 |
| HVAC Maintenance | $6,057.00 |
| Utilities-Electric | $22,018.00 |
| Utilities-Water/Sewer | $16,868.00 |
| Miscellaneous Cam (Misc. & Exterminators) | $660.00 |
| Trash Removal | $0.00 |
| Real Estate Taxes | $0.00 |
| Insurance | $0.00 |
| SUBTOTAL | $102,716.00 |
| Add: 15% Administration Fee | $0.00 |
| **TOTAL COMMON AREA MAINTENANCE EXPEI** | **$102,716.00** |
| LESS: Contributions of Anchors | $0.00 |
| **TOTAL RECOVERABLE EXPENSES** | **$102,716.00** |
| **TOTAL GROSS LEASABLE AREA** | **293,496** |
| **COST PER SQUARE FOOT** | **$0.3500** |
| Tenant Square Feet | 47,734 |
| **Tenant's Proportionate Share** | **16.264%** |
| Tenant's Proportionate Share | $16,705.66 |
| Capped Expenses | $0.00 |
| **Total Billable Expenses** | **$16,705.66** |
| Tenant Occupancy | 365 |
| Days per Calendar Year | 365 |
| **Occupancy Percentage** | **100.00%** |
| **Tenant Share of Expenses** | **$16,705.66** |
| **Less: Estimates Billed** | **$0.00** |
| **TOTAL RECOVERY AMOUNT DUE** | **$16,705.66** |

*P/R, Excl AdmFee
&CenterManagement, Annually,
no exclusions*

**GLA Calculations**

|  |  |
|---|---|
|  | 293,496 |
| Vacant Space A(formerly Kmart) |  |
| SEARS |  |
| WINN DIXIE |  |
| Total GLA | 293,496 |

3/9/05