UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS**
**HEARINGS TO BE HELD ON SEPTEMBER 14, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on September 14, 2006 at 1:30 p.m.:

**A.   Uncontested Matters**

1. *Motion for Order Approving Assumption of Agreements with IBM Entities (Docket No. 10550)*

   Objection Deadline:   Expired.

   Objections:   No objections have been filed.

   Status:   The Debtors will proceed with the Motion.

2. *Debtors' Motion for Authority to Reject Real Property Lease for Store Number 1409, to Establish Bar Date for Any Rejection Damage Claim, and Granting Related Relief (Docket No. 10721)*

   Objection Deadline:   Expired.

   Objections:   No objections have been filed.

   Status:   The Debtors will proceed with the Motion.

    *3.    Debtors' Motion for Protective Order Governing Debtors' Confidential Information (Docket No. 10791)*

Objection Deadline:  None.

Objections:    No objections have been filed.

Status:    The Debtors will proceed with the Motion.

**B.    Contested Matters**

    *1.    Third Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (Docket No. 10556)*

Objection Deadline:  Expired.

Objections:    eFunds Corporation (Docket No. 10784).

Status:    The Debtors will proceed with the Motion.

    *2.    Debtor's Seventeenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Duplicate Liability Claims, (E) Unliquidated Claims and (F) Unliquidated Misclassified Claims (Docket No. 10273)*

Response Deadline:  Expired.

Responses:
- (a) WD MT Carmel, LLC (Docket No. 10425);
- (b) Georgia Department of Revenue (Docket No. 10643);
- (c) Georgia Department of Community Health (Docket No. 10701);
- (d) Scana Energy Marketing, Inc. (Docket No. 10760);
- (e) Remke Markets, Inc. (Docket No. 10771);
- (f) New Plan Excel Realty Trust, Inc. (Docket No. 10818); and
- (g) Woodland Hartford Assoc. LLC (Docket No. 10857).

Status:    The Debtors will proceed with the Objection.

3

Dated: September 13, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00542181