UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Adminstered |

**CREDITOR, ICOS, LLC'S OBJECTION TO DEBTORS' MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II)FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF**

COMES NOW, ICOS, LLC, by and through its undersigned counsel, and files this Objection to Debtors' Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief, and states as follows:

1. At the time of the filing of the bankruptcy, ICOS, LLC was the owner of the real property located at 3700 Broadway, Riviera Beach, Florida.

2. ICOS, LLC was the landlord and Winn Dixie was the tenant for Store No. 390.

3. The Debtors seek to assume the lease and fix the cure amount of $21,875.89.

4. 11 U.S.C. §365 requires that all defaults in a lease be promptly cured in full.

5. In this case, the full cure amount is as follows:

   A. 2004 Real Estate Taxes - $17,100.81.

   B. 2005 Real Estate Taxes - $20,309.03

   C. CAM due under the Reciprocal Easement Agreement due as additional rent - $79,300.37.

6. Therefore, the Debtors are required to pay the amount of $116,710.21 as the cure amount at the time of the assumption or provide adequate assurance that the default will be promptly cured.

7. The Debtors' request that the cure amount be fixed at $21,875.89 does not meet the requirements of 11 U.S.C. §365 and the Debtors' motion seeking to assume this lease and set a cure amount should be denied.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the parties listed below by U.S. mail, on September 13, 2006.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                FURR AND COHEN, P.A.
*Attorney for ICOS, LLC*
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By   /s/ *Charles I. Cohen*
     Charles I. Cohen
     Florida Bar No. 224121
     E-MAIL: ccohen@furrcohen.com

D.J. Baker, Esq.
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
225 Water Street, Suite 1800
Jacksonville, FL 32202