UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**KENTUCKY TAXING AUTHORITIES' MOTION TO
TEMPORARILY ALLOW FULL AMOUNT OF KENTUCKY
OUTSTANDING TAXES FOR THE PURPOSE OF
VOTING ON THE PLAN**

Come the Kentucky Taxing Authorities[1] (hereinafter referred to as "KTA"), through the undersigned counsel, pursuant to this Court's Order, without waiving any rights or defenses previously asserted, in an effort to comply with the Court's Order, under comity, for an orderly administration of this case until all Kentucky outstanding taxes can be heard in an orderly fashion, and pursuant to Federal Rules of Bankruptcy Procedure 3018(a), and respectfully move this Court to temporarily allow the full amount of the Kentucky outstanding taxes for purposes of voting to accept or reject the Debtors' Plan. The relief requested herein is subject to any and all defenses to be raised relative to the Debtor's Plan of Reorganization and all pending and potential future objections that may be filed to the "claims" filed by KTA.

WHEREFORE, the KTA respectfully requests this Court to:

---

[1] The KTA consist of tax collectors for each of the following counties within the Commonwealth of Kentucky: Bullitt, Campbell, Daviess, Fayette, Hardin, Jefferson, Nelson, Scott, and Shelby and the Commonwealth of Kentucky, Department of Revenue.

1. Temporarily allow the full amount of Kentucky outstanding taxes for the purpose of accepting or rejecting the Plan.

2. Grant such further relief as this Court deem proper.

Respectfully submitted,

*/s/Susan F. Stivers*
Susan F. Stivers
Kentucky Bar No. 81386
Attorney for Finance & Administration
  Cabinet
Department of Revenue
P.O. Box 5222
Frankfort, Kentucky  40602-5222
Ofc:  (502) 564-4921 ext 4445
Fax:  (502) 564-7348
susan.stivers@ky.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Kentucky Taxing Authorities' Motion to Temporarily Allow Full Amount of Kentucky Outstanding Taxes for the Purpose of Voting on the Plan will either be served electronically by the court's CM/ECF System or first class mail on the date filed on the 14th day of September, 2006, on the parties whose names are listed below:

*s/Susan F. Stivers*
Susan F. Stivers
Department of Revenue

Copies to be served on:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Debtors

D.J. Baker
Skadden, Arps, Slate, Meager
& Flom LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, FL  32202

Co-counsel for Debtors

Elena L. Escamilla
135 W Central Blvd. Ste 620
Orlando, FL  32806
U.S. Trustee's Office

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Creditor Committee

Logan & Company, Inc.
546 Valley Rd
Upper Montclair, NJ  07043
Voting Agent