UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| Debtors. | ) | Chapter 11<br>Jointly Administered |
| | ) | |

**ORDER GRANTING MOTION
TO ALLOW SUBSTITUTION OF COUNSEL**

This Chapter 11 case is before the Court upon a Motion of Valleydale Associates, Ltd., an Alabama Limited Partnership, to allow substitution of LaFleur Law Firm for Stutsman, Thames & Markey, P.A. as local counsel, and on consent of the parties, it is

ORDERED:

1. The motion is granted.

2. All futures notices and pleadings shall be sent to:

   Nina M. LaFleur, Esq.
   LaFleur Law Firm
   Post Office Box 861128
   St. Augustine, Florida 32086
   nina@lafleurlaw.com

Dated this 13 day of September, 2006 at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge