

REC'ED
JACKSONVILLE, FLORIDA
SEP 1 3 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

09/12/06

To Whom This Concerns:

Please accept this letter as a letter of Objection to the Plan on my behalf. I feel as though I have as much intrest in this situation as a Creditor as I have owned this stock for many years. To let Winn Dixie file bankruptcy on its shareholders is not fair. I believe they knew of their financial circumstances when they sold it to me. I object to this whole business.

| | |
|---|---|
| **From:** | Jones, Sandra F. |
| **Sent:** | Tuesday, September 12, 2006 8:06 AM |
| **To:** | 'rgraay@skadden.com' |
| **Cc:** | 'cjackson@smithhulsey.com' |
| **Subject:** | Winn Dixie Stockholder |

Good Morning,

I received "Notice of Rejecting Status Under Debtors' Joint Plan of Reorganization" from Winn Dixie Stores Incorporated. I currently own more than three hundred shares of stock with Winn Dixie. I am not sure that I understand it correctly but I believe it is telling me to inform you if I object to Winn Dixie filing bankruptcy against my stock. If this is correct, I Sandra F. Jones, at 7915 Lancia Street, Jacksonville Fl. 32244 am filing this objection with you in accordance of the letter that I received. I bought the stock in good faith and made monthly payments on it for a period of time until it was paid for, and I believe I have earned the right to hold this stock through the company's reorganization. Please advise me if there is anything else that I need to do in order to hold this stock or if I am misunderstanding this communication. I appreciate your notice to me.

Thank you for your help,
Sandra F. Jones
7915 Lancia St.
Jacksonville, Fl. 32244

Please see attachment

# Jones, Sandra F.

**From:** Ravin, Adam [ARAVIN@skadden.com]
**Sent:** Tuesday, September 12, 2006 9:18 AM
**To:** Jones, Sandra F.
**Cc:** Gray, Rosalie; Cynthia C. Jackson; Baker, D. J. (Jan); Henry, Sally McDonald; Woodfield, Joseph
**Subject:** RE: Winn Dixie Stockholder

Ms. Jones:

This e-mail is in response to your e-mail of today (below) that you sent to Rosalie Gray. We are responding on behalf of our client, Winn-Dixie, which we are representing in connection with its chapter 11 case.

Winn-Dixie has proposed a plan of reorganization that it hopes will allow it to complete its chapter 11 reorganization and emerge from bankruptcy before the end of this year. The board of directors of Winn-Dixie, which represents all shareholders, has worked very hard over the past 18 months to try to develop a plan of reorganization that would provide value to shareholders, as well as pay claims of creditors. The bankruptcy laws regarding shareholders, however, are very strict - they do not allow for any payments to be made to shareholders, unless creditors have been paid in full.

Unfortunately, with over one billion dollars in claims against Winn-Dixie that had to be paid in full before shareholders could receive anything, the board of directors and management ultimately had to accept the very difficult fact that shareholders could not receive any payments, since the company will not be able to pay its creditors in full. As a result, the interests of all current shareholders, both large and small, will be eliminated when Winn-Dixie emerges from chapter 11. The new shareholders will be the creditors, whose debts are being paid in stock in the reorganized company. That stock will give creditors what is projected to be an average payment of around 70 cents on the dollar.

This result for the current shareholders is not one that Winn-Dixie is pleased with. The Company has had many loyal shareholders, some of whom have owned their stock for decades. Although the board of directors explored every conceivable alternative to try to get value to shareholders, it ultimately became clear that it could not be done under the bankruptcy laws, which require that creditors be paid in full before shareholders can receive any value.

As to your question regarding how to file an Objection to the Plan, you can do so by mailing a copy of your Objection to the following address so that it is received by September 25, 2006: Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

Should there be any further questions with respect to this matter, please do not hesitate to contact me.

Adam S. Ravin
Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square New York, NY 10036-6522
Tel: (212) 735-3389
Fax: (917) 777-3389
aravin@skadden.com

-----Original Message-----
From: Jones, Sandra F. <Sandra.Jones@bcbsfl.com>
To: Gray, Rosalie
CC: cjackson@smithhulsey.com <cjackson@smithhulsey.com>
Sent: Tue Sep 12 08:06:25 2006
Subject: Winn Dixie Stockholder

Good Morning,
I received "Notice of Rejecting Status Under Debtors' Joint Plan of Reorganization" from

1

Winn Dixie Stores Incorporated. I currently own more than three hundred shares of stock with Winn Dixie. I am not sure that I understand it correctly but I believe it is telling me to inform you if I object to Winn Dixie filing bankruptcy against my stock. If this is correct, I Sandra F. Jones, at 7915 Lancia Street , Jacksonville Fl. 32244  am filing this objection with you in accordance of the letter that I received. I bought the stock in good faith and made monthly payments on it for a period of time until it was paid for, and I believe I have earned the right to hold this stock through the company's reorganization . Please advise me if there is anything else that I need to do in order to hold this stock or if I am misunderstanding this communication. I appreciate your notice to me.

Thank you for your help,

Sandra F. Jones

7915 Lancia Street

Jacksonville, Florida 32244

Phone: 904 771 1876

Blue Cross Blue Shield of Florida, Inc., and its subsidiary and affiliate companies are not responsible for errors or omissions in this e-mail message. Any personal comments made in this e-mail do not reflect the views of Blue Cross Blue Shield of Florida, Inc. The information contained in this document may be confidential and intended solely for the use of the individual or entity to whom it is addressed. This document may contain material that is privileged or protected from disclosure under applicable law. If you are not the intended recipient or the individual responsible for delivering to the intended recipient, please (1) be advised that any use, dissemination, forwarding, or copying of this document IS STRICTLY PROHIBITED; and (2) notify sender immediately by telephone and destroy the document. THANK YOU.

-------------------------------------------------------------------------
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

*****************************************************
This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
=========================================================================

2