To the; Honorable Mr. Jerry A. Funk of the Bankruptcy Court, in the United State Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202

(ID. 389089 and, 392979) Exhibit 1 (Claim No: 5841)

Mr. Jerry A. Funk of the Bankruptcy Court, for Winn-Dixie Stores, Inc.. My name is Mr. Ernest Clay of Lakeland, Florida., P.O. Box 93405 zipe. 33804. Winn-Dixie Store has now about my Incident # A411207432 since May 23, 2004. When, I had been pick up off the floor by one of there manager's Mr. Ron Heyne on 5/23/04 at 9:51pm that night on Sunday. Mr. Ron Heyne that is still a manager for Winn-Dixie had to pick me up twice off the floor falling on both my knee's, right hand, both feet, and my head hitting the floor to. Mr. Ron Heyne the store manager told me, Mr. Ernest Clay go on to the Hospath. And, he would filed a accident report for me, so Winn-Dixie Store would no that, I did fall in the store that night. But, Mr. Ron Heyne didn't file a accident report on me, Because, when, I did get from the Hosipath the next Monday morning. I call Winn-Dixie Store on 05/24/04 and, I spoke to the Monday morning manager Mrs. Joyce Caswell at Store #0706 in Lakeland, and She told me that Mr. Ron Heyne didn't put a accident report in on me.

So, has, I can see Mr. Ron Heyne lied to me about putting a accident report end. So, that Monday morning Mrs. Joyce Caswell put the accident report in for me, and not Mr. Ron Heyne. So, Winn Dixie, new that, I did fall in there Store on 05/23/2004. And now, I'm mess up for the rest of my life because Winn Dixie must have been delling with my Injury Attorneys. Because, my Attorneys did'nt file my accident until, when, 2005, when Winn Dixie filed for Bankruptcy. So, I'm sending you, Mr. Jerry A. Funk reports, of all I have on myself because, my Attorneys must have been getting paid under the tables by Winn Dixie. Because, I had been told my Attorneys to file my accident with Winn Dixie Store # 0706 on 06/07/2004 when, I was able to get in the store to take picture's were, I had fall in at. I take picture of my body my knee, because I fell on Both my knees head, feet, and my right hand. So, Honorable Mr. Jerry A, Funk of the Bankruptcy, please, please, Don't let the Winn Dixie Store or my Attorney's that, I had get away with this. My name Mr. Ernest Clay has been listed twice on the Exhibit 1 for Winn-Dixie Stores Inc. 5841, and Exhibit 1 for Winn-Dixie Raleigh Inc. 5875 for Dates 07/12/2005, and on secured Non-Priority. And, I fall in the Store on 05/23/2004 and not on 07/12/2005. Thank you.

I, pray that this letter make it to you before Winn Dixie judges me Mr. Ernest Clay P.O. Box 93405 Lakeland, Florida 33804. Please, Please, Please Honorable Judge Jerry A. Funk of the Bankruptcy Court in the United State Courthouse, Please, Please, Please, Don't let Winn-Dixie get away from ~~them~~ Mr. Ron Heyne get away from not putting a accident report for me, when, he had to pick me up twice off of there flood. My life is go away from me I have to get around in a Scooter Stair now, and walk with a cane at all times. I no longer can walk on my feet without the cane or my Scooter Stair. I'm permently Disable now, put, I still have my God, and his son Jesus, Thank you for listening to my cry, Every time, I close or open my eye, all, I can see is me falling in Winn Dixie on May 23, 2004, so, all can do is cry. And, may god Bless you, to Mr. Judge Jerry A. Funk.

P.S. And again Judge I Fell on May 23, 2004 on a Sunday night. P.S. Please help Me!!!

Voluminous attachments can be viewed at the clerks office



**WINN-DIXIE**
the real deal

June 7, 2004

Ernest Clay
P.O. Box 93185  PO Box 93405
Lakeland, FL 33804

RE:   Date Loss: 05/23/2004
      Incident #: A411207432

Dear Mr. Clay:

I am in receipt of an incident report from our store #0706. I have been unable to reach you by phone. Please call me at my toll free number 1-866-202-2126.

Sincerely,

Katelyn Brim, CSA
Risk Management
katelynbrim@winn-dixie.com

I call on, 5/24/04, and spoke to Mrs. Joyce Caswell at store #0706, monday Manager, on Sunday night, Mr. Ron Heyne on 5/23/04 at 9:51pm. He was the Manager the night, I fell, He had to pick me up twice on the floor, falling on my knees, Head, feet, and Back front, And, he didn't put a accident report in the Manager's Box the next Monday morning 5-24-04.

WINN-DIXIE STORES, INC.   5050 EDGEWOOD COURT   P.O. BOX B   JACKSONVILLE, FLORIDA 32203-0297   (904) 783-5000

Printed on Recycled Paper

WD 22-21 (12/01)

```
            WINN - DIXIE
           * the real deal *


         TIC-TAC                    .69 B
     **** TAX         .05 TOT       .74

    VF    DEBIT CARD              100.74

          CHANGE                   100.00

    TOTAL NUMBER OF ITEMS SOLD =    1
    5/23/04  9:51 PM 0706 01 0582 242

           YOU COULD EARN A
       $5 DISCOUNT BY COLLECTING
         50 POINTS ON PET RELATED
      PRODUCTS 05/12/04 TO 06/21/04!

      SIGN UP FOR YOUR CUSTOMER REWARD
      CARD AND JOIN OUR PET CLUB TODAY!


        YOUR CASHIER TODAY IS, MARIA

           MANAGER DONNIE WILSON
         STORE # 0706  - LAKELAND, FL
            PHONE # (863)683-8352
       THANK YOU FOR SHOPPING WINN-DIXIE
```

Handwritten annotations on right receipt:
- "morning manager (Joyce K Caswell)"
- "head manager ~~Donnie~~ Wilson"
- "night manager (Ron Heyne)"

```
**********************************
winn dixie store #0706
1305 ariana street
lakeland, fl
05/23/04        9:51 PM
TERMINAL ID: WP0706
CARD NO: XXXXXXXXXXXX6557
SEQ NO: 00014708
CASH BACK AMOUNT            $ 100.00
PURCHASE FROM CHECKING
TOTAL                       $ 100.74
**********************************

05/23/04  9:51 PM 0706 001 0582 242
```