F I L E D
JACKSONVILLE, FLORIDA

SEP 1 4 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

September 7, 2006

Logan & Company, Inc.

Re: Luz Elena Cardona (Claimant)
Incident Date: June 17, 2004
Claim #: 5742
Entity: Winn-Dixie Stores, Inc.

Appreciated Sirs:

Please be advised that my husband and I have decided not to accept the letter received on August 20, 2006; Claim Reduction Form..

I have incurred medical expenses that exceed the amount seven thousand dollars ($7,000.00) and lost earning for more than twenty thousand dollars (20,000.00). And my expenses are continuing and receiving.

I was injured because of the negligence of the Winn-Dixie Inc. store's employees. I have been told that there were films that can prove the accident and witnesses.

I am experiencing severe pain in my neck, back shoulders and legs, a decrease in my ability to ambulate. Besides, my physicians had advised me that I will continue to incur more expenses for treatment. Therefore, In good conscience I cannot accept the settlement you suggested; it is almost a slap in the face.

I believe that the identified plan class is incorrect, and I am requesting a "MOTION FOR DETERMINATION OF PLAN CLASS"

Thank you for your attention in advance and we will look forward to your reply.

*Luz E. Cardona*
Luz Elena Cardona

cc: Winn-Dixie Stores, Inc. & United States Bankruptcy Court Middle District of Florida (Jacksonville Division)

This Claim Reduction Form, if properly completed and timely returned, constitutes an election to reduce your Allowed Claim and receive a discounted Cash distribution [illegible] on account of your Allowed Claim, as provided in the Plan, in full satisfaction, settlement, release, discharge of, and in exchange for, the full amount of such Claim.

In order to exercise such election, you must complete, sign, and return the Claim Reduction Form by mail, overnight courier, or hand delivery to Logan & Company, Inc. (the "Claims Agent"), at the following address:

    Logan & Company, Inc.
    [illegible] White Rock Stores, Inc.
    546 Valley Road
    Upper Montclair, New Jersey 07043

SUBJECT TO THE LIMITED AVAILABILITY OF FUNDS, CLAIM REDUCTION FORMS MUST BE RECEIVED BY [illegible] AND PAYABLE AT LOGAN & COMPANY, INC. BY [illegible]. CLAIM REDUCTION FORMS RECEIVED AFTER AVAILABLE FUNDS HAVE BEEN DEPLETED OR AFTER THE [illegible] 2009 WILL BE REJECTED. THE CLAIMS AGENT WILL NOT ACCEPT CLAIM REDUCTION FORMS BY FACSIMILE OR ELECTRONIC MAIL OR BY TELEPHONE.

[illegible] to exercise your Claim Reduction election, you must complete, sign, and return the Claim Reduction Form [illegible]. This Claim Reduction Form should be used only by holders or potential holders of Allowed Landlord Claims, Allowed [illegible], Allowed Retirement Plan Claims, or Allowed Other Unsecured Claims who desire to reduce their Allowed Claim to [illegible] receive a discounted Cash payment of $2,610. Any such holder or potential holder who fails to properly make the [illegible] this Claim Reduction Form will receive New Common Stock as provided in the Plan on account of its Allowed Claim.

Your signature is required to permit your reduction election to be valid. If you are an individual, you must sign [illegible] the Claim Reduction Form. If you are completing this form on behalf of another person or entity, you must indicate your relationship [illegible] person or entity and the capacity in which you are signing. If the Claim is held jointly, each joint holder must sign. [illegible] are acting in a representative capacity, also indicate your title after your signature.

You may complete this Claim Reduction Form even though your Claim is not currently considered to be an Allowed [illegible] Claim, Allowed Retirement Plan Claim, or Allowed Other Unsecured Claim. If you have [illegible] a proof of claim, if your proof of claim, or your Claim is contingent, unliquidated, or disputed, or if you are a party [illegible] be executed, you may not receive any beneficial effect contingent upon confirming your Claim. Priority Claim, your Allowed Claim or Other Claim, or if your Claim is contingent, unliquidated, or disputed Claim, is contested and objected to, you will [illegible] allowed, your Claim will need to be determined to be an Allowed Landlord Claim, Allowed [illegible] Claim, Allowed Retirement Plan Claim, or Allowed Other Unsecured Claim. To ensure that you are provided with the right [illegible] your Claim is determined to be an Allowed Landlord Claim, Allowed [illegible] claim election, [illegible] Proof of Claim, you are receiving this Claim Reduction Form at [illegible] Allowed Landlord Claim, Allowed Vendor/Supplier Claim, Allowed Retirement Plan [illegible] Claim Reduction Form you complete and return will be disregarded. However, if your Claim [illegible] be an Allowed Landlord Claim, Allowed Vendor/Supplier Claim, Allowed Retirement Plan Claim, or Allowed Other [illegible] and you did not properly or timely make such an election, you will receive New Common Stock as provided for in the Plan. The information at the bottom of the front page of this Claim Reduction Form identifies the Plan Class that should be [illegible] if your Claim is an Allowed [illegible] Claim.

[illegible] this election must identify the Plan Class in which you believe your Claim, if an [illegible] is to be classified, as well as the basis for your belief. If the Debtors disagree, they will file an objection and [illegible] serve a copy of their objection on you. If the Debtors agree with you, they will file a consent, or notice to you. If [illegible] consent or notice is filed, and if your Claim is an Allowed Unsecured Claim, the identified Plan Class will be [illegible].

CLAIM REDUCTION FORMS RECEIVED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE VALID. [illegible] WILL BE DISREGARDED [illegible] IN ACCORDANCE WITH THE DESCRIPTION OF COMMON STOCK PROVIDED FOR IN THE PLAN.

## CLAIM REDUCTION FORM

**TO HOLDERS OR POTENTIAL HOLDERS OF ALLOWED LANDLORD CLAIMS IN CLASS 13, ALLOWED VENDOR/SUPPLIER CLAIMS IN CLASS 14, ALLOWED RETIREMENT PLAN CLAIMS IN CLASS 15, and ALLOWED OTHER UNSECURED CLAIMS IN CLASS 16.**

**PLEASE TAKE NOTICE THAT:**

On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Capitalized terms used herein without definition have the meanings provided in the Plan. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures, and forms applicable to the process of soliciting votes on the Plan, providing notice of the Plan, and making necessary elections with respect to the Plan, (b) approving vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order");

The Solicitation Procedures Order approved this Claim Reduction Form for use by holders or potential holders of Allowed Landlord Claims, Allowed Vendor/Supplier Claims, Allowed Retirement Plan Claims, and Allowed Other Unsecured Claims, on a first come-first serve basis, who desire to elect to reduce their Allowed Claims to $3,000 and receive a discounted Cash payment in the amount of $2,010 (67% of $3,000), in full satisfaction, settlement, release, discharge of, in exchange for, and on account of their Allowed Claims. Under the Plan, the aggregate Cash amount payable on account of Claim Reduction Forms is limited to $1 million. Depending on the number of Claim Reduction Forms received, and the amount of Allowed Claims subject to such Claim Reduction Forms, $1 million may not be sufficient to provide discounted Cash payments to all electing holders. In that event, the Claim Reduction Forms will be accepted on a first come-first serve basis. Any Claim Reduction Forms received after the $1 million has been allocated to earlier received Claim Reduction Forms will be rejected, and the holders of Allowed Claims subject to the later received Claim Reduction Forms will receive New Common Stock as provided for in the Plan. Subject to the limited availability of funds, this Claim Reduction Form must be completed and returned on or before **September 25, 2006, at 4:00 p.m. (Eastern Time).**

Please refer to the instructions for completing this Claim Reduction Form on the reverse side. If you have any questions about how to properly complete this Claim Reduction Form, please call Logan & Company, Inc. at (973) 509-3190.

**Item 1. Election.** By signing and returning this Claim Reduction Form, the undersigned hereby elects to reduce his/her/its Allowed Claim to $3,000 and to receive a Cash payment in the amount of $2,010, in full satisfaction, settlement, release, discharge of, in exchange for, and on account of such Claim.

**Item 2. Claim Ownership.** By signing and returning this Claim Reduction Form, the undersigned hereby certifies that it owns the Claim that is the subject of this Claim Reduction Form. If such Claim is sold or transferred in the future, the buyer or transferee will be bound by this Claim Reduction Form, and the undersigned will so inform the buyer or transferee.

**Item 3. Acknowledgments and Certification.** By signing and returning this Claim Reduction Form, the undersigned hereby acknowledges that the reduction election is subject to all terms and conditions set forth in the Disclosure Statement and the Plan. The undersigned certifies that he/she/it has full power and authority to make the reduction election.

Signature: *Luz E. Cardona*
Name of claimant (print/type): Luz Elena Cardona
Address of claimant (if other than the address to which this form was mailed): 2176 Alclobe Circle, Ocoee, Fl- 34761
Name and title of signatory: Luz Elena Cardona
If signed by authorized agent, name and title of agent: _____
Federal tax I.D. or social security number of claimant: 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
Telephone number: 407-292-7430 or _____ Facsimile number: _____
E-mail address: luzelma@hotmail.com    Dated: 08-22-06

**PLEASE COMPLETE, SIGN, AND DATE THIS CLAIM REDUCTION FORM AND RETURN IT BY MAIL, HAND DELIVERY, OR OVERNIGHT COURIER TO LOGAN & COMPANY, INC. AT THE ADDRESS SET FORTH ON THE REVERSE SIDE, ON OR BEFORE SEPTEMBER 25, 2006.**

IF YOUR CLAIM IS DETERMINED TO BE AN UNSECURED CLAIM, YOUR CLAIM WOULD BE IN THE FOLLOWING PLAN CLASS: CLASS 16 - OTHER UNSECURED CLAIMS

SEE PARAGRAPH 9 ON THE REVERSE SIDE OF THIS FORM.

Creditor ID: WDX-389103-V4-54

CARDONA, LUZ ELENA
2176 ALCLOBE CIRCLE
OCOEE, FL 34761

Claim Amount: Disputed
Claim Number: 5742

ID: 9484