

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 14, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Approving Assumption of Agreements with IBM Entities Filed by Debtors (10550)


APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR

IBM ENTITIES: *Ron Marlowe P*

RULING: *Granted.*
*Oral/Signed*