

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
September 14, 2006
1:30 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Authority to Reject Real Property Lease for Store Number 1409, to Establish Bar Date for Any Rejection Damage Claim, and Granting Related Relief filed by Debtors (10721)

APPEARANCES:
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD/PATRICK PATANGAN
                 MATTHEW S. BARR

RULING:  Granted
         Ord/Signed