UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims, Noticing and Tabulation Agent for the above-captioned Debtors.

3. Between August 16, 2006 through September 14, 2006, I caused the following to be served, in the manner set forth in the Solicitation and Tabulation Procedures Order entered on August 4, 2006:

- the **Notice of Deemed Rejecting Status Under Debtors' Joint Plan of Reorganization**

   to be inserted (as appropriate) in first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Supplemental Service List attached hereto as Exhibit A. A copy of the served Notice as listed above is attached hereto as Exhibit B.

Dated: September 14, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: V1

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 496928-AE<br>AARON R PRODEN<br>7904 OLD MILL RIDGE CT<br>RALEIGH NC 27615-8405 | CREDITOR ID: 528492-AD<br>ALBERTA M STODOLA<br>1832 MICHIGAN AVE #A<br>MANITOWOC WI 54220-3140 | CREDITOR ID: 503727-AD<br>ANDREW CHEAK<br>173 WOODFIELD CIR<br>SHELBYVILLE KY 40065-8887 |
| CREDITOR ID: 520734-AD<br>AUDREY OGRAM<br>870 CORBIN PARK RD<br>NEW SMYRNA FL 32169-8424 | CREDITOR ID: 514356-AD<br>BERNARD JOHNSON<br>360 DOMINQUE CT<br>RIVERDALE GA 30295-1182 | CREDITOR ID: 529396-AD<br>BILLY RAY TINNEY<br>224 SOUTHPEAK LN<br>PONDER TX 76259-6015 |
| CREDITOR ID: 515668-AD<br>BOBBIE J LAMBERT<br>526 FM 419<br>SWEETWATER TX 79556-2120 | CREDITOR ID: 503738-AD<br>BONNIE L CIARDELLI<br>304 HURRICANE CREEK RD<br>PIEDMONT` SC 29673-8469 | CREDITOR ID: 509580-AD<br>BONNY K GECKLER & ROBERT K<br>GECKLER JT TEN<br>1408 FLOYD HAMPTON RD<br>CROWLEY TX 76036-4634 |
| CREDITOR ID: 520800-AD<br>BRENT W NASH<br>10411 NW 17TH PL<br>PEMBROKE PINES FL 33026-2832 | CREDITOR ID: 523055-AD<br>BYRON RENARD RATLIFF<br>PO BOX 1953<br>POWDER SPRINGS GA 30127-7527 | CREDITOR ID: 517204-AD<br>CARLTON C MAIN<br>267 CARR DR<br>SLIDELL LA 70458-5603 |
| CREDITOR ID: 511044-AD<br>CAROL HULSEY<br>5801 RANDLE RD<br>GRANBURY TX 76049-2220 | CREDITOR ID: 501466-AD<br>CAROLYN M BROGDON<br>3720 INVERRARY DR APT 1X<br>LAUDERHILL FL 33319-5145 | CREDITOR ID: 519556-AD<br>CATHERINE A MOBLEY<br>PO BOX 595<br>JAMESVILLE NC 27846-0595 |
| CREDITOR ID: 497407-AE<br>CERCILIA S SIBLEY<br>2607 HABERSHAM RD<br>ALBANY GA 31701-5919 | CREDITOR ID: 502489-AD<br>CHAD A BULLARD<br>3102 GRAND POINT CT<br>GRANBURY TX 76049-5433 | CREDITOR ID: 521215-AD<br>CHERYL L PEACOCK<br>RR 2 BOX 263B3<br>SOPERTON GA 30457-9503 |
| CREDITOR ID: 521747-AD<br>CHERYL PARSONS<br>RR X BOX 263B3<br>SOPERTON GA 30457-9503 | CREDITOR ID: 522914-AD<br>CHRISTINE S RAPP & JARED C<br>RAPP TEN COM<br>17072 PREMO LN<br>AMITE LA 70422-6180 | CREDITOR ID: 511636-AD<br>CHRISTOPHER W HARLIN<br>57 GROUPER RD<br>JESUP GA 31545-5647 |
| CREDITOR ID: 499187-AD<br>CLAUDE P BAGGOTT JR &<br>PAULINE DALY BAGGOTT JT TEN<br>905 RIVERVIEW DR<br>WEST COLUMBIA SC 29169-6937 | CREDITOR ID: 522537-AD<br>CLAY RYAN PICKERT<br>471 11TH ST<br>CRAMERTON NC 28032-1201 | CREDITOR ID: 505259-AD<br>COLLEEN LOUISE CROFT<br>2824 NW 23RD BLVD<br>GAINESVILLE FL 32605-2925 |
| CREDITOR ID: 514113-AD<br>D HERBERT JONES & GERTRUDE J<br>JONES JT TEN<br>9 FAVERSHAM CT<br>COLUMBIA SC 29229-7380 | CREDITOR ID: 505245-AD<br>DAVID ALLEN DAVIS<br>300 MOUNTAIN VIEW RD<br>MOUNT HOLLY NC 28120-1240 | CREDITOR ID: 514129-AD<br>DAVID M JORDAN JR<br>PO BOX 349<br>MOUNT HOLLY NC 28120-0349 |
| CREDITOR ID: 517330-AD<br>DAVID MICHAEL LYNN<br>1627 WAKEFIELD WAY<br>ROCK HILL SC 29730-6899 | CREDITOR ID: 519943-AD<br>DEANNA MARIE MUNKSGARD<br>10531 NW 68TH TER<br>CHIEFLAND FL 32626-4210 | CREDITOR ID: 528578-AD<br>DEBORAH C TURNER<br>2765 CIRCLEVIEW DR<br>SUMTER SC 29154-4602 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.  **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 499224-AD<br>DENNIS L BAILEY<br>1127 133RD ST E<br>BRADENTON FL 34212-9320 | CREDITOR ID: 493476-AE<br>DIANA L ALLEN<br>6381 VERNON ST<br>POLK CITY FL 33642 | CREDITOR ID: 517220-AD<br>DONA P LOWDER<br>2087 DUTCHMAN DR<br>ROCK HILL SC 29732-1683 |
| CREDITOR ID: 524892-AD<br>DWIGHT J ROELAND<br>566 STERLING WATER DR<br>MONROE GA 30655-7704 | CREDITOR ID: 507160-AD<br>EDWARD JOSEPH FRICK<br>214 N MAIN ST<br>WHITMIRE SC 29178-1126 | CREDITOR ID: 500340-AD<br>ELIOT C BERTMAN & MAUREEN W<br>BERTMAN JT TEN<br>1404 FRANKLIN CROSSING RD<br>FRANKLIN MA 02038-2938 |
| CREDITOR ID: 515397-AD<br>ELIZABETH KURKA<br>2418 STARFISH RD<br>VIRGINIA BEACH VA 23451-1228 | CREDITOR ID: 521781-AD<br>ERELENE S MUZNY<br>2209 BASS AVE SW<br>SUPPLY NC 28462-5528 | CREDITOR ID: 522262-AD<br>ERIC S PADGETT<br>2140 SALT MYRTLE LN<br>ORANGE PARK FL 32003-7074 |
| CREDITOR ID: 495953-AE<br>FILIPINAS L LAXAMANA<br>806 SW 26TH CT<br>DANIA FL 33315-2632 | CREDITOR ID: 503621-AD<br>FRANCES M CHRISTOPHER<br>PO BOX 2853<br>EASLEY SC 26941-2853 | CREDITOR ID: 516341-AD<br>GARY E KENNEDY &<br>RUTH C KENNEDY JT TEN<br>614 PACKS MOUNTAIN RIDGE RD<br>TAYLORS SC 29687-7132 |
| CREDITOR ID: 529472-AD<br>GARY S STONER<br>1419 WAR EAGLE BLVD<br>TITUSVILLE FL 32798-4225 | CREDITOR ID: 532804-AD<br>GEORGE R BARTLETT JR<br>16004 BURNHAM WAY<br>TAMPA FL 33647-2032 | CREDITOR ID: 520771-AD<br>GREGORY ED PATTERSON<br>554 OLD ALABAMA RD SE<br>CARTERSVILLE GA 30120-6516 |
| CREDITOR ID: 512102-AD<br>GREGORY S HUGHES<br>59 JUDY CT<br>MIDLAND CITY AL 36350-6265 | CREDITOR ID: 516399-AD<br>HERBERT LEWIS<br>18337 HIGHWAY 40<br>LORANGER LA 70446-3422 | CREDITOR ID: 517140-AD<br>JACQUELINE MCLENDON<br>2025 BOULDER GATE DR<br>ELLENWOOD GA 30294-1679 |
| CREDITOR ID: 510855-AD<br>JAMES GOSS<br>2 NITTANY PL<br>SIMPSONVILLE SC 29681-6382 | CREDITOR ID: 512278-AD<br>JANET ANN HAUFF<br>449 KNOLLWOOD AVE<br>TALLMADGE OH 44278-1326 | CREDITOR ID: 507841-AD<br>JANET B FARRELL<br>234 BEACH RD, LOT 2<br>CLEVELAND NY 13042-3159 |
| CREDITOR ID: 496884-AE<br>JARROD J PERRY<br>609 AGNES DR<br>ALTAMONTE SPRINGS FL 32701-5605 | CREDITOR ID: 522080-AD<br>JARROD J PERRY<br>809 AGNES DR<br>ALTAMONTE SPRINGS FL 32701-5605 | CREDITOR ID: 497198-AE<br>JEFFREY A SZYMANSKI<br>2634 DOVEHILL WAY<br>OVIEDO FL 32766-7070 |
| CREDITOR ID: 498076-AE<br>JENNIE M WHITE<br>1737 CUNARD CT<br>ORANGE PARK FL 32073-6144 | CREDITOR ID: 496259-AE<br>JENNIFER L MCCOLLUM<br>69 ONEALS WAY<br>CRAWFORDVILLE FL 32327-1121 | CREDITOR ID: 496259-AE<br>JENNIFER L MCCOLLUM<br>69 ONEALS WAY<br>CRAWFORDVILLE FL 32327-1121 |
| CREDITOR ID: 519252-AD<br>JENNIFER L MCCOLLUM<br>69 ONEALS WAY<br>CRAWFORDVILLE FL 32327-1121 | CREDITOR ID: 518483-AD<br>JERRY WILLIAM MCKEE JR<br>976 BUCKHORN BND<br>LOCUST GROVE GA 30248-3446 | CREDITOR ID: 523803-AD<br>JOE ROBERTS II<br>2824 TAMARIND DR<br>EDGEWATER FL 32141-5506 |

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                                                       **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 508874-AD<br>JOHN G EVANS<br>2919 ALGONQUIN AVE<br>JACKSONVILLE FL 32210-4434 | CREDITOR ID: 512305-AD<br>JOHN HENRY HENSON<br>580 S PEAR ORCHARD RD APT 1515<br>RIDGELAND MS 39157-4218 | CREDITOR ID: 512305-AD<br>JOHN HENRY HENSON<br>580 S PEAR ORCHARD RD APT 1515<br>RIDGELAND MS 39157-4218 |
| CREDITOR ID: 511922-AD<br>JOHN W HIND JR<br>19 HUMMINGBIRD RD<br>MOULTRIE GA 31768-6852 | CREDITOR ID: 511924-AD<br>JOHN W HINDS JR<br>19 HUMMINGBIRD RD<br>MOULTRIE GA 31769-6852 | CREDITOR ID: 522399-AD<br>JOSHUA JOHN PIATEK<br>2846 S UNIVERSITY DR APT 4303<br>DAVIE FL 33328-1449 |
| CREDITOR ID: 531109-AD<br>JOYCE P WILSON<br>5182 OUTLOOK DR<br>MELBOURNE FL 32940-2340 | CREDITOR ID: 513515-AD<br>JUDITH WARREN JACKSON<br>PO BOX 1265<br>TROUTMAN NC 28166-1265 | CREDITOR ID: 512270-AD<br>JUDY K HATTER & GARY R<br>HATTER JT TEN<br>164 JESSE ST<br>FISHERVILLE KY 40023-6416 |
| CREDITOR ID: 517678-AD<br>KAREN R LIVINGSTON<br>1604 PERSERVERENCE HILL CIR W<br>KENNESAW GA 30152-4405 | CREDITOR ID: 525943-AD<br>KAREN SEAY<br>10601 VILLAGE LNDG<br>JONESBORO GA 30238-7974 | CREDITOR ID: 517724-AD<br>KENNETH MASSEY<br>505 BIRCHWOOD VIEW PT<br>FUQUAY VARINA NC 27526-8192 |
| CREDITOR ID: 508841-AD<br>LAURIE ANN GAGNE<br>1317 WINDY MEADOWS DR<br>BURLESON TX 76028-2574 | CREDITOR ID: 507542-AD<br>LISA G DURDEN<br>140 ISLEWORTH WAY<br>FAYETTEVILLE GA 30215-2763 | CREDITOR ID: 494703-AE<br>MARCUS R HAYNES<br>12100 S HIGHWAY 6 APT 3202<br>SUGAR LAND TX 77478-5715 |
| CREDITOR ID: 505012-AD<br>MARY DARBY<br>638 CASSIN AVE<br>DAYTONA BEACH FL 32114-1802 | CREDITOR ID: 510454-AD<br>MATTHEW A GUCH<br>14 TRADEWIND CIR<br>FISHERSVILLE VA 22939-2141 | CREDITOR ID: 494375-AE<br>MATTHEW M CLARK<br>1280 SADDLE DR<br>YORK SC 29745-8939 |
| CREDITOR ID: 504377-AD<br>MELISSA W CHILDERS<br>1421 COUNTRY POND LN<br>WILLOW SPRINGS NC 27592-9251 | CREDITOR ID: 515305-AD<br>MEREDITH L LAKES<br>44 TRACES PL<br>FRANKLIN NC 28734-0020 | CREDITOR ID: 509560-AD<br>MICHAEL J HALLMAN<br>269 PURPLE MARTIN DR<br>ST MATTHEWS SC 29135-8803 |
| CREDITOR ID: 510156-AD<br>NICKY DAVID HARALSON<br>104 DOWNING ST<br>HOSCHTON GA 30548-6187 | CREDITOR ID: 496521-AE<br>NORMA ORITZ<br>1300 BLVD OF THE ARTS APT 1001<br>SARASOTA FL 34236-4981 | CREDITOR ID: 509251-AD<br>NORMAN ROGER GATLIN<br>90 WESTWOOD DR APT 3D<br>FAIRFIELD OH 45014-6429 |
| CREDITOR ID: 510088-AD<br>PATRICK GOLDEN & ANN GOLDEN<br>JT TEN<br>119 JUBILEE<br>WILLIAMSBURG VA 23188-6453 | CREDITOR ID: 502622-AD<br>PHILIP RAYMOND BYRD & REBECCA<br>BOYD BYRD TRUSTEES U-A DTD<br>03-02-99 P R BYRD & R B BYRD LIV TRUST<br>510 WAYAH RD<br>FRANKLIN NC 28734-9160 | CREDITOR ID: 531891-AD<br>RANDY L JOYNER<br>2852 OLD 60<br>WILKESBORO NC 28697-9297 |
| CREDITOR ID: 500680-AD<br>RHONDA SUSAN BELL<br>38073 MISTLETOE ST<br>GONZALES LA 70737-5910 | CREDITOR ID: 532917-AD<br>RICHARD D WOOD<br>1681 ASHWOOD CIR<br>MIDDLEBURG FL 32068-6791 | CREDITOR ID: 509311-AD<br>RICHARD P HANKS<br>201 COUNTRY CLUB DR<br>LAURENS SC 29360-7707 |

# EXHIBIT A - SUPPLEMENTAL SERVICE LIST
## Deemed Rejecting Holders

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.   **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 503872-AD<br>RICHARD R CLOONAN<br>991 N OBRIEN PT<br>LECANTO FL 34461-8995 | CREDITOR ID: 499854-AD<br>ROBERT A BAIR<br>111 LURA LN<br>MERRITT ISLAND FL 32953-4743 | CREDITOR ID: 522683-AD<br>ROBERT ONEAL RABON<br>114 GATHERING ISLAND RD<br>SUMMERVILLE SC 29485-6281 |
| CREDITOR ID: 503449-AD<br>ROBERT S CANGELOSI<br>1 GARDEN COVE DR<br>KEY LARGO FL 33037-5007 | CREDITOR ID: 524665-AD<br>ROBYN R RICHARDSON<br>1383 COUNTY ROAD 650<br>BUSHNELL FL 33513-6716 | CREDITOR ID: 526317-AD<br>RODNEY SUMMEROUR<br>82 PARKSIDE TRCE<br>DALLAS GA 30157-7997 |
| CREDITOR ID: 521611-AD<br>RONALD D PARRISH<br>1408 E WASHINGTON ST<br>THOMASVILLE GA 31792-4753 | CREDITOR ID: 507078-AD<br>S T DERIESTHAL<br>204 N BRIDGE CREEK DR<br>JACKSONVILLE FL 32259-8882 | CREDITOR ID: 494518-AE<br>SANDRA J GHELARDUCCI<br>157 TALLOKAS TRL<br>MOULTRIE GA 31769 |
| CREDITOR ID: 518993-AD<br>SANDRA S MCDONALD<br>510 E MAIN ST APT 5B<br>STATESBORO GA 30458-7014 | CREDITOR ID: 493572-AE<br>SHARON BRETZ<br>4156 FALCON RUN LN<br>MIDDLEBURG FL 32068-3720 | CREDITOR ID: 514482-AD<br>SHEILA H JORDAN<br>4817 KINGWELL DR<br>MC LEANSVILLE NC 27301-9268 |
| CREDITOR ID: 520302-AD<br>STACEY MURDOCK<br>205 ST CHARLES AVE<br>DALLAS GA 30157-0543 | CREDITOR ID: 502503-AD<br>STAN ALLEN BURRIS<br>7800 MOCKINGBIRD LN LOT 60<br>N RICHLAND HILLS TX 76180-5569 | CREDITOR ID: 531077-AD<br>STANLEY WAYNE WHITLEY<br>5130 ROGERS TRL<br>MACCLENNY FL 32063-4114 |
| CREDITOR ID: 508891-AD<br>STEPHEN A FERGER<br>6312 BUFORD ST APT 708<br>ORLANDO FL 32835-2359 | CREDITOR ID: 522472-AD<br>STEVE K REEVES<br>285 HAPPY HOLLOW RD<br>HAMPTON GA 30228-3011 | CREDITOR ID: 499720-AD<br>STEVEN BARTOLOTTA<br>148 BARRINGTON DR<br>PALM COAST FL 32137-8865 |
| CREDITOR ID: 524066-AD<br>TAMMY L PHILLIPS<br>239 HOVIS RD<br>ROCK HILL SC 29730-8010 | CREDITOR ID: 517437-AD<br>TERESA D MACK<br>125 DAVIDS LN<br>NEBO NC 28761-8753 | CREDITOR ID: 510876-AD<br>THAO T HARDESTY & BINH D<br>HARDESTY JT TEN<br>4170 AIT TAIPEI PL<br>DULLES VA 20189-4170 |
| CREDITOR ID: 526069-AD<br>THOMAS D SEAY<br>880 TIMBER CREEK DR<br>YORK SC 29745-8699 | CREDITOR ID: 499996-AD<br>THOMAS J BEGGS III CUST MARY<br>SUSAN BEGGS G/M/A/FL<br>195 N WASHINGTON AVE<br>MADISON FL 32340-2058 | CREDITOR ID: 496538-AE<br>TODD E PIERCE<br>63 GLEN RIDGE DR<br>VILLA RICA GA 30180-5203 |
| CREDITOR ID: 518701-AD<br>TODD L MULLIS<br>2476 GA HIGHWAY 130 W<br>VIDALIA GA 30474-9402 | CREDITOR ID: 517348-AD<br>TONYA L LONDON<br>3230 MERCER UNIVERSITY DR APT 323<br>ATLANTA GA 30341-5659 | CREDITOR ID: 507054-AD<br>TRACY M DELLINGER<br>1750 KETCH AVE<br>SUMTER SC 29154-7378 |
| CREDITOR ID: 507054-AD<br>TRACY M DELLINGER<br>1750 KETCH AVE<br>SUMTER SC 29154-7378 | CREDITOR ID: 495818-AE<br>TROY J KERRY<br>112 MICHAEL DR<br>DES ALLEMANDS LA 70030-3331 | CREDITOR ID: 500693-AD<br>WENDY A BELL<br>1908 TUSCAN OAKS CT<br>ORANGE PARK FL 32003-8366 |

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**  **CASE:   05-03817-3F1**

CREDITOR ID: 528337-AD
WILLIAM M TODD
1101 ELENA WAY
WOODSTOCK GA 30188-7853

**Total:   121**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>Winn-Dixie Stores, Inc., <u>et al.</u>,<br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered |

### NOTICE OF DEEMED REJECTING STATUS UNDER DEBTORS' JOINT PLAN OF REORGANIZATION

| Debtor | Address | Tax I.D. |
|---|---|---|
| Winn-Dixie Stores, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-0514290 |
| Dixie Stores, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 75-3182270 |
| Table Supply Food Stores Co., Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-6079368 |
| Astor Products, Inc. | 5244 Edgewood Court, Jacksonville, Florida  32254 | 59-0858632 |
| Crackin' Good, Inc. | 701 N. Forrest Street, Valdosta, Georgia  31601 | 59-3652948 |
| Deep South Distributors, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-1271288 |
| Deep South Products, Inc. | 255 Jacksonville Highway, Fitzgerald, Georgia  31750 | 59-0855905 |
| Dixie Darling Bakers, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-0471662 |
| Dixie-Home Stores, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-6079054 |
| Dixie Packers, Inc. | State Road 53 South, Madison, Florida  32340 | 59-1288553 |
| Dixie Spirits, Inc. | 600 Edwards Avenue, Harahan, Louisiana  70123-3185 | 77-0602359 |
| Economy Wholesale Distributors, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-0230020 |
| Foodway Stores, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 75-1569265 |
| Kwik Chek Supermarkets, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-6073162 |
| Sunbelt Products, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 75-1551401 |
| Sundown Sales, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 75-1414946 |
| Superior Food Company | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 57-0469943 |
| WD Brand Prestige Steaks, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-3545257 |
| Winn-Dixie Handyman, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 58-1434107 |
| Winn-Dixie Logistics, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-3652949 |
| Winn-Dixie Montgomery, Inc. | 1550 Jackson Ferry Road, Montgomery, Alabama  36104-1718 | 59-1212119 |
| Winn-Dixie Procurement, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-3652951 |
| Winn-Dixie Raleigh, Inc. | 833 Shotwell Road, Clayton, North Carolina  27520 | 56-0670665 |
| Winn-Dixie Supermarkets, Inc. | 5050 Edgewood Court, Jacksonville, Florida  32254-3699 | 59-6078837 |

**TO:   HOLDERS OF INTERCOMPANY CLAIMS (PLAN CLASS 18)**
  **HOLDERS OF SUBORDINATED CLAIMS (PLAN CLASS 19)**
  **HOLDERS OF NON-COMPENSATORY DAMAGES CLAIMS (PLAN CLASS 20)**
  **HOLDERS OF WINN-DIXIE INTERESTS (PLAN CLASS 21)**

**PLEASE TAKE NOTICE THAT:**

  1.   On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan") from those holders of impaired Claims who are (or may be) entitled to receive distributions under the Plan.  Capitalized terms used in this Notice which are not defined have the meanings set forth in the Plan.

  2.   In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

  3.   You are receiving this notice because you may be the holder of an <u>Intercompany Claim</u>, a <u>Subordinated Claim</u>, a <u>Non-Compensatory Damages Claim</u>, or a <u>Winn-Dixie Interest</u>.  Under the Plan:

    (a)  An <u>Intercompany Claim</u> means any Claim arising prior to the Petition Date against any of the Debtors by another Debtor.  The term does not include Claims against any of the Debtors by a non-Debtor subsidiary or affiliate of a Debtor, which Claims shall be treated as Other Unsecured Claims, as applicable.

    (b)  A <u>Subordinated Claim</u> means any Claim that is subordinated pursuant to Section 510(b) or 510(c) of the Bankruptcy Code, which shall include, without limitation, (a) any Claim arising from the rescission of a purchase or sale of any Old Security, (b) any Claim for damages arising from the purchase or sale of an Old Security, (c) any Claim for reimbursement, contribution, or indemnification on account of any such Claim, (d) any Claim for similar violations of the securities laws, misrepresentations, breaches of fiduciary duties, or any similar claim related to the foregoing,

or (e) any Claim for attorneys fees related to any of the foregoing.

        (c)    A <u>Non-Compensatory Damages Claim</u> means any Claim for any fine, penalty, or forfeiture, or multiple, exemplary, or punitive damages, to the extent that such fine, penalty, forfeiture, or damage is not compensation for actual pecuniary loss suffered by the holder of such Claim, including, without limitation, any such Claim based upon, arising from, or relating to any cause of action whatsoever (including, without limitation, violation of law, personal injury, or wrongful death, whether secured or unsecured, liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, then existing or thereafter arising in law, equity or otherwise), and any such Claim asserted by a governmental unit in connection with a tax or other obligation owing to such unit; provided, however, that such term shall not include any Claim that might otherwise constitute a Non-Compensatory Damages Claim but for a Final Order allowing such Claim as an Administrative Claim, Priority Tax Claim, Other Priority Claim, Convenience Claim, Secured Tax Claim, Other Secured Claim, Unsecured Claim, or Subordinated Claim.

        (d)    <u>Winn-Dixie Interests</u> means, collectively, all equity interests in Winn-Dixie, including, without limitation, the Old Winn-Dixie Common Stock Interests and the Old Winn-Dixie Stock Rights. Old Winn-Dixie Common Stock Interests are the shares of common stock of Winn-Dixie issued and outstanding as of the Petition Date or otherwise held as of the applicable Distribution Record Date, including common stock acquired by holders of stock options and other rights to acquire stock who exercise their rights by the applicable Distribution Record Date. Old Winn-Dixie Stock Rights are the rights issued by Winn-Dixie and outstanding as of the Petition Date that give the holders thereof the right to purchase Old Winn-Dixie Common Stock Interests, including any stock options, warrants, conversion rights, rights of first refusal, or other rights, contractual or otherwise, to acquire or receive any stock or other equity ownership interests in Winn-Dixie, and any contracts, subscriptions, commitments, or agreements pursuant to which a party was or could have been entitled to receive shares, securities, or other ownership interests in Winn-Dixie prior to the Effective Date (whether or not arising under or in connection with any employment agreement), to the extent such rights have not been exercised as of the Distribution Record Date applicable to Old Winn-Dixie Common Stock Interests.

    4.    **Under the terms of the Plan, holders of Intercompany Claims, Subordinated Claims, Non-Compensatory Damages Claims, and Winn-Dixie Interests are not entitled to receive or retain any property on account of such Claims or Interests, and such Claims or Interests are cancelled and discharged. Therefore, in accordance with Section 1126(g) of the Bankruptcy Code, if you hold such a Claim or Interest, you are deemed to have rejected the Plan and are not entitled to vote on the Plan. Because no class of Claims or Interests junior to the classes containing Intercompany Claims, Subordinated Claims, Non-Compensatory Damages Claims, or Winn-Dixie Interests will receive any distribution under the Plan, the Bankruptcy Court can confirm the Plan over the deemed rejections of such classes pursuant to Section 1129(b) of the Bankruptcy Code.**

    5.    **NOTICE TO STOCKHOLDER (HOLDERS OF WINN-DIXIE INTERESTS): THE FOREGOING MEANS THAT YOUR STOCK INTERESTS IN WINN-DIXIE STORES, INC. WILL BE CANCELLED AND YOU WILL HAVE NO INTEREST OF ANY KIND IN WINN-DIXIE STORES, INC., ANY OF THE OTHER DEBTORS, OR THE REORGANIZED DEBTORS.**

    6.    A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court. You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman. You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

    7.    No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: 212-822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the Claim or Interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

    8.    The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

    9.    Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190.

    10.    **NOTICE TO REGISTERED OR RECORD HOLDERS, BANKS, BROKERS, AND OTHER NOMINEES OF BENEFICIAL HOLDERS OF COMMON STOCK ISSUED BY WINN-DIXIE STORES, INC.: YOU ARE DIRECTED TO IMMEDIATELY DELIVER A COPY OF THIS NOTICE TO THE BENEFICIAL HOLDERS. YOU MAY OBTAIN ADDITIONAL COPIES OF THIS NOTICE IF NEEDED FROM LOGAN & COMPANY, INC., 546 VALLEY ROAD, UPPER MONTCLAIR, NEW JERSEY 07043, TELEPHONE: (973) 509-3190.**

Dated: August 9, 2006

| | |
|---|---|
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin | James H. Post, Cynthia C. Jackson, Leanne Prendergast |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |