

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 14, 2006
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Seventeenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Duplicate Liability Claims, (E) Unliquidated Claims and (F) Unliquidated Misclassified Claims Filed by Debtors (10273)

Response filed by WD MT Carmel, LLC (10425)

Response filed by Georgia Department of Revenue (10643)

Response filed by Georgia Department of Community Health (10701)

Response filed by Scana Energy Marketing, Inc. (10760)

Response filed by Remke Markets, Inc. (10771)

New Plan Excel Realty Trust, Inc. (10818)

Woodland Hartford Assoc. LLC (10857)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 14, 2006
1:30 P.M.

**PRO MEMO**

| CASE NO. 05-3817-3F1 | WINN-DIXIE STORES, INC. | Page 2 of 2 |
|---|---|---|

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| WD MT CARMEL, LLC: | SARA LORBER |
| GEORGIA DEPARTMENT OF REVENUE: | OSCAR FEARS |
| GEORGIA DEPARTMENT OF COMMUNITY HEALTH: | WILLIAM BANKS |
| SCANA ENERGY MARKETING INC: | ADAM FRISCH |
| REMKE MARKETS, INC: | JASON BURNETT |
| NEW PLAN EXCEL REALTY TRUST INC: | DAVID POLLACK |
| WOODLAND HARTFORD ASSOC. LLC: | MICHAEL CECIL |

**RULING:** 13 objections Cont'd

Sustained as to non-responding parties

Ord/Signed