UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          )   Case No. 05-03817-3F1
                                                )
WINN-DIXIE STORES, INC., et al.,                )   Chapter 11
                                                )
Debtors.                                        )   Jointly Administered
                                                )

ORDER APPROVING
NEGOTIATED ASSUMPTION OF AGREEMENTS WITH IBM ENTITIES

These cases came before the Court for hearing on September 14, 2006, upon the

motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-

captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the

"Debtors"), for entry of an order under 11 U.S.C. §§ 105, 363(b), 365(a) and Fed. R. Bankr. P. 6006

and 9019 approving Winn-Dixie's assumption, on the negotiated terms set forth in the Motion, of

its leases and contracts with IBM Corporation ("IBM"), IBM Credit, LLC ("IBM Credit"), and

Ascential Software Corporation ("Ascential") (collectively, the "IBM Entities") (the "Leases and

Contracts") (the "Motion").[1]   The Court has reviewed the Motion and considered the

representations of counsel. Based upon the representations of counsel, after due deliberation and

finding proper notice has been given, the Court determines that good cause exists to grant the relief

requested in the Motion and that granting such relief is in the best interest of these estates and

creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted.

2.      The Leases and Contracts, including the Leases and Contracts listed on

Exhibit A to this Order, are assumed under section 365(a) of the Bankruptcy Code.

---

[1]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in
the Motion.

3.      Unless previously returned, the Debtors shall return to IBM or IBM Credit, as applicable, the servers listed on Exhibit B to this Order (the "Servers"). Any of the Leases and Contracts, or provisions thereof, that separately govern the returned Servers are terminated by agreement of the parties. IBM Credit is granted an unsecured claim in the amount of $66,883.00 on account of such returned Servers (the "Server Prepetition Claim"), as described in paragraph 6 of this Order.

4.      Proof of Claim number 13235 filed by IBM against Winn-Dixie in the amount of $2,535,560.53 (the "IBM Prepetition Claim") is allowed in full.

5.      Proof of Claim number 2058 filed by IBM against Winn-Dixie in the amount of $2,279,605.19 is disallowed in its entirety.

6.      Proof of Claim number 13245 filed by IBM Credit against Winn-Dixie in the amount of $1,659,098.37 is deemed amended to include the $66,883.00 Server Prepetition Claim (as amended, the "IBM Credit Prepetition Claim") and is allowed in the amount of $1,725,981.37.

7.      Proof of Claim number 4215 filed by IBM Credit against Winn-Dixie in the amount of $14,052,843.00 is disallowed in full.

8.      Proof of Claim number 9926 filed by Ascential against Winn-Dixie shall be allowed in the reduced amount of $48,157.86 (the "Ascential Prepetition Claim" and, together with the IBM Prepetition Claim and the IBM Credit Prepetition Claim, the "Prepetition Claims").

9.      The requirements of section 365(b)(1) of the Bankruptcy Code as they relate to any prepetition defaults are deemed waived in full by IBM, IBM Credit and Ascential, as applicable. As a consequence of such waiver, and notwithstanding the assumption of the Leases and Contracts, neither Winn-Dixie nor any of the Debtors shall be required to pay the Prepetition Claims as cure under section 365(b)(1)(A) of the Bankruptcy Code. The Prepetition Claims shall not have administrative expense status as a result of the assumption of the Leases and Contracts or

2

for any other purpose, and the Prepetition Claims shall retain the status of and be treated as prepetition unsecured non-priority claims.

10.    The Debtors' waiver and release of any and all rights they may have to preference claims or other claims or rights under sections 544, 545, 547, 548, or 553 of the Bankruptcy Code against the IBM Entities is approved.  The foregoing waiver and release shall be binding on any subsequent chapter 11 or chapter 7 trustee who may be appointed or elected in these cases or any succeeding chapter 7 case.

11.    The Debtors shall pay any delinquent postpetition amounts owed under the Leases and Contracts to IBM, IBM Credit and/or Ascential, as applicable, within ten (10) days following entry of this Order.

12.    Notwithstanding any provisions to the contrary in Fed. R. Bankr. P. 6006, this Order shall take effect immediately upon entry.


Dated _Sept_ 14, 2006 in Jacksonville, Florida.



Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

3

## Exhibit A

### Leases and Contracts for Assumption

| Non-Debtor Party | Debtor Party | Lease/Contract |
|---|---|---|
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Professional Services Agreement dated December 22, 2004, Project #2861 |
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Statement of Work for Consulting Services (Executed by Winn-Dixie Stores, Inc. on December 15, 2004) |
| Ascential Software Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to DataStage extended production, development, standby server, and Sandbox serlicense for IBM and AIX (Application Integration Tools) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-103 Enterprise Server - S/N #24ACA with February 1, 2004 Start Date and June 30, 2007 End Date (Contract Number C00B33828) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-8081 Enterprise Server - S/N #24ACA with January 1, 2004 Start Date and June 30, 2007 End Date (Contract Number C00B30570) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 9032 005 LIC ES Connection Director S/N 40387, 41456, 41457, 41617 with April 1, 2004 Start Date and March 31, 2008 End Date (Contract Number D02620076-06) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B332269, 9993-005 #B332270 with January 1, 2004 Start Date and December 31, 2007 (Contract Number C00B30736) |
| IBM Credit Corporation | Winn-Dixie Stores Inc. | IT-Hardware Lease Relating to Mainframe Processor - 2064-1C7, 2064-1C6 (Contract Number C00109584) |
| IBM Credit Corporation | Winn-Dixie Stores Inc. | Term Lease Master Agreement (executed by Winn-Dixie Stores, Inc. on March 21, 1996), Agreement No. FMC0373 |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30258 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |

| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30291 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |
| --- | --- | --- |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB30302 (executed by Winn-Dixie Stores, Inc. on December 22, 2003) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB45979 (executed by Winn-Dixie Stores, Inc. on March 9, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 2064-1C7 Misc. Equipment Spec s/n 47534 with March 1, 2004 (Contract Number C00B45979) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB47687 (executed by Winn-Dixie Stores, Inc. on March 17, 2004) |
| IBM Credit LLC | Winn-Dixie Stores Inc. | Term Lease Supplement No. COOB54995 (executed by Winn-Dixie Stores, Inc. on May 26, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. COOB55007 (executed by Winn-Dixie Stores, Inc. on May 26, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB47940 (executed by Winn-Dixie Stores, Inc. on March 24, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB90555 dated September 29, 2004 |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOB98934 (executed by Winn-Dixie Stores, Inc. on November 19, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC05130 (executed by Winn-Dixie Stores, Inc. on November 23, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC02802 (executed by Winn-Dixie Stores, Inc. on December 20, 2004) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Term Lease Supplement No. DOOC09610 (executed by Winn-Dixie Stores, Inc. on January 11, 2005) |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 2810505FE with January 23, 2004 Start Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Contract Number 3697340FE with July 1, 2004 Start Date and December 31, 2007 End Date |

2

| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 4075578FE with November 14, 2004 Start Date and November 30, 2007 End Date |
|---|---|---|
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 5550880FE with December 16, 2004 Start Date and December 31, 2007 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 5647874GS with January 19, 2004 Start Date and March 31, 2008 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8549423FE with February 1, 2004 Start Date and September 30, 2006 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8778343FE with December 21, 2004 Start Date and December 31, 2099 End Date |
| IBM Credit LLC | Winn-Dixie Stores, Inc. | Equipment/Software Lease No. 8867565FE with June 7, 2004 Start Date and December 31, 2007 End Date |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Supplement for Retail Store Solutions Support Line – Premium Statement of Work (executed by Winn-Dixie Stores, Inc. on October 22, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Statement of Work Number S04-0875 for Enterprise-Wide PIM Project dated October 4, 2004 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Statement of Work for Implementation Services for Winn-Dixie Stores, Inc. dated June 14, 2004 (Contract Number CFTDAWM) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Change Authorization for Project Support Services (Modifies Contract Number CFTDAWM) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Project Change Request/Change Authorization for IBM Statement of Work, Contract CFTDAWM (executed by Winn-Dixie Stores, Inc. on September 21, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Change Authorization for Services Relating to Agreement Number HQ12291 (executed by Winn-Dixie Stores, Inc. on September 9, 2005) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Service Elect Relating to Agreement Number HQ12291 (executed by Winn-Dixie Stores, Inc. on September 30, 2004) |

3

| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number AYB3HQ; dated July 1, 2004) |
|---|---|---|
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number AQ27J7) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number A45ZBD; dated July 1, 2005) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number ASBF8P) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Maintenance Agreement (Contract Number A046C8) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | E-Business Hosting Order Form dated July 16, 2003 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Customer Agreement HQ12291 |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to 2064-103 Z/900 - S/N #24ACA with June 1, 2003 Start Date and May 31, 2007 End Date (Contract Number C00183901) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 3490 Magnetic Tape Drive (1st string) with April 1, 2004 Start Date |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B097461, 9993-005 B097453 (9672-R56) Upgraded to 2064 processor with March 20, 2002 Start Date and December 30, 2007 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B158021, #B161811 (2064-1C7, 2064-1C6) with September 1, 2002 Start Date and December 30, 2007 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 #B331595, 9993-005 #B331596 with January 1, 2004 Start Date and April 30, 2007 End Date (Contract Number C00B30565) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to 9SSF-001 B265577, 9993-005 B265578 with June 1, 2003 Start Date and May 31, 2007 End Date (Contract Number C00183904) |

4

| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Automated Checkout Lane Maintenance Agreement with October 7, 2004 Start Date and June 30, 2009 End Date (Contract Number AY78DN) |
|---|---|---|
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Maintenance Agreement Relating to Business Continuity & Recovery Services with June 1, 1990 Start Date (Contract Number 5351Q) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to Escon Director with January 1, 2004 Start Date and March 31, 2008 End Date (Contract Number A7CGF1) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Multivendor Agreement (Cabletron) with January 17, 2002 Start Date (Contract Number HQ12291-2125-4175-07) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IBM Passport Agreement with April 1, 2004 Start Date (Contract Number 91150) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to IBM POS Applications (SA and EME) SLP with January 1, 2005 Start Date (Contract Number HQ12201 - Z125-5471-05) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Supplement for Retail Store Solutions Support Line No. Z125-5471-05 (executed by Winn-Dixie Stores, Inc. on October 22, 2004) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | IT-Hardware Lease Relating to Mainframe Processor - Upgraded to 2064 processor 9672-7120, 9672-R66, 9672-R76, 9672-5206, 9672- RX6, 9672- 2361, 9672- 0058, 9672-R6 with August 1, 2002 Start Date and September 30, 2009 End Date (Contract Number C00112011) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | Raised Floor Maintenance Agreement with June 30, 2004 Start Date (Contract Numbers AF59KJ, P590736) |
| International Business Machines Corporation | Winn-Dixie Stores, Inc. | VSE (Virtual System Extended System 370) Agreement |
| International Business Machines Corporation / | Winn-Dixie Stores, Inc. | Software Maintenance Agreement Relating to 5639-M77 - 4690 OS V3 Software Support with January 1, 2005 Start Date |

5

## Exhibit B

### Leased Servers to be Returned by Debtors

| Serial Numbers |
|----------------|
| 10-60E7E |
| 10-FC52D |
| 10-FCF2D |
| 10-2DA3E |
| 10-FC2ED |
| 10-6A92E |
| 10-6118E |
| 10-FEA1D |
| 10-089DE |
| 10-02DC29 |
| 10-6122E |
| 10-DA43D |
| 10-A233D |
| 10-209AE |
| 10-3974E |
| 10-FE71D |
| 10-3973E |
| 10-6DC0E |
| 10-6A89E |
| 10-5855E |
| 10-3976E |
| 10-0BC6E |
| 10-FEA2D |
| 10-DA5DD |
| 10-2DA9E |
| 10-2D9CE |