**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

**HAMILTON COUNTY, TENNESSEE'S MOTION TO TEMPORARILY ALLOW FULL AMOUNT OF ITS OUTSTANDING TAXES FOR THE PURPOSE OF VOTING ON THE PLAN**

Comes Hamilton County, Tennessee, a claimant herein, through the undersigned counsel, pursuant to this Court's Order, without waiving any rights or defenses previously asserted, in an effort to comply with the Court's Order, under comity, for an orderly administration of this case until all its outstanding tax issues can be heard in an orderly fashion, and pursuant to the Federal Rules of Bankruptcy Procedure 3018(a), and respectfully moves this Court to temporarily allow the full amount of the Hamilton County, Tennessee outstanding taxes for purposes of voting to accept or reject the Debtors' Plan. Reference is made to its amended claim 4206/12950, filed February 27, 2006, in the amount of $15,431.00 plus interest. The relief requested herein is subject to any and all defenses to be raised relative to the Debtor's Plan of Reorganization and all pending and potential future objections that may be filed to the "claims" filed by Hamilton County, Tennessee.

WHEREFORE, Hamilton County, Tennessee respectfully requests this Court to:

1. Temporarily allow the full amount of Hamilton County, Tennessee's claim for the purpose of accepting or rejecting the Plan.

2. Grant such relief as this Court deems proper.

LAW OFFICES
SPEARS, MOORE, REBMAN & WILLIAMS
PROFESSIONAL CORPORATION
801 BROAD STREET, SIXTH FLOOR
P. O. BOX 1749
CHATTANOOGA, TENNESSEE 37401-1749
(423) 756-7000---FACSIMILE (423) 756-4801

-2-

                                                  Respectfully submitted,

                                                  SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

                                                  By: /s/Scott N. Brown, Jr.
                                                      Scott N. Brown, Jr., Tenn. Bar No. 1212
                                                      Attorneys for Hamilton County, Tennessee
                                                801 Broad Street, Sixth Floor
                                                P.O. Box 1749
                                                Chattanooga, TN 37401-1749
                                                Telephone - (423) 756-7000
                                                snb@smrw.com

## CERTIFICATE OF SERVICE

        I hereby certify that a true copy of the foregoing Hamilton County, Tennessee's Motion to Temporarily Allow Full Amount of Its Outstanding Taxes for the Purpose of Voting on the Plan will either be served electronically by the Court's CM/ECF System or first class mail on the date filed on the 14th day of September, 2006, on the parties whose names are listed below:

                                                /s/Scott N. Brown, Jr.
                                                Scott N. Brown, Jr.
                                                Attorney for Hamilton County, Tennessee

Copies to be served on:

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, Fl 32254-3699<br>Debtors | Elena L. Escamilla<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32806<br>U. S. Trustee's Office |
| D.J. Baker<br>Skadden, Arps, Slate, Meager<br>& Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Creditor Committee |
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>Co-counsel for Debtors | Logan & Company<br>546 Valley Road<br>Upper Montclair, NJ 07043<br>Voting Agent |

F:\Library\users\CLIENTS\124898\0012\MtnAllowTaxes snb scb 9-13-06.wpd

LAW OFFICES
SPEARS, MOORE, REBMAN & WILLIAMS
PROFESSIONAL CORPORATION
801 BROAD STREET, SIXTH FLOOR
P. O. BOX 1749
CHATTANOOGA, TENNESSEE 37401-1749
(423) 756-7000---FACSIMILE (423) 756-4801