UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1
)
WINN-DIXIE STORES, INC., et al., ) Chapter 11
)
Debtors. ) Jointly Administered
)

**ORDER PURSUANT TO THIRD OMNIBUS MOTION (I) AUTHORIZING
ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
AND (II) FIXING CURE AMOUNTS**

These cases came before the Court for hearing on September 14, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts"), effective as of the effective date of the Debtors' joint plan of reorganization (the "Effective Date") and (b) fixing the costs of assumption at the Proposed Cure Amounts identified on Exhibit A (the "Motion").[1] By the Motion, the Counter Parties to the Contracts were given until September 7, 2006 to object to the Proposed Cure Amounts. Upon consideration, it is

ORDERED AND ADJUDGED THAT:

1.  The Motion is granted.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

2. The Debtors are authorized to assume the Contracts pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date. The Debtors' assumption of the Contracts as of, and upon the occurrence of, the Effective Date is approved.

3. For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors with respect to the Contracts are the Proposed Cure Amounts listed on Exhibit A.

4. The Counter Parties listed on Exhibit A are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A, except for the Proposed Cure Amount.

5. The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

6. The requirements of 11 U.S.C. § 365(b)(1) are hereby deemed satisfied with respect to each of the Contracts.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9. In the event the Debtors' joint plan of reorganization is not confirmed or does not become effective, this Order shall be null and void.

Dated September 14, 2006 in Jacksonville, Florida.

                                  Jerry A. Funk
                                  United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

**Exhibit A**

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount | Claim No. (Amount of Claim) | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 604, 630, 668 | Maintenance Agreement - Store | | AAA Parking | PO Box 3551 Sarasota FL, 34230 | SWEEPING | $0.00 | # 3037 ($2,045) | Claim paid |
| Winn-Dixie Stores, Inc. | 1329, 1403, 1404, 1408, 1411, 1412, 1417, 1418, 1419, 1425, 1437, 1439, 1449, 1461, 1463, 1467, 1502, 1504, 1512, 1577 | Maintenance Agreement - Store | | Acadian Landscaping | P.O. BOX 2246 KENNER LA, 70062 | LANDSCAPING | $0.00 | # 3174 ($1,879.35) | Claim paid |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ARX | ADVANCED RXCARE | 911 NW 209th Avenue, Suite 111 Pembroke Pines FL, 33329, 11121 Street, Suite 100 Sacramento CA, 95814-9624 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc. | | IT - Consulting Agreement | MSA | Ajilon Consulting | 10150 Deerwood Park Blvd. Building 400, Suite 220 Jacksonville, FL 32256 | Consulting Master Service Agreement | $0.00 | # 30073 ($26,249.58) | Claim paid |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | | ALASCRIPT / Health Partners of Alabama | Health Partners of Alabama f/k/a Alascript c/o Express Scripts 13900 Riverport Drive, STL 10N, St. Louis, MO 63043-4804 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc | 2200, 2265, 2281, 2294, 2375 | Maintenance Agreement - Store | | ALL CLEAN SWEEPING SERVICES, INC. | 2525 ROSE SPRING DRIVE ORLANDO FL, 32825 | SWEEPING AND LANDSCAPING | $0.00 | | |
| Winn-Dixie Stores, Inc. | 2313, 2390 | Maintenance Agreement - Store | | ALL CLEAN SWEEPING SERVICES, INC. | 2525 ROSE SPRING DRIVE ORLANDO FL, 32825 | SWEEPING AND LANDSCAPING | $1,950.20 | # 300083 ($1,950.20) | |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ASI | ALPHA SCRIPT INC | 4222 E. Camelback Road, Suite H260, Phoenix, AR 85018-2774 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc. | Total Corporation | Indemnity Agreement | | Aluminum Company of America | Alcoa Corporate Center, 201 Isabella Street, Pittsburgh, PA 15212-5858 | Indemnity Agreement | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Ambiron, LLC | 120 N. LaSalle Street, Suite 1250, Chicago, IL 60602 | Multicard Compliance Program Scanning | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement | | Aquatic Systems Inc. | 426 SW 12th Ave Deerfield Beach, FL 33442 | Lake management services at Winn-Dixie Orlando | $1,400.00 | # 32470 ($1,400.00) | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Atto | 4501 Atlantic Ave. Suite 110 Suite 110 Raleigh NC, 27604 | PharmacyLine | $0.00 | # 32077, 34408 ($6,010.00) | Claims paid |
| Winn-Dixie Stores, Inc. | Plant City Dairy - Manufacturing Plant | Equipment Lease | | Axsa | 4673 Oak Fair Blvd., Tampa, FL 33610 | Copier - Sharp AR-M450U Digital Imager | $183.43 | # 30177 ($183.43) | |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BWY | BCBS OF WYOMING | P.O. Box 2266, Cheyenne, WY 82003 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 | # 3202 ($29,907.30) | Claim paid |

Exhibit A
Contracts for Assumption

| Filing Entity | Store/Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount | Claim No. (Amount of Claim) | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Production Support for HRMS - Tomax Project | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAR | BENEFIT ADVANTAGE RX NETWORK | 39155 S Carson Street PBM 422 Carson City NV, 89701 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Retailer Agreement | | Citicorp Services Inc. | 8430 West Bryn Mawr Avenue, Chicago, IL 60631 | 3rd Party Processor/Integrated Retailer Agreement - Electronic Benefit Transfer Program | $0.00 | | |
| Winn-Dixie Stores, Inc. | Edgewood Ave | IT Master Service Agreement | | Comsys aka Venturi | 9428 Baymeadows Rd. Suite 500 Jacksonville, FL 32256 | Master Information Technology Services Agreement | $0.00 | # 31926 ($9,540.00) | Claim paid |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Dell | One Dell Way Round Rock, TX 78682 | Dell Premier Access DCSE Certificate (900-8050) | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Employee Agreement | | Dennis Hanley | Address Intentionally Omitted to Protect Employee Privacy | Separation and Release Agreement dated April 9, 2004 | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Processor Agreement | | eFunds Corporation | Gainey Suites II, 8501 N. Scottsdale Road, Scottsdale, AZ 85253-3750 | Non-Quest State Processor Agreement | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Fiducial Services | | eFunds Corporation | Gainey Suites II, 8501 N. Scottsdale Road, Scottsdale, AZ 85253-3750 | Agreement/Schedule 1 Financial Services | $0.00 | | |

Exhibit A
Contracts for Assumption

| Filing Entity | Store/Warehouse # | Non-Debtor Counter Party | Contract # | Type of Contract | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount | Claim No. (Amount of Claim) | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | eFunds Corporation FKA Deluxe Electronic Payment Systems, Inc. | | Processor Agreement | 11100 West Liberty Drive, Suite 100, Milwaukee, WI 53224 | Quest State Processor Agreement | $0.00 | | |
| Winn-Dixie Stores, Inc. | | HEALTH TRANS | HTR | Pharmacy Third Party Insurance | 6061 South Willow Drive, Suite 125  Greenwood Village, CO 80111 | Prescription Benefit Contract | $57,440.00 | # 1378 ($57,440.00) | |
| Winn-Dixie Stores, Inc. | Deep South Products, Inc. - Manuf. Plant | Hi-Cone Division/Illinois Tool Works, Inc. | | Equipment Lease | P.O Box 92776 Chicago, IL 60675 | Hi-Cone Applicating Machine #918 & 921 | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Manugistics, Inc. | | Software License | 9715 Key West Ave. Rockville, MD 20850 | Master Preferred Escrow Agreement 1:301144-00004 dated 2/28/02 | $0.00 | # 32784 ($52,114.00) | Claim paid |
| Winn-Dixie Stores, Inc. | | Mars Stout | | HR Vendor | PO Box 8026  Missoula, MT 59807 | WOTC | $0.00 | | |
| Winn-Dixie Stores, Inc. | All | News America Marketing (NAMIS) | N/A | Service Agreement | 1211 Avenue of the Americas  New York, NY 10036 | Install and operate in-store radio broadcast messages, advertising and promotions. | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Old Dominion Freight Line Inc. | MC-107478 | Transportation Contract | 500 Old Dominion Way  Thomasville, NC 27360 | LTL Commodity Rate Agreement | $23,290.74 | # 31311, 32283, 32847, 33976, 35199, 36636 ($23,290.74) | |
| Winn-Dixie Stores, Inc. | HDQ | PSR Connect, Inc. | | IT-Master Service Agreement | 9755 Dogwood Rd  Suite 250 Roswell, GA 30075 | MSA | $0.00 | # 31432 ($1,207.50) | Claim paid |
| Winn-Dixie Stores, Inc. | HDQ | Staffing Technologies | | IT-Master Service Agreement | 11625 Rainwater Drive Suite 300 Alpharetta, GA 30004 | MSA | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Staffing Technologies | Steve Brock | IT-Work Order | 11625 Rainwater Drive Suite 300 Alpharetta, GA 30004 | EAI Developer/Manager | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Talx Corp. | | Software Agreement | 1850 Borman Court  St. Louis, MO 63146 PO BOX 790051 ST LOUIS MO 63179 | HR Services | $0.00 | # 4351 ($5,226.91) | Claim withdrawn |
| Winn-Dixie Stores, Inc. | | Talx Corp. | | HR Vendor | 1850 Borman Court  St. Louis, MO 63146 PO BOX 790051 ST LOUIS MO 63179 | Employment Verification contractor | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Technology Solutions | | IT-Master Service Agreement | 731 11th Ave. South Jacksonville Beach, FL 32250 | MSA | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Tele Atlas Software | | Software Maintenance | 1605 Adams Court Menlo Park, CA 94025 | Tele Atlas Software | $0.00 | | |
| Winn-Dixie Stores, Inc. | | The Hartford | | Insurance Agreement | The Hartford, Hartford Financial Products, 2 Park Avenue, 5th Floor, New York, NY 10016 | Business Travel Accident insurance policy 10-ETB-16870 | $0.00 | # 282 ($22,462.76) | Claim paid |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount | Claim No./Amount of Claim | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Confidentiality Agreement | | Tone Brothers, Inc. | PO BOX 402899, ATLANTA GA  30384-2899 | Hold Harmless Agreement Regarding Sale of Tone's Products, dated July 15, 1998; ii. Letter of Agreement, dated December 10, 1998; and Confidentiality Agreement, dated May 6, 2004 | $6,398.85 | # 3005 ($6,398.85) | |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | Unisys-Dept of Health & Hospitals | 8591 United Plaza Blvd, Suite 300  Baton Rouge, LA 70898 | Contract to participate in the State Medicaid Program | $0.00 | | |