## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                                                  Chapter 11
WINN DIXIE STORES, INC.                                            Case No: 05-3817-3F1
Debtor
_____/

## MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

      Movant, RDI Developers, L.L.C. (hereinafter RDI), through undersigned counsel, moves pursuant to 11 USC §503(b)(F)(7) for classification payment of administrative expenses pursuant to a rejected commercial lease and in support thereof states the following:

### Background

1. Debtors filed their voluntary petitions for relief under Ch. 11 of Title 11 of the United States Bankruptcy Court on February 21, 2005.

2. Debtors have continued in possession pursuant to 11 USC §§1107 and 1108.

3. The Court has jurisdiction over this motion pursuant to 28 USC §1334 and venue has been deemed proper pursuant to 28 USC §1409 and order entered September 15, 2005. This motion is a core proceeding within the parameters of 28 USC §157(b)(2).

4. RDI is a shopping center landlord of the Winn Dixie at The Shoppes of Cocoa North (#2324) as successor in interest to Interchange Associates, Inc., 3334 Long Beach Road, Suite 118, Oceanside, NY 11572.

5. The Winn Dixie at The Shoppes Cocoa North (hereinafter referred to as "lease #2324") was rejected by the Debtor via Court Order on May 19, 2006.

6. The Debtor vacated the premises on May 30, 2006.

7. At the time of the vacation of the premises, Debtor owed administrative post petition common area maintenance in the amount of $5,453.21 and prorated real estates taxes from 01/01/2006 – 05/30/2006 in the amount of $41,686.60 for a total administrative claim due Movant of $47,140.01 (see Exhibit A attached hereto and incorporated herein).

8. Movant seeks an Order determining and ordering immediate payment of the charges set forth in this Motion and Exhibit A pursuant to 11 USC §503(b)(F)(7).

**Wherefore**, RDI Developers, L.L.C., respectfully request this Honorable Court fully grant the relief herein requested and any other such further relief this Court deems just.

Respectfully submitted this 14th day of September 2006.

By: _____
Cynthia I. Chiefa, Esq. FBN #371254
Cynthia I. Chiefa, P.A.
19610 NE 21st Court
North Miami Beach, FL 33179
Tel.: (305) 358-6281
Fax: (305) 492-7211
Email: CICLaw@bellsouth.net

And

Berger Singerman, P.A.
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: /s/ Jordi Guso
Jordi Guso
Florida Bar No.: 863580
jguso@bergersingerman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing with Exhibit was mailed via 1st Class mail postage prepaid to Cynthia C. Jackson, Esq., attorney for Debtor, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and Kenneth C Meeker, United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, FL 32801 this 14th day of September, 2006.

By: _____
Cynthia I. Chiefa, Esq. FBN #371254