Invoice No. **2006ESTCAMRec**

*RDI Developers, LLC*
*c/o The Michael Gaich Company*
*190 S. Sykes Creek Parkway, Ste 4*
*Merritt Island, FL  32931*

# INVOICE

**Customer**

| | |
|---|---|
| Name | Winn-Dixie |
| Address | 5050 Edgewood Court |
| City | Jacksonville    State FL    ZIP 32203-0297 |
| Phone | 321.636.2230 |

**Misc**

| | |
|---|---|
| Date | 8.15.06 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | May, 2006 CAM Charges unpaid | $ 5,453.21 | $ 5,453.21 |
| 1 | 2006 Estimated Real Estate Taxes - pro-rated to 5.31.06 | $ 41,686.80 | $ 41,686.80 |
| | | SubTotal | $ 47,140.01 |
| | | Shipping | |
| | | Tax Rate(s) | |
| | | **TOTAL** | $ 47,140.01 |

**Payment**   Select One…

Comments
Name
CC #
Expires

Office Use Only

*Thank You!*

**"Exhibit A"**