**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    **Chapter 11**

**WINN DIXIE STORES, INC.**                              **Case No: 05-3817-3F1**
**Debtor**

_____/

## DESGINATION OF LOCAL ATTORNEY AND CONSENT TO ACT AS E-FILING AGENT

I, Cynthia I. Chiefa, Esq. of the law firm of Cynthia I. Chiefa, P.A. hereby designate as e-filing attorney, solely for the purposes of e-filing Motion for Payment of Administrative Expenses and Exhibit A for me and RDI Developer, L.L.C., successor in interest to Interchange Associates in the above styled case

> Jordi Guso
> Berger Singerman
> 200 South Biscayne Blvd., Suite 1000
> Miami, FL 33131
> Tel. / Fax: (305) 714-4375 / (305) 714-4340
> jguso@bergersingerman.com

Dated this 14th day of September 2006.

By: _____

Cynthia I. Chiefa, Esq. FBN #371254
Cynthia I. Chiefa, P.A.
19610 NE 21st Court
North Miami Beach, FL 33179
Tel. / Fax: (305) 358-6281 / (305) 792-4211
CICLaw@bellsouth.net

## CONSENT TO ACT

I, Jordi Guso, hereby consent to act as e-filing attorney for the sole purpose of filing electronically the Motion for Payment of Administrative Expenses and Exhibit A for Cynthia I. Chiefa, P.A.

Dated this 14th day of September 2006.

By: /s/ Jordi Guso _____

Jordi Guso
Berger Singerman
200 South Biscayne Blvd., Suite 1000
Miami, FL 33131
Tel. / Fax: (305) 714-4375 / (305) 714-4340
jguso@bergersingerman.com