UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,
Debtors.   Jointly Administered

---

ESTATE OF PLUNKETT'S RULE 3018(a) MOTION
FOR ORDER TEMPORARILY ALLOWING CLAIM
FOR PURPOSES OF VOTING ON PLAN OF REORGANIZATION

The Estate of Plunkett ("Plunkett"), by and through its undersigned counsel, hereby files its Rule 3018(a) Motion for an order temporarily allowing Plunkett's claim for the purpose of voting on the Debtors' Plan of Reorganization, and states as follows:

1. On October 26, 2005, Plunkett timely filed an amended proof of claim in the amount of $1,104,476.18, which is identified as claim no. 12292.

2. On or about June 13, 2006, the Debtors filed the Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (the "Objection"), in which the Debtors objected to a substantial portion of Plunkett's proof of claim. Pursuant to the Objection, the Debtors allege that Plunkett's proof of claim amount should be reduced from $1,104,476.18 to $250,162.86.

3. Plunkett disputes the Debtors' allegation that the proof of claim amount should be reduced. As a result, on July 6, 2006, Plunkett timely filed a Response to the Objection (Docket No. 9014).

4. Plunkett and the Debtors are currently in the process of attempting to resolve the dispute with respect to the proof of claim amount by means of ongoing negotiations between the parties. However to date, a resolution has not been reached.

5. Plunkett has received a ballot from the Voting Agent which lists the Claim Amount as $250,162.86. However, Plunkett believes that the Claim Amount for voting purposes should be $1,104,476.18. Accordingly, Plunkett requests that this Court temporarily allow its proof of claim in the amount of $1,104,476.18 for voting purposes pursuant to Bankruptcy Rule 3018(a).

6. Bankruptcy Rule 3018(a) provides, in part, that "the court after notice and hearing may temporarily allow the claim or interest in an amount which the court deems proper for the purpose of accepting or rejecting a plan."

7. The proper amount of Plunkett's proof of claim for the purpose of accepting or rejecting the Debtors' Plan is $1,104,476.18. Pursuant to §1126(c) of the Bankruptcy Code, tabulation of votes on a plan requires consideration of the number <u>and amount</u> of allowed claims voted. The amount asserted on Plunkett's proof of claim is the amount Plunkett believes it is owed from the Debtors. Were this Court to fix the Plunkett proof of claim amount at any lesser amount, it would mean that the Debtors would have succeeded in diluting the voting power of Plunkett merely by objecting to its proof of claim. Thus, temporarily allowing Plunkett's proof of claim in the amount of $1,104,476.18 for voting purposes furthers the interests of equity and protects Plunkett's voting rights with respect to its proof of claim.

8 If and when the Debtors' Plan is confirmed, the results of the parties' negotiations or court imposed claims resolution process will determine Plunkett's proof of claim amount for purposes of receiving distributions under the Plan. Thus,

2

temporarily allowing Plunkett's proof of claim in the amount of $1,104,476.18 for voting purposes will not prejudice any other claimant's right to receive distributions under the Debtors' Plan. In addition, temporarily allowing Plunkett's proof of claim in the amount of $1,104,476.18 for voting purposes will ensure an accurate calculation of the amount of allowed claims voted as required by §1126(c) of the Bankruptcy Code.

WHEREFORE, Plunkett respectfully requests the entry of an order temporarily allowing Plunkett's claim in the amount of $1,104,476.18 for the purpose of voting on the Debtors' Plan of Reorganization, and such other relief as the Court deems just and proper.

DATED this 15th day of September, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire (FL Bar No. 47287)
Adam N. Frisch, Esquire (FL Bar No. 635308)
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile
afrisch@hilawfirm.com

OF COUNSEL:

John A. Crawford, Jr. (Jack)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
210 East Capitol Street
17th Floor, AmSouth Plaza
Jackson, MS 39201
Post Office Box 22567(39225-2567)
(Direct) (601) 985-4532
(Fax) (601) 985-4500
(E-mail) jack.crawford@butlersnow.com