# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida (Jacksonville)

**FILED**
JACKSONVILLE, FLORIDA
SEP 1 5 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re: Winn-Dixie Stores, Inc.    Case No. 05-03817-3F1

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CACTUS HOLDINGS GROUP, LLC**<br>Name of Transferee | **THE EVERCARE COMPANY**<br>Name of Transferor |

Name and Address where notices and payments to transferee should be sent:
**CACTUS HOLDINGS GROUP, LLC**
**19487 ROBLE CT.**
**Saratoga, CA. 95070**
Phone: **(408) 868-1507**

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct#: _____

Name and Current Address of Transferor:
**THE EVERCARE COMPANY**
**Attn: Donald Mills, CFO**
**3440 Preston Ridge Road, Suite 650**
**Alpharetta, GA 30005**

Last Four Digits of Acct#: _____

Court Claim #(if known): **4367**
Claim Amount: **$82,504.75 (12th Omnibus)**
Date Claim Filed: **06/21/05**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Maya Krish*    Date: 09/14/06
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

---
**~~DEADLINE TO OBJECT TO TRANSFER ~~**

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    **CLERK OF THE COURT**

Sep 12 06 02:02p    Maya    4089730610    p.2

**THE EVERCARE COMPANY** ("Assignor"), transfers and assigns unto Cactus Holdings Group, LLC with an address at 19487 Roble Ct., Saratoga, CA 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: WINN-DIXIE STORES, et al., (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to **THE EVERCARE COMPANY**. Claims of Assignor in the aggregate amount of $82,504.75 representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court Middle District of Florida, Jacksonville Division administered as Case No. 05-03817-3F1. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1)

IN WITNESS WHEREOF, Assignor has signed below as of the 14th day of September, 2006.

(Assignor)
**THE EVERCARE COMPANY**

Signature: _Donald B. Mills_
Name: Don Mills
Title: CFO

(Assignee)
**CACTUS HOLDINGS GROUP, LLC**

Signature: _Maya Krish_
Name: Maya Krish
Title: Vice President, Credit

(Assignor)
WITNESS:
Signature: _[signature]_
Name: Grant Anderson
Title: VP Finance

(Assignee)
WITNESS:
Signature: _[signature]_
Name: Sue de Guzman
Title: Credit Manager