UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

In re

WINN-DIXIE STORES, INC., et al.,

Debtor.

Case No. 05-03817

Chapter 11

Claim No. 6709

Court ID _____

FILED
JACKSONVILLE, FLORIDA
SEP 15 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 USC § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

To: (Transferor)   GlobalNetXchange, LLC (GNX)
200 West Monroe Street, 12th Floor
Chicago, IL 60606
Attention: Mr. Joe Laughlin

**PLEASE TAKE NOTICE** that all rights, title and interest to the claim of the above Transferor, in the amount of $842,100.00 and as originally filed on July 20, 2005, has been transferred by operation of law, pursuant to a merger of Transferor with and into WorldWide Retail Exchange, LLC, which has changed its name to Agentrics, LLC (the "Transferee"). See Exhibit A attached hereto. The Transferee's information is as follows:

Transferee:   Agentrics, LLC
625 North Washington Street, Suite 400
Alexandria, VA 22314
Attention: Mr. Robert Heaton/Mr. Elmar Jakoby

Payments on account of the proof of claim should be sent to the above address of the Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Robert C Heaton_    Dated: 9/8/06
Transferee/Transferee's agent

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of the claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.

Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: _____   _____
Clerk of the Court

# Delaware

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"GLOBALNETXCHANGE, LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "WORLDWIDE RETAIL EXCHANGE, LLC" UNDER THE NAME OF "AGENTRICS, LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE FOURTEENTH DAY OF NOVEMBER, A.D. 2005, AT 11:01 O'CLOCK A.M.



3216478   8100M

050923784

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 4294282

DATE: 11-14-05

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:01 AM 11/14/2005
FILED 11:01 AM 11/14/2005
SRV 050923784 - 3216478 FILE

# CERTIFICATE OF MERGER

## OF

## GLOBALNETXCHANGE, LLC

### WITH AND INTO

### WORLDWIDE RETAIL EXCHANGE, LLC

Pursuant to Section 18-209 of the Delaware Limited Liability Company Act (the "Delaware Act"), the undersigned limited liability company and existing under and by virtue of the Delaware Act, DOES HEREBY CERTIFY that:

**FIRST:** The names and states of formation of each of the constituent limited liability companies of the merger (the "Merger") are WorldWide Retail Exchange, LLC, a Delaware limited liability company (the "Surviving Entity"), and GlobalNetXchange, LLC, a Delaware limited liability company (the "Terminating Entity").

**SECOND:** An Agreement and Plan of Merger, dated as of November 11, 2005, by and between the Surviving Entity and the Terminating Entity has been approved, adopted, certified, executed and acknowledged by the Surviving Entity and the Terminating Entity.

**THIRD:** The name of the Surviving Entity is WorldWide Retail Exchange, LLC.

**FOURTH:** Upon the effectiveness of the Merger, Article First of the Certificate of Formation of the Surviving Entity shall be amended to read in its entirety as follows:

"First – The name of the limited liability company is Agentrics, LLC."

**FOURTH:** The merger is to become effective upon the filing of this Certificate of Merger.

**FIFTH:** The Agreement and Plan of Merger is on file at 625 North Washington Street, Alexandria, Virginia 22314, a place of business of the Surviving Entity.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Entity on request, and without cost, to any member of the Surviving Entity or the Terminating Entity.

1304482 05041407

IN WITNESS WHEREOF, WorldWide Retail Exchange, LLC has caused this certificate to be signed by an authorized person on the 11th day of November, 2005.

WORLDWIDE RETAIL EXCHANGE, LLC

By: *[signature]*
Name: Christopher Sellers
Title: Authorized Person

1304482 05041407