**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

### MOTION TO RESET HEARING TO ON OR AFTER OCTOBER 5, 2006, FOR TAX CLAIM OF HAMILTON COUNTY, TENNESSEE

Comes now Hamilton County, Tennessee by counsel, and respectfully moves the Court to reset the hearing upon the Debtor's Objection to its Claim and Motion for Order Determining Tax Values, and the response filed by this claimant, for hearing at or after the hearing scheduled presently for the Florida Tax Collectors, being, as claimant is advised, scheduled for October 5, 2006 at 1:00 p.m. Alternatively, claimant moves the Court to permit appearance of its counsel telephonically on the date scheduled, that is September 21, 2006 at 1:00 p.m.

Heretofore, this claimant has filed a succinct but documented expansive response to the Debtor's Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities. The response is Case Docket No. 7615, and raises numerous factual and legal defenses to the relief sought by the debtor.

Attached hereto is a copy of the e-mail transmission from debtor's counsel to the undersigned which arrived after the close of business on Monday, September 11, 2006, advising of the scheduling of the hearing on these matters for September 21, 2006, and advising further that personal appearance by counsel is required. To date, Claimant's counsel has been unsuccessful in contacting debtor's counsel to reset to October 5. Needless to say, this notice is indeed short, and the setting is seriously inconvenient and burdensome to the claimant. In addition, the claim of Hamilton County, Tennessee is legally similar and perhaps identical to claims of other taxing authorities including the Florida Tax Collectors whose issues are scheduled presently for October

5, 2006.  No doubt this Court will make uniform rulings on the law applicable to all these legally identical claims as a result of the October 5 hearing.  In addition, the objections and relief Debtor seeks, then the same will if the Court allows Debtor to pursue sought by Debtor will require a substantial evidentiary hearing.

It is judicially uneconomical to deal with this claimant's issues separately than the major tax claims that present the same legal issues, and it seems highly unlikely that the Court can conduct any evidentiary hearing on the date set.

Accordingly, this claimant prays the Court to cancel the September 21, hearing; to reschedule the hearing thereon at or after the hearing of the Florida Tax Collectors, presently set for October 5; and/or to permit this claimant to appear telephonically on whatever date is ultimately scheduled for the hearing.

> Respectfully submitted,
>
> SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
>
> By: /s/Scott N. Brown, Jr.
>     Scott N. Brown, Jr., Tenn. Bar No. 1212
>     Attorneys for Hamilton County, Tennessee
> 801 Broad Street, Sixth Floor
> P.O. Box 1749
> Chattanooga, TN 37401-1749
> Telephone - (423) 756-7000
> snb@smrw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of this pleading has been served on counsel for all parties at interest in this cause by e-mail and by depositing a copy of same in the United States Mail with sufficient postage thereon to carry same to its destination, addressed as follows:

D.J. Baker, Esq.
Skadden, Arps, Slate, Meager,
 & Flom, LLP
Four Times Square
New York, NY  10036

(also to djbaker@skadden.com)

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL  32202

(also to cjackson@smithhulsey.com)

This 15th day of September, 2006.

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

BY: /s/Scott N. Brown, Jr.

F:\Library\users\CLIENTS\124898\0012\MtnResetHrg snb sg 9-13-06.wpd