## Scott Brown

**From:** Kim Ward [kward@SmithHulsey.com] on behalf of Cynthia C. Jackson [cjackson@smithhulsey.com]
**Sent:** Monday, September 11, 2006 5:50 PM
**To:** Scott Brown
**Subject:** Winn-Dixie Hearing on Objections to Tax Claims

This is to inform you that the response filed by Hamilton County, Tennessee to the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities will be called up for hearing on September 21, 2006 at 1:00 p.m. in Jacksonville, Florida. Please be advised that the Court will not allow appearances by phone and you must, therefore, appear in person. Please let us know if you will be attending the hearing so we may properly advise the Court. We look forward to hearing from you.

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
(904) 359-7700
(904) 359-7708 (facsimile)

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

9/13/2006