UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 05-03817-3F1
CHAPTER 11

WINN-DIXIE STORES, INC, et al

Debtor

## WITHDRAWAL OF REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

Creditor, ARTESIA MEDICAL DEVELOPMENT COMPANY ("Landlord"), hereby withdraws its **REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**, Docket No. 4072, previously filed in this action on or about November 7, 2005.

I HEREBY CERTIFY that on September 15, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants and a true and correct copy was mailed to the non-CM/ECF participants listed below: ADAM RAVIN, Esq., Attorney for Debtor, Four Times Square, New York, NY 10036; ELENA L. ESCAMILLA, Attorney for US Trustee, 135 W. Central Blvd., Ste 620, Orlando, Fl 32806; UNITED STATES TRUSTEE-JAX7, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

Ben-Ezra & Katz, P.A.
Attorney for Artesia Medical Development Company
2901 Stirling Road, Suite 300
Fort Lauderdale, Florida 33312
Telephone: (305) 770-4100
Fax: (305) 653-2329

BY: /s/ Marc Ben-Ezra
MARC BEN-EZRA
Fla. Bar No. 861189

Our file 16144 | dbr
N:\docs\bnk\WDRWOBJPLAN.doc