UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 05-03817-3F1
CHAPTER 11

WINN-DIXIE STORES, INC., et al

    Debtor

_____

## WITHDRAWAL OF W.T.V.A., LTD. MOTION FOR RECONSIDERATION OF ORDER AUTHORIZING REGTROACTIVE REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASES THAT WERE ASSIGNED PRE-PETITION

Creditor, W.T.V.A., LTD, hereby withdraws its **MOTION FOR RECONSIDERATION OF ORDER AUTHORIZING REGTROACTIVE REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASES THAT WERE ASSIGNED PRE-PETITION**, Docket No. 9466, previously filed on July 24, 2006.

I HEREBY CERTIFY that on September 15, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants and a true and correct copy was mailed to the non-CM/ECF participants listed below: ADAM RAVIN, Esq., Attorney for Debtor, Four Times Square, New York, NY 10036; ELENA L. ESCAMILLA, Attorney for US Trustee, 135 W. Central Blvd., Ste 620, Orlando, Fl 32806; UNITED STATES TRUSTEE-JAX7, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

Ben-Ezra & Katz, P.A.
Attorney for W.T.V.A., Ltd.
2901 Stirling Road, Suite 300
Fort Lauderdale, Florida 33312
Telephone:   (305) 770-4100
Fax:         (305) 653-2329

BY:  */s/ Marc Ben-Ezra*
     MARC BEN-EZRA
     Fla. Bar No. 861189

Our file 16144 | dbr
N:\docs\bnk\WDRWOBJPLAN.doc