UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 05-03817-3F1
CHAPTER 11

WINN-DIXIE STORES, INC., et al

Debtor

_____

### WITHDRAWAL OF PROOF OF CLAIM (CLAIM NO. 13417)

Creditor, W.T.V.A., LTD, hereby withdraws its **PROOF OF CLAIM (CLAIM NO. 13417)** previously filed on August 14, 2006.

I HEREBY CERTIFY that on September 15, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants and a true and correct copy was mailed to the non-CM/ECF participants listed below: ADAM RAVIN, Esq., Attorney for Debtor, Four Times Square, New York, NY 10036; ELENA L. ESCAMILLA, Attorney for US Trustee, 135 W. Central Blvd., Ste 620, Orlando, Fl 32806; UNITED STATES TRUSTEE-JAX7, 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

> Ben-Ezra & Katz, P.A.
> Attorney for W.T.V.A., Ltd.
> 2901 Stirling Road, Suite 300
> Fort Lauderdale, Florida 33312
> Telephone:  (305) 770-4100
> Fax:  (305) 653-2329
>
> BY: /s/ Marc Ben-Ezra
>      MARC BEN-EZRA
>      Fla. Bar No. 861189

Our file 16144 | dbr
N:\docs\bnk\WDRWOBJPLAN.doc