UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**WAH HONG GO'S RULE 3018(a) MOTION TO HAVE HIS CLAIM (12015) PROVISIONALLY ALLOWED FOR VOTING PURPOSES ONLY**

Wah Hong Go, a former store manager of Winn-Dixie Stores, Inc. (the "Debtor"), pursuant to Rule 3018(a), the Solicitation Order of the Court, and other authority, hereby files and serves the following "Rule 3018(a) Motion to Have His Claim (12015) Provisionally Allowed for Voting Purposes Only", and states as follows:

1. Wah Hong Go ("Mr. Go") is a former store manager of Winn-Dixie Store Number 0318 located in Miami-Dade County, Florida. He was involuntarily terminated from employment on January 3, 2003 after almost ten years of employment.

2. Mr. Go filed a timely Proof of Claim based upon his having been terminated from employment with Winn-Dixie unlawfully on the basis of his race and national origin.

3. Pursuant to an order granting stay relief, Mr. Go's statutory causes of action are to be liquidated in a Court of competent jurisdiction in Miami-Dade County, Florida. His case remains pending in the U.S. District Court for the Southern District of Florida in a case styled *Wah Hong Go v. Winn-Dixie, Stores, Inc.*, Case No. 06-20302-CIV-KING.

4. The Debtor-in-Possession did not issue Mr. Go a Voting Ballot on the basis that Mr. Go's claim is "disputed" by the Debtor. *See In re: Porcelli*, 319 B.R. 8 (Bankr. M.D. Fla. 2004)(Segregation of "disputed" unsecured claims is improper.)

5. Accordingly, Mr. Go must file this motion in order to receive a ballot to vote for or against confirmation of the Debtor's Plan. This Motion is made without waiving any rights previously asserted, negotiated, or awarded, including but not limited to the right to litigate and finally liquidate this claim in the federal or state court of Mr. Go's choice in Miami-Dade County, Florida. Mr. Go further reserves all rights and defenses including any objections to confirmation of the plan and/or the classification of his claim which he may assert now or in the future.

WHEREFORE, Mr. Go requests his pending claim be provisionally allowed for voting purposes only and that he receive a ballot for that purpose.

> Respectfully submitted,
>
> ANTHONY F. SANCHEZ, P.A.
> Attorneys for Wah Hong Go
> Alfred I. DUPont Building
> 169 E. Flagler Street, Suite 1500
> Miami, Florida 33131
> Tel:  (305) 577-9903
> Fax:  (305) 577-6121
> Email: afspalaw@aol.com
>
> By:   /s/ Anthony F. Sanchez
>        ANTHONY F. SANCHEZ
>        Florida Bar No. 0789925

Certificate of Service

I hereby certify that service of the foregoing was made on September 15, 2006 via ECF Noticing and email upon the parties listed below: the debtor, Winn-Dixie

Stores, Inc., at 5050 Edgewood Court, Jacksonville, Florida 32254-3699, (f) 904-783-5059, (e) larryappel@winn-dixie.com; debtor's attorneys, Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, (f)917-777-3214, (e) rgray@skadden.com; and Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201, (f)904-359-7708, (e) cjackson@smithhulsey.com, and; Matthew Barr, Esq., Milbank, Tweed, et al., 1 Chase Manhattan Plaza, New York, New York 10005, (f)212-822-5194, (e) mbarr@milbank.com; John B. McDonald, Esq., Akerman Senterfitt, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32302, (f) 904-789-3730, (e) johnmacdonald@akerman.com; Elena L. Escamilla, Esq., U.S. Trustee, 135 W. Central Boulevard, Room 620, Orlando, FL 32801, (f) 407-648-6323, (e) Elena.L.Escamilla@usdoj.gov, and; Voting Agent, Logan & Company, Inc., 546 Valley Road, Upper Montclair, NJ 07043, (f)973-509-3191, (e) jmartinez@loganandco.com.

                                              By:   /s/ Anthony F. Sanchez
                                                     ANTHONY F. SANCHEZ
                                                     Florida Bar No. 0789925