# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about September 12, 2006 I caused copies of:

•   the **Notice of Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List(s) attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: September 15, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT A – SERVICE LIST
[Exhibit A Claimants – No Liability]

**Notice of Debtors' Twenty-Second Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims**
**(C) Overstated Claims, (D) Overstated Misclassified Claims,**
**(E)Misclassified Claims and (F) Amended and Superseded Claim**
**[Exhibit A Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 406351-MS<br>BAILEY, FLOYD T<br>10428 SW LANDS END PLACE<br>PALM CITY FL 34990 | CREDITOR ID: 420349-ST<br>COTE, KATHLEEN J<br>3280 LEMON LANE<br>NAPLES FL 34120 | CREDITOR ID: 2181-07<br>DDR MDT CARILLON PLACE LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 253567-12<br>KAL KAN FOODS INC<br>ATTN SUSAN L BASTO, CUST FIN MGR<br>PO BOX 402821<br>ATLANTA, GA 30384-2821 | CREDITOR ID: 407570-15<br>KAL KAN FOODS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 410483-15<br>KELLOGG SALES COMPANY<br>C/O WARNER STEVENS, LLP<br>ATTN EMILY CHOU, ESQ<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 |
| CREDITOR ID: 255178-12<br>M&M MARS<br>ATTN SUSAN L BASTO, CUST FIN MGR<br>PO BOX 100593<br>ATLANTA, GA 30384-0593 | CREDITOR ID: 407569-15<br>M&M MARS - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 255836-12<br>MAYBELLINE INC<br>ATTN OCTAVIA FULLER, CREDIT ANALYST<br>PO BOX 8805<br>LITTLE ROCK, AR 72281-8805 |
| CREDITOR ID: 382042-36<br>MCCORMICK & COMPANY, INC<br>ATTN AUSTIN NOONEY<br>211 SCHILLING CIRCLE<br>HUNT VALLEY MD 21031 | CREDITOR ID: 382042-36<br>MCCORMICK & COMPANY, INC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFTHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | CREDITOR ID: 1597-07<br>MID SOUTH YAZOO LP<br>ATTN SCOT LUTHER<br>4502 HOLLY ST<br>BELLAIRE, TX 77401 |
| CREDITOR ID: 411078-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>ROANOKE LANDING, WILLIAMSTON, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 533712-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS, LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 533712-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL FINANCIAL GROUP<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVENUE<br>DES MOINES IA 50392 |
| CREDITOR ID: 263727-12<br>UNCLE BENS<br>ATTN SUSAN L BASTO<br>PO BOX 402832<br>ATLANTA, GA 30384-2832 | CREDITOR ID: 407571-15<br>UNCLE BENS INC - MASTERFOODS USA<br>ATTN ALTHEA GEORGES, CUST CARE MGR<br>800 HIGH STREET<br>HACKETTSTOWN NJ 07840 | CREDITOR ID: 278595-25<br>WALKER CHAPEL PLAZA LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 |
| CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>ATTN VAL T ORTON, VP<br>MAC U1228-120<br>299 SOUTH MAIN STREET, 12TH FLOOR<br>SALT LAKE CITY UT 84111 | CREDITOR ID: 410482-15<br>WELLS FARGO BANK NORTHWEST NA, TTEE<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 | CREDITOR ID: 407477-99<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-CONYERS WD DEL BUS TRUST<br>C/O NEAL GERGER EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, STE 2300<br>CHICAGO IL 60602 |

**Total:   24**

EXHIBIT A – SERVICE LIST
Exhibit B Claimants – No Liability

SERVICE LIST

**Notice of Debtors' Twenty-Second Omnibus Objection to (A)**
**No Liability Claims, (B) No Liability Misclassified Claims**
**(C) Overstated Claims, (D) Overstated Misclassified Claims,**
**(E)Misclassified Claims and (F) Amended and Superseded Claim**
**[Exhibit B Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 240936-11 | CREDITOR ID: 417051-15 | CREDITOR ID: 410797-15 |
| CITY OF AUBURN | FIRST FEDERAL BANK FOR SAVINGS | SMITHFIELD PACKING CO, INC, THE |
| 144 TICHENOR AVENUE, SUITE 6 | SUCCESSOR TO ROWELL SHEET METAL | C/O MCGUIREWOODS, LLP |
| AUBURN, AL 36830 | ATTN JACK B EZELLE, SVP/CCO | ATTN ROBERT A COX, JR ESQ |
| | PO BOX 268 | 100 N TRYON STREET, SUITE 2900 |
| | COLUMBIA MS 39429 | CHARLOTTE NC 28202-4011 |

**Total:   3**

EXHIBIT A – SERVICE LIST
Exhibit C Claimants – Overstated

SERVICE LIST

**Notice of Debtors' Twenty-Second Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified Claim
(C) Overstated Claims (D) Overstated Misclassified Claims
(E) Misclassified Claims (F) Amended and Superseded Claims
[Exhibit C Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                 **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 241280-12<br>7595 CENTURION PARKWAY LLC<br>C/O MCGUIREWOODS, LLP<br>ATTN: ROBERT A COX, JR., ESQ<br>BANK OF AMERICA CORP CENTER<br>100 NORTH TYRON ST, STE 2900<br>CHARLOTTE NC 28202 | CREDITOR ID: 241280-12<br>7595 CENTURION PARKWAY LLC<br>C/O PHOENIX REALTY GROUP INC<br>ATTN JAMES J SEBESTA<br>10739 DEERWOOD PARK BLVD, SUITE 103<br>JACKSONVILLE, FL 32256-2873 | CREDITOR ID: 410452-15<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 |
| CREDITOR ID: 410373-15<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | CREDITOR ID: 243093-12<br>BARRETT CROSSING SHOPPING CTR, LLC<br>C/O MIMMS ENTERPRISES<br>ATTN R C MIMMS/T MIMMS JR<br>85-A MILL STREET, SUITE 100<br>ROSWELL GA 30075-4910 | CREDITOR ID: 399732-15<br>BAY LANDING I, INC<br>ATTN PAUL J MARINELLI, PRESIDENT<br>2600 GOLDEN GATE PARKWAY<br>NAPLES FL 34105 |
| CREDITOR ID: 410895-15<br>BG TURFWAY, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD  OH 44122 | CREDITOR ID: 244008-12<br>BRISTOL-MYERS PRODUCTS<br>ATTN DAVID YANDO/ANDREW CHERRY<br>2400 WEST LLOYD EXPRESSWAY<br>EVANSVILLE IN 47721 | CREDITOR ID: 244218-12<br>BUSH BROTHERS & CO<br>ATTN STEPHANIE TAYLOR, SR MGR<br>1016 E WEISGARBER ROAD<br>KNOXVILLE TN 37909 |
| CREDITOR ID: 410699-15<br>CAFFERY CENTER, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 | CREDITOR ID: 410393-15<br>CAPSTONE ADVISORS - CARRINGTON DEV<br>ASSOCIATES<br>C/O KATTEN MUCHIN ROSENMAN LLP<br>ATTN THOMAS J LEANSE, ESQ<br>2029 CENTURY PARK EAST, SUITE 2600<br>LOS ANGELES CA 90067 | CREDITOR ID: 416271-15<br>CIRIGNANO FAMILY LP<br>C/O DOLLINGER GONSKI & GROSSMAN<br>ATTN MATTHEW DOLLINGER, ESQ<br>ONE OLD COUNTRY ROAD<br>PO BOX 9010<br>CARLE PLACE NY 11514-9010 |
| CREDITOR ID: 416271-15<br>CIRIGNANO FAMILY LP<br>ATTN ALBERT J CIRIGNANO<br>17 OAK POINT DRIVE NORTH<br>BAYVILLE NY 11709 | CREDITOR ID: 246616-12<br>COLGATE PALMOLIVE COMPANY<br>ATTN CYNTHIA SMITH, CCE<br>2233 LAKE PARK DRIVE, SUITE 300<br>SMYRNA GA 30080-8856 | CREDITOR ID: 410901-15<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 |
| CREDITOR ID: 279225-35<br>DOMINO FOODS, INC<br>C/O BLANCO, TACKABERY, ET AL<br>ATTN GENE B TARR, ESQ<br>PO DRAWER 25008<br>WINSTON-SALEM NC 27114-5008 | CREDITOR ID: 279225-35<br>DOMINO FOODS, INC<br>ATTN JOHN KEARNEY<br>1100 KEY HIGHWAY EAST<br>BALTIMORE MD 21230-5180 | CREDITOR ID: 251211-12<br>FLOWERS BAKING CO OF NORFOLK LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 374947-44<br>FLOWERS FOODS SPECIALTY GROUP LLC<br>ATTN MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 410450-15<br>FRANKFORD DALLAS LLC<br>C/O HAYNES & BOONE, LLP<br>ATTN SCOTT EVERETT, ESQ<br>901 MAIN STREET, SUITE 3100<br>DALLAS TX 75202 | CREDITOR ID: 375028-44<br>GEM NICKERSON, LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 |
| CREDITOR ID: 375028-44<br>GEM NICKERSON, LLC<br>C/O MARCUS SANTORO & KOZAK, PC<br>ATTN KELLY M BARNHART, ESQ<br>1435 CROSSWAYS BLVD, SUITE 300<br>CHESAPEAKE VA 23320-2896 | CREDITOR ID: 381794-99<br>GENERAL ELECTRIC CAPITAL CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN LESIE BERKOFF & W NILSON, ESQ<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 279363-36<br>GEORGE WESTON BAKERIES, INC<br>ATTN CHRIS DEMETRIOU, DIR<br>930 NORTH RIVERVIEW DRIVE, STE 100<br>TOTOWA  NJ 07512 |
| CREDITOR ID: 416957-15<br>GOLD BASKET, LLC<br>C/O WELLS MARBLE & HURST, PLLC<br>ATTN JOSHUA P HENRY, ESQ<br>PO BOX 131<br>JACKSON MS 39205-0131 | CREDITOR ID: 410943-15<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 407595-15<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 |

**Notice of Debtors' Twenty-Second Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified Claim
(C) Overstated Claims (D) Overstated Misclassified Claims
(E) Misclassified Claims (F) Amended and Superseded Claims
[Exhibit C Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 395303-63<br>HOBART CORPORATION<br>FKA: ITW FOOD EQUIPMENT GROUP<br>ATTN A CLUTTER/C BICE/ T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>C/O DAHLEM REALTY<br>1020 INDUSTRY ROAD, STE 40<br>LEXINGTON KY 40505 | CREDITOR ID: 252126-12<br>INDIAN TRAIL SQUARE  LLC<br>STITES & HARBISON, PLLC<br>ATTN NICOLE S BIDDLE, ESQ<br>250 WEST MAIN STREET<br>2300 LEXINGTON FINANCIAL CENTER<br>LEXINGTON KY 40507-1758 |
| CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 |
| CREDITOR ID: 279473-99<br>KELLOGG SALES CO, DBA<br>KELLOGG'S SNACKS AKA KEEBLER CO<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE ST, STE 1700<br>FORT WORTH TX 76102 | CREDITOR ID: 406145-15<br>LAKESIDE FOODS, INC<br>ATTN CAROL A GLAESER<br>808 HAMILTON STREET<br>PO BOX 1327<br>MANITOWOC WI 54221-1327 | CREDITOR ID: 279028-32<br>LAND O'LAKES, INC<br>ATTN ANDREA BENNETT, ESQ<br>PO BOX 64101<br>ST PAUL MN 55164-0101 |
| CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 407774-99<br>LINPRO INVESTMENTS INC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 399393-98<br>LIQUIDITY SOLUTIONS, INC<br>DBA REVENUE MANAGEMENT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 255920-12<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS, NC 27870 | CREDITOR ID: 256708-12<br>MOTT'S, LLP<br>ATTN JIM TREASTER, CREDIT DIRECTOR<br>5301 LEGACY DRIVE<br>PLANO TX 75024 | CREDITOR ID: 397680-99<br>MURRAY BISCUIT COMPANY LLC AKA<br>PRESIDENT'S BAKING<br>C/O WARNER STEVENES LLP<br>ATTN M WARNER/E CHOU, ESQS<br>301 COMMERCE STREET, STE 1700<br>FORT WORTH TX 76102 |
| CREDITOR ID: 407576-15<br>NESTLE WATERS NORTH AMERICA<br>ATTN JEFFREY S CROZIER, CREDIT<br>1322 CRESTSIDE DRIVE, SUITE 100<br>COPPELL TX 75019 | CREDITOR ID: 257109-12<br>NESTLE WATERS NORTH AMERICA INC<br>PO BOX 100952<br>ATLANTA, GA 30384-0952 | CREDITOR ID: 258334-12<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 |
| CREDITOR ID: 279086-32<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | CREDITOR ID: 410567-15<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | CREDITOR ID: 410386-15<br>PFIZER, INC/WARNER LAMBERT<br>ATTN CAROL CARSON, COLLECTION<br>201 TABOR ROAD, 86-1<br>MORRIS PLAINS NJ 07950 |
| CREDITOR ID: 408375-15<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 492952-97<br>PROTECTIVE LIFE INSURANCE CO AS<br>SUCCESSOR INTEREST LW SMITH JR TRUS<br>ATTN: CHARLES M PRIOR, VP INVESTMEN<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 | CREDITOR ID: 411105-15<br>QUAKER SALES & DISTRIBUTION, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN B M NEFF/B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 |
| CREDITOR ID: 279268-35<br>RECKITT BENCKISER, INC<br>ATTN HEIDI BESOLD, REG CR MGR<br>399 INTERPACE PARKWAY<br>PO BOX 225<br>PARSIPPANY NJ 07054-0225 | CREDITOR ID: 407614-15<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | CREDITOR ID: 410946-15<br>REXALL SUNDOWN, INC<br>ATTN HARVEY KAMIL, PRESIDENT<br>PO BOX 9010<br>RONKONKOMA NY 11779-9010 |

**Notice of Debtors' Twenty-Second Omnibus Objection to**
**(A) No Liability Claims (B) No Liability Misclassified Claim**
**(C) Overstated Claims (D) Overstated Misclassified Claims**
**(E) Misclassified Claims (F) Amended and Superseded Claims**
**[Exhibit C Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410946-15<br>REXALL SUNDOWN, INC<br>C/O JASPAN SCHLESINGER HOFFMAN LLP<br>ATTN LISA M GOLDEN, ESQ.<br>300 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 278985-99<br>RIVIANA FOODS, INC<br>C/O LOCKE LIDDELL & SAPP LLP<br>ATTN W STEVEN BRYANT, ESQ<br>2400 CHASE TOWER<br>600 TRAVIS STREET, SUITE 3400<br>HOUSTON TX 77002-3095 | CREDITOR ID: 410683-99<br>SAN ANGELO TX WD LP<br>C/O COEN & THURSTON, PA<br>ATTN JANET H THUSTON<br>1723 BLANDING BLVD, SUITE 102<br>JACKSONVILLE  FL 32210 |
| CREDITOR ID: 452218-15<br>SBZ MORTGAGE ASSOCIATES, LLC<br>ATTN DAVID SAMBER<br>ONE HOLLOW  LANE, SUITE 304<br>LAKE SUCCESS NY 10042 | CREDITOR ID: 452218-15<br>SBZ MORTGAGE ASSOCIATES, LLC<br>C/O DUANE MORRIS, LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>449 FAIRRIDGE ROAD<br>JOHNSON CITY TN 37604 |
| CREDITOR ID: 252605-12<br>SELL, JAMES W & CAROLYN R<br>C/O HERNDON COLEMAN BRADING & MCKEE<br>ATTN EDWARD T BRADING, ESQ<br>PO BOX 1160<br>JOHNSON CITY TN 37605-1160 | CREDITOR ID: 492938-98<br>SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | CREDITOR ID: 261082-12<br>SILVER SPRINGS BOTTLED WATER<br>ATTN: KANE RICHMOND, CEO<br>PO BOX 926<br>SILVER SPRINGS, FL 34489 |
| CREDITOR ID: 261157-12<br>SLADE GORTON & CO INC<br>ATTN MICHAEL P MISTROT, CONTR<br>225 SOUTHAMPTON STREET<br>BOSTON, MA 02118 | CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 411428-15<br>STATE OF SOUTH CAROLINA EMPLOY SEC<br>ATTN HW FUNDERBURK JR, ESQ LEG DEPT<br>PO BOX 995<br>COLUMBIA SC 29202 |
| CREDITOR ID: 411428-15<br>STATE OF SOUTH CAROLINA EMPLOY SEC<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: HENRY MCMASTER, ESQ<br>REMBERT C DENNIS OFFICE BLDG 519<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 | CREDITOR ID: 410544-15<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203 | CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568 |
| CREDITOR ID: 263785-12<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O ROETZEL & ANDRESS, LPA<br>ATTN DIANA M THIMMIG, ESQ<br>ONE CLEVELAND CENTER, 9TH FL<br>1375 EAST NINTH STREET<br>CLEVELAND OH 44114 | CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 | CREDITOR ID: 384412-47<br>WARNER LAMBERT CONSUMER GROUP<br>ATTN: MARK CLARK, DIR CREDIT OPER<br>PO BOX  640727<br>PITTSBURGH, PA 15264-0727 |
| CREDITOR ID: 278611-24<br>WOOLBRIGHT/SSR MARKETPLACE, LLC<br>ATTN SHAI MOSCHOWITS/LARRY BERNICK<br>3200 NORTH MILITARY TRAIL 4TH FLOOR<br>BOCA RATON FL 33431 | CREDITOR ID: 278611-24<br>WOOLBRIGHT/SSR MARKETPLACE, LLC<br>C/O RUDEN, MCCLOSKY, SMITH, ET AL<br>ATTN RICHARD H MALCHON, JR, ESQ<br>401 EAST JACKSON STREET, SUITE 2700<br>TAMPA FL 33602 | CREDITOR ID: 278611-24<br>WOOLBRIGHT/SSR MARKETPLACE, LLC<br>C/O TOBIN & REYES, PA<br>ATTN RICARDO A REYES, ESQ<br>7251 W PALMETTO PARK ROAD, STE 205<br>BOCA RATON FL 33433 |

**Total:    75**

EXHIBIT A – SERVICE LIST
Exhibit D Claimants – Overstated Misclassified

SERVICE LIST

**Notice of Debtors' Twenty-Second Omnibus Objection to**
**(A) No Liability Claims (B) No Liability Misclassified Claim**
**(C) Overstated Claims (D) Overstated Misclassified Claims**
**(E) Misclassified Claims (F) Amended and Superseded Claims**
**[Exhibit D Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                **CASE:    05-03817-3F1**

CREDITOR ID: 411222-15
BEVERAGE SOUTH INC
ATTN JAMES W DAVIS, CONTROLLER
751 STATE PARK ROAD
GREENVILLE SC 29609

CREDITOR ID: 408429-15
BROWN BOTTLING GROUP, INC
C/O WATKINS, LUDLAM, ET AL
ATTN KRISTINA M JOHNSON, ESQ
633 NORTH STATES ST
PO BOX 427
JACKSON MS 39205-0427

CREDITOR ID: 408429-15
BROWN BOTTLING GROUP, INC
ATTN RAY WILKINS, EXEC VP OF FIN
591 HIGHLAND COLONY PKWY
RIDGELAND MS 39157

CREDITOR ID: 410455-15
BUFFALO ROCK COMPANY
ATTN ROGER D BARKER
111 OXMOOR ROAD
BIRMINGHAM AL 35209

CREDITOR ID: 410455-15
BUFFALO ROCK COMPANY
C/O BURR & FORMAN LLP
ATTN DEREK F MEEK, ESQ
420 NORTH TWENTIETH ST, SUITE 3100
BIRMINGHAM AL 35203-5206

CREDITOR ID: 279115-99
COCA-COLA ENTERPRISES INC ET AL
C/O MILLER & MARTIN PLLC
ATTN: SHELLY D RUCKER, ESQ
832 GEORGIA AVE, STE 1000
CHATTANOOGA TN 37402-2289

CREDITOR ID: 382023-36
HP HOOD LLC
ATTN DAVID E HOWES, CR MGR
1250 EAST STREET SOUTH
SUFFIELD CT 06078-2498

CREDITOR ID: 408188-15
HUSSMANN CORPORATION
ATTN BILL BUTLER, CREDIT ANALYST
12999 ST CHARLES ROCK ROAD
BRIDGETON MO 63044

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O BENNETT, LOTTERHOS, ET AL
ATTN MARCUS M WILSON, ESQ
PO BOX 98
JACKSON MS 39205-0098

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 1929-99
MARKET AT BYRAM LLC, THE
C/O SOUTHGATE REALTY, LLC
PO BOX 16615
HATTIESBURG, MS 39402

CREDITOR ID: 408428-15
NESTLE PREPARED FOODS CO
HAND HELD FOODS GROUP
C/O NESTLE USA
ATTN NANCY REYNOSO
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 408427-15
NESTLE PURINA PETCARE COMPANY
C/O NESTLE USA
ATTN NANCY REYNOSO
800 N BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 279251-35
NESTLE USA
ATTN NANCY REYNOSO
800 NORTH BRAND BLVD
GLENDALE CA 91203

CREDITOR ID: 257557-99
OCEAN DUKE CORPORATION
NEUFELD, RENNETT & BACH, APC
ATTN TIMOTHY NEUFELD
360 E SECOND STREET, SUITE 703
LOS ANGELES CA 90012

CREDITOR ID: 257557-99
OCEAN DUKE CORPORATION
3450 FUJITA STREET
TORRANCE, CA 90505

CREDITOR ID: 258341-12
PEPSI COLA BOTTLING CO OF HICKORY
NC, INC
ATTN MICHAEL WINGLER, CFO
PO BOX 550
HICKORY, NC 28603

CREDITOR ID: 258327-12
PEPSI COLA BOTTLING CO OF SELMA
ATTN SYLVIA SMITH, CONTROLLER
PO BOX 1086
SELMA, AL 36702-1086

CREDITOR ID: 258337-12
PEPSI COLA DECATUR LLC DBA
PEPSI COLA BOTTLING CO
ATTN RODGER SHABEL, GM
PO BOX 2389
DECATUR, AL 35602

CREDITOR ID: 279260-35
PEPSI-COLA BOTTLING CO OF CHARLOTTE
ATTN DARRELL M KIGGINS, CREDIT MGR
PO BOX 241167
CHARLOTTE NC 28224-1167

CREDITOR ID: 405353-95
PERSONAL OPTICS
ATTN RACHEL SANCHEZ, CONTROLLER
1331 SOUTH STATE COLLEGE BLVD
FULLERTON CA 92831

CREDITOR ID: 279278-35
SARA LEE BAKERY GROUP
C/O DLA PIPER RUDNICK GRAY CARY US LLP
ATTN: JANICE L DUBAN, ESQ
203 NORTH LASALLE STREET, STE 1900
CHICAGO IL 60610-1293

CREDITOR ID: 279278-35
SARA LEE BAKERY GROUP
ATTN JERRI SPONIK
111 CORPORATE OFFICE DR, SUITE 200
EARTH CITY, MO 63045

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
C/O SCRUGGS & CARMICHAEL, PA
ATTN KAREN K. SPECIE, ESQ
PO BOX 23109
GAINESVILLE FL 32602

CREDITOR ID: 2653-07
VOGEL & VOGEL PARTNERSHIP
C/O VOGEL REALTY
ATTN WILLIAM PETERSON, BROKER
11219 FINANCIAL CTR PKWY,  STE 300
LITTLE  ROCK, AR 72211

CREDITOR ID: 452056-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW 115035
RUSSIA

CREDITOR ID: 402348-90
WELLS, CLARENCE H
50 N COUNTRY CLUB DRIVE
CRYSTAL RIVER FL 34429

**Notice of Debtors' Twenty-Second Omnibus Objection to**
**(A) No Liability Claims (B) No Liability Misclassified Claim**
**(C) Overstated Claims (D) Overstated Misclassified Claims**
**(E) Misclassified Claims (F) Amended and Superseded Claims**
**[Exhibit D Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:    05-03817-3F1**

CREDITOR ID: 279300-35
WYETH CONSUMER HEALTHCARE
ATTN CHARLOTTE T FOX, SR MGR
PO BOX 26609
RICHMOND VA 23261-6609


           **Total:    28**

EXHIBIT A – SERVICE LIST
Exhibit E Claimants – Misclassified

**Notice of Debtors' Twenty-Second Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified Claim
(C) Overstated Claims (D) Overstated Misclassified Claims
(E) Misclassified Claims (F) Amended and Superseded Claims
[Exhibit E Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452133-15<br>CITY OF PERRY WATER & GAS<br>ATTN PENNY STAFFNEY, FINANCE DIR<br>PO DRAWER 197<br>PERRY  FL 32348 | CREDITOR ID: 381954-15<br>COMMONWEALTH OF VA AGR & CONS SVCES<br>VDACS - STATE MILK COMMISSION<br>ATTN RODNEY L PHILLIPS<br>102 GOVERNOR STREET, RM 205<br>RICHMOND VA 23219 | CREDITOR ID: 381954-15<br>COMMONWEALTH OF VA AGR & CONS SVCES<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN JERRY KILGORE, ESQ<br>900 E MAIN STREET<br>RICHMOND VA 23219 |
| CREDITOR ID: 407679-15<br>COUNTY OF DEKALB, GA<br>TREASURY & ACCOUNTING DIVISION<br>ATTN ROMEO KELLER<br>PO BOX 1088<br>DECATUR GA 30031 | CREDITOR ID: 249391-12<br>FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>4806 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | CREDITOR ID: 410716-15<br>FARMINGTON FOODS<br>ATTN ALBERT A LAVALLE, FIN DIR<br>7419 W FRANKLIN STREET<br>FOREST PARK IL 60130 |
| CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O MARCUS SANTORO & KOZAK, PC<br>ATTN KELLY M BARNHART, ESQ<br>1435 CROSSWAYS BLVD, SUITE 300<br>CHESAPEAKE VA 23320-2896 | CREDITOR ID: 278470-24<br>GEM WARWICK LLC<br>C/O ELLIS-GIBSON DEVELOPMENT GROUP<br>ATTN JOHN L GIBSON III<br>1081 19TH STREET, SUITE 203<br>VIRGINIA BEACH, VA 23451-5600 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 |
| CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 406925-MS<br>MARLOW, WILLIAM J JR<br>C/O FRIEDLINE & MCCONNELL, PA<br>ATTN JERRETT M MCCONNELL, ESQ<br>1756 UNIVERSITY BLVD SOUTH<br>JACKSONVILLE FL 32216 | CREDITOR ID: 406925-MS<br>MARLOW, WILLIAM J JR<br>5005 HIGH POINT DRIVE<br>PANAMA CITY FL 32404 |
| CREDITOR ID: 406123-97<br>SCHREIBER FOODS INC<br>ATTN: BRIAN P LIDDY, SR VP FINANACE<br>425 PINE STREET<br>PO BOX 19010<br>GREEN BAY WI 54307-9010 | CREDITOR ID: 269346-16<br>SCHREIBER FOODS, INC<br>ATTN: KRIS SKUPAS, CORP CRED MGR<br>425 PINE STREET<br>PO BOX 19010<br>GREEN BAY, WI 54307-9010 | CREDITOR ID: 269346-16<br>SCHREIBER FOODS, INC<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 256185-12<br>SIMON, MICHAEL & IRENE<br>PO BOX 239<br>PONTOTOC, MS 38863 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 408213-15<br>WORLD OF SLEEP OUTLETS, LLC<br>ATTN KRISTINE K MCGUFFEY, GEN COUN<br>ONE CONCOURSE PKWY, STE 800<br>ATLANTA GA 30328 |
| CREDITOR ID: 408213-15<br>WORLD OF SLEEP OUTLETS, LLC<br>C/O MORRIS, MANNING & MARTIN, LLP<br>ATTN DANIEL P SINAIKO, ESQ<br>1600 ATLANTA FINANCIAL CENTER<br>3343 PEACHTREE ROAD, NE<br>ATLANTA GA 30326-1044 | | |

**Total:   19**

EXHIBIT A – SERVICE LIST
Exhibit F Claimants – Amended and Superseded

SERVICE LIST
**Notice of Debtors' Twenty-Second Omnibus Objection to**
**(A) No Liability Claims (B) No Liability Misclassified Claim**
**(C) Overstated Claims (D) Overstated Misclassified Claims**
**(E) Misclassified Claims (F) Amended and Superseded Claims**
**[Exhibit F Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242345-12<br>AMTECH LIGHTING SERVICE<br>ATTN CATHERINE A FORTNEY, A/R MGR<br>2390 E ORANGEWOOD AVENUE, SUITE 100<br>PARK PLAZA<br>ANAHEIM CA 92806 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>THOMAS E CARR & ASSOCIATES, PC<br>ATTN THOMAS E CARR, ESQ<br>1100 BOULDERS PARKWAY, STE 650<br>RICHMOND VA 23225 | CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O METTLER SHELTON RANDOLPH ET AL<br>340 ROYAL POINCIANA WAY, SUITE 340<br>PALM BEACH FL 33480 |
| CREDITOR ID: 1080-07<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230 | CREDITOR ID: 410753-15<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES & M BEN-EZRA, ESQS<br>2901 STIRLING RD, STE 300<br>FT LAUDERDALE FL 33312 | CREDITOR ID: 395571-15<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN M. WRIGHT<br>PO BOX 2219<br>COLUMBUS OH 43216 |
| CREDITOR ID: 416259-15<br>BENTLEY, FRED D SR<br>C/O FURR AND COHEN, PA<br>ATTN ALVIN S GOLDSTEIN, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431 | CREDITOR ID: 415973-15<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE SC 29603 | CREDITOR ID: 243720-12<br>BOGGY CREEK MARKETPLACE, INC<br>PO BOX 320219<br>COCOA BEACH, FL 32932-0219 |
| CREDITOR ID: 243720-12<br>BOGGY CREEK MARKETPLACE, INC<br>C/O GRAYROBINSON, PA<br>ATTN DONALD A NOHRR, ESQ<br>PO BOX 1870<br>MELBOURNE FL 32902 | CREDITOR ID: 410585-99<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>C/O LIONEL SAWYER & COLLINS<br>ATTN CRAIG E ETEM, ESQ<br>BANK OF AMERICA PLAZA<br>50 WEST LIBERTY STREET, SUITE 1100<br>RENO NV 89501 | CREDITOR ID: 410585-99<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>OF H FUNK & P MERNER<br>C/O KRIEG DEVAULT LLP<br>ATTN C DANIEL MOTSINGER, ESQ<br>ONE INDIANA SQUARE, SUITE 2800<br>INDIANAPOLIS IN 46204-2079 |
| CREDITOR ID: 410585-99<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 279209-35<br>CF SAUER COMPANY<br>ATTN MICHELLE RADER, TREAS<br>2000 WEST BROAD ST<br>RICHMOND VA 23220 | CREDITOR ID: 411074-15<br>CLIFFDALE CORNER, INC TA CLIFFDALE<br>CORNER, FAYETTEVILLE, NC<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 381721-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 | CREDITOR ID: 381721-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>FINANCE & ADMINISTRATION CABINET<br>ATTN B L BAGBY/WENDY L STEPHENS<br>100 FAIR OAKS, 5TH FLOOR<br>PO BOX 491<br>FRANKFORT KY 40602-0491 | CREDITOR ID: 416975-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT KY 40602 |
| CREDITOR ID: 416975-15<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALBERT B CHANDLER III, ESQ<br>STATE CAPITAL, ROOM 116<br>FRANKFORT KY 40601 | CREDITOR ID: 243102-12<br>COUNTY OF BARTOW TAX COMM<br>ATTN GLENDA REESE, DEPUTY<br>135 WEST CHEROKEE AVENUE, STE 217A<br>CARTERSVILLE GA 30120-3181 | CREDITOR ID: 266221-14<br>COUNTY OF BREVARD<br>C/O MATEER & HARBERT, PA<br>ATTN: MICHAEL A PAASCH<br>225 EAST ROBINSON STREET, SUITE 600<br>PO BOX 2854<br>ORLANDO FL 32802-2854 |
| CREDITOR ID: 266221-14<br>COUNTY OF BREVARD<br>C/O HILLSBOROUGH COUNTY ATTORNEY<br>ATTN BRIAN FITZGERALD, ESQ<br>PO BOX 1110<br>TAMPA FL 33601-1110 | CREDITOR ID: 266221-14<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE FL 32781-2500 | CREDITOR ID: 246660-12<br>COUNTY OF COLQUITT TAX COMMISSIONER<br>ATTN CINDY S HORVIN<br>PO BOX 99<br>MOULTRIE GA 31776-0099 |
| CREDITOR ID: 247147-12<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | CREDITOR ID: 247252-12<br>CRT PROPERTIES INC FKA<br>KOGER EQUITY<br>ATTN DAVID W FOSTER, GM<br>PO BOX 538266<br>ATLANTA, GA 30353-8266 | CREDITOR ID: 247252-12<br>CRT PROPERTIES INC FKA<br>C/O SHUTTS & BOWEN LLP<br>ATTN JOEY E SCHLOSBERG, ESQ<br>201 SOUTH BISCAYNE BLVD STE 1500<br>MIAMI FL 33131 |

SERVICE LIST
**Notice of Debtors' Twenty-Second Omnibus Objection to**
**(A) No Liability Claims (B) No Liability Misclassified Claim**
**(C) Overstated Claims (D) Overstated Misclassified Claims**
**(E) Misclassified Claims (F) Amended and Superseded Claims**
**[Exhibit F Claimants]**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 492853-15<br>DRA CRT JTB CENTER, LLC<br>C/O SHUTTS & BOWEN, LLP<br>ATTN PETER E SHAPIRO, ESQ<br>200 E BROWARD BLVD, SUITE 2100<br>FORT LAUDERDALE FL 33301 | CREDITOR ID: 416969-15<br>FLORIDA TAX COLLECTORS<br>C/O HILLSBOROUGH CO ATTY'S OFFICE<br>ATTN BRIAN T FITZGERALD, ESQ<br>601 E KENNEDY BLVD, 27TH FLOOR<br>TAMPA FL 33602 |
| CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>ZIMMER AND ZIMMER, LLP<br>ATTN HERBERT J ZIMMER, ESQ<br>111 PRINCESS STREET<br>WILMINGTON NC 28401-3997 | CREDITOR ID: 410726-15<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628 | CREDITOR ID: 405927-99<br>GOODING'S SUPERMARKETS, INC<br>C/O LOWNDES DROSDICK ET AL<br>ATTN MATT E BEAL, ESQ<br>215 NORTH EOLA DRIVE<br>PO BOX 2809<br>ORLANDO FL 32802-2809 |
| CREDITOR ID: 410943-15<br>GRE PROPERTIES, LLC<br>C/O HELD & ISRAEL<br>ATTN E HELD, JR & A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 406025-15<br>GREENWOOD COMMONS ASSOCIATES<br>C/O SMITH DEBNAM NARRON ET AL<br>ATTN BYRON L SAINTSING, ESQ<br>PO BOX 26268<br>RALEIGH NC 27611-6268 | CREDITOR ID: 407595-15<br>HIGHLAND LAKES CENTER<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN ROBERT M TUCKER, ESQ<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 |
| CREDITOR ID: 279020-32<br>HOBART CORPORATION<br>ATTN CATHY BICE, CR MGR<br>701 RIDGE AVENUE<br>TROY OH 45374 | CREDITOR ID: 395303-63<br>HOBART CORPORATION<br>FKA: ITW FOOD EQUIPMENT GROUP<br>ATTN A CLUTTER/C BICE/ T JOHNSON<br>701 S RIDGE AVENUE<br>TROY, OH 45374-0001 | CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 1475-07<br>IVEY ELECTRIC COMPANY<br>ATTN JAMES W IVEY, PRESIDENT<br>PO BOX 211<br>SPARTANBURG SC 29304 | CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 |
| CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 415956-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN EDWARD J ASHTON, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 410447-15<br>KILLEN MARKETPLACE, LLC<br>C/O WALSTON WELLS ANDERSON ET AL<br>ATTN C ELLIS BRAZEAL, III, ESQ<br>1819 5TH AVENUE NORTH, SUITE 1100<br>BIRMINGHAM AL 35203 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 375911-44<br>LEXIS-NEXIS<br>ATTN NANCY J AUCOIN/M VIOLET<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 |
| CREDITOR ID: 406287-15<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | CREDITOR ID: 254720-12<br>LEXISNEXIS PEOPLEWISE<br>CANDICE C KRISHER, DIR CUST  ACCTNG<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | CREDITOR ID: 452383-15<br>LPI CALHOUN, INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FLOOR<br>ATLANTA GA 30303 |
| CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>ATTN E PAUL STREMPEL, JR<br>III RIVERCHASE OFFICE PLAZA, STE 10<br>BIRMINGHAM, AL 35244 |

SERVICE LIST
Notice of Debtors' Twenty-Second Omnibus Objection to
(A) No Liability Claims (B) No Liability Misclassified Claim
(C) Overstated Claims (D) Overstated Misclassified Claim
(E) Misclassified Claims (F) Amended and Superseded Claims
[Exhibit F Claimants]

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 1570-RJ<br>MAIN STREET MARKETPLACE, LLC<br>C/O KING, DRUMMOND, & DABBS, PC<br>ATTN MARJORIE O DABBS. ESQ<br>100 CENTERVIEW DRIVE, SUITE 180<br>BIRMINGHAM AL 35216 | CREDITOR ID: 408260-99<br>MCW-RC GA PEACHTREE PKWY PLAZA, LLC<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | CREDITOR ID: 410587-15<br>MERRILL LYNCH HOLDINGS, INC<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 |
| CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>C/O MORRISON & FOERSTER, LLP<br>ATTN LARREN M NASHELSKY, ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104 | CREDITOR ID: 410587-15<br>MERRILL LYNCH LP HOLDINGS, INC<br>ATTN M MCINERNEY/H GRIFFINS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 10080 | CREDITOR ID: 417107-15<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O CAPITAL CROSSING BANK, AGENT<br>ATTN CHRISTOPHER P HICKEY, SR VP<br>101 SUMMER STREET<br>BOSTON MA 02110 |
| CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O BALCH & BINGHAM, LLP<br>ATTN RANELLE M JOHNSON, PARALEGAL<br>1901 6TH AVENUE NORTH, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35203 | CREDITOR ID: 417107-15<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O GLENN FELDMANN DARBY&GOODLATTE<br>ATTN ROBERT A. ZIOGAS, ESQ<br>PO BOX 2887<br>ROANOKE VA 24001 |
| CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFTHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080 | CREDITOR ID: 279122-99<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>C/O MORRISON & FOERSTER LLP<br>ATTN: ALEXANDRA STEINBERG BARRAGE<br>2000 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20006 | CREDITOR ID: 408427-15<br>NESTLE PURINA PETCARE COMPANY<br>C/O NESTLE USA<br>ATTN NANCY REYNOSO<br>800 N BRAND BLVD<br>GLENDALE CA 91203 |
| CREDITOR ID: 410493-15<br>PEPSI BOTTLING GROUP<br>ATTN MIKE BEVILACQUA<br>1100 REYNOLDS BLVD<br>WINSTON-SALEM NC 27102 | CREDITOR ID: 258338-12<br>PEPSI COLA BOTTLING CO<br>ATTN DARRELL KIGGANS, CR MGR<br>PO BOX 241167<br>CHARLOTTE, NC 28224-1167 | CREDITOR ID: 279260-35<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC 28224-1167 |
| CREDITOR ID: 258369-12<br>PERFORMANCE OIL EQUIP, INC<br>ATTN BRAD GRANBERRY, VP<br>920 EAST MCDOWELL ROAD<br>PO BOX 8945<br>JACKSON, MS 39284 | CREDITOR ID: 533712-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS, LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001 | CREDITOR ID: 533712-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL FINANCIAL GROUP<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVENUE<br>DES MOINES IA 50392 | CREDITOR ID: 400905-91<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR<br>JACKSONVILLE FL 32259 |
| CREDITOR ID: 492921-FC<br>ROY, JAYSON J<br>173 EDGEWATER BRANCH DR.<br>JACKSONVILLE FL 32259 | CREDITOR ID: 410519-15<br>SARAN, LTD<br>C/O FULBRIGHT & JAWORSKI LLP<br>ATTN J BOLTON & K NEWSOME, ESQS<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | CREDITOR ID: 408217-15<br>SINGER, HERBERT<br>C/O PLATZER SWERGOLD KARLIN, ET AL<br>ATTN SHERRI D LYDELL, ESQ<br>1065 AVE OF THE AMERICAS, 18TH FL<br>NEW YORK NY 10018 |
| CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | CREDITOR ID: 399377-99<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 403566-79<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN: MICHAEL A GATTO<br>TWO GREENWICH PLZ, 1ST FLR<br>GREENWICH CT 06830 |

SERVICE LIST
**Notice of Debtors' Twenty-Second Omnibus Objection to**
**(A) No Liability Claims (B) No Liability Misclassified Claim**
**(C) Overstated Claims (D) Overstated Misclassified Claims**
**(E) Misclassified Claims (F) Amended and Superseded Claims**
**[Exhibit F Claimants]**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408341-15<br>SPRINGHILL ASSOCIATES, LLC<br>C/O RICHARDSON PLOWDEN ET AL<br>ATTN S NELSON WESTON, JR, ESQ<br>PO BOX 7788<br>COLUMBIA SC 29202 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 406030-15<br>STATE OF OHIO WORKERS COMP BUREAU<br>LAW SECTION, BANKR UNIT<br>ATTN LARRY RHODEBECK, ESQ<br>30 W SPRING STREET<br>PO BOX 15567<br>COLUMBUS OH 43215-0567 | CREDITOR ID: 406030-15<br>STATE OF OHIO WORKERS COMP BUREAU<br>ATTORNEY GENERAL STATE OF OHIO<br>ATTN ANGELA HUFFMAN<br>COLLECTION ENFORCEMENT<br>150 E GAY ST, 21ST FLOOR<br>COLUMBUS OH 43215 |
| CREDITOR ID: 410544-15<br>TAPPAN PROPERTIES, LP<br>ATTN CHARLES S TAPPAN, PRESIDENT<br>1150 W 8TH STREET, SUITE 255<br>CINCINNATI OH 45203 | CREDITOR ID: 263381-12<br>TOWN SQUARE DEVELOPMENT<br>C/O JONES SPITZ MOORHEAD ET AL<br>ATTN CAROLYN G BAIRD, ESQ.<br>415 NORTH MAIN STREET (29621)<br>PO BOX 987<br>ANDERSON SC 29622-0987 | CREDITOR ID: 263381-12<br>TOWN SQUARE DEVELOPMENT<br>ATTN: JAMES M SIMPSON<br>29 PELZER AVENUE<br>WILLIAMSTON, SC 29697-1023 |
| CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 |
| CREDITOR ID: 415966-15<br>WESTLAND PLAZA ASSOCIATES,  LP<br>C/O STIRLING PROPERTIES<br>ATTN DONNA TAYLOR<br>109 NORTHPARK BLVD, SUITE 300<br>COVINGTON LA 70433 | CREDITOR ID: 415966-15<br>WESTLAND PLAZA ASSOCIATES,  LP<br>C/O SESSIONS FISHMAN & NATHAN LLP<br>ATTN J DAVID FORSYTH, ESQ.<br>5222 SUMMA COURT, SECTION 3, STE C<br>BATON ROUGE LA 70809 | CREDITOR ID: 264989-12<br>WITHLACOOCHEE RIVER ELEC COOP INC<br>ATTN ARLENE M STEVENS<br>PO BOX 278<br>DADE CITY, FL 33526-0278 |

**Total:   96**

EXHIBIT B
Notice to Exhibit A Claimants – No Liability

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO**
**(A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,**
**(C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,**
**(E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS**

[Claimant's Name & Address]                                    [Counsel Address]

| **CLAIM(S) TO BE DISALLOWED** |
|---|
| **Claim No.:** |
| **Claim Amount:** |
| **Reason for Proposed Disallowance:** |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 12, 2006 their Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims  (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above.  Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases.**

3.      If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on October 2, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.      Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **October 12, 2006** to consider the Objection.  The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.      **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By      _/s/ D.J. Baker_____
        D.J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By      _/s/ James H. Post_____
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson
        Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
 jpost@smithhulsey.com

EXHIBIT B
Notice to Exhibit B Claimants – No Liability Misclassified

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO
### (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,
### (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,
### (E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS

[Claimant's Name & Address]

| CLAIM(S) TO BE DISALLOWED | |
|---|---|
| **Claim No.:**<br>**Claim Amount:**<br>**Claim Class Status:** | **Modified Class Status:**<br><br>**Reason for Disallowance and Reclassification:** |

      1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 12, 2006 their Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      **2.**      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases. In addition, because the Debtors dispute the classification asserted in your proof of claim(s), to the extent that the Bankruptcy Court does not disallow your claim in its entirety, the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to the classification listed above under "Modified Class Status."**

      3.      If you do NOT oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4.      If you DO oppose the disallowance or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on October 2, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **October 12, 2006** to consider the Objection.  The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, in addition to seeking reclassification of your claim(s) as set forth above, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 12, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| By      /s/ D.J. Baker | By      /s/ James H. Post |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Jane M. Leamy | Florida Bar Number 175460 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |

EXHIBIT B
Notice to Exhibit C Claimants – Overstated

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. [1] | Jointly Administered |

**NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO**
**(A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,**
**(C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,**
**(E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS**

[Claimant's Name & Address]                    [Counsel Address]


                                               [Transferee Address]


| **CLAIM(S) TO BE REDUCED** |
|---|
| **Claim No.:** <br> **Claim Amount:** <br><br> **Reduced Claim Amount:** <br><br> **Reason for Reduction:** <br><br><br> |

      1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 12, 2006 their Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims  (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.      **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED for the reason set forth above.**

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.      If you do NOT oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on October 2, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **October 12, 2006** to consider the Objection.  The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.      **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM, LLP

By      <u>/s/ D.J. Baker            </u>                By      <u>/s/ James H. Post      </u>
        D.J. Baker                                            Stephen D. Busey
        Sally McDonald Henry                                  James H. Post
        Rosalie Walker Gray                                   Cynthia C. Jackson
        Jane M. Leamy                                         Florida Bar Number 175460
Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                             Jacksonville, Florida  32202
(212) 735-3000                                       (904) 359-7700
(917) 777-2150 (facsimile)                           (904) 359-7708 (facsimile)
djbaker@skadden.com                                   jpost@smithhulsey.com

EXHIBIT B
Notice to Exhibit D Claimants – Overstated Misclassified

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO**
**(A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,**
**(C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,**
**(E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS**

[Claimant's Name & Address]                                    [Counsel Address]

| **CLAIM(S) TO BE REDUCED AND RECLASSIFIED** |
|---|
| **Claim No.:** |
| **Claim Amount:**                    **Reduced Claim Amount:** |
| **Asserted Class Status:**              **Modified Class Status:** |
| |
| **Reason for Reduction and Reclassification:** |
| |

      1.    PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 12, 2006 their Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims  (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.    **The Objection requests that the Bankruptcy Court reduce one or more of your claims listed above under CLAIM(S) TO BE REDUCED AND RECLASSIFIED for the reason set forth above.  In addition, because the Debtors dispute the classification asserted in your proof of claim(s), the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above from the classification listed above to the classification listed above under "Modified Class Status."**

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.    If you do NOT oppose the reduction and reclassification of your claim(s) listed above under CLAIM(S) TO BE REDUCED AND RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.    If you DO oppose the reduction of your claim(s) listed above under CLAIM(S) TO BE REDUCED AND RECLASSIFIED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on October 2, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.    Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.    In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.    A hearing will be held on **October 12, 2006** to consider the Objection.  The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.    The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.    The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.    **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com**.  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER                    SMITH HULSEY & BUSEY
& FLOM, LLP

By    _/s/ D.J. Baker_____          By    _/s/ James H. Post_____
        D.J. Baker                                          Stephen D. Busey
        Sally McDonald Henry                              James H. Post
        Rosalie Walker Gray                                Cynthia C. Jackson
        Jane M. Leamy                                      Florida Bar Number 175460
Four Times Square                                  225 Water Street, Suite 1800
New York, New York 10036                            Jacksonville, Florida  32202
(212) 735-3000                                      (904) 359-7700
(917) 777-2150 (facsimile)                          (904) 359-7708 (facsimile)
djbaker@skadden.com                                 jpost@smithhulsey.com

EXHIBIT B
Notice to Exhibit E Claimants – Misclassified

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO**
**(A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,**
**(C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,**
**(E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS**

[Claimant's Name & Address]

| CLAIM(S) TO BE RECLASSIFIED | |
|---|---|
| **Claim No.:**<br>**Claim Amount:**<br>**Claim Class Status:** | **Modified Class Status:**<br><br>**Reason for Reclassification:** |

      1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 12, 2006 their Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

      2.      **Because the Debtors dispute the classification asserted in your proof of claim(s), the Objection requests that the Bankruptcy Court reclassify one or more of your claims listed above under CLAIM(S) TO BE RECLASSIFIED from the classification(s) listed above to the classification(s) listed above under "Modified Class Status."**

      3.      If you do NOT oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

      4.      If you DO oppose the reclassification of your claim(s) listed above under CLAIM(S) TO BE RECLASSIFIED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on October 2, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5.    Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.    In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.    A hearing will be held on **October 12, 2006** to consider the Objection.  The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.    The Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.    The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.    **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By    _/s/ D.J. Baker_____
        D.J. Baker
        Sally McDonald Henry
        Rosalie Walker Gray
        Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

SMITH HULSEY & BUSEY

By    _/s/ James H. Post_____
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson
        Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
 jpost@smithhulsey.com

EXHIBIT B
Notice to Exhibit F Claimants – Amended and Supersed

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) |
|  | ) *Chapter 11* |
| Debtors. [1] | ) |
|  | ) Jointly Administered |

### NOTICE OF DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO
### (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS,
### (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS,
### (E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS

[Claimant's Name & Address]                                    [Counsel Address]


[Additional Notice Party Address]


| CLAIM(S) TO BE DISALLOWED | REMAINING CLAIM |
|---|---|
| **Amended Claim to be Disallowed:** <br> **Amount of Claim to be Disallowed:** <br><br> **Reason for Disallowance:** | **Remaining Claim:** <br> **Amount of Remaining Claims** |

1.      PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on September 12, 2006 their Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims  (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.      **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED on the ground that the claim was amended and superseded by another claim that is listed as the REMAINING CLAIM above.  Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases with respect to such claim.  The REMAINING CLAIM listed above is not affected by the Objection**

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3.      If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

4.      If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on October 2, 2006** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5.      Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6.      In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7.      A hearing will be held on **October 12, 2006** to consider the Objection.  The hearing will be held at **1:30 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202.  If you file a written response to the Objection, then you should plan to appear at the hearing.  The Debtors, however, may agree to continue the Objection with respect to your claim(s).  If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date.  If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8.      If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date.  In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim.  You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9.      The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10.     **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.**  A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated:  September 12, 2006

SKADDEN, ARPS, SLATE, MEAGHER                       SMITH HULSEY & BUSEY
& FLOM, LLP

By      <u>/s/ D.J. Baker</u>                                   By      <u>/s/ James H. Post</u>
        D.J. Baker                                                  Stephen D. Busey
        Sally McDonald Henry                                        James H. Post
        Rosalie Walker Gray                                         Cynthia C. Jackson
        Jane M. Leamy                                               Florida Bar Number 175460
Four Times Square                                           225 Water Street, Suite 1800
New York, New York 10036                                    Jacksonville, Florida  32202
(212) 735-3000                                              (904) 359-7700
(917) 777-2150 (facsimile)                                  (904) 359-7708 (facsimile)
djbaker@skadden.com                                          jpost@smithhulsey.com