UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about September 15, 2006 I caused copies of:

- the **Order Pursuant to Third Omnibus Motion (I) Authorizing Assumption of Executory Contracts and Unexpired Leases and (II) Fixing Cure Amounts**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 15, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: G2

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF    Doc 10989    Filed 09/15/06    Page 2 of 13

**Order Pursuant to Third Omnibus Motion (I) Authorizing Assumption of Executory Contracts and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 534412-EF<br>AAA PARKING<br>PO BOX 3551<br>SARASOTA FL 34230 | CREDITOR ID: 534413-EF<br>ACADIAN LANDSCAPING<br>PO BOX 2246<br>KENNER LA 70062 | CREDITOR ID: 534414-EF<br>ADVANCED RXCARE<br>1112 I STREET, SUITE 100<br>SACRAMENTO CA 95814-9624 |
| CREDITOR ID: 534415-EF<br>ADVANCED RXCARE<br>911 NW 209TH AVENUE, SUITE 111<br>PEMBROKE PINES FL 33029 | CREDITOR ID: 534416-EF<br>AJILON CONSULTING<br>10150 DEERWOOD PARK BLVD.,<br>BUILDING 400, SUITE 220<br>JACKSONVILLE FL 32256 | CREDITOR ID: 534417-EF<br>ALASCRIPT / HEALTH PARTNERS OF ALABAMA<br>FKA ALASCRIPT C/O EXPRESS SCRIPTS<br>13900 RIVERPORT DRIVE, STL 10N<br>ST. LOUIS MO 63043-4804 |
| CREDITOR ID: 534418-EF<br>ALL CLEAN SWEEPING SERVICES, INC.<br>2525 ROSE SPRING DRIVE<br>ORLANDO FL 32825 | CREDITOR ID: 534419-EF<br>ALPHA SCRIPT INC<br>4222 E. CAMELBACK ROAD, SUITE H260<br>PHOENIX AR 85018-2774 | CREDITOR ID: 534420-EF<br>ALUMINUM COMPANY OF AMERICA<br>ALCOA CORPORATE CENTER<br>201 ISABELLA STREET<br>PITTSBURGH PA 15212-5858 |
| CREDITOR ID: 534421-EF<br>AMBIRON, LLC<br>120 N. LASALLE STREET, SUITE 1250<br>CHICAGO IL 60602 | CREDITOR ID: 534422-EF<br>AQUATIC SYSTEMS INC.<br>426 SW 12TH AVE<br>DEERFIELD BEACH FL 33442 | CREDITOR ID: 534423-EF<br>ATEB<br>4501 ATLANTIC AVE. SUITE 110<br>RALEIGH NC 27360 |
| CREDITOR ID: 534424-EF<br>AXSA<br>4673 OAK FAIR BLVD.<br>TAMPA FL 33610 | CREDITOR ID: 534425-EF<br>BCBS OF WYOMING<br>PO BOX 2266<br>CHEYENNE WY 82003 | CREDITOR ID: 534426-EF<br>BEA SYSTEMS<br>7074 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 534427-EF<br>BENEFIT ADVANTAGE RX NETWORK<br>39155 S CARSON STREET<br>PBM 422<br>CARSON CITY NV 89701 | CREDITOR ID: 534428-EF<br>CITICORP SERVICES INC.<br>8430 WEST BRYN MAWR AVENUE<br>CHICAGO IL 60631 | CREDITOR ID: 534429-EF<br>COMSYS AKA VENTURI<br>9428 BAYMEADOWS RD. SUITE 500<br>JACKSONVILLE FL 32256 |
| CREDITOR ID: 534430-EF<br>DELL<br>ONE DELL WAY<br>ROUND ROCK TX 78682 | CREDITOR ID: 534431-EF<br>DENNIS HANLEY<br>28675 SETTLERS LANE<br>PEPPER PIKE OH 44124-4570 | CREDITOR ID: 534433-EF<br>EFUNDS CORPORATION<br>GAINEY SUITES II<br>8501 N. SCOTTSDALE ROAD<br>SCOTTSDALE AZ 85253-3750 |
| CREDITOR ID: 534432-EF<br>EFUNDS CORPORATION<br>FKA DELUXE ELECTRONIC PAYMENT SYSTEMS, INC.<br>11100 WEST LIBERTY DRIVE, SUITE 100<br>MILWAUKEE WI 53224 | CREDITOR ID: 534434-EF<br>HEALTH TRANS<br>6061 SOUTH WILLOW DRIVE, SUITE 125<br>GREENWOOD VILLAGE CO 80111 | CREDITOR ID: 534435-EF<br>HI-CONE DIVISION/ILLINOIS TOOL WORKS, INC.<br>PO BOX 92776<br>CHICAGO IL 60675 |
| CREDITOR ID: 534436-EF<br>MANUGISTICS, INC.<br>9715 KEY WEST AVE.<br>ROCKVILLE MD 20850 | CREDITOR ID: 534437-EF<br>MARS STOUT<br>PO BOX 8026<br>MISSOULA MT 59807 | CREDITOR ID: 534438-EF<br>NEWS AMERICA MARKETING (NAMIS)<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |

**Order Pursuant to Third Omnibus Motion (I) Authorizing Assumption of Executory Contracts and Unexpired Leases and (II) Fixing Cure Amounts**

**DEBTOR:**  WINN-DIXIE STORES, INC., ET AL.    **CASE:**  05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 534439-EF<br>OLD DOMINION FREIGHT LINE INC.<br>500 OLD DOMINION WAY<br>THOMASVILLE NC 27360 | CREDITOR ID: 534440-EF<br>PSR CONNECT, INC.<br>9755 DOGWOOD RD. SUITE 250<br>ROSWELL GA 30075 | CREDITOR ID: 534441-EF<br>STAFFING TECHNOLOGIES<br>11625 RAINWATER DRIVE, SUITE 300<br>ALPHARETTA GA 30004 |
| CREDITOR ID: 534442-EF<br>TALX CORP.<br>1850 BROMAN COURT<br>ST. LOUIS MO 63146 | CREDITOR ID: 534443-EF<br>TALX CORP.<br>PO BOX 790051<br>ST LOUIS MO 63179 | CREDITOR ID: 534444-EF<br>TECHKNOLOGY SOLUTIONS<br>731 11TH AVE. SOUTH<br>JACKSONVILLE BEACH FL 32250 |
| CREDITOR ID: 534445-EF<br>TELE ATLAS SOFTWARE<br>1605 ADAMS COURT<br>MENLO PARK CA 94025 | CREDITOR ID: 534446-EF<br>THE HARTFORD<br>HARTFORD FINANCIAL PRODUCTS<br>2 PARK AVENUE, 5TH FLOOR<br>NEW YORK NY 10016 | CREDITOR ID: 534447-EF<br>TONE BROTHERS, INC.<br>PO BOX 402899<br>ATLANTA GA 30384-2899 |
| CREDITOR ID: 534448-EF<br>UNISYS-DEPT. OF HEALTH & HOSPITALS<br>8591 UNITED PLAZA BLVD, SUITE 300<br>BATON ROUGE LA 70898 | | |

Total:    37

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

**ORDER PURSUANT TO THIRD OMNIBUS MOTION (I) AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) FIXING CURE AMOUNTS**

These cases came before the Court for hearing on September 14, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts"), effective as of the effective date of the Debtors' joint plan of reorganization (the "Effective Date") and (b) fixing the costs of assumption at the Proposed Cure Amounts identified on Exhibit A (the "Motion").[1] By the Motion, the Counter Parties to the Contracts were given until September 7, 2006 to object to the Proposed Cure Amounts. Upon consideration, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

2. The Debtors are authorized to assume the Contracts pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date. The Debtors' assumption of the Contracts as of, and upon the occurrence of, the Effective Date is approved.

3. For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors with respect to the Contracts are the Proposed Cure Amounts listed on Exhibit A.

4. The Counter Parties listed on Exhibit A are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A, except for the Proposed Cure Amount.

5. The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

6. The requirements of 11 U.S.C. § 365(b)(1) are hereby deemed satisfied with respect to each of the Contracts.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9. In the event the Debtors' joint plan of reorganization is not confirmed or does not become effective, this Order shall be null and void.

Dated September 14, 2006 in Jacksonville, Florida.

                                                Jerry A. Funk
                                                United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

**Exhibit A**

Exhibit A
Contracts for Assumption

| Filing Entity | Store/Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount | Claim No. (Amount of Claim) | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 604, 630, 668 | Maintenance Agreement - Store | | AAA Parking | PO Box 3551 Sarasota FL, 34230 | SWEEPING | $0.00 | # 3037 ($2,045) | Claim paid |
| Winn-Dixie Stores, Inc. | 1329, 1403, 1404, 1408, 1411, 1412, 1417, 1418, 1419, 1425, 1437, 1439, 1449, 1461, 1463, 1467, 1502, 1504, 1512, 1577 | Maintenance Agreement - Store | | Acadian Landscaping | P.O. BOX 2246 KENNER LA, 70062 | LANDSCAPING | $0.00 | # 3174 ($1,979.35) | Claim paid |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ARX | ADVANCED RXCARE | 911 NW 209th Avenue, Suite 111 Pembroke Pines FL, 33029, 11121 Street, Suite 100 Sacramento CA, 95814-9624 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc. | | IT - Consulting Agreement | MSA | Ajilon Consulting | 10150 Deerwood Park Blvd. Building 400, Suite 220 Jacksonville, FL 32256 | Consulting Master Service Agreement | $0.00 | # 30073 ($26,249.58) | Claim paid |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | | ALASCRIPT / Health Partners of Alabama | Health Partners of Alabama f/k/a Alascript c/o Express Scripts 13900 Riverport Drive, STL 10N, St. Louis, MO 63043-4804 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc | 2200, 2265, 2281, 2294, 2375 | Maintenance Agreement - Store | | ALL CLEAN SWEEPING SERVICES, INC. | 2525 ROSE SPRING DRIVE ORLANDO FL, 32825 | SWEEPING AND LANDSCAPING | $0.00 | | |
| Winn-Dixie Stores, Inc. | 2313, 2390 | Maintenance Agreement - Store | | ALL CLEAN SWEEPING SERVICES, INC. | 2525 ROSE SPRING DRIVE ORLANDO FL, 32825 | SWEEPING AND LANDSCAPING | $1,950.20 | # 300083 ($1,950.20) | |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | ASI | ALPHA SCRIPT INC | 4222 E. Camelback Road, Suite H260, Phoenix, AR 85018-2774 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc. | Total Corporation | Indemnity Agreement | | Aluminum Company of America | Alcoa Corporate Center, 201 Isabella Street, Pittsburgh, PA 15212-5858 | Indemnity Agreement | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Ambitron, LLC | 120 N. LaSalle Street, Suite 1250, Chicago, IL 60602 | Multicard Compliance Program Scanning | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement | | Aquatic Systems Inc. | 426 SW 12th Ave Deerfield Beach, FL 33442 | Lake management services at Winn-Dixie Orlando | $1,400.00 | # 32470 ($1,400.00) | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Atto | 4501 Atlantic Ave. Suite 110 Suite 110 Raleigh NC, 27604 | PharmacyLine | $0.00 | # 32077, 34408 ($8,010.00) | Claims paid |
| Winn-Dixie Stores, Inc. | Plant City Dairy - Manufacturing Plant | Equipment Lease | | Axsa | 4673 Oak Fair Blvd., Tampa, FL 33610 | Copier - Sharp AR-M450U Digital Imager | $183.43 | # 30177 ($183.43) | |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BWY | BCBS OF WYOMING | P.O. Box 2266, Cheyenne, WY 82003 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 | # 3202 ($29,907.30) | Claim paid. |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount | Claim No. (Amount of Claim) | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Development Support for HRMS-Tomas Project | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | BEA Systems | 7074 Collection Center Drive Chicago IL, 60693 | Weblogic SVR Production Support for HRMS - Tomax Project | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | BAR | BENEFIT ADVANTAGE RX NETWORK | 39155 S Carson Street PBM 422 Carson City NV, 89701 | Prescription Benefit Contract | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Retailer Agreement | | Citicorp Services Inc. | 8430 West Bryn Mawr Avenue, Chicago, IL 60631 | 3rd Party Processor/Integrated Retailer Agreement - Electronic Benefit Transfer Program | $0.00 | | |
| Winn-Dixie Stores, Inc. | Edgewood Ave. | IT Master Service Agreement | | Comsys aka Venturi | 9428 Baymeadows Rd. Suite 500 Jacksonville, FL 32256 | Master Information Technology Services Agreement | $0.00 | # 31926 ($9,540.00) | Claim paid |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Dell | One Dell Way Round Rock, TX 78682 | Dell Premier Access DCSE Certificate (900-8050) | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Employee Agreement | | Dennis Hanley | Address Intentionally Omitted to Protect Employee Privacy | Separation and Release Agreement dated April 9, 2004 | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Processor Agreement | | eFunds Corporation | Gainey Suites II, 8501 N. Scottsdale Road, Scottsdale, AZ 85253-3750 | Non-Quest State Processor Agreement | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Fiducial Services | | eFunds Corporation | Gainey Suites II, 8501 N. Scottsdale Road, Scottsdale, AZ 85253-3750 | Agreement/Schedule 1 Financial Services | $0.00 | | |

Exhibit A
Contracts for Assumption

| Filing Entity | Store/Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount | Claim No. (Amount of Claim) | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Processor Agreement | | eFunds Corporation FKA Deluxe Electronic Payment Systems, Inc. | 11100 West Liberty Drive, Suite 100, Milwaukee, WI 53224 | Quest State Processor Agreement | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Pharmacy Third Party Insurance | HTR | HEALTH TRANS | 6061 South Willow Drive, Suite 125 Greenwood Village, CO 80111 | Prescription Benefit Contract | $57,440.00 | # 1378 ($57,440.00) | |
| Winn-Dixie Stores, Inc. | Deep South Products, Inc. - Manuf. Plant | Equipment Lease | | Hi-Cone Division,Illinois Tool Works, Inc. | P.O Box 92776 Chicago, IL 60675 | Hi-Cone Applicating Machine #918 & 921 | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Software License | | Manugistics, Inc. | 9715 Key West Ave. Rockville, MD 20850 | Master Preferred Escrow Agreement 1301144-00004 dated 2/28/02 | $0.00 | # 32784 ($52,114.00) | Claim paid |
| Winn-Dixie Stores, Inc. | | HR Vendor | | Mars Stout | PO Box 8026 Missoula, MT 59807 | WOTC | $0.00 | | |
| Winn-Dixie Stores, Inc. | All | Service Agreement | N/A | News America Marketing (NAMIS) | 1211 Avenue of the Americas New York, NY 10036 | Install and operate in-store radio broadcast messages, advertising and promotions. | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Transportation Contract | MC-107478 | Old Dominion Freight Line Inc. | 500 Old Dominion Way Thomasville, NC 27360 | LTL Commodity Rate Agreement | $23,290.74 | # 31311, 32283, 32847, 33976, 35199, 36636 ($23,290.74) | |
| Winn-Dixie Stores, Inc. | HDQ | IT-Master Service Agreement | | PSR Connect, Inc. | 9755 Dogwood Rd Suite 250 Roswell, GA 30075 | MSA | $0.00 | # 31432 ($1,207.50) | Claim paid |
| Winn-Dixie Stores, Inc. | HDQ | IT-Master Service Agreement | | Staffing Technologies | 11625 Rainwater Drive Suite 300 Alpharetta, GA 30004 | MSA | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | IT-Work Order | Steve Brock | Staffing Technologies | 11625 Rainwater Drive Suite 300 Alpharetta, GA 30004 | EAI Developer/ Manager | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Software Agreement | | Talx Corp. | 1850 Broman Court St Louis, MO 63146 PO BOX 790051 ST LOUIS MO 63179 | HR Services | $0.00 | # 4351 ($5,226.91) | Claim withdrawn |
| Winn-Dixie Stores, Inc. | | HR Vendor | | Talx Corp. | 1850 Broman Court St Louis, MO 63146 PO BOX 790051 ST LOUIS MO 63179 | Employment Verification contractor | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | IT-Master Service Agreement | | Technology Solutions | 731 11th Ave. South Jacksonville Beach, FL 32250 | MSA | $0.00 | | |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Tele Atlas Software | 1605 Adams Court Menlo Park, CA 94025 | Tele Atlas Software | $0.00 | | |
| Winn-Dixie Stores, Inc. | | Insurance Agreement | | The Hartford | The Hartford, Hartford Financial Products, 2 Park Avenue, 5th Floor, New York, NY 10016 | Business Trave Accident insurance policy 10-ETB-16870 | $0.00 | # 282 ($22,462.76) | Claim paid |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount | Claim No. (Amount of Claim) | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Confidentiality Agreement | | Tone Brothers, Inc. | PO BOX 402899, ATLANTA, GA 30384-2899 | Hold Harmless Agreement Regarding Sale of Tone's Products, dated July 15, 1998; ii. Letter of Agreement, dated December 10, 1998; and Confidentiality Agreement, dated May 6, 2004 | $6,398.85 | # 3005 ($6,398.85) | |
| Winn-Dixie Stores, Inc. | | State Medicaid and Medicare Programs | | Unisys-Dept of Health & Hospitals | 8591 United Plaza Blvd, Suite 300 Baton Rouge, LA 70898 | Contract to participate in the State Medicaid Program | $0.00 | | |