## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about September 15, 2006 I caused copies of:

•  **the Order (A) Disallowing No Liability Claims, (B) Disallowing No Liability Misclassified Claims, (C) Reducing Overstated Claims, (D) Disallowing Duplicate Liability Claims, (E) Fixing Unliquidated Claims and (F) Fixing and Reclassifying Unliquidated Misclassified Claims, as Set Forth in the Debtors' Seventeenth Claims Omnibus Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 15, 2006

_____
Kathleen M. Logan

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order (A) Disallowing No Liability Claims, (B) Disallowing No Liability Misclassified Claims, (C) Reducing Overstated Claims, (D) Disallowing Duplicate Liability Claims, (E) Fixing Unliquidated Claims and (F) Fixing and Reclassifying Unliquidated Misclassified Claims as Set Forth in Debtors'**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                            **CASE:   05-03817-3F1**

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOCS, LP
8698 EAST SAN ALBERTO DRIVE
SCOTTSDALE AZ 85258

CREDITOR ID: 2029-07
12TH STREET & WASHINGTON ASSOCS, LP
C/O MARK D SVEJDA LAW OFFICE
ATTN MARK D SVEJDA, ESQ
6909 E GREENWAY PARKWAY
SCOTTSDALE AZ 85254

CREDITOR ID: 410891-15
ALLIED CAPITAL CORPORATION
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

CREDITOR ID: 422543-ST
ANDRESKI, THADDEUS J
15312 W BANFF LANE
SURPRISE AZ 85379

CREDITOR ID: 406175-15
ASHLAND DISTRIBUTION
ATTN JIM MCMONAGLE DS-3
PO BOX 2219
COLUMBUS OH 43216

CREDITOR ID: 429833-15
BARKER, GRACE U
C/O MICHAEL D BARKER, EXECUTOR
626 WILSHIRE BLVD, SUITE 550
LOS ANGELES CA 90017-3209

CREDITOR ID: 384001-47
BEASLEYS LOCKSMITH SAFE & DOOR LLC
ATTN RAYMOND BEASLEY, OWNER
2213 WOODNELL DRIVE
RALEIGH, NC 27603

CREDITOR ID: 416846-15
BIRMINGHAM REALTY COMPANY
C/O REDROCK CAPITAL PARTNERS
ATTN CRAIG KLEIN
111 S MAIN STREET, SUITE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 416846-15
BIRMINGHAM REALTY COMPANY
C/O SIROTE & PERMUTT PC
ATTN STEPHEN B PORTERFIELD, ESQ
PO BOX 55727
BIRMINGHAM AL 35255-5727

CREDITOR ID: 415973-15
BLACKWELL, SHARRON O
C/O ROE CASSIDY COATES & PRICE, PA
ATTN JAMES H CASSIDY, ESQ
PO BOX 10529
GREENVILLE SC 29603

CREDITOR ID: 417768-ST
BURTON, BARBARA W
9000 COMMODORE DRIVE, UNIT 201
SEMINOLE  FL 33776

CREDITOR ID: 492840-97
CARDINAL CAPITAL PARTNERS INC
EMPLOYEE PROFIT SHARING PLAN/TRUST
C/O SCOTT HAIRE
8214 WESTCHESTER DR 9TH FLR
DALLAS TX 75225

CREDITOR ID: 410743-15
CASSELSQUARE, LLC
C/O RICE PUGATCH ROBINSON ET AL
ATTN CRAIG A PUGATCH, ESQ
101 NE THIRD AVENUE, STE 1800
FORT LAUDERDALE FL 33301

CREDITOR ID: 410743-15
CASSELSQUARE, LLC
C/O SOUTHERN MGMT & DEV LTD
ATTN STEVEN LEVIN, MANAGER
21301 POWERLINE ROAD, STE 312
BOCA RATON FL 33433

CREDITOR ID: 244803-12
CC REALTY INTERMEDIATE FUND I, LTD
C/O CC MANAGEMENT LTD
ATTN GEORGE C DEREESE, CFO
THREE RIVERWAY, SUITE 670
HOUSTON, TX 77056

CREDITOR ID: 410561-15
CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON TX 75001

CREDITOR ID: 245904-12
CITY OF LARGO, FL
C/O CITY ATTORNEY
ATTN TAMMI BACH, ESQ
PO BOX 296
LARGO, FL 33779-0296

CREDITOR ID: 411108-15
COCA-COLA COMPANY, THE
PO BOX 1734
NAT 2016
ATLANTA GA 30301

CREDITOR ID: 411108-15
COCA-COLA COMPANY, THE
C/O HOLLAND & KNIGHT LLP
ATTN ALAN M WEISS, ESQ
15 NORTH LAURA ST, STE 3900
JACKSONVILLE FL 32202

CREDITOR ID: 246717-12
COMMERCEQUEST, INC
ATTN ERIKA BRAGAN, VP FIN
5481 WEST WATERS AVENUE, SUITE 100
TAMPA FL 33634-1205

CREDITOR ID: 410418-15
COMMERCIAL NET LEASE REALTY, INC
NKA: NATIONAL RETAIL PROPERTIES INC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802-2809

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O WILLKIE FARR & GALLAGHER
ATTN ALAN J LIPKIN, ESQ
787 SEVENTH AVENUE
NEW YORK NY 10019-6373

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O W P CAREY & CO, LLC
ATTN THOMAS LEWIS, VP
50 ROCKEFELLER PLAZA
NEW YORK NY 10020

CREDITOR ID: 267560-14
COUNTY OF HEARD TAX ASSESSORS
ATTN LARRY PIKE OR S NOLEN
215 E CT SQUARE, RM 19
FRANKLIN GA 30217

CREDITOR ID: 410845-15
CRESCENT CENTER ASSOCIATES, LLC
1912 EASTCHESTER DRIVE, SUITE 204
HIGH POINT NC 27265

CREDITOR ID: 410845-15
CRESCENT CENTER ASSOCIATES, LLC
C/O HINSON & RHYNE, PA
ATTN WALTER L HINSON, ESQ.
2401-G WOOTEN BLVD
PO BOX 7479
WILSON NC 27895-7479

CREDITOR ID: 410811-15
CRIIMI MAE SVCS LP, SERIES 1997-C1
HOLDERS MERRILL LYNCH MORTGAGE
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE MD 21201

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B) Disallowing No Liability Misclassified Claims, (C) Reducing Overstated Claims, (D) Disallowing Duplicate Liability Claims, (E) Fixing Unliquidated Claims and (F) Fixing and Reclassifying Unliquidated Misclassified Claims as Set Forth in Debtors'**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                              **CASE:    05-03817-3F1**

CREDITOR ID: 452146-97
CROSSROADS CENETER LIMITED
ATTN: STEVEN V GRAHAM, GEN PARTNER
2200 WOODCREST PLACE, STE 210
BIRMINGHAM AL 35209

CREDITOR ID: 408206-15
CROSSROADS CENTER, LTD
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203-2104

CREDITOR ID: 406543-MS
CUTCLIFFE, WILLIAM B
1033 BROOKSTONE LANE
BIRMINGHAM AL 35235

CREDITOR ID: 410901-15
DDR DOWNREIT, LLC
C/O DEVELOPERS DIVERSIFIED REALTY
ATTN ERIC C COTTON, ESQ
3300 ENTERPRISE PARKWAY
PO BOX 228042
BEACHWOOD OH 44122

CREDITOR ID: 417063-98
DK ACQUISITION PARTNERS LP
C/O MH DAVIDSON & CO
ATTN MICHAEL J LEFELL
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK NY 10022

CREDITOR ID: 410756-15
DOLE PACKAGED FOODS COMPANY
C/O MCCARRON & DIESS
ATTN LOUIS W DIESS, III, ESQ
4900 MASSACHUSETTS AVE NE, STE 310
WASHINGTON DC 20016

CREDITOR ID: 22180-05
DONAHUE, MAUREEN
C/O MAUREEN HEALY KENNON PA
ATTN MAUREEN HEALEY KENNON, ESQ
TOWN EXECUTIVE CENTER
6100 GLADES ROAD, SUITE 210
BOCA RATON FL 33434

CREDITOR ID: 22180-05
DONAHUE, MAUREEN
710 SW 81 TER
N LAUDERDALE FL 33068

CREDITOR ID: 417049-97
DUANE MORRIS LLP
ATTN MARGERY N REED ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 402561-89
DUNLAP, LARRY M
126 BIARCLIFF ROAD
CENTRAL SC 29630

CREDITOR ID: 125260-09
EVANS, VICTORIA J
6 SPERLING DRIVE
AMELIA OH 45102

CREDITOR ID: 411006-15
FAIRFIELD PARTNERS LP TA
FLINTRIDGE SHOPPING CTR, FAIRFIELD
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ.
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 416951-97
FAIRFIELD PARTNERS LTD PRTNSHP
C/O ARONOV REALTY MGMNT INC
ATTN: VP
3500 EASTERN BLVD
MONTGOMERY AL 36116-1781

CREDITOR ID: 249530-12
FIRST AMERICAN CARRIERS INC
ATTN WILLIAM BENJAMIN COBB
PO BOX 6097
ROCKY MOUNT NC 27802

CREDITOR ID: 278462-24
FIRST WASHINGTON REALTY INC
7027 THREE CHOPT ROAD, SUITE 210
RICHMOND VA 23226

CREDITOR ID: 2231-07
FIRST WASHINGTON REALTY, INC
ATTN JEFFREY S DISTENFELD, ESQ
4350 EAST WEST HIGHWAY, SUITE 400
BETHESDA MD 20814

CREDITOR ID: 26637-05
FOSTER, DAVID R
127 NICOLE LANE
CRESTVIEW FL 32539

CREDITOR ID: 381956-15
GALILEO CMBS T1 HL TX LP
C/O CBL & ASSOCIATES MANAGEMENT INC
ATTN GARY L RODDY
CBL CENTER, SUITE 500
2030 HAMILTON PLACE BLVD
CHATTANOOGA TN 37421-6000

CREDITOR ID: 250466-12
GEORGE WESTON BAKERIES INC
PO BOX 532992
ATLANTA, GA 30353-2992

CREDITOR ID: 279363-36
GEORGE WESTON BAKERIES, INC
ATTN CHRIS DEMETRIOU, DIR
930 NORTH RIVERVIEW DRIVE, STE 100
TOTOWA  NJ 07512

CREDITOR ID: 136259-09
GRANT, MICHAEL A
2220 SUFFOLK ST
CHARLESTON SC 29405

CREDITOR ID: 136764-09
GREEN, DAWN B
9 NW 45 AVENUE
PLANTATION FL 33317

CREDITOR ID: 137200-09
GREENWADE, GWEN D
131 BOXWOOD DR
HOPKINSVILLE KY 42240

CREDITOR ID: 429835-15
GRIBBLE, D W AND A L LIV TRUST
C/O WACHOVIA SECURITIES
ATTN VIMONCRIEF, REG SALES ASSOC
113 S TENNESSEE AVENUE
LAKELAND FL 33801

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 143274-09
HAYFORD, JANICE G
3010 LAROSE ST
EAST POINT GA 30344

CREDITOR ID: 147205-09
HOLLAND, JANET M
1021 GREENWILLOW TRAIL
ANDERSON SC 29621

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims, (C) Reducing Overstated
Claims, (D) Disallowing Duplicate Liability Claims, (E)
Fixing Unliquidated Claims and (F) Fixing and Reclassifying
Unliquidated Misclassified Claims as Set Forth in Debtors'**

| | | |
|---|---|---|
| **DEBTOR:   WINN-DIXIE STORES, INC., ET AL.** | | **CASE:   05-03817-3F1** |

CREDITOR ID: 429847-15
HUDES, LYNN, TRUSTEE
LYNN E HUDES REVOCABLE TRUST
66 JUDITH COURT
WANTAGH NY 11793

CREDITOR ID: 411095-15
INLAND SOUTHEAST WEST CHESTER, LLC
C/O INLAND REAL ESTATE GROUP, INC
ATTN BERT BITTOURNA, ESQ
2901 BUTTERFIELD ROAD
OAK BROOK IL 60523

CREDITOR ID: 411095-15
INLAND SOUTHEAST WEST CHESTER, LLC
C/O CONNOLLY BOVE LODGE & HUTZ LLP
ATTN KAREN C BIFFERATO, ESQ
1007 NORTH ORANGE STREET
PO BOX 2207
WILMINGTON DE 19899

CREDITOR ID: 410908-15
JDN REALTY AL, INC
C/O KELLEY DRYE & WARREN LLP
ATTN: ROBERT LEHANE, ESQ
101 PARK AVENUE
NEW YORK NY 10178-0002

CREDITOR ID: 410448-15
JEFFERSON-PILOT LIFE INSURANCE CO
ATTN DIANA R PALECEK, ESQ
PO BOX 21008
GREENSBORO NC 27420

CREDITOR ID: 410448-15
JEFFERSON-PILOT LIFE INSURANCE CO
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: BENJAMIN A KAHN, ESQ
701 GREEN VALLEY ROAD, SUITE 100
GREENSBORO NC 27408

CREDITOR ID: 452031-15
JOANNOU, ALEXANDRE
C/O NATIONAL BANK FINANCIAL
ACCT NO 1C-A3FE-F
1155 METCALFE STREET
MONTREAL QC H3B 4S9
CANADA

CREDITOR ID: 39117-05
JOHNSON, ANDRE A
1975 MAYWOOD PLACE
ATLANTA GA 30318-6371

CREDITOR ID: 39124-05
JOHNSON, ANGELA S
RT 1 149G
HARDEEVILLE SC 29927

CREDITOR ID: 155087-09
JOHNSON, SHONTERRA T
265 EASTGATE DRIVE
DOTHAN AL 36303

CREDITOR ID: 383218-15
KPT COMMUNITIES, LLC
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN NEIL E HERMAN, ESQ
101 PARK AVENUE
NEW YORK NY 10178

CREDITOR ID: 417085-98
LASALLE BANK NATIONAL ASSOC ETAL
C/O DUANE MORRIS LLP
ATTN WENDY SIMKULAK ESQ
30 SOUTH 17TH ST
PHILADELPHIA PA 19103-4196

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O CW CAPITAL ASSET MANAGEMENT
ATTN MR DEMETRIOS MORAKIS
700 12TH STREET NW SUITE 700
WASHINGTON DC 20005

CREDITOR ID: 452149-98
LB UBS 2001-C2 COMMERCIAL MORTGAGE
C/O STUTMAN THAMES & MARKEY PA
ATTN: RICHARD THAMES, ESQ.
50 N LAURA ST, STE 600
JACKSONVILLE FL 32202

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 279240-35
LEA & PERRINS, INC
ATTN DENISE SCHRADIN, CREDIT
15-01 POLLITT DR
FAIR LAWN NJ 07410-2795

CREDITOR ID: 452038-15
LEGETTE, CHARLES E
1510 HARBOR COURT
FORT MEYERS FL 33908

CREDITOR ID: 44518-05
LEMIEUX, BAMBILENA C
157 ACADEMY DRIVE
DALLAS GA 30132-4804

CREDITOR ID: 407764-99
LENOIR PARTNERS LLC
C/O ROSEN LAW GROUP LLC
ATTN MITCHELL S ROSEN, ESQ
ATLANTA PLAZA, STE 3250
950 E PACES FERRY RD
ATLANTA GA 30326

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
ATTN BILL SINDLINGER VP & COUNSEL
AEGON USA REALTY ADVISORS INC
4333 EDGEWOOD RD NE
CEDAR RAPIDS IA 52499-5220

CREDITOR ID: 416950-98
LIFE INVESTORS INS CO OF AMERICA
EPSTEIN BECKER & GREEN PC
NEAL D DODELL
RESURGENS PLAZA
945 E PACES FERRY RD STE 2700
ATLANTA GA 30326

CREDITOR ID: 429840-15
LOZIER, KARL A, JR
334 VILLA DRIVE SOUTH
ATLANTIS FL 33462

CREDITOR ID: 429854-15
MARTIN, BARRY
C/O WACHOVIA SECURITIES
ARRN ANNE L DAVIDSON
8115 PRESTON ROAD, SUITE 300
DALLAS TX 75235

CREDITOR ID: 406234-G4
MAX DERBES INC REALTORS
SUITE 100 ELMWOOD BUSINESS PARK
5440 MOUNES STREET
NEW ORLEANS LA 70123

CREDITOR ID: 406234-G4
MAX DERBES INC REALTORS
MCGUIRE WOODS
ATTN MARK E FREEDLANDER, ESQ
DOMINION TOWER
625 LIBERTY AVENUE, 23RD FLR
PITTSBURGH PA 15222-3142

CREDITOR ID: 256235-12
MCINTYRE, MICHAEL J
314 VIRGINIA AVENUE
ANN ARBOR, MI 48103

CREDITOR ID: 1585-RJ
MCNAB PLAZA INC
ATTN  WILLIAM B SHIELDS JR VP
4350 WEST SUNRISE BLVD STE 122
PLANTATION, FL 33313

SERVICE LIST
Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims, (C) Reducing Overstated
Claims, (D) Disallowing Duplicate Liability Claims, (E)
Fixing Unliquidated Claims and (F) Fixing and Reclassifying
Unliquidated Misclassified Claims as Set Forth in Debtors'

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                          **CASE:   05-03817-3F1**

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
ATTN: NICHOLAS GRIFFTHS
4 WORLD FINANCIAL CENTER
NEW YORK NY 1080

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O BALCH & BINGHAM, LLP
ATTN RANELLE M JOHNSON, PARALEGAL
1901 6TH AVENUE NORTH, SUITE 2600
PO BOX 306
BIRMINGHAM AL 35203

CREDITOR ID: 279122-99
MERRILL LYNCH PIERCE FENNER & SMITH
C/O MORRISON & FOERSTER LLP
ATTN: ALEXANDRA STEINBERG BARRAGE
2000 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20006

CREDITOR ID: 177135-09
MICHALSKI, GREGORY V
10264 103RD STREET
JACKSONVILLE FL 32210

CREDITOR ID: 1597-07
MID SOUTH YAZOO LP
ATTN SCOT LUTHER
4502 HOLLY ST
BELLAIRE, TX 77401

CREDITOR ID: 452036-15
MONOCLE MANAGEMENT INC
ATTN LOREN SIMKOWITZ, PRESIDENT
1291 SEMINOLE DRIVE
FORT LAUDERDALE FL 33304

CREDITOR ID: 452035-15
MONOCLE MANAGEMENT LTD INC
ATTN LOREN M SIMKOWITZ, PRESIDENT
1040 BAYVIEW DRIVE, SUITE 528
FORT LAUDERDALE FL 33304

CREDITOR ID: 410382-15
MORRO PALMS SHOPPING CENTER, GP
C/O COOLEY GODWARD LLP
ATTN J MICHAEL KELLY, ESQ
101 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO CA 94111

CREDITOR ID: 382049-36
MORTON SALT
ATTN SCOTT DEXHEIMER
123 N WACKER DR
CHICAGO IL 60606-1743

CREDITOR ID: 382049-36
MORTON SALT
C/O UNGARETTI & HARRIS
ATTN R SCOTT ALSTERDA, ESQ
3500 3 FIRST NATIONAL PLAZA
CHICAGO IL 60602-4283

CREDITOR ID: 2426-07
MT DORA MARKETPLACE LTD
ATTN AILEEN GUADALUPE, COMPTROLLER
PO BOX 273760
BOCA RATON FL 33487-3760

CREDITOR ID: 410728-15
NFLC 1998-2 CHARLESTON MARKET, LLC
C/O LNR PARTNERS, INC
ATTN DANNY VANDER REIS
1601 WASHINGTON AVE, SUITE 700
MIAMI FL 33139

CREDITOR ID: 410728-15
NFLC 1998-2 CHARLESTON MARKET, LLC
C/O KOZYAK TROPIN & THROCKMORTON
ATTN LAUREL M ISICOFF, ESQ
2525 PONCE DE LEON BLVD, STE 900
CORAL GABLES FL 33134

CREDITOR ID: 400440-15
ONSLOW CONTAINER SERVICE, INC
ATTN H A HILL, PRES
PO BOX 9
DEEP RUN NC 28525

CREDITOR ID: 376483-44
OWENSBORO MESSENGER INQUIRER
ATTN RUTH SEHON
PO BOX 1480
OWENSBORO, KY 42302-1480

CREDITOR ID: 2515-07
PALMER, ROBERT H JR
PO BOX 3146
JOHNSON CITY, TN 37602

CREDITOR ID: 2515-07
PALMER, ROBERT H JR
C/O HERNDON COLEMAN BRADING & MCKEE
ATTN EDWARD T BRADING, ESQ
PO BOX 1160
JOHNSON CITY TN 37605-1160

CREDITOR ID: 258328-12
PEPSI COLA BOTTLING
ATTN JAMES W DAVIS, CONTROLLER
PO BOX 3567
GREENVILLE, SC 29608

CREDITOR ID: 279080-32
PHARMACARE HEALTH SERVICES, INC
C/O HURLEY PARTIN WHITAKER, PA
ATTN HURLEY PARTIN WHITAKER, ESQ
500 N HARBOR CITY BLVD, SUITE D
MELBOURNE FL 32935

CREDITOR ID: 192560-09
PIERRE, RAYNOLD
1000 NE 17 STREET F
FORT LAUDERDALE FL 33305

CREDITOR ID: 258581-12
PINEWOOD PLAZA ASSOCIATES
C/O RICHARD G HOEFLING, ESQ
PO BOX 269
GASTONIA NC 28053

CREDITOR ID: 2482-07
PRESTON OIL COMPANY, LP
ATTN RONALD G GENTZLER, GEN MGR
1717 WOODSTEAD COURT
THE  WOODLANDS TX 77380-0077

CREDITOR ID: 2482-07
PRESTON OIL COMPANY, LP
C/O HENDERSON FRANKLIN STARNES
ATTN DOUGLAS B SZABO, ESQ
PO BOX 280
FORT MYERS FL 33902-0280

CREDITOR ID: 195094-09
PRIMUS, LENORA
PO BOX 530874
LAKE PARK FL 33403

CREDITOR ID: 534649-15
PRIMUS, LENORA
PO BOX 1312
EATON PARK FL 33840

CREDITOR ID: 417084-97
PRINCIPAL GLOBAL INVESTORS
ATTN EMILY A HIPPEN
801 GRAND AVE
DES MOINES IA 50392-4196

CREDITOR ID: 410511-15
PRINCIPAL LIFE INSURANCE CO FKA
PRINCIPAL MUTUAL LIFE INSURANCE CO
C/O THE PRINCIPAL FINANCIAL GROUP
ATTN STEPHEN G SKRIVANEK, ESQ
711 HIGH STREET
DES MOINES IA 50392-0001

SERVICE LIST

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims, (C) Reducing Overstated
Claims, (D) Disallowing Duplicate Liability Claims, (E)
Fixing Unliquidated Claims and (F) Fixing and Reclassifying
Unliquidated Misclassified Claims as Set Forth in Debtors'**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 | CREDITOR ID: 407577-98<br>REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| CREDITOR ID: 429851-15<br>REID, DANIEL & BARBARA JT WROS<br>C/O JBHANAUER & CO<br>ATTN MATTHEW B PARENT, FIN ADV<br>1700PALM BEACH LAKES BLVD, STE 900<br>WEST PALM BEACH FL 33411 | CREDITOR ID: 198220-09<br>REINERT, ESTATE OF GARY A<br>C/O BARBARA DE LAUNEY, ESTATE REP<br>731 OAK STREET<br>LUDLOW KY 41016 | CREDITOR ID: 416946-15<br>REMKE MARKETS, INC<br>C/O DETERS BENZINGER & LAVELLE<br>ATTN ELIZABETH GRAHAM WEBER, ESQ<br>207 THOMAS MORE PKWY<br>CRESTVIEW HILLS KY 41017 |
| CREDITOR ID: 199198-09<br>RICHARDS, ASHLEY M<br>1503 MLK JR DRIVE<br>COLUMBUS MS 39701-0397 | CREDITOR ID: 201438-09<br>ROBINSON, JUANITA D<br>14 THOMASVILLE HIGH DR<br>THOMASVILLE NC 27360 | CREDITOR ID: 201907-09<br>RODGERS, RICKEY B<br>8323 ALLAMANDA AVE<br>TAMPA FL 33619 |
| CREDITOR ID: 410955-99<br>RONALD BENDERSON 1995 TR/BENDERSON<br>85-1 TRUST AKA RON-BEN ASSOCS<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202 | CREDITOR ID: 410955-99<br>RONALD BENDERSON 1995 TR/BENDERSON<br>C/O BENDERSON DEVELOPMENT CO LLC<br>ATTN: JOEL E SCHOLSBERG, ESQ<br>8441 COOPER CREEK BLVD<br>UNIVERSITY PARK FL 34201 | CREDITOR ID: 429852-15<br>ROSENTHAL, BEN H JR & JANIE W<br>C/O WACHOVIA SECURITIES<br>ATTN ANNE L DAVIDSON<br>8115 PRESTON ROAD, SUITE 300<br>DALLAS TX 75225 |
| CREDITOR ID: 452101-15<br>ROSNER, PHILLIP E & PAULA PERI<br>310 KINGS COURT NE<br>MARIETTA GA 30067-3622 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328 | CREDITOR ID: 260327-12<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ<br>PO BOX 306<br>BRIMINGHAM AL 35201-0306 |
| CREDITOR ID: 410481-15<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN JAMES J VINCEQUERRA, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 406148-15<br>SCANA ENERGY MARKETING, INC<br>C/O MOORE & VAN ALLEN PLLC<br>ATTN DAVID B WHEELER, ESQ<br>PO BOX 22828<br>CHARLESTON SC 29413-2828 | CREDITOR ID: 410741-15<br>SENDERO COMM'L INVEST PARK PLACE LP<br>C/O AKIN GUMP STRAUSS HAUER ET AL<br>ATTN KEITH MILES AURZADA, ESQ<br>1700 PACIFIC AVENUE, STE 4100<br>DALLAS TX 75201 |
| CREDITOR ID: 212690-09<br>SMITH, DWIGHT<br>302 N JACKSON<br>FITZGERALD GA 31750 | CREDITOR ID: 213965-09<br>SMITH, TROVOUS A<br>1981 NW 43 TERR #159<br>LAUDERHILL FL 33313 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 |
| CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | CREDITOR ID: 399627-15<br>SOUTHEASTERN INDUS & FAMILY MED<br>ATTN DR MICHAEL C TURNER & P MORETZ<br>1600 FOREST AVENUE<br>MONTGOMERY AL 36106 | CREDITOR ID: 410957-15<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411055-15<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>600 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHARLES J CRIST, JR, ESQ<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 |

**SERVICE LIST**

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims, (C) Reducing Overstated
Claims, (D) Disallowing Duplicate Liability Claims, (E)
Fixing Unliquidated Claims and (F) Fixing and Reclassifying
Unliquidated Misclassified Claims as Set Forth in Debtors'**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 411189-15<br>STATE OF FLORIDA REV DEPT<br>C/O FREDERICK F RUDZIK, ESQ<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 | CREDITOR ID: 407496-15<br>STATE OF GEORGIA COMMUNITY HEALTH<br>C/O ASSISTANT ATTORNEY GENERAL<br>ATTN: OSCAR B FEARS III<br>STATE OF GEORGIA<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334 | CREDITOR ID: 407496-15<br>STATE OF GEORGIA COMMUNITY HEALTH<br>ATTN N B CHILDERS/C GRANT, ESQS<br>2 PEACHTREE STREET, 40TH FLOOR<br>ATLANTA GA 30303-3159 |
| CREDITOR ID: 410808-15<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 407582-15<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321 | CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>ATTN BRENDA WILSON/MARTHA POSADA<br>617 N THIRD STREET<br>PO BOX 66658<br>BATON ROUGE LA 70896-6658 |
| CREDITOR ID: 399301-15<br>STATE OF LOUISIANA REV DEPT<br>C/O OFFICE OF THE ATTORNEY GENERAL<br>ATTN: RICHARD P IEYOUB, ESQ<br>DEPT OF JUSTICE<br>PO BOX 94095<br>BATON ROUGE LA 70804-095 | CREDITOR ID: 417082-97<br>STRIKE FORCE III LLC<br>ATTN: ANTONIA PASTERMACK, MGR<br>380 S COURTENAY PARKWAY<br>MERRITT ISLAND FL 32952 | CREDITOR ID: 279330-99<br>SUNSHINE MILLS, INC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STEWART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 |
| CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | CREDITOR ID: 2624-07<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O JOHN H EVANS, PA<br>ATTN JOHN H EVANS, ESQ<br>1702 S WASHINGTON AVENUE<br>TITUSVILLE FL 32780 | CREDITOR ID: 417083-97<br>THREE MEADOWS PLAZA PARTNERSHIP<br>ATTN: ALAN R MATRONI, GEN PARTNER<br>402 HIGH POINT DRIVE<br>COCA FL 32926 |
| CREDITOR ID: 74739-05<br>TOVAR, JORGE H<br>6103 TAVENDALE DR<br>ORLANDO FL 32809 | CREDITOR ID: 410810-15<br>TOWER CENTER ASSOCIATES, LTD<br>C/O PEPPER HAMILTON, LLP<br>ATTN J C CARIGNAN/A SABLE, ESQS<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET ST, PO BOX 1709<br>WILMINGTON DE 19899-1709 | CREDITOR ID: 263711-12<br>UBF FOOD SOLUTIONS UBFNA<br>C/O UNILEVER FOOD SOLUTIONS, NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 |
| CREDITOR ID: 423148-97<br>UNILEVER UNITED STATES INC<br>ATTN: BRIAN S CHEVLIN, DEP GEN CNSL<br>700 SYLVAN AVENUE, B3035<br>ENGLEWOOD CLIFFS NJ 07632-3100 | CREDITOR ID: 410740-15<br>USPG PORTFOLIO II, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | CREDITOR ID: 264006-12<br>VALRICO SQUARE<br>C/O RETAIL ASSET MANAGEMENT<br>PO BOX 5666<br>CLEARWATER, FL 33758-5666 |
| CREDITOR ID: 264144-12<br>VICTORY MAXWELL, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 264144-12<br>VICTORY MAXWELL, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 416243-15<br>VILLAGE MARKETPLACE OF HAW RIVER<br>C/O KENNEDY COVINGTON LOBDELL ET AL<br>ATTN LAWRENCE E BEHNING, ESQ<br>214 N TRYON STREET, 47TH FLOOR<br>CHARLOTTE NC 28202 |
| CREDITOR ID: 228160-09<br>WALCOTT, IKE A<br>521 ARNAU TERR.<br>JACKSONVILLE FL 32254 | CREDITOR ID: 228319-09<br>WALKER, CARNELL J<br>2346 WOOD HILL LANNE<br>EASTPOINT GA 30344 | CREDITOR ID: 410801-15<br>WD FLORENCE PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, STE 500<br>TORONTO ON MSK 1N4<br>CANADA |
| CREDITOR ID: 410801-15<br>WD FLORENCE PORTFOLIO, LP<br>C/O JENKENS & GILCHRIST PC<br>ATTN MICHAEL S HELD, ESQ<br>1445 ROSS AVENUE, STE 3700<br>DALLAS TX 75202 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O KAMIN REALTY CO<br>ATTN DANIEL G KAMIN, MGR<br>490 SOUTH HIGHLAND AVE<br>PITTSBURGH PA 15206 | CREDITOR ID: 410763-15<br>WD MT CARMEL, LLC<br>C/O SEYFARTH SHAW, LLP<br>ATTN SARA E LORBER, ESQ<br>131 SOUTH DEARBORN STREET, STE 2400<br>CHICAGO IL 60603 |

SERVICE LIST

**Order (A) Disallowing No Liability Claims, (B) Disallowing
No Liability Misclassified Claims, (C) Reducing Overstated
Claims, (D) Disallowing Duplicate Liability Claims, (E)
Fixing Unliquidated Claims and (F) Fixing and Reclassifying
Unliquidated Misclassified Claims as Set Forth in Debtors'**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 408342-15
WELLS FARGO BANK, NA, TRUSTEE
C/O MCGLINCHEY STAFFORD, PLLC
ATTN STEPHEN P STROHSCHEIN, ESQ
ONE AMERICAN FLOOR, 14TH FLOOR
BATON ROUGE LA 70825

CREDITOR ID: 264647-12
WEST NAPOLEON JOINT VENTURE
C/O MELTZER PROPERTIES LTD
ATTN JOHN A MELTZER
4621 WEST NAPOLEON AVE, STE 210
METAIRIE, LA 70001

CREDITOR ID: 408298-99
WESTSIDE CITY, INC
C/O HELD & ISRAEL
ATTN EDWIN W HELD, JR, ESQ
1301 RIVERPLACE BLVD, SUITE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 237304-09
WOODARD, MARTINEZ R
1201 HOWELL STREET
HOPKINSVILLE KY 42240

CREDITOR ID: 407758-99
WOODLAND HARTFORD ASSOC LLC
C/O SCHUYLER STEWART SMITH
ATTN: MICHAEL E CECIL
118 WEST ADAMS ST, #800
JACKSONVILLE FL 32202

CREDITOR ID: 407758-99
WOODLAND HARTFORD ASSOC LLC
C/O SOLOMON PEARL ET AL
ATTN JOEL M SHAFFERMAN, ESQ
40 WALL ST, 35TH FL
NEW YORK NY 10005

CREDITOR ID: 404005-94
ZAHRA, EMILE E JR
824 MAPLETON TERRACE
JACKSONVILLE FL 32207

**Total:   169**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### ORDER (A) DISALLOWING NO LIABILITY CLAIMS, (B) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS, (C) REDUCING OVERSTATED CLAIMS, (D) DISALLOWING DUPLICATE LIABILITY CLAIMS, (E) FIXING UNLIQUIDATED CLAIMS AND (F) FIXING AND RECLASSIFYING UNLIQUIDATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' SEVENTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on September 14,

2006, upon the Seventeenth Omnibus Objection (the "Objection") of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors") to the proofs of claim listed on Exhibits A through F (the "Disputed

Claims").[2] Several formal and informal objections to the Objection were raised or

filed, as a result of which the Debtors have agreed to continue the Objection with

respect to (i) claim nos. 297 and 298 filed by KPT Communities, LLC, (ii) claim no.

12428 filed by Remke Markets, Inc., (iii) claim no. 9638 filed by WD Mt Carmel,

LLC, (iv) claim no. 4148 filed by State of Georgia Department of Community

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

Health, (v) claim no. 10024 filed by Unilever Best Foods, (vi) claim no. 10302 filed by Fairfield Partners LP, (vii) claim no. 12094 filed by Lenoir Partners LLC, (viii) claim no. 13101 filed by Morro Palms Shopping Center, GP, (ix) claim no. 10143 filed by Ronald Benderson 1995 Trust, and (x) claim no. 9213 filed by Woodland Hartford Assoc LLC (collectively, the "Unresolved Objections"), which claims have been removed from Exhibits A through F. Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained as set forth below.

2.      The No Liability Claims listed on Exhibit A are disallowed in their entirety.

3.      The No Liability Misclassified Claims listed on Exhibit B are disallowed in their entirety.

4.      The Overstated Claims listed on Exhibit C are reduced to the amounts set forth on Exhibit C under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

5.      The Duplicate Liability Claims listed on Exhibit D are disallowed in their entirety.

6.      The Unliquidated Claims listed on Exhibit E are fixed in the amounts listed on Exhibit E under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

7.      The Unliquidated Misclassified Claims listed on Exhibit F are fixed at the amounts set forth on Exhibit F under the heading Fixed Claim Amount and the amounts exceeding the Fixed Claim Amount are disallowed. The asserted class status alleged for each of the Unliquidated Misclassified Claims listed on

2

Exhibit F is denied; and the Unliquidated Misclassified Claims are reclassified as specified on Exhibit F under the heading Modified Class Status.

8.    Claim numbers 13260 and 13261 filed by the State of Louisiana Department of Revenue are disallowed, having been amended by claim numbers 13462 and 13461, respectively.

9.    Other than the Unresolved Objections, those objections that have not yet been withdrawn are overruled.

10.    The hearing to consider the Objection with respect to the Unresolved Objections is continued until further order of the Court upon the motion of any party in interest.

11.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

12.    Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

13.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Remaining Claims or the Disputed Claims,

including objections on the ground that a Disputed Claim was filed against the

incorrect Debtor or that the Debtor against which the Disputed Claim was filed

should be modified.

Dated this ___14___ day of September, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

4

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 2029**<br>12TH STREET & WASHINGTON ASSOCS, LP<br>8698 EAST SAN ALBERTO DRIVE<br>SCOTTSDALE AZ 85258<br><br>Counsel: ATTN MARK D SVEJDA, ESQ | 12399<br>Debtor: | $587,521.42<br>WINN-DIXIE STORES, INC. | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410891**<br>ALLIED CAPITAL CORPORATION<br>C/O VENABLE LLP<br>ATTN G CROSSH FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 10002<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | STORE LEASE ASSIGNED TO OFFICE DEPOT 5/23/06. ANTICIPATORY REJECTION DAMAGE CLAIM FILED BY LANDLORD'S LENDER TO BE DISALLOWED AS NO AMOUNT IS DUE. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>NKA: NATIONAL RETAIL PROPERTIES INC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 8607<br>Debtor: | $20,674.31<br>WINN-DIXIE STORES, INC. | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020<br><br>Counsel: ATTN ALAN J LIPKIN, ESQ | 10134<br>Debtor: | $0.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY. STORE WAS SOLD TO CALHOUN ENTERPRISES, INC. ON AUG. 31, 2005. NO CURE AMOUNTS WERE OWED OR PAID. |
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020<br><br>Counsel: ATTN ALAN J LIPKIN, ESQ | 10135<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY ON GUARANTY. STORE WAS SOLD TO CALHOUN ENTERPRISES, INC. ON AUG. 31, 2005. NO CURE AMOUNTS WERE OWED OR PAID. |
| **Creditor Id: 137200**<br>GREENWADE, GWEN D<br>131 BOXWOOD DR<br>HOPKINSVILLE KY 42240 | 1867<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 147205**<br>HOLLAND, JANET M<br>1021 GREENWILLOW TRAIL<br>ANDERSON SC 29621 | 2786<br>Debtor: **WINN-DIXIE STORES, INC.** | $20,646.84 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT, TERMINATED AS OF 12/2/04, IS NOT ENTITLED TO SEVERANCE. |
| **Creditor Id: 411095**<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11095<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. STORE SOLD THROUGH ASSIGNMENT PRIOR TO BANKRUPTCY FILING. |
| **Creditor Id: 411095**<br>INLAND SOUTHEAST WEST CHESTER, LLC<br>C/O INLAND REAL ESTATE GROUP, INC<br>ATTN BERT BITTOURNA, ESQ<br>2901 BUTTERFIELD ROAD<br>OAK BROOK IL 60523<br><br>Counsel: ATTN KAREN C BIFFERATO, ESQ | 11102<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE SOLD THROUGH ASSIGNMENT PRIOR TO BANKRUPTCY FILING. |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 10062<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $18,500.62 | ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8582<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8585<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 279122**<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATTN: NICHOLAS GRIFFTHS<br>4 WORLD FINANCIAL CENTER<br>NEW YORK NY 1080<br><br>Counsel: ATTN: ALEXANDRA STEINBERG BARRAGE | **13185**<br>Debtor: | $1,145,741.28<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO DUPLICATES LIABILITY IN CLAIM NUMBER 13188. |
| **Creditor Id: 1597**<br>MID SOUTH YAZOO LP<br>ATTN SCOT LUTHER<br>4502 HOLLY ST<br>BELLAIRE, TX 77401 | **11424**<br>Debtor: | $26,410.46<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/5/05 TO PREMIER FOOD, INC. ON 7/18/06, DEBTOR PAID CURE OF $7,506.47 BY CHECK NUMBER 9906096. |
| **Creditor Id: 411013**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>SHOPPES OF VICTORIA SQ PT ST LUCIE<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ.<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | **10308**<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO AMOUNT DUE PER DEBTOR AND CLAIMANT. DISALLOWANCE IS WITHOUT PREJUDICE TO CLAIMANTS RIGHTS AS TO ANY CURE CLAIM FOR THE LEASE THAT IS THE SUBJECT OF THIS PROOF OF CLAIM OR THE DEBTOR'S RIGHTS TO OBJECT TO ANY SUCH CURE AMOUNT. |
| **Creditor Id: 411014**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CREEKWOOD SHOPPING CENTER, REX, GA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | **10309**<br>Debtor: | $59,535.36<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 9/1/05 TO ALL AMERICAN QUALITY FOODS, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $57,503.45 (REAL ESTATE TAXES OF $46,639.61 AND COMMON AREA MAINTENANCE CHARGES OF $10,863.84), NO OTHER AMOUNT IS DUE. DISALLOWANCE IS WITHOUT PREJUDICE TO CLAIMANT'S RIGHTS AS TO ANY CURE CLAIM FOR THE LEASE THAT IS THE SUBJECT OF THIS PROOF OF CLAIM OR THE DEBTOR'S RIGHTS TO OBJECT TO ANY SUCH CURE AMOUNT. |
| **Creditor Id: 258581**<br>PINEWOOD PLAZA ASSOCIATES<br>C/O RICHARD G HOEFLING, ESQ<br>PO BOX 269<br>GASTONIA NC 28053 | **5233**<br>Debtor: | $36,594.20<br>WINN-DIXIE STORES, INC. | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. LEASE SOLD 8/15/05 TO MARCIN STORES, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE COSTS OF $15,040.34 FOR REAL ESTATE TAXES, $4,200.08 FOR INSURANCE, AND $17,353.78 FOR COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 195094**<br>PRIMUS, LENORA<br>PO BOX 530874<br>LAKE PARK FL 33403 | **1960**<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | **8819**<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | **8822**<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O THE PRINCIPAL FINANCIAL GROUP<br>ATTN STEPHEN G SKRIVANEK, ESQ<br>711 HIGH STREET<br>DES MOINES IA 50392-0001<br>Counsel: ATTN MARGERY N REED, ESQ | **8830**<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $3,665.35 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON GUARANTY. LEASE SOLD 9/30/05 TO ROCKDALE GROCERY, INC. IN CONNECTION WITH CLOSING, DEBTOR PAID CURE AMOUNTS OF $3,665.35 FOR COMMON AREA MAINTENANCE CHARGES AND INSURANCE. NO OTHER AMOUNT IS DUE. |
| **Creditor Id: 198220**<br>REINERT, ESTATE OF GARY A<br>C/O BARBARA DE LAUNEY, ESTATE REP<br>731 OAK STREET<br>LUDLOW KY 41016 | **6111**<br>Debtor: WINN-DIXIE STORES, INC. | $150.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 212690**<br>SMITH, DWIGHT<br>302 N JACKSON<br>FITZGERALD GA 31750 | **1806**<br>Debtor: DEEP SOUTH PRODUCTS, INC. | $4,800.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 411189**<br>STATE OF FLORIDA REV DEPT<br>BANKRUPTCY SECTION<br>ATTN CATHY DUBISKY/MICHELLE KENNEDY<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668<br>Counsel: C/O FREDERICK F RUDZIK, ESQ | **13219**<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $52,609.23 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT MISAPPLIED PAYMENTS. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id: 228160**<br>WALCOTT, IKE A.<br>521 ARNAU TERR.<br>JACKSONVILLE FL 32254 | 2526<br>Debtor: **WINN-DIXIE LOGISTICS, INC.** | $125,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 237304**<br>WOODARD, MARTINEZ R<br>1201 HOWELL STREET<br>HOPKINSVILLE KY 42240 | 2554<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 404005**<br>ZAHRA, EMILE E JR<br>824 MAPLETON TERRACE<br>JACKSONVILLE FL 32207 | 7468<br>Debtor: **WINN-DIXIE STORES, INC.** | $250,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LIFE INSURANCE<br>POLICY IS NOT AFFECTED BY BANKRUPTCY FILING. |
| **Total Claims to be Disallowed:**<br>**Total Amount to be Disallowed:** | **27**<br>**$2,351,848.87** | **Plus Unliquidated Amounts, if Any** | |

**EXHIBIT B**

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

Page: 1 of 4
Date: 09/12/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 422543**<br>ANDRESKI, THADDEUS J<br>15312 W BANFF LANE<br>SURPRISE AZ 85379 | 13172<br>Debtor: WINN-DIXIE STORES, INC. | $1,500.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 417768**<br>BURTON, BARBARA W<br>9000 COMMODORE DRIVE, UNIT 201<br>SEMINOLE FL 33776 | 13093<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 267560**<br>COUNTY OF HEARD TAX ASSESSORS<br>ATTN LARRY PIKE OR S NOLEN<br>215 E CT SQUARE, RM 19<br>FRANKLIN GA 30217 | 2265<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO LIABILITY, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 22180**<br>DONAHUE, MAUREEN<br>710 SW 81 TER<br>N LAUDERDALE FL 33068<br>Counsel: ATTN MAUREEN HEALEY KENNON, ESQ | 4141<br>Debtor: WINN-DIXIE STORES, INC. | $81,934.19 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 402561**<br>DUNLAP, LARRY M<br>126 BIARCLIFF ROAD<br>CENTRAL SC 29630 | 11941<br>Debtor: WINN-DIXIE STORES, INC. | $251,000.00 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO, MISCLASSIFIED CLAIM AND LATE. |
| **Creditor Id: 125260**<br>EVANS, VICTORIA J<br>6 SPERLING DRIVE<br>AMELIA OH 45102 | 1340<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 26637**<br>FOSTER, DAVID R<br>127 NICOLE LANE<br>CRESTVIEW FL 32539 | 1845<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $580.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 136259**<br>GRANT, MICHAEL A<br>2220 SUFFOLK ST<br>CHARLESTON SC 29405 | 1458<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

Page: 2 of 4
Date: 09/12/2006

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 136764**<br>GREEN, DAWN B<br>9 NW 45 AVENUE<br>PLANTATION FL 33317 | 10402<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 39117**<br>JOHNSON, ANDRE A<br>1975 MAYWOOD PLACE<br>ATLANTA GA 30318-6371 | 9248<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $2,500.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 39124**<br>JOHNSON, ANGELA S<br>RT 1 149G<br>HARDEEVILLE SC 29927 | 8259<br>Debtor: WINN-DIXIE STORES, INC. | $3,761.06 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K<br>PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 155087**<br>JOHNSON, SHONTERRA T<br>265 EASTGATE DRIVE<br>DOTHAN AL 36303 | 2815<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 44518**<br>LEMIEUX, BAMBILENA C<br>157 ACADEMY DRIVE<br>DALLAS GA 30132-4804 | 1887<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 406234**<br>MAX DERBES INC REALTORS<br>SUITE 100 ELMWOOD BUSINESS PARK<br>5440 MOUNES STREET<br>NEW ORLEANS LA 70123<br>Counsel: ATTN MARK E FREEDLANDER, ESQ | 10332<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 177135**<br>MICHALSKI, GREGORY V<br>10264 103RD STREET<br>JACKSONVILLE FL 32210 | 6119<br>Debtor: WINN-DIXIE STORES, INC. | $8,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTORS BOOKS AND RECORDS. NO<br>SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR<br>CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 192560**<br>PIERRE, RAYNOLD<br>1000 NE 17 STREET F<br>FORT LAUDERDALE FL 33305 | 2028<br>Debtor: WINN-DIXIE STORES, INC. | $1,000.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 199198**<br>RICHARDS, ASHLEY M<br>1503 MLK JR DRIVE<br>COLUMBUS MS 39701-0397 | 9273<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,000.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 201438**<br>ROBINSON, JUANITA D<br>14 THOMASVILLE HIGH DR<br>THOMASVILLE NC 27360 | 1339<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 201907**<br>RODGERS, RICKEY B<br>8323 ALLAMANDA AVE<br>TAMPA FL 33619 | 4060<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. NO<br>SUPPORTING DOCUMENTATION, AND UNKNOWN BASIS FOR<br>CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 213965**<br>SMITH, TROVOUS A<br>1981 NW 43 TERR #159<br>LAUDERHILL FL 33313 | 1939<br>Debtor: **WINN-DIXIE STORES, INC.** | $2,600.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 74739**<br>TOVAR, JORGE H<br>6103 TAVENDALE DR<br>ORLANDO FL 32809 | 1717<br>Debtor: **WINN-DIXIE STORES, INC.** | $306.14 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. 401K<br>PLAN IS NOT AFFECTED BY BANKRUPTCY FILING. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 228319**<br>WALKER, CARLNELL J<br>2346 WOOD HILL LANNE<br>EASTPOINT GA 30344 | 1951<br>Debtor: **WINN-DIXIE STORES, INC.** | $3,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO,<br>MISCLASSIFIED CLAIM. |
| **Creditor Id: 410801**<br>WD FLORENCE PORTFOLIO, LP<br>C/O H&R REIT<br>ATTN MORGAN BERRY<br>3625 DUFFERIN ST, STE 500<br>TORONTO ON M3K 1M4 CANADA<br>Counsel: ATTN MICHAEL S HELD, ESQ | 9732<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY<br>FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT<br>OF DEFAULT, NO DEFAULT HAS OCCURRED. ALSO,<br>MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY AND MISCLASSIFIED
CLAIMS TO BE DISALLOWED AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410801** | 9733 | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY ON GUARANTY OF LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. ALSO, MISCLASSIFIED CLAIM. |
| WD FLORENCE PORTFOLIO, LP | Debtor: WINN-DIXIE STORES, INC. | | | | |
| C/O H&R REIT | | | | | |
| ATTN MORGAN BERRY | | | | | |
| 3625 DUFFERIN ST, STE 500 | | | | | |
| TORONTO  ON  M3K 1N4 CANADA | | | | | |
| Counsel: ATTN MICHAEL S HELD, ESQ | | | | | |

| | | |
|---|---|---|
| **Total Claims to be Disallowed & Recl:** | 24 | |
| **Total Amount to be Disallowed & Recl:** | $359,181.39 | Plus Unliquidated Amounts, If Any |

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 415973**<br>BLACKWELL, SHARRON O<br>C/O ROE CASSIDY COATES & PRICE, PA<br>ATTN JAMES H CASSIDY, ESQ<br>PO BOX 10529<br>GREENVILLE SC 29603 | 13299<br>Debtor: **WINN-DIXIE STORES, INC.** | $33,018.49 | $5,113.93 | REDUCED AMOUNT REFLECTS REMOVAL OF $14,562.19, $5,452.58, AND $2,873.12 FOR 2005 POSTPETITION REAL ESTATE TAXES, COMMON AREA MAINTENANCE CHARGES, AND INSURANCE, RESPECTIVELY, AND $5,016.67 FOR POSTPETITION RENT. |
| **Creditor Id: 410743**<br>CASSELSQUARE, LLC<br>C/O SOUTHERN MGMT & DEV LTD<br>ATTN STEVEN LEVIN, MANAGER<br>21301 POWERLINE ROAD, STE 312<br>BOCA RATON FL 33433<br><br>Counsel: ATTN CRAIG A PUGATCH, ESQ | 9578<br>Debtor: **WINN-DIXIE STORES, INC.** | $291,502.98 | $263,554.46 | REDUCED AMOUNT REFLECTS 1/17/05 PAYMENT OF $27,948.52 FOR 2004 REAL ESTATE TAXES BY CHECK NUMBER 007430336. |
| **Creditor Id: 410561**<br>CCP EMPLOYEE PROFIT SHARING PLAN & TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001<br><br>Transferee: PRINCIPAL LIFE INSURANCE COMPANY | 8903<br>Debtor: **WINN-DIXIE STORES, INC.** | $581,402.36 | $285,545.00 | A PORTION OF CLAIM 8903, IN THE AMOUNT OF $272,062 RELATING TO STORE 2124 (THE "TRANSFERRED CLAIM"), WAS TRANSFERRED TO PRINCIPAL LIFE INSURANCE COMPANY ("PRINCIPAL"). CLAIM 8903 IS REDUCED BY (A) $272,062 ($20,928 OF WHICH WAS FILED AS ADMINISTRATIVE PRIORITY) AS TO CCP EMPLOYEE PROFIT SHARING PLAN & TRUST ("CCP") BECAUSE PRINCIPAL IS THE PROPER CREDITOR FOR STORE 2124 AND (B) $23,795 FOR POSTPETITION CHARGES FOR STORE 2739. THE REDUCTION OF CLAIM 8903 AS TO CCP IS WITHOUT PREJUDICE TO (A) PRINCIPAL'S RIGHTS UNDER ITS SEPARATELY FILED CLAIMS RELATING TO STORE 2124 (THE "PRINCIPAL CLAIMS"), THE TRANSFERRED CLAIM, ANY NOTICE OF TRANSFER AND ANY EVIDENCE OF TRANSFER RELATING TO THE TRANSFERRED CLAIM; AND (B) THE DEBTORS' RIGHTS TO OBJECT TO THE TRANSFERRED CLAIM AND THE PRINCIPAL CLAIMS. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| | | | | REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410845**<br>CRESCENT CENTER ASSOCIATES, LLC<br>1912 EASTCHESTER DRIVE, SUITE 204<br>HIGH POINT NC 27265<br><br>Counsel: ATTN WALTER L HINSON, ESQ. | 9886<br>Debtor: **WINN-DIXIE STORES, INC.** | $23,325.11 | $8,392.96 | REDUCED AMOUNT REFLECTS REMOVAL OF $14,932.15 FOR POSTPETITION CHARGES. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 408206**<br>CROSSROADS CENTER, LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104<br><br>Transferee: LCH OPPORTUNITIES LLC | 11903<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $184,874.46 | $176,207.76 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,666.70 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 1585**<br>MCNAB PLAZA INC<br>ATTN WILLIAM B SHIELDS JR VP<br>4350 WEST SUNRISE BLVD STE 122<br>PLANTATION, FL 33313 | 10870<br>**Debtor:** WINN-DIXIE STORES, INC. | $147,087.44 | $127,030.99 | REDUCED AMOUNT REFLECTS REMOVAL OF $20,056.45 FOR FEBRUARY 2005 RENT (DEBTOR PAID $19,757.10, ACTUAL AMOUNT DUE, BY CHECK NUMBER 00744O367 WHICH CLEARED 2/10/05). |
| **Creditor Id: 2426**<br>MT DORA MARKETPLACE LTD<br>ATTN AILEEN GUADALUPE, COMPTROLLER<br>PO BOX 273760<br>BOCA RATON FL 33487-3760 | 12948<br>**Debtor:** WINN-DIXIE STORES, INC. | $27,746.86 | $3,952.98 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,793.88 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES. |
| **Creditor Id: 410728**<br>NFLC 1998-2 CHARLESTON MARKET, LLC<br>C/O LNR PARTNERS, INC<br>ATTN DANNY VANDER REIS<br>1601 WASHINGTON AVE, SUITE 700<br>MIAMI FL 33139<br><br>Counsel: ATTN LAUREL M ISICOFF, ESQ | 9496<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $290,885.10 | $276,763.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,428.83 FOR OVERSTATED REJECTION DAMAGES, $874.66 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES, AND $2,465.82 AND $4,354.29 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY. |
| **Creditor Id: 260327**<br>SALEM CROSSING SHOPPING CENTER LLC<br>C/O SPECTRUM REALTY ADVISORS INC<br>5871 GLENRIDGE DRIVE, SUITE 400<br>ATLANTA, GA 30328<br><br>Counsel: ATTN CHRISTIE L DOWLING, ESQ | 6196<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $47,809.64 | $43,197.63 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,272.15 AND $339.86 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES, RESPECTIVELY. |
| **Creditor Id: 410481**<br>SAM DEVELOPMENT ASSOCIATES, LLC<br>C/O BROWN RAYSMAN MILLSTEIN ET AL<br>ATTN JAMES J VINCEQUERRA, ESQ<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | 8158<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $454,857.51 | $266,603.66 | REDUCED AMOUNT REFLECTS REMOVAL OF $150,000 FOR ESTIMATED DAMAGE REPAIRS LACKING ADEQUATE SUPPORTING DOCUMENTATION, $4,144.80, $1.52, AND $9,107.44 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE, RESPECTIVELY, AND $25,000 CREDIT FOR SALE OF FIXTURES, FURNITURE, AND EQUIPMENT. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT C - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 410741 | 9580 | $124,436.30 | $120,800.40 | REDUCED AMOUNT REFLECTS REMOVAL OF $151.94 FOR OVERSTATED 2004 |
| SENDERO COMM'L INVEST PARK PLACE LP | | | | REAL ESTATE TAXES AND $3,483.96 FOR 2005 POSTPETITION REAL ESTATE |
| C/O AKIN GUMP STRAUSS HAUER ET AL | Debtor: WINN-DIXIE STORES, INC. | | | TAXES. |
| ATTN KEITH MILES AURZADA, ESQ | | | | |
| 1700 PACIFIC AVENUE, STE 4100 | | | | |
| DALLAS TX 75201 | | | | |

Total Claims to be Reduced:            11

Total Amount to be Reduced:      $2,206,946.25      Plus Unliquidated Amounts, If Any

Total Reduced Amount:             $1,577,163.28

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 406175**<br>ASHLAND DISTRIBUTION<br>ATTN JIM MCMONAGLE DS-3<br>PO BOX 2219<br>COLUMBUS OH 43216 | **1014**<br>Debtor: | 3511<br>WINN-DIXIE STORES, INC. | $3,222.69 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 429833**<br>BARKER, GRACE U<br>C/O MICHAEL D BARKER, EXECUTOR<br>626 WILSHIRE BLVD, SUITE 550<br>LOS ANGELES CA 90017-3209 | **8393**<br>Debtor: | 13057<br>WINN-DIXIE SUPERMARKETS, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 429833**<br>BARKER, GRACE U<br>C/O MICHAEL D BARKER, EXECUTOR<br>626 WILSHIRE BLVD, SUITE 550<br>LOS ANGELES CA 90017-3209 | **8393**<br>Debtor: | 13094<br>WINN-DIXIE SUPERMARKETS, INC. | $10,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 384001**<br>BEASLEYS LOCKSMITH SAFE & DOOR LLC<br>ATTN RAYMOND BEASLEY, OWNER<br>2213 WOODNELL DRIVE<br>RALEIGH, NC 27603 | **2140**<br>Debtor: | 2139<br>WINN-DIXIE RALEIGH, INC. | $2,910.70 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244803**<br>CC REALTY INTERMEDIATE FUND I, LTD<br>C/O CC MANAGEMENT LTD<br>ATTN GEORGE C DEREESE, CFO<br>THREE RIVERWAY, SUITE 670<br>HOUSTON, TX 77056 | **11875**<br>Debtor: | 847<br>WINN-DIXIE STORES, INC. | $37,670.64 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 245904**<br>CITY OF LARGO, FL<br>C/O CITY ATTORNEY<br>ATTN TAMMI BACH, ESQ<br>PO BOX 296<br>LARGO, FL 33779-0296 | **5817**<br>Debtor: | 3676<br>WINN-DIXIE STORES, INC. | $1,332.27 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 411108**<br>COCA-COLA COMPANY, THE<br>PO BOX 1734<br>NAT 2016<br>ATLANTA GA 30301<br><br>Counsel: ATTN ALAN M WEISS, ESQ | 7378<br>Debtor: | 11094<br>WINN-DIXIE STORES, INC. | $114,311.76 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 246717**<br>COMMERCEQUEST, INC<br>ATTN ERIKA BRAGAN, VP FIN<br>5481 WEST WATERS AVENUE, SUITE 100<br>TAMPA FL 33634-1205 | 729<br>Debtor: | 3778<br>WINN-DIXIE STORES, INC. | $58,986.25 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN FILED BY AVNET, INC. |
| **Creditor Id: 406543**<br>CUTCLIFFE, WILLIAM B<br>1033 BROOKSTONE LANE<br>BIRMINGHAM AL 35235 | 4702<br>Debtor: | 2763<br>WINN-DIXIE STORES, INC. | $0.00 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410756**<br>DOLE PACKAGED FOODS COMPANY<br>C/O MCCARRON & DIESS<br>ATTN LOUIS W DIESS, III, ESQ<br>4900 MASSACHUSETTS AVE NE, STE 310<br>WASHINGTON DC 20016 | 8018<br>Debtor: | 9785<br>WINN-DIXIE STORES, INC. | $118,841.99 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 249530**<br>FIRST AMERICAN CARRIERS INC<br>ATTN WILLIAM BENJAMIN COBB<br>PO BOX 8097<br>ROCKY MOUNT NC 27802 | 274<br>Debtor: | 2798<br>WINN-DIXIE MONTGOMERY, INC. | $1,542.63 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN FILED BY FAC FOOD SERVICE LOGISTICS. |
| **Creditor Id: 250466**<br>GEORGE WESTON BAKERIES INC<br>PO BOX 532992<br>ATLANTA, GA 30353-2992 | 1407<br>Debtor: | 10197<br>WINN-DIXIE MONTGOMERY, INC. | $154,579.79 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250466**<br>GEORGE WESTON BAKERIES INC<br>PO BOX 532992<br>ATLANTA, GA 30353-2992 | 1407<br>Debtor: | 10198<br>WINN-DIXIE RALEIGH, INC. | $132,077.61 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 429835**<br>GRIBBLE, D W AND A L LIV TRUST<br>C/O WACHOVIA SECURITIES<br>ATTN VIMONCRIEF, REG SALES ASSOC<br>113 S TENNESSEE AVENUE<br>LAKELAND  FL  33801 | 8393<br>Debtor: | 13067<br>WINN-DIXIE STORES, INC. | $58,875.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 143274**<br>HAYFORD, JANICE G<br>3010 LAROSE ST<br>EAST POINT, GA  30344 | 11161<br>Debtor: | 11162<br>WINN-DIXIE MONTGOMERY, INC. | $0.00 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 429847**<br>HUDES, LYNN, TRUSTEE<br>LYNN E HUDES REVOCABLE TRUST<br>66 JUDITH COURT<br>WANTAGH  NY  11793 | 8393<br>Debtor: | 13099<br>WINN-DIXIE STORES, INC. | $8,355.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 452031**<br>JOANNOU, ALEXANDRE<br>C/O NATIONAL BANK FINANCIAL<br>ACCT NO 1C-A3FE-F<br>1155 METCALFE STREET<br>MONTREAL  QC  H3B 4S9 CANADA | 8393<br>Debtor: | 13138<br>WINN-DIXIE STORES, INC. | $51,738.02 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 279240**<br>LEA & PERRINS, INC<br>ATTN DENISE SCHRADIN, CREDIT<br>15-01 POLLITT DR<br>FAIR LAWN  NJ  07410-2795 | 7294<br>Debtor: | 7295<br>WINN-DIXIE STORES, INC. | $23,274.33 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 452038**<br>LEGETTE, CHARLES E<br>1510 HARBOR COURT<br>FORT MEYERS  FL  33908 | 8393<br>Debtor: | 13144<br>WINN-DIXIE STORES, INC. | $20,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 429840**<br>LOZIER, KARL A, JR<br>334 VILLA DRIVE SOUTH<br>ATLANTIS  FL  33462 | 8393<br>Debtor: | 13092<br>WINN-DIXIE STORES, INC. | $9,006.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 429840**<br>LOZIER, KARL A, JR<br>334 VILLA DRIVE SOUTH<br>ATLANTIS FL 33462 | 8393<br>Debtor: | 13161<br>WINN-DIXIE STORES, INC, | $9,006.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 429854**<br>MARTIN, BARRY<br>C/O WACHOVIA SECURITIES<br>ARRN ANNE L DAVIDSON<br>8115 PRESTON ROAD, SUITE 300<br>DALLAS TX 75235 | 8393<br>Debtor: | 13111<br>WINN-DIXIE STORES, INC. | $63,363.25 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 256235**<br>MCINTYRE, MICHAEL J<br>314 VIRGINIA AVENUE<br>ANN ARBOR, MI 48103 | 456<br>Debtor: | 9169<br>WINN-DIXIE MONTGOMERY, INC. | $8,842.50 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 452035**<br>MONOCLE MANAGEMENT LTD INC<br>ATTN LOREN M SIMKOWITZ, PRESIDENT<br>1040 BAYVIEW DRIVE, SUITE 528<br>FORT LAUDERDALE FL 33304 | 8393<br>Debtor: | 13142<br>WINN-DIXIE STORES, INC. | $110,000.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 382049**<br>MORTON SALT<br>ATTN SCOTT DEXHEIMER<br>123 N WACKER DR<br>CHICAGO IL 60606-1743<br>Counsel: ATTN R SCOTT ALSTERDA, ESQ | 10963<br>Debtor: | 10984<br>WINN-DIXIE RALEIGH, INC. | $8,237.79 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 400440**<br>ONSLOW CONTAINER SERVICE, INC<br>ATTN H A HILL, PRES<br>PO BOX 9<br>DEEP RUN NC 28525 | 1126<br>Debtor: | 839<br>WINN-DIXIE STORES, INC. | $864.02 | DUPLICATE LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN, FILED BY OCS SUPERIOR SERVICE. |
| **Creditor Id: 376483**<br>OWENSBORO MESSENGER INQUIRER<br>ATTN RUTH SEHON<br>PO BOX 1480<br>OWENSBORO, KY 42302-1480 | 1599<br>Debtor: | 1600<br>WINN-DIXIE STORES, INC. | $2,593.64 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 258328**<br>PEPSI COLA BOTTLING<br>ATTN JAMES W DAVIS, CONTROLLER<br>PO BOX 3567<br>GREENVILLE, SC 29608 | 11361<br>Debtor: | 2379<br>WINN-DIXIE RALEIGH, INC. | $41,205.11 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279080**<br>PHARMACARE HEALTH SERVICES, INC<br>C/O HURLEY PARTIN WHITAKER, PA<br>ATTN HURLEY PARTIN WHITAKER, ESQ<br>50D N HARBOR CITY BLVD, SUITE D<br>MELBOURNE FL 32935 | 1081<br>Debtor: | 2995<br>WINN-DIXIE STORES, INC. | $298,919.48 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 429851**<br>REID, DANIEL & BARBARA JT WROS<br>C/O JBHANAUER & CO<br>ATTN MATTHEW B PARENT, FIN ADV<br>1700PALM BEACH LAKES BLVD, STE 900<br>WEST PALM BEACH FL 33411 | 8393<br>Debtor: | 13081<br>WINN-DIXIE STORES, INC. | $33,875.00 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 429852**<br>ROSENTHAL, BEN H JR & JANIE W<br>C/O WACHOVIA SECURITIES<br>ATTN ANNE L DAVIDSON<br>8115 PRESTON ROAD, SUITE 300<br>DALLAS TX 75225 | 8393<br>Debtor: | 13110<br>WINN-DIXIE STORES, INC. | $58,416.41 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 452101**<br>ROSNER, PHILLIP E & PAULA PERI<br>310 KINGS COURT NE<br>MARIETTA GA 30067-3822 | 8393<br>Debtor: | 13199<br>WINN-DIXIE STORES, INC. | $23,621.36 | DUPLICATES LIABILITY IN INDENTURE TRUSTEE CLAIM. |
| **Creditor Id: 406148**<br>SCANA ENERGY MARKETING, INC<br>C/O MOORE & VAN ALLEN PLLC<br>ATTN DAVID B WHEELER, ESQ<br>PO BOX 22828<br>CHARLESTON SC 29413-2828 | 3403<br>Debtor: | 3401<br>CRACKIN' GOOD, INC. | $15,351.91 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. DISALLOWANCE IS CONTINGENT UPON CONFIRMATION AND EFFECTIVENESS OF DEBTORS' PLAN OF REORGANIZATION AND SUBSTANTIVE CONSOLIDATION OF DEBTORS' ESTATES AS PROVIDED FOR IN SUCH PLAN. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT D - DUPLICATE LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 399027**<br>SOUTHEASTERN INDUS & FAMILY MED<br>ATTN DR MICHAEL C TURNER & P MORETZ<br>1600 FOREST AVENUE<br>MONTGOMERY AL 36106 | 723<br>Debtor: | 724<br>WINN-DIXIE STORES, INC. | $4,294.00 | DUPLICATES LIABILITY OF CLAIM LISTED IN REMAINING CLAIM COLUMN AS WELL AS THOSE IN CLAIM NUMBERS 721, 722, AND 723. ALSO DUPLICATES CLAIM NUMBERS 721 AND 722 EXCEPT AS TO ASSERTED DEBTOR. |
| **Creditor Id: 279330**<br>SUNSHINE MILLS, INC<br>C/O JOHNSTON MOORE MAPLES ET AL<br>ATTN STEWART M MAPLES, ESQ<br>400 MERIDIAN STREET, SUITE 301<br>HUNTSVILLE AL 35801 | 1559<br>Debtor: | 9894<br>WINN-DIXIE STORES, INC. | $207,526.34 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 263711**<br>UBF FOOD SOLUTIONS UBFNA<br>C/O UNILEVER FOOD SOLUTIONS, NA<br>ATTN RICHARD BELLIS<br>2200 CABOT DR, SUITE 200<br>LISLE IL 60532 | 10022<br>Debtor: | 10021<br>WINN-DIXIE STORES, INC. | $18,384.11 | DUPLICATES LIABILITY LISTED IN REMAINING CLAIM COLUMN. |

Total Claims to be Disallowed:                36

Total Amount to be Disallowed:        $1,721,225.60        Plus Unliquidated Amounts, If Any

**EXHIBIT E**

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT E - UNLIQUIDATED CLAIMS, IN WHOLE
OR IN PART, TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 416846**<br>BIRMINGHAM REALTY COMPANY<br>C/O REDROCK CAPITAL PARTNERS<br>ATTN CRAIG KLEIN<br>111 S MAIN STREET, SUITE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC<br>Counsel: ATTN STEPHEN B PORTERFIELD, ESQ | 12329<br>Debtor: | $1,259,503.96<br>WINN-DIXIE MONTGOMERY, INC. | $1,259,503.96 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410901**<br>DDR DOWNREIT, LLC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122 | 10056<br>Debtor: | $283,531.24<br>WINN-DIXIE RALEIGH, INC. | $283,531.24 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 10061<br>Debtor: | $31,770.31<br>WINN-DIXIE MONTGOMERY, INC. | $31,770.31 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 408259**<br>MCW-RC FL HIGHLANDS, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD, JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1816<br>JACKSONVILLE FL 32207 | 9959<br>Debtor: | $41,610.17<br>WINN-DIXIE STORES, INC. | $41,610.17 | FIX AT ASSERTED LIQUIDATED AMOUNT.  UNLIQUIDATED AMOUNT FOR POSTPETITION CHARGES TO BE DISALLOWED.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  UNLIQUIDATED PORTION OF CLAIM TO BE DISALLOWED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602<br><br>Counsel: ATTN EDWARD T BRADING, ESQ | 2081<br>Debtor: | $22,191.23<br>WINN-DIXIE RALEIGH, INC. | $22,191.23 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT E - UNLIQUIDATED CLAIMS, IN WHOLE
OR IN PART, TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2482**<br>PRESTON OIL COMPANY, LP<br>ATTN RONALD G GENTZLER, GEN MGR<br>1717 WOODSTEAD COURT<br>THE WOODLANDS TX 77380-0077<br><br>Counsel: ATTN DOUGLAS B SZABO, ESQ | 12229<br>**Debtor:** | $417,826.42<br>WINN-DIXIE STORES, INC. | $417,826.42 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410957**<br>SOUTHERN PARTNERS<br>C/O STRADLEY RONON STEVENS ET AL<br>ATTN MARK J DORVAL, ESQ<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 13191<br>**Debtor:** | $58,479.67<br>WINN-DIXIE STORES, INC. | $58,479.67 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 411055**<br>SR-JLB/JAB, LLC & SR-TCS, LLC<br>C/O BELMONT INVESTMENT CORP<br>ATTN B BELMONT/S HARNER/P MARDINLY<br>800 HAVERFORD ROAD, SUITE G101<br>HAVERFORD PA 19041 | 12401<br>**Debtor:** | $1,014,201.19<br>WINN-DIXIE RALEIGH, INC. | $1,014,201.19 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 407582**<br>STATE OF GEORGIA REV DEPT<br>ATTN ACIE MCGHEE<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 4435<br>**Debtor:** | $23.95<br>TABLE SUPPLY FOOD STORES CO., INC. | $23.95 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 410808**<br>STATE OF GEORGIA REV DEPT<br>ATTN EUNICE NICHOLSON, REVENUE AGT<br>COMPLIANCE DIV/BANKRUPTCY SECTION<br>PO BOX 161108<br>ATLANTA GA 30321<br><br>Counsel: ATTN: OSCAR B FEARS III | 10990<br>**Debtor:** | $30.00<br>DIXIE-HOME STORES, INC. | $30.00 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT E - UNLIQUIDATED CLAIMS, IN WHOLE
OR IN PART, TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id: 2624**<br>THREE MEADOWS PLAZA PARTNERSHIP<br>C/O PRIME SITE REALTY, INC<br>ATTN AL MATRONI<br>PO BOX 97<br>COCOA FL 32923-0097 | 12210<br>Debtor: | $717,024.44<br>WINN-DIXIE STORES, INC. | $717,024.44 | FIX AT LIQUIDATED ASSERTED AMOUNT. |
| Transferee: LASALLE BANK NATIONAL ASSOC ETAL<br>Counsel: ATTN JOHN H EVANS, ESQ | | | | |
| **Creditor Id: 410740**<br>USPG PORTFOLIO II, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | 9581<br>Debtor: | $66,413.26<br>WINN-DIXIE STORES, INC. | $66,413.26 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id: 264144**<br>VICTORY MAXWELL, LLC<br>506 45TH STREET SUITE B-5<br>COLUMBUS, GA 31904 | 8701<br>Debtor: | $19,917.45<br>WINN-DIXIE MONTGOMERY, INC. | $19,917.45 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| Counsel: ATTN EARL M BARKER JR, ESQ | | | | |
| **Creditor Id: 408342**<br>WELLS FARGO BANK, NA, TRUSTEE<br>C/O MCGLINCHEY STAFFORD, PLLC<br>ATTN STEPHEN P STROHSCHEIN, ESQ<br>ONE AMERICAN FLOOR, 14TH FLOOR<br>BATON ROUGE LA 70825 | 7817<br>Debtor: | $322,573.14<br>WINN-DIXIE MONTGOMERY, INC. | $322,573.14 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

Total Claims to be Fixed:          14

Total Amount to be Fixed:          $4,255,096.43 Plus Unliquidated Amounts, If Any

Total Fixed Amount:                $4,255,096.43

**EXHIBIT F**

**WINN-DIXIE STORES, INC., ET AL.**
**SEVENTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - UNLIQUIDATED CLAIMS, IN WHOLE**
**OR IN PART, AND MISCLASSIFIED CLAIMS TO**
**BE FIXED TO SUM CERTAIN AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Fixed Claim Amount | Modified Class Status | Reason for Modification and Reclassification |
|---|---|---|---|---|---|---|
| CRIIMI MAE SVCS LP, SERIES 1997-C1 HOLDERS MERRILL LYNCH MORTGAGE C/O VENABLE LLP ATTN G A CROSS & H D FOLEY, ESQS TWO HOPKINS PLAZA, STE 1800 BALTIMORE MD 21201 | 10607 | $297,029.96 | Multiple Classes Debtor: WINN-DIXIE RALEIGH, INC. | $297,029.96 | Unsecured Non-Priority | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| FIRST WASHINGTON REALTY INC 7027 THREE CHOPT ROAD, SUITE 210 RICHMOND VA 23226 | 7244 | $64,683.59 | Multiple Classes Debtor: WINN-DIXIE STORES, INC. | $64,683.59 | Unsecured Non-Priority | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| GALILEO CMBS T1 HL TX LP C/O CBL & ASSOCIATES MANAGEMENT INC ATTN GARY L RODDY CBL CENTER, SUITE 500 2030 HAMILTON PLACE BLVD CHATTANOOGA TN 37421-6000 | 258 | $11,294.04 | Multiple Classes Debtor: WINN-DIXIE STORES, INC. | $11,294.04 | Unsecured Non-Priority | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| RIVER OAKS PARTNERSHIP C/O HELD & ISRAEL ATTN EDWIN W HELD, JR, ESQ 1301 RIVERPLACE BLVD, SUITE 1916 JACKSONVILLE FL 32207 | 8286 | $8,477.10 | Multiple Classes Debtor: WINN-DIXIE RALEIGH, INC. | $8,477.10 | Unsecured Non-Priority | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| TOWER CENTER ASSOCIATES, LTD C/O PEPPER HAMILTON, LLP ATTN J C CARIGNAN/A SABLE, ESQS HERCULES PLAZA, SUITE 5100 1313 MARKET ST, PO BOX 1709 WILMINGTON DE 19899-1709 | 11749 | $362,923.39 | Multiple Classes Debtor: WINN-DIXIE STORES, INC. | $362,923.39 | Unsecured Non-Priority | FIX AT ASSERTED LIQUIDATED AMOUNT. ALSO, MISCLASSIFIED CLAIM. |
| VALRICO SQUARE C/O RETAIL ASSET MANAGEMENT PO BOX 5666 CLEARWATER, FL 33758-5666 Counsel: ATTN EDWIN W HELD JR, ESQ | 10122 | $2,107.40 | Multiple Classes Debtor: WINN-DIXIE STORES, INC. | $280,486.40 | Unsecured Non-Priority | INCREASED LIQUIDATED AMOUNT REFLECTS REJECTION DAMAGES OF $278,379.00. ALSO, MISCLASSIFIED CLAIM. |
| WEST NAPOLEON JOINT VENTURE C/O MELTZER PROPERTIES LTD ATTN JOHN A MELTZER 4621 WEST NAPOLEON AVE, STE 210 METAIRIE, LA 70001 | 3153 | $0.00 | Secured Debtor: WINN-DIXIE STORES, INC. | $31,254.51 | Unsecured Non-Priority | FIX AT AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
SEVENTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT F - UNLIQUIDATED CLAIMS, IN WHOLE
OR IN PART, AND MISCLASSIFIED CLAIMS TO
BE FIXED TO SUM CERTAIN AND RECLASSIFIED

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Fixed Claim Amount | Reason for Modification and Reclassification |
|---|---|---|---|---|---|---|
| WESTSIDE CITY, INC C/O HELD & ISRAEL ATTN EDWIN W HELD, JR. ESQ 1301 RIVERPLACE BLVD, SUITE 1916 JACKSONVILLE  FL  32207 | 8289 | $2,977.01 | Multiple Classes | Unsecured Non-Priority | $2,977.01 | FIX AT ASSERTED LIQUIDATED AMOUNT.  ALSO, MISCLASSIFIED CLAIM. |

Debtor: WINN-DIXIE RALEIGH, INC.

Total Claims to be Fixed & Reclassified: 8

Total Amount to be Fixed & Reclassified: $749,492.49    Plus Unliquidated Amounts, If Any

Total Fixed & Reclassified Amount: $1,059,126.00