**PROPOSED FORM OF ORDER**

**(follows)**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC.,                     Case No. 3:05-bk-03817-3F1
                                             Chapter 11 (Jointly Administered)
            Debtor.
_____/

**ORDER GRANTING MOTION OF CATAMOUNT ROCKINGHAM, LLC
FOR TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES**

This matter is before the Court on the Motion of Catamount Rockingham, LLC, for Temporary Allowance of Claims for Voting Purposes (the "Motion") filed by Catamount Rockingham, LLC ("Rockingham") in which, pursuant to Federal Rule of Bankruptcy Procedure 3018(a) ("Rule 3018(a)"), Rockingham requests that the Court enter an Order temporarily allowing Rockingham's claims for the purpose of voting on Debtors' proposed plan of reorganization. The Court held a hearing on the Motion and having considered the argument of counsel at the hearing, it is

ORDERED AND ADJUDGED:

1. The Motion is granted in all respects.

2. For purposes of voting on the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan") filed by Winn-Dixie Stores, Inc., Winn-Dixie Raleigh, Inc. and affiliates (collectively, the "Debtors"), Rockingham may vote its Claim No. 11892 (the "Rockingham Claim") in the amount of $315,362.83.

3. For purposes of voting on the Plan, Rockingham may vote its Claim No. 11891 (the "Rockingham Guaranty Claim") in the amount of $315,362.83.

4. The temporary allowance of the Rockingham Claim and the Rockingham Guaranty Claim for purposes of voting on the Plan is without prejudice to the Debtors' ability to challenge either the validity or the amount of the Rockingham Claim and/or the Rockingham Guaranty Claim based upon objections currently on file with the Court or which will be filed in the future.

Dated this ____ day of September, 2006

_____
Jerry A. Funk, Judge
United States Bankruptcy Court

Distribution:

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Dennis F. Dunne
Milbank Tweed & Hadley
1 Chase Manhattan Plaza
New York, NY 10005

Elana L. Escamilla
Office of United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL 32806

John B. McDonald
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

Jane M. Leamy
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, DE 19801

C. Daniel Motsinger
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079

Adam N. Frisch
Held & Israel
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207

KD_IM-734765_1.DOC