UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )
                                          )   Case No.: 05-03817-3F1
WINN DIXIE STORES, INC., et. al.,         )   Chapter 11
                                          )   Jointly Administered
Debtors.                                  )
                                          )
_____     )

### MOTION FOR ORDER TEMPORARILY ALLOWING CLAIM OF JACK SNIPES FOR VOTING ON PLAN OF REORGANIZATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3018(a) AND 11 U.S.C. §1126

Comes now Jack Snipes (hereinafter "Snipes"), by and through the undersigned counsel, pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure, 11 U.S.C. §1126, and the Notice of Non-Voting Status and Temporary Allowance Procedures with respect to Contingent, Unliquidated, or Disputed Claims ("Notice of Non-Voting Status"), and hereby moves for the entry of an Order granting temporary allowance of his claim for voting purposes and, in support, states as follows:

#### JURISDICTION

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Further, venue is proper based upon 28 U.S.C. §157(b)(2).

#### BACKGROUND

2. On or about November 29, 2004, Jack Snipes sent a demand letter in anticipation of filing suit (the "lawsuit") against Winn Dixie Stores, Inc., et al. for injuries he sustained in an accident that occurred on Winn-Dixie property. *See Copy of Demand Letter, attached hereto as Exhibit "A".*

3. On or about March 1, 2005, Winn Dixie Stores, Inc., et al. filed a Notice of Commencement of Bankruptcy Case and all lawsuits were stayed.

1

4. On or about June 2, 2005, Jack Snipes timely filed his proof of claim. *See Proof of Claim and Proof of Service, attached hereto as Exhibit "B"*.

5. On or about August 9, 2006, this Court issued a Notice of Hearing with regard to the Disclosure Statement and the Joint Plan of Reorganization of Winn Dixie Stores, Inc. and Affiliated Debtors.

6. On or about August 9, 2006, this Court also issued a Notice of Non-Voting Status, the undersigned receiving it thereafter. The Notice of Non-Voting Status set out a date of September 18, 2006 for the filing of a motion under Federal Rule of Bankruptcy Procedure 3018, and further, set out a date of September 25, 2006 for the voting deadline.

7. According to the Notice of Non-Voting Status, Mr. Snipes is not presently entitled to vote on the Joint Plan of Reorganization.

## BASIS FOR THE RELIEF SOUGHT

8. Mr. Snipes and the Debtors have discussed resolution of his claim, but to date no agreement has been reached, Mr. Snipes filing this motion out of an abundance of caution in light of the impending deadline(s) and because it is unlikely that the dispute will be resolved in time to allow Mr. Snipes to participate in the voting process.

9. Jack Snipes objects to the classification of his claim under the Notice of Non-Voting Status as his claim was properly and timely filed. *See Exhibit "B"*.

10. Rule 3018(a) of the Federal Rules of Bankruptcy Procedure provides, in part, that "...the court after notice and hearing may temporarily allow the claim or interest in an amount which the court deems proper for the purpose of accepting or rejecting a plan." See 11 U.S.C. §1126(c).

11. The results of the parties' negotiations or claims resolution process will dictate the amount of Mr. Snipes' claim. Temporarily allowing Mr. Snipes' claim for voting purposes will not prejudice any other claimant(s), and will enable an accurate and appropriate tabulation of votes on the proposed plan of reorganization.

## NOTICE

12. Notice of this Motion has been given to (i) the Office of the United States Trustee; (ii) counsel to the Debtors; (iii) counsel to the official committee of unsecured creditors; and (iv) Logan & Company, Inc., as voting agent, as required by the Voting Procedures Order.

**WHEREFORE**, Jack Snipes respectfully request that this Honorable Court enter an Order providing for temporary allowance of his claim for voting purposes as it relates to the Joint Plan of Reorganization, and any other further relief deemed just and proper.

Respectfully submitted on this 15 day of September, 2006.

Vernis & Bowling of the Florida Keys, P.A.

Richard M. Behr
Florida Bar No.: 060402
81990 Overseas Highway, 3rd Floor
Islamorada Professional Center
Islamorada, Florida 33036
(T) 305-664-4675
(F) 305-664-5414
(E) RBehr@Florida-Law.com

*Attorneys for Jason L. Lodolce*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was made on this 15 day of September, 2006, via ECF Noticing and email upon the parties listed below.

VERNIS & BOWLING<br>
OF THE FLORIDA KEYS, P.A.<br>
By: _____<br>
Richard M. Behr<br>
Florida Bar No.: 060402

| | |
|---|---|
| D.J. Baker, Esq.<br>Sally McDonald Henry, Esq.<br>Rosalie W. Gray, Esq.<br>Eric M. Davis, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP.<br>Four Times Square<br>New York, NY 10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey, Esq.<br>James H. Post, Esq.<br>Cynthia C. Jackson, Esq.<br>Eric N. McKay, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla, Esq.<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL 32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP.<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |
| Logan & Company, Inc.<br>546 Valley Road<br>Upper Montclair, NJ 07043<br>winninfo@loganandco.com | |

# EXHIBIT "A"

# VERNIS & BOWLING
## OF THE FLORIDA KEYS, P.A.
Attorneys At Law
Islamorada Professional Center
81990 Overseas Highway, 3rd Floor
Islamorada, Florida 33036

Telephone (305) 664-4675
Telecopier (305) 664-5414

November 29, 2004

Stephanie Phillips
Sedgwick Claims Management Svcs.
P.O. Box 24787
Jacksonville, FL 32241-4787

| | | | |
|---|---|---|---|
| **RE:** | **Our Client/Your Patient** | : | **Jack Snipes** |
| | **DOB/SS#** | : | **04/03/1948   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** |
| | **Accident Date** | : | **1/5/2004** |
| | **Our File** | : | **Snipes, Jack vs. Winn-Dixie** |
| | **Our File No.** | : | **2450-40116** |

Dear Ms. Phillips,

I have been authorized by my client to delay the filing of a lawsuit in order to attempt the settlement of this matter without litigation. I hope Winn-Dixie realizes the serious nature of his injuries and proceeds accordingly.

### FACTS

On January 5, 2004 Mr. Snipes visited the Winn-Dixie located in Tavernier, Florida. Mr. Snipes is a frequent customer at the Winn-Dixie and had stopped in that day to pick up a prescription he had called in earlier. As he proceeded to walk towards the pharmacy counter he stepped on a nail.[1] As blood squirted out, covering his legs, one of the employees said, "Oh my god Jack, your covered in blood." He walked back and sat down at one of the chairs beside the pharmacy. The nail had gone through his birkenstock sandal and into his big toe. The nail was imbedded so far into Mr. Snipes foot that it was holding the sandal onto his foot. Someone from the pharmacy brought him a rag to help wipe up the blood. No manager ever came out to see if Mr. Snipes was alright or to find out what had happened.

---

[1] Photo of nail attached hereto as exhibit, "A."

VERNIS & BOWLING OF MIAMI, P.A.
680 N.E. 13S St.
Miami, FL 33181
Tel. (305) 895-3035
Fax (305) 892-1260

VERNIS & BOWLING OF BROWARD, P.A.
2514 Hollywood Blvd., Ste. 408
Hollywood, FL 33020
Tel. (954) 927-5330
Fax (954) 927-5320

VERNIS & BOWLING OF PALM BEACH, P.A.
884 U.S. Highway 1
N. Palm Beach, FL 33408
Tel. (561) 775-9822
Fax (561) 775-9821

VERNIS & BOWLING OF SOUTHWEST FL., P.A.
2369 W. First St.
Ft. Myers, FL 33901
Tel. (239) 334-3035
Fax (239) 334-7702

VERNIS & BOWLING OF THE GULF COAST, P.A.
1346 S. Ft. Harrison Ave.
Clearwater, FL 33756
Tel. (727) 443-3377
Fax (727) 443-6828

VERNIS & BOWLING OF CENTRAL FL., P.A.
Surety Bank Bldg. 3rd Fl.
990 N. Woodland Blvd.
DeLand, FL 32720
Tel. (386) 734-2505
Fax (386) 734-3441

VERNIS & BOWLING OF NORTHWEST FL., P.A.
315 South Palafox Street
P.O. Box 12108
Pensacola, FL 32591
Tel. (850) 433-5461
Fax (850) 433-0166

VERNIS & BOWLING OF NORTH FLORIDA, P.A.
3740 St. Johns Bluff Road S.
Suite 1
Jacksonville, FL 32224
Tel. (904) 620-7243
Fax (904) 564-2322

## *LIABILITY*

### A. General Premises Liability

Without going into a lengthy dissertation of premises liability law, Mr. Snipes was an invitee at the Winn-Dixie. Winn-Dixie owed Mr. Snipes a duty:

> To maintain the premises in a reasonably safe condition for the safety of business invitees on the premises, which includes reasonable efforts to keep the premises free from transitory foreign objects or substances that might foreseeably give rise to loss, injury, or damage. *See* §768.0710(1) Florida Statutes (2004).

Winn-Dixie breached that duty by negligently failing to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises. *See* §768.0710(2)(b) Florida Statutes (2004). A reasonable inspection of the property would have prevented this from happening.

## *DAMAGES*

Mr. Snipes job required him to travel to West Palm Beach for a performance. When he got there he reported to Dr. Charles Gard D.O. for treatment of his wound. Upon returning from West Palm Beach, Mr. Snipes sought treatment from Dr. Magrane and Dr. Netzman. Mr. Snipes has incurred approximately $1,000.00 in medical expenses as a result of this incident.[2]

Mr. Snipes is also entitled to recover for the pain and suffering he has incurred, both in the past and into the future. Mr. Snipes will also be able to recover for the emotional distress of this incident. Mr. Snipes suffers from diabetes. As you may or may not be aware, an injury such as this often leads to infection and amputation for someone with diabetes. Jury verdict research has indicated that it is likely that a jury will award Mr. Snipes somewhere between $10,000.00 to $15,000.00 for the pain, suffering and emotional distress he has been through regarding this injury.

Further, Mr. Snipes has missed at least 2 weeks of performances as a result of this injury. A conservative estimate of the income he has lost is $2,700.00. This does not include the time he has lost traveling to and from the doctor.

---

[2] Medical Bills and Records attached hereto as exhibit, "B."

VERNIS & BOWLING OF MIAMI, P.A.
1680 N.E. 135 St.
Miami, FL 33181
Tel. (305) 895-3035
Fax (305) 892-1260

VERNIS & BOWLING OF BROWARD, P.A.
2514 Hollywood Blvd., Ste. 408
Hollywood, FL 33020
Tel. (954) 927-5330
Fax (954) 927-5320

VERNIS & BOWLING OF PALM BEACH, P.A.
884 U.S. Highway 1
N. Palm Beach, FL 33408
Tel. (561) 775-9822
Fax (561) 775-9821

VERNIS & BOWLING OF SOUTHWEST FL., P.A.
2369 W. First St.
Ft. Myers, FL 33901
Tel. (239) 334-3035
Fax (239) 334-7702

VERNIS & BOWLING OF THE GULF COAST, P.A.
1346 S. Ft. Harrison Ave.
Clearwater, FL 33756
Tel. (727) 443-3377
Fax (727) 443-6828

VERNIS & BOWLING OF CENTRAL FL., P.A.
Surety Bank Bldg, 3rd Fl.
990 N. Woodland Blvd.
DeLand, FL 32720
Tel. (386) 734-2505
Fax (386) 734-3441

VERNIS & BOWLING OF NORTHWEST FL., P.A.
315 South Palafox Street
P.O. Box 12108
Pensacola, FL 32591
Tel. (850) 433-5461
Fax (850) 433-0166

VERNIS & BOWLING OF NORTH FLORIDA, P.A.
3740 St. Johns Bluff Road S.
Suite 1
Jacksonville, FL 32224
Tel. (904) 620-7243
Fax (904) 564-2322

## SUMMARY

Mr. Snipes is a reasonable man. He would not be making this claim and pursuing a lawsuit if he was not injured. Mr. Snipes is a musician who has received national recognition and who is well known and liked in the Florida Keys. If a Monroe County jury is given the opportunity they certainly will feel a lot of sympathy for their fellow conch and render a verdict accordingly. Jury verdict research has indicated cases like this can have a value has high as $75,000.00. Mr. Snipes does not wish to pursue a lengthy lawsuit regarding this matter. He will be willing to settle this claim for $50,000.00. This offer will stay open for 20 days, if it is agreeable please forward a check made payable to Vernis & Bowling of the Florida Keys, P.A. Trust Account.

Sincerely,

Rob T. Cook, Esq.
For the Firm.

cc: Jack Snipes
P.O. Box 742
Islamorada, FL 33036

VERNIS & BOWLING OF MIAMI, P.A.
1680 N.E. 135 St.
Miami, FL 33181
Tel. (305) 895-3035
Fax (305) 892-1260

VERNIS & BOWLING OF BROWARD, P.A.
2514 Hollywood Blvd., Ste. 408
Hollywood, FL 33020
Tel. (954) 927-5330
Fax (954) 927-5320

VERNIS & BOWLING OF PALM BEACH, P.A.
884 U.S. Highway 1
N. Palm Beach, FL 33408
Tel. (561) 775-9822
Fax (561) 775-9821

VERNIS & BOWLING OF SOUTHWEST FL., P.A.
2369 W. First St.
Ft. Myers, FL 33901
Tel. (239) 334-3035
Fax (239) 334-7702

VERNIS & BOWLING OF THE GULF COAST, P.A.
1346 S. Ft. Harrison Ave.
Clearwater, FL 33756
Tel. (727) 443-3377
Fax (727) 443-6828

VERNIS & BOWLING OF CENTRAL FL., P.A.
Surety Bank Bldg, 3rd Fl.
990 N. Woodland Blvd.
DeLand, FL 32720
Tel. (386) 734-2505
Fax (386) 734-3441

VERNIS & BOWLING OF NORTHWEST FL., P.A.
315 South Palafox Street
Pensacola, FL 32591
Tel. (850) 433-5461
Fax (850) 433-0166

VERNIS & BOWLING OF NORTH FLORIDA, P.A.
3740 St. Johns Bluff Road S.
Suite 1
Jacksonville, FL 32224
Tel. (904) 620-7243
Fax (904) 564-2322

# EXHIBIT "B"

# VERNIS & BOWLING
## OF THE FLORIDA KEYS, P.A.
ATTORNEYS AT LAW
ISLAMORADA PROFESSIONAL CENTER
81990 OVERSEAS HIGHWAY, 3rd FLOOR
ISLAMORADA, FLORIDA 33036

TELEPHONE (305) 664-4675
FACSIMILE (305) 664-5414

WEB SITE: www.Florida-Law.com

June 2, 2005

WINN-DIXIE CLAIMS DOCKETING CENTER
C/O LOGAN & COMPANY, INC.
546 VALLEY ROAD
UPPER MONTCLAIR, NJ 07043        *Certified Mail/Return Receipt*

RE:   Jack Snipes v. Winn-Dixie
      Our File: 2450-40116

Gentlemen:

Enclosed please find the completed Proof of Claim form for our client, Jack Snipes. If you have any questions or comments, please do not hesitate to call.

Very truly yours,

Rob T. Cook
RTC:jd

Enclosure

cc:   Mr. Jack Snipes

F:\Cases Personal Injury\Snipes vs. Winn-Dixie\Letter\Winn Dixie Proof of Claim.wpd

VERNIS & BOWLING OF MIAMI, P.A.
MIAMI, FLORIDA
TEL: (305) 895-3035 / FAX: (305) 892-1260

VERNIS & BOWLING OF BROWARD, P.A.
FT. LAUDERDALE, FLORIDA
TEL: (954) 522-1299 / FAX: (954) 522-1302

VERNIS & BOWLING OF NORTH FL, P.A.
JACKSONVILLE, FLORIDA
TEL: (904) 620-7243 / FAX: (904) 564-2322

VERNIS & BOWLING OF THE GULF COAST, P.A.
CLEARWATER, FLORIDA
TEL: (727) 443-3377 / FAX: (727) 443-6828

VERNIS & BOWLING OF N.W. FL, P.A.
PENSACOLA, FLORIDA
TEL: (850) 433-5461 / FAX: (850) 432-0166

VERNIS & BOWLING OF PALM BEACH, P.A.
NORTH PALM BEACH, FLORIDA
TEL: (561) 775-9822 / FAX: (561) 775-9821

VERNIS & BOWLING OF THE FL. KEYS, P.A.
KEY WEST, FLORIDA
TEL: (305) 293-4670 / FAX: (305) 293-4680

VERNIS & BOWLING OF S.W. FL, P.A.
FORT MYERS, FLORIDA
TEL: (239) 334-3035 / FAX: (239) 334-7702

VERNIS & BOWLING OF CENTRAL FL, P.A.
DELAND, FLORIDA
TEL: (386) 734-2505 / FAX: (386) 734-3441

VERNIS & BOWLING OF SOUTHERN AL, LLC
MOBILE, ALABAMA
TEL: (251) 432-0337 / FAX: (251) 432-0244

VERNIS & BOWLING OF BIRMINGHAM, LLC
BIRMINGHAM, ALABAMA
TEL: (205) 445-1026 / FAX: (205) 445-1036

FLORIDA • ALABAMA

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11 PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |

Name of Debtor Against Which You Assert Your Claim: Winn Dixie Supermarkets 05-3840-3F1

Debtor Name: **WINN-DIXIE Stores INC.**  Case No. **05 3817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

20261259
WDX-390939-B2-55
SNIPES, JACK
C/O: ROB COOK, ESQ.
VERNIS & BOWLING
81990 OVERSEAS HWY.
3RD FLOOR
ISLAMORADA FL 33036

Telephone No. of Creditor: **305 664 4675**
Fax No. of Creditor: **305 664 5414**

(If your address has changed or is incorrect as it appears in Item A, please provide corrections)

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above ☐ additional address

Name: **Rob Cook**
Company/Firm: **Vernis & Bowling of the Keys**
Address: **81990 O/S. Highway, 3rd Floor Islamorada FL 33036**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☐ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS: If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:
Check here if this claim ☐ replaces  ☐ amends  a previously filed claim, dated:

**1. Basis for Claim**
☐ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☒ Personal injury/property damage
☐ Other ____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract ____
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: ____
Unpaid compensation for services performed from ____ to ____ (date) (date)

**2. Date debt was incurred:** **1/5/04**
**3. If claim is based on a Court Judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**
$____ (unsecured)  $____ (secured)  $____ (priority)  $____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other ____
Value of Collateral: $____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

**6. Unsecured Nonpriority Claim $____**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print: **Rob T. Cook**  Title: **Attorney**
Signature: **Rob T. Cook**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WINN-DIXIE CLAIMS DOCKETING CENTER
   C/O LOGAN & COMPANY, INC.
   546 VALLEY ROAD
   UPPER MONTCLAIR, NJ 07043

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Sylvia Ceulla_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Sylvia Ceulla
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0000 0697 6231

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

