UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,
Debtors.
_____/

Chapter 11
Case No.: 05-03817-JAF
Claim No.:   7359 and 7360

## NOTICE OF TRANSFER OF CLAIM

TO:   CRESTVIEW, LLC
North Ferdon Blvd. and Hwy 85 North
Crestview, FL 32536

The transfer of your entire claim as shown above in the amount of $31,814.56 has been transferred to Transferee:

COLONIAL MART LIMITED PARTNERSHIP and CRESTVIEW CENTER, LLC.
c/o Gary B. Cress
Post Office Box 1260
Ridgeland, MS 29158

No action is required <u>if you do not object</u> to the transfer of your claim.

However, if you object to the transfer of your claim, objections must be filed with the court within twenty (20) days of the mailing of this notice.

If no objection is timely received by the court, the Transferee will be substituted as the original claimant without further order of the Court.

_____

FOR CLERKS OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.

INTERNAL CONTROL No.: _____

Copy: (check)  Claims Agent _____  Transferee _____  Debtor's Attorney _____

Date: _____        _____
                                  Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

TO: U.S. Bankruptcy, Middle District of Florida, Jacksonville Division

AND TO: COLONIAL MART LIMITED PARTNERSHIP and CRESTVIEW CENTER, LLC.,

c/o Gary B. Cress, Post Office Box 1260, Ridgeland, MS 29158

CRESTVIEW, LLC, (Name of Claimant), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Lessor's Interest in Leases dated October 12, 1998, (a copy of which is appended hereto) does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to COLONIAL MART LIMITED PARTNERSHIP and CRESTVIEW CENTER, LLC., c/o Gary B. Cress, Post Office Box 1260, Ridgeland, MS 29158, and assignas all rgihts, title and interest in and under the Lease, including Claims No. 7359 filed against Winn-Dixie Montgomery, Inc., and Claim No. 7360 filed against Winn-Dixie Stores, Inc., filed under case number: 05-03817 in the U.S. Bankruptcy, Middle District of Florida, Jacksonville Division.

You are hereby requested to make all further payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer:

COLONIAL MART LIMITED PARTNERSHIP and CRESTVIEW CENTER, LLC.

c/o Gary B. Cress, Post Office Box 1260, Ridgeland, MS 29158

EMMANUEL, SHEPPARD, AND CONDON PA

By: _____
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
Attorney for Claimant, CRESTVIEW, L.L.C.

Accepted by Colonial Mart Limited Partnership and Crestview Center, LLC

By: _____
GARY B. CRESS

STATE OF FLORIDA )
                 :
COUNTY OF OKALOOSA )

### ASSIGNMENT OF LESSOR'S INTEREST IN LEASES

This Assignment of Lessor's Interest in Leases ("Assignment") by and between **CRESTVIEW, L.L.C.**, an Alabama limited liability company (hereinafter called "Assignor") and **CRESTVIEW CENTER, LLC,** a Mississippi limited liability company, and **COLONIAL MART LIMITED PARTNERSHIP**, a Mississippi limited partnership (hereinafter jointly called "Assignee").

### WITNESSETH:

WHEREAS, Assignor as lessor entered into those certain lease agreements as more particularly set out in Exhibit "B" attached hereto (herein called the "Leases"); and

WHEREAS, Assignor now desires to transfer and assign to Assignee all of Assignor's interest in and to the lessor's rights and interest under the Lease and Assignee desires to accept.

NOW, THEREFORE, in consideration of the premises and other good and valuable consideration in hand paid to Assignor, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby grant, convey, transfer and assign to Assignee, its successors and assigns, all of Assignor's interest in the Leases, covering all or portions of the real property described in Exhibit "A" attached hereto and made a part hereof. Assignor is also hereby assigning and transferring to Assignee any security deposits held by Assignor under the Leases. Assignee hereby agrees to assume and perform all of the terms, covenants, and conditions of the Leases on part of Assignor required therein to be performed.

This Assignment may be executed in separate execution counterparts, and all such counterparts so executed shall, when taken together, constitute but one and the same document.

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be executed as of the _12th_ day of October, 1998.

**ASSIGNOR:**

SIGNED, SEALED AND DELIVERED  
IN THE PRESENCE OF THE  
FOLLOWING WITNESSES:

CRESTVIEW, L.L.C.,  
an Alabama limited liability company

_/s/ Elizabeth T. George_  
Printed Name: _Elizabeth T. George_

By: _/s/ Charles R. Trotman_  
Charles R. Trotman  
Its Member

_/s/ Suzanne Clemens_  
Printed Name: _SUZANNE CLEMENS_

[EXECUTION CONTINUES ON FOLLOWING PAGE]

|  |  |
|---|---|
| SIGNED, SEALED AND DELIVERED<br>IN THE PRESENCE OF THE<br>FOLLOWING WITNESSES:<br><br>Printed Name: _Renita Gordon_<br><br>Printed Name: _Cathy Teat_ | **ASSIGNEE:**<br><br>**CRESTVIEW CENTER, LLC,**<br>a Mississippi limited liability company<br><br>By: _____<br>Gary B. Cress<br>Its Member/Manager |
| SIGNED, SEALED AND DELIVERED<br>IN THE PRESENCE OF THE<br>FOLLOWING WITNESSES:<br><br>Printed Name: _Renita Gordon_<br><br>Printed Name: _Cathy Teat_ | **COLONIAL MART LIMITED PARTNERSHIP**<br>a Mississippi limited partnership<br><br>By:  Wataga, L.L.C.,<br>    a Mississippi limited liability company<br>    Its General Partner<br><br>    By: _____<br>    Gary B. Cress<br>    Its Member/Manager |

The foregoing instrument was acknowledged before me this 12th day of October, 1998, by Charles R. Trotman, as Member of Crestview, L.L.C., an Alabama limited liability company, on behalf of the limited liability company. He is personally known to me and did not take an oath.

NOTARY PUBLIC - STATE OF ALABAMA
Print/Type Name: _Jeffrey W. Blitz_
My Commission No.: _N/A_
My Commission Expires: _9/19/2000_

[ACKNOWLEDGMENTS CONTINUE ON FOLLOWING PAGE]

2

The foregoing instrument was acknowledged before me this _____ day of October, 1998, by Gary B. Cress, as Member/Manager of Crestview Center, LLC, a Mississippi limited liability company, on behalf of the limited liability company. He is personally known to me and did not take an oath.



NOTARY PUBLIC - STATE OF MISSISSIPPI
Print/Type Name: Hollie B. Sumrall
My Commission No.: _____
My Commission Expires: NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE MY COMMISSION EXPIRES: June 14, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

The foregoing instrument was acknowledged before me this _____ day of October, 1998, by Gary B. Cress, as Member/Manager of Wataga, L.L.C., a Mississippi limited liability company, as General Partner on behalf of Colonial Mart Limited Partnership, a Mississippi limited partnership. He is personally known to me and did not take an oath.



NOTARY PUBLIC - STATE OF MISSISSIPPI
Print/Type Name: Hollie B. Sumrall
My Commission No.: _____
My Commission Expires: NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE MY COMMISSION EXPIRES: June 14, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

f:\150\trotman.co\crstview.fl\asgn-lea.dfl
3147-14
1009980228

3

Exhibit "A"

Legal Description of Real Property

PARCEL "A":

COMMENCE AT THE NORTHWEST CORNER OF SECTION 4, TOWNSHIP 3 NORTH, RANGE 23 WEST, OKALOOSA COUNTY, FLORIDA; THENCE PROCEED SOUTH 00 DEGREES 06 MINUTES 43 SECONDS WEST, ALONG THE WEST LINE OF SAID SECTION 4, A DISTANCE OF 53.90 FEET, TO A POINT ON THE SOUTHERLY RIGHT OF WAY LINE OF OLD BETHEL ROAD, (100.00 FOOT RIGHT OF WAY), AND THE POINT OF BEGINNING; THENCE, DEPARTING THE WEST LINE OF SAID SECTION 4, PROCEED SOUTH 89 DEGREES 57 MINUTES 59 SECONDS EAST, ALONG SAID SOUTHERLY RIGHT OF WAY LINE, A DISTANCE OF 219.06 FEET; THENCE, DEPARTING THE SOUTHERLY RIGHT OF WAY LINE OF SAID OLD BETHEL ROAD, PROCEED SOUTH 00 DEGREES 02 MINUTES 39 SECONDS WEST, A DISTANCE OF 199.96 FEET; THENCE PROCEED SOUTH 89 DEGREES 58 MINUTES 25 SECONDS EAST, A DISTANCE OF 189.60 FEET TO A POINT ON THE WESTERLY RIGHT OF WAY LINE OF STATE HIGHWAY #85, (VARIABLE RIGHT OF WAY); THENCE PROCEED SOUTH 11 DEGREES 55 MINUTES 14 SECONDS WEST, ALONG SAID WESTERLY RIGHT OF WAY LINE, A DISTANCE OF 621.20 FEET; THENCE, DEPARTING THE WESTERLY RIGHT OF WAY LINE OF SAID STATE HIGHWAY #85, PROCEED NORTH 78 DEGREES 25 MINUTES 54 SECONDS WEST, A DISTANCE OF 591.67 FEET; THENCE PROCEED NORTH 00 DEGREES 45 MINUTES 25 SECONDS WEST, A DISTANCE OF 669.07 FEET; THENCE PROCEED NORTH 87 DEGREES 45 MINUTES 41 SECONDS WEST, A DISTANCE OF 96.86 FEET; THENCE PROCEED NORTH 00 DEGREES 21 MINUTES 07 SECONDS EAST, A DISTANCE OF 16.77 FEET TO A POINT ON THE SOUTHERLY RIGHT OF WAY LINE OF SAID OLD BETHEL ROAD; THENCE PROCEED SOUTH 89 DEGREES 57 MINUTES 59 SECONDS EAST, ALONG SAID SOUTHERLY RIGHT OF WAY LINE, A DISTANCE OF 404.98 FEET TO THE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED, CONTAINING 10.69 ACRES, MORE OR LESS.

LESS AND EXCEPT:

COMMENCE AT THE NORTHWEST CORNER OF SECTION 4, TOWNSHIP 3 NORTH, RANGE 23 WEST, OKALOOSA COUNTY, FLORIDA; THENCE PROCEED SOUTH 00 DEGREES 06 MINUTES 43 SECONDS WEST, ALONG THE WEST LINE OF SAID SECTION 4, A DISTANCE OF 146.18 FEET TO THE POINT OF BEGINNING; THENCE, DEPARTING THE WEST LINE OF SAID SECTION 4, PROCEED SOUTH 78 DEGREES 31 MINUTES 45 SECONDS EAST, A DISTANCE OF 68.46 FEET; THENCE PROCEED SOUTH 11 DEGREES 34 MINUTES 09 SECONDS WEST, A DISTANCE OF 61.12 FEET; THENCE PROCEED NORTH 77 DEGREES 10 MINUTES 49 SECONDS WEST, A DISTANCE OF 0.64 FEET; THENCE PROCEED SOUTH 11 DEGREES 28 MINUTES 54 SECONDS WEST, A DISTANCE OF 13.99 FEET; THENCE PROCEED NORTH 78 DEGREES 23 MINUTES 21 SECONDS WEST, A DISTANCE OF 133.66 FEET; THENCE PROCEED NORTH 10 DEGREES 26 MINUTES 56 SECONDS EAST, A DISTANCE OF 74.78 FEET; THENCE PROCEED SOUTH 78 DEGREES 31 MINUTES 45 SECONDS EAST, A DISTANCE OF 67.28 FEET TO THE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED, CONTAINING .23 ACRES, MORE OR LESS.

Exhibit "A"

Legal Description of Real Property

RETENTION AREA "A":

COMMENCE AT THE NORTHWEST CORNER OF SECTION 4, TOWNSHIP 3 NORTH, RANGE 23 WEST, OKALOOSA COUNTY, FLORIDA; THENCE PROCEED SOUTH 00 DEGREES 06 MINUTES 43 SECONDS WEST, ALONG THE WEST LINE OF SAID SECTION 4, A DISTANCE OF 53.90 FEET, TO A POINT ON THE SOUTHERLY RIGHT OF WAY LINE OF OLD BETHEL ROAD, (100.00 FOOT RIGHT OF WAY); THENCE, DEPARTING THE WEST LINE OF SAID SECTION 4, PROCEED NORTH 89 DEGREES 57 MINUTES 59 SECONDS WEST, ALONG SAID SOUTHERLY RIGHT OF WAY LINE, A DISTANCE OF 404.98 FEET; THENCE, DEPARTING THE SOUTHERLY RIGHT OF WAY LINE OF SAID OLD BETHEL ROAD, PROCEED SOUTH 00 DEGREES 21 MINUTES 07 SECONDS WEST, A DISTANCE OF 16.77 FEET TO THE POINT OF BEGINNING; THENCE PROCEED SOUTH 87 DEGREES 45 MINUTES 41 SECONDS EAST, A DISTANCE OF 96.86 FEET; THENCE PROCEED SOUTH 00 DEGREES 45 MINUTES 25 SECONDS EAST, A DISTANCE OF 669.07 FEET; THENCE PROCEED NORTH 78 DEGREES 25 MINUTES 54 SECONDS WEST, A DISTANCE OF 111.89 FEET; THENCE PROCEED NORTH 00 DEGREES 21 MINUTES 07 SECONDS EAST, A DISTANCE OF 650.37 FEET TO THE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED, CONTAINING 1.56 ACRES, MORE OR LESS.

Exhibit "B"

List of Leases

| UNIT | TENANT | SQ. FT. |
|---|---|---|
| 1 | Sport Locker | 1,200 |
| 2 | Fantastic Sam's | 1,200 |
| 3/4 | Prime Time Video | 2,400 |
| 5/6 | Pretty Woman | 2,400 |
| 7 | Gemstone Gallery | 1,200 |
| 8 | Top Ten Nails | 1,200 |
| 9 | The Floor Store | 1,200 |
| 10 | MailBoxes, Etc. | 1,200 |
| | *5% over base/subject to royalty sales per lease | |
| | Winn-Dixie #558 | 51,282 |
| 11 | AVCO Financial | 1,200 |
| 12 | Mike's Music, Inc. | 1,200 |
| 13 | Dollar House | 1,200 |
| TOTALS | | 66,882 S.F. GLA |