# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA

# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al<br>Debtors | CHAPTER 11 |
| | JOINTLY ADMINISTERED |

## OPPOSITION TO DEBTOR'S MOTION TO REJECT LEASE AND EXECUTORY CONTRACT

**NOW INTO COURT**, through undersigned counsel, comes PRB Investments, L.L.C (hereinafter referred to as "PRB"), a creditor herein of Winn-Dixie Stores, Inc. who objects to the Motion to Reject Leases and Executory Contract.

As the record reflects, the Debtor has now moved to reject the lease located at 7330 West Judge Perez Drive, Arabi, Louisiana. The Debtor herein has suggested that there is no sum due to cure the lease as a result of the damages sustained to the property during Hurricane Katrina on August 29, 2005. However, a review of the lease, the pertinent portions of which state as follows:

> During the time that the store is damaged, destroyed or rendered unusable, the base rent is not due until such time as (I) the date the Tenant re-opens the store for business or (ii) the date the damage or destruction is completely repaired or restored or (iii) the date a reasonable person using qualified construction contractors could reasonably have been expected to have completely repaired or restored the damage or destruction.

The Debtor secured coverage for damage and notified PRB that it is self-insured for the first portion of any claim.

By letter dated September 29, 2005, from Douglas G. Stanford, counsel for Winn-Dixie Stores, Inc., Winn-Dixie notified PRB that it intended to proceed promptly with repairs to the premises.  As of this date, the Debtor has undertaken no steps to repair the property or to even clean the property from the ravages of Hurricane Katrina.[1]

In the instant case, more than one year has elapsed since the date of the loss, and the Debtor has failed to even initiate repairs or begin clearing out the store premises to ready it for commerce.  Although it is reasonable to assume that said repairs could take up to six months from the date of loss, it is without merit that Debtor should be permitted to ignore its clear duties under the lease and repair the leased premises, or set aside the costs necessary to repair the damaged property.

Dated:  September 18, 2006

**LEEFE, GIBBS, SULLIVAN & DUPRÉ & ALDOUS**

BY: _____/s/ Jerry W. Sullivan_____
JERRY W. SULLIVAN, F.B.N. 616620

3900 North Causeway Blvd., Suite 1470
One Lakeway Center
Metairie, Louisiana 70002
(504) 830-3990
(504) 830-3998 (facsimile)
jwsullivan@lgsdalaw.com

Counsel for PRB Investments, LLC

---

[1] A copy of the letter dated September 29, 2005, is attached hereto.

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, NY 10036 | Jacksonville, FL 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| shenry@skadden.com | |

                                    /s/ Jerry W. Sullivan
JERRY W. SULLIVAN
 F.B.N. 616620
Counsel for PRB Investments, LLC
**LEEFE, GIBBS, SULLIVAN & DUPRÉ & ALDOUS**
 3900 North Causeway Blvd., Suite 1470
One Lakeway Center
Metairie, Louisiana 70002
(504) 830-3990
(504) 830-3998 (facsimile)
jwsullivan@lgsdalaw.com

*9/29/05 - Damage to Building*

# SMITH, GAMBRELL & RUSSELL, LLP
### ATTORNEYS AT LAW
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30309-3592
TELEPHONE (404) 815-3500
FACSIMILE (404) 815-3509
WEBSITE www.sgrlaw.com

ESTABLISHED 1893

WASHINGTON, D.C. OFFICE
SUITE 800
1850 M STREET, N.W.
WASHINGTON, D.C. 20036
TELEPHONE
(202) 263-4300
FACSIMILE
(202) 263-4329

FLORIDA OFFICE
SUITE 2600, BANK OF AMERICA TOWER
50 NORTH LAURA STREET
JACKSONVILLE, FL 32202
TELEPHONE
(904) 598-6100
FACSIMILE
(904) 598-6300

DOUGLAS G. STANFORD
DIRECT PHONE: (904) 598-6126
DIRECT FAX NO. – (904) 598-6226
E-MAIL – DGSTANFORD@SGRLAW.COM

September 29, 2005

**BY TELEFAX 504-831-3465 AND**
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

PRB Investments, LLC
2424 Edenborn Avenue, Ste 600
Metairie, LA 70001

RE:   Winn-Dixie Store #1434
      7330 West Judge Perez, Arabi, LA

Gentlemen:

I am writing on behalf of Winn-Dixie Montgomery, Inc., the tenant under the Lease for the referenced store location. Our records indicate that you are the landlord under the Lease.

This store location suffered damage during Hurricane Katrina. Winn-Dixie has an immediate need to protect its store inventory, fixtures and equipment. Accordingly, Winn-Dixie intends to proceed promptly with repairs to the premises. To the extent the Lease provides that Landlord is responsible for restoration of the premises following a casualty, please be advised that Winn-Dixie's action is not an assumption of Landlord's obligations but rather a mitigation effort to reduce or prevent further damage to the premises and its contents.

Please direct all questions and inquiries to Mr. Dave Belock at Winn-Dixie. Mr. Belock can be reached at 504-731-2210, or by email at *davebelock@winn-dixie.com*. Thank you in advance for your attention to this matter.

Very truly yours,

Douglas G. Stanford

cc:   Mr. Dave Belock
      Mr. Robert Glenn
      Catherine Ibold, Esq.