**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO ORDER CORRECTING ORDER DATED JULY 13, 2006 AUTHORIZING RETROACTIVE REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASES THAT WERE ASSIGNED PREPETITION (DOCKET NO. 9188) TO ATTACH AMENDED EXHIBIT A**

    I, Adam S. Ravin, certify that on September 11, 2006 I caused to be served the Order Correcting Order Dated July 13, 2006 Authorizing Retroactive Rejection of Non-Residential Real Property Leases that were Assigned Prepetition (Docket No. 9188) to Attach Amended Exhibit A, by having a true and correct copy thereof sent to the parties listed in Exhibit A via email.

Dated: September 18, 2006

                                                      SKADDEN, ARPS, SLATE,
                                                      MEAGHER & FLOM LLP

                                                      By: /s/ *Adam S. Ravin*
                                                      Adam S. Ravin
                                                      Four Times Square
                                                      New York, New York 10036
                                                      (212) 735-3000
                                                      (212) 735-2000 (facsimile)

                                                      and

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtor

## Exhibit A

Marisol Morales  
Senior Attorney  
Ben-Ezra & Katz, P.A.  
2901 Stirling Road, Suite 300  
Fort Lauderdale, FL 33312  
mmorales@fcllaw.com

William A. Evanoff  
Sidley Austin LLP  
One South Dearborn Street  
Chicago, IL 60603  
wevanoff@sidley.com