UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                           CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.                  CHAPTER 11

Debtors                                          JOINTLY ADMINISTERED

## MOTION OF REMKE MARKETS, INC. FOR DETERMINATION OF PLAN CLASS

Comes now the Creditor, Remke Markets, Inc. (hereinafter "Remke"), and moves this Court for a determination of plan class. Debtors have improperly classified Remke as a Class 13 Landlord Claim, when Remke is properly a Class 16 "Other Unsecured Claim."

As defined in Debtors' Plan, a Landlord's claim is a claim "for obligations owed by any of the Debtors as lessee or guarantor under a non-residential real property lease or a guaranty of a non-residential real property lease agreement."

Debtors' obligation to Remke is not one of a _lessee_ but rather one of a _lessor_. On July 7, 2004, Debtors entered into a sublease agreement with Remke, pursuant to which Remke subleased a store in Florence, Boone County, Kentucky _from_ Debtors. A copy of said sublease is attached hereto as Exhibit A and is hereinafter referred to as the "Sublease." Pursuant to the Sublease, Remke's rent payment to Debtors for the property was $365,850.00 per annum. Pursuant to Debtors' obligation under the Master Lease Agreement with an entity known as Chester Dix Florence Corp., Debtors' rental obligation with regard to the property was $451,099.84 per annum. Both the Master Lease and Sublease terminate on December 31, 2016. As agreed, Remke made its sublease payment to Debtors and Debtors in turn made the lease payments required by the Master Lease to Chester Dix Florence Corp. As such, Debtors agreed

to subsidize the lease payments otherwise due under the Master Lease as a condition of Remke entering into the Sublease.

Because Debtors are not a lessee with regard to their contractual obligation to Remke, this obligation is not a Landlord's Claim but rather an other Unsecured Claim properly included within Class 16.

**WHEREFORE**, Remke Markets, Inc respectfully moves this Court to determine it is properly a member of Class 16 of the Plan Classes defined in Debtors' Chapter 11 Plan.

Jason B. Burnett
Florida Bar No. 822663
GRAY/ROBINSON, PA
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: (904) 598-9929
Facsimile: (904) 598-9109

**COUNSEL FOR REMKE MARKETS, INC.**

## CERTIFICATE OF SERVICE

A copy of the foregoing was served by electronic service upon D. J. Baker at djbaker@skadden.com and upon James H. Post at jpost@smithhulsey.com this 18th day of September, 2006.

JASON B. BURNETT
COUNSEL FOR REMKE MARKETS, INC.

104613 1