# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**CASE NO:  3:05-bk-3817**
**Chapter      11**

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

### ORDER STRIKING MOTION FOR DETERMINATION OF PLAN CLASS

The Court finds that the Motion for Determination of Plan Class filed by Franklin T. Walden on behalf of Creditor Lucien Buggs, on September 14, 2006 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Motion for Determination of Plan Class by Franklin T. Walden on behalf of Creditor Lucien Buggs, on September 14,  2006  is stricken from the record.

**DATED September 18, 2006**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Franklin T. Walden, 1936 Lee Road, Suite 100, Winter Park, FL 32789