**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                )
                      )   Case No. 05-03817-3F1
WINN DIXIE STORES, et al.   )
                      )   *Chapter 11*
          Debtors.    )   Jointly Administered
_____)

### OBJECTION TO CONFIRMATION OF THE PLAN

NOW COMES, SARRIA ENTERPRISES, INC., LAGO PLAZA SHOPPING CENTER, INTERPLAZA SHOPPING CENTER, TWIN OAKS PLAZA and HOMESTEAD PLAZA ("Sarria Related Entities"), by and through the undersigned counsel and hereby files this Objection to Confirmation of the Plan with respect to Winn Dixie Store Numbers 270, 237, 302 and 330 and states in support thereof:

1. Sarria Related Entities object to the Plan for the following reasons:

A. The proposed Cure Amounts as set forth in the pending Debtor's Motion to Assume Unexpired Leases as would be confirmed by the Plan are incorrect with respect to the Sarria Related Entities. Sarria Related Entities object to the Plan to the extent that the cure amounts are incorrect. The appropriate cure amounts should be:

| **Store Number:** | **Cure Amount as Listed** | **Actual Cure Amount** |
|---|---|---|
| 270 | $1,949.06 | $20,054.81 |
| 237 | $124,036.00 | $162,137.66 (includes $30,782.00 in attorneys fees and costs) |
| 330 | $7,524.17 | $7,524.17 |
| 302 | $ 0.00 | $30,792.88 |

In Re: Winn Dixie Stores, et al.
Case No. 05-03817-3F1

As an alternative to the Confirmation Plan, Sarria Related Entities assert that the Plan should be amended as more particularly set forth above.

WHEREFORE, it is respectfully requested this Court modify the Plan as set forth herein and if not modified, rejected and award such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been served via electronic notice if registered in the Electronic Case Filing System, otherwise by U.S. Mail on this 18th day of September, 2006 to: D.J. Baker. Sally McDonald, Henry and Rosalie W. Gray, Skadden, Arpts, Slate, Meagher & Flom, LLP. Four Times Square. New York, NY 10036-6522 and Stephen D. Busey, James H. Post, Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254.

BURGER, FARMER, COHEN, P.L.
1601 Forum Place, Suite 404
West Palm Beach, FL 33401
Telephone Number: (561) 689-1663
Facsimile Number: (561) 689-1707

/s/ Alan M. Burger
Alan M. Burger, Esq.
Florida Bar Number: 833290

/s/ Michael A. Kaufman
Michael A. Kaufman, Esq.
Florida Bar No.: 0628042