# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, hereby certify that true and correct copies of: (i) the Amended Verified Statement Pursuant to Rule 2019 of The Federal Rules of Bankruptcy Procedure; and (ii) the within Certificate of Service were served, by first class mail, postage prepaid on the parties listed on the attached service list on September 18, 2006.

/s/ Wendy M. Simkulak
Wendy M. Simkulak

DM3\396835.1

## SERVICE LIST

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801

Winn-Dixie Stores, Inc.
Attn:   Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   D. J. Baker
        Adam Ravin
Four Times Square
New York, NY 10036

King & Spalding LLP
Attn:   Sarah Robinson Borders
191 Peachtree Street
Atlanta, GA 30303

Smith Hulsey & Busey
Attn:   Stephen D. Busey
        Cynthia C. Jackson
        James H. Post
225 Water Street
Suite 1800
Jacksonville, FL 32202

Internal Revenue Service
Special Procedures - Stop 5720
400 West Bay Street
Suite 35045
Jacksonville, FL 32202

DM3\396835.1

U.S. Securities and Exchange Commission
Office of Reorganization
Attn:  Susan R. Sherrill-Beard
3475 Lenox Road, NE
Suite 1000
Atlanta, GA 30326-1232

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Akerman Senterfitt
Attn:  John B. Macdonald
       Patrick P. Patangan
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

DM3\396835.1