**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

_____

**MOTION FOR WAIVER OF
LOCAL RULE 2090-1 REQUIREMENT OF FILING OF
WRITTEN DESIGNATION AND CONSENT-TO-ACT**

Saran, Ltd. ("Saran"), by and through its attorney of record, Johnathan C. Bolton of Fulbright & Jaworski L.L.P., respectfully moves this Court, pursuant to Local Rule 2090-1(c), for the entry of an order waiving the requirement that Saran's attorney file a written designation and consent-to-act on the part of some member of the bar of the Middle District, resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the above-captioned bankruptcy proceeding, so as to allow Saran's counsel to continue to represent Saran's interests in this case without the necessity of retaining of local counsel, and respectfully states as follows:

1.  Saran is a Texas limited partnership that was a former landlord for Winn-Dixie Montgomery, Inc., successor-in-interest to Winn-Dixie Texas, Inc. at one of its locations in Dallas, Texas. Saran is a creditor of the Winn-Dixie Montgomery, Inc. and Winn-Dixie Stores, Inc. pursuant to a guaranty executed by Winn-Dixie Stores, Inc. in favor of Saran. Saran has timely filed proofs of claim against both Winn-Dixie Montgomery, Inc. and Winn-Dixie Stores, Inc. for rejection damages and has recently filed amended proofs of claim against those debtors.

2. On or about September 5, 2006, the Debtors filed objections to the proofs of claim Saran filed against Winn-Dixie Stores, Inc. based on its contractual guarantees as "duplicate" claims.

3. Saran's counsel believes his role in the case will be limited to dealing with issues relating to the Debtors' objections to Saran's proofs of claim and ultimately, whether the Court will approve the Debtors' Joint Plan of Reorganization that attempts to extinguish Saran's guarantee claims against Winn-Dixie Stores, Inc.

4. Saran's counsel has received electronic filing training in this Court. As a result, Saran's counsel can and will submit any filings to the Court electronically and make any service required, in accordance with this Court's rules.

5. In light of this Court's electronic filing requirements, Saran does not believe there is a need to, nor does Saran desire to incur additional expenses to, file a written designation and consent-to-act appointing local counsel from the Middle District of Florida to receive notices and papers and be responsible for the progress of this case.

6. Saran's counsel believes that, under the circumstances, there is no necessity to retain local counsel to receive notices and papers and be responsible for the progress of this case since Saran's involvement in this case will be limited.

WHEREFORE, PREMISES CONSIDERED, Saran, Ltd. respectfully requests that this Court enter an order providing that Johnathan C. Bolton of Fulbright & Jaworski L.L.P. may appear for and represent it in this case without the necessity of filing a written designation and consent-to-act by some member of the bar of the Middle District of Florida.

Dated: September 18, 2006,
Houston, Texas.

                                                  Respectfully submitted,

                                                  **FULBRIGHT & JAWORSKI L.L.P.**

                                                  By: */s/ Johnathan C. Bolton*
                                                       Johnathan C. Bolton
                                                 Texas Bar No. 24025260
                                                 Fulbright Tower
                                                 1301 McKinney, Suite 5100
                                                 Houston, Texas 77010-3095
                                                 Telephone: (713) 651-5151
                                                 Facsimile: (713) 651-5246
                                                 E-mail: jbolton@fulbright.com

                                                **ATTORNEY FOR SARAN, LTD.**

                                            **<u>CERTIFICATE OF SERVICE</u>**

      I, Johnathan C. Bolton hereby certify that on September 18, 2006, a true and correct copy of the foregoing Motion for Waiver of Local Rule 2090-1 Requirement of Filing of Written Designation and Consent-to-Act was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System. In addition, a copy was served this day upon the party named below via electronic mail and facsimile transmission:

      D. J. Baker
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036
      (212) 735-2000 – fax
      djbaker@skadden.com

                                                 */s/ Johnathan C. Bolton*
                                                 Johnathan C. Bolton
                                                 1301 McKinney, Suite 5100
                                                 Houston, Texas 77010-3095