UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |

## AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Duane Morris LLP, hereby submits this Amended Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Amended Statement") and represents as follows:

1. On or about February 21, 2005 ("Petition Date"), Winn-Dixie Stores, Inc. and certain of its subsidiaries (collectively, the "Debtors") commenced cases (the "Cases") by filing voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On or about April 13, 2005, an order was signed granting the Motion for Transfer of Venue of The Debtors' Cases to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

3. On or about September 7, 2005, Duane Morris LLP ("DM") filed its Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure stating that it represented the following individual clients (the "Clients") in the above-captioned bankruptcy cases:

    a.    CapMark Services, Inc., as authorized agent of Swiss Re Asset Management (Americas) Inc. f/k/a Swiss Re Investors, Inc., as agent of Reassure America Life Insurance Company, successor-in-interest to Royal Maccabees Life Insurance Company f/k/a GMAC

                  Commercial Mortgage Corporation ("CapMark")
                  Three Ravinia Drive, Suite 200
                  Atlanta, GA 30346
                  Attention: Ms. Charlotte Kollin

       b.     ACE Insurance Company ("ACE")
            c/o ACE USA, WA04J
            436 Walnut Street
            P.O. Box 1000
            Philadelphia, PA 19106
            Attention: Robert Turrin, Esquire

       c.     Principal Mutual Life Insurance Company f/k/a ("Principal")
            c/o The Principal Financial Group
            801 Grand Avenue
            Des Moines, IA 50392-0301
            Attention: Dennis Ballard, Esquire

4.     This Amended Statement is filed to:

       a.     reflect that (i) Capmark was formerly known as GMAC Commercial Mortgage Corporation; and (ii) add new contact information for CapMark, ACE and Principal.

       b.     reflect the representation of:

            SBZ Mortgage Associates LLC ("SBZ")
            One Hollow Lane
            Suite 304
            Lake Success, NY 11042
            Attention: Mr. David Samber

5.     CapMark is a servicer for certain lenders who pursuant to certain loan documents and assignment of leases were assigned the rights of their borrowers as lessors under certain leases to which the Debtors are the lessees.

6.     The claims of ACE arise out of certain insurance policies issued by ACE, as insurer, to the Debtors, as insureds.

7.     The claims of Principal arise out of certain loan documents and assignment of leases pursuant to which Principal, as lender, was assigned the rights of its

2

borrowers as lessors under certain leases to which the Debtors are the lessees.

8. The claims of SBZ arise out of certain loan documents and assignment of leases pursuant to which SBZ was assigned the rights of its borrowers as lessors under certain leases to which the Debtors are the lessees.

9. All of the Clients have requested that Duane Morris LLP represent them in this case.

10. Duane Morris LLP does not hold any claim against, or own any interest in, the Debtors, nor has it at any time held any such claim or owned any such interest.

I, Wendy M. Simkulak, declare under penalty of perjury that I am an attorney at Duane Morris LLP and that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: September 19, 2006

By: /s/ Wendy M. Simkulak
DUANE MORRIS LLP
Paul L. Orshan, Esquire
Florida Bar No. 776203
200 S. Biscayne Boulevard,
Suite 3400
Miami, FL 33131
Telephone: (305) 960-2200
Facsimile: (305) 960-2201
plorshan@duanemorris.com

and

Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
mnreed@duanemorris.com
wmsimkulak@duanemorris.com