UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,
Debtors.
_____/

CASE NO.: 05-03817-JAF
Chapter 11

### LEC PROPERTIES, INC.'S AND PC PROPERTIES, LLC.'S RESPONSE OBJECTING TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO (A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS (STORE #1358)

Creditors, LEC PROPERTIES, INC., and PC PROPERTIES, LLC., (hereinafter "LEC and PC"), by and through undersigned counsel, file this Response Objecting to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims, and in support thereof state as follows:

1. Pursuant to a lease dated April 26, 1994, LEC and PC (as successors of The Mitchell Company, Inc.) leased to Winn-Dixie Louisiana, Inc., the premises located at 420 W. Beach Road in Pass Christian, Mississippi ("Store #1358"). Pursuant to the Lease, Winn-Dixie Louisiana, Inc., was required to pay LEC and PC monthly rental payments as well as other amounts for real estate taxes, additional rent, insurance, and common area maintenance.

2. As additional security for payment under the lease, Winn-Dixie Stores, Inc., executed a Corporate Guaranty of Lease Obligations under the lease for Store #1358.

1

3. On or about November 3, 2005, Creditor, LEC and PC timely filed its Proof of Claim #12408 in bankruptcy case of Winn-Dixie Montgomery, Inc. (case number 05-02837) for the pre-petition arrearage in the amount of $73,161.67 arising from Debtor's obligation under the lease due and payable prior to the filing of the bankruptcy.

4. On or about November 3, 2005, Creditor, LEC and PC timely filed Proof of Claim #12409 in the bankruptcy case of Winn-Dixie Stores, Inc. (case number 05-3817) for the pre-petition arrearage in the amount of $73,161.67 arising from Debtor's obligation under the Guaranty it executed under the lease due and payable prior to the filing of the bankruptcy.

5. On or about September 5, 2006, Debtor filed its Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims, wherein Debtor requests this Court disallow LEC and PC's Proof of Claim #12409 on the grounds that upon confirmation of the plan, all of the Debtors' estates will be consolidated and the claim of one shall be the claim of all.

6. The guaranty set forth in Claim #12409 was provided to LEC and PC as additional security for payment under the lease. For this Court to disallow Claim #12409 which is a claim under the guaranty would strip the security for payment under the lease. If Claim #12409 is disallowed and LEC and PC do not receive payment under Claim #12408, then LEC and PC will be without any security for payment of Claim #12409. To disallow the Guaranty Claim #12409 renders the guaranty worthless for no consideration to LEC and PC.

7. Therefore, LEC and PC object to their Proof of Claim #12409 being disallowed.

WHEREFORE, LEC Properties, Inc., and PC Properties, L.L.C., respectfully submit this Response Objecting to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims and deny Debtor's request to disallow Claim #12409.

*Sally Fox*
SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
email: sfox@esclaw.com
Attorneys for LEC and PC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served through electronic filing and U.S. Mail on this 19th day of September, 2006 to all parties listed below:

D.J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Jane M. Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Joshua M Katz
Nelson Mullins Riley & Scarborough LLP
999 Peachtree Street, 14th Floor
Atlanta, GA 30309

Elana L. Escamilla
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

Cynthia C. Jackson, James H. Post,
Stephen D. Busey
Leanne McKnight Prendergast,
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32201

Kenneth C. Meeker
United States Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley
1 Chase Manhattan Plaza
New York, NY 10005

John B. McDonald, Patrick P. Patangan
Akerman Senterfitt
50 N. Laura Street, Ste 2500
Jacksonville, FL 32202

*Sally Fox*

SALLY BUSSELL FOX, ESQUIRE
Florida Bar #379360
Emmanuel, Sheppard & Condon, P.A.
30 South Spring Street
Pensacola, FL 32502
(850) 433-6581
email: sfox@esclaw.com
Attorneys for LEC and PC