Barbara L. Hart
625 Lorraine Circle
Lake Wales, Fl. 33853
1-863-678-1045

U.S. Bankruptcy Court
300 N. Hogan Street, Suite 3-350
Jacksonville, Fl 32202

Subject: Chapter 11 Winn Dixie Stores

Dear Sir:

I am writing this letter to express my complete opposition to the proposed Winn Dixie Chapter 11 settlement where by the current outstanding common shares would be declared **worthless**.

I am 65 years of age and a retired school teacher. I have been a **loyal W-D** customer for over 40 years and currently own **27,704 shares** of W-D Common Stock. Should the Court approve the current Plan, I will have lost all the money that was put into it. I am **very distraught** over the possibility that the Court will declare all my stock null and void. Please make this a consideration before you allow Winn Dixie to dissolve their responsibility to their loyal stock holders.

Respectfully submitted,

*Barbara L. Hart*   Sept 15, 2006
Barbara L. Hart