**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*., | ) | Case No. 05-03817 (JAF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR
SERVICE OF PAPERS BY MAYER, BROWN, ROWE & MAW LLP
<u>ON BEHALF OF INFORMATION BUILDERS, INC.</u>**

PLEASE TAKE NOTICE that Mayer, Brown, Rowe & Maw LLP ("MBR&M") hereby appears as attorneys for Information Builders, Inc. in the above-captioned chapter 11 case. Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), MBR&M requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon MBR&M at the office, addresses and telephone numbers set forth below, and that MBR&M's name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

> Frederick D. Hyman, Esq.
> Mayer, Brown, Rowe & Maw LLP
> 1675 Broadway
> New York, NY  10019-5820
> Telecopier:  (212) 262-1910
> Telephone:  (212) 506-2500
> E-mail: fhyman@mayerbrownrowe.com

        Laura Dawn Metzger, Esq.
        Mayer, Brown, Rowe & Maw LLP
        1675 Broadway
        New York, NY  10019-5820
        Telecopier:(212) 262-1910
        Telephone:(212) 506-2500
        E-mail: ldmetzger@mayerbrownrowe.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtors, property of such debtors, or Information Builders, Inc.

Dated:  September 19, 2006

      /s/Andrew D. McNamee
      Andrew D. McNamee (FBN 448060)
      Patricia A. Redmond (FBN 303739)
      STEARNS WEAVER MILLER WEISSLER
      ALHADEFF & SITTERSON, P.A
      SunTrust Financial Centre, Suite 2200
      401 E. Jackson Street,(Zip 33602)
      Post Office Box 3299
      Tampa, FL 33602
      Telephone: (813)223-4800
      Facsimile: (813)222-5089

      -and-

      MAYER, BROWN, ROWE & MAW LLP
      /s/Frederick Hyman
      Frederick Hyman (FH 224)
      Laura Metzger (LM 9020)
      1675 Broadway
      New York, New York 10019
      Telephone: (212) 506-2500
      Facsimile: (212) 849-5664
      Email: fhyman@mayerbrownrowe.com
      Email: ldmetzger@mayerbrownrowe.com
      *Attorney for Information Builders, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served electronically or by U.S. mail, postage prepaid, to all parties shown listed below, this 19th day of September, 2006.

/s/Andrew D. McNamee
Attorney

## SERVICE LIST

| | |
|---|---|
| Adam Ravin, Esq.<br>Skadden Arps Slate<br>Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>(Counsel for Debtors) | John B. MacDonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500 Jacksonville, FL 32202<br>Jacksonville, FL 32202<br>(Counsel for Unsecured Creditors' Comm.) |
| Cyntyhia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Thomas R. Califano, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>(Counsel for Ad Hoc Trade Committee) |
| Elena L. Escamilla, Esq.<br>United States Trustee – JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Mark J. Friedman, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>(Counsel for Ad Hoc Trade Committee) |
| Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(Counsel for Unsecured Creditors' Comm.) | Philip V. Martino, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>101 East Kennedy Boulevard, Suite 2000<br>Tampa, FL 33602-5149<br>(Counsel for Ad Hoc Trade Committee) |

G:\W-BANK\37824\001\REVISED - Winn - Dixie - Notice of Appearance.doc