**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR WAIVER OF LOCAL RULE 2090-1 REQUIREMENT
OF DESIGNATION AND CONSENT-TO-ACT BY LOCAL COUNSEL**

TO THE HONORABLE JERRY A. FUNK, UNITED STATES BANKRUPTCY JUDGE:

Frederick Hyman and Laura Metzger, of the firm of Mayer, Brown, Rowe & Maw LLP counsel for Information Builders, Inc. ("Information Builders"), administrative claimants and unsecured creditors, files this Motion pursuant to this Court's Local Rule 2090-1(c) for the entry of an order waiving the requirement that a written designation and consent-to-act be filed on the part of some member of the bar of the Middle District of Florida, resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, as provided therein, so as to allow Frederick Hyman and Laura Metzger to continue to represent the interests of Information Builders without the necessity of local counsel (the "Motion").

In support of this Motion, Frederick Hyman and Laura Metzger represent as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. Sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b). Venue of the Debtors' Chapter 11 cases and this Motion in this district is proper pursuant to 28 U.S.C. Sections 1408 and 1409.

## FACTS

2. Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code on February 21, 2005 in the United States Bankruptcy Court, Southern District of New York.

3. By amended order entered April 14, 2005, venue of Debtors' jointly administered cases was transferred to the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division.

4. Information Builders holds an administrative claim and an unsecured claim.

5. Information Builders filed an unsecured proof of claim in the amount of $272,069.97 against Debtor Winn-Dixie Stores, Inc. Information Builders will file a motion with respect to its administrative claim.

6. Frederick Hyman and Laura Metzger have represented Information Builders for several months and are intimately familiar with the details of Information Builders' claims in, and the status and background of, Debtors' cases.

7. Frederick Hyman and Laura Metzger will file Information Builders' request for payment of an administrative expense and anticipate negotiating with Debtor's counsel and defending any objection, if necessary.

8. Retention of local counsel and the time and effort required by Information Builders and Frederick Hyman and Laura Metzger to inform local counsel of the background of their involvement to this point in Debtors' cases would likely cause Information Builders to incur excessive legal expense.

9. Frederick Hyman and Laura Metzger are familiar with the Case Management/Electronic Case Filing System, having been trained for electronic filing in the United States Bankruptcy Court, Southern District of New York several years ago. Frederick Hyman and Laura Metzger routinely file electronically in the United States Bankruptcy Court,

Southern District of New York. Frederick Hyman and Laura Metzger contemporaneously electronically filed a Notice of Appearance.

10. Frederick Hyman and Laura Metzger reviewed this Court's procedural orders in Debtors' cases, the Attorney User Guide, the Creditor/Claimant Filer Guide, the Style Guide, and the Local Rules.

## **RELIEF REQUESTED**

11. Local Rule 2090-1(c) provides that this Court may waive the written designation and consent-to-act on the part of some member of the bar of the Middle District of Florida, resident in Florida, for good cause shown.

12. Frederick Hyman and Laura Metzger believe that the circumstances set forth above warrant good cause to waive the requirement of Local Rule 2090-1 to retain local counsel, and respectfully requests that this Court enter an order providing that they may appear for and represent Information Builders in Debtors' cases without the necessity of retaining local counsel and filing a written designation and consent-to-act by Florida counsel.

WHEREFORE, Frederick Hyman and Laura Metzger respectfully request entry of an order authorizing him to represent the interests of Information Builders without the necessity of retaining local counsel, and granting such other and further relief as they may be entitled.

Dated:  September 19, 2006  /s/Andrew D. McNamee

Andrew D. McNamee (FBN 448060)
Patricia A. Redmond (FBN 303739)
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A
SunTrust Financial Centre, Suite 2200
401 E. Jackson Street,(Zip 33602)
Post Office Box 3299
Tampa, FL 33602
Telephone: (813)223-4800
Facsimile: (813)222-5089

-and-

MAYER, BROWN, ROWE & MAW LLP
/s/Frederick Hyman
Frederick Hyman (FH 224)
Laura Metzger (LM 9020)
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 849-5664
Email: fhyman@mayerbrownrowe.com
Email: ldmetzger@mayerbrownrowe.com
*Attorney for Information Builders, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served electronically or by U.S. mail, postage prepaid, to all parties shown below, this 19th day of September, 2006.

/s/Andrew D. McNamee
Attorney

## SERVICE LIST

| | |
|---|---|
| Adam Ravin, Esq.<br>Skadden Arps Slate<br>Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>(Counsel for Debtors) | John B. MacDonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500 Jacksonville, FL 32202<br>Jacksonville, FL 32202<br>(Counsel for Unsecured Creditors' Comm.) |
| Cyntyhia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | Thomas R. Califano, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>(Counsel for Ad Hoc Trade Committee) |
| Elena L. Escamilla, Esq.<br>United States Trustee – JAX<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Mark J. Friedman, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209<br>(Counsel for Ad Hoc Trade Committee) |
| Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(Counsel for Unsecured Creditors' Comm.) | Philip V. Martino, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>101 East Kennedy Boulevard, Suite 2000<br>Tampa, FL 33602-5149<br>(Counsel for Ad Hoc Trade Committee) |

G:\W-BANK\37824\001\REVISED Winn-Dixie - Motion for Waiver.doc