## UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about September 15, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Fourth Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: September 19, 2006

Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: FA

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Hearing**
**Debtors' Fourth Omnibus Motion for Order Authorizing**
**Assumption of Executory Contracts and Unexpired**
**Leases and Fixing Cure Amounts**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534700-EJ<br>ADT SECURITY SYSTEMS, INC.<br>ATTN: BRANDY WIMBISH, MGR<br>14200 EAST EXPOSITION AVE.<br>AURORA CO 80012 | CREDITOR ID: 534701-EJ<br>ADT SECURITY SYSTEMS, INC.<br>P.O. BOX 371967<br>PITTSBURGH PA | CREDITOR ID: 534702-EJ<br>ALLEN SYSTEMS GROUP, INC.<br>1333 THIRD AVENUE S.<br>NAPLES FL 34102 |
| CREDITOR ID: 534703-EJ<br>AZAR NUT CO. (D/B/A FRANKLIN BAKING CO.)<br>ATTN: MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | CREDITOR ID: 534704-EJ<br>BEST MANUFACTURING GROUP<br>ATTN: RICHARD MENON, DIRECTOR OF CREDIT<br>10 EXCHANGE PLACE<br>JERSEY CITY NJ 07302 | CREDITOR ID: 534706-EJ<br>CERTIFIED ALARMS<br>ATTN: DAVID KOCH, OWNER<br>3016 GALLERIA DRIVE<br>METAIRE LA 70001-2017 |
| CREDITOR ID: 534705-EJ<br>CERTIFIED ALARMS<br>3016 GALLERIA DR.<br>METAIRE LA 70001-2017 | CREDITOR ID: 534708-EJ<br>CHEP USA<br>8517 SOUTH PARK CIRCLE<br>ORLANDO FL 32819 | CREDITOR ID: 534707-EJ<br>CHEP USA<br>C/O STUTSMAN & THAMES, PA<br>ATTN: NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 534709-EJ<br>COMPUTER ASSOCIATES<br>ATTN: ROBERT AUSTEN, MGR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA NY 11749 | CREDITOR ID: 534710-EJ<br>CYCLONE COMMERCE<br>8388 E. HARTFORD DRIVE<br>SCOTTSDALE AZ 85255 | CREDITOR ID: 534713-EJ<br>DELOITTE & TOUCHE TAX TECHNOLOGIES LLC<br>N/K/A CORPTAX, LLC A/K/A MLM INFORMATION SERVICES<br>21550 OXNARD STREET 1100<br>WOODLAND HILLS CA 91367 |
| CREDITOR ID: 534712-EJ<br>DELOITTE & TOUCHE TAX TECHNOLOGIES LLC<br>N/K/A CORPTAX, LLC A/K/A MLM INFORMATION SERVICES<br>PO BOX 35158<br>NEWARK NJ 07193-5158 | CREDITOR ID: 534711-EJ<br>DELOITTE & TOUCHE TAX TECHNOLOGIES LLC<br>1751 LAKE COOK ROAD<br>1751 LAKE COOK ROAD, SUITE 200<br>DEERFIELD IL 60015 | CREDITOR ID: 534714-EJ<br>ENVIRONMENTAL MANAGEMENT<br>1940 NORTHWEST 22ND STREET<br>POMPANO BEACH FL 33069 |
| CREDITOR ID: 534715-EJ<br>F5/DELL<br>401 ELLIOTT AVE. WEST<br>SEATTLE WA 98119 | CREDITOR ID: 534716-EJ<br>FEDERAL INSURANCE COMPANY<br>55 WATER STREET, 28TH FL,<br>NEW YORK NY 10041 | CREDITOR ID: 534719-EJ<br>FIDELITY AND GUARANTY INSURANCE COMPANY<br>BINGHAM MCCUTCHEN LLP<br>ATTN: HAROLD S. HORWICH, ESQ.<br>AND STEPHEN M. HRYNIEWICZ, ESQ.<br>ONE STATE STREET<br>HARTFORD CT 06103 |
| CREDITOR ID: 534718-EJ<br>FIDELITY AND GUARANTY INSURANCE COMPANY<br>ATTN: JEFFREY FISHER, ESQ.<br>5 BATTERSON PARK<br>FARMINGTON CT 06032 | CREDITOR ID: 534717-EJ<br>FIDELITY AND GUARANTY INSURANCE COMPANY<br>C/O DISCOVERRY MANAGERS, LTD.<br>ATTN: COMPLIANCE OFFICER<br>5 BATTERSON PARK,<br>FARMINGTON CT 06032 | CREDITOR ID: 534721-EJ<br>FIFTH THIRD BANK<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| CREDITOR ID: 534720-EJ<br>FIFTH THIRD BANK<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 | CREDITOR ID: 534723-EJ<br>FLOWERS BAKERIES LLC<br>ATTN: GENERAL COUNSEL<br>1925 FLOWERS CIRCLE<br>THOMASVILLE GA 31757 | CREDITOR ID: 534722-EJ<br>FLOWERS BAKERIES LLC<br>ATTN: MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 |
| CREDITOR ID: 534724-EJ<br>GEAC ENTERPRISE SOLUTIONS, INC.<br>NW 5421<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5421 | CREDITOR ID: 534726-EJ<br>HARVARD DRUG GROUP<br>31778 ENTERPRISE DR<br>LIVONIA MI 48150 | CREDITOR ID: 534725-EJ<br>HARVARD DRUG GROUP<br>C/O BARRIS SOTT DENN & DRIKER PLLC<br>ATTN STEPHEN E GLAZEK, ESQ<br>211 WEST FORT ST, 15TH FL<br>DETROIT MI 48226 |

SERVICE LIST
Notice of Hearing
Debtors' Fourth Omnibus Motion for Order Authorizing
Assumption of Executory Contracts and Unexpired
Leases and Fixing Cure Amounts

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534727-EJ<br>IMAGING TECHNOLOGIES<br>ATTN: JACK ELLIS, DIV CONTROLLER<br>PO BOX 13426<br>ATLANTA GA 30324 | CREDITOR ID: 534728-EJ<br>INFORMATION RESOURCES INC.<br>150 N CLINTON STREET<br>CHICAGO IL 60661-1416 | CREDITOR ID: 534729-EJ<br>LAWN MAINTENANCE / PRO-BORING<br>915 SILVER PALM WAY<br>APOLLO BEACH FL 33572 |
| CREDITOR ID: 534730-EJ<br>LIFECLINIC.COM CORPORATION<br>ATTN: STEVE HALPERIN, COO/CFO<br>255 N WASHINGTON STREET, SUITE 202<br>ROCKVILLE MD 20850 | CREDITOR ID: 534732-EJ<br>LOOMIS FARGO & COMPANY<br>3650 MORRIS FARM DRIVE, UNIT 1D<br>GREENSBORO NC 27409 | CREDITOR ID: 534731-EJ<br>LOOMIS FARGO & COMPANY<br>DEPT AT 40331<br>ATLANTA GA 31192-0331 |
| CREDITOR ID: 534734-EJ<br>LUMBERMENS MUTUAL CASUALTY CO.<br>KEMPER CASUALTY<br>ATTN: JOHN T. DOYLE, CREDIT OFFICER<br>155 VILLAGE BLVD, SUITE 300<br>PRINCETON NJ 08540-5743 | CREDITOR ID: 534733-EJ<br>LUMBERMENS MUTUAL CASUALTY CO.<br>C/O DAVID J FISCHER<br>JOEL C. PASCHKE<br>WILDMAN, HARROLD, ALLEN & DIXON<br>225 WEST WACKER DRIVE<br>CHICAGO IL 60606 | CREDITOR ID: 534736-EJ<br>MANSFIELD OIL COMPANY / ONYX-MANSFIELD, LLC<br>1025 AIRPORT PARKWAY, SW<br>GAINESVILLE GA 30501-6833 |
| CREDITOR ID: 534735-EJ<br>MANSFIELD OIL COMPANY / ONYX-MANSFIELD, LLC<br>PO BOX 530100<br>ATLANTA GA 30353-0100 | CREDITOR ID: 534738-EJ<br>MANUGISTICS, INC.<br>9715 KEY WEST AVE.<br>ROCKVILLE MD 20850 | CREDITOR ID: 534737-EJ<br>MANUGISTICS, INC.<br>DEPT CH 17165<br>PALATINE IL 60055-7165 |
| CREDITOR ID: 534739-EJ<br>MATRA SYSTEMS INC.<br>3355 BRECKINRIDGE BLVD<br>STE 120<br>DULUTH GA 30096 | CREDITOR ID: 534740-EJ<br>MICROSOFT<br>7000 N STATE HWY 161<br>IRVING TX 75039 | CREDITOR ID: 534741-EJ<br>MILLENNIUM<br>2864 STATEN DRIVE<br>DELTONA FL 32738 |
| CREDITOR ID: 534743-EJ<br>NDC HEALTH<br>2394 EAST CAMELBACK ROAD<br>PHOENIX AZ 85016 | CREDITOR ID: 534742-EJ<br>NDC HEALTH<br>ATTN: DUNCAN M HARLE<br>& HA ROSENBERG<br>NDC PLAZA<br>ATLANTA GA 30329 | CREDITOR ID: 534744-EJ<br>PDX, INC.<br>ATTN: MICHAEL INGRAM, CFO<br>101 JIM WRIGHT FWY SO, STE 200<br>FT WORTH TX 76108-2202 |
| CREDITOR ID: 534745-EJ<br>PDX/NHIN<br>ATTN: MICHAEL INGRAM, CFO<br>101 JIM WRIGHT FWY SO, STE 200<br>FT WORTH TX 76108-2202 | CREDITOR ID: 534746-EJ<br>PEOPLESOFT<br>500 WEST MONROE STREET<br>CHICAGO IL 60661 | CREDITOR ID: 534747-EJ<br>PHARMACY CHOICE INC.<br>(FORMERLY RX CAREER CENTER)<br>1666 RACE STREET<br>DENVER CO 80206 |
| CREDITOR ID: 534750-EJ<br>PHH / D.L. PETERSON TRUST<br>940 RIDGEBROOK ROAD<br>SPARKS MD 21152 | CREDITOR ID: 534749-EJ<br>PHH / D.L. PETERSON TRUST<br>3000 LEADENHALL ROAD<br>MT. LAUREL NH 08054 | CREDITOR ID: 534748-EJ<br>PHH / D.L. PETERSON TRUST<br>5924 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |
| CREDITOR ID: 534751-EJ<br>QUEST SOFTWARE INC.<br>PO BOX 51739<br>LOS ANGELES CA 90051-6039 | CREDITOR ID: 534752-EJ<br>RAYOVAC CORPORATION<br>601 RAYOVAC DRIVE<br>MADISON WI 53711 | CREDITOR ID: 534754-EJ<br>RELIANCE NATIONAL INDEMNITY COMPANY<br>LAWRENCE J. TABAS, ESQ.<br>DEIRDE M. RICHARDS, ESQ.<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>ONE PENN CENTER, 19TH FLOOR, 1617 JFK BLVD.<br>PHILADELPHIA PA 19103 |

**SERVICE LIST**
**Notice of Hearing**
**Debtors' Fourth Omnibus Motion for Order Authorizing**
**Assumption of Executory Contracts and Unexpired**
**Leases and Fixing Cure Amounts**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                    **CASE:    05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534753-EJ<br>RELIANCE NATIONAL INDEMNITY COMPANY<br>ATTN: ANTHONY CHISMAR<br>RISK MANAGEMENT DIVISION<br>77 WATER STREET<br>NEW YORK NY 10005 | CREDITOR ID: 534755-EJ<br>REPUBLIC REFRIGERATION INC.<br>2890 GRAY FOX ROAD<br>MONROE NC 28110 | CREDITOR ID: 534756-EJ<br>RETALIX<br>1501 WOODFIELD ROAD SUITE 210<br>SCHAUMBURG IL 60173 |
| CREDITOR ID: 534758-EJ<br>SPRINT - FLORIDA, INC.<br>ATTN: MARY C HALL<br>6391 SPRINT PARKWAY<br>OVERLAND PARK KS 66251-2850 | CREDITOR ID: 534757-EJ<br>SPRINT - FLORIDA, INC.<br>7406. FULLERTON ST<br>JACKSONVILLE FL 32256 | CREDITOR ID: 534759-EJ<br>STATE OF TENNESSEE DEPT OF HEALTH<br>425 5TH AVENUE NORTH<br>NASHVILLE TN 37247 |
| CREDITOR ID: 534761-EJ<br>STORAGETEK  AKA KEY EQUIPMENT<br>ATTN: SAL BOSCIA<br>1000 SOUTH MCCASLIN BLVD<br>SUPERIOR CO 80027 | CREDITOR ID: 534760-EJ<br>STORAGETEK  AKA KEY EQUIPMENT<br>5390 TRIANGLE PARKWAY , SUITE 300<br>NORCROSS GA 30092 | CREDITOR ID: 534762-EJ<br>SUPERMARKET APPLICATION MANAGERS (<br>SAM) / SAM GROUP, INC.<br>11 SMITH HINES ROAD<br>GREENVILLE SC 29607 |
| CREDITOR ID: 534767-EJ<br>THE TJX OPERATING COMPANIES, INC.<br>REGENCY CENTERS<br>ATTN:  PAM ASHE<br>10117 PRINCESS PALM AVE.<br>TAMPA FL 33610 | CREDITOR ID: 534766-EJ<br>THE TJX OPERATING COMPANIES, INC.<br>C/O SOUTHEAST LEASING & MGT. CO.<br>9210 CYPRESS GREEN DRIVE<br>JACKSONVILLE FL 32216 | CREDITOR ID: 534765-EJ<br>THE TJX OPERATING COMPANIES, INC.<br>770 COCHITUATE ROAD<br>PO BOX 9123<br>FRAMINGHAM MA 01701 |
| CREDITOR ID: 534764-EJ<br>THE TJX OPERATING COMPANIES, INC.<br>CARRIAGE GATE<br>C/O REGENCY CENTERS, LP<br>P.O.  BOX 532937<br>ATLANTA GA 30353-2937 | CREDITOR ID: 534763-EJ<br>THE TJX OPERATING COMPANIES, INC.<br>NHP ACQUISITION CORPORATION AND MANAGEMENT<br>C/O BROADMONT ASSET SERVICES, INC.<br>7004 W. BUTLER PIKE<br>AMBLER PA 19002 | CREDITOR ID: 534769-EJ<br>UNITED STATES FIDELITY AND GUARANTY INSURANCE COMP<br>FIDELITY AND GUARANTY INSURANCE COMPANY<br>ATTN: JEFFREY FISHER, ESQ.<br>5 BATTERSON PARK,<br>FARMINGTON CT 06032 |
| CREDITOR ID: 534768-EJ<br>UNITED STATES FIDELITY AND GUARANTY INSURANCE COMP<br>FIDELITY AND GUARANTY INSURANCE COMPANY<br>C/O DISCOVERRY MANAGERS, LTD.<br>ATTN: COMPLIANCE OFFICER<br>5 BATTERSON PARK<br>FARMINGTON CT 06032 | CREDITOR ID: 534773-EJ<br>WESTERN UNION<br>PO  BOX 503123<br>ST. LOUIS MO 63150-2123 | CREDITOR ID: 534772-EJ<br>WESTERN UNION<br>ONE MACK CENTRE DRIVE<br>PARAMUS NJ 07652 |
| CREDITOR ID: 534771-EJ<br>WESTERN UNION<br>BINGHAM MCCUTCHEN LLP<br>ATTN: HAROLD S. HORWICH, ESQ.<br>AND STEPHEN M. HRYNIEWICZ, ESQ.<br>ONE STATE STREET<br>HARTFORD CT 06103 | CREDITOR ID: 534770-EJ<br>WESTERN UNION<br>C/O INTEGRATED  PAYMENT SERVICES INC., ATTENTION:<br>6200 SOUTH QUEBEC STREET<br>ENGLEWOOD CO 80111 | CREDITOR ID: 534776-EJ<br>XEROX CORPORATION, XEROX CAPITAL SERVICES LLC<br>800 LONG RIDGE ROAD<br>STAMFORD CT 06904 |
| CREDITOR ID: 534775-EJ<br>XEROX CORPORATION, XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS, BANKRUPTCY COORDINATOR<br>1301 RIDGEVIEW ROAD, R-382-450<br>LEWISVILLE TX 75028 | CREDITOR ID: 534774-EJ<br>XEROX CORPORATION, XEROX CAPITAL SERVICES LLC<br>HUGHES LUCE LLP<br>G. JAMES LANDON, ESQ.<br>111 CONGRESS AVE., SUITE 900<br>AUSTIN TX 78701 | |

**Total:   77**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**<u>NOTICE OF HEARING</u>**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **October 5, 2006 at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Fourth Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts.

Only objections filed and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 and Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202 so as to be received by **4:00 p.m. (prevailing Eastern Time) on September 28, 2006** will be considered by the Bankruptcy Court at the hearing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.


Dated:  September 15, 2006

SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM, LLP

By ____/s/ D. J. Baker_____               By ____/s/ Cynthia C. Jackson_____
        D. J. Baker                                Stephen D. Busey
        Sally McDonald Henry                       James H. Post
        Rosalie Walker Gray                        Cynthia C. Jackson
        David M. Turetsky                          Florida Bar Number 498882
Four Times Square                          225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                             (904) 359-7700
(917) 777-2150 (facsimile)                 (904) 359-7708 (facsimile)

Co-Counsel for the Debtors                 Co-Counsel for the Debtors

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

## DEBTORS' FOURTH OMNIBUS MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND FIXING CURE AMOUNTS

Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move the Court for entry of an order under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts"), effective as of the effective date of the Debtors' proposed plan of reorganization (the "Effective Date"), and fixing the cure amount for each of the Contracts as set forth on Exhibit A (the "Motion"). In support of the Motion, the Debtors state as follows:

### Background

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to Section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005, was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors  (the "Disclosure Statement"), together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").  The Disclosure Statement was approved by Order of the Court dated August 4, 2006.  The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

5.    This Court has jurisdiction over the Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested by this Motion are Sections 105(a) and 365 of the Bankruptcy Code, supported by Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Relief Requested**

7.      By this Motion, the Debtors seek an order of the Court, pursuant to Sections 105(a) and 365 of the Bankruptcy Code and Rule 6006 of the Bankruptcy Rules, approving the assumption of the Contracts as of the Effective Date and fixing the cure amount for each of the Contracts.  If there is no Effective Date, the Contracts will not be assumed by the Debtors and no payments will be made on such cure amounts.

8.      To the extent that they are in default under the Contracts, assumption of the Contracts will require that the Debtors satisfy Section 365(b) of the Bankruptcy Code by paying the applicable non-Debtor counter parties to the Contracts (the "Counter Parties") a cure amount. Included in Exhibit A to this Motion are the respective cure amounts that the Debtors believe are owed to the Counter Parties with respect to the Contracts (the "Proposed Cure Amounts").

9.      The Debtors seek certainty as to the Proposed Cure Amounts.  Therefore, to the extent that a Counter Party disputes the Proposed Cure Amount or otherwise objects to the Motion, the Counter Party must file an objection with the Court and serve the objection on the Debtors on or before September 28, 2006 (the "Objection Deadline").  In the absence of a timely objection, the Counter Party will be deemed to have consented to the assumption of the Contract and the Proposed Cure, will be barred from asserting a larger claim for cure, and will be deemed to have waived all claims under the Contract against the Debtors other than the Proposed Cure Amount.

10.     If a Counter Party asserts a cure amount that is higher than the Proposed Cure Amount, or for any other reason, the Debtors reserve the right, in their discretion, prior to the entry of an order approving this Motion, to withdraw any Contract from Exhibit A, and to alternatively seek by separate motion to reject or otherwise dispose of such Contract.

3

**Basis for Relief**

11.     As part of their restructuring, the Debtors have undertaken a comprehensive review and analysis of each of the Contracts, together with the consequences and costs of assumption or rejection.  Based upon this analysis, including the anticipated cost reflected by the Proposed Cure Amount, the Debtors have at this time determined that assumption of the Contracts is in the best interests of the Debtors and their estates.  The Contracts are for goods and services that are used in the operation of the Debtors' businesses.  Assumption will allow the Debtors to realize the benefits of the Contracts.

12.     To the extent that there has been a default under the Contracts, the Debtors represent that the requirements of Section 365(b) of the Bankruptcy Code will be satisfied through (a) payment of the Proposed Cure Amount, which will cure such default and compensate the applicable Counter Party for any actual pecuniary loss resulting from such default and (b) the Debtors' continuing business operations, which will provide adequate assurance of future performance under the Contracts.

**Applicable Authority**

13.     Pursuant to Sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C. § 365.  "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon burdensome property.'"  Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.), 4 F.3d 1095, 1098 (2d Cir. 1993).

14.     A debtor's decision to assume or reject a contract or unexpired lease is subject to review under the business judgment standard.  See Byrd v. Gardinier, Inc. (In re Gardinier), 831

F.2d 974, 975 n.2 (11th Cir. 1987); In re Orion Pictures Corp., 4 F.3d at 1098-99.  Under this

standard, the debtor's assumption of a contract or lease is appropriate if it will benefit the estate.

See Westshire, Inc. v. Trident Shipworks, Inc., 247 B.R. 856 (M.D. Fla. 2000).  Upon finding that a

debtor has exercised its sound business judgment in determining that assumption of a particular

executory contract is in the best interests of the debtor's estate, the bankruptcy court should approve

assumption under Section 365(a) of the Bankruptcy Code.  See In re Gucci, 193 B.R. 411, 415-17

(S.D.N.Y. 1996) (affirming bankruptcy court's approval of assumption of executory contract upon

determining that assumption "was in the best interest of the estate"); Blue Cross Blue Shield of

Conn. v. Gurski (In re Gurski), Nos. 94-51202 & 3:95CV1883, 1996 WL 684397, at *2 (D. Conn.

Jan. 25, 1996) (affirming bankruptcy court's determination that executory contracts were beneficial

to the debtor such that the debtor could assume them under Section 365(a)).  In the case of

assumption, "[t]he § 365 election permits a trustee to … continue performance on a contract which

will benefit the estate." In re Diamond Mfg. Co., 164 B.R. 189 (Bankr. S.D. Ga. 1994) (citing In re

Brada Miller Freight Sys., Inc., 702 F.2d 890, 893-894 (11th Cir. 1983)).  The Debtors respectfully

submit that, as described in paragraph 11 above, they have satisfied the business judgment standard

for assuming the Contracts.

   15. The Debtors recognize that as to those Contracts as to which a default has

occurred, Section 365(b) of the Bankruptcy Code imposes an obligation upon the Debtors to (a)

cure or provide adequate assurance to the Counter Party to such Contract that the Debtors will cure

such default, (b) compensate or provide adequate assurance that the Debtors will promptly

compensate the Counter Party to such Contract for any actual pecuniary loss to such Counter Party

resulting from such default, and (c) provide adequate assurance of future performance under such

Contract.  As set forth in paragraph 12 above above, these obligations are satisfied.

**Notice**

16.    Notice of the Motion has been provided to (a) counsel to the Office of the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) the Counter Parties.  No other or further notice need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter an order substantially in the form attached as Exhibit B (a) authorizing and approving the assumption of the Contracts effective as of Effective Date and (b) fixing the costs of assumption at the Proposed Cure Amounts set forth on Exhibit A and (ii) grant such other and further relief as the Court deems just and proper.

Dated:  September 15, 2006.

SKADDEN, ARPS, SLATE, MEAGHER                SMITH HULSEY & BUSEY
& FLOM LLP

By    *s/ D. J. Baker*                                    By    *s/ Cynthia C. Jackson*
      D. J. Baker                                                    Stephen D. Busey
      Sally McDonald Henry                                James H. Post
      Rosalie Walker Gray                                     Cynthia C. Jackson,
      David M. Turetsky                                        Florida Bar Number 498882
Four Times Square                                        225 Water Street, Suite 1800
New York, New York 10036                          Jacksonville, Florida  32202
(212) 735-3000                                             (904) 359-7700
(212) 735-2000 (facsimile)                          (904) 359-7708 (facsimile)
djbaker@skadden.com                                 cjackson@smithhulsey.com

Co-Counsel for the Debtors                          Co-Counsel for the Debtors

**<u>Exhibit A</u>**

Exhibit A

Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 125 | Alarm Monitoring Contract | | ADT | ADT Security Systems, Inc.<br>Attn: Brandy Wimbish, MGR<br>14200 East Exposition Ave.<br>Aurora, CO  80012<br><br>P.O.  Box 371967<br>Pittsburg, PA<br>15250-7967 | Separate Burglar Alarm System Contracts for Stores 125, 436, 443, 457, 487, 498, 506, 552 . | $5,067.21 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Allen Systems Group, Inc. | 1333 Third Avenue S.<br>Naples, FL  34102 | Portfolio Site License Access Fee and Annual License Usage Fee | $0.00 |
| Winn-Dixie Stores, Inc. | Orlando | Supply Agreement | | Azar Nut Co. (d/b/a Franklin Baking Co.) | ATTN: MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE, GA  31792 | Purchase of Nuts | $3,373.15 |
| Winn-Dixie Stores, Inc. | | Supply Agreement | | Best Manufacturing Group | Att'n: Richard Menon, Director of Credit<br>10 Exchange Place<br>Jersey City, NJ  7302 | Employee uniforms, work in progress, fabric and trim for WD's uniform products | $0.00 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | | Certified Alarms | 3016 Galleria Dr.<br>Metaire, LA  70001-2017<br><br>CERTIFIED ALARMS<br>ATTN: DAVID KOCH, OWNER<br>3016 GALLERIA DRIVE<br>METAIRIE LA 70001-2017 | Separate Burglar Alarm System Contracts as amended to go month to month for Stores 473, 490, 549, 564, 570, 571, 572, 578, 580, 581, 586, 590, 591, 596, 599, 1329, 1333, 1334, 1345, 1353, 1357, 1403, 1404, 1405, 1406, 1408, 1409, 1411, 1412, 1416, 1417, 1418, 1419, 1425, 1426, 1428, 1430, 1431, 1432, 1434, 1437, 1438, 1439, 1440, 1444, 1446, 1448, 1449, 1452, 1453, 1454, 1456, 1459, 1461, 1463, 1467, 1477, 1478, 1479, 1483, 1490, 1500, 1501, 1502, 1504, 1511, 1512, 1513, 1534, 1537, 1540, 1549, 1555, 1557, 1558, 1559, 1561, 1570, 1572, 1576, 1577, 1581, 1583, 1588, 1590, 1591, 2628 | $4,937.27 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | CHEP USA | 8517 South Park Circle<br>Orlando, FL  32819<br><br>C/O STUTSMAN & THAMES, PA<br>ATTN: NINA M LAFLEUR, ESQ<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | Pallett rental | $15,277.53 |
| Winn-Dixie Stores, Inc. | HDQ | Software License | | Computer Associates | ATTN: ROBERT AUSTEN, MGR<br>ONE COMPUTER ASSOCIATES PLAZA<br>ISLANDIA, NY 11749 | Unicenter OPS for MVS | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Computer Associates | See Above | Advantage Optimizer | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Computer Associates | See Above | Advantage Vision | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Computer Associates | See Above | Interest CICS VSE | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Cyclone Commerce | 8388 E. Hartford Drive<br>Scottsdale, AZ  85255 | Cyclone Interchange Enterprise License | $0.00 |

EXHIBIT A

Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | License Agreement | | **Deloitte & Touche Tax Technologies LLC n/k/a Corptax, LLC a/k/a MLM Information Services** | 1751 Lake Cook Road<br>Suite 200<br>Deerfield, IL 60015<br><br>P.O. Box 35158<br>Newark, NJ 07193-5158<br><br>21550 Oxnard Street 1100<br>Woodland Hills, CA 91367 | CorpSales Software License Agreement #X8117, dated May 26, 2004, between Deloitte & Touche Tax Technologies LLC and Winn-Dixie Stores, Inc., as amended | $0.00 |
| Winn-Dixie Stores, Inc. | | Confidentiality Agreement | | **Deloitte & Touche Tax Technologies LLC n/k/a Corptax, LLC a/k/a MLM Information Services** | See Above | Confidential Disclosure Agreement, dated January 29, 2004, between Deloitte & Touche Tax Technologies LLC and Winn-Dixie Stores, Inc. | $0.00 |
| Winn-Dixie Stores, Inc. | 215, 226, 235, 247, 251, 252, 254, 267, 280 285, 388, 720, 721, 728, 729 | Maintenance Agreement - Store | | **ENVIRONMENTAL MANAGEMENT** | 1940 NORTHWEST 22ND STREET<br>POMPANO BEACH,, FL 33069 | SWEEPING and LANDSCAPING | $8,716.30 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **F5/Dell** | 401 Elliott Ave. West<br>Seattle, WA 98119 | BIG-IP | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | 8197-5378 | **Federal Insurance Company** | Federal Insurance Company<br>55 Water Street, 28th FL,<br>New York, NY 10041 | Special Crime Insurance<br>Policy Period - April 30, 2004 to April 30, 2007 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | D004W00142 | **Fidelity and Guaranty Insurance Company** | Fidelity and Guaranty Insurance Company<br>c/o Discoverry Managers, Ltd.<br>5 Batterson Park,<br>Farmington, CT 06032<br>Attn: Compliance Officer<br><br>Fidelity and Guaranty Insurance Company<br>5 Batterson Park,<br>Farmington, CT 06032<br>Attn: Jeffrey Fisher, Esq.<br><br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103<br>Attn: Harold S. Horwich, Esq.<br>    Stephen M. Hryniewicz, Esq. | Workers' Compensation and Employers' Liability Policy<br>Policy Period - May 1, 2003 to December 1, 2003 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | D004W00188 | **Fidelity and Guaranty Insurance Company** | See Above | Workers' Compensation and Employers' Liability Policy<br>Policy Period - December 1, 2003 to July 1, 2004 | $0.00 |
| Winn-Dixie Stores, Inc. | | Debit & Credit Card Processing Arrangement | | **Fifth Third Bank** | 38 Fountain Square Plaza<br>Cincinnati, OH 45263 | Systems Management. Bank Card Merchant Agreement 3/1/04 | $0.00 |
| Winn-Dixie Stores, Inc. | | Debit & Credit Card Processing Arrangement | | **Fifth Third Processing Solutions fka Midwest Payment Systems Inc.** | 38 Fountain Square Plaza<br>Cincinnati, OH 45263 | Systems Management. Maser Data Processing Agreement 2/1/98. (Debit Jeanie, Interlink, Maestro, NYCE, Star N/E and Money Station) | $0.00 |

EXHIBIT A

Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Scan Based Trading Agreement | | Flowers Bakeries LLC | Attn: General Counsel<br>1925 Flowers Circle<br>Thomasville, GA  31757<br><br>ATTN: MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | San Based Trading Agreement (Purchasing agreement for bakery goods) | $3,289.87 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 49610110 | GEAC Enterprise Solutions, Inc. | NW 5421<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-5421 | JBA Software Support - Astor Plant | $44,650.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 49610110 | GEAC Enterprise Solutions, Inc. | See Above | JBA Software Support - Deep South | $0.00 |
| Winn-Dixie Stores, Inc. | | Product Purchase | | Harvard Drug Group | C/O BARRIS SOTT DENN & DRIKER PLLC<br>ATTN STEPHEN E GLAZEK, ESQ<br>211 WEST FORT ST, 15TH FL<br>DETROIT MI 48226<br><br>31778 ENTERPRISE DR<br>LIVONIA, MI  48150 | Pharmaceutical Purchasing Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Imaging Technologies | ATTN: JACK ELLIS, DIV CONTROLLER<br>P.O. BOX 13426<br>ATLANTA, GA 30324 | AutoCad 2005 and AutoCad Lt | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Information Resources Inc. | 150 N Clinton Street<br>Chicago, IL  60661-1416 | Contract for InfoSacan Services | $0.00 |
| Winn-Dixie Stores, Inc. | 644, 668, 672 | Maintenance Agreement - Store | | LAWN MAINTENANCE / PRO-BORING | 915 Silver Palm Way<br>Apollo Beach, FL  33572 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | | Lifeclinic.com Corporation | ATTN: STEVE HALPERIN, COO/CFO<br>255 N WASHINGTON STREET, SUITE 202<br>ROCKVILLE MD 20850 | Blood Pressure Machine Lease Agreement | $10,850.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Loomis Fargo & Company | 3650 Morris Farm Drive, Unit 1D<br>Greensboro, NC  27409<br><br>DEPT AT 40331<br>ATLANTA, GA 31192-0331 | Armored Car Services | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | 5BA 168-138-00 | Lumbermens Mutual Casualty Co. | Kemper Casualty<br>155 Village Blvd, Suite 300<br>Princeton, NJ 08540-5743<br>Attn: John T. Doyle, Credit Officer | Workers Compensation and Employers Liability Policy<br>Policy Period - September 1, 2002 to May 1, 2003 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | 5BA 130-101-01 | Lumbermens Mutual Casualty Co. | See Above | Workers Compensation and Employers Liability Policy<br>Policy Period - September 1, 2001 to September 01, 2002 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | 5BA 130-101-00 | Lumbermens Mutual Casualty Co. | See Above | Workers Compensation and Employers Liability Policy<br>Policy Period - September 1, 2000 to September 1, 2001 | $0.00 |

Exhibit 2

Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Procurement, Inc. | | Gasoline Supply | | Mansfield Oil Company / Onyx-Mansfield, LLC | 1025 Airport Parkway, SW<br>Gainesville, GA 30501-6833<br><br>P.O. BOX 530100<br>ATLANTA, GA 30353-0100 | Petroleum Products Supply and Services Agreement effective June 1, 2004 between Winn-Dixie Procurement, Inc. and Mansfield Oil Company of Gainesville, Inc. and Onyx-Mansfield, LLC, as amended | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | Manugistics, Inc. | 9715 Key West Ave.<br>Rockville, MD 20850<br><br>DEPT CH 17165<br>PALATINE,, IL 60055-7165 | Solution Support Agreement 1 MRS (Routing and Scheduling) and TR (Routing) | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | Manugistics, Inc. | See Above | Solution Support Agreement 2 NW Transport, Freight Payment, Execution Mgr, Webconnect Integrate, NW Procurement, NW Visibility and NW OneView | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Matra Systems Inc. | 3355 BRECKINRIDGE BLVD STE 120 DULUTH, GA 30096 | Enterprise DDA | $25,793.35 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Matra Systems Inc. | See Above | OmniParse v4.0 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Microsoft | 7000 N State Hwy 161<br>Irving, TX 75039 | Essential Support Plan | $0.00 |
| Winn-Dixie Stores, Inc. | 2347 | Maintenance Agreement - Store | | MILLENNIUM | 2864 STATEN DRIVE<br>DELTONA, FL 32738 | PRESSURE WASHING | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | NDC Health | 2394 East Camelback Road<br>Phoenix, AZ 85016<br><br>ATTN: DUNCAN M HARLE & HA ROSENBERG<br>NDC PLAZA ATLANTA GA 30329-2010 | Service Agreement dated December 21, 2001, as amended (NDC Swich) | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | NDC Health | See Above | Service Agreement dated March 27, 1991, as amended (NDC Swich) | $0.00 |
| Winn-Dixie Stores, Inc. | | License Agreement | | PDX, Inc. | ATTN: MICHAEL INGRAM, CFO<br>101 JIM WRIGHT FWY SO, STE 200<br>FT WORTH TX 76108-2202 | Rx software system | $4,154.94 |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | PDX/NHIN | ATTN: MICHAEL INGRAM, CFO<br>101 JIM WRIGHT FWY SO, STE 200<br>FT WORTH TX 76108-2202 | Pharmacy Dispensing Software System | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | PeopleSoft | 500 West Monroe Street<br>Chicago, IL 60661 | PeopleSoft HRMS eApps, as amended | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | PeopleSoft | See Above | PeopleSoft Purchasing, as amended | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Pharmacy Choice Inc. (formerly RX Career Center) | 1666 Race Street<br>Denver, CO 80206 | Development and Hosting Agreement | $24,295.00 |

EXHIBIT B

Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Vehicle Fleet Lease Agreement | 602 | **PHH / D.L. Peterson Trust** | 3000 Leadenhall Road<br>Mt. Laurel , NH  08054<br><br>5924 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br><br>940 RIDGEBROOK ROAD<br>SPARKS, MD  21152 | Motor Vehicle Fleet Open-end Operating Lease Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDG | Software Maintenance | | **Quest Software Inc.** | P.O. Box 51739<br>LOS ANGELES, CA 90051-6039 | PS Production SVR | $0.00 |
| Winn-Dixie Stores, Inc. | All | Product Purchase | | **RAYOVAC CORPORATION** | 601 RAYOVAC DRIVE<br>MADISON, WI  53711 | ALKALINE BATTERIES, HEARING AID BATTERIES, FLASHLIGHTS | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | NW-1363528 | **Reliance National Indemnity Company** | Reliance National<br>77 Water Street<br>New York, NY  10005<br>Attn: Anthony Chismar<br>Risk Management Division<br><br>Lawrence J. Tabas, Esq.<br>Deirde M. Richards, Esq.<br>Obermayer Rebmann Maxwell & Hippel LLP<br>One Penn Center, 19th Floor<br>1617 JFK Blvd.<br>Philadelphia, PA  19103 | Workers Compensation and Employers Liability Insurance Policy<br>Policy Period - August 1, 1988 to August 1, 1989 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | NWA-0144687-00 | **Reliance National Indemnity Company** | See Above | Workers Compensation and Employers Liability Insurance Policy<br>Policy Period - March 1, 1998 to March 1, 1999 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | NWA-0144687-01 | **Reliance National Indemnity Company** | See Above | Workers Compensation and Employers' Liability Insurance Policy<br>Policy Period - March 1, 1999 to March 1, 2000 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | NWA-0144687-02 | **Reliance National Indemnity Company** | See Above | Workers Compensation and Employers Liability Insurance Policy.<br>Policy Period - March 1, 2000 to September 1, 2000 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Contract | | **Reliance National Indemnity Company** | See Above | Insurance Program Agreement effective March 1, 1998 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Contract | | **Reliance National Indemnity Company** | See Above | Addendum Number One to Insurance Program Agreement effective March 1, 1999 | $0.00 |
| Winn-Dixie Stores, Inc. | All Manufacturing Plants | Maintenance Agreement | | **Republic Refrigeration Inc.** | 2890 Gray Fox Road<br>Monroe , NC 28110 | Twice yearly vibration analysis on 100 compressors and 8 hours refresher course on refrigeration system. | $4,496.07 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Retalix** | 1501 Woodfield Road Suite 210<br>Schaumburg, IL 60173 | Triceps | $17,991.70 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | **Retalix** | See Above | Biceps, Abs, Prompt | $0.00 |

Exhibit A

Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. (Superbrand Dairy Products Inc.) | Plant City Dairy - Manufacturing Plant | Service Agreement | M03SMMN5KXR2Z | Sprint - Florida, Inc. | 7406. Fullerton St Jacksonville, FL  32256<br><br>ATT'N: MARY C HALL 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2850 | Standard telephone plan service from 8am-5pm, local time, Monday through Friday excluding Sprint holidays. | $10,244.23 |
| Winn-Dixie Raleigh, Inc. | | Service Agreement | | State of Tennessee Dept of Health | 425 5th Avenue North Nashville, TN 37247 | WIC Contract | $0..00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | StorageTek  aka Key Equipment | 5390 Triangle Parkway , Suite 300 Norcross, GA  30092<br><br>ATT'N: SAL BOSCIA 1000 SOUTH MCCASLIN BLVD SUPERIOR, CO 80027 | T/L Cartridge Subsystem Serial #232000033880 | $4,006.20 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | StorageTek  aka Key Equipment | See Above | SW&HW Serial # 16678, 14398, 14399, 51786, 51787, 10415, 10416 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | StorageTek  aka Key Equipment | See Above | HW Serial #415,416,417,418,4398,4399, | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | StorageTek  aka Key Equipment | See Above | HW Serial #780, 11920,11971,2862,1852,3138,3880,4225,4226,4227,4230,9194,9195,9221-9226,2122-2128, 2130,0549,0594,2468,2758,1604, 1605 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | StorageTek  aka Key Equipment | See Above | SW S/N 12468, 12758, 1604, and 1605 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | StorageTek  aka Key Equipment | See Above | Software MVS HSC S/N 12468, 12758, 14398, 14399, 1604, and 1605 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | D00B22559 | Supermarket Application Managers (SAM) / Sam Group, Inc. | 11 Smith Hines Road Greenville, SC  29607 | 9992-003-4690 OSV3 Purchase Agreement dated December 24, 2003 (IBM Software Maint) | $0.00 |

Exhibit A

Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 7 | Assignment of Lease | | **The TJX Operating Companies, Inc.** | TJX Companies Inc.<br>C/O Southeast Leasing & Mgt. Co.<br>9210 Cypress Green Drive<br>Jacksonville, FL 32216<br><br>The TJX Operating Companies, Inc.<br>770 Cochituate Road<br>P.O. Box 9123<br>Framingham, MA 01701<br><br>Carriage Gate<br>C/O Regency Centers, LP<br>P.O. Box 532937<br>Atlanta, GA 30353-2937<br><br>Regency Centers<br>Att'n: Pam Ashe<br>10117 Princess Palm Ave.<br>Tampa, FL 33610<br><br>NHP Acquisition Corporation and Management<br>C/O Broadmont Asset Services, Inc.<br>7004 W. Butler Pike<br>Ambler, PA 19002 | Assignment of Lease dated March 4, 1991 by and between Winn-Dixie Stores, Inc. and The TJX Operating Companies<br><br>**Note: This Assignment of Lease was incorrectly designated as a sublease in the Debtors' Second Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (filed at Docket No. 9897 and granted by Order filed at Docket No. 10542). The Debtors have included this Assignment of Lease on this Exhibit A to avoid any confusion as to the status of the Assignment.** | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Contract | | **United States Fidelity and Guaranty Insurance Company** | Fidelity and Guaranty Insurance Company<br>c/o Discovery Managers, Ltd.<br>5 Batterson Park,<br>Farmington, CT 06032<br>Attn: Compliance Officer<br><br>Fidelity and Guaranty Insurance Company<br>5 Batterson Park,<br>Farmington, CT 06032<br>Attn: Jeffrey Fisher, Esq.<br><br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103<br>Attn: Harold S. Horwich, Esq.<br>Stephen M. Hryniewicz, Esq. | Indemnity Agreement dated May 1, 2003 | $0.00 |

Exhibit B

Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Insurance Contract | | **United States Fidelity and Guaranty Insurance Company** | See Above | Addendum #1  To Indemnity Agreement Effective May 1, 2003 Between United States Fidelity and Guaranty and Winn-Dixie Stores, Inc. | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Store Services | | **Western Union** | One Mack Centre Drive Paramus, NJ 07652  P.O. Box 503123 St. Louis, MO  63150-2123  C/O Integrated  Payment Services Inc., Attention: Tim Schroeder, Senior  Vice President and General Manager 6200 South Quebec Street Englewood, CO  80111 | Agency Agreement dated June 23, 1998 between Western Union Financial Services, Inc. and Winn-Dixie Louisiana, Inc. n/k/a Winn-Dixie Montgomery, Inc. | $0.00 |
| Winn-Dixie Stores, Inc. | | Store Services | | **Western Union** | See Above | Agency Agreement dated October 5, 2000 between Western Union Financial Services, Inc. and Winn-Dixie Orlando, Inc. | $0.00 |
| Winn-Dixie Stores, Inc. | | Store Services | | **Western Union** | See Above | Agency Agreement (Year 2000) between Western Union Financial Services, Inc. and Winn-Dixie Miami, Inc. | $0.00 |
| Winn-Dixie Stores, Inc. | | Store Services | | **Western Union** | See Above | Easy Pay Agency Agreement dated July 12, 1995 between Western Union National Payments Network, Inc. and Winn-Dixie (Jacksonville Division) | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | **Western Union** | See Above | Amendment/ Debit Card Acceptance | $0.00 |
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | | **Xerox Corporation, Xerox Capital Services LLC** | Att'n: Vanessa Adams, Bankruptcy Coordinator 1301 Ridgeview Road, R-382-450 Lewisville, TX  75028  800 Long Ridge Road Stamford, CT  06904  Hughes Luce LLP G. James Landon, Esq. 111 Congress Ave., Suite 900 Austin, TX  78701 | Lease Agreement No. 010999212 for DC440SX 440SX System, 1)CRU32METR, Consulting Services, Customer Education | $0.00 |
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | | **Xerox Corporation, Xerox Capital Services LLC** | See Above | Lease Agreement for DPCTRL150SOT CONTROLLER, SN: MKT665634 | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | | **Xerox Corporation, Xerox Capital Services LLC** | See Above | Lease Agreement No. 010999215 for PS75M75 MICR PRINTER, SN: FWVD01501, 1)DFINSHI | $0.00 |
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | | **Xerox Corporation, Xerox Capital Services LLC** | See Above | Addendum to Create a Separate Maintenance Agreement | $0.00 |

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER PURSUANT TO FOURTH OMNIBUS MOTION (I) AUTHORIZING**
**ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**AND (II) FIXING CURE AMOUNTS**

These cases came before the Court for hearing on October 5, 2006, upon the motion of

Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-

captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the

"Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006

(a) authorizing and approving the assumption of the prepetition contracts and leases set forth

on the attached Exhibit A (the "Contracts"), effective as of the effective date of the Debtors'

joint plan of reorganization (the "Effective Date") and (b) fixing the costs of assumption at the

Proposed Cure Amounts identified on Exhibit A (the "Motion").[1]  By the Motion, the Counter

Parties to the Contracts were given until September 28, 2006 to object to the Proposed Cure

Amounts.  Upon consideration, it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted.

---

[1]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to
them in the Motion.

2.      The Debtors are authorized to assume the Contracts pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date.  The Debtors' assumption of the Contracts as of, and upon the occurrence of, the Effective Date is approved.

3.      For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors with respect to the Contracts are the Proposed Cure Amounts listed on Exhibit A.

4.      The Counter Parties listed on Exhibit A are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A, except for the Proposed Cure Amount.

5.      The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

6.      The requirements of 11 U.S.C. § 365(b)(1) are hereby deemed satisfied with respect to each of the Contracts.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9.      In the event the Debtors' joint plan of reorganization is not confirmed or does

not become effective, this Order shall be null and void.

Dated October ___, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

**THE EXHIBIT TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBIT THAT IS ATTACHED TO THE MOTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS OBJECTIONS TO THE MOTION**