UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3FI |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

**OBJECTION TO CURE AMOUNT**

**DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNT, AND (III) GRANT RELATED RELIEF.**

1. New Iberia Associates is the Landlord of Winn-Dixie Store #1456 located in New Iberia, LA (the "Landlord"). The Landlord is under a "Core Lease".

2. The Landlord objects to the cure amount submitted to the Court by the Debtor. The debtor has submitted the sum of $59,532.43 as the cure amount.

3. The proper cure amount is $74,270.41 as of the present and is computed as follows:

| | |
|---|---|
| 2004 Additional Rental (CAM, Tax & Insurance Reimbursement) Billed & Not Paid: | $59,532.43 |
| 2005 Additional Rental (CAM, Tax & Insurance Reimbursement) Billed & Not Paid: | $14,737.98 |
| TOTAL CURE AMOUNT DUE: | $74,270.41 |

WHEREFORE, based upon the foregoing, the Landlord respectfully request that the Court (i) modify and amend the Cure Amount to be $74,270.41; and (ii) grant such other and further relief as is just and proper.

**Notice**

A true copy of the within Objection of Cure Amount has been provided to (a) counsel to the Office of the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors' Committee, (d) Co-Attorneys for Debtors as follows:

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| D. J. Baker | Stephen D. Busey |
| Rosalie W. Gray | James H. Post |
| Eric M. Davis | Cynthia C. Jackson |
| Four Times Square | Eric N. McKay |
| New York, NY  10036 | 225 Water Street, Suite 1800 |
| (212) 735-3000 | Jacksonville Florida  32202 |
| (212) 735-2000 (facsimile) | (904) 359-7700 |
| Co-Attorneys for Debtors | (904) 359-7708 (facsimile) |
| | Co-Attorneys for Debtors |

Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ  07043-9871

Dated: Sept. 14, 2006          **LANDLORD:**

NEW IBERIA ASSOCIATES

By:  La Sala Management, Inc. (General Partner)

By:  _____/S/_____
     Anthony J. La Sala, President
     1410 Valley Road
     Wayne, New Jersey  07470
     (973) 696-7499
     (973) 696-1428 (facsimile)