UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., *et al.*<br><br>Debtors. | Case No. 05-03817-3F1<br>Chapter 11<br>Jointly Administered<br><br>Court ID (Court Use Only)_____ |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM AND AN AMENDED CLAIM HAVE BEEN FILED IN THIS CASE under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Transferee:**
The Lucy Co. of SC, LLC

**Transferor:**
Wachovia Bank, N.A., Trustee under Lucy Buxton Agreement

**Where notices and payments to Transferee should be sent:**
c/o Rox Pollard, Property Manager
Colliers Keenan Inc.
P.O. Box 11610
Columbia, SC  29211

Phone: (803) 401-4242
Last Four Digits of Acct #:_____

Court Claim No. 12257 (Amended Claim)
Date Claim Filed: 10/20/2005 (Amended Claim)

Note: The unsecured claim amount has been reduced to $533,900.21 by Order dated August 24, 2006.

**Court Record Address of Transferor (Court Use Only)**

Last Four Digits of Acct#:_____

**Name and Current Address of Transferor:**
Wachovia Bank, N.A., Trustee under Lucy Buxton Agreement
c/o William H. Short, Jr., Esq.
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211

Phone:  (803) 779-3080
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Buist, Moore Smythe McGee, P.A.

By: *Charles P. Summerall IV*   Date: September 19, 2006
Charles P. Summerall, IV, Dist. Ct. Id No. 4385,  S.C.  Bar No. 5433
P.O. Box 999, Charleston, SC  29402
Phone: 843-722-3400; Facsimile: 843-723-7398
E-Mail: csummerall@buistmoore.com
ATTORNEY FOR THE LUCY CO. OF SC, LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of this court.

Date:_____                          _____
                                     **CLERK OF THE COURT**