To: Susan B
    United States Bankruptcy Court
    JACKSONVILLE
    United States Courthouse
    300 North Hogan Street
    Suite 3-35
    Jacksonville, Florida 32202

FILED
JACKSON...E, ...
SEP 19 2006
CLERK, U.S. BANKRU......
MIDDLE DISTRICT OF FLOR.

Re: Motion of Objections Case 05-03817-3FI

## Sent Via Certified Mail

Enclosed you will find my objections to the Winn-Dixie Plan of Reorganization:

1). The stockholders never voted or approved the Winn Dixie re-organizational plan.

2). The re-organizational plan cancels ownership of the stockholders interest in Winn Dixie stores without any compensation to the stockholder.

3). The re-organizational plan will exit Winn Dixie stores from bankruptcy while terminating the stockholders ownership, and equity in winn-dixie stores.

4). Stockholders that purchased stocks in winn-dixie stores prior to bankruptcy where never advised their stocks would be cancelled and hence where mislead and defrauded.

5). Winn Dixie continued to sell stocks and stockholders that purchased stocks in winn-dixie after their bankruptcy where never advised their stock would be cancelled and hence where mislead and defrauded.

6). Stockholders where never advised with due notice that their stocks will be cancelled, and hence where mislead or defrauded.

7). I hold 14,500 shares of winn-dixie store, and object to any re-organizational plan where the Stockholders have their interest cancelled.

8). Stockholders interests in the company are being canceled with no reissue/replacement.

9). The Winn-Dixie Plan of Reorganization and Winn-Dixie do not provide other options for exit of bankruptcy to Stockholders interests.

10). Stockholders interests is violated and canceled by corporation with no legal remedy.

11). The Purchase of stock is the purchase of an interest in a corporation, and that interest can not be cancelled, traded, or sold without consent of both parties.

Yours Truly,

Cesar Garcia
Winn-Dixie Stock Holder
8230 SW 55 ST
Miami Fl. 33155
786-202-1512

Name: Cesar Garcia
Address: 8230 S.W. 44 ST. Miami Fl. 33155
Interest: Own 14,500 Shares of Winn-Dixie Stores