UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                               CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                     CHAPTER 11

          Debtors.                                 JOINTLY ADMINISTERED
_____/

**OBJECTION OF PMAT FLAMINGO, L.L.C. TO PROPOSED ASSUMPTION AND ASSIGNMENT OF LEASE FOR STORE NUMBER 380**

    PMAT Flamingo, L.L.C. ("PMAT"), as successor-in-interest to Century Plaza Associates, by and through its undersigned counsel, files this Objection to Proposed Assumption and Assignment of Lease for Store Number 380, and states as follows:

    1.    PMAT is the present owner of a shopping center located at 12141 Pembroke Road, Pembroke Pines, Florida. Debtor, Winn-Dixie Stores, Inc. (the "Debtor"), is a tenant of the shopping center under a Lease Agreement dated April 23, 1985, as amended (the "Lease"). The Debtor has operated its store known as store number 380 from this location.

    2.    Store number 380 is located in a shopping center within the meaning of 11 U.S.C. § 365(b)(3).

    3.    The Debtor has sought bids to assume and assign the Lease and, upon information and belief, held an auction on August 29, 2006 for the purpose of selling the lease.

    4.    PMAT has not received adequate assurance of future performance from the potential buyer within the meaning of 11 U.S.C. § 365(b)(3) and 11 U.S.C. § 365(f)(2). While PMAT has received very general information on two potential buyers, it has insufficient information relating to the financial condition and operating performance of the proposed

assignee or any proposed guarantors. In fact, the preliminary information that has been received by PMAT indicates that the financial condition of the proposed buyer, Fine Food Gourmet Markets, Inc., is far inferior to the alternative bidder, Teng South III, L.L.C.

5. Accordingly, PMAT objects to the assignment of the Debtors' lease for store number 380 to Fine Food Gourmet Markets, Inc. on the ground that PMAT has not been provided with adequate assurance of future performance. Moreover, PMAT request a reasonable opportunity to request, obtain, and evaluate all relevant information relating to the proposed assumption and assignment of the Lease, as well as to prepare for any hearing thereon.

6. PMAT reserves the right to amend, supplement or modify this Objection as is deemed necessary.

WHEREFORE, PMAT respectfully requests that the Court (1) sustain PMAT's Objection, (2) determine that the proposed assumption and assignment of lease for store number 380 should be disallowed, (3), allow for a reasonable time for a hearing on this Objection, and (4) grant such other relief as may be required under the circumstances.

DATED this 19th day of September, 2006.

GRAY/ROBINSON, P.A.

By: _____
Jason B. Burnett
Florida Bar No.: 822663
Kenneth B. Jacobs
Florida Bar No.: 965080
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Attorneys for PMAT

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission, to:

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202
cjackson@smithhulsey.com

and to all other persons entitled to electronic service this 19th day of September 2006.

                                                Attorney

\990000009\900 - # 4687 v1