**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 19th day of September, 2006, a copy of the **Objection of Stoltz Management of Delaware, Inc. to Debtor's Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief** was served as indicated upon the following counsel.

**BY TELEFAX AND U.S. MAIL**
D.J. Baker, Esq.
Rosalie Walker Gray, Esq.
Jane Leamy, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Stephen D. Busey, Esq.
James H. Post, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

                                          **/s/ Jeffrey C. Wisler**
                                                Jeffrey C. Wisler

#488658