F I L E D
 ...ON...LE, FLORI..
SEP 1 9 2006
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# UNITED STATES BANKRUPTCY COURT

I (_Ernest S Allen_) believe without a reasonable of doubt that I belong in the category 16 due to the intentional wrongdoing, recklessness and gross negligence.

First, I was approached by the security guard (Talmay Anderson) of Winn-Dixie and was verbally abuse as well as unlawfully detained against my will, and permanently injured and arrested for shoplifting. The citation states that I supposedly shoplifted a "roast (meat) and a package of pacifiers" the incident report states that I supposedly shoplifted a "package of rib eye steaks and pacifiers". The arresting officer states in the citation that the officer knows nothing of this case. I was acquitted of all charges against me on June 3, 2001 from this atrocity, and as a result I have been burden with a police record which is now expunged. I had taken out a criminal summons against Talmay Anderson on 12/26/01 to come to court and testify and the summons was never executed as of today.

Secondly, I have a medical document and test results from my doctor Antolin J. Perez MD that on November 14, 2001 that I was evaluated of permanent impairment from my neck (cervical spine) pain and I get approximately a 16% final whole body impairment, as a result I had to have a computerized spinal range of motion examination and the results came to the whole person spine impairment of 18%, and a final whole person impairment of 18%, due to the confrontation with the security guard at the grocery store (Winn-Dixie). My employment at Hall Security Service, Inc was terminated September 23, 2002 because of surgery I needed and was unable to work. I turned in medical records for the past 11 years to the defendants, the past 5 years shows I started having medical problems due to the confrontation with Talmay Anderson the security guard at Winn-Dixie, and the medical portion is still ongoing as of today's date.

September 12, 2006

Thirdly, my ex-attorney (Martin Kasdan) lied to the courts that I signed a release for the defendant attorney to go into my expunge records when I didn't. There is numerous other evidence that he suppressed. I have my transcript records showing that there were no records found from the year 1986 till June 12, 2006. I have signatures and dates with the record departments initials on it, while the defendants attorney some how got my transcript records from September 1, 2006 thru December 10, 2003 with an arrest showing. At the bottom of the page of the transcript of records someone took a marker and blacked out there name or initials so it can't be seen. I used to work for Moore Security and I received Officer of the Quarter to show that I am an outstanding citizen as well as a security guard. I'm sending a copy of my complaint and damages claimed as well all documents that pertained in my letter.

# FACTUAL BACKGROUND

**12/26/01** - Criminal summons against Defendant Talmay Anderson who was the security guard and the only witness at my trial. Anderson falsified a police report and injured me and perjured himself on the witness stand, the summons was never executed as of today. Martin Kasdan who was my lawyer never completed the expunged that he was paid for; I had to do it myself. Martin Kasdan lied to the courts that I signed a release for the defendant attorney to go into my expunge records when I didn't. There are numerous other evidence that he suppressed.

# UNIFORM CITATION

KSP 206 (REV. 1/1/88)

| AGENCY | JEFFERSON COUNTY POLICE DEPARTMENT | ORI: KY0560100 |
|---|---|---|

**NAME (L-F-M)** A SKIP A SPACE BETWEEN NAMES: ALLEN ERNEST S
ATTN: ☐
HOME PHONE:

ALIAS:
EMERGENCY PHONE:

ADDRESS (RFD/STREET/APT. NO., ETC.): 904 S. 15TH ST.
KENTUCKY RESIDENT STATUS: F. ☒ FULL-TIME; P. ☐ PART-TIME; N ☐ NON RESIDENT

CITY: LOUISVILLE  STATE: KY  ZIP: 40210
MARITAL STATUS:

I.D. TYPE/STATE: OLKY  I.D. NUMBER: A94-630-306  S.S. NUMBER: 346-
VICTIM'S RELATIONSHIP TO OFFENDER:

DATE OF BIRTH: 01/02/31   SEX: ☒ MALE ☐ FEMALE   RACE: ☐ WHITE ☒ BLACK ☐ AM. INDIAN OR ALASKA ☐ ASIAN
ETHNIC ORIGIN: ☐ HISPANIC ☒ NON HISPANIC

PLACE OF EMPLOYMENT/OCCUPATION:  CITY:  STATE:
HEIGHT: 5'11"  WEIGHT: 190  HAIR COLOR: BLK  EYE COLOR: BRO

VEH. MAKE:  VEH. TYPE:  VEH. YEAR:  COLOR TOP/BOTTOM:
ALCOHOL/DRUG INVOLVEMENT (SPECIFY): ☒ NO ☐ YES ☐ UNK

REG. STATE:  REG. YEAR:  REGISTRATION NO.:  VEHICLE IDENTIFIERS:  MPH:  IN MPH ZONE:  VIOL.

VIOLATION DATE: 11/13/01  VIOLATION TIME: 1610  EXACT LOCATION OF VIOLATION/ARREST: 5252 BARDSTOWN RD.
B.A. RESULTS:

DATE OF ARREST: 11/13/01  TIME OF ARREST: 1725  MILES: 4  DIRECTION: S  CITY: LOUISVILLE  COUNTY OF VIOLATION: JEFFERSON

| VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | # | PLEA | FINDING | FINAL VIOLATION CODE | DISPN. CODE | FINE | COSTS | FEE | JAIL/PRISON | PRO TIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23039 | O | 514.030 | T-BUT $300 | 1 | | | | | | | | | |
| | | | | 2 | | | | | | | | | |
| | | | | 3 | | | | | | | | | |
| | | | | 4 | | | | | | | | | |

COURT DATE:  COURT TIME: ☐ AM ☐ PM  PAYABLE ☐ COURT ☐  COURT LOCATION: ARRESTED  COURT CASE NO.:  DISPN. DATE:  TRIAL: ☐ B ☐ J ☐ N

**POST-ARREST COMPLAINT**

ABOVE SUBJECT OBSERVED BY STORE SECURITY WALKING OUT FRONT DOOR, PAST ALL POINTS OF SALE WITH A ROAST (MEAT) AND A PACKAGE OF PACIFIERS. SUBJECT DID NOT PAY FOR ITEMS. TOTAL $14+ DOLLARS. OFFICER KNOWS NOTHING ON THIS CASE.

NAME OF WITNESS: ANDERSON, TALMAY  ADDRESS: 5252 BARDSTOWN RD.
NAME OF WITNESS:  ADDRESS:

CASE NO.: 1-034852

CARRIED FOR UCR BY CONTRIBUTOR: ☒  OTHER AGENCY: ☐ SPECIFY  ☐ IN-CAR VIDEO  ☐ FINGERPRINTS ☐ PHOTOS  EVIDENCE HELD

OFFICERS SIGNATURE: X  BADGE/I.D. NUMBER: 6531  ASSIGNMENT: 007

C719017

EX. A-3

| WITNESSES: (List names, addresses, and telephone numbers) | | |
|---|---|---|
| NAME: | ADDRESS: | TELEPHONE NUMBERS: |
| 1. | 1. | 1. |
| 2. | 2. | 2. |
| ARRESTED-YES/NO <br> YES | DATE OF ARREST: <br> 13 NOV 01 | ARRESTING AGENCIES REPORT NUMBER: <br> JEFFERSON COUNTY P.D. <br> 1-03485 |

## DESCRIPTION OF MERCHANDISE (CONTINUED FROM FRONT SIDE)

**REMARKS:** Describe what happened, where the item was concealed, what aisle, who observed concealment, did suspect go through check out line, was suspect stopped outside, by who, who witnessed the stop, describe the entire incident in detail. Incident statement made by the shoplifter:

THE UNDERSIGNED OBSERVED THE SUBJECT ERNEST ALLEN WALK INTO THE STORE. THE SUBJECT, AFTER OBTAINING A SHOPPING CART WALKED INTO AISLE ___, REMOVED A PACK OF PACIFIERS. BEFORE LEAVING THE ISLE, THE SUBJECT TORE OFF THE SECURITY TAG AND THROWN SAME ON THE SHELF. THE ITEM WAS THEN PLACED IN THE CHILD SEAT OF THE CART. MR ALLEN THEN WALKED TO THE MEAT COUNTER, REMOVED A PACKAGE OF STEAKS. THE SUBJECT THEN WALKED OVER TO AISLE 16, REMOVED THE MEAT FROM THE PACKAGE, AND THREW THE WRAPPING ON A SHELF. MR ALLEN THEN WENT TO A CHECKOUT LANE AND PAID FOR A SIX (6) PACK OF COCOA COLA. AS THE SUBJECT BEGAN TO LEAVE THE STORE HE WAS STOPPED AND ASKED TO ACCOMPANY ME TO THE INTERVIEW ROOM. WITH THIS MR ALLEN WALKED ON PAST ME AND EXITED THE STORE. I AGAIN STOPPED THE SUBJECT AND IDENTIFIED MYSELF ONCE AGAIN, AND ASKED MR ALLEN TO ACCOMPANY ME BACK INTO THE STORE. AFTER A SHORT STRUGGLE WITH THE SUBJECT, HE FINALLY RELENTED AND ACCOMPANIED ME INTO THE STORE. AT ONE POINT MR ALLEN STATED TO THE UNDERSIGNED, "MAN, LET ME GO, OR I'LL KILL YOU". ONCE IN THE INTERVIEW ROOM THE PACIFIER WAS RETRIEVED FROM THE SUBJECT'S RIGHT FRONT PANTS POCKET. THE STEAKS WAS REMOVED, ONE EACH FROM THE INSIDE POCKETS OF A LIGHT WEIGHT BLACK JACKET THE SUBJECT WAS WEARING.

*[signature]*

EX. A-2

# WINN DIXIE CHARLOTTE, INC.

## SHOPLIFTING INCIDENT REPORT



| DATE OF INCIDENT | TIME OF INCIDENT | STORE NUMBER | MANAGER ON DUTY |
|---|---|---|---|
| 13 NOV 01 | 1741 | 1612 | M. Moody |

**SUSPECT INFORMATION:** D.L. # A92/630.306

| FIRST NAME | MIDDLE INITIAL | LAST NAME | SOCIAL SECURITY # |
|---|---|---|---|
| ERNEST | S | ALLEN | 346 23 6074 |

STREET ADDRESS: 904 So. 15TH ST #2ND

| CITY: Louisville | STATE: KY | ZIP CODE: 40210 |
|---|---|---|

| OCCUPATION OF SUSPECT: UNEMPLOYED | EMPLOYED BY: DNA |
|---|---|

| SEX: M | RACE: B | DATE OF BIRTH: 02 SEP 31 | HEIGHT: 5'11 | WEIGHT: 215 |
|---|---|---|---|---|
| COMPLEXION: MED | HAIR COLOR: GRY/BLK | EYES: BRN | SCARS: N.V. | BUILD: MED |

I voluntarily sign this statement of my own free will and without force, threats, or promises, and understand I release Winn Dixie Charlotte, Inc., together with all its' agents, servants and employees, jointly and severally from all claims for false arrest, false imprisonment, unlawful detention, malicious prosecution or other forms of civil liability. I am aware that I have the right to legal counsel.

I voluntary state and admit that I have today taken without paying for the items listed below from the premises of Winn Dixie Store Number 1612 located at 5252 HARRODSBURG RD City of LOUISVILLE County of JEFFERSON State of KY

SUSPECTS SIGNATURE: _____   DATE: _____

### DESCRIPTION OF MERCHANDISE (Continue on reverse side if necessary)

| ITEM | QUANTITY | RETAIL PRICE |
|---|---|---|
| ORG RIB EYE STEAKS | 1 | $11.83 |
| GERBER SOFT CENTER PACIFIERS | 1 | 2.29 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL RETAIL VALUE: $14.12

CIVIL

ATTACHMENT (A)

303  12-8-05

Fiscal Court Bldg
6th floor

CRIMINAL 2001

↓

Sign in at Mediation Counter on this Date and time.

01W5916448

Hearing Date:

Ruth  12/24
―――――――――――――
Date / Day / Time

Edna Thomas

Det. Robin Shouse
(502) 574-8853

Crimes Against Senior Unit