NO. 02-CI-08551        FILED IN CLERK'S OFFICE        **JEFFERSON CIRCUIT COURT**
       JEFFERSON CIRCUIT        **DIVISION ONE (1)**

**ERNEST S. ALLEN**        **PLAINTIFF**

v.        **PLAINTIFF'S DAMAGES CLAIMED**

**WINN-DIXIE CHARLOTTE, INC.;**
**MOORE SECURITY, INC.;**
**MOORE SECURITY, LLC; AND**
**TALMAY ANDERSON**        **DEFENDANTS**

\*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, **ERNEST S. ALLEN**, and pursuant to the Pretrial Order of this Honorable Court, tenders the following List of Damages claimed, incorporating his Answers to the First Set of Interrogatories propounded by Defendant Winn-Dixie, and previously served on counsel for the Party Defendants on December 17, 2003.

1.      <u>Lost Wages:</u> "I lost approximately $15,634 (2002) and approximately $12,000 (2003) based on comparing tax records, which have been previously provided in the Response to Winn-Dixie's First Set of Requests for Production of Documents. [Total: $27,634 past; future uncertain]."

2.      <u>Punitive damages</u>: $400,000.

3.      <u>Pain and suffering</u> (past and future): $400,000.

4.      <u>Medical expenses (past and future)</u>: As set out in Plaintiff's Answers to Interrogatories: "As previously mentioned, treatment is ongoing and at this time Plaintiff is unable to determine the entire amount. Due to Plaintiff's age, most of the medical expenses have been paid by Medicare. See Plaintiff's Response to Request for Production of Documents."

# EXPUNGEMENTS

It is the responsibility of the Defendant or the Attorney to fill out the paperwork. The clerk is to provide either person with the correct forms. They are to be provided an Affidavit, and an Expungement Order. There are two different Expungement Order forms: Form AOC-496 is for misdemeanor Convictions, Form AOC-497 is for Dismissals.

The Defendant or his Attorney is to provide a certified copy of the Judges Docket that reflects the final disposition of the case (i.e. Dismissal, Conviction, Plea, etc). This may be obtained in room #100 of the Old Jail Building, 514 W Liberty Street (First Floor). This copy is to be put into the case jacket prior to docketing the case.

The Defendant or his Attorney will need to order the case from archives at the above address. They will also need to add the case to a future docket using a Redocket Request Form. All the Defendant information must be correct and complete. We must have a number where we can contact the Defendant or the Attorney making the request to redocket.

If the case has been destroyed due to its age the Defendant or his Attorney must provide us with a copy of the arrest citation or arrest slip from the agency that apprehended the Defendant. If this is unavailable then we will accept a copy of Slating Card from Jefferson County Corrections.

The Clerk in Criminal/Traffic Division will need to update the case in the computer to show the appropriate date. If the case is not in the new system then it will need to be reactivated. This can be done from the utilities menu on main screen. If you are unsure about this procedure or anything else consult a supervisor.

 

# LOUISVILLE METRO POLICE DEPARTMENT
## 768 BARRET AVENUE
## LOUISVILLE, KENTUCKY 40204
## (502) 574-2050
## (502) 574-2064

### Chief Robert C. White

---

## TRANSCRIPT OF RECORDS

*ORIGINAL DOCUMENT WILL HAVE EMBOSSED SEAL*

A Criminal record check has been completed for the following:

Name: ALLEN, ERNEST

Maiden/Alias names:

Date of Birth: 09/02/31

Social Security Number: 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

The results of the criminal record check are below:

RECORD(S) FOUND (Since 9-1-86)
SEE COPIES ATTACHED ( 2 )

DEC 1 0 2003

LOUISVILLE METRO POLICE
RECORDS CENTER
BY _____

*Disposition of any records may be obtained at*
*Jefferson County District Court Archives*
*514 West Liberty Street*
*595-2392*

THIS RECORD INCLUDES ONLY ARRESTS BY LMPD (FORMERLY LPD & JCPD) SINCE 9-1-86. NO MISDEMEANOR CITATIONS OR ARRESTS BY OTHER LOCAL JURISDICTIONS ARE INCLUDED.

# JEFFERSON COUNTY METRO CORRECTIONS DEPT

## History of Inmate

**CIN:** 140199     **CIN Name:** ALLEN, ERNEST S

### Names

| Last Name | First | Middle | Suffix | Type |
|---|---|---|---|---|
| ALLEN | ERNEST | S | | CIN |

### Additional Numbers

**Type Description**
- CIN: 140199
- SID: A0189303
- FBI:
- AFIS:
- NCIC:

**DOB:** 09-02-1931     **Race:** B     **Sex:** M     **Hgt:** 5'10"     **Weight:** 175     **Hair:** GRY     **Eye:** BRO

**Skin:**     **Glasses:**     **POB:**     **Citizen:**     **SSN:** 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

# JEFFERSON COUNTY METRO CORRECTIONS DEPT.

## History of Inmate

**CIN:** 140199  **CIN Name:** ALLEN, ERNEST S

## Booking & Arrest Summary

**CIN:** 140199  **Book #:** 1992004104  **Book Name(L,F,M,S):** ALLEN, ERNEST, SIMMONS
**Book Dt/Tm:** 02-01-1992 2119  **Release Dt/Tm:** 02-03-1992 0000  **Release Type:** DNR
**Warrants Check:** Initial: C  By:    Dt/Tm:    **Time Served:**
              Release: N  By:    Dt/Tm:    1 dy 2 hr 41 mi

| Arr # | Event # | Arresting Agency | Arrest Dt/Tm | Max Class | Type |
|---|---|---|---|---|---|
| 1 |  | LPD | 02-01-1992 |  | FRA |

**Hold Agency:**
**Arresting Officer:** CATLETT

**Notes:** SUBJ OBS BY OFC CONCEAL 2 CANS OF POTTED MEAT AND 3 PACKAGES OF CHICKEN AND ATTEMPTED TO LEAVE STORE W/OUT PAYING FOR SAME. SUBJ ALSO HAS BW#260271 DTD 11-24-91 FOR TBUT/DISP/SHOPLIFTING U/100

| Chg # Code Section | Court | Court Dt/Tm | Case # | ROC | Bond Flag | Amount | Type | Releaseable Status |
|---|---|---|---|---|---|---|---|---|
| 1) 23039 | DC |  | 91M033039 |  |  |  |  | DNR |

THEFT BY UNLAWFUL TAKING OR DISP - SHOPLIFTING (MISD.)

**Citation #:**    **Warrant #:**    **CL:** M  **CC:**
**Case #:**
**Notes:**

| 2) 23039 | DC |  | 92M003287 |  |  |  |  | DNR |

THEFT BY UNLAWFUL TAKING OR DISP - SHOPLIFTING (MISD.)

**Citation #:**    **Warrant #:**    **CL:** M  **CC:**
**Case #:**
**Notes:**




# LOUISVILLE METRO POLICE DEPARTMENT
## 768 BARRET AVENUE
## LOUISVILLE, KENTUCKY 40204
## (502) 574-2050

### Chief Robert C. White

## TRANSCRIPT OF RECORDS

*ORIGINAL DOCUMENT WILL HAVE EMBOSSED SEAL*

A Criminal record check has been completed for the following:

Name: ALLEN, ERNEST S.

Maiden/Alias names:

Date of Birth: 09/02/1931

Social Security Number: 344226079

The results of the criminal record check are below:   FEB 0 7 2003

JEFFERSON COUNTY

NO RECORD FOUND

This Record check contains ONLY information from the former *Jefferson County Police Dept.* IT DOES NOT INCLUDE information from the former *Louisville Police Dept.*

*Disposition of any records may be obtained at*
*Jefferson County District Court Archives*
*514 West Liberty Street*
*595-2392*

NO. 02-CI-08551                      JEFFERSON CIRCUIT COURT
                                                                          DIVISION ONE (1)

ERNEST S. ALLEN                                 PLAINTIFF

vs.                               **ORDER**

WINN-DIXIE CHARLOTTE, INC.;                          DEFENDANTS
MOORE SECURITY, INC.; MOORE SECURITY, LLC;
and TALMAY ANDERSON

***** ***** *****

Motion having been made and the Court being duly advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the expunged records of Ernest S. Allen relating to an arrest for alleged theft on November 13, 2001, and for which he was later acquitted in Jefferson District Court, Case No. 01-M-268040, are to be made available for inspection and copying by the Defendants in this action, through counsel, and also by Ernest S. Allen, through counsel. Such records are to be utilized only by these parties, and only in connection with discovery regarding this present case in Jefferson Circuit Court, No. 02-CI-08551) with any issues regarding their use as evidence to be reserved. Any disclosure outside the scope of this Order shall be subject to contempt proceedings.

ENTERED IN SO
JUL 28 2003
TONY MILLER, CLERK

DATE _____ By _____ Deputy Clerk    HON. BARRY WILLETT, JUDGE

I certify that the above was mailed this _____ day of _____, 2003, to:
[ ]    Martin Z. Kasdan, Jr., Attorney for Plaintiff;
[ ]    R. Hite Nally, Weber & Rose, P.S.C., Attorney for Defendant Winn-Dixie; and
[ ]    C. A. Dudley Shanks and C. Steven Bryant, Segal and Shanks, Attorneys for Defendants Moore and Anderson

                                                                       Clerk

Ex. C

 

# LOUISVILLE METRO POLICE DEPARTMENT
## 768 BARRET AVENUE
## LOUISVILLE, KENTUCKY 40204
### (502) 574-2050
### (502) 574-2064

### *Chief Robert C. White*

---

## TRANSCRIPT OF RECORDS

### *ORIGINAL DOCUMENT WILL HAVE EMBOSSED SEAL*

A Criminal record check has been completed for the following:

Name:  ALLEN, ERNEST

Maiden/Alias names:

Date of Birth:   09-02-1931

Social Security Number:   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

The results of the criminal record check are below:

NO RECORD FOUND (Since 9-1-86)

THIS RECORD INCLUDES ONLY ARRESTS BY LMPD (FORMERLY LPD & JCPD) SINCE 9-1-86
NO MISDEMEANOR CITATIONS OR ARRESTS BY OTHER LOCAL JURISDICTIONS ARE INCLUDED.

JUN 1 2 2006

LOUISVILLE METRO POLICE
RECORDS CENTER
BY _____

*Disposition of any records may be obtained at*
*Jefferson County District Court Archives*
*514 West Liberty Street*
*595-2392*



Louisville Metropolitan Department of Corrections
Commonwealth of Kentucky

Request to Inspect Open Public Records
RE: KRS Chapter 61



LMDC
NO RECORDS FOUND

Open Records Coordinator:            Date: 6-12-06

Arrest Records for: SHOPLIFTING (MISD)

Current Address: 4515 STONY BROOK DR

City: Louisville KY        Zip Code: 40299

Phone: 455 2260

Date of Birth: 9 26 30

Social Security Number: 344 22 6079

Signature of Person Requesting: Ernest S Allen

If you are requesting records
On another, please print name here: _____

Mail to:

Louisville Metropolitan Department of Corrections
Records Coordinator
400 South 6th Street
Louisville, KY 40202

 

# LOUISVILLE METRO POLICE DEPARTMENT
# 768 BARRET AVENUE
# LOUISVILLE, KENTUCKY 40204
# (502) 574-2050
# (502) 574-2064

## Chief Robert C. White

## TRANSCRIPT OF RECORDS

*ORIGINAL DOCUMENT WILL HAVE EMBOSSED SEAL*

A Criminal record check has been completed for the following:

Name: ALLEN, ERNEST

Maiden/Alias names:

Date of Birth: 09/02/1931

Social Security Number: 344226079

The results of the criminal record check are below:

**NO RECORD FOUND (Since 9-1-86)**

THIS RECORD INCLUDES ONLY ARRESTS BY LMPD (FORMERLY LPD & JCPD) SINCE 9-1-86. NO MISDEMEANOR CITATIONS OR ARRESTS BY OTHER LOCAL JURISDICTIONS ARE INCLUDED.

JAN 1 2 2004

LOUISVILLE METRO POLICE
RECORDS CENTER
BY _____

*Disposition of any records may be obtained at*
*Jefferson County District Court Archives*
*514 West Liberty Street*
*595-2392*

# HARRIS, HARRIS & HARLAN
## LAW OFFICES   EST. 1949

Robert E. Harris  
(1924-1990)  

Ronald D. Harris  

Mitchele J. Harlan  

*Licensed in Indiana and Kentucky*

1407 Youngstown Center  
Jeffersonville, Indiana 47130  
Telephone (812) 284-2889  
Facsimile (812) 284-2864  

July 5, 1996

Ernest Allen  
904 South Fifteenth Street  
Louisville, Kentucky 40210

FOR PROFESSIONAL SERVICES RENDERED:

On Expungement Matters                $750.00

TOTAL DUE AND OWING THIS STATEMENT    $750.00

---

**OFFICIAL CHECK**

BR. # 10  
rlm

**555419560**

23-1/1020

JANUARY 21, 19 97

Pay to the order of ******* ATTORNEY JOHN STEWART **************  $ 259.00*

Dollars

**National City.**  
National City Bank of Kentucky  

Remitter  ELIZABETH C. ALLEN  
PROFESSIONAL SERVICE

National City Bank of Kentucky

**NON NEGOTIABLE**  
**PURCHASER'S COPY**  
AUTHORIZED SIGNATURE

Issued By Integrated Payment Systems Inc., Englewood, Colorado  
First Interstate Bank of Denver, N.A., Denver, CO

## ALLEN - SUMMARY OF PAYMENTS, 2002

| Date | Amount | |
|------|--------|---|
| 1/8  | $190   |   |
| 2/5  | $400   |   |
| 2/27 | $900   |   |
| 6/4  | $200   |   |
| 6/26 | $200   | w |
| 7/2  | $200   | w |

W = Winn-Dixie

# "WEEKLY SCHEDULE"

NAME: Allen            PAGER NO: 896-5438

| DATE | LOCATION | TIMES |
|---|---|---|
| **MONDAY** 04/19/99 | Winn-Dixie 28th | 9AM-300 |
| **TUESDAY** 04/20/99 | Winn-Dixie 28th | 9am-300 |
| **WEDNESDAY** 04/21/99 | Winn-Dixie 28th | 9Am-300 |
| **THURSDAY** 04/22/99 | Winn-Dixie 28th | 9AM-300 |
| **FRIDAY** 04/23/99 | Winn-Dixie 28th<br>Jim Brown | 9AM-400<br>900pm-500 |
| **SATURDAY** 04/24/99 | Winn-Dixie 28th<br>Jim Brown | 9AM-1:00<br>8pm-500 |
| **SUNDAY** 04/25/99 | | off |

**MONTHLY NEWSLETTER FOR NOVEMBER 1999**

MONDAY, 15 NOVEMBER 1999

**HAPPY BIRTHDAY:** I know that all of these people get better with age:



Allison Bennet
James Crawley
Ezekiel Davis
James Garrett
John Hatton
Russell Johnson
Shelonda Moore
Danile Soper Sr.

George Constantine Jr.
Ricky Daniels
Raymond Everett
Patricia Hathway
Louis Huber
Twila Lutz
Nancy Moreland
Cully Teague

**HAPPY ANNIVERSARY:** The following Officers only make Moore Security better with each year of service:

| | | | |
|---|---|---|---|
| Charles Henninger | 8 yrs | Charles Martin | 5 yrs |
| Robert Bradley | 4 yrs | Carl Ester | 6 yrs |
| Seabron Horton | 2 yrs | Alison Bennett | 1 yr |
| Reginald blout | 1 yr | Prenthiss Campbell | 1 yr |
| George Ludlow | 1 yr | Twila Lutz | 1 yr |
| Gary Hathway | 3 yrs | | |

**SEPTEMBER OFFICER OF THE MONTH:** We are proud to announce that Officer Jack Farley has been chosen for this honor. Officer Farley was previously assigned to the Circuit City account. While on duty during a normal shift Officer Farley detected that an associate had several music CD's hidden inside his belt. Paying attention to detail will make a difference.

**OCTOBER OFFICER OF THE MONTH:** Officer Walter Montgomery is a short term employee in service dates, but his impact for the Papa John's Headquarters is huge. He works many long hours and his care for this customer is noticed by our client. Thanks for a job well done!!!

**OFFICER OF THE QUARTER:** The Starks Building and Moore Security is always in good hands with officer Ernest Allen on duty. Officer Allen demonstrates his knowledge for the job each day and makes his fellow Officers better at their jobs. Many times our client has commented on his performance. Keep up the good work!!!

**MORE SECURITY CELEBRATES ITS BIRTHDAY:** Recently the company celebrated its seventh year in business Congratulations to Mr. Moore.

**THE SECURITY PROFESSIONALS!**

Name: ALLEN, ERNEST                SS# 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  Ck Date: 01/09/00  Ck# 00024076

| Date  | Cust ID | Sec | Start | End  | Shft# | C/T | Rate | Reg-Hr | Ovt-Hr | Hol-Hr |
|-------|---------|-----|-------|------|-------|-----|------|--------|--------|--------|
| 12/21 | 1003    |     | 1630  | 2030 | CIVIC | G/X | 6.40 | 4.00   | 0.00   | 0.00   |
| 12/22 | 1003    |     | 1630  | 2030 | CIVIC | G/X | 6.40 | 4.00   | 0.00   | 0.00   |
| 12/25 | 1339    |     | 1000  | 2200 | ANN-1 | G/X | 9.60 | 0.00   | 0.00   | 12.00  |
| 12/27 | 1095    |     | 2400  | 0800 | WAT 41| G/X | 6.40 | 8.00   | 0.00   | 0.00   |
| 12/28 | 1095    |     | 2400  | 0800 | WAT 41| G/X | 6.40 | 8.00   | 0.00   | 0.00   |
| 12/30 | 1094    |     | 2400  | 0800 | WAT30 | G/X | 6.40 | 8.00   | 0.00   | 0.00   |
| 12/31 | 1094    |     | 2000  | 2400 | WAT30 | G/X | 6.40 | 4.00   | 0.00   | 0.00   |
|       |         |     |       |      |       |     |      | 36.00  | 0.00   | 12.00  |

| Reg Pay | Ovt Pay | Hol Pay | Msc1 Pay | Msc2 Pay | Msc3 Pay | Expense | Allowanc |
|---------|---------|---------|----------|----------|----------|---------|----------|
| 230.40  | 0.00    | 115.20  | 0.00     | 0.00     | 0.00     | 0.00    | 3.60     |

| Msc1 Ded | Msc2 Ded | Emp Adva | Insuranc | Uniform |
|----------|----------|----------|----------|---------|
| 0.00     | 0.00     | 0.00     | 0.00     | 15.00   |

|     | FICA    | Federal | State  | City   | Oth Tax | Gross Pay | Net Pay  |
|-----|---------|---------|--------|--------|---------|-----------|----------|
| Cur | 26.44   | 0.00    | 13.04  | 7.60   | 0.00    | 349.20    | 287.12   |
| Ytd | 1147.35 | 0.00    | 781.37 | 241.39 | 0.00    | 15072.49  | 12710.10 |

| Customer         | Location      | Date     | Tour              | Regular | O.T. | Holiday | Regular | O.T.  | Holiday |
|------------------|---------------|----------|-------------------|---------|------|---------|---------|-------|---------|
| 1086 ALLIED DRUM | 1 ALLIED DRUM | 03/24/00 | 12:00 AM-06:00 AM | 6.00    |      |         | 6.400   | 9.600 | 9.600   |
| 1086 ALLIED DRUM | 1 ALLIED DRUM | 03/25/00 | 10:00 PM-10:00 AM | 12.00   |      |         | 6.400   | 9.600 | 9.600   |
| 1086 ALLIED DRUM | 1 ALLIED DRUM | 03/31/00 | 10:00 PM-12:00 AM | 2.00    |      |         | 6.400   | 9.600 | 9.600   |
| 1086 ALLIED DRUM | 1 ALLIED DRUM | 03/31/00 | 12:00 AM-06:00 AM | 6.00    |      |         | 6.400   | 9.600 | 9.600   |
| 1086 ALLIED DRUM | 1 ALLIED DRUM | 04/01/00 | 10:00 PM-10:00 AM | 12.00   |      |         | 6.400   | 9.600 | 9.600   |
| 1086 ALLIED DRUM | 1 ALLIED DRUM | 04/07/00 | 10:00 PM-12:00 AM | 2.00    |      |         | 6.400   | 9.600 | 9.600   |

---

**Copy C For EMPLOYEE'S RECORDS** (See Notice to Employee on back of Copy B.)  **2000**  OMB No. 1545-0008

| a Control number 20 | 1 Wages, tips, other comp. 2730.18 | 2 Federal income tax withheld 93.89 |
|---|---|---|
| b Employer ID number 35-2092345 | 3 Social security wages 2730.18 | 4 Social security tax withheld 169.26 |
|  | 5 Medicare wages and tips 2730.18 | 6 Medicare tax withheld 39.59 |

c Employer's name, address, and ZIP code
Moore Security LLC
540 Marriott Drive - Suite 7
Clarksville, IN 47129

d Employee's social security number
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

e Employee's name, address, and ZIP code
ERNEST SIMMONS ALLEN
904 SOUTH 15TH STREET
LOUISVILLE KY 40210

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |  |
| 15 Statutory employee  Deceased  Pension plan  Legal rep.  Deferred comp. |||
| KY  204131 | 2730.18 | 79.70 |

---

**Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return**  **2000**  OMB No. 1545-0008

| a Control number 20 | 1 Wages, tips, other comp. 2730.18 | 2 Federal income tax withheld 93.89 |
|---|---|---|
| b Employer ID number 35-2092345 | 3 Social security wages 2730.18 | 4 Social security tax withheld 169.26 |
|  | 5 Medicare wages and tips 2730.18 | 6 Medicare tax withheld 39.59 |

c Employer's name, address, and ZIP code
Moore Security LLC
540 Marriott Drive - Suite 7
Clarksville, IN 47129

d Employee's social security number
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

e Employee's name, address, and ZIP code
ERNEST SIMMONS ALLEN
904 SOUTH 15TH STREET
LOUISVILLE KY 40210

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |  |
| 15 Statutory employee  Deceased  Pension plan  Legal rep.  Deferred comp. |||
| KY  204131 | 2730.18 | 79.70 |