UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AGREED ORDER ON DEBTORS' STIPULATION WITH SOUTHEAST-ATLANTIC BEVERAGE COMPANY

These cases came before the Court upon the notice of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") for the entry of an Agreed Order approving the stipulation between Debtors and Southeast-Atlantic Beverage Company to compromise claims (the "Stipulation") (Docket No. 10607). The Court finds that (i) notice of the proposed Agreed Order was served on all interested parties pursuant to Local Rule 2002-4 informing the parties of the opportunity to object within 20 days of the date of service, and (ii) that no party filed an objection. The Court therefore considers the entry of this order unopposed. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Stipulation is approved and automatic stay is modified to permit Southeast-Atlantic Beverage Company to setoff the Rebates against the amounts due under the Southeast-Atlantic Beverage Proof of Claim (Claim No. 10123) pursuant to the terms and conditions set forth in the Stipulation.[1]

---

[1] All capitalized terms not defined herein shall have the respective meanings ascribed to them in the Stipulation.

2. Claim No. 10123 filed by Southeast-Atlantic Beverage is allowed as an unsecured non-priority claim in the amount of $343,096.91 against Winn-Dixie Stores, Inc. in Case No. 05-03817-3F1 to be paid in accordance with a confirmed plan(s) of reorganization in these Chapter 11 cases. The balance of Claim No. 10123 is disallowed.

3. This Order resolves all liabilities and obligations related to Claim No. 10123

4. Nothing in this Order shall affect any claims that Southeast-Atlantic Beverage or the Debtors may have against the other as a result of the post-petition business relationship between the parties.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 20 day of September 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

James H. Post
[Attorney James H. Post is directed to mail a copy of this Order to all parties entitled to notice.]

## Consent

The undersigned parties consent to the entry of the foregoing Order.

| SMITH HULSEY & BUSEY | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By  *s/ James H. Post* <br> James H. Post | By:  *s/ Linda Barr* * <br> Linda Barr |
| Florida Bar Number 175460 <br> 225 Water Street <br> Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) | Meridian Building <br> 17th Floor <br> 1320 Main Street <br> Colombia, South Carolina 29201 <br> (803) 799-2000 <br> (803) 255-9644 (facsimile) |
| Attorneys for the Debtors | Attorneys for Southeast-Atlantic Beverage Company |

* Counsel has authorized the use of her electronic signature.

539480