# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                        )    Case No. 05-03817-3F1
                                              )
WINN-DIXIE STORES, INC., et al.,              )    *Chapter 11*
                                              )
Debtors.                                      )    Jointly Administered
                                              )

## NOTICE OF AGREED ORDER REGARDING RDI DEVELOPERS, L.L.C.'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

<div style="border:1px solid black">

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy on (i) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com, (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, djbaker@skadden.com and (iii) Office of the United States Trustee, 135 west Central Boulevard, Room 620, Orlando, Florida 32801, ElenaL.Escamilla@usdoj.gov.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

</div>

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"),

pursuant to Rules 2002 and 9019, Federal Rules of Bankruptcy Procedure, and Local Rule 2002-

4, give notice of the proposed entry of the Agreed Order (attached as Exhibit A) with respect to

RDI Developers L.L.C.'s Motion for Payment of Administrative Expense (Docket No. 10941).

If no objection to the proposed Agreed Order is filed and served within the time as set forth

above, the Court will be requested to enter the Order without further notice or hearing.

Dated:  September 20, 2006


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___/s/ D. J. Baker_____
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Adam S. Ravin

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By ___/s/ Cynthia C. Jackson_____
      Stephen D. Busey
      Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

**<u>EXHIBIT A</u>**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AGREED ORDER WITH RESPECT TO RDI DEVELOPERS, L.L.C.'S
### MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

THIS CAUSE is before the Court upon RDI Developers L.L.C.'s Motion for Payment of Administrative Expense (Docket No. 10941) (the "Motion"). Based upon the representation by counsel to Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") and counsel to RDI Developers, L.L.C. ("RDI") that the proposed Agreed Order reflects a resolution between the parties of the issues raised in the Motion, it is

ORDERED AND ADJUDGED THAT:

1.      On or about May 1, 2006, the Debtors paid to RDI the amount of $5,453.21, in full and complete satisfaction of RDI's request for an administrative expense claim in that amount.

2.      RDI (or its assignee) shall have an allowed administrative expense claim for prorated real estate taxes from January 1, 2006 through May 30, 2006, which amounts shall be promptly paid by the Debtors following (a) the submission by RDI (or its assignee) to the Debtors of evidence that RDI (or its assignee) has paid such amounts to the taxing authorities, and (b) the Debtors' verification of such amounts.

      3.      As all maters have been resolved by this Order, the Motion is deemed

withdrawn, without prejudice, except to the extent necessary to enforce the terms of this Order.


Dated this _____ day of _____, 2006 in Jacksonville, Florida.


 

                                        _____

                                        Jerry A. Funk
                                        United States Bankruptcy Judge

Copy to:
Cynthia I. Chiefa, Esq.
Cynthia C. Jackson, Esq.

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    CYNTHIA I. CHIEFA, P.A.


By  */s/ Cynthia C. Jackson*_____    By  */s/ Cynthia I. Chiefa*_____
       Cynthia C. Jackson                           Cynthia I. Chiefa

Florida Bar Number 498882              19610 N.E. 21st Court
225 Water Street, Suite 1800           North Miami Beach, Florida 33179
Jacksonville, Florida 32202            (305) 358-6281
(904) 359-7700                         (305) 492-7211 (facsimile)
(904) 359-7708 (facsimile)

Attorneys for the Debtors              Attorneys for RDI Developers, L.L.C.

671539-New York Server 1A - MSW