UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON SEPTEMBER 21, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on September 21, 2006 at 1:00 p.m.:

**A.** **Uncontested Matters**

    *1.* *Motion for Order (i) Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 21, 2006 and (ii) Establishing Deadline for Filing Rejection Damage Claims of September 29, 2006 (Docket No. 10693)*

Objection Deadline: Expired.

Objections: No objections have been filed.

Status: The Debtors will proceed with the Motion.

    *2.* *B.H.B.S. Corporation's Motion Under Rule 9006(b)(1) for Enlargement of Time to File Claim (Docket No. 4347)*

Objection Deadline: None.

Objections: No objections have been filed.

Status: The Debtors have been informed that the Movant will proceed with the Motion.

3.     *Fifth Omnibus Objection to Workers' Compensation Claims (Docket No. 5981)*

Response Deadline:   Expired.

Responses:              No responses have been filed.

Status:                    The Debtors and the Claimants have agreed to continue the hearing on the Objection to October 12, 2006.

## B.     **Contested Matters**

1.     *Motion for Order (i) Authorizing Assumption of Lease for Store Number 488, (ii) Determining that No Cure is Due Under the Lease and (iii) Authorizing Related Relief  (Docket No. 7334)*

Objection Deadline:   September 14, 2006.

Objections:              Turney Dunham Plaza Partners Limited Partnership (Docket No. 8140).

Status:                    The Debtors will proceed with the Motion.

2.     *Debtors' Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (Docket No. 9886)*

Objection Deadline:   Expired.

Purchaser(s):           Fine Foods Gourmet Markets Inc. - Store Nos. 202 and 380 (Docket No. 10820).

Objections:              Florida Tax Collectors (Docket No. 10414); and PMAT Flamingo, L.L.C. (Docket No. 11121).

Status:                    The Court heard the Motion to assume or reject seven store leases on August 31, 2006, and entered an order that date authorizing the rejection of four of the leases.  The Debtors will proceed with the Motion regarding the remaining three leases (Store Numbers 202, 380 and 2308).

3.    *Amended Omnibus Motion for Order to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief Filed by Debtor Winn-Dixie Stores, Inc. (Docket No. 7966)*

Objection Deadline:   Expired.

Objections to
Assumption:            Benderson Development Company, Inc. – Store Nos. 637, 651, 656, 660, 737 (Docket No. 8910).

Status:                The Court heard the Motion to assume leases on August 10, 24, and September 7, 2006 and has entered five orders authorizing the assumption of sixty-six of the leases.  The Debtors will proceed with the Motion as to the objection of Benderson Development Company, Inc.

4.    *Motion (i) for Authority to Reject Non-Residential Real Property Leases, (ii) to Establish Bar Date for Any Rejection Damage Claims, and (iii) Granting Related Relief (Docket No. 10823)*

Objection Deadline:   Expired.

Objections:            PRB Investments. L.L.C. (Docket No. 11022).

Status:                The Debtors will proceed with the Motion.

5.    *Motion for Order (a) Authorizing the Debtors to Sell Leesburg Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (b) Granting Related Relief (Docket No. 10712)*

Objection Deadline:   Expired.

Objections:            Lake County Tax Collector (Docket No. 10886).

Status:                The Debtors will proceed with the Motion.

6.  *Amended Motion for Order (a) Authorizing the Debtors to Sell Edgewood Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (b) Granting Related Relief (Docket No. 10748)*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | Duval County Tax Collector (Docket No. 10885). |
| Status: | The Debtors will proceed with the Motion. |

7.  *Eighteenth Omnibus Objection to Duplicate Different Debtor Claims (Docket No. 10448)*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | Florida Crystals Food Corporation (Docket No. 10920). |
| Status: | The Debtors will proceed with the Motion. |

8.  *Birmingham Realty Company's Motion for Payment of Administrative Expenses (Docket No. 9363)*

| | |
|---|---|
| Objection Deadline: | Expired. |
| Objections: | Debtors (Docket No. 10998). |
| Status: | The Debtors have been informed that the Movant will proceed with the Motion. |

9.  *Debtor's Second Omnibus Motion to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (Docket No. 8941)*

| | | |
|---|---|---|
| Objection Deadline: | Expired. | |
| Objections to assumption: | (a) | Newport Partners, Store No. 251, (Docket No. 9475); |

(b)     Corporate Property Associates 8, L.P., Store No. 518, (Docket No. 9623 and 9734);

(c)     Benderson Development Company, Store No. 657, (Docket No. 9651);

(d)     AEI Net Lease Income, et al, Store No. 481, (Docket No. 9683);

(e)     Weigel Family Revocable Trust, Store No. 1483, (Docket No. 9695);

(f)     Deutsche Bank Trust Company Americas, Store No.89, (Docket Nos. 9708 and 9750);

(g)     Heritage SPE, LLC, Store No. 207, (Docket No. 9731);

Status:     The Debtors will proceed with the Motion. Objections to the proposed cure amounts will be set for a later hearing, if not resolved.

Dated: September 20, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By_____*s/ D. J. Baker*_____
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By_____*s/ Cynthia C. Jackson*_____
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

543646