# EXHIBIT A

**From:** Tana L. Copeland [mailto:tcopeland@smithhulsey.com]
**Sent:** Monday, September 18, 2006 8:32 AM
**To:** Dowd, Mary Joanne
**Subject:** WD - September 21 hearing on Motion to Assume Leases

We are writing to inform you that at the September 21 hearing on WD's motion to assume leases (Docket No. 8941) the Court will **not** be conducting an evidentiary hearing to resolve cure disputes. If the motion is granted, WD will assume leases and pay undisputed cure on the Effective Date of the Plan. Between now and the Effective Date, WD will endeavor to resolve cure objections. If those objections cannot be consensually resolved, we will notice evidentiary hearings to resolve those disputes. If your only objection to the motion relates to cure, there is no need for you to attend the hearing. If you have any further questions about the process or want to try to resolve a cure objection, please contact Allan Wulbern at awulbern@smithhulsey.com or 904.359.7814.

Allan E. Wulbern, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
(904) 359-7814
(904) 359-7708 (Fax)

The information contained in this communication may be confidential, is intended only for the use of the recipient (s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.