[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05−bk−03817−JAF
                                                                Chapter 11

Winn−Dixie Stores, Inc

_____  Debtor(s)_____/

ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Johnathan C. Bolton , a non−resident of Florida and counsel for Saran, Ltd , pursuant to Local Rule 2090−1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090−1 permits appearance without formal admission of a non−resident of Florida and the requirement for local counsel is waived.

Dated September 20, 2006 .

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Johnathan C. Bolton, 1301 McKinney, Suite 5100, Fulbright Tower, Houston, TX 77010−3095