UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                              Chapter 11
                              Case No. 05-03817-3FI
                              Jointly Administered

                      Debtors.
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

**[RELATED DOCKET ENTRY NUMBER 10954]**

Please take notice that the transfer of claim from ROBINSON SHONILA R to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $500.00 is hereby withdrawn.

Dated: September 21, 2006

                              Submitted by: /s/Benjamin Tarver

                              Equity Trust Co. Custodian FBO Benjamin D. Tarver IRA
                              11152 Westheimer Rd #796
                              Houston, TX  77042