UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                                                                           Chapter 11
                                                                           Case No. 05-03817-3FI
                                                                           Jointly Administered

                                Debtors.
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

**[RELATED DOCKET ENTRY NUMBER 10955]**


Please take notice that the transfer of claim from COCHRAN CAROLYN to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $1,500.00 is hereby withdrawn.


Dated: September 21, 2006


                                                                Submitted by: /s/Benjamin Tarver

                                        Equity Trust Co. Custodian FBO Benjamin D. Tarver IRA
                                        11152 Westheimer Rd #796
                                        Houston, TX  77042