UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                                                            Chapter 11
                                                            Case No. 05-03817-3FI
                                                            Jointly Administered

                        Debtors.
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

**[RELATED DOCKET ENTRY NUMBER 10948]**

Please take notice that the transfer of claim from PARKER SARAH to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $3,000.00 is hereby withdrawn.

Dated: September 21, 2006

                                                Submitted by: /s/Benjamin Tarver

                                          Equity Trust Co. Custodian FBO Benjamin D. Tarver IRA
                                          11152 Westheimer Rd #796
                                          Houston, TX  77042