UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
-----------------------------------------------------------------x
In re

WINN-DIXIE STORES, INC. ET AL

                                          Chapter 11
                                          Case No. 05-03817-3FI
                                          Jointly Administered

                Debtors.
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

### [RELATED DOCKET ENTRY NUMBER 10956]

Please take notice that the transfer of claim from SIMPSON DEBRA to EQUITY TRUST CO. CUSTODIAN FBO BENJAMIN D. TARVER IRA in the amount of $3,710.00, is hereby withdrawn.

Dated: September 21, 2006

                          Submitted by: /s/Benjamin Tarver

                          Equity Trust Co. Custodian FBO Benjamin D. Tarver IRA
                          11152 Westheimer Rd #796
                          Houston, TX  77042