UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

NOTICE OF WITHDRAWAL OF CONTRACT FROM DEBTORS' MOTION FOR ORDER (I) AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF SEPTEMBER 21, 2006 AND (II) ESTABLISHING DEADLINE FOR FILING REJECTION DAMAGE CLAIMS OF SEPTEMBER 29, 2006

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (the "Debtors") give notice of the withdrawal of the contract with Air Products & Chemicals Inc. from the Debtors' Motion for Order (I) Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 21, 2006 and (II) Establishing Deadline for Filing Rejection Damage Claims of September 29, 2006 (the "Rejection Motion").

The contract with Air Products & Chemicals Inc. will not be rejected pursuant to the Rejection Motion and will remain pending. The Debtors reserve the right to include the contract in a motion to assume or reject to be filed at a later date.

Dated: September 21, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
| | |
| By   */s/ D. J. Baker*   | By   */s/ Cynthia C. Jackson*   |
|         D. J. Baker |         Stephen D. Busey |
|         Sally McDonald Henry |         James H. Post |
|         Rosalie Walker Gray |         Cynthia C. Jackson |
|         David M. Turetsky |         Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| | |
| Co-Counsel for the Debtors | Co-Counsel for the Debtors |

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.