UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC.,             CASE NO. 3:05:bk:03817-JAF
                                     CHAPTER 11
    Debtor.                          **Jointly Administered**

_____\

### NOTICE OF WITHDRAWAL OF CLAIMANT, VERA VOLOVECKY'S MOTION FOR RELIEF (Docket No. 2083)

Claimant, Vera Volovecky ("Volovecky"), by and through her undersigned counsel, hereby withdraws her Motion for Relief From Stay, filed with the Court on July 12, 2005 (Docket No. 2083), based upon the parties voluntary settlement of Volovecky's Claim No. 1973, as more particularly defined in the Court's Agreed Order of Resolution of the Litigation Claim of Vera Volovecky (Claim No. 1973), dated September 20, 2006.

Respectfully submitted this 21st day of September, 2006.

         **VOLPE, BAJALIA, WICKES,**
         **ROGERSON & WACHS**

       By: */s/ John T. Rogerson, III*
         John T. Rogerson, III
         Florida Bar No. 832839
         1301 Riverplace Blvd., Suite 1700
         Jacksonville, FL 32207
         (904) 355-1700
         (904) 355-1797 (fax)
         jrogerson@vbwr.com

         and

Lloyd E. Taylor, Esq.
Taylor & Taylor, LLC
18350 Michigan Street
Robertsdale, AL 36567

and

Brian P. Britt, Esq.
Kopesky & Britt, LLC
P.O. Box 1138
Fairhope, AL 36533

Attorneys for Claimant, Vera Volovecky

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Claimant, Vera Volovecky's Motion for Relief (Docket No. 2083) was provided, by either electronic means or by first class, postage pre-paid U. S. Mail, this 21st day of September, 2006, to **Leanne McKnight Prendergast, Esq.,** Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Fl 32202 (lprendergast@smithhulsey.com), and to the *U.S. Trustee*–**JAX,** 135 W. Central Blvd., Suite 620, Orlando, FL 32801.

*/s/ John T. Rogerson, III*
Attorney