**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In Re:

WINN DIXIE STORES, INC. *et al*[1]   CHAPTER : 11
                                                                               CASE NO.:   3:05-bk-03817-JAF
                                                                               *Jointly Administered*

       Debtors.
_____/

**NOTICE OF APPEARANCE**

        COMES NOW, the firm of TRIPP, SCOTT, P.A. and files this Notice of Appearance as counsel of record for QUIGLEY CORPORATION**.** a creditor in the above-styled cause, and requests:

1. That the firm be added to the Matrix as:

        Quigley Corporation
        c/o John G. Bianco III, Esq.
        110 SE 6th Street, 15th Floor
        Fort Lauderdale, FL 33301

2. That the firm be provided copies of all pleadings filed herein.

        TRIPP, SCOTT, P.A.
        110 SE 6TH Street
        Fort Lauderdale, FL 33601
        Tel:    954-525-7500
        Fax:   954-762-2502
        jgb@trippscott.com, dst@trippscott.com

          */s/  John G. Bianco, III, Esquire*
        John G. Bianco  III, Esquire
        Fla. Bar No. 0886955

---

[1] In Addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc,., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Dixie Packers, Inc., Dixie Spirits, Inc., Sunbelt Products, Inc., Sundown Sales, Inc,., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

404924v1 992173.0001