UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,          Case No.: 3:05-bk-03817-JAF

    Debtors.                                 Chapter 11

                                             Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Final Response of Milbank, Tweed, Hadley & McCloy LLP, to Fee Examiner's Final Report of Review and Analysis of Third Interim Fee Application submitted by Milbank, Tweed, Hadley & McCloy LLP for Interim Period October 1, 2005 through and including January 31, 2006.

Dated: September 21, 2006.                 AKERMAN SENTERFITT

                                                                By: /s/ Patrick P. Patangan
                                                                    John B. Macdonald
                                                                    Florida Bar No.: 230340
                                                                    E-mail: john.macdonald@akerman.com
                                                                    Patrick P. Patangan
                                                                    Florida Bar No.: 348340
                                                                    E-mail: patrick.patangan@akerman.com
                                                                    50 N. Laura St., Suite 2500
                                                                    Jacksonville, FL 32202
                                                                    Telephone: (904) 798-3700
                                                                    Facsimile: (904) 798-3730

                                                                Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA283497;1}