# EXHIBIT C

## EXHIBIT C

### [Report Exhibit E – Personnel Who Billed 10.00 or Fewer Hours]

1. S. Clorfeine – Associate, assisted the Committee in connection with an investigation of certain prepetition Debtor activities.

2. R. Katz – Associate, assisted in review of documents in connection with asset sales. (Mr. Katz left the firm in June 2006.)

# EXHIBIT D

## EXHIBIT D

### [Report Exhibits K &P – Out of Town Expenses / Expenses Associated With Multiple Attendance]

### [See numbered attachment]

1. Meal expenses for M. Comerford, receipts totaling $8.43 (in connection with trip detailed below). The meal total was billed incorrectly. The total should be $3.63 for meals. $4.80 should get billed to lodging. The lodging amount below has been corrected to reflect this error.

   Travel expenses for M. Comerford:
   | | |
   |---|---|
   | $1,066.90- | roundtrip airfare Newark, NJ to Jacksonville, FL (returning to New York LGA Airport) |
   | $40.00- | taxi fare from airport to hotel |
   | $44.00- | travel agent fee |
   | $171.76- | lodging (1 night Jacksonville, FL) |

   Travel expense for M. Comerford- car service from JFK Airport to Garden City, Long Island (New York)

2. Travel expense for D. Dunne- car service from New York City to Newark Airport

   Meal expenses for D. Dunne- receipts totaling $1,188.27 (including dinner with Committee members in connection with trip detailed below). We will reduce this amount by $2.00 to $1,186.27 since we discovered an additional room charge charge was inadvertently added.

   Travel expenses for D. Dunne:
   | | |
   |---|---|
   | $1,016.90- | roundtrip airfare New York to Jacksonville, FL |
   | $138.00- | travel agent fee + charge to exchange plane ticket |
   | $43.00- | taxi from airport to hotel |
   | $171.76- | lodging (1 night Jacksonville, FL)** |

   **This amount was reduced by $0.40 for additional room charges.

   Travel expense for D. Dunne- car service from Newark Airport to Scarsdale, NY

3. Meal expenses for R. Winter, receipt totaling $9.62 (in connection with trip detailed below)

   Travel expense for R. Winter- car service from New York City to JFK airport

   Travel expenses for R. Winter:
   $1,168.60-    roundtrip airfare New York to Jacksonville, FL
   $36.00-       taxi from airport to hotel
   $37.00-       taxi from hotel to airport
   $44.00-       travel agent fee

   Travel expense for R. Winter- car service from Newark airport to New York City

4. Meal expenses for J. MacInnis, receipts totaling $31.04 (in connection with trip detailed below).

   Travel expenses for J. MacInnis:
   $1,066.90-    roundtrip airfare Newark, NJ to Jacksonville, FL
   $171.76-      lodging (1 night Jacksonville, FL)
   $44.00-       travel agent fee
   $41.00-       taxi from Hoboken, NJ to Newark Airport
   $40.00-       taxi from Jacksonville Airport to hotel
   $40.00-       taxi from hotel to Jacksonville airport
   $41.00-       taxi from Newark airport to Hoboken, NJ

5. Travel expense for M. Barr-car service from Short Hills, NJ to Newark Airport

   Travel expenses for M. Barr:
   $1,016.90-    roundtrip airfare Newark, NJ to Jacksonville, FL
   $44.00-       travel agent fee
   $100.00-      taxis to and from airport in Jacksonville, FL

   Travel expense for M. Barr-car service from Newark Airport to Short Hills, NJ

6. Travel expense for L. Despins- car service from airport to Larchmont, NY

7. Travel expense for L. Despins- car service from Larchmont, NY to airport

2

8.   Travel expense for M. Barr- car service from Newark airport to Shorthills, NJ

Travel expense for M. Barr- car service from Shorthills, NJ to Newark airport

Travel expenses for M. Barr:
$1,017.10-      roundtrip airfare Newark, NJ to Jacksonville, FL
$44.00-         travel agent fee
$99.00-         taxi from Jacksonville airport to Courthouse and roundtrip

**The travel expense amount was reduced by $10.00 in connection with a miscellaneous travel expense with no receipt.

9.   Meal expenses for R. Winter, receipts totaling $179.25 (in connection with trip, see #11).  The receipt totaling $151.55 includes M. Comerford.

10.  Meal expenses for M. Comerford, receipts totaling $10.31 (in connection with trip detailed below)

Travel expenses for M. Comerford:
$1,027.10-      roundtrip airfare New York to Jacksonville, FL
$215.71-        lodging (1 night Jacksonville, FL)
$44.00-         travel agent fee

11.  Travel expense for R. Winter- car service from 1 Chase Manhattan Plaza (Milbank) to JFK Airport (in connection with trip detailed below)

Travel expenses for R. Winter:
$1,028.60-      roundtrip airfare New York to Jacksonville, FL
$88.00-         travel agent fees
$45.00-         taxi from Jacksonville airport to hotel
$215.71-        lodging (1 night Jacksonville, FL)
$11.44-         internet access fee
$91.50-         taxi from hotel to Winn-Dixie, then to Jacksonville airport

Travel expense for R. Winter- car service from Newark Airport to New York City (in connection with trip listed above)

12.  Travel expense for M. Comerford- car service from LaGuardia Airport to Garden City, NY (in connection with trip, see #10)

13.  Travel expense for D. Dunne- car service from Scarsdale, NY to Newark Airport (in connection with trip listed below)

Meal expenses for D. Dunne, receipt totaling $16.98.  An additional room charge for $8.00 was inadvertently charged to meals.
**We will reduce the meal charge by $8.00.

Travel expenses for D. Dunne:
$1,097.10-     roundtrip airfare Newark/ New York to Jacksonville, FL
$224.87-       lodging (1 night  Jacksonville, FL)**
$35.00-        taxi from Jacksonville airport to hotel
$88.00-        travel agent fees

**The lodging amount includes an additional room charge of $1.60.  We reduced the lodging amount by $1.60.

Travel expense for D. Dunne- car service from LaGuardia Airport to Scarsdale, NY (in connection with trip above)

4

STUART MAUE

EXHIBIT K
Out-of-Town Travel Expenses
Milbank, Tweed, Hadley & McCloy

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 11/08/05 | 9591 | 8.43 | | 8.43 | P | MEALS - COMMITTEE MEETINGS WITH DEBTORS - COMERFORD, MICHAEL E. |
| 11/08/05 | 9591 | 1,317.86 | | 1,317.86 | P | TRAVEL - COMMITTEE MEETINGS WITH DEBTORS - COMERFORD, MICHAEL E. |
| 11/08/05 | 8697 | 87.47 | | 87.47 | P | CAB - LOTUS:05485051/047441/2080 - 11/08/05 1:10PM FROM:M.1 CHASE MANHATTAN PLZ TO:,NWK - DUNNE, DENNIS F. |
| 11/08/05 | 8697 | 1,188.27 | | 1,188.27 | P | MEALS - COMMITTEE MEETINGS WITH DEBTORS - DUNNE, DENNIS F. |
| 11/08/05 | 8697 | 1,370.06 | | 1,370.06 | P | TRAVEL - COMMITTEE MEETINGS WITH DEBTORS - DUNNE, DENNIS F. |
| 11/09/05 | 9591 | 113.42 | | 113.42 | P | CAB - LOTUS:05485051/520047/2104 - 11/09/05 6:55PM FROM:JFK, 5210 DELTA DOMESTIC TO:LI,157 GARDEN ST GARDEN C - COMERFORD, MICHAEL E. |
| 11/09/05 | 8697 | 165.70 | | 165.70 | P | CAB - LOTUS:05485051/522298/2193 - 11/09/05 8:30PM FROM:NWK, 804 CONTINENTAL TO:WE,4 VALLEY ROAD SCARSDAL - DUNNE, DENNIS F. |
| 12/01/05 | 2366 | 9.82 | | 9.82 | | MEALS - TRAVEL TO JACKSONVILLE FOR HEARING. - WINTER, ROBERT |
| 12/01/05 | 2366 | 63.80 | | 63.80 | | CAB - LOTUS:05495044/047439/2096 - 12/01/05 4:30AM FROM:M,36 W 15 ST TO:JFK, - WINTER, ROBERT |
| 12/01/05 | 2366 | 1,285.60 | | 1,285.60 | | TRAVEL - TRAVEL TO JACKSONVILLE FOR HEARING. - WINTER, ROBERT |
| 12/01/05 | 2366 | 100.16 | | 100.16 | | CAB - LOTUS:05495044/530740/2156 - 12/01/05 6:05PM FROM:NWK, 804 CONTINENTAL TO:M,36 W 15 ST - WINTER, ROBERT |
| 12/12/05 | 8823 | 31.04 | | 31.04 | | MEALS - BUSINESS TRIP TO JACKSONVILLE, FLORIDA FOR MIAMI - MACINNIS, JAMES H. |
| 12/12/05 | 8823 | 1,444.66 | | 1,444.66 | | TRAVEL - BUSINESS TRIP TO JACKSONVILLE, FLORIDA FOR MIAMI - MACINNIS, JAMES H. |
| 12/15/05 | 8972 | 109.45 | | 109.45 | | CAB - DIAL:1009863/569721/090N - 12/15/05 07:42 FROM:SHORT HILLS R S NJ 730AM TO:NWK AP - BARR, MATTHEW S. |
| 12/15/05 | 8972 | 1,160.90 | | 1,160.90 | | TRAVEL - BUSINESS TRIP TO JACKSONVILLE, FL TO ATTEND COUR - BARR, MATTHEW S. |
| 12/15/05 | 8972 | 131.89 | | 131.89 | | CAB - DIAL:1010473/439969/374W - 12/15/05 21:48 FROM:NWK MEET& GREET N NJ 926 TO:SHORTHILLS NJ TERM C - BARR, MATTHEW S. |
| 12/31/05 | 8696 | 83.52 | | 83.52 | | CAB - CAB FARES/LOCAL TRANSPORTATION -- VENDOR: CASHIER TRANS REIM FOR CAB FROM AIRPORT TO TRAVEL FROM JACKSONVILLE FOR L. DESPINS ON 10/24/05 - DESPINS, LUC A. |
| 12/31/05 | 8696 | 90.00 | | 90.00 | | CAB - CAB FARES/LOCAL TRANSPORTATION -- VENDOR: CASHIER REIM FOR CAB TO AIRPORT TO TRAVEL TO JACKSONVILLE FOR L. DESPINS ON 10/23/05 - DESPINS, LUC A. |
| 01/12/06 | 8972 | 149.23 | | 149.23 | | CAB - DIAL:1011391/518663/329V - 01/12/06 19:50 FROM:NWK MEET& GREET N NJ 713 TO:AS DIR TERM C - BARR, MATTHEW S. |
| 01/12/06 | 8972 | 103.33 | | 103.33 | | CAB - DIAL:1011391/573515/437A - 01/12/06 07:49 FROM:SHORT HILLS R S NJ 745AM TO:NWK AP - BARR, MATTHEW S. |
| 01/12/06 | 8972 | 1,170.10 | | 1,170.10 | | TRAVEL - BUSINESS TRIP TO JACKSONVILLE, FLORIDA TO ATTEND - BARR, MATTHEW S. |
| 01/26/06 | 2366 | 179.25 | | 179.25 | P | MEALS - BUSINESS TRIP TO JACKSONVILLE FL FOR MEETINGS WI - WINTER, ROBERT |
| 01/26/06 | 9591 | 10.31 | | 10.31 | P | MEALS - MEETING WITH CLIENTS - COMERFORD, MICHAEL E. |
| 01/26/06 | 9591 | 1,286.81 | | 1,286.81 | P | TRAVEL - MEETING WITH CLIENTS - COMERFORD, MICHAEL E. |
| 01/26/06 | 2366 | 78.34 | | 78.34 | P | CAB - LOTUS:06056040/18107/2039 - 01/26/06 2:55PM FROM:M,1 CHASE MANHATTAN PLZ TO:JFK, - WINTER, ROBERT |
| 01/26/06 | 2366 | 1,480.25 | | 1,480.25 | P | TRAVEL - BUSINESS TRIP TO JACKSONVILLE FL FOR MEETINGS WI - WINTER, ROBERT |
| 01/27/06 | 2366 | 105.11 | | 105.11 | P | CAB - LOTUS:06056040/18108/2004 - 01/27/06 6:30PM FROM:NWK, 804 CONTINENTAL TO:M,36 W 15 ST - WINTER, ROBERT |

EXHIBIT K PAGE 1 of 2

STUART MAUE

### EXHIBIT K
#### Out-of-Town Travel Expenses
#### Milbank, Tweed, Hadley & McCloy

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 01/27/06 | 9591 | 107.61 | | 107.61 | P | CAB - LOTUS:06056040/537277/2117 - 01/27/06 8:15PM FROM:LAG, 5436 DELTA TO:LI, GARDEN CITY - COMERFORD, MICHAEL E. |
| 01/29/06 | 8697 | 175.13 | | 175.13 | | CAB - LOTUS:06056040/535745/2084 - 01/29/06 3:35PM FROM:WE,4 VALLEY ROAD SCARSDAL TO:NWK, - DUNNE, DENNIS F. |
| 01/29/06 | 8697 | 16.98 | | 16.98 | | MEALS - COURT HEARING - DUNNE, DENNIS F. |
| 01/29/06 | 8697 | 1,446.57 | | 1,446.57 | | TRAVEL - COURT HEARING - DUNNE, DENNIS F. |
| 01/30/06 | 8697 | 105.47 | | 105.47 | | CAB - LOTUS:06056040/539378/2067 - 01/30/06 9:25PM FROM:LAG, 5436 DELTA TO:WE,4 VALLEY ROAD SCARSDAL - DUNNE, DENNIS F. |
| | | $15,176.34 | | $15,176.34 | | |

1

15 Nov 05
2:27 PM

**Milbank, Tweed, Hadley & McCloy LLP**

**Travel Expense Voucher**

Departure Date:  11/8/200  Return Date:  11/9/2005

*Page 1*

TB1115141309

**Michael Comerford**

Employee ID:  09591

| | | | |
|---|---|---|---|
| Expense Type: | Client Chargeable | Business Reason: | |
| Matter: | 38522.01100 | Committee meetings with debtors | |
| Short Title: | WINN DIXIE CREDITORS' COMMITTEE- DEBTOR-IN-POSSESS | | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 11/8/2005 | - Transportation | | | $44.00 |
| | *Travel agent fee* | | | |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Transportation | | | $557.70 |
| | *From Newark to Jacksonville* | | | |
| | **Mode:** *Car* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Taxis,Baggage,Tolls etc. | | | $40.00 |
| | *Taxi from Airport to Hotel* | | | |
| | | | **Total Day:** | **$641.70** |
| 11/9/2005 | - Transportation | | | $509.20 |
| | *Return flight* | | | |
| | **Mode:** *Air* | **From:** *Jacksonville* | **To:** *New York LGA* | |
| | - Lodging | | | $171.76 |
| | **Hotel:** *Omni Hotel* | **City:** *Jacksonville, FL* | **Days:** *1* | |
| | - Meals | | | $3.63 |
| | | | **Total Day:** | **$684.59** |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | **$1,326.29** |
| Make check payable to: Comerford, Michael | Petty Cash No: | **Cash Advances:** | **$0.00** |
| Return check to: Comerford, Michael | | **Due Individual:** | **$1,326.29** |
| Special instructions: | | **Due Firm:** | **$0.00** |
| **Requestor Signature/Date:** | | | |
| **Final Approval Signature/Date:** | | | |

```
        BIG APPLE BAGEL
   JACKSONVILLE INT'L AIRPORT
        JACSONVILLE, FL.

9244 Linda
-----------------------------------
6292 NOV09'05  4:00PM  GST 2
-----------------------------------

 1 BAGEL & CRMCHEZ      2.29
     PLAIN
     PLAIN
 1 fruit                1.09
     PLAIN
   Cash               10.00

   Subtotal             3.38
   Tax                  0.25
   Amt Paid          3 . 63
   Change Due           6.37

 your order number is: 62929 2
```

OMNI JACKSONVILLE HOTEL
245 WATER STREET
JACKSONVILLE    FL    32202
Tele- 904-355-6664    Fax- 904-791-4812

722
152
KN
1 / 0

COMERFORD, MICHAEL
TRAVELSAVERS  WIN

11/08/05    11/09/05                    WIN        CONS        10058924(

| Date | | | | Amount |
|------|------|------|------|------|
| 11/08/05 | 722 | ROOM CHARGE | #722 COMERFORD, MICHAEL | $152.00 |
| 11/08/05 | 722 | OCCUPANCY TAX | OCCUPANCY TAX | $19.76 |
| 11/09/05 | 722 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($171.76) |
| 11/09/05 | 722 | HONOR BAR | HONOR BAR | $4.00 |
| 11/09/05 | 722 | HONOR BAR SERVICE CHARGE | HONOR BAR SERVICE CHARGE | $0.80 |
| 11/09/05 | 722 | HONOR BAR | HONOR BAR | $3.00 |
| 11/09/05 | 722 | HONOR BAR SERVICE CHARGE | HONOR BAR SERVICE CHARGE | $0.60 |
| 11/09/05 | 722 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($8.40) |

GATOR CITY
TAXI
Jacksonville, Florida
Taxi - 355-8294
Beach - 249-6299

CITICAB
425-2222

EXPRESS
Shuttle
353-8880

Name  M. Comerford
From  Jax Airport
To    Omn.
Fare  $40
Date  11/8    Unit#
Driver's Name
Driver's ID

TOTAL DUE:        $0.00

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## T R A V E L · G R O U P

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday 8:30am-9:00pm
800-441-1112
After Hours Service
800-876-4922

Sabre Access Code

SALES PERSON: S3    ITINERARY          DATE: 07 NOV 05
CUSTOMER NBR:                           PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    56TH/15-D

FOR: COMERFORD/MICHAEL

---

| | | | |
|---|---|---|---|
| 08 NOV 05 | TUESDAY | | |
| AIR | CONTINENTAL AIRLINES FLT:517 | COACH | |
| | LV NEWARK | 330P | EQP: BOEING 737 500 |
| | DEPART: TERMINAL C | | 02HR 33MIN |
| | AR JACKSONVILLE    FL | 603P | NON-STOP |
| | | | REF: UJ2PM3 |

COMERFORD/MICHA   SEAT-20A
NO AISLE SEATING AVAILABLE FOR PRE ASSIGNMENT

HOTEL JACKSONVILLE    FL          OUT-09NOV
      OMNI HOTELS                 1 NIGHT
      OMNI JACKSONVILLE HOTEL     1 ROOM    DELUXE ROOM REQUEST  1 KIN
      245 WATER STREET            COMPLIMENTARY WIRELESS INTERNE
      JACKSONVILLE FL 32202       RATE-152.00USD PER NIGHT
      FONE 904-355-6664           CANCEL BY 12P DAY OF ARRIVAL
      FAX  904-791-4812
      GUARANTEED LATE ARRIVAL
      CONFIRMATION 1005892400
      RQSTS NON SMOKINGG KING RM

                                                            44.00*

AIR TICKET              COMERFORD MICHAEL
ELEC TKT                                              557.70*
                                                ---------------
                       TOTAL BASE                   554.70
                       TOTAL TAX                      47.00
                       NET CC BILLING               601.70*
                                                ---------------

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3
CUSTOMER NBR:                    EKFSDE    PAGE: 01

DATE: 07 NOV 05

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    56TH/15-D

FOR: COMERFORD/MICHAEL    REF:

---

09 NOV 05    WEDNESDAY
    AIR    DELTA AIR LINES INC  FLT:5435    COACH
           JACKSONVILLE  FL-NEW YORK LGA OPERATED BY COMAIR INC
           LV JACKSONVILLE   FL            453P         EQP: CANADAIR REG JET
                                                        02HR 17MIN
           AR NEW YORK LGA                710P          NON-STOP
           ARRIVE: DELTA TERMINAL                       REF:
           COMERFORD/MICHA    SEAT- 2A

AIR TICKET                 COMERFORD MICHAEL
ELEC TKT                   BILLED TO                        509.20*
                                                        ----------------
                           TOTAL BASE                      464.19
                           TOTAL TAX                        45.01
                           NET CC BILLING                  509.20*
                                                        ----------------
                           TOTAL AMOUNT DUE                  0.00

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE
AN 10.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT             09591-38522-01100                      1/24370        0002978        AS3
NOT TRANSFERABLE

ETKT                                          PASSENGER RECEIPT                                     BOARDING PASS
                                                                                                   XXXXXXXXX

ISSUED BY                      A·R·C  FLIGHT                    NAME OF PASSENGER
DELTA AIR LINES INC  XXXXX                     PLACE OF ISSUE A23527454          COMERFORD/MICHAEL
LAWYERS TRAVEL                                 NEW YORK        NY USOZNOV05       JAX
COMERFORD/MICHAEL              FRNVCARRIER CODE              TICKET DESIGNATOR    GJA CL5435 Y 09NOV05BV
                                                            STATUS NOT VALID BEFORE/AFTER
**NOT VALID FOR** THIS IS YOUR RECEIPT        ISSUING AGENT ID

P AXXXXXXXXXXX1002*1106/
4.19Y0BV  164.19 END ZPJAX XT2.50AY4.50XFJAX4.5

FARE XT    7  50        EQUIV. FARE PD              ALLOW   PCS   WT   UNCKD
USD 164.19                                                                              NOT VALID FOR TRAVEL
           STOCK CONTROL NO TX 880    CK    CPN    DOCUMENT NUMBER
TAX/FEE/CHARGE  34.31                                                                   0 006 1340413047 4
TOTAL ZP   3.20        37577038870           0 006 1340413047 4

| ACCOUNT NO. | ALI 001 | DEPT./EMPLOYEE NO. | | CAR NO. | 704 | JOB NO. | 4421 | A | 520047 |
|---|---|---|---|---|---|---|---|---|---|

| NAME OF COMPANY | MILBANK | DATE | 11 9 05 | DISPATCH TIME | | TIME OF PU 830 | REEL TIME 764 | ORIGINAL COPY |
|---|---|---|---|---|---|---|---|---|

NAME OF PASSENGER: COMERFORD — VIP NO. — CLIENT NO. 38526 — MATTER NO. 00809

| FROM | OTHER | Zip Code | Zone | Orig W/T | PROJECT CODE | FLAT RATE |
|---|---|---|---|---|---|---|
| | | Check if not enroute | Zip Code | Zone | W/T | SHORT TIME |
| 1 | | | | | | |
| | | Check if not enroute | Zip Code | Zone | W/T | REMARKS |
| 2 | | | | | | |
| | | Check if not enroute | Zip Code | Zone | W/T | TIPS |
| 3 | | | | | | PHONE |
| TO FINAL DESTINATION GARDEN CITY L.I. | Zip Code | Zone | TOTAL W/T | Telephone Time | OTHER |

**LOTUS RIDE (718) 707-5000**
**Preferred Service (reservation only) (718) 707-5190**
**Limousines, Vans & Buses (718) 707-9100**

2

BY →

| | | | ORIG. LINE | CAR NO: 90 | 75047441 |
|---|---|---|---|---|---|

PASSENGER (PLEASE PRINT)  Dennis Dunne

ATTY/EMP. NO.* 0 8 6 9 7

PICK-UP TIME 150 A.M. 1:30 P.M.  #9/32

FROM: 1 CMP    101 20~    DATE 11/8/05    PRICE 67    FOR OFFICE USE ONLY

TO: Newark Airport    775    SHORT TITLE

| STOPS | | INIT. | S.C. | |
|---|---|---|---|---|
| 2 | | | | |
| 3 | | | A.S. | |
| 4 | 20~ | VB | W.T. | 12 |
| 5 | | | TOLLS | 8 20 |
| 6 | | | TEL. | |

FILE NUMBER*
3 8 5 3 2    0 1 1 0 0
CLIENT NO.    MATTER NO.

Additional info. (if split charges)    # 9/32

MILBANK, TWEED, HADLEY & McCLOY LLP

ZONES

| MISC. | |
|---|---|
| TOTAL | 87 70 |

DIAL ☐
(718) 743-2841
(718) 743-1500
1-800-DIAL-743
ACCT. # M1135

LOTUS ☑
(718) 707-5182
1-800-872-0242
ACCT. # M1001

EXECUTIVE CARS ☐
(718) 706-2200
800-358-8999
ACCT. # M1200

DO NOT WRITE BELOW THIS LINE
"IF NOT COMPLETED THIS WILL BE DEEMED A PERSONAL CHARGE
ORIGINAL

# 75047441

10-Nov-05
12:30 PM

**Milbank, Tweed, Hadley & McCloy LLP**

**Travel Expense Voucher**

Departure Date:   11/8/200   Return Date:   11/9/2005

*Page 1*

TB1110120316

**Dennis Dunne**

Employee ID:  08697

| | |
|---|---|
| **Expense Type:** Client Chargeable | **Business Reason:** |
| **Matter:** 38522.01100 | Committee meetings with debtors |
| **Short Title:** WINN DIXIE CREDITORS' COMMITTEE- DEBTOR-IN-POSSESS | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 11/8/2005 | - Transportation | | | $44.00 |
| | *Travel agent fee* | | | |
| | **Mode:** *Air* | **From:** *New York* | **To:** *Jacksonville* | |
| | - Transportation | | | $1,016.90 |
| | *New York  to Jacksonville - round trip* | | | |
| | **Mode:** *Air* | **From:** *New York* | **To:** *Jacksonville* | |
| | - Lodging | | | $174.16 |
| | **Hotel:** *Omni Hotel* | **City:** *Jacksonville, Florida* | **Days:** *1* | |
| | - Meals | | | $1,180.59 |
| | *Winn Dixie Committee dinner* | | | |
| | - Taxis,Baggage,Tolls etc. | | | $43.00 |
| | *Taxi from airport to Omni Hotel* | | | |
| | | | **Total Day:** | $2,458.65 |
| 11/9/2005 | - Transportation | | | $44.00 |
| | *Additional Travel agent fee for exchanging ticket* | | | |
| | **Mode:** *Air* | **From:** *Jacksonville* | **To:** *New York* | |
| | - Transportation | | | $50.00 |
| | *Addition charge for exchanging ticket from Jacksonville to New York* | | | |
| | **Mode:** *Air* | **From:** *Jacksonville* | **To:** *New York* | |
| | - Meals | | | $5.68 |
| | *Meal at the airport* | | | |
| | | | **Total Day:** | $99.68 |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $2,558.33 |
| Make check payable to:  Dunne, Dennis | **Petty Cash No:** | **Cash Advances:** | $0.00 |
| Return check to:  Dunne, Dennis | | **Due Individual:** | $2,558.33 |
| Special instructions: | | **Due Firm:** | $0.00 |
| **Requestor Signature/Date:** | | | |
| **Final Approval Signature/Date:** | | | |

5645

MNO. GREEN N'VILLE North
515 GATEP PRELL
JACKSONVILLE, FL  32292
(904) 355-0664
3295
/5/1
176 FADIE
NOV 8 95    3:3 PM
AMERICAN EXPRESS

PURCHASE

1180.59

CHECK #5561291

TOTAL $5.88

ORDER 1232

OMNI JACKSONVILLE HOTEL
245 WATER STREET
JACKSONVILLE      FL    32202
**Tele-** 904-355-6664      **Fax-** 904-791-4812

DUNNE, DENNIS F
TRAVELSAVERS  WIN

718
152
KN
1 / 0

11/08/05    11/09/05                                WIN          CONS          1005892386

| 11/08/05 | 718 | ROOM CHARGE | #718 DUNNE, DENNIS F | $152.00 |
| 11/08/05 | 718 | OCCUPANCY TAX | OCCUPANCY TAX | $19.76 |
| 11/09/05 | 718 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($171.76) |
| 11/09/05 | 718 | HONOR BAR | HONOR BAR | $2.00 |
| 11/09/05 | 718 | HONOR BAR SERVICE CHARGE | HONOR BAR SERVICE CHARGE | $0.40 |
| 11/09/05 | 718 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($2.40) |

**TOTAL DUE:**          $0.00

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3      ITINERARY/INVOICE              DATE: 07 NOV 05
CUSTOMER NBR:                         PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F      REF:

---

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE
FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR
CHANGES TO THIS ITINERARY WILL RESULT IN 100
PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES
IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax



# OVATION
## TRAVEL.GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/INVOICE '    DATE: 09 NOV 05
CUSTOMER NBR:    PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F    REF: 08697-38522-01100

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE
FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR
CHANGES TO THIS ITINERARY WILL RESULT IN 100
PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES
IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## T R A V E L . G R O U P

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/         DATE: 09 NOV 05
CUSTOMER NBR·          LULSLK     PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F     REF: 08697-38522-01100

---

| 09 NOV 05 | - WEDNESDAY | | | |
|---|---|---|---|---|
| AIR | CONTINENTAL AIRLINES FLT:604 | BUSINESS CLASS | DINNER | |
| | LV JACKSONVILLE    FL | 515P | EQP: BOEING 737 300 | |
| | | | 02HR 29MIN | |
| | AR NEWARK | 744P | NON-STOP | |
| | ARRIVE: TERMINAL C | | REF: | |
| | DUNNE/DENNIS F | CO-CD973958 | | |

08 MAY 06  -  MONDAY
OTHER INFORMATION
HAVE A GREAT TRIP

                                    BILLED TO                    44.00*

AIR TICKET                          DUNNE DENNIS F
                                    EXCHANGE
ELEC TKT                            BILLED TO                    50.00*
                                                       ----------------
                                    TOTAL BASE                   90.51
                                    TOTAL TAX                     3.49
                                    NET CC BILLING               94.00*
                                                       ----------------
                                    TOTAL AMOUNT DUE              0.00

---

05 3428 6999
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE                08697-38522-01100                    A24370    0002998    433

ETKT          A·R·C    FLIGHT    PASSENGER RECEIPT    SITI         X XXXXXXXXX

ISSUED BY
CONTINENTAL AIRLINES    XXXXX    TOUR CODE    AGENT CODE         DUNNE/DENNIS F
LAWYERS TRAVEL                   NEW YORK          NY US09NOV05
DUNNE/DENNIS F          LULSLK/AA Z1              CO1          WR  C0604  / 09NOVZ1
**NOT VALID FOR**    THIS IS YOUR RECEIPT 09NOV09NOV
**TRANSPORTATION*
REFUNDABLE-//REFUNDABLE

2 /OR 07NOV05NYC /FCJAX CO EWR510.70Z1 510.70 END
2PJAX  <T2.50AY4.50XF JAX4.5 A/C46.51 3.49

FARE   X    7 50
STD CHARGE 510 70                                    ALLOW  PCS   WT   UNCKD
TAX EU CHARGE  08 30    STOCK CONTROL NO TX 889    CPN    DOCUMENT NO******* ****



05 3426 6999
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

38697-38522-01100

A24370    0002976    AS3

**PASSENGER RECEIPT**

ETKT                A·R·C  FLIGHT                    NAME OF PASSENGER
                           XXX                       X XXXXXXXXXX
                                      AGENT CODE
                              TOUR CODE        PLACE OF ISSUE  A33527454  DUNNE/DENNIS F
ISSUED BY                                              NY US0ZNOV05   EWB
CONTINENTAL AIRLINES  XXXXX  NEW YORK          6 0011/   CJAX 00517  H 08NOV1
LAWYERS TRAVEL        PNR/CARRIER CODE/ORG/VALIDTICKET DESIGNATOR      MR C03208 H 09NOV1
DUNNE/DENNIS F        LULSLK/AA MULTI  TIME    STATUS  NOT VALID BEFORE
XO/**NOT VALID FOR**  THIS IS YOUR RECEIPT     ISSUING AGENT ID
ENDORSEMENTS/RESTRICTIONS                               8N69AS3
/-REFUNDABLE-/

                              113084 /FCEWR CO JAX46
4.19H1 CO EWR464.19H1 928.38 END ZPEWR JAX XT5.00AY
7.50XFEWR3JAX4.5

FARE   XT   12.50   EQUIV. FARE PD.        ALLOW  PCS  WT  UNCKD
USD  928.38   STOCK CONTROL NO TX 666  CK   CPN   DOCUMENT NUMBER *********
TAX   US   69.62                                          NOT VALID FOR TRAVEL
TAX   ZP    6.40   37577038785       0 005 1340413045 5   0 005 1340413045 5
TOTAL                                                     AA33527454
USD 1016.90

## Continental Airlines

**eTicket Itinerary and Receipt**

## Continental Airlines

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Tue | 08NOV05 | CO 0473 | Newark-Liberty Intl | 3:30 PM | Jacksonville | 6:03 PM | 737-500 | |
| Wed | 09NOV05 | CO 0464 | Jacksonville | 5:15 PM | Newark-Liberty Intl | 7:44 PM | 737-300 | Dinner |

**DUNNE/DENNISF**                    **Confirmation Number: UJ0T5C**

| Party of 1 | Seats | Ticket Number | Frequent Flyer |
|------------|-------|---------------|----------------|
| DUNNE/DENN... | ..../1A | | |

Fare paid
Method of Pay:
Date of Issue:

eTicket Total: 969.20    Issue Date: 11/7/2005

This is not a boarding pass and expires one year from date of issue.

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/INVOICE NO.         DATE: 07 NOV 05
CUSTOMER NBR:              LULSLK    PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F      REF: 08697-38522-01100

---

08 NOV 05  -  TUESDAY
    AIR     CONTINENTAL AIRLINES FLT:517    COACH
                                           330P
            LV NEWARK                                   EQP: BOEING 737 500
            DEPART: TERMINAL C                          02HR 33MIN
            AR JACKSONVILLE    FL          603P         NON-STOP
                                                        REF:

            DUNNE/DENNIS F     SEAT-20F
            NO AISLE SEATING AVAILABLE FOR PRE ASSIGNMENT
    HOTEL   JACKSONVILLE    FL             OUT-09NOV
            OMNI HOTELS                    1 NIGHT
            OMNI JACKSONVILLE HOTEL        1 ROOM    DELUXE ROOM REQUEST   1 KIN
            245 WATER STREET               COMPLIMENTARY WIRELESS INTERNE
            JACKSONVILLE FL 32202          RATE-152.00USD PER NIGHT
            FONE 904-355-6664             CANCEL BY 12P DAY OF ARRIVAL
            FAX  904-791-4812
            GUARANTEED LATE ARRIVAL
            CONFIRMATION
            RQSTS NON SMOKING KING RM

09 NOV 05  -  WEDNESDAY
    AIR     CONTINENTAL AIRLINES FLT:3208    COACH
            OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
            LV JACKSONVILLE    FL          205P         EQP: EMBRAER 145 JET
                                                        02HR 25MIN
            AR NEWARK                      430P         NON-STOP
            ARRIVE: TERMINAL C                          REF:
            DUNNE/DENNIS F     SEAT- 7B

MCO                              BILLED TO                      44.00*

AIR TICKET                       DUNNE DENNIS F
ELEC TKT                         BILLED TO AXXXXXXXX            1,016.90*
                                                          ---------------
                                 TOTAL BASE                    972.38
                                 TOTAL TAX                      88.52
                                 NET CC BILLING              1,060.90*
                                                          ---------------
                                 TOTAL AMOUNT DUE                0.00

CONTINUED ON PAGE 2

**GATOR CITY**

**TAXI**

Jacksonville, Florida

Taxi - 355-8294
Beach - 249-6289

**CITICAB**
**425-2222**

**EXPRESS**
*Shuttle*
**353-8880**

Name

From

To

Fare  43.00

Date _____ Unit# _____

Driver's Name

Driver's ID

| NAME OF COMPANY | | | DATE | DISPATCH TIME | TIME OF PIU | RES. TIME | | ORIGINAL COPY |
|---|---|---|---|---|---|---|---|---|
| Milbank | | 8697 | 11/9/05 | | 0505 | A 522298 | | |
| NAME OF PASSENGER | | | VIP NO. | CLIENT NO. | VOUCHER NO. | | FLAT RATE | |
| D. Dunne | | | | 38522 | 00700 | | | |
| FROM ☐ OTHER | Zip Code | Zone | Org W/T | PROJECT CODE | | | STOCK CHARGE | |
| Newark Airport | 11101 | | | | | | | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | SHORT TITLE | | | 170 7.70 | |
| 1 | | | | | | | | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | REMARKS | | | PARKING 3— | |
| 2 | | | | | | | | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | | | | TIPS | |
| 3 | | | | | | | | |
| TO FINAL DESTINATION | Zip Code | Zone | TOTAL WT | Telephone Res. Initials | | | PHONE | |
| Scarsdale | | 97040 | | | | | OTHER 12 | |

LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

ONLINE RESERVATIONS — www.lotusride.com    ● OUT OF TOWN CALL: (800) 573-6842

3

BY → Robert Winter

PASSENGER (PLEASE PRINT)

Robert Winter

FROM: 36 W 15th Street

TO: Kennedy Airport

FILE NUMBERS

| 3 | 8 | 5 | 2 | 2 | | 0 | 0 | 1 | 9 | 0 | 0 |
| CLIENT NO. | | | | | | MATTER NO. | | | | | |

SHORT TITLE

Additional Info. (If split charges)

DEPT 3A

ATTY/EMP. NO.  0 2 3 6 6

| ORIG. LINE | CAR NO: 96 | 75047439 |

PICK-UP TIME 4:90 A.M./P.M.

DATE 12/1/05

| STOPS 2 | | INIT. |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

ZONES

103-399

**MILBANK, TWEED, HADLEY & McCLOY LLP**

| DIAL ☐ | LOTUS ☑ | EXECUTIVE CARS ☐ |
| (718) 743-2641 | (718) 707-8182 | (718) 706-2200 |
| (718) 743-1800 | 1-800-872-0242 | 800-359-9999 |
| 1-800-DIAL-743 | ACCT. # MI091 | ACCT. # MI200 |
| ACCT. # MI135 | | |

| | FOR OFFICE USE ONLY |
| PRICE | 59 |
| S.C. | |
| A.S. | |
| W.T. | |
| TOLLS | 4 50 |
| TEL. | |
| MISC. | |
| TOTAL | 63 50 |

DO NOT WRITE BELOW THIS LINE
'IF NOT COMPLETED THIS WILL BE DEEMED A PERSONAL CHARGE
ORIGINAL

ᴎ75047439ᴎ

# Milbank, Tweed, Hadley & McCloy LLP

## Travel Expense Voucher

**Departure Date:** 12/1/200  **Return Date:** 12/1/2005

*Page 1*

DG1205112629

**Robert Winter**

Employee ID: 02366

| | |
|---|---|
| **Expense Type:** Client Chargeable | **Business Reason:** |
| **Matter:** 38522.00900 | Travel to Jacksonville for hearing. |
| **Short Title:** WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | |

| Receipt Date | Receipt Type | Receipt Amount |
|---|---|---|
| 12/1/2005 | - Transportation | $44.00 |
| | *Miscellaneous Travel Agency Fee* | |
| | **Mode:** *Air*  **From:** *JFK*  **To:** *Jacksonville* | |
| | - Transportation | $509.20 |
| | **Mode:** *Air*  **From:** *Jacksonville, FL*  **To:** *Newark, NJ* | |
| | - Transportation | $659.40 |
| | **Mode:** *Air*  **From:** *JFK Airport*  **To:** *Jacksonville, FL* | |
| | - Meals | $9.62 |
| | *Lunch* | |
| | - Taxis,Baggage,Tolls etc. | $36.00 |
| | *From JAX Airport to 50 N. Laurie Street* | |
| | - Taxis,Baggage,Tolls etc. | $37.00 |
| | *From Omni Hotel to JAX Airport* | |

|  | |
|---|---|
| **Total Day:** | **$1,295.22** |

| | |
|---|---|
| **Total Voucher:** | **$1,295.22** |
| Make check payable to: Winter, Robert     Petty Cash No: | **Cash Advances:** $0.00 |
| Return check to: Winter, Robert | **Due Individual:** **$1,295.22** |
| Special instructions: | **Due Firm:** $0.00 |

**Requestor Signature/Date:**   *Robert Winter  12/5/05*

**Final Approval Signature/Date:**

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE

OVATION CORPORATE TRAVEL

OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: __    ITINERARY/INVOICE NO.        DATE: 30 NOV 05
CUSTOMER NBR:           DJELUK      PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005

FOR: WINTER/ROBERT E    REF:

---

```
          UNITED AIRLINES CONFIRMATION IS
01 DEC 05  - THURSDAY
   AIR    CONTINENTAL AIRLINES FLT:604    COACH        SNACK
          LV JACKSONVILLE   FL            505P         EQP: BOEING 737 300
                                                       02HR 30MIN
          AR NEWARK                       735P         NON-STOP
          ARRIVE: TERMINAL C                           REF:
          WINTER/ROBERT E    SEAT- 5E
```

AIR TICKET                         WINTER ROBERT E
ELEC TKT                           BILLED TO AXXXX`                    509.20*
                                                              ---------------
                                   TOTAL BASE                         464.19
                                   TOTAL TAX                           45.01
                                   NET CC BILLING                     509.20*
                                                              ---------------
                                   TOTAL AMOUNT DUE                     0.00

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.   TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*

**Milbank Tweed**
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

SALES PERSON: S3    ITINERARY/INVOICE NO.         DATE: 30 NOV 05
CUSTOMER NBR:                        PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

FOR: WINTER/ROBERT E    REF:

---

```
             UNITED AIRLINES CONFIRMATION IS
01 DEC 05   -  THURSDAY
   AIR    UNITED AIRLINES      FLT:5379    ECONOMY
          OPERATED BY /UNITED EXPRESS/AWAC
          LV NEW YORK JFK            610A        EQP: CANADAIR REG JET
          DEPART: TERMINAL 7                     01HR 22MIN
          AR WASHINGTON DULLES       732A        NON-STOP
                                                 REF:

          WINTER/ROBERT E    SEAT- 7B
   AIR    UNITED AIRLINES      FLT:5445    ECONOMY
          OPERATED BY /UNITED EXPRESS/AWAC
          LV WASHINGTON DULLES       845A        EQP: CANADAIR REG JET
                                                 02HR 12MIN
          AR JACKSONVILLE  FL       1057A        NON-STOP
                                                 REF:

          WINTER/ROBERT E    SEAT-12C   UA-00640339713
MCO
                           BILLED TO                    44.00*

AIR TICKET                 WINTER ROBERT E
ELEC TKT                   BILLED TO                   659.40*
                                                  ---------------
                           TOTAL BASE               639.81
                           TOTAL TAX                 63.59
                           NET CC BILLING           703.40*
                                                  ---------------
                           TOTAL AMOUNT DUE           0.00
```

CONTINUED ON PAGE 2

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## T R A V E L   G R O U P

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

| | | | |
|---|---|---|---|
| SALES PERSON: S3 | ITINERARY/INVOICE NO. | | DATE: 30 NOV 05 |
| CUSTOMER NBR: | | PAGE: 02 | |

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

FOR: WINTER/ROBERT E    REF:

---

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.   TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE ***      ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*

## GATOR CITY TAXI
Jacksonville, Florida
Taxi - 355-8294
Beach - 249-6289

## CITICAB
425-2222

## EXPRESS Shuttle
353-8880

Name  
From JAX airport  
To 50 N Laura St  
Fare 36⁰⁰  
Date 12/1/05    Unit#  
Driver's Name  
Driver's ID

## GATOR CITY TAXI
Jacksonville, Florida
xi - 355-8294
ch - 249-6289

## TICAB
25-2222

## EXPRESS Shuttle
353-8880

Name  
From Omni Hotel  
To JAX Airport  
Fare 37⁰⁰  
Date 12/1/05    Unit#  
Driver's Name  
Driver's ID

---

## Continental Airlines

| | |
|---|---|
| Name: | WINTER/ROBERT E |
| Date | THU 01 DE  005      1 |
| OnePass | |
| Mileage | 831 Miles |
| Flight | CO 604 H |

**C-7**          Seat: **6C**

Depart: Jacksonville          5:05 PM
Arrive:                        7:35 PM
Board Time:

---

PASSENGER TICKET AND BAGGAGE CHECK

02366-38522-00900

A·R·C   PASSENGER RECEIPT

CONTINENTAL AIRLINES

LAWLESS TRAVEL
WINTER/ROBERT E
**NOT VALID FOR**
**TRANSPORTATION**
/-REFUNDABLE-/

NEW YORK          NY US30NOV05
DJELUK/AA H1
THIS IS YOUR RECEIPT  01DEC01DEC
8N69AS3

X CO EWR46

4.19H1 464 19 END ZPJAX XT2.50AY4.50XF JAX4.5

| | |
|---|---|
| XT | 7.00 |
| USD | 464.19 |
| US | 34.81 |
| /P | 3.20 |
| USD | 509.20 |

37577049145      0 005 1344814050 5

A24370      0003267    AS3
X XXXXXXXX

WINTER/ROBERT E
JAX
EWR CO604 H 01DEC H1

NOT VALID FOR TRAVEL
0 005 1344814050 5

WINTER/ROBERTE

WINTER/ROBERTE

DEC 1
FROM   WASH/DULLES
TO     JACKSONVLE FL

DEPARTS AT 8:45 AM

BOARDS AT 8:25 AM

SEAT **12C**

Y-CABIN
016 1344814049 CPN-2

DEC 1
FROM   NYC/KENNEDY
TO     WASH/DULLES

GATE   11
DEPARTS AT 6:10 AM

BOARDS AT 5:50 AM

SEAT   **7B**

Y-CABIN
016 1344814049 CPN-1

---

05 3438 0000
PASSENGER TICKET AND BAGGAGE CHECK

E-TKT                    02366-38522-90900

UNITED AIRLINES          A·R·C FLIGHT XXX          PASSENGER RECEIPT
LAWLERS TRAVEL           XXXXX          TOUR CODE        AGENT CODE   A33527454
WINTER/ROBERT E          NEW YORK       NY US30NOV05
XO **NOT VALID FOR**     DJELUK/AA BUA            6 0011.4
**TRANSPORTATION**       THIS IS YOUR RECEIPT

A24370     0003266   AS3
X XXXXXXX

WINTER/ROBERT E  JFK

8N69AS3

7515 /FCNYC UA X/WAS
UA JAX595.81BUA 595.81 END ZPJFKIAD XT5.00AY7.50XF
JFK3IAD4.5

FARE  XT 12.50
USD  595.81
US. 44.69
ZP   6.40
USD  659.40

EQUIV. FARE PD.

STOCK CONTROL NO 889   CK

37577049101

CPN

0 016 1344814049 6

DOCUMENT NUMBER  ************

NOT VALID FOR TRAVEL
0 016 1344814049 6
AA33527454

USD595.81
US44.69
XT18.90
USD659.40

************

0 016 1344814049 6

************

NOT VALID FOR TRAVEL
0 016 1344814049 6

---

05 3438 0000
PASSENGER TICKET AND BAGGAGE CHECK

XX*********XXXXXXXX 02366-38522-00900
MISCELLANEOUS CHARGES ORDER
AIRLINES REPORTING CRP  A·R·C *** PASSENGER RECEIPT
LAWLERS TRAVEL          NEW YORK       NYUS30NOV05
WINTER/ROBERT E         DJELUK/AA                7 0011.7
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE

A24370     0003266   AS3
X XXXXXXX

MISCELLANEOUS
CHARGES ORDER

AGENT CODE   A33527454

8N69AS3

FARE
USD000044.00
TAX/FEE/CHARGE  0.00
TOTAL
USD   44.00

EQUIV. FARE PD.

STOCK CONTROL NO 889   CK

37577049134

CPN

890 8112863339 4

DOCUMENT NUMBER  CK

NOT VALID FOR TRAVEL

**A 530740**

| DEPT./EMPLOYEE NO. | CAR NO. | JOB NO. |
|---|---|---|
| 02366 | | |

M1001

| NAME OF COMPANY | DATE | DISPATCH TIME | TIME OF PU | RUN TIME | ORIGINAL COPY |
|---|---|---|---|---|---|
| MILBANK | 12/1/05 | | 750 | 720 | |

| NAME OF PASSENGER | VIP NO. | Passenger Initials | CLIENT NO. | MATTER NO. | FLAT RATE | 80 |
|---|---|---|---|---|---|---|
| ROBERT WINTER | | | 38582 | 009 00 | | 80 |

| FROM ☐ OTHER | Zip Code | Zone | Org W/T | PROJECT CODE | STOP/WT CHARGE | |
|---|---|---|---|---|---|---|
| NEWARK | 775 | | | | TOL.WT CHARGE | W5 |

| Check if not enroute ☐ | Zip Code | Zone | W/T | SHORT TITLE | TOLLS | 05 |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

| Check if not enroute ☐ | Zip Code | Zone | W/T | REMARKS | PARKING | 6- |
|---|---|---|---|---|---|---|
| 2 | | | | inside Ppr | | |

| Check if not enroute ☐ | Zip Code | Zone | W/T | | TIPS | |
|---|---|---|---|---|---|---|
| 3 | | | | | | |

| | | | | | PHONE | |
|---|---|---|---|---|---|---|

| TO FINAL DESTINATION | Zip Code | Zone | TOTAL WT | Telephone Time Initials | OTHER | |
|---|---|---|---|---|---|---|
| 36 W 15th NYC | 1001 | 102 | | | | |

**LOTUS RIDE (718) 707-5000**
**Preferred Service (reservation only) (718) 707-5190**
**Limousines, Vans & Buses (718) 707-9100**

| | NEAR CHARGE | |
|---|---|---|
| Passenger Signature | TOTAL | 101.5 |

ONLINE RESERVATIONS — www.lotusride.com          ● OUT OF TOWN CALL:

**4**

15-Dec-05
11:45 AM

## Milbank, Tweed, Hadley & McCloy LLP
### Travel Expense Voucher
Departure Date: 12/12/20  Return Date: 12/13/2005

*Page 1*
DM1214144810
**James H. MacInnis**
Employee ID: 08823

| | |
|---|---|
| Expense Type: | Client Chargeable |
| Matter: | 38522.00200 |
| Short Title: | WINN DIXIE CREDITORS' COMMITTEE- ASSET SALES |

**Business Reason:**
Business Trip to Jacksonville, Florida for Miami Dairy Auction.

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 12/12/2005 | - Transportation *Travel Agency Service Fee* | | | $44.00 |
| | Mode: Air | From: Newark-Jacksonville | To: Newark | |
| | - Transportation *Round-trip Fare on Continental Airlines* | | | $1,066.90 |
| | Mode: Air | From: Newark-Jacksonville, Fl. | To: Newark | |
| | - Lodging | | | $171.76 |
| | Hotel: Omni Jacksonville Hotel | City: Jacksonville, Florida | Days: 1 | |
| | - Meals *Dinner (Pizza) in Newark Airport* | | | $12.12 |
| | - Taxis,Baggage,Tolls etc. *Taxi from Hoboken, NJ to Newark Airport* | | | $41.00 |
| | - Taxis,Baggage,Tolls etc. *Taxi from Jacksonville Airport to Omni Hotel* | | | $40.00 |
| | | | Total Day: | $1,375.78 |
| 12/13/2005 | - Meals *Breakfast (Room Service at Omni Hotel)* | | | $18.92 |
| | - Taxis,Baggage,Tolls etc. *Taxi from Newark Airport to Hoboken, NJ* | | | $41.00 |
| | - Taxis,Baggage,Tolls etc. *Taxi from Omni Hotel to Jacksonville Airport* | | | $40.00 |
| | | | Total Day: | $99.92 |

Make check payable to: MacInnis, James H.
Return check to: MacInnis, James H.
Special instructions: Team 13/56th Floor
**Requestor Signature/Date:**
**Final Approval Signature/Date:**

Petty Cash No:

| | |
|---|---|
| Total Voucher: | $1,475.70 |
| Cash Advances: | $0.00 |
| Due Individual: | $1,475.70 |
| Due Firm: | $0.00 |

```
19 75

       ... Cheese        6.05
        ... Cheese       4.58
     ... Drink MD        1.79

     Subtotal          11.43
     ... Tax             0.69
     Total Paid.... 12.12
        ... PAYT        20.00
     Change Due ....     7.88

****************************
  PROVIDING CARE AND COMFORT
   TO PEOPLE AWAY FROM HOME
FOR COMMENTS OR CONCERNS, CALL
       1 800 ... 4CA1
        OR E MAIL AT
   www.CAREFEDBACK.COM
****************************
```

*Airport Dinner*



**OMNI JACKSONVILLE HOTEL**
**245 WATER STREET**
**JACKSONVILLE    FL    32202**
**Tele- 904-355-6664    Fax- 904-791-4812**

MACINNIS, JAMES
TRAVELSAVERS  WIN

**Room Number:** 629
**Daily Rate:** 152
**Room Type:** KN
**No. of Guests:** 1 / 0

| 12/12/05 | 12/13/05 | | WIN | CONS | 100605877 |

| | | | | | |
|---|---|---|---|---|---|
| 12/12/05 | 629 | ROOM CHARGE | #629 MACINNIS, JAMES | | $152.00 |
| 12/12/05 | 629 | OCCUPANCY TAX | OCCUPANCY TAX | | $19.76 |
| 12/13/05 | 629 | MASTERCARD | MASTERCARD | | ($171.76) – R。 |
| 12/13/05 | 629 | ROOM SERVICE | '07:45/ROOM SERVICE – *Breakfast* | | $18.92 |
| 12/13/05 | 629 | MASTERCARD | MASTERCARD | | ($18.92) |

**TOTAL DUE:**          $0.00

**Omni Hotels** is proud to be ranked **"Highest in Guest Satisfaction Among Upscale Hotel Chains"** in the J.D. Power and Associates 2005 North America Hotel Guest Satisfaction Study℠. *Study based on 37,471 responses from guests who stayed in a hotel between December 2004 and May 2005. Fourteen upscale hotel chains were ranked in the study. www.jdpower.com*

ASH   3-6563-JDP

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

**THE LAWYERS' TRAVEL SERVICE**
**OVATION CORPORATE TRAVEL**
**OVATION VACATIONS**

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/INVOICE NO.        DATE: 12 DEC 05
CUSTOMER NBR:                                PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    56TH

FOR: MACINNIS/JAMES    REF:

- New -

```
12 DEC 05  -  MONDAY
     AIR    CONTINENTAL AIRLINES FLT:3143    COACH
            OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
            LV NEWARK                    725P    EQP: EMBRAER 145 JET
            DEPART: TERMINAL C                   02HR 30MIN
            AR JACKSONVILLE   FL         955P    NON-STOP
                                                REF: UEJ7PL

            MACINNIS/JAMES    SEAT- 8A
            NO AISLE SEATING FORWARD OF AIRCRAFT
     HOTEL  JACKSONVILLE   FL            OUT-13DEC
            OMNI HOTELS                  1 NIGHT
            OMNI JACKSONVILLE HOTEL      1 ROOM     DELUXE ROOM REQUEST  1 KIN
            245 WATER STREET             COMPLIMENTARY WIRELESS INTERNE
            JACKSONVILLE FL 32202        RATE-152.00USD PER NIGHT
            FONE 904-355-6664            CANCEL BY 12P DAY OF ARRIVAL
            FAX  904-791-4812
            GUARANTEED LATE ARRIVAL
            CONFIRMATION 1006058778
            RQSTS NON SMOKING KING RM

13 DEC 05  -  TUESDAY
     AIR    CONTINENTAL AIRLINES FLT:604    COACH       SNACK
            LV JACKSONVILLE   FL         505P    EQP: BOEING 737 300
                                                02HR 30MIN
            AR NEWARK                    735P    NON-STOP
            ARRIVE: TERMINAL C                   REF:
            MACINNIS/JAMES    SEAT- 9C

11 JUN 06  -  SUNDAY
     OTHER INFORMATION
            HAVE A GREAT TRIP
MCO                                                    44.00*


AIR TICKET                 MACINNIS JAMES
ELEC TKT                   BILLED                   1,066.90*
```

CONTINUED ON PAGE 2

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
### T R A V E L   G R O U P

## THE LAWYERS' TRAVEL SERVICE
## OVATION CORPORATE TRAVEL
## OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/INVOICE NO.         DATE: 12 DEC 05
CUSTOMER NBR:                         PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
   ONE CHASE MANHATTAN PLAZA
   NEW YORK, NY 10005
   56TH

FOR: MACINNIS/JAMES    REF:

---

11 JUN 06  -  SUNDAY

|                    |          |
|--------------------|----------|
| TOTAL BASE         | 1,018.89 |
| TOTAL TAX          | 92.01    |
| NET CC BILLING     | 1,110.90*|
|                    |          |
| TOTAL AMOUNT DUE   | 0.00     |

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE ***      ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE
FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR
CHANGES TO THIS ITINERARY WILL RESULT IN 100
PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES
IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*

05 3428 6999
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE
                                08823-38522-00200

                                                                    24370    0003351    AS3
ETKT                                                                X XXXXXXXX  BOARDING PASS
              A·R·C  FLIGHT    PASSENGER RECEIPT
                     ***
                              TOUR CODE                    NAME OF PASSENGER
CONTINENTAL AIRLINES  XXXXX                                MACINNIS/JAMES
LAWYERS TRAVEL                          PLACE OF ISSUE  A33527454
                     PNR/CARRIER CODE  NEW YORK  FARE/TICKET DESIGNATOR  NY US12DEC05
MACINNIS/JAMES                         LLUBLU/AA MULTI  TIME    STATUS  NOT VALID BEFORE  OO11V
XO  **NOT VALID FOR**  THIS IS YOUR RECEIPT               OJAX CO3143 Y 12DECZ1
**TRANSPORTATION**                                        EWR CO0504 H 13DECH1
/-REFUNDABLE-/                                           ISSUING AGENT ID
                                                          8N69AS3

                              304234 /FCEWR CO JAX5
10.70Z1 CO EWR464.19H1 974.89 END ZPEWR JAX XT5.00A
Y7.50XFEWR3JAX4.5

FARE  XT  12.50                                          EQUIV FARE PD.
USD   974.89        STOCK CONTROL NO TX 889    CK    CPN        DOCUMENT NUMBER
TAX/FEE/CHARGE  73.11                                                        NOT VALID FOR TRAVEL
TOTAL  ZP   6.40    37577052402        0 005 1344814127 5        0 005 1344814127 5
USD 1066.90                                                      AA33527454

---

05 3428 6999
PASSENGER TICKET AND BAGGAGE CHECK                                A24370    0003351    AS3
X XXXXXXXXXXXXXXXXXX  08823-38522-00200                           X XXXXXXXX  BOARDING PASS
              MISCELLANEOUS CHARGES ORDER
              A·R·C  FLIGHT  PASSENGER RECEIPT  AGENT CODE     NAME OF PASSENGER
ISSUED BY            ***                           A33527454      MISCELLANEOUS
AIRLINES REPORTING CRP  OF                                        CHARGES ORDER
LAWYERS TRAVEL              PLACE OF ISSUE  NEW YORK  FARE/TICKET DESIGNATOR  NYUS12DEC05  FROM
                     PNR/CARRIER CODE  LLUBLU/AA  DATE    TIME    STATUS  NOT VALID BEFORE  7 OO11V  TO
MACINNIS/JAMES
AIRLINES REPORTING CORP                                           CARRIER
TRAVEL RELATED SERVICE FEE                 ISSUING AGENT ID       CARRIER  FLIGHT  CLASS  DATE    TIME
                                           8N69AS3
                                                                  DATE    NOT VALID FOR TRAVEL
                                                                  SEAT    SMOKE
FARE  USD00044.00      EQUIV FARE PD.                  ALLOW  PCS  WT  UNCKD     PCS  WT  UNCKD   BAGGAGE ID NUMBER
TAX/FEE/CHARGE  0.00    STOCK CONTROL NO TX 889  CK    CPN        DOCUMENT NUMBER    CK
TOTAL                   37577052435        890 3113733541 1        8901 AA33527454
USD  44 00

**PASSENGER'S RECEIPT**

| | |
|---|---|
| Date | 1 |
| Amount of Fare | $ |
| Other Charges | $ |
| Total | $ |
| Driver's Name | Hy |
| Car Number | 34 1 |

---

**GATOR CITY**
**TAXI**
Jacksonville, Florida
Taxi - 355-8294
Beach - 249-6299

**CITICAB**
425-2222

**EXPRESS**
Shuttle
353-8880

Name
From   JIA
To   Omni hotel
Fare   $40 w/tip
Date   12 12 05   Unit#
Driver's Name   3422
Driver's ID

---

**NEWARK CAB ASSOCIATION**
*Taxi Cash Receipt*
Newark, NJ

Cab No.
Date   12/13

Pick Up From Newark Airport
To   Hoboken
Amount $   $41.00   w/tip

[ ] Includes Tolls   [ ] Luggage   [ ] Several Stops   [ ] Tips
$1 For Luggage 24" Size

*Thank you!*

---

**GATOR CITY**
**TAXI**
Jacksonville, Florida
Taxi - 355-8294
Beach - 249-6299

**CITICAB**
425-2222

**EXPRESS**
Shuttle
353-8880

Name
From   JAX
To   Airport
Fare   $40 w/tip.
Date   12/13   Unit#
Driver's Name
Driver's ID

5

Invoice Attachment -- Account:NI135    SubAccount:    Date:12/28/05    Invoice #:1009863    Pag

Job #:38378 On Date:12/15/05 Car:90W Ticket:A1569721

**Invoice #: LA1569721**

For Office Use Only

FARE # 3837B

CAR NO. 90

PICK-UP TIME 12-15

DATE

A.M. / P.M.

ACTUAL PICK-UP TIME

STOPS: 1, 2, 3, 4, 5, 6

PRICE

E.C.

GRATUITY

STOPS W.T.

PHONE CALLS

TOLLS 8

GRATUITY

TOTAL

(NAME OF COMPANY)

FROM

TO

Employee No. 711912

Ride No.

**DIAL CAR**
www.dialcar.com
2104 AVENUE X, BROOKLYN, NY 11235
(718) 743-8200
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 742

ACCOUNT NO.    DEPT. NO.    J566 - J418

OVER □

Fare:$87.30 3C:$8.00 AS:$.00 Wait:$4.00 NYSSC:$2.15

16-Dec-05
11:18 AM

### Milbank, Tweed, Hadley & McCloy LLP

**Travel Expense Voucher**

**Departure Date:** 12/15/20 **Return Date:** 12/15/2005

*Page 1*

DG1216110916

**Matthew Barr**

Employee ID: 08972

| | | |
|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** |
| **Matter:** | 38522.00900 | Business trip to Jacksonville, FL to attend court hearing. |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 12/15/2005 | - Transportation | | | $44.00 |
| | *Miscellaneous Trave Agency Expense* | | | |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Transportation | | | $508.45 |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Transportation | | | $508.45 |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Taxis,Baggage,Tolls etc. | | | $100.00 |
| | *Car to and from airport in Jacksonville* | | | |
| | | | **Total Day:** | $1,160.90 |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $1,160.90 |
| **Make check payable to:** Barr, Matthew | **Petty Cash No:** | **Cash Advances:** | $0.00 |
| **Return check to:** Barr, Matthew | | **Due Individual:** | $1,160.90 |
| **Special instructions:** | | **Due Firm:** | $0.00 |
| **Requestor Signature/Date:** | | | |
| **Final Approval Signature/Date:** | | | |

*Matt Barr*

56 47



Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

**Milbank Tweed
Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

## THE LAWYERS' TRAVEL SERVICE
## OVATION CORPORATE TRAVEL
## OVATION VACATIONS

SALES PERSON: S3     ITINERARY/INVOICE NO. 0003370     DATE: 14 DEC 05
CUSTOMER NBR: A24370                        PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENISE GARGANO 56-15D

FOR: BARR/MATTHEW     REF:

---

```
         THIS TICKET HAS BEEN ISSUED ELECTRONICALLY
         CONTINENTAL AIRLINES CONFIRMATION IS
15 DEC 05  -  THURSDAY
   AIR   CONTINENTAL AIRLINES FLT:1005   COACH      SNACK
         LV NEWARK                       905A       EQP: BOEING 737 300
         DEPART: TERMINAL C                         02HR 45MIN
         AR JACKSONVILLE    FL           1150A      NON-STOP
                                                    REF: VM22DX

         BARR/MATTHEW      SEAT- 8D    CO-TP650702
   AIR   CONTINENTAL AIRLINES FLT:604    COACH      SNACK
         LV JACKSONVILLE    FL           505P       EQP: BOEING 737 300
                                                    02HR 30MIN
         AR NEWARK                       735P       NON-STOP
         ARRIVE: TERMINAL C                         REF: VM22DX
         BARR/MATTHEW      SEAT-16D    CO-TP650702

13 JUN 06  -  TUESDAY
   OTHER INFORMATION
         HAVE A GREAT TRIP
MCO                                                       44.00*


AIR TICKET                  BARR MATTHEW
ELEC TKT                                               1,016.90*
                                                  ----------------
                            TOTAL BASE                  972.38
                            TOTAL TAX                    88.52
                            NET CC BILLING            1,060.90*
                                                  ----------------
                            TOTAL AMOUNT DUE              0.00
```

CONTINUED ON PAGE 2



**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3                                    DATE: 14 DEC 05
CUSTOMER NBR: A24370          GCBEWB     PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENISE GARGANO 56-15D

FOR: BARR/MATTHEW        REF: 08972-38522-00900

---

```
GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE ***        ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*
```



PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

08972-38522-00900

A24370   0003369   AS3
X XXXXXXXX

PASSENGER RECEIPT

ETKT

A·R·C   FLIGHT

ISSUED BY
CONTINENTAL AIRLINES   XXXXX
LAWYERS TRAVEL
BARR/MATTHEW
**NOT VALID FOR**
**TRANSPORTATION**
/-REFUNDABLE-/

TOUR CODE
PLACE OF ISSUE   A33527454

PRE/CARRIER CODE
GCBEWB/AA MULTI

NEW YORK   NY US14DEC05
S 0011

THIS IS YOUR RECEIPT 15DEC15DEC
8N69AS3

NAME OF PASSENGER
BARR/MATTHEW   AB
3JAX CO1005 H 15DECH1
EWR CO0604 H 15DECH1

CEWR CO JAX46

4.19H1 CO EWR464.19H1 928.38 END ZPEWR JAX XT5.00AY
7.50XFEWR3JAX4.5

XT   12.50
USD   928.38
US   69.62
ZP   6.40
USD   1016.90

37577053032

0 005 1344814143 0

NOT VALID FOR TRAVEL
0 005 1344814143 0
AA33527454

---

**Continental Airlines** ★ STAR

*Access*   **Continental Airlines** ★ STAR

| Name: | BARR/MATTHEW | | Name: | BARR/MATTHEW | |
|---|---|---|---|---|---|
| Date: | THU 15 DEC 2005 | 61 | Date: | THU 15 DEC 2005 | 61 |
| OnePass: | | | OnePass: | | |
| VM22DX | 831 Miles | | Mileage: | 831 Miles | |
| Flight: | CO 1005 R | | Flight: | CO 1005 R | |

| Gate: | C94 | Gate May Change: Check Before Departure | Seat: | 1A | Gate: | C94 | Seat: | 1A |

| Depart. | Newark-Liberty Intl | 9:05 AM |
| Arrive: | Jacksonville | 11:50 AM |
| Board Time: 8:30 AM | | |

*Access*

eTicket

---

DO NOT WRITE ___ ABOVE THIS LINE

↑ PLEASE DO NOT WRITE ABOVE THIS LINE ↑

EXPIRATION
☐ DATE
CHECKED

JIA- DTN     38 00
DTN- JIA     38 00

DATE 12/5/05   AUTHORIZATION   SUB TOTAL   76 00
REFERENCE NO.

SERVER   TAX

SIGN HERE
X

ID-FOLIO / CHECK NO. / LIC. NO. STATE   REG./DEPT   CLERK   TIP   24 00

MISC

5281074

100 00

SALES SLIP ORIGINAL

The issuer of the card identified on this item agrees to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

LA 1439959
For Office Use Only

CAR NO. 374
PICK-UP TIME   DATE 12/15/05   A.M./P.M.   INT.
ACTUAL PICK-UP TIME 1:47

FARE # 3933

PRICE   S.C.   Orig. W.T. 21 units   STOPS W.T.   PHONE CALLS   MISC.   GRATUITY   12.00   TOTAL

STOPS
1
2
3

FROM
TO

DIAL CAR
www.dialcar.com
2104 AVENUE X, BROOKLYN, NY 11235
(718) 743-8200
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 748

ACCOUNT NO.   DEPT. NO.

NWK - NJ 566

OVER

Misc:$.00  Phone:$.00  Total:$26.81
Job #:39331 On Date:12/15/05 Car:374W Ticket:A1439959

Fare:$97.30 SC:$19.00 AS:$.00 Wait:$12.00 NYSSC:$2.59
Tolls:$12.00 Misc:$.00 Phone:$.00 Total:$131.89
Job #:43151 On Date:12/20/05 Car:121D Ticket:A1440190

**6**

MILBANK, TWEED, HADLEY & McCLOY LLP

**VOUCHER ENTRY FORM**

| | |
|---|---|
| CLIENT NAME **Winn Dixie Creditors' Committee** | DEPT. # |
| CLIENT/MATTER # *39523-0300* | DATE *7/7/06* |
| REQUESTED BY *Luc A Despins* | ATTY/EMPL # *3696* |
| PAYEE      Luc A. Despins | VENDOR # |

| ACCOUNTING ONLY | INV. DATE | INV. # |
|---|---|---|

| EXPLANATION | BILLING EXPENSE CODE | AMOUNT |
|---|---|---|
| CAB FARES | 0301 | |
| TELEPHONE | 0402 | |
| AIR FREIGHT | 0606 | |
| MAIL | 0603 | |
| OUTSIDE MESSENGER | 0604 | |
| OUTSIDE REPRODUCTION | 0702 | |
| OUTSIDE BINDING | 0704 | |
| DUES | 0190 | |
| CONTRIBUTIONS | 1805 | |
| OT MEALS/INCIDTL EXP | 1101 | |
| MISC. | 1801 | |
| CERTIFICATES | 3101 | |
| COURT/CLERICAL SVCS. | 3201 | |
| DOC. RETRIEVAL/REPRO | 3401 | |
| FEES | 3501 | |
| SEARCHES | 3701 | |
| | | |
| | | |

| EXPLANATION | GENERAL LEDGER ACCOUNT CODE | AMOUNT |
|---|---|---|
| *10/21/05 cab fare from airport travel from Jacksonville* | | *# 83.52* |

Check:
367840

| | |
|---|---|
| ☐ MAIL  ☐ HAND | |
| CHECK TO: *Luc Despins* | BILLING/GL TOTAL: |
| ROOM #: _____ *2103* | LESS CASH ADVANCE: |
| EXT. # _____ | TOTAL (DUE/FROM) PAYEE: |

| APPROVAL | TITLE |
|---|---|

**Red Oak Transportation**
**105 Corporate Park Drive, Suite 110**
**White Plains, NY 10604**
**Phone : 800-477-5466  Fax : 914-694-2223**

## Ride Receipt

Ms. Terry Mondelo
Milbank Tweed & Company
1 Chase Manhattan Plaza, 56th Floor
New York, NY 10002

| | |
|---|---|
| Account# | : DESPIM |
| Invoice# | : CCP102505 |
| Inv Date | : 10/25/05 |
| Page# | : Page 1 of 1 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10/24/05 | Res#: 79809 | PU : LGA 5436 DL | | |
| | | Drop : 22 Larchwood Road Larchmont NY 10538 | | |
| | Pickup: 9:10 pm | Dropoff: Passenger: DESPINS, LUC | | |
| | Flat: | | SEDAN | 69.00 | |
| | Req By: Luc Despins | Chauf: 0037 | Gratuity: | 13.80 | |
| | | | Tolls: | 9.00 | |
| | | | : | 5.52 | |
| | | | Discount: | | 13.80 |
| | | | Ride Total: | 83.52 | |
| | | | Trip Amount Due: | 0.00 | |

Attention: Due to decrease in gas charges a 5% STC gas surcharge fee will be added to all reservations. Prices subject change.

7

MILBANK, TWEED, HADLEY & McCLOY LLP    **VOUCHER ENTRY FORM**

| CLIENT NAME | Winn Dixie Creditors' Committee | DEPT. # | |
| --- | --- | --- | --- |
| | - Travel Time | | |
| CLIENT/MATTER # | 38522-03800 | DATE | 1/9/06 |
| REQUESTED BY | Luc A Despins | ATTY/EMPL # | 8696 |
| PAYEE | Luc A. Despins | VENDOR # | |

| ACCOUNTING ONLY | INV. DATE | | INV. # | |
| --- | --- | --- | --- | --- |

| EXPLANATION | BILLING EXPENSE CODE | | AMOUNT |
| --- | --- | --- | --- |
| CAB FARES | 0301 | | |
| TELEPHONE | 0402 | | |
| AIR FREIGHT | 0606 | | |
| MAIL | 0603 | | |
| OUTSIDE MESSENGER | 0604 | | |
| OUTSIDE REPRODUCTION | 0702 | | |
| OUTSIDE BINDING | 0704 | | |
| DUES | 0190 | | |
| CONTRIBUTIONS | 1805 | | |
| OT MEALS/INCIDTL EXP | 1101 | | |
| MISC. | 1901 | | |
| CERTIFICATES | | | |
| COURT/CLERICAL SVCS. | 3301 | | |
| DOC. RETRIEVAL/REPRO | 3401 | | |
| FEES | 3604 | | |
| SEARCHES | 3701 | | |
| | | | |
| | | | |

| EXPLANATION | GENERAL LEDGER ACCOUNT CODE | AMOUNT |
| --- | --- | --- |
| 10/23/05 - cab to airport travel to Jacksonville | | $ 90°° |
| | | |

☐ MAIL  ☑ HAND

CHECK TO: Luc A Despins

ROOM #: 56/13

BILLING/GL TOTAL:

LESS CASH ADVANCE:

**Red Oak Transportation**
**105 Corporate Park Drive, Suite 110**
**White Plains, NY 10604**
**Phone : 800-477-5466  Fax : 914-694-2223**

## Ride Receipt

Ms. Terry Mondelo
Milbank Tweed & Company
1 Chase Manhattan Plaza, 56th Floor
New York, NY 10002

| | |
|---|---|
| Account# | : DESPIM |
| Invoice# | : CCP102405 |
| Inv Date | : 10/24/05 |
| Page# | : Page 1 of 1 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10/23/05 | Res#: 79624  PU : 22 Larchwood Road Larchmont NY 10538 | | | |
| | Drop : JFK  DL | | | |
| | Pickup:  4:15 pm  Dropoff:  Passenger:  DESPINS, LUC | | | |
| | Hat: | SEDAN | 75.00 | |
| | Req By:  Mr Despins  Chauf:  0055 | Gratuity: | 15.00 | |
| | | Tolls: | 9.00 | |
| | | : | 6.00 | |
| | | Discount: | | 15.00 |
| | | **Ride Total:** | 90.00 | |
| | | **Trip Amount Due:** | 0.00 | |

Attention: Due to decrease in gas charges a 5% STC gas surcharge fee will be added to all reservations. Prices subject change.

Win Dixie

Chk# 367936