8





Job #:78545 On Date:1/12/06 Car:437A Ticket:A1573515

LA1573515

*For Office Use Only*

DIAL CAR

2104 AVENUE X, BROOKLYN, NY 11235
www.dialcar.com
(718) 743-8200

WHEN OUT OF TOWN CALL 1-800-DIAL 743

17-Jan-06
10:46 AM

**Milbank, Tweed, Hadley & McCloy LLP**

**Travel Expense Voucher**

Departure Date: 1/12/200  Return Date: 1/12/2006

*Page 1*
DG0117103553

**Matthew S. Barr**
Employee ID: 08972

| | |
|---|---|
| **Expense Type:** | Client Chargeable |
| **Matter:** | 38522.00900 |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS |

**Business Reason:**
Business trip to Jacksonville, Florida to attend court hearing.

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 1/12/2006 | - Transportation | | | $44.00 |
| | *Travel Agency Fee* | | | |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville, FL* | |
| | - Transportation | | | $1,017.10 |
| | *Roundtrip fare from Newark to Jacksonville and return.* | | | |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Taxis,Baggage,Tolls etc. | | | $99.00 |
| | *Taxi from Jacksonville Airport to Courthouse and Roundtrip* | | | |
| | - Miscellaneous | | | $10.00 |
| | *Miscellaneous Expense (no receipt)* | | | |
| | | | **Total Day:** | $1,170.10 |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $1,170.10 |
| Make check payable to: Barr, Matthew S. | Petty Cash No: | **Cash Advances:** | $0.00 |
| Return check to: Barr, Matthew S. | | **Due Individual:** | $1,170.10 |
| Special instructions: | | **Due Firm:** | $0.00 |
| Requestor Signature/Date: | ........................... | | |
| Final Approval Signature/Date: | ........................... | | |

RECEIVED 06 JAN 18 AM 9:07 ACCOUNTING

3647

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3   ITINERARY/INVOICE NO.          DATE: 11 JAN 06
CUSTOMER NBR: A24370        GXQVIN      PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENISE GARGANO 56-15D

FOR: BARR/MATTHEW       REF:

---

12 JAN 06  -  THURSDAY
AIR   CONTINENTAL AIRLINES FLT:2411    COACH
      OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
      LV NEWARK                     910A       EQP: EMBRAER 145 JET
      DEPART: TERMINAL C                       02HR 44MIN
      AR JACKSONVILLE   FL          1154A      NON-STOP
                                               REF: 3NG9L8

      BARR/MATTHEW      SEAT- 5B
AIR   CONTINENTAL AIRLINES FLT:604     COACH      SNACK
      LV JACKSONVILLE   FL          515P       EQP: BOEING 737 300
                                               02HR 29MIN
      AR NEWARK                     744P       NON-STOP
      ARRIVE: TERMINAL C                       REF: 3NG9L8
      BARR/MATTHEW      SEAT- 6E

11 JUL 06  -  TUESDAY
    OTHER INFORMATION
          HAVE A GREAT TRIP
MCO
                              BILLED TO                        44.00*

AIR TICKET                    BARR MATTHEW
ELEC TKT                      BILLED TO                     1,017.10*
                                                       ----------------
                              TOTAL BASE                    972.38
                              TOTAL TAX                      88.72
                              NET CC BILLING              1,061.10*
                                                       ----------------
                              TOTAL AMOUNT DUE                0.00

CONTINUED ON PAGE 2



**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

## OVATION
### TRAVEL GROUP

#### THE LAWYERS' TRAVEL SERVICE
#### OVATION CORPORATE TRAVEL
#### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/INVOICE NO.          DATE: 11 JAN 06
CUSTOMER NBR: A24370                    PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENISE GARGANO 56-15D

FOR: BARR/MATTHEW      REF:

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.   TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE ***        ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE
FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR
CHANGES TO THIS ITINERARY WILL RESULT IN 100
PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES
IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*





9

M Crawford
R Winta        Dinner

**0196**
Server: VINCENT C (#341)        Rec: 58
01/26/06 22:46, Swiped   T: 22 Term: 4

PLAZA III THE STEAKHOUSE
225 EAST COASTLINE DRIVE
JACKSONVILLE, FL  32202
(904)598-0234
MERCHANT #:

CARD TYPE
AMERICAN EXPRES
Name: WINT
00 TRANSACTION APPROVED
AUTHORIZATION
Reference: 0`
TRANS TYPE: Credit Card SALE

CHECK :        126.55

TIP :          25.00

TOTAL :        151.55

X

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE SIGN 1 COPY AND KEEP THE 2ND

THANK    YOU

01/27/06

#895 5    12:22PM

MISC.                      $1.50
VALUE MEAL                 $3.99
BOTTLE SODA                $1.50
MISC ST                    $5.99
TAX                        $0.41

TOTAL                     $6.79
CASH                      $10.00
CHANGE                     $3.21

Hyatt Regency Jacksonville Riverfront
225 E. Coast Line Drive
Jacksonville, FL 32202
PH: 904-588-1234
FAX: 904-634-4554

 HYATT.COM

click.    click.    done.

| Last Name | First Name | | | | Folio | 1 | | Page | 1 |
|-----------|-----------|--|--|--|-------|---|--|------|---|
| **WINTER** | **ROBERT E** | | | | Room | 1501 | | | |

Street

| | Rate | 189.00 |
|--|------|--------|

| | | | Arrival | 01/26/06  THU |
|--|--|--|---------|---------------|

| City | State | Zip Code | Departure | 01/27/06  FRI |
|------|-------|----------|-----------|---------------|

| (212) 679-1166 | 1/0 | Bonuses | Type | CCARD |
|----------------|-----|---------|------|-------|

Account

| DATE | DESCRIPTION | CHARGE/CREDIT | DATE | DESCRIPTION | CHARGE/CREDIT |
|------|-------------|---------------|------|-------------|---------------|
| 01/26 | INTERNET ACCESS | 9.95 | | Consumer Affairs at qualityjaxrj@hyatt.com | |
| 01/26 | *TELECOM SVC TX | 1.49 | | | |
| 01/26 | CORPORATE ROOM | 189.00 | | | |
| 01/26 | *TAXED SURCHARGE | 2.14 | | | |
| 01/26 | *ROOM TAX | 24.57 | | | |
| 01/27 | IN ROOM BKFST | 21.44 | | | |
| 01/27 | | -248.59 | | | |
| | Total Due | .00 | | | |

248.59
32.85
215.71

AMERICAN EXPRESS

No frequent traveler account has been credited for this stay.
To enroll in Gold Passport, call 1-800-51-HYATT.

Thank you for staying at the Hyatt Regency Jacksonville
Riverfront.
Contact our Accounting Department for billing inquiries, 904-
360-8695
For reservations visit us at Hyatt.com

Should you have any questions or concerns please email our

Signature

*I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.*

**10**

```
   HMS HOST STARBUCK #3
   JACKSONVILLE AIRPORT

Unit Channon

Chk 6142 JAN27'06  5:11PM


  1/2 Tall LATTE
  Cinnabon Scone         2.99
                         2.39

  Subtotal
  Tax                    5.38
  Amt Paid               0.39
  Cash              5 . 7 7
                         6.00
```

02-Feb-06
10:58 AM

# Milbank, Tweed, Hadley & McCloy LLP

## Travel Expense Voucher

Departure Date:  1/26/200   Return Date:  1/27/2006

*Page 1*

SL0202104528

**Michael Comerford**

Employee ID:  09591

| | | | |
|---|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** | |
| **Matter:** | 38522.03600 | Meeting with clients | |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- SUBSTANTIVE CONSO | | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 1/26/2006 | - Transportation | | | $1,027.10 |
| | **Mode:** *Air* | **From:** *New York* | **To:** *Jacksonville* | |
| | - Lodging | | | $215.71 |
| | **Hotel:** *Hyatt Regency* | **City:** *Jacksonville* | **Days:** *1* | |
| | - Miscellaneous | | | $44.00 |
| | *Travel dept. service fee* | | | |
| | | | **Total Day:** | $1,286.81 |
| 1/27/2006 | - Meals | | | $4.54 |
| | *Lunch* | | | |
| | - Meals | | | $5.77 |
| | | | **Total Day:** | $10.31 |

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $1,297.12 |
| <u>Make check payable to:</u>  Comerford, Michael | **Petty Cash No:** | **Cash Advances:** | $0.00 |
| <u>Return check to:</u>  Comerford, Michael/Room 5634 | | **Due Individual:** | $1,297.12 |
| <u>Special instructions:</u> | | **Due Firm:** | $0.00 |
| <u>Requestor Signature/Date:</u> | | | |
| <u>Final Approval Signature/Date:</u> | (MBan) | | |

RECEIVED
06 FEB -9 AM 9: 36
ACCOUNTING

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
# T R A V E L   G R O U P

## THE LAWYERS' TRAVEL SERVICE
## OVATION CORPORATE TRAVEL
## OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3   ITINERARY/INVOICE NO.           DATE: 26 JAN 06
CUSTOMER NBR: A24370                    PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    56TH/15-D

FOR: COMERFORD/MICHAEL    REF:

---

```
            THE OMNI HOTEL IS SOLD OUT
            DELTA AIRLINES CONFIRMATION IS
26 JAN 06  -  THURSDAY
     AIR   DELTA AIR LINES INC  FLT:5440    COACH
           NEW YORK JFK-JACKSONVILLE   FL OPERATED BY COMAIR INC
           LV NEW YORK JFK            600P       EQP: CANADAIR REG JET
           DEPART: TERMINAL 3                    02HR 43MIN
           AR JACKSONVILLE  FL        843P       NON-STOP
                                                 REF: CPHML8

           COMERFORD/MICHA   SEAT-12C  CO-
   HOTEL JACKSONVILLE  FL           OUT-27JAN  CORP ID-
         HYATT HOTELS AND RESORTS   1 NIGHT
         HYATT REGENCY JACKSONVILLE RIVE 1 ROOM   ONE KING OR TWO QUEEN BEDS
         225 COAST LINE DR EAST       SPECIAL NEGOTIATED RATE. NOT
         JACKSONVILLE FL 32202        RATE-189.00USD PER NIGHT
         FONE 904-588-1234            CANCEL 24 HOURS PRIOR TO ARRIVAL
         FAX  904-633-9988
         GUARANTEED LATE ARRIVAL
         CONFIRMATION HY0055773714
         RQSTS NON SMOKING KING RM


27 JAN 06  -  FRIDAY
     AIR   DELTA AIR LINES INC  FLT:5436    COACH
           JACKSONVILLE  FL-NEW YORK LGA OPERATED BY COMAIR INC
           LV JACKSONVILLE  FL        640P       EQP: CANADAIR REG JET
                                                 02HR 23MIN
           AR NEW YORK LGA            903P       NON-STOP
           ARRIVE: DELTA TERMINAL                REF: CPHML8
           COMERFORD/MICHA   SEAT- 9B

26 JUL 06  -  WEDNESDAY
    OTHER INFORMATION
            HAVE A GREAT TRIP
MCO
                           BILLED TO AXXXXXXXXXXX            44.00*

AIR TICKET                 COMERFORD MICHAEL
ELEC TKT                   BILLED TO AXXXXXXXXXXX         1,027.10*
```

CONTINUED ON PAGE 2

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3     ITINERARY/INVOICE NO         DATE: 26 JAN 06
CUSTOMER NBR:                          PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    56TH/15-D

FOR: COMERFORD/MICHAEL     REF:

---

26 JUL 06   -   WEDNESDAY

|                     |              |
|---------------------|-------------:|
| TOTAL BASE          | 981.68       |
| TOTAL TAX           | 89.42        |
| NET CC BILLING      | 1,071.10*    |
| TOTAL AMOUNT DUE    | 0.00         |

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE ***      ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*



Hyatt Regency Jacksonville Riverfront
225 E. Coast Line Drive
Jacksonville, FL 32202
PH: 904-588-1234
FAX: 904-634-4554

  click.   click.    done.

| Last Name COMERFORD | First Name MICHAEL | | Folio 1 | Page 1 |
|---|---|---|---|---|

| Street | | | Room 1871 |
|---|---|---|---|
| | | | Rate 189.00 |
| | | | Arrival 01/26/06 THU |
| City | State | Zip Code | Departure 01/27/06 FRI |
| (212) 679-1166 | 1/0 | | Bonuses | Type CCARD |

| DATE | DESCRIPTION | CHARGE/CREDIT | DATE | DESCRIPTION | CHARGE/CREDIT |
|---|---|---|---|---|---|
| 01/26 | CORPORATE ROOM | 189.00 | | | |
| 01/26 | *TAXED SURCHARGE | 2.14 | | | |
| 01/26 | *ROOM TAX | 24.57 | | | |
| | Total Due | 215.71 | | | |

No frequent traveler account has been credited for this stay.
To enroll in Gold Passport, call 1-800-51-HYATT.

Thank you for staying at the Hyatt Regency Jacksonville
Riverfront.
Contact our Accounting Department for billing inquiries
360-8695
For reservations visit us at Hyatt.com

Should you have any questions or concerns please email our
Consumer Affairs at qualityjaxrj@hyatt.com

Signature

*I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.*





11

**18107**

AUTH. BY → _Robert Winter_
PASSENGER (PLEASE PRINT)

DEPT

ATTY./EMP. NO.*
2366

ORIG. LINE

CAR NO. 39

PICK-UP TIME 28

FROM: ICMP

TO: JFK Airport

2291

DATE _Thursday 1/26/06_

STOPS 2

FOR OFFICE USE ONLY

PRICE 59

INIT. S.C.

3    A.S.

4    W.T. JW 23

5    TOLLS 450

6    TEL.

CLIENT NO. 38522    FILE NUMBER* 03600    MATTER NO.    SHORT TITLE

ADDITIONAL INFO. (IF SPLIT CHARGES)

☐ ARISTACAR / NYC
(718) 643-6900
(800) 800-2747
ACCT. #1190

☐ DIAL
(718) 743-2641, 743-1500
(800) DIAL-743
ACCT. #M8135

☑ LOTUS
(718) 707-5182
(800) 872-0242
ACCT. #M8001

ZONES

MISC.

TOTAL 7850

101 – 399

ORIGINAL

DO NOT WRITE BELOW THIS LINE    * IF NOT COMPLETED THIS WILL BE DEEMED A PERSONAL CHARGE

30-Jan-06
1:01 PM

# Milbank, Tweed, Hadley & McCloy LLP

*Page 1*

## Travel Expense Voucher

DG0130100011

**Departure Date:** 1/26/200  **Return Date:** 1/27/2006

**Robert Winter**
Employee ID: 02366

| | | |
|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** |
| **Matter:** | 38522.03600 | Business trip to Jacksonville FL for meetings with clients. |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- SUBSTANTIVE CONSO | |

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 1/26/2006 | - Transportation | | | $44.00 |
| | *Miscellaneous Travel Agency Fee* | | | |
| | **Mode:** *Air* | **From:** *JFK Airport* | **To:** *Jacksonville NJ* | |
| | - Transportation | | | $514.30 |
| | *Was originally charged $1027.10.  Took Continental Airlines home so will get credit for difference.* | | | |
| | **Mode:** *Air* | **From:** *JFK* | **To:** *Jacksonville, FL* | |
| | - Meals | | | $151.55 |
| | *Dinner on 1/26/2006 with Michael Comerford* | | | |
| | - Taxis,Baggage,Tolls etc. | | | $45.00 |
| | *Taxi from Jacksonville Airport to Hyatt Hotel* | | | |
| | | | **Total Day:** | $754.85 |
| 1/27/2006 | - Transportation | | | $44.00 |
| | *Miscellaneous Travel Agency Fee for change in return flight* | | | |
| | **Mode:** *Air* | **From:** *Jacksonville FL* | **To:** *Newark, NJ* | |
| | - Transportation | | | $514.30 |
| | **Mode:** *Air* | **From:** *Jacksonville, FL* | **To:** *Newark* | |
| | - Lodging | | | $215.71 |
| | *Hyatt Regency Hotel in Jacksonville, FL* | | | |
| | **Hotel:** *Jacksonville* | **City:** *FL* | **Days:** *1* | |
| | - Meals | | | $21.44 |
| | *Breakfast* | | | |
| | - Meals | | | $6.26 |
| | - Taxis,Baggage,Tolls etc. | | | $91.50 |
| | *Taxi from Hyatt Hotel to Winn Dixie and then back to Jacksonville Airport* | | | |
| | - Telephone,Telegrams & Cables | | | $11.44 |
| | *Internet Access $9.95 and Telecom Svc Tax $1.49* | | | |
| | | | **Total Day:** | $904.65 |

| | | | | |
|---|---|---|---|---|
| Make check payable to: | Winter, Robert | **Petty Cash No:** | **Total Voucher:** | $1,659.50 |
| | | | **Cash Advances:** | $0.00 |
| Return check to: | Winter, Robert | | **Due Individual:** | $1,659.50 |
| Special instructions: | | | **Due Firm:** | $0.00 |

**Requestor Signature/Date:**

**Final Approval Signature/Date:** (*mBan*)

5648

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

SALES PERSON: S3    ITINERARY/INVOICE NO. 0003659    DATE: 27 JAN 06
CUSTOMER NBR: A24370         JPDYUH    PAGE: 01

```
TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
```

FOR: WINTER/ROBERT E

---

```
        THE OMNI HOTEL IS SOLD OUT YOU ARE ON A WAITLIST
        HOTEL IS NON CANCELLABLE
        THIS TICKET HAS BEEN ISSUED ELECTRONICALLY
        DELTA AIRLINES CONFIRMATION IS CPJHWV
27 JAN 06  -  FRIDAY
    AIR   CONTINENTAL AIRLINES FLT:604      COACH       SNACK
          LV JACKSONVILLE    FL            515P        EQP: BOEING 737 300
                                                       02HR 29MIN
          AR NEWARK                         744P        NON-STOP
          ARRIVE: TERMINAL C                           REF: V78PB4
          WINTER/ROBERT E

26 JUL 06  -  WEDNESDAY
    OTHER INFORMATION
          HAVE A GREAT TRIP
MCO

                                                         44.00*

AIR TICKET                     WINTER ROBERT E
ELEC TKT
                                                        514.30*
                                                     ------------
                              TOTAL BASE                512.84
                              TOTAL TAX                   45.46
                              NET CC BILLING             558.30*
                              TOTAL AMOUNT DUE    ----------------
                                                          0.00
```

CONTINUED ON PAGE 2

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3
CUSTOMER NBR: A24370                    DATE: 27 JAN 06
                    JPDYUH        PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005

FOR: WINTER/ROBERT E

```
GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE
AN 18.00 FEE WILL BE CHARGED TO
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*
```

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## T R A V E L   G R O U P

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/INVOICE NO. 0003643    DATE: 26 JAN 06
CUSTOMER NBR: A24370    JPDYUH    PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005

FOR: WINTER/ROBERT E

---

```
        THE OMNI HOTEL IS SOLD OUT YOU ARE ON A WAITLIST
        HOTEL IS NON CANCELLABLE
        THIS TICKET HAS BEEN ISSUED ELECTRONICALLY
        DELTA AIRLINES CONFIRMATION IS CPJHWV
26 JAN 06  -  THURSDAY
    AIR     DELTA AIR LINES INC  FLT:5440   COACH
            NEW YORK JFK-JACKSONVILLE   FL OPERATED BY COMAIR INC
            LV NEW YORK JFK            600P        EQP: CANADAIR REG JET
            DEPART: TERMINAL 3                     02HR 43MIN
            AR JACKSONVILLE    FL      843P        NON-STOP
                                                   REF: CPJHWV
            WINTER/ROBERT E    SEAT- 2A  DL-2256512860
    HOTEL JACKSONVILLE     FL         OUT-27JAN   CORP ID-CR03044
            HYATT HOTELS AND RESORTS   1 NIGHT
            HYATT REGENCY JACKSONVILLE RIVE 1 ROOM     TRAVELSAVERS-WIN GUESTROOM
            225 COAST LINE DR EAST
            JACKSONVILLE FL 32202            RATE-189.00USD PER NIGHT
            FONE 904-588-1234               CANCEL 24 HOURS PRIOR TO ARRIVAL
            FAX  904-633-9988
            GUARANTEED LATE ARRIVAL
            CONFIRMATION HY0055773608
            RQSTS NON SMOKING KING RM

27 JAN 06  -  FRIDAY
    AIR     DELTA AIR LINES INC  FLT:5436   COACH
            JACKSONVILLE   FL-NEW YORK LGA OPERATED BY COMAIR INC
            LV JACKSONVILLE    FL      640P        EQP: CANADAIR REG JET
                                                   02HR 23MIN
            AR NEW YORK LGA            903P        NON-STOP
            ARRIVE: DELTA TERMINAL                 REF: CPJHWV
            WINTER/ROBERT E    SEAT- 9C  DL-2256512860

26 JUL 06  -  WEDNESDAY
    OTHER INFORMATION
            HAVE A GREAT TRIP
MCO
                                                              44.00*

AIR TICKET                    WINTER ROBERT E
ELEC TKT                      BILLED TO .                   1,027.10*
```

CONTINUED ON PAGE 2

Milbank Tweed
Hadley & McCloy LLP.
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## TRAVEL GROUP

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/INVOICE NO.    DATE: 26 JAN 06
CUSTOMER NBR:    PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

FOR: WINTER/ROBERT E    REF:

---

26 JUL 06  -  WEDNESDAY

```
                                 ----------------
                  TOTAL BASE            981.68
                  TOTAL TAX              89.42
                  NET CC BILLING      1,071.10*
                                 ----------------
                  TOTAL AMOUNT DUE        0.00
```

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE ***      ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.

HU*



Hyatt Regency Jacksonville Riverfront
225 E. Coast Line Drive
Jacksonville, FL 32202
PH: 904-588-1234
FAX: 904-634-4554



click.    click.    done.

| Last Name | First Name | | | Folio | 1 | Page | 1 |
|---|---|---|---|---|---|---|---|
| WINTER | ROBERT E | | | | | | |
| Street | | | | Room | 1501 | | |
| | | | | Rate | 189.00 | | |
| | | | | Arrival | 01/26/06 THU | | |
| City | | State | Zip Code | Departure | 01/27/06 FRI | | |
| | | | | Bonuses | | Type | CCARD |
| (212) 679-1166 | | 1/0 | | | | | |

| DATE | DESCRIPTION | CHARGE/CREDIT | DATE | DESCRIPTION | CHARGE/CREDIT |
|---|---|---|---|---|---|
| 01/26 | INTERNET ACCESS | 9.95 | | Consumer Affairs at qualityjaxrj@hyatt.com | |
| 01/26 | *TELECOM SVC TX | 1.49 | | | |
| 01/26 | CORPORATE ROOM | 189.00 | | | |
| 01/26 | *TAXED SURCHARGE | 2.14 | | | |
| 01/26 | *ROOM TAX | 24.57 | | | |
| 01/27 | IN ROOM BKFST | 21.44 | | | |
| 01/27 | | -248.59 | | | |
| | Total Due | .00 | | | |

248.59
32.88
215.71

AMERICAN EXPRESS

No frequent traveler account has been credited for this stay.
To enroll in Gold Passport, call 1-800-51-HYATT.

Thank you for staying at the Hyatt Regency Jacksonville Riverfront.
Contact our Accounting Department for billing inquiries, 904-360-8695
For reservations visit us at Hyatt.com

Should you have any questions or concerns please email our

Signature

*I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.*

DO NOT WRITE                                    ABOVE THIS LINE

/07.

EXPIRATION
☐ DATE
CHECKED

↑ **PLEASE DO NOT WRITE ABOVE THIS LINE** ↑

Hyatt – Winn Dixie          1400
WinnDixie – JIA             3500
Yo Wait Time            3030
                            Only 6350

| DATE 1/27/06 | AUTHORIZATION | SUB TOTAL | |
|---|---|---|---|
| REFERENCE NO. | | | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | SERVER | TIP |
| | | | MISC. | 15 00 |

**5297411**                              91 50

SIGN HERE
X
The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

---

DO NOT WRITE                                    ABOVE THIS LINE

i407.

EXPIRATION
☐ DATE
CHECKED

↑ **PLEASE DO NOT WRITE ABOVE THIS LINE** ↑

| DESCRIPTION | PRICE |
|---|---|
| JIA Hyatt | 3800 |

| DATE 1/26/06 | AUTHORIZATION | SUB TOTAL | 3800 |
|---|---|---|---|
| REFERENCE NO. | | | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | SERVER | TAX |
| | | | | TIP | 7 00 |
| | | | | MISC. | |

**5280621**                              45 00

SIGN HERE
X
The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.



## Continental Airlines

FRI 2006                                    74

221 Miles
CO 604 H

**Gate:** C-7        **Seat:** 8D

Depart:  Jacksonville                      5:15 PM
Arrive:  Newark Liberty Intl               7:44 PM
Board Time: 4:40 PM

eTicket

SSSS

BOARDING PASS
****** ET ******
WINTER/ROBERTE

DL2256512860

FLIGHT      DATE
DL 5440     26JAN

SEAT
2A
ZONE 3

ORIGIN
NYC-KENNEDY

DESTINATION
JACKSONVILLE FL

OPERATED BY COMAIR
A DELTA CONNECTION CARRIER

**▲Delta**

ETKT  PASSENGER  RECEIPT

NOT TRANSFERABLE

PAGE 02 OF 02

WINTER/ROBERT E

THIS DOCUMENT EXPIRES
DATE/PLACE O  ISSUE 26JAN06 NYC
ISS AGT ID AA/#S3        CONF NBR  **CPJHWV**
IATA 33527454

ENDORSEMENTS

FARE CALCULATION NYC DL  1AX468.84Y0BV DL NYC468.84Y 3BV 937.68 END   ZPJFKJAX XT5.00A 7.50XFJFK3JAX4.5

| | | |
|---|---|---|
| USD | 937.68 | |
| US | 70.32 | |
| ZP | 6.60 | |
| XT | 12.50 | |
| USD | 1027.10 | |

FORM OF PAYMENT

DUPLICATE          0  006 1351137662      3              DUPLICATE

---

**Continental Airlines**      eTicket Itinerary and Receipt     **Continental Airlines** 

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Fri | 27JAN06 | N04H | Jacksonville | 5 15 PM | Newark-Liberty Intl | 7 44 PM | 737 300 | Snack |

**WINTER/ROBERTE**                    **Confirmation Number: V78PB4**

WINTER/ROBERTE                    8D

Fare  468.84        Tax  45.46         Per Person: 514.30            eTicket Total. 514.30        Issue Date  January 27, 2006
Method of Payment  American Express
Fare Rules Restriction Fee applies

listed    This ticket shall expire one year from date of issue

---

04 3428 2052
PASSENGER TICKET AND BAGGAGE CHECK
XXXXXXXXXXXXXXXXXX 02366-38522-03600
**MISCELLANEOUS CHARGES ORDER**
A·R·C XXX PASSENGER RECEIPT                    424370    0003659 AS3

AIRLINES REPORTING CRP                    AGENT CODE
                    A33527454
EXPRESS TRAVEL        NEW YORK                    NAME OF PASSENGER
                    PLACE OF ISSUE
WINTER/ROBERT E        PNR/CARRIER CODE/TICKET DESIGNATOR    NYUS27JAN06        **MISCELLANEOUS**
AIRLINES REPORTING CORP    JRDYJH/AA    ISS DATE    TIME    7 0011 V        FROM    **CHARGES ORDER**
TRAVEL RELATED SERVICE FEE                    NOT VALID FOR TRANSPORTATION
                    ISSUING AGENT ID    TO
                    8N69AG0
                    CARRIER
                    CARRIER    FLIGHT  CLASS    DATE
                    GATE    SEAT    SMOKE
                    NOT VALID FOR TRAVEL

FARE
USD000044.00
TAX/FEE/CHARGE    EQUIV FARE PD.                    ALLOW  PCS  WT  UNCKD
0.00    STOCK CONTROL NO TX 888    CK    CPN    DOCUMENT NUMBER    CK    PCS  WT  UNCKD    BAGGAGE ID NUMBER
TOTAL    36914224314                    890 8115131304 4



| | |
|---|---|
| AUTH. BY → *Robert Winter* | DEPT |
| PASSENGER (PLEASE PRINT) *Robert Winter* | ATTY./EMP. NO.* 2 3 6 6 |
| FROM *NEWARK N* | |
| TO: 36 W 15 Street NY 10011 | |

ORIG. LINE

CAR NO. 2004 · **18108**

TIME 7:40 A.M. P.M.

DATE Fri 7/06

| | |
|---|---|
| CLIENT NO. 7 8 5 2 2 | FILE NUMBER* 0 3 6 0 0 |
| MATTER NO. | SHORT TITLE |

ADDITIONAL INFO. (IF SPLIT CHARGES) 2mbrs (W.T.)  JOB # 2292

| | | |
|---|---|---|
| ☐ ARISTACAR / NYC (718) 843-6900 (800) 800-2747 ACCT. #1100 | ☐ DIAL (718) 743-2641, 743-1500 (800) DIAL-743 ACCT. #MI135 | ☐ LOTUS (718) 707-5182 (800) 872-0842 ACCT. #MI001 |

ZONES  775 → 103

**FOR OFFICE USE ONLY**

| | |
|---|---|
| PRICE | 67 |
| S.C. | |
| A.S. | |
| W.T. | 12 |
| TOLLS | 8 |
| | 6 |
| MISC. | 12 |
| **TOTAL** | 105 |

DO NOT WRITE BELOW THIS LINE    * IF NOT COMPLETED THIS WILL BE DEEMED A PERSONAL CHARGE

ORIGINAL

12

| ACCOUNT NO. | DEPT./EMPLOYEE NO. 09591 | CAR NO. | JOB NO. | **A** 537277 |
|---|---|---|---|---|

NAME OF COMPANY

NAME OF PASSENGER

DATE 1/29/06   VIP NO.   Passenger Initials

DISPATCH TIME   TIME OF PU 9 30   PU TIME 05   ORIGINAL COPY

CLIENT NO. 38522   MASTER NO. 03600   FLAT RATE 75

| FROM ☐ OTHER | Zip Code | Zone 333 | Orig W/T 25 min | PROJECT CODE | | | |
| LAG | | | | | | | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | SHORT TITLE | | JOB W/T CHARGE | 15 |
| 1 | | | | | | TOLLS | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | REMARKS | | PARKING | 6 |
| 2 | | | | | | TIPS | |
| Check if not enroute ☐ | Zip Code | Zone | W/T | | | | |
| 3 | | | | | | PHONE | |
| TO FINAL DESTINATION GC NY | Zip Code 11530 | Zone 620 | TOTAL W/T | Telephone Time   Initials | | MISC 12 | |

LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

Authorized Signature

Passenger Signature

TOTAL 198.-

ONLINE RESERVATIONS — www.lotusride.com   • OUT OF TOWN CALL: (800) 972-4342

**13**

| ACCOUNT NO. | DEPT./EMPLOYEE NO. 8697 | CAR NO. | JOB NO. 3523 | A | 535745 |
|---|---|---|---|---|---|

NAME OF COMPANY: *M/bank*

DATE: *1/29/6*

DISPATCH TIME: *ORIGINAL COPY*

NAME OF PASSENGER: *Dunne*

NAME OF PASSENGER / CLIENT NO. 38522 MATTER NO. 00800

FROM: *Scarsdale*

TO FINAL DESTINATION

LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

P.U.

TOTAL 176.90

```
        **      NORTH COMPANIES
              Newark Intl. Airport
              ** Miami Subs **         **

        1030 LASHONDA

        7710  JAN 29'06  6:39PM


         1 Doritos
         1 Classic Chzstk        0.99
         1 Soft Drink MD         5.99
                                 1.49

         Subtotal
         Total Tax               8.47
         Total Paid.....         0.51
         Cash (PRT)       8.98
         Change Owed..           20.00
                                 11.02

      *******************************
        PROVIDING CARE AND COMFORT
        TO PEOPLE AWAY FROM HOME
      FOR COMMENTS OR CONCERNS, CALL
           1-800-610-4CA1
           OR E-MAIL AT
         WWW.CA1FEEDBACK.COM
      *******************************
```

31-Jan-06
10:43 AM

## Milbank, Tweed, Hadley & McCloy LLP

*Page 1*
TB0131101832

### Travel Expense Voucher

**Dennis Dunne**
Employee ID: 08697

Departure Date: 1/29/200    Return Date: 1/30/2006

| | | |
|---|---|---|
| **Expense Type:** | Client Chargeable | **Business Reason:** |
| **Matter:** | 38522.00900 | Court hearing |
| **Short Title:** | WINN DIXIE CREDITORS' COMMITTEE- COURT HEARINGS | |

---

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 1/29/2006 | - Transportation | | | $44.00 |
| | *Travel agent fee.* | | | |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Transportation | | | $557.80 |
| | *Continental from Newark to Jacksonville.* | | | |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | |
| | - Lodging | | | $234.47 |
| | *1 night* | | | |
| | **Hotel:** *Omni Hotel* | **City:** *Jacksonville, Florida* | **Days:** *1* | |
| | - Meals | | | $8.98 |
| | - Taxis, Baggage, Tolls etc. | | | $35.00 |
| | *Taxi from airport to Hotel* | | | |
| | | | **Total Day:** | $880.25 |
| 1/30/2006 | - Transportation | | | $44.00 |
| | *Travel Agent fee.* | | | |
| | **Mode:** *Air* | **From:** *Jacksonville* | **To:** *New York* | |
| | - Transportation | | | $539.30 |
| | *Delta Flight from Jacksonville to New York* | | | |
| | **Mode:** *Air* | **From:** *Jacksonville* | **To:** *New York* | |
| | | | **Total Day:** | $583.30 |

---

| | | | |
|---|---|---|---|
| | | **Total Voucher:** | $1,463.55 |
| Make check payable to: Dunne, Dennis | Petty Cash No: | **Cash Advances:** | $0.00 |
| Return check to: Dunne, Dennis | | **Due Individual:** | $1,463.55 |
| Special instructions: | | **Due Firm:** | $0.00 |
| Requestor Signature/Date: | | | |
| Final Approval Signature/Date: | | | |

ACCOUNTING
06 JAN 32 AM 10:19
RECEIVED

3645

# OMNI ✦ HOTELS˙

OMNI JACKSONVILLE HOTEL
245 WATER STREET
JACKSONVILLE    FL    32202
Tele- 904-355-6664    Fax- 904-791-4812

DUNNE, DENNIS F
TRAVELSAVERS  WIN

**Room Number:** 731
**Daily Rate:** 199
**Room Type:** KN
**No. of Guests:** 1 / 0

| 01/29/06 | 01/30/06 | | WIN | CONS | |
|---|---|---|---|---|---|

| 01/29/06 | 731 | ROOM CHARGE | #731 DUNNE, DENNIS F | | $199.00 |
| 01/29/06 | 731 | OCCUPANCY TAX | OCCUPANCY TAX | | ($25.87) |
| 01/30/06 | 731 | AMERICAN EXPRESS | AMERICAN EXPRESS | | ($224.87) |
| 01/30/06 | 731 | HONOR BAR | HONOR BAR | | ($8.00) |
| 01/30/06 | 731 | HONOR BAR SERVICE CHARGE | HONOR BAR SERVICE CHARGE | | $1.60 |
| 01/30/06 | 731 | AMERICAN EXPRESS | AMERICAN EXPRESS | | ($9.60) |

**TOTAL DUE:**    $0.00



**Omni Hotels** is proud to be ranked **"Highest in Guest Satisfaction Among Upscale Hotel Chains"**
in the J.D. Power and Associates 2005 North America Hotel Guest Satisfaction Study℠.
*Study based on 37,471 responses from guests who stayed in a hotel between December 2004 and May 2005. Fourteen upscale hotel chains were ranked in the study. www.jdpower.com*

ASH  3-6563-JDP

## Bevilacqua, Theresa

**From:** GFraser@Lawyerstravel.com
**Sent:** Monday, January 30, 2006 11:34 AM
**To:** Bevilacqua, Theresa
**Subject:** Refund on the Continental flight

Amount to be refunded is 559.30 for the return portion of the Continental flight.

Gail Fraser
Travel Consultant
The Lawyer's Travel
1 Chase Manhattan Plaza
New York, N.Y. 10005
Phone:(212-530-5700)
Fax: (212-530-8905)
www.gfraser@lawyerstravel.com

The Lawyers' Travel Service can proactively notify you of flight schedule changes, delays and
cancellations.Please opt- in at
www.lawyerstravel.com/alerts

1/30/2006

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## T R A V E L   G R O U P

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3    ITINERARY/INVOICE NO.         DATE: 27 JAN 06
CUSTOMER NBR:                          PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F      REF.

---

29 JUL 06  -  SATURDAY

|  |  |
|---|---|
| TOTAL BASE | 1,065.40 |
| TOTAL TAX | 95.70 |
| NET CC BILLING | 1,161.10* |
| TOTAL AMOUNT DUE | 0.00 |

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE ***      ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE

HU*

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## T R A V E L   G R O U P

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

### THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
### OVATION VACATIONS

SALES PERSON: S3      ITINERARY/INVOICE NO.          DATE: 27 JAN 06
CUSTOMER NBR:                          PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENNIS DUNNE 5645


FOR: DUNNE/DENNIS F     REF:

---

```
          CANCEL HOTEL BY 12P DAY OF ARRIVAL
          TO AVOID PENALTY
          ITINERARY BELOW ISSUED AS AN ELECTRONIC TICKET.
          CONTINENTAL CONFIRMATION CODE IS
29 JAN 06  -  SUNDAY
   AIR     CONTINENTAL AIRLINES FLT:3143    COACH
           OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
           LV NEWARK                  705P        EQP: EMBRAER 145 JET
           DEPART: TERMINAL C                     02HR 40MIN
           AR JACKSONVILLE    FL      945P        NON-STOP
                                                  REF: 3GV4CK

           DUNNE/DENNIS F    SEAT- 5B   CO-CD973958
   HOTEL JACKSONVILLE    FL            OUT-30JAN   CORP ID-
           OMNI HOTELS                 1 NIGHT
           OMNI JACKSONVILLE HOTEL     1 ROOM      DELUXE ROOM REQUEST  1 KIN
           245 WATER STREET            COMPLIMENTARY WIRELESS INTERNE
           JACKSONVILLE FL 32202       RATE-199.00USD PER NIGHT
           FONE 904-355-6664           CANCEL BY 12P DAY OF ARRIVAL
           FAX  904-791-4812
           GUARANTEED LATE ARRIVAL
           CONFIRMATION 1006261684
           RQSTS NON SMOKING KING RM

30 JAN 06  -  MONDAY
   AIR     CONTINENTAL AIRLINES FLT:2412    COACH          SNACK
           OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
           LV JACKSONVILLE    FL      1225P       EQP: EMBRAER 145 JET
                                                  02HR 14MIN
           AR NEWARK                  239P        NON-STOP
           ARRIVE: TERMINAL C                     REF: 3GV4CK
           DUNNE/DENNIS F    SEAT- 6A

29 JUL 06  -  SATURDAY
   OTHER INFORMATION
           HAVE A GREAT TRIP
MCO
                              BILLED TO                      44.00*

AIR TICKET                    DUNNE DENNIS F
ELEC TKT                      BILLED TO                   1,117.10*
```

CONTINUED ON PAGE 2

**Milbank Tweed**
**Hadley & McCloy LLP**
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
## T R A V E L   G R O U P

**Emergency Travel Assistance**
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

## THE LAWYERS' TRAVEL SERVICE
### OVATION CORPORATE TRAVEL
#### OVATION VACATIONS

SALES PERSON: S3    ITINERARY/INVOICE NO.             DATE: 30 JAN 06
CUSTOMER NBR: A24370                       PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
    ONE CHASE MANHATTAN PLAZA
    NEW YORK, NY 10005
    DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F    REF:

---

```
      CANCEL HOTEL BY 12P DAY OF ARRIVAL
      TO AVOID PENALTY
      ITINERARY BELOW ISSUED AS AN ELECTRONIC TICKET.
      CONTINENTAL CONFIRMATION CODE IS 3GV4CK
30 JAN 06  -  MONDAY
   AIR   DELTA AIR LINES INC  FLT:5436    COACH
         JACKSONVILLE   FL-NEW YORK LGA OPERATED BY COMAIR INC
         LV JACKSONVILLE    FL         640P        EQP: CANADAIR REG JET
                                                    02HR 23MIN
         AR NEW YORK LGA               903P        NON-STOP
         ARRIVE: DELTA TERMINAL                    REF:
         DUNNE/DENNIS F     SEAT-12C   DL-2174395604
MCO
                             BILLED TO                        44.00*

AIR TICKET                   DUNNE DENNIS F
ELEC TKT                     BILLED TO                       539.30*
                                                  ----------------
                             TOTAL BASE              536.09
                             TOTAL TAX                47.21
                             NET CC BILLING          583.30*
                                                  ----------------
                             TOTAL AMOUNT DUE          0.00
```

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE.  TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS EMERGENCY HELP CALL 800-876-4922
PLEASE PROVIDE YOUR UNIQUE CODE ***      ***
AN 18.00 FEE WILL BE CHARGED TO YOUR CREDIT CARD
FOR ALL CALLS TO THE AFTER HOURS SERVICE
THANK YOU FOR CALL THE LAWYERS TRAVEL SERVICE

HU*

PAGE 02 OF 02

DATE/PLACE OF ISSUE 20JAN06 NYC

ISS AGT ID AA *63    CONF NBR **2943NW**

IATA 23527454

FORM OF PAYMENT

*Return flight*    DUPLICATE

---

## Continental Airlines

### eTicket Itinerary and Receipt

## Continental Airlines

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------|--------|------|--------|------|-------|------|
| Sun | 29JAN06 | CO3143Y | Newark Liberty Intl | 1:05 PM | Jacksonville | 3:45 PM | ERJ 145 | |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |
| Mon | 30JAN06 | CO2412Y | Jacksonville | 12:25 PM | Newark Liberty Intl | 2:39 PM | ERJ 145 | Snack |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |

**DUNNE/DENNISF**

**Confirmation Number: 3GV4CK**

| Party of 1 | Seat | Ticket Number | Frequent Flyer |
|------------|------|---------------|----------------|
| DUNNE/DENNISF | 9B/6A | | |

Fare  1,021.40    Tax  95.70    Per Person  1,117.10    *557.80 half of these*

Method of Payment American Express XXXXXXXXXXX

eTicket Total  1,117.10    Issue Date:  January 27, 2006

This ticket shall expire one year from date of issue



**GATOR CITY TAXI**
Jacksonville, Florida
Taxi - 355-8294
Beach - 249-6289

**CITICAB**
425-2222

**EXPRESS** Shuttle
353-8880

| | |
|---|---|
| Name | 1/29/06 |
| From | #35-00 |
| To | Cab transport to hotel |
| Fare | |
| Date | Unit# |
| Driver's Name | |
| Driver's ID | |



04 3428 2052
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

ETKT          08697-38522-00900          /24370     0003660    AS3

A·R·C   FLIGHT   PASSENGER RECEIPT

CONTINENTAL AIRLINES  XXXXX   TOUR CODE   A33527454   DUNNE/DENNIS F
LAWYERS TRAVEL                          NEW YORK   NY US27JAN06
DUNNE/DENNIS F   DDRKVC/AA MULTI   6 0011 4
**NOT VALID FOR**  THIS IS YOUR RECEIPT   OJAX CO3143 Y 29JANZ1
**TRANSPORTATION**                       EWR CO2412 Y 30JANZ1
/ REFUNDABLE /                  8N69AGO

'22  /FCEWR CO JAX51
U.7021 CO EWHS10.7021 1021.40 END   ZPEWRJAX XT5
.00AY7.50XFEWR3JAX4.5

FARE  XT  12.50
USD  1021.40                            NOT VALID FOR TRAVEL
TAX/FEE  US  76.60   36914224325   0 005 1351137680 3   0 005 1351137680 3
TOTAL  ZP   6.60                        AA33527454
USD  1117.10  $557.80

04 3426 2052
**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE

08697-38522-00900

A24370        0003673        AS3

**ETKT**                    **PASSENGER RECEIPT**              **BOARDING PASS**

A·R·C  FLIGHT
***

ISSUED BY                                    TOUR CODE              AGENT CODE        NAME OF PASSENGER
DELTA AIR LINES INC    XXXXX                          PLACE OF ISSUE A33527454    DUNNE/DENNIS F
LAWYERS TRAVEL         PWR/CARRIER CODE NEW YORK  TICKET DESIGNATOR NY US30JAN06  JAX
DUNNE/DENNIS F         DDRKVC/AA YOBV              STATUS  NOT VALID BEFORE 0011/  LGA DL5436 Y 30JANYOBV
**XXNOT VALID FORXX**    THIS IS YOUR RECEIPT               ISSUING AGENT ID
**XXTRANSPORTATION**                                        8N69AS3

FP AXXXXXXXXXXXX2008*0407/   178396 /FCJAX DL NYC49
2.09YOBV 492.09 END ZPJAX XT2.50AY4.50XFJAX4.5

FARE  XT    7.00        EQUIV. FARE PD.                    ALLOW  PCS  WT  UNCKD
USD     492.09          STOCK CONTROL NO TX 889  CK
TAX/FEE US   36.91      36914224804                 0 006 1351137692 5
TOTAL ZP    3.30                       CPN                 DOCUMENT NUMBER **********
USD   539.30                                              **NOT VALID FOR TRAVEL**
                                                          0 006 1351137692 5
                                                          AA33527454

DOCUMENT IS HEAT SENSITIVE
Do not expose to prolonged periods of excessive heat or light
COPYRIGHT A AIRLINES REPORTING CORP 2004    STOCK 3-%

ACCOUNT NO.    DEPT./EMPLOYEE NO. *8697*    CAR NO.    JOB NO. *3968*    **A** 539378

NAME OF COMPANY *Milbank*    DATE *1130m*    DISPATCH TIME    TIME OF PU *9:30* AM □    REQ. TIME AM □ PM □    ORIGINAL COPY

NAME OF PASSENGER *Dunne*    TRIP NO.    CLIENT NO. *58T22*    MATTER NO. *00100*    FLAT RATE

FROM □ QUEENS *LaGuardia*    Zip Code    Zone    Orig W/T    PROJECT CODE

1    Check if not enroute □    Zip Code    Zone    W/T    SHORT TITLE

2    Check if not enroute □    Zip Code    Zone    W/T    REMARKS

3    Check if not enroute □    Zip Code    Zone    W/T

TO FINAL DESTINATION    Zip Code    Zone    TOTAL WT

Telephone Time    Initials

**LOTUS RIDE (718) 707-6000**
**Preferred Service (reservation only) (718) 707-5190**
**Limousines, Vans & Buses (718) 707-6100**

Authorized Signature

Passenger Signature

STOP    CHARGE
PARKING
TIPS
PHONE
OTHER
N.Y.S. SURCG.
TOTAL *10.85*

CAR AND RESERVATIONS — www.lotusride.com    ● OUT OF TOWN CALL: (800) 972-9943

EXHIBIT E

## EXHIBIT E

### [Report Exhibit O – Vaguely Described Expenses]

1. R. Ceron – Legal Assistant, obtained documents re precedent from an off-site storage location.

2. M. Barr –  Partner, charge for long distance phone calls regarding Winn-Dixie matters.