

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 21, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order (i) Authorizing Assumption of Lease for Store Number 488, (ii) Determining that No Cure is Due Under the Lease and (iii) Authorizing Related Relief filed by Debtors (7334)

Objection to Motion filed by Turney Dunham Plaza Partners Limited Partnership (8140)

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR

TURNEY DUNHAM PLAZA
PARTNERS LTD PARTNERSHIP:                      T. DAVID MITCHELL

RULING:  *Granted*
         *Ord/Signed*