

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 21, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast


Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interested, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief Filed by Debtors (9886)


Purchasers:   Fine Foods Gourmet Markets, Inc. Store Nos. 202 and 380 (10820)


Objection to Motion filed by Florida Tax Collectors (10414)


Objection to Motion filed by PMAT Flamingo, LLC (11121)


APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR
FINE FOODS GOURMET MARKETS, INC:   Richard Bonilla /P
FLORIDA TAX COLLECTORS:                        BRIAN T. FITZGERALD
PMAT FLAMINGO, LLC:                            JASON BURNETT

RULING: Store #'s: 2308, 202, 380 → Sustained
Granted / Ord/Signed
Granted / Ord/Busey
Ord/Busey
TENG SOUTH LLC - Sale authorized
Ord/Busey