

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 21, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order (a) Authorizing the Debtors to Sell Leesburg Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (b) Granting Related Relief filed by Debtors (10712)

Objection to Motion filed by Lake County Tax Collector (10886)

APPEARANCES:
US TRUSTEE:                                ELENA ESCAMILLA
UNSEC. CRED:                               JOHN B. MACDONALD/PATRICK PATANGAN
                                           MATTHEW S. BARR
LAKE COUNTY TAX COLLECTOR:    BRIAN T. FITZGERALD

RULING:

Granted
Ord/Signed