

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 21, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Motion for Order (a) Authorizing the Debtors to Sell Edgewood Outparcel and Related Assets Free and Clear of Liens, Claims, and Interests and (b) Granting Related Relief Filed by Debtors (10748)

Objection to Motion filed by Duval County Tax Collector (10885)

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR
DUVAL COUNTY TAX COLLECTOR: BRIAN T. FITZGERALD

RULING: Granted
Ord/Signed