

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
September 21, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Eighteenth Omnibus Objection to Duplicate Different Debtor Claims (10448)

Objection filed by Florida Crystals Food Corporation (10920)

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
FLORIDA CRYSTALS FOOD CORP:          GENE B. TARR

RULING:

499 dup. claim

Sustained
Ord / Signed