# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
September 21, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 1 of 2

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


Second Omnibus Motion to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief filed by Debtors (8941)

Objection to Assumptions:

      Objection to Motion filed by Newport Partners, Store No. 251 (9475)

      Objection to Motion filed by Corporate Property Associates 8, L.P. Store No. 518 (9623 and 9734)

      Objection to Motion filed by Benderson Development Company, Store No. 657 (9651)

      Objection to Motion filed by AEI Net Lease Income, et al, Store No. 481 (9683)


**APPEARANCES CONTINUED TO PAGE 2**



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 21, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                              Page 2 of 2

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Objection to Motion filed by Weigel Family Revocable Trust, Store No. 1483 (9695)

Objection to Motion filed by Deutsche Bank Trust Company Americas, Store No. 89 (9708 and 9750)

Objection to Motion filed by Heritage SPE, LLC Store No. 207 (9731)

**APPEARANCES:**
| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| NEWPORT PARTNERS: | PETER RUSSIN |
| CORPORATE PROEPRTY ASSOCIATES 8, LP: | JASON ROSENTHAL |
| BENDERSON DEVELOPMENT CO: | JOEY SCHLOSBERG |
| AEI NET LEASE INCOME ET AL: | WAYNE SINGLETARY |
| WEIGEL FAMILY REVOCABLE TRUST: | JEFFREY CHADWICK |
| DEUTSCHE BANK TRUST CO AMERICAS: | RICHARD BERNARD |
| HERITAGE SPE, LLC: | MICHAEL SCHMAHL |

**RULING:** 7 leases [handwritten]
↳ Cont'd. to 10/5 AOCNFN
Ord. due on remaining leases (472)
Store 207 lease ad. assigned