WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6027 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6028 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6029 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6030 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6031 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6032 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025 | 6013 | 6033 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| Creditor Id: 279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025 | 6013 | 6034 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| Creditor Id: 279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025 | 6013 | 6035 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| Creditor Id: 279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025 | 6013 | 6036 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| Creditor Id: 259032<br>PURCELL INTERNATIONAL<br>ATTN WILLIAM E PURCELL, PRESIDENT<br>PO BOX 5043<br>WALNUT CREEK, CA 94596-1097 | 4105 | 4106 | $330,935.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 399651<br>R&R SUPPLY CO, INC<br>ATTN: REBECCA ROYAL, ACCT REC &<br>K ROGER TEEL SR, PRES<br>830 PLANTATION WAY<br>MONTGOMERY AL 36117 | 804 | 2725 | $536.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6903 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6904 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6905 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6906 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6907 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6909 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6910 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7810 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7811 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7812 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7813 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7814 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7815 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  407614**<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD  IL  62707-5713 | 7809 | 7816 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7772 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7773 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7774 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7775 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7776 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7793 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7794 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 7795 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11717 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11718 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11719 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11720 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11721 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11722 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11723 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11724 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11725 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11726 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11727 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11728 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11729 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11730 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11731 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 259486**<br>RETAIL DATA LLC<br>ATTN CHRISTOPHER F FERGUSON, GM<br>2235 STAPLES MILL RD, STE 300<br>PO BOX 6991<br>RICHMOND, VA 23230<br><br>Transferee: ASM CAPITAL LP | 9141 | 7851 | $67,592.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 259486**<br>RETAIL DATA LLC<br>ATTN CHRISTOPHER F FERGUSON, GM<br>2235 STAPLES MILL RD, STE 300<br>PO BOX 6991<br>RICHMOND, VA 23230 | 9141 | 7852 | $67,592.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7602 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7603 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7604 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7606 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7607 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7608 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7609 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  260531**<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8148 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  260531**<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8149 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  260531**<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8150 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  260531**<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8151 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  260531**<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8152 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478 | 10855 | 10854 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

Counsel: ATTN DANIEL J CARRIGAN, ESQ

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10856 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10857 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10858 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10859 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10860 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 11066 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382161<br>SIRVA RELOCATION<br>C/O LAW OFFICE OF GLENN M REISMAN<br>ATTN GLENN M REISMAN, ESQ<br>TWO CORPORATE DRIVE, SUITE 648<br>PO BOX 861<br>SHELTON  CT  06484-0861<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | 8210 | 8209 | $530,214.04 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 395538<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>ATTN TERRY CLARK, VP<br>PO BOX 509<br>COVINGTON GA 30016<br><br>Counsel: ATTN ROBERT B SILLIMAN, ESQ | 310 | 2833 | $42,230.38 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 261381<br>SOUTHERN CLEANING SERVICES, INC<br>ATTN H DEAN GOFORTH, PRES<br>106 S CHALKVILLE ROAD<br>TRUSSVILLE, AL  35173<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD<br>Counsel: ATTN LARRY D HENIN, ESQ | 6272 | 6271 | $292,689.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 261381<br>SOUTHERN CLEANING SERVICES, INC<br>ATTN H DEAN GOFORTH, PRES<br>106 S CHALKVILLE ROAD<br>TRUSSVILLE, AL  35173<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD<br>Counsel: ATTN LARRY D HENIN, ESQ | 6272 | 6273 | $292,689.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017<br><br>Transferee: JPMORGAN CHASE BANK NA | 569 | 547 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 550 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 551 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 552 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 553 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 554 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 555 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 556 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 557 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 558 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 559 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 560 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 561 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 562 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 563 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 564 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE C/O TRAUB BONACQUIST & FOX LLP ATTN MAURA I RUSSELL, ESQ 655 THIRD AVENUE, 21ST FLOOR NEW YORK NY 10017 | 569 | 565 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE C/O TRAUB BONACQUIST & FOX LLP ATTN MAURA I RUSSELL, ESQ 655 THIRD AVENUE, 21ST FLOOR NEW YORK NY 10017 | 569 | 566 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE C/O TRAUB BONACQUIST & FOX LLP ATTN MAURA I RUSSELL, ESQ 655 THIRD AVENUE, 21ST FLOOR NEW YORK NY 10017 | 569 | 567 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE C/O TRAUB BONACQUIST & FOX LLP ATTN MAURA I RUSSELL, ESQ 655 THIRD AVENUE, 21ST FLOOR NEW YORK NY 10017 | 569 | 568 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE C/O TRAUB BONACQUIST & FOX LLP ATTN MAURA I RUSSELL, ESQ 655 THIRD AVENUE, 21ST FLOOR NEW YORK NY 10017 | 569 | 570 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE C/O TRAUB BONACQUIST & FOX LLP ATTN MAURA I RUSSELL, ESQ 655 THIRD AVENUE, 21ST FLOOR NEW YORK NY 10017 | 569 | 571 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399377**<br>SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE C/O TRAUB BONACQUIST & FOX LLP ATTN MAURA I RUSSELL, ESQ 655 THIRD AVENUE, 21ST FLOOR NEW YORK NY 10017 | 569 | 572 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 269279**<br>SPEARS, JOANNE C/O JEFFREY T GREENBERG, PC ATTN JEFFREY T GREENBERG, ESQ 421 FRENCHMEN STREET, SUITE 200 NEW ORLEANS, LA 70116 | 8791 | 8790 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408325**<br>SPECIALTY BRANDS, LP ATTN BOBBIE SHIER, DIR CREDIT SVCS 4200 E CONTOURS DR, SUITE 100 ONTARIO CA 91764<br><br>Counsel: ATTN: STEPHEN M MILLER, ESQ | 6761 | 6760 | $59,577.79 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 402084**<br>STEWART LAW FIRM ATTN VERNON STEWART, ESQ 111 COMMERCE DRIVE DUNN NC 28334 | 877 | 13251 | $7,643.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 400557**<br>TM SHEA PRODUCTS, INC<br>C/O WEISMAN YOUNG SCHLOSS ET AL<br>ATTN JOHN A RUEMENAPP, ESQ<br>30100 TELEGRAPH ROAD, SUITE 428<br>BINGHAM FARMS  MI  48025 | 871 | 872 | $113,775.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: AMROC INVESTMENTS LLC | | | | |
| **Creditor Id: 410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032 | 10221 | 10222 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | | |
| **Creditor Id: 410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032 | 10221 | 10223 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | | |
| **Creditor Id: 410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032 | 10221 | 10224 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | | |
| **Creditor Id: 410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032 | 10221 | 10225 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | | |
| **Creditor Id: 410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032 | 10221 | 10226 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032 | 10221 | 10227 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | | |
| **Creditor Id: 410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032 | 10221 | 10228 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | | |
| **Creditor Id: 278964**<br>VAN HOEKELEN GREENHOUSES, INC<br>ATTN LORI VAN HOEKELEN, SECRETARY<br>PO BOX 88, RT 309<br>MCADOO, . PA  18237-0088 | 8405 | 8406 | $404,426.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN RICHARD P FREEDMAN, ESQ | | | | |
| **Creditor Id: 405871**<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS  LA  70114 | 10852 | 10847 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| **Creditor Id: 405871**<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS  LA  70114 | 10852 | 10848 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| **Creditor Id: 405871**<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS  LA  70114 | 10852 | 10849 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10850 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| Creditor Id: 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10851 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| Creditor Id: 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 10853 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| Creditor Id: 405871 ZATARAINS, INC ATTN REGINA TEMPLET PO BOX 6190 NEW ORLEANS LA 70114 | 10852 | 11064 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN DANIEL J CARRIGAN, ESQ | | | | |
| Creditor Id: 383146 ZUBI ADVERTISING SERVICES, INC C/O MARKOWITZ DAVIS RINGEL & TRUSTY ATTN J MARKOWITZ & R RUBIO, ESQS 9130 SO DADELAND BLVD, STE 1225 MIAMI FL 33156 | 2565 | 2582 | $326,380.53 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**Total Claims to be Disallowed:** 499
**Total Amount to be Disallowed:** $2,485,261,207.87    Plus Unliquidated Amounts, If Any