UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              ) Case No. 05-03817-3F1
                                                    )
WINN-DIXIE STORES, INC., et al.,                    ) Chapter 11
                                                    )
Debtors.                                            ) Jointly Administered
                                                    )

ORDER (I) AUTHORIZING ASSUMPTION OF LEASE
FOR STORE NUMBER 488, (II) FIXING CURE AMOUNTS
AND (III) AUTHORIZING RELATED RELIEF

These cases came before the Court for hearing, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105, 365(a), 365(b)(1) and 365(d)(4), (i) approving and authorizing the Debtors to assume a non-residential real property lease, effective as of the effective date of the Debtors' plan of reorganization, (ii) determining that the Debtors owe no cure amount for such lease, and (iii) authorizing related relief (the "Motion"). The Court has read the Motion and considered the representations of counsel. The Landlord filed a timely objection to the Debtors' proposed cure amount (the "Cure Objection"). Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.   The Motion is granted.

00529351

2. The Debtors are authorized to assume the Lease pursuant to 11 U.S.C. § 365(a), effective as of the effective date of the Debtors' plan of reorganization (the "Effective Date").

3. Unless otherwise resolved, the Debtors will schedule a hearing on the Cure Objection. Any necessary cure will be paid by the Debtors to the Landlord promptly after the Cure Objection has been resolved.

4. The Debtors' time under 11 U.S.C. § 365(d)(4) to assume or reject the Lease is extended through the Effective Date.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

7. In the event the Debtors' plan of reorganization does not become effective, this Order shall be null and void.

Dated this __21__ day of September, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

00529351