UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER AUTHORIZING DEBTORS TO REJECT ADDITIONAL STORE LEASES, ESTABLISHING REJECTION DAMAGE CLAIM BAR DATE AND GRANTING RELATED RELIEF**

These cases came before the Court on the motion (Docket No. 9886) of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for, among other relief, entry of an order (i) under 11 U.S.C. § 365 authorizing the Debtors to reject non-residential real property leases of any of the seven Additional Stores[1] the Debtors are unable to sell and (ii) pursuant to Rule 3002(c)(4), Federal Rules of Bankruptcy Procedure, establishing a deadline by which the landlord for any such store must file any claim for rejection damages (the "Motion"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted as to the lease for Store Number 2308, located in Deltona, Florida (the "Deltona Lease").

---

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

2. The Debtors are authorized to reject the Deltona Lease pursuant to 11 U.S.C. § 365(a), effective as of September 21, 2006 (the "Rejection Date").

3. The landlord of the Deltona Lease (the "Landlord") must file any claim resulting from the rejection of the lease no later than thirty (30) days after the date of this Order.

4. Nothing in this Order constitutes a waiver of any claims the Debtors may have against the Landlord or the Landlord may have against any of the Debtors.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated September 21, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00528344.3