UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

### AGREED ORDER DEEMING CONVERGINT TECHNOLOGIES LLC'S OBJECTION TO TRANSFERS OF CLAIMS WITHDRAWN
(re: Docket Item Nos. 7653, 7654 and 8014)

This matter having come before the Court on "Convergint Technologies LLC's Objection To Notices Of Transfers Of Claim Filed By LCH Opportunities, LLC As To Creditor 'Servidian' And To Underlying Claims Transfers", Docket Item No. 8014 (the "Objection") and all counsel for Convergint Technologies, LLC, LCH Opportunities, LLC, Group 1 Systems, Inc. d/b/a Servidian, and Servidian Integrated Security Services, LLC having consented to the entry of this order in this form, it is hereby

ORDERED:

1. The Objection is deemed withdrawn.

2. The "Notices of Transfer of Claim Other than for Security" filed by LCH Opportunities LLC, Docket Entries 7653 and 7654, shall have such effect as they would have in the absence of the Objection.

DATED this 21 day of September 2006.

Jerry A. Funk
United States Bankruptcy Judge

Copies Furnished To:
1. Robert D. Wilcox, Esq., Counsel for Convergint Technologies, LLC
2. Thomas R. Califano, Esq., Counsel for LCH Opportunities, LLC
3. Stephen J. Simmons, Esq., Murray & Simmons, LLP (Counsel for both Group 1 Systems, Inc. d/b/a Servidian and Servidian Integrated Security Services, LLC)
   1401 East Broward Boulevard, Suite 200
   Fort Lauderdale, Florida 33301
4. James H. Post, Esq., Counsel for Debtors

## CONSENT

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| Thomas R. Califano, Esq. | Stephen J. Simmons, Esq. |
| DLA Piper Rudnick Gray Cary US LLP | Murray & Simmons, LLP |
| 1251 Avenue of the Americas | 1401 East Broward Boulevard, Suite 200 |
| New York, New York 10023 | Fort Lauderdale, Florida 33301 |
| Telephone: 212.335.4528 | Telephone: 954.467.2000 |
| Facsimile: 212.884.8728 | Facsimile: 954.467.2306 |

LCH OPPORTUNITIES, LLC

GROUP 1 SYSTEMS, INC. d/b/a SERVIDIAN and SERVIDIAN INTEGRATED SECURITY SERVICES, LLC

Robert D. Wilcox, Esq.
Wilcox Law Firm
Florida Bar No. 755168
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700
Fax: (904) 513-9201

And

Bruce A. Goodman, Esq.
Moore & Goodman, P.A.
2900 East Oakland Park Blvd.
Third Floor
Fort Lauderdale, Florida 33306
Tel: (954) 564-8446
Fax: (954) 564-8666

CONVERGINT TECHNOLOGIES, LLC

## CONSENT

The undersigned parties consent to the entry of the foregoing Agreed Order.

*[signature]*

| | |
|---|---|
| Thomas R. Califano, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, New York 10023<br>Telephone: 212.335.4528<br>Facsimile: 212.884.8728<br><br>LCH OPPORTUNITIES, LLC | Stephen J. Simmons, Esq.<br>Murray & Simmons, LLP<br>1401 East Broward Boulevard, Suite 200<br>Fort Lauderdale, Florida 33301<br>Telephone: 954.467.2000<br>Facsimile: 954.467.2306<br><br>GROUP 1 SYSTEMS, INC. d/b/a SERVIDIAN and SERVIDIAN INTEGRATED SECURITY SERVICES, LLC |

Robert D. Wilcox, Esq.
Wilcox Law Firm
Florida Bar No. 755168
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
Telephone: (904) 281-0700
Fax: (904) 513-9201

And

Bruce A. Goodman, Esq.
Moore & Goodman, P.A.
2900 East Oakland Park Blvd.
Third Floor
Fort Lauderdale, Florida 33306
Tel: (954) 564-8446
Fax: (954) 564-8666

CONVERGINT TECHNOLOGIES, LLC