**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                              CASE NO. 05-03817-3F1

**WINN-DIXIE STORES, INC., et al**

DEBTOR                                                              CHAPTER 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MOTION TO APPEAR PRO HAC VICE AND FOR WAIVER OF REQUIREMENT TO DESIGNATE LOCAL COUNSEL**

NOW INTO COURT, through undersigned counsel, comes the Louisiana Department of Revenue, Creditor herein, who respectfully submits the following:

1.

On February 21, 2005, Winn-Dixie Stores, Inc., et al., hereinafter referred to as the "Debtors", filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 13, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.

Pursuant to Bankruptcy Local Rule 2090-1 (c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District of Florida who is a resident of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. However, Bankruptcy Local Rule 2090-1 (c) provides that the Court may waive such designation for good cause shown.

3.

The matters pertaining to the Louisiana Department of Revenue in these jointly administered Chapter 11 cases are limited to taxes claimed to be due as evidenced by the Louisiana Department of Revenue's proofs of claim. Retention of local counsel will likely cause the Louisiana Department of Revenue to incur excessive legal expenses given the limited nature of the involvement of the Louisiana Department of Revenue in this case.

4.

David M. Hansen, undersigned counsel for the Louisiana Department of Revenue, is admitted to the United States District Courts for the Western, Middle, and Eastern Districts of Louisiana and is authorized to file electronically in those courts as well as the United States Bankruptcy Courts for the Western, Middle, and Eastern Districts of Louisiana. Additionally, undersigned counsel is authorized to file electronically in the United States Bankruptcy Courts for the District of Delaware, Northern District of Texas, and the Middle District of Florida. Undersigned counsel has reviewed this court's local rules and agrees to abide by those rules.

WHEREFORE, the Louisiana Department of Revenue respectfully requests that David M. Hansen be authorized to appear pro hac vice without designating local counsel and requests such other relief to which it may be entitled.

Respectfully submitted by:

   /s/ David M. Hansen
David M. Hansen, La. Bar Roll Number 26916
Louisiana Department of Revenue
Legal Division
617 North Third Street
Baton Rouge, Louisiana 70802
Telephone (225) 219-2080
Facsimile (225) 219-2090
E-mail: david.hansen@la.gov

## CERTIFICATE OF SERVICE

I hereby certify that an electronic copy of the above and foregoing has been sent to all parties who are registered participants in the Electronic Case Filing System.

I also hereby certify that a copy of the above and foregoing has been sent via federal express to the following:

Kenneth C. Meeker, Assistant U.S. Trustee, Orlando Office
135 West Central Boulevard, Room 620
Orlando, Florida 32801

James S. Post
SMITH, HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

D.J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, L.L.P.
Four Times Square
New York, New York 10036


Signed in Baton Rouge, Louisiana, on this 22nd day of September, 2006.


                                          __/s/ David M. Hansen___
                                              David M. Hansen