**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT**
**TO DEBTORS' OBJECTION TO REQUEST FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE**
**EXPENSE FILED BY JNB COMPANY OF VIRGINIA, LLC**

     I, Adam Ravin, certify that on September 20, 2006 I caused to be served the, Debtors' Objection to Request for Allowance and Payment of Administrative Expenses Filed by JNB Company of Virginia, LLC [Docket No. 11149] and corresponding Notice of Hearing [Docket No. 11153], by having true and correct copies thereof sent to the party listed in Exhibit A via first class mail, postage pre-paid.

Dated: September 22, 2006

                                              SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                              By: /s/ *Adam Ravin*
                                              Adam Ravin
                                              Four Times Square
                                              New York, NY 10036
                                              (212) 735-3389
                                              (917) 777-3389 (facsimile)

                                                  - and –

                                              SMITH HULSEY & BUSEY

                                              By: /s/ *Cynthia C. Jackson*
                                              Cynthia C. Jackson
                                              Florida Bar Number 498882
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida 32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)

                                              Co-Counsel for Debtors

## **Exhibit A**

JNB COMPANY OF VIRGINIA, LLC
Joynes Knight, Ltd.
Stanley K Joynes, III
P.O. Box 1311
Richmond, VA 23218-1311