**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT**
**TO DEBTORS' OBJECTIONS TO MOTIONS FOR ALLOWANCE AND**
**PAYMENT OF ADMINISTRATIVE EXPENSES**

I, Adam Ravin, certify that on September 20, 2006 I caused to be served the following Objections and corresponding Notices of Hearing by having true and correct copies thereof sent to the party listed in Exhibit A via first class mail, postage pre-paid:

- Debtors' Objection to Motion for Allowance and Payment of Administrative Expenses filed by Deerfoot Marketplace, LLC and corresponding Notice of Hearing [Docket Nos. 11154 and 11155]

- Debtors' Objection to Motion for Allowance and Payment of Administrative Expenses filed by Kirkland Financial, LLC and corresponding Notice of Hearing [Docket Nos. 11162 and 11163]

- Debtors' Objection to Motion for Allowance and Payment of Administrative Expenses filed by Randy Roark and corresponding Notice of Hearing [Docket Nos. 11160 and 11161]

- Debtors' Objection to Motion for Allowance and Payment of Administrative Expenses filed by McDonough Marketplace Partners and corresponding Notice of Hearing [Docket Nos. 11158 and 11159]

- Debtors' Objection to Motion for Allowance and Payment of Administrative Expenses filed by Killen Marketplace, LLC and corresponding Notice of Hearing [Docket Nos. 11156 and 11157]

Dated: September 22, 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ *Adam Ravin*
Adam Ravin
Four Times Square
New York, NY 10036
(212) 735-3389
(917) 777-3389 (facsimile)

- and –

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtors

**Exhibit A**

WALSTON, WELLS & BIRCHALL
Ed Ashton
C. Ellis Brazeal, III
1819 5th Avenue North, Suite 1100
Birmingham, AL 35203