UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al., | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Jointly Administered |

### CREDITOR BEN TOBIN COMPANIES, LTD'S RESPONSE
### TO DEBTOR'S REQUEST TO DISALLOW CLAIM

Claimant ID: WDX-269363-pF-16
BEN TOBIN COMPANIES, LTD, THE
C/O SALOMON, KANNER, DAMIAN & RODRIGUEZ, P.A.
ATTN: VINCENT E. DAMIAN, JR., ESQ.
80 S.W. 8TH STREET, STUIE 2550
MIAMI, FL 33130

Claim No.: 3902
Claim Amount: $317,884.04

1. Claimant denies the reason for the proposed Disallowance.

2. Winn-Dixie Louisville, Inc. was at all times an affiliate of Winn-Dixie Stores, Inc. with common officers and directors.

3. The Lease modification was not detrimental to the Lessee or the Guarantor in that it reduced the rent amounts.

4. The Lease modification was approved by Guarantor, Winn-Dixie Louisville, Inc. and Winn-Dixie Stores, Inc. by execution of the Lease by Dan O. Davis, Vice President of Winn-Dixie Louisville, Inc. and Vice President of Winn-Dixie Stores, Inc.

5. Winn-Dixie was apprised of any change of landlord at time it was it was a tenant on account of the knowledge of Winn-Dixie Stores, Inc. and the action and knowledge of

Winn-Dixie Louisville, Inc.

6. Paragraph 32 requiring Notice to Tenant refers to tenant at time of transfer (M&H, Malone & Hyde, Inc. and Fleming Companies, Inc.). Tenants were kept fully advised of transfer. See Paragraph 11 of the Complaint.

7. A copy of the Complaint, the Answer and Affirmative Defenses of Winn-Dixie Stores, Inc. and Plaintiff's response to Affirmative Defenses are attached hereto and adopted.

SALOMON, KANNER, DAMIAN & RODRIGUEZ, PA
Attorneys for Claimant, The Ben Tobin Companies, Ltd.
80 SW 8th Street, Suite 2550
Miami, FL 33130
Telephone: (305) 379-1681
Fax: (305) 374-1719

By: /s/ Vincent Damian, Jr.
Vincent E. Damian, Jr.
FL Bar No. 017643

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-mailed this 22 day of September, 2006:

D.J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Jane M. Leamy, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, NY 1006

Stephen D. Busye, Esq.
James H. Post, Esq.
Cynthia C. Jackson, Esq.
SMITH HULSEY & BUSEY
225 Water Street
Suite 1800
Jacksonville, FL 32202

By: /s/ Vincent Damian, Jr.
Vincent E. Damian, Jr.
FL Bar No. 017643