IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO.: 04 06352 CA 05

THE BEN TOBIN COMPANIES, LTD.,

    Plaintiff,

VS.

WINN-DIXIE STORES, INC.,
a Florida corporation,

    Defendant.
_____/

ORIGINAL FILED
AUG - 6 2004
HARVEY RUVIN
CLERK

### PLAINTIFF THE BEN TOBIN COMPANIES, LTD'S RESPONSE TO AFFIRMATIVE DEFENSES

Plaintiff The Ben Tobin Companies, Ltd. ("Tobin") responds to Affirmative Defenses herein as follows:

1. Tobin denies all affirmative defenses.

2. As to Affirmative Defenses 1 through 4, Defendant Winn-Dixie Stores, Inc. ("Winn-Dixie") fails to set forth any provision of the lease or law that it is relying upon.

3. As to Affirmative Defenses 1 through 4, Tobin when dealing with subsidiaries of Winn-Dixies was dealing with the controlling entity Winn-Dixie Stores itself, Winn-Dixie Stores, therefore, is estopped from raising such affirmative defenses, if such affirmative defenses are applicable at all.

CASE NO.: 04 06352 CA 05

SALOMON, KANNER, DAMIAN & RODRIGUEZ, PA
Attorneys for Plaintiff, The Ben Tobin Companies, Ltd.
80 SW 8th Street, Suite 2550
Miami, FL 33130
Telephone: (305) 379-1681
Fax: (305) 374-1719

By_____
Vincent E. Damian, Jr.
FL Bar No. 017643

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Alan M. Grunspan, Esq., Kaufman Dickstein & Grunspan, P.A., Wachovia Financial Center, 200 S. Biscayne Blvd., Suite 4650, Miami, FL 33131 this ___ day of August 2004.

By_____
Vincent E. Damian, Jr.
FL Bar No. 017643