**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

**STATEMENT OF AD HOC COMMITTEE OF WINN-DIXIE RETIREES**
**IN SUPPORT OF DEBTORS' PROPOSED JOINT PLAN OF REORGANIZATION**

The Ad Hoc Committee of Winn-Dixie Retirees ("Retirees Committee"), through its undersigned attorney, hereby files this statement (the "Statement") in support of the Debtors' Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, dated August 9, 2006, and represents as follows:

**STATEMENT**

1. On August 4, 2006, the Court held a hearing, at the conclusion of which the Court entered its Order Approving Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). By separate order, the Court also authorized the Debtors to solicit acceptances of the Plan in anticipation of the Confirmation Hearing scheduled for October 13, 2006.

2. The Plan being circulated by the Debtors is the culmination of an extraordinary effort on the part of the Official Committee of Unsecured Creditors ("Creditors Committee") and the Debtors to address the concerns of a diverse group of creditor constituencies in the fairest and most reasonable manner, while providing the Debtors the best opportunity to emerge from this bankruptcy as viable going concerns.

3. The key provisions of the Plan are based on the settlement of the substantive consolidation issues negotiated by the Creditors Committee. The Retirees Committee fully

participated in the negotiation of the settlement and, accordingly, whole-heartedly supports the terms of the settlement.

4. The Retirees Committee asserts that, with the incorporation of the above-referenced settlement, the Plan represents a good faith effort on the part of the Debtors to deal with their creditors in the most equitable means possible while maintaining the viability of the various companies.

5. The Retirees Committee further asserts that in its opinion, the Plan fully complies with the requirements of 11 U.S.C. §1129 and represents the best opportunity for successful reorganization by the Debtors.

## CONCLUSION

For the foregoing reasons, the Retirees Committee requests that the Court enter an order pursuant to section 1129 of the Bankruptcy Code confirming the proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, and granting such other relief as it deems just and proper.

Respectfully submitted this 21st day of September, 2006.

**FRIEDLINE & McCONNELL, P.A.**

/s/ Jerrett M. McConnell
_____
JERRETT M. McCONNELL
Florida Bar #0244960
1756 University Boulevard S.
Jacksonville, FL  32216
(904) 727-7850
Attorney for Ad Hoc Committee of Winn-Dixie Retirees