UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.[1]

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

_____/

## RESPONSE TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO NO LIABILITY CLAIMS

Ingram Entertainment Inc. ("Ingram") files this response to the Debtors' Nineteenth Omnibus Objection to No Liability Claims and, as is set forth herein, is entitled to an allowed unsecured claim in the amount of $195,417.68 more fully set forth in Claim No. 470 timely filed with this Court.

1. Pursuant to an agreement between Ingram and Debtors, commencing in 2002, Ingram began selling DVDs and VHS videos for resale to Winn-Dixie Stores, Inc. ("Winn-Dixie").

2. Pursuant to the agreement between the parties, Ingram would sell DVDs and VHS videos to Winn-Dixie at a discount off of retail price or on a "cost plus" basis.

3. In September 2004, the parties determined that they would no longer do business with one another.

4. According to information received from Winn-Dixie, it appears that Winn-Dixie contends that it returned to Ingram large quantities of its inventory of DVDs and VHS videos.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5. Pursuant to the agreement of the parties, the DVDs and VHS videos could be returned to Ingram for credit to the account of Winn-Dixie, subject to certain limitations.

6. However, Ingram has no documents from Winn-Dixie that would establish that Winn-Dixie is entitled to accounts payable credit, nor does Ingram have a record of receiving the return of the merchandise for which Winn-Dixie claims to be entitled to credit.

7. Ingram has requested copies of delivery receipts, shipping invoices, and return authorizations from Winn-Dixie, but to date none have been received.

8. Attached hereto and made a part hereof is the Proof of Claim filed by Ingram which contains a history of all open debits and credits between the parties. The attached accounting establishes that Winn-Dixie is indebted to Ingram in the amount of approximately $195,000.00.

9. Winn-Dixie also claims that it is owed approximately $300,000 on an account receivable balance. However, Ingram never made purchases from Winn-Dixie, and thus would not be an account debtor of Winn-Dixie. During the course of business between the parties, Ingram was a vendor of Winn-Dixie, and there would be no basis for Winn-Dixie to claim to hold an account receivable due from Ingram.

10. According to the books and records of Ingram, there are no other credits owing to Winn-Dixie other than as set forth in the accounting attached to the proof of claim.

Ingram respectfully requests this Court enter its Order denying the objection filed by Winn-Dixie or, alternatively, continuing this hearing indefinitely so the parties may engage in meaningful discovery.

HOLLAND & KNIGHT LLP

By: /s/ Alan M. Weiss
    Alan M. Weiss, Esquire (FBN 340219)
    50 N. Laura Street, Suite 3900
    Jacksonville, FL 32202
    Phone: 904-353-2000
    Fax: 904-358-1872
    alan.weiss@hklaw.com
*Attorneys for Ingram Entertainment Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to:

Stephen D. Busey, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*Attorneys for Debtors*

D. J. Baker, Esq.
Jane M. Leamy, Esq.
Skadden, Arps, Slate, et al.
Four Times Square
New York, NY 10036
*Attorneys for Debtors*

via U.S. Mail this 22nd day of September, 2006.

    /s/ Alan M. Weiss
    Attorney

# 4056174_v2