Hearing Date: October 5, 2006 at 1:00 p.m.
Response Date: September 25, 2006 at 4:00 p.m.

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          )
                                                )
WINN-DIXIE STORES, INC., et al.,                )    Chapter 11
                                                )    Case No. 05-03817-3Fl
    Debtor.                                     )    Jointly Administered

**RESPONSE OF PACIFIC WORLD CORPORATION TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS (DOC NO. 10689)**

Pacific World Corporation ("PWC"), hereby responds to the Debtors' Nineteenth Omnibus Objection To (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims And (D) Workers Compensation Misclassified Claims (the "Claims Objection") (Doc. No. 10689), and would show the Court as follows:

1. PWC is a vendor that supplies various types of cosmetics to Winn-Dixie stores. The business relationship between PWC and the Debtors has been on-going for several years and has continued while the Debtors have operated in these Chapter 11 cases.

2. As part of the commercial relationship between the parties, adjustments and credits are often made between the parties based upon asserted shortages, chargebacks, joint marketing efforts, and the like.

3. On July 29, 2005, PWC filed a claim in the amount of $243,171.68 against Debtor Winn-Dixie Stores, Inc. Claim No. 9374; (the "Claim"). The Claim stems from several pre-petition invoices that were unpaid at the time the Debtors filed for bankruptcy on February 21, 2005. A true and correct copy of the Claim is attached hereto as Exhibit A.

4. In the Claims Objection, the Debtors assert that they have no liability for the Claim on the basis of an apparent setoff for alleged pre-petition accounts receivable, credits, and chargebacks owing from PWC to the Debtors (the "Setoff"). In addition to their assertion of no liability for the Claim, the Debtors assert a claim of their own in the Claims Objection against PWC in the amount of $146,737.52 (the "Counter-Claim"). The Debtors assert the Counter-Claim primarily on the basis of "post-petition invoices" allegedly outstanding from Debtors to PWC.

5. PWC has asked the Debtors for documentation supporting the Setoff and the Counter-Claim. Despite such requests, the Debtors have provided only limited documentation with respect to the Setoff and no documentation with respect to the Counter-Claim.

6. From its review of the documentation provided in support of the Setoff, PWC has determined that several, if not all, of the alleged grounds for the Setoff are disputable and are not proper. For instance, the Debtors request chargeback credits from PWC for certain invoices that were never paid by the Debtors. In another case, the Debtors claim a credit for joint-marketing programs that the Debtors never fully participated in or completed. Accordingly, PWC maintains that its Claim is proper and requests that the Court allow the Claim in at least the amount asserted. Moreover, PWC reserves the right amend its Claim to assert additional amounts owing from the Debtors that it discovers through this reconciliation process.

7. Because the Debtors have failed to provide any information supporting the Counter-Claim, PWC expressly denies any and all liability to the Debtors on account of such alleged Counter-Claim and demands strict proof thereof. Accordingly, PWC requests that the Court deny any request by the Debtors on account of the Counter-Claim, including specifically any payment thereof.

WHEREFORE, PWC respectfully requests that the Court DENY the Debtors' Claims Objection (Doc No. 10689), GRANT allowance of Claim No.9374 in its entirety, and DENY Debtors any relief on account of the Setoff or Counter-Claim. PWC requests such further relief as the Court deems just and proper.

Respectfully Submitted,

/s/ Jon E. Kane
JON E. KANE
Florida Bar Number 814202
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
jkane@mateerharbert.com

and

/s/ Eric B. Schultenover
Eric B. Schultenover
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
P.O. Box 198966
Nashville, Tennessee 37219-8966
Phone: (615) 244-6380
Facsimile: (615) 244-6804
eric.schultenover@wallerlaw.com

Counsel for Pacific World Corporation

**Certificate of Service**

I hereby certify that on this 22nd day of September, 2006, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. In addition, a copy of the foregoing was sent via email to D.J. Baker, counsel for the Debtors, at the following address: djbaker@skadden.com and by first class mail at the following address: Skadden, Arps,

Meagher & Flom LLP, Attn. D.J. Baker, Four Times Square, New York, New York 10036. Parties may access this pleading through the Court's electronic filing system.

/s/ Eric B. Schultenover
Eric B. Schultenover

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1 Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn-Dixie Stores, Inc.**    Case No: **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):

|||||
|---|---|---|---|
| 20245689<br>WDX-257895-B2-12<br>PACIFIC WORLD CORP<br>BOX 512410<br>LOS ANGELES, CA 90051-0410 | **949-598-2400**<br>Telephone No of Creditor<br>**949-598-2424**<br>Fax No of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | | DEBTOR WINN-DIXIE STORES, INC<br>US BANKRUPTCY COURT M D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE 05-03817 (3F1)<br>CHAPTER 11<br>**CLAIM NO.: 9374** |

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if) ☒ replaces address above ☐ additional address

Name: _____
Company/Firm: **Pacific World Corporation**
Address: **25791 Commercentre Dr.**
~~Lake Forest, CA 92630~~

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars
☐ Check box if you have never received any notices in this case

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS. If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim

Account or Other Number by Which Creditor Identifies Debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

1. Basis for Claim
☒ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____
☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN _____
Unpaid compensation for services performed from _____ to _____
(date)      (date)

2. Date debt was incurred: **2-21-05**

3. If claim is based on a Court Judgment, date obtained _____

4. Total Amount of Claim at Time Case Filed:
$ **243,171.68**   $ —   $ —   $ **243,171.68**
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ **243,171.68**
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8 Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9 Supporting Documents. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
10 Date-Stamped Copy To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space is For Court Use Only
2005 JUL 29 PM 12:50
U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
RECEIVED LOGAN & COMPANY, INC. AS AGENT

Date: **6-26-05**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice
Print: **JAY LIVINGSTON**    Title: **CFO**
Signature: _[signed]_

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC §§ 152 and 3571

**EXHIBIT A**

```
Dawn Sandie                Pacific World Corporation           05/31/05  Page  1
Menu 850 6                         Inquiry                     11 43 AM  'CARICO)
T58 #1 3 6               Open Accounts Receivable Inquiry      M 850 6   Trm T58
Customer  1419 Winn Dixie                                      Run Date  06/02/05
                                                 Cred Lmt      650000    04/12/05

Dip #05-11063
Jacksonville, FL 32203-0805      Phone  904/370-6197     DSO  1  163 00
                                 Fax    904/370-6207     DDSO    136 00
Contact  Melissa                 Slsprsn  C P Sales & Ma  D-C-L   17%  7%  76%
-------------------------------Credit Information-------------------------------
Hi Credit     634512  02/18/05   Open Ord   349412 76  Dun & Bradstreet Rate
Pd Lst 90      47690  05/23/05   Credits     39030 27  Company's Net Worth
Risk Code                        Past Due    43741 44  S&P Rate
-------------------------------Payment History-------------------------------
    May05 Apr05 Mar05 Feb05 Jan05 Dec04 Nov04 Oct04 Sep04 Aug04 Jul04 Jun04
     37    35    0    29    58    70    86    66    67    68    68    68
-------------------------------Aging Detail-------------------------------
     Future       Current       1 - 30      31 - 60      61 - 90     Over 90
    127977 32       0 00     166091 97     26700 96        0 00      73886 93

                                                                              DSC
Inv No   Inv Dt    Inv Amt   Due Dt   Pmt Dt    Purch Ord / RGA No    Bal Due  Term
---------------------------------------------------------------------------------
088554  01/21/05  55468 12  02/21/05            607308               55468 12
088555  01/21/05  55468 12  02/21/05            607307               55468 12
313870  09/20/04   1941 84  11/20/04 10/21/04   477305                 279 60  1%
316036  12/20/04   1701 36  02/19/05            566656                1701 36  1%
316589  01/18/05   3114 00  03/20/05            595457                3114 00  1%
316694  01/20/05   5365 44  03/22/05            597301                5365 44  1%
316697  01/20/05   3048 48  03/22/05            600158                3048 48  1%
316766  01/24/05   1625 76  03/26/05            603274                1625 76  1%
316881  01/26/05   1482 68  03/28/05            603277                1482 68  1%
316899  01/27/05   1933 20  03/29/05            606156                1933 20  1%
316939  01/28/05   1199 52  03/30/05            609147                1199 52  1%
316940  01/28/05   4316 84  03/30/05            609154                4316 84  1%
316942  01/28/05   3072 52  03/30/05            611796                3072 52  1%
316951  01/28/05   1542 52  03/30/05            613228                1542 52  1%
317089  02/04/05   1831 68  04/06/05            615760                1831 68  1%
317156  02/08/05   1716 48  04/10/05            615755                1716 48  1%
317158  02/08/05   1917 76  04/10/05            618287                1917 76  1%
317231  02/14/05   2323 52  04/16/05            619490                2323 52  1%
317234  02/14/05   2428 32  04/16/05            622169                2428 32  1%
320459  04/25/05   3699 36  05/26/05            196495                3699 36  1%
320581  04/26/05    229 44  05/27/05            203071                 229 44  1%
320632  04/27/05    912 96  05/28/05            202917                 912 96  1%
320794  05/04/05   2415 52  06/04/05            209983                2415 52  1%
320804  05/04/05   1852 56  06/04/05            212293                1852 56  1%
321017  05/10/05    430 56  06/10/05            212263                 430 56  1%
321020  05/10/05    688 32  06/10/05            215421                 688 32  1%
321140  05/11/05    185 76  06/11/05            216525                 185 76  1%
321207  05/12/05    344 16  06/12/05            219111                 344 16  1%

       (Continued)
```

*[Handwritten annotations in margin:]*
Chap 11 Filing 2/21/05
$149,835.92
Bad debt
$ 111.900

```
Dawn Sandie              Pacific World Corporation      05/31/05  Page  2
Menu 850 6                       Inquiry                11 43 AM  (CARICO)
T58 #1 3 6              Open Accounts Receivable Inquiry  M 850 6  Trm T58
Customer  1419 Winn Dixie                              Run Date  06/02/05
                                           Cred Lmt    650000    04/12/05
                                                                          DSC
Inv No   Inv Dt    Inv Amt    Due Dt   Pmt Dt   Purch Ord / RGA No   Bal Due Term
---------------------------------------------------------------------------------
321235   05/13/05   2795 76  06/13/05           220883                2795 76  1%
321345   05/18/05    688 32  06/18/05           219107                 688 32  1%
321347   05/18/05    990 72  06/18/05           220886                 990 72  1%
321375   05/19/05   8282 08  06/19/05           222585                8282 08  1%
321404   05/20/05   2647 44  06/20/05           222577                2647 44  1%
321473   05/21/05   4258 96  06/21/05           226331                4258 96  1%
321553   05/24/05   1222 56  06/24/05           226346                1222 56  1%
C21382   10/29/04   1023 84- 10/29/04           309432 NOT DELIVERED  1023 84-
C21761   12/15/04  36190 83- 12/15/04           GMD193373/DR114120   36190 83-
C21905r  01/18/05   1701 36- 01/18/05           RGA#R12165            1701 36-
C22077   02/11/05    114 24- 02/11/05  02/10/05 315979 SHORTAGE        114 24-
G14969   02/10/05  93679 92  04/12/05                                93679 92
G14970   02/10/05  62194 29  04/12/05                                62194 29
G15159   05/23/05    215 28  06/23/05                                  215 28
G15160   05/23/05  50612 34  06/23/05                                50612 34
G15161   05/23/05  41441 27  06/23/05                                41441 27
G15162   05/23/05   4063 95  06/23/05                                 4063 95
         Future       Current      1 - 30      31 - 60      61 - 90   Over 90
      127977 32         0 00    166091 97     26700 96         0 00  73886 93
```

07/20/05  08:12 FAX 000000000          WINN DIXIE                                    ☒004

```
                           WINN-DIXIE
                       AMERICA'S SUPERMARKET
                  P O BOX 850001, ORLANDO FL 32885-0230
                             (904) 783-5000

                         INVOICE ADJUSTMENTS                              02/13/05

     WINN-DIXIE STORES, INC
     P O BOX 40805
     JACKSONVILLE    FL 32203 0805

INVOICE 01315487      DUE DATE 02/12/05   P.O. DATE 11/30/04
P O. 561767  RECEIPT 04 045044272
REQUESTER OUTA

VENDOR         160057

         PACIFIC WORLD CORP
         FEDI VENDOR
         BOX 512410
         LOS ANGELES   , CA 90051
```

| ITEM | UPC | PACK/SIZE | DESCRIPTION | | QUANTITY | PER UNIT | DEDUCTNS PAYMENTS |
|---|---|---|---|---|---|---|---|
| 506765 | 000000079186456 | 3/1EA | NAILENE HARD HGTRY | SHORTAGE DEDUCT | 792.0000 | 5.37 | 4253.04 |
| 506764 | 00000007918166457 | 3/1EA | NAILENE HARD HLTHY | SHORTAGE DEDUCT | 792 0000 | 5 37 | 4253 04 |
| 506762 | 00000007918166458 | 2/1EA | NLNE HRD HLTHY 66458 | SHORTAGE DEDUCT | 792 0000 | 5.99 | 4736.16 |
| 506761 | 00000007918166459 | 2/1EA | NLNE HRD HLTHY 66459 | SHORTAGE DEDUCT | 792.0000 | 5.99 | 4736 16 |
| 506758 | 00000007918166460 | 2/1EA | NLNE HRD HTHY FRN 66460 | SHORTAGE DEDUCT | 792.0000 | 8.38 | 6636.96 |
| 506756 | 00000007918166461 | 2/1EA | NLNE HRD HLTHY KIT 6646 | SHORTAGE DEDUCT | 792.0000 | 5.98 | 4736.16 |
| 506608 | 00000007918166462 | 2/1EA | NLNE HR HLTHY 66462 FRN | SHORTAGE DEDUCT | 792 0000 | 8.38 | 6636.96 |
| 506607 | 00000007918166463 | 2/1EA | NLNE 66463 HARD HLTHY K | SHORTAGE DEDUCT | 792.0000 | 5.99 | 4736.16 |
| 506604 | 00000007918166464 | 4/1EA | NLNE 66464 PERFECT TIP | SHORTAGE DEDUCT | 792.0000 | 4.76 | 3769.92 |

OD  01111383731      12-3-04

```
                                                       TOTAL              44494.56
                                       AMOUNT DEDUCTED FROM INVOICE       44494.56
THE ABOVE AMOUNTS WERE DEDUCTED FROM THE PAYMENT OF YOUR INVOICE NOTED ABOVE.
PLEASE DIRECT ALL CORRESPONDENCE TO THE ABOVE ADDRESS. NOTE OUR REFERENCE ON ALL CORRESPONDENCE.
```

07/20/05  08:12 FAX 000000000          WINN DIXIE                                              ☒005

```
                          WINN-DIXIE
                       AMERICA'S SUPERMARKET
                P O  BOX 850001, ORLANDO FL 32885 0230
                           (904) 783 5000
```

                                    INVOICE ADJUSTMENTS                                 02/13/05

GENERAL MERCHANDISE DIST.CNTR

JACKSONVILLE      FL 32203 0805


INVOICE  01315488        DUE DATE 02/12/05      P O. DATE 11/30/04
P.O. 551786   RECEIPT 21 215045828
REQUESTER   OUTA

VENDOR          160057


        PACIFIC WORLD CORP
        FEDI VENDOR
        BOX 512410
        LOS ANGELES   , CA 90051


| ITEM | UPC | PACK/SIZE | DESCRIPTION | | QUANTITY | PER UNIT | DEDUCTNS | PAYMENTS |
|---|---|---|---|---|---|---|---|---|
| 506165 | 00000007918166456 | 3/1EA | NAILENE HARD HLTHY | SHORTAGE DEDUCT | 864.0000 | 5.37 | 4639.68 | |
| 506764 | 00000007918166457 | 3/1EA | NAILENE HARD HLTHY | SHORTAGE DEDUCT | 864.0000 | 5.37 | 4639.68 | |
| 506762 | 00000007918166458 | 2/1EA | NLNE HRD HLTHY 66458 | SHORTAGE DEDUCT | 864.0000 | 5.98 | 5166.72 | |
| 506761 | 00000007918166459 | 2/1EA | NLNE HRD HLTHY 66459 | SHORTAGE DEDUCT | 828.0000 | 5.98 | 4951.44 | |
| 506759 | 00000007918166460 | 2/1EA | NLNE HRD HTHY FRN 66460 | SHORTAGE DEDUCT | 864.0000 | 8.38 | 7240.32 | |
| 506756 | 00000007918166461 | 2/1EA | NLNE HRD HLTHY KIT 6646 | SHORTAGE DEDUCT | 864.0000 | 5.98 | 5166.72 | |
| 506608 | 00000007918166462 | 2/1EA | NLNE HR HLTHY 66462 FRN | SHORTAGE DEDUCT | 864.0000 | 8.38 | 7240.32 | |
| 506607 | 00000007918166463 | 2/1EA | NLNE 66463 HARD HLTHY K | SHORTAGE DEDUCT | 864.0000 | 5.98 | 5166.72 | |
| 506604 | 00000007918166464 | 4/1EA | NLNE 66464 PERFECT TIP | SHORTAGE DEDUCT | 864.0000 | 4.76 | 4112.64 | |
| 506568 | 00000007918177361 | 2/1EA | NLNE 77361 GLUE ON NAIL | SHORTAGE DEDUCT | 72.0000 | 7.18 | 516.96 | |


OD  01111383749 - 12-3-04


                                                          TOTAL                  48841 20
                                        AMOUNT DEDUCTED FROM INVOICE            48841 20
THE ABOVE AMOUNTS WERE DEDUCTED FROM THE PAYMENT OF YOUR INVOICE NOTED ABOVE.
PLEASE DIRECT ALL CORRESPONDENCE TO THE ABOVE ADDRESS. NOTE OUR REFERENCE ON ALL CORRESPONDENCE.