3207 Greenhill Drive
Villa Rica, GA 30180

September 18, 2006

F I L E D
JACKSONVILLE, FL

SEP 2 2 20..

CLERK, U.S. BANKRUPTCY
MIDDLE DISTRICT OF FL...

U.S. Bankruptcy Court
300 North Hogan Street
Suite 3-350
Jacksonville, FL 32202

RE: Winn-Dixie Case # 05-03817-3F1

I am writing regarding the Winn-Dixie Bankruptcy Case. As a Stock Holder and Former Employee, I am objecting to this case as it relates to cancelling all stock holder interest in Winn-Dixie Stock. I was an employee for Winn-Dixie for 23 years and a good portion of my retirement was based on the Winn-Dixie stock that I purchased through payroll deduction over many years.

This stock was purchased in good faith and, though difficult to manage the payroll deduction at the time, was based on Winn-Dixie's management in promoting the payroll deduction stock plan as a benefit for our long range planning.

I feel that we, the former employees, have been taken advantage of and wish to request that the courts review the plan and how it relates to the many of us that have a vested interest in the company.

Sincerely,

*Louise H. Brannon* (signature)

Louise H. Brannon

Cc: D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLp
    Stephen D. Busey, Smith Hulsey & Busey
    Milbank, Tweed, Hadley & McCloy LLP