F I L E D
JACKSONV..

SEP 2 2 2006

CLERK, U. S. BANKRUP,
MIDDLE DISTRICT OF F....

17 September, 2006

From: Deborah A. Tindel Cheney
6441 CR 2301
Tyler Texas, 75707

or ( P.O. Box 627
Athens, TX 75751 )

To: United States Bankruptcy Court for the Middle
Of Florida Jacksonville Division

Subj: Winn-Dixie Stores, Inc.,et al., Case # 05-03817-3F1, Chapter 11, Rejection of Joint Plan of Reorganization of Winn-Dixie Stores, Inc.

Please accept this as our rejection to Winn-Dixie Stores being permitted to nullify my (Deborah Ann Tindel) stock and the stock of my minor children; Christina Ann Tindel and Kevin Wayne Tindel.

We feel that Winn-Dixie Stores Inc. should not be allowed to reorganize and continue business as usual at the expense of the people who gave them money in good faith. Winn-Dixie has, as is apparent, cheated the investor and absconded with money. We realize that people will loose their jobs. However, if companies are permitted to commit criminal acts and still stay in business, we have lost what America is all about. We feel if the court allows this to happen, a great injustice will be done to the American investor.

We will however, accept partial ownership in the new Winn-Dixie endeavor or cash value of the stock before Winn-Dixie decided to file bankruptcy.

Deborah Tindel Cheney

*Deborah Tindel Cheney*