F I L E D
JACKSONVILLE, FLOR

SEP 2 2 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

SEPTEMBER 20, 2006

TO WHOM IT MAY CONCERN,

   MY CLAIM WITH WINN DIXIE IS A VALID ONE AS I HAVE A RUPTURED DISC IN MY BACK AS A RESULT OF WORKING THERE. I TAKE CELEBREX EVERY DAY AND SOMETIMES OTHER MEDICINES, AND I ALSO HAVE TO SEE THE DOCTOR OCCASIALLY.

   MY SETTLEMENT WITH WINN DIXIE WAS AN AGREEMENT THAT I WOULD HAVE LIFETIME MEDICAL CARE FOR MY BACK. PLEASE DO NOT DISMISS MY CLAIM WITH THEM AS I REALLY NEED THIS CARE.

                               THANK YOU,

                               JUDY M. TEAL
                               423683902 SSN#
                               CASE# 05-03817-3F1
                               CLAIMAINT ID:WDX-386343-9H-54