**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors | ) | Jointly Administered |

### OBJECTION TO CONFIRMATION OF PLAN BY HAMILTON COUNTY, TENNESSEE

Comes over-secured creditor, Hamilton County, Tennessee, by counsel, Scott N. Brown, Jr., Spears, Moore, Rebman & Williams, P.C., P.O. Box 1749, Chattanooga, Tennessee 37401-1749, and respectfully objects to the proposed treatment of Class 10, Secured Tax Claims, and to confirmation of the Debtor's Plan of Arrangement.

Creditor's claim is number 4206 (original) and/or 12950 (amended) in the Court's claim management system, filed in the amount of $15,431.00 (plus interest). Creditor had a valid first lien on debtor's tangible business personal property assets (bpp) at four stores located in Hamilton County, Tennessee to secure payment of its claim for ad valorem taxes for year 2005; debtor sold the bpp assets free and clear in this proceeding with creditor's liens attaching to the proceeds; creditor has not received any report of the results of the sale but believes and so alleges that the proceeds certainly exceeded and continue to exceed the modest amounts owed creditor; creditor is entitled to immediate payment of its taxes plus delinquent interest from the presumably segregated sale proceeds; and the treatment proposed for Class 10 is authorized by the Code for unsecured priority tax claimants but not secured tax claimants.

Creditor asserts that to the extent it is not paid in full in cash with interest on the confirmation or effective date then the Plan should be denied confirmation because it fails the requirements of 11 U.S.C. 1129(a)(7); it purports to reduce creditor's statutory interest impermissibly in violation of 11 U.S.C. 1129(a)(2); it fails to assure that creditor's lien continues

as to real and adequate "collateral" during the proposed pay-out period, such collateral being at present (presumably escrowed) proceeds of sale of the bpp; and as to Class 10 the plan is not proposed in good faith, in violation of 11 U.S.C. 1129(a)(3).

Creditor also respectfully reserves the right to assert and/or rely on objections made by other members of Class 10.

Accordingly, creditor prays its objection be sustained and that the Plan be amended to provide for full payment to creditor in cash at a fixed date, confirmation or effective date, of creditor's entire claim, or be denied confirmation.

Respectfully submitted,

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By: /s/Scott N. Brown, Jr.
     Scott N. Brown, Jr., Tenn. Bar No. 1212
     Attorneys for Hamilton County, Tennessee
801 Broad Street, Sixth Floor
P.O. Box 1749
Chattanooga, TN 37401-1749
Telephone - (423) 756-7000
snb@smrw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of this pleading has been served on counsel for all parties at interest in this cause by e-mail and by depositing a copy of same in the United States Mail with sufficient postage thereon to carry same to its destination, addressed as follows:

D. J. Baker, Esq.
Rosalie Walker Gray, Esq., et al.
Skadden, Arps, Slate, Meagher
 & Flom, LLP
Four Times Square
New York, NY 10036
(also to rgray@skadden.com)

Stephen D. Busey, Esq.
Cynthia C. Jackson, Esq., et al.
Smith, Hulsey & Busey
225 Water Street, Ste. 1800
Jacksonville, FL 32202
(also to cjackson@smithhulsey.com)

Michael E. Comerford, Esq.
Matthew Barr, Esq., et al.
Milbank, Tweed, Hadley &
 McCloy, LLLP
1 Chase Manhattan Plaza
New York, NY 10005
(also to mbarr@milbank.com)

This 22nd day of September, 2006.

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

BY: /s/Scott N. Brown, Jr.

F:\Library\users\CLIENTS\124898\0012\Obj-ConfPlan snb sg 9-22-06.wpd