RECEIVED
JACKSONVILLE, FLORIDA
CLERK, U.S. BANKRUPTCY COURT
SEP 2 2 2006
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Janet Bourland
9351 SW 90 Street
Ocala, FL 34481

September 20, 2006

United States Courthouse
300 North Hogan Street
Suite 3-350
Jacksonville, FL32202

Subject:    Winn-Dixie, Inc. hearing scheduled for October 13, 2006
            to consider confirmation of the Plan
            Case # 05-03817-3F1

Dear Judge Funk:

As a Winn-Dixie stock shareholder, I am filing this objection to the confirmation of the Plan, to strip shareholders of their rightful ownership interest in Winn-Dixie by virtue of stock ownership.

I consider the debtors' tactics to deny my rights to my equity outrageous and ludicrous.

Your honor, if you do not receive many objections from shareholders, it may be due to the confusing notice sent with regard to this matter that indicated objections were to be filed electronically with the Bankruptcy Court.

I sincerely hope you will rule in favor of the stockholders.

Very truly yours,

*Janet Bourland*
Janet Bourland