F I L E D
JACKSONVILLE, FLORIDA

SEP 2 2 2006

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al | ) | Chapter 11 |
| Debtors. | ) | **ADVERSARY PROCEEDING** |
| ------------------------------------------------- | ) | Claim No.: 4207 |
| | | Creditor:   Kathleen L. Donovan |
| KATHLEEN L. DONOVAN | ) | |
| vs. | ) | |
| WINN-DIXIE STORES, INC. | ) | |

## MOTION TO LIFT STAY

COMES, NOW, Kathleen L. Donovan, Creditor for the above named Debtor, and

moves this Court to lift the Automatic Stay pursuant to Bankruptcy Code 362(a) and

states as follows:

1.      The Debtor, Winn-Dixie Stores, Inc., et al, has filed Chapter 11

proceedings for reorganization at the United States Bankruptcy Court.

2.      Movant shows that on or about May 17, 2004, she suffered injuries on the

premises of the Debtor located at 1135 Royal Palm Beach Boulevard, Royal Palm Beach,

Florida, resulting from the Debtor to warn of hazards of which the Debtor knew or should

have know existed.

3.      Movant shows that an automatic stay was granted to your Debtor.

4.      Movant shows that she is in need of an Order to lift the automatic stay to

the extent of any insurance maintained by your Debtor for such injuries, or to the extent

of her injuries if your debtor is self insured.

1

5.      Movant shows that time is of the essence and the statute of limitations will expire on May 14, 2007.

WHEREFORE, the Movant prays as follows:

1.      That the Court set a hearing on the above styled matter.

2.      That the Court enter an Order lifting the automatic stay as to the Creditor, Kathleen L. Donovan.

3.      That the Court allow the Creditor, Kathleen L. Donovan, to proceed in any State or Federal Court with jurisdiction over the subject matter herein.

SO MOVED this 14th day of September, 2006.

KATHLEEN L. DONOVAN
PRO SE

37D Danbury Court
Royal Palm Beach, FL  33411
(561)584-0969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U. S. Mail and Facsimile Transmission thereon to:

D. Jan Baker, Esq.
Rosalie Walker Gray, Esq.
Adam S. Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036
(212) 735-2000 Fax
Counsel for the Debtor

Stephen D. Busey, Esq.
James H. Post, Esq.
Smith, Hulsey & Busey
225 Water Street
Ste. 1800
Jacksonville, FL  33302
(904)359-7708
Counsel for the Debtor

Dennis Dunne, Esq.
Millbank, Tweed, Handley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
(212)530-5219

Ms. Stephanie Knight
Sedgwick Claims Management, Inc.
8649 Baypine Road
Building 7
Ste. 300
Jacksonville, FL  32256
(888)784-3470
(904)419-4724 Fax

Logan & Company
546 Valley Road
Upper Montclair, NJ  07043
(973)509-3190
(973)509-3191 Fax

KATHLEEN L. DONOVAN
PRO SE

37D Danbury Court
Royal Palm Beach, FL  33411
(561)584-0969