# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al., | : | CASE NO. 05-03817 |
| | : | JOINTLY ADMINISTERED |
| Debtors | : | |

## RESPONSE OF SUPERMARKET EQUIPMENT RESALE, INC.
## TO DEBTORS' OBJECTION TO CLAIM

COMES NOW Supermarket Equipment Resale, Inc. and responds to the Debtors' objection to the proof of claim filed by Winn-Dixie Stores, Inc., et al., Debtors.

### 1.

Supermarket Equipment Resale, Inc. filed a proof of claim in the Debtors' case in the amount of $172,305.63, designated as claim no. 10330.

### 2.

On or about August 30, 2006, Debtors filed a notice of objection to the proof of claim. In its objection, Debtors state that there is no liability of the Debtors to the claimant. Debtors allege that the Debtors' books and records reflect an account receivable balance owed by the claimant to the Debtors' of $243,381.30. Accordingly, Debtors contend claimant owes Debtors $70,975.67.

### 3.

In response to this objection, Supermarket Equipment Resale, Inc. shows that the amount alleged to be owed by claimant to Debtors should be $42,000.00, while the amount due

by Debtors to claimant is $220,791.30.  Thus, Debtors are incorrect when they allege that the claimant owes Debtors $243,381.30.

4.

A summary of the amounts owed is attached hereto as Exhibit "B" and a copy of the supporting invoices and evidences of payment are attached hereto as Exhibit "C".

5.

The post-petition invoices from claimant to Debtors should be accorded administrative expense priority under 11 U.S.C. § 503(b)(1).

WHEREFORE, Supermarket Equipment Resale, Inc. requests that Debtors' objection be overruled and that it have such other and further relief as is just and proper.

KATZ, FLATAU, POPSON & BOYER, L.L.P.
By:

_____

WESLEY J. BOYER
State Bar No. 073126
Attorney for Debtor-in-Possession
355 Cotton Avenue
Macon, Georgia 31201
(478) 742-6481

**Winn Dixie Account**

| Returned Checks | $ | 31,000.00 |
| | $ | 43,000.00 |
| | $ | 36,000.00 |
| | $ | 32,000.00 |
| | $ | 142,000.00 |
| less Check # 1522 | | |
| dated 5/4/06 | $ | (100,000.00) |
| Owed to Winn Dixie | $ | 42,000.00 |

*· NOT REFLECTED ON A/C*

| | Previous Invoices | New Invoices | Total |
|---|---|---|---|
| Winn Dixie Stores Inc. | $ 185,424.38 | $ 62,341.64 | $ 247,766.02 |
| Central Purchasing | $ 3,995.00 | | $ 3,995.00 |
| Winn Dixie Corporation | $ 6,825.00 | | $ 6,825.00 |
| Winn Dixie # 439 | | $ 2,626.63 | $ 2,626.63 |
| Winn Dixie # 443 | | $ 1,578.72 | $ 1,578.72 |
| | $ 196,244.38 | $ 66,546.99 | $ 262,791.37 |

Balance Due to SER        $   220,791.37



EXHIBIT

A



| | Statement Number: | 231 | Page 1 of 1 |

Statement Number:    231

Statement Date    09/03/2006

Account Number:    01000198289

Send payment to    WINN-DIXIE STORES, INC.

Accounts Receivable

**PO Box 850001**

**Orlando, FL 32885-0230**

**Please include full account number on the check remittance**

If you have questions about your account, please contact us at the following-
Winn-Dixie Accounts Receivable
Email: ARCollections@winn-dixie.com

NO NAME
SUPERMARKET EQUIPMENT CO
1671 NEWBOURN ROAD
RUTLEDGE, GA  30663

| Inv Date | Item ID | Entry Type | Amount Due | Item Activity | PO | Document | Payment |
|----------|---------|------------|------------|---------------|----|----------|---------|

**Account Name:  SUPERMARKET EQUIPMENT CO    17000198289**

| Inv Date | Item ID | Entry Type | Amount Due | Item Activity | PO |
|----------|---------|------------|------------|---------------|-----|
| 02/09/2005 | DM-HDQACC186922 | 1 | Debit Memo | 31,000.00 | 52,000.00 RET CK |
| 02/09/2005 | DM-HDQACC186922 | 1 | Debit Memo | | -21,000.00 RET CK |
| 02/09/2005 | DM-HDQACC186923 | 1 | Debit Memo | 43,000.00 | 43,000.00 RET CK |
| 02/09/2005 | DM-HDQACC186924 | 1 | Debit Memo | 36,000.00 | 36,000.00 RET CK |
| 02/09/2005 | DM-HDQACC186925 | 1 | Debit Memo | 32,000.00 | 32,000.00 RET CK |

Total for  SUPERMARKET EQUIPMENT CO                    142,000.00

Statement Total                    142,000.00

| | Future | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total |
|---|--------|--------|---------|---------|---------|-------|
| No. of Items | | | | | 4 | 4 |
| Amount | | | | | 142,000.00 | 142,000.00 |

Please reference specific item(s) on the check remittance.

In order to ensure more accurate and timely posting of credits to your statement, we ask that you please remit a copy of the original billing statement along with your payment.  The original billing statement is yours to keep for your records

In addition, we also ask that you please remit all payments to the mailing address listed at the top of your billing statement.  We appreciate your business.

For reclaim back-up, please visit our internet site at www.winn-dixie.com.

**For additional information, please contact:**
**Winn-Dixie Accounts Receivable**
**Email:  ARCollections@winn-dixie.com**



**Supermarket Equipment Resale**

ACCOUNTS PAYABLE TRIAL BALANCE

*ALL INVOICES*

| VENDOR INVOICE NO. | DATES INVOICE | DUE | H E L D DSCNT | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TRANSACTION TYPE | DATE | AMOUNT | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WINN90 | WINN-DIXIE STORES, INC. | | | | | | | | | | |
| 122004-1 | | | | | | | PMT | 01.31.05 | 43,000.00- | 000085 | 01.31.05 |
| | | | | | | | PMT | 03.04.05 | 43,000.00 | 023303 | 12.20.04 |
| 122004-2 | 12.20.04 | | N | 32,000.00 | .00 | .00 | INV | 12.20.04 | 32,000.00 | | |
| | | | | | | | PMT | 12.20.04 | 32,000.00 | 023304 | 12.20.04 |
| | | | | | | | PMT | 01.31.05 | 32,000.00- | 000085 | 01.31.05 |
| | | | | | | | PMT | 03.04.05 | 32,000.00 | 023304 | 12.20.04 |
| 122004-3 | 12.20.04 | | N | 36,000.00 | .00 | .00 | INV | 12.20.04 | 36,000.00 | | |
| | | | | | | | PMT | 12.20.04 | 36,000.00 | 023305 | 12.20.04 |
| | | | | | | | PMT | 01.31.05 | 36,000.00- | 000085 | 01.31.05 |
| | | | | | | | PMT | 03.04.05 | 36,000.00 | 023305 | 12.20.04 |
| 122004-5 | 12.20.04 | | N | 52,000.00 | .00 | .00 | INV | 12.20.04 | 52,000.00 | | |
| | | | | | | | PMT | 12.20.04 | 52,000.00- | 023306 | 12.20.04 |
| 61804 | 06.18.04 | 07.18 | | 30,000.00 | .00 | .00 | INV | 06.21.04 | 30,000.00 | | |
| | | | | | | | PMT | 06.22.04 | 30,000.00- | 002176 | 06.22.04 |
| CK001010 | 05.15.06 | | N | 30,000.00 | .00 | .00 | INV | 05.17.06 | 30,000.00 | | |
| | | | | | | | PMT | 05.17.06 | 30,000.00- | 001010 | 05.18.06 |
| CK001128 | 05.11.06 | | N | 50,000.00 | .00 | .00 | INV | 05.11.06 | 50,000.00 | | |
| | | | | | | | PMT | 05.11.06 | 50,000.00- | 001128 | 05.11.06 |
| CK001522 | 05.01.06 | | N | 100,000.00 | .00 | .00 | INV | 05.31.06 | 100,000.00 | | |
| | | | | | | | PMT | 05.31.06 | 100,000.00- | 001522 | 05.04.06 |
| CK001523 | 05.01.06 | | N | 10,000.00 | .00 | .00 | INV | 05.31.06 | 10,000.00 | | |
| | | | | | | | PMT | 05.31.06 | 10,000.00- | 001523 | 05.04.06 |
| CK001562 | 06.01.06 | | N | 5,000.00 | .00 | .00 | INV | 06.13.06 | 5,000.00 | | |
| | | | | | | | PMT | 06.13.06 | 5,000.00- | 001562 | 06.01.06 |
| | VENDOR WINN90 TOTALS | | | 1,747,535.00 | .00 | .00 | | | .00 | | |
| | REPORT TOTALS | | | 1,747,535.00 | .00 | .00 | | | .00 | | |

## Owing to SER

Winn Dixie Stores Inc.

| Date | Inv # | Amount | |
|------|-------|--------|---|
| 1/20/2005 | 0036055 | $ | 5,489.68 |
| 2/3/2005 | 0036106 | $ | 5,847.40 |
| 2/16/2005 | 0036140 | $ | 29,497.83 |
| 2/21/2005 | 0036146 | $ | 41,696.01 |
| 2/25/2005 | 0036159 | $ | 3,907.17 |
| 2/25/2005 | 0036160 | $ | 41,099.59 |
| 3/3/2005 | 0036179 | $ | 2,316.60 |
| 3/3/2005 | 0036180 | $ | 1,733.60 |
| 3/3/2005 | 0036182 | $ | 37,489.80 |
| 3/14/2005 | 0036206 | $ | 252.95 |
| 3/14/2005 | 0036207 | $ | 975.00 |
| 12/15/2005 | 0037138 | $ | 15,118.75 |
| 9/5/2006 | 0037765 | $ | 62,341.64 |
| | | **$** | **247,766.02** |

Central Purchasing

| Date | Inv # | Amount | |
|------|-------|--------|---|
| 10/29/2004 | 0035673 | $ | 2,000.00 |
| 11/18/2005 | 0036848 | $ | 1,500.00 |
| 12/12/2005 | 0037110 | $ | 495.00 |
| | | **$** | **3,995.00** |

Winn Dixie Corporation

| Date | Inv # | Amount | |
|------|-------|--------|---|
| 1/20/2006 | 0037211 | $ | 6,825.00 |
| | | **$** | **6,825.00** |

Winn Dixie # 439

| Date | Inv # | Amount | |
|------|-------|--------|---|
| 9/5/2006 | 0037764 | $ | 1,949.98 |
| 9/18/2006 | 0037808 | $ | 676.65 |
| | | **$** | **2,626.63** |

Winn Dixie # 443

| Date | Inv # | Amount | |
|------|-------|--------|---|
| 9/5/2006 | 0037763 | $ | 1,578.72 |
| | | **$** | **1,578.72** |

**$ 262,791.37**

# ACCOUNTS RECEIVABLE TRIAL BALANCE REPORT

*ALL INVOICES*

| CUSTOMER/ INVOICE NO. | INVOICE | DUE | DSCNT | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TYPE | DATE | AMOUNT | CK. NO. TYPE | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WINN40 | Winn Dixie Montgomery, Inc. | | | | | | | | | | |
| 0035718 - IN | 11/11/04 | 11/11 | | 2,000.00 | .00 | .00 | INV | 11/11/04 | 2,000.00 | | |
| | | | | | | | PMT | 12/08/04 | 2,000.00- | 007397853 | 12/08/04 |
| | CUSTOMER WINN40 TOTALS: | | | 2,000.00 | .00 | .00 | | | .00 | | |
| WINN51 | WINN DIXIE STORES, INC | | | | | | | | | | |
| 0033824 - IN | 12/17/03 | 12/17 | | 388.32 | .00 | .00 | INV | 12/17/03 | 388.32 | | |
| | | | | | | | PMT | 01/20/04 | 388.32- | 007110744 | 01/20/04 |
| 0033827 - IN | 12/17/03 | 12/17 | | 19,742.46 | .00 | .00 | INV | 12/17/03 | 19,742.46 | | |
| | | | | | | | PMT | 01/21/04 | 19,742.46- | 007113978 | 01/21/04 |
| 0034794 - IN | 05/24/04 | 05/24 | | 3,173.27 | .00 | .00 | INV | 05/24/04 | 3,173.27 | | |
| | | | | | | | PMT | 06/30/04 | 3,173.27- | 007258357 | 06/30/04 |
| 0034795 - IN | 05/24/04 | 05/24 | | 4,759.64 | .00 | .00 | INV | 05/24/04 | 4,759.64 | | |
| | | | | | | | PMT | 06/30/04 | 4,759.64- | 007258357 | 06/30/04 |
| 0034796 - IN | 05/24/04 | 05/24 | | 4,666.67 | .00 | .00 | INV | 05/24/04 | 4,666.67 | | |
| | | | | | | | PMT | 06/30/04 | 4,666.67- | 007258357 | 06/30/04 |
| 0034797 - IN | 05/24/04 | 05/24 | | 6,496.80 | .00 | .00 | INV | 05/24/04 | 6,496.80 | | |
| | | | | | | | PMT | 06/30/04 | 6,496.80- | 007258357 | 06/30/04 |
| 0035091 - IN | 07/21/04 | 07/21 | | 432.15 | .00 | .00 | INV | 07/21/04 | 432.15 | | |
| | | | | | | | PMT | 08/11/04 | 432.15- | 007300212 | 08/11/04 |
| 0035092 - IN | 07/21/04 | 07/21 | | 226.00 | .00 | .00 | INV | 07/21/04 | 226.00 | | |
| | | | | | | | PMT | 08/11/04 | 226.00- | 007300212 | 08/11/04 |
| 0035093 - IN | 07/21/04 | 07/21 | | 27,326.34 | .00 | .00 | INV | 07/21/04 | 27,326.34 | | |
| | | | | | | | PMT | 08/09/04 | 27,326.34- | 007298156 | 08/09/04 |
| 0035096 - IN | 07/21/04 | 07/21 | | 13,616.04 | .00 | .00 | INV | 07/22/04 | 13,616.04 | | |
| | | | | | | | PMT | 08/11/04 | 13,616.04- | 007300212 | 08/11/04 |
| 0035097 - IN | 07/21/04 | 07/21 | | 10,467.18 | .00 | .00 | INV | 07/22/04 | 10,467.18 | | |
| | | | | | | | PMT | 08/24/04 | 10,467.18- | 007310528 | 08/24/04 |
| 0035098 - IN | 07/21/04 | 07/21 | | 43,823.25 | .00 | .00 | INV | 07/21/04 | 43,823.25 | | |
| | | | | | | | PMT | 08/09/04 | 43,823.25- | 007298156 | 08/09/04 |
| 0035099 - IN | 07/22/04 | 07/22 | | 43,056.22 | .00 | .00 | INV | 07/22/04 | 43,056.22 | | |
| | | | | | | | PMT | 08/09/04 | 43,056.22- | 007298156 | 08/09/04 |
| 0035100 - IN | 07/22/04 | 07/22 | | 42,511.69 | .00 | .00 | INV | 07/22/04 | 42,511.69 | | |
| | | | | | | | PMT | 08/09/04 | 26,761.69- | 007298156 | 08/09/04 |
| | | | | | | | PMT | 10/01/04 | 15,750.00- | CLEARING | 10/01/04 |
| 0035255 - IN | 08/14/04 | 08/14 | | 1,791.74 | .00 | .00 | INV | 08/16/04 | 1,791.74 | | |
| | | | | | | | PMT | 09/08/04 | 1,791.74- | 007322048 | 09/08/04 |
| 0035256 - IN | 08/14/04 | 08/14 | | 47,469.35 | .00 | .00 | INV | 08/16/04 | 47,469.35 | | |
| | | | | | | | PMT | 09/01/04 | 47,469.35- | 007317609 | 09/01/04 |
| 0035278 - IN | 08/20/04 | 08/20 | | 2,062.00 | .00 | .00 | INV | 08/24/04 | 2,062.00 | | |
| | | | | | | | ADJ | 08/25/04 | .00 | | |
| | | | | | | | PMT | 10/06/04 | 2,062.00- | 007345231 | 10/06/04 |
| 0035442 - IN | 09/09/04 | 09/09 | | 23,478.09 | .00 | .00 | INV | 09/24/04 | 23,478.09 | | |
| | | | | | | | PMT | 11/03/04 | 2,182.77- | 0270664 | 11/03/04 |
| | | | | | | | PMT | 11/15/04 | 21,295.32- | 0270949 | 11/15/04 |
| 0035443 - IN | 09/10/04 | 09/10 | | 512.00 | .00 | .00 | INV | 09/20/04 | 512.00 | | |
| | | | | | | | PMT | 11/01/04 | 512.00- | 007368110 | 11/01/04 |
| 0035512 - IN | 09/28/04 | 09/28 | | 1,087.50 | .00 | .00 | INV | 09/30/04 | 1,087.50 | | |
| | | | | | | | PMT | 11/29/04 | 1,087.50- | 007389751 | 11/29/04 |
| 0035513 - IN | 09/28/04 | 09/28 | | 42,716.53 | .00 | .00 | INV | 09/30/04 | 42,716.53 | | |
| | | | | | | | PMT | 10/15/04 | 42,716.53- | 007355268 | 10/15/04 |
| 0035659 - IN | 10/28/04 | 10/28 | | 39,115.71 | .00 | .00 | INV | 10/29/04 | 39,115.71 | | |
| | | | | | | | PMT | 11/26/04 | 39,115.71- | 007388671 | 11/26/04 |
| 0035663 - IN | 10/28/04 | 10/28 | | 32,676.59 | .00 | .00 | INV | 10/29/04 | 32,676.59 | | |
| | | | | | | | PMT | 11/29/04 | 32,676.59- | 007389751 | 11/29/04 |
| 0035698 - IN | 11/01/04 | 11/01 | | 31,244.27 | .00 | .00 | INV | 11/01/04 | 31,244.27 | | |
| | | | | | | | PMT | 12/14/04 | 31,244.27- | 007404193 | 12/14/04 |
| 0035785 - IN | 11/17/04 | 11/17 | | 36,271.56 | .00 | .00 | INV | 11/17/04 | 36,271.56 | | |
| | | | | | | | PMT | 12/14/04 | 36,271.56- | 007404193 | 12/14/04 |
| 0036055 - IN | 01/20/05 | 01/20 | | 5,489.68 | .00 | .00 | INV | 01/20/05 | 5,489.68 | | |
| | | | | | | | PMT | 12/31/05 | 5,489.68- | BAD DEBT | 12/31/05 |
| 0036106 - IN | 02/03/05 | 02/03 | | 5,847.40 | .00 | .00 | INV | 02/03/05 | 5,847.40 | | |
| | | | | | | | PMT | 12/31/05 | 5,847.40- | BAD DEBT | 12/31/05 |
| 0036140 - IN | 02/16/05 | 02/16 | | 29,497.83 | .00 | .00 | INV | 02/18/05 | 29,497.83 | | |
| | | | | | | | PMT | 12/31/05 | 29,497.83- | BAD DEBT | 12/31/05 |
| 0036146 - IN | 02/21/05 | 02/21 | | 41,696.01 | .00 | .00 | INV | 02/21/05 | 41,696.01 | | |
| | | | | | | | PMT | 12/31/05 | 41,696.01- | BAD DEBT | 12/31/05 |
| 0036159 - IN | 02/25/05 | 02/25 | | 3,907.17 | .00 | .00 | INV | 03/03/05 | 3,907.17 | | |
| | | | | | | | PMT | 12/31/05 | 3,907.17- | BAD DEBT | 12/31/05 |
| 0036160 - IN | 02/25/05 | 02/25 | | 41,099.59 | .00 | .00 | INV | 03/03/05 | 41,099.59 | | |
| | | | | | | | PMT | 12/31/05 | 41,099.59- | BAD DEBT | 12/31/05 |
| 0036179 - IN | 03/03/05 | 03/03 | | 2,316.60 | .00 | .00 | INV | 03/03/05 | 2,316.60 | | |
| | | | | | | | PMT | 12/31/05 | 2,316.60- | BAD DEBT | 12/31/05 |

# ACCOUNTS RECEIVABLE TRIAL BALANCE REPORT

*ALL INVOICES*

| CUSTOMER INVOICE NO. | DATES INVOICE | DUE | DSCNT | INVOICE AMOUNT | DISCOUNT AMOUNT | INVOICE BALANCE | TRANSACTION TYPE | DATE | AMOUNT | CK. NO. / TYPE | DEPOSIT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WINN51 | WINN DIXIE STORES, INC |  |  |  |  |  |  |  |  |  |  |
| 0036180 - IN | 03/03/05 | 03/03 |  | 1,733.60 | .00 | .00 | INV | 03/03/05 | 1,733.60 |  |  |
|  |  |  |  |  |  |  | PMT | 12/31/05 | 1,733.60- | BAD DEBT | 12 31/05 |
| 0036182 - IN | 03/03/05 | 03/03 |  | 37,489.80 | .00 | .00 | INV | 03/03/05 | 37,489.80 |  |  |
|  |  |  |  |  |  |  | PMT | 12/31/05 | 37,489.80- | BAD DEBT | 12 31/05 |
| 0036206 - IN | 03/14/05 | 03/14 |  | 252.95 | .00 | .00 | INV | 03/23/05 | 252.95 |  |  |
|  |  |  |  |  |  |  | PMT | 12/31/05 | 252.95- | BAD DEBT | 12 31/05 |
| 0036207 - IN | 03/14/05 | 03/14 |  | 975.00 | .00 | .00 | INV | 03/23/05 | 975.00 |  |  |
|  |  |  |  |  |  |  | PMT | 12/31/05 | 975.00- | BAD DEBT | 12 31/05 |
| 0037138 - IN | 12/15/05 | 12/15 |  | 15,118.75 | .00 | .00 | INV | 12/18/05 | 15,118.75 |  |  |
|  |  |  |  |  |  |  | PMT | 05/31/06 | 15,118.75- | BAD DEBT | 05 31/06 |
| 0037765 - IN | 09/05/06 | 09/05 |  | 62,341.64 | .00 | 62,341.64 | INV | 09/08/06 | 62,341.64 |  |  |
|  | CUSTOMER WINN51 TOTALS: |  |  | 726,877.39 | .00 | 62,341.64 |  |  | 62,341.64 |  |  |
| WINN55 | WINN DIXIE CENTRAL PURCHASING |  |  |  |  |  |  |  |  |  |  |
| 0033651 - IN | 11/10/03 | 12/10 |  | 2,882.00 | .00 | .00 | INV | 11/14/03 | 2,882.00 |  |  |
|  |  |  |  |  |  |  | PMT | 02/02/04 | 1,700.00- | 007126099 | 02 02/04 |
|  |  |  |  |  |  |  | C/M | 07/31/04 | 1,182.00- | REFRNC: 0035410 |  |
| 0033654 - IN | 11/10/03 | 12/10 |  | 1,710.00 | .00 | .00 | INV | 11/14/03 | 1,710.00 |  |  |
|  |  |  |  |  |  |  | PMT | 01/23/04 | 1,700.00- | 001771041 | 01 23/04 |
|  |  |  |  |  |  |  | PMT | 02/02/04 | 10.00- | 007126099 | 02 02/04 |
| 0033669 - IN | 11/17/03 | 12/17 |  | 600.00 | .00 | .00 | INV | 11/17/03 | 600.00 |  |  |
|  |  |  |  |  |  |  | PMT | 02/02/04 | 600.00- | 007126099 | 02 02/04 |
| 0033781 - IN | 12/09/03 | 01/08 |  | 5,259.92 | .00 | .00 | INV | 12/18/03 | 5,259.92 |  |  |
|  |  |  |  |  |  |  | PMT | 06/01/04 | 5,259.92- | 007237833 | 06 01/04 |
| 0033970 - IN | 01/16/04 | 02/15 |  | 1,879.00 | .00 | .00 | INV | 01/16/04 | 1,879.00 |  |  |
|  |  |  |  |  |  |  | PMT | 04/28/04 | 1,879.00- | 007207626 | 04 28/04 |
| 0034010 - IN | 01/26/04 | 02/25 |  | 1,891.64 | .00 | .00 | INV | 01/26/04 | 1,891.64 |  |  |
|  |  |  |  |  |  |  | PMT | 04/16/04 | 1,891.64- | 007198180 | 04 16/04 |
| 0034015 - IN | 01/26/04 | 02/25 |  | .00 | .00 | .00 | INV | 01/27/04 | .00 |  |  |
| 0034016 - IN | 01/26/04 | 02/25 |  | .00 | .00 | .00 | INV | 01/27/04 | .00 |  |  |
| 0034095 - IN | 02/18/04 | 03/07 |  | 1,852.00 | .00 | .00 | INV | 02/19/04 | 1,852.00 |  |  |
|  |  |  |  |  |  |  | C/M | 07/31/04 | 1,182.00- | REFRNC: 0035407 |  |
|  |  |  |  |  |  |  | C/M | 07/31/04 | 670.00- | REFRNC: 0035408 |  |
| 0034185 - IN | 02/23/04 | 03/24 |  | 825.00 | .00 | .00 | INV | 02/23/04 | 825.00 |  |  |
|  |  |  |  |  |  |  | PMT | 02/24/04 | 750.00- | 7146473 | 02 24/04 |
|  |  |  |  |  |  |  | C/M | 07/31/04 | 75.00- | REFRNC: 0035406 |  |
| 0034531 - IN | 04/14/04 | 05/14 |  | .00 | .00 | .00 | INV | 04/14/04 | .00 |  |  |
| 0035673 - IN | 10/29/04 | 11/28 |  | 2,000.00 | .00 | .00 | INV | 10/29/04 | 2,000.00 |  |  |
|  |  |  |  |  |  |  | PMT | 12/31/05 | 2,000.00- | BAD DEBT | 12 31/05 |
| 0036848 - IN | 11/18/05 | 12/18 |  | 1,500.00 | .00 | .00 | INV | 11/29/05 | 1,500.00 |  |  |
|  |  |  |  |  |  |  | PMT | 05/31/06 | 1,500.00- | BAD DEBT | 05 31/06 |
| 0037110 - IN | 12/12/05 | 01/11 |  | 495.00 | .00 | .00 | INV | 12/18/05 | 495.00 |  |  |
|  |  |  |  |  |  |  | PMT | 05/31/06 | 495.00- | BAD DEBT | 05 31/06 |
| 0037312 - IN | 02/20/06 | 03/22 |  | .00 | .00 | .00 | INV | 02/21/06 | .00 |  |  |
|  | CUSTOMER WINN55 TOTALS: |  |  | 20,894.56 | .00 | .00 |  |  | .00 |  |  |
| WINN65 | WINN DIXIE #439 |  |  |  |  |  |  |  |  |  |  |
| 0037764 - IN | 09/05/06 | 09/05 |  | 1,949.98 | .00 | 1,949.98 | INV | 09/08/06 | 1,949.98 |  |  |
| 0037808 - IN | 09/18/06 | 09/18 |  | 676.65 | .00 | 676.65 | INV | 09/18/06 | 676.65 |  |  |
|  | CUSTOMER WINN65 TOTALS: |  |  | 2,626.63 | .00 | 2,626.63 |  |  | 2,626.63 |  |  |
| WINN70 | WINN DIXIE # 443 |  |  |  |  |  |  |  |  |  |  |
| 0037763 - IN | 09/05/06 | 09/05 |  | 1,578.72 | .00 | 1,578.72 | INV | 09/08/06 | 1,578.72 |  |  |
|  | CUSTOMER WINN70 TOTALS: |  |  | 1,578.72 | .00 | 1,578.72 |  |  | 1,578.72 |  |  |
| WINN82 | WINN DIXIE CORPORATION |  |  |  |  |  |  |  |  |  |  |
| 0037211 - IN | 01/20/06 | 01/20 |  | 6,825.00 | .00 | .00 | INV | 01/20/06 | 6,825.00 |  |  |
|  |  |  |  |  |  |  | PMT | 05/31/06 | 6,825.00- | BAD DEBT | 05 31/06 |
|  | CUSTOMER WINN82 TOTALS: |  |  | 6,825.00 | .00 | .00 |  |  | .00 |  |  |
|  | REPORT TOTALS: |  |  | 760,802.30 | .00 | 66,546.99 |  |  | 66,546.99 |  |  |
|  | NUMBER OF CUSTOMERS: | 6 |  |  |  |  |  |  |  |  |  |

INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036055-IN
INVOICE DATE: 01/20/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
JACKSONVILLE,  FL   32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
POMPANO BEACH,  FL   33064

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8048 | | Rutledge, GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2.000 | * | 8' KYSOR/WARREN PRODUCE HZVP1-8U 2500 COLOR INSERT BLACK | 2.000 | 0.000 | 45.63 | 91.26 |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 20.00 | 40.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 10.00 | 20.00 |
| 4.000 | * | 16' KYSOR/WARREN PRODUCE HZVP1-8U 2500 COLOR INSERT BLACK. | 4.000 | 0.000 | 45.63 | 182.52 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |
| 2.000 | * | 20' KYSOR/WARREN PRODUCE HZVP1-12U | 2.000 | 0.000 | 68.45 | 136.90 |
| 2.000 | * | HZVP1-8U 2500 COLOR INSERT BLACK | 2.000 | 0.000 | 45.63 | 91.26 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |
| 4.000 | * | 24' KYSOR/WARREN PRODUCE D61-12U 2500 COLOR INSERT BLACK | 4.000 | 0.000 | 68.45 | 273.80 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036055-IN
INVOICE DATE: 01/20/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
JACKSONVILLE. FL  32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
POMPANO BEACH,  FL  33064

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8048 | | Rutledge. GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |
| 1.000 | * | 12' KYSOR/WARREN CHEESE C2VI3-12U BUMPER ONLY2" ASH GRAY | 1.000 | 0.000 | 120.96 | 120.96 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 80.00 | 80.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 10.00 | 10.00 |
| 10.000 | * | 40' KYSOR/WARREN BEER D6H1-8U 2500 COLOR INSERT BLACK | 10.000 | 0.000 | 45.63 | 456.30 |
| 4.000 | * | BUMPER 3" ASH GRAY | 4.000 | 0.000 | 33.00 | 132.00 |
| 14.000 | * | LABOR TO INSTALL PER CASE | 14.000 | 0.000 | 20.00 | 280.00 |
| 14.000 | * | FREIGHT | 14.000 | 0.000 | 10.00 | 140.00 |
| 10.000 | * | 60' KYSOR/WARREN MEAT MULTI-DECK M4A1-12U 2500 COLOR INSERT BLACK | 10.000 | 0.000 | 68.45 | 684.50 |
| 10.000 | * | LABOR TO INSTALL PER CASE | 10.000 | 0.000 | 20.00 | 200.00 |
| 10.000 | * | FREIGHT | 10.000 | 0.000 | 10.00 | 100.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036055-IN
INVOICE DATE: 01/20/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
JACKSONVILLE,  FL  32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
POMPANO BEACH,  FL  33064

CONFIRM TO:

| CUSTOMER P.O. 8048 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 1.000 | * | 12' KYSOR/WARREN MEAT D61-12U BUMPER 3" ASH GRAY | 1.000 | 0.000 | 41.10 | 41.10 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 20.00 | 20.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 10.00 | 10.00 |
| 6.000 | * | 88' KYSOR/WARREN DAIRY D61-12U | 6.000 | 0.000 | 32.25 | 193.50 |
| 2.000 | * | D61-8U BUMPER 3" ASH GRAY | 2.000 | 0.000 | 32.25 | 64.50 |
| 8.000 | * | LABOR TO INSTALL PER CASE | 8.000 | 0.000 | 20.00 | 160.00 |
| 8.000 | * | FREIGHT | 8.000 | 0.000 | 10.00 | 80.00 |
| 2.000 | * | 40' KYSOR/WARREN DAIRY D61-12U | 2.000 | 0.000 | 33.00 | 66.00 |
| 2.000 | * | D61-8U BUMPER 3" ASH GRAY | 2.000 | 0.000 | 33.00 | 66.00 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |
| 4.000 | * | 20 DR KYSOR/WARREN FROZEN FOOD IV5V1-5U BUMPER 3" ASH GRAY | 4.000 | 0.000 | 40.88 | 163.52 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036055-IN
INVOICE DATE: 01/20/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
JACKSONVILLE,  FL   32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
POMPANO BEACH,  FL   33064

CONFIRM TO:

| CUSTOMER P.O. 8048 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | |
|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |
| 4.000 | * | 20 DR KYSOR/WARREN FROZEN FOOD IV5V1-5U BUMPER 3: ASH GRAY | 4.000 | 0.000 | 40.88 | 163.52 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |
| 4.000 | * | 20 DR KYSOR/WARREN FROZEN FOOD IV5V1-5U BUMPER 3" ASH GRAY | 4.000 | 0.000 | 40.88 | 163.52 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |
| 4.000 | * | 20 DR KYSOR/WARREN FROZEN FOOD IV5V1-5U BUMPER 3" ASH GRAY | 4.000 | 0.000 | 40.88 | 163.52 |
| 4.000 | * | LABOR TO INSTALL | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036055-IN
INVOICE DATE: 01/20/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
JACKSONVILLE, FL 32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
POMPANO BEACH, FL 33064

CONFIRM TO:

| CUSTOMER P.O. 8048 | SHIP VIA | F.O.B. Rutledge, GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 1.000 | * | 2DR KYSOR/WARREN FROZEN FOOD IV5V1-2U BUMPER 3" ASH GRAY | 1.000 | 0.000 | 37.50 | 37.50 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 20.00 | 20.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 10.00 | 10.00 |
| 1.000 | * | 3DR KYSOR/WARREN FROZEN FOOD IV5V1-3U BUMPER 3" ASH GRAY | 1.000 | 0.000 | 37.50 | 37.50 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 20.00 | 20.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 10.00 | 10.00 |

|  |  |
|---|---|
| Net Invoice: | 5,489.68 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **5,489.68** |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/1-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge. GA 30663
(706) 557-2543

INVOICE NUMBER: 0036106-IN
INVOICE DATE: 02/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville,  FL  32203

CONFIRM TO:

SHIP TO:
WINN DIXIE STORE #0248
TOWNE SHOPS OF MARGATE
2450 N. STATE RD 7
MARGATE,  FL  33063

| CUSTOMER P.O.<br>804 | SHIP VIA | F.O.B.<br>Rutledge. GA | TERMS<br>DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 4.000 | * | 24' KYSOR/WARREN PRODUCE<br>D61-12U<br>2500 COLOR INSERT BLACK | 4.000 | 0.000 | 68.45 | 273.80 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FRIEGHT | 4.000 | 0.000 | 10.00 | 40.00 |
| 4.000 | * | 40' KYSOR/WARREN MEET MULTI<br>DECK<br>D6H1-12U | 4.000 | 0.000 | 68.45 | 273.80 |
| 4.000 | * | D6H1-8U<br>2500 COLOR INSERT BLACK | 4.000 | 0.000 | 45.63 | 182.52 |
| 8.000 | * | LABOR TO INSTALL PER CASE | 8.000 | 0.000 | 20.00 | 160.00 |
| 8.000 | * | FREIGHT | 8.000 | 0.000 | 10.00 | 80.00 |
| 8.000 | * | 56' KYSOR/WARREN MEET MEAT<br>MULTI DECK<br>M4A1-12U | 8.000 | 0.000 | 68.45 | 547.60 |
| 2.000 | * | M4A1-8U<br>2500 COLOR INSERT BLACK | 2.000 | 0.000 | 45.63 | 91.26 |
| 10.000 | * | LABOR TO INSTALL PER CASE | 10.000 | 0.000 | 20.00 | 200.00 |
| 10.000 | * | FREIGHT | 10.000 | 0.000 | 10.00 | 100.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036106-IN
INVOICE DATE: 02/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0248
TOWNE SHOPS OF MARGATE
2450 N. STATE RD 7
MARGATE, FL  33063

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 804 | | Rutledge. GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4.000 | * | 32' KYSOR/WARREN DAIRY D61-12U | 4.000 | 0.000 | 68.45 | 273.80 |
| 2.000 | * | D61-8U 2500 COLOR INSERT BLACK | 2.000 | 0.000 | 45.63 | 91.26 |
| 6.000 | * | LABOR TO INSTALL PER CASE | 6.000 | 0.000 | 20.00 | 120.00 |
| 6.000 | * | FREIGHT | 6.000 | 0.000 | 10.00 | 60.00 |
| 4.000 | * | 32' KYSOR/WARREN DAIRY D61-12U | 4.000 | 0.000 | 68.45 | 273.80 |
| 2.000 | * | D61-8U 2500 COLOR INSERT BLACK | 2.000 | 0.000 | 45.63 | 91.26 |
| 6.000 | * | LABOR TO INSTALL PER CASE | 6.000 | 0.000 | 20.00 | 120.00 |
| 6.000 | * | FREIGHT | 6.000 | 0.000 | 10.00 | 60.00 |
| 8.000 | * | 64' KYSOR/WARREN DAIRY D61-12U | 8.000 | 0.000 | 68.45 | 547.60 |
| 6.000 | * | D61-8U 2500 COLOR INSERT BLACK | 6.000 | 0.000 | 45.63 | 273.78 |
| 14.000 | * | LABOR TO INSTALL PER CASE | 14.000 | 0.000 | 20.00 | 280.00 |
| 14.000 | * | FREIGHT | 14.000 | 0.000 | 10.00 | 140.00 |
| 12.000 | * | 78' KYSOR/WARREN FROZEN FOOD WTLI-12 | 12.000 | 0.000 | 68.45 | 821.40 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036106-IN
INVOICE DATE: 02/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville,  FL   32203

SHIP TO:
WINN DIXIE STORE #0248
TOWNE SHOPS OF MARGATE
2450 N. STATE RD 7
MARGATE,   FL   33063

CONFIRM TO:

| CUSTOMER P.O. 804 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 4.000 | * | EWTL1 | 4.000 | 0.000 | 17.12 | 68.48 |
| 2.000 | * | 2500 COLOR INSERT BLACK | 2.000 | 0.000 | 28.52 | 57.04 |
| 18.000 | * | LABOR TO INSTALL PER CASE | 18.000 | 0.000 | 20.00 | 360.00 |
| 18.000 | * | FREIGHT | 18.000 | 0.000 | 10.00 | 180.00 |

|  |  |
|---|---|
| Net Invoice: | 5,847.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **5,847.40** |

**WARRANTY INFORMATION**
NEW=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0036140-IN
INVOICE DATE: 02/16/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL   32203

SHIP TO:
WINN DIXIE STORE #0336
EMERALD WOODS PLAZA
3850 NORTH 46TH AVE
Hollywood,  FL   33021

CONFIRM TO:

| CUSTOMER P.O.<br>8058 | SHIP VIA | F.O.B.<br>Rutledge. GA | TERMS<br>DUE UPON RECEIPT | | |
|---|---|---|---|---|---|

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2.000 | * | 24' HILL MEAT MULTI DECK<br>5LM-12RK<br>SERIAL NUMBERS<br>319632<br>319633 | 2.000 | 0.000 | 661.32 | 1.322.64 |
| 1.000 | * | JOINT TRIM | 1.000 | 0.000 | 66.31 | 66.31 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 178.29 | 178.29 |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 190.00 | 380.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 42.00 | 84.00 |
| 5.000 | * | 68' HILL MEAT LNM-12T<br>SERIAL NUMBERS<br>320479<br>320482<br>320481<br>320332<br>320480 | 5.000 | 0.000 | 642.96 | 3.214.80 |
| 1.000 | * | LNM-8T<br>SERIAL NUMBER<br>320478 | 1.000 | 0.000 | 454.47 | 454.47 |
| 5.000 | * | JOINT TRIM | 5.000 | 0.000 | 50.70 | 253.50 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 152.09 | 152.09 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0036140-IN
INVOICE DATE: 02/16/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
Jacksonville,  FL   32203

SHIP TO:
WINN DIXIE STORE #0336
EMERALD WOODS PLAZA
3850 NORTH 46TH AVE
Hollywood,  FL   33021

CONFIRM TO:

| CUSTOMER P.O.<br>8058 | SHIP VIA | F.O.B.<br>Rutledge, GA | TERMS<br>DUE UPON RECEIPT | | |
|---|---|---|---|---|---|

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6.000 | * | LABOR TO INSTALL PER CASE | 6.000 | 0.000 | 190.00 | 1,140.00 |
| 6.000 | * | FREIGHT | 6.000 | 0.000 | 42.00 | 252.00 |
| 6.000 | * | 96' HILL DAIRY 5LM-12RK<br>SERIAL NUMBERS<br>319631<br>319828<br>319831<br>319832<br>319830<br>319829 | 6.000 | 0.000 | 661.32 | 3,967.92 |
| 3.000 | * | 5LM-8RK<br>SERIAL NUMBERS<br>319635<br>319825<br>319827 | 3.000 | 0.000 | 462.82 | 1,388.46 |
| 8.000 | * | JOINT TRIM | 8.000 | 0.000 | 66.31 | 530.48 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 178.29 | 178.29 |
| 9.000 | * | LABOR TO INSTALL PER CASE | 9.000 | 0.000 | 190.00 | 1,710.00 |
| 9.000 | * | FREIGHT | 9.000 | 0.000 | 42.00 | 378.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

**INVOICE**

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036140-IN
INVOICE DATE: 02/16/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0336
EMERALD WOODS PLAZA
3850 NORTH 46TH AVE
Hollywood, FL  33021

CONFIRM TO:

| CUSTOMER P.O. 8058 | SHIP VIA | F.O.B. Rutledge, GA | TERMS DUE UPON RECEIPT | | |
|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3.000 | * | 21DR TYLER DAIRY D5FG12 SERIAL NUMBERS W654442 W185154 W654143 | 3.000 | 0.000 | 580.99 | 1,742.97 |
| 2.000 | * | D5FG8 59" DOOR HEIGHT SERIAL NUMBERS W654144 W654162 | 2.000 | 0.000 | 358.90 | 717.80 |
| 4.000 | * | JOINT TRIM | 4.000 | 0.000 | 70.81 | 283.24 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 190.55 | 190.55 |
| 5.000 | * | LABOR TO INSTALL PER CASE | 5.000 | 0.000 | 190.00 | 950.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 42.00 | 210.00 |
| 3.000 | * | 21DR TYLER DAIRY D5FG12 SERIAL NUMBERS W654201 W654264 W654448 | 3.000 | 0.000 | 580.99 | 1,742.97 |
| 2.000 | * | D5FG8 59" DOOR HEIGHT SERIAL NUMBERS W654497 W654441 | 2.000 | 0.000 | 358.90 | 717.80 |

---

**WARRANTY INFORMATION**
**NEW=FACTORY WARRANTY. CASES WIHT GEM KITS = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.AS-IS/CLEANED & SERVICED CASES = NO WARRANTY.
AS-IS/CLEANED & SERVICED ITEMS, COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.
ALL SALES ARE FINAL.**

INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036140-IN
INVOICE DATE: 02/16/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL   32203

SHIP TO:
WINN DIXIE STORE #0336
EMERALD WOODS PLAZA
3850 NORTH 46TH AVE
Hollywood, FL   33021

CONFIRM TO:

| CUSTOMER P.O.<br>8058 | SHIP VIA | F.O.B.<br>Rutledge. GA | TERMS<br>DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 4.000 | * | JOINT TRIM | 4.000 | 0.000 | 70.81 | 283.24 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 190.55 | 190.55 |
| 5.000 | * | LABOR TO INSTALL PER CASE | 5.000 | 0.000 | 190.00 | 950.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 42.00 | 210.00 |
| 3.000 | * | 21DR TYLER DAIRY D5FG12<br>SERIAL NUMBERS<br>W657215<br>W654198<br>W654945 | 3.000 | 0.000 | 580.99 | 1.742.97 |
| 2.000 | * | D5FG8<br>59" DOOR HEIGHT<br>SERIAL NUMBERS<br>W654496<br>W654263 | 2.000 | 0.000 | 358.90 | 717.80 |
| 4.000 | * | JOINT TRIM | 4.000 | 0.000 | 70.81 | 283.24 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 190.55 | 190.55 |
| 5.000 | * | LABOR TO INSTALL PER CASE | 5.000 | 0.000 | 190.00 | 950.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 42.00 | 210.00 |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0036140-IN
INVOICE DATE:  02/16/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville,  FL   32203

SHIP TO:
WINN DIXIE STORE #0336
EMERALD WOODS PLAZA
3850 NORTH 46TH AVE
Hollywood,  FL   33021

CONFIRM TO:

| CUSTOMER P.O.<br>8058 | SHIP VIA | | F.O.B.<br>Rutledge. GA | TERMS<br>DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 1.000 | * | 3DR TYLER DAIRY D5FG8<br>59" DOOR HEIGHT<br>SERIAL NUMBER<br>N3191233 | | 1.000 | 0.000 | 358.90 | 358.90 |
| 1.000 | * | END JOINT TRIM | | 1.000 | 0.000 | 190.55 | 190.55 |
| 1.000 | * | LABOR TO INSTALL PER CASE | | 1.000 | 0.000 | 190.00 | 190.00 |
| 1.000 | * | FREIGHT | | 1.000 | 0.000 | 42.00 | 42.00 |
| 1.000 | * | 3DR TYLER DAIRY D5FG8<br>59" DOOR HEIGHT<br>SERIAL NUMBER<br>N319103 | | 1.000 | 0.000 | 358.90 | 358.90 |
| 1.000 | * | END JOINT TRIM | | 1.000 | 0.000 | 190.55 | 190.55 |
| 1.000 | * | LABOR TO INSTALL PER CASE | | 1.000 | 0.000 | 190.00 | 190.00 |
| 1.000 | * | FREIGHT | | 1.000 | 0.000 | 42.00 | 42.00 |

Net Invoice: 29,497.83
Less Discount: 0.00
Freight: 0.00
Sales Tax: 0.00
**Invoice Total:** **29,497.83**

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036146-IN
INVOICE DATE: 02/21/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
J.D. CONNER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0367
MIRAMAR PARKWAY PLAZA
3108 S UNIVERSITY DR
MIRAMAR,  FL  33025

CONFIRM TO:

| CUSTOMER P.O. 8057 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 4.000 | * | 48' HUSSMANN MEAT MULTI DECK ND5HZ-12U SERIALNUMBERS 43170249 43170258 43170257 43170256 | 4.000 | 0.000 | 678.62 | 2,714.48 |
| 3.000 | * | JOINT TRIM | 3.000 | 0.000 | 68.99 | 206.97 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 170.11 | 170.11 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 190.00 | 760.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 42.00 | 168.00 |
| 1.000 | * | 12' KYSOR/WARREN CHEESE C2VI3-12U BUMPER ONLY2" ASH GRAY | 1.000 | 0.000 | 120.96 | 120.96 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 80.00 | 80.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 10.00 | 10.00 |
| 2.000 | * | 24' KYSOR/WARREN MEAT MULTI DECK M4A1-12U SERIAL NUMBERS 030350987 020591756 | 2.000 | 0.000 | 807.40 | 1,614.80 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER
COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036146-IN
INVOICE DATE: 02/21/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
J.D. CONNER
Jacksonville,  FL   32203

SHIP TO:
WINN DIXIE STORE #0367
MIRAMAR PARKWAY PLAZA
3108 S UNIVERSITY DR
MIRAMAR,  FL   33025

CONFIRM TO:

| CUSTOMER P.O.<br>8057 | SHIP VIA | F.O.B.<br>Rutledge. GA | TERMS<br>DUE UPON RECEIPT | | |
|---|---|---|---|---|---|

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1.000 | * | JOINT TRIM | 1.000 | 0.000 | 71.19 | 71.19 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 181.61 | 181.61 |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 190.00 | 380.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 42.00 | 84.00 |
| 2.000 | * | 24' KYSOR/WARREN MEAT MULTI DECK<br>M4A1-12U<br>SERIAL NUMBERS<br>010628269<br>010628270 | 2.000 | 0.000 | 807.40 | 1,614.80 |
| 1.000 | * | JOINT TRIM | 1.000 | 0.000 | 71.19 | 71.19 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 181.61 | 181.61 |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 190.00 | 380.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 42.00 | 84.00 |
| 2.000 | * | 24' HUSSMANN MEAT MULTI DECK<br>NM3-12U<br>SERIAL NUMBERS<br>41460191<br>41460192 | 2.000 | 0.000 | 658.20 | 1,316.40 |
| 1.000 | * | JOINT TRIM | 1.000 | 0.000 | 70.79 | 70.79 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS =** EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES =** NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036146-IN
INVOICE DATE: 02/21/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
J.D. CONNER
Jacksonville, FL 32203

SHIP TO:
WINN DIXIE STORE #0367
MIRAMAR PARKWAY PLAZA
3108 S UNIVERSITY DR
MIRAMAR, FL 33025

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8057 | | Rutledge, GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 178.29 | 178.29 |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 190.00 | 380.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 42.00 | 84.00 |
| 3.000 | * | 36' HUSSMANN DAIRY ND5Z-12U SERIAL NUMBERS 43170251 43170255 43170254 | 3.000 | 0.000 | 652.87 | 1,958.61 |
| 2.000 | * | JOINT TRIM | 2.000 | 0.000 | 66.41 | 132.82 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 164.96 | 164.96 |
| 3.000 | * | LABOR TO INSTALL PER CASE | 3.000 | 0.000 | 190.00 | 570.00 |
| 3.000 | * | FREIGHT | 3.000 | 0.000 | 42.00 | 126.00 |
| 3.000 | * | 36' HUSSMANN DAIRY ND5Z-12U SERIAL NUMBERS 43170253 43170252 43170259 | 3.000 | 0.000 | 652.87 | 1,958.61 |
| 2.000 | * | JOINT TRIM | 2.000 | 0.000 | 66.41 | 132.82 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 164.96 | 164.96 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036146-IN
INVOICE DATE: 02/21/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
J.D. CONNER
Jacksonville, FL 32203

SHIP TO:
WINN DIXIE STORE #0367
MIRAMAR PARKWAY PLAZA
3108 S UNIVERSITY DR
MIRAMAR, FL 33025

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | | |
|---|---|---|---|---|---|
| 8057 | | Rutledge. GA | DUE UPON RECEIPT | | |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3.000 | * | LABOR TO INSTALL PER CASE | 3.000 | 0.000 | 190.00 | 570.00 |
| 3.000 | * | FREIGHT | 3.000 | 0.000 | 42.00 | 126.00 |
| 5.000 | * | 76' HUSSMANN DAIRY<br>ND5Z-12U<br>SERIAL NUMBERS<br>40670105<br>43160156<br>40670104<br>43160158<br>40670103 | 5.000 | 0.000 | 652.87 | 3,264.35 |
| 2.000 | * | ND5Z-8U<br>SERIAL NUMBERS<br>43160160<br>40670107 | 2.000 | 0.000 | 464.74 | 929.48 |
| 6.000 | * | JOINT TRIM | 6.000 | 0.000 | 66.41 | 398.46 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 164.96 | 164.96 |
| 7.000 | * | LABOR TO INSTALL PER CASE | 7.000 | 0.000 | 190.00 | 1,330.00 |
| 7.000 | * | FREIGHT | 7.000 | 0.000 | 42.00 | 294.00 |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036146-IN
INVOICE DATE: 02/21/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
J.D. CONNER
Jacksonville, FL   32203

SHIP TO:
WINN DIXIE STORE #0367
MIRAMAR PARKWAY PLAZA
3108 S UNIVERSITY DR
MIRAMAR,   FL   33025

CONFIRM TO:

| CUSTOMER P.O. 8057 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 4.000 | * | 26DR HUSSMANN FROZEN FOOD NRF5LU SERIAL NUMBERS 89020259 89020260 89040966 89040965 | | 4.000 | 0.000 | 523.89 | 2,095.56 |
| 2.000 | * | NRF3LU SERIAL NUMBERS 89040620 89040969 | | 2.000 | 0.000 | 346.55 | 693.10 |
| 5.000 | * | JOINT TRIM | | 5.000 | 0.000 | 42.93 | 214.65 |
| 1.000 | * | END JOINT TRIM | | 1.000 | 0.000 | 116.49 | 116.49 |
| 6.000 | * | LABOR TO INSTALL PER CASE | | 6.000 | 0.000 | 190.00 | 1,140.00 |
| 6.000 | * | FREIGHT | | 6.000 | 0.000 | 42.00 | 252.00 |
| 4.000 | * | 26DR HUSSMANN FROZEN FOOD NRF5LU SERIAL NUMBERS 89040968 89040619 89040967 89040964 | | 4.000 | 0.000 | 523.89 | 2,095.56 |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0036146-IN
INVOICE DATE: 02/21/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
J.D. CONNER
Jacksonville, FL   32203

SHIP TO:
WINN DIXIE STORE #0367
MIRAMAR PARKWAY PLAZA
3108 S UNIVERSITY DR
MIRAMAR,  FL   33025

CONFIRM TO:

| CUSTOMER P.O. 8057 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | |
|---|---|---|---|---|---|

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2.000 | * | NRF3LU SERIAL NUMBERS 89020261 89020258 | 2.000 | 0.000 | 346.55 | 693.10 |
| 5.000 | * | JOINT TRIM | 5.000 | 0.000 | 42.93 | 214.65 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 116.49 | 116.49 |
| 6.000 | * | LABOR TO INSTALL PER CASE | 6.000 | 0.000 | 190.00 | 1.140.00 |
| 6.000 | * | FREIGHT | 6.000 | 0.000 | 42.00 | 252.00 |
| 1.000 | * | 71' HUSSMANN FROZEN FOOD NCWE-90 SERIAL NUMBER 42710115 | 1.000 | 0.000 | 955.75 | 955.75 |
| 3.000 | * | NCW-12 SERIAL NUMBERS 42880133 42560149 42560150 | 3.000 | 0.000 | 805.91 | 2.417.73 |
| 2.000 | * | NCW-8 SERIAL NUMBERS 42560155 42530126 | 2.000 | 0.000 | 564.14 | 1.128.28 |

---

**WARRANTY INFORMATION**
NEW=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge. GA  30663
(706) 557-2543

INVOICE NUMBER: 0036146-IN
INVOICE DATE: 02/21/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
J.D. CONNER
Jacksonville. FL   32203

SHIP TO:
WINN DIXIE STORE #0367
MIRAMAR PARKWAY PLAZA
3108 S UNIVERSITY DR
MIRAMAR,  FL   33025

CONFIRM TO:

| CUSTOMER P.O. 8057 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | |
|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1.000 | * | NCWE-138 SERIAL NUMBER 42680144 | 1.000 | 0.000 | 1,048.61 | 1,048.61 |
| 6.000 | * | JOINT TRIM | 6.000 | 0.000 | 102.55 | 615.30 |
| 7.000 | * | LABOR TO INSTALL PER CASE | 7.000 | 0.000 | 350.00 | 2,450.00 |
| 7.000 | * | FREIGHT | 7.000 | 0.000 | 84.00 | 588.00 |
| 1.000 | * | 9DR KYSOR/WARREN REACH IN LV5V-5 KICKPLATE SERIAL NUMBER 001000503 | 1.000 | 0.000 | 108.43 | 108.43 |
| 1.000 | * | LV5V-4 KICKPLATE SERIAL NUMBER 001000502 | 1.000 | 0.000 | 91.08 | 91.08 |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 20.00 | 40.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 10.00 | 20.00 |

|  |  |
|---|---|
| Net Invoice: | 41,696.01 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **41,696.01** |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

Page: 1

**INVOICE**

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036159-IN
INVOICE DATE: 02/25/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL 32203

SHIP TO:
WINN DIXIE STORE # 0248
TOWN SHOPS OF MARGATE
2450 N. STATE RD 7
MARGATE, FL 33063

CONFIRM TO:

| CUSTOMER P.O. 8278 | SHIP VIA | F.O.B. Rutledge, GA | TERMS DUE UPON RECEIPT | | | | |
|---|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 4.000 | * | 48' KYSOR//WARREN PRODUCE PHZV1-12 NO CANOPIES SERIAL NUMBERS 041036329 041036330 041036331 041036332 | | 4.000 | 0.000 | 652.58 | 2,610.32 |
| 3.000 | * | JOINT TRIM | | 3.000 | 0.000 | 66.56 | 199.68 |
| 1.000 | * | END JOINT TRIM | | 1.000 | 0.000 | 169.17 | 169.17 |
| 4.000 | * | LABOR TO INSTALL PER CASE | | 4.000 | 0.000 | 190.00 | 760.00 |
| 4.000 | * | FREIGHT | | 4.000 | 0.000 | 42.00 | 168.00 |

| | |
|---|---|
| Net Invoice: | 3,907.17 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,907.17** |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.
ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036160-IN
INVOICE DATE: 02/25/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL   32203

SHIP TO:
WINN DIXIE STORE #0210
THREE LAKES PLAZA
3116 W COMMERCIAL BLVD
TAMARAC,  FL   33309

CONFIRM TO:

| CUSTOMER P.O.<br>8055 | SHIP VIA | F.O.B.<br>Rutledge. GA | TERMS<br>DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 1.000 | * | 36' HILL MEAT MULTI DECK<br>5LM-12RK<br>SERIAL NUMBER<br>405981 | 1.000 | 0.000 | 661.32 | 661.32 |
| 3.000 | * | 5LM-8RK<br>SERIAL NUMBERS<br>405688<br>405689<br>565971 | 3.000 | 0.000 | 462.82 | 1.388.46 |
| 3.000 | * | JOINT TRIM | 3.000 | 0.000 | 66.31 | 198.93 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 178.29 | 178.29 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 190.00 | 760.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 42.00 | 168.00 |
| 5.000 | * | 68' HILL MEAT MULTI DECK<br>5LM-12RK<br>SERIAL NUMBERS<br>576533<br>576532<br>576536<br>576537<br>576534 | 5.000 | 0.000 | 661.32 | 3.306.60 |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0036160-IN
INVOICE DATE: 02/25/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville,  FL   32203

SHIP TO:
WINN DIXIE STORE #0210
THREE LAKES PLAZA
3116 W COMMERCIAL BLVD
TAMARAC,  FL   33309

CONFIRM TO:

| CUSTOMER P.O. 8055 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 1.000 | * | 5LM-8RK<br>SERIAL NUMBER<br>576535 | 1.000 | 0.000 | 462.82 | 462.82 |
| 5.000 | * | JOINT TRIM | 5.000 | 0.000 | 66.31 | 331.55 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 178.29 | 178.29 |
| 6.000 | * | LABOR TO INSTALL PER CASE | 6.000 | 0.000 | 190.00 | 1,140.00 |
| 6.000 | * | FREIGHT | 6.000 | 0.000 | 42.00 | 252.00 |
| 1.000 | * | 32' HILL MEAT MULTI DECK<br>5LM-12RK FRONT 16"<br>SERIAL NUMBER<br>405429 | 1.000 | 0.000 | 661.32 | 661.32 |
| 1.000 | * | 5LM-12RK FRONT 24.5"<br>SERIAL NUMBER<br>405977 | 1.000 | 0.000 | 661.32 | 661.32 |
| 1.000 | * | 5LM-8RK FRONT 24.5"<br>SERIAL NUMBER<br>405686 | 1.000 | 0.000 | 462.82 | 462.82 |
| 2.000 | * | JOINT TRIM | 2.000 | 0.000 | 66.31 | 132.62 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 178.29 | 178.29 |
| 3.000 | * | LABOR TO INSTALL PER CASE | 3.000 | 0.000 | 190.00 | 570.00 |
| 3.000 | * | FREIGHT | 3.000 | 0.000 | 42.00 | 126.00 |

**WARRANTY INFORMATION**
NEW=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036160-IN
INVOICE DATE: 02/25/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL   32203

SHIP TO:
WINN DIXIE STORE #0210
THREE LAKES PLAZA
3116 W COMMERCIAL BLVD
TAMARAC,  FL   33309

CONFIRM TO:

| CUSTOMER P.O.<br>8055 | SHIP VIA | F.O.B.<br>Rutledge. GA | TERMS<br>DUE UPON RECEIPT | | |
| --- | --- | --- | --- | --- | --- |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 6.000 | * | 80' HILL MEAT MULTI DECK<br>5LM-12RK<br>SERIAL NUMBERS<br>405982<br>405980<br>505983<br>405979<br>405978<br>405976 | 6.000 | 0.000 | 661.32 | 3.967.92 |
| 1.000 | * | 5LM-8RK<br>SERIAL NUMBER<br>405687 | 1.000 | 0.000 | 462.82 | 462.82 |
| 6.000 | * | JOINT TRIM | 6.000 | 0.000 | 66.31 | 397.86 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 178.29 | 178.29 |
| 7.000 | * | LABOR TO INSTALL PER CASE | 7.000 | 0.000 | 190.00 | 1.330.00 |
| 7.000 | * | FREIGHT | 7.000 | 0.000 | 42.00 | 294.00 |
| 2.000 | * | 16' HILL DELI EXMXT-8U<br>SERIAL NUMBERS<br>574493<br>574492 | 2.000 | 0.000 | 399.78 | 799.56 |
| 1.000 | * | JOINT TRIM | 1.000 | 0.000 | 59.66 | 59.66 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 162.75 | 162.75 |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0036160-IN
INVOICE DATE: 02/25/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville,  FL   32203

SHIP TO:
WINN DIXIE STORE #0210
THREE LAKES PLAZA
3116 W COMMERCIAL BLVD
TAMARAC,  FL   33309

CONFIRM TO:

| CUSTOMER P.O. 8055 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 190.00 | 380.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 42.00 | 84.00 |
| 4.000 | * | 26DR HILL FROZEN FOOD ZER-5 SERIAL NUMBERS 569945 569946 569944 569943 | 4.000 | 0.000 | 534.19 | 2,136.76 |
| 2.000 | * | ZER-3 SERIAL NUMBERS 571212 571214 | 2.000 | 0.000 | 353.36 | 706.72 |
| 5.000 | * | JOINT TRIM | 5.000 | 0.000 | 42.93 | 214.65 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 116.49 | 116.49 |
| 6.000 | * | LABOR TO INSTALL PER CASE | 6.000 | 0.000 | 190.00 | 1,140.00 |
| 6.000 | * | FREIGHT | 6.000 | 0.000 | 42.00 | 252.00 |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0036160-IN
INVOICE DATE: 02/25/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO:  WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0210
THREE LAKES PLAZA
3116 W COMMERCIAL BLVD
TAMARAC, FL  33309

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8055 | | Rutledge. GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5.000 | * | 31DR HILL FROZEN FOOD ZER-5 SERIAL NUMBERS 569938 569939 569940 569941 569937 | 5.000 | 0.000 | 534.19 | 2.670.95 |
| 2.000 | * | ZER-3 SERIAL NUMBERS 571211 571213 | 2.000 | 0.000 | 353.36 | 706.72 |
| 6.000 | * | JOINT TRIM | 6.000 | 0.000 | 42.93 | 257.58 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 116.49 | 116.49 |
| 7.000 | * | LABOR TO INSTALL PER CASE | 7.000 | 0.000 | 190.00 | 1,330.00 |
| 7.000 | * | FREIGHT | 7.000 | 0.000 | 42.00 | 294.00 |
| 1.000 | * | 2DR KYSOR/WARREN FROZEN FOOD IV5V1-2 | 1.000 | 0.000 | 247.35 | 247.35 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 116.49 | 116.49 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 190.00 | 190.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 42.00 | 42.00 |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge. GA 30663
(706) 557-2543

INVOICE NUMBER: 0036160-IN
INVOICE DATE: 02/25/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0210
THREE LAKES PLAZA
3116 W COMMERCIAL BLVD
TAMARAC, FL  33309

CONFIRM TO:

| CUSTOMER P.O.<br>8055 | SHIP VIA | F.O.B.<br>Rutledee. GA | TERMS<br>DUE UPON RECEIPT | | |
|---|---|---|---|---|---|

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2.000 | * | 82' HILL FROZEN FOOD<br>WEZFK<br>SERIAL NUMBERS<br>404693<br>404942 | 2.000 | 0.000 | 591.71 | 1.183.42 |
| 5.000 | * | WIZ-12<br>SERIAL NUMBERS<br>404941<br>403937<br>403934<br>403931<br>403936 | 5.000 | 0.000 | 812.20 | 4.061.00 |
| 2.000 | * | WIZ-8<br>SERIAL NUMBERS<br>403933<br>406691 | 2.000 | 0.000 | 568.54 | 1.137.08 |
| 8.000 | * | JOINT TRIM | 8.000 | 0.000 | 42.30 | 338.40 |
| 9.000 | * | LABOR TO INSTALL PER CASE | 9.000 | 0.000 | 350.00 | 3.150.00 |
| 9.000 | * | FREIGHT | 9.000 | 0.000 | 84.00 | 756.00 |

| | |
|---|---|
| Net Invoice: | 41,099.59 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **41,099.59** |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036179-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
J.D. CONNER
Jacksonville, FL   32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
Pompano Beach,  FL   33064

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8201 | | Rutledge, GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 5.000 | * | 40' KYSOR/WARREN BEER D6H1-8U BUMPER 1" ASH GRAY | 5.000 | 0.000 | 29.40 | 147.00 |
| 5.000 | * | LABOR TO INSTALL PER CASE | 5.000 | 0.000 | 20.00 | 100.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 10.00 | 50.00 |
| 1.000 | * | 12' KYSOR/WARREN MEAT D61-12U BUMPER 1" ASH GRAY | 1.000 | 0.000 | 29.40 | 29.40 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 20.00 | 20.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 10.00 | 10.00 |
| 6.000 | * | 88' KYSOR/WARREN DAIRY D61-12U | 6.000 | 0.000 | 29.40 | 176.40 |
| 2.000 | * | D61-8U BUMPER 1" ASH GRAY | 2.000 | 0.000 | 29.40 | 58.80 |
| 8.000 | * | LABOR TO INSTALL PER CASE | 8.000 | 0.000 | 20.00 | 160.00 |
| 8.000 | * | FREIGHT | 8.000 | 0.000 | 10.00 | 80.00 |
| 2.000 | * | 40' KYSOR/WARREN DAIRY D61-12U | 2.000 | 0.000 | 29.40 | 58.80 |
| 2.000 | * | D61-8U BUMPER 1" ASH GRAY | 2.000 | 0.000 | 29.40 | 58.80 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 20.00 | 80.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 10.00 | 40.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036179-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
J.D. CONNER
Jacksonville, FL 32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
Pompano Beach, FL 33064

CONFIRM TO:

| CUSTOMER P.O. 8201 | SHIP VIA | F.O.B. Rutledge, GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 5.000 | * | 20DR KYSOR/WARREN FROZEN FOOD IV5V1-5U BUMPER1" ASH GRAY | 5.000 | 0.000 | 29.40 | 147.00 |
| 5.000 | * | LABOR TO INSTALL PER CASE | 5.000 | 0.000 | 20.00 | 100.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 10.00 | 50.00 |
| 5.000 | * | 20DR KYSOR/WARREN FROZEN FOOD IV5V1-5U BUMPER1" ASH GRAY | 5.000 | 0.000 | 29.40 | 147.00 |
| 5.000 | * | LAB0R TO INSTALL PER CASE | 5.000 | 0.000 | 20.00 | 100.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 10.00 | 50.00 |
| 5.000 | * | 20DR KYSOR/WARREN FROZEN FOOD IV5V1-5U BUMPER1" ASH GRAY | 5.000 | 0.000 | 29.40 | 147.00 |
| 5.000 | * | LABOR TO INSTALL PER CASE | 5.000 | 0.000 | 20.00 | 100.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 10.00 | 50.00 |
| 5.000 | * | 20DR KYSOR/WARREN FROZEN FOOD IV5V1-5U BUMPER1" ASH GRAY | 5.000 | 0.000 | 29.40 | 147.00 |
| 5.000 | * | LABOR TO INSTALL PER CASE | 5.000 | 0.000 | 20.00 | 100.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 10.00 | 50.00 |

## WARRANTY INFORMATION
NEW=FACTORY WARRANTY. CASES WIHT GEM KITS = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.AS-IS/CLEANED & SERVICED CASES = NO WARRANTY.
AS-IS/CLEANED & SERVICED ITEMS, COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.
ALL SALES ARE FINAL.

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036179-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
J.D. CONNER
Jacksonville, FL 32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
Pompano Beach, FL 33064

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8201 | | Rutledge, GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1.000 | * | 2DR KYSOR/WARREN FROZEN FOOD IV5V1-2U BUMPER 1" ASH GRAY | 1.000 | 0.000 | 29.40 | 29.40 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 20.00 | 20.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 10.00 | 10.00 |

|  |  |
|---|---|
| Net Invoice: | 2,316.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,316.60** |

**WARRANTY INFORMATION**
NEW=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS**, COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.
ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036180-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville. FL  32203

SHIP TO:
WINN DIXIE STORE #0207
SHOPPERS HAVEN
3435 N FEDERAL HWY
Pompano Beach,  FL  33064

CONFIRM TO:

| CUSTOMER P.O. 8247 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | |
|---|---|---|---|---|---|

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4.000 | * | SPOT KYSOR/WARREN FROZEN FOOD IL1-8U BUMPER 1" ASH GRAY | 4.000 | 0.000 | 65.40 | 261.60 |
| 4.000 | * | BUMPER 3" ASH GRAY | 4.000 | 0.000 | 82.50 | 330.00 |
| 4.000 | * | COLOR INSERT | 4.000 | 0.000 | 125.50 | 502.00 |
| 4.000 | * | LABOR TO INSTALL PER CASE | 4.000 | 0.000 | 120.00 | 480.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 40.00 | 160.00 |

| | |
|---|---|
| Net Invoice: | 1,733.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1,733.60** |

## WARRANTY INFORMATION

NEW=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY. **AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER. ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036182-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0335
PESIDENTIAL PLAZA
7208 SOUTHGATE BLVD
N LAUDERDALE, FL  33068

CONFIRM TO:

| CUSTOMER P.O. 8056 | SHIP VIA | F.O.B. Rutledge, GA | TERMS DUE UPON RECEIPT | | |
|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2.000 | * | 32' HUSSMANN MEAT MULTI DECK ND5HZ-12U SERIALNUMBER 4572-0141 4572-0142 | 2.000 | 0.000 | 678.62 | 1,357.24 |
| 1.000 | * | ND5HZ-8U SERIAL NUMBER 4571-0131 | 1.000 | 0.000 | 490.49 | 490.49 |
| 2.000 | * | JOINT TRIM | 2.000 | 0.000 | 68.99 | 137.98 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 170.11 | 170.11 |
| 3.000 | * | LABOR TO INSTALL PER CASE | 3.000 | 0.000 | 190.00 | 570.00 |
| 3.000 | * | FREIGHT | 3.000 | 0.000 | 42.00 | 126.00 |
| 4.000 | * | 56' HUSSMANN MEAT MHLHM-12U SERIAL NUMBERS 4566-0337 4566-0335 4566-0334 4566-0336 | 4.000 | 0.000 | 591.83 | 2,367.32 |
| 1.000 | * | MHLHM-8U SERIAL NUMBER 4565-0181 | 1.000 | 0.000 | 414.28 | 414.28 |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036182-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0335
PESIDENTIAL PLAZA
7208 SOUTHGATE BLVD
N LAUDERDALE, FL  33068

CONFIRM TO:

| CUSTOMER P.O. 8056 | SHIP VIA | F.O.B. Rutledge, GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 4.000 | * | JOINT TRIM | 4.000 | 0.000 | 60.39 | 241.56 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 168.77 | 168.77 |
| 5.000 | * | LABOR TO INSTALL PER CASE | 5.000 | 0.000 | 190.00 | 950.00 |
| 5.000 | * | FREIGHT | 5.000 | 0.000 | 42.00 | 210.00 |
| 2.000 | * | 24' HUSSMANN MEAT MULTI DECK NM3-12U SERIAL NUMBERS 4146-0536 4146-0535 | 2.000 | 0.000 | 658.20 | 1,316.40 |
| 1.000 | * | JOINT TRIM | 1.000 | 0.000 | 70.79 | 70.79 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 178.29 | 178.29 |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 190.00 | 380.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 42.00 | 84.00 |
| 1.000 | * | 8' HUSSMANN MEAT MULTI DECK ND5Z-8U SERIAL NUMBER 4565-0180 | 1.000 | 0.000 | 464.74 | 464.74 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 164.96 | 164.96 |
| 1.000 | * | LABOR TO INSTALL PER CASE | 1.000 | 0.000 | 190.00 | 190.00 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 42.00 | 42.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER
COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO
WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036182-IN

INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0335
PESIDENTIAL PLAZA
7208 SOUTHGATE BLVD
N LAUDERDALE, FL  33068

CONFIRM TO:

| CUSTOMER P.O. 8056 | SHIP VIA | F.O.B. Rutledge. GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 3.000 | * | 36' HUSSMANN DAIRY ND5Z-12U SERIAL NUMBERS 4566-0333 4566-0338 4566-0332 | 3.000 | 0.000 | 652.87 | 1.958.61 |
| 2.000 | * | JOINT TRIM | 2.000 | 0.000 | 66.41 | 132.82 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 164.96 | 164.96 |
| 3.000 | * | LABOR TO INSTALL PER CASE | 3.000 | 0.000 | 190.00 | 570.00 |
| 3.000 | * | FREIGHT | 3.000 | 0.000 | 42.00 | 126.00 |
| 2.000 | * | 16' HUSSMANN DELI NEBDH-8U CASE COLOR BLACK SERIAL NUMBERS 8956-0241 8956--0242 | 2.000 | 0.000 | 403.57 | 807.14 |
| 1.000 | * | JOINT TRIM | 1.000 | 0.000 | 61.78 | 61.78 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 139.52 | 139.52 |
| 2.000 | * | LABOR TO INSTALL PER CASE | 2.000 | 0.000 | 190.00 | 380.00 |
| 2.000 | * | FREIGHT | 2.000 | 0.000 | 42.00 | 84.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036182-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL 32203

SHIP TO:
WINN DIXIE STORE #0335
PESIDENTIAL PLAZA
7208 SOUTHGATE BLVD
N LAUDERDALE, FL 33068

CONFIRM TO:

| CUSTOMER P.O. 8056 | SHIP VIA | F.O.B. Rutledge, GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 3.000 | * | 44' HUSSMANN DAIRY ND5Z-12U SERIAL NUMBERS 4142-0517 4142-0515 4142-0516 | 3.000 | 0.000 | 652.87 | 1,958.61 |
| 1.000 | * | ND5Z-8U SERIAL NUMBER 4141-0411 | 1.000 | 0.000 | 464.74 | 464.74 |
| 3.000 | * | JOINT TRIM | 3.000 | 0.000 | 66.41 | 199.23 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 164.96 | 164.96 |
| 4.000 | * | LABO4R TO INSTALL PER CASE | 4.000 | 0.000 | 190.00 | 760.00 |
| 4.000 | * | FREIGHT | 4.000 | 0.000 | 42.00 | 168.00 |
| 3.000 | * | 26DR HUSSMANN FROZEN FOOD NRC5LU SERIAL NUMBERS 4486-0895 4486-0897 4486-0896 | 3.000 | 0.000 | 523.89 | 1,571.67 |
| 2.000 | * | NRF4LU SERIAL NUMBER 4481-0147 4481-0149 | 2.000 | 0.000 | 440.07 | 880.14 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036182-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL  32203

SHIP TO:
WINN DIXIE STORE #0335
PESIDENTIAL PLAZA
7208 SOUTHGATE BLVD
N LAUDERDALE, FL  33068

CONFIRM TO:

| CUSTOMER P.O.<br>8056 | SHIP VIA | F.O.B.<br>Rutledge, GA | | TERMS<br>DUE UPON RECEIPT | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 1.000 | * | NRF3LU<br>SERIAL NUMBER<br>4480-0161 | 1.000 | 0.000 | 346.55 | 346.55 |
| 5.000 | * | JOINT TRIM | 5.000 | 0.000 | 42.93 | 214.65 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 116.49 | 116.49 |
| 6.000 | * | LABOR TO INSTALL PER CASE | 6.000 | 0.000 | 190.00 | 1.140.00 |
| 6.000 | * | FREIGHT | 6.000 | 0.000 | 42.00 | 252.00 |
| 3.000 | * | 26DR HUSSMANN FROZEN FOOD<br>NRC5LU<br>SERIAL NUMBERS<br>4482-0315<br>4482-0314<br>4482-0313 | 3.000 | 0.000 | 523.89 | 1.571.67 |
| 2.000 | * | NRF4LU<br>SERIAL NUMBERS<br>4482-0148<br>4482-0146 | 2.000 | 0.000 | 440.07 | 880.14 |
| 1.000 | * | NRF3LU<br>SERIAL NUMBER<br>4482-0160 | 1.000 | 0.000 | 346.55 | 346.55 |
| 5.000 | * | JOINT TRIM | 5.000 | 0.000 | 42.93 | 214.65 |
| 1.000 | * | END JOINT TRIM | 1.000 | 0.000 | 116.49 | 116.49 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS**, COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036182-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL 32203

SHIP TO:
WINN DIXIE STORE #0335
PESIDENTIAL PLAZA
7208 SOUTHGATE BLVD
N LAUDERDALE, FL 33068

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8056 | | Rutledge. GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6.000 | * | LABOR TO INSTALL PER CASE | 6.000 | 0.000 | 190.00 | 1,140.00 |
| 6.000 | * | FREIGHT | 6.000 | 0.000 | 42.00 | 252.00 |
| 3.000 | * | 75' HUSSMANN FROZEN FOOD NCW-12U SERIAL NUMBERS 4520-0258 4520-0259 4520-0257 | 3.000 | 0.000 | 805.91 | 2.417.73 |
| 3.000 | * | NCW-8U SERIAL NUMBERS 4517-0131 4517-0143 4519-0143 | 3.000 | 0.000 | 564.14 | 1.692.42 |
| 2.000 | * | NCWE90U SERIAL NUMBERS 4535-0146 4535-0143 | 2.000 | 0.000 | 955.75 | 1.911.50 |
| 7.000 | * | JOINT TRIM | 7.000 | 0.000 | 102.55 | 717.85 |
| 8.000 | * | LABOR TO INSTALL PER CASE | 8.000 | 0.000 | 350.00 | 2.800.00 |
| 8.000 | * | FREIGHT | 8.000 | 0.000 | 84.00 | 672.00 |

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY. **AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036182-IN
INVOICE DATE: 03/03/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL   32203

SHIP TO:
WINN DIXIE STORE #0335
PESIDENTIAL PLAZA
7208 SOUTHGATE BLVD
N LAUDERDALE, FL   33068

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8056 | | Rutledge. GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |

| | |
|---|---|
| Net Invoice: | 37,489.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **37,489.80** |

## WARRANTY INFORMATION
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036206-IN
INVOICE DATE: 03/14/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES. INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL 32203

SHIP TO:
WINN DIXIE STORE #336
EMERALD WOODS PLAZA
3850 NORTH 46TH AVE
Hollywood, FL 33021

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 8490 | | Rutledge. GA | DUE UPON RECEIPT |

| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1.000 | * | 48' BUMPER 3" TOP BUMPER 3" BASE BUMPER 3" END | 1.000 | 0.000 | 178.80 | 178.80 |
| 5.000 | * | COLOR INSERTS 144" X 12" NOT PAINTED | 5.000 | 0.000 | 4.63 | 23.15 |
| 1.000 | * | FREIGHT | 1.000 | 0.000 | 51.00 | 51.00 |

| | |
|---|---|
| Net Invoice: | 252.95 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **252.95** |

---

**WARRANTY INFORMATION**
**NEW**=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR. ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS, UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER: 0036207-IN
INVOICE DATE: 03/14/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
Jacksonville,  FL    32203

CONFIRM TO:

SHIP TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
Jacksonville,  FL    32203

| CUSTOMER P.O. | SHIP VIA | F.O.B. Rutledge, GA | TERMS DUE UPON RECEIPT | | | |
|---|---|---|---|---|---|---|
| ORDERED | ITEM NO. | DESCRIPTION | SHIPPED | BACKORDERED | PRICE | AMOUNT |
| 1.000 | * | 335 RETURN TRIP TO SKIN A NEWLY SET CASES | 1.000 | 0.000 | 325.00 | 325.00 |
| 1.000 | * | 207 RETURN TRIP ADDITIONAL BUMPERS INSTALLED ALONGWALLS | 1.000 | 0.000 | 200.00 | 200.00 |
| 1.000 | * | 336 RETURN TRIP TO SKIN A NEWLY SET CASES | 1.000 | 0.000 | 450.00 | 450.00 |

| | |
|---|---|
| Net Invoice: | 975.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **975.00** |

**WARRANTY INFORMATION**
NEW=FACTORY WARRANTY. **CASES WIHT GEM KITS** = EXTERIOR CAMPONENTS CARRY A 1 YEAR, ALL OTHER COMPONENTS HAVE A 30 DAY.**AS-IS/CLEANED & SERVICED CASES** = NO WARRANTY.
**AS-IS/CLEANED & SERVICED ITEMS,** COMPLETE WITH ALL PARTS. UNLESS STATED IN DESCRIPTION (A/I-C/S)=NO WARRANTY.
**THE WARRANTY PERIOD BEGINS THE DATE ITEMS ARE RECEIVED BY THE CUSTOMER.**
**ALL SALES ARE FINAL.**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0037138-IN
INVOICE DATE: 12/15/2005

ORDER NUMBER: 0004509
ORDER DATE: 11/30/2005
SALESPERSON: CHAR
CUSTOMER NO: WINN51

SOLD TO:
J.D. Conner
Winn Dixie Stores, INC.
P O BOX B
Jacksonville, FL  32203
CONFIRM TO:

SHIP TO:
Yolande Archer
Bahamas Supermarkets c/o
Winn Dixie Export Attn: Steve
Miami, FL  33167

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| WDBAH 0268 | | | DUE UPON RECEIPT |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| * | EACH | 3.000 | 3.000 | 0.000 | 2,893.75 | 8,681.25 |
| 12' FRESH MEAT THREE DECK CASE | | | | | | |
| * | EACH | 2.000 | 2.000 | 0.000 | 2,893.75 | 5,787.50 |
| 8' FRESH MEAT 3 DECK CASE; REM | | | | | | |
| * | EACH | 2.000 | 2.000 | 0.000 | 325.00 | 650.00 |
| CONTOUR CASE END PAINTED | | | | | | |

| | |
|---|---|
| Net Invoice: | 15,118.75 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **15,118.75** |

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0037765-IN
INVOICE DATE: 09/05/2006

ORDER NUMBER: 0005250
ORDER DATE: 09/05/2006
SALESPERSON: CHAR
CUSTOMER NO: WINN51

SOLD TO:
WINN DIXIE STORES, INC
P O BOX B
FAYE SPENGLER
Jacksonville, FL 32203
CONFIRM TO

SHIP TO:
WINN DIXIE STORE #439
6770 VETERANS PKWY
Columbus, GA 31909

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS DUE UPON RECEIPT | | |
|---|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| * RESKIN 52' HUSSMANN PRODUCE P2 | EACH | 1.000 | 1.000 | 0.000 | 3,520.88 | 3,520.88 |
| * RESKIN 24' HUSSMANN PRODUCE DS | EACH | 1.000 | 1.000 | 0.000 | 1,627.93 | 1,627.93 |
| * RESKIN HUSSMANN 12' CHEESE ISL | EACH | 1.000 | 1.000 | 0.000 | 1,101.60 | 1,101.60 |
| * RESKIN 40' HUSSMANN MEAT DS 8E | EACH | 1.000 | 1.000 | 0.000 | 3,479.62 | 3,479.62 |
| * RESKIN 60' HUSSMANN M/D MEAT M | EACH | 1.000 | 1.000 | 0.000 | 3,735.13 | 3,735.13 |
| * RESKIN 9 DOORS K/W FROZEN LVSH | EACH | 1.000 | 1.000 | 0.000 | 1,142.33 | 1,142.33 |
| * REPLACE BUMPER 10' HUSSMANN SE | EACH | 1.000 | 1.000 | 0.000 | 114.00 | 114.00 |
| * REPLACE BUMPER 8' HUSSMANN MEA | EACH | 1.000 | 1.000 | 0.000 | 2,827.20 | 2,827.20 |
| * RESKIN 116' HUSSMANN DAIRY DS- | EACH | 1.000 | 1.000 | 0.000 | 7,786.08 | 7,786.08 |
| * RESKIN 48' HUSSMANN BEER DS 12 | EACH | 1.000 | 1.000 | 0.000 | 3,188.05 | 3,188.05 |
| * REPLACE BUMPER 8' HUSSMANN DAI | EACH | 1.000 | 1.000 | 0.000 | 247.50 | 247.50 |
| * RESKIN 20 DOORS HUSSMANN FROZE | EACH | 4.000 | 4.000 | 0.000 | 2,620.27 | 10,481.08 |
| * RESKIN 56' HUSSMANN WIDE ISLAN | EACH | 2.000 | 2.000 | 0.000 | 2,835.35 | 5,670.70 |
| * LABOR TO INSTALL | EACH | 1.000 | 1.000 | 0.000 | 14,275.00 | 14,275.00 |

| | |
|---|---|
| Net Invoice: | 59,197.10 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 3,144.54 |
| **Invoice Total:** | **62,341.64** |

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0035673-IN
INVOICE DATE: 10/29/2004

ORDER NUMBER: 0003126
ORDER DATE: 10/13/2004
SALESPERSON: TREV
CUSTOMER NO: WINN55

SOLD TO:
WINN DIXIE CENTRAL PURCHASING
JOE LOCKE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254
CONFIRM TO:

SHIP TO:
Winn Dixie Store # 239
Jim Woods
14555 S.W. 42nd Street
Miami, FL

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS Net 30 Days | | | |
|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
| * | EACH | 2.000 | 2.000 | 0.000 | 750.00 | 1,500.00 |

8 Foot Hill I NM single deck me

| | |
|---|---|
| Net Invoice: | 1,500.00 |
| Less Discount: | 0.00 |
| Freight: | 500.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,000.00** |

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0036848-IN
INVOICE DATE: 11/18/2005

ORDER NUMBER: 0004460
ORDER DATE: 11/17/2005
SALESPERSON: LYNN
CUSTOMER NO: WINN55

SOLD TO:
WINN DIXIE CENTRAL PURCHASING
JOE LOCKE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254
CONFIRM TO:

SHIP TO:
WINN DIXIE CENTRAL PURCHASING
JOE LOCKE
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS Net 30 Days | | | |
|---|---|---|---|---|---|---|
| ITEM NO | | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |

| ITEM NO | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| * | EACH | 1.000 | 1.000 | 0.000 | 1,500.00 | 1,500.00 |

(used) gray safe sold as-is

|  |  |
|---|---|
| Net Invoice: | 1,500.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1,500.00** |

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER:  0037110-IN
INVOICE DATE:  12/12/2005

ORDER NUMBER:
ORDER DATE:
SALESPERSON:  CHAR
CUSTOMER NO:  WINN55

SOLD TO:
WINN DIXIE CENTRAL PURCHASING
JOE LOCKE
5050 EDGEWOOD CT
JACKSONVILLE, FL  32254
CONFIRM TO:

SHIP TO:
WINN DIXIE CENTRAL PURCHASING
JOE LOCKE
5050 EDGEWOOD CT
JACKSONVILLE, FL  32254

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS Net 30 Days |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| * INV# PFD109 | EACH | 1.000 | 1.000 | 0.000 | 420.00 | 420.00 |

| | |
|---|---|
| Net Invoice: | 420.00 |
| Less Discount: | 0.00 |
| Freight: | 75.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **495.00** |

# INVOICE

Supermarket Equipment Resale
1993  Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0037211-IN
INVOICE DATE:  01/20/2006

ORDER NUMBER:
ORDER DATE:
SALESPERSON:  MR
CUSTOMER NO:  WINN82

SOLD TO:
WINN DIXIE CORPORATION
PO BOX B
5050 EDGEWOOD COURT
Jacksonville,  FL   32205
CONFIRM TO:
JOE LOCKE

SHIP TO:
WINN DIXIE #1511
11312 HWY 49
Gulfport,  MS   39503

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| WDNOL-000000218 | | | 50% Down, 50% at Delivery |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| * | EACH | 1.000 | 1.000 | 0.000 | 5,400.00 | 5,400.00 |
| 60' KYSOR WARREN MEAT M4A1-12U | | | | | | |
| * | EACH | 5.000 | 5.000 | 0.000 | 210.00 | 1,050.00 |
| LABOR TO INSTALL PER CASE | | | | | | |
| * | EACH | 5.000 | 5.000 | 0.000 | 75.00 | 375.00 |
| FREIGHT | | | | | | |

| | |
|---|---|
| Net Invoice: | 6,825.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **6,825.00** |

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER:  0037764-IN
INVOICE DATE:  09/05/2006

ORDER NUMBER:  0005246
ORDER DATE:  08/31/2006
SALESPERSON:  CHAR
CUSTOMER NO:  WINN65

SOLD TO:
WINN DIXIE #439
6760 VETERANS PARKWAY
Columbus, GA  31909

SHIP TO:
WINN DIXIE #439
6760 VETERANS PARKWAY
Columbus, GA  31909

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS 50% Down, 50% at Delivery | | | |
|---|---|---|---|---|---|---|
| **ITEM NO.** | | **UNIT** | **ORDERED** | **SHIPPED** | **BACK ORD** | **PRICE** | **AMOUNT** |
| * RL HANDLES | | EACH | 15.000 | 15.000 | 0.000 | 84.11 | 1,261.65 |
| * LABOR TO INSTALL | | EACH | 24.000 | 24.000 | 0.000 | 25.00 | 600.00 |

| | |
|---|---|
| Net Invoice: | 1,861.65 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 88.33 |
| **Invoice Total:** | **1,949.98** |

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA  30663
(706) 557-2543

INVOICE NUMBER:  0037808-IN
INVOICE DATE:  09/18/2006

ORDER NUMBER:  0005300
ORDER DATE:  09/15/2006
SALESPERSON:  CHAR
CUSTOMER NO:  WINN65

SOLD TO:
WINN DIXIE #439
PO BOX B
Jacksonville,  FL  32203-0297

SHIP TO:
WINN DIXIE #439
6760 VETERANS PARKWAY
Columbus,  GA  31909

CONFIRM TO:

| CUSTOMER P.O.<br>WDJAX-4049 | SHIP VIA | | F.O.B. | | TERMS<br>50% Down, 50% at Delivery | | |
|---|---|---|---|---|---|---|---|
| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | | PRICE | AMOUNT |
| MLCHO-8U PNL LOW | EACH | 1.000 | 1.000 | 0.000 | | 64.88 | 64.88 |
| MLCHO-8U PNL LOW | EACH | 1.000 | 1.000 | 0.000 | | 64.88 | 64.88 |
| SGG-8U PNL LOW | EACH | 2.000 | 2.000 | 0.000 | | 63.20 | 126.40 |
| BUMPER 4" C ASH GREY | EACH | 4.000 | 4.000 | 0.000 | | 26.88 | 107.52 |
| BUMPER 3" C ASH GREY | EACH | 2.000 | 2.000 | 0.000 | | 26.88 | 53.76 |
| LABOR TO INSTALL | EACH | 1.000 | 1.000 | 0.000 | | 200.00 | 200.00 |
| FREIGHT | EACH | 1.000 | 1.000 | 0.000 | | 30.00 | 30.00 |

Net Invoice:  647.44
Less Discount:  0.00
Freight:  0.00
Sales Tax:  29.21
**Invoice Total:  676.65**

# INVOICE

Supermarket Equipment Resale
1993 Newborn Road
P.O. Box 328
Rutledge, GA 30663
(706) 557-2543

INVOICE NUMBER: 0037763-IN
INVOICE DATE: 09/05/2006

ORDER NUMBER: 0005247
ORDER DATE: 08/31/2006
SALESPERSON: CHAR
CUSTOMER NO: WINN70

SOLD TO:
WINN DIXIE # 443
4231 MACON RD
Columbus, GA 31904

SHIP TO:
WINN DIXIE # 443
4231 MACON RD
Columbus, GA 31904

CONFIRM TO:

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| | | | 50% Down, 50% at Delivery |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| * RICO2-12U | EACH | 1.000 | 1.000 | 0.000 | 1,101.60 | 1,101.60 |
| * LABOR TO INSTALL | EACH | 1.000 | 1.000 | 0.000 | 400.00 | 400.00 |

| | |
|---|---|
| Net Invoice: | 1,501.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 77.12 |
| **Invoice Total:** | **1,578.72** |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

RESPONSE OF SUPERMARKET EQUIPMENT RESALE, INC.
TO DEBTORS' OBJECTION TO CLAIM

upon the following:

D. J. Baker, Esq.
Sally McDonald Henry, Esq.
Rosalie Walker Gray, Esq.
Jane M. Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036
djbaker@skadden.com

Stephen D. Busey, Esq.
James H. Post, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

via electronic delivery to the addresses listed and by depositing a copy of the same in the United

States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto.

This _22nd_ day of September, 2006.

_____
WESLEY J. BOYER