Hearing Date: October 12, 2006, 1:30 p.m.
Objection Deadline: October 5, 2006, 4:00 p.m.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors.[1] | Jointly Administered |

## MOTION FOR ORDER APPROVING ASSUMPTION OF
## MODIFIED AGREEMENT WITH CARDTRONICS, LP ON AGREED TERMS

Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), move the Court for entry of an order under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 6006 and 9019 approving Winn-Dixie's assumption of a modified agreement with Cardtronics, LP ("Cardtronics") on the agreed terms set forth below (the "Motion"). In support of the Motion, the Debtors state as follows:

### Background

1.     On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

2.     The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.     On March 1, 2005, pursuant to Section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005, was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.     On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement"), together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").  The Disclosure Statement was approved by Order of the Court dated August 4, 2006.  The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

5.     This Court has jurisdiction over the Motion under 28 U.S.C. § 1334.  Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.     The statutory predicates for the relief requested by this Motion are Sections 105, 363 and 365 of the Bankruptcy Code, supported by Rules 6006 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Relevant Facts**

7.      As part of their store operations, the Debtors provide automatic teller machines ("ATMs") on store premises for use by customers.  The ATMs are provided to the Debtors under the terms of an ATM Agreement between Winn-Dixie and Cardtronics (assignee of XtraCash ATM, Inc.) dated as of January 10, 2001, as modified by an Amendment and Waiver dated November 14, 2002, a Waiver, Consent, Amendment, and Release Agreement dated February 19, 2003, and an Amendment to ATM Agreement dated July 15, 2003 (collectively, the "Prepetition Agreement").  Cardtronics is the leading provider of ATMs within the United States.

8.      Under the Prepetition Agreement, Cardtronics is compensated for providing the ATMs to the Debtors through transaction or surcharge fees that are charged to and paid by users of the machines.  There is effectively no charge to the Debtors; rather the Debtors are paid for allowing Cardtronics to place the ATMs on store premises.  The Debtors' payment rights have included an initial up-front license fee of $24 million, and through the term a portion of the transaction fees plus monthly maintenance fees and advertising fees.  The up-front license fee is subject to proportionate rebate in the event of store closures.  As a result of prepetition store closures, the Debtors were obligated as of the Petition Date to rebate to Cardtronics approximately $2.5 million of the license fee.  Cardtronics' proof of claim number 11170, alleging license rebate fees of $2,493,379.01, less a setoff of $500,115.64 for maintenance fees owed to the Debtors, evidences that obligation.  Since the Petition Date, as a result of postpetition store closures, the Debtors have become obligated to rebate to Cardtronics an additional amount of approximately $5.5 million.

9.      Although the maintenance of ATMs is a necessary component of the services offered to customers, the significant license rebate obligation owed to Cardtronics

required that the Debtors carefully consider the option of rejecting the Prepetition Agreement under Section 365(a) of the Bankruptcy Code.  Ultimately, having investigated the possibility of obtaining ATM services from alternative service providers, the Debtors concluded that they would be best served by negotiating with Cardtronics for assumption of the Prepetition Agreement on agreed terms that would include contractual modifications and license rebate concessions.

          10.     Negotiations between the Debtors and Cardtronics have now produced the agreement contained in the Fourth Amendment to ATM Agreement attached as Exhibit A (the "Postpetition Amendment"), subject to approval by this Court.  In general terms, the Postpetition Agreement provides for the following:[2]  (a) exclusive rights for Cardtronics to provide ATMs at the Debtors' stores, (b) an extended contract term, continuing through January 31, 2016, (c) increased transaction fees intended to reflect market, but not exceeding $1.75 per transaction without mutual consent, (d) payment to the Debtors of 50% of the incremental transaction fee increase over $1.00, in lieu of previous transaction fee payment rights, (e) elimination of maintenance fee payments, (f) implementation of service level standards to be followed by the Debtors, with penalties for non-compliance, (g) a new liquidated damages formula that will apply to future store closures, replacing the current license fee rebate formula, (h) conversion of the ATM communication protocol from the current dial up platform to the Debtors' frame network, and (i) the right for Cardtronics to remove 25 of the 50 lowest performing ATMs.

          11.     The Postpetition Agreement also requires that Winn-Dixie move to assume the Prepetition Agreement as modified by the Postpetition Amendment (the "Modified Agreement") under Section 365(a) of the Bankruptcy Code, with such assumption to be effective

---

[2]     In the event of any inconsistency between the following general description and the specific terms of the Postpetition Amendment, the terms of the Postpetition Amendment will control.

as of the effective date of the Plan (the "Effective Date").  In conjunction with assumption of the

Modified Agreement, in full satisfaction of the Debtors' obligations under Section 365(b)(1)(A) of

the Bankruptcy Code, the parties have agreed that (a) the Debtors will pay cure as an

administrative expense claim in the amount of $1 million and (b) the balance of the Debtors'

obligation to Cardtronics will be added to the amount of proof of claim number 11170, resulting

in an aggregate claim of $6.7 million, to be treated as a non-priority unsecured claim and classified

as a vendor/supplier claim in class 14 of the Plan.  The terms of the Postpetition Amendment

resolve all other claims by and between the parties under the Prepetition Agreement.

## Relief Requested

12.      Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Rules

6006 and 9019 of the Bankruptcy Rules, the Debtors seek entry of an order, conditioned on the

occurrence of the Effective Date, (a) approving Winn-Dixie's assumption of the Modified

Agreement, (b) requiring the Debtors to pay cure as an administrative expense claim in the

amount of $1 million, (c) increasing the amount of Cardtronics' claim as evidenced by proof of

claim number 11170 to $6.7 million and allowing that claim as a non-priority unsecured claim to

be treated as a vendor/supplier claim in class 14 of the Plan, (d) holding that the requirements of

Section 365(b)(1) of the Bankruptcy Code are satisfied or waived, and (e) approving the

satisfaction or waiver of all claims held by the Debtors and Cardtronics against the other under the

terms of the Postpetition Amendment.

## Support for Relief Requested

13.      Under the terms of the Postpetition Amendment, the Debtors and

Cardtronics have reached an agreement that will allow the Debtors to address their significant

license fee rebate obligations on terms that are fair and reasonable and will permit the Debtors to

continue to provide ATM services to their customers on market terms. This is the best possible result for the Debtors' estates, creditors and customers.

14.     To compete in the marketplace, the Debtors must offer reliable ATM services to their customers. After investigating their alternatives, the Debtors determined that rejection of the Prepetition Agreement for the purpose of entering into a new agreement with a different provider would not be feasible as it would cause significant business disruption, would create significant rejection damages, and was not likely to result in a replacement arrangement with materially better economic incentives for the Debtors. Most importantly, the Debtors were not convinced that a different provider could guarantee the same level of consistent and reliable service as could Cardtronics, as the national leader in the ATM business. On the other hand, assumption of the Prepetition Agreement on its existing terms, without the license rebate concessions and other modifications proposed in the Postpetition Amendment, would result in a a cure obligation with administrative expense status of approximately $7.7 million.

15.     The assumption of the Modified Agreement should be approved pursuant to Section 365(a) of the Bankruptcy Code. Under Section 365(a), a debtor "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon burdensome property.'" *Orion Pictures Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d 1095, 1098 (2d Cir. 1993). A debtor's decision to assume or reject an unexpired lease is subject to review under the business judgment standard. See *In re Gardiner, Inc.*, 831 F.2d 974, 975 n.2 (11th Cir. 1987); *In re Orion Pictures Corp.*, 4 F.3d at 1098-99. Upon finding that the Debtors have exercised their sound business

judgment in determining that assumption of a particular executory contract is in the best interests

of their estates, the Court should approve assumption under Section 365(a) of the Bankruptcy

Code. *In re Gucci*, 193 B.R. 411, 415-17 (S.D.N.Y. 1996) (affirming bankruptcy court's

approval of assumption of executory contract upon determining that assumption "was in the best

interest of the estate"); *Blue Cross Blue Shield of Conn. v. Gurski (In re Gurski)*, Nos. 94-51202

& 3:95CV1883, 1996 WL 684397, at *2 (D. Conn. Jan. 25, 1996) (affirming bankruptcy court's

determination that executory contracts were beneficial to the debtor such that the debtor could

assume them under Section 365(a)).  Based upon the facts set forth above and the terms of the

Postpetition Amendment, the Debtors respectfully submit that they have satisfied the "business

judgment" standard for assuming the Modified Agreement.

        16.     To the extent the provisions of the Postpetition Amendment, including the

satisfaction or waiver of claims held by the Debtors against Cardtronics, constitute a compromise

outside the ordinary course of business, approval of the compromise is appropriate under Section

363(b) of the Bankruptcy Code and Rule 9019 of the Bankruptcy Rules.  Rule 9019 sets forth the

standard for bankruptcy court approval of compromises of controversies, providing that "[o]n

motion by the trustee and after notice and a hearing, the court may approve a compromise or

settlement."  To approve a settlement under Rule 9019, a bankruptcy court must determine that

the settlement is supported by adequate consideration and that it is fair, equitable, and in the best

interests of the debtor's estate.  With the exception of maintenance fees owed to the Debtors, as

to which Cardtronics has setoff rights, the Debtors are not aware of any claims that could be

brought against Cardtronics that would produce any material recovery for their estates.

Moreover, the facts set forth above amply support the accommodations reached by the Debtors

and Cardtronics under the Postpetition Amendment.  Without such accommodations, the Debtors

would be left with the unsatisfactory alternatives of rejecting the Prepetition Agreement or assuming the Prepetition Agreement without modification, either of which would disserve the interests of the Debtors' estates, creditors and customers.

## Notice

17.    Notice of the Motion has been provided to (a) counsel to the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) Cardtronics.  No other or further notice need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter an order in the form attached as Exhibit B, conditioned on the occurrence of the Effective Date, (a) approving Winn-Dixie's assumption of the Modified Agreement, (b) requiring the Debtors to pay cure as an administrative expense claim in the amount of $1 million, (c) increasing the amount of Cardtronics' claim as evidenced by proof of claim number 11170 to $6.7 million and allowing that claim as a non-priority unsecured claim to be treated as a vendor/supplier claim in class 14 of the Plan, (d) holding that the requirements of Section 365(b)(1) of the Bankruptcy Code are satisfied or waived, and (e) approving the satisfaction or

waiver of all claims held by the Debtors and Cardtronics against the other under the terms of the

Postpetition Amendment; and (ii) grant such other and further relief as the Court deems just and

proper.

Dated:  September 22, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ____*s/ D. J. Baker*_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for the Debtors

SMITH HULSEY & BUSEY

By ____*s/ Cynthia C. Jackson*_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson (Bar # 498882)
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for the Debtors

**EXHIBIT A**

**FOURTH AMENDMENT TO ATM AGREEMENT**

**EXHIBIT B**

**ORDER APPROVING ASSUMPTION OF
MODIFIED AGREEMENT WITH CARDTRONICS, LP ON AGREED TERMS**

**EXHIBIT A**

**FOURTH AMENDMENT TO ATM AGREEMENT**

## FOURTH AMENDMENT TO ATM AGREEMENT

This FOURTH AMENDMENT TO ATM AGREEMENT (this "Fourth Amendment"), is executed on September *18*, 2006 (the "Execution Date") by Winn-Dixie Stores, Inc., a Florida corporation ("Winn-Dixie" or "Licensor"), and Cardtronics, LP, a Delaware limited partnership ("Cardtronics" or "Licensee").

## RECITALS

WHEREAS, Winn-Dixie and XtraCash ATM, Inc. ("XtraCash") entered into that ATM Agreement, dated as of January 10, 2001 (as amended by the various amendments described below, the "ATM Agreement"), pursuant to which XtraCash installed and operated ATMs in certain Winn-Dixie Stores and pursuant to which Winn-Dixie provided certain maintenance and other services in respect thereof;

WHEREAS, XtraCash and Winn-Dixie entered into an Amendment and Waiver, dated November 14, 2002 (the "First Amendment"), which, among other things, amended the original ATM Agreement to (i) add to Schedule I thereto the Additional Pavilion Stores (as defined in the Amendment and Waiver) and (ii) have the terms and conditions of the ATM Agreement apply to the Pavilion ATMs (as defined in the First Amendment);

WHEREAS, XtraCash and Winn-Dixie entered into that Waiver, Consent, Amendment, and Release Agreement dated as of February 19, 2003 (the "Second Amendment") wherein, inter alia, Winn-Dixie consented to XtraCash's sale, conveyance, assignment, and transfer to Cardtronics of the ATM Agreement;

WHEREAS, on or about February 24, 2003 and in accordance with the Second Amendment, XtraCash did sell, convey, assign and transfer to Cardtronics all of XtraCash's rights, duties and obligations under the ATM Agreement and on said date Cardtronics assumed the responsibilities of the "Licensee" under the ATM Agreement; and

WHEREAS, on July 15, 2003, Winn-Dixie and Cardtronics entered into another amendment to the ATM Agreement (the "Third Amendment") wherein the parties agreed upon the terms and conditions under which Cardtronics would install and operate ATMs at Winn-Dixie Stores not theretofore covered and affected by the ATM Agreement;

WHEREAS, on or about February 21, 2005, Winn-Dixie and 23 of its affiliates filed petitions under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and their jointly administered cases (the "Chapter 11 Case") are pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court");

WHEREAS, both prior to and subsequent to the Chapter 11 Case, Winn-Dixie closed several hundred Stores, which in most instances gave rise to a license rebate claim by Cardtronics pursuant to Section 4.17 of the ATM Agreement;

WHEREAS, Cardtronics timely and properly filed a proof of claim with the Bankruptcy Court for the license rebate claims existing as of the commencement of the Chapter 11 Case; and

WHEREAS, the parties hereto desire to enter into this Fourth Amendment in order (i) to compromise and settle not only the license rebate claims that Cardtronics may have against Winn-Dixie, but also any and all claims of any nature either party may have against the other with respect to any matter arising by, through, or under the ATM Agreement, as amended, through the Execution Date of this Fourth Amendment, and (ii) to set forth the terms and conditions that will govern the installation, operation, and maintenance of the ATMs deployed under the ATM Agreement from and after the Effective Date of this Fourth Amendment.

## AGREEMENTS:

NOW THEREFORE, in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto, intending to be legally bound, agree as follows:

1.    Definitions.

The following definitions of "Additional Store", "First Line Maintenance", and "Surcharge Fee" set forth in Sections 1.1, 1.4 and 1.8 of the ATM Agreement, respectively are hereby deleted and replaced with the following:

Section 1.1    "Additional Store" means a store facility owned, leased, or operated by Licensor and any subsidiary or affiliate of Licensor (collectively the "Licensor Group"), including the building and other improvements and surrounding access ways, parking areas and other grounds related to or necessary for the operation of the store at any given location, and opened by any member of the Licensor Group and operating under any brand name, including without limitation the "Winn-Dixie" brand name, subsequent to the Effective Date of the Fourth Amendment.

Section 1.4    "First Line Maintenance" shall mean the following activities: Clearing receipt/journal paper jams; checking paper for correct type and adequate supply for receipt/journal printers, and loading paper as necessary; in the event of a "journal full" condition, clearing, or purging the journal (Licensee's help desk will "walk you through" this process over the phone.); clearing all currency jams; checking phone line, which must be a dedicated line, for proper connection and clear dial tone; checking to ensure the ATM is properly plugged into an operating, dedicated, isolated 110-volt electrical outlet; resetting the ATM by turning it "Off" and then back "On"; loading cash on a daily basis, ensuring that cassettes are properly seated, programmed and contain the proper denomination of currency; checking to ensure that the ATM is not in 'Supervisory or Replenishment Mode'; keeping the ATM and the monitor screen clean and the area in the general vicinity of the ATM free of litter; and replacing any light bulbs.

Section 1.8    "Surcharge Fee" means the fee charged by Licensee to an ATM user in exchange for the privilege of conducting a Surcharge Transaction.

The following new definitions are hereby added as Section 1.20 and Section 1.21:

Section 1.10    "Surcharge Transaction" shall mean a cash withdrawal transaction at an ATM on which Licensee assesses a Surcharge Fee.

Section 1.11.    "Plan" shall mean that second Proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors filed on or about June 29, 2006 in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division in Case No. 05-03817-3FI.

Save and except for the above modifications and additions, capitalized terms used, but not otherwise defined herein shall have their respective meanings as defined in the ATM Agreement or the Plan.

2.    Obsolete or Superceded Provisions.

The sections or subsections of the ATM Agreement listed below no longer have any purpose or have been superceded by this Fourth Amendment and other provisions of the ATM Agreement. Accordingly, upon the Effective Date (as defined in Section 13(a) below) the content of each such section or subsection of the Agreement is hereby deleted in its entirety and replaced with the words: "Intentionally Omitted"

> Section 1.3
> Section 4.3
> Section 4.17(b)
> Section 4.18

Further, Section 3 of the Third Amendment, titled "Cash Loading and Maintenance", is hereby deleted in its entirety.

3.    Fees.

Section 4.2(b) is hereby deleted in its entirety and replaced with the following:

(b) So long as the current Surcharge Fee assessed at any Existing ATM (as defined in Section 4.4(a)) is not increased, Licensor will not receive any compensation (hereafter called a "Merchant Fee") relating to any Transactions, including Surcharge Transactions, at any such Existing ATMs. In the event that (i) any such Surcharge Fee at any Existing ATM is hereafter increased by any amount or (ii) Licensee hereafter installs an ATM in a Store not currently listed on Schedule 1 and the Surcharge Fee at such ATM is greater than $1.75, then and only then will Licensor be entitled to a Merchant Fee based on the

number of Surcharge Transactions at such ATMs.  Subject to the above qualifications, the Merchant Fee payable by Licensee to Licensor shall be calculated as follows:

(x) With respect to an ATM installed in an Additional Store (a "New ATM"), Licensee will pay Licensor one-half of that amount of the Surcharge Fee in excess of $1.75 that is received by Licensee upon a Surcharge Transaction occurring at any such New ATM; and

(y) With respect to each Existing ATM, Licensee will pay Licensor one-half of that amount of the Surcharge Fee in excess of the current Surcharge Fee listed on Schedule 1 that is received by Licensee upon a Surcharge Transaction occurring at each such Existing ATM.

If and when Licensee is obligated to pay any Merchant Fee to Licensor, Licensee will make such payment by the 20th day of the month following the month any such Merchant Fee is earned; provided, however, to the extent that Licensor owes Licensee any performance rebates or service call charges (as each is described in Appendix 1) or any other amount under this Agreement, Licensee may offset any such undisputed amounts owed against any Merchant Fee payable to Licensor.  In the event Licensor objects in writing to any amount offset by Licensee, Licensee shall return that amount in the next regularly scheduled payment.  Thereafter, should Licensee wish to pursue recovery of such amount, it must do so pursuant to Section 8.3.

4.    <u>Surcharge, Interchange, and Other Fees.</u>

Section 4.4 of the ATM Agreement is hereby deleted in its entirety and replaced with the following:

(a) Attached hereto as Schedule 1 is a list of Stores at which Licensee has installed and is operating an ATM pursuant to the ATM Agreement as of the Execution Date.  Schedule 1 also sets forth the current Surcharge Fee charged at each such ATM (an "Existing ATM") for a Surcharge Transaction and does hereby supercede and replace any prior Schedule 1.

(b) With respect to increasing the Surcharge Fee assessed at either a New ATM or an Existing ATM, Licensee shall have the right, in its sole discretion:

(i) to increase immediately the Surcharge Fee to $1.25 at any ATM that currently assesses a Surcharge Fee that is less than $1.25; and

(ii) upon the first anniversary date of the Execution Date of this Fourth Amendment and at anytime thereafter, to increase the Surcharge Fee at any Existing ATM or New ATM regardless of its location by any amount up to and including twenty five cents ($0.25) and to increase further such Surcharge Fee by an additional amount not to exceed twenty-five cents ($0.25) on or after each subsequent anniversary date of this

Fourth Amendment; provided, however, Licensee will not have the right to increase the Surcharge Fee to an amount greater than $1.75 without the written consent of Licensor; and

(iii) notwithstanding the foregoing, the parties can mutually agree to increase the Surcharge Fee assessed at any specific ATM to any amount and at any time.

5. Cash Loading and Maintenance.

Section 4.5 is hereby amended by adding thereto the following subsection (d), to wit:

(d)     With respect to the cash loading and First Line Maintenance obligations set forth in Sections 4.5(a) and (b) above, the service level standards and the remedies for the failure to meet such standards are set forth on Appendix No. 1.

6. Additional Stores.

Section 4.7 is hereby deleted in its entirety and replaced with the following:

Subject to the provisions of Section 4.17, Licensee shall have the exclusive right to place ATMs in Additional Stores. All Transactions performed on ATMs in Additional Stores shall be subject to the terms of this Agreement; provided, however, in the event Licensor acquires a store through any acquisition or merger (an "Acquired Store") Licensee's exclusive right to install and operate an ATM in any such Acquired Store shall be subject to any pre-existing agreement regarding the placement of ATMs applicable to such store through the expiration of such pre-existing agreement. For purposes of clarity and avoidance of doubt, it is understood and agreed that if any such pre-existing agreement gives Licensor the right to terminate said agreement without the payment of any sum of money, Licensor will do so as soon as permitted under such agreement and Licensor agrees that Licensee's exclusivity rights shall not be subject to any renewal term of any pre-existing agreement for which Licensor has the option to provide timely notice of termination.

7. Telephone and Data Lines.

Section 4.8 of the ATM Agreement is hereby deleted in its entirety and replaced with the following:

(a) For so long as Licensee continues to use the current independent telecommunication system over which the ATMs communicate (the "Land Line System") Licensee shall pay all costs related to the installation, maintenance, restoration and repair of such telephone lines and shall pay all recurring charges assessed by the communications supplier for such lines.

(b) In the event that Licensee elects with respect to all or any portion of the ATMs covered and affected by this Agreement to reconfigure the communication protocol of

such ATMs from the Land Line System so as to operate on Licensor's IP frame network (the "Frame Network"), Licensee shall be permitted to do so. Further, subject to subsections (c) and (d) below, Licensee will be able to use Licensor's Frame Network without the assessment of any monthly or other recurring charge by Licensor. In order to make such election, Licensee shall give written notice to Licensor, which notice (the "Frame Election Notice") must specify the Stores at which Licensee is requesting the Frame Network service. Upon receipt of the Frame Election Notice, Licensor shall cooperate fully with Licensee so as to implement a plan, including any necessary tests or trials (the "Conversion Plan") to permit Licensee to convert the designated ATMs to the Frame Network as soon as reasonably possible, but in any event within 90 days of the date of the Frame Election Notice. To ensure that the Conversion Plan is properly developed and executed, Licensor and Licensee agree to designate as their respective "Plan Managers" individuals from their organizations of at least the vice president level. The Plan Managers shall be the points of contact for their respective parties with regard to all issues that may arise during the Conversion Plan. In connection with the Conversion Plan and for the remaining term of this Agreement, Licensor shall be responsible for and will pay (i) the initial $75,000 of all costs incurred in installing the necessary wiring and connections from Licensor's server(s) to the wall immediately adjacent to each designated ATM; and (ii) 50% of the next $75,000 of such costs. Licensee shall be responsible for payment of the remaining 50% of the costs described in (ii) above, as well as all costs in excess of $150,000 incurred in installing such wiring and connections. The costs of maintaining the aforementioned wiring, once installed, shall be borne solely by Licensor. Licensee will pay all costs in establishing, testing, certifying, and maintaining the connection from the wall to the ATM and from Licensor's server(s) to Licensee's processor.

(c)  To facilitate Licensee's change over from the Land Line System to the Frame Network, Licensor shall either (i) at no cost to Licensee, perform such programming services as are necessary to make the Frame Network compatible with the ATMs, or (ii) permit Licensee, at no cost to Licensor, to have subcontractors approved by Licensor, which approval will not be unreasonably withheld, to have access to the Frame Network to perform such services.

(d)  As of the Execution Date, Licensor believes that its Frame Network is sufficient to carry Licensee's ATM Transaction data from each ATM to Licensor's central server location without any modification or enhancement. Nonetheless, within ten (10) days of the date of Licensor's receipt of the Frame Election Notice, Licensor or its technical advisors must meet (herein called the "Technical Specification Meeting") with Licensee to determine the precise technical requirements necessary for the Frame Network to carry Licensee's ATM Transaction data (the "Data"). Within twenty (20) days of the Technical Specifications Meeting, Licensor or its technical advisors must advise Licensee in writing whether the Frame Network, as then constituted, can carry the Data. If the Frame Network cannot carry the Data, Licensor or its technical advisors must advise Licensee of the modifications, enhancements, or

recurring service charge to any third-party service provider that must be made or paid in order for the Frame Network to carry the Data. Such advisement (the "Technical Advisement") must describe in detail each required modification, enhancement or recurring service charge. Within (30) days of receipt of the Technical Advisement, Licensee must advise Licensor whether Licensee desires to proceed with the change over from the Land Line System to the Frame Network. If License elects to proceed, Licensee will be responsible for those costs set forth in the Technical Advisement; but shall not be responsible for any future modifications, enhancements or other expenses of any nature relating to the Frame Network, even if such modifications, enhancements and expenses are related to the transmission of the Data.

8.    <u>Store Closures and Openings</u>.

Section 4.17(c) of the ATM Agreement is hereby deleted in its entirety and replaced with the following:

(c)  To the extent that Licensor closes any of the Stores listed in Schedule 1 at which Licensee has installed an ATM pursuant to this Agreement, Licensor shall pay as liquidated damages to Licensee for each such store a dollar amount equal to the then current value per ATM calculated according to the following formula: an amount as of the date of the Store Closure determined by the ratio of the number of days remaining in the New ATM Depreciation Term (defined below) divided by the total number of days in the New ATM Depreciation Term, which ratio is multiplied by a depreciation value. Such depreciation value is calculated by using a straight line depreciation method beginning on the effective date of this Fourth Amendment through January 10, 2011 (the "Depreciation Term"), by which the beginning value for purposes of this depreciation calculation per ATM is $12,493.00 and by which each ATM will be depreciated to a value of $3,000 as of January 10, 2011. Thereafter the liquidated damage shall be $3,000.00 per ATM for the remainder the Term of the Agreement. Licensor acknowledges that the damages suffered by Licensee upon a Store closure are difficult to calculate and that the above-described formula is a fair and reasonable way to ascertain such damages.

Additionally, a new Section 4.17(d) is added as follows:

(d)  To the extent Licensee installs and operates an ATM at any Additional Store pursuant to Section 4.7. hereof, and Licensor closes (i) more than 25 of the Additional Stores at which Licensee has installed an ATM pursuant to this Agreement, or (ii) any Additional Store at which Licensee installed an ATM only in response to Licensor's express written request to do so, Licensor shall pay as liquidated damages to Licensee for each such Additional Store a dollar amount equal to the then current value per ATM calculated according to the following formula: an amount as of the date of the Store Closure determined by the ratio of the number of days remaining in the New ATM Depreciation Term (defined below) divided by the total number of days in the New ATM Depreciation Term, which ratio is multiplied by a depreciation

value.    Such depreciation value is calculated by using a straight line depreciation method beginning on the date of installation through a period of 60 months (the "New ATM Depreciation Term"), by which the beginning value for purposes of this depreciation calculation per ATM is $9,000 and by which each ATM will be depreciated to a value of $3,000 per ATM. Thereafter the liquidated damage shall be $3,000.00 per ATM for the remainder the Term of the Agreement.    Licensor acknowledges that the damages suffered by Licensee upon a Store closure are difficult to calculate and that the above-described formula is a fair and reasonable way to ascertain such damages.

9.    <u>Licensee's Right of Assignment</u>.

Section 4.20 is hereby deleted in its entirety and replaced with the following:

In the event that Licensor desires to sell, convey, or otherwise dispose of any Store to any purchasing entity or to a successor by merger or by law of the Licensor, such entity or successor must assume Licensor's obligations under this Agreement or Licensee shall be entitled to treat such sale, conveyance or transfer as a Store closure event under Section 4.17(c) and shall be entitled to the payment set forth in Section 4.17(c).

10.    <u>Term</u>.

Section 5.1 of the Agreement is hereby deleted in its entirety and replaced with the following:

Term:  Unless earlier terminated pursuant to this Article V, the rights and obligations of the parties hereunder shall continue until January 31, 2016.

11.    <u>Termination by Licensee</u>.

Section 5.4 of the ATM Agreement is modified and amended by adding to the end thereof the following:

At any time after the Effective Date, Licensee shall have the right to remove 25 of the 50 lowest performing ATMs (measured by the number of Surcharge Transactions at the ATMs during the six-month period immediately preceding the date of removal).  Should Licensee elect to remove any such low performing ATMs (each an "Under-performing ATM"), Licensee shall give Licensor thirty (30) days advance written notice of each scheduled removal.  Licensee's removal of any Under-performing ATM shall not give rise to a liquidated damage claim under Section 4.17(c).

12.    <u>Governing Law</u>.  Section 8.3 of the ATM Agreement is modified and amended by adding to the end thereof the following:

Neither party hereto shall commence any legal proceeding in any state or federal court with respect to any dispute between the parties with respect to this Agreement without the complaining party giving at least ninety (90) days written notice (the "Complaint") to the other party that specifically outlines the nature of the dispute and the remedy sought by the complaining party. Upon receipt of the Complaint, the receiving party shall have twenty (20) days to submit a written response (the "Response") to the complaining party. Upon receipt of the Response, the complaining party shall have twenty (20) days to submit a written reply (the "Reply") thereto. Following the receipt of the Complaint and the exchange of the Response and Reply (or the expiration of the permitted time to submit same), the parties agree to meet at the offices of the non-complaining party within 60 days of the date the Complaint was received by the non-complaining party to negotiate in good faith a resolution to the Complaint and all issues raised in either the Response or the Reply (such meeting herein called the "Mediation"). The parties further agree that if the amount in controversy, as set forth in either the Complaint, Response or Reply, is in excess of $250,000, at least one executive officer of each party must attend the Mediation. Both parties acknowledge and agree that all documents, including the Complaint, the Response and the Reply, exchanged between the parties in connection with the Mediation, together with all discussions and statements made during the Mediation shall be covered and affected by Rule 408 of the Federal Rules of Evidence and shall not be admissible in any state or federal court action that may occur after the Mediation. If both parties agree, a third party, who may or may not be an attorney, (the "Mediator") may be selected to chair the Mediation. The cost for any Mediator will be borne equally by the parties. The parties agree further that under no circumstance will the Mediator be a witness for either party in any legal proceeding conducted after the Mediation with regard to any issue related thereto. Notwithstanding any Mediation, neither party shall be compelled to enter into any agreement or to settle any claim raised by the Complaint, the Response or the Reply.

13.    Miscellaneous.

(a)    Although executed on the Execution Date, this Fourth Amendment shall not become effective and therefore not binding upon either party hereto, until the date (herein the "Effective Date"), the Bankruptcy Court enters an order, which has become a final order, (the "Order") that expressly acknowledges or confirms that (i) Licensor has assumed the ATM Agreement under its Chapter 11 Case and is authorized to pay Licensee the sum of ONE MILLION DOLLARS ($1,000,000) in cash under Section 365(b)(1)(A) of the Bankruptcy Code as Licensor's partial cure for defaults occurring under the ATM Agreement prior to and during the pendency of the Chapter 11 Case; and (ii) Licensee has an Allowed Claim in the amount of $6,700,000 as a Class 14 Vendor/Supplier Claim

(b)    Upon the Effective Date, Licensor shall (i) pay Licensee the $1,000,000 cash payment set forth in Section 13 (a); and (ii) release, discharge, and acquit Licensee

L:nationalaccts/w-d/4th amend

from any and all claims of any nature, including without limitation claims for Maintenance Fees and Regulation E settlements that have arisen by, through or under the ATM Agreement on or before the Effective Date.

(c)     Subject only to Licensee's receipt of the $1,000,000 cash payment described in Section 13 (a) and the New Common Stock issued under the Plan in satisfaction of the Allowed Claim, upon the Effective Date, Licensee shall release, discharge, and acquit Licensor from any and all claims of any nature, including without limitation claims for any license rebate fee and Regulation E settlement that has arisen by, through or under the ATM Agreement on or before the Effective Date.

(d)     Promptly following the Execution Date, but in any event on or before September 22, 2006, Licensor shall file such motions and supporting documentation with the Bankruptcy Court so as to permit the entry of the Order as soon as possible.

(e)     Licensee may request Licensor's consent to a "Branding" agreement between Licensee and one or more financial institutions (a "Financial Institution") covering and affecting the ATMs. "Branding" means permitting a Financial Institution to so mark or brand an ATM such that to any person using that ATM, it will appear to be owned or operated by that Financial Institution, notwithstanding the fact that the ATM continues to be owned, managed and operated by Licensee. Under such agreements, cardholders of the branding Financial Institution are permitted to make cash withdrawal transactions from the branded ATMs without the assessment of a Surcharge Fee. Branding agreements generally increase transactional activity at the ATMs and may increase a Store's foot traffic Notwithstanding the foregoing, the parties acknowledge and agree that any such Branding agreement shall be negotiated in good faith as a separate amendment to the Agreement and, save and except the aforementioned covenant to negotiate in good faith, this paragraph creates no obligations on either party.

(f)     Licensee is a participant in the Allpoint surcharge free network. Under this network, cardholders whose card issuers are members the Allpoint network may use any of Licensee's ATMs to make cash withdrawals without the assessment of a Surcharge Fee. Licensor does hereby expressly agree that the ATMs deployed by Licensee under this Agreement will participate in this surcharge free network. The parties shall negotiate in good faith regarding additional surcharge free networks; including but not limited the MasterCard Surcharge Free Network (the "MC Network"). In recognition of Licensee's anticipated implementation date of October 1, 2006 with respect to the MC Network, such negotiations regarding same shall begin September 18, 2006.

(g)     Subject to the change in Section 8.3 set forth in Section 12 of this Fourth Amendment, the provisions of Article VIII of the ATM Agreement (other than Section 8.4 thereof), mutatis mutandis, are hereby incorporated by reference herein.

IN WITNESS WHEREOF, the parties hereto have caused this Fourth Amendment to ATM Agreement to be duly executed and delivered by their authorized officers as of the date first above written.

WINN-DIXIE STORES, INC.

By: _____

Name: _FRANK ECKSTEIN_

Title: _SRVP._

*LEGAL APPROVAL*
*ATTY:*
*DATE: 9-16-06*

CARDTRONICS, LP

By: _____

Name: Michael H. Clinard

Title: Chief Operating Officer

Attachments:
Schedule 1-List of Stores at which Licensee has installed an ATM
Appendix1: Service Level Standards

CARDTRONICS
APPROVED BY LEGAL MC 9-13-06

SCHEDULE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 81772015 | 179 | 11101 ST AUGUSTINE RD | JACKSONVILLE | FL | 32257 | $1.00 |
| 82273494 | 233 | 11030 NW 7TH AVE | MIAMI | FL | 33168 | $1.00 |
| 81773077 | 254 | 11241 SW 40TH ST | MIAMI | FL | 33165 | $1.00 |
| 81773076 | 286 | 948 SW 67TH AVE | MIAMI | FL | 33144 | $1.00 |
| 81773074 | 2660 | 1532 W VINE ST | KISSIMMEE | FL | 34741 | $1.00 |
| 81773040 | 607 | 12975 PARK BLVD | SEMINOLE | FL | 33776 | $1.50 |
| 81772004 | 622 | 11912 SEMINOLE BLVD | LARGO | FL | 33778 | $1.50 |
| 81772005 | 606 | 8740 PARK BLVD | LARGO | FL | 33777 | $1.50 |
| 81772944 | 263 | 291 W CAMINO REAL | BOCA RATON | FL | 33432 | $1.50 |
| 81773041 | 244 | 6301 COUNTY LINE RD | HOLLYWOOD | FL | 33023 | $1.00 |
| 81773042 | 367 | 3108 S UNIVERSITY DR | MIRAMAR | FL | 33025 | $1.00 |
| 81772008 | 639 | 8438 N ARMENIA BLVD | TAMPA | FL | 33604 | $1.00 |
| 81772009 | 671 | 1050 58TH ST | ST PETERSBURG | FL | 33710 | $1.00 |
| 81772012 | 72 | 7534 BEACH BLVD | JACKSONVILLE | FL | 32216 | $1.00 |
| 81773043 | 194 | 5250 MONCRIEF RD W | JACKSONVILLE | FL | 32209 | $1.00 |
| 81772024 | 435 | 4476 MONTEVALLO RD | BIRMINGHAM | AL | 35213 | $1.50 |
| 81772025 | 447 | 1408 GOLDEN SPRINGS RD | ANNISTON | AL | 36207 | $1.50 |
| 81772026 | 517 | 3925 CROSSHAVEN DR | BIRMINGHAM | AL | 35243 | $1.50 |
| 81772028 | 581 | 2312 ST STEPHENS RD | MOBILE | AL | 36617 | $1.50 |
| 81772029 | 454 | 2131 ROSS CLARK CR | DOTHAN | AL | 36301 | $1.50 |
| 81772030 | 422 | 3850 W MAIN ST | DOTHAN | AL | 36301 | $1.50 |
| 81772031 | 426 | 1571 WESTGATE PKWY | DOTHAN | AL | 36303 | $1.50 |
| 81772032 | 464 | 1740 CARTR HILL RD | MONTGOMERY | AL | 36106 | $1.50 |
| 81772033 | 503 | 2055 COLISEUM BLVD | MONTGOMERY | AL | 36110 | $1.50 |
| 81772034 | 521 | 3881 ATLANTA HWY | MONTGOMERY | AL | 36109 | $1.50 |
| 81772035 | 463 | 2730 EERN BLVD | MONTGOMERY | AL | 36117 | $1.50 |
| 81772036 | 460 | 5841 ATLANTA HWY | MONTGOMERY | AL | 36117 | $1.50 |
| 81772037 | 429 | 800 NOBLE ST | ANNISTON | AL | 36201 | $1.50 |
| 81772041 | 400 | 33404 US HWY 280 | CHILDERSBURG | AL | 35044 | $1.50 |
| 81772044 | 405 | 2220 BESSEMER RD | BIRMINGHAM | AL | 35208 | $1.50 |
| 81772045 | 407 | 4201 UNIVERSITY BLVD | TUSCALOOSA | AL | 35404 | $1.50 |
| 81772046 | 410 | 1009 MARTIN ST | PELL CITY | AL | 35125 | $1.50 |
| 81772047 | 411 | 640 OLLIE AVE | CLANTON | AL | 35045 | $1.50 |
| 81772049 | 428 | 5326 HWY 231 S | WETUMPKA | AL | 36092 | $1.50 |
| 81772051 | 433 | 3952 US HWY 80 | PHENIX CITY | AL | 36867 | $1.50 |
| 81772052 | 434 | 2495 HWY 431 | ANNISTON | AL | 36206 | $1.50 |
| 81772053 | 437 | 1441 FOXRUN PKWY | OPELIKA | AL | 36801 | $1.50 |
| 81772054 | 442 | 3331 RAINBOW DR | RAINBOW CITY | AL | 35906 | $1.50 |
| 81772055 | 446 | 4724 MOBILE HWY | MONTGOMERY | AL | 36108 | $1.50 |
| 81772060 | 453 | 1503 CULVER RD | TUSCALOOSA | AL | 35401 | $1.50 |
| 81772061 | 456 | 1061 US HWY 280 E | ALEXANDER CITY | AL | 35010 | $1.50 |
| 81772062 | 457 | 1511 ROSS CLARK DR | DOTHAN | AL | 36301 | $1.50 |
| 81772063 | 458 | 1721 HWY 31 N | FULTONDALE | AL | 35068 | $1.50 |
| 81772064 | 461 | 465 MAIN ST | TRUSSVILLE | AL | 35173 | $1.50 |
| 81772065 | 462 | 4920 HWY 78 E | ANNISTON | AL | 36201 | $1.50 |
| 81772068 | 471 | 1130 BYPASS | ANDALUSIA | AL | 36420 | $1.50 |
| 81772069 | 476 | 705 BOLL WEEVIL CIR | ENTERPRISE | AL | 36330 | $1.50 |
| 81772070 | 478 | 1037 S EUFAULA AVE | EUFAULA | AL | 36027 | $1.50 |
| 81772071 | 496 | 2405 HWY 78 E | JASPER | AL | 35501 | $1.50 |
| 81772072 | 509 | 150 CHELSEA CORNERS | WESTOVER | AL | 35185 | $1.50 |
| 81772073 | 512 | 600 E CHURCH ST | ATMORE | AL | 36502 | $1.50 |
| 81772075 | 518 | 1740 DOUGLAS AVE | BREWTON | AL | 36426 | $1.50 |
| 81772077 | 520 | 1352 HIGHLAND AVE | SELMA | AL | 36701 | $1.50 |
| 81772080 | 525 | 815 S PELHAM RD | JACKSONVILLE | AL | 36265 | $1.50 |
| 81772081 | 526 | 13620 HWY 43 N | NORTHPORT | AL | 35475 | $1.50 |
| 81772082 | 527 | 701 E MAIN ST | PRATTVILLE | AL | 36067 | $1.50 |
| 81772083 | 528 | 10 MCFARLAND BLVD | NORTHPORT | AL | 35476 | $1.50 |
| 81772086 | 543 | 1952 W DALLAS DR | SELMA | AL | 36701 | $1.50 |
| 81772088 | 550 | 104 RIVER SQ PLAZA | HUEYTOWN | AL | 35023 | $1.50 |



SCHEDULE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 81772089 | 553 | 1300 GILMER AVE | TALLAHASSEE | FL | 36078 | $1.50 |
| 81772090 | 569 | 1184 S ALABAMA AVE | MONROEVILLE | AL | 36460 | $1.50 |
| 81772101 | 473 | 9082 MOFFETT RD | SEMMES | AL | 36575 | $1.50 |
| 81772102 | 490 | 25405 PERDIDO BLVD | ORANGE BEACH | AL | 36561 | $1.50 |
| 81772103 | 549 | 740 N SCHILLINGER | MOBILE | AL | 36608 | $1.50 |
| 81772104 | 578 | 5651 MOFFAT RD | MOBILE | AL | 36618 | $1.50 |
| 81772105 | 586 | HWY 59 & 16TH AVE | GULF SHORES | AL | 36542 | $1.50 |
| 81772106 | 599 | 187 BALDWIN SQ | FAIRHOPE | AL | 36532 | $1.50 |
| 81772107 | 572 | 5440 HWY 90 W | MOBILE | AL | 36619 | $1.50 |
| 81772108 | 552 | 2533 THOMAS DR | PANAMA CITY | FL | 32407 | $1.50 |
| 81772109 | 285 | 5850 SW 73RD ST | S MIAMI | FL | 33143 | $1.00 |
| 81772110 | 230 | 2420 N FEDERAL HWY | FT LAUDERDALE | FL | 33301 | $1.00 |
| 81772112 | 2205 | 10393 SE HWY 441 | BELLEVIEW | FL | 34420 | $1.00 |
| 81772114 | 2313 | 2880 HOWLAND BLVD | DELTONA | FL | 32725 | $1.00 |
| 81772115 | 2347 | 1103 W NORTH BLVD | LEESBURG | FL | 34748 | $1.00 |
| 81772117 | 708 | 11092 SPRING HILL DR | SPRING HILL | FL | 34608 | $1.00 |
| 81772118 | 2311 | 4025 S NOVA RD | PORT ORANGE | FL | 32127 | $1.00 |
| 81772119 | 297 | 7930 SW 104TH ST | MIAMI | FL | 33156 | $1.00 |
| 81772120 | 697 | 8424 SHELDON RD | TAMPA | FL | 33615 | $1.00 |
| 81772121 | 243 | 541 W 49TH ST | HIALEAH | FL | 33011 | $1.00 |
| 81772123 | 3 | 1245 S JEFFERSON ST | MONITCELLO | FL | 32344 | $1.00 |
| 81772124 | 12 | 12333 SAGO AVE W | JACKSONVILLE | FL | 32218 | $1.00 |
| 81772125 | 2602 | 5134 FIRESTONE RD | JACKSONVILLE | FL | 32210 | $1.00 |
| 81772127 | 28 | 1219 W BASE ST | MADISON | FL | 32340 | $1.00 |
| 81772128 | 30 | 1080 NW SANTA FE BLVD | HIGH SPRINGS | FL | 32643 | $1.00 |
| 81772129 | 37 | 777 MARKET ST | JACKSONVILLE | FL | 32202 | $1.00 |
| 81772130 | 2603 | 201 W 48TH ST | JACKSONVILLE | FL | 32208 | $1.00 |
| 81772131 | 51 | 6060-10 FT CAROLINE | JACKSONVILLE | FL | 32277 | $1.00 |
| 81772134 | 81 | 800 S MARION ST | LAKE CITY | FL | 32055 | $1.00 |
| 81772135 | 85 | 470 W MADISON ST | STARKE | FL | 32901 | $1.00 |
| 81772136 | 89 | 2261 EDGEWOOD AVE W | JACKSONVILLE | FL | 32205 | $1.00 |
| 81772137 | 93 | 2720 BLANDING BLVD | MIDDLEBURG | FL | 32068 | $1.00 |
| 81772139 | 103 | 1545 COUNTRY RD 220 | ORANGE PARK | FL | 32073 | $1.00 |
| 81772140 | 104 | 2057 W BYRON BUTLER PKWY | PERRY | FL | 32347 | $1.00 |
| 81772141 | 138 | 3260 HWY 17 | GREEN COVE SPRINGS | FL | 32043 | $1.00 |
| 81772142 | 142 | 1780 S KINGS RD | HILLIARD | FL | 32046 | $1.00 |
| 81772143 | 144 | 1436 SR 121 | MACCLENNY | FL | 32063 | $1.00 |
| 81772144 | 151 | 306 1ST AVE E | CALLAHAN | FL | 32011 | $1.00 |
| 81772145 | 153 | 7921 NORMANDY BLVD | JACKSONVILLE | FL | 32205 | $1.00 |
| 81772146 | 160 | 2500 N MAIN ST | GAINESVILLE | FL | 32601 | $1.00 |
| 81772147 | 181 | 49 ARLINGTON RD S | JACKSONVILLE | FL | 32216 | $1.00 |
| 81772149 | 167 | 3000 DUNN AVE | JACKSONVILLE | FL | 32218 | $1.00 |
| 81772150 | 168 | 2200 N YOUNG BLVD | CHIEFLAND | FL | 32626 | $1.00 |
| 81772151 | 171 | 727 W NOBLE AVE | WILLISTON | FL | 32696 | $1.00 |
| 81772152 | 184 | 1632 W JEFFERSON ST | QUINCY | FL | 32351 | $1.00 |
| 81772153 | 196 | 1115 N SUMMIT ST | CRESCENT CITY | FL | 32112 | $1.00 |
| 81772154 | 198 | 911 PINEWOOD ST | LIVE OAK | FL | 32060 | $1.00 |
| 81772156 | 2206 | 15912 E HWY 40 | SILVER SPRINGS | FL | 34488 | $1.00 |
| 81772157 | 2211 | 2640 NE 14TH ST | OCALA | FL | 34470 | $1.00 |
| 81772158 | 2213 | 4417 NW BLITCHTON | OCALA | FL | 34482 | $1.00 |
| 81772159 | 2217 | 6405 W GULF TO LAKE HWY | CRYSTAL RIVER | FL | 34429 | $1.00 |
| 81772160 | 2219 | 10051 S US HWY 41 | DUNNELLON | FL | 34431 | $1.00 |
| 81772161 | 2223 | 3792 S SUNCOAST BLVD | HOMOSASSA | FL | 34447 | $1.00 |
| 81772162 | 2228 | 3435 N PINE AVE | OCALA | FL | 34769 | $1.00 |
| 81772163 | 2229 | 184 MARION OAKS BLVD | OCALA | FL | 34473 | $1.00 |
| 81772164 | 2244 | 111 FLAGLER PLAZA DR | PALM COAST | FL | 32137 | $1.00 |
| 81772165 | 2263 | 2200 S ATLANTIC | DAYTONA BEACH | FL | 32118 | $1.00 |
| 81772167 | 2286 | 3535 SE MARICAMP RD | OCALA | FL | 34471 | $1.00 |
| 81772168 | 2287 | 6851 SE MARICAMP RD | OCALA | FL | 34472 | $1.00 |
| 81772169 | 2342 | 3120 N WOODLAND BLVD | DELAND | FL | 32720 | $1.00 |



SCHEDULE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 81772171 | 201 | 6500 W 4TH AVE | HIALEAH | FL | 33012 | $1.00 |
| 81772172 | 204 | 1035 NW 9TH AVE | FT LAUDERDALE | FL | 33311 | $1.00 |
| 81772175 | 209 | 701 W 99TH AVE | PEMBROKE PINES | FL | 33024 | $1.00 |
| 81772176 | 210 | 3116 W COMMERCIAL BLVD | TAMARAC | FL | 33309 | $1.00 |
| 81772178 | 214 | 1100 NW 54TH ST | MIAMI | FL | 33127 | $1.00 |
| 81772181 | 226 | 1625 CORDOVA RD | FT LAUDERDALE | FL | 33316 | $1.00 |
| 81772182 | 235 | 3451 NW 18TH AVE | MIAMI | FL | 33142 | $1.00 |
| 81772183 | 237 | 12254 SW 8TH AVE | MIAMI | FL | 33184 | $1.00 |
| 81772184 | 239 | 14555 SW 42ND ST | MIAMI | FL | 33175 | $1.00 |
| 81772185 | 242 | 1201 E 10TH AVE | HIALEAH | FL | 33010 | $1.00 |
| 81772187 | 246 | 17221 NW 27TH AVE | OPA LOCKA | FL | 33056 | $1.00 |
| 81772188 | 247 | 1155 NW 11TH ST | MIAMI | FL | 33136 | $1.00 |
| 81772189 | 252 | 1525 CORAL WAY | CORAL GABLES | FL | 33130 | $1.00 |
| 81772191 | 267 | 5585 OVERSEAS HWY | MARATHON | FL | 33050 | $1.00 |
| 81772192 | 268 | 1565 S CONGRESS AVE | DELRAY BEACH | FL | 33445 | $1.00 |
| 81772193 | 271 | 1491 S DIXIE HWY | LANTANA | FL | 33460 | $1.00 |
| 81772194 | 295 | 1225 W 45TH ST | MANGONIA PARK | FL | 33407 | $1.00 |
| 81772195 | 302 | 240 NE 8TH ST | HOMESTEAD | FL | 33030 | $1.00 |
| 81772196 | 304 | 1531 NW 40TH AVE | LAUDERHILL | FL | 33313 | $1.00 |
| 81772197 | 308 | 1105 NE JENSEN BEACH BLVD | JENSEN BEACH | FL | 34957 | $1.00 |
| 81772198 | 328 | 92100 OVERSEAS HWY | TAVERNIER | FL | 33070 | $1.00 |
| 81772199 | 330 | 3260 DAVIE BLVD | FT LAUDERDALE | FL | 33312 | $1.00 |
| 81772200 | 331 | 3246 HWY 441 S | OKEECHOBEE | FL | 34957 | $1.00 |
| 81772203 | 336 | 3850 N 46TH AVE | HOLLYWOOD | FL | 33021 | $1.00 |
| 81772206 | 343 | 14900 NW 7TH AVE | MIAMI | FL | 33168 | $1.00 |
| 81772207 | 348 | 7139 BROWARD BLVD | PLANTATION | FL | 33317 | $1.00 |
| 81772208 | 352 | 105300 OVERSEAS HWY | KEY LARGO | FL | 33037 | $1.00 |
| 81772209 | 353 | 9565 W FLAGLER ST | MIAMI | FL | 33174 | $1.00 |
| 81772210 | 354 | 308 E DANIA BEACH BLVD | DANIA | FL | 33004 | $1.00 |
| 81772211 | 356 | 6356 FOREST HILL BLVD | GREEN ACRES | FL | 33415 | $1.00 |
| 81772212 | 357 | 980 IVES DAIRY RD | MIAMI | FL | 33179 | $1.00 |
| 81772213 | 359 | 7480 SW 117TH AVE | MIAMI | FL | 33183 | $1.00 |
| 81772215 | 366 | 3701 NW 7TH ST | MIAMI | FL | 33126 | $1.00 |
| 81772216 | 370 | 8710 SUNSET DR | MIAMI | FL | 33173 | $1.00 |
| 81772217 | 371 | 19167 S DIXIE HWY | MIAMI | FL | 33157 | $1.00 |
| 81772219 | 381 | 900 S MAIN ST | BELLE GLADE | FL | 33430 | $1.00 |
| 81772220 | 384 | 12107 SW 152ND ST | MIAMI | FL | 33186 | $1.00 |
| 81773081 | 385 | 27359 S DIXIE HWY | HOMESTEAD | FL | 33032 | $1.00 |
| 81772222 | 388 | 18300 SW 137TH AVE | MIAMI | FL | 33177 | $1.00 |
| 81772223 | 662 | 14275 S TAMIAMI TRAIL | N PORT | FL | 34287 | $1.00 |
| 81772224 | 726 | 9706 STRINGFELLOW RD | ST JAMES CITY | FL | 33956 | $1.00 |
| 81772225 | 741 | 27680 BERMONT RD | PUNTA GORDA | FL | 33982 | $1.00 |
| 81772226 | 751 | 1602 LAKE TRAFFORD RD | IMMOKALEE | FL | 34142 | $1.00 |
| 81772227 | 412 | 3355 GULF BREEZE PKWY | GULF BREEZE | FL | 32561 | $1.50 |
| 81772228 | 436 | 1812 S HWY 77 | LYNN HAVEN | FL | 32444 | $1.50 |
| 81772229 | 488 | 23200 FRONT BEACH RD | PANAMA CITY | FL | 32413 | $1.50 |
| 81772230 | 489 | 5428 DOGWOOD DR | MILTON | FL | 32570 | $1.50 |
| 81772231 | 493 | 13019 SORRENTO RD | PENSACOLA | FL | 32507 | $1.50 |
| 81772232 | 494 | 17184 FRONT BEACH RD | PANAMA CITY BEACH | FL | 32413 | $1.50 |
| 81772233 | 495 | 5975 MOBILE HWY | PENSACOLA | FL | 32526 | $1.50 |
| 81772234 | 498 | 1550 S HWY 29 | CANTONMENT | FL | 32533 | $1.50 |
| 81772235 | 507 | 4224 HWY 90 | PACE | FL | 32571 | $1.50 |
| 81772236 | 538 | 132 S TYNDALL PKWY | PARKER | FL | 32404 | $1.50 |
| 81772237 | 551 | 4512 HWY 20 | NICEVILLE | FL | 32578 | $1.50 |
| 81772238 | 555 | 4478 MARKET ST | MARIANNA | FL | 32446 | $1.50 |
| 81772239 | 561 | 130 E HWY 98 | DESTIN | FL | 32541 | $1.50 |
| 81772240 | 577 | 1030 HWY 331 S | DEFUNIAK SPRINGS | FL | 32433 | $1.50 |
| 81772243 | 608 | 12649 HWY 301 | DADE CITY | FL | 33525 | $1.00 |
| 81772244 | 609 | 802 US HWY 27 S | AVON PARK | FL | 33825 | $1.00 |
| 81772245 | 618 | 1330 E OAK ST | ARCADIA | FL | 34266 | $1.00 |



SCHEDULE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 81772247 | 629 | 2630 US HWY 92 | LAKELAND | FL | 33801 | $1.00 |
| 81772248 | 637 | 7851 PALM RIVER RD | TAMPA | FL | 33619 | $1.00 |
| 81772249 | 640 | 1296 COUNTRY RD 1 | DUNEDIN | FL | 34698 | $1.00 |
| 81772250 | 642 | 5015 GULFPORT BLVD | GULFPORT | FL | 33707 | $1.00 |
| 81772251 | 647 | 725 E MARTIN LUTHER KING JR DR | SEFFNER | FL | 33584 | $1.00 |
| 81772252 | 651 | 2126 COLLIER PKWY | LAND O LAKES | FL | 34639 | $1.00 |
| 81772253 | 652 | 31100 CORTEZ BLVD | BROOKSVILLE | FL | 34601 | $1.00 |
| 81772254 | 658 | 15200 MUNICIPAL DR | MADERA BEACH | FL | 33708 | $1.00 |
| 81772255 | 660 | 3500 53RD AVE W | BRADENTON | FL | 34201 | $1.00 |
| 81772256 | 664 | 6600 N SOCRUM LOOP RD | LAKELAND | FL | 33809 | $1.00 |
| 81772257 | 672 | 12120 MOON LAKE RD | NEW PORT RICHEY | FL | 34654 | $1.00 |
| 81772258 | 676 | 179 E BLOOMINGDALE AVE | BRANDON | FL | 33511 | $1.00 |
| 81772259 | 2659 | 2525 E HILLSBORO AVE | TAMPA | FL | 33610 | $1.00 |
| 81772260 | 681 | 6501 102TH AVE | PINELLAS PARK | FL | 33782 | $1.00 |
| 81772261 | 683 | 36348 SR 54 | ZEPHYRHILLS | FL | 33541 | $1.00 |
| 81772262 | 684 | 5802 54TH AVE | ST PETERSBURG | FL | 33709 | $1.00 |
| 81772264 | 687 | 600 SEBRING SQ | SEBRING | FL | 33870 | $1.00 |
| 81772265 | 699 | 2020 34 ST N | ST PETERSBURG | FL | 33713 | $1.00 |
| 81772266 | 701 | 1880 SR 60 E | LAKE WALES | FL | 33853 | $1.00 |
| 81772267 | 702 | 1230 S BROAD ST | BROOKSVILLE | FL | 34601 | $1.00 |
| 81772268 | 705 | 36019 US HWY 27 N | HAINES CITY | FL | 33844 | $1.00 |
| 81772269 | 710 | 14134 US HWY 19 N | HUDSON | FL | 34667 | $1.00 |
| 81772270 | 711 | 2240 COMMERCIAL WAY | SPRING HILL | FL | 34606 | $1.00 |
| 81772271 | 713 | 243 US HWY 27 N | DUNDEE | FL | 33838 | $1.00 |
| 81772272 | 746 | 70 PLAZA AVE | LAKE PLACID | FL | 33852 | $1.00 |
| 81772274 | 750 | 6270 COMMERCIAL WAY | BROOKSVILLE | FL | 34613 | $1.00 |
| 81772275 | 777 | 9535 E FOWLER AVE | THONOTOSASSA | FL | 33592 | $1.00 |
| 81772276 | 2209 | 682 CHENEY HWY | TITUSVILLE | FL | 32780 | $1.00 |
| 81772277 | 2235 | 2415 E COLONIAL DR | ORLANDO | FL | 32803 | $1.00 |
| 81772279 | 2241 | 16 DELTONA PLACE | DELTONA | FL | 32725 | $1.00 |
| 81772280 | 2246 | 1565 US 441 N | APOPKA | FL | 32703 | $1.00 |
| 81772281 | 2249 | 1229 A PROVIDENCE | DELTONA | FL | 32725 | $1.00 |
| 81772283 | 2268 | 3170 W NEW HAVEN | W MELBOURNE | FL | 32904 | $1.00 |
| 81772284 | 2288 | 2960 CURRY FORD RD | ORLANDO | FL | 32806 | $1.00 |
| 81772287 | 2656 | 3201 W COLONIAL | ORLANDO | FL | 32804 | $1.00 |
| 81772288 | 2301 | 2722 N PINE HILLS RD | ORLANDO | FL | 32808 | $1.00 |
| 81772290 | 2314 | 1066 CLEAR LAKE RD | COCOA | FL | 32922 | $1.00 |
| 81772291 | 2323 | 5739 EDGEWATER DR | ORLANDO | FL | 32810 | $1.00 |
| 81772292 | 2325 | 100 CANAVERAL PLAZA BLVD | COCOA BEACH | FL | 32931 | $1.00 |
| 81772293 | 2349 | 4870 N KINGS HWY | FT PIERCE | FL | 34951 | $1.00 |
| 81772294 | 2354 | 995 FELLSMERE RD | SEBASTIAN | FL | 32958 | $1.00 |
| 81772295 | 2355 | 4967 US 1 | FT PIERCE | FL | 34982 | $1.00 |
| 81772297 | 2366 | 2950 9TH ST SW | VERO BEACH | FL | 32968 | $1.00 |
| 81772298 | 2367 | 7960 US HWY 1 | MICCO | FL | 32976 | $1.00 |
| 81772302 | 2392 | 7053 S ORANGE BLOSSOM TR | ORLANDO | FL | 32806 | $1.00 |
| 81772303 | 2601 | 1012 EDGEWOOD AVE | JACKSONVILLE | FL | 32205 | $1.00 |
| 81772306 | 22 | 2800 OLD DAWSON RD | ALBANY | GA | 31707 | $1.00 |
| 81772307 | 32 | 1060 LAKES BLVD | LAKE PARK | GA | 31636 | $1.00 |
| 81772311 | 60 | 1941 GLYNN AVE | BRUNSWICK | GA | 31520 | $1.00 |
| 81772313 | 97 | 4404 ALTAMA AVE | BRUNSWICK | GA | 31520 | $1.00 |
| 81772314 | 101 | 103 TALMADGE DR | MOULTRIE | GA | 31768 | $1.00 |
| 81772315 | 110 | 1553 US HWY 19 S | LEESBURG | GA | 31763 | $1.00 |
| 81772316 | 120 | 2418 SYLVESTER RD | ALBANY | GA | 31705 | $1.00 |
| 81772319 | 140 | 3200 N ASHLEY ST | VALDOSTA | GA | 31602 | $1.00 |
| 81772322 | 159 | 5420 NEW JESUP HWY | BRUNSWICK | GA | 31525 | $1.00 |
| 81772324 | 169 | 915 SHOTWELL ST | BAINBRIDGE | GA | 31717 | $1.00 |
| 81772325 | 172 | 200 E OAKRIDGE DR | ALBANY | GA | 31701 | $1.00 |
| 81772326 | 173 | 1105 MADISON HWY | VALDOSTA | GA | 31601 | $1.00 |
| 81772327 | 175 | 129 US HWY 19 N | CAMILLA | GA | 31730 | $1.00 |
| 81772332 | 545 | 1206 CRAWFORD ST | AMERICUS | GA | 31709 | $1.50 |



SCHEDULE 1

| 81772338 | 438 | 1627 S LUMPKIN RD | COLUMBUS | GA | 31903 | $1.50 |
|---|---|---|---|---|---|---|
| 81772339 | 443 | 4231 MACON RD | COLUMBUS | GA | 31904 | $1.50 |
| 81772340 | 480 | 5750 MILGEN RD | COLUMBUS | GA | 31907 | $1.50 |
| 81772344 | 1812 | 2101 VETERANS BLVD | DUBLIN | GA | 31021 | $1.50 |
| 81772403 | 1432 | 3300 PARIS RD | CHALMETTE | LA | 70043 | $1.50 |
| 81772404 | 1504 | 3030 PONCHARTRAIN DR | SLIDELL | LA | 70458 | $1.50 |
| 81772405 | 1434 | 7330 W JUDGE PEREZ DR | ARABI | LA | 70032 | $1.50 |
| 81772406 | 1405 | 2112 BELLE CHASSE HWY | GRETNA | LA | 70056 | $1.50 |
| 81772407 | 1588 | 12519 AIRLINE HWY | DESTREHAN | LA | 70047 | $1.50 |
| 81772408 | 1411 | 5901 AIRLINE HWY | MATAIRE | LA | 70003 | $1.50 |
| 81773023 | 1412 | 2104 WILLIAMS BLVD | KENNER | LA | 70065 | $1.50 |
| 81772410 | 1430 | 5400 TCHOUPITOULAS | NEW ORLEANS | LA | 70115 | $1.50 |
| 81772411 | 1446 | 619 N CAUSEWAY BLVD | MANDEVILLE | LA | 70448 | $1.50 |
| 81772412 | 1448 | 10001 HWY 190 | COVINGTON | LA | 70433 | $1.50 |
| 81772413 | 1583 | 1830 W AIRLINE HWY | LAPLACE | LA | 70068 | $1.50 |
| 81772414 | 1537 | 2302 W THOMAS ST | HAMMOND | LA | 70401 | $1.50 |
| 81772417 | 1403 | 1841 ALMONASTER ST | NEW ORLEANS | LA | 70117 | $1.50 |
| 81772418 | 1406 | 4041 WILLIAMS BLVD | KENNER | LA | 70065 | $1.50 |
| 81772419 | 1408 | 4600 CHEF MENTEUR | NEW ORLEANS | LA | 70126 | $1.50 |
| 81772420 | 1416 | 5969 LAPALCO BLVD | MARRERO | LA | 70072 | $1.50 |
| 81772421 | 1417 | 7135 BUNDY RD | NEW ORLEANS | LA | 70127 | $1.50 |
| 81772422 | 1418 | 3001 HWY 90 | AVONDALE | LA | 70094 | $1.50 |
| 81772423 | 1419 | 500 N CARROLLTON AVE | NEW ORLEANS | LA | 70119 | $1.50 |
| 81772424 | 1428 | 3623 JEFFERSON HWY | JEFFERSON | LA | 70121 | $1.50 |
| 81772425 | 1431 | 1070 WESTBANK EXPWY | WESTWEGO | LA | 70094 | $1.50 |
| 81772426 | 1437 | 2841 S CLAIRBORNE AVE | NEW ORLEANS | LA | 70125 | $1.50 |
| 81772427 | 1438 | 4700 E JUDGE PEREZ DR | MERAUX | LA | 70075 | $1.50 |
| 81772428 | 1439 | 9701 CHEF MENTEUR HWY | NEW ORLEANS | LA | 70127 | $1.50 |
| 81772429 | 1440 | 4627 WESTBANK EXPWY | MARRERO | LA | 70072 | $1.50 |
| 81772430 | 1444 | 12125 HWY 90 | LULING | LA | 70070 | $1.50 |
| 81772431 | 1449 | 804 W OAK ST | AMITE | LA | 70422 | $1.50 |
| 81772432 | 1452 | 400 GEORGIA AVE | BOGALUSA | LA | 70427 | $1.50 |
| 81772433 | 1453 | 6800 GREENWELL SPRINGS | BATON ROUGE | LA | 70805 | $1.50 |
| 81772435 | 1456 | 1104 E MAIN ST | NEW IBERIA | LA | 70560 | $1.50 |
| 81772437 | 1459 | 1411 THE BLVD | RAYNE | LA | 70578 | $1.50 |
| 81772440 | 1490 | 2004 N PARKERSON AVE | CROWLEY | LA | 70526 | $1.50 |
| 81772441 | 1500 | 4100 HWY 59 | MANDEVILLE | LA | 70471 | $1.50 |
| 81772442 | 1501 | 731 WASHINGTON ST | FRANKLINTON | LA | 70438 | $1.50 |
| 81772443 | 1502 | 2985 GAUSE BLVD | SLIDELL | LA | 70461 | $1.50 |
| 81772444 | 1540 | 145 BERRYLAND SHOPPING CENTER | PONCHATOULA | LA | 70454 | $1.50 |
| 81772448 | 1549 | 924 REES ST | BREAUX BRIDGE | LA | 70517 | $1.50 |
| 81772450 | 1557 | 4560 HWY 1 | RACELAND | LA | 70394 | $1.50 |
| 81772451 | 1559 | 204 NORTHWEST BLVD | FRANKLIN | LA | 70538 | $1.50 |
| 81772452 | 1561 | 2240 AMBASSADOR CAFFERY PKWY | LAFAYETTE | LA | 70506 | $1.50 |
| 81772454 | 1570 | 1800 W LAUREL | EUNICE | LA | 70535 | $1.50 |
| 81772455 | 1572 | 420 HOSPITAL RD | NEW ROADS | LA | 70760 | $1.50 |
| 81772456 | 1577 | 13002 COURSEY BLVD | BATON ROUGE | LA | 70816 | $1.50 |
| 81772459 | 1581 | 5005 CHURCH ST | ZACHARY | LA | 70791 | $1.50 |
| 81772460 | 1590 | 17682 AIRLINE HWY | PRAIRIEVILLE | LA | 70769 | $1.50 |
| 81772461 | 1591 | 28145 WALKER S RD | WALKER | LA | 70785 | $1.50 |
| 81772463 | 1478 | 1515 BIENVILLE BLVD | OCEAN SPRINGS | MS | 39564 | $1.50 |
| 81772464 | 1512 | 1444 E PASS RD | GULFPORT | MS | 39501 | $1.50 |
| 81772467 | 1477 | 1701 SYCAMORE RD | PICAYUNE | MS | 39466 | $1.50 |
| 81772468 | 1479 | 109 N CLEVELAND AVE | LONG BEACH | MS | 39560 | $1.50 |
| 81772469 | 1511 | 11312 HWY 49 | GULFPORT | MS | 39503 | $1.50 |
| 81772470 | 1513 | 10511 D'IBERVILLE BLVD | D'IBERVILLE | MS | 39532 | $1.50 |
| 81772471 | 1534 | 771 US HWY 98 | COLUMBIA | MS | 39429 | $1.50 |
| 81772677 | 311 | 11290 SR 84 | DAVIE | FL | 33325 | $1.00 |
| 81772679 | 479 | 9750 HWY 69 S | TUSCALOOSA | AL | 35405 | $1.50 |
| 81772680 | 482 | 1100 HUNT AVE | COLUMBUS | GA | 31907 | $1.50 |

SCHEDULE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 81772681 | 500 | 4701 CENTER POINT BLVD | PINSON | AL | 35126 | $1.50 |
| 81772683 | 541 | 798 BEAL PKWY | FT WALTON BEACH | FL | 32547 | $1.50 |
| 81772684 | 558 | 1326 FERDON BLVD N | CRESTVIEW | FL | 32536 | $1.50 |
| 81772693 | 2628 | 170 BEACON ST | LAUREL | MS | 39440 | $1.50 |
| 81772707 | 1333 | 1550 GOVERNMENT BLVD | MOBILE | AL | 36604 | $1.50 |
| 81772708 | 1334 | 2800 LINCOLN RD | HATTIESBURG | MS | 39401 | $1.50 |
| 81772709 | 1335 | 295 HWY 90 | LOUIS | MS | 39520 | $1.50 |
| 81772717 | 1345 | 21951 HWY 59 S | ROBERTSDALE | AL | 36567 | $1.50 |
| 81772723 | 1353 | 851 BROWNSWITCH RD | SLIDELL | LA | 70458 | $1.50 |
| 81772726 | 1357 | 2384 PASS RD | BILOXI | MS | 39531 | $1.50 |
| 81773083 | 1463 | 1803 LA HWY 3125 | GRAMERCY | LA | 70052 | $1.50 |
| 81772737 | 1483 | 801 HWY 11 S | PICAYUNE | MS | 39466 | $1.50 |
| 81772738 | 1558 | 2210 VETERANS MEMORIAL DR | ABBEVILLE | LA | 70510 | $1.50 |
| 81772742 | 2321 | 438 W GULF ATLANTIC HWY | WILDWOOD | FL | 34785 | $1.00 |
| 81772743 | 2379 | 7840 W IRLO BRONSON HWY | KISSIMMEE | FL | 34747 | $1.00 |
| 81772744 | 2621 | 1700 N FRONTAGE RD | MERIDIAN | MS | 39301 | $1.50 |
| 81772749 | 2626 | 4400 HARDY ST | HATTIESBURG | MS | 39401 | $1.50 |
| 81772751 | 470 | 1625 E UNIVERSITY DR | AUBURN | AL | 36830 | $1.50 |
| 81772755 | 2215 | 11957 S APOPKA VINELAND RD | ORLANDO | FL | 32836 | $1.00 |
| 81772757 | 1404 | 8601 JEFFERSON HWY | RIVER RIDGE | LA | 70123 | $1.50 |
| 81772758 | 1454 | 5555 BURBANK AVE | BATON ROUGE | LA | 70806 | $1.50 |
| 81772760 | 1409 | 1501 SAINT LOUIS ST | NEW ORLEANS | LA | 70112 | $1.50 |
| 81772762 | 212 | 1135 ROYAL PALM BEACH BLVD | ROYAL PALM BEACH | FL | 33411 | $1.50 |
| 81772763 | 2266 | 7800 S HWY 17-92 | FERN PARK | FL | 32730 | $1.50 |
| 81772764 | 2276 | 4686 E MICHIGAN ST | ORLANDO | FL | 32812 | $1.50 |
| 81772765 | 2390 | 5732 N HIAWASSWEE RD | ORLANDO | FL | 32818 | $1.50 |
| 81772766 | 2233 | 951 W SR 434 | LONGWOOD | FL | 32750 | $1.50 |
| 81772767 | 2269 | 13200 E COLONIAL DR | ORLANDO | FL | 32826 | $1.50 |
| 81772768 | 644 | 1640 US HWY 19 N | HOLIDAY | FL | 34691 | $1.50 |
| 81772769 | 678 | 9822 S US 301 | RIVERVIEW | FL | 33569 | $1.50 |
| 81772770 | 627 | 2540 BEARSS AVE | TAMPA | FL | 33612 | $1.50 |
| 81772773 | 2265 | 900 CYPRESS PKWY | POINCIANA | FL | 34759 | $1.50 |
| 81772774 | 2225 | 684 E SR 50 | CLERMONT | FL | 34711 | $1.50 |
| 81772775 | 2320 | 1122 N MAIN ST | BUSHNELL | FL | 33513 | $1.50 |
| 81772776 | 2343 | 1050 W NEW YORK AVE | DELAND | FL | 32720 | $1.50 |
| 81772777 | 2230 | 190 MALABAR RD SW | PALM BAY | FL | 32907 | $1.50 |
| 81772779 | 2333 | 5270 BABCOCK ST | PALM BAY | FL | 32905 | $1.50 |
| 81772780 | 2203 | 1838 S RIDGEWOOD AVE | EDGEWATER | FL | 32141 | $1.50 |
| 81772782 | 668 | 3500 N TAMIAMI TR | SARASOTA | FL | 34234 | $1.50 |
| 81772783 | 630 | 1010 53RD AVE | BRADENTON | FL | 34203 | $1.50 |
| 81772784 | 631 | 2900 LAKELAND HIGHLAND RD | LAKELAND | FL | 33803 | $1.50 |
| 81772785 | 706 | 1305 ARIANA ST W | LAKELAND | FL | 33803 | $1.50 |
| 81772786 | 720 | 4100 MCCALL RD | ENGLEWOOD | FL | 34224 | $1.50 |
| 81773082 | 207 | 3435 N FEDERAL HWY | POMPANO BEACH | FL | 33064 | $1.50 |
| 81772788 | 355 | 7024 BERACASA WAY | BOCA RATON | FL | 33433 | $1.50 |
| 81772790 | 260 | 6600 HYUPOLUXO RD | BOYNTON BEACH | FL | 33462 | $1.50 |
| 81772791 | 257 | 9840 MILITARY TRAIL | BOYNTON BEACH | FL | 33436 | $1.50 |
| 81772792 | 259 | 1606 S FEDERAL HWY | BOYNTON BEACH | FL | 33435 | $1.50 |
| 81772793 | 309 | 7915 S DIXIE HWY | W PALM BEACH | FL | 33405 | $1.50 |
| 81772794 | 221 | 2675 MILITARY TR | W PALM BEACH | FL | 33415 | $1.50 |
| 81772797 | 278 | 15859 PINES BLVD | PEMBROKE PINES | FL | 33027 | $1.50 |
| 81772798 | 280 | 10505 NW 41ST ST | MIAMI | FL | 33178 | $1.50 |
| 81772800 | 251 | 3275 SW 22ND ST | MIAMI | FL | 33165 | $1.50 |
| 81772801 | 228 | 277 S POMPANO PKWY | POMPANO BEACH | FL | 33069 | $1.50 |
| 81772803 | 2260 | 1347 E VINE ST | KISSIMMEE | FL | 34744 | $1.50 |
| 81772806 | 2326 | 1564 HARRISON ST | TITUSVILLE | FL | 32780 | $1.50 |
| 81772807 | 107 | 5909 UNIVERSITY BLVD W | JACKSONVILLE | FL | 32216 | $1.50 |
| 81772808 | 180 | 22 LOFTON SQ BLVD | FERNANDINA BEACH | FL | 32034 | $1.50 |
| 81772809 | 2306 | 1514 S FRENCH AVE | SANFORD | FL | 32771 | $1.50 |
| 81772811 | 77 | 1010 PONCE DE LEON BLVD S | ST AUGUSTINE | FL | 32084 | $1.50 |

SCHEDULE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 81772812 | 18 | 1209 ATLANTIC BLVD | NEPTUNE BEACH | FL | 32266 | $1.50 |
| 81772813 | 182 | 3551 N PONCE DE LEON | ST AUGUSTINE | FL | 32086 | $1.50 |
| 81772814 | 2258 | 1541 NOVA RD | HOLLY HILL | FL | 32117 | $1.50 |
| 81772815 | 25 | 8775 OLD KINGS RD | JACKSONVILLE | FL | 32217 | $1.50 |
| 81772816 | 8 | 1339 BLANDING RD | ORANGE PARK | FL | 32065 | $1.50 |
| 81772817 | 2280 | 700 GOLDENROD RD | ORLANDO | FL | 32807 | $1.50 |
| 81772818 | 2329 | 6257 US HWY 1 | PORT ST JOHN | FL | 32927 | $1.50 |
| 81772819 | 2267 | 7382 CURRY FORD RD | ORLANDO | FL | 32822 | $1.50 |
| 81772820 | 2358 | 2009 S US 1 | FT PIERCE | FL | 34982 | $1.50 |
| 81772821 | 299 | 4360 OKEECHOBEE BLVD | W PALM BEACH | FL | 33409 | $1.50 |
| 81772822 | 2220 | 3565 N LECANTO | BEVERLY HILLS | FL | 34465 | $1.50 |
| 81772823 | 123 | 5647 ROOSEVELT BLVD | JACKSONVILLE | FL | 32210 | $1.50 |
| 81772824 | 723 | 1850 N TAMIAMI TR | N FT MYERS | FL | 33917 | $1.50 |
| 81772827 | 736 | 3280 S TAMIAMI TR | PORT CHARLOTTE | FL | 33952 | $1.50 |
| 81772829 | 654 | 3301 17TH ST | SARASOTA | FL | 34235 | $1.50 |
| 81772830 | 2216 | 2103 AMERICANA BLVD | ORLANDO | FL | 32839 | $1.50 |
| 81772831 | 624 | 955 S PINELLAS | TARPON SPRINGS | FL | 34689 | $1.50 |
| 81773024 | 657 | 5400 FRUITVILLE RD | SARASOTA | FL | 34232 | $1.50 |
| 81772833 | 632 | 6902 S FLORIDA AVE | LAKELAND | FL | 33803 | $1.50 |
| 81773025 | 487 | 3157 W 23RD ST | PANAMA CITY | FL | 32405 | $1.50 |
| 81772835 | 265 | 1101 S MILITARY TRAIL | DEERFIELD BEACH | FL | 33442 | $1.50 |
| 81773026 | 560 | 981 US HWY 98 | DESTIN | FL | 32541 | $1.50 |
| 81772837 | 655 | 6033 COUNTRY RD 54 | NEW PORT RICHEY | FL | 34653 | $1.50 |
| 81773044 | 197 | 300 SW 16TH AVE | GAINESVILLE | FL | 32601 | $1.50 |
| 81772840 | 2336 | 27405 US HWY 27 | LEESBURG | FL | 34748 | $1.50 |
| 81772841 | 2261 | 450 E BURLEIGH BLVD | TAVARES | FL | 32778 | $1.50 |
| 81773045 | 2335 | 1955 N SR 19 | EUSTIS | FL | 32726 | $1.50 |
| 81772844 | 191 | 5207 NORMANDY BLVD | JACKSONVILLE | FL | 32205 | $1.50 |
| 81772845 | 195 | 11380 BEACH BLVD | JACKSONVILLE | FL | 32246 | $1.50 |
| 81773046 | 176 | 8560 ARGYLE FOREST BLVD | JACKSONVILLE | FL | 32244 | $1.50 |
| 81773047 | 80 | 9866 BAYMEADOWS | DUVAL | FL | 32256 | $1.50 |
| 81773048 | 54 | 1531 MONUMENT RD | JACKSONVILLE | FL | 32225 | $1.50 |
| 81773049 | 40 | 1900-1 PARK AVE | ORANGE PARK | FL | 32073 | $1.50 |
| 81773050 | 145 | 248 BLANDING BLVD | ORANGE PARK | FL | 32073 | $1.50 |
| 81773078 | HQ | 5050 EDGEWOOD CT | JACKSONVILLE | FL | 32254 | $0.00 |
| 81772853 | 141 | 11701 SAN JOSE BLVD | JACKSONVILLE | FL | 32223 | $1.50 |
| 81772854 | 2247 | 1260 PALMCOAST PKY SW | PALM COAST | FL | 32137 | $1.50 |
| 81772857 | 698 | 1049 62 AVE N | ST PETERSBURG | FL | 33702 | $1.50 |
| 81773052 | 262 | 15450 NW 77TH CT | HIALEAH | FL | 33016 | $1.50 |
| 81772859 | 270 | 2750 W 68TH ST | HIALEAH | FL | 33016 | $1.50 |
| 81772861 | 203 | 1055 W HOLLANDALE BEACH BLVD | HALLANDALE | FL | 33009 | $1.50 |
| 81772862 | 2388 | 340 S SR 434 | ALTAMONTE SPRINGS | FL | 32714 | $1.50 |
| 81773053 | 318 | 602 CRANDON BLVD | KEY BISCAYNE | FL | 33149 | $1.50 |
| 81772864 | 501 | 8674 NAVARRE PKWY | NAVARRE | FL | 32566 | $1.50 |
| 81772865 | 566 | 99 EGLIN PKWY NW | FT WALTON BEACH | FL | 32548 | $1.50 |
| 81772866 | 190 | 1520 W UNIVERSITY | JACKSONVILLE | FL | 32217 | $1.50 |
| 81772867 | 199 | 703 CHAFFEE RD | JACKSONVILLE | FL | 32221 | $1.50 |
| 81772868 | 2304 | 1835 SR 44 | NEW SMYRNA BEACH | FL | 32168 | $1.50 |
| 81772869 | 619 | 4445 SR 674 | SUN CITY CENTER | FL | 33573 | $1.50 |
| 81772871 | 238 | 6707 INDIANTOWN RD | JUPITER | FL | 33458 | $1.50 |
| 81772872 | 307 | 2160 S FEDERAL HWY | STUART | FL | 34994 | $1.50 |
| 81772873 | 256 | 4770 N CONGRESS AVE | BOYNTON BEACH | FL | 33462 | $1.50 |
| 81772875 | 2237 | 2 N US HWY 17 92 | DEBARY | FL | 32713 | $1.50 |
| 81772877 | 2238 | 4855 E IRLO BRONSON HWY | ST CLOUD | FL | 34771 | $1.50 |
| 81773079 | 204 | 1021 LOCKWOOD BLVD | OVIEDO | FL | 32765 | $1.50 |
| 81773027 | 556 | 4751 BAYOU BLVD | PENSACOLA | FL | 32503 | $1.50 |
| 81773028 | 506 | 312 E 9 MILE RD | PENSACOLA | FL | 32514 | $1.50 |
| 81773029 | 656 | 7400 44TH AVE W | BRADENTON | FL | 34210 | $1.50 |
| 81773030 | 663 | 2700 RECKER HWY | WINTER HAVEN | FL | 33880 | $1.50 |
| 81773031 | 377 | 4201 NW 88TH AVE | SUNRISE | FL | 33321 | $1.50 |



SCHEDULE 1

| | | | | | | |
|---|---|---|---|---|---|---|
| 81772884 | 504 | 7135 N 9TH AVE | PENSACOLA | FL | 32504 | $1.50 |
| 81773032 | 283 | 8855 CORAL WAY | MIAMI | FL | 33165 | $1.50 |
| 81772887 | 174 | 12777 ATLANTIC BLVD | JACKSONVILLE | FL | 32225 | $1.50 |
| 81773033 | 177 | 3538 BLANDING BLVD | JACKSONVILLE | FL | 32210 | $1.50 |
| 81773035 | 378 | 3805 NE 163RD ST | N MIAMI BEACH | FL | 33160 | $1.50 |
| 81773084 | 236 | 941 SW 24TH ST | FT LAUDERDALE | FL | 33315 | $1.50 |
| 81773037 | 375 | 3131 FOREST HILL BLVD | W PALM BEACH | FL | 33406 | $1.50 |
| 81773038 | 535 | 50 S BLUE ANGEL PKWY | PENSACOLA | FL | 32506 | $1.50 |
| 81772896 | 306 | 1515 E HALLENDALE BCH BL | HALLANDALE | FL | 33009 | $1.50 |
| 81773054 | 326 | 7015 N UNIVERSITY DR | TAMARAC | FL | 33321 | $1.50 |
| 81772898 | 333 | 8924 N MILITARY TRAIL | PALM BEACH GARDENS | FL | 33410 | $1.50 |
| 81773056 | 296 | 3500 N ANDREWS AVE | OAKLAND PARK | FL | 33309 | $1.50 |
| 81773057 | 319 | 30346 OLD DIXIE HWY | HOMESTEAD | FL | 33030 | $1.50 |
| 81773058 | 361 | 15050 SW 72ND ST | MIAMI | FL | 33193 | $1.50 |
| 81773059 | 2210 | 333 E HIGHLAND BLVD | INVERNESS | FL | 34452 | $1.50 |
| 81772904 | 386 | 3800 N OCEAN BLVD | FT LAUDERDALE | FL | 33308 | $1.50 |
| 81773060 | 2273 | 1750 SUNSHADOW DR | CASSELBERRY | FL | 32707 | $1.50 |
| 81773061 | 611 | 18407 US HWY 41 N | LUTZ | FL | 33549 | $1.50 |
| 81772907 | 745 | 1145 HOMESTEAD RD N | LEHIGH ACRES | FL | 33936 | $1.50 |
| 81773080 | 2270 | 12500 LAKE UNDERHILL RD | ORLANDO | FL | 32828 | $1.50 |
| 81773062 | 2327 | 1535 N SINGLETON AVE | TITUSVILLE | FL | 32796 | $1.50 |
| 81773063 | 2250 | 1531 E SILVER STAR RD | OCOEE | FL | 34761 | $1.50 |
| 81773064 | 2281 | 4400 HOFFNER RD | ORLANDO | FL | 32812 | $1.50 |
| 81773065 | 2278 | 1401 S HIAWASSEE RD | ORLANDO | FL | 32835 | $1.50 |
| 81773066 | 2309 | 353 W GRANADA BLVD | ORMOND BEACH | FL | 32174 | $1.50 |
| 81773051 | 2654 | 10537 E COLONIAL DR | UNION PARK | FL | 32817 | $1.50 |
| 81773067 | 255 | 14595 MILITARY HWY | DELRAY BEACH | FL | 33484 | $1.50 |
| 81773068 | 337 | 6406 W LAKE WOTH RD | LAKE WORTH | FL | 33463 | $1.50 |
| 81773069 | 231 | 5850 NW 183RD ST | HIALEAH | FL | 33015 | $1.50 |
| 81773070 | 248 | 2450 N SR 7 | MARGATE | FL | 33063 | $1.50 |
| 81773071 | 345 | 1019 S FEDERAL HWY | DEERFIELD BEACH | FL | 33441 | $1.50 |
| 81773072 | 287 | 14655 SW 104TH AVE | MIAMI | FL | 33186 | $1.50 |
| 81772923 | 387 | 18801 SW 117TH AVE | MIAMI | FL | 33177 | $1.50 |
| 81773073 | 249 | 6770 SW 40TH ST | MIAMI | FL | 33155 | $1.50 |
| 81772926 | 728 | 14600 PALM BEACH BLVD | FT MYERS | FL | 33905 | $1.50 |
| 81772928 | 612 | 319A HAVENDALE BLVD | AUBURNDALE | FL | 33823 | $1.50 |
| 81772930 | 2328 | 961 E EAU GALLIE BLVD | MELBOURNE | FL | 32937 | $1.50 |
| 81772932 | 281 | 4105 SR 7 | LAKE WORTH | FL | 33467 | $1.50 |
| 81772933 | 305 | 8887 SE BRIDGE RD | HOBE SOUND | FL | 33455 | $1.50 |
| 81772934 | 737 | 2000 KINGS HWY | PORT CHARLOTTE | FL | 33980 | $1.50 |
| 81772935 | 129 | 3915 A1A S | ST AUGUSTINE BEACH | FL | 32080 | $1.50 |
| 81772936 | 84 | 1722 S 8TH ST | FERNANDINA BEACH | FL | 32034 | $1.50 |
| 81772938 | 2334 | 1100 US HWY 27 | CLERMONT | FL | 34711 | $1.50 |
| 81772939 | 163 | 901 HWY 19 S | PALATKA | FL | 32177 | $1.50 |
| 81772940 | 649 | 11100 4TH ST N | ST PETERSBURG | FL | 33716 | $1.50 |
| 81772941 | 673 | 6188 US HWY 41 N | APOLLO BEACH | FL | 33572 | $1.50 |
| 81772948 | 2 | 220 W COUNTY RD 210 | JACKSONVILLE | FL | 32259 | $1.00 |
| 81772949 | 5 | 290 SOLANO RD | PONTE VERDE | FL | 32082 | $1.00 |
| 81772952 | 292 | 1640 W 49TH ST | HIALEAH | FL | 33012 | $1.00 |
| 81772964 | 481 | 3621 US 231 N | PANAMA CITY | FL | 32404 | $1.00 |
| 81772965 | 579 | 1617 S COLLEGE ST | AUBURN | AL | 36830 | $1.50 |
| 81772968 | 1576 | 10974 JOOR RD | BATON ROUGE | LA | 70818 | $1.50 |
| 81772951 | 451 | 3625 HWY 14 | MILLBROOK | AL | 36054 | $1.50 |
| 81772972 | 0729 | 625 N COLLIER BLVD | MARCO ISLAND | FL | 34145 | $1.00 |
| 81772973 | 0570 | 1235 S MCKENZIE | FOLEY | AL | 36535 | $1.50 |
| 81772974 | 571 | 710 MC MEANS AVE | BAY MINETTE | AL | 36507 | $1.50 |
| 81772975 | 0590 | 6300 GRELOT RD | MOBILE | AL | 36695 | $1.50 |
| 81772976 | 596 | 3075 US HWY 98 | DAPHNE | AL | 36526 | $1.50 |
| 81772980 | 0290 | FEDERAL HWY & NE 6TH ST | FT LAUDERDALE | FL | 33305 | $1.00 |
| 81772981 | 0472 | 2014 HWY 45 N | MERIDIAN | MS | 39301 | $1.50 |



**SCHEDULE 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 81772982 | 0533 | 5100 HWY 39 N | MERIDIAN | MS | 39301 | $1.50 |
| 81772983 | 0536 | 2120 HWY 19 N | MERIDIAN | MS | 39305 | $1.50 |
| 81772986 | 2207 | 3318 CANOE CREEK | ST CLOUD | FL | 34772 | $1.00 |
| 81772987 | 0006 | 10915 BAY MEADOWS RD | JACKSONVILLE | FL | 32256 | $1.00 |
| 81772988 | 2380 | 120 INTERNATIONAL | HEATHROW | FL | 32746 | $1.00 |
| 81772991 | 0717 | 17105 SAN CARLOS BLVD | FT MYERS | FL | 33931 | $1.00 |
| 81772993 | 1467 | 13555 OLD HAMMOND HWY | BATON ROUGE | LA | 70816 | $1.50 |
| 81772992 | 1425 | 3645 LAPALCO BLVD | HARVEY | LA | 70058 | $1.50 |
| 81772994 | 0135 | 2851 HENLEY RD | GREEN COVE SPRINGS | FL | 32043 | $1.00 |
| 81772997 | 0364 | 3320 SALERINO RD | STUART | FL | 34997 | $1.00 |
| 81773001 | 2393 | 2231 W SEMORAN BLVD | APOPKA | FL | 32703 | $1.00 |
| 81773003 | 0390 | 3700 BROADWAY | RIVIERA BEACH | FL | 33404 | $1.00 |
| 81773004 | 2341 | 2701 SO WOODLAND BLVD | DELAND | FL | 32720 | $1.00 |
| 81773005 | 2348 | 281 PORT LUCIE BLVD | PORT ST LUCIE | FL | 34984 | $1.00 |
| 81773007 | 0574 | 2402 OLD SPRINGVILLE RD | BIRMINGHAM | AL | 35215 | $1.50 |
| 81773006 | 1426 | 3008 HOLIDAY DR | NEW ORLEANS | LA | 70131 | $1.50 |
| 81773015 | 1854 | 785 HWY 96 | BONAIRE | GA | 31005 | $1.50 |
| 81773017 | 0667 | 1510 US HWY 17 N | WAUCHULA | FL | 33873 | $1.00 |
| 81773020 | 0272 | 3757 MILITARY TRAIL | JUPITER | FL | 33458 | $1.00 |
| 81773021 | 0448 | 7946 VAUGHN RD | MONTGOMERY | AL | 36116 | $1.50 |
| 81773022 | 0019 | 220 RETREAT RD | ST SIMONS ISLAND | GA | 31522 | $1.00 |
| 81775220 | 2383 | 7580 UNIVERSITY BLVD | WINTER PARK | FL | 32792 | $1.50 |

## APPENDIX 1
## SERVICE LEVEL STANDARDS

Each of the ATMs deployed at Licensor's Stores is programmed to send status messages to Licensee. These status messages inform Licensee in the event of any First Line Maintenance ("FLM") event, other than whether the monitor screen is in need of cleaning or whether a light bulb in the topper has burned out, and a status message is generated each time a change in status occurs, including if the ATM is out of cash. Licensor will provide Licensee with a central point of contact (the "Designated Contact Point"). Licensee will notify the Designated Contact Point of the receipt of the above-described status messages via e-mail. Licensor shall take such steps as are necessary to ensure that its e-mail storage capacity is sufficiently large to receive and store all of Licensee's e-mails. Further, if and when Licensee operates the ATMs over Licensor's Frame Network, Licensee will provide to Licensor, upon Licensor's written request, access to Licensee's on-line ATM management system so that Licensor will receive the above-described status messages concurrently upon Licensee receiving same. E-mails or status messages received by Licensor shall be deemed accurate and Licensor agrees that upon receipt of such e-mails or messages Licensor's personnel will take immediate action to correct all FLM events and Out of Cash Events.

In connection with Licensor's obligations under Section 4.5 of the ATM Agreement, Licensor further agrees to the following service level standards and performance rebates if such standards are not achieved:

**(A)** <u>**FLM—other than Cash Loading**</u>

In addition to its cash loading obligations set forth below, Licensor shall ensure each ATM is operational with respect to all FLM events during the entirety of each business day. For purposes of this appendix, a "business day" is 8:00 a.m. EST to 8:00 p.m. EST Monday through Friday, 8:00 a.m. EST to 5:00 p.m. EST Saturday and Sunday, excluding holidays. Additional exclusions with respect to any given individual store shall include any period such store is not open to the general public.

If Licensee notifies Licensor that an ATM is Out of Service due to a FLM event during the business day, Licensor shall perform the necessary FLM services to make the ATM Available. If such FLM service is not completed within 2 hours, Licensor will pay to Licensee a daily maintenance performance rebate in accordance with the following schedule:

Service not completed for 2 hours or more, but less than 4 hours......$25.00 per occurrence
Service not completed for 4 hours or more.................................$50.00 per occurrence

The maximum maintenance performance rebate payable with respect to any individual ATM in a given business day will not exceed $50.00; provided, however, if a FLM event results in an ATM being Out of Service and such event is not corrected in the same business day in which it occurs, Licensee shall be entitled to a maintenance performance rebate in accordance with the above schedule for each successive business day that such event continues.

In the event that an ATM is Out of Service due to a FLM event for 6 or more hours and Licensor has not completed the necessary FLM services to make the ATM Available, then Licensee may dispatch a third party maintenance provider to perform the necessary FLM to make the ATM Available.  If Licensee dispatches a third party maintenance provider to perform such service and it is determined that the ATM was Out of Service due to an FLM event, Licensor will pay Licensee a $105.00 service call charge for such service call.   In the event Licensee dispatches a third party maintenance provider Licensor shall not be responsible for the maintenance performance rebate with respect to the FLM event for which the third party maintenance provider was dispatched.  Licensee shall request that the third party maintenance provider check in with store personnel prior to servicing any ATM.

The time period for measuring an FLM event that results in an ATM being Out of Service shall commence at the time that Licensee receives a status message indicating  the FLM event and shall end when Licensee receives a status message indicating that the FLM event has been corrected and the ATM is Available.

For purposes hereof, "Available" or "Availability", is measured only during hours that a Store is open to its customers, and means those hours that an ATM is operationally capable of completing Transactions.  If an ATM is not available due to any FLM event (other than an Out of Cash Event) it shall be referred to as "Out of Service" and therefore not Available.

Notwithstanding the foregoing, during the first year of this Fourth Amendment, Licensor shall not be required to pay a maintenance performance rebate until the number of occurrences in any calendar month exceeds 10% of the then current number ATMs installed by Licensee in Licensor's Stores, at which point Licensor shall pay the maintenance performance rebates set forth above for the succeeding occurrences.

During the second year of this Fourth Amendment, Licensor shall not be required to pay a maintenance performance rebate until the number of occurrences in any calendar month exceeds 7.5% of the then current number ATMs  installed by Licensee in Licensor's Stores, at which point Licensor shall pay the maintenance performance rebates set forth above for the succeeding occurrences.

During the third year and each year thereafter of this Fourth Amendment, Licensor shall not be required to pay a maintenance performance rebate until the number of occurrences in any calendar month exceeds 5% of the then current number ATMs installed by Licensee in Licensor's Stores, at which point Licensor shall pay the maintenance performance rebates set forth above for the succeeding occurrences.



Provided, however, during any calendar quarter Licensor maintenance performance rebate payments to Licensee (whether by offset or in response to an invoice) for FLM events that result in an ATM being Out of Service as set forth in this Section A will not exceed 25% of the total Merchant Fees payable by Licensee to Licensor for the same calendar quarter.

**B.     FLM-Cash Loading**

At a regular interval for each "business day" of each Store at which an ATM is installed, Licensor shall ensure that the ATM is loaded with a minimum amount of cash (the "Daily Minimum Cash Load"). The Daily Minimum Cash Load for each ATM must be based upon no less than 130% of the historical daily cash dispensing activity of the ATM. Upon request by Licensee, Licensor shall deliver to Licensee a report (the "Cash Load Report") showing the historical daily cash dispensing activity for each ATM covered and affected by the Agreement.

Both Licensor and Licensee recognize that holidays and localized events, whether such events are planned such as a Super Bowl or are unplanned such as a tropical storm or hurricane, impact the transactional activity at an ATM. Accordingly, Licensor and Licensee will cooperate with each other when such holidays and events occur to determine an appropriate Daily Minimum Cash Load for each such holiday or event.

Notwithstanding the establishment of the Daily Minimum Cash Load, in the event any ATM runs out of cash during any business day (an "Out of Cash Event"), Licensor shall replenish same with at least 50% of the applicable Daily Minimum Cash Load within one hour of the Out of Cash Event.

If an Out of Cash Event occurs and Licensee notifies Licensor during the business day and Licensor fails to replenish the ATM with cash within one (1) hour, Licensor will pay to Licensee a cash loading performance rebate in accordance with the following schedule:

Out of Cash Event for more than 1 hour, but less than 3 hours…$25.00 per occurrence
Out of Cash Event that lasts for 3 hours or more …….........…..$50.00 per occurrence

The maximum cash loading performance rebate payable with respect to any individual ATM in a given business day will not exceed $50.00; provided, however, if an Out of Cash Event is not corrected in the same business day in which it occurs, Licensee shall be entitled to a cash loading performance rebate in accordance with the above schedule for each successive business day that such event continues.

The time period for measuring an Out of Cash Event shall commence at the time that Licensor receives an e-mail or a status message from Licensee indicating that an Out of Cash Event has occurred and shall end when Licensee receives a status message from the ATM that the event has been corrected and the ATM is Available. Following receipt of any status message indicating that an Out of Cash Event has been corrected, Licensee will e-mail Licensor a confirming message that the event has been corrected.



**C.**    **Payment of Rebates and Service Call Charges**

Licensee may offset any undisputed maintenance performance rebate, cash loading performance rebate, and service call charges against any Merchant Fee payable to Licensor; provided, however, if no Merchant Fee is due and payable to Licensor at the time any such rebates and service call charges arise or the amount of the Merchant Fee is less than the amount of rebates and service call charges owed to Licensee, then Licensee may invoice Licensor for any such rebates and service call charges not offset fully against any Merchant Fee and Licensor shall pay such invoice(s) within thirty days of receipt thereof.

**D.**    **Performance Review Meetings**.

Licensor and Licensee shall participate in monthly scheduled review meetings to evaluate Licensor's performance with respect to the above described service level standards and to address any historic and/or current service events.   Such meetings, which can be teleconferences, shall be scheduled on dates/times mutually agreed upon by the parties.

To assist the parties in tracking the service level standards, Licensee shall provide Licensor the following weekly FLM reports:

- Out of Service
- Out of Cash
- Service call charges

Each of the above reports will identify each ATM that had either of the above listed events, the time and date such event occurred, the duration of the event, the applicable performance rebate associated with each such event, and for all events other than an Out of Cash Event, a description of the event (e.g. currency jam, paper jam, etc.). The reports for each week will be delivered electronically by Wednesday 12:00 p.m. (Houston time) of the following week.



**EXHIBIT B**

**ORDER APPROVING ASSUMPTION OF
MODIFIED AGREEMENT WITH CARDTRONICS, LP ON AGREED TERMS**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER APPROVING ASSUMPTION OF
## MODIFIED AGREEMENT WITH CARDTRONICS, LP ON AGREED TERMS

These cases came before the Court for hearing on October 5, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 approving the assumption of a modified agreement with Cardtronics, LP ("Cardtronics") on agreed terms (the "Motion").[1] The Court has read the Motion and considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted.

2.      The Prepetition Agreement as modified by the Postpetition Amendment substantially in the form attached to the Motion (the "Modified Agreement") is assumed under 11 U.S.C. § 365(a), effective as of the Effective Date.

3.      The Debtors shall pay to Cardtronics on the Effective Date, as an administrative expense claim, a cure payment in the amount of $1 million.

---

[1]      All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

4.      As of the Effective Date, Cardtronics' proof of claim number 11170 shall be increased in amount to $6.7 million and shall be allowed as a non-priority unsecured claim, to be treated as a vendor/supplier claim in class 14 of the Plan.

5.      Subject to paragraphs 3 and 4 above, by agreement with Cardtronics, all applicable requirements of 11 U.S.C. § 365(b) are satisfied or waived.

6.      Subject to paragraphs 3 and 4 above, and subject to and in accordance with the terms of the Postpetition Amendment, all claims by and between the parties under the Prepetition Agreement are satisfied or waived as of the Effective Date.

7.      Notwithstanding any provisions to the contrary in Fed. R. Bankr. P. 6006, this Order shall take effect immediately upon entry.

Dated _____, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.