UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | | Related to Docket No. 10058 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, CVS EGL Overseas Marathon FL, L.L.C. hereby appears in the above-captioned case through its counsel, Milam Howard Nicandri Dees & Gillam, P.A.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

> Peter E. Nicandri
> pnicandri@milamhoward.com
> Florida Bar No. 823090
> 14 East Bay Street
> Jacksonville, Florida 32202
> Tel: (904) 357-3660
> Fax: (904) 357-3661

Date: September 22, 2006

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

By /s/ *Peter E. Nicandri*
   Peter E. Nicandri
   Florida Bar No. 823090
   14 East Bay Street
   Jacksonville, Florida 32202
   Tel: (904) 357-3660
   Fax: (904) 357-3661

ATTORNEYS FOR CVS EGL
OVERSEAS MARATHON
FL, L.L.C.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter Nicandri, Esquire, hereby certify that on September 22, 2006, I caused a copy of the foregoing **CVS EGL Overseas Marathon FL, L.L.C.'s Protective Objection To Confirmation Of The Joint Plan Of Reorganization Of Winn-Dixie Stores, Inc. And Affiliated Debtors** to be served by Electronic Mail and First Class U.S. Mail on the parties on the attached service list.

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

/s/ *Peter E. Nicandri*
Peter E. Nicandri
Florida Bar No. 823090
14 East Bay Street
Jacksonville, FL  32202
Tel:  (904) 357-3660
Fax:  (904) 357-3660

## WINN-DIXIE STORES, INC., *et al.*
### Service List

Rosalie Walker Gray, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005