UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **October 5, 2006, at 1:00 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (a) the motions seeking temporary allowance of claims for voting purposes filed by Deutsche Bank Trust Company Americas (Docket No. 10715); Kentucky Taxing Authorities (Docket No. 10911); Hamilton County, Tennessee (Docket No. 10937); The Estate of Plunkett (Docket No. 10944); Wah Hong Go (Docket No. 10986); Catamount Atlanta, LLC (Docket No. 10991); Catamount LS-KY, LLC (Docket No. 10992); Catamount Rockingham, LLC (Docket No. 10993); Big Pine, LLC (Docket No. 11003); Brach's Confections Inc. (Docket No. 11004); Shaun Kevin Johnson et. al. (Docket No. 11005); James Girdzus, Jr. (Docket No. 11006); Anna Lopiccolo (Docket No. 11007); Robbie McMillan (Docket No. 11008); Vicky Lynn Whipple (Docket No. 11009); Ocean 505 Assoc., LLC and

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Grandecks Assoc., LLC (Docket No. 11011); Jason L. Lodolce (Docket No. 11012); Jack Snipes (Docket No. 11013); Ryan Malone (Docket No. 11014); City of Hampton (Docket No. 11023); Bulloch County, Georgia (Docket No. 11025); Muscogee County, Georgia (Docket No. 11026); Orix Capital Markets, LLC (Docket No. 11030); LCH Opportunities, LLC (Docket No. 11031); CWCapital Asset Management, LLC, as successor in interest to CRIIMI MAE Services Limited Partnership (Docket No. 11032); CWCapital Asset Management LLC, as successor in interest to Allied Capital Corporation (Docket No. 11033); and Harrison County, Mississippi (Docket No. 11037), and (b) the corresponding omnibus response filed by the Debtors.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

- 3 -

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: September 22, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  /s/ D. J. Baker<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Adam S. Ravin | By  /s/ Cynthia C. Jackson<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |