**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors.[1] ) | Jointly Administered |

**SUBMISSION OF COMPLETED RETENTION QUESTIONNAIRE**
**OF ORDINARY COURSE PROFESSIONAL INCLUDED IN THE**
**SEVENTEENTH SUPPLEMENT TO EXHIBIT A PURSUANT TO THE**
**ORDER AUTHORIZING DEBTORS TO RETAIN AND COMPENSATE**
**PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

The Debtors file, in accordance with the terms of the Order Authorizing Debtors to Retain and Compensate Professionals Used in the Ordinary Course of Business (the "Order"),[2] the completed Questionnaire for the following Ordinary Course Professional (which completed Questionnaire is attached hereto as the exhibit indicated next to the name of such Ordinary Course Professional):

1. Kilpatrick Stockton LLP (Exhibit A)

The Debtors will serve copies of the above referenced completed Questionnaire upon the United States Trustee, counsel to the Creditors' Committee and counsel to the DIP Lender. The United States Trustee, the Creditors' Committee, and the DIP Lender shall have 20

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Order.

days after such service to object to the retention the above referenced Ordinary Course Professional.

Dated:  September 22, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*    <br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray<br>     Steven B. Eichel | By   *s/ Cynthia C. Jackson*   <br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson,<br>     Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtors |

**Exhibit A**

In re Winn-Dixie Stores, Inc., et al.
Chapter 11 Case No. 0503817

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY WINN-DIXIE STORES,

INC., AND/OR ITS DEBTOR AFFILIATES (the "Debtors")

### DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
### RETURN IT TO THE DEBTORS AT:

Steven Eichel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-4113
Facsimile: (917) 777-4113
Email: seichel@skadden.com

If more space is needed, please complete on a separate page and attach.

I, Bruce D. Wanamaker, PURSUANT TO 28 U.S.C. § 1746, HEREBY DECLARE THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF:

1. Name and address of firm:

   Kilpatrick Stockton LLP
   1100 Peachtree St., Suite 2800
   Atlanta, Georgia 30309

2. Date of retention:

   9/18/2006

3. Type of services provided (accounting, legal, etc):

   Legal.

4. Brief description of services to be provided:

   Counseling on general commercial matters, various contractual arrangements, and related disputes.

**Questionnaire of Kilpatrick Stockton LLP**

5. Arrangements for compensation (hourly, contingent, etc.):

   Hourly.

6. Average hourly rate (if applicable):

   | | |
   |---|---|
   | Partners | $325 - $595 |
   | Counsel | $335 - $355 |
   | Associates | $195 - $295 |
   | Paralegals | $145 - $190 |

   Estimated average monthly compensation based on pre-petition retention (if firm was employed pre-petition):

   n/a

7. Pre-petition claims against any of the Debtors held by the firm:

   Amount of claim:    $0.00

   Date claim arose:    n/a

   Source of claim:    n/a

8. Pre-petition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

   Name:    None

   Status:    n/a

   Amount of Claim:    n/a

   Date claim arose:    n/a

   Source of claim:    n/a

9. Stock of any of the Debtors currently held by the firm:

   Kind of shares:    None

   No. of shares:    None

**Questionnaire of Kilpatrick Stockton LLP**

10. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name:           None

    Status:         n/a

    Kind of shares: n/a

    No. of shares:  n/a

11. The above-named firm holds no interest adverse to the Debtors or to their estates with respect to the matters on which the firm is to be employed, except as disclosed below. (Provide nature and brief description of any such adverse interest.)

    **Peace River Citrus Products ("PRCP")**
    582 Beachland Boulevard, Suite 300
    Vero Beach, FL 32963

    The firm represents PRCP, a creditor of Winn-Dixie, in connection with reclamation claims and a general unsecured claim assented in the Bankruptcy Case. The reclamation claims have been resolved. Winn-Dixie objected to a small portion of PRCP's remaining unsecured claim, and that matter has also been resolved.

    **S. Steven Selig, III ("Selig")**
    Selig Enterprises, Inc.
    1100 Spring Street, NW, Suite 550
    Atlanta, GA 30367

    The firm represented Selig, a landlord, in connection with the Bankruptcy Case. The matter has been resolved.

    **Bi-Lo, LLC ("Bi-Lo")**
    208 Bi-Lo Blvd.
    Greenville, SC 29607

    The firm represented Bi-Lo in connection with the acquisition of certain leasehold interests, equipment, inventory and other related assets from Debtors pursuant to an order of the Bankruptcy Court dated July 29, 2005. The sale of these assets was consummated in multiple closings conducted in August 2005.

    **Southern Family Markets Acquisition, LLC ("SFM")**
    7 Corporate Drive
    Keene, New Hampshire 03431

US2000 9496331.2

3

The firm represented SFM in connection with the acquisition of certain leasehold interests, equipment, inventory and other related assets from Debtors pursuant to an order of the Bankruptcy Court dated July 29, 2005. The sale of these assets was consummated on August 29, 2005.

**Merchandising Corp. of America, Inc. ("MCOA")**
Charlotte, NC

The firm represented MCOA with respect to a claim in the Bankruptcy Case. Although the amount of indebtedness underlying the claim is not in dispute, the Debtors dispute MCOA's classification of the claim as secured.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: September 18, 2006

*[signature]*

| | |
|---|---|
| Name: | Bruce D. Wanamaker, Esq. |
| Title: | Partner |
| Company: | Kilpatrick Stockton LLP |
| Address: | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia 30309 |
| Telephone: | (404) 815-6500 |
| Facsimile: | (404) 815-6555 |