# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter      11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

The Court finds that the Motion for Relief from Stay filed by Darlene M. Jacobs on behalf of Alfred Griffin and Elicia Jones, on September 19, 2006 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Motion for Relief from Stay filed by Darlene M. Jacobs on behalf of Alfred Griffin and Elicia Jones, on September 19, 2006  is stricken from the record.

**DATED September 21, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Darlene M. Jacobs, 823 St. Louis Street, New Orleans, LA 70112

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws          Page 1 of 1                    Date Rcvd: Sep 21, 2006
Case: 05-03817               Form ID: pdfdoc        Total Served: 2
```

```
The following entities were served by first class mail on Sep 23, 2006.
aty        +Darleen M Jacobs,   823 St. Louis Street,   New Orleans, LA 70112-3415
11489578    D. L. Lee and Sons, Inc.,   c/o Louis G. McBryan,   600 Marquis Two Tower,
            285 Peachtree Center Avenue,   Atlanta, GA 30303-1229
The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2006                        Signature:     *Joseph Speetjens*