Malcolm Norton
P.O. Box 190
Coleman, FL 33521

September 20, 2006

FILED
JACKSONVILLE, FLOR-
SEP 2 2 2006
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

Dear Sir or Madam:

I am writing to you to oppose disallowance of my workers compensation claim, claimant ID:WDX-389997-9H-54, Case No. 05-03817-3F1, Winn-Dixie Stores, Inc., et al., in response to their Chapter 11.

I am not an attorney, so I apologize for any legal irregularities in my response to "Claims(s) to be disallowed." Claim No.: 6843.

Please contact me if you have any questions or need additional information. I can be contacted by phone at (352)748-3289.

Sincerely,

*Malcolm Norton* (signature)

Malcolm Norton

Copy to:
Skadden, Arps, Slate, Meager & Flom LLP
Four Times Square
New York, New York 10036