## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                              )
                                                    )        Case No.: 05-03817-3F1
WINN DIXIE STORES, INC., et. al.,                   )        Chapter 11
                                                    )        Jointly Administered
Debtors.                                            )
_____)

## OBJECTION TO CONFIRMATION PLAN AND
## MOTION TO DENY CONFIRMATION PLAN

Comes now Ryan Malone (hereinafter "Malone"), one of the unsecured creditors herein,

holding Claim No. 3724, by and through the undersigned counsel, and hereby objects, pursuant

to 11 U.S.C. § 1128(b), to confirmation of the plan of reorganization proposed by the Debtor and

filed with the court, on the ground that the plan does not comply with the applicable provisions

of Chapter 11 of the Bankruptcy Code because:

The claim of Malone has been included in Class 16, Other Unsecured Claims, although

the claim is not substantially similar to the other claims included therein as required by 11

U.S.C. § 1122(a), and the vote with respect to the claim was improperly solicited by the Debtor

prior to submission to the creditors of a disclosure statement and the plan of reorganization or a

summary thereof, in violation of 11 U.S.C. § 1125(b).

Movant prays for an order denying confirmation of the plan.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was made on this 19 day of

September, 2006, via ECF Noticing and email upon the parties listed below.


VERNIS & BOWLING
OF THE FLORIDA KEYS, P.A.

By: _____

Richard M. Behr
Florida Bar No.: 060402
81990 Overseas Highway, 3rd Floor
Islamorada, Florida 33036
Tel. 305-664-4675
Fax. 305-664-5414
Email. RBehr@Florida-Law.com

| | |
|---|---|
| D.J. Baker, Esq.<br>Sally McDonald Henry, Esq.<br>Rosalie W. Gray, Esq.<br>Eric M. Davis, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP.<br>Four Times Square<br>New York, NY 10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey, Esq.<br>James H. Post, Esq.<br>Cynthia C. Jackson, Esq.<br>Eric N. McKay, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla, Esq.<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL 32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP.<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |

| Logan & Company, Inc.<br>546 Valley Road<br>Upper Montclair, NJ  07043<br>winninfo@loganandco.com | |