**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 05-03817-3F1 |
| WINN DIXIE STORES, INC., et. al., ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |
| _____) | |

## OBJECTION TO CONFIRMATION PLAN AND MOTION TO DENY CONFIRMATION PLAN

Comes now Jason L. Lodolce (hereinafter "Lo Dolce"), one of the unsecured creditors herein, holding Claim No. 3749, by and through the undersigned counsel, and hereby objects, pursuant to 11 U.S.C. § 1128(b), to confirmation of the plan of reorganization proposed by the Debtor and filed with the court, on the ground that the plan does not comply with the applicable provisions of Chapter 11 of the Bankruptcy Code because:

The claim of Lo Dolce has been included in Class 16, Other Unsecured Claims, although the claim is not substantially similar to the other claims included therein as required by 11 U.S.C. § 1122(a), and the vote with respect to the claim was improperly solicited by the Debtor prior to submission to the creditors of a disclosure statement and the plan of reorganization or a summary thereof, in violation of 11 U.S.C. § 1125(b).

Movant prays for an order denying confirmation of the plan.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was made on this  19  day of September, 2006, via ECF Noticing and email upon the parties listed below.

VERNIS & BOWLING
OF THE FLORIDA KEYS, P.A.

By: _____
Richard M. Behr
Florida Bar No.: 060402
81990 Overseas Highway, 3rd Floor
Islamorada, Florida 33036
Tel. 305-664-4675
Fax. 305-664-5414
Email. RBehr@Florida-Law.com

| | |
|---|---|
| D.J. Baker, Esq.<br>Sally McDonald Henry, Esq.<br>Rosalie W. Gray, Esq.<br>Eric M. Davis, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP.<br>Four Times Square<br>New York, NY  10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey, Esq.<br>James H. Post, Esq.<br>Cynthia C. Jackson, Esq.<br>Eric N. McKay, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla, Esq.<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL  32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP.<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL  32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |

| | |
|---|---|
| Logan & Company, Inc.<br>546 Valley Road<br>Upper Montclair, NJ 07043<br>winninfo@loganandco.com | |