UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              CASE NO.: 3:05-bk-03817-JAF

                                    CHAPTER 11

WINN-DIXIE STORES, INC., et. al.,

        Debtors.      Jointly Administered

RESPONSE OF CHESTER DIX FLORENCE CORPORATION TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS

Chester Dix Florence Corporation ("Chester Dix"), by and through its undersigned counsel, responds to the Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims (the "Objection") and states as follows:

1. On October 21, 2005, Chester Dix timely filed two amended proofs of claim, each in the amount of $4,552,469.10. The proofs of claim are identified as claim nos. 12139 and 12140.

2. On or about August 30, 2006, the Debtors filed the Objection. Chester Dix's proofs of claim nos. 12139 and 12140 are subject to the Objection as a result of being identified in Exhibit "A" of the Objection.

3. In Exhibit "A" of the Objection, the Debtors allege that their books and records reflect no amount due to Chester Dix. They allege that the subtenant's lease with Chester Dix is on the same terms as the lease with the Debtors, thus Chester Dix has no damages.

4. While Chester Dix agrees that it has no claim for rejection damages due to the subtenant's lease being on the same terms as the lease with the Debtors, the pre-petition portion of the 2005 real estate taxes in the amount of $8,348.35 remains unpaid and is due and owing.

5. Chester Dix has no objection to the Debtors disallowing proofs of claim nos. 12139 and 12140, provided that claim no. 12141 filed by United Commercial Mortgage Corp. is allowed in the amount of $8,348.35 to represent the pre-petition portion of the 2005 real estate taxes.

6. Chester Dix reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 25 day of September, 2006.

HELD & ISRAEL

By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

2