UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                CASE NO.: 3:05-bk-03817-JAF

CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

         Debtors.        Jointly Administered

RESPONSE OF CHESTER DIX ALEXANDRIA CORPORATION TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS

Chester Dix Alexandria Corporation ("Chester Dix"), by and through its undersigned counsel, responds to the Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims (the "Objection") and states as follows:

1. On July 26, 2005, Chester Dix timely filed two proofs of claim, each in the amount of $3,815,766.51. The proofs of claim are identified as claim nos. 7708 and 7709.

2. On or about August 30, 2006, the Debtors filed the Objection. Chester Dix's proofs of claim nos. 7708 and 7709 are subject to the Objection as a result of being identified in Exhibit "A" of the Objection.

3. In Exhibit "A" of the Objection, the Debtors allege that their books and records reflect no amount due to Chester Dix as a result of an agreement they have with Chester Dix.

4. Chester Dix has no objection to the Debtors disallowing proofs of claim nos. 7708 and 7709, provided that claim no. 7699 filed by United Commercial Mortgage Corp. in the amount of $3,815,766.51, is deemed allowed as filed.

5. Chester Dix reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 25 day of September, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

2