UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                               CASE NO.: 3:05-bk-03817-JAF

                                     CHAPTER 11

WINN-DIXIE STORES, INC., et al.,

        Debtors.       Jointly Administered

RESPONSE OF UNITED COMMERCIAL MORTGAGE CORP. TO
DEBTORS' NINETEENTH OMNIBUS OBJECTION TO (A) NO
LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED
   CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND
   (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS

United Commercial Mortgage Corp. ("United"), by and through its undersigned counsel, responds to the Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims (the "Objection") and states as follows:

1. On October 21, 2005, United timely filed an amended proof of claim in the amount of $4,552,469.10. The proof of claim is identified as claim no. 12141.

2. On or about August 30, 2006, the Debtors filed the Objection. United's proof of claim no. 12141 is

...

subject to the Objection as a result of being identified in Exhibit "A" of the Objection.

3. In Exhibit "A" of the Objection, the Debtors allege that their books and records reflect no amount due to United. They allege that the subtenant's lease with the landlord, Chester Dix Florence Corporation ("Chester Dix"), is on the same terms as Chester Dix's lease with the Debtors, thus United has no damages.

4. While United agrees that it has no claim for rejection damages due to the subtenant's lease with Chester Dix being on the same terms as the lease with the Debtors, the pre-petition portion of the 2005 real estate taxes in the amount of $8,348.35 remains unpaid and is due and owing.

5. Claim no. 12141 filed by United should be allowed in the amount of $8,348.35 to represent the pre-petition portion of the 2005 real estate taxes that remains unpaid.

6. United reserves the right to amend, supplement or modify this response as deemed necessary.

DATED this 25 day of September, 2006.

HELD & ISRAEL

By: /s/

Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile