UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.          Case No.: 3:05-bk-03817-JAF

       Debtor.
_____/

**NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR SERVICE OF PAPERS**

    COMES NOW the firm of WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A., and hereby files this Notice of Appearance of Counsel and Request for Service of Papers as counsel of record in the above styled case on behalf of ALLIANCE SHIPPERS, INC., a creditor herein, pursuant to §1109(b) of the Bankruptcy Code, and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9001 and §§342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings directed to this creditor be forwarded to the undersigned attorneys at the following address:

Ryan E. Davis, Esquire
a/f Alliance Shippers, Inc.
Winderweedle, Haines, Ward & Woodman, P.A.
390 North Orange Avenue, Suite 1500
Post Office Box 1391
Orlando, FL  32802-1391

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan, disclosure statement, or other pleading filed or served in the above captioned case.

    This Notice of Appearance and Request for Service of Papers shall not be deemed or

construed to be a waiver of the rights of Alliance Shippers, Inc., (i) to have final orders on noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) or any other rights, claims, actions, setoffs, or recoupments to which Alliance Shippers, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 25th day of September, 2006.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic transmission to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, John B. MacDonald, Akerman Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202, and United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Fl 32801; and via United States mail to D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Time Square, New York, NY 10036 and Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, 1 Chase Manhattan Plaza, New York, NY 10005 this 25th day of September, 2006.

**WINDERWEEDLE, HAINES, WARD**
 & WOODMAN, P.A.
390 North Orange Avenue, Suite 1500
Post Office Box 1391
Orlando, Florida 32802-1391
Attorneys for Alliance Shippers, Inc.
Telephone: (407) 423-4246
Fax: (407) 423-7014

By:     /s/ Ryan E. Davis
        RYAN E. DAVIS
        Florida Bar No. 0179851