# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

## PROOFS OF PUBLICATION FOR
## NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases, hereby submit by attachment hereto copies

of the affidavits or other proofs evidencing publication (the "Proofs of Publication"), on the dates

specified therein, of the Notice of Hearing to Consider Confirmation of, and Deadline for

Objecting to, Debtors' Joint Plan of Reorganization, in the following newspapers or periodicals:

      A:    <u>The New York Times</u> (National Edition)

      B:    <u>The Wall Street Journal</u> (National Edition)

      C:    <u>Sun-Sentinel</u> (Fort Lauderdale, Florida)

      D:    <u>Florida Times-Union</u> (Jacksonville, Florida)

      E:    <u>Orlando Sentinel</u> (Orlando, Florida)

      F:    <u>Miami Herald</u> (Miami, Florida)

      G:    <u>Palm Beach Post</u> (West Palm Beach, Florida)

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

H:      <u>The Tampa Tribune</u> (Tampa, Florida)

I:      <u>St. Petersburg Times</u> (St. Petersburg, Florida)

J:      <u>New & Observer</u> (Raleigh, North Carolina)

K:      <u>Albany Herald</u> (Albany, Georgia)

L:      <u>Ledger-Inquirer</u> (Columbus, Georgia)

M:      <u>Savannah Morning News</u> (Savannah, Georgia)

N:      <u>The Courier Herald</u> (Dublin, Georgia)

O:      <u>The Times-Picayune</u> (New Orleans, Louisiana)

P:      <u>Press-Register</u> (Mobile, Alabama)

Q:      <u>Birmingham News</u> (Birmingham, Alabama)

R:      <u>The Meridian Star</u> (Meridian, Mississippi)

S:      <u>Sun Herald</u> (Biloxi, Mississippi)

Dated:  September 25, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By      */s/ D.J. Baker*_____ | By      */s/ Cynthia C. Jackson*_____ |
| D.J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson, |
| Adam S. Ravin | Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| Co-Attorneys for Debtors | Co-Attorneys for Debtor |

**EXHIBIT A**



SEC: C    PG

# The New York Times

229 WEST 43RD STREET • NEW YORK, NY 10036-3959

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                      Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,            Chapter 11
Debtors.                                    Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION**
**OF, AND DEADLINE FOR OBJECTING TO,**
**DEBTORS' JOINT PLAN OF REORGANIZATION**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST
AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS:
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good,
Inc., Deep South Distributors, Inc., Deep South Products,
Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc.,
Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc.,
Economy Wholesale Distributors, Inc., Foodway Stores,
Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc.,
Sundown Sales, Inc., Superior Food Company, Table Supply
Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-
Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie
Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie
Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

PLEASE TAKE NOTICE THAT:
1.   On August 4, 2006, the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville Divi-
sion (the "Bankruptcy Court") approved the Disclosure
Statement with Respect to Joint Plan of Reorganization
of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Dis-
closure Statement") for use by Winn-Dixie Stores, Inc. and
its subsidiaries and affiliates in the above-captioned case
(the "Debtors") in soliciting acceptances or rejections of
the Joint Plan of Reorganization of Winn-Dixie Stores, Inc.
and Affiliated Debtors (the "Plan").
2.   In conjunction with approving the Disclosure State-
ment, the Bankruptcy Court entered an order (a) approving
the dates, procedures and forms applicable to the process
of soliciting votes on and providing notice of the Plan, (b)
approving certain vote tabulation procedures, and (c)
establishing the deadline for filing objections to the Plan
and scheduling the hearing to consider confirmation of the
Plan (the "Solicitation Procedures Order").
3.   A hearing to consider confirmation of the Plan
will be held on October 13, 2006, at 9:00 a.m. (Eastern
Time), before the Honorable Jerry A. Funk, Judge of the
Bankruptcy Court, in the United States Courthouse, at
300 North Hogan Street, Jacksonville, Florida 32202. The
hearing may be adjourned from time to time by announce-
ment in open court.
4.   No later than September 25, 2006, at 4:00 p.m.
(Eastern Time), all objections to confirmation of the Plan
must be (a) filed with the Clerk of the Bankruptcy Court
via the Bankruptcy Court's electronic filing procedures,
and (b) received by (i) Rosalie Walker Gray, Skadden,
Arps, Slate, Meagher & Flom LLP, Four Times Square,
New York, New York 10036, Fax: (917) 777-3214, E-mail:
rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey &
Busey, 225 Water Street, Suite 1800, Jacksonville, Florida
32202, Fax: (904) 359-7708, E-mail: cjackson@smith
hulsey.com, and (iii) Matthew Barr, Milbank, Tweed,
Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New
York, New York 10005, Fax: (212) 822-5194, E-mail:
mbarr@milbank.com. The objections must be in writing,
must state the name and address of the objecting party and
the nature of the claim or interest of such party, and must
state with particularity the basis and nature of any objec-
tion to or proposed modification of the Plan. Objections not
timely filed and served in the manner set forth above shall
not be considered and shall be deemed overruled.
5.   The Plan may be further modified, if necessary,
pursuant to Section 1127 of the Bankruptcy Code, prior to,
during, or as a result of the confirmation hearing, without
further notice to parties in interest.
6.   Copies of the Solicitation Procedures Order, the
Disclosure Statement, and the Plan are available at http:
//www.loganandco.com on the Bankruptcy Court's
website, http://www.flmb.uscourts.gov, or by contacting
Logan & Company, Inc., 546 Valley Road, Upper Montclair,
New Jersey 07043, Telephone: (973) 509-3190, E-mail:
winninfo@loganandco.com.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

---

## CERTIFICATION OF PUBLICATION

August 15, 20 06

I, Cathy Zike , in my capacity as a Principal Clerk
of the Publisher of The New York Times a daily newspaper of general
circulation printed and published in the City, County and State of New
York, hereby certify that the advertisement annexed hereto was published
in the editions of The New York Times on the following date or dates,
to wit on

August 15, 20 06

Cathy Zike

Approved:

Rich Ueland

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL

# The New York Times

229 WEST 43RD STREET • NEW YORK, NY 10036-3959



SEC. C    PG 5

## CERTIFICATION OF PUBLICATION

*August 17* 20 *06*

I, *Cathy Zike* , in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

*August 17* 20 *06*

*Cathy Zike*

Approved:

*Rich Ueland*

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**

---

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,    Chapter 11
Debtors.                              Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc.; Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

PLEASE TAKE NOTICE THAT:

1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: jackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D. J. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Stephen D. Busey
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

54

**EXHIBIT B**

STATE OF TEXAS        )
                              )   ss:
CITY AND COUNTY OF DALLAS)


I, Kris Lazar, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of THE WALL STREET JOURNAL , a daily national newspaper  published

and of general circulation in the City and County of New York, New York, City of

Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas and that

the attached Notice has been regularly published in THE WALL STREET JOURNAL for

national distribution for one insertion(s) on the following date(s):  8/15/06 at the request

of advertiser: Winn Dixie and that the foregoing statements are true and correct to the

best of my knowledge, information, and belief.

Sworn to before me this
15 day of August 20 06

_____
Notary Public

◈ **BANKRUPTCIES** ◈

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                  Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,                        Chapter 11
Debtors.                                                Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR
OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOL-
LOWING DEBTORS: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South
Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie
Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway
Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior
Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie
Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement,
Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

PLEASE TAKE NOTICE THAT:

1.   On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida,
Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to
Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure State-
ment") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned
case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of
Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2.   In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an
order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on
and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establish-
ing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation
of the Plan (the "Solicitation Procedures Order").

3.   A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m.
(Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United
States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be
adjourned from time to time by announcement in open court.

4.   No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirma-
tion of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's
electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate,
Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail:
rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800,
Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Mat-
thew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York
10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must
state the name and address of the objecting party and the nature of the claim or interest of such
party, and must state with particularity the basis and nature of any objection to or proposed modifi-
cation of the Plan. Objections not timely filed and served in the manner set forth above shall not be
considered and shall be deemed overruled.

5.   The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy
Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in
interest.

6.   Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan
are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://
www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair,
New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D. J. Baker                                          Stephen D. Busey
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP            SMITH HULSEY & BUSEY
Four Times Square                                    225 Water Street, Suite 1800
New York, New York 10036                             Jacksonville, Florida 32202
Co-Counsel for Debtors                               Co-Counsel for Debtors

**EXHIBIT C**

# SUN-SENTINEL
## PUBLISHED DAILY
### FORT LAUDERDALE, BROWARD COUNTY, FLORIDA
### BOCA RATON, PALM BEACH COUNTY, FLORIDA
### MIAMI, MIAMI DADE COUNTY, FLORIDA

STATE OF FLORIDA
COUNTY OF BROWARD/PALM BEACH/MIAMI DADE
BEFORE THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED
_Chus Bull_ WHO, ON OATH, SAYS THAT
HE/SHE IS A DULY AUTHORIZED REPRESENTATIVE OF THE CLASSIFIED
DEPARTMENT OF THE SUN-SENTINEL, DAILY NEWSPAPER PUBLISHED
IN BROWARD/PALM BEACH/MIAMI DADE COUNTY, FLORIDA, AND THAT THE
ATTACHED COPY OF ADVERTISEMENT, BEING A:

NOTICE OF HEARING

IN THE MATTER OF:

CASE NO 05-03817-3F1

IN THE CIRCUIT COURT, WAS PUBLISHED IN SAID NEWSPAPER IN THE
ISSUES OF:

8/15                                                12953516

AFFIANT FURTHER SAYS THAT THE SAID SUN-SENTINEL IS A NEWSPAPER
PUBLISHED IN SAID BROWARD/PALM BEACH/MIAMI DADE COUNTY, FLORIDA,
AND THAT THE SAID NEWSPAPER HAS HERETOFORE BEEN CONTINUOUSLY
PUBLISHED IN SAID BROWARD/PALM BEACH/MIAMI DADE COUNTY, FLORIDA,
EACH DAY, AND HAS BEEN ENTERED AS SECOND CLASS MATTER AT THE
POST OFFICE IN FORT LAUDERDALE, IN SAID BROWARD COUNTY, FLORIDA,
FOR A PERIOD OF ONE YEAR NEXT PRECEDING THE FIRST PUBLICATION OF
ATTACHED COPY OF ADVERTISEMENT; AND AFFIANT FURTHER SAYS THAT
HE/SHE HAS NEITHER PAID, NOR PROMISED, ANY PERSON, FIRM, OR
CORPORATION, ANY DISCOUNT, REBATE, COMMISSION, OR REFUND, FOR THE
PURPOSE OF SECURING THIS ADVERTISEMENT FOR PUBLICATION IN SAID
NEWSPAPER.
_Chus Bull_

(SIGNATURE OF AFFIANT)

SWORN TO AND SUBSCRIBED BEFORE ME
ON: **15-August-2006** , A.D.

(SIGNATURE OF NOTARY PUBLIC)

Tara L. Bezák
Commission # DD428648
Expires July 20, 2009

(NAME OF NOTARY, TYPED, PRINTED, OR STAMPED)

PERSONALLY KNOWN _____✓_____ OR

PRODUCED IDENTIFICATION _____

---

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

**NOTICE OF HEARING**
TO CONSIDER CONFIRMATION OF, AND DEADLINE
FOR OBJECTING TO,
DEBTORS' JOINT PLAN OF REORGANIZATION
TO ALL PERSONS AND ENTITIES WITH CLAIMS
AGAINST AND INTERESTS IN ANY OF THE FOLLOWING
DEBTORS:
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin'
Good, Inc., Deep South Distributors, Inc., Deep South
Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home
Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dix-
ie Stores, Inc., Economy Wholesale Distributors, Inc.,
Foodway Stores, Inc., Kwik Chek Supermarkets, Inc.,
Sunbelt Products, Inc., Sundown Sales, Inc., Superior
Food Company, Table Supply Food Stores Co., Inc.,
WD Brand Prestige Steaks, Inc., Winn-Dixie Handy-
man, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Mont-
gomery, Inc., Winn-Dixie Procurement, Inc., Winn-
Dixie Raleigh, Inc., and Winn-Dixie Supermarkets,
Inc.
PLEASE TAKE NOTICE THAT:
1. On August 4, 2006, the United States Bankruptcy
Court for the Middle District of Florida, Jacksonville
Division (the "Bankruptcy Court") approved the Dis-
closure Statement with Respect to Joint Plan of Reor-
ganization of Winn-Dixie Stores, Inc. and Affiliated
Debtors (the "Disclosure Statement") for use by Winn-
Dixie Stores, Inc. and its subsidiaries and affiliates in
the above-captioned case (the "Debtors") in soliciting
acceptances or rejections of the Joint Plan of Reor-
ganization of Winn-Dixie Stores, Inc. and Affiliated
Debtors (the "Plan").
2. In conjunction with approving the Disclosure State-
ment, the Bankruptcy Court entered an order (a) ap-
proving the dates, procedures and forms applicable
to the process of soliciting votes on and accepting no-
tice of the Plan, (b) approving certain vote tabulation
procedures, and (c) establishing the deadline for filing
objections to the Plan and scheduling the hearing to
consider confirmation of the Plan (the "Solicitation
Procedures Order").
3. A hearing to consider confirmation of the Plan will
be held on October 13, 2006, at 9:00 a.m. (Eastern
Time), before the Honorable Jerry A. Funk, Judge of
the Bankruptcy Court, in the United States Court-
house, at 300 North Hogan Street, Jacksonville, Flori-
da 32202. The hearing may be adjourned from time to
time by announcement in open court.
4. No later than September 25, 2006, at 4:00 p.m.
(Eastern Time), all objections to confirmation of the
Plan must be (a) filed with the Clerk of the Bankruptcy
Court via the Bankruptcy Court's electronic filing pro-
cedures, and (b) received by (i) Rosalie Walker Gray,
Skadden, Arps, Slate, Meagher & Flom LLP, Four
Times Square, New York, New York 10036, Fax: (917)
777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C.
Jackson, Smith Hulsey & Busey, 225 Water Street,
Suite 1800, Jacksonville, Florida 32202, Fax: (904)
359-7708, E-mail: jackson@smithhulsey.com, and
(iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy,
LLP, 1 Chase Manhattan Plaza, New York, New York
10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.
com. The objections must be in writing, must state
the name and address of the objecting party and the
nature of the claim or interest of such party, and must
state with particularity the basis and nature of any ob-
jection to or proposed modification of the Plan. Ob-
jections not timely filed and served in the manner set
forth above shall not be considered and shall be
deemed overruled.
5. The Plan may be further modified, if necessary, pur-
suant to Section 1127 of the Bankruptcy Code, prior
to, during, or as a result of the confirmation hearing,
without further notice to parties in interest.
6. Copies of the Solicitation Procedures Order, the
Disclosure Statement, and the Plan are available at
http://www.loganandco.com; on the Bankruptcy
Court's website, http://www.flmb.uscourts.gov; or
by contacting Logan & Company, Inc., 546 Valley
Road, Upper Montclair, New Jersey 07043, Telephone:
(973) 509-3190, E-mail: winndixie@loganandco.com.

D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S.
Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson,
Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

August 15, 2006

**EXHIBIT D**

THE FLORIDA TIMES-UNION
Jacksonville, Fl
Affidavit of Publication

Florida Times-Union

CAROL GRIMSLEY, M.B.M.M.
WINN-DIXIE Stores,Inc.
5050 EDGEWOOD CT
JACKSONVILLE FL 32254

REFERENCE: 0580405
        R125782    US Bankruptcy

State of Florida
County of Duval

Before the undersigned authority personally
appeared Sharon Walker who on oath says she is a
Legal Advertising Representative of The Florida
Times-Union, a daily newspaper published in
Jacksonville in Duval County, Florida; that the
attached copy of advertisement is a legal ad
published in The Florida Times-Union. Affiant
further says that The Florida Times-Union is a
newspaper published in Jacksonville, in Duval
County, Florida, and that the newspaper has
heretofore been continuously published in Duval
County, Florida each day, has been entered as
second class mail matter at the post office in
Jacksonville, in Duval County, Florida for a
period of one year preceeding the first
publication of the attached copy of advertisement;
and affiant further says that he/she has neither
paid nor promised any person, firm or corporation
any discount, rebate, commission, or refund for
the purpose of securing this advertisement for
publication in said newspaper.

PUBLISHED ON: 09/02

FILED ON:    09/02/06

-------------------------------------------------

Name: Sharon Walker        Title: Legal Advertising Representative
In testimony whereof, I have hereunto set my hand and affixed my official
seal, the day and year aforesaid.

NOTARY: _____

TWILLA SHIPP
MY COMMISSION # DD536853
EXPIRES: May 13, 2010
FL Notary Discount Assoc. Co.

---

## UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

| In re: | Case No. 05-03817-3F1 |
|---|---|
| Winn-Dixie Stores, Inc., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS:

Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**PLEASE TAKE NOTICE THAT:**

1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rsray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McClay LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D.J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

**EXHIBIT E**

# Orlando Sentinel

Published Daily

## State of Florida } S.S.
COUNTY OF ORANGE

Before the undersigned authority personally appeared _____ BEVERLY C. SIMMONS _____, who on oath says that he/she is the Legal Advertising Representative of Orlando Sentinel, a daily newspaper published at _____ in _____ County, Florida; that the attached copy of advertisement, being a _____ in the matter of _____ Winn-Dixie Stores, Inc., et al, Debtors

in the _____ US Bankruptcy Court _____ Court, was published in said newspaper in the issue; of _____

Affiant further says that the said Orlando Sentinel is a newspaper published at _____, in said _____ County, Florida, and that the said newspaper has heretofore been continuously published in said_____ County, Florida, each Week Day and has been entered as second-class mail matter at the post office in_____ in said _____ County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

The foregoing instrument was acknowledged before me this ___16___ day of ___AUG., 20_06_, by _BEVERLY C. SIMMONS._, who is personally known to me and who did take an oath.

(SEAL)

---

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**PLEASE TAKE NOTICE THAT:**

1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.logandndco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@logandndco.com.

D. J. Baker
Sally McDonald Henry,
Rosalie Walker Gray,
Adam S. Ravin
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Co-Counsel for Debtors

Stephen D. Busey
James H. Post,
Cynthia C. Jackson,
Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-Counsel for Debtors

COR6931450                        AUG.15.2006

**EXHIBIT F**

**Miami Herald**
MiamiHerald.com

PUBLISHED DAILY
MIAMI-DADE-FLORIDA

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before the undersigned authority personally appeared:

**ORFINDA MORENO**

who on oath says that he/she is

**CUSTODIAN OF RECORDS**

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published in said newspaper in the issues of:

August 15, 2006

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post ffice in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspapers(s).

Sworn to and subscribed before me this
15th day of August 2006

My Commission
Expires: _____August 1, 2010_____
Silvia Sendra

Notary



SILVIA SENDRA
MY COMMISSION # DD550863
EXPIRES: Aug. 1, 2010
(407) 398-0153    Florida Notary Service.com

---

**DEBTORS' JOINT PLAN OF REORGANIZATION**

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS: Winn-Dixie Stores, Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

PLEASE TAKE NOTICE THAT:

1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii)Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank

uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-Counsel for Debtors

Manhattan Plaza, New York, New York 10005; Fax: (212) 822-5194; E-mail: mbarr@milbank. com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www. loganandco.com; on the Bankruptcy Court's website, http://www.flmb.

---

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION**

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11

Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO,**



**PUBLISHED DAILY**
**MIAMI-DADE-FLORIDA**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before the undersigned authority personally appeared:

**ORFINDA MORENO**

who on oath says that he/she is

**CUSTODIAN OF RECORDS**

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published  in said newspaper in the issues of:

August 15, 2006

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post ffice in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspapers(s).



Sworn to and subscribed before me this
15th day of August 2006

My Commission
Expires: _____August 1, 2010_____
Silvia Sendra

_____
Notary

SILVIA SENDRA
MY COMMISSION # DD550863
EXPIRES: Aug. 1, 2010
(407) 398-0153    Florida Notary Service.com

SMITH HULSEY &
BUSEY
225 Water Street,
Suite 1800
Jacksonville, Florida
32202

Co-Counsel for
Debtors

Products,
Inc., Sundown Sales,
Inc., Superior Food
Company, Table
Supply Food Stores
Co., Inc., WD Brand
Prestige Steaks, Inc.,
Winn-Dixie
Handyman, Inc.,
Winn-Dixie Logistics,
Inc., Winn-Dixie
Montgomery, Inc.,
Winn-Dixie
Procurement, Inc.,
Winn-Dixie Raleigh,
Inc., and Winn-Dixie
Supermarkets, Inc.

**PLEASE TAKE**
**NOTICE THAT:**

1. On August 4,
2006, the United
States Bankruptcy
Court for the Middle
District of Florida,
Jacksonville Division
(the "Bankruptcy
Court") approved the
Disclosure Statement
with Respect to Joint
Plan of Reorganization
of Winn-Dixie Stores,
Inc. and Affiliated
Debtors (the
"Disclosure
Statement") for use
by Winn-Dixie Stores,
Inc. and its
subsidiaries and
affiliates in the
above-captioned
case (the "Debtors")
in soliciting
acceptances or
rejections of the
Joint Plan of
Reorganization of
Winn-Dixie Stores,
Inc. and Affiliated
Debtors (the "Plan").

2. In conjunction
with approving the
Disclosure Statement,
the Bankruptcy Court
entered an order (a)
approving the dates,
procedures and
forms applicable to
the process of
soliciting votes on
and providing notice
of the Plan, (b)
approving certain
vote tabulation
procedures, and
(c) establishing the
deadline for filing
objections to the Plan
and scheduling the
hearing to consider
confirmation of the
Plan (the "Solicitation
Procedures Order").

3. A hearing to
consider confirmation
of the Plan will be
held on October 13,
2006, at 9:00 a.m.
(Eastern Time), before
the Honorable Jerry
A. Funk, Judge of the
Bankruptcy Court, in
the United States
Courthouse, at 300
North Hogan Street,
Jacksonville, Florida
32202. The hearing
may be adjourned
from time to time by
announcement in
open court.

4. No later than
September 25, 2006,
at 4:00 p.m. (Eastern
Time), all objections
to confirmation of the
Plan must be (a) filed
with the Clerk of the
Bankruptcy Court via
the Bankruptcy
Court's electronic
filing procedures, and
(b) received by (i)
Rosalie Walker Gray,
Skadden, Arps, Slate,
Meagher & Flom LLP,
Four Times Square,
New York, New York
10036, Fax: (917)
777-3214, E-mail:
rgray@skadden.com,
(ii) Cynthia C. Jackson,
Smith Hulsey &
Busey, 225 Water
Street, Suite 1800,
Jacksonville, Florida
32202, Fax: (904)
359-7708, E-mail:
cjackson@
smithhulsey.com, and
(iii) Matthew Barr,
Milbank, Tweed,
Hadley & McCloy
LLP, 1 Chase
Manhattan Plaza,
New York, New York
10005, Fax: (212)
822-5194, E-mail:
mbarr@milbank.
com. The objections
must be in writing,
must state the name
and address of the
objecting party and
the nature of the
claim or interest of
such party, and must
state with particularity
the basis and nature
of any objection to
or proposed
modification of the
Plan. Objections not
timely filed and
served in the manner
set forth above shall
not be considered
and shall be deemed
overruled.

UNITED STATES
BANKRUPTCY
COURT FOR THE
MIDDLE DISTRICT
OF FLORIDA
JACKSONVILLE
DIVISION

5. The Plan may be
further modified, if
necessary, pursuant
to Section 1127 of the
Bankruptcy Code,

DIVISION

Inc., et al.,
Debtors.

Case No.
05-03817-3F1
Chapter 11

Jointly Administered

**NOTICE OF
HEARING TO
CONSIDER
CONFIRMATION OF,
AND DEADLINE FOR
OBJECTING TO,
DEBTORS' JOINT
PLAN OF
REORGANIZATION**

**TO ALL PERSONS
AND ENTITIES WITH
CLAIMS AGAINST
AND INTERESTS
IN ANY OF THE
FOLLOWING
DEBTORS:**
Winn-Dixie Stores,
Inc., Astor Products,
Inc., Crackin' Good,
Inc., Deep South
Distributors, Inc.,
Deep South Products,
Inc., Dixie Darling
Bakers, Inc.,
Dixie-Home Stores,
Inc., Dixie Packers,
Inc., Dixie Spirits,
Inc., Dixie Stores,
Inc., Economy
Wholesale
Distributors, Inc.,
Foodway Stores, Inc.,
Kwik Chek

to Section 1127 of the
Bankruptcy Code,
prior to, during, or as
a result of the
confirmation hearing,
without further notice
to parties in interest.

6. Copies of
the Solicitation
Procedures Order,
the Disclosure
Statement, and the
Plan are available at
http://www.
loganandco.com; on
the Bankruptcy
Court's website,
http://www.flmb.
uscourts.gov; or by
contacting Logan &
Company, Inc., 546
Valley Road, Upper
Montclair, New Jersey
07043, Telephone:
(973) 509-3190,
E-mail: winninfo@
loganandco.com.

D. J. Baker
Sally McDonald Henry,
Rosalie Walker Gray,
Adam S. Ravin
SKADDEN, ARPS,
SLATE, MEAGHER
& FLOM, LLP
Four Times Square
New York, New York
10036

Co-Counsel for
Debtors

Stephen D. Busey
James H. Post,
Cynthia C. Jackson,
Leanne Prendergast

**EXHIBIT G**

# THE PALM BEACH POST

Published Daily and Sunday
West Palm Beach, Palm Beach County, Florida

## PROOF OF PUBLICATION

STATE OF FLORIDA
COUNTY OF PALM BEACH

Before the undersigned authority personally appeared **Tracey Diglio**, who on oath says that she is **Inside Sales Supervisor** of The Palm Beach Post, a daily and Sunday newspaper, published at West Palm Beach in Palm Beach County, Florida; that the attached copy of advertising for a **Notice** in the matter of **Case #05-03817-3F1** was published in said newspaper in the issues of **August 15, 2006**. Affiant further says that the said The Post is a newspaper published at West Palm Beach, in said Palm Beach County, Florida, and that the said newspaper has heretofore been continuously published in said Palm Beach County, Florida, daily and Sunday and has been entered as second class mail matter at the post office in West Palm Beach, in said Palm Beach County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she/he has neither paid nor promised any person, firm or corporation any discount rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

*(signature)*

Sworn to and subscribed before 15ᵗʰ day of August A.D. 2006

*(signature)*

Personally known XX or Produced Identification_____
Type of Identification Produced_____

NOTARY PUBLIC-STATE OF FLORIDA
Kristen J. Maxfield
Commission #DD528685
Expires: MAR. 14, 2010
Bonded Thru Atlantic Bonding Co., Inc.

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
In re:
Winn-Dixie Stores, Inc.,
et al.,
                    Debtors.
Case No. 05-03817-3F1
                    Chapter 11
                    Jointly Administered
NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS:
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.
PLEASE TAKE NOTICE THAT:
1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").
2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").
3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.
4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy

Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of their claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors
PUB: The Palm Beach Post
August 15, 2006

**EXHIBIT H**

# The Tampa Tribune

## Published Daily

## Tampa, Hillsborough County, Florida

State of Florida }
County of Hillsborough } SS.

Before the undersigned authority personally appeared C.Pugh, who on oath says that she is the Advertising Billing Supervisor of The Tampa Tribune, a daily newspaper published at Tampa in Hillsborough County, Florida; that the attached copy of the advertising being a

Legal Ads    IN THE    Tampa Tribune

In the matter of                                    Legal Notices

was published in said newspaper in the issues of

08/15/2006

Affiant further says that the said The Tampa Tribune is a newspaper published at Tampa in said Hillsborough County, Florida, and that the said newspaper has heretofore been continuously published in said Hillsborough County, Florida, each day and has been entered as second class mail matter at the post office in Tampa, in said Hillsborough County, Florida for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, this advertisement for publication in the said newspaper.

Sworn to and subscribed by me, this 15 day
of August, A.D. 2006

Personally Known ✓ or Produced Identification ___
Type of Identification Produced _____

Ana Maria Hodel
Commission #DD551367
Expires: MAY 11, 2010
WWW.AARONNOTARY.com

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In re: Winn-Dixie Stores, Inc., et al., Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS:
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, . Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

PLEASE TAKE NOTICE THAT:
1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York

Order # 0001819694                1157730 -- WINN-DIXIE INC

10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com.  The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: wininfo@loganandco.com.

D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray,
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Co-Counsel for Debtors

4726 8/15/06

**EXHIBIT I**

1002075552

# ST. PETERSBURG TIMES

### Published Daily
### St. Petersburg, Pinellas County, Florida

STATE OF FLORIDA    } S.S.
COUNTY OF PINELLAS }

Before the undersigned authority personally appeared ___D. Sweezy___
who on oath says that he is ___Legal Clerk___
of the ___St. Petersburg Times Full Run Classified___
a daily newspaper published at St. Petersburg, in Pinellas County, Florida: that the
attached copy of advertisement, being a ___Legal Notice___
in the matter ___RE: Notice of Hearing___
_____
_____

was published in said newspaper in the issues of ___August 15, 2006___
_____

Affiant further says the said ___St. Petersburg Times Full Run Classified___
is a newspaper published at St. Petersburg, in said Pinellas County, Florida, and that the said
newspaper has heretofore been continuously published in said Pinellas County, Florida, each
day and has been entered as second class mail matter at the post office in St. Petersburg, in
said Pinellas County, Florida, for a period of one year next preceding the first publication of
the attached copy of advertisement, and affiant further says that he has neither paid nor
promised any person, firm, or corporation any discount, rebate, commission or refund for the
purpose of securing this advertisement for publication in the said newspaper.



Signature of Affiant

Sworn to and subscribed before
me this ___15th___ day of
___August___ A.D. 2006

Notary Public

JOSEPH F. FISH
MY COMMISSION #DD537744
EXPIRES: JUN 23, 2010
Bonded through 1st State Insurance

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              Case No. 05-03817-3F1
Winn-Dixie Stores, Inc., et al.,    Chapter 11
Debtors.                            Jointly Administered

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF,
AND DEADLINE FOR OBJECTING TO,
DEBTORS' JOINT PLAN OF REORGANIZATION
TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST
AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS:
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc.,
Deep South Distributors, Inc., Deep South Products, Inc., Dixie
Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermar-
kets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior
Food Company, Table Supply Food Stores Co., Inc., WD Brand
Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Lo-
gistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procure-
ment, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermar-
kets, Inc.

PLEASE TAKE NOTICE THAT:
1. On August 4, 2006, the United States Bankruptcy Court for the
Middle District of Florida, Jacksonville Division (the "Bank-
ruptcy Court") approved the Disclosure Statement with Re-
spect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc.
and Affiliated Debtors (the "Disclosure Statement") for use by
Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the
above-captioned case (the "Debtors") in soliciting acceptances
or rejections of the Joint Plan of Reorganization of Winn-Dixie
Stores, Inc. and Affiliated Debtors (the "Plan").
2. In conjunction with approving the Disclosure Statement, the
Bankruptcy Court entered an order (a) approving the dates,
procedures and forms applicable to the process of soliciting
votes on and providing notice of the Plan, (b) approving cer-
tain vote tabulation procedures, and (c) establishing the dead-
line for filing objections to the Plan and scheduling the hearing
to consider confirmation of the Plan (the "Solicitation Proce-
dures Order").
3. A hearing to consider confirmation of the Plan will be held on
October 13, 2006, at 9:00 a.m. (Eastern Time), before the Hono-
rable Jerry A. Funk, Judge of the Bankruptcy Court, in the
United States Courthouse, at 300 North Hogan Street, Jackson-
ville, Florida 32202. The hearing may be adjourned from time
to time by announcement in open court.
4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time),
all objections to confirmation of the Plan must be (a) filed with the
Clerk of the Bankruptcy Court via the Bankruptcy Court's elec-
tronic filing procedures, and (b) received by (i) Rosalie Walker
Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times
Square, New York, New York 10036, Fax: (917) 777-3214, E-mail:
rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey &
Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202,
Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii)
Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase
Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194,
E-mail: mbarr@milbank.com. The objections must be in writing,
must state the name and address of the objecting party and the na-
ture of the claim or interest of such party, and must state with par-
ticularity the basis and nature of any objection to or proposed mod-
ification of the Plan. Objections not timely filed and served in the
manner set forth above shall not be considered and shall be
deemed overruled.
5. The Plan may be further modified, if necessary, pursuant to
Section 1127 of the Bankruptcy Code, prior to, during, or as a result
of the confirmation hearing, without further notice to parties in in-
terest.
6. Copies of the Solicitation Procedures Order, the Disclosure
Statement, and the Plan are available at
http://www.loganandco.com on the Bankruptcy Court's website,
http://www.flmb.uscourts.gov; or by contacting Logan & Compa-
ny, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Tel-
ephone: (973) 509-3190. E-mail: winninfo@loganandco.com.
D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Debtors
Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(1002075552) 8/15/06

**EXHIBIT J**

# AFFIDAVIT OF PUBLICATION

NORTH CAROLINA.
Wake    County. ) Ss.

---

### UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS:** Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**PLEASE TAKE NOTICE THAT:**

1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the United States Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for

---

Before the undersigned, a Notary Public of Chatham County North Carolina, duly commissioned and authorized to administer oaths, affirmations, etc., personally appeared Debra Peebles, who, being duly sworn or affirmed, according to law, doth depose and say that she is Billing Manager-Legal Advertising of The News and Observer a corporation organized and doing business under the Laws of the State of North Carolina, and publishing a newspaper known as The News and Observer, in the City of Raleigh    , Wake County and State aforesaid, the said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina, and that as such she makes this affidavit; that she is familiar with the books, files and business of said corporation and by reference to the files of said publication the attached advertisement for WINN-DIXIE, INC.    was inserted in the aforesaid newspaper on dates as follows: 08/15/06

Account Number: 78350000

---

The above is correctly copied from the books and files of the aforesaid Corporation and publication.

*Debra Peebles*

Debra Peebles, Billing Manager-Legal Advertising
Wake County, North Carolina

Sworn or affirmed to, and subscribed before me, this 16 day of AUGUST   , 2006 AD ,by Debra Peebles.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.



*Janet Scroggs*

Janet Scroggs, Notary Public

My commission expires 14th of March 2009.

**EXHIBIT K**

# THE ALBANY HERALD
PUBLISHING COMPANY, INC.

---

### Affidavit of Publication

Georgia, Dougherty County

Personally, appeared before the undersigned, an officer, authorized to administer oaths, Rebecca Flanigan, who being sworn, says that she is a Inside Classified Sales Representative for The Albany Herald Publishing Inc. a corporation with principle offices at Albany, Dougherty County, Georgia, and having general circulation within the area of Dougherty, Early, Clay, Calhoun, Mitchell, Decatur, Baker, Worth, Terrell, Miller, Randolph, Turner, Sumter and Seminole counties, and that the advertisement of

*Entities with Claims against and interest in and of the following debtors*

TRUE COPY of which is affixed hereto, was published in the Albany Herald in all its editions for *August 15, 2000*



Rebecca Flanigan

Sworn to and subscribed before me at Albany, Georgia this *29th* Day of *August*, 2006

*Annette Oliver*

Notary Public

ANNETTE OLIVER
NOTARY
EXPIRES
GEORGIA
JUNE 29, 2010
PUBLIC
DOUGHERTY COUNTY

**UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION**

In re: Winn-Dixie Stores, Inc., et al., Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION**

TO ALL PERSONS AND

**ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS:**

Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**PLEASE TAKE NOTICE THAT:**

1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the Bankruptcy Court) approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the Disclosure Statement) for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the Debtors) in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the Plan).

2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the Solicitation Procedures Order).

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the United States Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walter Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley &

McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone (973) 509-3190, E-mail: winntinfo@loganandco.com.

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray, Adam I. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

---

126 NORTH WASHINGTON STREET   ◆   P.O. BOX 48   ◆   ALBANY, GEORGIA 31702-0048   ◆   229-888-9300

**EXHIBIT L**

COLUMBUS

# Ledger-Enquirer

## AFFIDAVIT

State of Georgia
County of Muscogee

To Whom It May Concern:

This is to certify that the legal advertisement has been published in The Columbus
Ledger-Enquirer, legal organ for Muscogee County on the following dates:

<u>August 15, 2006</u>

Sworn to and subscribed before

me this 16th day of August, 2006

Notary Public, Muscogee County, Georgia
(My Commission expires June 21, 2008)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.

NOTICE OF HEARING TO CONSIDER
CONFIRMATION OF, AND DEADLINE FOR
OBJECTING TO, DEBTORS' JOINT
PLAN OF REORGANIZATION

TO ALL PERSONS AND ENTITIES WITH CLAIMS
AGAINST AND INTERESTS IN ANY OF THE FOL-
LOWING DEBTORS:

Winn-Dixie Stores, Inc., Astor Products, Inc.,
Crackin' Good, Inc., Deep South Distributors, Inc.,
Deep South Products, Inc., Dixie Darling Bakers,
Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc.,
Dixie Spirits, Inc., Dixie Stores, Inc., Economy
Wholesale Distributors, Inc., Foodway Stores,
Inc., Kwik Chek Supermarkets, Inc., Sunbelt
Products, Inc., Sundown Sales, Inc., Superior
Food Company, Table Supply Food Stores Co.,
Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie
Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-
Dixie Montgomery, Inc., Winn-Dixie Procurement,
Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.

PLEASE TAKE NOTICE THAT:

1. On August 4, 2006, the United States Bank-
ruptcy Court for the Middle District of Florida,
Jacksonville Division (the "Bankruptcy Court")
approved the Disclosure Statement with Respect
to Joint Plan of Reorganization of Winn-Dixie
Stores, Inc. and Affiliated Debtors (the "Disclo-
sure Statement") for use by Winn-Dixie Stores,
Inc. and its subsidiaries and affiliates in the
above-captioned case (the "Debtors") in solicit-
ing acceptances or rejections of the Joint Plan of
Reorganization of Winn-Dixie Stores, Inc. and
Affiliated Debtors (the "Plan").

2. In conjunction with approving the Disclosure
Statement, the Bankruptcy Court entered an
order (a) approving the dates, procedures and
forms applicable to the process of soliciting votes
on and providing notice of the Plan, (b) approv-
ing certain vote tabulation procedures, and (c)
establishing the deadline for filing objections to
the Plan and scheduling the hearing to consider
confirmation of the Plan (the "Solicitation Proce-
dures Order").

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray,
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Co-Counsel for Debtors
Pub.Aug.15,2006(1754461)

**EXHIBIT M**

AFFIDAVIT OF PUBLICATION
SAVANNAH MORNING NEWS

STATE OF GEORGIA
COUNTY OF CHATHAM

Personally appeared before me, Gretchen Speerstra, to me known, who being sworn, deposes and says:

That she is the Classified Inside Sales Manager for Southeastern Newspaper Corporation, a Georgia corporation, doing business in Chatham County, GA, under the trade name of Savannah Morning News, a daily newspaper published in said county;

That he is authorized to make affidávits of publication on behalf of said published corporation;

That said newspaper is of general circulation in said county and in the area adjacent thereto;

That he has reviewed the regular editions of the Savannah Morning News, published on:

Aug 15th , 2006_____ , 2006,

_____ , 2006, _____ , 2006,

and finds that the following advertisement, to-wit:

Appeared in each of said editions.
Sworn to and subscribed before me

This 24 day of August 2006

G Speers
(Deponent)

Eugene J Clark
Notary Public, Chatham County, Ga.

EUGENE J CLARK
Notary Public, Chatham County, GA
My Commission Expires January 26, 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE MIDDLE
DISTRICT OF FLORIDA
JACKSONVILLE
DIVISION

In re:
Winn-Dixie Stores, Inc.,
et al.,
Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF HEARING
TO CONSIDER
CONFIRMATION OF,
AND DEADLINE FOR
OBJECTING TO,
DEBTORS'
JOINT PLAN OF
REORGANIZATION

TO ALL PERSONS AND
ENTITIES WITH
CLAIMS AGAINST AND
INTERESTS IN ANY OF
THE FOLLOWING
DEBTORS:

Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

PLEASE TAKE NOTICE THAT:

1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").
2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").
3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m.
(Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.
4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.
5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.
6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray,
Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York,
New York 10036

Co-Counsel for Debtors
Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street,
Suite 1800
Jacksonville,
Florida 32202

Co-Counsel for Debtors

**EXHIBIT N**

# The Courier Herald

State of Georgia
County of Laurens

Legal No. 06-6000

## AFFIDAVIT OF PUBLISHER

Personally appeared before me, the undersigned officer, duly authorized to administer oaths in said State and County, *Anna Aldridge*, who, having been duly sworn, deposes and says that he/she is authorized to make this affidavit, and that the legal notice was published in *The Courier Herald*, a local newspaper of general circulation in Dublin, Georgia on _____ *August 15, 2006* _____.

This __39th__ day of __August__, __2006__.

_____
*Anna Aldridge*
AGENT
The Courier Herald

Sworn to and subscribed before me
this __39th__ day of __August__, __2006__

Notary Public _____

My Commission Expires: My Commission Expires Apr. 9, 2010

PUZZLE ENTHUSIASTS?
Random House Crossword Mega



## First Day

### MOTOR HOMES FOR SALE
**531**

### CAMPERS FOR SALE
**540**

### BOATS FOR SALE
**545**

### AGRICULTURE

### FARM EQUIP. FOR SALE
**571**

### LAWN SERVICES
**723**

### TRUCKS

### LEGALS



**EXHIBIT O**

# The Times-Picayune

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097    TELEPHONE (504) 826-3206



State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Robert J. Chiasson who deposes and says that he is the Accounts Receivable Manager, of The Times-Picayune Publishing Corporation, a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached    Legal Notice

RE:United States Bankruptcy Court, For The Middle District Of Florida,Case No.05-03817-3F1 Chapter 11

Advertisement of    Winn Dixie Stores Inc.

5050 Edgewood Ct.
Jacksonville, Fl. 32254

Was published in    The Times Picayune

3800 Howard Avenue
New Orleans, Louisiana 70125

On the following dates    August 15,2006

Sworn to and subscribed before me this

15th    Day of    August 2006

Notary Public

My commission expires at my death.
Charles A. Ferguson, Jr.

Notary identification number 23492

2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco.com.

D.J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036

Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Co-Counsel for Debtors

**EXHIBIT P**

# PRESS-REGISTER

Account Number: 1010487

Period Ending: 08/18/06

Name: WINN DIXIE STORES, INC

Sale Rep: Laura Lenoir

Questions Please Call: (251) 219-5413

WINN DIXIE STORES, INC
Attn  Mark Montabana
5050 Edgewood Ct
JACKSONVILLE, FL 32254

- Amount Enclosed_____

- Please return second copy with your payment to the
  Press - Register
  Lock Box 1712
  Mobile, AL 36601

Terms: Due on Receipt

| START DATE | END DATE | AD NUMBER | P.O. NUMBER / DESCRIPTION | SAU SIZE | BILLED UNITS | TIMES RUN | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 08/15 | 08/15 | I01008735-08152006 | UNITED STATES BANKRUPTCY COURT FOR THE M | 666 Words | 666 | 1 | 0.32 | 213.12 |

TOTAL DUE:                213.12

• UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DIS-
TRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.
Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF HEARING TO CON-
SIDER CONFIRMATION OF, AND
DEADLINE FOR OBJECTING TO,
DEBTORS' JOINT PLAN OF RE-
ORGANIZATION

TO ALL PERSONS AND ENTITIES
WITH CLAIMS AGAINST AND IN-
TERESTS IN ANY OF THE FOL-
LOWING DEBTORS:

Winn-Dixie Stores, Inc., Astor
Products, Inc., Crackin' Good,
Inc., Deep South Distributors,
Inc., Deep South Products, Inc.,
Dixie Darling Bakers, Inc., Dixie-
Home Stores, Inc., Dixie Packers,
Inc., Dixie Spirits, Inc., Dixie
Stores, Inc., Economy Wholesale
Distributors, Inc., Foodway
Distributors, Inc., Kwik Chek Super-
markets, Inc., Sunbelt Products,
Inc., Sundown Sales, Inc., Supe-
rior Food Company, Table Supply
Food Stores Co., Inc., WD Brand
Prestige Steaks, Inc., Winn-Dixie
Handyman, Inc., Winn-Dixie Lo-
gistics, Inc., Winn-Dixie
Montgomery, Inc., Winn-Dixie
Procurement, Inc., Winn-Dixie
Raleigh, Inc., and Winn-Dixie Su-
permarkets, Inc.

PLEASE TAKE NOTICE THAT:
1.    On August 4,
2006, the United States Bank-
ruptcy Court for the Middle Dis-
trict of Florida, Jacksonville Divi-
sion (the "Bankruptcy Court")
approved the Disclosure State-
ment with Respect to Joint Plan
of Reorganization of Winn-Dixie
Stores, Inc. and Affiliated Debt-
ors (the "Disclosure Statement")
for use by Winn-Dixie Stores,
Inc. and its subsidiaries and af-
filiates in the above-captioned
case (the "Debtors") in soliciting
acceptances or rejections of their
Joint Plan of Reorganization of
Winn-Dixie Stores, Inc. and Affili-
ated Debtors (the "Plan").
2.    In conjunction with approving
the Disclosure Statement, the
Bankruptcy Court entered an or-
der (a) approving the dates, pro-
cedures and forms applicable to
the process of soliciting votes

Stephanie Callen being sworn, says that she is bookkeeper of Press-Register which publishes a daily newspaper in the City and County of Mobile, State of Alabama: and attached notice appeared in the issue of

Press-Register 8/15/2006

*Stephanie Callen*

Sworn to and subscribed before me this 18th day of August 2006

_____
NOTARY PUBLIC

FOR QUESTIONS CONCERNING THIS AFFIDAVIT, PLEASE CALL KAREN BLACKARD AT
(251) 219-5413.  YOU CAN PLACE A LEGAL NOTICE BY EMAIL OR FAX:
LEGALS@PRESS-REGISTER.COM OR FAX# (251) 219-5037

## WE APPRECIATE YOUR BUSINESS
## PRESS REGISTER LOCK BOX 1712, MOBILE, ALABAMA 36601
## FOR BILLING INQUIRIES - CALL (251) 219-5413 OR (251) 219-5415

Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").

2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").

3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.

4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, Email: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, Email: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.loganandco.com; or the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, Email: winninfo@loganandco.com.

D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP.
Four Times Square
New York, New York 10036
Co-Counsel for Debtors

Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

Press-Register
August 15, 2006

**EXHIBIT Q**

BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION
In re:
Winn-Dixie Stores, Inc., et al.,
Debtors.
Case No. 05-03817-3f1
Chapter 11
Jointly Administered
NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS:
Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.
PLEASE TAKE NOTICE THAT:
1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").
2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").
3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.
4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCoy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.
5. The Plan may be further modified, if necessary, pursu-

B CLIPPING HERE

4309948

## AFFIDAVIT OF PUBLICATION

### THE BIRMINGHAM NEWS COMPANY

### PUBLISHERS OF
# THE BIRMINGHAM NEWS

On this ___15th___ day of ___AUGUST___

A.D. Two Thousand, and Six, Randy S. Crayne

declares that he is the Billing Manager of "The Birmingham News" published in the City of Birmingham, in

the County of Jefferson, in the State of Alabama, and

that the advertisement, a true copy of which is herewith

attached, appeared in "The Birmingham News"

on the following dates:

___AUGUST 15, 2006___

_____

_____

_____

Signed- Randy S. Crayne

State of Alabama
County of Jefferson

On ___Aug 17___, 20_06_, _Randy S. Crayne_

personally appeared before me, who is personally known

to me to be the signer of the above document, and he

acknowledged that he signed it.

Eunice Spitzley
Eunice Spitzley          Notary Public

MY COMMISSION EXPIRES JANUARY 23, 2008

and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www. loganandco.com; on the Bankruptcy Court's website, http:// www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043, Telephone: (973) 509-3190, E-mail: winninfo@loganandco. com.

D. J. Baker
Sally McDonald Henry,
Rosalie Walker Gray,
Adam S. Ravin
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
    Co-Counsel for Debtors
Stephen D. Busey
James H. Post,
Cynthia C. Jackson,
Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
    Co-Counsel for Debtors
News: August 15, 2006

**EXHIBIT R**

# STATE OF MISSISSIPPI,
# COUNTY OF LAUDERDALE
# CITY OF MERIDIAN

I, _Vickie Gregory_, Clerk of The Meridian Star, a newspaper published daily at Meridian, Mississippi, do solemnly swear that a copy of this notice, as per clipping attached, was published once a week for _____ weeks in the regular and entire issue of said newspaper, and not in any supplement thereof, to-wit:

in the issue dated _9 11_, 20 _06_, and in the issue dated _____

_____, 20___, and in the issue dated _____, 20___.

_Vickie Gregory_ Clerk

Sworn to and subscribed before me, this the _5_ day of _September_, 20 _06_

Notary Public

1942 See Code, Sec. 1758

Graphic Printers • Meridian

---

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION
In re:
Winn-Dixie Stores, Inc., et al., Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND DEADLINE FOR OBJECTING TO, DEBTORS' JOINT PLAN OF REORGANIZATION

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND INTERESTS IN ANY OF THE FOLLOWING DEBTORS: Winn-Dixie Stores, Inc., Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand-Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

PLEASE TAKE NOTICE THAT:
1. On August 4, 2006, the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court") approved the Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Disclosure Statement") for use by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above-captioned case (the "Debtors") in soliciting acceptances or rejections of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").
2. In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (a) approving the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approving certain vote tabulation procedures, and (c) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "Solicitation Procedures Order").
3. A hearing to consider confirmation of the Plan will be held on October 13, 2006, at 9:00 a.m. (Eastern Time), before the Honorable Jerry A. Funk, Judge of the Bankruptcy Court, in the United States Courthouse, at 300 North Hogan Street, Jacksonville, Florida 32202. The hearing may be adjourned from time to time by announcement in open court.
4. No later than September 25, 2006, at 4:00 p.m. (Eastern Time), all objections to confirmation of the Plan must be (a) filed with the Clerk of the Bankruptcy Court via the Bankruptcy Court's electronic filing procedures, and (b) received by (i) Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Fax: (917) 777-3214, E-mail: rgray@skadden.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax: (904) 359-7708, E-mail: cjackson@smithhulsey.com, and (iii) Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Fax: (212) 822-5194, E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed

...rclose, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005. Fax (212) 822-5194. E-mail: mbarr@milbank.com. The objections must be in writing, must state the name and address of the objecting party and the nature of the claim or interest of such party, and must state with particularity the basis and nature of any objection to or proposed modification of the Plan. Objections not timely filed and served in the manner set forth above shall not be considered and shall be deemed overruled.

5. The Plan may be further modified, if necessary, pursuant to Section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Solicitation Procedures Order, the Disclosure Statement, and the Plan are available at http://www.logenand-co.com; on the Bankruptcy Court's website, http://www.flmb.uscourts.gov; or by contacting Logan & Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043. Telephone: (973) 509-3190, E-mail: winninfo@logenandco.com.
D. J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Co-Counsel for Debtors
Stephen D. Busey
James H. Post, Cynthia C. Jackson, Leanne Prendergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Co-Counsel for Debtors

**EXHIBIT S**

# PROOF OF PUBLICATION

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Before me, the undersigned Notary of Harrison County, Mississippi personally appeared _Ashley Barfield_ who, being by me first duly sworn, did depose and say that she is a clerk of _____The Sun Herald_____, a newspaper published in the city _Gulfport_, in Harrison County, Mississippi, and the publication of the notice, a copy of which is hereto attached, has been made in said paper _____1_____ times in the following numbers and on the following dates of such paper, viz:

Vol. _122_ No._34_ dated _15_ day of _August_, 20 _06_

Vol. _____ No._____, dated _____ day of_____, 20 _____

Vol. _____ No._____, dated _____ day of_____, 20 _____

Vol. _____ No._____, dated _____ day of_____, 20 _____

Vol. _____ No._____, dated _____ day of_____, 20 _____

Vol. _____ No._____, dated _____ day of_____, 20 _____

Vol. _____ No._____, dated _____ day of_____, 20 _____

Affiant further states on oath that said newapaper has been established and published continuously in said country for a period of more than twelve months next prior to the first publication of said notice.

_____
Clerk

Sworn to and subscribed before me this _16_ day of _August_, A.D., 20 _06_

_____
Notary Public

Printer's Fee ........................................... $_____

Furnishing proof of publication ..................... $_____

TOTAL ........................................... $_____