IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| WINN DIXIE STORES, INC., et al.,, | ) | |
| | ) | |
| Debtors. | ) | Case No.: 05-03817-3F1 |

### AFFIDAVIT OF JILL HADDEN

I, Jill Hadden, being first and duly sworn upon my oath, depose and state as follows:

1. My name is Jill Hadden, I am over twenty-one (21) years of age, of sound mind, in all respects qualified to make this Affidavit and have personal knowledge of the facts stated herein.

2. I am currently the Accounts Receivable Manager with Phillips Edison & Company, Ltd. Phillips Edison provides property management services at numerous properties, including the Windsor Center.

3. On December 13, 1995, Windsor and Winn-Dixie Charlotte, Inc. (the "Debtor") executed a lease agreement under which Windsor leased certain premises to the Debtor located at the Windsor Center.

4. On or about September 9, 2005, Debtor assigned the lease for the leased premises at Windsor Center to Food Lion ("Buyer"). According to the final closing statement, a portion, but not all, of amounts owed to Windsor by the Debtor were to be paid at closing. A true and correct copy of the closing statement is attached hereto as Exhibit 1. The Buyer agreed to pay real estate taxes and insurance from January 1, 2005 forward. Following the closing, the real estate taxes for 2004 and certain common area maintenance ("CAM") charges for 2004 and 2005 remained unpaid.

1395806.2

Exhibit "A"

5. On February 28, 2006, Windsor filed claim number 12953 that amended claim number 8034 in which Windsor asserted that the Debtors still owed Windsor amounts for the CAM charges and the 2004 real estate taxes

6. On June 28, 2006, Windsor received a check from the Debtor in the amount of $11,725.66 and applied that payment to the outstanding CAM charges and to a portion of the 2004 real estate taxes. After application of the June 28, 2006 payment, the Debtor continued to owe $22,083.64 for the remaining amount owed for the 2004 real estate taxes

By: *Jill Hadden*
Jill Hadden
Manager, Accounts Receivable
Phillips Edison & Company, Ltd.

STATE OF OHIO        )
                     )
COUNTY OF HAMILTON   )

On this 21 day of September, 2006, before me personally appeared Jill Hadden, to me known to be the person described herein and who executed the foregoing instrument, and acknowledged that he executed the same as her free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written

*Barbara Hood*
NOTARY PUBLIC



BARBARA HOOD
Notary Public, State of Ohio
My Commission Expires
August 2, 2008