**Hearing Date: October 5, 2006, 1:00 p.m.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,                Case No. 3:05-bk-03 817-JAF

                                                Chapter 11 (Jointly Administered)
                    Debtor.

# GENOA ASSOCIATES, LLC'S RESPONSE OBJECTING TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO (A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS (STORE NO. 912)

Genoa Associates, LLC ("Genoa Associates" or "Landlord"), by and through undersigned counsel, files this Response Objecting to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims (the "Claims Objection") filed herein by the debtors and debtors-in-possession, Winn-Dixie Stores, Inc., *et* al. (collectively, the "Debtor"). In support of its Response, Genoa Associates hereby respectfully shows this Court the following:

l.    Debtor filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Code") on or about February 21, 2005 (the "Petition Date").

2.    Pursuant to that certain November 4, 1997 Lease, as amended by that certain January 14, 1999 Supplemental Lease Agreement (as amended, the "Lease"), by and between Winn-Dixie Raleigh, Inc. and Genoa Associates, LLC, and guaranteed by Winn-Dixie Stores, Inc., for that certain realty referred to by Debtor as Store # 912 at Neuse River Shopping Center, Goldsboro, North Carolina (the "Premises"), Genoa Associates leased the Premises to Debtor.

3.    On or about October 26, 2005, Genoa Associates timely filed its Proof of Claim #12319 in the bankruptcy case of Winn-Dixie Raleigh, Inc. (Case No. 05-3839) in the amount

of $1,000,984.87 arising from the Debtor's obligations under the Lease and the Debtor's rejection of the Lease ("Raleigh Claim").

4. On or about October 26, 2005, Genoa Associates timely filed its Proof of Claim #12318 in the bankruptcy case of Winn-Dixie Stores, Inc. (Case No. 05-3817) in the amount of $1,000,984.87 arising from Debtor's obligation under the Guaranty it executed related to the Lease and the rejection of the Lease ("Guaranty Claim").

5. On or about September 5, 2006, Debtor filed the Claims Objection, wherein Debtor requests this Court disallow the Guaranty Claim on the grounds that upon confirmation of the plan, all of the Debtors' estates will be consolidated and the claim of one shall be the claim of all.

6. The guaranty covered by the Guaranty Claim was provided to Genoa Associates as additional security for payment under the Lease. For this Court to disallow the Guaranty Claim would strip the security for payment under the Lease to the detriment of Genoa Associates. If the Guaranty Claim is disallowed, or if any plan of reorganization is confirmed that does not provide for the substantive consolidation of all of the Debtors' bankruptcy estates, and Genoa Associates does not receive payment under the Raleigh Claim, then Genoa Associates will be without any security for payment of the Guaranty Claim. To disallow the Guaranty Claim renders the guaranty worthless with no consideration to Genoa Associates.

7. Genoa Associates objects to any disallowance of the Guaranty Claim.

8. Genoa Associates reserves the right to make such other and further responses to any other objections, if any, to either the Raleigh Claim or the Guaranty Claim.

9. Genoa Associates also joins in any responses objections filed by Debtors' other landlords affected by the Claims Objection, to the extent not inconsistent herewith.

WHEREFORE, Genoa Associates respectfully requests that the Court (1) deny the Claims Objection as it relates to the Guaranty Claim, and (2) grant Genoa Associates such other relief as is just and proper.

Dated: September 25, 2006

Respectfully submitted,

**VOLPE, BAJALIA, WICKES, ROGERSON & WACHS**

By:  */s/ John T. Rogerson, III*
John T. Rogerson, III, Esquire
Riverplace Tower
1301 Riverplace Blvd.
Suite 1700
Jacksonville, FL 32207
Telephone: 904-355-1700
Facsimile: 904-355-1797
jrogerson@vbwr.com

and

**NICHOLLS & CRAMPTON, P.A.**
Gregory B. Crampton
gcrampton@nichollscrampton.com
Kevin L. Sink
ksink@nichollscrampton.com
4300 Six Forks Road, Suite 700
Raleigh, NC 27609
Telephone: (919) 781-1311
Facsimile: (919) 782-0465

Attorneys for Genoa Associates, LLC

# **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing has been served upon the following parties by operation of the Court's electronic filing system, or by first class, postage pre-paid U.S. Mail, on September 25, 2006:

                                                              */s/ John T. Rogerson, III*
                                                              Attorney

| | |
|---|---|
| D. J. Baker, Esq.<br>Sally McDonald Henry, Esq.<br>Rosalie Walker Gray, Esq.<br>Jane M. Leamy, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Dennis F. Dunne, Esq.<br>Milbank Tweed & Hadley<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Elana L. Escamilla, Esq.<br>Assistant U.S. Trustee<br>Office of the United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Kenneth C. Meeker, Esq.<br>United States Trustee<br>Office of the United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 | Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Leanne McKnight Prendergast, Esq.<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 |
| Joshua M. Katz, Esq.<br>Nelson, Mullins, Riley & Scarborough, LLP<br>999 Peachtree Street, 14th Floor<br>Atlanta, GA 30309 | |