UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**KENTUCKY TAXING AUTHORITIES' OBJECTION TO CONFIRMATION OF JOINT PLAN OF REORGANIZATION OF WINN-DIXIE STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION**

Kentucky Taxing Authorities[1] (KTA), through the undersigned counsel, object to confirmation of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc., and Affiliated Debtors (Plan) as follows:

It is the KTAs' understanding that Kentucky property tax liabilities will be contested in the same manner as the Florida property tax liabilities. The KTA therefore adopt and incorporate by reference the objections and authorities listed and cited by the Florida Tax Collectors. The KTA also respectfully reserve the right to assert and/or rely on objections and authorities listed and cited by other members of Class 10.

The KTA advises the Court that the Kentucky statutory time limits for protesting property tax assessments have expired for all three tax years involved, 2004, 2005 and 2006. The KTA contend that the Debtors have failed to properly classify the post-petition 2006 property taxes as an administrative expense.

---

[1] The "Kentucky Taxing Authorities" consist of the tax collectors for each of the following counties within the Commonwealth of Kentucky: Bullitt, Campbell, Davies, Fayette, Hardin, Jefferson, Nelson, Scott, and Shelby, and the Commonwealth of Kentucky.

Accordingly, the KTA, respectfully request this Court enter an Order sustaining the KTAs' objection and that the Plan confirmation be denied pending resolution of the referenced objections; and for other relief as the Court deems proper.

        Respectfully submitted,

        */s/Susan F. Stivers*
        Susan F. Stivers
        Kentucky Bar No. 81386
        Attorney for Finance & Administration
          Cabinet
        Department of Revenue
        P.O. Box 5222
        Frankfort, Kentucky  40602-5222
        Ofc:  (502) 564-4921 ext 4445
        Fax:  (502) 564-7348
        susan.stivers@ky.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Kentucky Taxing Authorities' Objection To Confirmation Of Joint Plan Of Reorganization Of Winn-Dixie Stores, Inc. And Its Affiliated Debtors And Debtors-In-Possession will be served electronically by the court's CM/ECF System on the date filed on the 25th day of September, 2006, on the parties whose names are listed below:

        *s/Susan F. Stivers*
        Susan F. Stivers
        Department of Revenue

Copies to be served on:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699
Debtors

D.J. Baker
Skadden, Arps, Slate, Meager
& Flom LLP
Four Times Square
New York, NY  10036

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, FL  32202

Co-counsel for Debtors

2

Elena L. Escamilla
135 W Central Blvd. Ste 620
Orlando, FL  32806
U.S. Trustee's Office

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Creditor Committee