# EXHIBIT "C"

SMITH, GAMBRELL & RUSSELL, LLP
ATTORNEYS AT LAW
SUITE 2600, BANK OF AMERICA TOWER
50 NORTH LAURA STREET
JACKSONVILLE, FLORIDA 32202
TELEPHONE (904) 598-6100
FACSIMILE (904) 598-6300
WEBSITE www.sgrlaw.com

ESTABLISHED 1893

ATLANTA OFFICE

SUITE 3100, PROMENADE II
1230 PEACHTREE STREET N.E.
ATLANTA GEORGIA 30309-3592
TELEPHONE
(404) 815-3500
FACSIMILE
(404) 815-3509

WASHINGTON D C OFFICE

SUITE 800
1850 M STREET N W
WASHINGTON, D.C. 20036
TELEPHONE
(202) 263-4300
FACSIMILE
(202) 263-4329

Andrew Keith Daw
Direct Phone No.: (904) 598-6125
Direct Fax No - (904) 598-6225
E-Mail - kdaw@sgrlaw.com

December 21, 2005

**By Email to dmittleman@oberman.com**

The Benson Capital Company
ATTENTION: Mr. David Mittelman
708 Third Avenue, 28th Floor
New York, New York 10017

    Re:    Winn-Dixie Store #1417
               7124 Bundy Road, New Orleans, LA

Gentlemen:

    As discussed with your representative David Mittelman, our firm is counsel to Winn-Dixie Montgomery, Inc., successor-by-merger to Winn-Dixie Louisiana, Inc. and tenant of the referenced store. The purpose of this letter is to confirm several items as requested by Mr. Mittelman.

    These are as follows:

    (i)    to the best of our information and belief, the store suffered extensive damage from Hurricane Katrina, including prolonged inundation by flood waters in excess of five feet; indeed, the state of emergency declared by the Louisiana Governor in connection with Hurricane Katrina is still in effect;

    (ii)    many homes and other structures in vicinity and market area of the store were destroyed or rendered uninhabitable or unusable by the hurricane and resultant flooding, and the area surrounding the store was severely depopulated;

    (iii)    reserving all rights under the store lease and the Bankruptcy Code, in order to mitigate the health and nuisance impacts to the store and surrounding area, Winn-Dixie voluntarily cleaned product out of the store following its

SGRJAX\78505 1

The Benson Capital Company
December 21, 2005
Page 2

accessibility, and the building was secured;

    (iv)    Winn-Dixie has filed insurance claims with respect to losses occasioned by Hurricane Katrina, including with respect to Store 1440;

    (v)    through and including December 2005, Winn-Dixie has paid all rent due with respect to the store; and

    (vi)    Winn-Dixie has made no decision at this time with respect to re-occupying the leased premises.

I hope the above is sufficient for your needs. Please do not hesitate to contact me if you have any questions.

Very truly yours,

Andrew Keith Daw

AKD:sgr