# EXHIBIT "D"

## HIERSCHE HAYWARD DRAKELEY URBACH

RUSSELL W. MILLS • Director
Direct: 972.701.7085 • Direct Fax: 972.701.8765 • rmills@hhdulaw.com

September 6, 2006

*Via E-mail*
Allan E. Wulbern, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

    Re:    In re Winn Dixie Stores, Inc., Case No. 05-03817
           Our File No. 5161.0006

Dear Allan:

    Thank you for helping to set up the conference call that included representatives of Winn Dixie, Inc. and related debtors ("WD"), Lexington Insurance, Zurich Insurance, Lloyds of London, Vericlaim, and Bundy Road Co., LLC ("Bundy"). From our discussion, I learned the following facts relating to the property located at Bundy Road, New Orleans (Store 1417) (the "Property"):

1. WD has submitted a claim to the insurers for damages to the Property arising from Katrina. (From a letter from Mr. Daw to Mr. Mittelman, it appears that the claim was submitted prior to December 21, 2005).

2. WD has now received $75,000,000 in insurance proceeds for damages relating to Katrina.

3. WD took all of those proceeds as recoveries for its own personal property storm losses.

4. WD did not advise Bundy that it had received those proceeds and did not submit any of those proceeds to Bundy as required by the Lease.

5. WD used the proceeds for WD's operations.

6. I have repeatedly asked WD for documents showing the insurance filings and claim payments, but have not received any as of today. I understand that WD has now agreed to provide them to me and hope that WD can get them to me prior to

Allan E. Wulbern, Esq.
September 6, 2006
Page 2

---

the deposition scheduled for September 14, 2006. I intend to go forward with that deposition.

Bundy is inspecting the Property in the coming days but, based on present information, Bundy estimates that the damages suffered by the Property are approximately $6,750,000, subject to adjustment. Bundy's claim against WD for the loss of the Property constitutes an administrative claim under 11 U.S.C. §§503, 507. Bundy also asserts an equitable and legal interest in the insurance proceeds. WD was required to hold these funds in trust for the benefit of Bundy and WD's misuse constitutes conversion. Bundy may also have remedies against any WD representatives or professionals who were involved in misuse of these proceeds. Bundy hereby demands that WD immediately comply with its lease obligations and deposit the sum of $6,7500,000 either with the trustee under the lease or the court registry. I encourage WD to resolve this matter quickly because litigation of this matter will likely have implications well beyond Bundy's own insurance proceeds.

Very truly yours,

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.

Russell W. Mills

RWM:gb
Q:\5161_Benenson\0006_Winn-Dixie\Letters\Wulbern.9.06.06.doc

cc: Mr. David Mittelman
Kamran Moattar, Esq.
James Bledsoe, Esq.
Douglas Lang, Esq.
Luke Hyatt, Esq.
Jason M. Katz, Esq. *(Of the Firm)*