# EXHIBIT "E"

LAW OFFICES
# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

CHARLES A. BEARD
JAMES A. BOLLING
BEAU BOWIN
DAVID D. BURNS
STEPHEN D. BUSEY
CHARMAINE T. M. CHIU
ERIC W. ENSMINGER
J. RICE FERRELLE, JR.
EARL E. GOOGE, JR.
MICHAEL H. HARMON
JEANNE E. HELTON
DAVID J. HULL
CYNTHIA C. JACKSON
SCOTT B. KALIL
CHARLES H. KELLER
G. PRESTON KEYES
RICHARD E. KLEIN
WILLIAM E. KUNTZ
LAUREN PARSONS LANGHAM
M. RICHARD LEWIS, JR.

JOHN F. MacLENNAN
RAYMOND R. MAGLEY
E. OWEN McCULLER, JR.
ERIC N. McKAY
MATTHEW P. McLAUCHLIN
BERT J. MILLIS
STEPHEN D. MOORE, JR.
RAYMOND M. O'STEEN, JR.
JAMES H. POST
LEANNE McKNIGHT PRENDERGAST
BRYAN L. PUTNAL
E. LANNY RUSSELL
ELIZABETH M. SCHULE
JOEL SETTEMBRINI, JR.
TIM E. SLEETH
JOHN R. SMITH, JR.
LEE D. WEDEKIND, III
HARRY M. WILSON, III
ALLAN E. WULBERN

LLOYD SMITH
(1915-1987)

MARK HULSEY
JOHN E. THRASHER
OF COUNSEL

TELEPHONE
904-359-7700

FACSIMILE
904-359-7708
904-353-9908

September 12, 2006

Russell W. Mills, Esq.
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001

Re: In re: Winn-Dixie Stores, Inc., *et al.*, United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Case No. 05-03817-3F1

Dear Russell:

We acknowledge your September 6 letter requesting that Winn-Dixie deposit $6.75 million with a trustee and your September 11 email transmitting a copy of Bundy New Orleans, LLC's motion to take a 2004 examination of Winn-Dixie.

Winn-Dixie will not make the deposit you request because it has not received any payment of insurance proceeds from its insurers for the physical damages to the store 1417 premises.

With regard to your motion for a 2004 examination, Winn-Dixie needs a reasonable time to respond to your motion and therefore Winn-Dixie will not set that motion for hearing on September 14. We have also informed you that Winn-Dixie will not be appearing at the deposition you noticed for September 14, because the notice was issued pursuant to a contested matter which no longer exists.

We recognize Bundy's request for and entitlement to information regarding insurance coverage for store 1417. Winn-Dixie will do the following in response to your requests:

1. By Friday, September 15, Winn-Dixie will produce:

    a. copies of Winn-Dixie's property insurance policies which cover store 1417,

LAW OFFICES
# SMITH HULSEY & BUSEY

Russell W. Mills, Esq.
September 12, 2006
Page 2

       b. documents relating to its claim for insurance coverage for property damage at store 1417 arising from Hurricane Katrina,

       c. correspondence between Winn-Dixie and its insurers and the insurers' adjustors relating to store 1417, and

       d. correspondence between Winn-Dixie and its insurers regarding the $75 million which the insurers have already paid Winn-Dixie for other losses.

2. Winn-Dixie will make a person or persons available for deposition in Jacksonville regarding Winn-Dixie's Katrina insurance claims as requested in your 2004 motion at a mutually agreeable time within 14 days following the above document production.

If there is additional information Bundy needs, please let me know and we will try to accommodate you.

To facilitate resolution of the insurance claim, Winn-Dixie will also provide any consents required by Winn-Dixie insurers to allow Bundy to exercise its rights under the lease and assert its claim directly with the insurers.

If you are not satisfied with this response, please let me know and we will set your motion for the 2004 examination for hearing on September 21.

                        Very truly yours,

                        Allan E. Wulbern

AEW/clz/00543038

c:    James A. Bledsoe, Jr., Esq.

By Email