# EXHIBIT "A"

## ASSIGNMENT OF LEASE

KNOW ALL MEN BY THESE PRESENTS, that in consideration of the sum of ONE ($1.00) DOLLAR and other good and valuable consideration, ROBERT H. ARNOW, having an office c/o Swig, Weiler and Arnow Mgt. Co. Inc., 1114 Avenue of the Americas, New York, New York 10036, Assignor, does hereby set over, transfer and assign to Tineb Associates, a New York general partnership having an office c/o Anthony J. DiNome, 708 Third Avenue, New York, New York, Assignee, all of the right, title and interest of Assignor, as landlord or lessor, as the case may be, in the lease described in Exhibit 1 attached hereto affecting the premises in Winn Dixie Marketplace, New Orleans, Louisiana more particularly described on Exhibit A attached hereto.

TO HAVE AND TO HOLD the said lease unto Assignee its successors and assigns from and after the date hereof.

IN WITNESS WHEREOF, ROBERT H. ARNOW, has signed and sealed this assignment, this 7th day of March, 1988.

_____          _____
         Witness                      Robert H. Arnow

16ARNOW1 _____
         Witness

EXHIBIT 1


Lease, dated December 16, 1987 between Robert H. Arnow, Landlord, and Winn-Dixie Louisiana, Inc., Tenant.

Orleans, Louisiana

EXHIBIT A

ONE CERTAIN PARCEL OF GROUND, together with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Third District of the City of New Orleans, State of Louisiana, in Section 23 of LaKratt Tract (formerly New Orleans Lakeshore Land Co. Subdivision) designated as Lot 2A-1C-F on a resubdivision plan by the Office of Engineering Concepts, Inc., Michael W. Flores, Land Surveyor, dated August 11, 1986, and approved by the City Planning Commission on August 26, 1986, filed in the Parish of Orleans under Notarial Archives Number 669628, registered in COB 806, folio 667 on August 27, 1986, and according to a plan of Michael W. Flores, Land Surveyor, dated August 11, 1987, said property is more particularly described as follows:

From the intersection of the southerly right of way line of Morrison Road and the easterly right of way line of Bundy Road proceed 200.39 feet along a rightward arc having a radius of 1462.52 feet (with a chord length of 200.23 feet and a chord bearing of South 20 degrees, 01 minutes, 54 seconds East) to the Point of Beginning; thence North 60 degrees 54 minutes 25 seconds East a distance of 296.48 feet; thence South 29 degrees 05 minutes 35 seconds East a distance of 654.37 feet; thence South 60 degrees 54 minutes 25 seconds West a distance of 220.00 feet; thence North 29 degrees 05 minutes 35 seconds West a distance of 604.37 feet; thence South 60 degrees 54 minutes 25 seconds West a distance of 88.94 feet thence 51.53 feet along a leftward arc having a radius of 1,462.52 feet (with a chord length of 51.33 feet and a chord bearing of North 15 degrees, 05 minutes, 49 seconds West) to the Point of Beginning; said Lot contains 3.400 acres.

LOU ACK

STATE OF NEW YORK    )
                      :ss.:
COUNTY OF NEW YORK  )

        Be it known, That on the    14    day of March, 1988, before me, the undersigned authority, personally came and appeared ROBERT H. ARNOW, to me personally known and known by me to be the person whose genuine signature is affixed to the foregoing document, who signed said document before me and in the presence of the two witnesses whose names are thereto subscribed as such, being competent witnesses, and who acknowledged, in my presence and in presence of said witnesses, that he signed the above and foregoing document as his own free act and deed and for the uses and purposes therein set forth and apparent.

        In witness whereof, the said appearer has signed these presents and I have hereunto affixed my hand and seal, together with the said witnesses on the day and date first above written.

                                _____
                                        Notary Public

                                LLOYD STABINER
                        Notary Public, State of New York
                                No. 31-4806950
                            Qualified in New York County
                        Commission Expires November 30, 1988

ASSIGNMENT OF LEASE

KNOW ALL ME BY THESE PRESENTS, that in consideration of the sum of ONE ($1.00) DOLLAR and other good and valuable consideration, TINEB ASSOCIATES, a New York general partnership, having an office c/o Anthony J. DiNome, 708 Third Avenue, 28th Floor, New York, New York, Assignor, does hereby set over, transfer and assign to THE BENENSON CAPITAL COMPANY, a New York general partnership, an undivided 98% interest, and CHARLES B. BENENSON, an undivided 2% interest, both having an office at 708 Third Avenue, New York, New York, Assignees, in and to all of the right, title and interest of Assignor, as landlord or lessor, as the case may be, in the lease described in Exhibit 1 attached hereto affecting the premises at 7135 Bundy Road, New Orleans, Louisiana, more particularly described on Exhibit A attached hereto.

TO HAVE AND TO HOLD the said lease unto Assignees their successors, assigns and heirs from and after the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this assignment on this 18th day of December, 1992.

TINEB ASSOCIATES, a New York general partnership

BY: _____
Partner

BY: _____
Partner

                                         )  ss.:
COUNTY OF NEW YORK        )

       On this December _18_ , 1992, before me, the undersigned, a Notary
Public in and for the County and State aforesaid, duly commissioned and sworn,
personally appeared _JAMES S. TISCH_
and _JONATHAN M. Tisch_
to me known to be general partners of TINEB Associates, a New York general
partnership, and acknowledged said instrument to be the free and voluntary act
and deed of said general partnership, for the uses and purposes therein
mentioned, and on oath stated that they are authorized to execute said
instrument.

                        _Carol Doktorski_
                        NOTARY PUBLIC

                              CAROL DOKTORSKI
                         NOTARY PUBLIC, State of New York
                                No. 30-4720614
                            Qualified in Nassau County
                          Cert. Filed in New York County
                         Commission Expires June 30, 1994

**EXHIBIT 1**

Lease dated December 16, 1987, between Tineb Associates, successor in interest to Robert H. Arnow, as landlord, and Winn-Dixie Louisiana, Inc., as tenant, for premises located at 7135 Bundy Road, New Orleans, Louisiana.

THAT CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT of the City of NEW ORLEANS, in that part thereof known as the LaKRATT TRACT, designated as LOT 2A-1C-P on a plan of resubdivision by the Office of Engineering Concepts, Inc., Michael W. Flores, Land Surveyor, dated August 11, 1986, approved by the City Planning Commission on August 26, 1986, registered in COB 806, folio 667 on August 27, 1986 (Notarial Archives # 669628), and according thereto Lot 2A-1C-P is described as follows:

From the intersection of the southerly right-of-way line of Morrison Road and the easterly right-of-way line of Bundy Road proceed southerly along the easterly right-of-way line of Bundy Road, which is a rightward arc having a radius of 1462.52 feet (with a chord length of 200.23 feet and a chord bearing South 20° 01' 54" East) a distance of 200.39 feet to the Point of Beginning; thence North 60° 54' 25" East a distance of 296.48 feet; thence South 29° 05' 35" East a distance of 654.37 feet; thence South 60° 54' 25" West a distance of 220.00 feet; thence North 29° 05' 35" West a distance of 604.37 feet; thence South 60° 54' 25" West a distance of 88.94 feet to the easterly right-of-way line of Bundy Road, thence northerly along the easterly right-of-way line of Bundy Road, which is a leftward arc having a radius of 1462.52 feet (with a chord length of 51.53 feet and a chord bearing of North 15° 05' 49" West) a distance of 51.53 feet to the Point of Beginning.

All in accordance with a survey by Engineering Concepts, dated August, 1988, and updated August 2, 1991.

The improvements thereon bear municipal number 7135 Bundy Road, New Orleans, Louisiana 70127.

Being the same property acquired by Tineb Associates from Robert N. Arnow by an act passed before Lloyd Stabiner, N.P, dated March 4, 1988, and registered in the Parish of Orleans in COB 816, folio 596 on April 13, 1988.

## ASSIGNMENT AND ASSUMPTION OF LEASE AGREEMENT

AGREEMENT made as of the 1st day of June, 2000, between **Charles B. Benenson**, having an office at 708 Third Avenue, New York, New York 10017, as lessor (referred to herein as "Assignor") and **The Benenson Capital Company**, a New York general partnership, having an address at 708 Third Avenue, Twenty-Eighth Floor, New York, New York 10017 (referred to herein as "Assignee").

## W I T N E S S E T H:

WHEREAS:

1.     Under date of December 16, 1987, Tineb Associates, a New York general partnership ("Tineb") and successor in interest to Robert H. Arnow, as lessor, entered into a lease (the "Lease") with Winn-Dixie Louisiana, Inc., as lessee, affecting the real property known as and located at 7135 Bundy Road in New Orleans, Louisiana and further described in the annexed Exhibit A (the "Property"), which Lease was evidenced by an Extract of Lease Agreement registered in Orleans Parish on December 16, 1087, COB 818I, Folio 11;

2.     Tineb assigned its interest as lessor under the Lease to (i) Assignor to the extent of an undivided two percent (2%) tenancy in common interest, and (ii) Assignee to the extent of an undivided ninety-eight percent (98%) interest by that Assignment of Lease dated December 18, 1992; and

3.     Assignor desires to assign its two percent (2%) undivided tenancy in common interest as lessor under the Lease ("Assignor's Leasehold Interest") to Assignee and Assignee desires to succeed to Assignor's Leasehold Interest, under the Lease and is willing and agrees to assume the observance and performance of the obligations of all of the terms, covenants and conditions under the Lease on the part of Assignor to the extent of the Assignor's Leasehold Interest thereof to be observed and performed from and after the effective date of the Assignment.

NOW THEREFORE, for $1.00 and other good and valuable consideration including the mutual covenants herein contained, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

FIRST: Assignor hereby irrevocably sells, assigns, transfers and sets over to Assignee all of Assignor's Leasehold Interest.

141789_1
7-26-01 5:15PM

SECOND:    Assignee, for the benefit of Assignor, hereby agrees to assume, keep, observe and perform each and every one of the terms, covenants and conditions of the Lease on the part of Assignor to be observed or performed, to the extent of Assignor's Leasehold Interest, accruing after the date of the Assignment. Assignee shall indemnify and hold Assignor harmless from and against any and all damages, loss and liability, including fees and disbursements of counsel, suffered by Assignor, or payments made by Assignor, with respect to any claim, act or proceeding accruing from and after the date of this Assignment in respect of such assumed liabilities and obligations, to the extent of Assignor's Leasehold Interest. Assignor shall indemnify and hold Assignee harmless from and against any and all damage, loss and liability, including fees and disbursements of counsel, suffered by Assignee or payments made by Assignee with respect to or arising under the Lease prior to the date hereof to the extent of Assignor's Leasehold Interest.

THIRD:    The provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective legal representatives, heirs, successors and assigns. Any trustee or fiduciary executing this Assignment and Assumption of Lease Agreement in a trustee or fiduciary capacity is acting solely in such capacity and shall be liable solely in such capacity and not personally or otherwise.

[signature page to follow]

141789_1
7-26-01 5:15PM

Signature Page
Assignment and Assumption of Lease
b/t CBB and BCC

IN WITNESS WHEREOF, the parties hereto have set their hands and seals as of the day and year first above written.

ASSIGNOR:

By: _____

**Charles B. Benenson**

ASSIGNEE:

**The Benenson Capital Company**, a New York general partnership

By:     The Charles B. Benenson Family Trust, a New York Trust

       By: _____

       Richard A. Kessler, solely as Trustee of The Charles B. Benenson Family Trust and not individually

       By: _____

       Sidney A. Migdon, solely as Trustee of The Charles B. Benenson Family Trust and not individually

141789_1
7-26-01 5:15PM

<u>EXHIBIT A</u>

<u>Description of Land</u>
7135 Bundy Road, New Orleans, LA

**THAT CERTAIN LOT OR PARCEL OF GROUND,** together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the **THIRD DISTRICT** of the City of **NEW ORLEANS,** in that part thereof known as the **LaKRATT TRACT,** designated as **LOT 2A-1C-F** on a plan of resubdivision by the Office of Engineering Concepts, Inc., Michael W. Flores, Land Surveyor, dated August 11, 1986, approved by the City Planning Commission on August 26, 1986, registered in COB 806, folio 667 on August 27, 1986 (Notarial Archives # 669628), and according thereto LOT 2A-1C-F is described as follows:

> From the intersection of the southerly right-of-way line of Morrison Road and the easterly right-of-way line of Bundy Road proceed southerly along the easterly right-of-way line of Bundy Road, which is a rightward arc having a radius of 1462.52 feet (with a chord length of 200.23 feet and a chord bearing South 20° 01' 54" East) a distance of 200.39 feet to the Point of Beginning; thence North 60° 54' 25" East a distance of 296.48 feet; thence South 29° 05' 35" East a distance of 654.37 feet; thence South 60° 54' 25" West a distance of 220.00 feet; thence North 29° 05' 35" West a distance of 604.37 feet; thence South 60° 54' 25" West a distance of 88.94 feet to the easterly right-of-way line of Bundy Road, thence northerly along the easterly right-of-way line of Bundy Road, which is a leftward arc having a radius of 1462.52 feet (with a chord length of 51.33 feet and a chord bearing of North 15° 05' 49" West) a distance of 51.53 feet to the Point of Beginning.

ALL in accordance with a survey by Engineering Concepts, dated August, 1988, and updated August 2, 1991.

The improvements thereon bear municipal number 7135 Bundy Road, New Orleans, Louisiana 70127.

Being the same property acquired by Tinab Associates from Robert H. Arnow by an act passed before Lloyd Stabiner, N.P, dated March 4, 1988, and registered in the Parish of Orleans in COB 816, folio 596 on April 13, 1988.

141789_1
7-26-01 5:15PM

## ACKNOWLEDGMENT

State of New York      )
County of New York     )

On August 15, 2001, before me, the undersigned, a Notary Public in and for said State, personally appeared Charles B. Benenson, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

**Witness my hand and official seal:**

Notary Public
My commission expires:

RONEY Y. ARGHITSANG
Notary Public, State of New York
No. 01 AR50...
Qualified in New York County
Commission Expires June ... 2002

State of New York      )
County of New York     )

On August 15, 2001, before me, the undersigned officer, personally appeared Richard A. Kessler, personally known and acknowledged himself to me (or proved to me on the basis of satisfactory evidence) to be a Trustee of The Charles B. Benenson Family Trust as amended and restated on December 9, 1997 ("Trust"), which Trust is the general partner of The Benenson Capital Company, a New York general partnership (the "Partnership"), and that such Partner, being duly authorized to do so pursuant to its bylaws or partnership agreement, executed, subscribed and acknowledged the foregoing instrument for the purposes therein contained, by signing the name of the partnership by himself in his authorized capacity as such general partner as his free and voluntary act and deed and the free and voluntary act and deed of said partnership.

**Witness my hand and official seal:**

Notary Public
My commission expires:

141789_1
7-26-01 5:15PM

State of New York )
County of New York )

On August 15, 2001, before me, the undersigned officer, personally appeared Sidney A. Migdon, personally known and acknowledged himself to me (or proved to me on the basis of satisfactory evidence) to be a Trustee of The Charles B. Benenson Family Trust as amended and restated on December 9, 1997 ("Trust"), which Trust is the general partner of The Benenson Capital Company, a New York general partnership (the "Partnership"), and that as such trustee and general partner, being duly authorized to do so pursuant to the trust agreement, executed, subscribed and acknowledged the foregoing instrument for the purposes therein contained, by signing the name of The Trust by himself in his authorized capacity as such trustee as his free and voluntary act and deed and the free and voluntary act and deed of said Trust and Partnership.

**Witness my hand and official seal:**

_____
Notary Public
My commission expires:

RONIT Y. ARGINTEANU
Notary Public, State of New York
No. 02AY5007594
Qualified in New York County
Commission Expires June 20, 2002

141789_1
7-26-01 5:15PM

## ASSIGNMENT AND ASSUMPTION OF LEASE AGREEMENT

AGREEMENT made as of the 15th day of August, 2001, between **The Benenson Capital Company**, a New York general partnership having an office at 708 Third Avenue, New York, New York 10017, as lessor (referred to herein as "Assignor") and **Bundy New Orleans Co. LLC**, a Delaware limited liability company having an address at 708 Third Avenue, Twenty-Eighth Floor, New York, New York 10017 (referred to herein as "Assignee").

## W I T N E S S E T H:

WHEREAS:

1.    Under date of December 16, 1987, Tineb Associates, a New York general partnership ("Tineb") and successor in interest to Robert H. Arnow, as lessor, entered into a lease (the "Lease") with Winn-Dixie Louisiana, Inc., as lessee, affecting the real property known as and located at 7135 Bundy Road in New Orleans, Louisiana and further described in the annexed Exhibit A (the "Property"), which Lease was evidenced by an Extract of Lease Agreement registered in Orleans Parish on December 16, 1087, COB 818I, Folio 11;

2.    Tineb assigned its interest as lessor under the Lease to (i) Charles B. Benenson ("Benenson") to the extent of an undivided two percent (2%) tenancy in common interest, and (ii) Assignor to the extent of an undivided ninety-eight percent (98%) interest by that Assignment of Lease dated December 18, 1992;

3.    Under date of January 1, 1999, Benenson assigned his two percent (2%) tenancy in common interest to Assignor by the Assignment and Assumption of Lease; and

4.    Assignor desires to assign entire undivided interest as lessor under the Lease ("Assignor's Leasehold Interest") to Assignee and Assignee desires to succeed to Assignor's Leasehold Interest, under the Lease and is willing and agrees to assume the observance and performance of the obligations of all of the terms, covenants and conditions under the Lease on the part of Assignor to the extent of the Assignor's Leasehold Interest thereof to be observed and performed from and after the effective date of the Assignment.

NOW THEREFORE, for $1.00 and other good and valuable consideration including the mutual covenants herein contained, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

141790_1
8-15-01 11:13AM

FIRST: Assignor hereby irrevocably sells, assigns, transfers and sets over to Assignee all of Assignor's Leasehold Interest.

SECOND:    Assignee, for the benefit of Assignor, hereby agrees to assume, keep, observe and perform each and every one of the terms, covenants and conditions of the Lease on the part of Assignor to be observed or performed, to the extent of Assignor's Leasehold Interest, accruing after the date of the Assignment. Assignee shall indemnify and hold Assignor harmless from and against any and all damages, loss and liability, including fees and disbursements of counsel, suffered by Assignor, or payments made by Assignor, with respect to any claim, act or proceeding accruing from and after the date of this Assignment in respect of such assumed liabilities and obligations, to the extent of Assignor's Leasehold Interest. Assignor shall indemnify and hold Assignee harmless from and against any and all damage, loss and liability, including fees and disbursements of counsel, suffered by Assignee or payments made by Assignee with respect to or arising under the Lease prior to the date hereof to the extent of Assignor's Leasehold Interest.

THIRD:    The provisions of this Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective legal representatives, heirs, successors and assigns. Any trustee or fiduciary executing this Assignment and Assumption of Lease Agreement in a trustee or fiduciary capacity is acting solely in such capacity and shall be liable solely in such capacity and not personally or otherwise.

[signature page to follow]

141790_1
7-26-01 5:31PM

EXHIBIT A


### Description of Land
7135 Bundy Road, New Orleans, LA

**THAT CERTAIN LOT OR PARCEL OF GROUND,** together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the **THIRD DISTRICT** of the City of **NEW ORLEANS,** in that part thereof known as the **LaKRATT TRACT,** designated as **LOT 2A-1C-F** on a plan of resubdivision by the Office of Engineering Concepts, Inc., Michael W. Flores, Land Surveyor, dated August 11, 1986, approved by the City Planning Commission on August 26, 1986, registered in COB 806, folio 667 on August 27, 1986 (Notarial Archives # 669628), and according thereto LOT 2A-1C-F is described as follows:

> From the intersection of the southerly right-of-way line of Morrison Road and the easterly right-of-way line of Bundy Road proceed southerly along the easterly right-of-way line of Bundy Road, which is a rightward arc having a radius of 1462.52 feet (with a chord length of 200.23 feet and a chord bearing South 20° 01' 54" East) a distance of 200.39 feet to the Point of Beginning; thence North 60° 54' 25" East a distance of 296.48 feet; thence South 29° 05' 35" East a distance of 654.37 feet; thence South 60° 54' 25" West a distance of 220.00 feet; thence North 29° 05' 35" West a distance of 604.37 feet; thence South 60° 54' 25" West a distance of 88.94 feet to the easterly right-of-way line of Bundy Road, thence northerly along the easterly right-of-way line of Bundy Road, which is a leftward arc having a radius of 1462.52 feet (with a chord length of 51.33 feet and a chord bearing of North 15° 05' 49" West) a distance of 51.53 feet to the Point of Beginning.

ALL in accordance with a survey by Engineering Concepts, dated August, 1988, and updated August 2, 1991.

The improvements thereon bear municipal number 7135 Bundy Road, New Orleans, Louisiana 70127.

Being the same property acquired by Tinab Associates from Robert H. Arnow by an act passed before Lloyd Stabiner, N.P, dated March 4, 1988, and registered in the Parish of Orleans in COB 816, folio 596 on April 13, 1988.

Signature Page
Assignment and Assumption of Lease
b/t BCC and Bundy New Orleans Co. LLC

IN WITNESS WHEREOF, the parties hereto have set their hands and seals as of the day and year first above written.

**ASSIGNOR:**

**THE BENENSON CAPITAL COMPANY,**
a New York general partnership

By:   The Charles B. Benenson Family Trust, a partner

By:   _Charles B Benenson_

Charles B. Benenson, solely as Trustee of
The Charles B. Benenson Family Trust
and not individually

**ASSIGNEE:**
**BUNDY NEW ORLEANS CO. LLC,** a Delaware limited
liability company

By:   Benenson Asset Management III LLC, a Delaware
limited liability company, managing member

By:   The Benenson Capital Company, a New York
general partnership, its sole member

By:   _____
Richard A. Kessler, solely
as Trustee of The Charles
B. Benenson Family Trust
and not individually

By:   _____
Sidney A. Migdon, solely
as Trustee of The Charles
B. Benenson Family Trust
and not individually

141790_1
7-26-01 5:31PM

<u>EXHIBIT A</u>

<u>Description of Land</u>
7135 Bundy Road, New Orleans, LA

**THAT CERTAIN LOT OR PARCEL OF GROUND,** together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the **THIRD DISTRICT** of the City of **NEW ORLEANS,** in that part thereof known as the **LaKRATT TRACT,** designated as **LOT 2A-1C-F** on a plan of resubdivision by the Office of Engineering Concepts, Inc., Michael W. Flores, Land Surveyor, dated August 11, 1986, approved by the City Planning Commission on August 26, 1986, registered in COB 806, folio 667 on August 27, 1986 (Notarial Archives # 669628), and according thereto LOT 2A-1C-F is described as follows:

From the intersection of the southerly right-of-way line of Morrison Road and the easterly right-of-way line of Bundy Road proceed southerly along the easterly right-of-way line of Bundy Road, which is a rightward arc having a radius of 1462.52 feet (with a chord length of 200.23 feet and a chord bearing South 20° 01' 54" East) a distance of 200.39 feet to the Point of Beginning; thence North 60° 54' 25" East a distance of 296.48 feet; thence South 29° 05' 35" East a distance of 654.37 feet; thence South 60° 54' 25" West a distance of 220.00 feet; thence North 29° 05' 35" West a distance of 604.37 feet; thence South 60° 54' 25" West a distance of 88.94 feet to the easterly right-of-way line of Bundy Road, thence northerly along the easterly right-of-way line of Bundy Road, which is a leftward arc having a radius of 1462.52 feet (with a chord length of 51.33 feet and a chord bearing of North 15° 05' 49" West) a distance of 51.53 feet to the Point of Beginning.

ALL in accordance with a survey by Engineering Concepts, dated August, 1988, and updated August 2, 1991.

The improvements thereon bear municipal number 7135 Bundy Road, New Orleans, Louisiana 70127.

Being the same property acquired by Tinab Associates from Robert H. Arnow by an act passed before Lloyd Stabiner, N.P, dated March 4, 1988, and registered in the Parish of Orleans in COB 816, folio 596 on April 13, 1988.

141790_1
7-26-01 5:31PM

## ACKNOWLEDGMENT

State of New York   )
County of New York   )

On August 15, 2001, before me, the undersigned officer, personally appeared Charles B. Benenson, personally known and acknowledged himself to me (or proved to me on the basis of satisfactory evidence) to be a Trustee of The Charles B. Benenson Family Trust as amended and restated on December 9, 1997 ("Trust"), which Trust is the general partner of The Benenson Capital Company, a New York general partnership (the "Partnership") and that as such trustee and general partner, being duly authorized to do so pursuant to the trust agreement, executed, subscribed and acknowledged the foregoing instrument for the purposes therein contained, by signing the name of The Trust by himself in his authorized capacity as such trustee as his free and voluntary act and deed and the free and voluntary act and deed of said Trust and Partnership.

**Witness my hand and official seal:**

_____
Notary Public
My commission expires:

RONIT Y. ARGINTEANU
Notary Public, State of New York
No. 02AY5029394
Qualified in New York County
Commission Expires June 20, 199 2

State of New York   )
County of New York   )

On August 15, 2001, before me, the undersigned officer, personally appeared Richard A. Kessler, personally known and acknowledged himself to me (or proved to me on the basis of satisfactory evidence) to be a Trustee of The Charles B. Benenson Family Trust  Charles B. Benenson Family Trust as amended and restated on December 9, 1997 ("Trust"), which Trust is the general partner of The Benenson Capital Company, a New York general partnership (the "Partnership"), which Partnership is the sole Member of Benenson Asset Management LLC, a Delaware limited liability company, which limited liability company is the managing  member of Bundy New Orleans Co. LLC, a Delaware limited liability company (hereinafter, "LLC"), and that such  Member, being duly authorized to do so pursuant to its bylaws or operating agreement, executed, subscribed and acknowledged the foregoing instrument for the purposes therein contained, by signing the name of the LLC by himself  in his authorized capacity as such general partner and member as his free and voluntary act and deed and the free and voluntary act and deed of said LLC.

**Witness my hand and official seal:**

_____
Notary Public
My commission expires:

RONIT Y. ARGINTEANU
Notary Public, State of New York
No. 02AY5029394
Qualified in New York County
Commission Expires June 20, 199 2

141790_1
7-26-01 5:31PM

State of New York )
County of New York )

On August 15, 2001, before me, the undersigned officer, personally appeared Sidney A. Migdon, personally known and acknowledged himself to me (or proved to me on the basis of satisfactory evidence) to be a Trustee of The Charles B. Benenson Family Trust  Charles B. Benenson Family Trust as amended and restated on December 9, 1997 ("Trust"), which Trust is the general partner of The Benenson Capital Company, a New York general partnership (the "Partnership"), which Partnership is the sole Member of Benenson Asset Management LLC, a Delaware limited liability company, which limited liability company is the managing  member of Bundy New Orleans Co. LLC, a Delaware limited liability company (hereinafter, "LLC") and that such  Member, being duly authorized to do so pursuant to its bylaws or operating agreement, executed, subscribed and acknowledged the foregoing instrument for the purposes therein contained, by signing the name of the LLC by himself  in his authorized capacity as such general partner and member as his free and voluntary act and deed and the free and voluntary act and deed of said LLC.

**Witness my hand and official seal:**

Notary Public
My Commission Expires:

141790_1
7-26-01 5:31PM