# EXHIBIT "F"

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WINN-DIXIE STORES, INC., ET AL., | § | CASE NO. 05-03817-3F1 |
| | § | |
| Debtors. | § | *Jointly Administered* |

### ORDER ON MOTION OF BUNDY NEW ORLEANS CO., LLC TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 503, 507 AND BRIEF IN SUPPORT

**CAME ON FOR HEARING**, the Motion of Bundy New Orleans Co., LLC to Compel Payment of Administrative Expenses Pursuant to 11 U.S.C. §§ 503, 507 and Brief in Support (the "Motion") filed herein by Bundy New Orleans Co., LLC ("Movant"), which requested that that the Court enter an Order awarding Bundy an administrative claim against the Debtors in the estimated amount of $6,750,000.00 (the "Administrative Claim") and compelling the Debtors to pay the Administrative Claim within ten (10) days of entry of such order. The Court has determined that adequate notice has been given of the Motion, that the Motion has merit, and that the Motion should be granted. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion shall be and hereby is **GRANTED**.

2. The Debtors shall pay Bundy's Administrative Claim in the amount of $6,750,000.00 within ten (10) days of entry of this order.

Dated this _____ day of _____, 2006, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge