UNITED STATES BANKRUPTCY COUT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

In re:                                                                  Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                    Chapter 11
Debtors.

## WITHDRAWAL OF MOTION FOR DETERMINATION OF PLAN CLASS

**KJUMP, INC.**, hereinafter Movant, by and through the undersigned attorney, hereby withdraws the Motion for Determination of Plan Class dated February 16, 2006 on the basis that (a) the non-residential real property lease that underlies Movant's claim is the subject of a pending motion to assume, and (b) upon the Court's entry of an order approving such assumption motion, the specified cure amounts will constitute and Administrative Claim as opposed to a Class 13- Landlord claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail and/or electronically to D.J. Baker, Esquire, Four Times Square, New York, NY 10036 (djbaker@skadden.com), Cynthia C. Jackson, Esquire, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (cjackson@smithhulsey.com) and U.S. Trustee, 135 W. Central Blvd., Suite 630, Orlando, Florida 32801 this 22nd day of September, 2006.

SNELL & SNELL, P.A.

BY: /s/ Walter J. Snell
WALTER J. SNELL, ESQUIRE
Florida Bar No. 0729360
436 N. Peninsula Drive
Daytona Beach, FL 32118
(386) 255-5334
386(255-5335)-fax
snellandsnell@mindspring.com
Attorney for Landlord/Movant