# EXHIBIT A

## **CWCAPITAL TRUSTS**

1. Commercial Mortgage Acceptance Corp. Commercial Mortgage Pass-Through Certificates Series 1999-C1;
2. Deutsche Mortgage & Asset Receiving Corporation Commercial Mortgage Pass-Through Certificates Series 2000-C1;
3. GS Mortgage Securities Corporation II, Commercial Mortgage Pass Through Certificates, Series 2004-C1;
4. J.P. Morgan Chase Commercial Mortgage Securities Corp, Commercial Mortgage Pass-Through Certificates, Series 2001-C1;
5. LB-UBS Commercial Mortgage Trust 2001-C2 Commercial Mortgage Pass-Through Certificate, Series 2001-C2;
6. LB-UBS Commercial Mortgage Trust 2005-C1 Commercial Mortgage Pass-Through Certificate, Series 2005-C1;
7. Mortgage Capital Funding, Inc. Multifamily/Commercial Mortgage Pass-Through Certificates Series 1998-MC3;
8. Salomon Brothers Mortgage Securities VII, Inc. Commercial Mortgage Pass-Through Certificates Series 2001-C2;
9. Commercial Mortgage Acceptance Corp., Commercial Mortgage Pass-Through Certificates, Series 1997-ML1;
10. Asset Securitization Corporation Commercial Mortgage Pass-Through Certificates, Series 1996 D2;
11. Nomura Asset Securities Corporation, Commercial Mortgage Pass-Through Certificates, Series 1998-D6;
12. Mortgage Capital Funding., Multifamily/Commercial Mortgage Pass-Through Certificates, Series 1997-MC2;
13. Morgan Stanley Capital, Inc., Commercial Mortgage Pass-Through Certificates, Series 1997-WF1;
14. Morgan Stanley Capital, Inc. Commercial Mortgage Pass-Through Certificates 1998-WF1;
15. Merrill Lynch Mortgage Investors, Inc. Mortgage Pass-Through Certificates, Series 1997-C2;
16. Merrill Lynch Mortgage Investors, Inc. Mortgage Pass-Through Certificates, Series 1996-C2;
17. First Union Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates Series 1997-C1;
18. First Union Commercial Mortgage Securities, Inc. Commercial Mortgage Pass-Through Certificates Series 1997-C2;
19. Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Series 1997-C1;
20. Mortgage Capital Funding, Inc., Multifamily/Commercial Mortgage Pass-Through Certificates, Series 1997-MC1;

21. Asset Securitization Corporation, Commercial Mortgage Pass-Through Certificates, Series 1996-D3;
22. DLJ Mortgage Acceptance Corp., Commercial Mortgage Pass-Through Certificates, Series 1997-CF2

BA3/338885