UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### WAH HONG GO'S REPLY TO "DEBTORS' OMNIBUS RESPONSE TO MOTIONS FOR DETERMINATION OF PLAN CLASS"

Wah Hong Go, a former store manager of Winn-Dixie Stores, Inc. (the "Debtor"), hereby replies to the "Debtors' Omnibus Response to Motions for Determination of Plan Class, and states as follows:

1. Mr. Wah Hong Go ("Mr. Go") has filed a "Motion for Determination of Plan Class for his Statutory Claim of Discrimination"(D.E. 10983) which argues that his race discrimination claim should be classified separately from Class 16 "Other Unsecured Claims" and should be classified with a new class of claimants made up of only claimants whose claims are founded upon allegations of race discrimination by the Debtor Winn-Dixie Stores, Inc..

2. The Debtor's recent Omnibus Response (at ¶9) (D.E. 11280) incorrectly states that Mr. Go "does not specify the class into which he believes his claim belongs."

3. Mr. Go has maintained that due to the specific nature of race discrimination claims and the legislative purposes underlying the discrimination legislation upon which they are based, his claim is unique and should be classified in a new class of creditors consisting of only claims founded upon allegations of race discrimination by the Debtor Winn-Dixie Stores, Inc..

WHEREFORE, Mr. Go requests the Court enter a Determination that Race and National Origin Discrimination Claims be classified separately from "Other Unsecured Claims" into a separate class of discrimination creditors and that said claims be afforded such priority as is consistent with the federal and state legislative purposes underlying the discrimination statutes upon which such claims are founded.

    Respectfully submitted,

    ANTHONY F. SANCHEZ, P.A.
    Attorneys for Wah Hong Go
    Alfred I. DUPont Building
    169 E. Flagler Street, Suite 1500
    Miami, Florida 33131
    Tel:  (305) 577-9903
    Fax:  (305) 577-6121
    Email:  afspalaw@aol.com

By:   /s/ Anthony F. Sanchez
    ANTHONY F. SANCHEZ
    Florida Bar No. 0789925

Certificate of Service

I hereby certify that service of the foregoing was made on as of September 25, 2006 via ECF Noticing and email upon the parties listed bellow: the debtor, Winn-Dixie Stores, Inc., at 5050 Edgewood Court, Jacksonville, Florida 32254-3699, (f) 904-783-5059, (e) larryappel@winn-dixie.com; debtor's attorneys, Rosalie Walker Gray, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, (f)917-777-3214, (e) rgray@skadden.com; and Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201, (f)904-359-7708, (e) cjackson@smithhulsey.com; Matthew Barr, Esq., Milbank, Tweed, et al., 1 Chase Manhattan Plaza, New York, New York 10005, (f)212-822-

5194, (e) mbarr@milbank.com.: the debtor, Winn-Dixie Stores, Inc., at 5050 Edgewood Court, Jacksonville, Florida 32254-3699; John B. MacDonald, Esq., Akerman Senterfitt, 50 N. Laura Street, Suite 2500, Jacksonville, FL 32302, (f) 904-789-3730, (e) john.macdonald@akerman.com, and; Elena L. Escamilla Esq., U.S. Trustee, 135 W. Central Boulevard, Room 620, Orlando, FL 32801, (f) 407-648-6323, (e) Elena.L.Escamilla@usdoj.gov..

        By: __/s/ Anthony F. Sanchez__
           ANTHONY F. SANCHEZ
           Florida Bar No. 0789925