# EXHIBIT A

## ORIX AND KEYCORP TRUSTS

1. Bear Stearns Commercial Mortgage Securities Inc. Commercial Mortgage Pass-Through Certificates, Series 1998-C1;
2. Deutsche Mortgage & Asset Receiving Corporation Commercial Mortgage Pass-Through Certificates, Series 2000-C1;
3. Credit Suisse First Boston Mortgage Securities Corp. Commercial Mortgage Pass-Through Certificates, Series 1998-C1;
4. DLJ Commercial Mortgage Corp. Commercial Mortgage Pass-Through Certificates, Series 1997-CF2;
5. DLJ Commercial Mortgage Corp. Commercial Mortgage Pass-Through Certificates, Series 1998-CF2;
6. Deutsche Mortgage & Asset Receiving Corporation Commercial Mortgage Pass-Through Certificates, Series 1998-C1;
7. First Union – Lehman Brothers – Bank of America Commercial Mortgage Pass-Through Certificates, Series 1998-C2;
8. LB-UBS Commercial Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2000-C4;
9. Mortgage Capital Funding Inc. Multifamily/Commercial Mortgage Pass-Through Certificates, Series 1997-MC1;
10. Mortgage Capital Funding Inc. Multifamily/Commercial Mortgage Pass-Through Certificates, Series 1998-MC2;
11. Morgan Stanley Dean Witter Capital I Inc. Commercial Mortgage Pass-Through Certificates, Series 2002-IQ2;
12. NationsLink Funding Corporation Commercial Mortgage Pass-Through Certificates, Series 1999-1; and
13. NationsLink Funding Corporation Commercial Mortgage Pass-Through Certificates, Series 1999-2.

BA3/339085