IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Chapter 11** |
| **WINN DIXIE STORES, INC., et al.,** | ) | |
| | ) | |
| Debtors. | ) | Case No.: 05-03817-3F1 |

**JOINDER TO JOINT OBJECTION OF E&A FINANCING II, L.P.;
E&A SOUTHEAST, L.P.; E&A ACQUISITION TWO, L.P.;
SHIELDS PLAZA, INC.; WOODBERRY PLAZA (E&A), LLC;
VILLA RICA RETAIL PROPERTIES, LLC; WEST RIDGE, LLC;
BANK OF AMERICA, AS TRUSTEE OF BETTY HOLLAND, AND
F.R.O. LLC VII TO THE DEBTORS' PLAN OF REORGANIZATION**

Knightsdale Crossing, LLC, specifically on behalf of the shopping center known as Knightsdale Crossing ("Landlord"), hereby files this Joinder To Joint Objection Of E&A Financing II, L.P.; E&A Southeast, L.P.; E&A Acquisition Two, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank Of America, As Trustee Of Betty Holland, And F.R.O. LLC VII To The Debtors' Plan Of Reorganization (the "Joinder"), and respectfully represents as follows:

### I.   BACKGROUND FACTS

1.   Winn-Dixie Stores, Inc. and certain affiliated parties (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code on February 21, 2005. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2.   Landlord is the owner or managing agent of the following shopping center wherein Debtor Winn-Dixie Raleigh, Inc. (the "Debtor-Tenant") was a tenant pursuant to an unexpired lease of nonresidential real property (the "Lease").

| Knightsdale Crossing, LLC | |
|---|---|
| Knightsdale Crossing | Knightsdale, NC |

3. The Lease is a "lease of real property in a shopping center" as that term is used in 11 U.S.C. § 365(b)(3). See In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086-1087 (3rd Cir. 1990).

4. The Lease was rejected on September 24, 2005, and the Lease was subject to a guaranty by Winn-Dixie Stores, Inc. (the "Debtor-Guarantor"). Landlord timely filed claims against the Debtor-Tenant and Debtor-Guarantor.

## II.  JOINDER

5. Landlord hereby files this Joinder To Joint Objection Of E&A Financing II, L.P.; E&A Southeast, L.P.; E&A Acquisition Two, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank Of America, As Trustee Of Betty Holland, And F.R.O. LLC VII To The Debtors' Plan Of Reorganization and submits that the Plan improperly seeks substantive consolidation to deprive Landlord of the entirety of its bargained-for rights under the Lease. The relief the Debtors seek, to relieve the Debtor-Guarantor of its guaranty obligations on guaranty claims on rejected Leases through substantive consolidation, is inequitable and inappropriate.

6. In addition to the foregoing, and to the extent not inconsistent therewith, Landlord also joins in the objection(s) of other real property lessors.

WHEREFORE, Landlord requests that this Court deny Debtors' request to relieve any of the outstanding obligations owing by the Debtor-Guarantor with respect to rejected Leases

through substantive consolidation. Landlord also requests that the Court provide such other and further relief as the Court deems just and proper.

Dated: September 25, 2006

          HELD & ISRAEL

          By: _____
          Kimberly Held Israel, Esquire
          Florida Bar #47287
          Adam N. Frisch, Esquire
          Florida Bar #635308
          afrisch@hilawfirm.com
          1301 Riverplace Blvd., Suite 1916
          Jacksonville, Florida 32207
          (904) 398-7038 Telephone
          (904) 398-4283 Facsimile

          and

          **KATTEN MUCHIN ROSENMAN LLP**
          Attorneys for Knightsdale Crossing, LLC
          Thomas J. Leanse (TL-8802)
          Dustin P. Branch (DB-3553)
          2029 Century Park East, Suite 2600
          Los Angeles, California 9006
          Phone: (310) 788-4400
          FAX: (310) 788-4471