**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In Re: | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. | Jointly Administered |
| _____ / | |

**RESPONSE OF DAIRY FARMERS OF AMERICA, INC. TO DEBTORS'
NINETEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS,
(B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION
CLAIMS, AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS**

Dairy Farmers of America, Inc. ("DFA"), responds to the Debtors' Nineteenth Objection filed in these proceedings on August 30, 2006, and in support thereof, states as follows:

1.  DFA filed its Proof of Claim in these proceedings bearing Claim No. 4299 in the amount of $152,953.36 (the "Claim"). On or about August 30, 2006 the Debtors filed the objection to the Claim.

2.  In the Debtors' Objection, the Debtors assert that the Debtors' records reflect an accounts payable credit in the amount of $108,516.34 and a receivable balance of $42,273.29. DFA believes these amounts are inaccurate according to DFA's books and records. DFA does not object to the amount stated in the Objection regarding the consumption waiver of $3,507.48 or the reclamation payments in the amount of $59,507.75, but the accounts payable credit and receivable amounts claimed by the Debtors to offset and reduce the Claim are inaccurate and should not be granted.

WHEREFORE, Dairy Farmers of America, Inc. responds that the Objection should not be allowed and is inaccurate to the extent of $150,789.63. DFA agrees that the Claim in the amount of $152,953.36 may be reduced by the consumption waiver ($3,507.48) and the reclamation payments ($59,507.75), leaving a reduced and allowed Proof of Claim No. 4299 in the amount of $89,938.13, and opposes the Objection in all other respects.

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing has been served on this 25th day of September, 2006 via facsimile upon the parties on the attached service list.

Respectfully submitted,

Genovese Joblove & Battista, P.A.
200 East Broward Boulevard, Suite 1110
Ft. Lauderdale, FL 33301
Telephone: (954) 453-8000
Facsimile: (954) 453-8010
Counsel for Dairy Farmers of America, Inc.

/s/ David N. Stern
David N. Stern
Florida Bar No. 040398

-3-

## **SERVICE LIST**

| | |
|---|---|
| D.J. Baker<br>Skadden Arps Slate, et al.<br>Four Times Square<br>New York, NY 10036<br>Fax No. **(**917**) 777-**2150<br>Fax No. (212) 735-2000 | James H. Post<br>Smith Hulsey<br>Suite 1800<br>225 Water Street<br>Jacksonville, FL 32202<br>Fax No. (904) 359-7708 |