IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| WINN DIXIE STORES, INC., et al., ) | |
| ) | |
| Debtors. ) | Case No.: 05-03817-3F1 |

**WINDSOR STATION LLC'S SUPPLEMENT TO RESPONSE TO DEBTORS' NINETEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS**

Windsor Station LLC ("Windsor"), by and through its undersigned counsel, files this Supplement to its Response to Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims ("Objection") and states:

1    On February 28, 2006, Windsor filed claim number 12953 asserting that Winn-Dixie Raleigh, Inc. owed $47,007.04 as an unsecured priority claim for certain amounts due under a lease agreement. Along with claim number 12953, Windsor also filed claim number 12952, asserting that Winn-Dixie Stores, Inc. as guarantor of the lease agreement, owed the same amount.

2.   On August 30, 2006, the Debtor filed an objection to claim number 12952 and claim number 12953. For the same reasons set forth in Windsor's Response (Docket No. 11301) to the Objection, which is incorporated herein by reference, Windsor asserts that claim number 12952, like claim number 12953, should be allowed as a post-petition priority administrative claim in the amount of $22,083.64.

WHEREFORE, Windsor Station LLC respectfully requests that the Court deny the Debtors' Objection, allow claim number 12952 as a post-petition priority administrative expense claim filed by Windsor in the amount of $22,083.64, direct the Debtor to make immediate payment of the same, and grant all other relief the Court deems appropriate.

Dated this 25 day of September, 2006.

HELD & ISRAEL

By: _____
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

POLSINELLI SHALTON WELTE SUELTHAUS PC

JAMES E. BIRD (#28833)
AMY E. HATCH (#53116)
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
(816) 753-1000
Fax No. (816) 753-1536