Hearing Date:  October 5, 2006, 1:00 p.m.
Objection Deadline: September 25, 2006, 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

**DEBTORS' AMENDED MOTION FOR RETROACTIVE
APPROVAL OF ASSIGNMENT AND TERMINATION
AGREEMENTS FOR NON-RESIDENTIAL REAL
PROPERTY LEASES AND SUBLEASES**

Winn-Dixie Stores, Inc. ("Winn-Dixie") and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"), file this amended motion for entry of an order under 11 U.S.C. § 363(b), retroactively approving twelve agreements which provide for the early termination or the assignment and assumption of non-residential real property leases and subleases (the "Motion").  In support of the Motion, the Debtors respectfully represent as follows:

**Background**

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie

United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2. The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners. The Debtors operate their businesses and manage their properties as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. On March 1, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors to serve in these cases pursuant to Sections 1102 and 1103 of the Bankruptcy Code. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005, was subsequently disbanded by notice dated January 11, 2006.

4. On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and affiliated Debtors (the "Disclosure Statement") together with a proposed Joint Plan of Reorganization (the "Plan"). The Disclosure Statement was approved by Order of the Court dated August 4, 2006. A hearing to consider confirmation of the Plan is scheduled for October 13, 2006.

---

Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

5. Prior to the Petition Date, Winn Dixie leased each of the stores identified on the attached Exhibit A (collectively, the "Leases") from the landlords described on Exhibit A (collectively, the "Landlords") and subleased the stores (collectively, the "Subleases") to the parties identified on Exhibit B (collectively, the "Subtenants").

6. During the pendency of these Chapter 11 cases, each of the Landlords and Subtenants have entered into agreements (collectively, the "Agreements") with the Debtors either terminating or assigning the Leases and Subleases. Where the Agreement includes an assignment of the Lease or Sublease, the assignee assumes all obligations of the Debtors. Attached as Exhibit C is a list of each of the Agreements. Pursuant to these Agreements, the Landlords and Subtenants have also waived any and all claims they may have against the Debtors.

7. This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

8. The statutory predicate for the relief requested in the Motion is Section 363 of the Bankruptcy Code.

### Relief Requested

9. By this Motion, the Debtors seek an order of the Court approving the Agreements retroactively to the date the respective Agreement was executed.

10. Winn-Dixie is authorized to enter into the Agreements under Section 363(b) of the Bankruptcy Code, which permits a debtor to "use, sell or lease" property of the estate after notice and hearing. Winn-Dixie's entry into the Agreements should be approved because it is supported by a sound business reason. *See In re Chateaugay Corp.*, 973 F.2d 141 (2nd Cir. 1992) (holding that a court determining a §363(b) application must find from the evidence before it a good business reason to grant the application).

11. By entering into the Agreements, Winn-Dixie will avoid any and all claims by the Landlords and Subtenants for any damages arising under the Leases and Subleases. Winn-Dixie has therefore determined that entering into the Agreements is in the best interest of its estate.

## Notice

12. Notice of the Motion has been provided to (a) counsel to the Office of the United States Trustee, (b) counsel for the Debtors' postpetition secured lenders, (c) counsel for the Creditors' Committee, (d) the other parties in interest named on the Master Service List maintained in these cases, and (e) the Landlords and Subtenants. No other or further notice need be given.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court enter an order (i) approving the Agreements retroactively; and (ii) granting such other and further relief as the Court deems just and proper.

Dated: September 25, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*           <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By    *s/ Cynthia C. Jackson*      <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00540263

# EXHIBIT A

**Winn-Dixie**
**Store No.** | **City** | **ST** | **Landlord**

| Store No. | City | ST | Landlord |
|---|---|---|---|
| 62 | Hilliard | FL | John C. Strougo |
| 692 | Palm Harbor | FL | Crystal Beach Plaza Investors, LLC |
| 893 | Washington | NC | Pearl Brittain, Inc. |
| 992 | South Boston | MA | WBFV, Inc. |
| 1487 | Hazlehurst | MS | 145 Associates, Ltd. |
| 1563 | Ferriday | LA | P.S. Franklin, Ltd. |
| 1564 | Oakdale | LA | W-D Oakdale, LLC |
| 1682 | Pikeville | KY | Chester Dix Pikeville Corp. |
| 1838 (Building) | Alpharetta | GA | JA-Rivermont, LLC and MDW-Rivermont, LLC |
| 1838 (Land) | Alpharetta | GA | Rivermont Square Associates, L.P. |
| 1987 | Austell | GA | Holbrook Heritage Hills, L.P. |
| 1991 | Duluth | GA | Marketplace Club, LLC |
| 2047 | Mebane | NC | BHBS, Inc. |

00543396.XLS

# **EXHIBIT B**

| Winn-Dixie Store No. | City | ST | Subtenant |
|---|---|---|---|
| 62 | Hilliard | FL | N/A |
| 692 | Palm Harbor | FL | Nielsen Media Research, Inc. |
| 893 | Washington | NC | McKinney's Foods of Wayne Co., Inc. |
| 992 | South Boston | MA | Food Lion, LLC |
| 1487 | Hazlehurst | MS | Piggly Wiggly Alabama Distributing Co., Inc. |
| 1563 | Ferriday | LA | N/A |
| 1564 | Oakdale | LA | Real Estate, Inc. |
| 1682 | Pikeville | KY | K-VA-T Food Stores, Inc. |
| 1838 (Building) | Alpharetta | GA | N/A |
| 1838 (Land) | Alpharetta | GA | N/A |
| 1987 | Austell | GA | All American Quality Foods, Inc. |
| 1991 | Duluth | GA | Goodwill Industries of North Georgia, Inc. |
| 2047 | Mebane | NC | Phillip and Karen Lawson and Michael and Tammy Page |

00543465.XLS

# EXHIBIT C

| Winn-Dixie Store No. | City | ST | Agreement | Effective Date |
|---|---|---|---|---|
| 62 | Hilliard | FL | Lease Termination Agreement | 11/30/2005 |
| 692 | Palm Harbor | FL | Assignment and Release of Lease Obligations Agreement | 8/31/2006 |
| 893 | Washington | NC | Lease Termination Agreement; Assignment of Assumption of Sublease | |
| 992 | South Boston | MA | Sublease Termination Agreement | 9/9/2005 |
| 1487 | Hazlehurst | MS | Assignment and Assumption of Lease; Sublease Termination Agreement and Notice of Assignment of Lease | 10/31/2005 |
| 1563 | Ferriday | LA | Lease Termination Agreement | 8/19/2005 |
| 1564 | Oakdale | LA | Assignment and Assumption of Lease and Assignment of Sublease | 10/31/2005 |
| 1682 | Pikeville | KY | Assignment and Assumption of Lease; Sublease Termination Agreement and Notice of Assignment of Lease | 12/31/2005 |
| 1838 (Building) | Alpharetta | GA | Land Lease Modification and Sublease Termination Agreement and Assignment and Assumption of Land Lease and Sub-Sublease | 6/1/2006 |
| 1838 (Land) | Alpharetta | GA | Land Lease Modification and Sublease Termination Agreement and Assignment and Assumption of Land Lease and Sub-Sublease | 6/1/2006 |
| 1987 | Austell | GA | Assignment and Assumption of Lease and Sublease Termination Agreement | 12/28/2005 |
| 1991 | Duluth | GA | Lease Termination Agreement and Sublease Termination Agreement | 12/31/2005 |
| 2047 | Mebane | NC | Sublease Termination Agreement | 8/10/2005 |

00543469.XLS