UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817-f1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*, | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**JOINDER TO JOINT OBJECTION OF E&A FINANCING, II, L.P.; E&A SOUTHEAST, LP; E&A ACQUISITION TWO, L.P.; SHIELDS PLAZA, INC.; WOODBERRY PLAZA (E&A), LLC; VILLA RICA RETAIL PROPERTIES, LLC; WEST RIDGE, LLC; BANK OF AMERICA, AS TRUSTEE OF BETTY HOLLAND, AND F.R.O. LLC VII TO THE DEBTORS' PLAN OF REORGANIZATION**

Daniel G. Kamin, DBT Porcupine WD1 DE Business Trust, Daniel G. Kamin Clarksville, WD MT Carmel, LLC and Daniel G. Kamin Zachary Enterprises (the "Kamin Entities") hereby join in and incorporate by reference, as though fully set forth herein, Joinder *to Joint Objection of E&A Financing, II, L.P.; E&A Southeast, LP; E&A Acquisition Two, L.P.; Shields Plaza, Inc.; Woodberry Plaza (E&A), LLC; Villa Rica Retail Properties, LLC; West Ridge, LLC; Bank of America, as Trustee of Betty Holland, and F.R.O. LLC VII to the Debtors' Plan of Reorganization* (the "Landlord Objection")*,* and in support states as follows:

1. The Kamin Entities were each parties to leases for nonresidential real property with one of the debtors. Each of these leases was guaranteed by Winn-Dixie Stores, Inc.

2. The Kamin Entities have each filed timely proofs of claim against the tenant debtors and Winn-Dixie Stores, Inc.

3. The Kamin Entities join in the Landlord Objection and object to the substantive consolidation provisions of the debtors' proposed plan of reorganization.

4.      In addition to the foregoing, and to the extent not inconsistent herewith, the Kamin Entities also join in the objections of all other landlords.

WHEREFORE, the Kamin Entities respectfully requests that the Court (a) deny confirmation of the proposed plan to the extent it deprives the Kamin Entities of their guarantee claims through substantive consolidation and (b) grant the Kamin Entities such other and further relief that the Court may deem just and appropriate.

Respectfully submitted,

DANIEL G. KAMIN, DBT PORCUPINE WD1 DE
BUSINESS TRUST, DANIEL G. KAMIN
CLARKSVILLE, WD MT CARMEL, LLC AND
DANIEL G. KAMIN ZACHARY ENTERPRISES

By: /s/  Sara E. Lorber
        One of Its Attorneys

Sara E. Lorber
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois  60603
Tel. (312) 346-8000
Fax: (312) 269-8869
slorber@seyfarth.com

## <u>CERTIFICATE OF SERVICE</u>

I, Sara E. Lorber, an attorney, do hereby certify that on September 25, 2006, I electronically filed a true and correct copy of the foregoing document, and caused the same to be served (1) via electronic mail to those parties entitled to service through the ECF registration, and (2) via facsimile transmission on counsel for the Debtors at the following address:

> D.J. Baker Esq.
> Skadden, Arps, slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> (212) 735-2000 (facsimile)

/s/ Sara E. Lorber

CH1 11116748.1