UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
                    Debtors.                   )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Amended Agreed Order of Resolution of the Litigation

Claim of Glenn Brown  (Claim Nos. 5192 and 5980) [Docket No. 10577] was furnished

by mail on September 26, 2006 to Glenn Brown, 3417 Lakewood Road, Sebring, Florida

33875.

Dated:  September 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                  By       *s/ James H. Post*
      D. J. Baker                              Stephen D. Busey
      Sally McDonald Henry                     James H. Post (FBN 175460)
      Rosalie Gray                             Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC