UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,         )          Case No. 05-03817-3F1
                                                         )          Chapter 11
                        Debtors.                 )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

        I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Damieon Fair, Jr. (Claim No. 11793) [Docket No. 11172] was furnished by mail on

September 25, 2006 to Damieon Fair, Jr. c/o Lisa R. Reeves, Esq., 1973 East Highway

34, Newman, Georgia 30265.

Dated:  September 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_____          By    ___s/ James H. Post_____
        D. J. Baker                          Stephen D. Busey
        Sally McDonald Henry                 James H. Post (FBN 175460)
        Rosalie Gray                         Cynthia C. Jackson

Four Times Square                    225 Water Street, Suite 1800
New York, New York 10036             Jacksonville, Florida  32202
(212) 735-3000                       (904) 359-7700
(917) 777-2150 (facsimile)           (904) 359-7708 (facsimile)
djbaker@skadden.com                  jpost@smithhulsey.com

Co-Counsel for Debtors               Co-Counsel for Debtors
00520151.DOC