**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**GREENVILLE GROCERY, LLC'S RESPONSE OBJECTING TO
DEBTOR'S TWENTIETH OMNIBUS OBJECTION TO (A) DUPLICATE
DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS**

Greenville Grocery, LLC ("Greenville"), by and through undersigned counsel, files this Response Objecting to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims, and in support thereof state as follows:

1. Pursuant to a lease dated August 1, 1994 (the "Lease"), Greenville (as successor to Roe Road Properties, L.L.C.) leased to Winn-Dixie Raleigh, Inc. (successor to Winn-Dixie Charlotte, Inc.), premises located in Travelers Rest, South Carolina.

2. Winn-Dixie Stores, Inc., executed a Corporate Guaranty of Lease Obligations under the Lease (the "Guaranty").

3. Greenville timely filed proofs of claim in the bankruptcy cases of both Winn-Dixie Raleigh, Inc. and Winn-Dixie Stores, Inc. (collectively, the "Debtors").

4. On or about September 5, 2006, the Debtors filed the Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims (the

"Objection"), seeking the disallowance of Greenville's Proof of Claim #7269 (the "Claim"), filed against Winn-Dixie Stores, Inc., on the grounds that upon confirmation of the plan the Debtors' estates will be consolidated.

5. Greenville opposes the Objection because it fails to state a basis on which to disallow the Claim. Greenville holds a fully enforceable lease rejection claim against Winn-Dixie Raleigh, Inc. and a fully enforceable guaranty claim against Winn-Dixie Stores, Inc. which constitute separate and independent claims. Although substantive consolidation, if granted, may affect distribution, it does not constitute a basis to disallow a claim.

WHEREFORE, Greenville Grocery, LLC, respectfully submit this Response Objecting to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor

Claims and (B) Duplicate Liability Claims and deny Debtor's request to disallow Claim #7269.

>Jeffrey L. Tarkenton, Esq.
>Kenneth M. Misken, Esq.
>**WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC**
>1401 Eye Street, N.W., Suite 700
>Washington, DC  20005
>(202) 467-6900
>(202) 467-6910 (Facsimile)
>jtarkenton@wcsr.com
>kmisken@wcsr.com
>
>- and -
>
>**STUTSMAN THAMES & MARKEY, P.A.**
>
>
>           */s/ Richard R. Thames*
>By_____
>           Richard R. Thames
>
>Florida Bar Number 0718459
>50 North Laura Street, Suite 1600
>Jacksonville, Florida  32202
>(904) 358-4000
>(904) 358-4001 (Facsimile)
>rthames@stmlaw.net
>
>Attorneys for Greenville Grocery, LLC

## Certificate of Service

I hereby certify on September 26, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

/s/ *Richard R. Thames*

---
Attorney

60854