## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA

**F I L E D**
JACKSONVILLE, FLORIDA

**SEP 2 5 2006**

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                                    )
                                                          )    Chapter 11
WINN-DIXIE STORES, INC                                    )    Case No. 05-3817
                                                          )
                        Debtor.                           )    Schedule No.


### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:    Transferor:    IOS, LLC
                      1660 W. Bloomfield Road, Suite A
                      Blgtn, Indiana 47403
                      Attention: Trish Bridges

**Your total general unsecured claim against the Debtor in the amount of $73,182.87 has been transferred to:**

Transferee:    SPCP GROUP, L.L.C.
              2 Greenwich Plaza
              Greenwich, CT  06830
              Attention: Brian Jarmain

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Middle District of Florida
  Tampa Courthouse
  801 N. Florida Avenue
  Tampa, Florida 33602

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____  Transferee _____  Debtor's Attorney _____

_____
Deputy Clerk

EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

### TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, IOS, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims listed on Debtor's Schedule F in the aggregate amount of $73,182.87 (the "Assigned Claim"), against Winn-Dixie Stores, Inc, ("Debtor"), the debtor-in-possession in Case No. 05-03817 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, particularly Proof of Claim No. 810 in the amount of $110,071.84.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on April 19 __, 2006.

IOS, LLC

By: _Wenona Freeman_____
Name: Wenona Freeman
Title: Corporate Controller

8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  WINN-DIXIE STORES, INC.

Case No.:   05-11063 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:   ACCOUNTS PAYABLE** | | | | | | |
| INTERSTATE BRANDS CORP<br>PO BOX 100435<br>ATLANTA, GA  30384-0435<br>Creditor: 252291 - 12<br>Vendor: 0000090299 | 02/21/2005 | | | | | $15,320.09 |
| INTERSTATE BRANDS CORP<br>PO BOX 2497<br>FLORENCE, SC  29503-2497<br>Creditor: 252293 - 12<br>Vendor: 0000794838 | 02/21/2005 | | | | | $5,725.66 |
| INTERSTATE BRANDS CORPORATION<br>PO BOX 30000<br>ORLANDO, FL  32891-9998<br>Creditor: 252297 - 12<br>Vendor: 0000090876 | 02/21/2005 | | | | | $227,462.43 |
| INTERSTATE BRANDS/MERITA<br>PO BOX 28489<br>JACKSONVILLE, FL  32226-8489<br>Creditor: 252301 - 12<br>Vendor: 0D11200104 | 02/21/2005 | | | | | $49,076.69 |
| INTERSTATE PROMOTIONS INC<br>5315 VOGES ROAD<br>MADISON, WI  53718<br>Creditor: 252307 - 12<br>Vendor: 0000824200 | 02/21/2005 | | | | | $102,647.42 |
| IOS LLC<br>ATTN DATA SERVICES DIVISION<br>SUITE A<br>1600  BLOOMFIELD ROAD<br>BLOOMINGTON, IN  47403<br>Creditor: 252325 - 12<br>Vendor: 0000826594 | 02/21/2005 | | | | | $73,182.87 |
| IRACAR FOOD DISTRIBUTORS<br>REP CARLOS JURE<br>2134 NW 24TH AVE<br>MIAMI, FL  33142<br>Creditor: 252339 - 12<br>Vendor: 0000092250 | 02/21/2005 | | | | | $7,441.48 |
| IRON MOUNTAIN OFF SITE DATA PROTECTION<br>PO BOX 27129<br>NEW YORK, NY  10087-7129<br>Creditor: 384178 - 47<br>Vendor: 0000791495 | 02/21/2005 | | | | | $2,666.47 |

PAGE TOTAL:          $483,523.11