UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,      )         Case No. 05-03817-3F1
                                                     Chapter 11
            Debtors.                     )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Stella Legakin  (Claim Nos. 6084 and 6133) [Docket No. 11181] was furnished by mail

on September 25, 2006 to Stella Legakin c/o Matthew M. Donaldson, Esq., Kennedy Law

Group, 5100 West Kennedy Blvd., Suite 100, Tampa, Florida 33609.

Dated:  September 26, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By      *s/ D. J. Baker*                    By       *s/  James H. Post*
        D. J. Baker                              Stephen D. Busey
        Sally McDonald Henry                     James H. Post (FBN 175460)
        Rosalie Gray                             Cynthia C. Jackson

Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Counsel for Debtors                   Co-Counsel for Debtors
00520151.DOC