IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

In re:  )
)  Chapter 11
WINN-DIXIE PROCUREMENT, INC.  )  Case No. 05-3817
)
Debtor.  )  Schedule No.

F I L E D
JACKSONVILLE, FLORIDA

SEP 2 5 2006

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:   Transferor:   Bouquet Collection
7980 Northwest 33rd Street
Miami, FL 3312
Attn: Javier Mesa

**Your total general unsecured claim against the Debtor in the amount of $342,427.81 has been transferred to:**

Transferee:   SPCP GROUP, L.L.C.
2 Greenwich Plaza
Greenwich, CT 06830
Attention: Brian Jarmain

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Middle District of Florida
  Tampa Courthouse
  801 N. Florida Avenue
  Tampa, Florida 33602

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee _____ Debtor's Attorney _____

_____
Deputy Clerk

EXHIBIT A TO<br>
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received the adequacy and sufficiency of which are hereby acknowledged, BOUQUET COLLECTION, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims listed on Debtor's Schedule F in the aggregate amount of $342,427.81 (the "Assigned Claim"), against Winn-Dixie Procurement, Inc, ("Debtor"), the debtor-in-possession in Case No. 05-03838 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 11, 2006.

BOUQUET COLLECTION, INC.

By: _____
Name: JAVIER MESA
Title: PRESIDENT

8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Page 21 of 173

In re: WINN-DIXIE PROCUREMENT, INC.

Case No.: 05-11082 (RDD)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule: ACCOUNTS PAYABLE** | | | | | | |
| BLENDCO INC<br>PO BOX 24023<br>DEPT 03-009<br>JACKSON, MS 39225-4023<br>Creditor: 243616 - 12<br>Vendor: 0000025970 | 02/21/2005 | | | | | $3,192.32 |
| BLISTEX INC<br>135 S LASALLE DEPT 5141<br>CHICAGO, IL 60674-5141<br>Creditor: 243619 - 12<br>Vendor: 0000020824 | 02/21/2005 | | | | | $23,115.14 |
| BLUE DIAMOND GROWERS<br>PO BOX 96269<br>CHICAGO, IL 60693<br>Creditor: 243646 - 12<br>Vendor: 0000026080 | 02/21/2005 | | | | | $13,423.54 |
| BLUE FRONT BARBECUE SAUCE<br>ATTN NORRIS NELSON, PRES<br>810 25TH STREET<br>WEST PALM BEACH, FL 33407<br>Creditor: 243647 - 12<br>Vendor: 0000020853 | 02/21/2005 | | | | | $1,157.05 |
| BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON, OH 43764<br>Creditor: 243650 - 12<br>Vendor: 0000817340 | 02/21/2005 | | | | | $10,510.57 |
| BOUDREAUXS FOOD<br>5401 TOLER STREET<br>HARAHAN, LA 70123-5222<br>Creditor: 243772 - 12<br>Vendor: 0000027425 | 02/21/2005 | | | | | $1,667.01 |
| → BOUQUET COLLECTION<br>7980 NORTHWEST 33RD STREET<br>MIAMI, FL 33122<br>Creditor: 278853 - 30<br>Vendor: 0000024170 | 02/21/2005 | | | | | $342,427.81 |
| BOWERS SHRIMP<br>24781 SH 35 S<br>PALACIOS, TX 77465-9230<br>Creditor: 243791 - 12<br>Vendor: 0000792516 | 02/21/2005 | | | | | $28,220.40 |

PAGE TOTAL: **$423,713.84**