## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., <u>et al.</u>,**

**Debtors.**[1]

Chapter 11

Case No. 05-03817-3F1

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about September 22, 2006 I caused copies of:

•    the **Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 21, 2006 and Establishing Deadline for Filing Rejection Damage Claims of September 29, 2006**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 26, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order Authorizing Rejection of Executory Contracts and
Unexpired Leases Effective as of September 21, 2006 and
Establishing Deadline for Filing Rejection Damage Claims
of September 29, 2006**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534515-EH<br>A & B COMMUNICATION<br>2440 NORTH HILLS STREET<br>MERIDIAN MS 39305-2634 | CREDITOR ID: 534516-EH<br>A & W LAWN CARE<br>PO BOX 386<br>AUTAUGAVILLE AL 36003 | CREDITOR ID: 534517-EH<br>A J INSPECTIONS<br>6452B CEDAR BENT CT<br>MOBILE AL 36608 |
| CREDITOR ID: 534518-EH<br>A&W PRESSURE WASHERING<br>135 O'NEAL LANE<br>BRANCH LA 70516 | CREDITOR ID: 534519-EH<br>A-1 YARDS<br>3155 LAUREL STREET<br>LECANTO FL 34461 | CREDITOR ID: 534451-EG<br>AAA FIRE EQUIPMENT<br>480 N.E. 159TH ST,<br>NORTH MIAMI FL 33162 |
| CREDITOR ID: 534520-EH<br>AAA SEPTIC TANK SERVICE  INC<br>12275 CORE LANE<br>BAKER LA 70714 | CREDITOR ID: 534452-EG<br>ADVANTAGE FIRE SPRINKLER<br>2300 EAST ALCOVY ROAD<br>DACULA GA 30019 | CREDITOR ID: 534453-EG<br>AIR PRODUCTS & CHEMICALS INC<br>7201 HAMILTON BLVD<br>ALLENTOWN PA 70062 |
| CREDITOR ID: 534521-EH<br>AIR TOUCH<br>ONE CALIFORNIA STREET<br>SAN FRANCISCO CA 94111 | CREDITOR ID: 395242-EH<br>AJ INSPECTIONS<br>PO BOX 2452<br>W LAFAYETTE IN 47996-2452 | CREDITOR ID: 534522-EH<br>ALABAMA ENVIRONMENTAL SERV.<br>PO BOX 204<br>HOLT FL 32564-0204 |
| CREDITOR ID: 534523-EH<br>ALFRED DUPLANTIS<br>5064 BAYOUSIDE DR.<br>CHAUVIN LA 70344 | CREDITOR ID: 399731-15<br>ALLTEL<br>C/O ALLTEL CORPORATION<br>BANKRUPTCY DEPT 1269B5F03-B<br>ATTN PATTY STAFFORD<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202-9918 | CREDITOR ID: 534454-EG<br>ALLTEL<br>PO BOX 96019<br>CHARLOTTE NC 28296-0019 |
| CREDITOR ID: 534525-EH<br>AMERICAN WASTE SOLUTIONS<br>PO BOX 6180<br>MOBILE AL 36660 | CREDITOR ID: 534524-EH<br>AMERICA'S CALL CENTER<br>7901 BAYMEADOWS WAY STE 14<br>JACKSONVILLE FL 32256 | CREDITOR ID: 534526-EH<br>AMTECK LIGHTING SERVICES<br>2300 TIFTON STREET<br>KENNER LA 70062 |
| CREDITOR ID: 534455-EG<br>ANTHONY'S LANDSCAPING<br>6430 JEFFERSON HIGHWAY<br>HARAHAN LA 70123 | CREDITOR ID: 534527-EH<br>APWS<br>PO BOX 1703<br>GRETNA LA 70054 | CREDITOR ID: 534528-EH<br>ARCH PAGING<br>ATTN DIVISION 26<br>CINNCINNATI OH 45274-0085 |
| CREDITOR ID: 534529-EH<br>ARCH WIRELESS<br>PO BOX 660770<br>DALLAS TX 75266-0770 | CREDITOR ID: 534456-EG<br>ARCH WIRELESS<br>350 AUTOMATION WAY<br>BIRMINGHAM AL 35210 | CREDITOR ID: 534530-EH<br>ASAP AUTOMATIC SPRINKLERS<br>298 21ST TERRACE SOUTHEAST<br>CLEARWATER FL 33755 |
| CREDITOR ID: 534531-EH<br>ASG<br>135 S LASALLE ST  DEPT 4304<br>CHICAGO IL 60674-4304 | CREDITOR ID: 534457-EG<br>AT&T SYSTEMS WEST<br>3220 WINONA AVE<br>BURBANK CA 91504 | CREDITOR ID: 534532-EH<br>ATLANTIC SWEEPING<br>2372 EAST ORANGEDALE AVE.<br>PALM HARBOR FL 34683 |

**SERVICE LIST**

Order Authorizing Rejection of Executory Contracts and
Unexpired Leases Effective as of September 21, 2006 and
Establishing Deadline for Filing Rejection Damage Claims
of September 29, 2006

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 534533-EH
ATTAWAY
3350 BURRIS RD SUITE B,
FT. LAUDERDALE FL 33314

CREDITOR ID: 534534-EH
AUTOMATIC DOOR SYSTEMS  INC
PO BOX 397
MANDEVILLE LA 70407-0397

CREDITOR ID: 534535-EH
BASS CUSTOM LANDSCAPE
PO BOX 445
BONAIRE GA 31005

CREDITOR ID: 534536-EH
BIG EASY SWEEPER
3313 VOLPE DRIVE
CHALMETTE LA 70044

CREDITOR ID: 534538-EH
BILLINGS PUMPING SERVICE
203 W. CANAL,
PALM HARBOR FL 34684

CREDITOR ID: 534537-EH
BILL'S MAINTENANCE
2700 SHAWNEE WAY
JACKSONVILLE FL 32259

CREDITOR ID: 534539-EH
BOBBY MEEKS ENVIRONMENTAL
1625 HOLMES DRIVE
BESSEMER AL 35023

CREDITOR ID: 534458-EG
BOCA INDUSTRIES, INC.
5076 NIFDA DRIVE
SMYRNA GA 30080

CREDITOR ID: 534540-EH
BOYD'S LAWN SERVICE
PO BOX 843
MCCOMB MS 39649

CREDITOR ID: 534541-EH
BRENDLE FIRE PROTECTION
N. DECATUR STREET
MONTGOMERY AL 36109

CREDITOR ID: 534542-EH
BRENDLE SPRINKLER
3635 MERCHAND ST.
MONTGOMERY AL 36109

CREDITOR ID: 243920-EH
BRENDLE SPRINKLER CO, INC
ATTN F C BRENDLE, JR, PRESIDENT
PO BOX 210609
MONTGOMERY, AL 36121-0609

CREDITOR ID: 534543-EH
BRIDGES LAWN MAINTENANCE
124 WHITE LANE
GRAY GA 31032

CREDITOR ID: 534544-EH
C&C PRESSURE WASHING
125 BAYOU PAQUET STREET
SLIDELL LA 70460

CREDITOR ID: 534459-EG
CAROLINA BY-PRODUCTS
PO BOX 643393
CINNCINNATI OH 45264

CREDITOR ID: 534545-EH
CHARLES HONEA
451 PRATE FARM ROAD
SENECA SC 29678

CREDITOR ID: 534546-EH
CHARLIE'S & GARY'S LAWN SERVICE&PARKING LOT MAINT
1541 INDEPENDENCE SQUARE
KANNAPOLIS NC 28081

CREDITOR ID: 534547-EH
CHARLIE'S PARKING LOT & LAWN SERVICE
1541 INDEPENDENCE SQUARE
KANNAPOLIS, NC 28021

CREDITOR ID: 534548-EH
CHEM-TURF, INC.
PO BOX 1571
DOTHAN AL 36302

CREDITOR ID: 534549-EH
CINGULAR WIRELESS
PO BOX 30523
TAMPA FL 33630-3523

CREDITOR ID: 399620-EH
CINGULAR WIRELESS
PO BOX 740933
DALLAS TX 75374

CREDITOR ID: 534625-EH
CINGULAR WIRELESS
PO BOX 309
PORTLAND OR 97207-0309

CREDITOR ID: 534550-EH
CITY FIRE EQUIPMENT
5708 SW 25 ST
HOLLYWOOD FL 33083

CREDITOR ID: 534626-EH
CITY FIRE EQUIPMENT
PO BOX 3673
HOLLYWOOD FL 33083

CREDITOR ID: 534551-EH
CJ SALES
132 NE 17TH PLACE,
OCALA FL 34470

CREDITOR ID: 534460-EG
CLEAN KING
2880 HARPER VALLEY DRIVE
COLLEGE PARK GA 30349

CREDITOR ID: 534552-EH
CLEAN KING
2880 HARPER VALLEY DRIVE
COLLEGE PARK GA 30349

SERVICE LIST

**Order Authorizing Rejection of Executory Contracts and
Unexpired Leases Effective as of September 21, 2006 and
Establishing Deadline for Filing Rejection Damage Claims
of September 29, 2006**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                        **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534553-EH<br>CLEAN SWEEP<br>2412 HAMIL ROAD<br>HIXSON TN 37343 | CREDITOR ID: 534461-EG<br>CLEAN SWEEP<br>2412 HAMIL ROAD<br>HIXSON TN 37343 | CREDITOR ID: 534554-EH<br>COAST TO COAST SWEEPING<br>2654 KINGDOM AVENUE<br>MELBOURNE FL 32934 |
| CREDITOR ID: 534555-EH<br>COBY MILLER LAWN<br>6041 WEST PARK<br>HAUMA LA 70364 | CREDITOR ID: 534556-EH<br>COMMERCIAL HOOD & TRAP<br>1641 SOUTH OCEAN DR,<br>FT. LAUDERDALE FL 33316 | CREDITOR ID: 534557-EH<br>COMMERCIAL INDUSTRIAL SERVICES<br>1940 N.W. 22ND<br>ST. POMPANO BEACH FL 33069 |
| CREDITOR ID: 534558-EH<br>COMMERCIL POWER SWEEPING<br>PO BOX 6005<br>SUFFOLK VA 23433 | CREDITOR ID: 534462-EG<br>CRYSTAL CLEAN<br>125 E. FORD STREET, SUITE B<br>RIDGELAND MS 39157 | CREDITOR ID: 534559-EH<br>CUMMING SWEEPER<br>11239 GENERAL OTT<br>HAMMOND LA 70403 |
| CREDITOR ID: 247338-EG<br>CUMMINS SOUTH INC<br>ATTN JEANINE GILES, CR MGR<br>PO BOX 116595<br>ATLANTA, GA 30368-6595 | CREDITOR ID: 534624-EG<br>CUMMINS SOUTH INC.<br>PO BOX 11737<br>TAMPA FL 33680 | CREDITOR ID: 534463-EG<br>CUMMINS SOUTH INC.<br>5125 HIGHWAY 85<br>ATLANTA GA 30349 |
| CREDITOR ID: 534560-EH<br>CURTIS ENVIRONMENTAL SERVICES<br>185 BELLE TERRE BLVD SUITE D<br>LAPLACE LA 70068 | CREDITOR ID: 534464-EG<br>DANFOSS<br>10946 GOLDEN W DR. SUITE 130<br>HUNT VALLEY MD 21031 | CREDITOR ID: 534465-EG<br>DANFOSS INC.<br>7941 CORPORATE DRIVE<br>BALTIMORE MD 21236 |
| CREDITOR ID: 534561-EH<br>DAVE' LAWN CARE ( A & W LAWN CARE)<br>PO BOX 386<br>AUTAUGAVILLE AL 36003 | CREDITOR ID: 534562-EH<br>DAVE'S LAWN CARE<br>3904 LANDLINE ROAD<br>SELMA AL 36701 | CREDITOR ID: 534563-EH<br>DIXIE SALES & SERVICE ( D.S.& S.)<br>1930 BLACKROCK RD<br>LUVERNE AL 36049 |
| CREDITOR ID: 534466-EG<br>ENVIRONMENTAL MANAGEMENT<br>1940 NORTHWEST 22ND STREET<br>POMPANO BEACH FL 33069 | CREDITOR ID: 534467-EG<br>EVERHART, ROBIN<br>603 MARIETTA AVENUE<br>TERRACE PARK OH 45174-1127 | CREDITOR ID: 534564-EH<br>FIRE FIGHTER<br>PO BOX 888<br>LAND O'LAKES FL 34636 |
| CREDITOR ID: 534565-EH<br>FIRST SERVICES PLUMBING<br>4648 OLD WINTER GARDEN RD.<br>ORLANDO FL 32825 | CREDITOR ID: 534567-EH<br>FRACTAL ASTECH<br>7015 S.W. MCEWAN RD.,<br>LAKE OSWEGO OR 97035 | CREDITOR ID: 534566-EH<br>FRACTAL ASTECH<br>3771 SWAN RIDGE CIRCLE N<br>MEMPHIS TN 38122 |
| CREDITOR ID: 534468-EG<br>GATES UP<br>35400 BASELINE LANE<br>DADE CITY FL 33525 | CREDITOR ID: 534568-EH<br>GATOR MAINTENANCE & SWEEPING<br>14342 NORMANDY BLVD.<br>JACKSONVILLE FL 32234 | CREDITOR ID: 534569-EH<br>GEORGE'S LAWN & TREE CARE<br>1760 JEFFERSON AVENUE<br>KINGSPORT TN 37664 |

**SERVICE LIST**

Order Authorizing Rejection of Executory Contracts and
Unexpired Leases Effective as of September 21, 2006 and
Establishing Deadline for Filing Rejection Damage Claims
of September 29, 2006

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534570-EH<br>GOLDEN TRIANGLE<br>34 SIR HENRY DRIVE<br>COLUMBIA MS 39705 | CREDITOR ID: 534571-EH<br>GRIFFEN ENTERPRISES<br>PO BOX 530401<br>ATLANTA GA 30302 | CREDITOR ID: 534572-EH<br>GRIFFIN INDUSTRIES<br>PO BOX 530401<br>ATLANTA GA 303530401 |
| CREDITOR ID: 534469-EG<br>GULF COAST<br>5801 RIVER OAKS ROAD SOUTH<br>NEW ORLEANS LA 70123 | CREDITOR ID: 534470-EG<br>GULF COAST OFFICE PRODUCTS<br>5801 RIVER OAKS ROAD SOUTH<br>NEW ORLEANS LA 70123 | CREDITOR ID: 534471-EG<br>HANLEY, DENNIS<br>28675 SETTLERS LANE<br>PEPPER PIKE OH 44124-4570 |
| CREDITOR ID: 534573-EH<br>HAROLD'S CLEAN SWEEP & LAWN SERVICE<br>315 FAT WALL ROAD<br>MARION NC 28752 | CREDITOR ID: 534472-EG<br>HAROLD'S LAWN CARE<br>315 FAT WALL ROAD<br>MARION NC 28752 | CREDITOR ID: 534574-EH<br>HEADLEY PLUMBING<br>5520 MAIN STREET<br>MILLBROOK AL 36054-1820 |
| CREDITOR ID: 534575-EH<br>HINTON ENTERPRISES<br>PO BOX 390423<br>DELTONA FL 32738 | CREDITOR ID: 534577-EH<br>HOT SHOT STEAM CLEANING<br>PO BOX 242<br>LAKE COMO FL 321570242 | CREDITOR ID: 534576-EH<br>HOT SHOT STEAM CLEANING<br>LAKE COMO<br>LAKE COMO FL 32157-0242 |
| CREDITOR ID: 534578-EH<br>INDUSTRIAL CLEANING SERVICES<br>1331 SO. DIXIE HWY. WEST SUITE 1A,<br>POMPANO BEACH FL 33069 | CREDITOR ID: 534579-EH<br>INTERSTATE BATTERY SYSTEM<br>4100 N. POWERLINE RD. #U-1,<br>POMPANO BEACH FL 33073 | CREDITOR ID: 534581-EH<br>J.T. LA MAINT SERVICE<br>PO BOX 1093<br>KENNER LA 70063-1093 |
| CREDITOR ID: 534580-EH<br>JJH SERVICES<br>2252 KILLINGTON DR<br>HARVEY LA 70058 | CREDITOR ID: 534627-EH<br>JJH SERVICES INC<br>PO BOX 471<br>HARVEY LA 70059-0471 | CREDITOR ID: 534473-EG<br>KASCO CORPORATION<br>1569 TOWER GROVE AVE.<br>ST. LOUIS MO 63110 |
| CREDITOR ID: 534582-EH<br>KASCO CORPORATON<br>PO BOX 96268<br>CHICAGO IL 60693-6268 | CREDITOR ID: 534583-EH<br>KLEEN AIR<br>4510 HELTON DR.<br>FLORENCE AL 35630-6237 | CREDITOR ID: 534584-EH<br>KLEEN-AIR RESEARCH<br>4502 HUNTSVILLE ROAD<br>FLORENCE AL 35630 |
| CREDITOR ID: 534474-EG<br>L. PUGH & ASSOCIATES<br>10108 N. PALAFOX HWY.<br>PENSACOLA FL 32505 | CREDITOR ID: 534585-EH<br>LANDSCAPE ARTS, INC.<br>PO BOX 22653<br>CHATTANOOGA TN 37422 | CREDITOR ID: 534586-EH<br>LANDSCAPE PLUS<br>PO BOX 445<br>OAKWOOD GA 30566 |
| CREDITOR ID: 534475-EG<br>LANDTRONICS, INC.<br>5970 OLD PINEVILLE ROAD<br>CHARLOTTE NC 28217 | CREDITOR ID: 534587-EH<br>LAWN MASTER<br>555 DYNAMIC DRIVE<br>GARNER NC 27529 | CREDITOR ID: 534476-EG<br>LESCO<br>PO BOX 1414<br>LAND O LAKES FL 34639 |

SERVICE LIST

**Order Authorizing Rejection of Executory Contracts and
Unexpired Leases Effective as of September 21, 2006 and
Establishing Deadline for Filing Rejection Damage Claims
of September 29, 2006**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 534588-EH
LOT-VAC SWEEPING SERVICE
3034 RAMSEUR CHURCH ROAD
SHELBY NC 28150

CREDITOR ID: 534589-EH
M/Z LAWN & LANDSCAPE
5103 CIRCLE DRIVE
SHELBY NC 28152

CREDITOR ID: 534477-EG
METROCALL WIRELESS
890 EAST HEINBERG STREET
PENSACOLA FL 32502

CREDITOR ID: 534590-EH
MIDDLE GA PARKING LOT SERVICE
303 PRINCESS COURT
DUBLIN GA 31021

CREDITOR ID: 534591-EH
MISSISSIPPI GENERATOR
PO BOX 7062
JACKSON MS 39282

CREDITOR ID: 534592-EH
MOBIL STEAM CLEAN
25404 WINDING WAY
PASS CHRISTIAN MS 39571

CREDITOR ID: 534628-EH
MR ROOTER PLUMBING
PO BOX 917
PINEY FLATS TN 37686

CREDITOR ID: 534593-EH
MR. ROOTER PLUMBING
PO BOX 2934
HUNTSVILLE AL 35804

CREDITOR ID: 534629-EH
NEXTEL
PO BOX 172408
DENVER CO 80217-2408

CREDITOR ID: 534596-EH
NEXTEL
PO BOX 4192
CAROL STREAM IL 60197

CREDITOR ID: 534595-EH
NEXTEL
PO BOX 4181
CAROL STREAM IL 60197-6220

CREDITOR ID: 534594-EH
NEXTEL
1300 N. FLORIDA MANGO RD. SUITE 18
WEST PALM BEACH FL 33409

CREDITOR ID: 534478-EG
NEXTEL PARTNERS
6880 BERMUDA ROAD SUITE 100
LAS VEGAS NV 89119

CREDITOR ID: 534479-EG
OMNI CART SERVICES, INC.
PO BOX 366
MENTOR OH 44061

CREDITOR ID: 534480-EG
OPELOUSAS SWEEPERS
PO BOX 803
OPELOUSAS LA 70571

CREDITOR ID: 534481-EG
PARTS WASHER SERVICE
PO BOX 720777
BYRAM MS 39272-0777

CREDITOR ID: 534597-EH
PATRIOT SERVICE
45215 SEMINOLE TRAIL
CALLAHAN FL 32011

CREDITOR ID: 534482-EG
PERFORMANCE OIL & EQUIPMENT
PO BOX 8945
JACKSON MS 39208

CREDITOR ID: 534483-EG
PERFORMANCE OIL EQ
920 E. MCDOWELL RD
JACKSON MS 39284

CREDITOR ID: 534484-EG
PETROLEUM EQUIPMENT CO., INC.
541 HIGHWAY 49 SOUTH
RICHLAND MS 39218-0417

CREDITOR ID: 534485-EG
PG MAINTENANCE,LLC
22317 SHARP CHAPEL RD.
BUSH LA 70431

CREDITOR ID: 534598-EH
PINNACLE SWEEPER
PO BOX 368
DUPLESSIS LA 70728

CREDITOR ID: 534599-EH
PITTSBURG TANK & TOWER INC.
P.O BOX 913
HENDERSON KY 42419

CREDITOR ID: 534600-EH
PROFESSIONAL SWEEPERS, INC.
4020 DERBY DRIVE
GAINESVILLE GA 30507

CREDITOR ID: 534486-EG
PROGRESSIVE
510 TRIBAL WOODS
COLLIERVILLE TN 38017

CREDITOR ID: 534487-EG
PROPERTY MANAGEMENT SERVICE, LLC
PO BOX 210861
MONTGOMERY AL 36121

CREDITOR ID: 534601-EH
PROPERTY MANAGEMENT SERVICE, LLC
PO BOX 210861
MONTGOMERY AL 36121

SERVICE LIST

**Order Authorizing Rejection of Executory Contracts and
Unexpired Leases Effective as of September 21, 2006 and
Establishing Deadline for Filing Rejection Damage Claims
of September 29, 2006**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 534488-EG
PRS
9105-A OWENS DRIVE, SUITE 201
MANASSAS PARK VA 20111

CREDITOR ID: 534489-EG
PURIFIED AIR SERVICES
280 OLD CLAY STREET
MARIETTA GA 30060

CREDITOR ID: 534490-EG
R & R ROOFING
PO BOX 49
FOXWORTH MS 39483

CREDITOR ID: 534602-EH
R & W CLEANING
123 OAK DRIVE
ELBERTON GA 30635

CREDITOR ID: 534491-EG
RAY'S SEWAGE SERVICE
DANVILLE LA 71328

CREDITOR ID: 534492-EG
RAYTEC CORPORATION
PO BOX 4280
PORTLAND OR 97208

CREDITOR ID: 534493-EG
RAYTECH-MISTING SYSTEM
RAYTEC CORPORATION
P O BOX 4280
PORTLAND OR 97208

CREDITOR ID: 534494-EG
RIVER PARISH DISPOSAL
PO BOX 10482
NEW ORLEANS LA 701810482

CREDITOR ID: 534496-EG
RX SOLUTIONS
PO BOX 491
SHARPSBURG GA 30277

CREDITOR ID: 534495-EG
RX SOLUTIONS
PMB 1318436 DENTON HWY., STE. 208
WATAUGA TX 76148-2459

CREDITOR ID: 534497-EG
SAFETY SYSTEMS OF BILOXI
PO DRAWER  6039
BILOXI MS 39532-6039

CREDITOR ID: 534498-EG
SANA DUCT
PO BOX 3863
MONTGOMERY AL 36109-3863

CREDITOR ID: 534603-EH
SERVICES UNLIMITED II
1416 PINEHURST STREET
GASTONIA NC 28052

CREDITOR ID: 534604-EH
SHIRLEY WININGHAM
520 CARDINAL RIDGE DRIVE
ROCKY MOUNT VA 24151

CREDITOR ID: 534605-EH
SOUTHCO
933 BROAD STREET
CAMDEN SC 29020

CREDITOR ID: 534606-EH
SOUTHEASTERN FIRE PROTECTION
PO BOX 1197
ALTAMONTE SPRINGS FL 32715

CREDITOR ID: 534607-EH
SOUTHEASTERN MAINTENANCE AND CONSTRUCTION
9451 HATCH PARKWAY NORTH
BAXLEY GA 31513

CREDITOR ID: 534608-EH
SOUTHEASTERN POWER SWEEPING
154 JOHNSON-BYRD ROAD
WARSAW NC 28398

CREDITOR ID: 534499-EG
SOUTHEASTERN PROTECTION SERVICES OF ATLANTA
PO BOX 64
WOODSTOCK GA 30188

CREDITOR ID: 534609-EH
SOUTHERN COMMUNICATIONS
201 E PINE ST.
FITZGERALD GA 33634

CREDITOR ID: 534611-EH
SOUTHERN LAWN SERVICE
PO BOX 1894
LIVINGSTON AL 35470

CREDITOR ID: 534610-EH
SOUTHERN LAWN SERVICE
2548 AL HWY 28 W
PO BOX 1894
LIVINGSTON AL 35470

CREDITOR ID: 534612-EH
SOUTHERN LINC
808 GLOUCESTER ST.
BRUNSWICK GA 31513

CREDITOR ID: 534613-EH
SUNGOLD SEPTIC
PO BOX 924113
PRINCETON FL 33092

CREDITOR ID: 534614-EH
T & K LAWN SERVICES
PO BOX 109
LITHIA SPRINGS GA 30122

CREDITOR ID: 534500-EG
TAS COMMUNICATIONS SERVICES
1720 HILLSBOROUGH STREET, STE. 100
RALEGH NC 27605

CREDITOR ID: 534615-EH
THE LAWN AUTHORITY LAWNCARE & LANDSCAPING
PO BOX 1025
JACKSON SC 29831

## SERVICE LIST

### Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of September 21, 2006 and Establishing Deadline for Filing Rejection Damage Claims of September 29, 2006

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534616-EH<br>THE WRIGHT GROUP LLC<br>5925 TRIANGLE DRIVE<br>RALEIGH NC 27617 | CREDITOR ID: 534501-EG<br>THYSSENKRUPP ELEVATOR<br>7481 NW 66TH STREET<br>MIAMI FL 33166 | CREDITOR ID: 534617-EH<br>TOTAL PARKING LOT MAINTENANCE<br>PO BOX 183<br>ALTURAS FL 33820 |
| CREDITOR ID: 534618-EH<br>TRI DIM FILTER CORP.<br>1305 SE DIXIE HWY. SUITE F<br>STUART FL 34994 | CREDITOR ID: 534502-EG<br>TRI-STATE<br>C/O QUINE & ASSOCIATES<br>PO BOX 833009<br>BYRAM MS 39272 | CREDITOR ID: 534503-EG<br>UNIFIRST CORP.<br>PO BOX 101<br>FORT MYERS FL 33902 |
| CREDITOR ID: 263746-EG<br>UNIFIRST CORPORATION<br>ATTN ROSE MOLINE<br>500 SW 13TH TERRACE<br>POMPANO BEACH, FL 33069 | CREDITOR ID: 534504-EG<br>UPSTATE HOOD CLEANING AND FIRE SYSTEM INSPECTION<br>327 EASTWAY STREET<br>HONEA PATH SC 29654 | CREDITOR ID: 534619-EH<br>VALENCIA LAWN<br>3130 ADRIENNE DRIVE<br>JACKSON MS 39212 |
| CREDITOR ID: 534505-EG<br>VENTURECOM<br>53 RABBIT ROAD<br>TRAVELERS REST SC 29690 | CREDITOR ID: 534506-EG<br>VERIZON WIRELESS<br>PO BOX 105378<br>ATLANTA GA 30348 | CREDITOR ID: 534620-EH<br>VERIZON WIRELESS<br>6420 CONGRESS AV. SUITE 1800<br>BOCA RATON FL 33487 |
| CREDITOR ID: 534621-EH<br>VIGIL INC<br>PO BOX 273787<br>TAMPA FL 33688 | CREDITOR ID: 534510-EH<br>VOLUSIA FIRE<br>123 W. INDIANA AVE<br>DELAND FL 32721-0729 | CREDITOR ID: 534511-EH<br>WES POWER SWEEP<br>740 SOUTH COTTON STREET<br>ANDALUSIA AL 36420 |
| CREDITOR ID: 534507-EG<br>WESTERN UNION FINANCIAL SERVICES, INC.<br>C/O INTEGRATED PAYMENT SERVICES INC.<br>ATTN: TIM SCHROEDER<br>6200 SOUTH QUEBEC STREET<br>ENGLEWOOD CO 80111 | CREDITOR ID: 534509-EG<br>WESTERN UNION FINANCIAL SERVICES, INC.<br>ONE MACK CENTRE DRIVE<br>PARAMUS NJ 07652 | CREDITOR ID: 534508-EG<br>WESTERN UNION FINANCIAL SERVICES, INC.<br>C/O INTEGRATED PAYMENT SERVICES INC.<br>ATTN: WADE NELSON<br>6200 SOUTH QUEBEC STREET<br>ENGLEWOOD CO 80111 |
| CREDITOR ID: 534512-EH<br>WH REYNOLDS<br>4824 N. RENELLIE DR.<br>TAMPA FL 33614-6496 | CREDITOR ID: 534513-EH<br>WIGINTON FIRE SPRINLERS SYSTEMS<br>255 PRIMERA BLVD #230<br>LAKE MARY FL 32746 | CREDITOR ID: 534514-EH<br>WILLIAM E. THOMPSON<br>209 MT. VERNON ROAD<br>ANDERSON SC 29624 |

**Total:   183**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    )    Case No. 05-03817-3F1
                                                          )
WINN-DIXIE STORES, INC., et al.,                          )    *Chapter 11*
                                                          )
Debtors.                                                  )    Jointly Administered
                                                          )

**ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES EFFECTIVE AS OF SEPTEMBER 21, 2006 AND**
**ESTABLISHING DEADLINE FOR FILING REJECTION DAMAGE**
**CLAIMS OF SEPTEMBER 29, 2006**

These cases came before the Court for hearing on September 21, 2006, upon the

motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order (i) under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and

approving the Debtors' rejection of the executory contracts and unexpired leases listed on Exhibit

A and Exhibit B (collectively, the "Contracts") effective as of September 21, 2006 (the "Motion")

and (ii) under Fed. R. Bankr. P. 3002(c)(4) establishing a deadline of September 29, 2006 for the

filing of any resulting rejection damage claims.  The Debtors have withdrawn without prejudice

from the Motion, and have reserved the right to include in a subsequent motion to assume or

reject, the contract with Air Products & Chemicals Inc., which contract has also been removed

from Exhibit A.  The Court has read the Motion and considered the representations of counsel.

Upon the representations of counsel and without objection from the United States Trustee or any

other interested party, the Court determines that good cause exists to grant the relief requested by

the Motion and granting the relief is in the best interest of these estates and creditors.

Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted.

2.    The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and the Contracts are deemed rejected, effective as of September 21, 2006.

3.    Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4.    Claims for any rejection damages resulting from the rejection of the Contracts must be filed on or before September 29, 2006.

5.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.  Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6.    The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this ⓝ̲ⅼ̲ day of September, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2

**Exhibit A**

## Exhibit A
### Contracts/Leases for Rejection:

The Debtors reserve the right to challenge the executory or unexpired nature of any of the Contracts/Leases. The rejections pursuant to this Motion will apply only to the Contracts identified in this Exhibit A and Exhibit B to the Motion. The rejections do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Counter-Parties listed.

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | AAA Fire Equipment | 480 N.E. 189th St, North Miami, FL 33162 | Fire extinguishers |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ADVANTAGE FIRE SPRINKLER | 2300 East Atory Road, Dacula, GA 30019-2432 | FIRE SUPPRESSION INSPECTIONS |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Alltel | P.O. Box 96019, Charlotte, NC 28296-0019 and 1 Allard Drive, Little Rock, AR 72202-9918 | Cell phone service for NC SC |
| Winn-Dixie Stores, Inc. | 1409 | Maintenance Agreement - Store | | ANTHONY'S LANDSCAPING | 6430 Jefferson Highway, Harahan, LA 70123 | LANDSCAPING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Arch Wireless | 350 Automation Way, Birmingham, AL 35210 | Pager service for SC & NC |
| Winn-Dixie Stores, Inc. | | Service Agreement | | AT&T Systems West | 3220 Winona Ave, Burbank, CA 91504 | |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Boca Industries, Inc. | 5076 Nilda Drive, Smyrna, GA 30080 | Grease trap service |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Carolina By-Products | P.O. Box 64393, Cincinnati, OH 45264 | Grease trap service |
| Winn-Dixie Stores, Inc. | 2710 | Maintenance Agreement - Store | | CLEAN KING | 2880 Harper Valley Drive, College Park, GA 30349 | SWEEPING |
| Winn-Dixie Stores, Inc. | 2725 | Maintenance Agreement - Store | | CLEAN KING | 2880 Harper Valley Drive, College Park, GA 30349 | SWEEPING |
| Winn-Dixie Stores, Inc. | 1944 | Maintenance Agreement - Store | | CLEAN SWEEP | 2417 Heml Road, Hixson, TN 37343 | SWEEPING |
| Winn-Dixie Stores, Inc. | 1306, 1314, 1338, 1350, 2623, 2624 | Maintenance Agreement - Store | | CRYSTAL CLEAN | 125 E. Ford Street, Suite B, Ridgeland, MS, 39157 | SWEEPING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Cummins South Inc. | 5125 Highway 85, Atlanta, GA 30349 and P.O. Box 116595, Atlanta, GA 30368-6595 and P.O. Box 11737, Tmapa FL 33680 | Automatic generator service |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Danfoss | 10946 Golden W Dr. Suite 130, Hunt Valley MD 21031 | Monitoring Refrigeration controllers |
| Winn-Dixie Stores, Inc. | 0005 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0008 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0018 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0104 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0116 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0125 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0126 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0186 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0192 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0198 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0405 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0407 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0422 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0434 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0435 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0437 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0439 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0442 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0447 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0448 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 0456 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0458 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0461 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0481 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0488 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0495 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0496 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0503 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0509 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0517 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0526 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0527 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0531 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0535 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0558 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0574 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 0579 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 1914 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2203 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2258 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2261 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2304 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2309 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2311 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2335 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2337 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2343 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 2347 | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | Multiple | Service Agreement | | Danfoss Inc. | 7941 Corporate Drive, Baltimore, MD 21236 | Refrigeration Recommissioning |
| Winn-Dixie Stores, Inc. | 725 | Maintenance Agreement - Store | | ENVIRONMENTAL MANAGEMENT | 1940 Northwest 22nd Street, Pompano Beach, FL 33069 | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Employment Contract | | Everhart, Robin | Address Intentionally Omitted to Protect Employee Privacy | Offer letter |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Gates UP | 35400 Baseline Lane, Dade City, FL 33525 | Temporary Pharmacist Staffing |
| Winn-Dixie Stores, Inc. | 600 Edwards Ave | Equipment Lease | N/A | Gulf Coast | 5801 River Oaks Road South, New Orleans, LA 70123 | Richo 270 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | | Gulf Coast Office Products | 5801 River Oaks Road South, New Orleans, LA 70123 | Color copier |
| Winn-Dixie Stores, Inc. | | Employment Contract | | Hanley, Dennis | Address Intentionally Omitted to Protect Employee Privacy | Offer letter |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Harold's Lawn Care | 315 Fat Wall Road, Marion, NC 28752 | Lawn Service |
| Winn-Dixie Stores, Inc. | Northern Region | Service Agreement | | Kasco Corporation | 1569 Tower Grove Ave., St. Louis, MO 63110 | Band saw machine service |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | L. PUGH & ASSOCIATES | 10108 N. Palafox Highway, Pensacola, FL 32505 and 10108 N. Palafox Highway, Pensacola, FL 32534-1269 | SPRINKLER INSPECTIONS |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Landtronics, Inc. | 5970 Old Pineville Road, Charlott, NC 28217 | Fire system 24 hr monitoring service |
| Winn-Dixie Raleigh, Inc. | | Pharmacy Service | | Lesco | P.O. Box 1414, Land O'Lakes, FL 34639 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Metrocall Wireless | 890 East Heinberg Street, Pensacola, FL 32502 | Pager service for NC & SC |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Nextel Partners | 6880 Bermuda Road Suite 100, Las Vegas, NV 89119 | Cell phone service for Kentucky area |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Omni Cart Services, Inc. | P.O. Box 366, Mentor, OH 44061 | Shopping cart repairs |
| Winn-Dixie Stores, Inc. | 1571 | Maintenance Agreement - Store | | OPELOUSAS SWEEPERS | P.O. Box 803, Opelousas, LA 70571 | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PARTS WASHER SERVICE | P.O. Box 720777, Byram, MS 39272-0777 | grease traps |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PERFORMANCE OIL & EQUIPMENT | P.O. Box 8945, Jackson, MS 39208 and P.O. Box 8945, Jackson, MS 39284 | PUMP N SAVE P.M WORK |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | Performance Oil EQ | 920 E. McDowell Road, Jackson, MS 39284 | Fuel stations |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PETROLEUM EQUIPMENT CO., INC. | 541 Highway 49 South, Richland, MS 39218-0417 | Fuel stations |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | PG MAINTENANCE,LLC | 22317 Sharp Chapel Road, Bush, LA 70431 | Refrigeration leak detection |
| Winn-Dixie Stores, Inc. | WESTERN | Pharmacy Service | | Progressive | 510 Tribal Woods, Collierville, TN 38017 | Temporary Pharmacist Staffing |
| Winn-Dixie Stores, Inc. | 516 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | P.O. Box 210861, Montgomery, AL 36112 | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Pharmacy Service | | PRS | 9105-A Owens Drive, Suite 201, Manassas Park, VA 20111 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Purified Air Services | 280 Old Clay Street, Marietta, GA 30060 | Hvac filter service |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | R A R ROOFING | P.O. Box 49, Foxworth, MS 39483 | Roof inspections |
| Winn-Dixie Stores, Inc. | Northern Region | Service Agreement | | Raytec Corporation | P.O. Box 4280, Portland, OR 97208 | Mister system service and repair |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | RAYTECH-MISTING SYSTEM | P.O. Box 4280, Portland, OR 97208 | 97208 |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | RIVER PARISH DISPOSAL | P.O. Box 10482, New Orleans, LA 70181-0482 | Waste Management |
| Winn-Dixie Montgomery, Inc. | | Pharmacy Service | | Rx Solutions | PMB 131843& Denton highway, Suite 208, Watauga, TX 76148-2459 RX Solutions, P.O. Box 491, Sharpsburg, GA 30277 | Pharmacist Service Agreement dated March 16, 2001 between RX Solutions and Winn-Dixie Montgomery, Inc. |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | SAFETY SYSTEMS OF BILOXI | P.O. Drawer 6039, Biloxi, MS 39532-6039 | Hood cleaning |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | SANA DUCT | P.O. Box 3863, Montgomery, AL 36109-3863 | HOOD CLEANING |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Southeastern Protection Services of Atlanta | P.O. Box 64, Woodstock, GA 30188 | Exhaust hood service |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | TAS Communications Services | 1720 Hillsborough Street, Suite 100, Raleigh, NC 27605 | Answering service for after hours |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | THYSSENKRUPP ELEVATOR | 7481 NW 66th Street, Miami, FL 33166 | Elevator Maintenace & Inspections |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | TRI-STATE | c/o Quine & Associates, P.O. Box 833009, Byram, MS 39272 | Automatic doors |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Unified Corp. | P.O. Box 101, Fort Myers, Fl 33902 and 500 SW 13th Terrace, Pompano Beach, FL 33069 | Uniform services |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Upstate Hood Cleaning and Fire System Inspection | 327 Eastway Street, Honea Path, SC 29654 | Exhaust hood service |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | Venturicom | 53 Rabbit Road, Travelers Rest, SC 29690 | Temporary Pharmacist Staffing |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Verizon Wireless | P.O. Box 105378, Atlanta, GA 30348 | Cell phone service for Charlotte area |
| Winn-Dixie Stores, Inc. | | Agency Agreement | | Western Union Financial Services, Inc. | Western Union Financial Services, Inc. One Mack Centre Drive, Paramus, NJ 07652 Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Tim Schroeder, Senior Vice President and General Manager, 6200 South Quebec Street, Englewood, CO 80111 | Agency Agreement dated June 20, 1998 between Western Union Financial Services, Inc. and Winn-Dixie Atlanta, Inc. |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Agency Agreement | | Western Union Financial Services, Inc. | Western Union Financial Services, Inc., One Mack Centre Drive, Paramus, NJ 07652 Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Wade Nelson, Vice President and General Manager, 6200 South Quebec Street, Englewood, CO 80111 | Agency Agreement executed 5/3/1999 between Western Union Financial Services, Inc. and Winn-Dixie Tampa, Inc. |
| Winn-Dixie Raleigh, Inc. | | Agency Agreement | | Western Union Financial Services, Inc. | Western Union Financial Services, Inc., One Mack Centre Drive, Paramus, NJ 07652 Western Union Financial Services, Inc. c/o Integrated Payment Services Inc., Attention: Tim Schroeder, Senior Vice President and General Manager, 6200 South Quebec Street, Englewood, CO 80111 | Agency Agreement dated October 20, 1999 between Western Union Financial Services, Inc. and Winn-Dixie Charlotte, Inc. n/k/a Winn-Dixie Raleigh, Inc. |

**Exhibit B**

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A & B COMMUNICATION | PAGERS |
| Winn-Dixie Stores, Inc. | 543 | Maintenance Agreement - Store | | A & W LAWN CARE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A J INSPECTIONS | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | A&W PRESSURE WASHERING | BUILDING AND CART CLEANING |
| Winn-Dixie Stores, Inc. | 2217 | Maintenance Agreement - Store | | A-1 Yards | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AAA SEPTIC TANK SERVICE INC | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Air Touch | Pagers |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ALABAMA ENVIRONMENTAL SERV. | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | WESTERN | Maintenance Agreement - Store | | Alfred Duplantis | Lawn |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AMERICAN WASTE SOLUTIONS | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | America's Call Center | After Hours answering service for maintenance |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AMTECK LIGHTING SERVICES | SIGN LIGHTING PATROL |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | APWS | SEWER TREATMENT PLANT MAINTENANCE |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ARCH WIRELESS | PAGERS |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | ARCH WIRELESS | PAGERS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | ASAP Automatic Sprinklers | Fire sprinklers |
| Winn-Dixie Stores, Inc. | WESTERN | Maintenance Agreement - Store | | ASG | Store Maintenance Agreement |
| Winn-Dixie Stores, Inc. | 2661 | Maintenance Agreement - Store | | ATLANTIC SWEEPING | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Attaway | Generators |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | AUTOMATIC DOOR SYSTEMS INC | AUTOMATIC DOORS |
| Winn-Dixie Stores, Inc. | 1854 | Maintenance Agreement - Store | | BASS CUSTOM LANDSCAPE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1329 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1404 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1408 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1409 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1411 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1412 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1417 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1418 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1419 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1425 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1434 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1437 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1438 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1439 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1444 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1502 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1504 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 1551 | Maintenance Agreement - Store | | BIG EASY SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Big Easy Sweeper | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Billings Pumping Service | Pumping grease Traps |
| Winn-Dixie Stores, Inc. | 37 | Maintenance Agreement - Store | | BILL'S MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | 80 | Maintenance Agreement - Store | | BILL'S MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BOBBY MEEKS ENVIRONMENTAL | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | 1337 | Maintenance Agreement - Store | | BOYD'S LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Boyd's Lawn Service | Lawn |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BRENDLE FIRE PROTECTION | FIRE SUPPRESSION INSPECTIONS |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | BRENDLE SPRINKLER | SPRINKLER INSPECTIONS |
| Winn-Dixie Stores, Inc. | 1826 | Maintenance Agreement - Store | | BRIDGES LAWN MAINTENANCE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | C&C PRESSURE WASHING | BUILDING AND CART CLEANING |
| Winn-Dixie Stores, Inc. | 1220 | Maintenance Agreement - Store | | Charlee Honea | Sweeping |
| Winn-Dixie Stores, Inc. | 2048 | Maintenance Agreement - Store | | Charlie's & Gary's Lawn Service & Parking Lot Maint. | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Charlie's Parking Lot & Lawn Service | Parking Lot & Lawn Service |
| Winn-Dixie Stores, Inc. | 457 | Maintenance Agreement - Store | | CHEM-TURF, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | ACCT# 0029179257 067 | CINGULAR WIRELESS | CELL PHONES |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | City Fire Equipment | Fire extinguishers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | CJ Sales | Generators |
| Winn-Dixie Stores, Inc. | 2701 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2705 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2706 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2709 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2711 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2715 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 2728 | Maintenance Agreement - Store | | CLEAN KING | SWEEPING |
| Winn-Dixie Stores, Inc. | 1933 | Maintenance Agreement - Store | | CLEAN SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | 2328 | Maintenance Agreement - Store | | COAST TO COAST SWEEPING | SWEEPING |
| Winn-Dixie Stores, Inc. | 1469 | Maintenance Agreement - Store | | COBY MILLER LAWN | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Commercial Hood & Trap | Exhaust hoods cleaning |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Commercial Industrial Services | Grease trap cleaning |
| Winn-Dixie Stores, Inc. | 950 | Maintenance Agreement - Store | | Commercial Power Sweeping | Sweeping |
| Winn-Dixie Stores, Inc. | 1449 | Maintenance Agreement - Store | | CUMMING SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1500 | Maintenance Agreement - Store | | CUMMING SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Cumming Sweeper | Sweeper |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | CURTIS ENVIRONMENTAL SERVICES | SEWER TREATMENT PLANT MAINTENANCE |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Dave' Lawn Care ( A & W Lawn Care) | LANDSCAPING |

| Filing Entity | Store Warehouses # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 543 | Maintenance Agreement - Store | | DAVE'S LAWN CARE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | DIXIE SALES & SERVICE ( D.S.& S.) | SHOPPING CART REPAIRS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fire Fighter | Fire extinguishers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | First Services Plumbing | Grease traps and sewer lines |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | First Services Plumbing | Grease traps pumping |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | FRACTAL ASTECH | PRODUCE MISTING SYSTEMS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fractal Astech | Misting Systems |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Fractal Astech | Misting Systems |
| Winn-Dixie Stores, Inc. | 142 | Maintenance Agreement - Store | | GATOR MAINTENANCE & SWEEPING | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2189 | Maintenance Agreement - Store | | George's Lawn & Tree Care | Sweeping&Landscape Maint. |
| Winn-Dixie Stores, Inc. | 524 | Maintenance Agreement - Store | | GOLDEN TRIANGLE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1348 | Maintenance Agreement - Store | | GOLDEN TRIANGLE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | GRIFFEN ENTERPRISES | GREASE PICK-UP SERVICE |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | GRIFFIN INDUSTRIES | GREASE PICK-UP SERVICE |
| Winn-Dixie Stores, Inc. | 2082 | Maintenance Agreement - Store | | Harold's Clean Sweep & Lawn Service | cleaning parking Lot |
| Winn-Dixie Stores, Inc. | 2082 | Maintenance Agreement - Store | | Harold's Clean Sweep & Lawn Service | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | HEADLEY PLUMBING | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | 2382 | Maintenance Agreement - Store | | HINTON ENTERPRISES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Hot Shot Steam Cleaning | Cleaning (shopping carts and stores) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Hot Shot Steam Cleaning | Shopping Carts (Cleaning and repair) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Industrial Cleaning Services | Shopping Carts (Cleaning and repair) |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Interstate Battery System | Batteries |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | J.J.H SERVICES | Shopping cart recovery |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | J.T. LA MAINT SERVICE | Shopping cart repair |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | KASCO CORPORATION | Meat saw & grinder PM |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Kleen Air | Air Filters |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | KLEEN-AIR RESEARCH | AIR FILTER SERVICE |
| Winn-Dixie Stores, Inc. | 1933 | Maintenance Agreement - Store | | LANDSCAPE ARTS, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1944 | Maintenance Agreement - Store | | LANDSCAPE ARTS, INC. | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1806 | Maintenance Agreement - Store | | LANDSCAPE PLUS | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 9001 | Maintenance Agreement - Store | | Lawn Master | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 2052 | Maintenance Agreement - Store | | LotVac Sweeping Service | Sweeping |
| Winn-Dixie Stores, Inc. | 2052 | Maintenance Agreement - Store | | MZ Lawn & Landscape | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 1826 | Maintenance Agreement - Store | | MIDDLE GA PARKING LOT SERVICE | SWEEPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MISSISSIPPI GENERATOR | Generator Maintenance |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MOBIL STEAM CLEAN | Building and cart cleaning |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | MR. ROOTER PLUMBING | GREASE TRAP PUMPING |
| Winn-Dixie Stores, Inc. | WESTERN | Service Agreement | | NEXTEL | RADIO / CELL PHONE COMM. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Nextel | Cell Phone and Radio services |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Nextal | Cell Phones |
| Winn-Dixie Stores, Inc. | 129 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 142 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 160 | Maintenance Agreement - Store | | PATRIOT SERVICE | SWEEPING AND LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1463 | Maintenance Agreement - Store | | PINNACLE SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | 1583 | Maintenance Agreement - Store | | PINNACLE SWEEPER | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | Pinnacle Sweeper | Sweeper |
| Winn-Dixie Stores, Inc. | All Manufacturing Plants | Maintenance Agreement - Store | n/a | Pittsburg Tank & Tower Inc. | Annual check on springler system tanks as required by NAPA |
| Winn-Dixie Stores, Inc. | 1806 | Maintenance Agreement - Store | | PROFESSIONAL SWEEPERS, INC. | SWEEPING |
| Winn-Dixie Stores, Inc. | 516 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 532 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 593 | Maintenance Agreement - Store | | PROPERTY MANAGEMENT SERVICE, LLC | SWEEPING and LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1222 | Maintenance Agreement - Store | | R & W Cleaning | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 1259 | Maintenance Agreement - Store | | R & W Cleaning | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 2084 | Maintenance Agreement - Store | | Services Unlimited II | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 983 | Maintenance Agreement - Store | | Shirley Winingham | Sweeping |
| Winn-Dixie Stores, Inc. | 1261 | Maintenance Agreement - Store | | Soodboo | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | 2045 | Maintenance Agreement - Store | | Soodboo | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southeastern Fire Protection | Anial Sys and hood cloing/hand held extinguishers |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southeastern Maintenance and Construction | Grease traps and sewer lines |
| Winn-Dixie Stores, Inc. | 912 | Maintenance Agreement - Store | | Southeastern Power Sweeping | sweeping/landscape Maint. |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southern Communications | Pagers |
| Winn-Dixie Stores, Inc. | 562 | Maintenance Agreement - Store | | SOUTHERN LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Maintenance Agreement - Store | | SOUTHERN LAWN SERVICE | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Southern Linc | Cell Phones |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Sungold Septic | Grease traps Pumping |
| Winn-Dixie Stores, Inc. | 2701 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2705 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2706 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2709 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2710 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Description |
|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 2711 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2715 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2725 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 2728 | Maintenance Agreement - Store | | T & K LAWN SERVICES | LANDSCAPING |
| Winn-Dixie Stores, Inc. | 1264 | Maintenance Agreement - Store | | The Lawn Authority Lawncare & Landscaping | Landscaping Maint. |
| Winn-Dixie Stores, Inc. | 811 | Maintenance Agreement - Store | | The Wright Group LLC | Sweeping |
| Winn-Dixie Stores, Inc. | 701 | Maintenance Agreement - Store | | TOTAL PARKING LOT MAINTENANCE | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Tri Dim Filter Corp. | A/C Filters |
| Winn-Dixie Stores, Inc. | 1306, 1350, 2624, 1314, 1316, 1317, 1328, 1338, 2623 | Maintenance Agreement - Store | | VALENCIA LAWN | LANDSCAPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Verizon Wireless | Cell Phone services |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Vigil Inc | Exhaust Hood cleaning |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Volusia Fire | Hand Held Extinguishers |
| Winn-Dixie Stores, Inc. | 450 | Maintenance Agreement - Store | | WES POWER SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | | Maintenance Agreement - Store | | WES POWER SWEEP | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | WH Reynolds | Gray line equipment |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Wiginton Fire Sprinklers Systems | Fire sprinklers |
| Winn-Dixie Stores, Inc. | 1017 | Maintenance Agreement - Store | | William E. Thompson | Sweeping/Landscape Maint. |