UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-03817 |
| | ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

AMENDED NOTICE OF TRANSFER OF CLAIM PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

1. To Transferors:
   Cardinal Capital Partners, Inc. Employee Profit Sharing Plan & Trust a/k/a CCP
   Employee Profit Sharing Plan & Trust
   c/o Scott Haire
   8214 Westchester Drive
   Ninth Floor
   Dallas, Texas 75225

   With a copy to:

   Russell Mills, Esquire
   Hiersche, Hayward, Drakeley & Urbach, P.C.
   15303 Dallas Parkway, Suite 700
   Addison, Texas 75001

2. Your claim arising out of leases and contracts related to certain property located at 1606 Church Street, Conway, South Carolina 29526-2958 identified by the Debtors as Store #2124 against the Debtors has been transferred to the Transferee:

   Principal Life Insurance Company
   Principal Real Estate Investors, LLC
   801 Grand Avenue
   Des Moines, IA 50392-1450
   Attention: Darin Bennigsdorf

   With a copy to:

   Margery N. Reed, Esquire
   Duane Morris LLP
   30 South 17th Street
   Philadelphia, PA 19103-4196

   A copy of the Amended Evidence of Transfer of Claim is attached hereto as Exhibit "A".

3.  If you <u>do</u> <u>not</u> object to the transfer of your claim, no action is required. If you do object to such transfer, you must within 20 days of the date of this Notice file a written objection with the United States Bankruptcy Court for the Middle District of Florida, with a copy to Transferee and its counsel at their respective addresses listed herein.

PRINCIPAL LIFE INSURANCE COMPANY

By: <u>/s/ Wendy M. Simkulak</u>
    One of Its Attorneys

Wendy M. Simkulak, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1547