# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC.,** <u>et al.</u>,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about September 26, 2006 I caused copies of:

- the **Order Disallowing Duplicate Different Debtor Claims, as Set Forth in the Debtors' Eighteenth Omnibus Claims Objection**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: September 26, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: 8F

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Order Disallowing Duplicate Different Debtor Claims, as Set
Forth in the Debtors' Eighteenth Omnibus Claims Obection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                    **CASE:   05-03817-3F1**

CREDITOR ID: 410452-15
ACADIANA BOTTLING CO, INC
ATTN JAMES M ANGERS, JR, CFO
1003 HUGH WALLIS ROAD, BLDG A
LAFAYETTE LA 70508

CREDITOR ID: 279333-36
ACCO BRANDS, INC
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN J PASCHKE & J YOUNG, ESQS
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO  IL 60606-1229

CREDITOR ID: 382362-51
ACCURATE INVENTORY & CALCULATING
C/O MARKOWITZ DAVIS RINGEL ET AL
ATTN J M MORKOWITZ/R L RUBIO ESQS
9130 S DADELAND BLVD SUITE 1225
MIAMI, FL 33155

CREDITOR ID: 410373-15
ALLEN BEVERAGES, INC, DBA
PEPSI COLA BOTTLING CO OF GULFPORT
ATTN C GRAVES/E A ALLEN II
13300 DEDEAUX RD
PO BOX 1037
GULFPORT MS 39505-2037

CREDITOR ID: 242201-12
AMERICAN LEAK DETECTION
DEALER ALD0145LOU
ATTN LAURA KLEINPETER, OWNER
36530 MISSION ST
PRAIRIEVILLE, LA 70769

CREDITOR ID: 399614-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ, SR VP
535 MADISON AVE 15TH FLR
NEW YORK NY 10022

CREDITOR ID: 399729-98
ASM CAPITAL LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TPK STE 302
WOODBURY NY 11797

CREDITOR ID: 279340-36
BEMIS COMPANY, INC
POLYETHYLENE PACKING DIVISON
ATTN JAMES MCDERMOTT
PO BOX 905
TERRE  HAUTE  IN 47808

CREDITOR ID: 315701-36
BEN-ARNOLD SUNBELT BEVERAGE CO OF
SOUTH CAROLINA LP, THE
ATTN MIKE SISK, CFO
101 BEVERAGE BLVD
RIDGEWAY SC 29130

CREDITOR ID: 411222-15
BEVERAGE SOUTH INC
ATTN JAMES W DAVIS, CONTROLLER
751 STATE PARK ROAD
GREENVILLE SC 29609

CREDITOR ID: 243650-12
BLUE MOON LICENSING LLC
PO BOX 243
NEW LEXINGTON, OH 43764

CREDITOR ID: 243650-12
BLUE MOON LICENSING LLC
C/O THOMPSON HINE LLP
ATTN JERRY VANDE WERKEN, ESQ
10 W BROAD STREET, SUITE 700
COLUMBUS OH 43215-3435

CREDITOR ID: 373924-44
BLUE RHINO CORPORATION
C/O WOMBLE CARLYLE SANDRIDGE ET AL
ATTN JULIE B PAPE, ESQ.
ONE WEST FOURTH STREET
WINSTON-SALEM NC 27101

CREDITOR ID: 410455-15
BUFFALO ROCK COMPANY
C/O BURR & FORMAN LLP
ATTN DEREK F MEEK, ESQ
420 NORTH TWENTIETH ST, SUITE 3100
BIRMINGHAM AL 35203-5206

CREDITOR ID: 410455-15
BUFFALO ROCK COMPANY
ATTN ROGER D BARKER
111 OXMOOR ROAD
BIRMINGHAM AL 35209

CREDITOR ID: 244349-12
CAGLE'S, INC
C/O STUTSMAN & THAMES, PA
ATTN R R THAMES & N LAFLEUR, ESQS
121 W FORSYTH STREET, SUITE 600
JACKSONVILLE FL 32202

CREDITOR ID: 279117-99
CAL-MAINE FOODS INC
C/O YOUNG WILLIAMS, PA
ATTN ROBERT L HOLLADAY JR
PO BOX 23059
JACKSON MS 39225-3059

CREDITOR ID: 244427-12
CAMPBELL SOUP COMPANY
ATTN LINDA ELLIS, DIR CREDIT OP
1 CAMPBELL PLACE
CAMDEN NJ 08103

CREDITOR ID: 279320-99
CERTIFIED FOODS CORP
C/O MUNSCH HARDT KOPF & HARR, PC
ATTN RANDALL A RIOS, ESQ
700 LOUISIANA ST, STE 4600
HOUSTON TX 77002-2732

CREDITOR ID: 381776-36
CLOROX SALES COMPANY, THE
ATTN SYBIL SHAW
3655 BROOKSIDE PARKWAY, STE 300
ALPHARETTA GA 30022

CREDITOR ID: 218-03
COBB ELECTRIC MEMBERSHIP CORP
ATTN PAULINE CARR
1000 EMC PARKWAY
PO BOX 369
MARIETTA GA 30061

CREDITOR ID: 218-03
COBB ELECTRIC MEMBERSHIP CORP
C/O AWTREY & PARKER, PC
ATTN ROBERT B SILLIMAN, ESQ
250 LAWRENCE STREET
PO BOX 997
MARIETTA GA 30061

CREDITOR ID: 279351-36
COLE'S QUALITY FOODS INC
C/O VARNUM, RIDDERING, SCHMIDT, ET AL
ATTN TIMOTHY J CURTIN, ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-0352

CREDITOR ID: 279351-36
COLE'S QUALITY FOODS INC
ATTN: CYNTHIA A HARVARD, CFO
1188 LAKESHORE DRIVE
MUSKEGON MI 49441-1691

CREDITOR ID: 381977-36
CROWN CORK & SEAL USA INC
C/O DILWORTH PAXSON LLP
ATTN: ANNE MARIE P KELLEY, ESQ
457 HADDONFIELD RD, STE. 700
CHERRY HILL NJ 08002

CREDITOR ID: 381977-36
CROWN CORK & SEAL USA INC
ATTN GARY S SHEARER, CR DIRECTOR
ONE CROWN WAY
PHILADELPHIA PA 19154-4599

CREDITOR ID: 381977-36
CROWN CORK & SEAL USA INC
C/O DILWORTH PAXSON LLP
ATTN: SCOTT J FREEDMAN
457 HADDONFIELD RD, STE 700
CHERRY HILL NJ 08003

CREDITOR ID: 410563-15
DAVIS, BERTHINE RHONE
C/O WHITEHURST & WHITEHURST
ATTN J PAUL WHITEHURST, ESQ
1955 22ND STREET
NORTHPORT AL 35476

CREDITOR ID: 393362-55
DAVIS, THELMA
C/O SARTAIN, MCKAY & CROWELL, LLP
ATTN RAYMOND CROWELL, ESQ
915 INTERSTATE RIDGE DR, STE A
GAINESVILLE GA 30501

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

**SERVICE LIST**

**Order Disallowing Duplicate Different Debtor Claims, as Set
Forth in the Debtors' Eighteenth Omnibus Claims Obection**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                      **CASE:   05-03817-3F1**

CREDITOR ID: 452126-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O MERIDIAN CORPORATE SERVICES LTD
73 FRONT STREET, PO BOX HM 528
HAMILTON  HM 12
BERMUDA

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

CREDITOR ID: 247995-12
DENTON DAIRY PRODUCTS, INC
ATTN BUTLER A DENTON, PRES
PO BOX 839
CLEVELAND, MS 38732

CREDITOR ID: 410361-15
FARMLAND DAIRIES LLC
ATTN NANCY SWEENEY, DIR
520 MAIN AVENUE
WALLINGTON NJ 07057

CREDITOR ID: 279233-35
FLORIDA CRYSTALS FOOD CORP
C/O BLANCO, TACKABERY, ET AL
ATTN GENE B TARR, ESQ
PO DRAWER 25008
WINSTON-SALEM NC 27114-5008

CREDITOR ID: 279233-35
FLORIDA CRYSTALS FOOD CORP
ATTN WILLIAM F TARR, ESQ
ONE NORTH CLEMATIS STREET, STE 200
WEST PALM BEACH FL 33401

CREDITOR ID: 249844-12
FLORIDA'S NATURAL GROWERS, DIV
C/O GRONEK & LATHAM, LLP
ATTN R SCOTT SHUKER, ESQ
PO BOX 3353
ORLANDO FL 32802-3353

CREDITOR ID: 249844-12
FLORIDA'S NATURAL GROWERS, DIV
CITRUS WORLD, INC
ATTN FAYE HARRIS/WM J HENDRY
20205 US HIGHWAY 27N
PO BOX 1111
LAKE WALES FL 33859

CREDITOR ID: 250173-12
FUTURE FOOD, LTD
ATTN DAVID WATTS, CEO
1420 VALWOOD PARKWAY, SUITE 164
CARROLLTON, TX 75006

CREDITOR ID: 394068-61
GEORGE, HARTZ , LUNDEEN, ET AL
ATTN CHARLES M HARTZ
4800 LEJUNE RD
CORAL GABLES, FL 33146

CREDITOR ID: 251056-12
GUSTAFSONS DAIRY, LLC
ATTN JAMES COOPER, CFO
PO BOX 338
GREEN COVE SPRINGS, FL 32043-0338

CREDITOR ID: 452382-98
HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

CREDITOR ID: 252088-12
IMPERIAL TRADING COMPANY INC
ATTN: WAYNE M BAQUET JR, PRES
PO BOX 676659
DALLAS TX 75267-6659

CREDITOR ID: 403234-79
IMPERIAL TRADING COMPANY INC
ATTN KEITH BEBA, CONTROLLER
PO BOX 23508
ELMWOOD LA 70183-0508

CREDITOR ID: 416982-15
INDEMNITY INSURANCE CO OF N AMERICA
C/O DUANE MORRIS LLP
ATTN MARGERY N. REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

CREDITOR ID: 416982-15
INDEMNITY INSURANCE CO OF N AMERICA
C/O ACE USA
ATTN COLLATERAL MANAGER
436 WALNUT STREET
PHILADELPHIA PA 19106

CREDITOR ID: 399337-15
INGRAM ENTERTAINMENT INC
ATTN DORIS NELMS/C LARRY GILBERT
TWO INGRAM BLVD
LAVERNGE TN 37086

CREDITOR ID: 252191-12
INLINE PLASTICS CORP
ATTN OSCAR M PARENTE, ESQ/VP
42 CANAL STREET
SHELTON CT 06484

CREDITOR ID: 279291-35
JM SMUCKER COMPANY, THE
ATTN BRUCE JONES, CUST SVC MGR
STRAWBERRY LANE
ORRVILLE OH 44667-0280

CREDITOR ID: 399445-15
JOHNSON & JOHNSON SALES/LOGISTIC CO
DIV JOHNSON & JOHNSON CONSUMER CO
C/O PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKHOUSE, ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN TIMOTHY C BENNETT, ESQ
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 399350-98
JPMORGAN CHASE BANK NA
ATTN STANLEY LIM
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 278813-99
KASHI SALES, LLC
C/O WARNER STEVENS LLP
ATTN M WARNER/E CHOU, ESQS
1700 CITY CENTER TOWER II
301 COMMERCE STREET
FORT WORTH TX 76102

CREDITOR ID: 253697-12
KEEMAN PETROLEUM CO INC
ATTN JAMES C KEENER JR, OWNER
PO BOX 10
VALDOSTA, GA 31603-0010

CREDITOR ID: 408360-37
KEMPER INSURANCE COMPANIES, THE
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN D J FISHER & J C PASCHKE, ESQS
225 WEST WACKER DR
CHICAGO IL 60606

CREDITOR ID: 382029-36
KEMPS LLC
ATTN STEVE CARLSON, CREDIT MGR
1270 ENERGY LANE
ST PAUL MN 55108

CREDITOR ID: 382031-36
KIMBERLY CLARK CORP
ATTN TED C BANKER, DIR CUSTOMER FIN
520 W SUMMITT HILL DR
KNOXVILLE TN 37902

CREDITOR ID: 408180-97
LANCE INC
ATTN: B CLYDE PRESLAR, VP FIN
8600 SOUTH BLVD
CHARLOTTE NC 28273

CREDITOR ID: 315679-36
LANCE, INC
C/O SHUMAKER LOOP & KENDRICK LLP
ATTN DAVID M GROGAN ESQ
128 SOUTH TRYON STREET STE 1800
CHARLOTTE NC 28202

CREDITOR ID: 279053-99
LIBERTY MUTUAL INSURANCE COMPANY
C/O MANIER & HEROD, PC
ATTN T PENNINGTON/J FRANKS/M COLLIN
2200 ONE NASHVILLE PLACE
150 FOURTH AVE NORTH, STE 2200
NASHVILLE TN 37219-2494

**SERVICE LIST**

## Order Disallowing Duplicate Different Debtor Claims, as Set
## Forth in the Debtors' Eighteenth Omnibus Claims Obection

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 279389-36
LN INTERNATIONAL, INC FKA SCUNCI
INTERNATIONAL, INC.
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN J W YOUNG & J C PASCHKE, ESQS
225 WEST WACKER DRIVE, STE 3000
CHICAGO  IL 60606-1229

CREDITOR ID: 403482-98
M.D. SASS
RE/ ENTERPRISE PORTFOLIO COMPANY LP
ATTN P SIVIN, 10 NEW KING ST
WHITE PLAINS NY 10604

CREDITOR ID: 399444-15
MCNEIL NUTRITIONALS, LLC
C/O PATTERSON BELKNAP WEBB & TYLER
ATTN DAVID W DYKHOUSE, ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

CREDITOR ID: 255920-12
MCPHERSON BEVERAGES, INC
ATTN R M HULL JR/M HULL
1330 STANCELL ST
ROANOKE RAPIDS, NC 27870

CREDITOR ID: 279072-32
MT OLIVE PICKLE COMPANY, INC
C/O WHARTON ALDHIZER & WEAVER, PLC
ATTN STEPHAN W MILO, ESQ
125 S AUGUSTA STREET, STE 2000
STAMPTON VA 24401

CREDITOR ID: 256970-12
NATIONAL FISH & SEAFOOD, LTD
C/O CHOATE, HALL & STEWART, LLP
ATTN WILLIAM S MCMAHON, ESQ
TWO INTERNATIONAL PLACE
BOSTON MA 02110

CREDITOR ID: 256970-12
NATIONAL FISH & SEAFOOD, LTD
C/O ERCOLINI & CO, LLP
ATTN MICHAEL BRUNO
55 SUMMER STREET
BOSTON MA 02110

CREDITOR ID: 411179-15
NATIONAL UNION FIRE INSURANCE CO
OF PITTSBURGH PA, ET AL
C/O AIG LAW DEPT - BANKRUPTCY
ATTN MICHELLE A LEVITT, ESQ.
70 PINE STREET, 31ST FLOOR
NEW YORK NY 10270

CREDITOR ID: 394057-61
OSTENDORF TATE BARNETT & WELLS, LLP
ATTN KAREN HATTIER, OPERATIONS MGR
PO BOX 50080
NEW ORLEANS, LA 70150

CREDITOR ID: 257806-12
OTIS SPUNKMEYER INC
ATTN KATHY SOLIZ
7090 COLLECTION DR
CHICAGO, IL 60693

CREDITOR ID: 382063-36
PEPPERIDGE FARM
ATTN KATE GREELEY
1 CAMPBELL PLACE
CAMDEN NJ 08103

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
SMITH, ANDERSON, BLOUNT, ET AL
ATTN AMOS U PRIESTER, IV, ESQ
2500 WACHOVIA CAPITOL CENTER
PO BOX 2611
RALEIGH  NC 27601

CREDITOR ID: 408402-15
PEPSI BOTTLING VENTURES, LLC
ATTN RITA BARBOUR, CORP CREDIT MGR
4700 HOMEWOOD CT, SUITE 200
RALEIGH NC 27609

CREDITOR ID: 258334-12
PEPSI COLA BOTTLING CO OF ATMORE
ATTN LANCE MCKENZIE, CONTROLLER
PO DRAWER 1009
106 S PRESTLEY STREET
ATMORE, AL 36504

CREDITOR ID: 258327-12
PEPSI COLA BOTTLING CO OF SELMA
ATTN SYLVIA SMITH, CONTROLLER
PO BOX 1086
SELMA, AL 36702-1086

CREDITOR ID: 258337-12
PEPSI COLA DECATUR LLC DBA
PEPSI COLA BOTTLING CO
ATTN RODGER SHABEL, GM
PO BOX 2389
DECATUR, AL 35602

CREDITOR ID: 279086-32
PEPSIAMERICAS, INC
ATTN STEVEN M ZANIN, MGR
3501 ALGONQUIN ROAD
ROLLING MEADOWS IL 60008-3103

CREDITOR ID: 279260-35
PEPSI-COLA BOTTLING CO OF CHARLOTTE
ATTN DARRELL M KIGGINS, CREDIT MGR
PO BOX 241167
CHARLOTTE NC 28224-1167

CREDITOR ID: 410567-15
PEPSI-COLA BTLG CO OF LUVERNE INC
ATTN MARVIN MOTLEY, PRESIDENT
PO BOX 226
LUVERNE AL 36049

CREDITOR ID: 258690-12
POM WONDERFUL LLC
ATTN ANDREW ASCH/C CRAWFORD
11444 W OLYMPIC BLVD, 10TH FLR
LOS ANGELES, CA 90064

CREDITOR ID: 279385-36
PREMIER BEVERAGE COMPANY, LLC
C/O BROWN RAYSMAN MILLSTEIN ET AL
ATTN GERARD S CATALANELLO, ESQ
900 THIRD AVENUE
NEW YORK NY 10022

CREDITOR ID: 279385-36
PREMIER BEVERAGE COMPANY, LLC
ATTN JORGE F GRAU, VP FIN
9801 PREMIER PARKWAY
MIRAMAR  FL 33025

CREDITOR ID: 259032-12
PURCELL INTERNATIONAL
ATTN WILLIAM E PURCELL, PRESIDENT
PO BOX 5043
WALNUT CREEK, CA 94596-1097

CREDITOR ID: 399651-15
R&R SUPPLY CO, INC
ATTN: REBECCA ROYAL, ACCT REC &
K ROGER TEEL SR, PRES
830 PLANTATION WAY
MONTGOMERY AL 36117

CREDITOR ID: 259354-12
RED GOLD INC
ATTN JOHN PAFFEN, CR MGR
PO BOX 71862
CHICAGO, IL 60694-1862

CREDITOR ID: 407614-15
REFRESHMENT SERVICES, INC
ATTN MICHELLE KIMBRO, ASST CONTR
3400 SOLAR AVENUE
SPRINGFIELD IL 62707-5713

CREDITOR ID: 408335-15
RELIANCE INSURANCE CO
C/O OBERMAYER, REBMANN, ET AL
ATTN L J TABAS & D M RICHARDS, ESQS
ONE PENN CENTER
1617 JFK BLVD, 19TH FLOOR
PHILADELPHIA PA 19103

CREDITOR ID: 259486-12
RETAIL DATA LLC
ATTN CHRISTOPHER F FERGUSON, GM
2235 STAPLES MILL RD, STE 300
PO BOX 6991
RICHMOND, VA 23230

CREDITOR ID: 279038-32
SC JOHNSON & SON, INC
ATTN GERRY BACCASH, MS321
1525 HOWE STREET
RACINE WI 53403

CREDITOR ID: 260531-12
SCHERING PLOUGH HEALTHCARE PRODUCTS
ATTN JOHN J GLYNN, DIRECTOR FINANCE
3030 JACKSON AVENUE
MEMPHIS TN 38151

SERVICE LIST

**Order Disallowing Duplicate Different Debtor Claims, as Set
Forth in the Debtors' Eighteenth Omnibus Claims Obection**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                     **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 279283-35<br>SIGNATURE BRANDS, LLC<br>C/O DLA PIPER RUDNICK GRAY CARY LLP<br>ATTN DANIEL J CARRIGAN, ESQ<br>1775 WIEHLE AVE, STE 400<br>RESTON VA 20190 | CREDITOR ID: 279283-35<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA FL 34478 | CREDITOR ID: 382161-51<br>SIRVA RELOCATION<br>C/O LAW OFFICE OF GLENN M REISMAN<br>ATTN GLENN M REISMAN, ESQ<br>TWO CORPORATE DRIVE, SUITE 648<br>PO BOX 861<br>SHELTON CT 06484-0861 |
| CREDITOR ID: 261124-12<br>SIRVA RELOCATION<br>ATTN: JEFFREY MARGOLIS, SEN CNSL<br>6070 PARKLAND BLVD<br>MAYFIELD HEIGHTS, OH 44124 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN DAVID A ERICSON, VP<br>BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 |
| CREDITOR ID: 395538-15<br>SNAPPING SHOALS EL MEMBERSHIP CORP<br>ATTN TERRY CLARK, VP<br>PO BOX 509<br>COVINGTON GA 30016 | CREDITOR ID: 261381-12<br>SOUTHERN CLEANING SERVICES, INC<br>C/O ANDERSON, KILL & OLICK, PC<br>ATTN LARRY D HENIN, ESQ<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | CREDITOR ID: 261381-12<br>SOUTHERN CLEANING SERVICES, INC<br>ATTN H DEAN GOFORTH, PRES<br>106 S CHALKVILLE ROAD<br>TRUSSVILLE, AL 35173 |
| CREDITOR ID: 399377-99<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017 | CREDITOR ID: 403566-79<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN: MICHAEL A GATTO<br>TWO GREENWICH PLZ, 1ST FLR<br>GREENWICH CT 06830 |
| CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA<br>GREENWICH CT 06830 | CREDITOR ID: 269279-16<br>SPEARS, JOANNE<br>C/O JEFFREY T GREENBERG, PC<br>ATTN JEFFREY T GREENBERG, ESQ<br>421 FRENCHMEN STREET, SUITE 200<br>NEW ORLEANS, LA 70116 | CREDITOR ID: 408325-15<br>SPECIALTY BRANDS, LP<br>C/O MORRIS JAMES HITCHENS & WILLIAMS<br>ATTN: STEPHEN M MILLER, ESQ<br>222 DELAWARE AVENUE<br>PO BOX 2306<br>WILMINGTON DE 19899-2306 |
| CREDITOR ID: 408325-15<br>SPECIALTY BRANDS, LP<br>ATTN BOBBIE SHIER, DIR CREDIT SVCS<br>4200 E CONTOURS DR, SUITE 100<br>ONTARIO CA 91764 | CREDITOR ID: 402084-15<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | CREDITOR ID: 263146-12<br>TM SHEA PRODUCTS<br>ATTN: PETER A MILLER<br>984 LIVERNOIS ROAD<br>TROY, MI 48083 |
| CREDITOR ID: 400557-15<br>TM SHEA PRODUCTS, INC<br>C/O WEISMAN YOUNG SCHLOSS ET AL<br>ATTN JOHN A RUEMENAPP, ESQ<br>30100 TELEGRAPH ROAD, SUITE 428<br>BINGHAM FARMS MI 48025 | CREDITOR ID: 410965-15<br>US FIDELITY & GUARANTY CO, ET AL<br>BINGHAM MCCUTCHEN LLP<br>ATTN H HORWICH/S HRYNIEWICZ, ESQS<br>ONE STATE STREET<br>HARTFORD CT 06103 | CREDITOR ID: 410965-15<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032 |
| CREDITOR ID: 278964-30<br>VAN HOEKELEN GREENHOUSES, INC<br>ATTN LORI VAN HOEKELEN, SECRETARY<br>PO BOX 88, RT 309<br>MCADOO, PA 18237-0088 | CREDITOR ID: 278964-30<br>VAN HOEKELEN GREENHOUSES, INC<br>C/O ANGELINI VINIAR & FREEDMAN LLP<br>ATTN RICHARD P FREEDMAN, ESQ<br>413 ROUTE 70 EAST<br>CHERRY HILL NJ 08034 | CREDITOR ID: 405871-95<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS LA 70114 |
| CREDITOR ID: 383146-EM<br>ZUBI ADVERTISING SERVICES, INC<br>C/O MARKOWITZ DAVIS RINGEL & TRUSTY<br>ATTN J MARKOWITZ & R RUBIO, ESQS<br>9130 SO DADELAND BLVD, STE 1225<br>MIAMI  FL 33156 | | |

**Total:   115**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

ORDER DISALLOWING DUPLICATE DIFFERENT
DEBTOR CLAIMS, AS SET FORTH IN THE DEBTORS'
EIGHTEENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on September 21,

2006, upon the Eighteenth Omnibus Objection (the "Objection") of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors") to the proofs of claim listed on Exhibit A (the Duplicate Different Debtor

Claims").[2] Liberty Mutual Insurance Company has withdrawn claim numbers 10276

through 10281, which claim numbers have been removed from Exhibit A. Upon

consideration, it is

ORDERED AND ADJUDGED:

1.    The Objection is sustained.

2.    The Duplicate Different Debtor Claims listed on Exhibit A are

disallowed in their entirety, contingent upon (i) the confirmation and effectiveness of

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

the Plan and (ii) substantive consolidation of the Debtors' estates as provided for in the Plan.

3.    In the event, however, that the Plan is not confirmed or does not become effective, nothing in the Objection or this Order, including the identification of particular claims as Duplicate Different Debtor Claims or as Remaining Claims, will prejudice the position of either the claimants or the Debtors with respect to the issue of which of the several Debtors named as obligor on the claims is the actual obligor for the alleged liability or with respect to any other issue relating to the Duplicate Different Debtor Claims or the Remaining Claims.

4.    Claim number 12863 filed by Florida Crystals Food Corp. is allowed as an unsecured non-priority claim in the amount of $18,096.43.

5.    Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

6.    Neither the Objection nor any disposition of the Duplicate Different Debtor Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

2

7.    This Order is without prejudice to the Debtors' right to file any further objection they may have to the Remaining Claims or the Duplicate Different Debtor Claims, including objections on the ground that a Duplicate Different Debtor Claim was filed against the incorrect Debtor or that the Debtor against which the Duplicate Different Debtor Claim was filed should be modified.

Dated this ___ day of September, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve a copy of this Order on all parties who received copies of the Objection.

3

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200 | 8196 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200 | 8197 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200 | 8198 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200 | 8199 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200 | 8201 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200 | 8202 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410452**<br>ACADIANA BOTTLING CO, INC<br>ATTN JAMES M ANGERS, JR, CFO<br>1003 HUGH WALLIS ROAD, BLDG A<br>LAFAYETTE LA 70508 | 8200 | 8203 | $305,903.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 897 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 898 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 899 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 900 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 901 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279333<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 902 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 903 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 904 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 905 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 906 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 907 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 908 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 909 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 910 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 911 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 912 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 913 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO IL 60606-1229 | 918 | 914 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 915 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESOS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 916 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 917 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 919 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279333**<br>ACCO BRANDS, INC<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J PASCHKE & J YOUNG, ESQS<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO  IL  60606-1229 | 918 | 920 | $23,230.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  382362**<br>ACCURATE INVENTORY & CALCULATING<br>C/O MARKOWITZ DAVIS RINGEL ET AL<br>ATTN J M MORKOWITZ/R L RUBIO ESQS<br>9130 S DADELAND BLVD SUITE 1225<br>MIAMI, FL  33155 | 10319 | 10318 | $166,619.21 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 382362**<br>ACCURATE INVENTORY & CALCULATING<br>C/O MARKOWITZ DAVIS RINGEL ET AL<br>ATTN J M MORKOWITZ/R L RUBIO ESQS<br>9130 S DADELAND BLVD SUITE 1225<br>MIAMI, FL 33155 | 10319 | 10320 | $166,619.21 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 382362**<br>ACCURATE INVENTORY & CALCULATING<br>C/O MARKOWITZ DAVIS RINGEL ET AL<br>ATTN J M MORKOWITZ/R L RUBIO ESQS<br>9130 S DADELAND BLVD SUITE 1225<br>MIAMI, FL 33155 | 10319 | 10321 | $166,619.21 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12671 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12672 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12673 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12674 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12675 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12676 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12677 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12678 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12670 | 12679 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12670 | 12680 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12670 | 12681 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12670 | 12682 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12670 | 12683 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12684 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12685 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12686 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12687 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12688 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12689 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12690 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12691 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12692 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670 | 12693 | $63,357,926.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314 | 8315 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314 | 8316 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314 | 8317 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314 | 8318 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314 | 8319 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314 | 8320 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410373**<br>ALLEN BEVERAGES, INC, DBA<br>PEPSI COLA BOTTLING CO OF GULFPORT<br>ATTN C GRAVES/E A ALLEN II<br>13300 DEDEAUX RD<br>PO BOX 1037<br>GULFPORT MS 39505-2037 | 8314 | 8321 | $126,543.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 242201**<br>AMERICAN LEAK DETECTION<br>DEALER ALD0145LOU<br>ATTN LAURA KLEINPETER, OWNER<br>36530 MISSION ST<br>PRAIRIEVILLE, LA 70769 | 317 | 2730 | $450.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Transferee: DEBT ACQUISITION COMPANY OF AMERICA | | | | |
| **Creditor Id: 279340**<br>BEMIS COMPANY, INC<br>POLYETHYLENE PACKING DIVISON<br>ATTN JAMES MCDERMOTT<br>PO BOX 905<br>TERRE HAUTE IN 47808 | 1069 | 1070 | $173,807.78 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130 | 5989 | 5991 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 5992 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 5993 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 5994 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 5995 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 5996 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130 | 5989 | 5997 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130 | 5989 | 5998 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130 | 5989 | 5999 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130 | 5989 | 6000 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY SC 29130 | 5989 | 6001 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6002 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6003 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6004 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6005 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6006 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6007 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6008 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6009 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6010 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:** 315701<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6011 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 315701**<br>BEN-ARNOLD SUNBELT BEVERAGE CO OF<br>SOUTH CAROLINA LP, THE<br>ATTN MIKE SISK, CFO<br>101 BEVERAGE BLVD<br>RIDGEWAY  SC  29130 | 5989 | 6012 | $14,567.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id: 411222**<br>BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLEER<br>751 STATE PARK ROAD<br>GREENVILLE  SC  29609 | 11361 | 11360 | $41,205.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411222**<br>BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLEER<br>751 STATE PARK ROAD<br>GREENVILLE  SC  29609 | 11361 | 11362 | $41,205.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411222**<br>BEVERAGE SOUTH INC<br>ATTN JAMES W DAVIS, CONTROLLEER<br>751 STATE PARK ROAD<br>GREENVILLE  SC  29609 | 11361 | 11363 | $41,205.11 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 243650**<br>BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON, OH  43764 | 9738 | 9739 | $10,510.57 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JERRY VANDE WERKEN, ESQ | | | | |
| **Creditor Id: 243650**<br>BLUE MOON LICENSING LLC<br>PO BOX 243<br>NEW LEXINGTON, OH  43764 | 9738 | 9740 | $10,510.57 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN JERRY VANDE WERKEN, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 373924**<br>BLUE RHINO CORPORATION<br>C/O WOMBLE CARLYLE SANDRIDGE ET AL<br>ATTN JULIE B PAPE, ESQ.<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM NC 27101 | 11068 | 11067 | $274,529.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 373924**<br>BLUE RHINO CORPORATION<br>C/O WOMBLE CARLYLE SANDRIDGE ET AL<br>ATTN JULIE B PAPE, ESQ.<br>ONE WEST FOURTH STREET<br>WINSTON-SALEM NC 27101 | 11068 | 11069 | $274,529.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410455**<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9715 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410455**<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9716 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410455**<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9717 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410455**<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9718 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410455**<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9720 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410455**<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9721 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410455**<br>BUFFALO ROCK COMPANY<br>ATTN ROGER D BARKER<br>111 OXMOOR ROAD<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN DEREK F MEEK, ESQ | 9719 | 9722 | $2,909,714.24 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244349**<br>CAGLE'S, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN R R THAMES & N LAFLEUR, ESQS<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 9944 | 9564 | $210,422.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279117**<br>CAL-MAINE FOODS INC<br>C/O YOUNG WILLIAMS, PA<br>ATTN ROBERT L HOLLADAY JR<br>PO BOX 23059<br>JACKSON MS 39225-3059 | 9424 | 9423 | $306,907.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244427**<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 7942 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 244427**<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 7943 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244427**<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 7944 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244427**<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 7945 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244427**<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 8063 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244427**<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 8064 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 244427**<br>CAMPBELL SOUP COMPANY<br>ATTN LINDA ELLIS, DIR CREDIT OP<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8066 | 8065 | $1,519,788.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 279320<br>CERTIFIED FOODS CORP<br>C/O MUNSCH HARDT KOPF & HARR, PC<br>ATTN RANDALL A RIOS, ESQ<br>700 LOUISIANA ST, STE 4600<br>HOUSTON TX 77002-2732<br><br>Transferee: HAIN CAPITAL HOLDINGS LLC | 7825 | 7824 | $263,271.20 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11266 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11267 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11269 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11270 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 381776<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11271 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 381776**<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11272 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381776**<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268 | 11273 | $1,763,654.98 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 218**<br>COBB ELECTRIC MEMBERSHIP CORP<br>ATTN PAULINE CARR<br>1000 EMC PARKWAY<br>PO BOX 369<br>MARIETTA GA 30061<br><br>Counsel: ATTN ROBERT B SILLIMAN, ESQ | 574 | 2832 | $9,961.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279351**<br>COLE'S QUALITY FOODS INC<br>ATTN: CYNTHIA A HARVARD, CFO<br>1188 LAKESHORE DRIVE<br>MUSKEGON MI 49441-1691<br><br>Counsel: ATTN TIMOTHY J CURTIN, ESQ | 4426 | 4424 | $150,505.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279351**<br>COLE'S QUALITY FOODS INC<br>ATTN: CYNTHIA A HARVARD, CFO<br>1188 LAKESHORE DRIVE<br>MUSKEGON MI 49441-1691<br><br>Transferee: SMITHTOWN BAY LLC<br>Counsel: ATTN TIMOTHY J CURTIN, ESQ | 4426 | 4425 | $150,505.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 381977**<br>CROWN CORK & SEAL USA INC<br>ATTN GARY S SHEARER, CR DIRECTOR<br>ONE CROWN WAY<br>PHILADELPHIA PA 19154-4599<br><br>Counsel: ATTN: ANNE MARIE P KELLEY, ESQ | 8509 | 8508 | $98,469.51 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410563**<br>DAVIS, BERTHINE RHONE<br>C/O WHITEHURST & WHITEHURST<br>ATTN J PAUL WHITEHURST, ESQ<br>1955 22ND STREET<br>NORTHPORT AL 35476 | 8908 | 8907 | $587,875.45 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 393362**<br>DAVIS, THELMA<br>C/O SARTAIN, MCKAY & CROWELL, LLP<br>ATTN RAYMOND CROWELL, ESQ<br>915 INTERSTATE RIDGE DR, STE A<br>GAINESVILLE GA 30501 | 10723 | 10724 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 247995**<br>DENTON DAIRY PRODUCTS, INC<br>ATTN BUTLER A DENTON, PRES<br>PO BOX 839<br>CLEVELAND, MS 38732 | 753 | 1113 | $889.93 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410361**<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON NJ 07057 | 7287 | 7285 | $11,047.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410361**<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON NJ 07057 | 7287 | 7286 | $11,047.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410361**<br>FARMLAND DAIRIES LLC<br>ATTN NANCY SWEENEY, DIR<br>520 MAIN AVENUE<br>WALLINGTON NJ 07057 | 7287 | 7288 | $11,047.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279233** FLORIDA CRYSTALS FOOD CORP ATTN WILLIAM F TARR, ESQ ONE NORTH CLEMATIS STREET, STE 200 WEST PALM BEACH  FL  33401 | 12863 | 12862 | $18,096.43 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GENE B TARR, ESQ | | | | |
| **Creditor Id: 279233** FLORIDA CRYSTALS FOOD CORP ATTN WILLIAM F TARR, ESQ ONE NORTH CLEMATIS STREET, STE 200 WEST PALM BEACH  FL  33401 | 12863 | 12864 | $18,096.43 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GENE B TARR, ESQ | | | | |
| **Creditor Id: 249844** FLORIDA'S NATURAL GROWERS, DIV CITRUS WORLD, INC ATTN FAYE HARRIS/WM J HENDRY 20205 US HIGHWAY 27N PO BOX 1111 LAKE WALES  FL  33859 | 5986 | 5985 | $90,968.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN R SCOTT SHUKER, ESQ | | | | |
| **Creditor Id: 250173** FUTURE FOOD, LTD ATTN DAVID WATTS, CEO 1420 VALWOOD PARKWAY, SUITE 164 CARROLLTON, TX  75006 | 2624 | 2622 | $528,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250173** FUTURE FOOD, LTD ATTN DAVID WATTS, CEO 1420 VALWOOD PARKWAY, SUITE 164 CARROLLTON, TX  75006 | 2624 | 2623 | $528,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 250173** FUTURE FOOD, LTD ATTN DAVID WATTS, CEO 1420 VALWOOD PARKWAY, SUITE 164 CARROLLTON, TX  75006 | 2624 | 2625 | $528,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2626 | $558,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2627 | $558,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2628 | $528,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2629 | $558,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 250173<br>FUTURE FOOD, LTD<br>ATTN DAVID WATTS, CEO<br>1420 VALWOOD PARKWAY, SUITE 164<br>CARROLLTON, TX 75006 | 2624 | 2630 | $558,604.74 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 394068<br>GEORGE, HARTZ, LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | 2520 | 2521 | $118,877.81 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 251056**<br>GUSTAFSONS DAIRY, LLC<br>ATTN JAMES COOPER, CFO<br>PO BOX 338<br>GREEN COVE SPRINGS, FL 32043-0338 | 5988 | 5987 | $203,484.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN R SCOTT SHUKER, ESQ | | | | |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12695 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12696 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12697 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12698 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12699 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12700 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12701 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12702 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106 | 12694 | 12703 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12704 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12705 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12706 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12707 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12708 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12709 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12710 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12711 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12712 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12713 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12714 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12715 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12716 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416984**<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694 | 12717 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 403234**<br>IMPERIAL TRADING COMPANY INC<br>ATTN KEITH BEBA, CONTROLLER<br>PO BOX 23508<br>ELMWOOD LA 70183-0508<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | 11263 | 11264 | $105,057.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12647 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12648 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12649 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12650 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12651 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12652 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12653 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12654 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12655 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12656 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  416982** INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 | 12646 | 12657 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id:  416982** INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 | 12646 | 12658 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id:  416982** INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 | 12646 | 12659 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id:  416982** INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 | 12646 | 12660 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |
| **Creditor Id:  416982** INDEMNITY INSURANCE CO OF N AMERICA C/O ACE USA ATTN COLLATERAL MANAGER 436 WALNUT STREET PHILADELPHIA PA 19106 | 12646 | 12661 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN MARGERY N. REED, ESQ | | | | |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12662 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12663 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12664 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12665 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12666 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12667 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12668 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 416982**<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646 | 12669 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399337**<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS/C LARRY GILBERT<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 | 470 | 468 | $195,417.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399337**<br>INGRAM ENTERTAINMENT INC<br>ATTN DORIS NELMS/C LARRY GILBERT<br>TWO INGRAM BLVD<br>LAVERNGE TN 37086 | 470 | 473 | $195,417.68 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 252191**<br>INLINE PLASTICS CORP<br>ATTN OSCAR M PARENTE, ESQ/VP<br>42 CANAL STREET<br>SHELTON CT 06484 | 6815 | 6816 | $25,027.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279291**<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, CUST SVC MGR<br>STRAWBERRY LANE<br>ORRVILLE  OH  44667-0280 | 6918 | 6913 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279291**<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, CUST SVC MGR<br>STRAWBERRY LANE<br>ORRVILLE  OH  44667-0280 | 6918 | 6914 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279291**<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, CUST SVC MGR<br>STRAWBERRY LANE<br>ORRVILLE  OH  44667-0280 | 6918 | 6915 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279291**<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, CUST SVC MGR<br>STRAWBERRY LANE<br>ORRVILLE  OH  44667-0280 | 6918 | 6916 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279291**<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, CUST SVC MGR<br>STRAWBERRY LANE<br>ORRVILLE  OH  44667-0280 | 6918 | 6917 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279291**<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, CUST SVC MGR<br>STRAWBERRY LANE<br>ORRVILLE  OH  44667-0280 | 6918 | 6919 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279291**<br>JM SMUCKER COMPANY, THE<br>ATTN BRUCE JONES, CUST SVC MGR<br>STRAWBERRY LANE<br>ORRVILLE  OH  44667-0280 | 6918 | 6920 | $2,051,192.94 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 399445<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 648 | 647 | $2,012,537.69 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 399445<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 648 | 649 | $2,012,537.69 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9003 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9004 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 278813<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9005 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.,
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9006 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9007 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9009 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9010 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9011 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9012 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9013 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9014 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9015 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9016 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9017 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9018 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9019 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9020 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH  TX  76102 | 9008 | 9021 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9022 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9023 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9024 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9025 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 278813**<br>KASHI SALES, LLC<br>C/O WARNER STEVENS LLP<br>ATTN M WARNER/E CHOU, ESQS<br>1700 CITY CENTER TOWER II<br>301 COMMERCE STREET<br>FORT WORTH TX 76102 | 9008 | 9026 | $25,494.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 253697**<br>KEEMAN PETROLEUM CO INC<br>ATTN JAMES C KEENER JR, OWNER<br>PO BOX 10<br>VALDOSTA, GA 31603-0010 | 6705 | 6452 | $161,031.89 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8727 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8728 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8729 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8730 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8731 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8732 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8733 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8734 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8735 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8736 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8737 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8738 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8739 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8740 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8741 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8742 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408360**<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 8743 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10182 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10183 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10184 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10185 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10186 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726 | 10187 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382029<br>KEMPS LLC<br>ATTN STEVE CARLSON, CREDIT MGR<br>1270 ENERGY LANE<br>ST PAUL MN 55108 | 7390 | 7391 | $69,973.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9679 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9680 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9681 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9682 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9683 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE TN 37902 | 9684 | 9685 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9686 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9687 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9688 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9689 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9690 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9691 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9692 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9693 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9694 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9695 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382031<br>KIMBERLY CLARK CORP<br>ATTN TED C BANKER, DIR CUSTOMER FIN<br>520 W SUMMITT HILL DR<br>KNOXVILLE  TN  37902 | 9684 | 9696 | $2,810,056.71 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315679<br>LANCE, INC<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE  NC  28202 | 857 | 865 | $848,137.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 315679<br>LANCE, INC<br>C/O SHUMAKER LOOP & KENDRICK LLP<br>ATTN DAVID M GROGAN ESQ<br>128 SOUTH TRYON STREET STE 1800<br>CHARLOTTE  NC  28202 | 857 | 866 | $848,137.52 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7716 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7717 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7718 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7719 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7720 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7721 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7722 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7723 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7724 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI<br>INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7725 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7726 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7727 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7728 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7729 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7730 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7731 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7732 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7733 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7734 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO  IL  60606-1229 | 7737 | 7735 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7736 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7738 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279389**<br>LN INTERNATIONAL, INC FKA SCUNCI INTERNATIONAL, INC.<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN J W YOUNG & J C PASCHKE, ESQS<br>225 WEST WACKER DRIVE, STE 3000<br>CHICAGO IL 60606-1229 | 7737 | 7739 | $112,044.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399444**<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 646 | 644 | $418,522.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 399444**<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 646 | 645 | $418,522.47 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8243 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8244 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8245 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8246 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8248 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8249 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  255920**<br>MCPHERSON BEVERAGES, INC<br>ATTN R M HULL JR/M HULL<br>1330 STANCELL ST<br>ROANOKE RAPIDS,  NC  27870 | 8247 | 8250 | $13,692.30 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279072**<br>MT OLIVE PICKLE COMPANY, INC<br>C/O WHARTON ALDHIZER & WEAVER, PLC<br>ATTN STEPHAN W MILO, ESQ<br>125 S AUGUSTA STREET, STE 2000<br>STAMPTON VA 24401 | 9702 | 9701 | $232,374.75 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 256970**<br>NATIONAL FISH & SEAFOOD, LTD<br>C/O ERCOLINI & CO, LLP<br>ATTN MICHAEL BRUNO<br>55 SUMMER STREET<br>BOSTON MA 02110<br><br>Counsel: ATTN WILLIAM S MCMAHON, ESQ | 4099 | 4100 | $34,538.96 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 411179**<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH PA, ET AL<br>C/O AIG LAW DEPT - BANKRUPTCY<br>ATTN MICHELLE A LEVITT, ESQ.<br>70 PINE STREET, 31ST FLOOR<br>NEW YORK NY 10270 | 11248 | 11249 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 394057**<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 | 8207 | 8206 | $93,314.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 394057**<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 | 8207 | 8208 | $93,314.65 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 257806**<br>OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 | 4016 | 4014 | $26,853.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 257806<br>OTIS SPUNKMEYER INC<br>ATTN KATHY SOLIZ<br>7090 COLLECTION DR<br>CHICAGO, IL 60693 | 4016 | 4015 | $28,853.58 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8322 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8323 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8324 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8325 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8326 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8328 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8327 | 8329 | $312,776.84 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8330 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8332 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8333 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8334 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8335 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382063<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8336 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 382063**<br>PEPPERIDGE FARM<br>ATTN KATE GREELEY<br>1 CAMPBELL PLACE<br>CAMDEN NJ 08103 | 8331 | 8337 | $842,547.02 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408402**<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7910 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408402**<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7911 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408402**<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7912 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408402**<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7913 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 408402**<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609<br><br>Counsel: ATTN AMOS U PRIESTER, IV, ESQ | 7909 | 7914 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 408402**<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609 | 7909 | 7915 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN AMOS U PRIESTER, IV, ESQ | | | | |
| **Creditor Id: 408402**<br>PEPSI BOTTLING VENTURES, LLC<br>ATTN RITA BARBOUR, CORP CREDIT MGR<br>4700 HOMEWOOD CT, SUITE 200<br>RALEIGH NC 27609 | 7909 | 7916 | $599,960.42 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN AMOS U PRIESTER, IV, ESQ | | | | |
| **Creditor Id: 258334**<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9651 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258334**<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9652 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258334**<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9653 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258334**<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9654 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 258334**<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9656 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258334**<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9657 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258334**<br>PEPSI COLA BOTTLING CO OF ATMORE<br>ATTN LANCE MCKENZIE, CONTROLLER<br>PO DRAWER 1009<br>106 S PRESTLEY STREET<br>ATMORE, AL 36504 | 9655 | 9658 | $80,805.95 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258327**<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9660 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258327**<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9661 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258327**<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL 36702-1086 | 9659 | 9662 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  258327**<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL  36702-1086 | 9659 | 9663 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258327**<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL  36702-1086 | 9659 | 9664 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258327**<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL  36702-1086 | 9659 | 9665 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258327**<br>PEPSI COLA BOTTLING CO OF SELMA<br>ATTN SYLVIA SMITH, CONTROLLER<br>PO BOX 1086<br>SELMA, AL  36702-1086 | 9659 | 9666 | $73,738.35 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258337**<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL  35602 | 7905 | 7901 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258337**<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL  35602 | 7905 | 7902 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  258337**<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL  35602 | 7905 | 7903 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258337**<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL  35602 | 7905 | 7904 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN |
| **Creditor Id:  258337**<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL  35602 | 7905 | 7906 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258337**<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL  35602 | 7905 | 7907 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  258337**<br>PEPSI COLA DECATUR LLC DBA<br>PEPSI COLA BOTTLING CO<br>ATTN RODGER SHABEL, GM<br>PO BOX 2389<br>DECATUR, AL  35602 | 7905 | 7908 | $64,564.40 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279260**<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE NC  28224-1167 | 7464 | 7458 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279260**<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE  NC  28224-1167 | 7464 | 7459 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279260**<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE  NC  28224-1167 | 7464 | 7460 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279260**<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE  NC  28224-1167 | 7464 | 7461 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279260**<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE  NC  28224-1167 | 7464 | 7462 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279260**<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE  NC  28224-1167 | 7464 | 7463 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279260**<br>PEPSI-COLA BOTTLING CO OF CHARLOTTE<br>ATTN DARRELL M KIGGINS, CREDIT MGR<br>PO BOX 241167<br>CHARLOTTE  NC  28224-1167 | 7464 | 7465 | $240,445.27 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410567**<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE  AL  36049 | 8917 | 8918 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 410567**<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8919 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410567**<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8920 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410567**<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8921 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410567**<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8922 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410567**<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8923 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 410567**<br>PEPSI-COLA BTLG CO OF LUVERNE INC<br>ATTN MARVIN MOTLEY, PRESIDENT<br>PO BOX 226<br>LUVERNE AL 36049 | 8917 | 8924 | $94,003.14 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279086**<br>PEPSI/AMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338 | 8339 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id: 279086**<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338 | 8340 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279086**<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338 | 8341 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279086**<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338 | 8342 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN |
| **Creditor Id: 279086**<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338 | 8343 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279086**<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338 | 8344 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 279086**<br>PEPSIAMERICAS, INC<br>ATTN STEVEN M ZANIN, MGR<br>3501 ALGONQUIN ROAD<br>ROLLING MEADOWS IL 60008-3103 | 8338 | 8345 | $1,657,814.82 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id: 258690**<br>POM WONDERFUL LLC<br>ATTN ANDREW ASCH/C CRAWFORD<br>11444 W OLYMPIC BLVD, 10TH FLR<br>LOS ANGELES, CA 90064 | 10340 | 10341 | $83,004.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025 | 6013 | 6015 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025 | 6013 | 6016 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025 | 6013 | 6017 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025 | 6013 | 6018 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025 | 6013 | 6019 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025 | 6013 | 6020 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Counsel: ATTN GERARD S CATALANELLO, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6021 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6022 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6023 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6024 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6025 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279385**<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR  FL  33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6026 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279385 PREMIER BEVERAGE COMPANY, LLC ATTN JORGE F GRAU, VP FIN 9801 PREMIER PARKWAY MIRAMAR FL 33025  Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6027 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279385 PREMIER BEVERAGE COMPANY, LLC ATTN JORGE F GRAU, VP FIN 9801 PREMIER PARKWAY MIRAMAR FL 33025  Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6028 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279385 PREMIER BEVERAGE COMPANY, LLC ATTN JORGE F GRAU, VP FIN 9801 PREMIER PARKWAY MIRAMAR FL 33025  Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6029 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279385 PREMIER BEVERAGE COMPANY, LLC ATTN JORGE F GRAU, VP FIN 9801 PREMIER PARKWAY MIRAMAR FL 33025  Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6030 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279385 PREMIER BEVERAGE COMPANY, LLC ATTN JORGE F GRAU, VP FIN 9801 PREMIER PARKWAY MIRAMAR FL 33025  Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6031 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279385 PREMIER BEVERAGE COMPANY, LLC ATTN JORGE F GRAU, VP FIN 9801 PREMIER PARKWAY MIRAMAR FL 33025  Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6032 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6033 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6034 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6035 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 279385<br>PREMIER BEVERAGE COMPANY, LLC<br>ATTN JORGE F GRAU, VP FIN<br>9801 PREMIER PARKWAY<br>MIRAMAR FL 33025<br><br>Counsel: ATTN GERARD S CATALANELLO, ESQ | 6013 | 6036 | $713,560.15 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259032<br>PURCELL INTERNATIONAL<br>ATTN WILLIAM E PURCELL, PRESIDENT<br>PO BOX 5043<br>WALNUT CREEK, CA 94596-1097 | 4105 | 4106 | $330,935.55 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399651<br>R&R SUPPLY CO, INC<br>ATTN: REBECCA ROYAL, ACCT REC &<br>K ROGER TEEL SR, PRES<br>830 PLANTATION WAY<br>MONTGOMERY AL 36117 | 804 | 2725 | $536.26 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6903 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6904 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6905 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6906 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6907 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6909 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 259354<br>RED GOLD INC<br>ATTN JOHN PAFFEN, CR MGR<br>PO BOX 71862<br>CHICAGO, IL 60694-1862 | 6908 | 6910 | $136,064.44 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809 | 7810 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809 | 7811 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809 | 7812 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809 | 7813 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809 | 7814 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809 | 7815 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 407614<br>REFRESHMENT SERVICES, INC<br>ATTN MICHELLE KIMBRO, ASST CONTR<br>3400 SOLAR AVENUE<br>SPRINGFIELD IL 62707-5713 | 7809 | 7816 | $183,480.28 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7772 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7773 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7774 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7775 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7776 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7793 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7794 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 7795 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11717 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11718 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11719 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11720 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11721 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11722 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716 | 11723 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11724 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11725 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11726 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11727 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11728 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11729 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11730 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  408335**<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716 | 11731 | $31,616,231.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  259486**<br>RETAIL DATA LLC<br>ATTN CHRISTOPHER F FERGUSON, GM<br>2235 STAPLES MILL RD, STE 300<br>PO BOX 6991<br>RICHMOND, VA  23230<br><br>Transferee: ASM CAPITAL LP | 9141 | 7851 | $67,592.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  259486**<br>RETAIL DATA LLC<br>ATTN CHRISTOPHER F FERGUSON, GM<br>2235 STAPLES MILL RD, STE 300<br>PO BOX 6991<br>RICHMOND, VA  23230 | 9141 | 7852 | $67,592.88 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7602 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7603 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7604 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7606 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7607 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7608 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 279038<br>SC JOHNSON & SON, INC<br>ATTN GERRY BACCASH, MS321<br>1525 HOWE STREET<br>RACINE WI 53403 | 7605 | 7609 | $367,758.41 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

EIGHTEENTH OMNIBUS CLAIMS OBECTION

EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO

BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

Page: 78 of 88

Date: 09/20/2006

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8148 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8149 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8150 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8151 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  260531<br>SCHERING PLOUGH HEALTHCARE PRODUCTS<br>ATTN JOHN J GLYNN, DIRECTOR FINANCE<br>3030 JACKSON AVENUE<br>MEMPHIS  TN  38151 | 8153 | 8152 | $987,563.33 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  279283<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10854 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

EIGHTEENTH OMNIBUS CLAIMS OBECTION

EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO

BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10856 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10857 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10858 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10859 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 10860 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  279283**<br>SIGNATURE BRANDS, LLC<br>ATTN ROBERT E MUNN<br>808 SW 12TH STREET<br>OCALA  FL  34478<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10855 | 11066 | $184,164.50 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| | 8210 | 8209 | $530,214.04 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 382161 SIRVA RELOCATION C/O LAW OFFICE OF GLENN M REISMAN ATTN GLENN M REISMAN, ESQ TWO CORPORATE DRIVE, SUITE 648 PO BOX 861 SHELTON  CT  06484-0861 | | | | |
| Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | 310 | 2833 | $42,230.38 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 395538 SNAPPING SHOALS EL MEMBERSHIP CORP ATTN TERRY CLARK, VP PO BOX 509 COVINGTON  GA  30016 | | | | |
| Counsel: ATTN ROBERT B SILLIMAN, ESQ | 6272 | 6271 | $292,689.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 261381 SOUTHERN CLEANING SERVICES, INC ATTN H DEAN GOFORTH, PRES 106 S CHALKVILLE ROAD TRUSSVILLE, AL  35173 | | | | |
| Transferee: DELLACAMERA CAPITAL MASTER FUND LTD Counsel: ATTN LARRY D HENIN, ESQ | 6272 | 6273 | $292,689.36 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 261381 SOUTHERN CLEANING SERVICES, INC ATTN H DEAN GOFORTH, PRES 106 S CHALKVILLE ROAD TRUSSVILLE, AL  35173 | | | | |
| Transferee: DELLACAMERA CAPITAL MASTER FUND LTD Counsel: ATTN LARRY D HENIN, ESQ | 569 | 547 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 399377 SPCP GROUP LLC AGT OF SILVER PT CAP FUND LP & SILVER PT CAP OFFSHORE C/O TRAUB BONACQUIST & FOX LLP ATTN MAURA I RUSSELL, ESQ 655 THIRD AVENUE, 21ST FLOOR NEW YORK  NY  10017 | | | | |
| Transferee: JPMORGAN CHASE BANK NA | | | | |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

Page: 81 of 88
Date: 09/20/2006

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 550 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 551 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 552 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 553 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 554 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 555 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 556 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 557 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 558 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 559 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

Page: 83 of 88
Date: 09/20/2006

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 560 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 561 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 562 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 563 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 564 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 565 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 566 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 567 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 568 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK  NY  10017 | 569 | 570 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

Page: 85 of 88
Date: 09/20/2006

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 571 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  399377<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN MAURA I RUSSELL, ESQ<br>655 THIRD AVENUE, 21ST FLOOR<br>NEW YORK NY 10017 | 569 | 572 | $5,000,000.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  269279<br>SPEARS, JOANNE<br>C/O JEFFREY T GREENBERG, PC<br>ATTN JEFFREY T GREENBERG, ESQ<br>421 FRENCHMEN STREET, SUITE 200<br>NEW ORLEANS, LA 70116 | 8791 | 8790 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  408325<br>SPECIALTY BRANDS, LP<br>ATTN BOBBIE SHIER, DIR CREDIT SVCS<br>4200 E CONTOURS DR, SUITE 100<br>ONTARIO CA 91764<br><br>Counsel: ATTN: STEPHEN M MILLER, ESQ | 6761 | 6760 | $59,577.79 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id:  402084<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | 877 | 13251 | $7,643.70 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

**WINN-DIXIE STORES, INC., ET AL.**
**EIGHTEENTH OMNIBUS CLAIMS OBECTION**
**EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO**
**BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION**

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:** 400557<br>TM SHEA PRODUCTS, INC<br>C/O WEISMAN YOUNG SCHLOSS ET AL<br>ATTN JOHN A RUEMENAPP, ESQ<br>30100 TELEGRAPH ROAD, SUITE 428<br>BINGHAM FARMS MI 48025<br><br>Transferee: AMROC INVESTMENTS LLC | 871 | 872 | $113,775.91 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10222 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10223 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10224 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10225 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10226 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| **Creditor Id:  410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10227 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  410965**<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10221 | 10228 | $0.00 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  278964**<br>VAN HOEKELEN GREENHOUSES, INC<br>ATTN LORI VAN HOEKELEN, SECRETARY<br>PO BOX 88, RT 309<br>MCADOO, PA  18237-0088<br><br>Counsel: ATTN RICHARD P FREEDMAN, ESQ | 8405 | 8406 | $404,426.80 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  405871**<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS  LA  70114<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10852 | 10847 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  405871**<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS  LA  70114<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10852 | 10848 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:  405871**<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS  LA  70114<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10852 | 10849 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
EIGHTEENTH OMNIBUS CLAIMS OBECTION
EXHIBIT A - DUPLICATE DIFFERENT DEBTOR CLAIMS TO
BE DISALLOWED CONTINGENT ON PLAN CONFIRMATION

| Name of Claimant | Remaining Claim No. | Duplicate Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|
| Creditor Id: 405871<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS LA 70114<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10852 | 10850 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 405871<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS LA 70114<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10852 | 10851 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 405871<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS LA 70114<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10852 | 10853 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 405871<br>ZATARAINS, INC<br>ATTN REGINA TEMPLET<br>PO BOX 6190<br>NEW ORLEANS LA 70114<br><br>Counsel: ATTN DANIEL J CARRIGAN, ESQ | 10852 | 11064 | $44,433.12 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| Creditor Id: 383146<br>ZUBI ADVERTISING SERVICES, INC<br>C/O MARKOWITZ DAVIS RINGEL & TRUSTY<br>ATTN J MARKOWITZ & R RUBIO, ESQS<br>9130 SO DADELAND BLVD, STE 1225<br>MIAMI FL 33156 | 2565 | 2582 | $326,380.53 | DUPLICATES CLAIM LISTED IN REMAINING CLAIM COLUMN. |

| | | | |
|---|---|---|---|
| Total Claims to be Disallowed: | 499 | | |
| Total Amount to be Disallowed: | $2,485,261,207.87 | Plus Unliquidated Amounts, If Any | |