IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,

    Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b), MONTGOMERY WAREHOUSE, L.L.C., party in interest, hereby appears in the above-captioned cases by its counsel, Baker & Hostetler LLP, and hereby requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, telephone and facsimile numbers indicated:

Richard A. Robinson, Esquire
Baker & Hostetler LLP
200 S. Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida  32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which the above-named creditor are or may be entitled, in law or in equity, all of which

rights, claims, actions, defenses, setoffs, and recoupments the above-named creditor and party in interest expressly reserves.

DATED: September 26, 2006.

Respectfully submitted,

BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32802-0112
Telephone: (407) 649-4000
Telecopier: (407) 841-0168
**Attorneys Montgomery Warehouse, L.L.C.**

By:  /s/ Richard A. Robinson
     Richard A. Robinson
     Florida Bar No. 41238
     Eric S. Golden
     Florida Bar No. 0146846

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of September, 2006, a true and correct copy of the foregoing *Notice of Appearance and Demand for Notices and Papers* was furnished via electronic mail to all parties listed on the Court's electronic mailing list, including the following:

| | |
|---|---|
| Stephen D. Busey, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>busey@smithhulsey.com | D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>dbaker@skadden.com |
| John B. Macdonald, Esquire<br>Akerman, Senterfitt & Eidson, P.A.<br>50 North Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>john.macdonald@akerman.com | Adam Ravin, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>aravin@skadden.com |
| Elana L. Escamilla, Esquire<br>Assistant U.S. Trustee<br>135 West Central Boulevard, Room 620<br>Orlando, Florida 32801<br>elana.l.escamilla@usdoj.gov | Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Plaza<br>New York, New York 10005<br>ddunne@milbank.com |
| Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>cjackson@smithhulsey.com | |

     /s/ Richard A. Robinson
     Richard A. Robinson

87846, 00001, 501161329.1, Notice of Appearance - RAR