**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                              Case No. 3:05-bk-03817-JAF

Winn-Dixie Stores, Inc.,                            Chapter 11
                    Debtor.
_____/

**NOTICE OF WITHDRAWAL OF**
**APPEARANCE OF COUNSEL FOR**
**INTERNATIONAL BUSINESS MACHINES CORPORATION**

The undersigned hereby gives notice that he withdraws as counsel on behalf of Creditor, **INTERNATIONAL BUSINESS MACHINES CORPORATION** ("IBM Corp."), and states that there he has not appeared in any contested matter or adversary proceeding or filed any petition on behalf of a debtor in this matter. Undersigned counsel also requests that he be removed from the Local Rule 1007-2 Parties in Interest List.

                                        Respectfully submitted,

                                        /s/ Ronald J. Marlowe
                                        Florida Bar No. 435971
                                        ARNSTEIN & LEHR LLP
                                        1110 N. Florida Ave.
                                        Tampa, FL 33602
                                        (813) 254-1400
                                        (813) 254-5324 (facsimile)
                                        rjmarlowe@Arnstein.com

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy has been furnished on September 26, 2006, via electronic filing or Unites States mail upon the following:

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>%Adam Ravin, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Winn-Dixie Stores, Inc.<br>%Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 |
| Winn-Dixie Stores, Inc.<br>%James H. Post, Esq.<br>Smith Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | Winn-Dixie Stores, Inc.<br>%Stephen D. Busey, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
| United States Trustee<br>%Elena L. Escamilla, Esq.<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32806 | Kenneth C. Meeker<br>United States Trustee<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Official Committee of Unsecured Creditors<br>Of Winn-Dixie Stores, Inc.<br>%Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Official Committee of Unsecured Creditors<br>Of Winn-Dixie Stores, Inc.<br>%John B. Macdonald<br>Akerman Senterfitt<br>50 N. Laura Street<br>Suite 2500<br>Jacksonville, FL 32202 |
| Official Committee of Unsecured Creditors<br>Of Winn-Dixie Stores, Inc.<br>%Patrick P. Patangan<br>Akeman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 | |

/s/ Ronald J. Marlowe