

# NAVAJO MANUFACTURING COMPANY INC.

5330 Fox Street · Denver, Colorado 80216   Telephone 1-800-525-5097  Fax 303-298-8059



FILED
JACKSONVILLE
SEP 25 2006
CLERK, U.S. BANKRUPTCY
MIDDLE DISTRICT OF FLORIDA

September 15, 2006

Clerk of the Court
United States Courthouse
300 North Hogan St., Suite 3-350
Jacksonville, Florida 32202

RE:  Case No. 05-03817-3FI Winn-Dixie Stores, Inc. Claim No. 10916

To Whom It May Concern:

Please accept this written notice as opposition to the disallowance of the Navajo Manufacturing Co. claim number 10916.

Navajo questions the accuracy of the Debtor's books and records.  The original Navajo claim can be documented with invoices and proof of deliveries receipts.

Since the original claim there have been some returns and payments, but nothing to the extent as outlined on the reason for proposed disallowance.
- Navajo has received $14,275.96 in payments (Attachment A).
- In these payments 20 invoices were paid short for a total of $2,439.17 with no explanation from Winn-Dixie as to why they were paid short (Attachment B).
- Attachment B-1 is a Winn-Dixie check remittance with 16 credits where they took credits on product never paid for and where they took credit on product never returned.
- Navajo has received returned product totaling $29,989.52 (Attachment C), which Winn Dixie has received credit.
- In total Winn-Dixie has taken deductions of $5,482.88  (Attachment C-1) for product to be returned, however the product has never been received by Navajo.  Navajo has not allowed this credit.

To further support our contention that the Debtor's books and records are not accurate Navajo hired a third party, Lawrence Merchandising Service, to fill the Navajo display units (Attachment D).  They spent extensive time at many of the Winn-Dixie locations and found Navajo shipments in the Winn-Dixie warehouse which were not scanned into the Winn-Dixie system, but they had already been opened and product removed.  These shipments were not being properly received and processed by Winn-Dixie employees, but product was being placed on the store floor to be sold.






Navajo Manufacturing can document the delivery of product to Winn-Dixie and has continued to diligently track payments, returns and deductions communicated by Winn-Dixie. For Navajo to have a Winn-Dixie Accounts Receivable balance of $230,819.87 Winn-Dixie would have had to have paid for the product and returned the product. Winn-Dixie never returned this amount of product and Winn-Dixie has not even paid for $100,000 of product since the inception of the relationship in 2003. The math does not work.

Navajo strongly opposes the disallowance of claim number 10916 and will cooperate in any manner necessary to have the Court to reconsider this matter.

Sincerely,

Douglas B. Thomson
Controller

CC: Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: D.J. Baker
    Four Times Square
    New York, New York 10036

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

**NOTICE OF DEBTORS' NINETEENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) WORKERS COMPENSATION CLAIMS AND (D) WORKERS COMPENSATION MISCLASSIFIED CLAIMS**

Claimant ID: WDX-257031-9F-12
NAVAJO MANUFACTURING CO
ATTN GORDEN LEVY, CEO
5330 FOX STREET
DENVER, CO 80216-1630

RECEIV...
SEP 0 5 2006
ACCOUNTING

| CLAIM(S) TO BE DISALLOWED |
|---|
| **Claim No.:** 10916 |
| **Claim Amount:** $234,352.57 |
| **Reason for Proposed Disallowance:** NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $57,821.65 AND $230,819.87, RESPECTIVELY, AND CHARGEBACKS OF $29,799.85 ON PREVIOUSLY PAID AND DISPUTED INVOICES. ACCORDINGLY, CLAIMANT OWES DEBTOR $84,088.80. |

1.   PLEASE TAKE NOTICE that Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") filed on August 30, 2006 their Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers Compensation Claims and (D) Workers Compensation Misclassified Claims (the "Objection") with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2.   **The Objection requests that the Bankruptcy Court disallow one or more of your claims listed above under CLAIM(S) TO BE DISALLOWED for the reason set forth above. Any claim that the Bankruptcy Court disallows will be treated as if it had not been filed and you will not receive any distribution in these cases.**

3.   If you do NOT oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. If you DO oppose the disallowance of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 25, 2006** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

5. Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

6. In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Attn: D.J. Baker, Four Times Square, New York, New York 10036, via email at djbaker@skadden.com, or via facsimile sent to (917) 777-2150.

7. A hearing will be held on **October 5, 2006** to consider the Objection. The hearing will be held at **1:00 p.m. Eastern Time** in the United States Bankruptcy Court for the Middle District of Florida at the United States Courthouse, 300 North Hogan St., 4th Floor, Jacksonville, Florida 32202. If you file a written response to the Objection, then you should plan to appear at the hearing. The Debtors, however, may agree to continue the Objection with respect to your claim(s). If the Debtors do agree to a continuance with respect to your claim(s), the hearing will be held at a later date. If the Debtors do not agree to a continuance with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

8. If the Bankruptcy Court does not disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED, the Debtors may seek to object to your claim(s) on other grounds (or to any other claims that you have filed) at a later date. In addition, to the extent determinable, the Debtors may seek to modify the Debtor against which your claim was filed in order to reflect that the claim is filed against the Debtor believed to be liable for the amounts asserted in the claim. You will receive a separate notice of any additional objections the Debtors seek to assert and you will be given an opportunity to respond to those objections.

9. The Debtors reserve their rights with respect to any potential preference and avoidance actions under chapter 5 of the Bankruptcy Code.

10. **If you have any questions regarding the Objection or your claim(s), you may contact Jane Leamy of Skadden, Arps, Slate, Meagher & Flom LLP at (302) 651-3179 or jleamy@skadden.com.** A copy of the Objection and/or your proof of claim can be obtained, without charge, from the Debtors' claim agent's website: www.loganandco.com, or if you do not have access to a computer, from Skadden, Arps, Slate, Meagher & Flom LLP, at the Debtors' expense, by calling the number listed above.

Dated: August 30, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   /s/ D.J. Baker<br>D.J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Jane M. Leamy<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | By   /s/ James H. Post<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |

Form B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION<br>Winn-Dixie Stores, Inc., et al., Case No. 05-03817-3F1, Jointly Administered | Chapter 11<br>PROOF OF CLAIM | DEADLINE FOR FILING PROOFS OF CLAIM IS: AUGUST 1, 2005 AT 5:00 P.M. EASTERN TIME |
|---|---|---|

Name of Debtor Against Which You Assert Your Claim:

Debtor Name: **Winn Dixie Stores, Inc.**   Case No **05-03817-3F1**
(See List of Names and Case Numbers on Reverse Side)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>20245066<br>WDX-257031-B2-12<br>NAVAJO MANUFACTURING CO<br>5330 FOX STREET<br>DENVER, CO 80216-1630 | **(303) 292-3090**<br>Telephone No of Creditor<br><br>**(303) 256-4479**<br>Fax No of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) | DEBTOR  WINN - DIXIE STORES, INC.<br>U S BANKRUPTCY COURT  M.D -FLORIDA<br>JOINTLY ADMINISTERED UNDER<br>CASE  05-03817 (3Fi)<br>CHAPTER 11<br>**CLAIM NO.: 10916** |
|---|---|---|
| B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if): ☐ replaces address above  ☐ additional address<br>Name _____<br>Company/Firm _____<br>Address _____ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach a copy of statement giving particulars<br>☐ Check box if you have never received any notices in this case | If an amount is identified above, you have a claim scheduled by the Debtor as shown  If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtors, you do not need to file this proof of claim, EXCEPT AS FOLLOWS  If the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MUST be filed in order for you to receive any distribution on account of your claim  If you have already filed a proof of claim in accordance with the attached instructions, you need not refile your claim |

Account or Other Number by Which Creditor Identifies Debtor
**123847**

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated _____

1. Basis for Claim
☒ Goods sold to debtor(s)
☐ Services performed for debtor(s)
☐ Goods purchased from debtor(s)
☐ Money loaned
☐ Personal injury/property damage
☐ Other _____

☐ Taxes
☐ Severance agreement
☐ Refund
☐ Real property lease
☐ Personal property lease
☐ Other contract _____

☐ Retiree benefits as defined in 11 U.S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SSN: _____
Unpaid compensation for services performed from _____ to _____
(date) (date)

2. Date debt was incurred: **August 2004 - February 2005**

3. If claim is based on a Court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:
$ **234,352.57**    $ _____    $ _____    $ **234,352.57**
(unsecured)   (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral. $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

6. Unsecured Nonpriority Claim $ **234,352.57**
☒ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

7. Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)
☐ Contributions to an employee benefit plan – 11 U S C. § 507 (a) (4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C. § 507 (a) (6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U S C § 507 (a) (7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507 (a) (8)
☐ Other – Specify applicable paragraph of 11 U S C § 507 (a) ( )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space Is For Court Use Only

Date **7-29-05**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice:
Print **Gordon Levy**   Title **CEO**
Signature _____

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

RECEIVED 2005 AUG -1 PM 1:58 U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA  LOGAN & COMPANY, INC. AS AGENT

**Winn Dixe - Paid Bankruptcy invoices after bankruptcy**

| Inv# | Date | Amount Pd |
|---|---|---|
| 541597 | 7/22/2004 | 201.36 |
| 574979 | 2/14/2005 | 159.02 |
| 569845 | 1/14/2005 | 165.41 |
| 574930 | 2/14/2005 | 149.00 |
| 573069 | 2/11/2005 | 812.57 |
| 565210 | 11/24/2004 | 106.62 |
| 565172 | 11/24/2004 | 157.74 |
| 565786 | 12/9/2004 | 50.19 |
| 569427 | 1/17/2005 | 181.44 |
| 573091 | 2/10/2005 | 462.30 |
| 545228 | 8/6/2004 | 298.00 |
| 573821 | 2/14/2005 | 115.21 |
| 573147 | 2/11/2005 | 179.86 |
| 539494 | 7/14/2004 | 673.3 |
| 573363 | 2/14/2005 | 358.39 |
| 571165 | 2/7/2005 | 287.65 |
| 565233 | 11/24/2004 | 127.97 |
| 571171 | 2/7/2005 | 234.56 |
| 569429 | 1/17/2005 | 162.20 |
| 565741 | 12/9/2004 | 52.13 |
| 569801 | 1/17/2005 | 255.08 |
| 541509 | 7/22/2004 | 777.60 |
| 573154 | 2/11/2005 | 166.61 |
| 573064 | 2/10/2005 | 280.94 |
| 565247 | 11/29/2004 | 446.39 |
| 569841 | 1/14/2005 | 190.37 |
| 565784 | 12/9/2004 | 41.12 |
| 573866 | 2/14/2005 | 304.03 |
| 539349 | 7/15/2004 | 352.80 |
| 573868 | 2/14/2005 | 603.04 |
| 574967 | 2/14/2005 | 138.14 |
| 573148 | 2/11/2005 | 185.65 |
| 573242 | 2/11/2005 | 457.12 |
| 574934 | 2/15/2005 | 99.76 |
| 569780 | 1/17/2005 | 230.68 |
| 565196 | 11/24/2004 | 49.92 |
| 565661 | 11/30/2004 | 130.6 |
| 573828 | 2/15/2005 | 233.17 |
| 569464 | 1/17/2005 | 150.68 |
| 573138 | 2/11/2005 | 303.91 |
| 574049 | 2/14/2005 | 741.74 |
| 574988 | 2/14/2005 | 561.31 |
| 573143 | 2/11/2005 | 251.92 |
| 573087 | 2/10/2005 | 218.26 |
| 569448 | 1/17/2005 | 272.62 |
| 569181 | 1/3/2005 | 400.33 |
| 570092 | 1/14/2005 | 579.6 |
| 545306 | 8/6/2004 | 656.28 |
| 573097 | 2/10/2005 | 261.37 |
| | Total Pd | **14275.96** |

**Winn Dixe - Paid Bankruptcy invoices after bankruptcy**

| Inv# | Date | Amount Pd | Short | Over |
|---|---|---:|---:|---:|
| 541597 | 7/22/2004 | 201.36 | 474.72 | |
| 574979 | 2/14/2005 | 159.02 | | |
| 569845 | 1/14/2005 | 165.41 | 1.80 | |
| 574930 | 2/14/2005 | 149.00 | 35.30 | |
| 573069 | 2/11/2005 | 812.57 | | 3.22 |
| 565210 | 11/24/2004 | 106.62 | | |
| 565172 | 11/24/2004 | 157.74 | | |
| 565786 | 12/9/2004 | 50.19 | 74.50 | |
| 569427 | 1/17/2005 | 181.44 | 27.56 | |
| 573091 | 2/10/2005 | 462.30 | | |
| 545228 | 8/6/2004 | 298.00 | 424.88 | |
| 573821 | 2/14/2005 | 115.21 | 53.06 | |
| 573147 | 2/11/2005 | 179.86 | | |
| 539494 | 7/14/2004 | 673.3 | 2.78 | |
| 573363 | 2/14/2005 | 358.39 | | |
| 571165 | 2/7/2005 | 287.65 | | |
| 565233 | 11/24/2004 | 127.97 | | |
| 571171 | 2/7/2005 | 234.56 | | |
| 569429 | 1/17/2005 | 162.20 | | 1.37 |
| 565741 | 12/9/2004 | 52.13 | 74.50 | |
| 569801 | 1/17/2005 | 255.08 | | |
| 541509 | 7/22/2004 | 777.60 | | 101.52 |
| 573154 | 2/11/2005 | 166.61 | | |
| 573064 | 2/10/2005 | 280.94 | | |
| 565247 | 11/29/2004 | 446.39 | | |
| 569841 | 1/14/2005 | 190.37 | | |
| 565784 | 12/9/2004 | 41.12 | 74.50 | |
| 573866 | 2/14/2005 | 304.03 | 209.75 | |
| 539349 | 7/15/2004 | 352.80 | 323.28 | |
| 573868 | 2/14/2005 | 603.04 | 19.19 | |
| 574967 | 2/14/2005 | 138.14 | 0.21 | |
| 573148 | 2/11/2005 | 185.65 | 4.00 | |
| 573242 | 2/11/2005 | 457.12 | 2.64 | |
| 574934 | 2/15/2005 | 99.76 | | |
| 569780 | 1/17/2005 | 230.68 | | |
| 565196 | 11/24/2004 | 49.92 | | |
| 565661 | 11/30/2004 | 130.6 | 10.80 | |
| 573828 | 2/15/2005 | 233.17 | | |
| 569464 | 1/17/2005 | 150.68 | | |
| 573138 | 2/11/2005 | 303.91 | 7.14 | |
| 574049 | 2/14/2005 | 741.74 | 11.92 | |
| 574988 | 2/14/2005 | 561.31 | | |
| 573143 | 2/11/2005 | 251.92 | | |
| 573087 | 2/10/2005 | 218.26 | | 2.98 |
| 569448 | 1/17/2005 | 272.62 | | 92.62 |
| 569181 | 1/3/2005 | 400.33 | | |
| 570092 | 1/14/2005 | 579.6 | 606.64 | |
| 545306 | 8/6/2004 | 656.28 | | 66.60 |
| 573097 | 2/10/2005 | 261.37 | | |
| | Total Pd | **14275.96** | 2439.17 | 268.31 |

Attachment B-1

**Check Date:** 29.Jul.2005  

**Check No.** 008082795

| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|---|
| WDHDQ | 010241197 *AR CR VOUCHER* 605764 | 29.Jul.2005 | A0924326 | -33.77 | 0.00 | -33.77 |
| WDHDQ | 010241198 *AR CR VOUCHER* | 29.Jul.2005 | A0924327 | -4.93 | 0.00 | -4.93 |
| WDHDQ | 010241199 *AR CR VOUCHER* 602965 | 29.Jul.2005 | A0924328 | -12.58 | 0.00 | -12.58 |
| WDHDQ | 030241625 *AR CR VOUCHER* 602963 | 29.Jul.2005 | A0924330 | -25.91 | 0.00 | -25.91 |
| WDHDQ | 070238913 *AR CR VOUCHER* | 29.Jul.2005 | A0924331 | -8.21 | 0.00 | -8.21 |
| WDHDQ | 080217809 *AR CR VOUCHER* | 29.Jul.2005 | A0924332 | -50.48 | 0.00 | -50.48 |
| WDHDQ | 080217810 *AR CR VOUCHER* | 29.Jul.2005 | A0924333 | -40.97 | 0.00 | -40.97 |
| WDHDQ | 080217811 *AR CR VOUCHER* | 29.Jul.2005 | A0924334 | -26.51 | 0.00 | -26.51 |
| WDCHR | 1120050629 | 29.Jun.2005 | 00445437 | 568.21 | 0.00 | 568.21 |
| WDCHR | 1120050629 | 29.Jun.2005 | 00445550 | 7,153.91 | 0.00 | 7,153.91 |
| WDCHR | 1120050629 | 29.Jun.2005 | 00445660 | 158.52 | 0.00 | 158.52 |
| WDCHR | 1120050629 | 29.Jun.2005 | 00445774 | 218.02 | 0.00 | 218.02 |

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000805293 | NAVAJO MANUFACTURING CC | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008082795 | 29.Jul.2005 | $7,895.30 | $0.00 | $11,941.17 |

This is Winn-Dixie backup to check. Note there are 16 credits with no explanation. To find explanation Navajo goes to Winn-Dixie website. See Page 3. The $50.48 credit was taken on product that was never paid for.

| Check Date: 29.Jul.2005 | | | | | Check No. | 008082795 |
|---|---|---|---|---|---|---|
| Division | Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
| WDJAX | 0120050629 | 29.Jun.2005 | 00582356 | 1,072.95 | 0.00 | 1,072 |
| WDJAX | 0120050629 | 29.Jun.2005 | 00582510 | 2,801.84 | 0.00 | 2,801 |
| WDJAX | 0120050629 | 29.Jun.2005 | 00582615 | 478.27 | 0.00 | 478 |
| WDHDQ | 030241624 | 29.Jul.2005 | A0924329 | -7.13 | 0.00 | -7 |
| | AR CR VOUCHER | | | | | |
| WDPOM | 0320050629 | 29.Jun.2005 | 00555949 | -258.16 | 0.00 | -258 |
| WDPOM | 0320050629 | 29.Jun.2005 | 00556094 | 284.62 | 0.00 | 284 |
| WDPOM | 0320050629 | 29.Jun.2005 | 00556215 | 289.98 | 0.00 | 289 |
| WDMTG | 0720050629 | 29.Jun.2005 | 00601101 | -1,422.39 | 0.00 | -1,422 |
| WDMTG | 0720050629 | 29.Jun.2005 | 00601262 | 842.81 | 0.00 | 842 |
| WDHDQ | 090210214 | 29.Jul.2005 | A0924335 | -3.68 | 0.00 | -3 |
| | AR CR VOUCHER | | | | | |
| WDHDQ | 110259120 | 29.Jul.2005 | A0924336 | -9.50 | 0.00 | -9 |
| | AR CR VOUCHER | | | | | |
| WDHDQ | 110259121 | 29.Jul.2005 | A0924337 | -9.19 | 0.00 | -9 |
| | AR CR VOUCHER | | | | | |
| WDHDQ | 110259122 | 29.Jul.2005 | A0924338 | -12.08 | 0.00 | -12 |
| | AR CR VOUCHER | | | | | |
| WDHDQ | 120225252 | 29.Jul.2005 | A0924339 | -2.47 | 0.00 | -2 |
| | AR CR VOUCHER | | | | | |



\* The detail for $1072.95 is also found on the Winn-Dixie website. See pages 4 & 5. Two credits taken on this invoice were never returned. How can Winn-Dixie take credit for product never returned?

| Vendor Number | Name | | Total Discounts | |
|---|---|---|---|---|
| 0000805293 | NAVAJO MANUFACTURING CO | | $0.00 | |
| Check Number | Date | Total Amount | Discounts Taken | Total Paid Amount |
| 008082795 | 29.Jul.2005 | $4,045.87 | $0.00 | $11,941.17 |

[Page 1049 of 1818][Hit 1]

```
* INVOICE ** INVOICE ** INVOICE ** INVOICE *A*R* INVOICE ** INVOICE ** INVOICE *

     WINN-DIXIE STORES              DAMAGED ITEMS - PERIOD 01    PAGE    1

DAMAGE CENTER:
    WINN DIXIE DAMAGE CENTER(NOL)     INVOICE DATE: 07/27/2005
    1550 JACKSON FERRY ROAD           INVOICE NUMBER: 080217809
    MONTGOMERY AL 36104-0000          VENDOR NUMBER:  1051/G30
    PHONE: (334) 240-6303             AP VENDOR NUMBER:   805293
    TOM MARTIN                        DEDUCT BY: 08/24/2005

BILL TO:

    NAVAJO MANUFACTURING CO
    5330 FOX STREET
    DENVER CO 80216-0000

                                    RETURN TO:
REMIT TO:                               NAVAJO MANUFACTURING CO
    WINN DIXIE - NEW ORLEANS            601 W. 50TH STREET
    PO BOX 850001                       DENVER CO 80216-0000
    ORLANDO FL 32885-0230
    ATTN: ACCOUNTS RECEIVABLE       AUTHORIZATION NUMBER: 07138522


NOTE: PLEASE REFERENCE OUR INVOICE NUMBER WHEN REMITTING PAYMENT.

*-UPC NUMBER-*  PAK SIZE  DESCRIPTION           QTY      COST    EXTENSION

00-24291-15009  001 EACH  SEWING KIT W/SCISSORS 10.00  1.4000     14.00
00-24291-15012  001 1EA   WAITERS CORKSCREW      4.00  0.9700      3.88
00-24291-29052  001 1.4OZ AQUAFRESH TOOTHPASTE   8.00  1.0700      8.56
00-24291-29054  001 2.25O TWIN BLADE RAZORW/CREAM 1.00 1.9900      1.99
00-24291-29061  001 2OZ   HEAD & SHOULDERS SHAMPOO 1.00 1.9900     1.99
00-24291-29062  001 1OZ   NIVEA LOTION           2.00  1.2900      2.58
00-24291-29314  001 2OZ   LA LOOKS MEGA STYLING GE 3.00 1.6100     4.83

        ITEMS RECLAIMED SUB TOTAL            29.00                37.83
                HANDLING FEES
        PRE-DAMAGE DPC:   6.000%                                   2.27
        POST DAMAGE PDC:  0.111                                    3.22
        RECLAIM OPERATION: 0.127                                   3.68
        PROCESSING CHUTE(RETURN) - 0.120                           3.48

        HANDLING FEES SUB TOTAL                                   12.65

                       GRAND TOTAL                                50.48

HEREIN IS A LISTING OF ITEMS RETURNED FROM OUR STORES TO OUR RECLAIM CENTER.
WE HAVE DISPOSED OF THIS PRODUCT PER YOUR "METHOD OF DISPOSITION" INSTRUCTIONS
TO US.  IF YOUR INSTRUCTIONS TO US IS TO "HOLD-FOR-PICKUP", WE WILL HOLD THIS
PRODUCT AT THE ABOVE ADDRESS UNTIL 08/17/2005.  PRODUCT NOT PICKED UP BY THIS
DATE WILL BE DISPOSED OF IN A MANNER THAT WE DEEM APPROPRIATE.  CALL FOR A
PICKUP APPOINTMENT.

TERMS: NET UPON RECEIPT, SUBJECT TO INTEREST AT RATE OF 18.00% ANNUALLY,
AFTER 30 DAYS.
U714DJDE SIDE=(NUFRONT),END;
```

*Handwritten annotations:*
- "Winn-Dixie creates an AR Receivable from Navajo, takes a credit on their check." (with arrow pointing to AUTHORIZATION NUMBER)
- "Winn-Dixie never paid for this product so how can they take a credit?"
- ③ (circled, bottom right)
- ✱ (next to HANDLING FEES SUB TOTAL)

[Page 791 of 1787][Hit 1]

```
DD210RB    JACKSONVILLE DIVISION   W/E 06-29-05      DIRECT DELIVERY INVOICES BY VENDOR        DATE 06-30-05   TIME 18.43.30   PAGE    1
REPORTING DIVISION:  JACKSONVILLE                         VENDOR PAYMENT REPORT
VENDOR - 30999
NAVAJO MANUFACTURING CO
                                          NOTE... THE ONLY INVOICE ITEM DETAILS PRINTED ARE THOSE ITEMS WHERE
5330 FOX STREET                                    THE ORIGINAL EXTENDED COST DOES NOT EQUAL THE PAY EXTENDED COST.
DENVER, CO 80216

W/D                                 ITEM   -------- ORIGINAL --------    ---------- PAY ----------        EXT
CODE PACK SIZE   DESCRIPTION        UPC      QTY      COST    EXTENSION    QTY    COST    EXTENSION       DIFF

LOCATION- 0002   INVOICE- 002052405 DATE- 06-24-05              14.82-                      14.82-      595575
                 LOCATION -    0002 - TOTALS:                   14.82-                      14.82-

LOCATION- 0005   INVOICE- 000062405 DATE- 06-24-05              17.16-                      17.16-      595576
                 LOCATION -    0005 - TOTALS:                   17.16-                      17.16-

LOCATION- 0006   INVOICE- 000062705 DATE- 06-27-05              37.44-                      37.44-      596733
                 LOCATION -    0006 - TOTALS:                   37.44-                      37.44-

LOCATION- 0014   INVOICE- 001462805 DATE- 06-28-05              36.54-                      36.54-      596735
                 LOCATION -    0014 - TOTALS:                   36.54-                      36.54-

LOCATION- 0037   INVOICE- 000587559 DATE- 06-23-05             126.16                      126.16
                 LOCATION -    0037 - TOTALS:                  126.16                      126.16

LOCATION- 0052   INVOICE- 000584650 DATE- 06-27-05             104.40                      104.40
LOCATION- 0052   INVOICE- 000591067 DATE- 06-27-05             123.49                      123.49
                 LOCATION -    0052 - TOTALS:                  227.89                      227.89

LOCATION- 0086   INVOICE- 000588693 DATE- 06-29-05             244.20                      244.20
                 LOCATION -    0086 - TOTALS:                  244.20                      244.20

LOCATION- 0097   INVOICE- 000062405 DATE- 06-24-05              92.10-                      92.10-     596738
```

[Page 792 of 1787][Hit 2]

```
DD210RB    JACKSONVILLE DIVISION   W/E 06-29-05      DIRECT DELIVERY INVOICES BY VENDOR        DATE 06-30-05   TIME 18.43.30   PAGE    2
REPORTING DIVISION:  JACKSONVILLE                         VENDOR PAYMENT REPORT
VENDOR - 30999
NAVAJO MANUFACTURING CO
                                          NOTE... THE ONLY INVOICE ITEM DETAILS PRINTED ARE THOSE ITEMS WHERE
5330 FOX STREET                                    THE ORIGINAL EXTENDED COST DOES NOT EQUAL THE PAY EXTENDED COST.
DENVER, CO 80216

W/D                                 ITEM   -------- ORIGINAL --------    ---------- PAY ----------        EXT
CODE PACK SIZE   DESCRIPTION        UPC      QTY      COST    EXTENSION    QTY    COST    EXTENSION       DIFF

LOCATION- 0097   INVOICE- 000591068 DATE- 06-24-05              77.40                       77.40
                 LOCATION -    0097 - TOTALS:                   14.70-                      14.70-

LOCATION- 0125   INVOICE- 000591069 DATE- 06-27-05             181.09                      181.09
                 LOCATION -    0125 - TOTALS:                  181.09                      181.09

LOCATION- 0159   INVOICE- 000062405 DATE- 06-24-05             128.94-                     128.94-    KA 596739
LOCATION- 0159   INVOICE- 000592762 DATE- 06-24-05             147.00                      147.00
                 LOCATION -    0159 - TOTALS:                   18.06                       18.06

LOCATION- 0177   INVOICE- 001770628 DATE- 06-28-05              35.40-                      35.40-
                 LOCATION -    0177 - TOTALS:                   35.40-                      35.40-

LOCATION- 0179   INVOICE- 000591070 DATE- 06-23-05             155.81                      155.81
                 LOCATION -    0179 - TOTALS:                  155.81                      155.81

LOCATION- 0182   INVOICE- 000588740 DATE- 06-28-05             247.00                      247.00
                 LOCATION -    0182 - TOTALS:                  247.00                      247.00

LOCATION- 0198   INVOICE- 000586610 DATE- 06-23-05              28.80                       28.80
```

Handwritten annotations: "Backup for these credits are" ; "Deduction on product never returned" ; "Deduction on product never returned" ; circled invoice numbers on page 2.

```
LOCATION -    0198 - TOTALS:        28.80              28.80
VENDOR  -    30999 - TOTALS:     1,072.95           1,072.95      listed on check
                                                                   page 2
```

(5)

```
02862 001 EACH    ORAL CARE ADVAN   15247    12     1.20      14.40      12     1.20      14.40                   1.99   39.69
03965 001 EACH    MANICURE SET      15928    12     1.79      21.48      12     1.79      21.48                   2.99   40.13
02861 001 EACH    FM TOOTHPASTE/W   27065     4     1.49       5.96       4     1.49       5.96                   2.49   40.16
26276 001 1.4OZ   AQUAFRESH TOOTH   29052     3     1.07       3.21       3     1.07       3.21                   1.49   28.18
02802 001 EACH    TOOTHPASTE/W BR   29068     4     1.49       5.96       4     1.49       5.96                   2.49   40.16
04001 001 EACH    BAYER REG ASPRI   29172     6      .60       3.60       6      .60       3.60                    .99   39.39
04005 001 EACH    ADVIL CAPLETS 2   29175     6      .60       3.60       6      .60       3.60                    .99   39.39
04003 001 EACH    TYLENOL ALLERGY   29177     6      .78       4.68       6      .78       4.68                   1.29   39.53
04002 001 EACH    EXCEDRIN 2 CAP    29178     6      .60       3.60       6      .60       3.60                    .99   39.39
04008 001 EACH    MOTRIN IB 2 CAP   29179     6      .60       3.60       6      .60       3.60                    .99   39.39
04004 001 EACH    ADVIL COLD & SI   29180     6      .78       4.68       6      .78       4.68                   1.29   39.53
04011 001 EACH    LIP KOOLER (MED   29565    24      .60      14.40      24      .60      14.40                    .99   39.39
04012 001 EACH    LIP KOOLER PETR   29567    16      .75      12.00      16      .75      12.00                   1.49   49.66

                  INVOICE - 000591069 - TOTALS:           181.09        231           181.09
                  LOCATION -        0125 - TOTALS:       181.09        231           181.09

LOCATION - 0159  INVOICE - 000062405  DATE - 06-24-05  VENDOR - 30900
04002 001 EACH    EXCEDRIN 2 CAP    29178    22-     .60      13.20-     22-     .60      13.20-                   .99   39.39
04001 001 EACH    BAYER REG ASPRI   29172    20-     .60      12.00-     20-     .60      12.00-                   .99   39.39
04005 001 EACH    ADVIL CAPLETS 2   29175    13-     .60       7.80-     13-     .60       7.80-                   .99   39.39
04003 001 EACH    TYLENOL ALLERGY   29177    64-     .78      49.92-     64-     .78      49.92-                  1.29   39.53
04004 001 EACH    ADVIL COLD & SI   29180    59-     .78      46.02-     59-     .78      46.02-                  1.29   39.53

                  INVOICE - 000062405 - TOTALS:           128.94-       178-          128.94-

LOCATION - 0159  INVOICE - 000592762  DATE - 06-24-05  VENDOR - 30900
04008 001 EACH    MOTRIN IB 2 CAP   29179    18      .60      10.80      18      .60      10.80                    .99   39.39
04040 001 EACH    POCKET COMB       15066    72      .48      34.56      72      .48      34.56                    .79   39.24
34020 072 EACH    NAIL CLIPPER W/   15275     1    34.56      34.56       1    34.56      34.56                    .79   39.24
04001 001 EACH    BAYER REG ASPRI   29172    12      .60       7.20      12      .60       7.20                    .99   39.39
04002 001 EACH    EXCEDRIN 2 CAP    29178     6      .60       3.60       6      .60       3.60                    .99   39.39
04004 001 EACH    ADVIL COLD & SI   29180     6      .78       4.68       6      .78       4.68                   1.29   39.53
02682 001 EACH    NO DOZ 2 CAPSUL   29209    18      .60      10.80      18      .60      10.80                    .90   33.33
04009 001 EACH    LIP KOOLER (CHE   29561    24      .60      14.40      24      .60      14.40                    .99   39.39
04011 001 EACH    LIP KOOLER (MED   29565    24      .60      14.40      24      .60      14.40                    .99   39.39
04012 001 EACH    LIP KOOLER PETR   29567    16      .75      12.00      16      .75      12.00                   1.49   49.66
```

*Handwritten annotation: Actual List of product that was not returned*

```
[Page 2857 of 5320][Hit 5]
DD210RB   JACKSONVILLE DIVISION   W/E 06-29-05    DIRECT DELIVERY INVOICES BY VENDOR           DATE 06-30-05  TIME 18.43.30   PAGE  2855
REPORTING DIVISION: JACKSONVILLE                       INVOICE DETAIL REPORT
VENDOR -  30999
NAVAJO MANUFACTURING CO

5330 FOX STREET
DENVER, CO 80216

                                  ITEM      -------- ORIGINAL --------    ---------- PAY ----------     EXT                     GP
W/D                               UPC       QTY     COST      EXTENSION   QTY    COST     EXTENSION    DIFF      RETAIL       PERCENT
CODE PACK SIZE   DESCRIPTION

LOCATION - 0159  INVOICE - 000592762  DATE - 06-24-05  VENDOR - 30900
                 INVOICE - 000592762 - TOTALS:          147.00        197           147.00
                 LOCATION -        0159 - TOTALS:        18.06         19            18.06
```

*Handwritten annotation: This of product not returned*

```
LOCATION - 0177  INVOICE - 001770628  DATE - 06-28-05  VENDOR - 30900
04004 001 EACH    ADVIL COLD & SI   29180    25-     .78      19.50-     25-     .78      19.50-                  1.29   39.53
04003 001 EACH    TYLENOL ALLERGY   29177    15-     .78      11.70-     15-     .78      11.70-                  1.29   39.53
04001 001 EACH    BAYER REG ASPRI   29172     7-     .60       4.20-      7-     .60       4.20-                   .99   39.39

                  INVOICE - 001770628 - TOTALS:           35.40-        47-           35.40-
                  LOCATION -        0177 - TOTALS:        35.40-        47-           35.40-

LOCATION - 0179  INVOICE - 000591070  DATE - 06-23-05  VENDOR - 30900
00215 050 EA      SLIDE LIGHTERS    23496     2    74.50     149.00       2    74.50     149.00                   2.99   50.16
32099 001 EACH    LIFESTYLES LUBR   29048     6      .60       3.60       6      .60       3.60                    .99   39.39
26276 001 1.4OZ   AQUAFRESH TOOTH   29052     3     1.07       3.21       3     1.07       3.21                   1.49   28.18

                  INVOICE - 000591070 - TOTALS:          155.81         11           155.81
                  LOCATION -        0179 - TOTALS:       155.81         11           155.81

LOCATION - 0182  INVOICE - 000588740  DATE - 06-28-05  VENDOR - 30900
04001 001 EACH    BAYER REG ASPRI   29172    18      .60      10.80      18      .60      10.80                    .99   39.39
04002 001 EACH    EXCEDRIN 2 CAP    29178    18      .60      10.80      18      .60      10.80                    .99   39.39
04005 001 EACH    ADVIL CAPLETS 2   29175    18      .60      10.80      18      .60      10.80                    .99   39.39
04003 001 EACH    TYLENOL ALLERGY   29177    18      .78      14.04      18      .78      14.04                   1.29   39.53
04004 001 EACH    ADVIL COLD & SI   29180    18      .78      14.04      18      .78      14.04                   1.29   39.53
04008 001 EACH    MOTRIN IB 2 CAP   29179    18      .60      10.80      18      .60      10.80                    .99   39.39
34021 080 EACH    ASST LIP BALM W   29467     1    48.00      48.00       1    48.00      48.00                    .99   39.39
04040 001 EACH    POCKET COMB       15066    72      .48      34.56      72      .48      34.56                    .79   39.24
32553 001 EACH    CUTEX NAIL POLI   29374     2     1.79       3.58       2     1.79       3.58                   2.99   40.13
32554 001 EACH    12CT EMERY BOAR   15074     6      .78       4.68       6      .78       4.68                   1.29   39.53
34019 001 EACH    SLANT TIP TWEEZ   15057     6      .89       5.34       6      .89       5.34                   1.49   40.26
34020 072 EACH    NAIL CLIPPER W/   15275     1    34.56      34.56       1    34.56      34.56                    .79   39.24
32555 001 EACH    DELUXE TOENAIL    15078    12     1.20      14.40      12     1.20      14.40                   1.99   39.69
32556 001 EACH    SUPER GLUE 2 GR   14701     6      .90       5.40       6      .90       5.40                   1.49   39.59
04042 001 EACH    50 CT SAFETY PI   15028    12      .90      10.80      12      .90      10.80                   1.49   39.59
00213 001 EA      GINSENG BLST 30   29071     3     4.80      14.40       3     4.80      14.40                   7.99   39.92

                  INVOICE - 000588740 - TOTALS:          247.00        229           247.00
                  LOCATION -        0182 - TOTALS:       247.00        229           247.00
```

**Credits used after bankruptcy for items shipped before bankruptcy**

Deductions Taken and issued

| Loc# | Date | CK# | Amount |
|---:|---|---|---:|
| 2257 | 3/7/2005 | 8071524 | 180.65 |
| 2298 | 3/4/2005 | 8071524 | 236.95 |
| 1478 | 3/21/2005 | 8071524 | 234.07 |
| 345 | 3/5/2005 | 8071524 | 287.02 |
| 2228 | 3/17/2005 | 8071524 | 278.39 |
| 2289 | 3/21/2005 | 8071524 | 644.46 |
| 2347 | 3/18/2005 | 8071524 | 346.47 |
| 2223 | 3/18/2005 | 8071524 | 365.56 |
| 1335 | 4/19/2005 | 8071524 | 116.79 |
| 1458 | 4/19/2005 | 8071524 | 5.91 |
| 1461 | 4/18/2005 | 8071524 | 3.79 |
| 1466 | 4/19/2005 | 8071524 | 21.28 |
| 1467 | 4/18/2005 | 8071524 | 34.09 |
| 1570 | 4/18/2005 | 8071524 | 85.30 |
| 1579 | 4/18/2005 | 8071524 | 4.99 |
| 1583 | 4/18/2005 | 8071524 | 118.23 |
| 2203 | 4/16/2005 | 8071524 | 261.60 |
| 2262 | 4/14/2005 | 8071524 | 214.64 |
| 2262 | 4/14/2005 | 8071524 | 331.52 |
| 2262 | 4/14/2005 | 8071524 | 301.94 |
| 2304 | 4/19/2005 | 8071524 | 9.60 |
| 2306 | 4/18/2005 | 8071524 | 58.50 |
| 2308 | 4/19/2005 | 8071524 | 22.20 |
| 2311 | 4/19/2005 | 8071524 | 25.40 |
| 2321 | 4/18/2005 | 8071524 | 9.00 |
| 400 | 4/19/2005 | 8071524 | 8.08 |
| 526 | 4/19/2005 | 8071524 | 42.30 |
| 528 | 4/18/2005 | 8071524 | 24.06 |
| 6 | 4/19/2005 | 8071524 | 182.40 |
| 18 | 4/18/2005 | 8071524 | 318.02 |
| 630 | 4/18/2005 | 8071524 | 19.20 |
| 655 | 4/18/2005 | 8071524 | 19.28 |
| 700 | 4/19/2005 | 8071524 | 127.80 |
| 1908 | 4/18/2005 | 8071524 | 21.60 |
| 210 | 4/14/2005 | 8071524 | 93.80 |
| 218 | 4/15/2005 | 8071524 | 63.34 |
| 271 | 4/19/2005 | 8071524 | 3106.74 |
| 337 | 4/19/2005 | 8071524 | 38.99 |
| 5 | 4/22/2005 | 8071524 | 206.11 |
| 14 | 4/26/2005 | 8071524 | 28.56 |
| 25 | 4/22/2005 | 8071524 | 85.96 |
| 149 | 4/26/2005 | 8071524 | 1136.24 |
| 182 | 4/25/2005 | 8071524 | 34.80 |
| 432 | 4/21/2005 | 8071524 | 60.77 |
| 457 | 4/25/2005 | 8071524 | 70.46 |
| 411 | 4/25/2005 | 8071524 | 494.20 |
| 456 | 4/26/2005 | 8071524 | 736.28 |
| 507 | 4/21/2005 | 8071524 | 9.60 |
| 531 | 4/26/2005 | 8071524 | 1064.93 |
| 1334 | 4/21/2005 | 8071524 | 103.20 |
| 1416 | 4/25/2005 | 8071524 | 32.40 |
| 1468 | 4/26/2005 | 8071524 | 29.55 |
| 1483 | 4/22/2005 | 8071524 | 25.74 |
| 1534 | 4/21/2005 | 8071524 | 124.69 |
| 1540 | 4/22/2005 | 8071524 | 19.50 |

①

| | | | |
|---:|---|---|---:|
| 1585 | 4/21/2005 | 8071524 | 6.58 |
| 1589 | 4/22/2005 | 8071524 | 13.83 |
| 2273 | 4/23/2005 | 8071524 | 345.08 |
| 2342 | 4/21/2005 | 8071524 | 123.78 |
| 2343 | 4/21/2005 | 8071524 | 6.60 |
| 2210 | 4/25/2005 | 8071524 | 23.40 |
| 257 | 4/22/2005 | 8071524 | 104.62 |
| 308 | 4/25/2005 | 8071524 | 5.40 |
| 808 | 4/25/2005 | 8071524 | 7.19 |
| 890 | 4/25/2005 | 8071524 | 49.80 |
| 613 | 4/22/2005 | 8071524 | 20.40 |
| 698 | 4/22/2005 | 8071524 | 42.60 |
| 752 | 4/21/2005 | 8071524 | 39.00 |
| 1904 | 4/22/2005 | 8071524 | 28.80 |
| 2706 | 4/22/2005 | 8071524 | 7.45 |
| 555 | 4/30/2005 | 8071524 | 360.45 |
| 403 | 4/28/2005 | 8071524 | 80.22 |
| 51 | 4/29/2005 | 8071524 | 165.34 |
| 60 | 4/29/2005 | 8071524 | 997.59 |
| 1034 | 4/29/2005 | 8071524 | 13.20 |
| 1055 | 4/28/2005 | 8071524 | 3.60 |
| 1057 | 4/28/2005 | 8071524 | 2.16 |
| 2003 | 4/28/2005 | 8071524 | 245.91 |
| 2055 | 4/29/2005 | 8071524 | 49.26 |
| 711 | 4/28/2005 | 8071524 | 29.11 |
| 735 | 4/28/2005 | 8071524 | 60.11 |
| 384 | 4/28/2005 | 8071524 | 10.80 |
| 2200 | 4/28/2005 | 8071524 | 6.78 |
| 2219 | 4/28/2005 | 8071524 | 47.18 |
| 249 | 5/5/2005 | 8071524 | 44.87 |
| 283 | 5/5/2005 | 8071524 | 339.21 |
| 1581 | 5/6/2005 | 8071524 | 38.82 |
| 2282 | 2/25/2005 | 8071524 | 27.00 |
| 2316 | 3/1/2005 | 8071524 | 113.87 |
| 2316 | 3/1/2005 | 8071524 | 112.90 |
| 2326 | 3/1/2005 | 8071524 | 121.55 |
| 1540 | 2/24/2005 | 8071524 | 11.94 |
| 886 | 2/28/2005 | 8071524 | 173.92 |
| 599 | 2/24/2005 | 8071524 | 5.40 |
| 1915 | 2/24/2005 | 8071524 | 244.28 |
| 2 | 3/3/2005 | 8071524 | 263.84 |
| 2051 | 3/3/2005 | 8071524 | 840.33 |
| 408 | 3/15/2006 | 8071524 | 138.54 |
| 408 | 3/15/2005 | 8071524 | 199.72 |
| 408 | 3/15/2005 | 8071524 | 150.60 |
| 408 | 3/15/2005 | 8071524 | 405.06 |
| 408 | 3/15/2005 | 8071524 | 272.08 |
| 880 | 3/10/2005 | 8071524 | 196.17 |
| 2038 | 3/18/2005 | 8071524 | 518.13 |
| 2093 | 3/18/2005 | 8071524 | 14.40 |
| 2095 | 3/22/2005 | 8071524 | 186.90 |
| 101 | 4/13/2005 | 8071524 | 196.28 |
| 647 | 4/7/2005 | 8071524 | 882.92 |
| 1023 | 4/20/2005 | 8071524 | 49.20 |
| 1851 | 4/29/2005 | 8071524 | 49.08 |
| 1872 | 4/28/2005 | 8071524 | 54.18 |
| 912 | 4/29/2005 | 8071524 | 33.60 |
| 918 | 4/29/2005 | 8071524 | 27.00 |

(2)

| | | | |
|---:|---|---|---:|
| 332 | 2/24/2005 | 8071524 | 381.86 |
| 487 | 3/12/2005 | 8071524 | 688.45 |
| 18 | 3/10/2005 | 8071524 | 676.08 |
| 18 | 3/10/2005 | 8071524 | 591.33 |
| 84 | 3/10/2005 | 8071524 | 492.47 |
| 683 | 3/22/2005 | 8071524 | 659.98 |
| 206 | 4/4/2005 | 8071524 | 357.26 |
| 422 | 4/7/2005 | 8071524 | 391.21 |
| 2280 | 5/12/2005 | 8071524 | 38.47 |
| 1015 | 4/25/2005 | 8071524 | 10.20 |
| 1020 | 4/25/2005 | 8071524 | 359.81 |
| 1036 | 4/25/2005 | 8071524 | 138.57 |
| 2052 | 4/22/2005 | 8071524 | 72.96 |
| 2063 | 4/22/2005 | 8071524 | 40.68 |
| 2081 | 4/22/2005 | 8071524 | 46.80 |
| 37 | 5/6/2005 | 8071524 | 858.86 |
| 1016 | 5/10/2005 | 8071524 | 69.68 |
| 2079 | 5/9/2005 | 8071524 | 188.16 |
| 673 | 5/6/2005 | 8071524 | 41.39 |
| 748 | 5/6/2005 | 8071524 | 10.69 |
| 8 | 5/13/2005 | 8071524 | 369.36 |
| 40 | 5/12/2005 | 8071524 | 299.89 |
| 40 | 5/12/2005 | 8071524 | 332.97 |
| 40 | 5/16/2005 | 8071524 | 312.08 |
| 030233503 | 3/9/2005 | 8071524 | 19.48 |
| 030233505 | 3/9/2005 | 8071524 | 87.11 |
| 010234036 | 3/9/2005 | 8071524 | 139.08 |
| 010234035 | 3/9/2006 | 8071524 | 35.55 |
| 070231249 | 3/9/2005 | 8071524 | 64.63 |
| 070233008 | 4/6/2005 | 8071524 | 26.52 |
| 050214535 | 5/4/2005 | 8071524 | 2.47 |
| 070231247 | 3/9/2005 | 8071524 | 40.74 |
| 030236974 | 5/4/2005 | 8071524 | 4.30 |
| 010236977 | 5/4/2005 | 8071524 | 15.23 |
| 010236978 | 5/4/2005 | 8071524 | 36.84 |
| 120221189 | 5/4/2006 | 8071524 | 3.56 |
| 120218587 | 3/9/2006 | 8071524 | 12.39 |
| 120219883 | 4/6/2006 | 8071524 | 15.80 |
| 080213753 | 5/4/2005 | 8071524 | 38.83 |
| 110255227 | 5/4/2005 | 8071524 | 5.17 |
| 080212362 | 4/6/2005 | 8071524 | 9.87 |
| 080212363 | 4/6/2005 | 8071524 | 106.40 |
| 080210852 | 3/9/2005 | 8071524 | 11.10 |
| 080212361 | 4/6/2005 | 8071524 | 19.12 |
| 090207149 | 5/4/2005 | 8071524 | 4.30 |
| 090205974 | 4/6/2005 | 8071524 | 5.68 |
| 090205975 | 4/6/2005 | 8071524 | 7.75 |
| 080210851 | 3/9/2005 | 8071524 | 2.47 |
| 030236975 | 5/4/2005 | 8071524 | 140.98 |
| 080210850 | 3/9/2005 | 8071524 | 16.33 |
| 070234567 | 5/4/2005 | 8071524 | 17.79 |
| 070234568 | 5/4/2005 | 8071524 | 122.23 |
| 070233010 | 4/6/2005 | 8071524 | 38.96 |
| 070234566 | 5/4/2005 | 8071524 | 33.67 |
| 010235458 | 4/6/2005 | 8071524 | 19.08 |
| 010235459 | 4/6/2005 | 8071524 | 34.33 |
| 030235257 | 4/6/2005 | 8071524 | 66.58 |
| 030235256 | 4/6/2005 | 8071524 | 17.68 |

(3)

C

| | | | |
|---|---|---|---:|
| 110253974 | 4/6/2005 | 8071524 | 57.09 |
| 090205976 | 4/6/2005 | 8071524 | 81.07 |
| 110253973 | 4/6/2005 | 8071524 | 27.13 |
| 090205974 | 4/6/2005 | 8071524 | 5.68 |
| 090205975 | 4/6/2005 | 8071524 | 7.75 |
| 110252610 | 3/9/2005 | 8071524 | 20.91 |
| 090204722 | 3/9/2005 | 8071524 | 3.68 |
| | | | **29989.52** |

(4)

**Credits used after bankruptcy for items shipped before bankruptcy**
Deductions Taken but NOT returned

| Loc# | Date | CK# | Amount |
|---|---|---|---|
| 1256 | 3/1/2005 | 8071524 | 808.25 |
| 2301 | 3/8/2005 | 8071524 | 52.92 |
| 1571 | 3/17/2005 | 8071524 | 11.40 |
| 326 | 3/5/2005 | 8071524 | 223.88 |
| 2289 | 3/22/2005 | 8071524 | 30.10 |
| 359 | 3/21/2005 | 8071524 | 281.30 |
| 1418 | 4/19/2005 | 8071524 | 26.33 |
| 1444 | 4/19/2005 | 8071524 | 22.56 |
| 1572 | 4/19/2005 | 8071524 | 16.20 |
| 2329 | 4/19/2005 | 8071524 | 327.75 |
| 463 | 4/18/2005 | 8071524 | 7.80 |
| 199 | 4/19/2005 | 8071524 | 10.20 |
| 660 | 4/19/2005 | 8071524 | 10.80 |
| 681 | 4/19/2005 | 8071524 | 9.60 |
| 903 | 4/19/2005 | 8071524 | 27.60 |
| 1912 | 4/19/2005 | 8071524 | 15.00 |
| 207 | 4/18/2005 | 8071524 | 6.00 |
| 229 | 4/18/2005 | 8071524 | 13.20 |
| 333 | 4/18/2005 | 8071524 | 431.02 |
| 345 | 4/18/2005 | 8071524 | 10.20 |
| 356 | 4/19/2005 | 8071524 | 3.60 |
| 54 | 4/25/2005 | 8071524 | 78.37 |
| 84 | 4/26/2005 | 8071524 | 17.78 |
| 141 | 4/21/2005 | 8071524 | 438.93 |
| 158 | 4/22/2005 | 8071524 | 325.63 |
| 161 | 4/22/2005 | 8071524 | 149.98 |
| 190 | 4/22/2005 | 8071524 | 17.60 |
| 423 | 4/21/2005 | 8071524 | 24.22 |
| 446 | 4/22/2005 | 8071524 | 27.27 |
| 506 | 4/21/2005 | 8071524 | 8.40 |
| 478 | 4/25/2005 | 8071524 | 46.18 |
| 1314 | 4/27/2005 | 8071524 | 18.30 |
| 1404 | 4/21/2005 | 8071524 | 7.20 |
| 1425 | 4/25/2005 | 8071524 | 75.46 |
| 1469 | 4/27/2005 | 8071524 | 7.80 |
| 1477 | 4/22/2005 | 8071524 | 229.85 |
| 1556 | 4/26/2005 | 8071524 | 66.16 |
| 1591 | 4/22/2005 | 8071524 | 145.54 |
| 2622 | 4/27/2005 | 8071524 | 30.75 |
| 2237 | 4/21/2005 | 8071524 | 32.88 |
| 2260 | 4/27/2005 | 8071524 | 41.58 |
| 2387 | 4/23/2005 | 8071524 | 7.80 |
| 310 | 4/23/2005 | 8071524 | 7.56 |
| 803 | 4/21/2005 | 8071524 | 12.00 |
| 911 | 4/22/2005 | 8071524 | 12.60 |
| 657 | 4/22/2005 | 8071524 | 47.44 |
| 1942 | 4/23/2005 | 8071524 | 8.40 |
| 551 | 4/29/2005 | 8071524 | 143.70 |
| 3 | 5/3/2005 | 8071524 | 69.20 |
| 3 | 5/3/2005 | 8071524 | 0.60 |
| 19 | 5/3/2005 | 8071524 | 15.00 |
| 1010 | 5/3/2005 | 8071524 | 31.98 |
| 1077 | 4/28/2005 | 8071524 | 24.60 |
| 1249 | 4/29/2005 | 8071524 | 6.00 |
| 1255 | 4/28/2005 | 8071524 | 60.70 |

①

| | | | |
|---:|---|---|---:|
| 611 | 4/29/2005 | 8071524 | 10.54 |
| 296 | 4/28/2005 | 8071524 | 32.96 |
| 355 | 5/2/2005 | 8071524 | 40.20 |
| 2250 | 5/2/2005 | 8071524 | 20.39 |
| 1305 | 5/3/2005 | 8071524 | 2.40 |
| 2627 | 5/3/2005 | 8071524 | 23.05 |
| 2629 | 4/28/2005 | 8071524 | 11.67 |
| 208 | 5/6/2005 | 8071524 | 62.07 |
| 2249 | 5/5/2005 | 8071524 | 36.98 |
| 1314 | 5/6/2005 | 8071524 | 14.40 |
| 1914 | 5/6/2005 | 8071524 | 66.01 |
| 1944 | 5/9/2005 | 8071524 | 566.44 |
| 807 | 3/21/2005 | 8071524 | 12.00 |
| | | | **5482.88** |

②



# LAWRENCE MERCHANDISING SERVICES

# INVOICE

3555 Holly Lane N., Suite 60
Plymouth, MN 55447
1-(800) 328-3967

**SOLD TO:**
Navajo Manufacturing
5330 Fox Street
Denver, CO 80216

Attn: Gordon Levy

| | |
|---|---:|
| INVOICE NUMBER | 802683 |
| INVOICE DATE | 1/3/2005 |
| TERMS | NET 15 |
| SALES REP | 206 |
| CUSTOMER NUMBER | 10021416 |
| **PAYMENT DUE DATE** | **1/18/2005** |

**SERVICE PERIOD:** 11/28/04 - 12/31/04

| TOTAL UNITS | DESCRIPTION | UNIT PRICE | AMOUNT |
|:---:|---|---:|---:|
| 484 | Winn Dixie Services | 19.00 | $9,196.00 |
| 35 | Winn Dixie Overtime | 19.00 | $665.00 |
| 1 | Winn Dixie Remote Fees | 30.00 | $30.00 |
| | | SUBTOTAL | $9,891.00 |
| | | **TOTAL** | **$9,891.00** |
| | | | Pay This Amount |

Questions concerning this invoice? Call:
Lauren Fritschel    (763)383-5723

MAKE ALL CHECKS PAYABLE TO:
Lawrence Service Co.
Attn: Accounts Receivable
3555 Holly Lane N., Suite 60
Plymouth, MN 55447

## THANK YOU FOR YOUR BUSINESS!