September 19, 2006

Dear Sirs,

    I am writing to file a formal objection to the plan filed in regards to the bankruptcy of Winn-Dixie Stores, Inc.. I understand the plan excludes any stockholders from receiving any interest in the Winn-Dixie Stores, Inc., any other debtors or the reorganized debtors. I feel this is unfair to me as a long-time stockholder who trusted Winn-Dixie and its' Directors. I feel all common stockholders should be in the consideration for the bankruptcy plan, just as the other debtors who are making claim to receive some piece of compensation, whatever amount or future stock option that might arise from these proceedings.

CASE # 05-03817-3F1
WINN-DIXIE STORES, INC

Sincerely,
Doris N Baumgardner
DORIS N BAUMGARDNER
1022 Erin Dr.
Dallas, TX 75218-2811

FILED
JACKSONVILLE, FLORIDA
SEP 25 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA