Case # 05-03817-3F1

To Whom It May Concern,

I am objecting to confirmation of the Plan with Winn-Dixie.
We are stockholders and former employees. (My employment was terminated when the store closed in NC.)

I am objecting to the plan of Winn-Dixie not **taking responsibility** to their shareholders and especially their employees.

I **am not** filing for a claims reduction form.

We invested in the company and were told by superiors, in the company, that we needed to invest because the company was sound and that it would be a good investment (every time stock was offered for sale, you ALWAYS felt pressure to buy).

I am objecting to the Plan, from what I can read on the proposal, that I will have no interest in the company and that the company will not have to reimburse or compensate persons that helped them build the company.

The company should hold accountable management that got them in this situation and consider withdrawing promised monies to members that are responsible.

The company should consider the people that are affected by these proceedings. I worked for almost 25 years at various positions in the company. Twenty-five years of my life invested in a company that I was continuously told was sound and now I have NO retirement. I have not made a lot of money during my lifetime, but I always felt that if I worked long and hard enough, I would have something when I retired. My husband and I have worked hard all of our lives and do not feel that a company, that we invested most of our lives in, should not be allowed to disregard their obligations and disregard persons that helped them achieve their success. Not everyone has been fortunate to make millions (I am far from it) and I just expected a company that I gave most of my life to, to honor their intentions and to do what is right for their employees.

I know not everyone can be satisfied, but the company should be able to work out a plan that could satisfy the former employees and shareholders because they are the ones that are not being considered in this process. THINK OF THE ONES THAT BUILT THE COMPANY AND SUPPORTED IT FOR MOST OF THEIR LIVES. They should consider a plan that would extend into when the company comes out of bankruptcy (new stock/options/gradual reimbursement or payment/etc.). The solution does not have to be an immediate payout.

PLEASE CONSIDER MY OBJECTIONS!!!

Bridget Boaz / William Boaz
2411 St. John Drive
Wilson, NC 27893

252-291-9344   252-291-9344
brb0716@ecu.edu

WDX - 41094 - 4F-15

*Bridget Boaz*