To :Logan & Co. Inc.  and Law Office of J. Rod Cameron PA
I Recieved Notice of disallowed claim. I have been released from my Dr. on the workers comp. case. Because there is nothing     else that they can do for me. My Dr. has said that I'm 10% disabled, and has put me through  many test to prove my case.     So he released me from workers comp. because theres nothing he can do to fix my wrist. I had Dr. bills paid  and only a few weeks pay for being unable to go back to work for Winn Dixie. My Dr. Can send any paper work that needs to be sent.   I do     oppose my claim, of being disallowed.
Claimant ID:WDX-207138-9H-09        Claim#1362
Helen Schierbaum   329 Laureno Place  Panama City Bch,Fl.  32413

FILED
JACKSONVILLE, FLORIDA
SEP 25 2006
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Copy's of this disallowed claim responce were sent to:

* Clerk of the Court/Jacksonville, FL.
* Law Office of J. Rod Cameron/Pace, FL.
* Smith Hulsey & Busey/Jacksonville, FL.

P.S. 10% Disabled because of Winn Dixie and get no workers comp. pay. Need some type of compancation.