September 21, 2006

RECEIVED
CLERK, U.S. BANKRUPTCY COURT
SEP 2 5 2006
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

To: Honorable Judge Jerry A. Funk
United States Bankruptcy Court
For the Middle District of Florida
Jacksonville, FL 32202

Re: Khaja (Razi) vs. Winn Dixie
Claim # 11536
Case# 05-03817-3Fl
SS# 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

Dear Sir,

My name is Raziuddin S. Khaja and I am writing to you regarding my unresolved claim against Winn Dixie for the amount of $200,000. A serious slip and fall accident which has happened in the night of February 11, 2004 at the Winn Dixie store in Sunrise, Florida has made me permanently disabled as well as destroyed my quality of life. The court of Social Security Hearing and Appeals in Ft. Lauderdale, Florida has granted me a permanent disability status on April 5, 2006 and have approved a maximum amount of $850.00 per month benefit.

Sir, I am a single parent of three children. My daughter, recently divorced and now living with me, has two small children. It's been very hard for us to survive on this low monthly income. So, I request you to please kindly grant me a judgement to receive the full amount of the claim mentioned above. I have received a claim reduction form to complete, sign and send back to Logon Company before September 25, 2006 which would only allow me to receive a sum of $2010.00 (total claim), but I regretfully deny this amount and cannot send this form due to the above reasons. A favorable consideration will be greatly appreciated. Thank you.

Sincerely,

Raziuddin S. Khaja

P.S. The "Bankruptcy Settlement Group" (BSC) no longer has authority to collect, negotiate, or purchase my claim against Winn Dixie. The Law Firm of Feldman & Getz is no longer representing me in this matter.

cc: Logan Company

**SOCIAL SECURITY ADMINISTRATION**

Refer To: 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

Office of Hearings and Appeals
Social Security Administration
New River Center
200 East Las Olas Boulevard, Suite 1550
Fort Lauderdale, FL  33301

Date: APR 2 8 2006

Raziuddin S Khaja
9626 NW 49th Court
Sunrise, FL  33351

## NOTICE OF DECISION – FULLY FAVORABLE

I have made the enclosed decision in your case. Please read this notice and the decision carefully.

### This Decision is Fully Favorable To You

Another office will process the decision and send you a letter about your benefits. Your local Social Security office or another may first ask you for more information. If you do not hear anything for 60 days, contact your local office.

### The Appeals Council May Review The Decision On Its Own

The Appeals Council may decide to review my decision even though you do not ask it to do so. To do that, the Council must mail you a notice about its review within 60 days from the date shown above. Review at the Council's own motion could make the decision less favorable or unfavorable to you.

### If You Disagree With The Decision

If you believe my decision is not fully favorable to you, or if you disagree with it for any reason, you may file an appeal with the Appeals Council.

### How to File an Appeal

To file an appeal you or your representative must request that the Appeals Council review the decision. You must make the request in writing. You may use our Request for Review form, HA-520, or write a letter.

You may file your request at any local Social Security office or a hearing office. You may also mail your request right to the **Appeals Council, Office of Hearings and Appeals, 5107 Leesburg Pike, Falls Church, VA 22041-3255**. Please put the Social Security number shown above on any appeal you file.

See Next Page

LAW OFFICES

# FELDMAN & GETZ, LLP

| **Miami** | **Boca Raton** | **Plantation** |
|---|---|---|
| The Centre Office Building | One Royal Palm Place | Bank of America Building |
| 16400 NW 2nd Avenue | 1877 So. Federal Highway | 1776 N. Pine Island Road |
| Suite 202F | Suite 110 | Suite 224 |
| Miami, FL 33169 | Boca Raton, FL 33432 | Plantation, FL 33322 |
| Tel: (305) 770-0003 | Tel: (561) 620-6000 | Tel: (954) 491-1131 |
| Fax: (305) 919-9341 | Fax: (561) 886-0223 | Fax: (954) 424-8317 |

**Reply to: Boca Office**

August 8, 2006

Mr. Razi Khaja
9626 NW 49 Court
Sunrise, FL 33351

Re:  *Khaja, (Razi) vs Winn Dixie*

Dear Mr. Khaja:

Please be advised that we will not be able to represent you regarding your claim against Winn-Dixie. We will forward your file to any new attorney you choose to represent you.

Sincerely,

*John Getz*

John T. Getz, Esq.

057176