IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WINN-DIXIE STORES, INC., *et al*., | § § § | Case No.  05-03817-JAF<br>Chapter 11 |
| Debtors. | § | |

**SARAN, LTD.'S RESPONSE TO DEBTORS' TWENTIETH OMNIBUS OBJECTION
TO (A) DUPLICATE DIFFERENT DEBTOR CLAIMS
AND (B) DUPLICATE LIABILITY CLAIMS**

Saran, Ltd. ("Saran"), by and through undersigned counsel, files this Response to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims, and in support thereof states as follows:

**FACTS**

1. On March 6, 1985, Winn-Dixie Texas, Inc.[1] and Ellis & Pittman, Inc. ("Ellis") entered into a lease agreement (the "Lease"), in which Ellis leased to Tenant a building located at 1050 North Westmoreland, Dallas, Texas 75211 in the Kessler Hill Shopping Center.  Pursuant to the terms of the Lease, Tenant was required to pay Ellis monthly rental payments as well as other amounts for real estate taxes, additional rent, insurance, and common area maintenance.

2. As additional security for payments under the Lease, Winn-Dixie Stores, Inc. ("Guarantor"), executed a Guaranty dated April 4, 1986 in which it unconditionally guaranteed the obligations of Tenant under the Lease.

3. In 1992, Saran purchased the Kessler Hills Shopping Center and acquired the Lease.  Saran is now the owner and holder of the both the Lease and the Guaranty.

---

[1] Winn-Dixie Texas, Inc. was a Florida corporation authorized to do business in Texas and a wholly-owned subsidiary of Winn-Dixie Stores, Inc.  On or about June 29, 2000, Winn-Dixie Texas, Inc. was merged into Winn-Dixie Louisiana, Inc., a Florida Corporation, which was later merged into Winn-Dixie Montgomery, Inc. as of December 23, 2005.  Therefore, Winn-Dixie Montgomery, Inc. is hereafter referred to as "Tenant."

31193278.2         - 1 -

4. On or about February 23, 2005, the United States Bankruptcy Court for the Southern District of New York entered an Order Authorizing the Debtors to Reject Certain Real Property Leases, Effective as of February 28, 2005 (the "Lease Rejection Order"), which provided that the Leased Property located at 1050 North Westmoreland, Dallas, Texas 75211 was rejected.

5. Saran filed Amended Proofs of Claim against the bankruptcy estates of both the Tenant and the Guarantor (Proof of Claim Numbers 1347 and 1346, respectively), in order to preserve Saran's claims against each entity for the pre-petition arrearages, rejection damages, taxes, insurance and common area maintenance expenses due under the Lease.[2]

6. On or about September 5, 2006, Debtors filed their Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims, wherein Debtors request that this Court disallow Saran's Proof of Claim #13436 on the grounds that, upon confirmation of the plan, all of the Debtors' estates will be consolidated and "all claims against each estate shall be deemed to be claims against he consolidated estates."[3]

7. The Guaranty set forth in Proof of Claim #13436 was provided to Saran as additional security for payments under the Lease and was an integral part of the consideration for the Lease. To disallow Proof of Claim #13436 will render the Guaranty worthless, thereby stripping Saran of its rightful security interests against the Guarantor.

8. Saran therefore objects to the disallowance of its Proof of Claim #13436.

---

[2] On or about September 5, 2006, Debtors filed the Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims, wherein Debtors request that this Court disallow Saran's Proof of Claim #13436 on the grounds that, upon confirmation of the plan, all of the Debtors' estates will be consolidated and the claim of one shall be the claim of all.

[3] Additionally, Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims objects to Saran's Proof of Claim #8478, which has been amended and superseded by Proof of Claim #13436.

- 2 -

**RESPONSE TO OBJECTION**

9. Saran objects to the asserted basis for denial of its Claim #13436—the proposed Substantive Consolidation Compromise that is set forth in Article II of the Debtors' Joint Plan of Reorganization. The proposed substantive consolidation proposed in the Plan will harm Saran in its recoveries against the Tenant and Guarantor. The Debtors have presented no authority supporting for the substantive consolidation of the Debtors' estates in this case, and have specifically not presented any evidence which would purport to show that creditors, such as Saran, will not be adversely affected by the proposed consolidation. The Debtors have also not presented any evidence that the benefits of consolidation heavily outweigh the harm to creditors such as Saran.

WHEREFORE, Saran, Ltd. respectfully requests that the Court overrule the Debtors' objections and deny Debtors' request to disallow Claim #13436. Saran, Ltd. further prays for all such further relief to which it may be entitled, either at law or in equity.

Dated: September 26, 2006                    Respectfully submitted,

 */s/ Johnathan C. Bolton*
Johnathan C. Bolton, TX Bar No. 24025260
**FULBRIGHT & JAWORSKI L.L.P.**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

ATTORNEYS FOR SARAN, LTD.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true and correct copy of Saran, Ltd.'s Response To Debtors' Twentieth Omnibus Objection To (A) Duplicate Different Debtor Claims And (B) Duplicate Liability Claims on all parties on the Court's CM/ECF system and D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, via e-mail: djbaker@skadden.com and facsimile (917) 777-2150 on this 26th day of September, 2006.

                                                                    /s/ Johnathan C. Bolton
                                                                      Johnathan C. Bolton
                                                                       1301 McKinney, Suite 5100
                                                                       Houston, Texas 77010