UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**MOTION FOR LEAVE OF COURT TO FILE**
**MOTION FOR DETERMINATION OF PLAN CLASS**

COMES NOW, LUCIEN BUGGS, Claim No. 761, by and through his undersigned legal counsel, hereby moves this court for the entry of an order allowing him to file his Motion To Determine Class and in support thereof would show as follows:

1. The Claimant timely filed his Motion For Determination of Class Plan but did not file it electronically.

2. By Order dated September 18, 2006 this Court struck the Claimant's Motion for Determination of Class Plan because it was filed in paper form.

3. Attached hereto is an Affidavit from Franklin T. Walden, attorney for the Claimant in support of this Motion For Leave to File Motion for Determination of Class Plan.

WHEREFORE, the Claimant moves this court for the entry of an order granting leave to file his Motion For Determination of Plan Class.

I HEREBY CERTIFY that a true and correct copy has been furnished by U.S. Mail to: Logan and Company, Inc., 546 Valley Road, Upper Montclair, New Jersey 07043 and Smith Hulsey & Busey, 1800 Wachovia Bank Tower, 225 Water Street, Jacksonville, Florida 32201-3315, this 16TH day of September, 2006.

FRANKLIN T. WALDEN, ESQ.
1936 Lee Road, Suite 100
Winter Park, FL 32789
Telephone No. (407) 772-7333
Fax No. (407) 599-3801
WaldenLegal@aol.com
Florida Bar No. 0169928
Attorney for Claimant