# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                      )   Case No. 05-03817-3F1

WINN-DIXIE STORES, INC.,                    )   Chapter 11

    Debtors.

                                                    )   Jointly Administered

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE MOTION FOR DETERMINATION OF PLAN CLASS

STATE OF FLORIDA
COUNTY OF ORANGE

    BEFORE ME, personally appeared FRANKLIN T. WALDEN, and after being duly sworn, deposes as follows:

1. Your Affiant is the attorney of record for the Claimant, LUCIEN BUGGS and makes this affidavit based on his own personal knowledge.

2. Your Affiant was unaware that this Court had entered it's order requiring that all pleadings and other documents must be filed electronically.

3. Your Affiant has now requested and received the login and password for the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division and can now file the Claimant's Motion For Determination of Plan Class electronically.

FURTHER YOUR AFFIANT SAYATH NOUGHT

_____
FRANKLIN T. WALDEN

Sworn to and subscribed before me,
This 26th day of September, 2006

*Erin R Adair*

ERIN A. ADAIR - NOTARY PUBLIC

Personally Known ✓ or Produced Identification

Type of Identification Produced:
_____



Erin R Adair
My Commission DD356891
Expires September 21, 2008