UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                           Chapter 11
                     Debtors.                    )        Jointly Administered

_____

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Laudelina Rodriguez  (Claim No. 2886) [Docket No. 11196] was furnished by mail on

September 25, 2006 to Laudelina Rodriguez c/o Anthony J. Scremin, Esq., 37 N.E. 26th

Street, Miami, Florida 33137.

Dated:  September 27, 2006

SKADDEN, ARPS, SLATE, MEAGHER            SMITH HULSEY & BUSEY
& FLOM LLP


By    _s/ D. J. Baker_____            By    ___s/ James H. Post_____
        D. J. Baker                              Stephen D. Busey
        Sally McDonald Henry                     James H. Post (FBN 175460)
        Rosalie Gray                             Cynthia C. Jackson

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     jpost@smithhulsey.com

Co-Counsel for Debtors                  Co-Counsel for Debtors
00520151.DOC