UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                       )        Chapter 11
                            Debtors.            )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Jerry Tyner  (Claim No. 8526) [Docket No. 11144] was furnished by mail on September

25, 2006 to Jerry Tyner, 447636 U.S. Hwy 301, Callahan, Florida 32011.

Dated:  September 27, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                        By        *s/ James H. Post*
      D. J. Baker                                    Stephen D. Busey
      Sally McDonald Henry                           James H. Post (FBN 175460)
      Rosalie Gray                                   Cynthia C. Jackson

Four Times Square                           225 Water Street, Suite 1800
New York, New York 10036                    Jacksonville, Florida  32202
(212) 735-3000                              (904) 359-7700
(917) 777-2150 (facsimile)                  (904) 359-7708 (facsimile)
djbaker@skadden.com                         jpost@smithhulsey.com

Co-Counsel for Debtors                      Co-Counsel for Debtors
00520151.DOC