UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>    JACKSONVILLE DIVISION    </u>

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gloria Zapata (Claim No. 12552) [Docket No. 11145] was furnished by mail on September 25, 2006 to Gloria Zapata c/o Michael Feiner, Esq., Rothstein, Rosenfeldt & Adler, 401 E. Las Olas, Suite 1650, Fort Lauderdale, Florida 33301.

Dated:  September 27, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*       D. J. Baker       Sally McDonald Henry       Rosalie Gray | By   *s/ James H. Post*       Stephen D. Busey       James H. Post (FBN 175460)       Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00520151.DOC