# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| **WINN DIXIE STORES, INC., et al.,** | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 27th day of September, 2006, further to an objection deadline extension granted by Debtors counsel for the above-captioned debtors, the undersigned caused to be filed with the Clerk of the United States Bankruptcy Court for the Middle District of Florida (Jacksonville Division) the Objection of Merrill Lynch LP Holdings, Inc. to Debtor's Plan of Reorganization, a copy of which is attached hereto and hereby served upon you.

[SIGNATURE BLOCK APPEARS ON FOLLOWING PAGE]

dc-464501

Dated: September 27, 2006

                Respectfully submitted,

                **MORRISON & FOERSTER LLP**

                By:  /s/ Larren M. Nashelsky
                     Larren M. Nashelsky

                     Larren M. Nashelsky
                     Norman S. Rosenbaum
                     MORRISON & FOERSTER LLP
                     1290 Avenue of the Americas
                     New York, NY  10104
                     (212) 468-8000
                     E-mail: lnashelsky@mofo.com
                                nrosenbaum@mofo.com

                     Alexandra Steinberg Barrage
                     MORRISON & FOERSTER LLP
                     2000 Pennsylvania Avenue, NW
                     Suite 5500
                     Washington, DC  22209
                     (202) 887-1500
                     E-mail: abarrage@mofo.com


                     Attorneys for Merrill Lynch LP
                     Holdings, Inc.