# United States Bankruptcy Court
## Middle District of Florida

In re Winn-Dixie Stores, Inc., et al.,

Case No. 05-03817-3F1
(Jointly Administered)
Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Smithtown Bay, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Contrarian Funds, LLC**<br>**411 West Putnam Ave., Ste. 225**<br>**Greenwich, CT 06830**<br>**Attn: Alpa Jimenez**<br>**Phone 203-862-8236** | |
| | Name and Current Address of Transferor |
| Name and Address where transferee payments should be sent (if different from above) | **Smithtown Bay, LLC**<br>**601 Carlson Parkway** |
| **Court Claim # (if known): 35537**<br>**Claim Amount $221,309.99** | **Suite 200**<br>**Minnetonka, MN  55305**<br>**Attn: Brian Naas**<br>**Phone 952-476-7239** |

 I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____
     Transferee/Transferee's Agent

Date: _____September 26, 2006_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

| ~DEADLINE TO OBJECT TO TRANSFER~ |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

```
------------------------------------------------------------x
                                              :
In re:                                        :
                                              :
WINN-DIXIE STORES, INC., et al.,              :   Chapter 11
                                              :   Case No. 05-03817-3F1
              Debtors.                        :   (Jointly Administered)
                                              :    .
------------------------------------------------------------x    ..
```

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **SMITHTOWN BAY, LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CONTRARIAN FUNDS, LLC** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the total amount of **$221,309.99** against WINN-DIXIE STORES, INC. or any one of its operating subsidiaries, the debtor-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc. et al.*, Chapter 11 Cases, Case No. 05-03817-3F1 pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court"), and any and all proofs of claim assigned to Assignor by the original owner thereof and any and all notices of Evidence of Transfer filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, particularly claim number 35537.

Assignor hereby waives any objection to the transfer of the Assigned Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claims, Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claims, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

IN WITNESS HEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 5th day of September, 2006

**SMITHTOWN BAY, LLC**
**By: Global Capital Management, Inc., Manager**

By: _____

Name:   Thomas G. Rock
Title:   Authorized Signer

**CONTRARIAN FUNDS, LLC**
**By: Contrarian Capital Manangement, LLC, as manager**

By: _____

Name:
Title:          **JANICE M. STANTON**
                    **MEMBER**