**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |

**SUPPLEMENTAL CERTIFICATE OF SERVICE WITH RESPECT TO**
**DEBTORS' OMNIBUS RESPONSE TO**
**MOTIONS FOR DETERMINATION OF PLAN CLASS**

    I, Adam S. Ravin, certify that I caused to be served the Debtors' Omnibus Response to Motions for Determination of Plan Class (Docket No. 11280) and corresponding Notice of Hearing (Docket No. 11281), by having true and correct copies thereof sent (i) to the parties listed on Exhibit A (a) via first class mail on September 22, 2006, and (b) via e-mail on September 25, 2006, and (ii) to the party listed on Exhibit B on September 22, 2006 via first class mail, and (iii) to the party listed on Exhibit C on September 25, 2006 via first class mail and Federal Express.

Dated: September 27, 2006

                        SKADDEN, ARPS, SLATE,
                        MEAGHER & FLOM LLP

                        By: /s/ *Adam S. Ravin*
                        Adam S. Ravin
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000
                        (212) 735-2000 (facsimile)

                        and

SMITH HULSEY & BUSEY

By: /s/ *Cynthia C. Jackson*
Cynthia C. Jackson
Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Co-Counsel for Debtor

**Exhibit A**

Franklin T. Walden
1936 Lee Road, Suite 100
Winter Park, FL 32789
waldenlegal@aol.com

SNELL & SNELL, P.A.
Walter J. Snell
436 N. Peninsula Drive
Daytona Beach, FL 32118
snellandsnell@mindspring.com

Anthony F. Sanchez
Alfred I. DuPont Building
169 E. Flagler Street, Suite 1500
Miami, FL 33131
afspalaw@aol.com

GRAY/ROBINSON, P.A.
Jason B. Burnett
50 North Laura Street, Suite 1675
Jacksonville, FL 32202
jburnett@gray-robinson.com

STUTSMAN, THAMES & MARKEY, P.A.
Richard R. Thames
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
rthames@stmlaw.net

Floyd Thomas Bailey
10428 S.W. Lands End Place
Palm City, FL 34990
Mbailey597@adelphia.net

LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.
Jason Ward Johnson
Robert F. Higgins
215 North Eola Drive
Orlando, FL 32801
jason.johnson@lowndes-law.com

WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.
Ryan E. Davis
P.O. Box 1391
390 North Orange Avenue, Suite 1500
Orlando, FL 32803-1391
rdavis@whww.com

Luz Elena Cardona
2176 Alclobe Circle
Ocoee, FL 34761
Luz61mami@hotmail.com

## **Exhibit B**

STRADLEY, RONON, STEVENS & YOUNG, LLP
Michael P. Migliore
300 Delaware Avenue, Suite 800
Wilmington, DE 19899

## **Exhibit C**

Ernest Allen
904 South Fifteenth Street
Louisville, Kentucky 40210