UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: Winn Dixie Stores, Inc.. et al.        Chapter 11

                                                           Case No. 3:05-bk-03817- JAF

                  Debtors.        Jointly Administered

**MOTION TO APPEAR PRO HAC VICE
FOR AMY K. KAUFMAN, ASSISTANT ATTORNEY
GENERAL FOR THE STATE OF OHIO**

Amy K. Kaufman, Assistant Attorney General ("AAG Kaufman) for the State of Ohio, and a member in good standing of the bar in the State of Ohio and of the bar of the U.S. District Court for the Southern District of Ohio, requests permission to appear before this court *pro hac vice* to represent the Ohio Bureau of Workers' Compensation in this case.

Local Rule 2090-1 states that "any attorney residing outside the State of Florida, who is a member in good standing of the bar of any District Court of the United States other than the Middle District of Florida may appear specially and be heard in any case or proceeding..." This pleading is submitted with the signature of Jonathan H. Alden, who is admitted to the Middle District of Florida and has granted authority to sign his name to this pleading, to fulfill the requirement of filing a written designation and consent to act as local counsel.

AAG Kaufman was admitted to practice in the Supreme Court of Ohio in November 2001. AAG Kaufman was admitted in the U.S. District Court, Southern District of Ohio, in 2003. AAG Kaufman represents state agencies in bankruptcy

1

proceedings and the Ohio Bureau of Workers' Compensation has requested that she represent them on the objections filed by the debtor to their claims in this case.

Wherefore, Amy K. Kaufman requests that this Court grant her Motion to appear *pro hac vice*.

Dated: 9/28/06

JIM PETRO (OH 0022096)
Attorney General of Ohio

/s/ Amy K. Kaufman
Amy K. Kaufman (OH 0073837)
Assistant Attorney General
Collections Enforcement
150 East Gay Street, 21st Floor
Columbus, Ohio 43215
Telephone (614) 728-4324
Facsimile (614) 752-9070
akkaufman@ag.state.oh.us

Jonathan H. Alden
Senior Attorney
Fla. Bar No. 0366692
FL Dept. of Environmental Protection
Office of General Counsel
Douglas Building, MS #35
Commonwealth Boulevard
Tallahassee, Florida 32399-3000
Jonathan.Alden@dep.state.fl.us

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Appear *Pro Hac Vice* was served by electronic mail through the U.S. Bankruptcy Court's ecf system on the 28th of September, 2006 upon the following parties:

Elena L. Escamilla
United States Trustee—JAX
135 W. Central Blvd, Suite 620
Orlando, Florida 32801

Skadden Arps Slate Meagher & Flom LLP
Attn: D.J. Baker
Four Times Square
New York, New York 10036

/s/ Amy K. Kaufman
Amy K. Kaufman (OH 0073837)