UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC.,        *         CHAPTER 11
ET AL

CASE NO.: 05-03817 (3F1)               *
                                                 (Jointly Administered)

## NOTICE OF MOTION

TO:
Rosalie Walker Gray, Esq.              Cynthia C. Jackson, Esq.
Skadden, Arps, Slate, Meagher          Smith Hulsey & Busey
&Flom, LLP                             225 Water Street, Suite 1800
Four Times Square                      Jacksonville, Florida 32202
New York, New York 10036               FAX (904) 359-7708
FAX (917) 777-3214                     cjackson@smithhulsey.com
rgray@skadden.com

Matthew Barr, Esq.
Milbank, Tweed, Hadley
& Hadley, LLP
1 Chase Manhattan Plaza
New York, New York 10005
FAX (212) 822-5194
mbarr@milbank.com

PLEASE TAKE NOTICE that a hearing will be held on the **____day of _____, 2006, at _____** o'clock a.m., at the United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Jacksonville, Florida, 32202, on creditors, Alfred Griffin and Elicia Jones' Motion(s) to Lift Stay in the above captioned matter.

1

You are invited to attend and participate as may be deemed proper and in accordance with law.

                                     Respectfully submitted,

                                     _____
DARLEEN M. JACOBS, bar # 7208
JACOBS & SARRAT
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-3287 & 522-0155
Counsel for Creditors,
ALFRED GRIFFIN AND ELICIA JONES

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: WINN-DIXIE STORES, INC., ET AL | * | CHAPTER 11 |
| CASE NO.: 05-03817 (3F1) | * | (Jointly Administered) |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW INTO COURT, through undersigned counsel, come creditors, ALFRED GRIFFIN and ELICIA JONES, who move this Honorable Court to lift the stay order in the above captioned matter so that said creditors may pursue their pending but stayed claims in the 24th Judicial District Court for the Parish of Jefferson and 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, respectively, in order to obtain Judgments to establish the amount of their claims, and proceed with their claims against the other defendants, and for it submit the following:

1.

Debtor, WINN-DIXIE STORES, INC. (hereinafter "Debtor"), filed its Petition for Relief under Chapter 11 of Title 11 of the United States Code in **February of 2005.**

2.

After the filing of its Petition for Relief under Chapter 11, Debtor was sued in the 24TH Judicial District Court for the Parish of Jefferson and 34th Judicial District Court for the Parish of St. Bernard, respectively, State of Louisiana for injuries suffered by movants.

3

3.

Claimant/Movants, were injured in **November of 2004 and July of 2004,** respectively, in slip and fall accidents by a at Winn Dixie Stores in Jefferson Parish, and St. Bernard Parish, Louisiana, respectively..

4.

In **October of 2005 and February of 2005, respectively,** Movants brought their actions against Debtor and other defendants for injuries caused by said defendants in their accidents.

5.

Debtor has not compensated Movants for their damages.

6.

Movants now wish to pursue their claims against the Debtor's underwriter and other defendants. Movants have not and will not pursue an action against the estate of the bankrupt defendant.

7.

Pursuant to the provisions of Section 362 of Title 11 of the United States Code, Movants respectfully request that this Honorable Court lift the stay that is preventing them from exercising their rights to pursue recovery for their injuries.

8.

Movers understand that no execution would take place upon the debtor unless otherwise ordered by this Honorable Bankruptcy Court.

Respectfully submitted,

_____
DARLEEN M. JACOBS, bar # 7208
JACOBS & SARRAT
823  ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-3287 & 522-0155

Counsel for Movant-Creditors
ALFRED GRIFFIN AND ELICIA JONES

CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by depositing the same in the U.S. Mail, postage prepaid and properly addressed, this _____day of _____, 2006.

_____
JACOBS & SARRAT

5

## UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

IN RE: WINN-DIXIE STORES, INC.,         *         CHAPTER 11
ET AL

CASE NO.: 05-03817 (3F1)                *
                                                  (Jointly Administered)

### ORDER

_____Considering the foregoing motion,

   IT IS HEREBY ORDERED that Movants, ALFRED GRIFFIN and ELICIA JONES, be granted relief from the Automatic Stay filed in these proceedings, so that they may pursue their state court claims against the respective underwriter of WINN-DIXIE STORES, INC., and other defendants, in the 24TH Judicial District Court for the Parish of Jefferson, and 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, respectively. This _____day of _____, 2006, at Jacksonville, Florida.

                              _____
                              UNITED STATES BANKRUPTCY COURT JUDGE

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by depositing the same in the U.S. Mail, postage prepaid and properly addressed, this _____ day of _____, 2006.

_____
JACOBS & SARRAT

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: WINN-DIXIE STORES, INC., ET AL | * | CHAPTER 11 |
| CASE NO.: 05-03817 (3F1) | * | (Jointly Administered) |

### MEMORANDUM IN SUPPORT OF MOTION AND ORDER TO LIFT STAY

**MAY IT PLEASE THE COURT**:

  ALFRED GRIFFIN and ELICIA JONES (hereinafter referred to as "Movants"), through undersigned counsel, respectfully submit this Memorandum in Support of Motion for Relief from Automatic Stay. WINN-DIXIE STORES, INC. (hereinafter referred to as "Debtor"), filed with this Court its Petition for Relief under Chapter 11 of Title 11 of the United States Code in **February of 2005.** For the following reasons, Movants' Motion for Relief from Automatic Stay should be granted.

  Claimants were injured in separate slip and fall accidents involving the debtor's subsidiaries in **November of 2004 and July of 2004, respectively. In October of 2005 and February of 2005, respectively,** claimants filed claims for damages in the 24th Judicial District Court for the Parish of Jefferson, and the 34th Judicial District Court for the Parish of St. Bernard, respectively.

  In **November of 2005 and March of 2005, respectively,** debtor filed a Notice of Stay informing the 24th and 34th Judicial District Courts, respectively, that Debtor had petitioned for relief under Chapter 11 of the U.S. Bankruptcy Code, and that this Honorable Court had instituted an Automatic Stay as to any action against Debtor pursuant to 11 U.S.C. Section 362.

Movants respectfully requests that this stay be lifted to the extent that they can proceed with their claims against Debtor's underwriter and other defendants.

Movants agree that no action whatsoever will be taken against the estate of the Debtor. Furthermore, the bankruptcy trustee must agree not to object to Movants' motion, provided that movants agree that no action be taken against Debtor. As all parties do agree, movants respectfully ask this Court to lift the stay currently in place so that Movants may proceed with their tort claims against Debtor's underwriter and other defendants who have not sought relief from this Honorable Court.

                                                Respectfully submitted,

```
_____
DARLEEN M. JACOBS, bar # 7208
JACOBS & SARRAT
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-3287 & 522-0155
Counsel for Creditors,
ALFRED GRIFFIN AND ELICIA JONES
```

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by depositing the same in the U.S. Mail, postage prepaid and properly addressed, this _____day of _____, 2006.

                                          _____
                                                JACOBS & SARRAT

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: WINN-DIXIE STORES, INC., ET AL | * | CHAPTER 11 |
| CASE NO.: 05-03817 (3F1) | * | (Jointly Administered) |

**CERTIFICATE OF SERVICE**
**RULE 4001**

I hereby certify that I have notified all interested parties of the Motion for Relief from Automatic Stay filed herein by ALFRED GRIFFIN AND ELICIA JONES, and in particular, obtained approval of counsel:

Rosalie Walker Gray, Esq.
Skadden, Arps, Slate, Meagher
&Flom, LLP
Four Times Square
New York, New York 10036
FAX (917) 777-3214
rgray@skadden.com

Matthew Barr, Esq.
Milbank, Tweed, Hadley
& Hadley, LLP
1 Chase Manhattan Plaza
New York, New York 10005
FAX (212) 822-5194
mbarr@milbank.com

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
FAX (904) 359-7708
cjackson@smithhulsey.com

_____
Jacobs & Sarrat

September 8, 2006

United States Bankruptcy Court
Middle District of Florida, Jacksonville Division
300 North Hogan Street
Jacksonville, Florida 32202

Re: WINN-DIXIE STORES, INC.; No. 05-03817; 3F1-11
    Claims of ALFRED GRIFFIN and ELICIA JONES

Dear Clerk of Court:

Please file the Motion to Lift Stay on behalf of creditors, ALFRED GRIFFIN and ELICIA JONES, in the above referenced matter. We also ask that you stamp one of the additional copies sent to you on behalf of each claimant, conformed, and return the same to our office in the enclosed self-addressed, stamped envelope. Thank you for your cooperation. ($150 enclosed).

                                        Sincerely,

                                        Jacobs & Sarrat

Enclosures
cc:

| | |
|---|---|
| Rosalie Walker Gray, Esq. | Cynthia C. Jackson, Esq. |
| Skadden, Arps, Slate, Meagher &Flom, LLP | Smith Hulsey & Busey |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| FAX (917) 777-3214 | FAX (904) 359-7708 |
| rgray@skadden.com | cjackson@smithhulsey.com |

Matthew Barr, Esq.
Milbank, Tweed, Hadley
& Hadley, LLP
1 Chase Manhattan Plaza
New York, New York 10005
FAX (212) 822-5194
mbarr@milbank.com

```
U.S. Bankruptcy Court
Middle District of Florida
ATTN: CHRISTINE BAKER
135 West Central Boulevard, Suite 950
Orlando, Florida 32801
```

September 5, 2006

| | |
|---|---|
| Rosalie Walker Gray, Esq. | Cynthia C. Jackson, Esq. |
| Skadden, Arps, Slate, Meagher &Flom, LLP | Smith Hulsey & Busey |
| | 225 Water Street, Suite 1800 |
| Four Times Square | Jacksonville, Florida 32202 |
| New York, New York 10036 | FAX (904) 359-7708 |
| FAX (917) 777-3214 | cjackson@smithhulsey.com |
| rgray@skadden.com | |

Matthew Barr, Esq.
Milbank, Tweed, Hadley
& Hadley, LLP
1 Chase Manhattan Plaza
New York, New York 10005
FAX (212) 822-5194
mbarr@milbank.com

Dear Counsellors:

    Please find enclosed our proposed motion to lift stay in the above referenced matter. Please let Al Sarrat (504) 522-0817, know if you consent or oppose our motion. If we do not have a response from you by Thursday, September 8, 2006, we will file the motion informing the Court that there is no opposition. Your cooperation is greatly appreciated.

                                        Sincerely,

                                        Jacobs & Sarrat

Enclosure