UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Debtors.
_____/

Chapter 11
Case No. 3-05-bk-3817-JAF

### NOTICE OF WITHDRAWAL OF ADMINISTRATIVE CLAIM OF WEBBER COMMERCIAL PROPERTIES, LLC
**[Docket No. 4444]**

The Debtors, having paid an agreed sum of One Thousand and No/100 Dollars ($1,500), to satisfy the administrative claim of One Thousand Ninety and No/100 Dollars ($1,790), Webber Commercial Properties, LLC, herewith withdraws its motion to allow administrative claim filed herein. Webber Commercial Properties, LLC continues to have its pre-petition, unsecured claim in this case.

    Respectfully submitted,

    /s/ William Knight Zewadski
WILLIAM KNIGHT ZEWADSKI
Florida Bar No. 121746
Z@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
  FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601
813.223.7474/813.229.6553 (fax)
Attorneys for Webber Commercial
Properties, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Administrative Claim of Webber Commercial Properties, LLC, was served electronically on those parties having entered their appearance in the Court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties who have requested notice but are not participating in the ECF System listed below, pursuant to instructions appearing on the Electronic Filing Receipt received from the U.S. Bankruptcy Court on this 28 day of September, 2006:

**Winn-Dixie Stores, Inc.**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin, Esquire**
**D.J. Baker, Esquire**
Skadden Arps Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Cynthia C. Jackson, Esquire**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**United States Trustee**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc.,
c/o Dennis F. Dunne, Esquire**
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

/s/ William Knight Zewadski
Attorney

-2-

1731663