# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et. al., ) | Case No. 3:05-bk-03817-JAF |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF APPEARANCE

Kluger, Peretz, Kaplan & Berlin, P.L. and Hartman, Simons, Spielman & Wood, LLP gives notice of their appearance as counsel of record for Arnobo Associates Partnership ("Arnobo") and request that all notices, pleadings or other documents be served on Arnobo through the undersigned counsel.

Dated: September ___, 2006.

/s/   Samuel R. Arden
Samuel R. Arden
Georgia Bar No. 021228
Hartman, Simons, Spielman & Wood, LLP
6400 Powers Ferry Road, NW, Suite 400
Atlanta, GA  30339
(770) 955-3555
(770) 858-1097 (fax)
sarden@hssw.com

- and -

/s/ Bradley S. Shraiberg
Bradley S. Shraiberg, Esq.
Fl. Bar No. 121622
Kluger, Peretz, Kaplan & Berlin, P.L.
2385 Executive Center Drive, Suite 300
Boca Raton, FL  33431
(561) 961-1830
(561) 961-1831 (fax)
bshraiberg@kpkb.com

Counsel for Arnobo Associates Partnership

835957-1 6532.0005000

Certificate of Service

I hereby certify on September ____, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith, Hilsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
(904) 359-7700
(904) 359-7709 (facsimile)
busey@smithhulsey.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323(facsimile)
elana.l.escamilla@usdoj.gov

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000(facsimile)
dbaker@skadden.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

835957-1 6532.0005000

This ____ day of September, 2006.

                                          /s/ Bradley S. Shraiberg

                                          Bradley S. Shraiberg, Esq.
                                          Fl. Bar No. 121622
                                          Kluger, Peretz, Kaplan & Berlin, P.L.
                                          2385 Executive Center Drive, Suite 300
                                          Boca Raton, FL  33431
                                          (561) 961-1830
                                          (561) 961-1831 (fax)
                                          bshraiberg@kpkb.com