UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### RESPONSE TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO (A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS

Landlord, Achilles Realty Company ("Achilles"), by and through counsel, files this Response to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims ("Objection"). In support of this Response, Achilles states:

1. On or about November 11, 1983, Winn-Dixie Greenville, Inc. ("Winn-Dixie Greenville"), predecessor-in-interest to Winn-Dixie Charlotte, Inc. ("Winn-Dixie Charlotte"), predecessor-in-interest to Debtor, Winn-Dixie Raleigh, Inc. ("Winn-Dixie Raleigh") entered into that certain lease agreement ("Lease") with Horne Properties, Inc. ("Horne") for those certain premises located in Greeneville Square Shopping Center, Greeneville, Tennessee ("Store No. 1082"). Pursuant to the Lease, Winn-Dixie Raleigh was required to pay monthly rental payments and additional amounts for real estate taxes, insurance and common area maintenance.

2. As additional security under the Lease, Winn-Dixie Stores, Inc. ("Winn-Dixie Stores") executed that certain Guaranty of Lease dated November 11, 1983 ("Guaranty").

3. Achilles is the current owner and holder of Store No. 1082, the Lease, the Guaranty, and any amendments or modifications thereto.

4. On or about August 1, 2005, Achilles timely filed Proof of Claim No. 10884 in the bankruptcy case of Winn-Dixie Raleigh, Case No. 05-03839-3F1. This claim was filed in the

amount of $50,655.12[1] for 2004 maintenance, insurance and taxes and the remaining February 2005 rent.

5. Also on or about August 1, 2005, Achilles timely filed Proof of Claim No. 10833 in the Bankruptcy case of Winn-Dixie Stores, Case No. 05-03817. This claim was also in the amount of $50,655.12 and arises from Debtor's Guaranty obligations.

6. On or about September 5, 2006, Debtors filed their Objection, requesting that the Court disallow Achilles Claim No. 10833.

7. The Guaranty provided to Achilles by Winn-Dixie Stores was provided as additional security for payment under the Lease. Disallowing Claim No. 10833 would strip Achilles of security for payment under the Lease. If any plan of reorganization is confirmed that does not provide for the substantive consolidation of the Debtors' bankruptcy estates and if Achilles does not receive payment under Claim No. 10884, then Achilles will have no security for payment if Claim No. 10833 is disallowed. This would render the bargained-for Guaranty worthless with no consideration to Achilles.

8. Achilles objects to the disallowance of Claim No. 10833.

9. Achilles reserves the right to make such further and other responses to any objections, if any, to either Claim No. 10884 or 10833.

10. Achilles hereby joins in any response filed by other landlords to this Objection, to the extent not inconsistent herewith.

WHEREFORE, Achilles submits this response to the Debtors' Twentieth Omnibus Objection and requests that this Court deny the Objection, allow Achilles to have the benefits of its bargained-for claim, and to grant Achilles such other and further relief as is just and proper.

---

[1] Debtor objected to Achilles Claim No. 10884 in its Fifteenth Omnibus Claim Objection. The hearing on this objection has been continued and has not yet been resolved.

WD-Achilles - Response to 20th Omnibus Objection (2)

Respectfully submitted this 28th day of September, 2006.

                **MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**

By: */s/ Peter E. Nicandri*
     Peter E. Nicandri
     Florida Bar No. 823090
     14 East Bay Street
     Jacksonville, FL  32202
     pnicandri@milamhoward.com
     Tel:  (904) 357-3660
     Fax: (904) 357-3660


**MILLER & MARTIN PLLC**

Catherine A. Harrison
Georgia Bar No. 331752 (admitted pro hac vice)
1170 Peachtree Street N.E., Suite 800
Atlanta, GA 30309-7706
charrison@millermartin.com
(404) 962-6100
(404) 962-6300 (facsimile)

*Attorneys for Achilles Realty Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk of the U.S. Bankruptcy Court, Middle District of Florida, and a copy delivered by electronic mail to:

>D.J. Baker, Esq.
>djbaker@skadden.com
>Skadden Arps Slate,
>Meagher & Flom, LLP
>4 Times Square
>New York, NY 10036

and to all other persons entitled to receive electronic service in the above-styled matter on this 28th day of September, 2006.

>By  /s/ Peter E. Nicandri
>        Attorney

WD-Achilles - Response to 20th Omnibus Objection (2)