UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**RESPONSE TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO
(A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND
(B) DUPLICATE LIABILITY CLAIMS**

Landlord, CPM Associates, L.P. ("CPM"), by and through counsel, files this Response to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B) Duplicate Liability Claims ("Objection"). In support of this Response, CPM states:

1. On or about March 22, 1983, Jitney-Jungle Stores of America, Inc. ("Jitney-Jungle"), predecessor-in-interest to Winn-Dixie Louisiana, Inc. ("Winn-Dixie Louisiana"), predecessor-in-interest to Debtor, Winn-Dixie Montgomery, Inc. ("Winn-Dixie Montgomery") entered into that certain lease agreement ("Lease") with Richard A. Conaway, predecessor-in-interest to Clinton Plaza Associates, Ltd., predecessor-in-interest to CPM, for those certain premises located in Clinton Plaza, Clinton, Mississippi ("Store No. 1370"). Pursuant to the Lease, Winn-Dixie Montgomery was required to pay monthly rental payments and additional amounts for real estate taxes, insurance and common area maintenance.

2. Upon information and belief, as additional security under the Lease, Winn-Dixie Stores, Inc. ("Winn-Dixie Stores") executed that certain Guaranty of Lease ("Guaranty").

3. CPM is the current owner and holder of Store No. 1370, the Lease, the Guaranty, and any amendments or modifications thereto.

4. On or about August 1, 2005, CPM timely filed Proof of Claim No. 10835 in the bankruptcy case of Winn-Dixie Montgomery, Case No. 05-03837-3F1. This claim was filed in the amount of $29,259.79[1] for 2004 real estate taxes and common area maintenance contributions.

5. Also on or about August 1, 2005, CPM timely filed Proof of Claim No. 10885 in the Bankruptcy case of Winn-Dixie Stores, Case No. 05-03817-3F1. This claim was also in the amount of $29,259.79 and arises from Debtor's Guaranty obligations.

6. On or about September 5, 2006, Debtors filed their Objection, requesting that the Court disallow CPM Claim No. 10885.

7. The Guaranty provided to CPM by Winn-Dixie Stores was provided as additional security for payment under the Lease. Disallowing Claim No. 10885 would strip CPM of security for payment under the Lease. If any plan of reorganization is confirmed that does not provide for the substantive consolidation of the Debtors' bankruptcy estates and if CPM does not receive payment under Claim No. 10835, then CPM will have no security for payment should Claim No. 10885 be disallowed. This would render the bargained-for Guaranty worthless with no consideration to CPM.

8. CPM objects to the disallowance of Claim No. 10885.

9. CPM reserves the right to make such further and other responses to any objections, if any, to either Claim No. 10835 or 10885.

10. CPM hereby joins in any response filed by other landlords to this Objection, to the extent not inconsistent herewith.

---

[1] Debtor objected to CPM Claim No. 10835 in its Fifteenth Omnibus Claim Objection. The order entered by the Court on that objection properly reduced CPM's claim to $15,780.55.

WD-CPM-Clinton - Response to 20th Omnibus Objection (2)

WHEREFORE, CPM submits this response to the Debtors' Twentieth Omnibus Objection and requests that this Court deny the Objection, allow CPM to have the benefits of its bargained-for claim, and to grant CPM such other and further relief as is just and proper.

Respectfully submitted this 28th day of September, 2006.

**MILAM HOWARD NICANDRI DEES & GILLAM, P.A.**

By: /s/ *Peter E. Nicandri*
Peter E. Nicandri
Florida Bar No. 823090
14 East Bay Street
Jacksonville, FL 32202
pnicandri@milamhoward.com
Tel: (904) 357-3660
Fax: (904) 357-3660

**MILLER & MARTIN PLLC**

Catherine A. Harrison
Georgia Bar No. 331752 (admitted pro hac vice)
1170 Peachtree Street N.E., Suite 800
Atlanta, GA 30309-7706
charrison@millermartin.com
(404) 962-6100
(404) 962-6300 (facsimile)

*Attorneys for CPM Associates, L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk of the U.S. Bankruptcy Court, Middle District of Florida, and a copy delivered by electronic mail to:

> D.J. Baker, Esq.
> djbaker@skadden.com
> Skadden Arps Slate,
> Meagher & Flom, LLP
> 4 Times Square
> New York, NY 10036

and to all other persons entitled to receive electronic service in the above-styled matter on this 28th day of September, 2006.

By    /s/ Peter E. Nicandri
            Attorney