## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF APPEARANCE OF ADDITIONAL
### COUNSEL AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, Creditor, Hillcrest GDS, LLC, hereby appears in the above-captioned case through its counsel, Milam Howard Nicandri Dees & Gillam, P.A.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

Peter E. Nicandri, Esq.
Milam Howard Nicandri Dees & Gillam, P.A.
pnicandri@milamhoward.com
14 East Bay Street
Jacksonville, Florida 32202
Tel: (904) 357-3660
Fax: (904) 357-3661

Dated this 28th day of September, 2006.

                              MILAM HOWARD NICANDRI
                              DEES & GILLAM, P.A.

                              By   */s/ Peter E. Nicandri*
                                  Peter E. Nicandri
                                  Florida Bar No. 823090
                                  pnicandri@milamhoward.com
                                  14 East Bay Street
                                  Jacksonville, Florida 32202
                                  Tel: (904) 357-3660
                                  Fax: (904) 357-3661

                                  Attorneys for Hillcrest GDS, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk of the U.S. Bankruptcy Court, Middle District of Florida, and a copy delivered by electronic mail to:

                                D.J. Baker, Esq.
                                djbaker@skadden.com
                                Skadden Arps Slate,
                                Meagher & Flom, LLP
                                4 Times Square
                                New York, NY 10036

and to all other persons entitled to receive electronic service in the above-styled matter on this 28th day of September, 2006.

                              By   */s/ Peter E. Nicandri*
                                    Attorney