**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## RESPONSE TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO (A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS

Landlord, Hillcrest GDS, LLC ("Hillcrest"), by and through counsel, files this Response

to Debtors' Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims and (B)

Duplicate Liability Claims ("Objection"). In support of this Response, Hillcrest states:

1.      On or about November 14, 1988, Winn-Dixie Greenville, Inc. ("Winn-Dixie

Greenville"), predecessor-in-interest to Winn-Dixie Charlotte, Inc. ("Winn-Dixie Charlotte"),

predecessor-in-interest to Debtor, Winn-Dixie Raleigh, Inc. ("Winn-Dixie Raleigh") entered into

that certain lease agreement ("Lease") with Lincoln Centers, Inc. ("Lincoln"), predecessor-in-

interest to Hillcrest, for those certain premises located in Hillcrest Marketplace, Simpsonville,

South Carolina ("Store No. 1024"). Pursuant to the Lease, Winn-Dixie Raleigh was required to

pay monthly rental payments and additional amounts for real estate taxes, insurance and common

area maintenance.

2.      As additional security under the Lease, Winn-Dixie Stores, Inc. ("Winn-Dixie

Stores") executed that certain Guaranty of Lease dated November 14, 1988 ("Guaranty").

3.      Hillcrest is the current owner and holder of Store No. 1024, the Lease, the

Guaranty, and any amendments or modifications thereto.

4.      On or about August 1, 2005, Hillcrest timely filed Proof of Claim Nos. 10883 and 10909 in the amount of $1,261,064.07 in the bankruptcy case of Winn-Dixie Raleigh, Case No. 05-03839-3F1.  On November 7, 2005, Debtors rejected the Lease.  On January 26, 2006, Hillcrest timely amended its previously-filed claims with Claim No. 12890 in the amount of $364,765.80.  This claim was filed for 2004 real estate taxes, 2004 CAM contribution, and rejection damages.

5.      Also on or about August 1, 2005, Hillcrest timely filed Proof of Claim Nos. 10882 and 10910 in the amount of $1,261,064.07 in the bankruptcy case of Winn-Dixie Stores, Case No. 05-03817-3F1.  On November 7, 2005, Debtors rejected the Lease.  On January 26, 2006, Hillcrest timely amended its previously-filed claims with Claim No. 12889 in the amount of $364,765.80.  This claim arises from Debtor's Guaranty obligations.

6.      On or about September 5, 2006, Debtors filed their Objection, requesting that the Court disallow Hillcrest Claim No. 12889.

7.      The Guaranty provided to Hillcrest by Winn-Dixie Stores was provided as additional security for payment under the Lease.  Disallowing Claim No. 12889 would strip Hillcrest of security for payment under the Lease.  If any plan of reorganization is confirmed that does not provide for the substantive consolidation of the Debtors' bankruptcy estates and if Hillcrest does not receive payment under Claim No. 12890, then Hillcrest will have no security for payment should Claim No. 12889 be disallowed.  This would render the bargained-for Guaranty worthless with no consideration to Hillcrest.

8.      Hillcrest objects to the disallowance of Claim No. 12889.

9.      Hillcrest reserves the right to make such further and other responses to any objections, if any, to either Claim No. 12889 or 12890.

Cursor-Hillcrest - Response to 20th Omnibus Objection (2)

10. Hillcrest hereby joins in any response filed by other landlords to this Objection, to the extent not inconsistent herewith.

WHEREFORE, Hillcrest submits this response to the Debtors' Twentieth Omnibus Objection and requests that this Court deny the Objection, allow Hillcrest to have the benefits of its bargained-for claim, and to grant Hillcrest such other and further relief as is just and proper.

Respectfully submitted this 28th day of September, 2006.

**MILAM HOWARD NICANDRI**
**DEES & GILLAM, P.A.**

By: /s/ Peter E. Nicandri
Peter E. Nicandri
Florida Bar No. 823090
14 East Bay Street
Jacksonville, FL  32202
pnicandri@milamhoward.com
Tel:  (904) 357-3660
Fax: (904) 357-3660


**MILLER & MARTIN PLLC**

Catherine A. Harrison
Georgia Bar No. 331752 (admitted pro hac vice)
1170 Peachtree Street N.E., Suite 800
Atlanta, GA 30309-7706
charrison@millermartin.com
(404) 962-6100
(404) 962-6300 (facsimile)

*Attorneys for Hillcrest GDS, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk of the U.S. Bankruptcy Court, Middle District of Florida, and a copy delivered by electronic mail to:

> D.J. Baker, Esq.
> djbaker@skadden.com
> Skadden Arps Slate,
> Meagher & Flom, LLP
> 4 Times Square
> New York, NY 10036

and to all other persons entitled to receive electronic service in the above-styled matter on this 28th day of September, 2006.

> By    /s/ Peter E. Nicandri
>            Attorney