## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et. al., | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered |
| | ) | |

## ARNOBO ASSOCIATES PARTNERSHIP'S RESPONSE OBJECTING TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO (A) DUPLICATE DIFFERENT DEBTOR CLAIMS AND (B) DUPLICATE LIABILITY CLAIMS

Arnobo Associates Partnership ("Arnobo"), by and through counsel, files this response objecting to Debtor's Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims And (B) Duplicate Liability Claims, and states as follows:

1.     Arnobo and Winn-Dixie Montgomery, Inc. are parties to a lease agreement dated January 7' 1975 (the "Lease") for certain non-residential real property located in Monroe, Walton County, Georgia.

2.     Winn-Dixie Stores, Inc. entered into a guarantee (the "Guarantee") for the Lease.

3.     Debtors rejected the Lease effective February 28, 2005.

4.     Arnobo timely filed claims against Winn-Dixie Montgomery, Inc. (Claim Nos. 9962 and 9963) and Winn-Dixie Stores, Inc. (Claim Nos. 6161 and 6162) arising under of the Lease and Guarantee.

5.     On September 5, 2006, the Debtors filed the Twentieth Omnibus Objection to (A) Duplicate Different Debtor Claims And (B) Duplicate Liability Claims (the "Claims Objection"). In the Claim Objection, the Debtors have included Arnobo's Proof of Claim 6161 and Proof of Claim 6162 as claims the Debtors seek to disallow.

6.      The Debtors have objected to Arnobo's claims against Winn-Dixie Stores, Inc., arising under the Guarantee for the Lease based upon the potential impact that the proposed substantive consolidation of the Debtor entities called for in the Debtor's plan will have upon such claims if the plan is confirmed.

7.      Arnobo opposes the relief sought by the Debtors because the proposed substantive consolidation in the currently unconfirmed plan does not provide a valid basis for the Debtors to object to Arnobo's claims against Winn-Dixie Stores, Inc.  Arnobo currently possesses valid claims against both the tenant, Winn-Dixie Montgomery, Inc. and Winn-Dixie Stores, Inc. as the guarantor of the Lease.

8.      As such, the Debtors have not stated any valid basis for objecting to and obtaining the disallowance of the two claims asserted by Arnobo against Winn-Dixie Stores, Inc.

9.      Arnobo reserves all of its rights to pursue the claims that it has filed against the Debtors in this matter.

WHEREFORE, Arnobo Associates Partnership respectfully requests that the Court:

(1)      deny the claim objections as it relates to Claims 6161 and 6162 asserted by Arnobo; and

(2)      grant any other relief that this Court deems just and proper.

Dated: September 28, 2006.          /s/     Samuel R. Arden
                                    Samuel R. Arden
                                    Georgia Bar No. 021228
                                    Hartman, Simons, Spielman & Wood, LLP
                                    6400 Powers Ferry Road, NW, Suite 400
                                    Atlanta, GA  30339
                                    (770) 955-3555
                                    (770) 858-1097 (fax)
                                    sarden@hssw.com

                                    - and -

/s/ Bradley S. Shraiberg
Bradley S. Shraiberg, Esq.
Fl. Bar No. 121622
Kluger, Peretz, Kaplan & Berlin, P.L.
2385 Executive Center Drive, Suite 300
Boca Raton, FL  33431
(561) 961-1830
(561) 961-1831 (fax)
bshraiberg@kpkb.com

Counsel for Arnobo Associates Partnership

Certificate of Service

I hereby certify on September 28 , 2006, the foregoing response was transmitted to the

Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which

will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith, Hilsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7709 (facsimile)
busey@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York  10036
(212) 735-3000
(212) 735-2000(facsimile)
dbaker@skadden.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL  32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York  10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida  32801
(407) 648-6465
(407) 648-6323(facsimile)
elana.l.Escamilla@usdoj.gov

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York  10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

This _28_ day of September, 2006.

/s/ Bradley S. Shraiberg_____
Bradley S. Shraiberg, Esq.
Fl. Bar No. 121622
Kluger, Peretz, Kaplan & Berlin, P.L.
2385 Executive Center Drive, Suite 300
Boca Raton, FL  33431
(561) 961-1830
(561) 961-1831 (fax)
bshraiberg@kpkb.com