**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

**Stutsman Thames & Markey, P.A.** and **Thorp Reed & Armstrong, LLP** give notice of their appearance as counsel of record for George D. Zamias, and requests that all notices, pleadings or other documents to be served on George D. Zamias be served on it in care of the undersigned counsel.

> Paula A. Schmeck
> **THORP REED & ARMSTRONG, LLP**
> One Oxford Centre
> 301 Grant Street, 14th Floor
> Pittsburgh, PA 15219
> (412) 394-7773
> pschmeck@thorpreed.com
>
> - and -
>
> **STUTSMAN THAMES & MARKEY, P.A.**
>
> /s/ Richard R. Thames
> By_____
> Richard R. Thames
>
> Florida Bar Number 0718459
> 50 North Laura Street, Suite 1600
> Jacksonville, Florida 32202
> (904) 358-4000
> (904) 358-4001 (Facsimile)
> rthames@stmlaw.net
>
> Attorneys for George D. Zamias

## Certificate of Service

I hereby certify on September 28, 2006, the foregoing notice was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Filing System, which will send a notice of electronic filing to:

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

D.J. Baker, Esq.
Skadden, Arps, Slat, Meagher, & Flom, LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
dbaker@skadden.com

John B. Macdonald, Esq.
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (facsimile)
john.macdonald@akerman.com

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
aravin@skadden.com

Elana L. Escamilla, Esq.
Assistant United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
(407) 648-6465
(407) 648-6323 (facsimile)
elana.l.escamilla@usdoj.gov

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
ddunne@milbank.com

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

/s/ *Richard R. Thames*
_____
Attorney

60898