# EXHIBIT 1

# INVOICE

**Please Remit To:**
PeopleSoft USA, Inc
Dept CH10699
Palatine IL 60055-0699

**Federal ID Number:**

**Wiring Instructions:**
Wells Fargo Bank
ABA# 121000248
Commercial Banking Office
One Kaiser Plaza Suite 850
Oakland, CA 94612
PeopleSoft, Inc
ACCOUNT #

| | |
|---|---|
| Page: | 1 |
| Invoice No: | USA0112536 |
| Invoice Date: | 09/27/2004 |
| Payment Terms: | Net 30 |
| Due Date: | 10/27/2004 |
| Currency: | US Dollar |

**Bill To:**
Winn-Dixie Stores Incorporated
Attention It Asset Manager
5050 Edgewood Court
Jacksonville FL 32254

**Ship To:**
Winn-Dixie Stores Incorporated
5050 Edgewood Court
Jacksonville    FL    32254

**Customer Ref:**
**Agreement Date:**    09/24/2004
**Project Id:**

**AMOUNT DUE:**    737,900.00    USD

For Partner billing questions, please log a case online    For Customer questions, please call    1-800-477-5738
Internal Use Only -            Customer No    3576        Contract No    04-08195        Document No

| Line | Description | | | Net Amount |
|---|---|---|---|---|
| | Software License Fees pursuant to the terms of the License Agreement | | | |
| 1 | Standard Maintenance | 1 00 | EA | 100,000 00 |
| | Standard Maintenance 09/24/04-09/23/05 | | | |
| 2 | Total License Fees | | | 500,000 00 |
| | ePerformance, Purchasing, WebSphere | | | |
| 3 | PPD Bal#1 of Contr# 04-08195 | | | 130,900 00 |
| | Training 308 Units | | | |
| | **SUBTOTAL:** | | | 730,900 00 |
| | **TOTAL TAXES:** | | | 7,000 00 |
| | **TOTAL AMOUNT DUE** | | | **737,900.00** |

# CONSULTING INVOICE

| | | |
|---|---|---|
| **Please Remit To:** | **Wiring Instructions:** | **Page:** 1 |
| PeopleSoft USA, Inc | Wells Fargo Bank | **Invoice No:** USA0128874 |
| Dept CH10699 | ABA# 121000248 | **Invoice Date:** 02/07/2005 |
| Palatine IL 60055-0699 | Commercial Banking Office | **Payment Terms:** Net 30 |
| | One Kaiser Plaza Suite 850 | **Due Date:** 03/09/2005 |
| | Oakland, CA 94612 | **Currency:** US Dollar |
| | PeopleSoft, Inc. | |
| **Federal ID Number:** | ACCOUNT # | |

**Bill To:**
Winn-Dixie Stores Incorporated
Attention Karen Salem
5050 Edgewood Court
Jacksonville FL 32254

**Ship To:**
Winn-Dixie Stores Incorporated
5050 Edgewood Court
Jacksonville    FL    32254

**Customer Ref:** SOS# 46
**Agreement Date:** 09/13/2004
**Project Id:** 222220

**AMOUNT DUE    31,008 00    USD**

For Partner billing questions, please log a case online.    For Customer questions, please call    1-800-477-5738
Internal Use Only -          Customer No    3576          Contract No  04-07749          Document No

| | From | To | Quantity | UOM | Rate | Net Amount |
|---|---|---|---|---|---|---|

Consulting Services pursuant to the terms of the Agreement.

**HCM Develop/Admin & Payroll**
Nerren,Michael D

| | From | To | Quantity | UOM | Rate | Net Amount |
|---|---|---|---|---|---|---|
| | 01/03/2005 | 01/07/2005 | 40.00 | HRS | 204 0000 | 8,160 00 |
| | 01/10/2005 | 01/14/2005 | 40.00 | HRS | 204 0000 | 8,160.00 |
| | 01/17/2005 | 01/21/2005 | 40.00 | HRS | 204 0000 | 8,160 00 |
| | 12/27/2004 | 12/30/2004 | 32 00 | HRS | 204 0000 | 6,528 00 |
| | Subtotal For Employee | Nerren,Michael D | | | | 31,008.00 |

**SUBTOTAL:**                                                                  31,008.00

**TOTAL AMOUNT DUE :**                                                  31,008.00

# ORACLE

# INVOICE
Federal Tax ID: 84-1332677

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

| NUMBER |
|---|
| 40681167 |

| DATE | PAGE |
|---|---|
| 25-AUG-06 | 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| 40413 |

| OUR REFERENCE |
|---|
| |

| SALES ORDER NUMBER |
|---|
| P-02-01938-000-17 |

| CUSTOMER NUMBER |
|---|
| PS3576-US |

**BILL TO:** Winn-Dixie Stores Incorporated
IT Asset Manager
5050 Edgewood Court

JACKSONVILLE, FL 32254-3699
United States

**SHIP TO:** Winn-Dixie Stores Incorporated

5050 Edgewood Court

JACKSONVILLE, FL 32254
United States

**REMIT TO:**
**Checks** Oracle USA, Inc.
PO BOX 71028
CHICAGO, IL 60694-1028
**Wires:** Wells Fargo Bank
ABA  121000248
For the Benefit of Oracle USA, Inc.
ACCT 4522-020841

PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT
FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (888)803-7414

| | | | | | |
|---|---|---|---|---|---|
| Net Due in 30 Days | 24-SEP-06 | Attias, Kwan-Yee | IT Asset Manager | | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | EXTENDED AMOUNT($) |
|---|---|---|---|---|
| 1 | Software Update License & Support 26-AUG-06:25-AUG-07 | 85000 | Y | 43,766.25 |
| 2 | Software Update License & Support 26-AUG-06:25-AUG-07 | 85000 | Y | 43,766.25 |
| 3 | Software Update License & Support 26-AUG-06:25-AUG-07 | 85000 | Y | 43,766.25 |
| 4 | Software Update License & Support 26-AUG-06:25-AUG-07 | 85000 | Y | 43,766.25 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 175,065.00 | 10,703.92 | 0.00 | |

A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT.

| | |
|---|---|
| Less payments/credits($) | 0.00 |
| Outstanding balance as of 27-SEP-06 ($) | 185,768.92 |

**PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES**

# INVOICE

Federal Tax ID: 84-1332677

PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES

ORACLE

| | |
|---|---|
| **BILL TO:** | Winn-Dixie Stores Incorporated<br>IT Asset Manager<br>5050 Edgewood Court<br><br>JACKSONVILLE, FL 32254-3699<br>United States |
| **SHIP TO:** | Winn-Dixie Stores Incorporated<br><br>5050 Edgewood Court<br><br>JACKSONVILLE, FL 32254<br>United States |
| **REMIT TO:** | |
| Checks | Oracle USA, Inc.<br>PO BOX 71028<br>CHICAGO, IL 60694-1028 |
| Wires: | Wells Fargo Bank<br>ABA    121000248<br>For the Benefit of Oracle USA, Inc.<br>ACCT 4522-020841 |

| NUMBER |
|---|
| 40685514 |

| DATE | PAGE |
|---|---|
| 14-SEP-06 | 1 of 1 |

| PURCHASE ORDER NUMBER |
|---|
| 40468 |

| OUR REFERENCE |
|---|
|  |

| SALES ORDER NUMBER |
|---|
| P-04-08195-000-3 |

| CUSTOMER NUMBER |
|---|
| PS3576-US |

PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT
FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (888)803-7414

| | | | | |
|---|---|---|---|---|
| Net Due in 30 Days | 14-OCT-06 | Attias, Kwan-Yee | IT Asset Manager | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | EXTENDED AMOUNT($) |
|---|---|---|---|---|
| 1 | Software Update License & Support 24-SEP-06:23-SEP-07 | 13000000 | Y | 65,307.80 |
| 2 | Software Update License & Support 24-SEP-06:23-SEP-07 | 13000000 | Y | 34,692.20 |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 100,000.00 | 6,100.00 | 0.00 | |

A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT.

| | |
|---|---|
| Less payments/credits($) | 0.00 |
| Outstanding balance as of 27-SEP-06 | ($) 106,100.00 |

PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES

# ORACLE

# INVOICE
Federal Tax ID: 84-1332677

PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES

**BILL TO:** Winn-Dixie Stores Incorporated
IT Asset Manager
5050 Edgewood Court

JACKSONVILLE, FL 32254-3699
United States

**SHIP TO:** Winn-Dixie Stores Incorporated

5050 Edgewood Court

JACKSONVILLE, FL 32254
United States

**REMIT TO:**
**Checks** Oracle USA, Inc.
PO BOX 71028
CHICAGO, IL 60694-1028
**Wires:** Wells Fargo Bank
ABA  121000248
For the Benefit of Oracle USA, Inc.
ACCT 4522-020841

| NUMBER |
|---|
| 40685333 |
| DATE |
| 13-SEP-06 / 1 of 1 |
| PURCHASE ORDER NUMBER |
| 40460 |
| OUR REFERENCE |
| P-02-06315-000--4 |
| CUSTOMER NUMBER |
| PS3576-US |

PLEASE INCLUDE REMITTANCE COPY WITH PAYMENT
FOR QUESTIONS OR COMMENTS CONCERNING THIS INVOICE PLEASE CONTACT ORACLE COLLECTIONS AT (888)803-7414

| TERMS | INVOICE DATE | SALESPERSON | CONTACT | SHIP DATE | SHIP VIA | SHIPPING TRACKING |
|---|---|---|---|---|---|---|
| Net Due in 30 Days | 13-OCT-06 | Attias, Kwan-Yee | IT Asset Manager | | | |

| ITEM NO. | DESCRIPTION | QUANTITY | TAX | EXTENDED AMOUNT($) |
|---|---|---|---|---|
| 1 | Software Update License & Support 10-OCT-06:09-OCT-07 | 3 | Y | 4,449.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SPECIAL INSTRUCTIONS | SUBTOTAL | TAX | SHIPPING | TOTAL($) |
|---|---|---|---|---|
| | 4,449.60 | 311.47 | 0.00 | |

| A 1.5% PER MONTH FINANCE CHARGE WILL BE CHARGED FOR ALL PAST DUE INVOICES. ALL SOFTWARE IS LICENSED IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE SOFTWARE LICENSE AND SERVICES AGREEMENT OR REFERENCED GSA SCHEDULE CONTRACT. | Less payments/credits($) | 0.00 |
|---|---|---|
| | Outstanding balance as of 27-SEP-06 | ($) 4,761.07 |

PLEASE REFERENCE INVOICE NUMBER ON ALL REMITTANCES