# EXHIBIT 2

SENT BY:MACHINE 1          ;12-19-97 ; 2:35PM ;MORRIS MANNING MARTN→          ;# 4/ 8

**BCA**

## SOFTWARE LICENSE AND SERVICES AGREEMENT

This Software License and Services Agreement ("Agreement") is made as of December ___, 1997 ("Effective Date") by and between PeopleSoft, Inc. ("PeopleSoft"), a Delaware corporation having an office at 4305 Hacienda Drive, P.O. Box 9085, Pleasanton, California 94566 and Winn-Dixie Stores, Inc. ("Licensee"), a Florida corporation having an office at 5050 Edgewood Ct., Jacksonville, Florida 32254.

### TERMS AND CONDITIONS

**1.    LICENSE**
1.1    PeopleSoft grants Licensee a perpetual, non-exclusive, non-transferable license to use the licensed Software in Licensee's facilities located in the Territory, solely for Licensee's internal data processing operations, for the size entity, all as specified in the Schedule(s). Licensee shall use any third party Software products or modules provided by PeopleSoft solely with PeopleSoft Software. Licensee may modify or merge the Software with other software, provided, however, that no modification, however extensive, shall diminish PeopleSoft's title or interest in the Software.
1.2    PeopleSoft grants the right to use the Extended Enterprise Capabilities over Licensee's Intranet for the sole purpose to expand the deployment of the Software for use within the Territory solely in connection with the operation of Licensee and its Designates to meet Licensee's internal Software module processing requirements consistent with the terms set forth in this Agreement.
1.3    PeopleSoft shall provide Licensee with the number of copies of the Software and Documentation only as specified in the applicable Schedule. Licensee may make a reasonable number of copies of the Software and Documentation solely for Licensee's internal use in accordance with the terms of this Agreement, provided all copyright and proprietary notices are reproduced.

**2.    LICENSE EXCLUSIONS**
2.1    *Except as expressly authorized herein*, Licensee shall not:
a. Copy the Software;
b. Cause or permit reverse compilation or reverse assembly of all or any portion of the Software;
c. Distribute, disclose, market, rent, lease or transfer to any third party any portion of the Software (including PeopleTools) or the Documentation, or use the Software or Documentation in any service bureau arrangement, facility management, or third party training;
d. Publish the results of Software performance benchmarks to any third party without PeopleSoft's prior written consent;
e. Transfer the Software to a different software database platform without providing prior written notice to PeopleSoft and payment of any additional fees that may be due;
f. Transfer or use the Software outside the Territory without providing prior written notice to PeopleSoft, and without paying applicable fees;
g. Export the Software in violation of U.S. Department of Commerce export administration regulations; and
h. Use PeopleTools except solely in conjunction with the licensed PeopleSoft applications.
i. Authorize or permit Designates to use the Software or Extended Enterprise Capabilities other than in pursuant to Licensee's Software module processing requirements.

2.2    No license, right, or interest in any PeopleSoft trademark, trade name, or service mark is granted hereunder.

**3.    FEES AND PAYMENT TERMS**
3.1    Licensee shall pay PeopleSoft the fees as specified in each applicable Schedule.
3.2    Unless Licensee provides PeopleSoft with a valid tax exemption or direct pay certificate, Licensee is responsible for all taxes, duties and customs fees concerning the Software and/or services, excluding taxes based on PeopleSoft's income. Overdue payments shall bear interest at the lesser of twelve percent (12%) per annum or the maximum rate allowed under applicable law.

**4.    TITLE AND PROTECTION**
4.1    PeopleSoft (or its third-party providers) retains title to all portions of the Software, Documentation and any copies thereof. If Licensee creates a Software modification, Licensee shall only have title in such modification that

0310792.04

**BCA**

remains after PeopleTools has been separated from the modification ("Licensee Modification"). Licensee shall use Software modifications created by Licensee solely for its internal use in accordance with the terms of this Agreement. While under no obligation to do so, in the event Licensee provides Licensee Modifications to PeopleSoft, PeopleSoft shall have a perpetual, royalty-free license from Licensee to use, enhance and incorporate such modifications into PeopleSoft's software products for use and distribution.

4.2    Title to the physical media for the Software vests in Licensee upon delivery. PeopleSoft represents that the Software contains valuable proprietary information.

4.3    The Software was developed at private expense, is commercial, and is published and copyrighted. The Software may be transferred to the U.S. government only with the prior written consent of PeopleSoft and solely with "Restricted Rights" as that term is defined in FAR 52.227-19(c)(2) (or DFAR 252.227-7013(c)(1) if the transfer is to a defense-related agency) or subsequent citation. If Licensee is an agency of the United States government or licensing the Software for operation on behalf of the United States government, the Software is licensed to Licensee with rights no greater than those set forth in Federal Acquisition Regulation 52.227-19(c)(2) [or DFAR 252.227-7013(c)(1) if the Licensee is a defense-related agency] or subsequent citation.

4.4    The terms of Paragraphs 4.1 - 4.3 shall survive termination of this Agreement.

**5.    PATENT AND COPYRIGHT INDEMNITY**

PeopleSoft shall indemnify and defend Licensee against any claims that the Software infringes any United States or Canadian patent or copyright, provided that PeopleSoft is given prompt written notice of such claim and is given information, reasonable assistance, and sole authority to defend or settle the claim. In the defense or settlement of the claim, PeopleSoft shall, in its reasonable judgment and at its option and expense: (i) obtain for Licensee the right to continue using the Software; (ii) replace or modify the Software so that it becomes noninfringing while giving equivalent performance; or (iii) if PeopleSoft cannot obtain the remedies in (i) or (ii), as its sole obligation, terminate the license for the infringing Software, and upon receipt of the infringing Software, return only the license fees paid by Licensee for such Software, prorated over a five year term from the applicable Schedule Effective Date. PeopleSoft shall have no liability to indemnify or defend Licensee to the extent the alleged infringement is based on: (i) a modification of the Software by anyone other than PeopleSoft (or PeopleSoft's third party providers); or (ii) use of the Software other than in accordance with the Documentation or the terms set forth in this Agreement.

**6.    DEFAULT AND TERMINATION**

6.1    An event of default is: (i) a failure by either party to comply with any material obligation under this Agreement; and (ii) such non-compliance remains uncured for more than thirty (30) days after receipt of written notice thereof.

6.2    If an event of default occurs, the nondefaulting party, in addition to any other rights available to it under law or equity, may terminate this Agreement and all licenses granted hereunder by giving written notice to the defaulting party. Except as otherwise specifically stated herein, remedies shall be cumulative and there shall be no obligation to exercise a particular remedy.

6.3    Within fifteen (15) days after termination of this Agreement, Licensee shall certify in writing to PeopleSoft that all copies of the Software and Documentation in any form, including partial copies within modified versions, have been destroyed or returned to PeopleSoft.

**7.    LIMITED WARRANTY**

7.1    PeopleSoft warrants that it has title to the Software and/or the authority to grant licenses to use the Software. PeopleSoft warrants that the Software will perform substantially in accordance with the Documentation for a period of one (1) year from the date of initial installation and that the Software media is free from material defects. PeopleSoft does not warrant that the Software is error-free. PeopleSoft's sole obligation is limited to repair or replacement of the defective Software, provided Licensee notifies PeopleSoft of the deficiency within the one-year period and provided Licensee has installed all Software updates provided pursuant to PeopleSoft's Support Services.

7.2    PeopleSoft warrants that all Software is Year 2000 compliant, will correctly handle the change of the century in a standard compliant manner, including both the year 2000 and beyond as well as the leap

BCA

year and the absence of leap year, and will operate accurately with respect to date related operations. For purposes of this Agreement, compliance with the foregoing shall mean that the Software operates and correctly processes such that (i) calculations using dates execute utilizing a four digit year; (ii) the Software functionality, including but not limited to, entry, inquiry, maintenance and update (whether on-line, batch or otherwise) shall support four digit year processing, (iii) interfaces and reports shall support four digit year processing, (iv) successful transition to the year 2000 using the correct system date shall occur without human intervention, (v) after the transition to the year 2000, processing with a four digit year shall occur without human intervention, (vi) all leap years shall be calculated correctly, and (vii) correct results shall be produced in forward and backward date calculation spanning century boundaries (there are no years stored as two digits).

7.3    PEOPLESOFT DISCLAIMS ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**8.    LIMITATION OF LIABILITY**
EXCLUDING LICENSEE'S BREACH OF PEOPLESOFT'S INTELLECTUAL PROPERTY RIGHTS AND ANY DAMAGES AWARDED IN A COURT OF COMPETENT JURISDICTION FOR A BREACH OF PEOPLESOFT'S WARRANTY UNDER THE FIRST SENTENCE OF SECTION 7.1 (REGARDING PROPER TITLE AND AUTHORITY), NEITHER PARTY WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO LOST DATA OR LOST PROFITS, HOWEVER ARISING, EVEN IF IT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. EXCLUDING DAMAGES INCURRED BY LICENSEE UNDER THE ARTICLE ENTITLED, "PATENT AND COPYRIGHT INDEMNITY," PEOPLESOFT'S LIABILITY FOR DAMAGES UNDER THIS AGREEMENT (WHETHER IN CONTRACT OR TORT) SHALL IN NO EVENT EXCEED THE AMOUNT PAID BY LICENSEE TO PEOPLESOFT FOR THE SOFTWARE OR THE SERVICES FROM WHICH THE CLAIM AROSE. THE PARTIES AGREE TO THE ALLOCATION OF LIABILITY RISK SET FORTH IN THIS SECTION.

**9.    SOFTWARE SUPPORT SERVICES TERMS AND CONDITIONS**
PeopleSoft shall provide Licensee with Support Services at the single Site as set forth in the applicable Schedule.

**10.    INSTALLATION SUPPORT**
PeopleSoft shall provide Licensee with installation support for one copy of the licensed Software on a single server at the Site at no additional charge, for a maximum of installation support equal to the number of days set forth in the applicable Schedule. Any additional installation support requested by Licensee shall be provided to Licensee at the then-current PeopleSoft Professional Services Group hourly rate, plus Licensee shall reimburse PeopleSoft for all reasonable travel and living expenses associated with such installation support.

**11.    TRAINING**
PeopleSoft shall provide Licensee with the number of training units set forth in the Schedule for use at a PeopleSoft training facility. Licensee may use training units for training at Licensee's site only as the parties mutually agree in writing. Licensee must use these training units within one (1) year from the Schedule Effective Date.

**12.    NOTICES**
All notices shall be in writing and sent by registered mail, overnight mail, courier, or transmitted by facsimile (if confirmed by such mailing), to the addresses indicated on the first page of this Agreement, or such other address as either party may indicate by at least ten (10) days prior written notice to the other party. Notices to PeopleSoft shall be sent to the attention of PeopleSoft Legal with a copy to Licensee's assigned PeopleSoft account manager.

**BCA**

### 13.   ASSIGNMENT

Licensee may not assign this Agreement (by operation of law or otherwise) or sublicense the Software without the prior written consent of PeopleSoft, and any prohibited assignment or sublicense shall be null and void.

### 14.   NONDISCLOSURE OBLIGATION

14.1    The terms, conditions, pricing and any other information clearly marked "confidential" under this Agreement are confidential and shall not be disclosed, orally or in writing by Licensee to any third party without the prior written consent of PeopleSoft.

14.2    Licensee shall protect the Software with at least the same degree of care and confidentiality, but not less than a reasonable standard of care, which Licensee utilizes for Licensee information that it does not wish disclosed to the public. Licensee may provide access to and use of the Software only to those third parties that: (i) provide services to Licensee concerning Licensee's use of the Software; (ii) have a need to use and access the Software; and (iii) have agreed to substantially similar non-disclosure obligations imposed by Licensee as those contained herein.

14.3    PeopleSoft shall protect Licensee's confidential information with at least the same degree of care and confidentiality, but not less than a reasonable standard of care, which PeopleSoft utilizes for PeopleSoft information which it does not wish disclosed to the public. PeopleSoft may provide access to and use of Licensee's confidential information only to those third parties that: (i) provide services to PeopleSoft concerning PeopleSoft's use of Licensee's confidential information; (ii) have a need to use and access Licensee's confidential information; and (iii) have agreed to substantially similar non-disclosure obligations imposed by PeopleSoft as those contained herein.

14.4    This Agreement imposes no obligation upon either party ("Recipient") with respect to the other party's ("Discloser's") confidential information which Recipient can establish by legally sufficient evidence: (a) was in the possession of, or was rightfully known by Recipient without an obligation to maintain its confidentiality prior to receipt from Discloser; (b) is or becomes generally known to the public without violation of this Agreement; (c) is obtained by Recipient in good faith from a third party having the right to disclose it without an obligation of confidentiality; (d) is independently developed by Recipient without the participation of individuals who have had access to Discloser's confidential information; or (e) was required to be disclosed by applicable law; provided that Recipient notifies Discloser of such requirement prior to disclosure, and provided further that Recipient makes diligent efforts to limit disclosure.

14.5    The terms of Paragraphs 14.1 - 14.4 shall survive termination of this Agreement.

### 15.   GENERAL

This Agreement is made in and shall be governed by the laws of the State of California, without regard to its choice of law principles. The section headings herein are provided for convenience only and have no substantive effect on the construction of this Agreement. No purchase order or other ordering document that purports to modify or supplement the printed text of this Agreement or any Schedule shall add to or vary the terms of this Agreement. All such proposed variations or additions (whether submitted by PeopleSoft or Licensee) are objected to and deemed material unless agreed to in writing. Except for Licensee's obligation to pay PeopleSoft, neither party shall be liable for any failure to perform due to causes beyond its reasonable control. If any provision of this Agreement is held to be unenforceable, this Agreement shall be construed without such provision. The failure by a party to exercise any right hereunder shall not operate as a waiver of such party's right to exercise such right or any other right in the future. PeopleSoft reserves the right to audit Licensee's use of the Software no more frequently than once annually at PeopleSoft's expense. All audits shall be conducted during regular business hours at Licensee's site and shall not unreasonably interfere with Licensee's business activities. PeopleSoft shall schedule any such audits at least fifteen (15) days in advance.

This Agreement constitutes the entire agreement between the parties concerning Licensee's use of the Software. This Agreement replaces and supersedes any prior verbal or written understandings, communications, and representations between the parties. This Agreement may be amended only by a written document executed by a duly authorized representative of each of the parties. To expedite order processing, Transmitted Copies are considered documents equivalent to original documents.

**BCA**

16.    **DEFINITIONS**

"**Designates**" means Licensee's customers, suppliers, vendors, benefits providers and other such external parties that Licensee may provide with a right to use the licensed PeopleSoft software modules pursuant to this Agreement.

"**Documentation**" means only technical publications relating to the use of the Software, such as reference, user, installation, systems administrator and technical guides, delivered by PeopleSoft to Licensee.

"**Extended Enterprise Capabilities**" means the new functionality and expanded license rights incorporated in the Software modules beginning with the release of Software version PeopleSoft 7 which enables the expansion of Licensee's usage and deployment of licensed PeopleSoft Software modules through the use of Licensee's Intranet.

"**Intranet**" means only Licensee's fire-wall secured intranet, Internet, and/or extranet using a Windows-client or Web-client within a hardware configuration determined by Licensee to meet its internal business needs.

"**PeopleTools**" means the underlying architecture from which the Software is designed, and includes software application programming tools and code.

"**Schedule(s)**" means the independent Software product schedule(s) executed by the parties and which reference this Agreement. Each Schedule is a separate and independent contractual obligation from any other Schedule.

"**Site**" means a specific, physical location of Licensee's server as set forth in the applicable Schedule that shall be the one location to which Support Services are provided, if at all.

"**Software**" means all or any portion of the then commercially available global version of the binary computer software programs and enhancements thereto, (including corresponding source code, unless specifically excluded elsewhere in the Agreement) and Documentation delivered by PeopleSoft to Licensee as listed in the applicable Schedule. Software includes the third-party software delivered by PeopleSoft as specified in the Schedule, and modifications made to the Software. Software does not include source code to: (i) PeopleTools; (ii) third party Software; or to (iii) PepperTools. Unless specifically stated otherwise, all Software is delivered to Licensee only if and when generally commercially available.

"**Territory**" means that territory set forth in the applicable Schedule: (i) in which Licensee may use the Software; and (ii) for which the Software may be used; and (iii) which describes the limited functionality of the Software for which the Software is licensed.

"**Transmitted Copies**" means this Agreement, Schedules and other ordering documents (but only if such ordering documents are accepted by PeopleSoft) which are copied or reproduced and transmitted via photocopy, facsimile or process that accurately transmits the original documents.

The authorized representatives of the parties have signed this Software License and Services Agreement.

**WINN-DIXIE STORES, INC.**                                **PEOPLESOFT, INC.**

_M. E. Nixon 12-19-97_                                 _Russell E. Brown_
Authorized Signature                                     Authorized Signature

_Michael E. Nixon_                                       _Russell E. Brown  Vice President_
Printed Name and Title                                   Printed Name and Title

_ASST. DIR. I.S._

ORIGINAL

, BCA

## Software Support Services Terms and Conditions

Software Support Services Terms and Conditions ("Support Services") are referenced in and incorporated into the Agreement between PeopleSoft and Licensee. Upon reasonable notice, PeopleSoft reserves the right to modify the terms and conditions of Support Services on an annual basis to reflect current market conditions.

### 1. Coverage
PeopleSoft provides Licensee with Support Services for the Software for the single, central Site set forth in the applicable Schedule in consideration of Licensee's payment of the applicable Support Services fees to PeopleSoft. PeopleSoft shall use its reasonable best efforts to provide the Support Services described herein to Licensee in a timely and professional manner. Only designated Licensee employees may contact PeopleSoft for the provision of Support Services. Licensee may acquire Support Services for additional Licensee sites by paying PeopleSoft the applicable annual secondary site Support Services fee.

### 2. Software Maintenance
The following technical and functional improvements will be issued periodically by PeopleSoft to improve Software operations:
   a.  Fixes to Errors;
   b.  Updates; and
   c.  Enhancements contained within new releases.

### 3. Priority Level of Errors
Licensee shall report an Error and provide PeopleSoft with Licensee's categorization of the Error. PeopleSoft shall reasonably and conclusively determine the priority level of Error and will respond in accordance with the following protocols:

Priority A:
   PeopleSoft promptly initiates the following procedures: (1) assign PeopleSoft specialist(s) to correct the Error; (2) provide ongoing communication on the status of the correction; and (3) immediately begin to provide a Workaround or a Fix.
Priority B:
   (1) PeopleSoft assigns a PeopleSoft specialist to commence correction of Error; and (2) provide escalation procedures as reasonably determined by PeopleSoft support staff. PeopleSoft exercises all commercially reasonable efforts to include the Fix for the Error in the next Software maintenance release.
Priority C:
   PeopleSoft may include the Fix for the Error in the next major Software release.

### 4. Telephone Support
PeopleSoft provides telephone support concerning installation and use of the Software. Except for designated holidays, standard telephone support hours are Monday through Friday, 4:00 a.m. to 6:30 p.m., Pacific Time. Telephone Support is also available 24-hours a day, 7-days a week for in-production customers who need to resolve critical production problems outside of normal support hours.

### 5. Account Manager
PeopleSoft assigns an account manager to assist with the on-going support relationship between PeopleSoft and Licensee. Licensee will reimburse PeopleSoft for the reasonable travel and living expenses of the account manager for on-Site support activity.

### 6. Customer Connection
a.  The PeopleSoft Customer Connection system is an on-line, self-service system which features postings by PeopleSoft and PeopleSoft Software users regarding technical and non-technical topics of interest. Licensee may access PeopleSoft Customer Connection via the Internet. At Licensee's expense, Licensee is responsible for independently acquiring appropriate Internet access.

b.  All Software maintenance releases and Fixes to the Software may be delivered to Licensee through PeopleSoft Customer Connection, or by mail from PeopleSoft upon written request by Licensee. All information specified in Customer Connection by PeopleSoft is confidential and proprietary to PeopleSoft and shall only be used in connection with Licensee's use of the Software and informational communications with other PeopleSoft Customer Connection participants. PeopleSoft reserves the right to modify information posted to PeopleSoft Customer Connection. PeopleSoft shall have the right to publish and distribute only through PeopleSoft Customer Connection in all languages and in association with Licensee's name any material or software

BCA

programs provided by Licensee to Customer Connection. Licensee shall not use PeopleSoft Customer Connection for advertising or public relations purposes and shall only submit information to PeopleSoft Customer Connection which is owned by Licensee or which Licensee has third party permission to submit to PeopleSoft Customer Connection for use by all other PeopleSoft Customer Connection users.

c.   In the interest of diminishing exposure to software viruses, PeopleSoft tests and scans for software viruses all information entered by PeopleSoft prior to submission of information to PeopleSoft Customer Connection. Licensee shall also use a reliable virus detection system on any software or information posted to PeopleSoft Customer Connection, utilize back-up procedures, monitor access to PeopleSoft Customer Connection, promptly notify PeopleSoft of any virus detected within Licensee's systems associated with PeopleSoft Customer Connection and generally exercise a reasonable degree of caution when utilizing information from PeopleSoft Customer Connection. PeopleSoft does not warrant that Customer Connection will operate without interruption or without errors. PeopleSoft reserves the right to modify or suspend PeopleSoft Customer Connection service in connection with PeopleSoft's provision for Support Services.

### 7.  Fees

The first year of Support Services for the Site is included in the Software license fee; thereafter, in the event Licensee elects to continue to receive Support Services, Licensee shall pay PeopleSoft the annual Support Services fee as set forth in the applicable Schedule. Support Services are billed on an annual basis, payable in advance. Licensee shall be responsible for all taxes associated with Support Services, exclusive of taxes based on PeopleSoft's income. Licensee's payment shall be due within thirty (30) days of receipt of the PeopleSoft invoice. Should Licensee elect not to renew Support Services and subsequently request Support Services, PeopleSoft shall reinstate Support Services only after Licensee pays PeopleSoft the annual then current fee plus all cumulative fees that would have been payable had Licensee not suspended Support Services.

### 8.  Term and Termination

Unless otherwise expressly set forth in the Agreement, Support Services shall be provided for a period of one (1) year from the Schedule Effective Date, and shall be extended each additional year unless terminated by either party as set forth below. Each one (1) year term shall commence on the anniversary of the Schedule Effective Date.

Either party may terminate the Support Services provisions at the end of the original term or at the end of any renewal term by giving the other party written notice at least ninety (90) days prior to the end of any term.

In the event Licensee fails to make payment pursuant to the section titled "Fees", or in the event Licensee breaches the Support Services provisions and such breach has not been cured within thirty (30) days of written receipt of notice of breach, PeopleSoft may suspend or cancel Support Services.

In the event PeopleSoft breaches the Support Services provisions and such breach has not been cured within thirty (30) days of written receipt of notice of breach, Licensee may cancel the Support Services and PeopleSoft shall refund to Licensee a prorated amount of the Support Services fees paid to PeopleSoft by Licensee during the year of such termination. The refund shall be prorated based upon the number of unused months of Support Services remaining in the termination year.

### 9.  Exclusions

PeopleSoft shall have no obligation to support:
   a.   Substantially altered, damaged or substantially modified Software;
   b.   Software that is not the then-current release, or a Previous Sequential Release;
   c.   Errors caused by Licensee's negligence, hardware malfunction, or other causes beyond the reasonable control of PeopleSoft;
   d.   Software installed in a hardware or operating environment not supported by PeopleSoft; and
   e.   Third party software not licensed through PeopleSoft.

**BCA**

**10. General**
All Updates provided to Licensee are subject to the terms and conditions of the Agreement.

PeopleSoft shall not be liable for any failure or delay in performance of the Support Services due to causes beyond its reasonable control. Any illegal or unenforceable provision shall be severed from these Terms and Conditions. Licensee agrees that any information received pursuant to these Terms and Conditions shall be deemed subject to the non-disclosure obligations set forth in the Agreement. The Support Services Terms and Conditions states the entire agreement of PeopleSoft's provision of Support Services to Licensee and may only be amended by a written amendment executed by both parties.

**11. Definitions**
Unless otherwise defined herein, capitalized terms used herein shall have the same meaning as set forth in the Agreement and applicable Schedule.

**"Enhancement"** means technical or functional additions to the Software to improve software functionality and/or operations. Enhancements are delivered with new releases of the Software.

**"Error"** means a malfunction in the Software which degrades the use of the Software.

**"Fix"** means the repair or replacement of source or object or executable code versions of the Software to remedy an Error.

**"Previous Sequential Release"** means a release of Software for use in a particular operating environment which has been replaced by a subsequent release of the Software in the same operating environment. A Previous Sequential Release will be supported by PeopleSoft for a period of eighteen (18) months after release of the subsequent release. Multiple Previous Sequential Releases may be supported at any given time.

**"Priority A "** means an Error that: (1) renders the Software inoperative; or (2) causes the Software to fail catastrophically.

**"Priority B "** means an Error that affects performance of the Software, but does not prohibit Licensee's use of the Software.

**"Priority C "** means an Error that causes only a minor impact of the use of the Software.

**"Update"** means all published revisions to the Documentation and one (1) copy of the new release of the Software which are not designated by PeopleSoft as new products for which it charges separately.

**"Workaround"** means a change in the procedures followed or data supplied to avoid an Error without significantly impairing performance of the Software.



**BCA**

<u>INSTALLMENT PAYMENT AGREEMENT</u>

| | | | |
|---|---|---|---|
| Licensee: | Winn-Dixie Stores, Inc. | Billing Contact: | |
| Address: | 5050 Edgewood Ct. | IPA Effective Date: | December 19, 1997 |
| | Jacksonville, FL 32254 | Order: | |
| | | Schedule(s): | Schedule One to the Software License and Services Agreement |

| IPA Fee Category | | |
|---|---|---|
| Programs: | $1,650,000.00 | **Total Payment Amount:** $1,650,000.00 (net of any taxes) |
| Support: | $ | **Payment Schedule:** Payments shall be due and payable in 6 consecutive |
| Education: | $ | semi-annual installments, each in the amount of $275,000.00, beginning 6 |
| Consulting: | $ | months from the IPA Effective Date. |
| | $ | |
| Total IPA Fee: | $1,650,000.00 | **The Maturity Date of this IPA is December 19, 2000** |

This Installment Payment Agreement ("Agreement") is made as of December 19, 1997 between the Licensee named above and PeopleSoft, Inc., ("PeopleSoft" or "Licensor") a Delaware corporation with respect to the following facts: Licensee and Licensor are entering into a Software License and Services Agreement as of the date above (the "License and Services Agreement") in connection with the licensing of certain software products (the "Licensed Software") and services to Licensee as specified on the Schedule attached to the License and Services Agreement ("Schedule"). The License and Services Agreement, and all Schedules attached, this Agreement, and all attachments hereto are collectively referred to as the "Software Documents". Pursuant to the Schedule of the License and Services Agreement, Licensee is obligated to pay Licensor the IPA Fees described above (plus applicable taxes). Subject to the terms of this Agreement, Licensor and Licensee have agreed that instead of making the payments described in the Schedule(s), Licensee shall make installment payments as set forth herein. It is hereby acknowledged that the sum of all such installment payments may exceed the License Fee set forth on the Schedule(s).

The parties agree to the following:
1. <u>Promise to Pay</u>. FOR VALUE RECEIVED, at the time and place, and in the manner, provided below, Licensee promises to pay to PeopleSoft, or its assignee(s) ("Payee") the principal sum of $1,650,000.00 ("IPA Fee") together with interest (if applicable), plus any applicable tax. Installment payments ("Payments") shall be due and payable as set forth above. If any Payment is not paid when due, such overdue payment shall bear interest at the rate of 12% per annum (calculated on the basis of a 360-day year and actual days elapsed) until paid plus late penalties.
2. <u>Delivery</u>. Licensee shall sign and execute the Post-Installation Checklist ("Checklist") no later than 60 days after the Delivery Date (the date which the Licensee first receives Licensed Software) and/or the Certificate of Acceptance ("Certificate") no later than 10 days after services have been completed.
3. <u>Payments</u>. All principal and interest due hereunder is payable as set forth herein. The IPA Fee shall bear interest at the various rates determined and set forth herein. Notwithstanding any other provisions of this Agreement or any other Software Document, interest, fees and the like shall not exceed the maximum rate permitted by applicable law. The final Payment under this Agreement shall be due and payable on the Maturity Date as set forth herein. Prepayments shall not be permitted without the prior written consent of PeopleSoft.
4. <u>Assignment</u>. Licensee agrees that this Agreement may be assigned to another entity ("Assignee"), in PeopleSoft's sole discretion. The Licensee agrees that upon such transfer or assignment it will not assert against Assignee any claim or defense which it may have against PeopleSoft, and that upon the written instruction of PeopleSoft or its Assignee that payments under this Agreement are to be made to Assignee. The Licensee agrees its obligations to pay amounts due under this Agreement to PeopleSoft or its Assignee are absolute and unconditional, and are not subject to any defenses, setoffs or counterclaims that it may have against PeopleSoft, regardless of whether or not (i) PeopleSoft has breached any of its warranties or other covenants under the Software Documents, (ii) the licenses granted pursuant to the Software Documents and/or any maintenance, support or other services provided thereunder have been revoked or otherwise terminated for any reason or (iii) the License and Services Agreement has expired or been terminated for any reason. In the event of any default under the Software Documents, Licensee's sole remedy shall be against PeopleSoft. Licensee shall have no right to not make the Payments required hereunder. LICENSEE ACKNOWLEDGES THAT ASSIGNEE MAKES NO WARRANTIES, EXPRESS OR IMPLIED, CONCERNING THE LICENSED SOFTWARE OR SERVICES COVERED BY THE SOFTWARE DOCUMENTS, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE OR OF MERCHANTABILITY. LICENSEE HEREBY WAIVES ANY CLAIM (INCLUDING ANY CLAIM BASED ON STRICT OR ABSOLUTE LIABILITY IN TORT) THAT IT MAY HAVE AGAINST ASSIGNEE FOR ANY LOSS DAMAGE (INCLUDING, WITHOUT LIMITATION, LOSS OF PROFITS, LOSS OF DATA OR SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGE) OR EXPENSE CAUSED BY THE LICENSED SOFTWARE OR ANY SERVICES COVERED BY THE SOFTWARE DOCUMENTS, EVEN IF ASSIGNEE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE, LOSS, EXPENSE OR COST. LICENSEE ACKNOWLEDGES THAT ASSIGNEE DID NOT SELECT, MANUFACTURE, DISTRIBUTE OR LICENSE THE SOFTWARE COVERED BY THE SOFTWARE DOCUMENTS AND THAT THE LICENSEE HAS MADE THE SELECTION OF SUCH

1

   BCA

SOFTWARE BASED UPON ITS OWN JUDGMENT AND EXPRESSLY DISCLAIMS ANY RELIANCE ON STATEMENTS MADE BY ASSIGNEE OR ITS AGENTS.

5. Representations and Warranties. Licensee represents and warrants to PeopleSoft and its Assignee that (i) the Licensee is a corporation in good standing under applicable state law; (ii) this Agreement is a legal, valid and binding obligation of Licensee and enforceable against Licensee in accordance with its terms; (iii) the execution, delivery and performance of the Agreement will not violate or create a default under any law (including any applicable usury law), regulation, judgment, order, instrument, agreement or charter document binding on the Licensee or its property; (iv) the Agreement has been duly authorized, executed and delivered by Licensee; (v) each signatory of this Agreement has the authority to bind Licensee to this Agreement; (vi) the Licensed Software shall be accepted by Licensee within 60 days of the Delivery Date as evidenced by the completion of the Checklist; (vii) the Services shall be accepted by Licensee within 10 days after the Services have been completed as evidenced by the completion of the Certificate; and (viii) any and all information furnished to PeopleSoft is and will be true and correct and prepared in accordance with generally accepted accounting principles (GAAP). Licensee shall comply with all applicable laws, regulations and orders relating to this Agreement. Licensee shall pay when due, and on a net after-tax basis, shall indemnify and defend PeopleSoft and its Assignee, if any, against all applicable fees, taxes and governmental charges (including without limitation, interest and penalties) of any nature imposed upon or relating to any item of Licensed Software, this Agreement or the amounts due above, including but not limited to any sale, use or other taxes, except taxes on or measured by PeopleSoft's or its Assignee's net income. Any fees, taxes or other charges paid by PeopleSoft or its Assignee upon failure of Licensee to make such payments shall immediately be due from Licensee and shall bear interest at the default rate as set forth in Section 1 above. Licensee shall not assign or transfer any Licensed Software, this Agreement or permit any lien or encumbrance upon any Licensed Software, this Agreement or any other Software Document.

6. Default. Each of the following events shall be constitute a "Default" (i) Licensee fails to pay when due all or any portion of any Payment or any other amounts payable hereunder; (ii) any representation or warranty made by Licensee or any guarantor proves to be false in any material respect when made and such breach of representation and warranty is not cured within ten days of Licensee's receipt of written notice of such breach; (iii) a final judgment for the payment of money shall be rendered against Licensee or any guarantor and remains undischarged for a period of 60 days; (iv) Licensee or any guarantor shall cease doing business as a going concern or transfer all or a substantial part of its assets; or become or be adjudicated insolvent or bankrupt, admit in writing its inability to pay its debts as they become due, or Licensee or any guarantor shall institute any bankruptcy, insolvency, reorganization, dissolution, liquidation or any such proceeding is instituted against Licensee or any guarantor and is not dismissed within 60 days; or any judgment, writ, warrant or attachment or execution of similar process is issued or levied against a substantial part of Licensee's property and remains unsatisfied for 30 days; (v) Licensee fails to deliver the Checklist within 60 days of the Delivery Date or Certificate of Acceptance within 10 days of the completion of services; or (vi) an event of default under any other Software Document.

7. General IT IS EXPRESSLY AGREED THAT, UPON THE OCCURRENCE AND DURING THE CONTINUANCE OF AN EVENT OF DEFAULT, THE UNPAID PRINCIPAL BALANCE OF THIS AGREEMENT, TOGETHER WITH ANY AND ALL UNPAID INTEREST ACCRUED THEREON, SHALL BECOME IMMEDIATELY DUE AND PAYABLE. Upon the occurrence of a Default, PeopleSoft shall have the right to terminate all licenses granted to Licensee under the Software Documents, and/or to withhold support, consulting and other services. In addition to the rights and remedies set forth in this Agreement or any other Software Document, upon the occurrence of Default by Licensee, each party may exercise any other rights and remedies available at law or in equity to enforce the performance by the other party of the obligation under this Agreement or to recover damages for a breach hereof. No delay or omission on the part of PeopleSoft in exercising any right hereunder shall operate as a waiver of such right or of any other right under this Agreement or under any other document or instrument executed or delivered in connection with this Agreement. All notices, requests, demands and other communications shall be delivered by fax or mail to each party at the address as set forth in the License and Services Agreement. This Agreement will be construed and enforced in accordance with and governed by, the laws of the State of California, without regard to conflict of laws principles. In the event of a dispute, the parties agree to meet and confer. If such dispute is not resolved then the parties shall move to binding arbitration which shall be governed by the American Arbitration Association. Judgment on the arbitration award may be entered by any court of competent jurisdiction. This Agreement constitutes the entire understanding between the parties either oral or in writing with respect to the payment of the amounts owing hereunder and supercedes all prior oral or written understandings. In the event of a conflict between the terms of this Agreement and any other Software Document, the terms of this Agreement shall prevail. If any term, provision, covenant or restriction of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the terms, provisions, covenants and restrictions of this Agreement will remain in full force and effect and in no way will be affected, impaired or invalidated. No term or provision of this Agreement may be amended, waived, discharged or terminated except by a written instrument signed by Licensee and PeopleSoft. All obligations of Licensee under this Agreement shall survive any termination of the licenses relating to the Licensed Software. The undersigned agree that, on demand of the other party, each shall execute and deliver any instrument, furnish any information, or perform any other act reasonably necessary or convenient to carry out the provisions of this Agreement. In addition to all other sums payable hereunder or under the Software Documents, Licensee shall pay all reasonable out-of-pocket expenses incurred by PeopleSoft, including fees and disbursements of counsel, in connection with collection and other enforcement proceedings resulting therefrom or in connection therewith. Time is of the essence in the performance of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement, as of the date first written above.

WINN-DIXIE STORES, INC.                                    PEOPLESOFT, INC.

*M. E. Nixon  12-19-97*                                    *Russell E. Brown*
Authorized Signature                                        Authorized Signature

*Michael E. Nixon*                                          *Russell F. Brown  Vice President*
Printed Name and Title                                      Printed Name and Title

*ASST. DIR. I.S.*

2

ORIGINAL

*02-01938-000*
*3576*

**SCHEDULE**
**TO THE**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

This independent Schedule to the Software License and Services Agreement ("**Schedule**") is made as of June 26, 2002 ("**Schedule Effective Date**") by and between PeopleSoft USA, Inc. ("**PeopleSoft**") and Winn-Dixie Stores Incorporated ("**Licensee**"). This Schedule is part of the Software License and Services Agreement between the parties dated December 19, 1997 ("**Agreement**").

**SOFTWARE / SERVICES**

| Software Modules | Mfr. | Provided Copies | Fee |
|---|---|---|---|
| **PeopleSoft HRMS Software Modules[1]** | | | |
| eRecruit[2] | PeopleSoft, Inc. | 1 | included |
| eRecruit Manager Desktop[3] | PeopleSoft, Inc. | 1 | included |
| eCompensation[4] | PeopleSoft, Inc. | 1 | included |
| eCompensation Manager Desktop[5] | PeopleSoft, Inc. | 1 | included |
| eProfile[6] | PeopleSoft, Inc. | 1 | included |
| eProfile Manager Desktop[7] | PeopleSoft, Inc. | 1 | included |
| eBenefits[8] | PeopleSoft, Inc. | 1 | included |
| EPay[9] | PeopleSoft, Inc. | 1 | included |
| Directory Interface[10] | PeopleSoft, Inc. | 1 | included |
| **PeopleSoft Portal Software Modules[11]** | | | |
| HRMS Portal Pack | PeopleSoft, Inc. | 1 | included |
| Enterprise Portal | PeopleSoft, Inc. | 1 | included |
| **Tools Software[12]** | | | |
| PeopleTools- Restricted Development[13] | PeopleSoft, Inc. | 1 | Included |
| **SUBTOTAL PEOPLESOFT SOFTWARE LICENSE FEES:** | | | **$1,080,000** |

---

[1] Unless otherwise explicitly indicated in this Schedule, incremental license fees for the HRMS Software modules shall be based on Employee Count.

[2] Licensee must have a license for Human Resources.

[3] Licensee must have a license for Human Resources.

[4] Licensee must have a license for Human Resources.

[5] Licensee must have a license for Human Resources.

[6] Licensee must have a license for Human Resources.

[7] Licensee must have a license for Human Resources.

[8] Licensee must have a license for Human Resources.

[9] Licensee must have a license for one of the following: (i) Payroll for North America; (ii) Global Payroll Core; (iii) Global Payroll for United Kingdom; (iv) Global Payroll for Germany; (v) Global Payroll for Switzerland; (vi) Global Payroll for Spain; (vii) Global Payroll for France; (viii) Global Payroll for Australia; (ix) Global Payroll for Hong Kong; (x) Global Payroll for Italy; (xi) Global Payroll for Japan; (xii) Global Payroll for Mexico; or (xiii) Payroll Interface.

[10] Licensee must have a license for Human Resources.

[11] Unless otherwise explicitly indicated in this Schedule, incremental license fees for the Portal Software modules shall be based on Employee Count.

[12] Unless otherwise explicitly indicated in this Schedule, incremental license fees for the Tools Software modules shall be based on Employee Count.

[13] PeopleTools - Restricted Development shall be used by Licensee to develop interfaces and modifications, including creation of new application data tables, only to the licensed PeopleSoft Software application modules.

**ORIGINAL**

| Third Party Software | | | |
|---|---|---|---|
| Rational Robot[14] | Rational Corporation | 1 | Included |
| **SUBTOTAL THIRD PARTY SOFTWARE LICENSE FEES:** | | | **Included** |
| **TOTAL LICENSE FEES:** | | | **$1,080,000** |
| **Services** | **Mfr.** | **Units** | **Fee** |
| Education Training Units | PeopleSoft, Inc. | 200 units | $90,000 |
| Standard Support Services for the Initial Services Term | PeopleSoft, Inc. | N/A | $216,000 |
| **TOTAL SERVICES FEES:** | | | **$306,000** |
| **TOTAL FEES:** | | | **$1,386,000** |

1.    **Specific Licensed Use:**  Licensee's use of the Software is limited to each of the following restrictions.

| Territory | | United States |
|---|---|---|
| Version | Global Version[15] (indicate the country specific global version for each country within the Territory in which or for which the Software will be used) | United States functionality / English language |
| | **Base Employee Count  = Full Time Equivalent count (which equals the total number of part time associate count times 25 standard hours divided by 40, plus the total number of full time associate count)** | 85,000 |
| Technical Information | Database Version | DB2 |
| | Operating System | MVS |
| | Hardware Model | IBM |

2.    **Payment Terms:**  Licensee shall pay, or cause a third party to pay, PeopleSoft one hundred percent (100%) of TOTAL FEES on or before that date which is thirty (30) calendar days after the Schedule Effective Date. Unless explicitly stated in this Schedule, all fees specified herein are non-cancelable, non-refundable and non-contingent. All fees are payable in U.S. dollars and shall be sent to the attention of PeopleSoft's Accounts Receivable Department.

3.    **Services Terms and Conditions:**
3.1    **Support Services Terms:**  For a period commencing sixty (60) days after the Schedule Effective Date and terminating one (1) year thereafter (**"Initial Services Term"**), Licensee shall receive Support Services for the Supportable Modules for the version which meets the technical environment set forth in section entitled "Specific Licensed Use" for the fees set forth above. For a period terminating four (4) years after the Schedule Effective Date, in the event Support Services are to be provided, increases in the fee for Support Services shall not exceed ten percent (10%) in each subsequent twelve (12) month period, provided that: (i) Licensee continuously subscribes to Support Services; and (ii) the base upon which the increases are measured shall be adjusted to include additional license fees owed pursuant to the Incremental License Fees section. Notwithstanding anything herein to the contrary: (i) additional license fees due pursuant to the section in this Schedule entitled Incremental License Fees shall be included in the calculation for Support Services fees; and (ii) after the Initial Services Term, Support Services fee for Third Party Software Supportable Modules, if any, licensed pursuant to this Schedule shall equal the fee in effect at the time such Support Services are renewed.

---

[14] Notwithstanding anything in the Agreement to the contrary: (i) Licensee is granted the right to one (1) user license for this product in accordance with the terms and conditions of the click-through product license agreement included on the Rational Robot product media; and (ii) Rational Robot is not a Supportable Module, is provided **"AS IS"** with no express or implied warranties of any kind, and PeopleSoft shall have no liability nor indemnification obligations related to or arising out of use of this product.

[15] Notwithstanding anything in the Agreement to the contrary, Licensee is licensed to use and access only those licensed languages and licensed country specific features/functionalities of the global Software version that are available as of the Schedule Effective Date. Any additional licensed languages or licensed country specific features/functionalities that may become available after the Schedule Effective Date as part of the global version of the Software module(s) licensed pursuant to this Schedule may be used and accessed by Licensee only as may be provided pursuant to Support Services, provided Licensee is a current, compliant subscriber to Support Services.

Thereafter, in the event Support Services are to be provided, and Licensee has been a current and compliant, subscriber to Support Services, Licensee and PeopleSoft agree to negotiate in good faith the Software Support Services fees for the subsequent yearly period(s), and Licensee shall pay PeopleSoft, on or before the applicable Anniversary Date (defined as the month and date of the Schedule Effective Date), the Support Services fee in effect at the time such Support Services are renewed. In the event Support Services are not renewed and Licensee subsequently requests Support Services, PeopleSoft may, in its sole discretion, reinstate Support Services but only after Licensee pays PeopleSoft the annual Support Services fee in effect at the time of such reinstatement, plus a reinstatement fee equal to the number of years or portion thereof during which Licensee was not a subscriber to Support Services multiplied by the annual Support Services fee in effect at the time of such reinstatement. In the event Licensee elects not to acquire Software Support Services after the Initial Services Term, Licensee's right to continue to use the Software will not be affected; however, Licensee understands PeopleSoft will be under no obligation to provide Support Services for the Software.

**3.2     Training:** PeopleSoft shall provide Licensee with the number of training units set forth in the table above for use at a PeopleSoft training facility, at the price set forth in the applicable Schedule. Licensee may use training units for training at Licensee's site only as the parties mutually agree in writing. Licensee must use training units within one (1) year from the Schedule Effective Date. Unused training units are non-returnable and cannot be used as a credit toward any future license or service. The number of training units required for each registrant to attend a particular class will be the units listed in the PeopleSoft Training Administrator's Guide and Course Curriculum guide in effect at the time the registrant registers for the class.

**4.      Incremental License Fees**

**4.1     Incremental License Fees for the EC Software:** Licensee may use the EC Software licensed pursuant to this Schedule in accordance with the terms of this Schedule and the Agreement, to process its data at no additional license fee, provided that the Employee Count does not exceed 85,000 ("**Base Employee Count**"). Each year ninety (90) days prior to the Anniversary Date (defined as the month and year of the Schedule Effective Date), Licensee shall report to PeopleSoft the Employee Count as of such date and, in the event the Employee Count as of such Anniversary Date exceeds the Base Employee Count, Licensee shall pay, on or before the applicable Anniversary Date, additional non-refundable, non-cancelable license fees. Upon receipt of such license fees in the amount of $108,000, Licensee's Base Employee Count shall be modified to increase by 8,500. Licensee shall pay as many increments of $108,000 as necessary so that the Base Employee Count exceed the Employee Count as of that particular Anniversary Date. "**Employee Count**" shall mean the Full Time Equivalent count (which equals the total number of part time associate count times 25 standard hours divided by 40, plus the total number of full time associate count) number of employees of Licensee and all related entities for whom Licensee and such related entities withhold payroll taxes, or others who are "employees" under applicable laws. "**EC Software**" shall mean those Software modules licensed pursuant to this Schedule which are priced based upon the Employee Count, as indicated in the table above.

**5.      Separate Agreement:** PeopleSoft may provide services regarding the Software licensed hereunder pursuant to an independent Consulting Services Agreement executed between the parties. Licensee understands and agrees that such Consulting Services Agreement and associated Statements of Services that may be signed are separate and independent contractual obligations from any Schedule or amendment thereto relating to the license of Software. Licensee shall not withhold payments that are due and payable pursuant to this Schedule or any other Schedule(s) or amendment(s) thereto because of the status of work performed under any executed Consulting Services Agreement and associated Statement of Services. In addition, the parties acknowledge that the ability to provide such services: (i) are not exclusive or specific to PeopleSoft; and (ii) are commercially available from a variety of third party service providers.

**6.      Definitions:** Unless otherwise set forth herein, capitalized terms used herein shall have the same meaning ascribed to them in the Agreement.

"**Support Services**" means that particular package of services as may be selected in this Schedule and offered by PeopleSoft and which are designed to support the Supportable Modules, and the standard terms and conditions thereto, in effect on the later of the following: (a) the date fees are received for such services offered by PeopleSoft which are designed to support such Supportable Modules; and (b) the first date of the period for which services offered by PeopleSoft which are designed to support such Supportable Modules, are provided.

**"Supportable Modules"** are those Software modules for which PeopleSoft offers some sort of maintenance services, and are comprised of (i) Software excluding the Third Party Software modules; (ii) Tools; and (iii) those Third Party Software modules specifically designated in the Schedule as "Supportable Modules"

**7      Expiration of Offer:** The offer set forth in this Schedule is valid only through June 26, 2002 and if the Schedule is not executed by such date, the offer is rescinded, all terms are null and void, and neither party shall have any obligation in relation thereto.

**8.      Miscellaneous Information:**
**8.1      Title to Physical Media:** Notwithstanding anything in the Agreement to the contrary, title to the physical media for the Licensed Rights vests in Licensee upon shipment thereof to Licensee.
**8.2**

| SHIPPING INFORMATION | BILLING INFORMATION | SITE INFORMATION | TRAINING ADMINISTRATOR |
|---|---|---|---|
| Contact:  Steven Begley | Contact:  Mike Nixon | Contact:  Steven Begley | Contact:  Steven Begley |
| Address:  5050 Edgewood Ct | Address:  5050 Edgewood | Address:          5050 Edgewood | Address:  5050 Edgewood |
| Jacksonville FL 32205 | Jacksonville FL 32205 | Jacksonville FL 32205 | Jacksonville FL 32205 |
| | | | |
| Phone:  904.783.5090 | Phone:  904.783.5000 | Phone:  904.783.5090 | Phone:  904.783.5090 |
| Fax: | Fax: | Fax: | Fax: |

**8.3      Electronic Delivery of Software:** PeopleSoft shall exercise commercially reasonable efforts to deliver the Software, including any updates and/or upgrades, licensed under this Schedule by transferring the Software using remote telecommunications to transfer the Software from PeopleSoft's place of business, to or through Licensee's computer without transferring title to, or possession of any tangible personal property, such as storage media, to Licensee during the course of such Software delivery ("Download").  PeopleSoft's delivery of the Software via Download is conditioned upon, and subject in all respects, to each of the following:

(a)      Licensee understands that if the Software is Downloaded to any location other than that identified under shipping information in this Schedule, other state sales tax may be due, and such sales tax is the sole responsibility of Licensee;

(b)      Licensee further understands that, if at any time during the one (1) year period following the Schedule Effective Date, Licensee accepts delivery of the Software in the form of tangible personal property, including but not limited to any Updates to the Software delivered pursuant to PeopleSoft's provision of Support Services, the amount of sales tax or any other applicable tax or duty that would have otherwise been due upon the delivery of the Software if PeopleSoft had not delivered the Software using the Download delivery mechanism described above, will become immediately due and payable to PeopleSoft;

(c)      Licensee further understands that, notwithstanding anything contained in the Software Support Services Terms and Conditions to the contrary, in the event a problem arises with respect to Downloading the Software, the availability of Support Services to correct such problem shall be equivalent to the then-current support terms that PeopleSoft's electronic software delivery vendor makes available to PeopleSoft.

Licensee's technical contact for arranging and completing the Download is:

| ESD Contact Information |
|---|
| Contact: Gordon Goodyear |
| Address: 5050 Edgewood Court |
| Jacksonville, FL 32254-3699 |
| |
| Phone: 904/ |
| E-Mail: gordongoodyear@winn-dixie.com |

The undersigned represent and warrant that they are authorized as representatives of the party on whose behalf they are signing to sign this Schedule and to bind their respective party thereto.

ACCEPTED BY·
**LICENSEE**

_M. E. Nixon_        6  26-02
Authorized Signature

_Michael E. Nixon_
Printed Name and Title

ACCEPTED BY·
**PEOPLESOFT USA, INC.**

_J C Brzusek_
Authorized Signature
        JAMES C. BRZUSEK
                RVP
Printed Name and Title

Rec d W 6/02

**ORIGINAL**

ORIG CONTRACTS
12-19-97
BCA

**SCHEDULE ONE**
**TO THE**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

This independent Schedule to the Software License and Services Agreement ("Schedule") is made as of December 19, 1997 ("Schedule Effective Date") by and between PeopleSoft, Inc. ("PeopleSoft") and Winn-Dixie Stores, Inc. ("Licensee"). This Schedule is part of the Software License and Services Agreement between the parties dated December 19, 1997 ("Agreement"). PeopleSoft's Software Support Services Terms and Conditions shall be a part of this Schedule during the Initial Support Services Term and thereafter, provided Licensee elects to purchase Support Services. Capitalized terms used herein shall have the same meaning ascribed to them in the Agreement.

### SOFTWARE / SERVICES

| Software Modules | Mfr. | Provided Copies | Fee |
|---|---|---|---|
| Financials Software Modules | | | |
| General Ledger | PeopleSoft, Inc. | 1 | included |
| Receivables | PeopleSoft, Inc. | 1 | included |
| Payables | PeopleSoft, Inc. | 1 | included |
| Budgets | PeopleSoft, Inc. | 1 | included |
| Asset Management[1] | PeopleSoft, Inc. | 1 | included |
| Other Software | . | | |
| PeopleTools - Restricted Development[2] | PeopleSoft, Inc. | 1 | included |
| Workstation Access for "n"[3] users (includes base application access, PeopleSoft Workflow, Workstation SQR, QueryLink, Crystal, nVision). | PeopleSoft, Inc. Sybase, Inc./SQRIBE Technologies Crystal Computer Services | 1 | included |
| Server SQR for "n"[4] servers | Sybase, Inc./ SQRIBE Technologies. | 1 | included |
| PowerPlay 5 user pack[5] | Cognos Corp. | 1 | included |
| Essbase Concurrent user (ports) – 5 users | Arbor Software Corporation | 1 | included |
| TOTAL FEES: | | | $1,650,000.00 |

1. **Specific Licensed Use:** Licensee's use of the Software is limited to each of the following restrictions.

| Territory | Software: | Annual Gross Revenue |
|---|---|---|
| United States | American English Global Enterprise Version | $13 Billions |

2. **Technical Environment:**

| Database Version | Operating System | Hardware Model |
|---|---|---|
| DB26000 | AIX | |

---

[1] The server version of SQR *must* be licensed.

[2] PeopleTools for Restricted Development shall be used by Licensee to develop interfaces and modification only to the licensed PeopleSoft Software application modules. As of the Schedule Effective Date, PeopleSoft represents that it has rights to and incorporates BEA Systems, Inc. TUXEDO technology within the PeopleTools Software.

[3] "n" is that number necessary to effect the purpose for which the Software is licensed in accordance with the Agreement.

[4] "n" is that number necessary to effect the purpose for which the Software is licensed in accordance with the Agreement.

[5] PowerPlay shall be licensed for each named user.

BCA

3.   Licensee shall receive the applicable items listed below:

| Item | Qty. |
|------|------|
| Training Units[6] | 200 |
| Support Days[7] | 5 |

4.   **Payment Terms:** Licensee shall pay PeopleSoft one hundred percent (100%) of license fees on the Schedule Effective Date. Unless explicitly stated in this Schedule, all fees specified herein are non-cancelable and non-refundable. All fees are payable in U.S. dollars and shall be sent to the attention of PeopleSoft's Accounts Receivable Department.

5.   **Support Services Terms for One Single, Central Site:** For a period of one year commencing on the Schedule Effective Date ("Initial Support Services Term"), Licensee shall receive Support Services at the Site for the Software version which meets the Technical Environment at no additional cost. Licensee may elect to continue Support Services for the following year, and shall pay in advance of the period an annual Support Services fee equal to seventeen (17%) percent of the license fees for the Software licensed pursuant to this Schedule.

For pricing purposes only, PeopleSoft agrees that for the third year through the seventh year after the Schedule Effective Date, Licensee may elect to continue Software Support Services for the following year by paying PeopleSoft an annual Support Services fee that is the lower of (i) the then-current Support Services fee or (ii) a Support Services fee that shall not exceed an increase of seven percent (7%) over the prior year's Support Services fee paid by Licensee to PeopleSoft.

The applicable Support Services fee assessed prior to the commencement of each year of Support Services shall incorporate the then-current Reported Revenues. Additional license fees due pursuant to the section in this Schedule entitled Incremental License Fees shall be included in the calculation for Support Services fees.

Subject to the other terms of this Agreement, after the seventh year PeopleSoft will negotiate in good faith the applicable annual Support Services fees (including any annual percentage caps).

6.   **Incremental License Fees - Financial/Distribution/Manufacturing Software:** Licensee's licensed use of the Software licensed pursuant to this Schedule is based on gross revenues equal to $13 Billion. Each year on the Anniversary Date (defined as the month and date of the Schedule Effective Date), Licensee shall report ("Report") to PeopleSoft the gross revenues reflected in an audited statement from its external accounting firm ("Reported Revenues") and shall pay an additional non-refundable, non-cancelable license fee of $200,000 for the Software modules licensed herein on the Schedule Effective Date for each incremental increase of $8 Billion in Reported Revenues which is closest to the current Reported Revenues without going under the current Reported Revenues.

7.   **Additional Software Option:** During the one hundred twenty (120) day period commencing on the Schedule Effective Date, Licensee has the option to obtain a limited license to PeopleSoft's Purchasing software module which would allow Licensee to use the Purchasing software module solely for asset tracking, provided that (i) Licensee executes and delivers to PeopleSoft a mutually acceptable Schedule to this Agreement for such limited license to the Purchasing software module during such period, (ii) Licensee pays PeopleSoft a license fee of $300,000 and (iii) PeopleSoft is not required to spend significant additional sales effort. The license fees specified herein assume that the Licensee's annual gross revenues are the same as set forth in Section 1 above at the time the option is exercised. In the event such figures change, there may be an additional expanded use license fee associated with this option, which shall be calculated similar to the calculation set forth in Section 6 above.

8.   **Replacement Version of the Software:** During the one year period from the Schedule Effective Date, Licensee has the option, at no additional PeopleSoft application software license fee, of replacing the DB26000 database version of the Software with the DB2/MVS database version of the Software. This option is available only if Licensee remains a continuous subscriber to Software Support Services. Once the conversion to the DB2/MVS version is completed, PeopleSoft will only support the DB2/MVS database version of the Software. If Licensee continues to use the DB26000 version of the

---

[6] One (1) Training Unit is one training day for one person at a scheduled PeopleSoft Training Session.
[7] One (1) Support day is equivalent to an eight (8) hour work day.

BCA

Software for development purposes, PeopleSoft will only support the DB26000 version of the Software upon Licensee's payment of an additional annual support fee of $30,000, the first payment of which will be due upon conversion to the DB2/MVS version of the Software.

9.   **Source Code Escrow:** Provided Licensee is a continuous subscriber to PeopleSoft's Software Support Services program, Licensee shall have the right to become a beneficiary to the Software Source Code Escrow Agreement between PeopleSoft and FileSafe, Inc. (SourceFile) dated November 23, 1993 a copy of which is attached and incorporated as Exhibit A.

10.   **Miscellaneous Information:**

| SHIPPING INFORMATION | BILLING INFORMATION | SITE INFORMATION | TRAINING ADMINISTRATOR |
|---|---|---|---|
| Contact: Mike Nixon | Contact: TBD | Contact: Mike Byrum | Contact: TBD |
| Address: 5050 Edgewood Ct. | Address: 5050 Edgewood Ct. | Address: 5050 Edgewood Ct. | Address: 5050 Edgewood Ct. |
| Jacksonville, FL 32254 | Jacksonville, FL 32254 | Jacksonville, FL 32254 | Jacksonville, FL 32254 |
| Phone: 904-783-5493 | Phone: | Phone: | Phone: |
| Fax: | Fax: | Fax: | Fax: |

ACCEPTED BY:                                    .ACCEPTED BY:

WINN-DIXIE STORES, INC.                         PEOPLESOFT, INC.

_M. E. Nixon 12-19-97_                          _(signature)_
Authorized Signature                            Authorized Signature

_Michael E. Nixon_                              _Russell E. Brown   Vice President_
Printed Name and Title                          Printed Name and Title

_ASST. DIR. I.S._

ORIGINAL



**AMENDMENT**
**TO THE**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

3576
97.875-00

For and in consideration of the mutual promises herein contained, and other good and valuable consideration, the sufficiency of which is hereby acknowledged, PeopleSoft USA, Inc. (successor in interest to PeopleSoft, Inc. and hereinafter referred to as "PeopleSoft") and Winn Dixie Stores, Inc. ("Licensee") enter into this Amendment as of September 4, 1998 ("Amendment Effective Date"). This Amendment is part of the Software License and Services Agreement between the parties dated December 19, 1997 ("Agreement"). Capitalized terms used herein shall have the same meaning ascribed to them in the Agreement. If there are any conflicts or inconsistencies between the provisions of this Amendment and the Agreement and/or any Addenda and/or other Amendments thereto concerning the subject matter of this Amendment, the provisions of this Amendment shall prevail. The remainder of the Agreement shall remain in full force and effect, unamended.

ACCEPTED BY:                                    ACCEPTED BY:

**LICENSEE**                                    **PEOPLESOFT USA, INC.**

_Michael P. Nixon_                              _Russel E. Brun_
Authorized Signature                            Authorized Signature

                                                V.P.
Michael Nixon Asst D., I.S.                     RUSSELL E BROWN
Printed Name and Title                          Printed Name and Title

                          Rec'd JUL 9 '98

**1. License:** PeopleSoft and Licensee each hereby agree that Schedule One to the Agreement is amended, at no additional license and/or Support Services fee, to include a license for PeopleSoft's Billing Module. Such license shall be governed by and subject to the terms and conditions of the Agreement.

**2. Essbase:** Licensee understands and agrees that the reference in Schedule One to the Agreement to "Essbase Concurrent user (ports) – 5 users" refers to the Essbase functionality that PeopleSoft includes with the Budgets module as specified in the Documentation. Specifically, the delivery obligation for the Essbase Concurrent user (ports) – 5 users was accomplished through the delivery of the Budgets module and separate delivery obligation is not required. Licensee has licensed unlimited workstation access (users) for the PeopleSoft Budgets module.

| LICENSEE SITE ADDRESS |
| --- |
| |
| Contact Name: |
| Phone No. |
| Fax No. |

ORIGINAL

35'(p
m_ 8'75 (0')

## SCHEDULE TWO
## TO THE
## SOFTWARE LICENSE AND SERVICES AGREEMENT

This independent Schedule to the Software License and Services Agreement ("Schedule") is made as of March 18, 1998 ("**Schedule Effective Date**") by and between PeopleSoft USA, Inc. (as successor in interest to PeopleSoft, Inc. and hereinafter referred to as "**PeopleSoft**") and Winn Dixie Stores, Inc. ("**Licensee**"). This Schedule is part of the Software License and Services Agreement between the parties dated December 19, 1997 ("**Agreement**"). PeopleSoft's Software Support Services Terms and Conditions shall be a part of this Schedule during the Initial Support Services Term and thereafter, provided Licensee elects to purchase Support Services. Capitalized terms used herein shall have the same meaning ascribed to them in the Agreement.

### SOFTWARE / SERVICES

| Software Modules | Mfr. | Provided Copies | Fee |
|---|---|---|---|
| **Distribution Software Modules** | | | |
| Purchasing - Limited Use (See Section 1) | PeopleSoft, Inc. | 1 | $300,000.00 |
| **Other Software** | | | |
| PeopleTools - Restricted Development[1] | PeopleSoft, Inc. | 1 | included |
| Workstation Access for "n"[2] users (includes base application access, PeopleSoft Workflow, Workstation SQR, QueryLink, Crystal, nVision). | PeopleSoft, Inc. Sybase, Inc./SQRIBE Technologies Crystal Computer Services | 1 | included in Schedule One License Fees |
| Server SQR for "n"[3] servers | Sybase, Inc./ SQRIBE Technologies. | 1 | included in Schedule One License Fees |
| **TOTAL FEES:** | | | $300,000.00 |

1. **Specific Licensed Use:** Licensee's use of the Software is limited to each of the following restrictions.

| Territory | Software: | Annual Gross Revenue |
|---|---|---|
| United States | American English Global Enterprise Version | $13 Billion |

Licensee understands and agrees that its usage of the Purchasing Software is limited solely to the use of the asset tracking functionalities only. Under the terms and conditions of this Schedule One, Licensee does not have the right to use the other functionalities contained in the Purchasing Software.

2. **Technical Environment:**

| Database Version | Operating System | Hardware Model |
|---|---|---|
| DB26000 | AIX | |

3. **Licensee shall receive the applicable items listed below:**

| Item | Qty. |
|---|---|
| Training Units[4] | 30 |
| Installation Days[5] | 1 |

---

[1] PeopleTools for Restricted Development shall be used by Licensee to develop interfaces and modification only to the licensed PeopleSoft Software application modules.

[2] "n" is that number necessary to effect the purpose for which the Software is licensed in accordance with the Agreement.

[3] "n" is that number necessary to effect the purpose for which the Software is licensed in accordance with the Agreement.

[4] One (1) Training Unit is one training day for one person at a scheduled PeopleSoft Training Session.

[5] One (1) Installation day is equivalent to an eight (8) hour work day.

03/17/98, 11:56 AM      Page 1 of 3      ORIGINAL   Winn Dixie sched 2 e2.doc,EB

4.    **Payment Terms:** Licensee shall pay PeopleSoft ninety percent (90%) of license fees on the Schedule Effective Date and ten percent (10%) on the earlier of (i) the Software installation date or (ii) sixty (60) days from the Schedule Effective Date.   Unless explicitly stated in this Schedule, all fees specified herein are non-cancelable and non-refundable.  All fees are payable in U.S. dollars and shall be sent to the attention of PeopleSoft's Accounts Receivable Department.

5.    **Support Services Terms for One Single, Central Site:** For a period of one year commencing on the Schedule Effective Date ("**Initial Support Services Term**"), Licensee shall receive Support Services at the Site for the Software version which meets the Technical Environment at no additional cost.  Licensee may elect to continue Support Services for the following year, and shall pay in advance of the period an annual Support Services fee equal to seventeen (17%) percent of the license fees for the Software licensed pursuant to this Schedule.

For pricing purposes only, PeopleSoft agrees that for the third year through the seventh year after the Schedule Effective Date, Licensee may elect to continue Software Support Services for the following year by paying PeopleSoft an annual Support Services fee that is the lower of (i) the then-current Support Services fee or (ii) a Support Services fee that shall not exceed an increase of seven percent (7%) over the prior year's Support Services fee paid by Licensee to PeopleSoft.

The applicable Support Services fee assessed prior to the commencement of each year of Support Services shall incorporate the then-current employee count and/or Reported Revenues.  Additional license fees due pursuant to the section in this Schedule entitled Incremental License Fees shall be included in the calculation for Support Services fees.

Subject to the terms of this Agreement, after the seventh year PeopleSoft will negotiate in good faith the applicable annual Support Services fees (including any annual percentage caps).

6.    **Incremental License Fees - Distribution Software:** Licensee's licensed use of the Distribution Software licensed pursuant to this Schedule is based on gross revenues equal to $13 Billion.  Each year on the Anniversary Date (defined as the month and date of the Schedule Effective Date), Licensee shall report ("**Report**") to PeopleSoft the gross revenues reflected in an audited statement from its external accounting firm ("**Reported Revenues**") and shall pay an additional non-refundable, non-cancelable license fee of $40,000.00 for the Software modules licensed herein on the Schedule Effective Date for each incremental increase of $8 Billion in Reported Revenues which is closest to the current Reported Revenues without going under the current Reported Revenues.

7.    **Replacement Version of the Software:** During the one year period from the Schedule Effective Date, Licensee has the option, at no additional PeopleSoft application software license fee, of replacing the DB26000 database version of the Software licensed on this Schedule Two with the DB2/MVS database version of the Software.  This option is available only if Licensee remains a continuous subscriber to Software Support Services.  Once the conversion to the DB2/MVS  version is completed, PeopleSoft will only support the DB2/MVS database version of the Software licensed on this Schedule Two.  If Licensee continues to use the DB26000 version of the Software for development purposes, PeopleSoft will only support the DB26000 version of the Software licensed on this Schedule Two upon Licensee's payment of an additional annual support fee of $6,000.00, the first payment of which will be due upon conversion to the DB2/MVS version of the Software licensed on this Schedule Two.

8.    **Miscellaneous Information:**

| SHIPPING INFORMATION | BILLING INFORMATION | SITE INFORMATION | TRAINING ADMINISTRATOR |
|---|---|---|---|
| Contact:  Mike Nixon | Contact:  TBD | Contact:  Mike Byrum | Contact:  TBD |
| Address:  5050 Edgewood Ct | Address:  same | Address:  same | Address:  same |
| Jacksonville, FL 32254 | same | same | same |
|  |  |  |  |
| Phone:  904-783-5493 | Phone: | Phone:  904-783-5597 | Phone: |
| Fax:  904-783-5724 | Fax: | Fax:  same | Fax:  same |

ACCEPTED BY:

**LICENSEE**

_M. E. Nixon_   3-18-98
Authorized Signature

_Michael E. Nixon_
Printed Name and Title

ACCEPTED BY:

**PEOPLESOFT USA, INC.**

_Russell E Brown_
Authorized Signature

_Russell Brown   Vice President_
Printed Name and Title

**SCHEDULE THREE**
**TO THE**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

This independent Schedule to the Software License and Services Agreement ("**Schedule**") is made as of December 28, 1999 ("**Schedule Effective Date**") by and between PeopleSoft USA, Inc. (as successor in interest to PeopleSoft, Inc. and hereinafter referred to as "**PeopleSoft**") and Winn Dixie Stores, Inc. ("**Licensee**"). This Schedule is part of the Software License and Services Agreement between the parties dated December 19, 1997 ("**Agreement**"). PeopleSoft's Software Support Services Terms and Conditions shall be a part of this Schedule during the Initial Support Services Term and thereafter, provided Licensee elects to purchase Support Services. Capitalized terms used herein shall have the same meaning ascribed to them in the Agreement.

**SOFTWARE / SERVICES**

| Software Modules | Mfr. | Provided Copies | Fee |
|---|---|---|---|
| **HRMS Software Modules** | | | |
| Human Resources | PeopleSoft, Inc. | 1 | included |
| Payroll | PeopleSoft, Inc. | 1 | included |
| Benefits Administration | PeopleSoft, Inc. | 1 | included |
| FSA Administration | PeopleSoft, Inc. | 1 | included |
| **Other Software** | | | |
| PeopleTools - Restricted Development[1] | PeopleSoft, Inc. | 1 | included |
| Workstation Access for "n"[2] users (includes base application access, PeopleSoft Workflow, Workstation SQR, QueryLink, Crystal, nVision). | PeopleSoft, Inc. Sybase, Inc./SQRIBE Technologies Seagate Software Information Management Group, Inc. | 1 | included in previous license fee |
| Server SQR for "n"[3] servers | Sybase, Inc./ SQRIBE Technologies. | 1 | included in previous license fee |
| **Sub-Total:** | | | **$1,980,000.00** |
| **Less Incentive Reduction:** | | | **<$200,000.00>** |
| **TOTAL FEES:** | | | **$1,780,000.00** |

1.    **Specific Licensed Use:** Licensee's use of the Software is limited to each of the following restrictions.

| Territory | Licensed Rights within the Global Software[4] | Active Employees |
|---|---|---|
| United States | American English language and any associated United States functionality. | 160,000 |

PeopleSoft agrees that Licensee may access and use, on a worldwide basis, only the American English language and any associated functionality of the global version of the Software. If Licensee desires to use and/or access any other functionality and/or language translation (including, without limitation, any in-country localized Software modules), Licensee must license such additional Software and pay PeopleSoft the applicable license fees.

---

[1] PeopleTools for Restricted Development shall be used by Licensee to develop interfaces and modification only to the licensed PeopleSoft Software application modules.

[2] "n" is that number necessary to effect the purpose for which the Software is licensed in accordance with the Agreement.

[3] "n" is that number necessary to effect the purpose for which the Software is licensed in accordance with the Agreement.

[4] PeopleSoft makes no representations regarding any functionality contained in the Software versions to which Licensee has rights as set forth in this table except as set forth in the Documentation. Except as otherwise explicitly set forth in this Schedule, Licensee shall not be entitled to: (i) local country Support Services; or (ii) local country installation.



2.    **Technical Environment:**

| Database Version | Operating System | Hardware Model |
|---|---|---|
| DB2 | OS390 | Intel Processor |

3.    **Licensee shall receive the applicable items listed below:**

| Item | Qty. |
|---|---|
| Training Units | 200 |
| Installation Hours | 40 |

One (1) Training Unit is one training day for one person at a scheduled PeopleSoft Training Session. In addition, Licensee may elect to utilize the Training Units for training conducted at Licensee's site ("On-Site Training"); Licensee understands and agrees that twelve (12) Training Units are the equivalent of one (1) day of On-Site Training, for up to fourteen (14) students per each On-Site Training day   Licensee understands that Licensee shall reimburse PeopleSoft for the reasonable travel and living expensed incurred by PeopleSoft in association with such On-Site Training. Notwithstanding anything to the contrary in the Agreement, Licensee shall have up to eighteen (18) months from the Schedule Effective Date to utilize the Training Units referenced in this Schedule Three.

4.    **Payment Terms:**  Licensee shall pay PeopleSoft one-hundred percent (100%) of the Total Fees within thirty (30) days of the Schedule Effective Date.  PeopleSoft agrees that payment by a third party on Licensee's behalf shall be  considered as payment hereunder to fulfill this payment obligation.  Unless explicitly stated in this Schedule, all fees specified herein are non-cancelable and non-refundable.  All fees are payable in U.S. dollars and shall be sent to the attention of PeopleSoft's Accounts Receivable Department.

5.    **Support Services Terms:** For a period of one year commencing on the Schedule Effective Date ("**Initial Support Services Term**"), Licensee shall receive Support Services for the Software version which meets the Technical Environment at no additional cost.  Licensee may elect to continue Support Services for the following year, and shall pay in advance of the period an annual Support Services fee equal to eighteen percent (18%) of the then current license fee for the Software licensed pursuant to this Schedule. For pricing purposes only, PeopleSoft agrees that for the third year through the fifth year after the Schedule Effective Date, Licensee may elect to continue Support Services for the following year by paying PeopleSoft an annual Support Services fee that is the lower of(i) the then-current Support Services fee or (ii) a Support Services fee that shall not exceed an increase of seven percent (7%) over the prior year's Support Services fee paid by Licensee to PeopleSoft. Thereafter, Licensee may elect to continue Support Services by paying PeopleSoft the then-current Support Services fee. The applicable Support Services fee assessed prior to the commencement of each year of Support Services shall incorporate the then-current employee count and/or Reported Revenues. Additional license fees due pursuant to the section in this Schedule entitled Incremental License Fees shall be included in the calculation for Support Services fees.

6.    **Incremental License Fees - HRMS Software:** Licensee's licensed use of the HRMS Software licensed pursuant to this Schedule is based on an Active Employee Count of 160,000.  For purposes of this Section, "Active Employee Count" shall mean the number of employee records maintained on the Software with a status of "employee", as determined by the Software excluding those employee records of retirees and terminated employees. Each year on the Anniversary Date (defined as the month and date of the Schedule Effective Date), Licensee shall report to PeopleSoft its Active Employee Count ("Report") and shall pay an additional non-refundable, non-cancelable license fee of $200,000.00 for the applicable Software modules licensed herein on the Schedule Effective Date for each incremental increase of 65,000 in Active Employee Count over 160,000.

7.    **Acceptance:**  Licensee shall have a period of sixty (60) days commencing on the installation date of the Software licensed pursuant to this Schedule to test that such Software operates substantially in accordance with the Documentation ("Acceptance Period").  Licensee shall notify PeopleSoft of any Nonconformities during the Acceptance Period ("Nonconformance List") by providing in writing, a list of Nonconformities, such list to be received by PeopleSoft during the Acceptance Period. Upon receipt of the Nonconformance List, PeopleSoft shall have a period of thirty (30) days ("Cure Period") to repair any Nonconformities listed on the Nonconformance List at its own expense, such that such Software affected by the Nonconformity operates substantially in accordance with the Documentation. Notwithstanding anything herein to the contrary, in no event shall acceptance ("Acceptance") be postponed beyond six (6) months from the Schedule Effective Date ("Final Date"). Upon: (i) Licensee's delivery to PeopleSoft of written notice of Acceptance; or (ii) conclusion of the Acceptance Period, if Licensee has not notified and provided to PeopleSoft a

list of Nonconformities; such Software shall be deemed to have reached Acceptance.  If Acceptance has not been deemed to have occurred, and Nonconformities listed on a Nonconformance List have not been resolved on the Final Date, Licensee shall have the option of terminating this Schedule by notifying PeopleSoft in writing of its intent to terminate the Schedule on or before the Final Date, and, upon receipt of such Software by PeopleSoft, receiving the license fees paid to PeopleSoft.  "Nonconformities" shall mean a material failure of the Software licensed pursuant to this Schedule, or any component thereof, to conform to the Documentation.

**8.    Miscellaneous Information:**

| SHIPPING INFORMATION | BILLING INFORMATION | SITE INFORMATION | TRAINING ADMINISTRATOR |
|---|---|---|---|
| Contact: | Contact: | Contact: | Contact: |
| Address: | Address: | Address: | Address: |
|  |  |  |  |
|  |  |  |  |
| Phone: | Phone: | Phone: | Phone: |
| Fax: | Fax: | Fax: | Fax: |

ACCEPTED BY:                                    ACCEPTED BY:
LICENSEE                                        PEOPLESOFT USA, INC.

*M. E. Nixon*                                   *James C Brunson*
Authorized Signature                            Authorized Signature

*M.E. Nixon, VP, Director of Information Systems*   *James C. Brunson — RVP*
Printed Name and Title                          Printed Name and Title

# ORIGINAL

97 90-05
# 3576

### SCHEDULE FOUR
### TO THE
### SOFTWARE LICENSE AND SERVICES AGREEMENT

This independent Schedule ("Schedule") is made as of December 28, 1999 ("Schedule Effective Date") by and between PeopleSoft USA, Inc. ("PeopleSoft") and Winn Dixie Stores, Inc. ("Licensee"). This Schedule is part of the Software License and Services Agreement between the parties dated December 19, 1997 ("Agreement"). Capitalized terms used herein shall have the same meaning ascribed to them in the Agreement.

1.      **License Grant:** PeopleSoft grants to Licensee a non-exclusive, nontransferable, perpetual license to use those PeopleSoft End-User Training products for the application(s) listed below ("Materials") and to make an unlimited number of copies of the Materials only as necessary to provide End-User Training solely to Licensee's employees for the Software, subject to the terms and conditions set forth in the Agreement for such Software, provided all copyright notices are reproduced as provided on the original. Licensee is prohibited from reselling or distributing the Materials to any other party, or using the Materials other than as explicitly permitted herein or in the Agreement. PeopleSoft represents that the Materials contain valuable proprietary information. PeopleSoft (or its third-party Software providers) retains title to all portions of the Materials and any copies thereof. If Licensee creates a modification to the Materials, Licensee shall only have title in such modification that remains after the Materials have been separated from the modification ("Licensee Modification"). Licensee shall use Materials modifications created by Licensee solely for its internal use in accordance with the terms of this Agreement. In the event Licensee provides Licensee Modifications to PeopleSoft, PeopleSoft shall have a perpetual, royalty-free license from Licensee to use, enhance and incorporate such modifications into PeopleSoft's software products for use and distribution. Licensee may provide access to and use of the Materials only to those third parties that: (i) provide services to Licensee concerning Licensee's use of the Materials; (ii) have a need to use and access the Materials; and (iii) have agreed to substantially similar non-disclosure obligations imposed by Licensee as those contained in the Agreement.

| Materials[1] | Mfr. | Provided Copies | Fee |
|---|---|---|---|
| **Materials that Support HRMS Software Modules** | | | |
| Human Resources Version 7.5 | PeopleSoft, Inc. | 1 | Included |
| Benefits Administration Version 7.5 | PeopleSoft, Inc. | 1 | Included |
| Payroll Version 7.5 | PeopleSoft, Inc. | 1 | Included |
| **Other Materials** | | | |
| Developer's Kit - Customization Development[2] | PeopleSoft, Inc. | 1 | Included |
| Developer's Kit - Customization Development Including Translation Rights[3] | PeopleSoft, Inc. | 1 | Included |
| Reporting 7.5 - HRMS | PeopleSoft, Inc. | 1 | Included |
| **TOTAL FEES:** | | | **$160,000** |

[1] The license for any Materials includes a limited use license for the Single User version of the associated Software module. Such limited use license means that the Single User version shall only be used in order to access the features and functions of such licensed Materials. All Materials are in English and support the American English global Software module functionality only, unless explicitly stated otherwise.

[2] Developer's Kit for Customization Development shall be used by Licensee only to develop minor customizations including upgrades to the licensed Materials set forth above. Licensee shall *not* have the right to translate the licensed version of the Materials to another language.

[3] Developer's Kit for Customization Development Including Translation Rights shall be used by Licensee only to develop minor customizations including upgrades and translations to the licensed Materials set forth above, provided however, Licensee shall have the right to translate to a different country language only within the associated Territory

2.    **Hotline Support:** Notwithstanding anything to the contrary, the Materials are *not* covered under the terms and conditions of PeopleSoft's Software Support Services program. Licensee shall be eligible to receive only hotline support Monday through Friday during the hours between 9a.m. and 5 p.m., Pacific Time for the Materials for a period of two years commencing on the Schedule Effective Date, at no additional support fee. The support number for the Materials for Licensee is 925-694-9531, toll free if Licensee is located in the U.S. and Canada is 1-888-636-3873  *(Please note that this number is different from that of PeopleSoft's Global Support Center, used for support on other PeopleSoft products.)*

3.    **Payment Terms:** Licensee shall pay PeopleSoft one hundred percent (100%) of TOTAL FEES on the Schedule Effective Date. PeopleSoft agrees that payment by a third party on Licensee's behalf shall be  considered as payment hereunder to fulfill this payment obligation. Unless explicitly stated in this Schedule, all fees specified herein are non-cancelable and non-refundable. All fees are payable in U.S. dollars and shall be sent to the attention of PeopleSoft's Accounts Receivable Department.

4.    **Acceptance:** Licensee shall have a period terminating six (6) months from the Schedule Effective Date ("**Acceptance Period**") to test that the Materials satisfy Licensee's business requirements. Unless Licensee notifies PeopleSoft in writing on or before the expiration of the Acceptance Period that the Materials do not satisfy Licensee's business requirements ("**Notice of Dissatisfaction**"), the Materials shall be deemed to be accepted by Licensee and this Schedule shall be in full force and effect. If PeopleSoft has received Notice of Dissatisfaction on or before the last date of the Acceptance Period, Licensee must (i) return the Materials within ten (10) days of the Notice of Dissatisfaction, and (ii) certify the destruction of all copies of the Materials. Upon receipt of (i) and (ii), PeopleSoft agrees that this Schedule shall have no further force and effect whatsoever, and Licensee shall receive a refund of the Total Fees paid pursuant to this Schedule for such Materials.

5    **Miscellaneous Information:**

5.1    **PeopleSoft Sales Manager: Ira Davies.**

5.2    **PeopleSoft Business Development Manager: John Schneider.**

5.3    **Pricing is based upon Licensee's current employee count, which is: 160,000.**

5.4

| SHIPPING INFORMATION | BILLING INFORMATION | TRAINING ADMINISTRATOR |
|---|---|---|
| Contact: | Contact: same | Contact: same |
| Address: | Address: same | Address: same |
| | | |
| | | |
| Phone: | Phone: same | Phone: same |
| Fax: | Fax: same | Fax: same |

ACCEPTED BY·                                    ACCEPTED BY·

**LICENSEE**                                   **PEOPLESOFT USA, INC.**

*M. E. Nixon*                                 *James C. Bujwah*

Authorized Signature                          Authorized Signature

*M.E.Nixon, V.P. Director of InformationSystems*    *Jame C. Bujwah - RVP*

Printed Name and Title                        Printed Name and Title

*3576*

*04-08195-000*

## SCHEDULE
## TO THE
## SOFTWARE LICENSE AND SERVICES AGREEMENT
## (ENTERPRISE PRICING)

This independent Schedule to the Software License and Services Agreement ("**Schedule**") is made as of September 24, 2004 ("**Schedule Effective Date**") by and between PeopleSoft USA, Inc. ("**PeopleSoft**") and Winn-Dixie Stores, Inc. ("**Licensee**").  This Schedule is part of the Software License and Services Agreement between the parties dated December 19, 1997 ("**Agreement**").

| SOFTWARE LICENSE AND SERVICES FEES | | | | |
|---|---|---|---|---|
| Total License fees from Exhibit A – Enterprise Software: | | | | $500,000 |
| **TOTAL: SOFTWARE LICENSE FEES:** | | | | **$500,000** |
| PEOPLESOFT TRAINING UNITS | | | | |
| Theatre | Regions | Designated Region | Number of Training Units | Fee |
| North America | United States and Canada | United States | 308 units | Included |
| **SUBTOTAL: TRAINING UNIT FEES** | | | | **$130,900** |
| SUPPORT SERVICES | | | | |
| Services | Mfr. | | Units | Fee |
| Standard Support Services for the Initial Services Term | PeopleSoft, Inc. | | N/A | $100,000 |
| **SUBTOTAL: SUPPORT SERVICES FEES:** | | | | **$100,000** |
| **TOTAL FEES:** | | | | **$730,900** |

1.    **Specific Licensed Use:**  Licensee's use of the Software is limited to each of the following restrictions.

| Territory | | United States |
|---|---|---|
| Version | Global Version[1] (indicate the country specific global version for each country for which the Software will be used) | United States functionality / English language |
| Base Metrics | Base Revenues[2] | $13 Billion |
| Technical Information for Enterprise Software | Database Version | DB2 |
| | Operating System | UNIX |
| | Hardware Model | IBM |

2.    **Payment Terms:**  Licensee shall pay, or cause a third party to pay, PeopleSoft one hundred percent (100%) of TOTAL FEES on or before that date which is thirty (30) calendar days after the date of PeopleSoft's invoice.  Unless explicitly stated in this Schedule, all fees specified herein: (i) are non-cancelable, non-refundable and non-contingent; (ii) are payable in U.S. dollars; and (iii) shall be sent to the attention of PeopleSoft's Accounts Receivable Department.

---

[1] Notwithstanding anything in the Agreement to the contrary, Licensee is licensed to use and access only those licensed languages and licensed country specific features/functionalities of the global Software version that are available as of the Schedule Effective Date.  Any additional licensed languages or licensed country specific features/functionalities that may become available after the Schedule Effective Date as part of the global version of the Software module(s) licensed pursuant to this Schedule may be used and accessed by Licensee only as may be provided pursuant to Support Services, provided Licensee is a current, compliant subscriber to Support Services.

[2] Pricing is based on Reported Revenues of $13 Billion.

ORIGINAL

3.    **Services Terms and Conditions:**
3.1    **Support Services Terms for Supportable Modules Licensed Pursuant to this Schedule:** For a period commencing on the Schedule Effective Date of this Schedule and terminating one (1) year thereafter ("**Initial Services Term**"), Licensee shall receive Support Services for the Supportable Modules licensed pursuant to this Schedule which meet the technical environment set forth herein for the Support Services Fees set forth above.

In the event Support Services are to be provided after the Initial Services Term, for each year during the four (4) year period immediately following the Initial Services Term ("Years Two through Five"), the annual Support Services fee for the Supportable Modules licensed pursuant to this Schedule shall be equal to the Support Services Fee paid by Licensee for the Initial Services Term. In the event Support Services are to be provided after Years Two through Five, annual increases in the fee for Support Services during the five (5) year period immediately following Year Five ("Years Six through Ten") shall not increase by more than four percent (4%) above the Support Services fees paid for the immediately preceding twelve (12) month period, provided that: (i) Licensee continuously subscribes to Support Services and pays for such services for all Supportable Modules licensed pursuant to this Schedule in a timely manner, (ii) is not in breach of this or any other agreement with PeopleSoft; and (iii) the base upon which the increases are measured will be adjusted to take into account additional license fees, including fees owed pursuant to the Incremental License Fees section. Notwithstanding anything herein to the contrary after the Initial Services Term, the Support Services fee for Third Party Software Supportable Modules licensed pursuant to this Schedule will equal the fee in effect at the time such Support Services are renewed.

In the event Support Services are to be provided for the Supportable Modules licensed pursuant to this Schedule after the period during which the increases have been capped, and Licensee has been a compliant, continuous subscriber to Support Services, the Support Services fee will equal the fee in effect at the time such Support Services are renewed.

Notwithstanding anything in the Agreement to the contrary, Licensee will owe additional Support Services fees each year as set forth in this Schedule for the incremental license fees due pursuant to the Schedule, if any, and for increases in Support Services which relate to Third Party Software.

In the event Support Services are not renewed or are terminated and Licensee subsequently requests Support Services, PeopleSoft may, in its sole discretion, reinstate Support Services but only after Licensee pays PeopleSoft the annual Support Services fee in effect at the time of such reinstatement, plus a reinstatement fee equal to the number of years or portion thereof during which Licensee was not a subscriber to Support Services multiplied by the annual Support Services fee in effect at the time of such reinstatement.

3.2    **Purchase, Use and Limitations of PeopleSoft Training Units.**
3.2.1.    **Training Unit Definitions.**
"**Designated Region**" means the Region selected by Licensee for each Training Unit purchased in this Schedule as identified in the "Designated Region" column in the Training Unit section in the table above. A Training Unit will have only one associated Designated Region.
"**Region**" means one of the smaller geographic regions that make up each Theatre as set forth in the Training Unit section in the table above. For example, within the North American Theatre, the United States is one Region and Canada is the other Region.
"**Theatre**" means one of the four (4) geographic areas designated in the Training Unit section in the table above, each of which contains a group of Regions.
"**Training**" means: (a) PeopleSoft education products and services offered: (i) in a PeopleSoft classroom; (ii) in Licensee's classroom; (iii) over the Internet; or (iv) on a compact disc; and (b) certain other education-related services that PeopleSoft makes available to its licensees.
"**Training Unit**" means a unit that may be purchased by Licensee and redeemed by Licensee for Training in the Designated Region in accordance with the terms and conditions of this Schedule.
3.2.2.    Upon receipt of the fees set forth in this Schedule, PeopleSoft will credit Licensee's account with the number and type of Training Units set forth in the table above.
3.2.3.    Licensee must select a Designated Region for each Training Unit at the time of purchase. Licensee may only redeem a Training Unit purchased herein for Training provided in the Designated Region, unless Licensee transfers Training Units as follows.  Licensee may change the Designated

Region for a Training Unit to a different Region within the same Theatre (e.g., Licensee may change the Designated Region from a Region in the EMEA Theatre to any other Region in the EMEA Theatre), provided that for each request: (i) Licensee must transfer a minimum of ten (10) Training Units to the new Region; and (ii) Licensee must make such request in writing (which may be via e-mail) to Licensee's designated training representative. Licensee may not change the Designated Region for a Training Unit to a Region in another Theatre. In no event shall Licensee be entitled to a refund as a result of changing the Designated Region for applicable Training Units.

3.2.4.  The number of Training Units that must be redeemed for each registrant to attend a particular class offered as part of Training will be as reflected on the PeopleSoft Training site of PeopleSoft.com at the time the registrant registers for the class. Licensee may use Training Units for training at Licensee's site only as the parties mutually agree in writing.

3.2.5.  **Taxes.** Licensee will fully reimburse PeopleSoft for all associated VAT, Sales, and other taxes, including, but not limited to, any taxes triggered by the initial purchase, and any taxes triggered by the transfer of Training Units from one Region to another.

3.2.6.  **Training Unit Expiration.** Licensee must use Training Units within twenty-four (24) months from the Schedule Effective Date. Training Units are non-returnable, and except as explicitly set forth in this Schedule, non-transferable, and except as explicitly set forth on PeopleSoft's training site on PeopleSoft.com, cannot be used as a credit toward any other type of training unit, license or service.

**3.3     Modification of Support Services Terms for Previously Licensed Supportable Modules.**

For all Schedules, amendments or other attachments to this Agreement containing terms governing the fees for Support Services and entered into between the parties prior to the Schedule Effective Date (collectively, "Previous Schedule(s)"), notwithstanding anything in the Agreement to the contrary, in the event Standard Support Services are to be provided for Previously Licensed Supportable Modules following the term already paid for by Licensee for such Previously Licensed Supportable Modules, PeopleSoft shall not increase the fee for Standard Support Services for such Previously Licensed Supportable Modules over the fee paid during the previous twelve (12) month period for a period terminating one year after the expiration of the current Support Services term ("First Renewal Term").

For a period commencing on the expiration of the First Renewal Term and ending nine (9) years thereafter, increases in the fees for Standard Support Services for the Previously Licensed Supportable Modules shall not exceed the lesser of: (i) the fees in effect under the terms of the applicable Previous Schedule(s); or (ii) an increase of four percent (4%) in each subsequent twelve (12) month period, provided that: (i) Licensee continuously subscribes to Support Services and pays for such services in a timely manner, (ii) is not in breach of this or any other agreement with PeopleSoft; and (iii) the base upon which the increases are measured will be adjusted to take into account additional license fees, including fees owed pursuant to the incremental license fees section of the applicable Previous Schedule(s).

In the event Support Services are to be provided for the Previously Licensed Supportable Modules after the period during which the increases have been capped, and Licensee has been a compliant, continuous subscriber to Support Services, the Support Services fee will equal the fee in effect at the time such Support Services are renewed.

Notwithstanding anything in the Agreement to the contrary, Licensee will owe additional Support Services fees each year as set forth in the Previous Schedule(s) for the incremental license fees due pursuant to the Previous Schedule(s), if any, and for increases in Support Services which relate to Third Party Software.

In the event Support Services for the Previously Licensed Supportable Modules are not renewed and Licensee subsequently requests Support Services, PeopleSoft may, in its sole discretion, reinstate Support Services but only after Licensee pays PeopleSoft the annual Support Services fee in effect at the time of such reinstatement, plus a reinstatement fee equal to the number of years or portion thereof during which Licensee was not a subscriber to Support Services multiplied by the annual Support Services fee in effect at the time of such reinstatement.

**4.      Incremental License Fees**

**4.1     Incremental License Fees for the RR Software:** Licensee may use the RR Software licensed pursuant to this Schedule in accordance with the terms of this Schedule and the Agreement, to process

its data at no additional license fee, provided that the Reported Revenues do not exceed $13 Billion ("**Base Revenues**"). Each year ninety (90) days prior to the Anniversary Date, Licensee shall report to PeopleSoft the Reported Revenues as of such date, and, in the event the Reported Revenues as of such date exceed the Base Revenues, Licensee shall pay, on or before the applicable Anniversary Date, additional non-refundable, non-cancelable license fees. Upon receipt of such license fees in the amount of $50,000, Licensee's Base Revenues shall be modified to increase by $1.3 Billion. Licensee shall pay as many increments of $50,000 as necessary so that the Base Revenues exceed the Reported Revenues as of that particular Anniversary Date. "**Reported Revenues**" shall mean the gross revenues reflected in an audited statement from its external accounting firm. "**RR Software**" shall mean those Software modules licensed pursuant to this Schedule which are priced based upon Reported Revenues, as indicated in the Software/Services table in the Exhibit(s) to this Schedule.

5.      **Separate Agreement:**   PeopleSoft may provide services regarding the Software licensed hereunder pursuant to an independent Consulting Services Agreement executed between the parties. Licensee understands and agrees that such Consulting Services Agreement and associated Statements of Services that may be signed are separate and independent contractual obligations from any Schedule or amendment thereto relating to the license of Software. Licensee shall not withhold payments that are due and payable pursuant to this Schedule or any other Schedule(s) or amendment(s) thereto because of the status of work performed under any executed Consulting Services Agreement and associated Statement of Services. In addition, the parties acknowledge that the ability to provide such services: (i) are not exclusive or specific to PeopleSoft; and (ii) are commercially available from a variety of third party service providers.

6.      **Definitions:**   Unless otherwise set forth herein, capitalized terms used herein shall have the same meaning ascribed to them in the Agreement.

"**Accessory Products**" mean third party software delivered with the Software as a convenience to Licensee, but not licensed under this Agreement. They are licensed to Licensee pursuant to individual end user license agreements that are contained in the software. Accessory Products are not Supportable Modules.

"**Base Metric**" means that Metric limit for which Licensee and related entities are licensed to use or benefit from the use of the Software.

"**Metric**" means that size measurement utilized to: (i) measure the size of Licensee and related entities licensed to use or benefit from the use of the Software; and (ii) define the limitations of the license granted pursuant to the Agreement; and includes Employee Count, Reported Revenues, Student Count, Customer Count and Funds Raised.

"**Support Services**" means that particular package of services as may be offered by PeopleSoft and selected by Licensee and which are designed to support the Supportable Modules, and the standard terms and conditions thereto, in effect on the later of the following: (i) the date fees are received for such services offered by PeopleSoft which are designed to support the Supportable Modules, and (ii) the first date of the period for which services offered by PeopleSoft which are designed to support the Supportable Modules are provided.

"**Supportable Modules**" are those Software modules for which PeopleSoft offers some sort of maintenance services, and are comprised of: (i) Software excluding the Third Party Software modules; (II) Tools; and (iii) those Third Party Software modules specifically designated in the Schedule as "Supportable Modules".

"**Previously Licensed Supportable Modules**" are those Software modules licensed pursuant to the Previous Schedule(s) for which PeopleSoft offers some sort of maintenance services, and are comprised of: (i) Software or Licensed Products excluding the Third Party Software modules; (ii) Tools; and (iii) those Third Party Software modules specifically designated in the Schedule as "Supportable Modules".

"**Updates**" means those subsequent releases of the Software and Documentation which are generally made available to licensees of the Software which are similarly situated to Licensee, as part of Support Services at no additional charge, other than the fees for Support Services, media and handling charges. Updates shall not include any releases, enhancements, functionality or products which PeopleSoft licenses separately or charges for separate from Support Services. The use of an Update may be subject to additional terms and Licensee may be required to agree to such terms in writing prior to receiving an Update. Updates are delivered only if and when available.

**7.    Customer Assurance Program.**

7.1    PeopleSoft or the Acquiring Entity (defined below) agrees to pay to Licensee: (a) the Total Fees set forth in the table in this Schedule and paid to PeopleSoft, minus any fees included on the Schedule for installation or consulting, multiplied by: (b) two (2) ("Payment") if:

      (i)    on or before two (2) years from the Schedule Effective Date, PeopleSoft, Inc. is Acquired (hereinafter, the "Acquisition"); and

      (ii)    on or before four (4) years from the Schedule Effective Date, the entity that results from an Acquisition ("Acquiring Entity"):

            (a)    discontinues or materially reduces Support Services for the Supportable Module(s) before the end of the Applicable Support Term, or

            (b)    discontinues licensing the Supportable Module(s) to prospective or existing licensees of PeopleSoft, or

            (c)    discontinues providing Updates for the Supportable Module(s), and

      (iii)    Licensee requests the Payment in writing from PeopleSoft or the Acquiring Entity on or before December 31, 2008, and

      (iv)    Licensee is at the time the Payment is requested, and has been, a continuous, compliant subscriber to Support Services and no monies are owed under its agreements with PeopleSoft as of the date Payment is requested.

7.2    Notwithstanding the foregoing, either PeopleSoft or an Acquiring Entity may discontinue licensing one or more specific Supportable Modules or providing Updates in relation thereto, if:

      (i)    the Supportable Module does not operate substantially as warranted, or

      (ii)    third party technology required for the operation or use of the Supportable Module is no longer commercially available.

In no event does this relieve PeopleSoft or an Acquiring Entity from providing Support Services for the Supportable Module(s) licensed on this Schedule for the duration of the Applicable Support Term.

7.3    The Payment described in this Section is Licensee's sole and exclusive remedy for any liability of PeopleSoft or its affiliates or the Acquiring Entity arising out of or related to the events described in 7.1 (i) and (ii) above and will be reduced by any other amounts or damages Licensee seeks or recovers from PeopleSoft or the Acquiring Entity in relation to this Schedule or the events described in 7.1 (i) and (ii) above.

7.4    This Section will be effective only if this Schedule is executed by both parties on or before the earlier of the following dates: (i) the expiration date defined in this Schedule; (ii) the expiration or withdrawal of the Oracle tender offer, or (iii) September 30, 2004. If the Schedule is not executed by such date, the offer set forth in this term is rescinded, all terms are null and void, and neither party shall have any obligation in relation thereto.

7.5    For purposes of this Section only, the following terms are defined as set forth below.

      (i)    "Acquired" means:

            (a)    Oracle Corporation or any "affiliate" (as defined in Rule 405 promulgated under the Securities Act of 1933, as amended) of Oracle Corporation (Oracle Corporation and such affiliates, collectively or individually, "Oracle") becomes the "beneficial owner" (as defined in Rule 13d-3 under the Securities Exchange Act of 1934, as amended), directly or indirectly, of securities of PeopleSoft, Inc. representing fifty-one percent (51%) or more of the total voting power represented by PeopleSoft's then outstanding voting securities, or

            (b)    The consummation of a merger or consolidation of PeopleSoft, Inc. with Oracle, other than a merger or consolidation which would result in the voting securities of PeopleSoft, Inc. outstanding immediately prior thereto continuing to represent (either by remaining outstanding or by being converted into voting securities of the surviving entity) at least fifty-five percent (55%) of the total voting power

represented by the voting securities of PeopleSoft, Inc. or such surviving entity outstanding immediately after such merger or consolidation, or

(c) The consummation of the sale or disposition by PeopleSoft, Inc. of all or substantially all of PeopleSoft, Inc.'s assets to Oracle.

(ii) "Applicable Support Term" means the period that PeopleSoft offers to provide Support Services  (generally four (4) years) for the Supportable Modules.

(iii) "Supportable Module(s)" means the module(s) developed by PeopleSoft using its underlying application development platform PeopleTools, which is licensed on this Schedule for the database(s) indicated on the Schedule.

(iv) "Support Services" means the package of services offered by PeopleSoft and paid for by Licensee and which are designed to support the Supportable Modules, and the standard terms and conditions thereto, in effect during the ninety (90) day period immediately preceding an Acquisition.

(v) "Updates" means subsequent releases of the Software and Documentation which are a) generally made available as part of Support Services to licensees of the Supportable Modules running the same database platform, operating system and hardware as Licensee, and b) substantially similar in frequency and quality when compared overall to the frequency and quality of updates that PeopleSoft delivered for the Software Modules in the most recent major release cycle completed prior to the Acquisition.

**8.** **Expiration of Offer:**  The offer set forth in this Schedule is valid only through September 24, 2004, and if the Schedule is not executed by both parties by such date, the offer is rescinded, all terms are null and void, and neither party shall have any obligation in relation thereto.

**9.** **Miscellaneous Information:**

**9.1** **Title to Physical Media:**  Notwithstanding anything in the Agreement to the contrary, (i) in the event physical media for the Software is shipped, title to the physical media for the Software vests in Licensee upon shipment thereof to Licensee and (ii) upon Licensee's reasonable request, PeopleSoft will provide a reasonable number of additional copies of the Software at no additional cost.

**9.2**

| SHIPPING INFORMATION | BILLING INFORMATION | SITE INFORMATION | TRAINING ADMINISTRATOR |
|---|---|---|---|
| Contact:  Michael Baust | Contact: Same | Contact: Same | Contact: Same |
| Address:  5050 Edgewood Court | Address: | Address: | Address: |
| Jacksonville, FL  32254 | | | |
| Phone: 904.370.7734 | Phone: | Phone: | Phone: |
| Email: michaelbaust@winn-dixie.com | Email: | Email: | Fax: |

**9.3** **Electronic Delivery of Software:**  PeopleSoft shall exercise commercially reasonable efforts to deliver the Software, including any updates and/or upgrades, licensed under this Schedule and the Agreement by transferring the Software using remote telecommunications to transfer the Software from PeopleSoft's place of business, to or through Licensee's computer, without transferring title to, or possession of any tangible personal property, such as storage media, to Licensee during the course of such Software delivery (**"Download"**).  PeopleSoft's delivery of the Software via Download is conditioned upon, and subject in all respects, to each of the following:

(i) Licensee understands that if the Software is Downloaded to any location other than that identified under shipping information in this Schedule, other state sales tax may be due, and such sales tax is the sole responsibility of Licensee;

(ii) Licensee further understands that, if at any time during the one (1) year period following the Schedule Effective Date, Licensee accepts delivery of the Software in the form of tangible personal property, including but not limited to any Updates to the Software delivered pursuant to PeopleSoft's provision of Support Services, the amount of sales tax or any other applicable tax or duty that would have otherwise been due upon the delivery of the Software if

PeopleSoft had not delivered the Software using the Download delivery mechanism described above, will become immediately due and payable to PeopleSoft;

(iii)   Licensee further understands that, notwithstanding anything contained in the Software Support Services Terms and Conditions to the contrary, in the event a problem arises with respect to Downloading the Software, the availability of Support Services to correct such problem shall be equivalent to the then-current support terms that PeopleSoft's electronic software delivery vendor makes available to PeopleSoft.

Licensee's technical contact for arranging and completing the Download is:

| ESD Contact Information |
| --- |
| Contact: Michael Baust |
| Address: 5050 Edgewood Court |
| Jacksonville, FL  32254 |
| Phone: 423.755.5128 |
| E-Mail: treven_bernarding@bcbst.com |

The undersigned represent and warrant that they are authorized as representatives of the party on whose behalf they are signing this Schedule and to bind their respective party thereto.

ACCEPTED BY:                                    ACCEPTED BY:
LICENSEE                                        PEOPLESOFT USA, INC.

_____                _____
Authorized Signature                           Authorized Signature
Karen L. Salem, SVP/CIO

9-23-04
_____                _____
Printed Name and Title                         Printed Name and Title

Rec'd TJ for edb 9/04

Winn-Dixie Legal Department
Approved by: CHM
Date: 9-22-04

# ORIGINAL

## EXHIBIT A – ENTERPRISE PRICING
### ENTERPRISE SOFTWARE MODULES

| SOFTWARE / INSTALLATION SERVICES[3] | | | |
|---|---|---|---|
| **Software Modules** | **Mfr.** | **Provided Copies** | **Fee** |
| PEOPLESOFT GLOBAL VERSION APPLICATION SOFTWARE MODULES | | | |
| Enterprise Supply Chain Management Software Modules[4] | | | |
| Purchasing | PeopleSoft, Inc. | 1 | Included |
| Enterprise HRMS Software Modules[5] | | | |
| ePerformance[6] | PeopleSoft, Inc. | 1 | Included |
| PEOPLESOFT ENTERPRISE TOOLS SOFTWARE MODULES[7] | | | |
| PeopleTools- Restricted Development[8] | PeopleSoft, Inc. | 1 | Included |
| SUBTOTAL PEOPLESOFT ENTERPRISE SOFTWARE LICENSE FEES: | | | **$500,000** |
| THIRD PARTY SOFTWARE | | | |
| WebSphere[9] | International Business Machines Corporation | 1 | Included |
| SUBTOTAL THIRD PARTY SOFTWARE LICENSE FEES: | | | **$Included** |
| TOTAL LICENSE FEES ON THIS EXHIBIT: | | | **$500,000** |

[3] All Software modules licensed on this Exhibit are PeopleSoft Enterprise Software modules. Unless otherwise explicitly indicated in this Exhibit, all references to Software modules in this Exhibit, including all footnotes, are to PeopleSoft Enterprise Software modules.

[4] Unless otherwise explicitly indicated in this Exhibit, incremental license fees for the Supply Chain Management Software modules shall be based on Reported Revenues.

[5] Unless otherwise explicitly indicated in this Exhibit, incremental license fees for the HRMS Software modules shall be based on Reported Revenues.

[6] Licensee must have a license for Human Resources.

[7] Unless otherwise explicitly indicated in this Exhibit, incremental license fees for the Tools Software modules shall be based on Reported Revenues.

[8] PeopleTools - Restricted Development shall be used by Licensee to develop interfaces and modifications, including creation of new application data tables, only to the licensed PeopleSoft Software application modules. This Software module will not be shipped if all other Software modules licensed on this Exhibit are identified as modules that do not require PeopleTools.

[9] Notwithstanding anything in the Agreement to the contrary, PeopleSoft shall not be obligated to indemnify Licensee for any claims based on: (i) any third party products identified in the "README" AND "LICENSE.TXT" files included with WebSphere; (ii) open source code delivered with the WebSphere product; (iii) any trade secret embodied within WebSphere; and (iv) the combination, operation or use of WebSphere with any non-International Business Machine Corporation product, data, or apparatus. In addition to the terms set forth in the Agreement and this Schedule, use of this Software module shall be subject to the terms and conditions set forth in the "README" and "LICENSE.TXT" files included with the WebSphere Software module, as those terms may change from time to time. Notwithstanding anything herein to the contrary: (a) source code is not included for this Software module; (b) this Software module is a Supportable Module.