UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., *et al.*,

Debtor(s)

CASE NO: 05-03817-JAF
CHAPTER 11 CASE

NOTICE OF APPEARANCE
REQUESTED TO BE PLACED
ON LOCAL RULES 1007-2 PARTIES
IN INTEREST LIST

_____/

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as attorney for Oracle USA, Inc., successor in interest to PeopleSoft USA, Inc, creditor of the above styled debtors.

Pursuant to the provisions of Local Rule 2002-1 (e), request is hereby made that the undersigned counsel be placed on the LOCAL RULE 1007-2 PARTIES IN INTEREST LIST and that copies of all notices, orders and other pleadings filed herein be served upon the undersigned.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid mail and/or Electronic Mail this 29 day September, 2006.

LAW OFFICE OF
MARSHALL C. WATSON, P.A.
1800 NW 49TH STREET
SUITE 120
FT. LAUDERDALE, FL 33309
Tel: (954) 331-6306
Fax: (954) 689-3517

BY: _____
SCOTT R. WEISS, ESQ.
FLORIDA BAR NO: 710910

MAILING LIST

**Winn-Dixie Stores, Inc**
5050 Edgewood Court
Jacksonville, FL 32254-3699

**Adam Ravin**, Esq
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**D.J. Baker, Esq**
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

**Allan E. Wulbern, Esq**
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Cynthia C. Jackson, Esq**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

**David L Gay, Esq**
11 E Forsyth St. Apt. 1408
Jacksonville, FL 32202

**James H. Post, Esq**
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

**Leanne McKnight Prendergast, Esq**
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

**Stephen D. Busey, Esq**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**United States Trustee - JAX**
135 W. Central Blvd., Suite 620
Orlando, FL 32801

**Elena L Escamilla, Esq**
135 W Central Blvd., Ste 620
Orlando, FL 32806

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. ,**

**Dennis F. Dunne, Esq**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**John B. Macdonald, Esq**
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

**Patrick P. Patangan, Esq**
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202