UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Amended Motion for Retroactive Approval of Assignment and Termination Agreements for Non-Residential Real Property Leases and Subleases (Docket No. 11330) was furnished by mail and/or electronically on September 25, 2006 to (i) those parties on the attached Exhibit A and (ii) those parties on the Master Service List attached as Exhibit B.

Dated: September 28, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*   <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00544749

**EXHIBIT A**

John C. Strougo
6312 S. Fiddlers Green Circle
Englewood, CO  80111

Crystal Beach Plaza Investors, LLC
c/o Centurion Realty
P.O. Box 1171
New York, NY  10018

145 Associates, Ltd.
P.O. Box 460
Valley Stream, NY  11582

Muntzing Sattele Co., Inc.
Agent for Rivermount Square
1155 Hammond Drive, Suite 5250 Blvd.
Atlanta, GA  30328

Holbrook Heritage Hills LP
P.O. Box 663
Mableton, GA  30126-0663

Marketplace LLC
c/o Regency Property Services
330 Cross Pointe Boulevard
Evansville, IN  47715

00544749