UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 – Jointly Administered |
| | ) | |
| Debtor(s) | ) | |

## RESPONSE TO OBJECTION TO CLAIM NO. 13331

NOW COMES Jefferson-Pilot Investments, Inc., an affiliate of Jefferson-Pilot Life Insurance Co. ("Claimant"), by and through counsel and pursuant to Bankruptcy Rule 9014, and responds to the Objection to Claim filed by Debtors with respect to Claim No. 13331 in the amount of $524,021.27. In support of this Response, Claimant respectfully shows unto the Court as follows:

1. Claimant timely filed and documented its amended proof of claim on or about July 11, 2006, a copy of which is attached hereto as Exhibit A.

2. Attached to the proof of claim is a Statement of Claim setting forth the amount owed to Claimant pursuant to a store lease rejected by Debtors on September 14, 2005.

3. Debtors have provided no factual or legal basis for their purported reduction of this claim.

4. Prior to the filing of the Response, counsel unsuccessfully attempted to contact Debtors' counsel in an effort to resolve this Objection.

WHEREFORE, Claimant respectively prays that the Court:

1. Deny the Debtors' objection to Claim No. 13331;

2. Allow Claimant a general unsecured claim in the amount of 524,021.27; and

3. Grant Claimant such other and further relief as the Court deems just and proper.

NPGBO1:716887.1-

This the 28th day of September, 2006.

                                                  /s/ Christine L. Myatt
Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Investments, Inc.

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 – Jointly Administered |
| ) | |
| Debtor(s) ) | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing **RESPONSE TO OBJECTION TO CLAIM NO. 13331** was served upon the following by depositing a copy of the same in the United States Mail, first Class, post pre-paid, addressed as follows:

Logan & Company, Inc.,
Attn: Winn-Dixie Claim Center
546 Valley Road
Upper Montclair, NJ 07043

Stephen D. Busey
Cynthia Jackson
James H. Post
Counsel for Debtors
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

D.J. Baker (via email)
Counsel for Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

This the 28th day of September, 2006.

Christine L. Myatt
N. C. State Bar No. 10444
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorneys for Jefferson-Pilot Investments, Inc.

OF COUNSEL:
NEXSEN PRUET ADAMS KLEEMEIER, PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

NPGBO1:716887.1-