# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al | : | Chapter 11 |
| Debtors | : | Jointly Administered |

## RESPONSE OF NESTLE WATERS NORTH AMERICA INC. TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCELLANEOUS CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS

Nestle Waters North America Inc. ("NWNA") responds to the Debtors' Twenty-Second Objection filed in these proceedings on September 12, 2006, and in support thereof, states as follows:

1. NWNA filed its Proof of Claim in these proceedings bearing Claim No. 4406 in the aggregate amount of $853,222.35.

2. On about September 12, 2006, the Debtors' filed an objection seeking to reduce NWNA's claim to $557,107.26 based on the following reductions:

    a. Net consumption waiver of $2,225.70

    b. Accounts payable credit of $2,659.17

c. Accounts receivable credit of $20,448.00

d. Reclamation payments of $70,609.87; and

e. Removal of chargebacks on previously paid and disputed invoices $200,172.35.

3. NWNA does not contest the reduction based on the net consumption waiver ($2,225.70) or the reclamation payments ($70,609.87).

4. NWNA contests the deductions of accounts payable and accounts receivable credits of $2,659.17 and $20,448.00 respectively.

5. NWNA contests the deduction of $200,172.35 which, according to its records, consists of $194,225.82 for "route sales" of bottled water products sold and delivered to the Debtor which has not been paid, and $5,946.53 of retail sales of bottled water sold and delivered to the Debtor which has not been paid.

WHEREFORE, Nestle Waters North America Inc. respectfully requests that the Court deny the Debtors objection to the extent that it seeks to reduce NWNA's claim for (a) accounts payable credit of $2,659.17, (b) accounts receivable credit of $20,448.00 and (c) removal of chargebacks on previously paid

and disputed invoices $200,172.35, together with such other relief as is just and equitable.

Dated: September 29, 2006

HELD & ISRAEL

By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

ORLOFF, LOWENBACH, STIFELMAN
& SIEGEL, P.A.
Jeffrey M. Garrod
jmg@olss.com
Bernard Schenkler
bs@olss.com
prid# 3414541
101 Eisenhower Parkway
Roseland, New Jersey 07068
Tel. 973-622-6200
Fax No. 973-622-3073