**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | / | |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

Philip V. Martino of the law firm of DLA Piper US LLP, hereby enters his appearance as

counsel of record for **QUAKER SALES AND DISTRIBUTION, INC.** ("**Quaker Sales**"), in

the above bankruptcy.  All such notices and pleadings should be addressed as follows:


Philip V. Martino
**DLA PIPER US LLP**
philip.martino@dlapiper.com
101 East Kennedy Boulevard,  Suite 2000
Tampa, Florida 33602
Telephone: 813-222-5938
Facsimile: 312-630-7334


with a copy to

Brian A. Audette
**DLA PIPER US LLP**
brian.audette@dlapiper.com
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: 312-368-4000


**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the United

States Bankruptcy Code, the foregoing request includes not only the notices and papers referred

to in the Rules specified above, but also includes, without limitation, notices of any application,

complaint, demand, hearing, motion, petition, pleadings or request, whether formal or informal,

TAMPDOCS\522887.1

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph,

telex, or otherwise file with regard to the above-referenced case and the proceedings therein.

 /s/ Philip V. Martino
Philip V. Martino
philip.martino@dlapiper.com
**DLA PIPER US LLP**
101 East Kennedy Boulevard, Suite 2000
Tampa, Florida 33602
Phone: 813.222.5938
Fax:    312.630.7334

- and -

David M. Neff
david.neff@dlapiper.com
Brian A. Audette
brian.audette@dlapiper.com
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601'
Phone: 312-368-4000

Counsel for Quaker Sales and Distribution, Inc.

## CERTIFICATE OF SERVICE
(Electronic Filing)

**I HEREBY CERTIFY** that the foregoing was filed via the Court's CM/ECF system and

that a true and correct copy was served on the following party via U.S. mail, postage pre-paid, on

this 29th day of September, 2006:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

 /s/ Philip V. Martino
Attorney

2

TAMPDOCS\522887.1