## EXHIBIT A

*Unpaid Pre-Petition Lease Claims*

Insurance:

| | |
|---|---|
| 01/01/05 through 02/20/05 ($30.95 per day x 51 days) | $ 1,578.45 |
| 01/01/04 through 12/31/04 | $ 9,036.62 |

Taxes:

| | |
|---|---|
| 01/01/05 through 02/20/05 ($148.79 per day x 51 days) | $ 7,588.29 |
| 01/01/04 through 12/31/04 | $13,060.19 |

CAM:

| | |
|---|---|
| 01/01/05 through 02/20/05 (less $5,892.72 paid) | $ 1,023.39 |
| **Unpaid Pre-Petition Lease Claims** | **$32,286.94** |