**EXHIBIT B**

WD Store 1776
Address
Petition 2/21/2005
Today 9/21/2006
LED 11/30/2014
Days Remaining 3,569

|  | (1 Yr Rent) Annual | Daily | Total Liability | 15% Total Liability | (3 Yr Rent) Annual |
|---|---|---|---|---|---|
| Rent | 363,626 | 996 | 3,555,563 | 533,334 | 1,090,877 |
| Insurance | 7,806 | 21 | 76,328 | 11,449 | 23,418 |
| Taxes | 55,509 | 152 | 542,770 | 81,415 | 166,526 |
| CAM | 49,499 | 136 | 520,054 | 78,008 | 148,496 |
| Total | 476,439 | 1,305 | 4,694,714 | 704,207 | 1,429,318 |

502(b)(6)

CAM: 2% annual increase:
```
              2005    32,484.12
              2006    50,488.78
              2007    51,498.55
              2008    52,528.52
              2009    53,579.09
              2010    54,650.67
              2011    55,743.69
              2012    56,858.56
              2013    57,995.73
11 months     2014    54,226.01
Total:                520,053.73
```