## IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In Re:                                          )
                                                )       **Chapter 11**
**WINN DIXIE STORES, INC., et al.,**            )
                                                )
                    Debtors.                    )       **Case No.: 05-03817-3F1**

## MOTION OF TAPPAN PROPERTIES, L.P. FOR ALLOWANCE
## AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Tappan Properties, L.P. ("Tappan"), by and through its undersigned counsel, respectfully requests that the Court enter an Order for the allowance and payment of its administrative expense claim pursuant to Bankruptcy Code § 503(b) and states:

1.     The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on February 21, 2005 and continue to manage their affairs as debtors-in-possession.

2.     At the time the Debtors filed their chapter 11 petitions, Tappan was the landlord under a lease agreement dated September 7, 1993, under which Winn-Dixie Raleigh, Inc. (f/k/a Winn-Dixie Midwest, Inc.) (the "Debtor") was the lessor of certain property at the Fort Wright Shopping Center and sometimes referred to as Winn-Dixie Store #1776. A copy of the lease agreement is attached hereto as Exhibit A. Winn-Dixie Stores, Inc. is a guarantor of the lease agreement (Winn-Dixie Raleigh, Inc. and Winn-Dixie Stores, Inc., are collectively referred to herein as the "Debtors").

3.     Under the lease agreement, the Debtor was to make monthly payments in an amount based upon the square feet leased along with a percentage rental equal to 1.5% of the gross receipts. Debtor also was responsible for its proportionate share of the common area

maintenance charges in an amount equal to $.65 times the leased square foot area during the first ten years and $.78 times the leased square foot area in the eleventh year, with the amount then increasing by 2% per year after the eleventh year.

4.     On or about May 19, 2005, the Debtor rejected the lease agreement at the Fort Wright Shopping Center with Tappan.

5.     As of the date the Debtor rejected the lease agreement with Tappan, the Debtor owed $18,924.00 for unpaid post-petition rent prior to the Debtors' rejection of the lease agreement (19 days at $996 per day). The Debtors also owed $2,576.65 for unpaid post-petition common area maintenance charges during that same time period ($.78 x 63,460 square feet = $49,498.80/365 = $135.61 per day. 19 days at $135.61 per day). Thus, as of the date the Debtor rejected the lease agreement, it owed Tappan $21,500.65 for post-petition expenses.

6.     Bankruptcy Code § 503(b)(1)(A) requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition charges under the lease agreement were for the benefit of the Debtor's bankruptcy estate by allowing the Debtor to continue to operate its business at the premises through the rejection date. Further, Bankruptcy Code § 365(d)(3) requires a debtor in possession to timely perform the obligations of a non-residential lease of real property until such lease is assumed or rejected. Payment of the common area maintenance, insurance, and real estate taxes are obligations of the Debtor under the lease agreement.

7.     Accordingly, Tappan seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code §§ 503(b) and 365(d)(3) in the amount of $21,500.65.

8.     Tappan expressly reserves the right to amend or supplement its Motion for Allowance and Payment of Administrative Expense Claim.

2

WHEREFORE, Tappan Properties, L.P. requests that the Court enter an order: (a) allowing its administrative claim in the amount of $21,500.65; (b) requiring Debtor to pay the administrative claim within ten days from entry of the order; and (c) granting Tappan all other relief the Court deems appropriate.

Dated this *29* day of September, 2006

HELD & ISRAEL

By: _____

Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

POLSINELLI SHALTON WELTE SUELTHAUS PC

JAMES E. BIRD  (#28833)
AMY E. HATCH (#53116)
700 West 47th Street, Suite 1000
Kansas City, Missouri  64112
(816) 753-1000
Fax No. (816) 753-1536