# EXHIBIT A

### LIST OF PEPSI BOTTLER CLAIMS

| Pepsi Bottler | Claim Number | Claim Amount |
|---|---|---|
| Allen Beverages Inc., d/b/a Pepsi Cola Bottling Co. of Gulfport | 8314 | $73,558.21 |
| Acadiana Bottling Co., Inc. | 8200 | $305,903.30 |
| Beverage South Inc. | 11361 | $41,205.11 |
| Brown Bottling Group, Inc. | 8085 | $407,980.15 |
| McPherson Beverages, Inc. | 8247 | $13,692.30 |
| Pepsi Cola Bottling Co. of Atmore | 9655 | $80,805.95 |
| Pepsi-Cola Btlg Co. of Luverne, Inc. | 8917 | $94,003.14 |
| PepsiAmericas, Inc. | 8338 | $1,657,814.82 |
| Pepsi Cola Bottling Co. of Selma | 9659 | $73,738.35 |
| Pepsi Cola Bottling Co. of Charlotte | 7464 | $240,445.27 |
| Pepsi Cola Bottling Co. of Charlotte | 2168 | $240,463.89 |
| Pepsi Cola Decatur LLC dba Pepsi Cola Bottling Company | 7905 | $64,564.40 |
| Pepsi Cola Bottling Co of Hickory NC, Inc. | 4430 | $166,459.55 |
| Refreshment Services, Inc. | 7809 | $183,480.28 |