UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC., et al.,   Case No. 3:05-bk-03817-3F1
                                    Chapter 11 (Jointly Administered)
　　　　　　Debtors.
_____/

**RESPONSE OF CATAMOUNT LS-KY, LLC TO DEBTORS'
TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY
CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED
CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED
CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS (DOCKET NO. 10873)**

Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation, as (a) lessor of the premises identified as Store Number 1673 located in Shelbyville, Kentucky, and (b) lessor of the premises identified as Store Number 1676 located in Louisville, Kentucky ("LS-KY"), files this response to Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (Docket No. 10873) (the "22nd Objection"), and in support, states as follows:

1. Pursuant to the 22nd Objection, Debtors propose to disallow that certain claim filed by LS-KY as Claim No. 11852 on September 27, 2005, in the amount of $267,960.49, to be replaced by that certain claim filed by LS-KY as Claim No. 12859 on January 13, 2006, in the amount of $594,892.21.

2. LS-KY notes that Claim No. 12859 is the subject of the Debtors' Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "16th Objection").

1

3. LS-KY has no objection to the disallowance of Claim No. 11852, provided that such disallowance is subject to LS-KY's right to prove the amount of its claim asserted in Claim No. 12859.

4. Finally, LS-KY notes that the "Remaining Claim" (using Debtors' terminology in the 22nd Objection) is subject to further amendment, as noted in Claim No. 12859, inasmuch as LS-KY continues to incur attorneys' fees related to this case and such fees are reimbursable to LS-KY under the terms of the leases between LS-KY and the Debtors. LS-KY asks that the Court deny the 22nd Objection to the extent it is inconsistent with LS-KY's right further to amend its claims.

WHEREFORE, LS-KY respectfully requests the Court to deny the 22nd Objection to the extent it is inconsistent with LS-KY's right further to amend its claims herein, and to grant such other relief as is just and proper in the premises.

Dated: October 2, 2006

Respectfully submitted,

  /s/ C. Daniel Motsinger
C. Daniel Motsinger
Florida Bar No.: 0362875
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Telephone: 317/636-4341; Fax: 317/636-1507
E-mail: cmotsinger@kdlegal.com

-and-

Adam N. Frisch
Florida Bar No. 635308
Held & Israel
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207
(904) 398-7038; Fax: (904) 398-4283
E-mail: afrisch@hilawfirm.com

                                Attorneys for Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on October 2, 2006, either by electronic transmission or by United States first class mail postage prepaid to the following:

                                /s/ C. Daniel Motsinger
                                C. Daniel Motsinger

| | |
|---|---|
| Adam Ravin<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Dennis F. Dunne<br>Milbank Tweed & Hadley<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Elana L. Escamilla<br>Office of United States Trustee<br>135 W. Central Boulevard, Suite 620<br>Orlando, FL 32806 | John B. McDonald<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202 |
| Cynthia C. Jackson<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32201 | |

KD_IM-736507_2.DOC