UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al*. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Judge Jerry A. Funk |
| | ) | |

### BREVARD COUNTY TAX COLLECTOR'S RESPONSE TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFEID CLAIMS, (E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS

The Brevard County Tax Collector, one of the Florida Tax Collectors[1] ("FTC"), through his undersigned counsel, files this Response to the Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (Docket No. 10873), and states:

1. The Debtors have objected to the Brevard County Tax Collector's Claim Nos. 769, 770 and 771 on the basis they have been amended and superseded by FTC' consolidated Claim No. 12566. Claim Nos. 769, 770 and 771 are for delinquent pre-petition tangible business personal property taxes for three locations in Brevard County.

---

[1] The "Florida Tax Collectors" consist of the tax collectors for each of the following counties within the State of Florida: Alachua, Baker, Bay, Bradford, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Escambia, Flagler, Gadsden, Hardee, Hendry, Hernando, Highlands, Hillsborough, Indian River, Jackson, Jefferson, Lake, Lee, Leon, Levy, Madison, Manatee, Marion, Martin, Miami-Dade, Monroe, Nassau, Okaloosa, Okeechobee, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, and Walton.

2. Paragraph IV of the Proof of Claim Summary attached to FTC' consolidated Proof of Claim No. 12566 provided that there were delinquent taxes on outstanding tax bills for several Florida counties, including Brevard County, and that such taxes were included in FTC' claim. Claim Nos. 769, 770 and 771 are included within these delinquent taxes.

3. Accordingly, the Brevard County Tax Collector agrees that the delinquent taxes reflected by Claim Nos. 769, 770 and 771 are included in Claim No. 12566.

Dated: October 2, 2006                                      Respectfully submitted,

By: _____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fx: 813-272-5231
fitzgeraldb@hillsboroughcounty.org
Attorney for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Brevard County Tax Collector's Response to Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims has been served this 2nd day of October, 2006 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker (djbaker@skadden.com), Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Cynthia C. Jackson (cjackson@smithhulsey.com), Attorneys for Debtors; **Milbank, Tweed, Hadley & McCloy, LLP**, Attn: Matthew Barr (mbarr@milbank.com), Attorneys for Unsecured Creditors Committee; **United States Trustee**, Attn: Elena L. Escamilla; and to all parties receiving electronic notice.

_____
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney

3