## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about September 25, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Twenty-Third Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.[2]

Dated: October 2, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      Claimants were served with a copy of the Notice, Motion and only the Exhibit on which they appeared.

Code: 2Q-2X

# EXHIBIT A
# SERVICE LIST

WDX-278401-2R-25
1997 PROPERTIES LLC
WELLS MOORE SIMMONS & HUBBARD, PLLC
ATTN SUSANNA BAKER, ESQ
HIGHLAND BLUFF NORTH
4450 OLD CANTON ROAD, STE 200
JACKSON  MS 39215-1970

WDX-278401-2R-25
1997 PROPERTIES LLC
C/O ROGER P FRIOU, MANAGING MEMBER
PO BOX 55416
JACKSON  MS 39296

WDX-411020-2V-15
9SC ASSOCIATES LTD TA
MATLOCK OAKS SHOPPING CTR ARLINGTON
C/O BALLARD SPAHR ANDREWS ET AL
ATTN DAVID L POLLACK, ESQ
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA  PA 19103

WDX-241368-2R-12
A-1 PROVISIONS, INC
19538 BLACK OLIVE LANE
BOCA RATON, FL 33498

WDX-416983-2R-15
ACE AMERICAN INSURANCE COMPANY
C/O ACE USA
ATTN COLLATERAL MANAGER
436 WALNUT STREET
PHILADELPHIA PA 19106

WDX-416983-2R-15
ACE AMERICAN INSURANCE COMPANY
C/O DUANE MORRIS LLP
ATTN MARGERY N. REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

WDX-421023-2S-ST
AKERS, MARY E
1388 SE 11TH PL
HOMESTEAD  FL 33035-2014

WDX-4365-2S-05
ALMEIDA, ANGELINA DASILVA
6317 18TH STREET SOUTH
WEST PALM BEACH  FL 33415

WDX-399614-2T-98
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FLR
NEW YORK  NY 10022

WDX-410778-2R-15
AMSOUTH BANK (PROPERTIES DEPT)
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM  AL 35203-2104

WDX-378206-2Q-45
ANDERSON, JOHN E
C/O WINN DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

WDX-411038-2Q-15
APPEL, LARRY B
C/O WINN DIXIE STORES INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-87091-2S-09
ARNONE, FRANK A
52586 RED HILL RD
INDEPENDENCE  LA 70002

WDX-87091-2S-09
ARNONE, FRANK A
ROME ARATA & BAXLEY, LLC
ATTN W CHAD STELLY, ESQ
SUITE 2017 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS  LA 70130

WDX-395571-2T-15
ASHLAND INCORPORATED
COLLECTION DEPT DS-3
ATTN M. WRIGHT
PO BOX 2219
COLUMBUS OH 43216

WDX-452136-2T-98
ASM CAPITAL II, LP
ATTN ADAM MOSKOWITZ
7600 JERICHO TURNPIKE SUITE 302
WOODBURY  NY 11797

WDX-399344-2R-15
BARD, ERVIN R & SUSANNE
C/O ISRAEL FRIEDBERG & KORBATOV LLP
ATTN JAMES A FRIEDBERG ESQ
11601 WILSHIRE BLVD SUITE 2200
LOS ANGELES CA 90025

WDX-243158-2T-12
BAYFORCE TECHNOLOGY SOLUTIONS
ATTN: MICHAEL NAGY
146 2ND STREET N, SUITE 107
ST PETERSBURG,  FL 33701

WDX-243180-2R-12
BCG COMMUNICATIONS, INC
ATTN CRYSTAL L BERISKO, VP
13876 67TH STREET NORTH
WEST PALM BEACH,  FL 33412

WDX-410954-2T-99
BENDERSON 85-1 TRUST & RONALD
C/O BENDERSON DEVELOPMENT CO LLC
ATTN: JOEL E SCHOLSBERG, ESQ
8441 COOPER CREEK BLVD
UNIVERSITY PARK FL 34201

WDX-410954-2T-99
BENDERSON 85-1 TRUST & RONALD
BENDERSON 1995 TRUST
C/O BENDERSON DEVELOPMENT CO, INC
ATTN SUSAN HASSINGER, ESQ
570 DELAWARE AVENUE
BUFFALO  NY 14202

WDX-243506-2T-12
BILL DORAN COMPANY
C/O WHOLESALE FLOWERS
ATTN BILL DORAN / DONNA J RECCHIA
619 W JEFFERSON STREET
ROCKFORD IL 61103

WDX-410944-2S-15
BOAZ, WILLIAM & BRIDGET
2411 ST JOHN DRIVE
WILSON  NC 27893

WDX-411049-2Q-15
BROGAN, JAMES R
C/O WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-377847-2Q-45
BYRUM, D MICHAEL
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-103261-2S-09
CAINION, REGINALD B
162 SOLOMON ROAD
KATHLEEN GA 31047

WDX-13716-2Q-05
CALVERT, LEON L III
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-423154-2X-98
CAPX REALTY LLC
101 SUMMER STREET
BOSTON  MA 02110

WDX-423158-2X-97
CAPX REALTY LLC
C/O LOWNDES DROSDICK ET AL
ATTN: M.BEAL & Z.BANCROFT
450 S ORANGE AVE, STE 800
ORLANDO FL 32801

WDX-423157-2X-15
CAPX REALTY, LLC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802

WDX-492840-2T-97
CARDINAL CAPITAL PARTNERS INC
EMPLOYEE PROFIT SHARING PLAN/TRUST
C/O SCOTT HAIRE
8214 WESTCHESTER DR 9TH FLR
DALLAS TX 75225

WDX-244749-2T-12
CATALOG SALES
DEPT 78058
PO BOX 78000
DETROIT, MI 48278-0058

WDX-404324-2T-95
CATALOG SALES, DIV OF
MAPLEHURST BAKERIES
ATTN JANICE CONN, CREDIT MGR
50 MAPLEHURST DR
BROWNSBURG IN 46112

WDX-410561-2T-15
CCP EMPLOYEE PROFIT SHARING PLAN
& TRUST
C/O HIERSCHE HAYWARD DRAKELEY ET AL
ATTN RUSSELL W MILLS, ESQ
15303 DALLAS PARKWAY, SUITE 700
ADDISON  TX 75001

WDX-279209-2T-35
CF SAUER COMPANY
ATTN MICHELLE RADER, TREAS
2000 WEST BROAD ST
RICHMOND  VA 23220

WDX-377848-2Q-45
CHERRY, KEITH B
C/O WINN DIXIE STORES INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

WDX-408401-2R-99
CHESTER DIX HURST CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

WDX-408401-2R-99
CHESTER DIX HURST CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

WDX-408400-2R-99
CHESTER DIX LAKE CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

WDX-408400-2R-99
CHESTER DIX LAKE CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

WDX-2138-2R-99
CHESTER DIX PIKEVILLE CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY, NY 11590

WDX-2138-2R-99
CHESTER DIX PIKEVILLE CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

WDX-245569-2S-12
CITY OF BEDFORD REV COMMISSIONER
ATTN BRENDA DANIEL
PO BOX 807
BEDFORD,  VA 24523-0807

WDX-386-2R-03
CITY OF GAINESVILLE
ATTN DEE DEE STEPHENS, TAX OFFICE
PO BOX 2496
GAINESEVILLE  GA 30503

WDX-279115-2U-99
COCA-COLA ENTERPRISES INC ET AL
C/O MILLER & MARTIN PLLC
ATTN: SHELLY D RUCKER, ESQ
832 GEORGIA AVE, STE 1000
CHATTANOOGA TN 37402-2289

WDX-403269-2S-83
COMMONWEALTH OF KENTUCKY HEALTH/FAM
C/O OFFICE OF THE ATTORNEY GENERAL
ATTN: ALBERT B CHANDLER III, ESQ
STATE CAPITAL, ROOM 116
FRANKFORT KY 40601

WDX-403269-2S-83
COMMONWEALTH OF KENTUCKY HEALTH/FAM
CHFS-OLS
ATTN R WARNE/W H OVERCASH, ESQS
275 EAST MAIN STREET, 5W-B
FRANKFORT KY 40621

WDX-266221-2R-14
COUNTY OF BREVARD
C/O HILLSBOROUGH COUNTY ATTORNEY
ATTN BRIAN FITZGERALD, ESQ
PO BOX 1110
TAMPA FL 33601-1110

WDX-266221-2R-14
COUNTY OF BREVARD
ATTN ROD NORTHCUTT
400 SOUTH STREET, 6TH FLOOR
PO BOX 2500
TITUSVILLE FL 32781-2500

WDX-266221-2R-14
COUNTY OF BREVARD
C/O MATEER & HARBERT,  PA
ATTN: MICHAEL A PAASCH
225 EAST ROBINSON STREET, SUITE 600
PO BOX 2854
ORLANDO  FL 32802-2854

WDX-244701-2R-12
COUNTY OF CARROLL TAX COMMISSIONER
PROPERTY TAX
ATTN JEAN MATTHEWS
423 COLLEGE STREET, ROOM 401
CARROLLTON GA 30117-3142

WDX-407538-2R-15
COUNTY OF CHARLESTON BANKR DEPT
ATTN JANICE PORTER, BANKRUPTCY TECH
4045 BRIDGEVIEW DRIVE
NORTH CHARLESTON  SC 29405

WDX-266272-2V-14
COUNTY OF CHEROKEE
ATTN EDITH GARDNER
BAKER BLVD
GAFFNEY  SC 29340

WDX-407633-2V-15
COUNTY OF CHEROKEE
ATTN VERNON L PRICE, TAX COLLECTOR
PO BOX 1983
GAFFNEY  SC 29342-1983

WDX-410416-2R-15
COUNTY OF CLARK, IN TREASURER
ATTN FRANK BALLARD
425 E 7TH STREET
JEFFERSONVILLE  IN 47130

WDX-266146-2R-14
COUNTY OF CRAVEN TAX COLLECTN DEPT
ATTN RONALD ANTRY OR C JOHNSON
226 POLLOCK STREET
NEW BERN  NC 28560-4943

WDX-407675-2R-15
COUNTY OF DALLAS, ET AL
ATTN TAMMY JONES KING, TAX COLL
PO BOX 987
SELMA  AL 36702-0987

WDX-249116-2R-12
COUNTY OF ERIE SCU
ATTN TIMOTHY M KONICKI
95 FRANKLIN STREET, RM 728
BUFFALO  NY 14202

WDX-263463-2R-12
COUNTY OF FLOYD TREASURER
ATTN DARLENE S MCCOY, TREASURER
311 WEST FIRST STREET
NEW ALBANY IN 47150

WDX-250998-2R-12
COUNTY OF GUILFORD, NC TAX DEPT
ATTN JAMES E ROLAND, TAX COLLECTOR
330 N EUGENE STREET
PO BOX 3328
GREENSBORO NC 27402

WDX-406108-2R-15
COUNTY OF GUILFORD, NC, TAX DEPT
ATTN JAMES E ROLAND, ASST TAX COLL
PO BOX 3138
GREENSBORO  NC 27402

WDX-267589-2R-14
COUNTY OF HORRY TREASURY DEPT
ATTN RUBY TYLER
107 HIGHWAY 57 N BOX 2
LITTLE RIVER  SC 29566-7050

WDX-452114-2R-15
COUNTY OF JEFFERSON TAX COLLECTOR
C/O MOWREY & BIGGINS, PA
ATTN JASON H EGAN, ESQ
515 N ADAMS STREET
TALLAHASSEE FL 32301

WDX-266738-2R-31
COUNTY OF VANCE, NC
PLANNING & DEVELOPMENT
ATTN JOYCE DICKERSON
156 CHURCH STREET, SUITE 003
HENDERSON NC 27536-5574

WDX-240791-2R-06
COUNTY OF YORK, SC TREASURER
PO BOX 116
YORK  SC 29745

WDX-406133-2R-15
COUNTY OF YORK, TREASURER
ATTN PATTY LEDFORD
1070 HECKLE BOULEVARD
BOX 14
ROCK HILL SC 29732

WDX-410813-2S-15
CRIIMI MAE SVCS LP, SERIES 1997-C2
HOLDERS FIRST UNION COMMERCIAL
C/O VENABLE, LLP
ATTN G A CROSS, H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE  MD 21201

WDX-410820-2S-15
CRIIMI MAE SVCS LP, SERIES 1997-ML1
HOLDERS COMMERCIAL MRTG ACCEPTANCE
C/O VENABLE LLP
ATTN G A CROSS & H D FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE  MD 21201

WDX-247226-2T-12
CROSSCOM NATIONAL INC
1994 PAYSPHERE CIRCLE
CHICAGO,  IL 60674

WDX-403564-2T-15
CROSSCOM NATIONAL LLC
ATTN ELI ORFANOS, CONTROLLER
1001 ASBURY DRIVE
BUFFALO GROVE  IL 60089

WDX-411169-2S-15
CWCAPITAL ASSET MGMT, SERIES 2005C1
HOLDERS LB-UBS COMMERCIAL MORTGAGE
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE  MD 21201

WDX-399657-2T-15
DAIRYAMERICA
C/O BAKER, MANOCK & JENSEN
ATTN ALBERT J BERRYMAN, ESQ
5260 N PALM AVENUE, SUITE 421
FRESNO CA 93704

WDX-399657-2T-15
DAIRYAMERICA
ATTN JEAN MCABEE, CONTROLLER
4974 E CLINTON WAY #C-221
FRESNO  CA 93727

WDX-378207-2Q-45
DASBURG, JOHN H
C/O WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-533630-2Q-DO
DAVIS, A DANO
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-410879-2Q-15
DAVIS, T WAYNE
1910 SAN MARCO BLVD
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32207

WDX-20988-2Q-05
DELGATTO, BONNIE T
GAUNT, PRATT, RADFORD & METHE, PA
ATTN STEPHEN F RADFORD, JR, ESQ
1401 FORUM WAY, STE 500
WEST PALM BEACH FL 33401

WDX-20988-2Q-05
DELGATTO, BONNIE T
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-406563-2Q-MS
DELL ANTONIA, DEAN
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-419955-2S-ST
DIAL, JIMMY & CHERYL JT TEN
1920 RABBIT RUN RD
VINE GROVE  KY 40175

WDX-492874-2Q-FC
DOGAN, DEDRA N
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-406577-2Q-MS
DOGAN, DEDRA N
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-377850-2Q-45
DOGAN, DEDRA N
C/O WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-411050-2Q-15
DOOLITTLE, C WILLIAM JR
C/O WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-248712-2R-12
EASTGATE CENTER LLC
110 DEER RIDGE RD
BRANDON,  MS 39042

WDX-533647-2Q-DO
ECKSTEIN, FRANK
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-248884-2U-12
ELIOT PROPERTIES
C/O M & P SHOPPING CTR
ATTN ELIOT M ARNOVITZ
5025 WINTERS CHAPEL RD
ATLANTA, GA 30360-1700

WDX-377852-2Q-45
ESTILL, GARI L
C/O WINN DIXIE STORES INC
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-406614-2Q-MS
ESTILL, GARI L
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-534450-2Q-DO
FAKETTY, DAN
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-410966-2R-15
FIDELITY & GUARANTY INS CO, ET AL
ATTN JEFFREY FISHER, ESQ
5 BATTERSON PARK
FARMINGTON  CT 06032

WDX-410966-2R-15
FIDELITY & GUARANTY INS CO, ET AL
BINGHAM MCCUTCHEN LLP
ATTN H HORWICH/S HRYNIEWICZ, ESQS
ONE STATE STREET
HARTFORD CT 06103

WDX-411057-2Q-15
FISHER, WILLIAM
C/O WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-492877-2Q-FC
FISHER, WILLIAM E
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-492878-2Q-FC
FOREHAND, CHERYL
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-377854-2Q-45
FOREHAND, CHERYL A
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-378239-2Q-46
GADDY, NANCY
C/O WINN-DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254

WDX-377856-2Q-45
GAGE, JOANNE R
C/O WINN DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-381956-2T-15
GALILEO CMBS T1 HL TX LP
C/O CBL & ASSOCIATES MANAGEMENT INC
ATTN GARY L RODDY
CBL CENTER, SUITE 500
2030 HAMILTON PLACE BLVD
CHATTANOOGA  TN 37421-6000

WDX-410726-2U-15
GARDEN CITY W-D, LLC
C/O ZIMMER MANAGEMENT COMPANY
111 PRINCESS STREET
PO BOX 2628
WILMINGTON NC 28402-2628

WDX-410726-2T-15
GARDEN CITY W-D, LLC
C/O ZIMMER MANAGEMENT COMPANY
111 PRINCESS STREET
PO BOX 2628
WILMINGTON NC 28402-2628

WDX-410726-2U-15
GARDEN CITY W-D, LLC
ZIMMER AND ZIMMER, LLP
ATTN HERBERT J ZIMMER, ESQ
111 PRINCESS STREET
WILMINGTON NC 28401-3997

WDX-410726-2T-15
GARDEN CITY W-D, LLC
ZIMMER AND ZIMMER, LLP
ATTN HERBERT J ZIMMER, ESQ
111 PRINCESS STREET
WILMINGTON NC 28401-3997

WDX-381792-2S-99
GE COMMERCIAL FIN BUS PROP CORP FKA
GE CAPITAL BUS ASSET FUNDING CORP
C/O MORITT HOCK HAMROFF ET AL
ATTN MARC HAMROFF/LESLIE BERKOFF
400 GARDEN CITY PLAZA
GARDEN CITY  NY 11530

WDX-250545-2T-12
GERBER PRODUCTS COMPANY
C/O KELLEY DRYE & WARREN, LLP
ATTN J CARR & A PAK, ESQS
101 PARK AVENUE
NEW YORK NY 10178

WDX-406125-2T-97
GERBER PRODUCTS COMPANY
ATTN: JEFFREY J KIPPE, ASSOC DIR
200 KIMBALL DRIVE
PARSIPPANY  NJ 07054

WDX-250545-2T-12
GERBER PRODUCTS COMPANY
ATTN JEFF KIPPE
445 STATE STREET
FREEMONT,  MI 49413

WDX-452382-2X-98
HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD  NJ 07070

WDX-452382-2T-98
HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD  NJ 07070

WDX-493111-2X-15
HAIN CAPITAL HOLDINGS LLC, ASSIGNEE
OF PROTECTIVE LIFE INSURANCE CO
ATTN G LIBERCHUK/R J KOLTAI
301 STATE ROUTE 17, 6TH FLOOR
RUTHERFORD NJ 07070

WDX-377860-2Q-45
HARDEE, KELLIE D
C/O WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-400728-2X-91
HARDEE, RANDALL L
3325 BISHOP ESTATES ROAD
JACKSONVILLE FL 32259

WDX-492886-2X-FC
HARDEE, KELLIE D
3325 BISHOP ESTATES ROAD
JACKSONVILLE FL 32259

WDX-32854-2S-05
HARMON, BRIAN
259 BAYBROOK CIRCLE
NICHOLASVILLE  KY 40356

WDX-411005-2Q-15
HENRY, DAVID F
C/O WINN DIXIE STORE, INC.
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

WDX-411181-2T-15
HERITAGE SPE LLC
C/O HERITAGE PROP INVESTMENT TRUST
ATTN EDWARD W VALANZOLA, ESQ
131 DARTMOUTH STREET
BOSTON MA 02116

WDX-411029-2Q-15
HOPKINS, H I JR
C/O WINN DIXIE STORE INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-377862-2Q-45
HUTTON, RANDALL L
C/O WINN DIXIE STORE, INC
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-416984-2R-15
ILLINOIS UNION INSURANCE COMPANY
C/O ACE USA
ATTN COLLATERAL MANAGER
436 WALNUT STREET
PHILADELPHIA PA 19106

WDX-416984-2R-15
ILLINOIS UNION INSURANCE COMPANY
C/O DUANE MORRIS LLP
ATTN MARGERY N. REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

WDX-416982-2R-15
INDEMNITY INSURANCE CO OF N AMERICA
C/O ACE USA
ATTN COLLATERAL MANAGER
436 WALNUT STREET
PHILADELPHIA PA 19106

WDX-416982-2R-15
INDEMNITY INSURANCE CO OF N AMERICA
C/O DUANE MORRIS LLP
ATTN MARGERY N. REED, ESQ
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

WDX-410499-2T-15
INTERNATIONAL REFRIGERATED DOOR CO
C/O TRITT & FRANSON, PA
ATTN ALBERT T FRANSON, ESQ
707 PENINSULAR PLACE
JACKSONVILLE FL 32204

WDX-150813-2S-09
IRBY, KEELIN
3506 BULLOCK AVE
AUGUSTA  GA 30906

WDX-37781-2Q-05
ISTRE, MICHAEL J
C/O WINN-DIXIE STORES, INC.
5050 EDGEWOOD CT
JACKSONVILLE, FL 32254

WDX-406806-2X-MS
ISTRE, MICHAEL J
VP OF OPERATIONS
145 ST JOHNS FOREST BLVD
JACKSONVILLE FL 32259

WDX-492895-2X-FC
ISTRE, MICHAEL J
145 ST JOHN'S FOREST BLVD
JACKSONVILLE FL 32259

WDX-492896-2Q-FC
JAMES, JOHN J
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-411039-2Q-15
JAMES, JOHN J
C/O WINN DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

WDX-410448-2S-15
JEFFERSON-PILOT LIFE INSURANCE CO
ATTN DIANA R PALECEK, ESQ
CHRISTINE L MYATT, ESQ
PO BOX 21008
GREENSBORO NC 27420

WDX-410448-2S-15
JEFFERSON-PILOT LIFE INSURANCE CO
C/O NEXSEN PRUET ADAMS KLEEMEIER
ATTN: BENJAMIN A KAHN, ESQ
701 GREEN VALLEY ROAD, SUITE 100
GREENSBORO NC 27408

WDX-253126-2T-12
JNB COMPANY OF VIRGINIA LLC
ATTN BEVERLY STEWART
6912 THREE CHOPT RD, SUITE C
RICHMOND, VA 23226

WDX-253126-2T-12
JNB COMPANY OF VIRGINIA LLC
C/O JOYNES KNIGHT, LTD
ATTN STANLEY K JOYNES III, ESQ
101 SOUTH FOURTEENTH STREET
RICHMOND VA 23219

WDX-382746-2Q-51
JONES, GARY
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-377864-2Q-45
JONES, GARY B
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

WDX-403786-2Q-94
JONES, GARY B
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-377865-2Q-45
JUDD, RICHARD C
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

WDX-406840-2Q-MS
JUDD, RICHARD C
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-408360-2R-37
KEMPER INSURANCE COMPANIES, THE
C/O WILDMAN HARROLD ALLEN & DIXON
ATTN D J FISHER & J C PASCHKE, ESQS
225 WEST WACKER DR
CHICAGO IL 60606

WDX-378252-2Q-46
KENNEDY, PAUL
C/O WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-403802-2Q-94
LAFEVER, DANIEL G
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-410983-2Q-15
LAFEVER, DANIEL G
C/O WINN DIXIE STORE, INC.
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-1539-2R-07
LASALA PINEBROOK ASSOCIATES LP
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE, NJ 07470

WDX-534411-2V-98
LASALLE BANK NA AS TRUSTEE FOR
C/O STUTSMAN THAMES & MARKEY, PA
ATTN RICHARD R THAMES
50 N LAURA STREET
SUITE 1600
JACKSONVILLE  FL 32202

WDX-534411-2V-98
LASALLE BANK NA AS TRUSTEE FOR
REG HOLDERS OF ACGS 2004 LLC SN ABC
ATTN DEMETRIOS J MORAKIS VP
C/O CWCAPITAL ASSET MGMT LLC
701 13TH ST NW STE 1000
WASHINGTON  DC 20005

WDX-534411-2V-98
LASALLE BANK NA AS TRUSTEE FOR
C/O VENABLE LLP
ATTN: HEATHER DEANS FOLEY, ESQ
1800 MERCANTILE BANK & TRUST BDLG
TWO HOPKINS PLAZA
BALTIMORE  MD 20201

WDX-382762-2Q-51
LAZARAN, FRANK
VOLPE BAJALIA WICKES ROGERSON ET AL
ATTN JOHN T ROGERSON, III, ESQ
RIVERPLACE TOWER
1301 RIVERPLACE BLVD, STE 1700
JACKSONVILLE FL 32207

WDX-382762-2Q-51
LAZARAN, FRANK
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-452118-2T-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK  NY 10010

WDX-377869-2Q-45
LYNCH, PETER L
C/O WINN-DIXIE STORES INC.
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

WDX-405906-2T-98
MADISON INVESTMENT TRUST - SERIES 3
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK  KS 66202

WDX-411044-2Q-15
MARTIN, DEBRA A
C/O WINN DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-417418-2Q-15
MCCOOK, RICHARD P
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-378266-2Q-46
MEDINA, JOSEPH P
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD ROAD
JACKSONVILLE  FL 32254-3699

WDX-410979-2Q-15
MEHRER, EDWARD W JR
C/O WINN-DIXIE STORE, INC,
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-405991-2X-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN/CHRISTOPHER MOON
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK  NY 10080

WDX-452150-2U-98
MSCI 1999-RM1 DALTON PLACE LP
A GEORGIA LIMITED PARTNERSHIP
C/O LNR PARTNERS INC
1601 WASHINGTON AVE SUITE 700
MIAMI BEACH FL 33139

WDX-452150-2U-98
MSCI 1999-RM1 DALTON PLACE LP
NELSON MULLINS RILEY & SCARBOROUGH
JOSHUA M KATZ
FIRST UNION PLAZA
999 PEACHTREE ST NE SUITE 1400
ATLANTA  GA 30309

WDX-410809-2R-15
MSL NORTH, INC
ATTN BILL CRONA, DIRECTOR
1415 TIMBERLANE RD, SUITE 217
TALLAHASSEE  FL 32312

WDX-410809-2R-15
MSL NORTH, INC
C/O HEATH & RASKY, PA
ATTN CYNTHIA L. MEIER
261 PINEWOOD DRIVE
TALLAHASSEE FL 32303

WDX-411179-2R-15
NATIONAL UNION FIRE INSURANCE CO
OF PITTSBURGH PA, ET AL
C/O AIG LAW DEPT - BANKRUPTCY
ATTN MICHELLE A LEVITT, ESQ.
70 PINE STREET, 31ST FLOOR
NEW YORK  NY 10270

WDX-377876-2Q-45
NEWSOM, CHARLES R
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-416274-2U-15
NKC PROPERTIES
C/O FORD BOWLUS DUSS ET AL
ATTN M BOWLUS & K SCHNAUSS, ESQS
10110 SAN JOSE BLVD
JACKSONVILLE FL 32257

WDX-403182-2R-15
NOBO, RAFAEL J III
PO BOX 2188
BARTOW  FL 33831

WDX-378213-2Q-45
NORTH, JULIA B
C/O WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254-3699

WDX-395404-2Q-64
NOVAK, PAUL
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-406126-2T-97
NOVARTIS CONSUMER HEALTH INC
ATTN: JEFFREY J KIPPE, ASSOC DIR
200 KIMBALL DRIVE
PARSIPPANY  NJ 07054

WDX-279255-2T-35
NOVARTIS CONSUMER HEALTH, INC
ATTN JEFFREY J KIPPE
445 STATE STREET
FREMONT  MI 49413-0001

WDX-279255-2T-35
NOVARTIS CONSUMER HEALTH, INC
C/O KELLEY DRYE & WARREN, LLP
ATTN J CARR & A PAK, ESQS
101 PARK AVENUE
NEW YORK NY 10178

WDX-377878-2Q-45
NUSSBAUM, BENNETT L
C/O WINN DIXIE STORES INC.
5050 EDGEWOOD COURT
JACKSONVILLE,  FL 32254

WDX-411134-2R-15
ORIX CAPITAL MKTS, SERIES 2002-IQ2
HOLDERS OF MORGAN STANLEY DEAN
C/O VENABLE LLP
ATTN G CROSS/H FOLEY, ESQS
TWO HOPKINS PLAZA, STE 1800
BALTIMORE  MD 21201

WDX-400023-2R-84
PARK, SUSAN
2494 NE 5TH AVENUE
BOCA RATON  FL 33431

WDX-381030-2R-47
PERIPETY GROUP INC  C/O COMM PARTNERS
3605 SANDY PLAINS RD, SUITE 240-178
MARIETTA,  GA 30066

WDX-2478-2U-07
PICKENS NALLEY, LP
C/O JOHNSON, HEARN, VINEGAR, ET AL
ATTN JEAN WINBORNE BOYLES, ESQ
TWO HANNOVER SQUARE, SUITE 2200
RALEIGH NC 27601

WDX-2478-2U-07
PICKENS NALLEY, LP
GARRET PICKENS PARTNERSHIP, LP
PO BOX 1929
EASLEY  SC 29641

WDX-194899-2S-09
PRICE, JONATHAN L
2306 FORESTGLEN DRIVE
JACKSON  MS 39213

WDX-408375-2X-15
PROTECTIVE LIFE INSURANCE CO
C/O HOLLAND & KNIGHT LLP
ATTN CHARLES S MCCALL, ESQ
PO BOX 52687
JACKSONVILLE FL 32201-2687

WDX-492952-2X-97
PROTECTIVE LIFE INSURANCE CO AS
SUCCESSOR INTEREST LW SMITH JR TRUS
ATTN: CHARLES M PRIOR, VP INVESTMEN
PO BOX 52687
JACKSONVILLE FL 32201-2687

WDX-400119-2T-15
PYXIS CONSULTING GROUP INC DBA
BAYFORCE TECHNOLOGY SOLUTIONS ET AL
C/O LAU LANE PIEPER CONLEY ET AL
PO BOX 838
TAMPA FL 33601

WDX-259204-2W-12
RAINBOW SIGNS INC
ATTN ROBERT C REED JR, PRESIDENT
337 HIGHWAY 80 WEST
JACKSON,  MS 39201

WDX-377880-2Q-45
RAMBO, RANDALL L.
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

WDX-407577-2W-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

WDX-410779-2R-15
REGIONS BANK
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN SHERRI TUCKER FREEMAN, ESQ
ONE FEDERAL PLACE
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203 2104

WDX-408335-2R-15
RELIANCE INSURANCE CO
C/O OBERMAYER, REBMANN, ET AL
ATTN L J TABAS & D M RICHARDS, ESQS
ONE PENN CENTER
1617 JFK BLVD, 19TH FLOOR
PHILADELPHIA PA 19103

WDX-534661-2Q-15
RIDER, CARLETON T
14 SOLANA ROAD
PONTE VEDRA BEACH FL 32082

WDX-411048-2Q-15
RIDER, CARLETON T
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

WDX-405448-2X-95
RING POWER CORPORATION
ATTN HEIDI SMILEY
PO BOX 45022
JACKSONVILLE FL 32232-5022

WDX-411003-2Q-15
ROBBINS, THOMAS P
C/O WINN DIXIE STORE, INC.
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

WDX-492920-2Q-FC
RODRIGUEZ, LINDA R
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-400905-2Q-91
ROY, JAYSON J
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-410784-2Q-15
ROY, JAYSON J
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE FL 32254-3699

WDX-410739-2V-15
RP BARREN RIVER, LLC
C/O SQUIRE SANDERS & DEMPSEY, LLP
ATTN KRISTIN E RICHNER, ESQ
1300 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS OH 43215

WDX-260182-2T-12
RUSSELL STOVER CANDIES
ATTN MICHAEL RUBLE
PO BOX 802855
KANSAS CITY, MO 64180-2855

WDX-260182-2T-12
RUSSELL STOVER CANDIES
C/O LATHROP & GAGE, LC
ATTN STEPHEN B SUTTON, ESQ
2345 GRAND BLVD, SUITE 2800
KANSAS CITY MO 64108-2684

WDX-408336-2T-15
RUSSELL STOVER CANDIES, INC.
ATTN MIKE RUBLE, VP CREDIT/SALES
4900 OAK STREET
KANSAS CITY MO 64112-2327

WDX-408336-2T-15
RUSSELL STOVER CANDIES, INC.
C/O LATHROP & GAGE, LC
ATTN STEPHEN B SUTTON, ESQ
2345 GRAND BLVD, SUITE 2800
KANSAS CITY MO 64108-2684

WDX-408205-2R-15
SAFECO INSURANCE COMPANY OF AMERICA
C/O TORRE LENTZ GAMELL ET AL
ATTN BENJAMIN D LENTZ, ESQ
100 JERICHO QUADRANGLE, SUITE 309
JERICHO NY 11783

WDX-408205-2R-15
SAFECO INSURANCE COMPANY OF AMERICA
C/O TORRE LENTZ GAMELL ET AL
ATTN LAWRENCE S NOVAK, ESQ
100 JERICHO QUADRANGLE, SUITE 309
JERICHO NY 11753-2702

WDX-403519-2W-93
SALES FINANCE INC
C/O MACEY WILENSKY COHEN ET AL
ATTN ROBERT A WINTER, ESQ
STE 600, MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE, NE
ATLANTA GA 30303-1229

WDX-2542-2X-07
SCHWARTZ FAMILY TRUST
ATTN ZOLTAN SCHWARTZ
157 N FORMOSA AVE
LOS ANGELES, CA 90036

WDX-2542-2X-07
SCHWARTZ FAMILY TRUST
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN MENACHEM O ZELMANOVITZ, ESQ.
101 PARK AVENUE
NEW YORK NY 10178-0060

WDX-492922-2Q-FC
SCOTT, CHRISTOPHER L SR
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-377883-2Q-45
SELLERS, MARK A
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

WDX-411022-2Q-15
SERANO, LUIS
GAUNT, PRATT, RADFORD & METHE, PA
ATTN STEPHEN F RADFORD, JR, ESQ
1401 FORUM WAY, STE 500
WEST PALM BEACH FL 33401

WDX-411022-2Q-15
SERANO, LUIS
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-378216-2Q-45
SKELTON, H JAY
C/O WINN DIXIE
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

WDX-492927-2Q-FC
SLOAN, SHAWN M
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-278567-2R-25
SPECTRUM/GRANDVIEW PINES LLC
C/O SPECTRUM DEVELOPMENT CO, LLC
ATTN EDGAR H FATZINGER, III, MEMBER
PO BOX 11045
MONTGOMERY AL 36111

WDX-406107-2X-15
STATE OF INDIANA REV DEPT
C/O OFFICE OF ATTORNEY GENERAL
ATTN: BRIAN D SALWOWSKI
INDIANA GOVERNMENT CTR SO, FIFTH FL
402 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204-2770

WDX-406107-2X-15
STATE OF INDIANA REV DEPT
ATTN CAROL LUSHELL, TAX ANALYST
BANKRUPTCY SECTION, ROOM N-203
100 NORTH SENATE AVENUE
INDIANAPOLIS IN 46204

WDX-406030-2S-15
STATE OF OHIO WORKERS COMP BUREAU
LAW SECTION, BANKR UNIT
ATTN LARRY RHODEBECK, ESQ
30 W SPRING STREET
PO BOX 15567
COLUMBUS  OH 43215-0567

WDX-406030-2S-15
STATE OF OHIO WORKERS COMP BUREAU
ATTORNEY GENERAL STATE OF OHIO
ATTN ANGELA HUFFMAN
COLLECTION ENFORCEMENT
150 E GAY ST, 21ST FLOOR
COLUMBUS  OH 43215

WDX-378217-2Q-45
STEPHENS, CHARLES P
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254-3699

WDX-492929-2Q-FC
STUBBS, KEVIN A
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-416279-2T-15
THC LLC, ASSIGNEE FM DEVELOPMENTS
C/O BALCH & BINGHAM LLP
ATTN CHRISTIE L DOWLING, ESQ.
1901 SIXTH AVENUE N, SUITE 2600
PO BOX 306
BIRMINGHAM  AL 35201

WDX-400949-2X-91
THOMPSON, KELVIN E
3467 LAUREL LEAF DR
ORANGE PARK  FL 32065

WDX-492930-2X-FC
THOMPSON, KELVIN E
3467 LAUREL LEAF DR
ORANGE PARK  FL 32065

WDX-378291-2Q-46
TIBERIO, PAUL
C/O WINN DIXIE STORES INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254

WDX-492932-2Q-FC
TIBERIO, PAUL L
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-395406-2Q-64
TIMBROOK, STANLEY R JR
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-533638-2Q-DO
TOWNSEND, RONALD
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-411034-2Q-15
TOWNSEND, RONALD
C/O WINN-DIXIE STORES, INC.
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-263785-2R-12
UNITED COMMERCIAL MORTGAGE CORP
C/O ROETZEL & ANDRESS, LPA
ATTN DIANA M THIMMIG, ESQ
ONE CLEVELAND CENTER, 9TH FL
1375 EAST NINTH STREET
CLEVELAND  OH 44114

WDX-263785-2R-12
UNITED COMMERCIAL MORTGAGE CORP
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
135 JERICHO TURNPIKE
OLD WESTBURY NY 11568

WDX-410965-2R-15
US FIDELITY & GUARANTY CO, ET AL
BINGHAM MCCUTCHEN LLP
ATTN H HORWICH/S HRYNIEWICZ, ESQS
ONE STATE STREET
HARTFORD CT 06103

WDX-410965-2R-15
US FIDELITY & GUARANTY CO, ET AL
ATTN JEFFREY FISHER, ESQ
5 BATTERSON PARK
FARMINGTON  CT 06032

WDX-410740-2V-15
USPG PORTFOLIO II, LLC
C/O SQUIRE SANDERS & DEMPSEY, LLP
ATTN KRISTIN E RICHNER, ESQ
1300 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS  OH 43215

WDX-75957-2Q-05
VANSCHOOR, DEBORAH A
ADDRESS INTENTIONALLY OMITTED
TO PROTECT PRIVACY

WDX-416243-2S-15
VILLAGE MARKETPLACE OF HAW RIVER
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN LAWRENCE E BEHNING, ESQ
214 N TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202

WDX-391435-2S-55
VIZENA, ELVA
C/O TERRANCE HOYCHICK, ESQ
141 SOUTH SIXTH STREET
EUNICE  LA 70535-0391

WDX-452056-2U-98
VR GLOBAL PARTNERS, LP
C/O VR CAPITAL GROUP
ATTN RICHARD DEITZ
AVRORA BUSINESS PARK
77 SADOVNICHESKAYA NAB BLDG 1
MOSCOW  115035

WDX-411120-2Q-15
WADFORD, H STANLEY
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-416264-2X-15
WELLS FARGO BANK NW, NA, SUCCESSOR
TO FIRST SECURITY BANK/VAL T ORTON
C/O LOWNDES DROSDICK PA
ATTN ZACHARY J BANCROFT, ESQ.
PO BOX 2809
ORLANDO  FL 32802

WDX-415966-2U-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O SESSIONS FISHMAN & NATHAN LLP
ATTN J DAVID FORSYTH, ESQ.
5222 SUMMA COURT, SECTION 3, STE C
BATON ROUGE LA 70809

WDX-415966-2U-15
WESTLAND PLAZA ASSOCIATES,  LP
C/O STIRLING PROPERTIES
ATTN DONNA TAYLOR
109 NORTHPARK BLVD, SUITE 300
COVINGTON LA 70433

WDX-378293-2Q-46
WESTON, CHARLES M
C/O WINN-DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

WDX-410435-2T-15
WH REYNOLDS DISTRIBUTOR, INC, DBA
STRATEGIC EQUIPMENT & SUPPLY CORP
C/O MACFARLANE FERGUSON & MCMULLEN
ATTN PATRICK T LENNON, ESQ.
PO BOX 1531
TAMPA  FL 33601

WDX-407473-2V-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-JONESBORO WD DE BUS TRUST
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, SUITE 2300
CHICAGO  IL 60602

WDX-264940-2T-12
WINDWARD PARTNERS IV LP
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN ANDREW J WHITE, ESQ
PO BOX 2048
GREENVILLE SC 29602-2048

WDX-264940-2T-12
WINDWARD PARTNERS IV LP
C/O COLDWELL BANKER CAINE REAL ESTA
ATTN: HENRY HOROWITZ, PRES
111 WILLIAMS STREET
PO BOX 2287
GREENVILLE,  SC 29602

WDX-411118-2Q-15
YOUNG, DAVID M
C/O WINN DIXIE STORES, INC
5050 EDGEWOOD COURT
JACKSONVILLE  FL 32254-3699

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **October 25, 2006, at 9:00 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Third Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims.

Only objections filed with the Court so as to be received by **October 16, 2006** and served on D. J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: September 25, 2006


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By ___*s/ D. J. Baker*_____
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors


SMITH HULSEY & BUSEY

By ___*s/ James H. Post*_____
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

Hearing Date:  **October 25, 2006 at 9:00 a.m.**
Obj. Deadline:  **October 16, 2006 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

### DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO
### (A) INDEMNIFICATION CLAIMS, (B) NO LIABILITY CLAIMS,
### (C) NO LIABILITY MISCLASSIFIED CLAIMS, (D) OVERSTATED CLAIMS,
### (E) OVERSTATED MISCLASSIFIED CLAIMS, (F) UNLIQUIDATED CLAIMS,
### (G) MISCLASSIFIED CLAIMS AND (H) AMENDED AND SUPERSEDED CLAIMS

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through H (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing or reclassifying the Disputed Claims. [2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

## **BACKGROUND**

A.      The Chapter 11 Filings

1.     On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.     The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.     On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.     On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").  The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

5.     The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

2

6.    The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,500 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

9.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing or reclassifying the Disputed Claims.

3

**BASIS FOR RELIEF**

A.    Indemnification Claims

10.    Certain officers, directors and employees of the Debtors filed protective Proofs of Claim asserting claims against the Debtors with respect to alleged indemnification rights arising out of the Debtors' charters, bylaws or contracts  (the "Indemnification Claims"). The Indemnification Claims are listed on Exhibit A.

11.    The Debtors seek to disallow the Indemnification Claims as contingent claims for reimbursement subject to disallowance under section 502(e)(1)(B) of the Bankruptcy Code.  Because there are no amounts due at this time with respect to indemnification obligations owed to any person who was a director, officer or an employee of the Debtors prior to the Petition Date for claims arising before the Petition Date, the Debtors request that the Indemnification Claims be disallowed.[3]

12.    Section 502(e)(1)(B) of the Bankruptcy Code provides, in pertinent part:

(e)(1) Notwithstanding subsections (a), (b), and (c) of this section and paragraph (2) of this subsection, the court shall disallow any claim for reimbursement or contribution of an entity that is liable with the debtor on or has secured the claim, of a creditor, to the extent that --

*        *        *

(B)  such claim for reimbursement or contribution is contingent as of the time of allowance or disallowance of such claim for reimbursement or contribution; . . .

11 U.S.C. § 502(e)(1)(B).  Congress's use of the term "shall" means that disallowance under section 502(e)(1)(B) is mandatory.  Thus, if the debtor (or other objecting party) establishes the existence of the elements of section 502(e)(1)(B), then the court must disallow the objected-to

---

[3]    Claim number 13521 listed on Exhibit A asserts indemnification obligations with respect to the Debtors' Management Security Plan ("MSP").  As set forth on Exhibit A, the Debtors also seek to disallow such claim on the ground that indemnification rights are not applicable to MSP claims.

claim.  However, "[f]or disallowance under section 502(e)(1)(B), three criteria must be met: (1) the claim must be contingent; (2) the claim must be for reimbursement or contribution; and (3) the claimant must be co-liable with the debtor with respect to the claim."  In re Pinnacle Brands, Inc., 259 B.R 46, 55 (Bankr. D. Del. 2001); see also, In re Drexel Burnham Lambert Group, Inc., 148 B.R. 982 (Bankr. S.D.N.Y. 1992); In re Wedtech, 87 B.R. 279, 283 (Bankr. S.D.N.Y. 1988) ("Wedtech II"); In re Provincetown-Boston Airlines, Inc., 72 B.R. 307, 309 (Bankr. M.D. Fla. 1987).  Because the elements of section 502(e)(1)(B) are satisfied with respect to the Indemnification Claims, such claims must be disallowed.  In the alternative, to the extent that the Indemnification Claims or any portions thereof are not subject to disallowance under section 502(e)(1)(B), the Debtors seek to have the Indemnification Claims estimated at zero pursuant to section 502(c) of the Bankruptcy Code.

13.    Accordingly, the Debtors (a) object to the Indemnification Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the Indemnification Claims. Claimants may elect, by not timely responding to this Objection, to permit the Indemnification Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order disallowing the Indemnification Claims.

B.    No Liability Claims

14.    As a result of their review, the Debtors have identified 54 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims"). The No Liability Claims, with reasons for disallowance, are listed on Exhibit B.

15.    The Debtors (a) object to the No Liability Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit B

to be disallowed.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

C.    No Liability Misclassified Claims

16.    As a result of their review, the Debtors have identified 18 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert secured or priority status (the "No Liability Misclassified Claims").  The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit C.

17.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status.  The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code.  Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims.

18.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit C and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit C to be disallowed.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

D.    Overstated Claims

19.    As a result of their review, the Debtors have identified 20 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected

in the Books and Records (the "Overstated Claims").  The Overstated Claims, with the specific

reasons for reduction, are listed on Exhibit D.

20.     These claims fall into several categories: (a) Proofs of Claim that include

claims that arose postpetition; (b) Proofs of Claim that do not reflect accounts payable credits

due to the Debtors; (c) Proofs of Claim that do not reflect accounts receivable balances due to the

Debtors; (d) Proofs of Claim that include amounts that are not reflected as liabilities on the

Books and Records; and/or (e) Proofs of Claim that include amounts for which the legal bases

are contested by the Debtors.

21.     In addition, the Debtors identified certain Overstated Claims that were

based on the same invoices as reclamation demands submitted by the Debtors' suppliers and

vendors.  As a result, such Overstated Claims partially duplicate the reclamation demands.  The

Debtors and the reclamation vendors listed on Exhibit C have previously agreed to their

respective allowed reclamation claims pursuant to the reclamation trade lien program, which was

approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade

Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and

Establishing Post-Petition Trade Lien Program, dated August 5, 2005.  The Debtors seek to

reduce the Overstated Claims by those agreed amounts, for which payments are in process or

have been completed, in addition to any other reductions as set forth on Exhibit D.

22.     The Debtors (a) object to the Overstated Claims listed on Exhibit D and

(b) seek entry of the Proposed Order reducing the Overstated Claims.  Claimants may elect, by

not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit D to

be reduced.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will

present to the Court the Proposed Order reducing the Overstated Claims.

E.      Overstated Misclassified Claims

          23.    As a result of their review, the Debtors have identified 6 Disputed Claims

that were filed in amounts that are greater than the liabilities owed to such claimants as reflected

in the Books and Records and that also appear to be misclassified in whole or part (the

"Overstated Misclassified Claims").  The Overstated Misclassified Claims, with specific reasons

for reduction, are listed on Exhibit E.

          24.    The Debtors seek to reduce the Overstated Misclassified Claims for the

reasons discussed in paragraphs 20 and 21 above.  In addition, none of the Overstated

Misclassified Claims that assert secured status are entitled to secured status under section 506(a)

of the Bankruptcy Code because they are not (a) secured by liens on any property in which the

Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  None

of the Overstated Misclassified Claims that assert priority status are entitled to priority status

under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Overstated

Misclassified Claims should be reclassified as specified on Exhibit E.

          25.    The Debtors (a) object to the Overstated Misclassified Claims listed on

Exhibit E and (b) seek entry of the Proposed Order reducing and reclassifying such Overstated

Misclassified Claims as specified on Exhibit E.  Claimants may elect, by not timely responding

to this Objection, to permit their Overstated Misclassified Claims to be reduced and reclassified

as specified on Exhibit E.  In the absence of a Response (as defined in paragraph 37 below), the

Debtors will present to the Court the Proposed Order reducing and reclassifying the Overstated

Misclassified Claims.

F.    Unliquidated Claims

26.    As a result of their review, the Debtors have identified 5 Disputed Claims that were filed with estimated or unliquidated amounts (the "Unliquidated Claims"). The Unliquidated Claims are listed on Exhibit F.

27.    The Debtors seek to fix the Unliquidated Claims in the amount owed per their Books and Records.  Therefore, the Debtors object to the Unliquidated Claims listed on Exhibit F and seek entry of the Proposed Order fixing such Unliquidated Claims in the amounts set forth on Exhibit F under the heading Fixed Claim Amount.  Claimants may elect, by not timely responding to this Objection, to permit their Unliquidated Claims listed on Exhibit F to be fixed in the amounts listed on Exhibit F.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order fixing the Unliquidated Claims in the amounts listed on Exhibit F.

G.    Misclassified Claims

28.    As a result of their review, the Debtors have identified 2 Disputed Claims that are misclassified in whole or part (the "Misclassified Claims").  A list of the Misclassified Claims is attached as Exhibit G.

29.    None of the Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  Therefore, the Misclassified Claims should be reclassified as specified on Exhibit G.

30.    The Debtors (a) object to the Misclassified Claims listed on Exhibit G and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit G.  Claimants may elect, by not timely responding to this

Objection, to permit their Misclassified Claims listed on Exhibit G to be reclassified as specified on Exhibit G.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

H.      Amended and Superseded Claims

31.     As a result of their review, the Debtors have identified 9 proofs of claim (the "Amended Claims") that appear to have been amended and superseded by later filed claims.  A list of the Amended Claims is attached as Exhibit H.  Adjacent to the identified Amended Claim on Exhibit H, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

32.     Some of the Remaining Claims assert liability in a different amount against the same Debtor, while other Remaining Claims assert a different classification of their claim or attach additional documentation.  The Debtors believe that the claimants holding Amended Claims will not be prejudiced by having their Amended Claims disallowed because their Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[4]

33.     Accordingly, the Debtors (a) object to the Amended Claims listed on Exhibit H and (b) seek entry of the Proposed Order disallowing the Amended Claims.  Claimants may elect, by not timely responding to this Objection, to permit their Amended Claims listed on Exhibit H to be disallowed.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order disallowing the Amended Claims.

---

[4]     The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

## SEPARATE CONTESTED MATTERS

34.    Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

35.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to confirmation of the Plan and the resolution of substantive consolidation issues by its terms, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

36.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

37.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **October 16, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline").  In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

**B.**    Timely Response Required; Hearing; Replies

38.    If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **October 25, 2006, at 9:00**

**a.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.

Only those Responses made in writing and timely filed and received will be considered by the

Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with

respect to a specific objection and any Response to such objection.

39.    If a claimant whose claim is subject to the Objection, and who is served

with the Objection, fails to file and serve a timely Response in compliance with the foregoing

procedures, the Debtors will present to the Court an appropriate order disallowing, reducing or

reclassifying the claim, without further notice to the claimant.

## NOTICE

40.     Copies of this Objection will be served upon each of the claimants identified in Exhibits A through H, the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit I (a) disallowing the Indemnification Claims, (b) disallowing the No Liability Claims, (c) disallowing the No Liability Misclassified Claims, (d) reducing the Overstated Claims, (e) reducing and reclassifying the Overstated Misclassified Claims, (f) fixing the Unliquidated Claims, (g) reclassifying the Misclassified Claims and (h) disallowing the Amended Claims, and (iii) grant such other and further relief as is just and proper.

Dated: September 25, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By _____s/ D. J. Baker_____
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray
     Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By _____s/ James H. Post_____
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson,
     Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Twenty-Third Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims. are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 378206<br>ANDERSON, JOHN E<br>C/O WINN DIXIE<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | 9856<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411038<br>APPEL, LARRY B<br>C/O WINN DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10577<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411049<br>BROGAN, JAMES R<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10589<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377847<br>BYRUM, D MICHAEL<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10593<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 13716<br>CALVERT, LEON L III<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 10329<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377848<br>CHERRY, KEITH B<br>C/O WINN DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10573<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378207<br>DASBURG, JOHN H<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 11138<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 533630<br>DAVIS, A DANO<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13497<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 410879<br>DAVIS, T WAYNE<br>1910 SAN MARCO BLVD<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32207 | 9974<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 20988<br>DELGATTO, BONNIE T<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY<br><br> Counsel: ATTN STEPHEN F RADFORD, JR, ESQ | 10453<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 406563<br>DELL ANTONIA, DEAN<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13555<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377850<br>DOGAN, DEDRA N<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10649<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492874<br>DOGAN, DEDRA N<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13484<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411050<br>DOOLITTLE, C WILLIAM JR<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL  32254-3699 | 10594<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 533647<br>ECKSTEIN, FRANK<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13513<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 377852<br>ESTILL, GARI L<br>C/O WINN DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10678<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 406614<br>ESTILL, GARI L<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13522<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 534450<br>FAKETTY, DAN<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13519<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411057<br>FISHER, WILLIAM<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10650<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492877<br>FISHER, WILLIAM E<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13482<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492878<br>FOREHAND, CHERYL<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13511<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377854<br>FOREHAND, CHERYL A<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10591<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378239<br>GADDY, NANCY<br>C/O WINN-DIXIE<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 | 10168<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 377856<br>GAGE, JOANNE R<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10587<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377860<br>HARDEE, KELLIE D<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10595<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411005<br>HENRY, DAVID F<br>C/O WINN DIXIE STORE, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10432<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411029<br>HOPKINS, H I JR<br>C/O WINN DIXIE STORE INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10679<br>**Debtor:** **WINN-DIXIE SUPERMARKETS, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377862<br>HUTTON, RANDALL L<br>C/O WINN DIXIE STORE, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10565<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 37781<br>ISTRE, MICHAEL J<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD CT<br>JACKSONVILLE, FL 32254 | 10327<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411039<br>JAMES, JOHN J<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10578<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |

WINN-DIXIE STORES, INC., ET AL.
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 492896<br>JAMES, JOHN J<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13443<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 382746<br>JONES, GARY<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13451<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377864<br>JONES, GARY B<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 11016<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 403786<br>JONES, GARY B<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13452<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377865<br>JUDD, RICHARD C<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10588<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 406840<br>JUDD, RICHARD C<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13449<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378252<br>KENNEDY, PAUL<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10677<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 403802<br>LAFEVER, DANIEL G<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13504<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410983<br>LAFEVER, DANIEL G<br>C/O WINN DIXIE STORE, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10479<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 382762<br>LAZARAN, FRANK<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY<br><br>  Counsel: ATTN JOHN T ROGERSON, III, ESQ | 7687<br>**Debto r :** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377869<br>LYNCH, PETER L<br>C/O WINN DIXIE STORES INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10575<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411044<br>MARTIN, DEBRA A<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10585<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 417418<br>MCCOOK, RICHARD P<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 12941<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 417418<br>MCCOOK, RICHARD P<br>ADDRESS INTENTIONALY OMITTED<br>TO PROTECT PRIVACY | 13538<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378266<br>MEDINA, JOSEPH P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD ROAD<br>JACKSONVILLE  FL  32254-3699 | 9730<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410979<br>MEHRER, EDWARD W JR<br>C/O WINN-DIXIE STORE, INC,<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10475<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377876<br>NEWSOM, CHARLES R<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10616<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378213<br>NORTH, JULIA B<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254-3699 | 10216<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 395404<br>NOVAK, PAUL<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13544<br>**Debtor:** WINN-DIXIE STORES, INC. | $75,000.00 | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377878<br>NUSSBAUM, BENNETT L<br>C/O WINN DIXIE STORES INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10576<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377880<br>RAMBO, RANDALL L.<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10592<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411048<br>RIDER, CARLETON T<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10586<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 411003<br>ROBBINS, THOMAS P<br>C/O WINN DIXIE STORE, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10431<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492920<br>RODRIGUEZ, LINDA R<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13520<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 400905<br>ROY, JAYSON J<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13490<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 410784<br>ROY, JAYSON J<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10919<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492922<br>SCOTT, CHRISTOPHER L SR<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13488<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377883<br>SELLERS, MARK A<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10590<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411022<br>SERANO, LUIS<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY<br><br>Counsel: ATTN STEPHEN F RADFORD, JR, ESQ | 10452<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378216<br>SKELTON, H JAY<br>C/O WINN DIXIE<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254-3699 | 9938<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 492927<br>SLOAN, SHAWN M<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13547<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378217<br>STEPHENS, CHARLES P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | 9967<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492929<br>STUBBS, KEVIN A<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13550<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378291<br>TIBERIO, PAUL<br>C/O WINN DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 | 10681<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492932<br>TIBERIO, PAUL L<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13506<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 395406<br>TIMBROOK, STANLEY R JR<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13521<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $201,459.00 | NO LIABILITY. INDEMNIFICATION RIGHTS ARE NOT APPLICABLE TO MSP CLAIMS. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411034<br>TOWNSEND, RONALD<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10568<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 533638<br>TOWNSEND, RONALD<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13496<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 75957<br>VANSCHOOR, DEBORAH A<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13445<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411120<br>WADFORD, H STANLEY<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 11085<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378293<br>WESTON, CHARLES M<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 11083<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411118<br>YOUNG, DAVID M<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 11084<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

| | | | |
|---|---|---|---|
| **Total Claims to be Disallowed:** | **72** | | |
| **Total Amount to be Disallowed:** | **$276,459.00** | **Plus Unliquidated Amounts, If Any** | |

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:  278401**<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON  MS  39296<br><br>Counsel: ATTN SUSANNA BAKER, ESQ | 13397<br>**Debtor:  WINN-DIXIE STORES, INC.** | $49,072.00 | NO LIABILITY.  CLAIMANT FILED CLAIM NUMBERS 10283, 10284, 10285, AND 10286, WHICH WERE RESOLVED BY ORDER OF THE COURT (DKT NO. 9621). CLAIMANT THEN FILED CLAIM NUMBERS 13397, 13398, 13399, AND 13400 OSTENSIBLY TO REFLECT THAT ORDER.  SUCH CLAIMS ARE DUPLICATIVE OF THE ORDER AND UNNECESSARY. |
| **Creditor Id:  278401**<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON  MS  39296<br><br>Counsel: ATTN SUSANNA BAKER, ESQ | 13398<br>**Debtor:  WINN-DIXIE MONTGOMERY, INC.** | $49,072.00 | NO LIABILITY.  CLAIMANT FILED CLAIM NUMBERS 10283, 10284, 10285, AND 10286, WHICH WERE RESOLVED BY ORDER OF THE COURT (DKT NO. 9621). CLAIMANT THEN FILED CLAIM NUMBERS 13397, 13398, 13399, AND 13400 OSTENSIBLY TO REFLECT THAT ORDER.  SUCH CLAIMS ARE DUPLICATIVE OF THE ORDER AND UNNECESSARY. |
| **Creditor Id:  278401**<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON  MS  39296<br><br>Counsel: ATTN SUSANNA BAKER, ESQ | 13399<br>**Debtor:  WINN-DIXIE STORES, INC.** | $673.03 | NO LIABILITY.  CLAIMANT FILED CLAIM NUMBERS 10283, 10284, 10285, AND 10286, WHICH WERE RESOLVED BY ORDER OF THE COURT (DKT NO. 9621). CLAIMANT THEN FILED CLAIM NUMBERS 13397, 13398, 13399, AND 13400 OSTENSIBLY TO REFLECT THAT ORDER.  SUCH CLAIMS ARE DUPLICATIVE OF THE ORDER AND UNNECESSARY. |
| **Creditor Id:  278401**<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON  MS  39296<br><br>Counsel: ATTN SUSANNA BAKER, ESQ | 13400<br>**Debtor:  WINN-DIXIE MONTGOMERY, INC.** | $673.03 | NO LIABILITY.  CLAIMANT FILED CLAIM NUMBERS 10283, 10284, 10285, AND 10286, WHICH WERE RESOLVED BY ORDER OF THE COURT (DKT NO. 9621). CLAIMANT THEN FILED CLAIM NUMBERS 13397, 13398, 13399, AND 13400 OSTENSIBLY TO REFLECT THAT ORDER.  SUCH CLAIMS ARE DUPLICATIVE OF THE ORDER AND UNNECESSARY. |
| **Creditor Id:  241368**<br>A-1 PROVISIONS, INC<br>19538 BLACK OLIVE LANE<br>BOCA RATON, FL  33498 | 407<br>**Debtor:  WINN-DIXIE STORES, INC.** | $2,773.57 | NO LIABILITY PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id:  416983**<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA  PA  19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670<br>**Debtor:  WINN-DIXIE STORES, INC.** | $63,357,926.00 | NO AMOUNT DUE.  WORKERS COMPENSATION POLICIES AND PROGRAM AGREEMENTS ASSUMED BY ORDER DATED AUGUST 4, 2005.  ALL PREMIUMS HAVE BEEN PAID ON GENERAL AND AUTOMOBILE LIABILITY POLICIES. |

WINN-DIXIE STORES, INC., ET AL.

**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410778<br>AMSOUTH BANK (PROPERTIES DEPT)<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104 | 10954<br>**Debtor:** | $1,001.00<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON STORES 2620 AND 514. AS TO STORE 2620, CLAIMANT ASSERTS ESTIMATED COSTS TO REMOVE ATM EQUIPMENT FROM REJECTED LEASE. OPTION TO OPERATE ATM WAS ON A MONTH TO MONTH BASIS AND CLAIMANT WAS RESPONSIBLE FOR THE ATM'S REMOVAL. DEBTOR WAS RECEIVING PAYMENTS FROM CLAIMANT FOR THE SPACE USAGE AND PROVIDED CLAIMANT PROPER NOTICE OF TERMINATION OF OPTION. AS TO STORE 514, REJECTION DAMAGES ARE NOT OWED AS LEASE IS TO BE ASSUMED. |
| **Creditor Id:** 399344<br>BARD, ERVIN R & SUSANNE<br>C/O ISRAEL FRIEDBERG & KORBATOV LLP<br>ATTN JAMES A FRIEDBERG ESQ<br>11601 WILSHIRE BLVD SUITE 2200<br>LOS ANGELES CA 90025 | 482<br>**Debtor:** | $500,000.00<br>WINN-DIXIE STORES, INC. | NO LIABILITY FOR ESTIMATED COSTS OF REPAIRING PREMISES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 243180<br>BCG COMMUNICATIONS, INC<br>ATTN CRYSTAL L BERISKO, VP<br>13876 67TH STREET NORTH<br>WEST PALM BEACH, FL 33412 | 301<br>**Debtor:** | $3,464.68<br>WINN-DIXIE STORES, INC. | NO LIABILITY PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 408401<br>CHESTER DIX HURST CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7715<br>**Debtor:** | $2,884,053.06<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. ALL ASSERTED AMOUNTS WERE CURED AT CLOSING. |
| **Creditor Id:** 408400<br>CHESTER DIX LAKE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7697<br>**Debtor:** | $3,622,145.51<br>WINN-DIXIE MONTGOMERY, INC. | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED. ALL ASSERTED AMOUNTS WERE CURED AT CLOSING. |
| **Creditor Id:** 2138<br>CHESTER DIX PIKEVILLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY, NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12144<br>**Debtor:** | $2,457,328.19<br>WINN-DIXIE RALEIGH, INC. | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. DEBTOR ASSUMED LEASE AND PAID ALL CURE COSTS AT CLOSING. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id: 386<br>CITY OF GAINESVILLE<br>ATTN DEE DEE STEPHENS, TAX OFFICE<br>PO BOX 2496<br>GAINESVILLE GA 30503 | 2184<br>Debtor: **WINN-DIXIE SUPERMARKETS, INC.** | $50,117.63 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION. CLAIM RELATES TO SOLD LOCATION. ALL AMOUNTS DUE WERE PAID AT CLOSING. |
| Creditor Id: 266221<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE FL 32781-2500<br><br>Counsel: ATTN BRIAN FITZGERALD, ESQ | 768<br>Debtor: **WINN-DIXIE STORES, INC.** | $95.93 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 6/17/05 PAYMENT BY CHECK NUMBER 009903219 PURSUANT TO 3/15/05 FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS (DKT NUMBER 435). |
| Creditor Id: 244701<br>COUNTY OF CARROLL TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN JEAN MATTHEWS<br>423 COLLEGE STREET, ROOM 401<br>CARROLLTON GA 30117-3142 | 1763<br>Debtor: **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| Creditor Id: 407538<br>COUNTY OF CHARLESTON BANKR DEPT<br>ATTN JANICE PORTER, BANKRUPTCY TECH<br>4045 BRIDGEVIEW DRIVE<br>NORTH CHARLESTON SC 29405 | 4217<br>Debtor: **WINN-DIXIE STORES, INC.** | $6,023.40 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. TAXES INCURRED MORE THAN THREE YEARS BEFORE PETITION DATE SHOULD BE DISALLOWED. WHEN RETURNS ARE FILED AS THEY WERE IN THIS CASE, STATE STATUTE REQUIRES TAXING AUTHORITY TO REQUEST ADDITIONAL PAYMENTS WITHIN 36 MONTHS. TAXING AUTHORITY FAILED TO DO SO. |
| Creditor Id: 410416<br>COUNTY OF CLARK, IN TREASURER<br>ATTN FRANK BALLARD<br>425 E 7TH STREET<br>JEFFERSONVILLE IN 47130 | 7486<br>Debtor: **WINN-DIXIE STORES, INC.** | $47,298.70 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 266146<br>COUNTY OF CRAVEN TAX COLLECTN DEPT<br>ATTN RONALD ANTRY OR C JOHNSON<br>226 POLLOCK STREET<br>NEW BERN NC 28560-4943 | 1397<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | $3,939.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE 812 WAS ASSIGNED TO FOOD LION. DEBTOR NOTIFIED CRAVEN COUNTY TAX DEPARTMENT OF ASSIGNMENT IN 2003. |
| Creditor Id: 407675<br>COUNTY OF DALLAS, ET AL<br>ATTN TAMMY JONES KING, TAX COLL<br>PO BOX 987<br>SELMA AL 36702-0987 | 12879<br>Debtor: **WINN-DIXIE STORES, INC.** | $5,522.31 | NO LIABILITY TO CLAIMANT PER DEBTOR'S BOOKS AND RECORDS. ALSO LATE-FILED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 249116<br>COUNTY OF ERIE SCU<br>ATTN TIMOTHY M KONICKI<br>95 FRANKLIN STREET, RM 728<br>BUFFALO NY 14202 | 1972<br>**Debtor:** WINN-DIXIE STORES, INC. | $34.37 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT PAYMENT OF $34.31 ON 3/3/05 BY CHECK NUMBER 009900633 PURSUANT TO FIRST DAY EMPLOYEE ORDER (DKT NO. 47). |
| **Creditor Id:** 263463<br>COUNTY OF FLOYD TREASURER<br>ATTN DARLENE S MCCOY, TREASURER<br>311 WEST FIRST STREET<br>NEW ALBANY IN 47150 | 3906<br>**Debtor:** WINN-DIXIE STORES, INC. | $42,525.05 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 250998<br>COUNTY OF GUILFORD, NC TAX DEPT<br>ATTN JAMES E ROLAND, TAX COLLECTOR<br>330 N EUGENE STREET<br>PO BOX 3328<br>GREENSBORO NC 27402 | 7371<br>**Debtor:** WINN-DIXIE STORES, INC. | $86,823.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 406108<br>COUNTY OF GUILFORD, NC, TAX DEPT<br>ATTN JAMES E ROLAND, ASST TAX COLL<br>PO BOX 3138<br>GREENSBORO NC 27402 | 3299<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,654.92 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE CLOSED IN JUNE 2000. |
| **Creditor Id:** 267589<br>COUNTY OF HORRY TREASURY DEPT<br>ATTN RUBY TYLER<br>107 HIGHWAY 57 N BOX 2<br>LITTLE RIVER SC 29566-7050 | 1792<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $4,595.89 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR 1995 TAX YEAR. TAXING AUTHORITY CANNOT COLLECT ON THIS CLAIM DUE TO DATE OF ALLEGED DELINQUENCY AND NOTICE PERIOD REQUIREMENTS. |
| **Creditor Id:** 452114<br>COUNTY OF JEFFERSON TAX COLLECTOR<br>C/O MOWREY & BIGGINS, PA<br>ATTN JASON H EGAN, ESQ<br>515 N ADAMS STREET<br>TALLAHASSEE FL 32301 | 13215<br>**Debtor:** WINN-DIXIE STORES, INC. | $11,468.85 | LIABILITY INCLUDED IN CLAIM NUMBER 12566 FILED BY FLORIDA TAX COLLECTOR. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 266738<br>COUNTY OF VANCE, NC<br>PLANNING & DEVELOPMENT<br>ATTN JOYCE DICKERSON<br>156 CHURCH STREET, SUITE 003<br>HENDERSON NC 27536-5574 | 1365<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 240791<br>COUNTY OF YORK, SC TREASURER<br>PO BOX 116<br>YORK SC 29745 | 2555<br>**Debtor:** WINN-DIXIE STORES, INC. | $33,556.62 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE ASSIGNED TO BI-LO. IN ACCORDANCE WITH CLOSING STATEMENT, ALL 2005 TAXES ARE ASSIGNEE'S RESPONSIBILITY. ALL OTHER INVOICES RELATE TO LEASED EQUIPMENT TO BE PAID BY LESSOR, NOT DEBTOR. |
| **Creditor Id:** 248712<br>EASTGATE CENTER LLC<br>110 DEER RIDGE RD<br>BRANDON, MS 39042 | 33585<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,848.01 | NO LIABILITY. LEASE ASSUMED AND ASSIGNED 8/15/05 TO DOUBLE R FOODS, LLC. DEBTOR PAID $1,780.77 ON CLOSING STATEMENT AS CURE. NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10229<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10230<br>**Debtor:** ASTOR PRODUCTS, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10231<br>**Debtor:** CRACKIN' GOOD, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10232<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10233<br>**Debtor:** DIXIE PACKERS, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10234<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10235<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10236<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 1539<br>LASALA PINEBROOK ASSOCIATES LP<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 7967<br>**Debtor:** WINN-DIXIE STORES, INC. | $67,454.55 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSUMED AND ASSIGNED AS OF 8/4/05 TO BROOKSHIRE GROCERY CO. ALL AMOUNTS DUE WERE SATISFIED AT CLOSING. |
| **Creditor Id:** 410809<br>MSL NORTH, INC<br>ATTN BILL CRONA, DIRECTOR<br>1415 TIMBERLANE RD, SUITE 217<br>TALLAHASSEE FL 32312<br><br>Counsel: ATTN CYNTHIA L. MEIER | 10637<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). THIS CLAIM IS DUPLICATIVE OF CLAIM NUMBER 8505, WHICH HAS BEEN DISALLOWED BY 8/24/06 COURT ORDER ON OMNIBUS OBJECTION TO LITIGATION CLAIMS. |
| **Creditor Id:** 411179<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH PA, ET AL<br>C/O AIG LAW DEPT - BANKRUPTCY<br>ATTN MICHELLE A LEVITT, ESQ.<br>70 PINE STREET, 31ST FLOOR<br>NEW YORK NY 10270 | 11248<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. ALL PREMIUMS PAID. DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 403182<br>NOBO, RAFAEL J III<br>PO BOX 2188<br>BARTOW FL 33831 | 888<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 411134<br>ORIX CAPITAL MKTS, SERIES 2002-IQ2<br>HOLDERS OF MORGAN STANLEY DEAN<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11143<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Creditor Id:** 400023<br>PARK, SUSAN<br>2494 NE 5TH AVENUE<br>BOCA RATON FL 33431 | 1505<br>**Debtor:** WINN-DIXIE STORES, INC. | $729.53 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 6/22/05 PAYMENT OF $729.53 BY CHECK NUMBER 7998286 PURSUANT TO ORDER AUTHORIZING PAYMENT OF AUTOMOBILE LIABILITY CLAIMS (DKT NO. 1065). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 381030<br>PERIPETY GROUP INC  C/O COMM PARTNERS<br>3605 SANDY PLAINS RD, SUITE 240-178<br>MARIETTA, GA 30066 | 37028<br>**Debtor:** **WINN-DIXIE RALEIGH, INC.** | $7,034.55 | NO LIABILITY.  LEASE ASSUMED AND ASSIGNED 8/30/05 TO ALL AMERICAN QUALITY FOODS, INC.  DEBTOR PAID CURE COSTS OF $7,034.55 ($6,307.01 FOR INSURANCE AND $727.54 FOR COMMON AREA MAINTENANCE CHARGES).  NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 410779<br>REGIONS BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM  AL  35203 2104 | 10953<br>**Debtor:** **WINN-DIXIE MONTGOMERY, INC.** | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA  PA  19103 | 11716<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $31,616,231.00 | NO AMOUNT DUE.  POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 408205<br>SAFECO INSURANCE COMPANY OF AMERICA<br>C/O TORRE LENTZ GAMELL ET AL<br>ATTN BENJAMIN D LENTZ, ESQ<br>100 JERICHO QUADRANGLE, SUITE 309<br>JERICHO  NY  11783<br><br>Counsel: ATTN LAWRENCE S NOVAK, ESQ | 6187<br>**Debtor:** **WINN-DIXIE STORES, INC.** | $750,000.00 | NO WORKERS COMPENSATION CLAIMS IN VIRGINIA ARE OUTSTANDING FOR THE TERM FOR WHICH THE BONDS WERE ISSUED.  NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E).  DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432).  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 408205<br>SAFECO INSURANCE COMPANY OF AMERICA<br>C/O TORRE LENTZ GAMELL ET AL<br>ATTN BENJAMIN D LENTZ, ESQ<br>100 JERICHO QUADRANGLE, SUITE 309<br>JERICHO NY 11783<br><br>Counsel: ATTN LAWRENCE S NOVAK, ESQ | 6188<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,000,000.00 | NO WORKERS COMPENSATION CLAIMS IN MISSISSIPPI ARE OUTSTANDING FOR THE TERM FOR WHICH THE BONDS WERE ISSUED.  NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E).  DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432).  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 408205<br>SAFECO INSURANCE COMPANY OF AMERICA<br>C/O TORRE LENTZ GAMELL ET AL<br>ATTN BENJAMIN D LENTZ, ESQ<br>100 JERICHO QUADRANGLE, SUITE 309<br>JERICHO NY 11783<br><br>Counsel: ATTN LAWRENCE S NOVAK, ESQ | 6189<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,600,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E).  GEORGIA AND CERTAIN OTHER STATES, UPON INFORMATION AND BELIEF, HAVE RELEASED THE DEBTORS FROM THE OBLIGATIONS ON BONDS.  DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432).  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 278567<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY AL 36111 | 11136<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $37,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY NY 11568<br><br>Counsel: ATTN DIANA M THIMMIG, ESQ | 7705<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $2,084,514.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING.  ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED.  ALL ASSERTED AMOUNTS SHOULD HAVE BEEN OR WERE CURED AT CLOSING. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410965<br>US FIDELITY & GUARANTY CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON  CT  06032 | 10221<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO AMOUNT DUE.  POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | 54 | |
| **Total Amount to be Disallowed:** | $114,416,151.04 | **Plus Unliquidated Amounts, If Any** |

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  421023**<br>AKERS, MARY E<br>1388 SE 11TH PL<br>HOMESTEAD  FL  33035-2014 | 13021<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $1,037.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE.  THE APRIL 7, 2006 SPECIAL BAR DATE WAS NOT APPLICABLE TO EMPLOYEE CLAIMS WHOSE BAR DATE WAS AUGUST 1, 2005.  CLAIMANT RECEIVED NOTICE OF THE AUGUST 1, 2005 BAR DATE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  4365**<br>ALMEIDA, ANGELINA DASILVA<br>6317 18TH STREET SOUTH<br>WEST PALM BEACH  FL  33415 | 3834<br>Debtor: WINN-DIXIE STORES, INC. | $28.13 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  87091**<br>ARNONE, FRANK A<br>52586 RED HILL RD<br>INDEPENDENCE  LA  70002<br><br>        Counsel: ATTN W CHAD STELLY, ESQ | 10684<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT SEEKS JUDICIAL REVIEW OF INSURER'S DENIAL OF LONG TERM DISABILITY BENEFITS DUE TO HIS FAILURE TO PRESENT REQUISITE MEDICAL DOCUMENTATION OF DISABILITY.  ISSUE IS WITH INSURER NOT DEBTOR.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410944**<br>BOAZ, WILLIAM & BRIDGET<br>2411 ST JOHN DRIVE<br>WILSON  NC  27893 | 13402<br>Debtor: WINN-DIXIE STORES, INC. | $114,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND LATE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  103261**<br>CAINION, REGINALD B<br>162 SOLOMON ROAD<br>KATHLEEN  GA  31047 | 5465<br>Debtor: WINN-DIXIE RALEIGH, INC. | $33,250.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND UNKNOWN BASIS FOR CLAIM.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  245569**<br>CITY OF BEDFORD REV COMMISSIONER<br>ATTN BRENDA DANIEL<br>PO BOX 807<br>BEDFORD,  VA  24523-0807 | 2029<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  403269**<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>CHFS-OLS<br>ATTN R WARNE/W H OVERCASH, ESQS<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT  KY  40621<br><br>        Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 13248<br>Debtor: WINN-DIXIE STORES, INC. | $64,679.85 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  CLAIMANT FILED CLAIM NUMBERS 11212, 11213, 11214, AND THIS CLAIM AGAINST WINN-DIXIE STORES INC., AS SECURED CLAIMS EACH IN THE AMOUNT OF $64,679.85.  CLAIM NUMBERS 11213 AND 11214 WERE DISALLOWED AS DUPLICATIVE OF CLAIM NUMBER 11212 BY THE 1/19/06 SECOND OMNIBUS CLAIMS OBJECTION ORDER.  CLAIM NUMBER 11212 WAS DISALLOWED AND RECLASSIFIED TO UNSECURED NON-PRIORITY BY THE 8/10/06 FOURTEENTH OMNIBUS CLAIMS OBJECTION ORDER ON THE GROUND OF NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND MISCLASSIFICATION.  AS THE COURT HAS ALREADY DETERMINED THE ISSUE, THIS CLAIM SHOULD BE DISALLOWED.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:  410813**<br>CRIIMI MAE SVCS LP, SERIES 1997-C2<br>HOLDERS FIRST UNION COMMERCIAL<br>C/O VENABLE, LLP<br>ATTN G A CROSS, H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10615<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  410820**<br>CRIIMI MAE SVCS LP, SERIES 1997-ML1<br>HOLDERS COMMERCIAL MRTG ACCEPTANCE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10600<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED..  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  411169**<br>CWCAPITAL ASSET MGMT, SERIES 2005C1<br>HOLDERS LB-UBS COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11226<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED..  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  419955**<br>DIAL, JIMMY & CHERYL JT TEN<br>1920 RABBIT RUN RD<br>VINE  GROVE KY 40175 | 13166<br>**Debtor: WINN-DIXIE STORES, INC.** | $87,465.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE.  THE APRIL 7, 2006 SPECIAL BAR DATE WAS NOT APPLICABLE TO EMPLOYEE CLAIMS WHOSE BAR DATE WAS AUGUST 1, 2005.  CLAIMANT RECEIVED NOTICE OF THE AUGUST 1, 2005 BAR DATE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  381792**<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 10248<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASES THAT ARE SUBJECT OF CLAIM ARE TO BE ASSUMED BY DEBTOR.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id:  32854**<br>HARMON, BRIAN<br>259 BAYBROOK CIRCLE<br>NICHOLASVILLE  KY  40356 | 5707<br>**Debtor: WINN-DIXIE STORES, INC.** | $1,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER AGREEMENT WITH CLAIMANT.  ALSO, MISCLASSIFIED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 150813**<br>IRBY, KEELIN<br>3506 BULLOCK AVE<br>AUGUSTA  GA  30906 | 10457 | $3,000.00 | Multiple Classes<br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND UNKNOWN BASIS FOR CLAIM.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8589 | $0.00 | Multiple Classes<br>Debtor: **WINN-DIXIE MONTGOMERY, INC.** | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON CONTINGENT CLAIM.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 194899**<br>PRICE, JONATHAN L<br>2306 FORESTGLEN DRIVE<br>JACKSON  MS  39213 | 1106 | $0.00 | Priority<br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  AS CLAIMANT WAS TERMINATED 8/7/04, NO AMOUNT IS DUE FOR NOVEMBER 2004.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 406030**<br>STATE OF OHIO WORKERS COMP BUREAU<br>LAW SECTION, BANKR UNIT<br>ATTN LARRY RHODEBECK, ESQ<br>30 W SPRING STREET<br>PO BOX 15567<br>COLUMBUS  OH  43215-0567<br><br>Counsel: ATTN ANGELA HUFFMAN | 9854 | $328,110.48 | Priority<br>Debtor: **WINN-DIXIE RALEIGH, INC.** | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 391435**<br>VIZENA, ELVA<br>C/O TERRANCE HOYCHICK, ESQ<br>141 SOUTH SIXTH STREET<br>EUNICE  LA  70535-0391 | 10813 | $0.00 | Priority<br>Debtor: **WINN-DIXIE STORES, INC.** | Unsecured<br>Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER.  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ALSO, MISCLASSIFIED CLAIM. |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims to be Disallowed & Recl:** | 18 | | | | |
| **Total Amount to be Disallowed & Recl:** | $632,570.46 | **Plus Unliquidated Amounts, If Any** | | | |

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 395571<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN M. WRIGHT<br>PO BOX 2219<br>COLUMBUS  OH  43216 | 1014<br>**Debtor:** | $3,222.69<br>**WINN-DIXIE STORES, INC.** | $1,762.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,459.80 FOR INVOICE NUMBER 93054021 INCLUDED IN SCHEDULED CLAIM NUMBER 32396 IN THE AMOUNT OF $21,615.80. |
| **Creditor Id:** 410954<br>BENDERSON 85-1 TRUST & RONALD<br>BENDERSON 1995 TRUST<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO  NY  14202<br><br>  Counsel: ATTN: JOEL E SCHOLSBERG, ESQ | 11859<br>**Debtor:** | $400,949.55<br>**WINN-DIXIE STORES, INC.** | $310,529.29 | REDUCED AMOUNT REFLECTS ADDITION OF $788.96 FOR UNDERSTATED 2005 PREPETITION REAL ESTATE TAXES AND REMOVAL OF $76,144.67 FOR OVERSTATED REJECTION DAMAGES, $8,477.39 FOR TRASH REMOVAL NOT RECOVERABLE UNDER LEASE, AND $6,587.16 FOR POSTPETITION CHARGES.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING APPLICATION FOR ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 243506<br>BILL DORAN COMPANY<br>C/O WHOLESALE FLOWERS<br>ATTN BILL DORAN / DONNA J RECCHIA<br>619 W JEFFERSON STREET<br>ROCKFORD  IL  61103 | 4672<br>**Debtor:** | $4,802.80<br>**WINN-DIXIE STORES, INC.** | $1,813.99 | REDUCED AMOUNT REFLECTS 4/27/05 PAYMENT OF $588.21 FOR POSTPETITION INVOICES BY CHECK NUMBER 8029091 AND REMOVAL OF $1,752,83 BY AGREEMENT WITH CLAIMANT, $431.20 FOR POSTPETITION INVOICES, AND $216.57 FOR IMPERMISSIBLE FINANCE CHARGES. |
| **Creditor Id:** 244749<br>CATALOG SALES<br>DEPT 78058<br>PO BOX 78000<br>DETROIT,  MI  48278-0058 | 6634<br>**Debtor:** | $89,539.95<br>**WINN-DIXIE STORES, INC.** | $83,765.28 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $5,374.32 AND REMOVAL OF $400.35 BY AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 410561<br>CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON  TX  75001 | 8901<br>**Debtor:** | $309,340.42<br>**WINN-DIXIE MONTGOMERY, INC.** | $285,545.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,795.42 FOR POSTPETITION OBLIGATIONS.  ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 279209<br>CF SAUER COMPANY<br>ATTN MICHELLE RADER, TREAS<br>2000 WEST BROAD ST<br>RICHMOND  VA  23220 | 12498<br>**Debtor:** | $14,052,861.24<br>**WINN-DIXIE STORES, INC.** | $199,450.38 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,853,410.86 BY AGREEMENT WITH CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 247226<br>CROSSCOM NATIONAL INC<br>1994 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 1552<br>Debtor: | $371,776.31<br>WINN-DIXIE STORES, INC. | $349,942.64 | REDUCED AMOUNT REFLECTS PAYMENTS OF $245.92 ON 12/14/04 FOR INVOICE NUMBER N952394 BY CHECK NUMBER 7405918 AND $9,081.33 ON 4/19/05 FOR NINE POSTPETITION INVOICES BY CHECK NUMBER 9901597 AND REMOVAL OF $397.51 BY AGREEMENT WITH CLAIMANT AND $12,108.91 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:** 399657<br>DAIRYAMERICA<br>ATTN JEAN MCABEE, CONTROLLER<br>4974 E CLINTON WAY #C-221<br>FRESNO CA 93727<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN ALBERT J BERRYMAN, ESQ | 817<br>Debtor: | $127,898.10<br>WINN-DIXIE STORES, INC. | $84,251.35 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 381956<br>GALILEO CMBS T1 HL TX LP<br>C/O CBL & ASSOCIATES MANAGEMENT INC<br>ATTN GARY L RODDY<br>CBL CENTER, SUITE 500<br>2030 HAMILTON PLACE BLVD<br>CHATTANOOGA TN 37421-6000 | 257<br>Debtor: | $1,487,790.19<br>WINN-DIXIE STORES, INC. | $1,197,713.07 | REDUCED AMOUNT REFLECTS REMOVAL OF $273,116.80 FOR OVERSTATED REJECTION DAMAGES AND $16,960.32 FOR 2004 COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 410726<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 13324<br>Debtor: | $545,732.15<br>WINN-DIXIE STORES, INC. | $522,107.15 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 250545<br>GERBER PRODUCTS COMPANY<br>ATTN JEFF KIPPE<br>445 STATE STREET<br>FREEMONT, MI 49413<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN J CARR & A PAK, ESQS | 9188<br>Debtor: | $1,102,754.92<br>WINN-DIXIE STORES, INC. | $918,551.79 | REDUCED AMOUNT AGREED TO BY CLAIMANT REFLECTS NET CONSUMPTION WAIVER OF $2,567.66, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $59,553.94 AND $45,786.60, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $76,294.93. |
| **Creditor Id:** 411181<br>HERITAGE SPE LLC<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | 11251<br>Debtor: | $209,651.01<br>WINN-DIXIE STORES, INC. | $157,838.69 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,078.50, $17,472.73, AND $1,638.62 FOR 2001-2002 COMMON AREA MAINTENANCE CHARGES LACKING ADEQUATE SUPPORTING DOCUMENTATION AND $30,622.47 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT D - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410499<br>INTERNATIONAL REFRIGERATED DOOR CO<br>C/O TRITT & FRANSON, PA<br>ATTN ALBERT T FRANSON, ESQ<br>707 PENINSULAR PLACE<br>JACKSONVILLE FL 32204 | 8421<br>**Debtor:** | $30,008.61<br>**WINN-DIXIE STORES, INC.** | $24,596.28 | REDUCED AMOUNT REFLECTS PAYMENTS OF $99.30 ON 12/17/04 BY CHECK NUMBER 007408638 AND $307.30 AND $268.23 BY CREDIT CARD ON 12/8/04 AND 12/23/04, RESPECTIVELY, AND REMOVAL OF $4,737.50 BY AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 253126<br>JNB COMPANY OF VIRGINIA LLC<br>ATTN BEVERLY STEWART<br>6912 THREE CHOPT RD, SUITE C<br>RICHMOND, VA 23226<br><br>Transferee: HAIN CAPITAL HOLDINGS LLC<br>Counsel: ATTN STANLEY K JOYNES III, ESQ | 11785<br>**Debtor:** | $1,197,283.45<br>**WINN-DIXIE STORES, INC.** | $1,159,970.28 | REDUCED AMOUNT REFLECTS REMOVAL OF $399.28 FOR OVERSTATED REJECTION DAMAGES, $9,513.40 AND $1,753.44 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND INSURANCE, RESPECTIVELY, LACKING SUPPORTING DOCUMENTATION, AND $25,647.05 FOR POSTPETITION CHARGES.  ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 279255<br>NOVARTIS CONSUMER HEALTH, INC<br>ATTN JEFFREY J KIPPE<br>445 STATE STREET<br>FREMONT MI 49413-0001<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN J CARR & A PAK, ESQS | 9189<br>**Debtor:** | $566,980.88<br>**WINN-DIXIE STORES, INC.** | $350,075.84 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,159.11, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,876.32 AND $31,490.42, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $101,097.57, AND REMOVAL OF $59,281.62 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:** 400119<br>PYXIS CONSULTING GROUP INC DBA<br>BAYFORCE TECHNOLOGY SOLUTIONS ET AL<br>C/O LAU LANE PIEPER CONLEY ET AL<br>PO BOX 838<br>TAMPA FL 33601<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 826<br>**Debtor:** | $89,129.25<br>**WINN-DIXIE STORES, INC.** | $86,465.25 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 260182<br>RUSSELL STOVER CANDIES<br>ATTN MICHAEL RUBLE<br>PO BOX 802855<br>KANSAS CITY, MO 64180-2855<br><br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 7014<br>**Debtor:** | $430,456.93<br>**WINN-DIXIE STORES, INC.** | $193,043.52 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $198,196.87 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $39,216.54. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 416279<br>THC LLC, ASSIGNEE FM DEVELOPMENTS<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ.<br>1901 SIXTH AVENUE N, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM AL 35201<br><br>Transferee: LCH OPPORTUNITIES LLC | 12288<br>**Debtor:** | $660,737.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $617,815.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $42,922 FOR 2004 HURRICANE DAMAGES. |
| **Creditor Id:** 410435<br>WH REYNOLDS DISTRIBUTOR, INC, DBA<br>STRATEGIC EQUIPMENT & SUPPLY CORP<br>C/O MACFARLANE FERGUSON & MCMULLEN<br>ATTN PATRICK T LENNON, ESQ.<br>PO BOX 1531<br>TAMPA FL 33601 | 8232<br>**Debtor:** | $438,535.70<br>**WINN-DIXIE STORES, INC.** | $364,136.95 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,943.79, PAYMENTS OF $27.00 ON 7/22/04, $220.09 ON 8/2/04, $225.63 ON 9/21/04, AND $121.50 ON 1/11/05 BY CHECK NUMBERS 007286981, 007295459, 007337864, AND 007425845, RESPECTIVELY, AND REMOVAL OF $5,438.42 BY AGREEMENT WITH CLAIMANT AND $66,422.32 FOR UNDOCUMENTED INVOICES DESPITE REPEATED INQUIRIES. |
| **Creditor Id:** 264940<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL ESTA<br>ATTN: HENRY HOROWITZ, PRES<br>111 WILLIAMS STREET<br>PO BOX 2287<br>GREENVILLE, SC 29602<br><br>Transferee: ASM CAPITAL II, LP<br>Counsel: ATTN ANDREW J WHITE, ESQ | 6822<br>**Debtor:** | $41,737.90<br>**WINN-DIXIE RALEIGH, INC.** | $35,922.87 | REDUCED AMOUNT REFLECTS 1/24/05 PAYMENT OF $5,815.03 FOR 2004 INSURANCE BY CHECK NUMBER 007434921. |

**Total Claims to be Reduced:** 20

**Total Amount to be Reduced:** $22,161,189.05 Plus Unliquidated Amounts, If Any

**Total Reduced Amount:** $6,945,297.51

**EXHIBIT E**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| COCA-COLA ENTERPRISES INC ET AL C/O MILLER & MARTIN PLLC ATTN: SHELLY D RUCKER, ESQ 832 GEORGIA AVE, STE 1000 CHATTANOOGA  TN  37402-2289 Transferee: VR GLOBAL PARTNERS, LP | 8347 | $8,530,810.49 | Multiple Classes **Debtor: WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $3,023,758.13 | REDUCED AMOUNT REFLECTS ADDITIONAL CLAIM OF $126,586.57, ACCOUNTS RECEIVABLE BALANCE OF $900,000.00, REMOVAL OF LIABILITIES OF OTHER DEBTORS INCLUDED IN ASSERTED AMOUNT OF $3,465,317.30, NET CONSUMPTION WAIVER OF $38,433.99, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,229,887.64. ALSO, MISCLASSIFIED CLAIM. |
| ELIOT PROPERTIES C/O M & P SHOPPING CTR ATTN ELIOT M ARNOVITZ 5025 WINTERS CHAPEL RD ATLANTA, GA  30360-1700 | 3323 | $28,472.36 | Priority **Debtor: WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $20,823.29 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,649.07, A STEAK & ALE PROPERTY TAX BILL FOR WHICH DEBTOR IS NOT LIABLE. ALSO, MISCLASSIFIED CLAIM. |
| GARDEN CITY W-D, LLC C/O ZIMMER MANAGEMENT COMPANY 111 PRINCESS STREET PO BOX 2628 WILMINGTON  NC  28402-2628 Counsel: ATTN HERBERT J ZIMMER, ESQ | 13323 | $104,679.88 | Administrative **Debtor: WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $37,561.27 | REDUCED AMOUNT REFLECTS REMOVAL OF $26,529.36 FOR REAL ESTATE TAXES INCURRED POSTPETITION AND $40,589.25 FOR COMMON AREA MAINTENANCE CHARGES NOT RECOVERABLE UNDER LEASE. ALSO, MISCLASSIFIED CLAIM. |
| NKC PROPERTIES C/O FORD BOWLUS DUSS ET AL ATTN M BOWLUS & K SCHNAUSS, ESQS 10110 SAN JOSE BLVD JACKSONVILLE  FL  32257 Transferee: MSCI 1999-RM1 DALTON PLACE LP | 12434 | $4,875,172.45 | Administrative **Debtor: WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $860,921.01 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| PICKENS NALLEY, LP GARRET PICKENS PARTNERSHIP, LP PO BOX 1929 EASLEY  SC  29641 Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12302 | $670,879.31 | Multiple Classes **Debtor: WINN-DIXIE RALEIGH, INC.** | Unsecured Non-Priority | $615,591.06 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. ALSO, MISCLASSIFIED CLAIM. |
| WESTLAND PLAZA ASSOCIATES,  LP C/O STIRLING PROPERTIES ATTN DONNA TAYLOR 109 NORTHPARK BLVD, SUITE 300 COVINGTON  LA  70433 Counsel: ATTN J DAVID FORSYTH, ESQ. | 13454 | $214,551.29 | Multiple Classes **Debtor: WINN-DIXIE MONTGOMERY, INC.** | Unsecured Non-Priority | $206,337.74 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,213.55 FOR OVERSTATED REJECTION DAMAGES. ALSO, MISCLASSIFIED CLAIM. |

| | | | |
|---|---|---|---|
| Total Claims to be Reduced & Reclassified: | **6** | | |
| Total Amount to be Reduced & Reclassified: | **$14,424,565.78** | **Plus Unliquidated Amounts, If Any** | |
| Total Reduced & Reclassified Amount: | **$4,764,992.50** | | |

**EXHIBIT F**

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT F - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 411020<br>9SC ASSOCIATES LTD TA<br>MATLOCK OAKS SHOPPING CTR ARLINGTON<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 10315<br>Debtor: | $453,438.36<br>**WINN-DIXIE STORES, INC.** | $453,438.36 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 266272<br>COUNTY OF CHEROKEE<br>ATTN EDITH GARDNER<br>BAKER BLVD<br>GAFFNEY  SC  29340 | 4663<br>Debtor: | $3,396.25<br>**WINN-DIXIE SUPERMARKETS, INC.** | $3,396.25 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 410739<br>RP BARREN RIVER, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS  OH  43215 | 9582<br>Debtor: | $44,274.02<br>**WINN-DIXIE STORES, INC.** | $44,274.02 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 410740<br>USPG PORTFOLIO II, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS  OH  43215 | 11978<br>Debtor: | $489,185.00<br>**WINN-DIXIE STORES, INC.** | $489,185.00 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 407473<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-JONESBORO WD DE BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, SUITE 2300<br>CHICAGO  IL  60602 | 12162<br>Debtor: | $513,042.87<br>**WINN-DIXIE MONTGOMERY, INC.** | $513,042.87 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

Transferee: LASALLE BANK NA AS TRUSTEE FOR

| | |
|---|---|
| Total Claims to be Fixed: | 5 |
| Total Amount to be Fixed: | $1,503,336.50 Plus Unliquidated Amounts, If Any |
| Total Fixed Amount: | $1,503,336.50 |

**EXHIBIT G**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT G - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 259204<br>RAINBOW SIGNS INC<br>ATTN ROBERT C REED JR, PRESIDENT<br>337 HIGHWAY 80 WEST<br>JACKSON, MS 39201<br><br>Transferee: REDROCK CAPITAL PARTNERS LLC | 5054<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $294,267.10 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| **Creditor Id:** 403519<br>SALES FINANCE INC<br>C/O MACEY WILENSKY COHEN ET AL<br>ATTN ROBERT A WINTER, ESQ<br>STE 600, MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVE, NE<br>ATLANTA GA 30303-1229 | 11087<br>Debtor: WINN-DIXIE STORES, INC. | $2,880.33 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM ABSENT PROOF OF SECURED STATUS. |

|  |  |
|---|---|
| **Total Claims to be Reclassified:** | **2** |
| **Total Amount to be Reclassified:** | **$297,147.43**   **Plus Unliquidated Amounts, If Any** |

**EXHIBIT H**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT H - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 400728<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE  FL  32259 | 13540<br>**Debtor:** WINN-DIXIE STORES, INC. | $141,556.51 | 9338 | $188,841.54 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406806<br>ISTRE, MICHAEL J<br>VP OF OPERATIONS<br>145 ST JOHNS FOREST BLVD<br>JACKSONVILLE  FL  32259 | 13505<br>**Debtor:** WINN-DIXIE STORES, INC. | $174,792.49 | 9533 | $156,324.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406806<br>ISTRE, MICHAEL J<br>VP OF OPERATIONS<br>145 ST JOHNS FOREST BLVD<br>JACKSONVILLE  FL  32259 | 13505<br>**Debtor:** WINN-DIXIE STORES, INC. | $174,792.49 | 9543 | $18,468.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408375<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE  FL  32201-2687<br><br>Transferee: HAIN CAPITAL HOLDINGS LLC | 13388<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $656,957.13 | 12098 | $629,831.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 405448<br>RING POWER CORPORATION<br>ATTN HEIDI SMILEY<br>PO BOX 45022<br>JACKSONVILLE  FL  32232-5022 | 11770<br>**Debtor:** WINN-DIXIE STORES, INC. | $8,257.47 | 11441 | $1,329.42 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2542<br>SCHWARTZ FAMILY TRUST<br>ATTN ZOLTAN SCHWARTZ<br>157 N FORMOSA AVE<br>LOS ANGELES, CA  90036<br><br>Counsel: ATTN MENACHEM O ZELMANOVITZ, ESQ. | 13440<br>**Debtor:** WINN-DIXIE STORES, INC. | $240,052.86 | 12933 | $5,177.02 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT H - AMENDED CLAIMS TO BE DISALLOWED

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 406107<br>STATE OF INDIANA REV DEPT<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS IN 46204<br><br>Counsel: ATTN: BRIAN D SALWOWSKI | 13259 | $1,302.93<br>**Debtor:** WINN-DIXIE PROCUREMENT, INC. | 11816 | $2,024.81 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN WHICH CLAIM WAS WITHDRAWN BY CLAIMANT. |
| **Creditor Id:** 400949<br>THOMPSON, KELVIN E<br>3467 LAUREL LEAF DR<br>ORANGE PARK FL 32065 | 13524 | $10,043.00<br>**Debtor:** WINN-DIXIE STORES, INC. | 10537 | $10,045.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 416264<br>WELLS FARGO BANK NW, NA, SUCCESSOR<br>TO FIRST SECURITY BANK/VAL T ORTON<br>C/O LOWNDES DROSDICK PA<br>ATTN ZACHARY J BANCROFT, ESQ.<br>PO BOX 2809<br>ORLANDO FL 32802<br><br>Transferee: CAPX REALTY LLC | 13004 | $1,312,988.29<br>**Debtor:** WINN-DIXIE STORES, INC. | 12211 | $1,116,934.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Total Claims to be Disallowed:** | 9 | | | | |
| **Total Amount to be Disallowed:** | $2,128,975.91 | Plus Unliquidated Amounts, If Any | | | |

**EXHIBIT I**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al., )             *Chapter 11*
                                          )
Debtors. [1]                              )    Jointly Administered
                                          )

**ORDER (A) DISALLOWING INDEMNIFICATION CLAIMS, (B) DISALLOWING NO LIABILITY CLAIMS, (C) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS, (D) REDUCING OVERSTATED CLAIMS, (E) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, (F) FIXING UNLIQUIDATED CLAIMS, (G) RECLASSIFYING MISCLASSIFIED CLAIMS AND (H) DISALLOWING AMENDED AND SUPERSEDED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on October 25, 2006, upon the Twenty-Third Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through H (the "Disputed Claims").[2]  Upon consideration, it is

ORDERED AND ADJUDGED:

1.      The Objection is sustained.

2.      The Indemnification Claims listed on Exhibit A are disallowed in their entirety.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.      The No Liability Claims listed on Exhibit B are disallowed in their entirety.

4.      The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit C is denied; and the No Liability Misclassified Claims are (a) reclassified as specified on Exhibit C under the heading "Modified Class Status," and (b) disallowed in their entirety.

5.      The Overstated Claims listed on Exhibit D are reduced to the amounts set forth on Exhibit D under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

6.      The Overstated Misclassified Claims listed on Exhibit E are reduced to the amounts set forth on Exhibit E under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit E is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit E under the heading "Modified Class Status."

7.      The Unliquidated Claims listed on Exhibit F are fixed in the amounts listed on Exhibit F under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

8.      The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit G is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit G under the heading "Modified Class Status."

9.      The Amended Claims listed on Exhibit H are disallowed in their entirety.

10.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

12.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this ____ day of October, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4