# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about September 26, 2006 I caused copies of:

- the **Notice of Hearing**
- the **Debtors' Twenty-Third Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice and Motion as listed above is attached hereto as Exhibit B.

Dated: October 2, 2006

Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

EXHIBIT A - SERVICE LIST
Notice of Hearing; Debtors' Twenty-Third Omnibus
Objection to (A) Indemnification Claims (B) No Liability
Claims (C) No Liability Misclassified Claims (D) Overstated
Claims (E) Overstated Misclassified Claims (F) Unliquidated
Claims (G) Misclassified Claims (H) Amended Superseded Claim

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534812-98<br>AGENTRICS LLC<br>ATTN ROBERT HEATON/ELMAR JAKOBY<br>625 N WASHINGTON ST STE 400<br>ALEXANDRIA VA 22314 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 405952-98<br>ATRADIUS TRADE CREDIT INSURANCE INC<br>CLAIMS DEPARTMENT<br>ATTN DANA SANTILLI<br>5026 CAMPBELL BLVD STE A-D<br>BALTIMORE MD 21236 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 417419-98<br>CADLEROCK LLC<br>ATTN VIC BUENTE<br>100 NORTH CENTER STREET<br>NEWTON FALLS OH 44444 | CREDITOR ID: 405971-98<br>CAVENDISH FARMS INC<br>ATTN DAVID BATES<br>100 MIDLAND DRIVE<br>DIEPPE NB E1A6X4<br>CANADA |
| CREDITOR ID: 417061-98<br>COHANZICK CREDIT OP MASTER FUND LTD<br>ATTN DAVID SHERMAN<br>427 BEDFORD RD SUITE 260<br>PLEASSANTVILLE NY 10570 | CREDITOR ID: 534813-98<br>COLONIAL MART LIMITED PARTNERSHIP<br>AND CRESTVIEW CENTER LLC<br>C/O GARY B CRESS<br>PO BOX 1260<br>RIDGELAND MS 29158 | CREDITOR ID: 416956-98<br>CONTRARIAN FUNDS, LLC<br>ATTN MICHAEL J RESTIFO, CFO/MEMBER<br>411 WEST PUTNAM AVE S-225<br>GREENWICH CT 06830 |
| CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ESBIN & ALTER LLP<br>LESLEY HYNES<br>497 SOUTH MAIN ST<br>NEW CITY NY 10956 | CREDITOR ID: 411244-98<br>CREDIT SUISSE<br>ATTN WENDY BEER<br>11 MADISON AVE 5TH FLR<br>NEW YORK NY 10010 | CREDITOR ID: 452057-98<br>CSFB 1998-C1 SHIRLEY ROAD LLC<br>C/O LNR PARTNERS, INC<br>ATTN MR ARNE SHULKIN<br>1601 WASHINGTON AVENUE SUITE 700<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 534697-98<br>CWCAPITAL ASSET MANAGEMENT LLC<br>FOR LASALLE BANK NA<br>C/O STUTSMAN THAMES & MARKEY PA<br>ATTN RICHARD J THAMES<br>50 N LAURA ST STE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 423075-98<br>DELLACAMERA CAPITAL MANAGEMENT LLC<br>ATTN VINCENT T SPINNATO, MGR MEMBER<br>237 PARK AVENUE SUITE 800<br>NEW YORK NY 10017 |
| CREDITOR ID: 452126-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O MERIDIAN CORPORATE SERVICES LTD<br>73 FRONT STREET, PO BOX HM 528<br>HAMILTON  HM 12<br>BERMUDA | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 417063-98<br>DK ACQUISITION PARTNERS LP<br>C/O MH DAVIDSON & CO<br>ATTN MICHAEL J LEFELL<br>65 EAST 55TH STREET, 19TH FLOOR<br>NEW YORK NY 10022 |
| CREDITOR ID: 417049-97<br>DUANE MORRIS LLP<br>ATTN MARGERY N REED ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103-4196 | CREDITOR ID: 534816-98<br>EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 416237-98<br>FIRST COMMERCIAL BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN: JAY R BENDER<br>1819 FIFTH AVENUE NORTH, ONE FEDERAL PLACE<br>BIRMINGHAM AL 35203-2104 | CREDITOR ID: 400443-98<br>FIRST COMMERCIAL CREDIT CORP<br>ATTN JC BARONE<br>10 NEW KING STREET<br>WHITE PLAINS NY 10604 | CREDITOR ID: 452059-98<br>FUCMS 1999-C1 MERIDIAN GROCERY LLC<br>C/O LNR PARTNERS<br>ATTN ARNE SHULKIN<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 |
| CREDITOR ID: 417048-97<br>GMAC COMMERCIAL MORTGAGE CORP<br>ATTN SUSAN C TARNOWER ESQ<br>THREE RAVINA DRIVE STE 200<br>ATLANTA GA 30346 | CREDITOR ID: 411410-98<br>HAIN CAPITAL GROUP LLC<br>ATTN GANNA EPELBAUM<br>301 ROUTE 17 6TH FLOOR<br>RUTHERFORD NJ 07070 | CREDITOR ID: 399349-98<br>HAIN CAPITAL INVESTORS LLC<br>ATTN G LIBERCHUK/ROBERT J KOLTAI<br>201 ROUTE 17 STE 300<br>RUTHERFORD NJ 07070 |

EXHIBIT A - SERVICE LIST

**Notice of Hearing; Debtors' Twenty-Third Omnibus
Objection to (A) Indemnification Claims (B) No Liability
Claims (C) No Liability Misclassified Claims (D) Overstated
Claims (E) Overstated Misclassified Claims (F) Unliquidated
Claims (G) Misclassified Claims (H) Amended Superseded Claim**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 408177-98<br>HMAC 1999-PH1 WATAUGA CTR LTD PART<br>ATTN RUSSELL L REID JR<br>C/O HELLER EHRMAN LLP<br>7 TIMES SQUARE, TIMES SQUARE TOWER<br>NEW YORK NY 10036 | CREDITOR ID: 452060-98<br>IB PROPERTY HOLDINGS LLC<br>ATTN JOHN A D'ERRICO VP<br>4425 PONCE DE LEON BLVD SUITE 500<br>CORAL GABLES FL 33146 | CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: CHRISTINE L MYATT<br>PO BOX 3463<br>GREENSBORO NC 27402 |
| CREDITOR ID: 452110-98<br>JEFFERSON-PILOT INVESTMENTS INC<br>C/O DIANA PALECEK<br>100 NORTH GREENE STREET<br>GREENSBORO NC 27401 | CREDITOR ID: 399394-98<br>JPMORGAN CHASE BANK NA<br>ATTN ANDREW OPEL<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 534845-97<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN: STEVEN H EPSTEIN<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 |
| CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN TIMOTHY C BENNETT, ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022 | CREDITOR ID: 534409-98<br>JPMORGAN CHASE BANK NA<br>ATTN NEELIMA VELUVOLU<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 | CREDITOR ID: 399350-98<br>JPMORGAN CHASE BANK NA<br>ATTN STANLEY LIM<br>270 PARK AVE 17TH FLR<br>NEW YORK NY 10017 |
| CREDITOR ID: 417085-98<br>LASALLE BANK NATIONAL ASSOC ETAL<br>C/O DUANE MORRIS LLP<br>ATTN WENDY SIMKULAK ESQ<br>30 SOUTH 17TH ST<br>PHILADELPHIA  PA 19103-4196 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O CW CAPITAL ASSET MANAGEMENT<br>ATTN MR DEMETRIOS MORAKIS<br>700 13TH STREET NW SUITE 700<br>WASHINGTON DC 20005 | CREDITOR ID: 452149-98<br>LB UBS 2001-C2 COMMERCIAL MORTGAGE<br>C/O STUTMAN THAMES & MARKEY PA<br>ATTN: RICHARD THAMES, ESQ.<br>50 N LAURA ST, STE 600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>ATTN BILL SINDLINGER VP & COUNSEL<br>AEGON USA REALTY ADVISORS INC<br>4333 EDGEWOOD RD NE<br>CEDAR RAPIDS IA 52499-5220 | CREDITOR ID: 416950-98<br>LIFE INVESTORS INS CO OF AMERICA<br>EPSTEIN BECKER & GREEN PC<br>NEAL D DODELL<br>RESURGENS PLAZA<br>945 E PACES FERRY RD STE 2700<br>ATLANTA GA 30326 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 |
| CREDITOR ID: 452051-98<br>LONGACRE MASTER FUND LTD<br>C/O US BANK NATIONAL ASSOCIATION<br>ATTN DAWNITA EHL<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FLR<br>SEATTLE WA 98101 | CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 | CREDITOR ID: 403482-98<br>M.D. SASS<br>RE/ ENTERPRISE PORTFOLIO COMPANY LP<br>ATTN P SIVIN, 10 NEW KING ST<br>WHITE PLAINS NY 10604 |
| CREDITOR ID: 411411-98<br>MADISON INVESTMENT TRUST<br>ATTN SALLY MEYER<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 11705-1101 | CREDITOR ID: 410459-98<br>MADISON INVESTMENT TRUST - SERIES 1<br>ATTN KRISTY STARK<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 | CREDITOR ID: 411431-98<br>MERRILL LYNCH PIERCE FENNER & SMITH<br>ATT NICK GRIFFITHS/GABRIEL CALVETTI<br>4 WORLD FINANCIAL CENTER<br>250 VESSEY ST 7TH FLR<br>NEW YORK NY 10080 |
| CREDITOR ID: 417079-98<br>NATIONWIDE LIFE INS CO OF AMERICA<br>ATTN RANDALL W MAY ESQ<br>ONE NATIONWIDE PLAZA 01-34-06<br>COLUMBUS OH 43215-2220 | CREDITOR ID: 534410-98<br>ORIX CAPITAL MARKETS LLC<br>ATTN CHUCK CROUCH<br>1717 MAIN STREET SUITE 800<br>DALLAS TX 75201 | CREDITOR ID: 534410-98<br>ORIX CAPITAL MARKETS LLC<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 417084-97<br>PRINCIPAL GLOBAL INVESTORS<br>ATTN EMILY A HIPPEN<br>801 GRAND AVE<br>DES MOINES IA 50392-4196 | CREDITOR ID: 492841-98<br>PRINCIPAL LIFE INSURANCE COMPANY<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF<br>801 GRAND AVE<br>DES MOINES IA 50392-1450 | CREDITOR ID: 417072-98<br>PROTECTIVE LIFE INSURANCE COMPANY<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL<br>PO BOX 52687<br>JACKSONVILLE FL 32201-2687 |

**EXHIBIT A - SERVICE LIST**

**Notice of Hearing; Debtors' Twenty-Third Omnibus
Objection to (A) Indemnification Claims (B) No Liability
Claims (C) No Liability Misclassified Claims (D) Overstated
Claims (E) Overstated Misclassified Claims (F) Unliquidated
Claims (G) Misclassified Claims (H) Amended Superseded Claim**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417075-98<br>QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN N BRUMM/F SADEGHI-NEJAD/Y CEN<br>1177 AVENUE OF THE AMERICAS, 9TH FL<br>NEW YORK NY 10036 | CREDITOR ID: 417075-98<br>QVT FUND LP<br>STROOCK STROOCK & LAVAN LLP<br>NINA E ABRAHAM LIEBERMAN ESQ<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982 | CREDITOR ID: 417047-98<br>REASSURE AMERICA LIFE ASSURANCE CO<br>C/O CAPMARK SERVICES INC<br>ATTN CHARLOTTE KOLLIN<br>THREE RAVINA DR STE 200<br>ATLANTA GA 30346 |
| CREDITOR ID: 452058-98<br>SASCO 1996-CFL DOUGLAS CENTER LP<br>C/O LNR PARTNERS, INC<br>ATTN ARNE SHULKIN<br>1601 WASHINGTON AVE SUITE 700<br>MIAMI BEACH FL 33139 | CREDITOR ID: 452052-98<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI III PRESIDENT<br>118 W WAYNE ST<br>MAUMEE OH 43537 | CREDITOR ID: 492938-98<br>SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 |
| CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>C/O SEWARD & KISSEL LLP<br>ATTN RENEE EUBANKS ESQ<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | CREDITOR ID: 417106-98<br>SMITHTOWN BAY LLC<br>ATTN DAVID A ERICSON, VP<br>BRIAN NAAS<br>601 CARLSON PARKWAY SUITE 200<br>MINNETONKA MN 55305 | CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O VINSON & ELKINS LLP<br>ATTN STEVEN M ABRAMOWITZ, ESQ<br>666 5TH AVE, 26TH FLOOR<br>NEW YORK NY 10103-0040 |
| CREDITOR ID: 417095-98<br>SOF INVESTMENTS LP<br>C/O MSD CAPITAL LP<br>ATTN MARC R LISKER ESQ<br>645 FIFTH AVE 21ST FLR<br>NEW YORK NY 10022-5910 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>C/O TRAUB BONACQUIST & FOX LLP<br>ATTN: MAURA I RUSSELL, ESQ &<br>ANTHONY B STUMBO, ESQ<br>655 THIRD AVE, 21ST FL<br>NEW YORK NY 10017 | CREDITOR ID: 407520-98<br>SPCP GROUP LLC AGT OF SILVER PT CAP<br>FUND LP & SILVER PT CAP OFFSHORE<br>ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA<br>GREENWICH CT 06830 |
| CREDITOR ID: 534850-97<br>STUTSMAN THAMES & MARKEY PA<br>ATTN: RICHARD R THAMES, ESQ<br>50 N LAURA ST, STE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 534834-98<br>THE LUCY CO OF SC LLC<br>C/O ROX POLLARD PROPERTY MANAGER<br>COLLIERS KEENAN INC<br>PO BOX 11610<br>COLUMBIA SC 29211 | CREDITOR ID: 534834-98<br>THE LUCY CO OF SC LLC<br>C/O BUIST MOORE SMYTHE MCGEE PA<br>ATTN CHARLES P SUMMERALL IV, ESQ<br>PO BOX 999<br>CHARLESTON SC 29402 |
| CREDITOR ID: 417093-98<br>THE PAUL REVERE LIFE INSURANCE CO<br>C/O UNUMPROVIDENT<br>ATTN SHELLEY STUART CARVEL<br>2211 CONGREE ST C244<br>PORTLAND ME 04122 | CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE<br>PO BOX 1487<br>WEST BABYLON NY 11704 | |

**Total:   71**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **October 25, 2006, at 9:00 a.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Third Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims.

Only objections filed with the Court so as to be received by **October 16, 2006** and served on D. J. Baker at <u>djbaker@skadden.com</u>, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, will be considered by the Bankruptcy Court at the hearing.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: September 25, 2006

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By ____*s/ D. J. Baker*_____          By ____*s/ James H. Post*_____
      D. J. Baker                              Stephen D. Busey
      Sally McDonald Henry                      James H. Post
      Rosalie Walker Gray                      Cynthia C. Jackson,
      Jane M. Leamy                            Florida Bar Number 175460
Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(212) 735-2000 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Attorneys for Debtors                 Co-Attorneys for Debtors

2

**Hearing Date:**  **October 25, 2006 at 9:00 a.m.**
**Obj. Deadline:**  **October 16, 2006 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO**
**(A) INDEMNIFICATION CLAIMS, (B) NO LIABILITY CLAIMS,**
**(C) NO LIABILITY MISCLASSIFIED CLAIMS, (D) OVERSTATED CLAIMS,**
**(E) OVERSTATED MISCLASSIFIED CLAIMS, (F) UNLIQUIDATED CLAIMS,**
**(G) MISCLASSIFIED CLAIMS AND (H) AMENDED AND SUPERSEDED CLAIMS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), object under 11 U.S.C. §§ 502, 506 and 507 and Fed. R. Bankr. P. 3007 and 9014 (the "Objection") to the claims listed on the attached Exhibits A through H (the "Disputed Claims") and, for the reasons set forth below, seek entry of an order (the "Proposed Order") disallowing, reducing or reclassifying the Disputed Claims. [2]  In support of this Objection, the Debtors respectfully represent as follows:

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By order dated September 1, 2005, this Court approved notice and service procedures regarding omnibus claim objections (the "Claim Objection Procedures Order").  This Objection is filed pursuant to the Claim Objection Procedures Order.

## BACKGROUND

A.    The Chapter 11 Filings

1.    On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").  The Debtors' cases are being jointly administered for procedural purposes only.

2.    The Debtors are grocery and pharmaceutical retailers operating in the southeastern United States, primarily under the "Winn-Dixie" and "Winn-Dixie Marketplace" banners.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On March 1, 2005, pursuant to section 1102 of the Bankruptcy Code, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases.  An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

4.    On June 29, 2006, the Debtors filed a proposed Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, together with a proposed Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan").  The hearing to consider confirmation of the Plan is scheduled to commence on October 13, 2006.

5.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b)(2).

6.    The statutory predicates for the relief requested are sections 502, 506 and 507 of the Bankruptcy Code and Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Proofs of Claim

7.    By Order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have or assert (or believe they may have or assert) prepetition claims against one or more of the Debtors to file and serve a written proof of claim with respect to any such claim.  The bar date applicable to governmental units was August 22, 2005.  To date, over 13,500 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Notice of the Claims Bar Date Order and the applicable bar date was provided by mail and publication in accordance with the procedures outlined in the Claims Bar Date Order.

8.    In the ordinary course of business, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the amounts owed to their creditors.  The Debtors and their advisors are conducting a review of the Proofs of Claim filed in these cases (including supporting documentation) and a comparison of the claims asserted in the Proofs of Claim with the Books and Records to determine the validity of the asserted claims.  In the process, the Debtors have identified a number of Proofs of Claim that are objectionable, as more particularly described below.

## RELIEF REQUESTED

9.    By this Objection, the Debtors object to the Disputed Claims and, for the reasons described below, seek entry of the Proposed Order, pursuant to sections 502, 506 and 507 of the Bankruptcy Code and Bankruptcy Rules 3007 and 9014, disallowing, reducing or reclassifying the Disputed Claims.

3

**BASIS FOR RELIEF**

A.    Indemnification Claims

10.    Certain officers, directors and employees of the Debtors filed protective Proofs of Claim asserting claims against the Debtors with respect to alleged indemnification rights arising out of the Debtors' charters, bylaws or contracts  (the "Indemnification Claims"). The Indemnification Claims are listed on Exhibit A.

11.    The Debtors seek to disallow the Indemnification Claims as contingent claims for reimbursement subject to disallowance under section 502(e)(1)(B) of the Bankruptcy Code.  Because there are no amounts due at this time with respect to indemnification obligations owed to any person who was a director, officer or an employee of the Debtors prior to the Petition Date for claims arising before the Petition Date, the Debtors request that the Indemnification Claims be disallowed.[3]

12.    Section 502(e)(1)(B) of the Bankruptcy Code provides, in pertinent part:

(e)(1) Notwithstanding subsections (a), (b), and (c) of this section and paragraph (2) of this subsection, the court shall disallow any claim for reimbursement or contribution of an entity that is liable with the debtor on or has secured the claim, of a creditor, to the extent that --

\*        \*        \*

(B)  such claim for reimbursement or contribution is contingent as of the time of allowance or disallowance of such claim for reimbursement or contribution; . . .

11 U.S.C. § 502(e)(1)(B).  Congress's use of the term "shall" means that disallowance under section 502(e)(1)(B) is mandatory.  Thus, if the debtor (or other objecting party) establishes the existence of the elements of section 502(e)(1)(B), then the court must disallow the objected-to

---

[3]    Claim number 13521 listed on Exhibit A asserts indemnification obligations with respect to the Debtors' Management Security Plan ("MSP").  As set forth on Exhibit A, the Debtors also seek to disallow such claim on the ground that indemnification rights are not applicable to MSP claims.

claim.  However, "[f]or disallowance under section 502(e)(1)(B), three criteria must be met: (1) the claim must be contingent; (2) the claim must be for reimbursement or contribution; and (3) the claimant must be co-liable with the debtor with respect to the claim."  In re Pinnacle Brands, Inc., 259 B.R 46, 55 (Bankr. D. Del. 2001); see also, In re Drexel Burnham Lambert Group, Inc., 148 B.R. 982 (Bankr. S.D.N.Y. 1992); In re Wedtech, 87 B.R. 279, 283 (Bankr. S.D.N.Y. 1988) ("Wedtech II"); In re Provincetown-Boston Airlines, Inc., 72 B.R. 307, 309 (Bankr. M.D. Fla. 1987).  Because the elements of section 502(e)(1)(B) are satisfied with respect to the Indemnification Claims, such claims must be disallowed.  In the alternative, to the extent that the Indemnification Claims or any portions thereof are not subject to disallowance under section 502(e)(1)(B), the Debtors seek to have the Indemnification Claims estimated at zero pursuant to section 502(c) of the Bankruptcy Code.

13.    Accordingly, the Debtors (a) object to the Indemnification Claims listed on Exhibit A and (b) seek entry of the Proposed Order disallowing the Indemnification Claims.  Claimants may elect, by not timely responding to this Objection, to permit the Indemnification Claims listed on Exhibit A to be disallowed.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order disallowing the Indemnification Claims.

B.    No Liability Claims

14.    As a result of their review, the Debtors have identified 54 Disputed Claims with respect to which the Books and Records reflect no amount due (the "No Liability Claims").  The No Liability Claims, with reasons for disallowance, are listed on Exhibit B.

15.    The Debtors (a) object to the No Liability Claims listed on Exhibit B and (b) seek entry of the Proposed Order disallowing the No Liability Claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Claims listed on Exhibit B

to be disallowed.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Claims.

C.    No Liability Misclassified Claims

16.    As a result of their review, the Debtors have identified 18 Disputed Claims with respect to which the Books and Records reflect no amount due and that also appear to incorrectly assert secured or priority status (the "No Liability Misclassified Claims").  The No Liability Misclassified Claims, with reasons for disallowance, are listed on Exhibit C.

17.    To the extent that the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors also object to the No Liability Misclassified Claims on the basis of their assertion of secured or priority status.  The No Liability Misclassified Claims have not asserted any basis for entitlement to secured or priority status under the Bankruptcy Code.  Therefore, to the extent they are not disallowed in their entirety, the No Liability Misclassified Claims should be reclassified as unsecured non-priority claims.

18.    The Debtors (a) object to the No Liability Misclassified Claims listed on Exhibit C and (b) seek entry of the Proposed Order disallowing the No Liability Misclassified Claims.  To the extent the No Liability Misclassified Claims are not disallowed in their entirety, the Debtors will seek entry of an order reclassifying the No Liability Misclassified Claims as unsecured non-priority claims.  Claimants may elect, by not timely responding to this Objection, to permit the No Liability Misclassified Claims listed on Exhibit C to be disallowed.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order disallowing the No Liability Misclassified Claims.

D.    Overstated Claims

19.    As a result of their review, the Debtors have identified 20 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected

6

in the Books and Records (the "Overstated Claims"). The Overstated Claims, with the specific reasons for reduction, are listed on Exhibit D.

20.     These claims fall into several categories: (a) Proofs of Claim that include claims that arose postpetition; (b) Proofs of Claim that do not reflect accounts payable credits due to the Debtors; (c) Proofs of Claim that do not reflect accounts receivable balances due to the Debtors; (d) Proofs of Claim that include amounts that are not reflected as liabilities on the Books and Records; and/or (e) Proofs of Claim that include amounts for which the legal bases are contested by the Debtors.

21.     In addition, the Debtors identified certain Overstated Claims that were based on the same invoices as reclamation demands submitted by the Debtors' suppliers and vendors. As a result, such Overstated Claims partially duplicate the reclamation demands. The Debtors and the reclamation vendors listed on Exhibit C have previously agreed to their respective allowed reclamation claims pursuant to the reclamation trade lien program, which was approved by this Court's Order Approving Stipulation Between Debtors and Certain Trade Vendors Regarding Reconciliation and Treatment of Trade Vendors' Reclamation Claims and Establishing Post-Petition Trade Lien Program, dated August 5, 2005. The Debtors seek to reduce the Overstated Claims by those agreed amounts, for which payments are in process or have been completed, in addition to any other reductions as set forth on Exhibit D.

22.     The Debtors (a) object to the Overstated Claims listed on Exhibit D and (b) seek entry of the Proposed Order reducing the Overstated Claims. Claimants may elect, by not timely responding to this Objection, to permit the Overstated Claims listed on Exhibit D to be reduced. In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order reducing the Overstated Claims.

E.      Overstated Misclassified Claims

        23.     As a result of their review, the Debtors have identified 6 Disputed Claims that were filed in amounts that are greater than the liabilities owed to such claimants as reflected in the Books and Records and that also appear to be misclassified in whole or part (the "Overstated Misclassified Claims").  The Overstated Misclassified Claims, with specific reasons for reduction, are listed on Exhibit E.

        24.     The Debtors seek to reduce the Overstated Misclassified Claims for the reasons discussed in paragraphs 20 and 21 above.  In addition, none of the Overstated Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  None of the Overstated Misclassified Claims that assert priority status are entitled to priority status under any subsection of section 507(a) of the Bankruptcy Code.  Therefore, the Overstated Misclassified Claims should be reclassified as specified on Exhibit E.

        25.     The Debtors (a) object to the Overstated Misclassified Claims listed on Exhibit E and (b) seek entry of the Proposed Order reducing and reclassifying such Overstated Misclassified Claims as specified on Exhibit E.  Claimants may elect, by not timely responding to this Objection, to permit their Overstated Misclassified Claims to be reduced and reclassified as specified on Exhibit E.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order reducing and reclassifying the Overstated Misclassified Claims.

F.    Unliquidated Claims

26.    As a result of their review, the Debtors have identified 5 Disputed Claims that were filed with estimated or unliquidated amounts (the "Unliquidated Claims"). The Unliquidated Claims are listed on Exhibit F.

27.    The Debtors seek to fix the Unliquidated Claims in the amount owed per their Books and Records.  Therefore, the Debtors object to the Unliquidated Claims listed on Exhibit F and seek entry of the Proposed Order fixing such Unliquidated Claims in the amounts set forth on Exhibit F under the heading Fixed Claim Amount.  Claimants may elect, by not timely responding to this Objection, to permit their Unliquidated Claims listed on Exhibit F to be fixed in the amounts listed on Exhibit F.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order fixing the Unliquidated Claims in the amounts listed on Exhibit F.

G.    Misclassified Claims

28.    As a result of their review, the Debtors have identified 2 Disputed Claims that are misclassified in whole or part (the "Misclassified Claims").  A list of the Misclassified Claims is attached as Exhibit G.

29.    None of the Misclassified Claims that assert secured status are entitled to secured status under section 506(a) of the Bankruptcy Code because they are not (a) secured by liens on any property in which the Debtors have an interest or (b) subject to setoff under section 553 of the Bankruptcy Code.  Therefore, the Misclassified Claims should be reclassified as specified on Exhibit G.

30.    The Debtors (a) object to the Misclassified Claims listed on Exhibit G and (b) seek entry of the Proposed Order modifying such Misclassified Claims to reclassify such claims as specified on Exhibit G.  Claimants may elect, by not timely responding to this

Objection, to permit their Misclassified Claims listed on Exhibit G to be reclassified as specified on Exhibit G.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order reclassifying the Misclassified Claims.

H.    Amended and Superseded Claims

31.    As a result of their review, the Debtors have identified 9 proofs of claim (the "Amended Claims") that appear to have been amended and superseded by later filed claims.  A list of the Amended Claims is attached as Exhibit H.  Adjacent to the identified Amended Claim on Exhibit H, the Debtors have identified the related later filed claim that will remain if the Court grants this Objection (the "Remaining Claim").

32.    Some of the Remaining Claims assert liability in a different amount against the same Debtor, while other Remaining Claims assert a different classification of their claim or attach additional documentation.  The Debtors believe that the claimants holding Amended Claims will not be prejudiced by having their Amended Claims disallowed because their Remaining Claim will remain on the claims registry after the Amended Claim is disallowed.[4]

33.    Accordingly, the Debtors (a) object to the Amended Claims listed on Exhibit H and (b) seek entry of the Proposed Order disallowing the Amended Claims.  Claimants may elect, by not timely responding to this Objection, to permit their Amended Claims listed on Exhibit H to be disallowed.  In the absence of a Response (as defined in paragraph 37 below), the Debtors will present to the Court the Proposed Order disallowing the Amended Claims.

---

[4]    The Remaining Claims may be subject to further objections.  The Debtors reserve their rights to object to such claims upon notice to the claimants.

## SEPARATE CONTESTED MATTERS

34.    Each of the Disputed Claims and the Debtors' objections asserted below constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection shall be deemed a separate order with respect to each Disputed Claim.

## RESERVATION OF RIGHTS

35.    The Debtors expressly reserve the right to amend, modify, or supplement these objections and to file additional objections to the Disputed Claims or any other claims (filed or not) which may be asserted against the Debtors.  In particular, the Disputed Claims may be subject to further objection on the ground that they were filed against the incorrect Debtor. Subject to confirmation of the Plan and the resolution of substantive consolidation issues by its terms, the Debtors reserve the right to seek to modify the Debtor against which each of the Disputed Claims has been filed to reflect that each Disputed Claim is filed against the Debtor believed to be liable for the amounts asserted in the Disputed Claims.

36.    The Debtors reserve their rights with respect to potential preference and avoidance actions under chapter 5 of the Bankruptcy Code (the "Avoidance Actions") against any Claimant, and this Objection does not constitute a waiver of the Debtors' right to pursue such Avoidance Actions.

## RESPONSES TO THE OBJECTION

A.    Filing and Service of Responses

37.    Pursuant to the Claim Objection Procedures Order, to contest an Objection a claimant must file a written response to the Objection (a "Response") with the United States Bankruptcy Court for the Middle District of Florida (the "Court"), via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy

11

to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350,

Jacksonville, Florida 32202 no later than **October 16, 2006, at 4:00 p.m. (Eastern time)** (the

"Response Deadline").  In addition, a copy of the Response must be served on the following

party on or before the Response Deadline:

Counsel for the Debtors:

D. J. Baker Esq.
Skadden, Arps, Slate, Meagher
& Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2000 (facsimile)
djbaker@skadden.com

**B.      Timely Response Required; Hearing; Replies**

38.    If a Response is properly and timely filed and served in accordance with the

above procedures, the Debtors will endeavor to reach a consensual resolution with the claimant.

If no consensual resolution is reached, a hearing has been noticed for **October 25, 2006, at 9:00**

**a.m. (Eastern Time)**, or such other date and time as parties filing responses may be notified.

Only those Responses made in writing and timely filed and received will be considered by the

Court at any such hearing.  The Debtors reserve the right to seek to adjourn a hearing with

respect to a specific objection and any Response to such objection.

39.    If a claimant whose claim is subject to the Objection, and who is served

with the Objection, fails to file and serve a timely Response in compliance with the foregoing

procedures, the Debtors will present to the Court an appropriate order disallowing, reducing or

reclassifying the claim, without further notice to the claimant.

12

**NOTICE**

40.     Copies of this Objection will be served upon each of the claimants identified in Exhibits A through H, the United States Trustee, counsel for the Debtors' postpetition secured lender, counsel for the Creditors Committee, and, in an abundance of caution, upon the other parties in interest named on the Official Service List maintained in these cases.  The Debtors submit that no other or further notice need be given.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit I (a) disallowing the Indemnification Claims, (b) disallowing the No Liability Claims, (c) disallowing the No Liability Misclassified Claims, (d) reducing the Overstated Claims, (e) reducing and reclassifying the Overstated Misclassified Claims, (f) fixing the Unliquidated Claims, (g) reclassifying the Misclassified Claims and (h) disallowing the Amended Claims, and (iii) grant such other and further relief as is just and proper.

Dated: September 25, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ___s/ D. J. Baker_____
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray
      Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Attorneys for Debtors

SMITH HULSEY & BUSEY

By ___s/ James H. Post_____
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson,
      Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Co-Attorneys for Debtors

## Declaration

I, David M. Young, Division Support Manager, Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Twenty-Third Omnibus Objection to (A) Indemnification Claims, (B) No Liability Claims, (C) No Liability Misclassified Claims, (D) Overstated Claims, (E) Overstated Misclassified Claims, (F) Unliquidated Claims, (G) Misclassified Claims and (H) Amended and Superseded Claims. are true and correct to the best of my knowledge, information and belief.

David M. Young
Division Support Manager
Winn-Dixie Stores, Inc.

# EXHIBIT A

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 378206<br>ANDERSON, JOHN E<br>C/O WINN DIXIE<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | 9856<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411038<br>APPEL, LARRY B<br>C/O WINN DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10577<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411049<br>BROGAN, JAMES R<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10589<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377847<br>BYRUM, D MICHAEL<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10593<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 13716<br>CALVERT, LEON L III<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 10329<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377848<br>CHERRY, KEITH B<br>C/O WINN DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10573<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378207<br>DASBURG, JOHN H<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 11138<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 533630<br>DAVIS, A DANO<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13497<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 410879<br>DAVIS, T WAYNE<br>1910 SAN MARCO BLVD<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32207 | 9974<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 20988<br>DELGATTO, BONNIE T<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY<br><br>  Counsel: ATTN STEPHEN F RADFORD, JR, ESQ | 10453<br>**Debtor:** WINN-DIXIE LOGISTICS, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 406563<br>DELL ANTONIA, DEAN<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13555<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377850<br>DOGAN, DEDRA N<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10649<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492874<br>DOGAN, DEDRA N<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13484<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411050<br>DOOLITTLE, C WILLIAM JR<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10594<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 533647<br>ECKSTEIN, FRANK<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13513<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 377852<br>ESTILL, GARI L<br>C/O WINN DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10678<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 406614<br>ESTILL, GARI L<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13522<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 534450<br>FAKETTY, DAN<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13519<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411057<br>FISHER, WILLIAM<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10650<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492877<br>FISHER, WILLIAM E<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13482<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492878<br>FOREHAND, CHERYL<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13511<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377854<br>FOREHAND, CHERYL A<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10591<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378239<br>GADDY, NANCY<br>C/O WINN-DIXIE<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 | 10168<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:**  377856<br>GAGE, JOANNE R<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL 32254 | 10587<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:**  377860<br>HARDEE, KELLIE D<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL 32254 | 10595<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:**  411005<br>HENRY, DAVID F<br>C/O WINN DIXIE STORE, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL 32254-3699 | 10432<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:**  411029<br>HOPKINS, H I JR<br>C/O WINN DIXIE STORE INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL 32254-3699 | 10679<br>**Debtor:**  WINN-DIXIE SUPERMARKETS, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:**  377862<br>HUTTON, RANDALL L<br>C/O WINN DIXIE STORE, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL 32254 | 10565<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:**  37781<br>ISTRE, MICHAEL J<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD CT<br>JACKSONVILLE,  FL 32254 | 10327<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:**  411039<br>JAMES, JOHN J<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL 32254-3699 | 10578<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 492896<br>JAMES, JOHN J<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13443<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 382746<br>JONES, GARY<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13451<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377864<br>JONES, GARY B<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 11016<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 403786<br>JONES, GARY B<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13452<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377865<br>JUDD, RICHARD C<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10588<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 406840<br>JUDD, RICHARD C<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13449<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378252<br>KENNEDY, PAUL<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10677<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 403802<br>LAFEVER, DANIEL G<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13504<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410983<br>LAFEVER, DANIEL G<br>C/O WINN DIXIE STORE, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10479<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 382762<br>LAZARAN, FRANK<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY<br><br>  Counsel: ATTN JOHN T ROGERSON, III, ESQ | 7687<br>**Debto r :** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377869<br>LYNCH, PETER L<br>C/O WINN DIXIE STORES INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10575<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411044<br>MARTIN, DEBRA A<br>C/O WINN DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10585<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 417418<br>MCCOOK, RICHARD P<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 12941<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 417418<br>MCCOOK, RICHARD P<br>ADDRESS INTENTIONALY OMITTED<br>TO PROTECT PRIVACY | 13538<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378266<br>MEDINA, JOSEPH P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD ROAD<br>JACKSONVILLE  FL  32254-3699 | 9730<br>**Debtor:**  WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410979<br>MEHRER, EDWARD W JR<br>C/O WINN-DIXIE STORE, INC,<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10475<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377876<br>NEWSOM, CHARLES R<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10616<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378213<br>NORTH, JULIA B<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | 10216<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 395404<br>NOVAK, PAUL<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13544<br>**Debtor:** WINN-DIXIE STORES, INC. | $75,000.00 | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377878<br>NUSSBAUM, BENNETT L<br>C/O WINN DIXIE STORES INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10576<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377880<br>RAMBO, RANDALL L.<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254 | 10592<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411048<br>RIDER, CARLETON T<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254-3699 | 10586<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 411003<br>ROBBINS, THOMAS P<br>C/O WINN DIXIE STORE, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10431<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492920<br>RODRIGUEZ, LINDA R<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13520<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 400905<br>ROY, JAYSON J<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13490<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 410784<br>ROY, JAYSON J<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 10919<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492922<br>SCOTT, CHRISTOPHER L SR<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13488<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 377883<br>SELLERS, MARK A<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254 | 10590<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411022<br>SERANO, LUIS<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY<br><br>Counsel: ATTN STEPHEN F RADFORD, JR, ESQ | 10452<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378216<br>SKELTON, H JAY<br>C/O WINN DIXIE<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL  32254-3699 | 9938<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 492927<br>SLOAN, SHAWN M<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13547<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378217<br>STEPHENS, CHARLES P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE,  FL 32254-3699 | 9967<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492929<br>STUBBS, KEVIN A<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13550<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378291<br>TIBERIO, PAUL<br>C/O WINN DIXIE STORES INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE FL 32254 | 10681<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 492932<br>TIBERIO, PAUL L<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13506<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 395406<br>TIMBROOK, STANLEY R JR<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13521<br>**Debtor:** WINN-DIXIE STORES, INC. | $201,459.00 | NO LIABILITY. INDEMNIFICATION RIGHTS ARE NOT APPLICABLE TO MSP CLAIMS. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411034<br>TOWNSEND, RONALD<br>C/O WINN-DIXIE STORES, INC.<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL 32254-3699 | 10568<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 533638<br>TOWNSEND, RONALD<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13496<br>**Debtor:** WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT A - INDEMNIFICATION CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 75957<br>VANSCHOOR, DEBORAH A<br>ADDRESS INTENTIONALLY OMITTED<br>TO PROTECT PRIVACY | 13445<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411120<br>WADFORD, H STANLEY<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 11085<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 378293<br>WESTON, CHARLES M<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 11083<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |
| **Creditor Id:** 411118<br>YOUNG, DAVID M<br>C/O WINN DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE  FL  32254-3699 | 11084<br>**Debtor:** **WINN-DIXIE STORES, INC.** | Unliquidated | NO LIABILITY.  CONTINGENT CLAIM FOR REIMBURSEMENT<br>PURSUANT TO 11 U.S.C. SECTION 502(E). |

**Total Claims to be Disallowed:** 72

**Total Amount to be Disallowed:** $276,459.00   **Plus Unliquidated Amounts, If Any**

**EXHIBIT B**

WINN-DIXIE STORES, INC., ET AL.
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

Page: 1 of 10

Date: 09/24/2006

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 278401<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON MS 39296<br><br>Counsel: ATTN SUSANNA BAKER, ESQ | 13397<br>**Debtor:** WINN-DIXIE STORES, INC. | $49,072.00 | NO LIABILITY. CLAIMANT FILED CLAIM NUMBERS 10283, 10284, 10285, AND 10286, WHICH WERE RESOLVED BY ORDER OF THE COURT (DKT NO. 9621). CLAIMANT THEN FILED CLAIM NUMBERS 13397, 13398, 13399, AND 13400 OSTENSIBLY TO REFLECT THAT ORDER. SUCH CLAIMS ARE DUPLICATIVE OF THE ORDER AND UNNECESSARY. |
| **Creditor Id:** 278401<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON MS 39296<br><br>Counsel: ATTN SUSANNA BAKER, ESQ | 13398<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $49,072.00 | NO LIABILITY. CLAIMANT FILED CLAIM NUMBERS 10283, 10284, 10285, AND 10286, WHICH WERE RESOLVED BY ORDER OF THE COURT (DKT NO. 9621). CLAIMANT THEN FILED CLAIM NUMBERS 13397, 13398, 13399, AND 13400 OSTENSIBLY TO REFLECT THAT ORDER. SUCH CLAIMS ARE DUPLICATIVE OF THE ORDER AND UNNECESSARY. |
| **Creditor Id:** 278401<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON MS 39296<br><br>Counsel: ATTN SUSANNA BAKER, ESQ | 13399<br>**Debtor:** WINN-DIXIE STORES, INC. | $673.03 | NO LIABILITY. CLAIMANT FILED CLAIM NUMBERS 10283, 10284, 10285, AND 10286, WHICH WERE RESOLVED BY ORDER OF THE COURT (DKT NO. 9621). CLAIMANT THEN FILED CLAIM NUMBERS 13397, 13398, 13399, AND 13400 OSTENSIBLY TO REFLECT THAT ORDER. SUCH CLAIMS ARE DUPLICATIVE OF THE ORDER AND UNNECESSARY. |
| **Creditor Id:** 278401<br>1997 PROPERTIES LLC<br>C/O ROGER P FRIOU, MANAGING MEMBER<br>PO BOX 55416<br>JACKSON MS 39296<br><br>Counsel: ATTN SUSANNA BAKER, ESQ | 13400<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $673.03 | NO LIABILITY. CLAIMANT FILED CLAIM NUMBERS 10283, 10284, 10285, AND 10286, WHICH WERE RESOLVED BY ORDER OF THE COURT (DKT NO. 9621). CLAIMANT THEN FILED CLAIM NUMBERS 13397, 13398, 13399, AND 13400 OSTENSIBLY TO REFLECT THAT ORDER. SUCH CLAIMS ARE DUPLICATIVE OF THE ORDER AND UNNECESSARY. |
| **Creditor Id:** 241368<br>A-1 PROVISIONS, INC<br>19538 BLACK OLIVE LANE<br>BOCA RATON, FL 33498 | 407<br>**Debtor:** WINN-DIXIE STORES, INC. | $2,773.57 | NO LIABILITY PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 416983<br>ACE AMERICAN INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12670<br>**Debtor:** WINN-DIXIE STORES, INC. | $63,357,926.00 | NO AMOUNT DUE. WORKERS COMPENSATION POLICIES AND PROGRAM AGREEMENTS ASSUMED BY ORDER DATED AUGUST 4, 2005. ALL PREMIUMS HAVE BEEN PAID ON GENERAL AND AUTOMOBILE LIABILITY POLICIES. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410778<br>AMSOUTH BANK (PROPERTIES DEPT)<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM  AL  35203-2104 | 10954<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,001.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON STORES 2620 AND 514.  AS TO STORE 2620, CLAIMANT ASSERTS ESTIMATED COSTS TO REMOVE ATM EQUIPMENT FROM REJECTED LEASE.  OPTION TO OPERATE ATM WAS ON A MONTH TO MONTH BASIS AND CLAIMANT WAS RESPONSIBLE FOR THE ATM'S REMOVAL.  DEBTOR WAS RECEIVING PAYMENTS FROM CLAIMANT FOR THE SPACE USAGE AND PROVIDED CLAIMANT PROPER NOTICE OF TERMINATION OF OPTION.  AS TO STORE 514, REJECTION DAMAGES ARE NOT OWED AS LEASE IS TO BE ASSUMED. |
| **Creditor Id:** 399344<br>BARD, ERVIN R & SUSANNE<br>C/O ISRAEL FRIEDBERG & KORBATOV LLP<br>ATTN JAMES A FRIEDBERG ESQ<br>11601 WILSHIRE BLVD SUITE 2200<br>LOS ANGELES  CA  90025 | 482<br>**Debtor:** WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY FOR ESTIMATED COSTS OF REPAIRING PREMISES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 243180<br>BCG COMMUNICATIONS, INC<br>ATTN CRYSTAL L BERISKO, VP<br>13876 67TH STREET NORTH<br>WEST PALM BEACH,  FL  33412 | 301<br>**Debtor:** WINN-DIXIE STORES, INC. | $3,464.68 | NO LIABILITY PER AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 408401<br>CHESTER DIX HURST CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7715<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $2,884,053.06 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED.  ALL ASSERTED AMOUNTS WERE CURED AT CLOSING. |
| **Creditor Id:** 408400<br>CHESTER DIX LAKE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7697<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $3,622,145.51 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED.  ALL ASSERTED AMOUNTS WERE CURED AT CLOSING. |
| **Creditor Id:** 2138<br>CHESTER DIX PIKEVILLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY,  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 12144<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $2,457,328.19 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. DEBTOR ASSUMED LEASE AND PAID ALL CURE COSTS AT CLOSING. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Creditor Id:  386<br>CITY OF GAINESVILLE<br>ATTN DEE DEE STEPHENS, TAX OFFICE<br>PO BOX 2496<br>GAINESVILLE  GA  30503 | 2184<br>Debtor:  **WINN-DIXIE SUPERMARKETS, INC.** | $50,117.63 | NO AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS AND NO DOCUMENTATION.  CLAIM RELATES TO SOLD LOCATION.  ALL AMOUNTS DUE WERE PAID AT CLOSING. |
| Creditor Id:  266221<br>COUNTY OF BREVARD<br>ATTN ROD NORTHCUTT<br>400 SOUTH STREET, 6TH FLOOR<br>PO BOX 2500<br>TITUSVILLE  FL  32781-2500<br><br>   Counsel: ATTN BRIAN FITZGERALD, ESQ | 768<br>Debtor:  **WINN-DIXIE STORES, INC.** | $95.93 | NO LIABILITY.  DEBTOR'S BOOKS AND RECORDS REFLECT 6/17/05 PAYMENT BY CHECK NUMBER 009903219 PURSUANT TO 3/15/05 FINAL ORDER AUTHORIZING DEBTORS TO PAY PRE-PETITION TAXES AND OTHER ORDINARY COURSE GOVERNMENTAL OBLIGATIONS (DKT NUMBER 435). |
| Creditor Id:  244701<br>COUNTY OF CARROLL TAX COMMISSIONER<br>PROPERTY TAX<br>ATTN JEAN MATTHEWS<br>423 COLLEGE STREET, ROOM 401<br>CARROLLTON  GA  30117-3142 | 1763<br>Debtor:  **WINN-DIXIE STORES, INC.** | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |
| Creditor Id:  407538<br>COUNTY OF CHARLESTON BANKR DEPT<br>ATTN JANICE PORTER, BANKRUPTCY TECH<br>4045 BRIDGEVIEW DRIVE<br>NORTH CHARLESTON  SC  29405 | 4217<br>Debtor:  **WINN-DIXIE STORES, INC.** | $6,023.40 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  TAXES INCURRED MORE THAN THREE YEARS BEFORE PETITION DATE SHOULD BE DISALLOWED.  WHEN RETURNS ARE FILED AS THEY WERE IN THIS CASE, STATE STATUTE REQUIRES TAXING AUTHORITY TO REQUEST ADDITIONAL PAYMENTS WITHIN 36 MONTHS.  TAXING AUTHORITY FAILED TO DO SO. |
| Creditor Id:  410416<br>COUNTY OF CLARK, IN TREASURER<br>ATTN FRANK BALLARD<br>425 E 7TH STREET<br>JEFFERSONVILLE  IN  47130 | 7486<br>Debtor:  **WINN-DIXIE STORES, INC.** | $47,298.70 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id:  266146<br>COUNTY OF CRAVEN TAX COLLECTN DEPT<br>ATTN RONALD ANTRY OR C JOHNSON<br>226 POLLOCK STREET<br>NEW BERN  NC  28560-4943 | 1397<br>Debtor:  **WINN-DIXIE RALEIGH, INC.** | $3,939.06 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  STORE 812 WAS ASSIGNED TO FOOD LION.  DEBTOR NOTIFIED CRAVEN COUNTY TAX DEPARTMENT OF ASSIGNMENT IN 2003. |
| Creditor Id:  407675<br>COUNTY OF DALLAS, ET AL<br>ATTN TAMMY JONES KING, TAX COLL<br>PO BOX 987<br>SELMA  AL  36702-0987 | 12879<br>Debtor:  **WINN-DIXIE STORES, INC.** | $5,522.31 | NO LIABILITY TO CLAIMANT PER DEBTOR'S BOOKS AND RECORDS.  ALSO LATE-FILED CLAIM. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 249116<br>COUNTY OF ERIE SCU<br>ATTN TIMOTHY M KONICKI<br>95 FRANKLIN STREET, RM 728<br>BUFFALO NY 14202 | 1972<br>**Debtor:** WINN-DIXIE STORES, INC. | $34.37 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT PAYMENT OF $34.31 ON 3/3/05 BY CHECK NUMBER 009900633 PURSUANT TO FIRST DAY EMPLOYEE ORDER (DKT NO. 47). |
| **Creditor Id:** 263463<br>COUNTY OF FLOYD TREASURER<br>ATTN DARLENE S MCCOY, TREASURER<br>311 WEST FIRST STREET<br>NEW ALBANY IN 47150 | 3906<br>**Debtor:** WINN-DIXIE STORES, INC. | $42,525.05 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 250998<br>COUNTY OF GUILFORD, NC TAX DEPT<br>ATTN JAMES E ROLAND, TAX COLLECTOR<br>330 N EUGENE STREET<br>PO BOX 3328<br>GREENSBORO NC 27402 | 7371<br>**Debtor:** WINN-DIXIE STORES, INC. | $86,823.60 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 406108<br>COUNTY OF GUILFORD, NC, TAX DEPT<br>ATTN JAMES E ROLAND, ASST TAX COLL<br>PO BOX 3138<br>GREENSBORO NC 27402 | 3299<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,654.92 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. STORE CLOSED IN JUNE 2000. |
| **Creditor Id:** 267589<br>COUNTY OF HORRY TREASURY DEPT<br>ATTN RUBY TYLER<br>107 HIGHWAY 57 N BOX 2<br>LITTLE RIVER SC 29566-7050 | 1792<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $4,595.89 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR 1995 TAX YEAR. TAXING AUTHORITY CANNOT COLLECT ON THIS CLAIM DUE TO DATE OF ALLEGED DELINQUENCY AND NOTICE PERIOD REQUIREMENTS. |
| **Creditor Id:** 452114<br>COUNTY OF JEFFERSON TAX COLLECTOR<br>C/O MOWREY & BIGGINS, PA<br>ATTN JASON H EGAN, ESQ<br>515 N ADAMS STREET<br>TALLAHASSEE FL 32301 | 13215<br>**Debtor:** WINN-DIXIE STORES, INC. | $11,468.85 | LIABILITY INCLUDED IN CLAIM NUMBER 12566 FILED BY FLORIDA TAX COLLECTOR. ALSO, LATE-FILED CLAIM. |
| **Creditor Id:** 266738<br>COUNTY OF VANCE, NC<br>PLANNING & DEVELOPMENT<br>ATTN JOYCE DICKERSON<br>156 CHURCH STREET, SUITE 003<br>HENDERSON NC 27536-5574 | 1365<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 240791<br>COUNTY OF YORK, SC TREASURER<br>PO BOX 116<br>YORK SC 29745 | 2555<br>**Debtor:** WINN-DIXIE STORES, INC. | $33,556.62 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  STORE ASSIGNED TO BI-LO.  IN ACCORDANCE WITH CLOSING STATEMENT, ALL 2005 TAXES ARE ASSIGNEE'S RESPONSIBILITY.  ALL OTHER INVOICES RELATE TO LEASED EQUIPMENT TO BE PAID BY LESSOR, NOT DEBTOR. |
| **Creditor Id:** 248712<br>EASTGATE CENTER LLC<br>110 DEER RIDGE RD<br>BRANDON, MS 39042 | 33585<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1,848.01 | NO LIABILITY.  LEASE ASSUMED AND ASSIGNED 8/15/05 TO DOUBLE R FOODS, LLC.  DEBTOR PAID $1,780.77 ON CLOSING STATEMENT AS CURE.  NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10229<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO AMOUNT DUE.  POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10230<br>**Debtor:** ASTOR PRODUCTS, INC. | $0.00 | NO AMOUNT DUE.  POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10231<br>**Debtor:** CRACKIN' GOOD, INC. | $0.00 | NO AMOUNT DUE.  POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10232<br>**Debtor:** DEEP SOUTH PRODUCTS, INC. | $0.00 | NO AMOUNT DUE.  POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10233<br>**Debtor:** DIXIE PACKERS, INC. | $0.00 | NO AMOUNT DUE.  POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10234<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10235<br>**Debtor:** | $0.00<br>**WINN-DIXIE PROCUREMENT, INC.** | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 410966<br>FIDELITY & GUARANTY INS CO, ET AL<br>ATTN JEFFREY FISHER, ESQ<br>5 BATTERSON PARK<br>FARMINGTON CT 06032<br><br>Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | 10236<br>**Debtor:** | $0.00<br>**WINN-DIXIE RALEIGH, INC.** | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 416984<br>ILLINOIS UNION INSURANCE COMPANY<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12694<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 416982<br>INDEMNITY INSURANCE CO OF N AMERICA<br>C/O ACE USA<br>ATTN COLLATERAL MANAGER<br>436 WALNUT STREET<br>PHILADELPHIA PA 19106<br><br>Counsel: ATTN MARGERY N. REED, ESQ | 12646<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 408360<br>KEMPER INSURANCE COMPANIES, THE<br>C/O WILDMAN HARROLD ALLEN & DIXON<br>ATTN D J FISHER & J C PASCHKE, ESQS<br>225 WEST WACKER DR<br>CHICAGO IL 60606 | 8726<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 1539<br>LASALA PINEBROOK ASSOCIATES LP<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 7967<br>**Debtor:** WINN-DIXIE STORES, INC. | $67,454.55 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. LEASE ASSUMED AND ASSIGNED AS OF 8/4/05 TO BROOKSHIRE GROCERY CO. ALL AMOUNTS DUE WERE SATISFIED AT CLOSING. |
| **Creditor Id:** 410809<br>MSL NORTH, INC<br>ATTN BILL CRONA, DIRECTOR<br>1415 TIMBERLANE RD, SUITE 217<br>TALLAHASSEE FL 32312<br><br>Counsel: ATTN CYNTHIA L. MEIER | 10637<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 U.S.C. SECTION 502(E). THIS CLAIM IS DUPLICATIVE OF CLAIM NUMBER 8505, WHICH HAS BEEN DISALLOWED BY 8/24/06 COURT ORDER ON OMNIBUS OBJECTION TO LITIGATION CLAIMS. |
| **Creditor Id:** 411179<br>NATIONAL UNION FIRE INSURANCE CO<br>OF PITTSBURGH PA, ET AL<br>C/O AIG LAW DEPT - BANKRUPTCY<br>ATTN MICHELLE A LEVITT, ESQ.<br>70 PINE STREET, 31ST FLOOR<br>NEW YORK NY 10270 | 11248<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY. ALL PREMIUMS PAID. DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 403182<br>NOBO, RAFAEL J III<br>PO BOX 2188<br>BARTOW FL 33831 | 888<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND NO SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 411134<br>ORIX CAPITAL MKTS, SERIES 2002-IQ2<br>HOLDERS OF MORGAN STANLEY DEAN<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11143<br>**Debtor:** WINN-DIXIE STORES, INC. | $0.00 | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED. |
| **Creditor Id:** 400023<br>PARK, SUSAN<br>2494 NE 5TH AVENUE<br>BOCA RATON FL 33431 | 1505<br>**Debtor:** WINN-DIXIE STORES, INC. | $729.53 | NO LIABILITY. DEBTOR'S BOOKS AND RECORDS REFLECT 6/22/05 PAYMENT OF $729.53 BY CHECK NUMBER 7998286 PURSUANT TO ORDER AUTHORIZING PAYMENT OF AUTOMOBILE LIABILITY CLAIMS (DKT NO. 1065). |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 381030<br>PERIPETY GROUP INC  C/O COMM PARTNERS<br>3605 SANDY PLAINS RD, SUITE 240-178<br>MARIETTA, GA 30066 | 37028<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $7,034.55 | NO LIABILITY. LEASE ASSUMED AND ASSIGNED 8/30/05 TO ALL AMERICAN QUALITY FOODS, INC. DEBTOR PAID CURE COSTS OF $7,034.55 ($6,307.01 FOR INSURANCE AND $727.54 FOR COMMON AREA MAINTENANCE CHARGES). NO OTHER AMOUNT IS DUE. |
| **Creditor Id:** 410779<br>REGIONS BANK<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203 2104 | 10953<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $1.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 408335<br>RELIANCE INSURANCE CO<br>C/O OBERMAYER, REBMANN, ET AL<br>ATTN L J TABAS & D M RICHARDS, ESQS<br>ONE PENN CENTER<br>1617 JFK BLVD, 19TH FLOOR<br>PHILADELPHIA PA 19103 | 11716<br>**Debtor:** WINN-DIXIE STORES, INC. | $31,616,231.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| **Creditor Id:** 408205<br>SAFECO INSURANCE COMPANY OF AMERICA<br>C/O TORRE LENTZ GAMELL ET AL<br>ATTN BENJAMIN D LENTZ, ESQ<br>100 JERICHO QUADRANGLE, SUITE 309<br>JERICHO NY 11783<br><br>Counsel: ATTN LAWRENCE S NOVAK, ESQ | 6187<br>**Debtor:** WINN-DIXIE STORES, INC. | $750,000.00 | NO WORKERS COMPENSATION CLAIMS IN VIRGINIA ARE OUTSTANDING FOR THE TERM FOR WHICH THE BONDS WERE ISSUED. NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E). DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 408205<br>SAFECO INSURANCE COMPANY OF AMERICA<br>C/O TORRE LENTZ GAMELL ET AL<br>ATTN BENJAMIN D LENTZ, ESQ<br>100 JERICHO QUADRANGLE, SUITE 309<br>JERICHO  NY  11783<br><br>   Counsel: ATTN LAWRENCE S NOVAK, ESQ | 6188<br>**Debtor:** WINN-DIXIE STORES, INC. | $1,000,000.00 | NO WORKERS COMPENSATION CLAIMS IN MISSISSIPPI ARE OUTSTANDING FOR THE TERM FOR WHICH THE BONDS WERE ISSUED.  NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E).  DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 408205<br>SAFECO INSURANCE COMPANY OF AMERICA<br>C/O TORRE LENTZ GAMELL ET AL<br>ATTN BENJAMIN D LENTZ, ESQ<br>100 JERICHO QUADRANGLE, SUITE 309<br>JERICHO  NY  11783<br><br>   Counsel: ATTN LAWRENCE S NOVAK, ESQ | 6189<br>**Debtor:** WINN-DIXIE STORES, INC. | $5,600,000.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND CONTINGENT CLAIM FOR REIMBURSEMENT PURSUANT TO 11 USC SECTION 502(E). GEORGIA AND CERTAIN OTHER STATES, UPON INFORMATION AND BELIEF, HAVE RELEASED THE DEBTORS FROM THE OBLIGATIONS ON BONDS. DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432).  SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS.  ACCORDINGLY, ALL CLAIM PAYMENTS FOR WORKERS' COMPENSATION INJURIES THAT MIGHT BE COVERED BY THIS INSURER ARE BEING MADE AND NO AMOUNT IS DUE THIS INSURER. |
| **Creditor Id:** 278567<br>SPECTRUM/GRANDVIEW PINES LLC<br>C/O SPECTRUM DEVELOPMENT CO, LLC<br>ATTN EDGAR H FATZINGER, III, MEMBER<br>PO BOX 11045<br>MONTGOMERY  AL  36111 | 11136<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $37,500.00 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id:** 263785<br>UNITED COMMERCIAL MORTGAGE CORP<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>135 JERICHO TURNPIKE<br>OLD WESTBURY  NY  11568<br><br>   Counsel: ATTN DIANA M THIMMIG, ESQ | 7705<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $2,084,514.00 | NO LIABILITY ON LEASE ASSIGNED PRIOR TO BANKRUPTCY FILING. ALTHOUGH DEBTOR REMAINS GUARANTOR IN EVENT OF DEFAULT, NO DEFAULT HAS OCCURRED.  ALL ASSERTED AMOUNTS SHOULD HAVE BEEN OR WERE CURED AT CLOSING. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - NO LIABILITY CLAIMS TO BE DISALLOWED**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| **Creditor Id:** 410965 | 10221 | $0.00 | NO AMOUNT DUE. POLICIES TO BE ASSUMED BY MOTION DATED SEPTEMBER 22, 2006. |
| US FIDELITY & GUARANTY CO, ET AL | **Debtor:** **WINN-DIXIE STORES, INC.** | | |
| ATTN JEFFREY FISHER, ESQ | | | |
| 5 BATTERSON PARK | | | |
| FARMINGTON  CT  06032 | | | |
| Counsel: ATTN H HORWICH/S HRYNIEWICZ, ESQS | | | |

| | | |
|---|---|---|
| **Total Claims to be Disallowed:** | **54** | |
| **Total Amount to be Disallowed:** | **$114,416,151.04** | **Plus Unliquidated Amounts, If Any** |

**EXHIBIT C**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 421023**<br>AKERS, MARY E<br>1388 SE 11TH PL<br>HOMESTEAD FL 33035-2014 | 13021<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $1,037.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE. THE APRIL 7, 2006 SPECIAL BAR DATE WAS NOT APPLICABLE TO EMPLOYEE CLAIMS WHOSE BAR DATE WAS AUGUST 1, 2005. CLAIMANT RECEIVED NOTICE OF THE AUGUST 1, 2005 BAR DATE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 4365**<br>ALMEIDA, ANGELINA DASILVA<br>6317 18TH STREET SOUTH<br>WEST PALM BEACH FL 33415 | 3834<br>Debtor: WINN-DIXIE STORES, INC. | $28.13 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 87091**<br>ARNONE, FRANK A<br>52586 RED HILL RD<br>INDEPENDENCE LA 70002<br><br>Counsel: ATTN W CHAD STELLY, ESQ | 10684<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT SEEKS JUDICIAL REVIEW OF INSURER'S DENIAL OF LONG TERM DISABILITY BENEFITS DUE TO HIS FAILURE TO PRESENT REQUISITE MEDICAL DOCUMENTATION OF DISABILITY. ISSUE IS WITH INSURER NOT DEBTOR. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410944**<br>BOAZ, WILLIAM & BRIDGET<br>2411 ST JOHN DRIVE<br>WILSON NC 27893 | 13402<br>Debtor: WINN-DIXIE STORES, INC. | $114,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND LATE. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 103261**<br>CAINION, REGINALD B<br>162 SOLOMON ROAD<br>KATHLEEN GA 31047 | 5465<br>Debtor: WINN-DIXIE RALEIGH, INC. | $33,250.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 245569**<br>CITY OF BEDFORD REV COMMISSIONER<br>ATTN BRENDA DANIEL<br>PO BOX 807<br>BEDFORD, VA 24523-0807 | 2029<br>Debtor: WINN-DIXIE RALEIGH, INC. | $0.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY, NO DOCUMENTATION, AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 403269**<br>COMMONWEALTH OF KENTUCKY HEALTH/FAM<br>CHFS-OLS<br>ATTN R WARNE/W H OVERCASH, ESQS<br>275 EAST MAIN STREET, 5W-B<br>FRANKFORT KY 40621<br><br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 13248<br>Debtor: WINN-DIXIE STORES, INC. | $64,679.85 | Secured | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT FILED CLAIM NUMBERS 11212, 11213, 11214, AND THIS CLAIM AGAINST WINN-DIXIE STORES INC., AS SECURED CLAIMS EACH IN THE AMOUNT OF $64,679.85. CLAIM NUMBERS 11213 AND 11214 WERE DISALLOWED AS DUPLICATIVE OF CLAIM NUMBER 11212 BY THE 1/19/06 SECOND OMNIBUS CLAIMS OBJECTION ORDER. CLAIM NUMBER 11212 WAS DISALLOWED AND RECLASSIFIED TO UNSECURED NON-PRIORITY BY THE 8/10/06 FOURTEENTH OMNIBUS CLAIMS OBJECTION ORDER ON THE GROUND OF NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND MISCLASSIFICATION. AS THE COURT HAS ALREADY DETERMINED THE ISSUE, THIS CLAIM SHOULD BE DISALLOWED. ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 410813**<br>CRIIMI MAE SVCS LP, SERIES 1997-C2<br>HOLDERS FIRST UNION COMMERCIAL<br>C/O VENABLE, LLP<br>ATTN G A CROSS, H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10615<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410820**<br>CRIIMI MAE SVCS LP, SERIES 1997-ML1<br>HOLDERS COMMERCIAL MRTG ACCEPTANCE<br>C/O VENABLE LLP<br>ATTN G A CROSS & H D FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 10600<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED..  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 411169**<br>CWCAPITAL ASSET MGMT, SERIES 2005C1<br>HOLDERS LB-UBS COMMERCIAL MORTGAGE<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11226<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | INSUFFICIENT DOCUMENTATION TO DETERMINE IF ANY AMOUNT IS OWED..  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 419955**<br>DIAL, JIMMY & CHERYL JT TEN<br>1920 RABBIT RUN RD<br>VINE  GROVE KY 40175 | 13166<br>**Debtor: WINN-DIXIE STORES, INC.** | $87,465.00 | Priority | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS, NO SUPPORTING DOCUMENTATION, AND LATE.  THE APRIL 7, 2006 SPECIAL BAR DATE WAS NOT APPLICABLE TO EMPLOYEE CLAIMS WHOSE BAR DATE WAS AUGUST 1, 2005.  CLAIMANT RECEIVED NOTICE OF THE AUGUST 1, 2005 BAR DATE.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 381792**<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 10248<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS.  LEASES THAT ARE SUBJECT OF CLAIM ARE TO BE ASSUMED BY DEBTOR.  ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 32854**<br>HARMON, BRIAN<br>259 BAYBROOK CIRCLE<br>NICHOLASVILLE  KY  40356 | 5707<br>**Debtor: WINN-DIXIE STORES, INC.** | $1,000.00 | Multiple Classes | Unsecured<br>Non-Priority | NO LIABILITY PER AGREEMENT WITH CLAIMANT.  ALSO, MISCLASSIFIED CLAIM. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT C - NO LIABILITY AND MISCLASSIFIED**
**CLAIMS TO BE DISALLOWED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Disallowance and Reclassification |
|---|---|---|---|---|---|
| **Creditor Id: 150813**<br>IRBY, KEELIN<br>3506 BULLOCK AVE<br>AUGUSTA GA 30906 | 10457<br>**Debtor: WINN-DIXIE STORES, INC.** | $3,000.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS AND UNKNOWN BASIS FOR CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8589<br>**Debtor: WINN-DIXIE MONTGOMERY, INC.** | $0.00 | Multiple Classes | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS ON CONTINGENT CLAIM. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 194899**<br>PRICE, JONATHAN L<br>2306 FORESTGLEN DRIVE<br>JACKSON MS 39213 | 1106<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. AS CLAIMANT WAS TERMINATED 8/7/04, NO AMOUNT IS DUE FOR NOVEMBER 2004. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 406030**<br>STATE OF OHIO WORKERS COMP BUREAU<br>LAW SECTION, BANKR UNIT<br>ATTN LARRY RHODEBECK, ESQ<br>30 W SPRING STREET<br>PO BOX 15567<br>COLUMBUS OH 43215-0567<br><br>Counsel: ATTN ANGELA HUFFMAN | 9854<br>**Debtor: WINN-DIXIE RALEIGH, INC.** | $328,110.48 | Priority | Unsecured Non-Priority | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS. DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |
| **Creditor Id: 391435**<br>VIZENA, ELVA<br>C/O TERRANCE HOYCHICK, ESQ<br>141 SOUTH SIXTH STREET<br>EUNICE LA 70535-0391 | 10813<br>**Debtor: WINN-DIXIE STORES, INC.** | $0.00 | Priority | Unsecured Non-Priority | DEBTOR IS PAYING ITS ONGOING SELF-INSURED WORKERS' COMPENSATION OBLIGATIONS PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432) AND/OR CLAIM WILL BE PAID BY DEBTOR'S INSURANCE CARRIER. SECTION 4.2 OF PROPOSED PLAN OF REORGANIZATION PROVIDES THAT DEBTORS SHALL PAY ALL WORKERS' COMPENSATION CLAIMS DETERMINED TO BE VALID UNDER APPLICABLE STATE LAW AND CORRESPONDING PROGRAMS MAINTAINED BY DEBTORS, IN ACCORDANCE WITH TERMS AND CONDITIONS OF SUCH STATE LAW AND SUCH PROGRAMS. ALSO, MISCLASSIFIED CLAIM. |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims to be Disallowed & Recl:** | 18 | | | | |
| **Total Amount to be Disallowed & Recl:** | $632,570.46 | **Plus Unliquidated Amounts, If Any** | | | |

**EXHIBIT D**

WINN-DIXIE STORES, INC., ET AL.
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 395571<br>ASHLAND INCORPORATED<br>COLLECTION DEPT DS-3<br>ATTN M. WRIGHT<br>PO BOX 2219<br>COLUMBUS OH 43216 | 1014<br>**Debtor:** | $3,222.69<br>**WINN-DIXIE STORES, INC.** | $1,762.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,459.80 FOR INVOICE NUMBER 93054021 INCLUDED IN SCHEDULED CLAIM NUMBER 32396 IN THE AMOUNT OF $21,615.80. |
| **Creditor Id:** 410954<br>BENDERSON 85-1 TRUST & RONALD<br>BENDERSON 1995 TRUST<br>C/O BENDERSON DEVELOPMENT CO, INC<br>ATTN SUSAN HASSINGER, ESQ<br>570 DELAWARE AVENUE<br>BUFFALO NY 14202<br><br>Counsel: ATTN: JOEL E SCHOLSBERG, ESQ | 11859<br>**Debtor:** | $400,949.55<br>**WINN-DIXIE STORES, INC.** | $310,529.29 | REDUCED AMOUNT REFLECTS ADDITION OF $788.96 FOR UNDERSTATED 2005 PREPETITION REAL ESTATE TAXES AND REMOVAL OF $76,144.67 FOR OVERSTATED REJECTION DAMAGES, $8,477.39 FOR TRASH REMOVAL NOT RECOVERABLE UNDER LEASE, AND $6,587.16 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING APPLICATION FOR ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 243506<br>BILL DORAN COMPANY<br>C/O WHOLESALE FLOWERS<br>ATTN BILL DORAN / DONNA J RECCHIA<br>619 W JEFFERSON STREET<br>ROCKFORD IL 61103 | 4672<br>**Debtor:** | $4,802.80<br>**WINN-DIXIE STORES, INC.** | $1,813.99 | REDUCED AMOUNT REFLECTS 4/27/05 PAYMENT OF $588.21 FOR POSTPETITION INVOICES BY CHECK NUMBER 8029091 AND REMOVAL OF $1,752,83 BY AGREEMENT WITH CLAIMANT, $431.20 FOR POSTPETITION INVOICES, AND $216.57 FOR IMPERMISSIBLE FINANCE CHARGES. |
| **Creditor Id:** 244749<br>CATALOG SALES<br>DEPT 78058<br>PO BOX 78000<br>DETROIT, MI 48278-0058 | 6634<br>**Debtor:** | $89,539.95<br>**WINN-DIXIE STORES, INC.** | $83,765.28 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $5,374.32 AND REMOVAL OF $400.35 BY AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 410561<br>CCP EMPLOYEE PROFIT SHARING PLAN<br>& TRUST<br>C/O HIERSCHE HAYWARD DRAKELEY ET AL<br>ATTN RUSSELL W MILLS, ESQ<br>15303 DALLAS PARKWAY, SUITE 700<br>ADDISON TX 75001 | 8901<br>**Debtor:** | $309,340.42<br>**WINN-DIXIE MONTGOMERY, INC.** | $285,545.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $23,795.42 FOR POSTPETITION OBLIGATIONS. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 279209<br>CF SAUER COMPANY<br>ATTN MICHELLE RADER, TREAS<br>2000 WEST BROAD ST<br>RICHMOND VA 23220 | 12498<br>**Debtor:** | $14,052,861.24<br>**WINN-DIXIE STORES, INC.** | $199,450.38 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,853,410.86 BY AGREEMENT WITH CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 247226<br>CROSSCOM NATIONAL INC<br>1994 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 1552<br>**Debtor:** | $371,776.31<br>**WINN-DIXIE STORES, INC.** | $349,942.64 | REDUCED AMOUNT REFLECTS PAYMENTS OF $245.92 ON 12/14/04 FOR INVOICE NUMBER N952394 BY CHECK NUMBER 7405918 AND $9,081.33 ON 4/19/05 FOR NINE POSTPETITION INVOICES BY CHECK NUMBER 9901597 AND REMOVAL OF $397.51 BY AGREEMENT WITH CLAIMANT AND $12,108.91 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:** 399657<br>DAIRYAMERICA<br>ATTN JEAN MCABEE, CONTROLLER<br>4974 E CLINTON WAY #C-221<br>FRESNO CA 93727<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN ALBERT J BERRYMAN, ESQ | 817<br>**Debtor:** | $127,898.10<br>**WINN-DIXIE STORES, INC.** | $84,251.35 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 381956<br>GALILEO CMBS T1 HL TX LP<br>C/O CBL & ASSOCIATES MANAGEMENT INC<br>ATTN GARY L RODDY<br>CBL CENTER, SUITE 500<br>2030 HAMILTON PLACE BLVD<br>CHATTANOOGA TN 37421-6000 | 257<br>**Debtor:** | $1,487,790.19<br>**WINN-DIXIE STORES, INC.** | $1,197,713.07 | REDUCED AMOUNT REFLECTS REMOVAL OF $273,116.80 FOR OVERSTATED REJECTION DAMAGES AND $16,960.32 FOR 2004 COMMON AREA MAINTENANCE CHARGES LACKING SUPPORTING DOCUMENTATION. |
| **Creditor Id:** 410726<br>GARDEN CITY W-D, LLC<br>C/O ZIMMER MANAGEMENT COMPANY<br>111 PRINCESS STREET<br>PO BOX 2628<br>WILMINGTON NC 28402-2628<br><br>Counsel: ATTN HERBERT J ZIMMER, ESQ | 13324<br>**Debtor:** | $545,732.15<br>**WINN-DIXIE STORES, INC.** | $522,107.15 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 250545<br>GERBER PRODUCTS COMPANY<br>ATTN JEFF KIPPE<br>445 STATE STREET<br>FREEMONT, MI 49413<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN J CARR & A PAK, ESQS | 9188<br>**Debtor:** | $1,102,754.92<br>**WINN-DIXIE STORES, INC.** | $918,551.79 | REDUCED AMOUNT AGREED TO BY CLAIMANT REFLECTS NET CONSUMPTION WAIVER OF $2,567.66, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $59,553.94 AND $45,786.60, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $76,294.93. |
| **Creditor Id:** 411181<br>HERITAGE SPE LLC<br>C/O HERITAGE PROP INVESTMENT TRUST<br>ATTN EDWARD W VALANZOLA, ESQ<br>131 DARTMOUTH STREET<br>BOSTON MA 02116 | 11251<br>**Debtor:** | $209,651.01<br>**WINN-DIXIE STORES, INC.** | $157,838.69 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,078.50, $17,472.73, AND $1,638.62 FOR 2001-2002 COMMON AREA MAINTENANCE CHARGES LACKING ADEQUATE SUPPORTING DOCUMENTATION AND $30,622.47 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
TWENTY-THIRD OMNIBUS CLAIMS OBJECTION
EXHIBIT D - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 410499<br>INTERNATIONAL REFRIGERATED DOOR CO<br>C/O TRITT & FRANSON, PA<br>ATTN ALBERT T FRANSON, ESQ<br>707 PENINSULAR PLACE<br>JACKSONVILLE FL 32204 | 8421<br>Debtor: | $30,008.61<br>**WINN-DIXIE STORES, INC.** | $24,596.28 | REDUCED AMOUNT REFLECTS PAYMENTS OF $99.30 ON 12/17/04 BY CHECK NUMBER 007408638 AND $307.30 AND $268.23 BY CREDIT CARD ON 12/8/04 AND 12/23/04, RESPECTIVELY, AND REMOVAL OF $4,737.50 BY AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 253126<br>JNB COMPANY OF VIRGINIA LLC<br>ATTN BEVERLY STEWART<br>6912 THREE CHOPT RD, SUITE C<br>RICHMOND, VA 23226<br><br>Transferee: HAIN CAPITAL HOLDINGS LLC<br>Counsel: ATTN STANLEY K JOYNES III, ESQ | 11785<br>Debtor: | $1,197,283.45<br>**WINN-DIXIE STORES, INC.** | $1,159,970.28 | REDUCED AMOUNT REFLECTS REMOVAL OF $399.28 FOR OVERSTATED REJECTION DAMAGES, $9,513.40 AND $1,753.44 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND INSURANCE, RESPECTIVELY, LACKING SUPPORTING DOCUMENTATION, AND $25,647.05 FOR POSTPETITION CHARGES.  ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM.  CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id:** 279255<br>NOVARTIS CONSUMER HEALTH, INC<br>ATTN JEFFREY J KIPPE<br>445 STATE STREET<br>FREMONT MI 49413-0001<br><br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN J CARR & A PAK, ESQS | 9189<br>Debtor: | $566,980.88<br>**WINN-DIXIE STORES, INC.** | $350,075.84 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,159.11, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,876.32 AND $31,490.42, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $101,097.57, AND REMOVAL OF $59,281.62 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id:** 400119<br>PYXIS CONSULTING GROUP INC DBA<br>BAYFORCE TECHNOLOGY SOLUTIONS ET AL<br>C/O LAU LANE PIEPER CONLEY ET AL<br>PO BOX 838<br>TAMPA FL 33601<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 3 | 826<br>Debtor: | $89,129.25<br>**WINN-DIXIE STORES, INC.** | $86,465.25 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id:** 260182<br>RUSSELL STOVER CANDIES<br>ATTN MICHAEL RUBLE<br>PO BOX 802855<br>KANSAS CITY, MO 64180-2855<br><br>Counsel: ATTN STEPHEN B SUTTON, ESQ | 7014<br>Debtor: | $430,456.93<br>**WINN-DIXIE STORES, INC.** | $193,043.52 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $198,196.87 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $39,216.54. |

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT D - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id:** 416279<br>THC LLC, ASSIGNEE FM DEVELOPMENTS<br>C/O BALCH & BINGHAM LLP<br>ATTN CHRISTIE L DOWLING, ESQ.<br>1901 SIXTH AVENUE N, SUITE 2600<br>PO BOX 306<br>BIRMINGHAM  AL  35201<br><br>Transferee: LCH OPPORTUNITIES LLC | 12288<br>**Debtor:** | $660,737.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $617,815.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $42,922 FOR 2004 HURRICANE DAMAGES. |
| **Creditor Id:** 410435<br>WH REYNOLDS DISTRIBUTOR, INC, DBA<br>STRATEGIC EQUIPMENT & SUPPLY CORP<br>C/O MACFARLANE FERGUSON & MCMULLEN<br>ATTN PATRICK T LENNON, ESQ.<br>PO BOX 1531<br>TAMPA  FL  33601 | 8232<br>**Debtor:** | $438,535.70<br>**WINN-DIXIE STORES, INC.** | $364,136.95 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $1,943.79, PAYMENTS OF $27.00 ON 7/22/04, $220.09 ON 8/2/04, $225.63 ON 9/21/04, AND $121.50 ON 1/11/05 BY CHECK NUMBERS 007286981, 007295459, 007337864, AND 007425845, RESPECTIVELY, AND REMOVAL OF $5,438.42 BY AGREEMENT WITH CLAIMANT AND $66,422.32 FOR UNDOCUMENTED INVOICES DESPITE REPEATED INQUIRIES. |
| **Creditor Id:** 264940<br>WINDWARD PARTNERS IV LP<br>C/O COLDWELL BANKER CAINE REAL ESTA<br>ATTN: HENRY HOROWITZ, PRES<br>111 WILLIAMS STREET<br>PO BOX 2287<br>GREENVILLE,  SC  29602<br><br>Transferee: ASM CAPITAL II, LP<br>Counsel: ATTN ANDREW J WHITE, ESQ | 6822<br>**Debtor:** | $41,737.90<br>**WINN-DIXIE RALEIGH, INC.** | $35,922.87 | REDUCED AMOUNT REFLECTS 1/24/05 PAYMENT OF $5,815.03 FOR 2004 INSURANCE BY CHECK NUMBER 007434921. |

**Total Claims to be Reduced:** 20

**Total Amount to be Reduced:** $22,161,189.05 Plus Unliquidated Amounts, If Any

**Total Reduced Amount:** $6,945,297.51

**EXHIBIT E**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT E - OVERSTATED AND MISCLASSIFIED**
**CLAIMS TO BE REDUCED AND RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Asserted Class Status | Modified Class Status | Reduced Claim Amount | Reason for Reduction and Reclassification |
|---|---|---|---|---|---|---|
| COCA-COLA ENTERPRISES INC ET AL C/O MILLER & MARTIN PLLC ATTN: SHELLY D RUCKER, ESQ 832 GEORGIA AVE, STE 1000 CHATTANOOGA  TN  37402-2289  Transferee: VR GLOBAL PARTNERS, LP | 8347 | $8,530,810.49 | Multiple Classes **Debtor: WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $3,023,758.13 | REDUCED AMOUNT REFLECTS ADDITIONAL CLAIM OF $126,586.57, ACCOUNTS RECEIVABLE BALANCE OF $900,000.00, REMOVAL OF LIABILITIES OF OTHER DEBTORS INCLUDED IN ASSERTED AMOUNT OF $3,465,317.30, NET CONSUMPTION WAIVER OF $38,433.99, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,229,887.64.  ALSO, MISCLASSIFIED CLAIM. |
| ELIOT PROPERTIES C/O M & P SHOPPING CTR ATTN ELIOT M ARNOVITZ 5025 WINTERS CHAPEL RD ATLANTA,  GA  30360-1700 | 3323 | $28,472.36 | Priority **Debtor: WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $20,823.29 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,649.07, A STEAK & ALE PROPERTY TAX BILL FOR WHICH DEBTOR IS NOT LIABLE.  ALSO, MISCLASSIFIED CLAIM. |
| GARDEN CITY W-D, LLC C/O ZIMMER MANAGEMENT COMPANY 111 PRINCESS STREET PO BOX 2628 WILMINGTON  NC  28402-2628  Counsel: ATTN HERBERT J ZIMMER, ESQ | 13323 | $104,679.88 | Administrative **Debtor: WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $37,561.27 | REDUCED AMOUNT REFLECTS REMOVAL OF $26,529.36 FOR REAL ESTATE TAXES INCURRED POSTPETITION AND $40,589.25 FOR COMMON AREA MAINTENANCE CHARGES NOT RECOVERABLE UNDER LEASE.  ALSO, MISCLASSIFIED CLAIM. |
| NKC PROPERTIES C/O FORD BOWLUS DUSS ET AL ATTN M BOWLUS & K SCHNAUSS, ESQS 10110 SAN JOSE BLVD JACKSONVILLE  FL  32257  Transferee: MSCI 1999-RM1 DALTON PLACE LP | 12434 | $4,875,172.45 | Administrative **Debtor: WINN-DIXIE STORES, INC.** | Unsecured Non-Priority | $860,921.01 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT.  ALSO, MISCLASSIFIED CLAIM. |
| PICKENS NALLEY, LP GARRET PICKENS PARTNERSHIP, LP PO BOX 1929 EASLEY  SC  29641  Counsel: ATTN JEAN WINBORNE BOYLES, ESQ | 12302 | $670,879.31 | Multiple Classes **Debtor: WINN-DIXIE RALEIGH, INC.** | Unsecured Non-Priority | $615,591.06 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT.  ALSO, MISCLASSIFIED CLAIM. |
| WESTLAND PLAZA ASSOCIATES,  LP C/O STIRLING PROPERTIES ATTN DONNA TAYLOR 109 NORTHPARK BLVD, SUITE 300 COVINGTON  LA  70433  Counsel: ATTN J DAVID FORSYTH, ESQ. | 13454 | $214,551.29 | Multiple Classes **Debtor: WINN-DIXIE MONTGOMERY, INC.** | Unsecured Non-Priority | $206,337.74 | REDUCED AMOUNT REFLECTS REMOVAL OF $8,213.55 FOR OVERSTATED REJECTION DAMAGES.  ALSO, MISCLASSIFIED CLAIM. |

| | | | |
|---|---|---|---|
| Total Claims to be Reduced & Reclassified: | **6** | | |
| Total Amount to be Reduced & Reclassified: | **$14,424,565.78** | **Plus Unliquidated Amounts, If Any** | |
| Total Reduced & Reclassified Amount: | **$4,764,992.50** | | |

**EXHIBIT F**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT F - UNLIQUIDATED CLAIMS TO BE FIXED TO SUM CERTAIN**

| Name of Claimant | Claim No. | Claim Amount | Fixed Claim Amount | Reason for Modification |
|---|---|---|---|---|
| **Creditor Id:** 411020<br>9SC ASSOCIATES LTD TA<br>MATLOCK OAKS SHOPPING CTR ARLINGTON<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA  PA  19103 | 10315<br>Debtor: | $453,438.36<br>**WINN-DIXIE STORES, INC.** | $453,438.36 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 266272<br>COUNTY OF CHEROKEE<br>ATTN EDITH GARDNER<br>BAKER BLVD<br>GAFFNEY  SC  29340 | 4663<br>Debtor: | $3,396.25<br>**WINN-DIXIE SUPERMARKETS, INC.** | $3,396.25 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 410739<br>RP BARREN RIVER, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS  OH  43215 | 9582<br>Debtor: | $44,274.02<br>**WINN-DIXIE STORES, INC.** | $44,274.02 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 410740<br>USPG PORTFOLIO II, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS  OH  43215 | 11978<br>Debtor: | $489,185.00<br>**WINN-DIXIE STORES, INC.** | $489,185.00 | FIX AT ASSERTED LIQUIDATED AMOUNT. |
| **Creditor Id:** 407473<br>WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-JONESBORO WD DE BUS TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, SUITE 2300<br>CHICAGO  IL  60602 | 12162<br>Debtor: | $513,042.87<br>**WINN-DIXIE MONTGOMERY, INC.** | $513,042.87 | FIX AT ASSERTED LIQUIDATED AMOUNT. |

Transferee: LASALLE BANK NA AS TRUSTEE FOR

| | | |
|---|---|---|
| **Total Claims to be Fixed:** | 5 | |
| **Total Amount to be Fixed:** | $1,503,336.50 Plus Unliquidated Amounts, If Any | |
| **Total Fixed Amount:** | $1,503,336.50 | |

**EXHIBIT G**

WINN-DIXIE STORES, INC., ET AL.

**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT G - MISCLASSIFIED CLAIMS TO BE RECLASSIFIED**

| Name of Claimant | Claim No. | Claim Amount | Claim Class Status | Modified Class Status | Reason for Reclassification |
|---|---|---|---|---|---|
| **Creditor Id:** 259204 | 5054 | $294,267.10 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM. |
| RAINBOW SIGNS INC | | | | | |
| ATTN ROBERT C REED JR, PRESIDENT | | **Debtor: WINN-DIXIE MONTGOMERY, INC.** | | | |
| 337 HIGHWAY 80 WEST | | | | | |
| JACKSON,  MS  39201 | | | | | |
| | | | | | |
| Transferee: REDROCK CAPITAL PARTNERS LLC | | | | | |
| **Creditor Id:** 403519 | 11087 | $2,880.33 | Secured | Unsecured Non-Priority | MISCLASSIFIED CLAIM ABSENT PROOF OF SECURED STATUS. |
| SALES FINANCE INC | | | | | |
| C/O MACEY WILENSKY COHEN ET AL | | **Debtor: WINN-DIXIE STORES, INC.** | | | |
| ATTN ROBERT A WINTER, ESQ | | | | | |
| STE 600, MARQUIS TWO TOWER | | | | | |
| 285 PEACHTREE CENTER AVE, NE | | | | | |
| ATLANTA  GA  30303-1229 | | | | | |

|  |  |
|---|---|
| **Total Claims to be Reclassified:** | **2** |
| **Total Amount to be Reclassified:** | **$297,147.43**   **Plus Unliquidated Amounts, If Any** |

**EXHIBIT H**

**WINN-DIXIE STORES, INC., ET AL.**
**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**
**EXHIBIT H - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:** 400728<br>HARDEE, KELLIE D<br>3325 BISHOP ESTATES ROAD<br>JACKSONVILLE  FL  32259 | 13540<br>**Debtor:** WINN-DIXIE STORES, INC. | $141,556.51 | 9338 | $188,841.54 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406806<br>ISTRE, MICHAEL J<br>VP OF OPERATIONS<br>145 ST JOHNS FOREST BLVD<br>JACKSONVILLE  FL  32259 | 13505<br>**Debtor:** WINN-DIXIE STORES, INC. | $174,792.49 | 9533 | $156,324.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 406806<br>ISTRE, MICHAEL J<br>VP OF OPERATIONS<br>145 ST JOHNS FOREST BLVD<br>JACKSONVILLE  FL  32259 | 13505<br>**Debtor:** WINN-DIXIE STORES, INC. | $174,792.49 | 9543 | $18,468.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 408375<br>PROTECTIVE LIFE INSURANCE CO<br>C/O HOLLAND & KNIGHT LLP<br>ATTN CHARLES S MCCALL, ESQ<br>PO BOX 52687<br>JACKSONVILLE  FL  32201-2687<br><br>Transferee: HAIN CAPITAL HOLDINGS LLC | 13388<br>**Debtor:** WINN-DIXIE RALEIGH, INC. | $656,957.13 | 12098 | $629,831.25 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 405448<br>RING POWER CORPORATION<br>ATTN HEIDI SMILEY<br>PO BOX 45022<br>JACKSONVILLE  FL  32232-5022 | 11770<br>**Debtor:** WINN-DIXIE STORES, INC. | $8,257.47 | 11441 | $1,329.42 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:** 2542<br>SCHWARTZ FAMILY TRUST<br>ATTN ZOLTAN SCHWARTZ<br>157 N FORMOSA AVE<br>LOS ANGELES, CA  90036<br><br>Counsel: ATTN MENACHEM O ZELMANOVITZ, ESQ. | 13440<br>**Debtor:** WINN-DIXIE STORES, INC. | $240,052.86 | 12933 | $5,177.02 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |

WINN-DIXIE STORES, INC., ET AL.

**TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**

**EXHIBIT H - AMENDED CLAIMS TO BE DISALLOWED**

| Name of Claimant | Remaining Claim | Amount of Remaining Claim | Amended Claim to be Disallowed | Amount of Claim to be Disallowed | Reason for Disallowance |
|---|---|---|---|---|---|
| **Creditor Id:**  406107<br>STATE OF INDIANA REV DEPT<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION, ROOM N-203<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS  IN  46204<br><br>Counsel: ATTN: BRIAN D SALWOWSKI | 13259<br>**Debtor:** | $1,302.93<br>**WINN-DIXIE PROCUREMENT, INC.** | 11816 | $2,024.81 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN WHICH CLAIM WAS WITHDRAWN BY CLAIMANT. |
| **Creditor Id:**  400949<br>THOMPSON, KELVIN E<br>3467 LAUREL LEAF DR<br>ORANGE PARK  FL  32065 | 13524<br>**Debtor:** | $10,043.00<br>**WINN-DIXIE STORES, INC.** | 10537 | $10,045.00 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Creditor Id:**  416264<br>WELLS FARGO BANK NW, NA, SUCCESSOR<br>TO FIRST SECURITY BANK/VAL T ORTON<br>C/O LOWNDES DROSDICK PA<br>ATTN ZACHARY J BANCROFT, ESQ.<br>PO BOX 2809<br>ORLANDO  FL  32802<br><br>Transferee: CAPX REALTY LLC | 13004<br>**Debtor:** | $1,312,988.29<br>**WINN-DIXIE STORES, INC.** | 12211 | $1,116,934.87 | AMENDED BY CLAIM LISTED IN REMAINING CLAIM COLUMN. |
| **Total Claims to be Disallowed:** | **9** | | | | |
| **Total Amount to be Disallowed:** | **$2,128,975.91** | **Plus Unliquidated Amounts, If Any** | | | |

**EXHIBIT I**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |
| | ) | |

**ORDER (A) DISALLOWING INDEMNIFICATION CLAIMS, (B) DISALLOWING NO LIABILITY CLAIMS, (C) DISALLOWING NO LIABILITY MISCLASSIFIED CLAIMS, (D) REDUCING OVERSTATED CLAIMS, (E) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, (F) FIXING UNLIQUIDATED CLAIMS, (G) RECLASSIFYING MISCLASSIFIED CLAIMS AND (H) DISALLOWING AMENDED AND SUPERSEDED CLAIMS, AS SET FORTH IN THE DEBTORS' TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on October 25, 2006, upon the Twenty-Third Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibits A through H (the "Disputed Claims").[2]  Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The Objection is sustained.

2.     The Indemnification Claims listed on Exhibit A are disallowed in their entirety.

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

3.      The No Liability Claims listed on Exhibit B are disallowed in their entirety.

4.      The asserted class status alleged for each of the No Liability Misclassified Claims listed on Exhibit C is denied; and the No Liability Misclassified Claims are (a) reclassified as specified on Exhibit C under the heading "Modified Class Status," and (b) disallowed in their entirety.

5.      The Overstated Claims listed on Exhibit D are reduced to the amounts set forth on Exhibit D under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.

6.      The Overstated Misclassified Claims listed on Exhibit E are reduced to the amounts set forth on Exhibit E under the heading Reduced Claim Amount and the amounts exceeding the Reduced Claim Amount are disallowed.  The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit E is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit E under the heading "Modified Class Status."

7.      The Unliquidated Claims listed on Exhibit F are fixed in the amounts listed on Exhibit F under the heading Fixed Claim Amount and are disallowed to the extent of any amounts exceeding the Fixed Claim Amount.

8.      The asserted class status alleged for each of the Overstated Misclassified Claims listed on Exhibit G is denied; and the Overstated Misclassified Claims are reclassified as specified on Exhibit G under the heading "Modified Class Status."

9.      The Amended Claims listed on Exhibit H are disallowed in their entirety.

10.     Each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order is deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters covered by this Order.

11.     Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any potential Avoidance Action against any of the Claimants.

12.     This Order is without prejudice to the Debtors' right to file any further objection they may have to the Disputed Claims or the Remaining Claims, including objections on the ground that a Disputed Claim was filed against the incorrect Debtor or that the Debtor against which the Disputed Claim was filed should be modified.

Dated this _____ day of October, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge


James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

3

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

4