IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| **WINN DIXIE STORES, INC., <u>et al.</u>,** | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JOINTLY ADMINISTERED |
| | ) | |

**OPPOSITION TO DEBTOR'S TWENTY-THIRD OMNIBUS OBJECTION TO
(A) INDEMNIFICATION CLAIMS, (B) NO LIABILITY CLAIMS,
(C) NO LIABILITY MISCLASSIFIED CLAIMS, (D) OVERSTATED CLAIMS, (E)
OVERSTATED MISCLASSIFIED CLAIMS, (F) UNLIQUIDATED CLAIMS, (G)
MISCLASSIFIED CLAIMS, AND (H) AMENDED AND SUPERSEDED CLAIMS
<u>REGARDING CLAIM NUMBER 12288</u>**

THC, LLC ("<u>THC</u>") opposes the Debtor's partial objection to Claim Number 12288 (the "<u>Claim</u>") as stated in the Debtor's Twenty-Third Omnibus Objection on the following grounds:

1.  Winn Dixie is not entitled to any setoff because (1) it waived any claim against THC for such amounts; and (2) Winn Dixie never established that the alleged damages were the responsibility of the landlord under the Lease.

2.  F & M Developments, Ltd. ("<u>F&M</u>") and Winn Dixie Montgomery, Inc. are party to a Lease dated May 14, 1990, as amended (the "<u>Lease</u>").

3.  On May 14, 1990, Winn Dixie Stores, Inc. executed a Guaranty of all obligations under the Lease in favor of F&M (the "<u>Guaranty</u>").

4.  On September 30, 2004, F&M assigned all of its rights and interests in the Lease and Guaranty to THC.

5.  On February 21, 2005, Winn Dixie filed a petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code.

864668.1

6. On September 14, 2005, Winn Dixie gave notice to THC that it was rejecting the Lease and that rejection was effective September 30, 2005 when Winn Dixie surrendered the premises (the "Rejection Date").

7. THC timely filed a proof of claim for rejection damages in the amount of $660,737.00.

8. In conjunction with the sale of the property and assignment of the Lease to THC, Winn Dixie executed an estoppel certificate and waived any right to collect from THC any amounts allegedly owed to Winn Dixie by F&M.

9. By letter to F&M, not to THC, dated April 10, 2006, Winn Dixie asserted a right to offset payment of THC's Claim. Winn Dixie claimed that F&M owed $42,922 for repair of hurricane damages that occurred in 2004, while the property was owned by F&M. Winn Dixie has never asserted a claim for these damages against THC, who is the sole claimant.

10. In response, F&M advised Winn Dixie that any amount that might have been owed could not be asserted against THC and that the evidence previously provided that the damage was a tenant obligation. Winn Dixie has failed to provide THC with any evidence that the alleged damage was linked to the hurricane or to any other cause that would be the responsibility of the landlord.

11. THC further opposes the Debtor's piecemeal objections to claims which it has established by reserving the right to raise additional objections to this same claim and potentially requiring creditors to repeatedly litigate discreet issues related to the same claim, thereby increasing the burden on creditors and this Court.

WHEREFORE, THC respectfully requests that the Court allow the Claim in the amount of $660,737.00, and prohibit the Debtor from further objecting to the Claim on other grounds.

/s/ Christie L. Dowling
Attorney for Claimant

**OF COUNSEL:**

Christie Lyman Dowling
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail, properly addressed and postage prepaid, on this the 2nd day of October, 2006:

Cynthia C. Jackson
Stephen D. Busey
James H. Post
225 Water Street, Suite 1800
Jacksonville, FL 32202

D.J. Baker
Jane Leamy
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Michael L. Edwards
218 East Ashley Street
Jacksonville, FL 32202

Brian L. Brager
Hain Capital Group, LLC
301 Route 17 North, 6th Floor
Rutherford, NJ 07070

/s/ Christie L. Dowling
Of Counsel

864668.1

4