Hearing date: October 12, 2006 at 1:30 p.m.
Obj. Deadline: October 2, 2006 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | ) | Case No. 05-03817-3F1 |
|---|---|---|
| WINN-DIXIE STORES, INC., et al., | ) ) ) | *Chapter 11* |
| Debtors. | ) ) ) | Jointly Administered |

**AMENDED RESPONSE OF CREDITOR OCEAN DUKE CORPORATION (CLAIMANT ID: WDX-257557-2M-99) TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS; DECLARATION OF ALICE LIN IN SUPPORT THEREOF**

Creditor Ocean Duke Corporation ("Ocean Duke") hereby submits its written response to Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims ("Objection") as follows:

### I. The Claim Is Not Overstated.

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") have objected to Ocean Duke's Claim (Claim No. 3521) on the grounds that the claim is overstated. The basis of Debtors' contention is an alleged $28,634.70 in accounts payable credit. However, the books and records of Ocean Duke do not reflect any such credit and Debtors have failed to provide any evidence to substantiate the alleged "credit." (See Declaration of Alice Lin, ¶ 2.) As such, Ocean Duke's claim is not overstated and should not be reduced.

122034.1

## II. Agreement to Modified Class Status.

In its Proof of Claim, Ocean Duke has designated $288,647.65 of its total $847,956.90 claim as an Unsecured Priority Claim. Debtors' instant Objection seeks to modify the class status of this $288,647.65 portion of Ocean Duke's claim from Unsecured Priority to Unsecured Non-Priority. Based on further review of the law and facts, Ocean Duke agrees with Debtors to a modified class status of the $288,647.65 from Unsecured Priority to Unsecured Non-Priority.

With the agreement to modify the class status of a portion of its claim, the total amount due and owing to Ocean Duke is $847,956.90 and the Unsecured Non-Priority Claim is now for the full $847,956.90. (*See* Declaration of Alice Lin, Exh. A.)

Dated: September 29, 2006

NEUFELD LAW GROUP

By: _____
Timothy L. Neufeld
360 East Second Street, Suite #703
Los Angeles, California 90012
(213) 625-2625
(213) 626-2650 (facsimile)
tneufeld@neufeldlawgroup.com

Attorney for Creditor Ocean Duke Corporation

Signature Continued

122034.1

ADDISON & DELANO, P.A.

By: *[signature]*
    Caryl E. Delano
    Florida Bar No. 0040721
Addison & Delano, P.A.
P. O. Box 2175
Tampa, FL 33601-2175
Tel (813) 223-2000
Fax (813) 228-6000
Email: cdelano@addisondelano.com

## DECLARATION OF ALICE LIN

I, Alice Lin, declare as follows:

1. I am the Chief Financial Officer of Ocean Duke Corporation ("Ocean Duke"), and I have served in that capacity since 1991. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I am in charge of all accounting functions at Ocean Duke. In regards to Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates' ("Debtors") Twenty-Second Omnibus Objection to reduce Ocean Duke's claim by $28,634.70, Ocean Duke's records do not show an "accounts payable credit" of $28,634.70 or in any other amount.

3. Attached hereto as Exhibit A is a true and correct copy of a spreadsheet originally attached to Ocean Duke's Proof of Claim and containing a true and correct accounting of Debtors' unpaid invoices due to Ocean Duke. The total amount of $847,956.90 is due and owing to Ocean Duke, and there are no offsetting credits which have ever been claimed by Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 29, 2006, at Torrance, California.

_____
Alice Lin

122038.1

| Check # | Date | Amount | | Ref | Code | Location | Notes |
|---|---|---|---|---|---|---|---|
| 136003 | 1/19/2005 | $ | 9,184.00 | 604376 | 1407 | Atlanta | |
| 136004 | 1/19/2005 | $ | 33,782.00 | 600517 | 1157 | Charlotte | |
| 136076 | 1/19/2005 | $ | 3,950.00 | 604375 | 1744 | New Orleans | |
| 136077 | 1/19/2005 | $ | 3,850.00 | 590987 | 1157 | Charlotte | |
| 136030 | 1/26/2005 | $ | 5,500.00 | 606131 | 1157 | Charlotte | |
| 136041 | 1/26/2005 | $ | 6,754.50 | 604376 | 1521 | Montgomery | |
| 136169 | 1/31/2005 | $ | 7,900.00 | 610207 | 1329 | Miami | |
| 136170 | 1/31/2005 | $ | 33,000.00 | 610205 | 1329 | Miami | |
| 136172 | 1/31/2005 | $ | 44,420.20 | 605536 | 1329 | Miami | |
| 136212 | 1/31/2005 | $ | 13,750.00 | 610203 | 1582 | Jacksonville | |
| 136213 | 1/31/2005 | $ | 4,108.00 | 610201 | 1582 | Jacksonville | |
| 136235 | 2/1/2005 | $ | 3,950.00 | 612694 | 1744 | New Orleans | |
| 136236 | 2/1/2005 | $ | 7,900.00 | 610215 | 1359 | Orlando | |
| 136237 | 2/1/2005 | $ | 64,876.00 | 605538 | 1359 | Orlando | |
| 136238 | 2/1/2005 | $ | 44,287.80 | 617033 | 1329 | Miami | |
| 136284 | 2/2/2005 | $ | 16,775.00 | 610210 | 1157 | Charlotte | |
| 136319 | 2/2/2005 | $ | 30,167.50 | 610212 | 1359 | Orlando | |
| 136376 | 2/4/2005 | $ | 3,990.00 | 617895 | 1329 | Miami | |
| 136561 | 2/4/2005 | $ | 19,860.00 | 610200 | 1582 | Jacksonville | |
| 136777 | 2/4/2005 | $ | 4,944.75 | 617895 | 1359 | Orlando | |
| 136778 | 2/4/2005 | $ | 1,995.00 | 618949 | 1329 | Miami | |
| 136562 | 2/8/2005 | $ | 39,720.00 | 609021 | 1521 | Montgomery | |
| 136500 | 2/11/2005 | $ | 9,889.50 | 618949 | 1359 | Orlando | 10 days prior to bankruptcy |
| 136610 | 2/11/2005 | $ | 29,000.00 | 623947 | 1744 | New Orleans | 10 days prior to bankruptcy |
| 136723 | 2/11/2005 | $ | 34,755.00 | 618127 | 1407 | Atlanta | 10 days prior to bankruptcy |
| 136572 | 2/14/2005 | $ | 34,800.00 | 623944 | 1521 | Montgomery | 10 days prior to bankruptcy |
| 136573 | 2/14/2005 | $ | 29,000.00 | 623951 | 1407 | Atlanta | 10 days prior to bankruptcy |
| 136831 | 2/15/2005 | $ | 25,778.25 | 617906 | 1359 | Orlando | 10 days prior to bankruptcy |
| 136661 | 2/16/2005 | $ | 27,360.00 | 617900 | 1329 | Miami | 10 days prior to bankruptcy |
| **TOTAL AMOUNT** | | **$ 847,956.90** | A | | | | |
| | | | | | | | |
| **TOTAL 2/11/05 to 2/20/05** | | **$ 190,582.75** | B | | | | |
| | | | | | | | |
| **CANCELLED CHECK** | | **$ 98,064.90** | C | | | | |
| | | | | | | | |
| **BALANCE TOTAL** | | **$ 559,309.25** | D = A-B-C | | | | |

## PROOF OF SERVICE BY FEDEX

I, RACHEL S. ORTEGA, declare and state as follows:

1. I am a resident of Los Angeles County, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 360 East, Second Street, Suite 703, Los Angeles, California 90012.

2. On October 2, 2006, I served the within **AMENDED RESPONSE OF CLAIMANT OCEAN DUKE CORPORATION (CLAIMANT ID: WDX-257557-2M-99) TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS.** on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope and deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person(s) as follows:

(Debtor)
Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

(Debtor's Counsel)
D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

United States Trustee – JAX
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

(Counsel for Official Committee of Unsecured Creditors)
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy, LLP

122042.1

1 Chase Manhattan Plaza
New York, NY 10005

    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2006, at Los Angeles, California.

                                              _____
                                              [signature]

122042.1