# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., <u>et al</u>.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about September 22, 2006 I caused copies of:

•   the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 2, 2006

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                               **CASE:   05-03817-3F1**

CREDITOR ID: 411031-97
ABERDEEN EXAMINER
ATTN: CHARLOTTE WOLFE, GEN MGR OR
AMY RICHEY, STAFF ACCOUNTANT
PO BOX 279
ABERDEEN MS 39730

CREDITOR ID: 241449-12
ABERDEEN EXAMINER
ATTN PHYLLIS ZETTLER, BUS MGR
PO BOX 279
ABERDEEN, MS 39730

CREDITOR ID: 241504-12
ACE ELECTRICAL SERVICE, INC
ATTN: CHARLES R DEPARI JR, PRES
1504 DAMON AVENUE
KISSIMMEE, FL 34744

CREDITOR ID: 241720-12
AFFORDABLE SUPERIOR SERVICE
ATTN ROBERT GRABERT, GM
PO BOX 409
BOUTTE, LA 70039

CREDITOR ID: 390593-55
BAKER, KARYN
C/O LAW OFFICES OF ROBERT F DOCIMO
ATTN ROBERT F DOCIMO, ESQ
100 SW 91ST AVE, STE 105
FT LAUDERDALE FL 33324

CREDITOR ID: 242996-12
BANDAG, INC
ATTN: LYNN FINCK
2905 N HWY 61
MUSCATINE IA 52761

CREDITOR ID: 405957-15
BANDAG, INC.
ATTN: WILLIAM RYAN
2905 N HWY 61
MUSCATINE IA 52761

CREDITOR ID: 406167-15
BURRIS LOGISTICS
ATTN: MIKE SCARBOROUGH
501 SE 5TH STREET
MILFORD DE 19963

CREDITOR ID: 406166-15
BURRIS REFRIGERATED LOGISTICS
ATTN MIKE SCARBOROUGH, ASST SEC
JASON JAMES, CONTROLLER
4501 DIGNAN STREET
JACKSONVILLE FL 32254

CREDITOR ID: 244250-12
BWI COMPANIES, INC
ATTN: ART PHELPS, CORP CR MGR
PO BOX 990
NASHVILLE TN 75569

CREDITOR ID: 244269-12
C&C PRESSURE WASHING SERVICE INC
ATTN: CLYDE F COMEAUX JR, PRES
125 BAYOU PAQUET STREET
SLIDELL, LA 70460

CREDITOR ID: 395270-63
C&C PRESSURE WASHING, INC
ATTN: KATHRYN COMEAUX, PRES
125 BAYOU PAQUET STREET
SLIDELL, LA 70460

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 244603-12
CAROL KING LANDSCAPE MAINT INC
ATTN: BRUCE BACHAND, VP
7032 OLD CHENEY HWY
ORLANDO, FL 32807

CREDITOR ID: 244750-12
CATALYTIC GENERATORS INC
ATTN: B A KNIGHT
1185 PINERIDGE RD
NORFOLK, VA 23502-2095

CREDITOR ID: 244297-12
CFK DISTRIBUTION LTD
ATTN: RON NORDSTROM, SVP
9707-110 STREET, SUITE 312
EDMONTON, AB T5K2L9
CANADA

CREDITOR ID: 534844-97
CITY OF ROBERTSDALE
C/O WILKINS BANKESTER ET AL
ATTN: KENNETH R RAINES, ESQ
PO BOX 400
BAY MINETTE AL 36507

CREDITOR ID: 246134-12
CITY OF ROBERTSDALE
PO BOX 429
ROBERTSDALE, AL 36567

CREDITOR ID: 246293-12
CJS CRAB COMPANY
ATTN: CLEVE BOATWRIGHT, OWNER
12 ROSE AVENUE
INGLIS FL 34449

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

CREDITOR ID: 381095-47
DESIGN SERVICE GROUP INC
ATTN: RONALD HENSON II, PRES
362A GRANT ST
LONGWOOD, FL 32750

CREDITOR ID: 248945-12
EMBUTIDOS PALACIOS USA INC
ATTN: IVAN SAN MARTIN, VP
350 NE 75TH ST
MIAMI, FL 33138

CREDITOR ID: 534848-97
EMBUTIDOS PALACIOS USA INC
ATTN: SCOTT MILLS, AGENT
1700 NORTH DIXIE HWY, STE 150
BOCA RATON FL 334321

CREDITOR ID: 248948-12
EMEDCO
ATTN GREGG PANEPINTO, A/R ANALYST
MARK JOHNS
PO BOX 369
BUFFALO, NY 14240-0369

CREDITOR ID: 534840-97
ENCORE GROUP, THE
ATTN: LOUIS R VALERTE, EVP/CFO
111 CLOVERLEAF ROAD
WINSTON SALEM NC 27103

CREDITOR ID: 405693-95
ENCORE GROUP, THE
ATTN MARK BENNETT, CREDIT MGR
111 CLOVERLEAF ROAD
WINSTON SALEM NC 27103

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 381412-47
FAYE STROWBRIDGE
1330 LACLEDE AVE, APT 237
JACKSONVILLE, FL 32205

CREDITOR ID: 534841-97
FERGUSON, RITA
200 RIVER TRACE
CHILDERBURG AL 35044

SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

CREDITOR ID: 389006-99
FERGUSON, RITA
C/O GEORGE DOUGLAS JR LAW OFFICES
ATTN: GEORGE DOUGLAS JR, ESQ
700 CENTURY PARK SOUTH, SUITE 223
BIRMINGHAM AL 35226

CREDITOR ID: 255530-12
GAMBINO, MARK
PO BOX 2418
DAPHNE, AL 36526

CREDITOR ID: 406113-15
GPC MANAGEMENT, INC
ATTN: KATHLEEN E RYNBECK, VP
1305 E PLANT STREET
WINTER GARDEN FL 34787

CREDITOR ID: 534836-97
GREER PLAZA INC
C/O BLAXBERG GRAYSON KUKOFF & SEGAL
ATTN: IAN J KUKOFF, ESQ
INGRAHAM BLD, STE 730
25 SE 2ND AVENUE
MIAMI FL 33131

CREDITOR ID: 315830-40
GREER PLAZA, INC
ATTN:  STANLEY G TATE, PRESIDENT
1175 NE 125TH STREET, SUITE 102
NORTH  MIAMI, FL 33161

CREDITOR ID: 452382-98
HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

CREDITOR ID: 411409-98
HAIN CAPITAL OPPORTUNITIES LLC
ATTN G LIBERCHUK/ROBERT J KOLTAI
301 ROUTE 17 N 6TH FLOOR
RUTHERFORD NJ 07070

CREDITOR ID: 251228-12
HANOVER FOODS CORPORATION
ATTN: STEVEN E ROBERTSON, TREASURER
PO BOX 334
HANOVER PA 17331

CREDITOR ID: 534842-97
HUBERT COMPANY
ATTN: GREG OLLINGER, VP FINANCE
9555 DRY FORK ROAD
HARRISON OH 45030

CREDITOR ID: 404847-95
HUBERT COMPANY
ATTN: MARY D INABNITT, CR MGR
9555 DRY FORK RD
HARRISON OH 45030

CREDITOR ID: 403322-83
J GORDON ROTHWELL, PA
ATTN J GORDON ROTHWELL, PRESIDENT
560 1ST AVENUE NORTH
ST PETERSBURG FL 33701

CREDITOR ID: 253398-12
JOSEPH ENTERPRISES
ATTN: LARRY WONG, CONTROLLER
425 CALIFORNIA STREET, SUITE 300
SAN FRANCISCO, CA 94104

CREDITOR ID: 534852-97
LA DONA FOODS INC
C/O KEVIN GLEASON PA
ATTN: KEVIN C GLEASON, ESQ
4121 N 31ST AVENUE
HOLLYWOOD FL 33021

CREDITOR ID: 254241-12
LA DONA FOODS INC
ATTN: ROBERT E LUQUE, PRES
PO BOX 138503
HIALEAH, FL 33013

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 390534-55
LETO, SONYA
C/O MANUEL E GARCIA, PA
ATTN MANUEL E GARCIA, ESQ
515 WHITEHEAD STREET
KEY WEST FL 33040

CREDITOR ID: 408168-15
LIF REALTY TRUST
C/O SMITH ANDERSON LAW FIRM
ATTN AMOS U PRIESTER, IV, ESQ
PO BOX 2611
RALEIGH NC 27602-2611

CREDITOR ID: 399393-98
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ATTN JEFFREY CARESS
ONE UNIVERSITY PLAZA STE 312
HACKENSACK NJ 07601

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 248956-12
MARLER, EMILY
11 SHENANDOAH DRIVE
LAURENS, SC 29630

CREDITOR ID: 255745-12
MASTER LOCK COMPANY
ATTN: PATTY COOK, SR CREDIT ANALYST
137 W FOREST HILL AVENUE
OAK CREEK WI 53154

CREDITOR ID: 410940-15
MCALESTER VENTURE, INC
C/O H J TAYLOR & ASSOCIATES, INC
ATTN HARVE J TAYLOR, PRESIDENT
PO BOX 640
BENTONVILLE AR 72712

CREDITOR ID: 255994-12
MEDICAL SYSTEMS INC
ATTN: JONATHAN SMITH
PO BOX 226
WALKER LA 70785

CREDITOR ID: 407721-15
MILIAN, SAUL
C/O MICHAEL A FRANK, ESQ
10 NW LEJEUNE ROAD, SUITE 620
MIAMI FL 33126

CREDITOR ID: 416136-L1
MIRTH, GAIL
2928 NW 64TH STREET
MIAMI FL 33147

CREDITOR ID: 391769-55
MORALES, SONIA
C/O DELL & SCHAEFER, PA
ATTN STEVEN C LAWSON, ESQ
2404 HOLLYWOOD BLVD
HOLLYWOOD FL 33020

CREDITOR ID: 257711-12
OPIS ENERGY GROUP
ATTN: SUSANNA GILL
PO BOX 9407
GAITHERSBURG, MD 20898-9407

CREDITOR ID: 407498-93
OPIS ENERGY GROUP
ATTN SUSANNA GILL, COLL ANALYST
11300 ROCKVILLE PIKE, # 1100
ROCKVILLE MD 20852

CREDITOR ID: 257833-12
OVERHEAD DOOR
PO BOX 58493
RALEIGH, NC 27658-8493

CREDITOR ID: 257843-12
OVERHEAD DOOR COMPANY
ATTN: KARLA DUNCAN, ACCTS RCV
6600 WEST WT HARRIS BLVD
CHARLOTTE, NC 29269

SERVICE LIST
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                    **CASE:  05-03817-3F1**

CREDITOR ID: 258674-12
POKON & CHRYSAL USA
ATTN: PATRICIA HARO-TUA, CONTROLLER
3063 NORTHWEST 107TH AVENUE
MIAMI, FL 33172

CREDITOR ID: 376638-44
POKON & CHRYSTAL USA
ATTN: GUIOMAR BARREIRO, A/R-A/P
3063 NORTHWEST 107TH AVENUE
MIAMI, FL 33172

CREDITOR ID: 258860-12
PRIME MEDICAL
ATTN: MEICHI LEE, MGR
3515 HIGHWAY 1 SOUTH
PORT ALLEN, LA 70767

CREDITOR ID: 534843-97
R&R ENTERPRISES LLC
ATTN: ROSCOE A WILLIAMS, OWNER
2558 COBBS FORD ROAD
PRATSVILLG AL 36066

CREDITOR ID: 405962-15
R&R ENTERPRISES LLC DBA
HAMPTON INN PRATTVILLE
C/O PARNELL & CRUM, PA
ATTN B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 392117-55
RICARDO, VIVIAN
C/O ALAN COHN & ANGELA COHN, PA
ATTN ANGELA L COHN, ESQ
1152 N UNIVERSITY DRIVE, SUITE 201
PEMBROKE PINES FL 33024

CREDITOR ID: 259573-12
RICHARD E COLGIN CO
ATTN: ELIZABETH GARDNER, PRES
2230 VALDINA
DALLAS, TX 75207

CREDITOR ID: 394060-61
RIGDON, ALEXANDER & RIGDON, LLP
ATTN: H A RIGDON, JR
PO BOX 412169
MELBOURNE, FL 32941-2169

CREDITOR ID: 260179-12
RUSSELL OIL CO
ATTN: THOMAS E RUSSELL, PRES
PO BOX 38
LAPINE, AL 36046-0038

CREDITOR ID: 381757-15
RUSSELL OIL COMPANY INC
C/O PARNELL & CRUM, PA
ATTN B B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

CREDITOR ID: 260293-12
SAFE STRAP COMPANY
ATTN: R BUONOMO, VP
10 KINGS BRIDGE ROAD
FAIRFIELD NJ 07004

CREDITOR ID: 390726-55
SCHROTH, MARILYN
C/O ROSENTHAL & LEVY, PA
ATTN STEVEN SIMON, ESQ
1645 PALM BCH LAKES BLVD, SUITE 350
WEST PALM BEACH FL 33401-2289

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 408341-15
SPRINGHILL ASSOCIATES, LLC
C/O RICHARDSON PLOWDEN ET AL
ATTN S NELSON WESTON, JR, ESQ
PO BOX 7788
COLUMBIA SC 29202

CREDITOR ID: 261748-12
ST PETERSBURG TIMES
ATTN: JANA L JONES, TREAS/CFO
490 1ST AVENUE SOUTH
ST PETERSBURG, FL 33701

CREDITOR ID: 382255-51
ST PETERSBURG TIMES
ATTN KIMBERLY RILEY, CXREDIT MGR
490 FIRST AVENUE SOUTH
ST PETERSBURG, FL 33731

CREDITOR ID: 534847-97
THOMAS, YVETTE
C/O BOLTON & GROSS
ATTN: RICHARD BOLTON, ESQ
801 NE 167TH ST, 2ND FL
NORTH MIAMI FL 33162

CREDITOR ID: 387806-54
THOMAS, YVETTE
19010 NW 7TH AVE
MIAMI, FL 33169

CREDITOR ID: 399395-98
TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

CREDITOR ID: 264001-12
VALLEY RICH DAIRY
ATTN: WILLIAM S CHASTOS, VP/CAO
5400 SOUTH LAMAR STREET
DALLAS TX 75215

CREDITOR ID: 264175-12
VILLAGE OF PALM SPRINGS, FL
ATTN KARL E UMBERGER, VILLAGE MGR
226 CYPRESS LANE
PALM SPRINGS, FL 33461-1604

CREDITOR ID: 534835-97
VILLAGE OFPALM SPRINGS
C/O MOYLE FLANIGAN ET AL
ATTN: PAUL J NICOLETTI, ESQ
625 N FLAGLER DRIVE, 9TH FL
WEST PALM BEACH FL 33401

CREDITOR ID: 264712-12
WHINK PRODUCTS COMPANY
ATTN: CLARK LAWLER, CFO
PO BOX 467
ELDORA, IA 50627-0467

**Total:  84**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10174

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ABERDEEN EXAMINER      ID: 241449

Name of Transferor

ABERDEEN EXAMINER
ATTN PHYLLIS ZETTLER, BUS MGR
PO BOX 279
ABERDEEN, MS 39730

Phone: 662 678 1658

ABERDEEN EXAMINER
ATTN: CHARLOTTE WOLFE, GEN MGR OR
AMY RICHEY, STAFF ACCOUNTANT
PO BOX 279
ABERDEEN MS 39730

Phone: 662-842-9203
ID:  411031

TRADE-DEBT.NET     ID: 399395

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 631 884 0100

Claim No.: 3058

Date Claim Filed: 05/27/2005

Full Transfer:      (X)      Partial Transfer:

Amount: $725.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9922

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ACE ELECTRICAL SERVICE, INC    ID: 241504

Name of Transferor

SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferee

ACE ELECTRICAL SERVICE, INC
ATTN: CHARLES R DEPARI JR, PRES
1504 DAMON AVENUE
KISSIMMEE, FL 34744

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 407 932 0191

Phone: 949 660 1144

Claim No.: 1672

Date Claim Filed: 05/17/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $18,825.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 9923

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ACE ELECTRICAL SERVICE, INC    ID: 241504          SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferor                                  Name of Transferee

ACE ELECTRICAL SERVICE, INC                         SIERRA LIQUIDITY FUND
ATTN: CHARLES R DEPARI JR, PRES                     ATTN SCOTT AUGUST
1504 DAMON AVENUE                                   2699 WHITE RD STE 255
KISSIMMEE, FL 34744                                 IRVINE CA 92614


Phone: 407 932 0191                                 Phone: 949 660 1144


Claim No.: 30046                          Full Transfer:    (X)    Partial Transfer:
Date Claim Filed: 04/07/2005              Amount: $9,970.23

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9924

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AFFORDABLE SUPERIOR SERVICE    ID: 241720

Name of Transferor

SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferee

AFFORDABLE SUPERIOR SERVICE
ATTN: ROBERT GRABERT, GM
PO BOX 409
BOUTTE, LA 70039

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 985 331 2919

Phone: 949 660 1144

Claim No.: 432

Date Claim Filed: 04/04/2005

Full Transfer:    (X)        Partial Transfer:

Amount: $2,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.:** 05-03817-3F1

**Docket No.:** 9925

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AFFORDABLE SUPERIOR SERVICE     ID: 241720

Name of Transferor

SIERRA LIQUIDITY FUND     ID: 492938

Name of Transferee

AFFORDABLE SUPERIOR SERVICE
ATTN: ROBERT GRABERT, GM
PO BOX 409
BOUTTE, LA 70039

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 985 331 2919

Phone: 949 660 1144

Claim No.: 33185

Full Transfer:     (X)          Partial Transfer:

Date Claim Filed: 04/07/2005

Amount: $2,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 9895

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BAKER, KARYN     ID: 390593                    LCH OPPORTUNITIES LLC    ID: 452118
Name of Transferor                             Name of Transferee

BAKER, KARYN                                   LCH OPPORTUNITIES LLC
C/O LAW OFFICES OF ROBERT F DOCIMO             ATTN JOSEPH M O'CONNOR
ATTN ROBERT F DOCIMO, ESQ                      315 PARK AVE S 20TH FLR
100 SW 91ST AVE, STE 105                       NEW YORK NY 10010
FT LAUDERDALE FL 33324


Phone: 954 423 3207                            Phone: 212 460 1966


Claim No.: 9462                     Full Transfer:    (X)        Partial Transfer:
Date Claim Filed: 07/29/2005        Amount: $55,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9805

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BANDAG, INC      ID: 242996
Name of Transferor

SIERRA LIQUIDITY FUND      ID: 492938
Name of Transferee

BANDAG, INC
ATTN: LYNN FINCK
2905 N HWY 61
MUSCATINE IA 52761

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144

Phone: 949 660 1144

BANDAG, INC.
ATTN: WILLIAM RYAN
2905 N HWY 61
MUSCATINE IA 52761

Phone: 563 262 1378
ID:   405957

Claim No.: 9884
Date Claim Filed: 07/29/2005

Full Transfer:      (X)      Partial Transfer:
Amount: $70,726.98

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                           Case No.: 05-03817-3F1

                                                                Docket No.: 9806

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BANDAG, INC     ID: 242996                          SIERRA LIQUIDITY FUND     ID: 492938

Name of Transferor                                  Name of Transferee

BANDAG, INC                                         SIERRA LIQUIDITY FUND
ATTN: LYNN FINCK                                    ATTN SCOTT AUGUST
2905 N HWY 61                                       2699 WHITE RD STE 255
MUSCATINE IA 52761                                  IRVINE CA 92614



Phone: 949 660 1144                                 Phone: 949 660 1144


BANDAG, INC.
ATTN: WILLIAM RYAN
2905 N HWY 61
MUSCATINE IA 52761



Phone: 563 262 1378
ID:   405957


Claim No.: 32492                                    Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                        Amount: $75,730.55

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 10626

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BURRIS REFRIGERATED LOGISTICS     ID: 406166          DELLACAMERA CAPITAL MASTER FUND LTD     ID: 452148

Name of Transferor                                    Name of Transferee

BURRIS REFRIGERATED LOGISTICS                         DELLACAMERA CAPITAL MASTER FUND LTD
ATTN MIKE SCARBOROUGH, ASST SEC                       C/O DELLACAMERA CAPITAL MGMT LLC
JASON JAMES, CONTROLLER                               ATTN VINCENT J SPIMATO, MGR MEMBER
4501 DIGNAN STREET                                    237 PARK AVE, SUITE 900
JACKSONVILLE FL 32254                                 NEW YORK NY 10017


Phone: 904 265 5990                                   Phone: 212 808 3590


BURRIS LOGISTICS
ATTN: MIKE SCARBOROUGH
501 SE 5TH STREET
MILFORD DE 19963



Phone:
ID:  406167


Claim No.: 3520                          Full Transfer:     (X)        Partial Transfer:
Date Claim Filed: 06/06/2005             Amount: $34,996.46


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                                      /s/ Logan & Company, Inc.

                                                      Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1

                                                                   Docket No.: 9794

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BWI COMPANIES, INC     ID: 244250                    LIQUIDITY SOLUTIONS, INC     ID: 399393

Name of Transferor                                   Name of Transferee

BWI COMPANIES, INC                                   LIQUIDITY SOLUTIONS, INC
ATTN: ART PHELPS, CORP CR MGR                        DBA REVENUE MANAGEMENT
PO BOX 990                                           ATTN JEFFREY CARESS
NASHVILLE TN 75569                                   ONE UNIVERSITY PLAZA STE 312
                                                     HACKENSACK NJ 07601


Phone: 903 831 4929                                  Phone: 201 968 0001


Claim No.: 2580                          Full Transfer:     (X)        Partial Transfer:

Date Claim Filed: 05/23/2005             Amount: $18,559.47


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10120

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

C&C PRESSURE WASHING SERVICE INC      ID: 244269

Name of Transferor

C&C PRESSURE WASHING SERVICE INC
ATTN: CLYDE F COMEAUX JR, PRES
125 BAYOU PAQUET STREET
SLIDELL, LA 70460


Phone: 985-649-4155

SIERRA LIQUIDITY FUND      ID: 492938

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614


Phone: 949 660 1144

Claim No.: 33323

Date Claim Filed: 04/07/2005

Full Transfer:      (X)      Partial Transfer:

Amount: $5,001.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                         Case No.: **05-03817-3F1**

                                                                    Docket No.: **10119**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

C&C PRESSURE WASHING, INC     ID: 395270          SIERRA LIQUIDITY FUND     ID: 492938
_____              _____
Name of Transferor                               Name of Transferee

C&C PRESSURE WASHING, INC                         SIERRA LIQUIDITY FUND
ATTN: KATHRYN COMEAUX, PRES                       ATTN SCOTT AUGUST
125 BAYOU PAQUET STREET                           2699 WHITE RD STE 255
SLIDELL, LA 70460                                 IRVINE CA 92614


Phone: 985 649 4155                               Phone: 949 660 1144


C&C PRESSURE WASHING SERVICE INC
ATTN: CLYDE F COMEAUX JR, PRES
125 BAYOU PAQUET STREET
SLIDELL, LA 70460


Phone: 985-649-4155
ID:  244269


Claim No.: 794                                    Full Transfer:     (X)      Partial Transfer:
Date Claim Filed: 04/20/2005                      Amount: $5,001.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                                  /s/ Logan & Company, Inc.
                                                  _____
                                                  Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

Docket No.: 10202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CAROL KING LANDSCAPE MAINT INC     ID: 244603 | FAIR HARBOR CAPITAL LLC     ID: 408404 |
|---|---|
| Name of Transferor | Name of Transferee |

CAROL KING LANDSCAPE MAINT INC
ATTN: BRUCE BACHAND, VP
7032 OLD CHENEY HWY
ORLANDO, FL 32807

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone:

Phone: 212 967 4045

Claim No.: 30306             Full Transfer:    <u>(X)</u>      Partial Transfer:

Date Claim Filed: 04/07/2005         Amount: $1,197.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10622

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CATALYTIC GENERATORS INC     ID: 244750
Name of Transferor

TRADE-DEBT.NET     ID: 399395
Name of Transferee

CATALYTIC GENERATORS INC
ATTN: B A KNIGHT
1185 PINERIDGE RD
NORFOLK, VA 23502-2095

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 757-855-0191

Phone: 631 884 0100

Claim No.: 32538

Full Transfer:     (X)     Partial Transfer:

Date Claim Filed: 04/07/2005

Amount: $492.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10275**

---

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CFK DISTRIBUTION LTD     ID: 244297 | DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682 |
| --- | --- |
| Name of Transferor | Name of Transferee |

| | |
| --- | --- |
| CFK DISTRIBUTION LTD | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: RON NORDSTROM, SVP | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 9707-110 STREET, SUITE 312 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| EDMONTON, AB T5K2L9 CANADA | SAN DIEGO CA 92108 |

| Phone: 780-442-1989 | Phone: 619 220 8900 ext 104 |
| --- | --- |

| Claim No.: 34636 | Full Transfer:     (X)     Partial Transfer: |
| --- | --- |
| Date Claim Filed: 04/07/2005 | Amount: $344.14 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                 Case No.: 05-03817-3F1

                                                       Docket No.: 9892

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF ROBERTSDALE    ID: 246134                 HAIN CAPITAL HOLDINGS LLC    ID: 452382

Name of Transferor                               Name of Transferee

CITY OF ROBERTSDALE                              HAIN CAPITAL HOLDINGS LLC
PO BOX 429                                       ATTN G LIBERCHUK/R J KOLTAI
ROBERTSDALE, AL 36567                            301 ROUTE 17, 6TH FLR
                                                 RUTHERFORD NJ 07070

Phone:                                           Phone: 201 896 6100

CITY OF ROBERTSDALE
C/O WILKINS BANKESTER ET AL
ATTN: KENNETH R RAINES, ESQ
PO BOX 400
BAY MINETTE AL 36507

Phone:
ID:  534844

Claim No.: 33440                       Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 04/07/2005           Amount: $15,179.63

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                     Case No.: **05-03817-3F1**

                                                               Docket No.: **10037**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CJS CRAB COMPANY     ID: 246293                    DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682
Name of Transferor                                 Name of Transferee

CJS CRAB COMPANY                                    DEBT ACQUISITION COMPANY OF AMERICA
ATTN: CLEVE BOATWRIGHT, OWNER                       ATTN SILVIA LUKES, CLAIMS ADMIN
12 ROSE AVENUE                                      1565 HOTEL CIRCLE SOUTH STE 310
INGLIS FL 34449                                     SAN DIEGO CA 92108

Phone: 352-447-2669                                Phone: 619 220 8900 ext 104

Claim No.: 30517                                   Full Transfer:     (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                       Amount: $456.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10207

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| DESIGN SERVICE GROUP INC     ID: 381095 | FAIR HARBOR CAPITAL LLC     ID: 408404 |
|---|---|
| Name of Transferor | Name of Transferee |

DESIGN SERVICE GROUP INC
ATTN: RONALD HENSON II, PRES
362A GRANT ST
LONGWOOD, FL 32750

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 407 331 3773

Phone: 212 967 4045

Claim No.: 2744                                  Full Transfer:      (X)        Partial Transfer:

Date Claim Filed: 05/13/2005                     Amount: $1,685.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 10352 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| EMBUTIDOS PALACIOS USA INC      ID: 248945 | REDROCK CAPITAL PARTNERS LLC      ID: 407577 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| EMBUTIDOS PALACIOS USA INC<br>ATTN: IVAN SAN MARTIN, VP<br>350 NE 75TH ST<br>MIAMI, FL 33138 | REDROCK CAPITAL PARTNERS LLC<br>ATTN CRAIG KLEIN<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE CO 80424 |
| Phone: 305 758 1089 | Phone: 970 547 9058 |

EMBUTIDOS PALACIOS USA INC
ATTN: SCOTT MILLS, AGENT
1700 NORTH DIXIE HWY, STE 150
BOCA RATON FL 334321

Phone:
ID:  534848

| | |
|---|---|
| Claim No.: 8785 | Full Transfer:      (X)      Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Amount: $5,584.75 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/22/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 10209

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EMEDCO     ID: 248948                            FAIR HARBOR CAPITAL LLC     ID: 408404
Name of Transferor                               Name of Transferee

EMEDCO                                           FAIR HARBOR CAPITAL LLC
ATTN GREGG PANEPINTO, A/R ANALYST                ATTN FRED GLASS
MARK JOHNS                                       875 AVENUE OF THE AMERICAS STE 2305
PO BOX 369                                       NEW YORK NY 10001
BUFFALO, NY 14240-0369

Phone: 800-442-3633                              Phone: 212 967 4045

Claim No.: 32634                                 Full Transfer:     (X)       Partial Transfer:
Date Claim Filed: 04/07/2005                     Amount: $1,345.51

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10334

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ENCORE GROUP, THE    ID: 405693 | DELLACAMERA CAPITAL MASTER FUND LTD    ID: 452148 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| ENCORE GROUP, THE<br>ATTN MARK BENNETT, CREDIT MGR<br>111 CLOVERLEAF ROAD<br>WINSTON SALEM NC 27103 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 |
| Phone: 800 334 0425 | Phone: 212 808 3590 |

ENCORE GROUP, THE
ATTN: LOUIS R VALERTE, EVP/CFO
111 CLOVERLEAF ROAD
WINSTON SALEM NC 27103

Phone:
ID:  534840

| | |
|---|---|
| Claim No.: 7361 | Full Transfer:    (X)    Partial Transfer: |
| Date Claim Filed: 07/21/2005 | Amount: $84,591.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **10281**

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FAYE STROWBRIDGE    ID: 381412                    DEBT ACQUISITION COMPANY OF AMERICA    ID: 407682

Name of Transferor                                 Name of Transferee

FAYE STROWBRIDGE                                   DEBT ACQUISITION COMPANY OF AMERICA
1330 LACLEDE AVE, APT 237                          ATTN SILVIA LUKES, CLAIMS ADMIN
JACKSONVILLE, FL 32205                             1565 HOTEL CIRCLE SOUTH STE 310
                                                   SAN DIEGO CA 92108

Phone:                                             Phone: 619 220 8900 ext 104

Claim No.: 32008                          Full Transfer:    (X)    Partial Transfer:

Date Claim Filed: 04/07/2005              Amount: $150.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10335**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

FERGUSON, RITA    ID: 389006

Name of Transferor

FERGUSON, RITA
C/O GEORGE DOUGLAS JR LAW OFFICES
ATTN: GEORGE DOUGLAS JR, ESQ
700 CENTURY PARK SOUTH, SUITE 223
BIRMINGHAM AL 35226

Phone: 205 824 4620

FERGUSON, RITA
200 RIVER TRACE
CHILDERBURG AL 35044

Phone:
ID: 534841

DELLACAMERA CAPITAL MASTER FUND LTD    ID: 452148

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

Phone: 212 808 3590

Claim No.: 5158

Date Claim Filed: 07/05/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $25,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                           Docket No.: 9926

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GAMBINO, MARK    ID: 255530                    SIERRA LIQUIDITY FUND    ID: 492938
_____          _____
Name of Transferor                             Name of Transferee

GAMBINO, MARK                                  SIERRA LIQUIDITY FUND
PO BOX 2418                                    ATTN SCOTT AUGUST
DAPHNE, AL 36526                               2699 WHITE RD STE 255
                                               IRVINE CA 92614


Phone: 9496601144                              Phone: 949 660 1144


Claim No.: 4998                        Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 06/30/2005           Amount: $1,425.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                               /s/ Logan & Company, Inc.
                                               _____
                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

_____

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9927

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GAMBINO, MARK    ID: 255530

Name of Transferor

GAMBINO, MARK
PO BOX 2418
DAPHNE, AL 36526



Phone: 9496601144

SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614



Phone: 949 660 1144

Claim No.: 33869

Date Claim Filed: 04/07/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $1,425.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10205

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| GPC MANAGEMENT, INC    ID: 406113 | FAIR HARBOR CAPITAL LLC    ID: 408404 |
|---|---|
| Name of Transferor | Name of Transferee |

GPC MANAGEMENT, INC
ATTN: KATHLEEN E RYNBECK, VP
1305 E PLANT STREET
WINTER GARDEN FL 34787

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 407 877 8100

Phone: 212 967 4045

Claim No.: 3308

Full Transfer:    (X)    Partial Transfer:

Date Claim Filed: 05/31/2005

Amount: $1,261.16

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10329

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| GREER PLAZA, INC    ID: 315830 | SIERRA LIQUIDITY FUND    ID: 492938 |
|---|---|
| Name of Transferor | Name of Transferee |

GREER PLAZA, INC
ATTN: STANLEY G TATE, PRESIDENT
1175 NE 125TH STREET, SUITE 102
NORTH  MIAMI, FL 33161

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 305 891 1106

Phone: 949 660 1144

GREER PLAZA INC
C/O BLAXBERG GRAYSON KUKOFF & SEGAL
ATTN: IAN J KUKOFF, ESQ
INGRAHAM BLD, STE 730
25 SE 2ND AVENUE
MIAMI FL 33131

Phone: 305-381-7979
ID:  534836

| Claim No.: 12447 | Full Transfer:    (X)    Partial Transfer: |
|---|---|
| Date Claim Filed: 11/09/2005 | Amount: $258,467.44 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 10330

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GREER PLAZA, INC    ID: 315830                   SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferor                               Name of Transferee

GREER PLAZA, INC                                 SIERRA LIQUIDITY FUND
ATTN:  STANLEY G TATE, PRESIDENT                 ATTN SCOTT AUGUST
1175 NE 125TH STREET, SUITE 102                  2699 WHITE RD STE 255
NORTH  MIAMI, FL 33161                           IRVINE CA 92614


Phone: 305 891 1106                              Phone: 949 660 1144


GREER PLAZA INC
C/O BLAXBERG GRAYSON KUKOFF & SEGAL
ATTN: IAN J KUKOFF, ESQ
INGRAHAM BLD, STE 730
25 SE 2ND AVENUE
MIAMI FL 33131

Phone:  305-381-7979
ID:  534836


Claim No.: 12448                    Full Transfer:    (X)        Partial Transfer:
Date Claim Filed: 11/09/2005        Amount: $258,467.44

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                          Case No.: **05-03817-3F1**

                                                                     Docket No.: **10351**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HANOVER FOODS CORPORATION    ID: 251228          REDROCK CAPITAL PARTNERS LLC    ID: 407577

Name of Transferor                               Name of Transferee

HANOVER FOODS CORPORATION                        REDROCK CAPITAL PARTNERS LLC
ATTN: STEVEN E ROBERTSON, TREASURER              ATTN CRAIG KLEIN
PO BOX 334                                       111 S MAIN ST STE C11
HANOVER PA 17331                                 PO BOX 9095
                                                 BRECKENRIDGE CO 80424


Phone: 717 632 6000                              Phone: 970 547 9058


Claim No.: 4164                          Full Transfer:    (X)       Partial Transfer:

Date Claim Filed: 06/17/2005             Amount: $46,277.77


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.:**05-03817-3F1**

                                                             Docket No.:**10336**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| HUBERT COMPANY     ID: 404847 | DELLACAMERA CAPITAL MASTER FUND LTD     ID: 452148 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| HUBERT COMPANY | DELLACAMERA CAPITAL MASTER FUND LTD |
| ATTN: MARY D INABNITT, CR MGR | C/O DELLACAMERA CAPITAL MGMT LLC |
| 9555 DRY FORK RD | ATTN VINCENT J SPIMATO, MGR MEMBER |
| HARRISON OH 45030 | 237 PARK AVE, SUITE 900 |
| | NEW YORK NY 10017 |

Phone: 513 367 8764                                        Phone: 212 808 3590

HUBERT COMPANY
ATTN: GREG OLLINGER, VP FINANCE
9555 DRY FORK ROAD
HARRISON OH 45030

Phone:
ID:  534842

| Claim No.: 9266 | Full Transfer:    (X)    Partial Transfer: |
|---|---|
| Date Claim Filed: 07/29/2005 | Amount: $63,341.64 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                              /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**　　　　　Case No.: **05-03817-3F1**

　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: **9893**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JOSEPH ENTERPRISES　　ID: 253398　　　　　　HAIN CAPITAL OPPORTUNITIES LLC　　ID: 411409

Name of Transferor　　　　　　　　　　　　　　Name of Transferee

JOSEPH ENTERPRISES　　　　　　　　　　　　HAIN CAPITAL OPPORTUNITIES LLC
ATTN: LARRY WONG, CONTROLLER　　　　　　ATTN G LIBERCHUK/ROBERT J KOLTAI
425 CALIFORNIA STREET, SUITE 300　　　　　　301 ROUTE 17 N 6TH FLOOR
SAN FRANCISCO, CA 94104　　　　　　　　　　RUTHERFORD NJ 07070


Phone: 415 397 6992　　　　　　　　　　　　　Phone: 201 896 6100


Claim No.: 2573　　　　　　　　　　　　Full Transfer:　　<u>(X)</u>　　　Partial Transfer:

Date Claim Filed: 05/23/2005　　　　　　Amount: $108,216.00


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **10625**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LA DONA FOODS INC      ID: 254241 | DELLACAMERA CAPITAL MASTER FUND LTD     ID: 452148 |
| Name of Transferor | Name of Transferee |
| LA DONA FOODS INC<br>ATTN: ROBERT E LUQUE, PRES<br>PO BOX 138503<br>HIALEAH, FL 33013 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 |
| Phone: | Phone: 212 808 3590 |

LA DONA FOODS INC
C/O KEVIN GLEASON PA
ATTN: KEVIN C GLEASON, ESQ
4121 N 31ST AVENUE
HOLLYWOOD FL 33021

Phone:
ID:  534852

| | |
|---|---|
| Claim No.: 11125 | Full Transfer:     (X)     Partial Transfer: |
| Date Claim Filed: 08/01/2005 | Amount: $25,220.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**           Case No.: **05-03817-3F1**

Docket No.: **10624**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LA DONA FOODS INC      ID: 254241 | DELLACAMERA CAPITAL MASTER FUND LTD      ID: 452148 |
| Name of Transferor | Name of Transferee |
| | |
| LA DONA FOODS INC | DELLACAMERA CAPITAL MASTER FUND LTD |
| ATTN: ROBERT E LUQUE, PRES | C/O DELLACAMERA CAPITAL MGMT LLC |
| PO BOX 138503 | ATTN VINCENT J SPIMATO, MGR MEMBER |
| HIALEAH, FL 33013 | 237 PARK AVE, SUITE 900 |
| | NEW YORK NY 10017 |
| | |
| Phone: | Phone: 212 808 3590 |
| | |
| LA DONA FOODS INC | |
| C/O KEVIN GLEASON PA | |
| ATTN: KEVIN C GLEASON, ESQ | |
| 4121 N 31ST AVENUE | |
| HOLLYWOOD FL 33021 | |
| | |
| Phone: | |
| ID:  534852 | |

Claim No.: 31103           Full Transfer:  <u>(X)</u>      Partial Transfer:

Date Claim Filed: 04/07/2005           Amount: $25,734.69

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                    /s/ Logan & Company, Inc.

                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10632**

---

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LETO, SONYA     ID: 390534

Name of Transferor

LETO, SONYA
C/O MANUEL E GARCIA, PA
ATTN MANUEL E GARCIA, ESQ
515 WHITEHEAD STREET
KEY WEST FL 33040

Phone: 305 292 1437

DELLACAMERA CAPITAL MASTER FUND LTD     ID: 452148

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

Phone: 212 808 3590

Claim No.: 5675

Date Claim Filed: 07/08/2005

Full Transfer:     (X)     Partial Transfer:

Amount: $25,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10627**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LIF REALTY TRUST      ID: 408168

Name of Transferor

LIF REALTY TRUST
C/O SMITH ANDERSON LAW FIRM
ATTN AMOS U PRIESTER, IV, ESQ
PO BOX 2611
RALEIGH NC 27602-2611

Phone: 919 821 1220

DELLACAMERA CAPITAL MASTER FUND LTD      ID: 452148

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

Phone: 212 808 3590

Claim No.: 8103

Date Claim Filed: 07/26/2005

Full Transfer:      (X)      Partial Transfer:

Amount: $158,316.61

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10282**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MARLER, EMILY      ID: 248956 | DEBT ACQUISITION COMPANY OF AMERICA      ID: 407682 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MARLER, EMILY<br>11 SHENANDOAH DRIVE<br>LAURENS, SC 29630 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |

Phone: 864-833-3279

Phone: 619 220 8900 ext 104

Claim No.: 36281

Date Claim Filed: 04/07/2005

Full Transfer:      <u>(X)</u>      Partial Transfer:

Amount: $150.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10350

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MASTER LOCK COMPANY    ID: 255745

Name of Transferor

MASTER LOCK COMPANY
ATTN: PATTY COOK, SR CREDIT ANALYST
137 W FOREST HILL AVENUE
OAK CREEK WI 53154


Phone: 414 766 6271

REDROCK CAPITAL PARTNERS LLC    ID: 407577

Name of Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424


Phone: 970 547 9058

Claim No.: 4445

Date Claim Filed: 06/24/2005

Full Transfer:    (X)         Partial Transfer:

Amount: $102,007.04

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                      Case No.: **05-03817-3F1**

Docket No.: **9863**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCALESTER VENTURE, INC     ID: 410940                    LONGACRE MASTER FUND LTD     ID: 452049

Name of Transferor                                        Name of Transferee

MCALESTER VENTURE, INC                                    LONGACRE MASTER FUND LTD
C/O H J TAYLOR & ASSOCIATES, INC                          ATTN VLADIMIR JELISAVCIC
ATTN HARVE J TAYLOR, PRESIDENT                            810 SEVENTH AVENUE 22ND FLOOR
PO BOX 640                                                NEW YORK NY 10019
BENTONVILLE AR 72712

Phone: 479 273 3233                                       Phone: 212 259 4314

Claim No.: 10179                          Full Transfer:     (X)        Partial Transfer:
Date Claim Filed: 07/28/2005              Amount: $160,955.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9868

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MCALESTER VENTURE, INC     ID: 410940

Name of Transferor

LONGACRE MASTER FUND LTD     ID: 452049

Name of Transferee

MCALESTER VENTURE, INC
C/O H J TAYLOR & ASSOCIATES, INC
ATTN HARVE J TAYLOR, PRESIDENT
PO BOX 640
BENTONVILLE AR 72712

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

Phone: 479 273 3233

Phone: 212 259 4314

Claim No.: 10180

Full Transfer:     (X)     Partial Transfer:

Date Claim Filed: 07/28/2005

Amount: $160,955.96

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **10038**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MEDICAL SYSTEMS INC    ID: 255994 | DEBT ACQUISITION COMPANY OF AMERICA    ID: 407682 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| MEDICAL SYSTEMS INC | DEBT ACQUISITION COMPANY OF AMERICA |
| ATTN: JONATHAN SMITH | ATTN SILVIA LUKES, CLAIMS ADMIN |
| PO BOX 226 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| WALKER LA 70785 | SAN DIEGO CA 92108 |

Phone: 225-270-2273

Phone: 619 220 8900 ext 104

Claim No.: 33894

Full Transfer: <u>(X)</u>    Partial Transfer:

Date Claim Filed: 04/07/2005

Amount: $360.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9951**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MILIAN, SAUL    ID: 407721

Name of Transferor

MILIAN, SAUL
C/O MICHAEL A FRANK, ESQ
10 NW LEJEUNE ROAD, SUITE 620
MIAMI FL 33126

Phone: 305 443 4217

HAIN CAPITAL HOLDINGS LLC    ID: 452382

Name of Transferee

HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

Phone: 201 896 6100

Claim No.: 5331

Date Claim Filed: 07/05/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $46,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10630

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MIRTH, GAIL    ID: 416136

Name of Transferor

MIRTH, GAIL
2928 NW 64TH STREET
MIAMI FL 33147

Phone: 305 836 4114

DELLACAMERA CAPITAL MASTER FUND LTD    ID: 452148

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

Phone: 212 808 3590

Claim No.: 12571

Date Claim Filed: 11/22/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $20,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10618**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MORALES, SONIA      ID: 391769 | DELLACAMERA CAPITAL MASTER FUND LTD      ID: 452148 |
| Name of Transferor | Name of Transferee |
| | |
| MORALES, SONIA | DELLACAMERA CAPITAL MASTER FUND LTD |
| C/O DELL & SCHAEFER, PA | C/O DELLACAMERA CAPITAL MGMT LLC |
| ATTN STEVEN C LAWSON, ESQ | ATTN VINCENT J SPIMATO, MGR MEMBER |
| 2404 HOLLYWOOD BLVD | 237 PARK AVE, SUITE 900 |
| HOLLYWOOD FL 33020 | NEW YORK NY 10017 |
| | |
| Phone: 954 620 8300 | Phone: 212 808 3590 |

| | |
|---|---|
| Claim No.: 4169 | Full Transfer:      (X)      Partial Transfer: |
| Date Claim Filed: 06/17/2005 | Amount: $50,000.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 10041

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OPIS ENERGY GROUP      ID: 407498                 DEBT ACQUISITION COMPANY OF AMERICA      ID: 407682
_____              _____
Name of Transferor                               Name of Transferee

OPIS ENERGY GROUP                                DEBT ACQUISITION COMPANY OF AMERICA
ATTN SUSANNA GILL, COLL ANALYST                  ATTN SILVIA LUKES, CLAIMS ADMIN
11300 ROCKVILLE PIKE, # 1100                     1565 HOTEL CIRCLE SOUTH STE 310
ROCKVILLE MD 20852                               SAN DIEGO CA 92108


Phone: 301 287 2803                              Phone: 619 220 8900 ext 104


OPIS ENERGY GROUP
ATTN: SUSANNA GILL
PO BOX 9407
GAITHERSBURG, MD 20898-9407


Phone:
ID: 257711


Claim No.: 5016                         Full Transfer:     (X)     Partial Transfer:
Date Claim Filed: 06/30/2005            Amount: $395.00


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                              /s/ Logan & Company, Inc.
                                              _____
                                              Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 9921

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OVERHEAD DOOR CO OF RELEIGH INC      ID: 257833

Name of Transferor

SIERRA LIQUIDITY FUND      ID: 492938

Name of Transferee

OVERHEAD DOOR CO OF RELEIGH INC
ATTN: ELIZABETH C WOLFE, CORP SEC
3224 GRESHAM LAKE ROAD
RALEIGH, NC 27615

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 919-876-0637

Phone: 949 660 1144

Claim No.: 36640

Date Claim Filed: 04/07/2005

Full Transfer:      (X)      Partial Transfer:

Amount: $512.22

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10174**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

OVERHEAD DOOR COMPANY    ID: 257843

Name of Transferor

TRADE-DEBT.NET    ID: 399395

Name of Transferee

OVERHEAD DOOR COMPANY
ATTN: KARLA DUNCAN, ACCTS RCV
6600 WEST WT HARRIS BLVD
CHARLOTTE, NC 29269

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 704-887-3667

Phone: 631 884 0100

Claim No.: 32857

Date Claim Filed: 04/07/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $662.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10445

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| POKON & CHRYSAL USA      ID: 258674 | DEBT ACQUISITION COMPANY OF AMERICA      ID: 407682 |
| Name of Transferor | Name of Transferee |

POKON & CHRYSAL USA
ATTN: PATRICIA HARO-TUA, CONTROLLER
3063 NORTHWEST 107TH AVENUE
MIAMI, FL 33172

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 305 477 0112

Phone: 619 220 8900 ext 104

POKON & CHRYSTAL USA
ATTN: GUIOMAR BARREIRO, A/R-A/P
3063 NORTHWEST 107TH AVENUE
MIAMI, FL 33172

Phone: 305-477-0112
ID: 376638

Claim No.: 527

Full Transfer:      (X)      Partial Transfer:

Date Claim Filed: 04/08/2005

Amount: $2,340.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10042**

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PRIME MEDICAL     ID: 258860

Name of Transferor

PRIME MEDICAL
ATTN: MEICHI LEE, MGR
3515 HIGHWAY 1 SOUTH
PORT ALLEN, LA 70767

Phone: 225-749-5750

DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104

Claim No.: 34045

Date Claim Filed: 04/07/2005

Full Transfer:     <u>(X)</u>     Partial Transfer:

Amount: $165.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 10349

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

R&R ENTERPRISES LLC DBA      ID: 405962                    REDROCK CAPITAL PARTNERS LLC      ID: 407577

Name of Transferor                                        Name of Transferee

R&R ENTERPRISES LLC DBA                                   REDROCK CAPITAL PARTNERS LLC
HAMPTON INN PRATTVILLE                                    ATTN CRAIG KLEIN
C/O PARNELL & CRUM, PA                                    111 S MAIN ST STE C11
ATTN B GRIGGS OR C PARNELL, ESQS                          PO BOX 9095
PO BOX 2189                                               BRECKENRIDGE CO 80424
MONTGOMERY AL 36102-2189

Phone: 334 832 4200 ext 334                               Phone: 970 547 9058

R&R ENTERPRISES LLC
ATTN: ROSCOE A WILLIAMS, OWNER
2558 COBBS FORD ROAD
PRATSVILLG AL 36066

Phone:
ID: 534843

Claim No.: 2556                                           Full Transfer:      (X)      Partial Transfer:
Date Claim Filed: 05/23/2005                              Amount: $22,670.62

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **9894**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RICARDO, VIVIAN      ID: 392117 | LCH OPPORTUNITIES LLC      ID: 452118 |
| Name of Transferor | Name of Transferee |
| RICARDO, VIVIAN | LCH OPPORTUNITIES LLC |
| C/O ALAN COHN & ANGELA COHN, PA | ATTN JOSEPH M O'CONNOR |
| ATTN ANGELA L COHN, ESQ | 315 PARK AVE S 20TH FLR |
| 1152 N UNIVERSITY DRIVE, SUITE 201 | NEW YORK NY 10010 |
| PEMBROKE PINES FL 33024 | |
| Phone: 954 431 8100 | Phone: 212 460 1966 |

Claim No.: 5596

Date Claim Filed: 07/11/2005

Full Transfer:     (X)     Partial Transfer:

Amount: $92,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10043**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RICHARD E COLGIN CO    ID: 259573 | DEBT ACQUISITION COMPANY OF AMERICA    ID: 407682 |
| Name of Transferor | Name of Transferee |
| RICHARD E COLGIN CO<br>ATTN: ELIZABETH GARDNER, PRES<br>2230 VALDINA<br>DALLAS, TX 75207 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone:  214-951-8687 | Phone: 619 220 8900 ext 104 |

Claim No.: 35295

Date Claim Filed: 04/07/2005

Full Transfer:    (X)        Partial Transfer:

Amount: $1,333.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 10433

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| RIGDON, ALEXANDER & RIGDON, LLP    ID: 394060 | CACTUS HOLDINGS GROUP LLC    ID: 403520 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| RIGDON, ALEXANDER & RIGDON, LLP<br>ATTN: H A RIGDON, JR<br>PO BOX 412169<br>MELBOURNE, FL 32941-2169 | CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 |

Phone: 321 242 1661                          Phone: 408 868 1507

Claim No.: 2597                              Full Transfer:    (X)      Partial Transfer:

Date Claim Filed: 05/24/2005                 Amount: $15,584.53

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                             /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10063

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RUSSELL OIL CO      ID: 260179

Name of Transferor

RUSSELL OIL CO
ATTN: THOMAS E RUSSELL, PRES
PO BOX 38
LAPINE, AL 36046-0038


Phone: 334-537-4315


RUSSELL OIL COMPANY INC
C/O PARNELL & CRUM, PA
ATTN B B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189


Phone: 949 660 1144
ID:  381757


Claim No.: 32915
Date Claim Filed: 04/07/2005

SIERRA LIQUIDITY FUND      ID: 492938

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614


Phone: 949 660 1144


Full Transfer:      (X)      Partial Transfer:

Amount: $101,187.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**    **Case No.: 05-03817-3F1**

**Docket No.: 10064**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RUSSELL OIL COMPANY INC    ID: 381757    SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferor    Name of Transferee

RUSSELL OIL COMPANY INC    SIERRA LIQUIDITY FUND
C/O PARNELL & CRUM, PA    ATTN SCOTT AUGUST
ATTN B B GRIGGS OR C PARNELL, ESQS    2699 WHITE RD STE 255
PO BOX 2189    IRVINE CA 92614
MONTGOMERY AL 36102-2189

Phone: 949 660 1144    Phone: 949 660 1144

RUSSELL OIL CO
ATTN: THOMAS E RUSSELL, PRES
PO BOX 38
LAPINE, AL 36046-0038

Phone: 334-537-4315
ID:  260179

Claim No.: 126    Full Transfer:    (X)    Partial Transfer:
Date Claim Filed: 03/14/2005    Amount: $84,805.91

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006    /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10065

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RUSSELL OIL COMPANY INC      ID: 381757

Name of Transferor

SIERRA LIQUIDITY FUND      ID: 492938

Name of Transferee

RUSSELL OIL COMPANY INC
C/O PARNELL & CRUM, PA
ATTN B B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144

Phone: 949 660 1144

RUSSELL OIL CO
ATTN: THOMAS E RUSSELL, PRES
PO BOX 38
LAPINE, AL 36046-0038

Phone: 334-537-4315
ID:  260179

Claim No.: 965

Date Claim Filed: 05/04/2005

Full Transfer:      (X)      Partial Transfer:

Amount: $19,774.58

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **10066**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

RUSSELL OIL COMPANY INC      ID: 381757

Name of Transferor

SIERRA LIQUIDITY FUND      ID: 492938

Name of Transferee

RUSSELL OIL COMPANY INC
C/O PARNELL & CRUM, PA
ATTN B B GRIGGS OR C PARNELL, ESQS
PO BOX 2189
MONTGOMERY AL 36102-2189

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144

Phone: 949 660 1144

RUSSELL OIL CO
ATTN: THOMAS E RUSSELL, PRES
PO BOX 38
LAPINE, AL 36046-0038

Phone: 334-537-4315
ID:  260179

Claim No.: 2557

Full Transfer:      (X)      Partial Transfer:

Date Claim Filed: 05/23/2005

Amount: $101,187.97

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                                **Case No.: 05-03817-3F1**

                                                                          **Docket No.: 10206**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SAFE STRAP COMPANY      ID: 260293                    FAIR HARBOR CAPITAL LLC      ID: 408404

Name of Transferor                                   Name of Transferee

SAFE STRAP COMPANY                                   FAIR HARBOR CAPITAL LLC
ATTN: R BUONOMO, VP                                  ATTN FRED GLASS
10 KINGS BRIDGE ROAD                                 875 AVENUE OF THE AMERICAS STE 2305
FAIRFIELD NJ 07004                                   NEW YORK NY 10001


Phone: 973 575 9494                                  Phone: 212 967 4045


Claim No.: 4871                          Full Transfer:      (X)      Partial Transfer:

Date Claim Filed: 06/27/2005             Amount: $1,039.18


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10381**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCHROTH, MARILYN      ID: 390726

Name of Transferor

SCHROTH, MARILYN
C/O ROSENTHAL & LEVY, PA
ATTN STEVEN SIMON, ESQ
1645 PALM BCH LAKES BLVD, SUITE 350
WEST PALM BEACH FL 33401-2289

Phone: 561 478 2500

HAIN CAPITAL HOLDINGS LLC      ID: 452382

Name of Transferee

HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

Phone: 201 896 6100

Claim No.: 7112

Date Claim Filed: 07/21/2005

Full Transfer:      (X)      Partial Transfer:

Amount: $110,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

**Case No.: 05-03817-3F1**

**Docket No.: 10331**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SPRINGHILL ASSOCIATES, LLC      ID: 408341

Name of Transferor

SPRINGHILL ASSOCIATES, LLC
C/O RICHARDSON PLOWDEN ET AL
ATTN S NELSON WESTON, JR, ESQ
PO BOX 7788
COLUMBIA SC 29202

Phone: 803 771 4400

SIERRA LIQUIDITY FUND      ID: 492938

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144

Claim No.: 13313

Date Claim Filed: 06/22/2006

Full Transfer:      (X)      Partial Transfer:

Amount: $417,146.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**              Case No.: **05-03817-3F1**

                                                        Docket No.: **10333**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ST PETERSBURG TIMES      ID: 382255                    DELLACAMERA CAPITAL MASTER FUND LTD      ID: 452148
_____              _____
Name of Transferor                                     Name of Transferee

ST PETERSBURG TIMES                                    DELLACAMERA CAPITAL MASTER FUND LTD
ATTN KIMBERLY RILEY, CXREDIT MGR                       C/O DELLACAMERA CAPITAL MGMT LLC
490 FIRST AVENUE SOUTH                                 ATTN VINCENT J SPIMATO, MGR MEMBER
ST PETERSBURG, FL 33731                                237 PARK AVE, SUITE 900
                                                       NEW YORK NY 10017

Phone: n/a                                             Phone: 212 808 3590

ST PETERSBURG TIMES
ATTN: JANA L JONES, TREAS/CFO
490 1ST AVENUE SOUTH
ST PETERSBURG, FL 33701

Phone:
ID:  261748

Claim No.: 10534                                       Full Transfer:     (X)          Partial Transfer:
Date Claim Filed: 08/01/2005                           Amount: $38,068.40

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

_Penalty for making a false statement:_ fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                       /s/ Logan & Company, Inc.
                                                       _____
                                                       Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                 Case No.: **05-03817-3F1**

                                                          Docket No.: **9952**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

THOMAS, YVETTE    ID: 387806                    HAIN CAPITAL HOLDINGS LLC    ID: 452382

Name of Transferor                              Name of Transferee

THOMAS, YVETTE                                  HAIN CAPITAL HOLDINGS LLC
19010 NW 7TH AVE                                ATTN G LIBERCHUK/R J KOLTAI
MIAMI, FL 33169                                 301 ROUTE 17, 6TH FLR
                                                RUTHERFORD NJ 07070

Phone: 305 653 8223                             Phone: 201 896 6100

THOMAS, YVETTE
C/O BOLTON & GROSS
ATTN: RICHARD BOLTON, ESQ
801 NE 167TH ST, 2ND FL
NORTH MIAMI FL 33162

Phone: 305-653-8223
ID:  534847

Claim No.: 8944                                 Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 07/27/2005                    Amount: $75,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10343**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

VALLEY RICH DAIRY    ID: 264001

Name of Transferor

TRADE-DEBT.NET    ID: 399395

Name of Transferee

VALLEY RICH DAIRY
ATTN: WILLIAM S CHASTOS, VP/CAO
5400 SOUTH LAMAR STREET
DALLAS TX 75215

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704

Phone: 214-565-0332

Phone: 631 884 0100

Claim No.: 36953

Date Claim Filed: 04/07/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $2,272.30

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10174

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

VILLAGE OF PALM SPRINGS, FL      ID: 264175

Name of Transferor

VILLAGE OF PALM SPRINGS, FL
ATTN KARL E UMBERGER, VILLAGE MGR
226 CYPRESS LANE
PALM SPRINGS, FL 33461-1604


Phone: 561 965 4010


VILLAGE OFPALM SPRINGS
C/O MOYLE FLANIGAN ET AL
ATTN: PAUL J NICOLETTI, ESQ
625 N FLAGLER DRIVE, 9TH FL
WEST PALM BEACH FL 33401


Phone:
ID:  534835


Claim No.: 32228
Date Claim Filed: 04/07/2005

TRADE-DEBT.NET      ID: 399395

Name of Transferee

TRADE-DEBT.NET
ATTN TIMOTHY MCGUIRE
PO BOX 1487
WEST BABYLON NY 11704


Phone: 631 884 0100


Full Transfer:      (X)      Partial Transfer:

Amount: $1,341.38

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 09/22/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 10511

---

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WHINK PRODUCTS COMPANY    ID: 264712                      REDROCK CAPITAL PARTNERS LLC    ID: 407577

Name of Transferor                                        Name of Transferee

WHINK PRODUCTS COMPANY                                    REDROCK CAPITAL PARTNERS LLC
ATTN: CLARK LAWLER, CFO                                   ATTN CRAIG KLEIN
PO BOX 467                                                111 S MAIN ST STE C11
ELDORA, IA 50627-0467                                     PO BOX 9095
                                                          BRECKENRIDGE CO 80424

Phone: 641 939 2353                                       Phone: 970 547 9058

Claim No.: 1454                          Full Transfer:    (X)        Partial Transfer:
Date Claim Filed: 05/12/2005             Amount: $12,233.33

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 9777

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| WILMINGTON TRUST CO/WADE, WJ, TTEES      ID: 407473 | LASALLE BANK NA AS TRUSTEE FOR      ID: 534411 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| WILMINGTON TRUST CO/WADE, WJ, TTEES | LASALLE BANK NA AS TRUSTEE FOR |
| SOUTHLAND-JONESBORO WD DE BUS TRUST | REG HOLDERS OF ACGS 2004 LLC SN ABC |
| C/O NEAL GERBER & EISENBERG LLP | ATTN DEMETRIOS J MORAKIS VP |
| ATTN THOMAS C WOLFORD, ESQ | C/O CWCAPITAL ASSET MGMT LLC |
| 2 NORTH LASALLE ST, SUITE 2300 | 701 13TH ST NW STE 1000 |
| CHICAGO IL 60602 | WASHINGTON DC 20005 |
| | |
| Phone: 312 269 5675 | Phone: |

Claim No.: 12162                          Full Transfer:    (X)       Partial Transfer:

Date Claim Filed: 10/21/2005              Amount: $513,042.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/22/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 22, 2006