UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about September 26, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 2, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                     **CASE:** 05-03817-3F1

CREDITOR ID: 279129-99
COCA-COLA BOTTLING CO UNITED INC
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN DANIELLE K. GRECO ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 534846-97
COCA-COLA BOTTLING CO/UNITED INC
ATTN: E ERIC STEADMAN, ASST TREAS
4600 EAST LAKE BLVD
BIRMINGHAM AL 35217

CREDITOR ID: 2196-07
DIXIE LAND SC, LLC
C/O PARKWAY ASSET MANAGEMENT CORP
ATTN PAUL J GINGRAS, PRESIDENT
235 MOORE STREET, SUITE 102
HACKENSACK NJ 07601

CREDITOR ID: 534849-97
DIXIE LAND SC, LLC
C/O FORMAN HOLT & ELIADES LLC
ATTN: DANIEL M ELIADES, ESQ
218 ROUTE 17 NORTH
ROCHELLE PARK NJ 07662

CREDITOR ID: 534409-98
JPMORGAN CHASE BANK NA
ATTN NEELIMA VELUVOLU
270 PARK AVE 17TH FLR
NEW YORK NY 10017

CREDITOR ID: 534845-97
JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: STEVEN H EPSTEIN
599 LEXINGTON AVENUE
NEW YORK NY 10022

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
REG HOLDERS OF ACGS 2004 LLC SN ABC
ATTN DEMETRIOS J MORAKIS VP
C/O CWCAPITAL ASSET MGMT LLC
701 13TH ST NW STE 1000
WASHINGTON DC 20005

CREDITOR ID: 534411-98
LASALLE BANK NA AS TRUSTEE FOR
C/O VENABLE LLP
ATTN: HEATHER DEANS FOLEY, ESQ
1800 MERCANTILE BANK & TRUST BDLG
TWO HOPKINS PLAZA
BALTIMORE MD 20201
USA

CREDITOR ID: 534410-98
ORIX CAPITAL MARKETS LLC
ATTN CHUCK CROUCH
1717 MAIN STREET SUITE 800
DALLAS TX 75201

CREDITOR ID: 534850-97
STUTSMAN THAMES & MARKEY PA
ATTN: RICHARD R THAMES, ESQ
50 N LAURA ST, STE 1600
JACKSONVILLE FL 32202

CREDITOR ID: 407473-99
WILMINGTON TRUST CO/WADE, WJ, TTEES
SOUTHLAND-JONESBORO WD DE BUS TRUST
C/O NEAL GERBER & EISENBERG LLP
ATTN THOMAS C WOLFORD, ESQ
2 NORTH LASALLE ST, SUITE 2300
CHICAGO IL 60602

**Total: 11**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1
Docket No.: 9950

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COCA-COLA BOTTLING CO UNITED INC   ID: 279129
Name of Transferor

COCA-COLA BOTTLING CO UNITED INC
C/O BRADLEY ARANT ROSE & WHITE LLP
ATTN DANIEL K. GRECO ESQ
1819 FIFTH AVENUE NORTH
BIRMINGHAM AL  35203

Phone: 505 521 8000


COCA-COLA BOTTLING CO/UNITED INC
ATTN: E ERIC STEADMAN, ASST TREAS
4600 EAST LAKE BLVD
BIRMINGHAM AL  35217

Phone:
ID:  534846

JPMORGAN CHASE BANK NA   ID: 534409
Name of Transferee

JPMORGAN CHASE BANK NA
ATTN NEELIMA VELUVOLU
270 PARK AVE 17TH FLR
NEW YORK NY  10017

Phone: 212 270 2150


JPMORGAN CHASE BANK NA
C/O KIRKPATRICK & LOCKHART ET AL
ATTN: STEVEN H EPSTEIN
599 LEXINGTON AVENUE
NEW YORK NY  10022

Phone: 212 536 4830
ID:  534845

Claim No.: 10707
Date Claim Filed: 08/01/2005

Full Transfer: ☒     Partial Transfer:
Amount: $1,171,585.27

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/26/2006                                     /s/ Logan & Company, Inc.
                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　　Case No.: 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 9950

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COCA-COLA BOTTLING CO UNITED INC　　ID: 279129　　　　JPMORGAN CHASE BANK NA   ID: 534409
Name of Transferor　　　　　　　　　　　　　　　　　　　Name of Transferee

COCA-COLA BOTTLING CO UNITED INC　　　　　　　　　　　JPMORGAN CHASE BANK NA
C/O BRADLEY ARANT ROSE & WHITE LLP　　　　　　　　　　ATTN NEELIMA VELUVOLU
ATTN DANIEL K. GRECO ESQ　　　　　　　　　　　　　　　270 PARK AVE 17TH FLR
1819 FIFTH AVENUE NORTH　　　　　　　　　　　　　　　NEW YORK NY  10017
BIRMINGHAM AL  35203

Phone: 505 521 8000　　　　　　　　　　　　　　　　　　Phone: 212 270 2150


COCA-COLA BOTTLING CO/UNITED INC　　　　　　　　　　　JPMORGAN CHASE BANK NA
ATTN: E ERIC STEADMAN, ASST TREAS　　　　　　　　　　 C/O KIRKPATRICK & LOCKHART ET AL
4600 EAST LAKE BLVD　　　　　　　　　　　　　　　　　ATTN: STEVEN H EPSTEIN
BIRMINGHAM AL  35217　　　　　　　　　　　　　　　　　599 LEXINGTON AVENUE
　　　　　　　　　　　　　　　　　　　　　　　　　　　NEW YORK NY  10022

Phone:　　　　　　　　　　　　　　　　　　　　　　　Phone: 212 536 4830
ID:  534846　　　　　　　　　　　　　　　　　　　　　ID:  534845


Claim No.: 10708　　　　　　　　　Full Transfer: ☒　　　Partial Transfer:
Date Claim Filed: 08/01/2005　　　　Amount: $163,831.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/26/2006　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.        Case No.: 05-03817-3F1
                                              Docket No.: 9950

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| COCA-COLA BOTTLING CO UNITED INC   ID: 279129<br>Name of Transferor | JPMORGAN CHASE BANK NA   ID: 534409<br>Name of Transferee |
| COCA-COLA BOTTLING CO UNITED INC<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN DANIEL K. GRECO ESQ<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL  35203<br><br>Phone: 505 521 8000 | JPMORGAN CHASE BANK NA<br>ATTN NEELIMA VELUVOLU<br>270 PARK AVE 17TH FLR<br>NEW YORK NY  10017<br><br>Phone: 212 270 2150 |
| COCA-COLA BOTTLING CO/UNITED INC<br>ATTN: E ERIC STEADMAN, ASST TREAS<br>4600 EAST LAKE BLVD<br>BIRMINGHAM AL  35217<br><br>Phone:<br>ID:  534846 | JPMORGAN CHASE BANK NA<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN: STEVEN H EPSTEIN<br>599 LEXINGTON AVENUE<br>NEW YORK NY  10022<br><br>Phone: 212 536 4830<br>ID:  534845 |

Claim No.: 10709                        Full Transfer: ☒     Partial Transfer:
Date Claim Filed: 08/01/2005            Amount: $269,410.65

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/26/2006                        /s/ Logan & Company, Inc.
                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 26, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.            Case No.: 05-03817-3F1
                                                  Docket No.: 9891

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DIXIE LAND SC, LLC   ID: 2196 | ORIX CAPITAL MARKETS LLC   ID: 534410 |
| Name of Transferor | Name of Transferee |
| | |
| DIXIE LAND SC, LLC | ORIX CAPITAL MARKETS LLC |
| C/O PARKWAY ASSET MANAGEMENT CORP | ATTN CHUCK CROUGH |
| ATTN PAUL J GINRAS, PRESIDENT | 1717 MAIN STREET SUITE 800 |
| 235 MOORE STREET, SUITE 102 | DALLAS TX  75201 |
| HACKENSACK NJ  07601 | |
| | Phone: 214 237 2000 |
| Phone: 201 646 1400 | |
| | |
| | STUTSMAN THAMES & MARKEY PA |
| DIXIE LAND SC, LLC | ATTN: RICHARD R THAMES, ESQ |
| C/O FORMAN HOLT & ELIADES LLC | 50 N LAURA ST, STE 1600 |
| ATTN: DANIEL M ELIADES, ESQ | JACKSONVILLE FL  32202 |
| 218 ROUTE 17 NORTH | |
| ROCHELLE PARK NJ  07662 | Phone: 904 358 4000 |
| | ID:  534850 |
| Phone: | |

| | |
|---|---|
| Claim No.: 12349 | Full Transfer: ☒     Partial Transfer: |
| Date Claim Filed: 10/28/2005 | Amount: $458,443.45 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/26/2006                                      /s/ Logan & Company, Inc.
                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 26, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.   Case No.: 05-03817-3F1
                                         Docket No.: 9777

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WILMINGTON TRUST CO/WADE, WJ, TTEES   ID: 407473<br>Name of Transferor | LASALLE BANK NA AS TRUSTEE FOR   ID: 534411<br>Name of Transferee |
| WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-JONESBORO WD DE BUST TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, SUITE 2300<br>CHICAGO IL  60602<br><br>Phone: 312 269 5675 | LASALLE BANK NA AS TRUSTEE FOR<br>REG HOLDERS OF ACGS 2004 LLC SN ABC<br>ATTN DEMETRIOS J MORAKIS VP<br>C/O CWCAPITAL ASSET MGMT LLC<br>701 13TH ST NW STE 1000<br>WASHINGTON DC  20005<br><br>Phone:<br><br>LASALLE BANK NA AS TRUSTEE<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL  32202<br>Phone:  904 358 4000<br>ID:   534850<br><br>LASALLE BANK NA AS TRUSTEE<br>C/O VENABLE LLP<br>ATTN: HEATHER DEANS FOLEY, ESQ<br>1800 MERCANTILE BANK & TRUST BLDG<br>TWO HOPKINS PLAZA<br>BALTIMORE MD  20201<br><br>Phone: 410 244 7400<br>ID: 534411 |

Claim No.: 12161                          Full Transfer: ☒     Partial Transfer:
Date Claim Filed: 10/21/2005              Amount: $513,042.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/26/2006                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 26, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.              Case No.: 05-03817-3F1
                                                     Docket No.: 9777

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WILMINGTON TRUST CO/WADE, WJ, TTEES    ID: 407473<br>Name of Transferor | LASALLE BANK NA AS TRUSTEE FOR    ID: 534411<br>Name of Transferee |
| WILMINGTON TRUST CO/WADE, WJ, TTEES<br>SOUTHLAND-JONESBORO WD DE BUST TRUST<br>C/O NEAL GERBER & EISENBERG LLP<br>ATTN THOMAS C WOLFORD, ESQ<br>2 NORTH LASALLE ST, SUITE 2300<br>CHICAGO IL  60602<br><br>Phone: 312 269 5675 | LASALLE BANK NA AS TRUSTEE FOR<br>REG HOLDERS OF ACGS 2004 LLC SN ABC<br>ATTN DEMETRIOS J MORAKIS VP<br>C/O CWCAPITAL ASSET MGMT LLC<br>701 13TH ST NW STE 1000<br>WASHINGTON DC  20005<br><br>Phone:<br><br>LASALLE BANK NA AS TRUSTEE<br>C/O STUTSMAN THAMES & MARKEY, PA<br>ATTN RICHARD R THAMES<br>50 N LAURA STREET<br>SUITE 1600<br>JACKSONVILLE FL  32202<br>Phone:  904 358 4000<br>ID:  534850<br><br>LASALLE BANK NA AS TRUSTEE<br>C/O VENABLE LLP<br>ATTN: HEATHER DEANS FOLEY, ESQ<br>1800 MERCANTILE BANK & TRUST BLDG<br>TWO HOPKINS PLAZA<br>BALTIMORE MD  20201<br><br>Phone: 410 244 7400<br>ID: 534411 |

Claim No.: 12162                         Full Transfer: ☒          Partial Transfer:
Date Claim Filed: 10/21/2005             Amount: $513,042.87

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/26/2006                                              /s/ Logan & Company, Inc.
                                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 26, 2006.