UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about September 27, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 2, 2006

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                     **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 242440-12<br>APEX OFFICE PRODUCTS<br>ATTN: ALEX LLORENTE, VP<br>5209 N HOWARD AVE<br>TAMPA, FL 33603 | CREDITOR ID: 381085-47<br>ARMOR HOLDINGS<br>ATTN: KELLY D CARR<br>PO BOX 18421<br>JACKSONVILLE, FL 32229-8421 | CREDITOR ID: 534888-97<br>ARMOR HOLDINGS<br>ATTN: ROBERT C ALKBERRY, DIRECTOR<br>13386 INTERNATIONAL PKWY<br>JACKSONVILLE FL 32218 |
| CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 |
| CREDITOR ID: 383003-51<br>HEALTH TRANS LLC AKA HT LLC<br>ATTN: ANGELA PAULS<br>6061 SOUTH WILLOW DRIVE SUITE 125<br>GREENWOOD VILLAGE, CO 80111 | CREDITOR ID: 251917-12<br>HUDSPETH WOOD PRODUCTS INC<br>DBA JIMS OIWER SWEEPER<br>PO BOX 270<br>MANTEE, MS 39751 | CREDITOR ID: 452118-98<br>LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| CREDITOR ID: 408168-15<br>LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN: AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | CREDITOR ID: 256362-12<br>MIKE HOFFMAN'S EQUIPMENT SERVICE<br>ATTN MIKE HOFFMAN, PRESIDENT<br>4109  HALLS MILLS RD<br>MOBILE, AL 36693-5615 | CREDITOR ID: 257215-12<br>NEWS WORLD NEWSPAPERS DISTRIBUTORS<br>ATTN: MARIA C VALCARCEL, VP<br>329 N E 166 STREET<br>NORTH MIAMI, FL 33162 |
| CREDITOR ID: 534889-97<br>PMT PARTNERS V LLC<br>C/O THOMPSON & KNIGHT LLP<br>ATTN: JOHN BRANNON, ESQ<br>1700 PACIFIC AVE, STE 3300<br>DALLAS TX 75201 | CREDITOR ID: 258660-99<br>PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>ATTN LYNN MOORE, VP<br>5200 PARK ROAD, SUITE 120<br>CHARLOTTE, NC 28209 | CREDITOR ID: 258744-12<br>POSTMASTER<br>ATTN: MICHAEL BELGER<br>650 EAST INNES STREET<br>SALISBURY, NC 28144 |
| CREDITOR ID: 395559-15<br>RO'S BARBEQUE DISTRIBUTING CO<br>ATTN: MARK T HOFFMAN, MGR<br>1315 GASTON AVENUE<br>GASTONIA NC 28054 | CREDITOR ID: 381761-15<br>SCOTT-GROSS CO INC<br>C/O FRANCINE CLAIR LANDAU ESQ<br>664 MAGNOLIA AVE<br>LEXINGTON KY 40505 | CREDITOR ID: 260799-12<br>SHANDS MEDICAL GROUP OF STAR<br>ATTN: JENNY HERMANS, ST PATIENT FIN<br>1550 SOUTH WATER STREET<br>STARKE FL 32091 |
| CREDITOR ID: 399395-98<br>TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 | | |

         Total:   19

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 10700

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| APEX OFFICE PRODUCTS    ID: 242440 | TRADE-DEBT.NET    ID: 399395 |
|---|---|
| Name of Transferor | Name of Transferee |
| APEX OFFICE PRODUCTS<br>ATTN: ALEX LLORENTE, VP<br>5209 N HOWARD AVE<br>TAMPA, FL 33603 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 813-871-2010 | Phone: 631 884 0100 |

Claim No.: 30133　　　　　　　　　　　　　　　　Full Transfer: (X)　　　Partial Transfer:
Date Claim Filed: 04/07/2005　　　　　　　　　　Amount: $481.47

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 10699 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| ARMOR HOLDINGS    ID: 381085 | TRADE-DEBT.NET    ID: 399395 |
|---|---|
| Name of Transferor | Name of Transferee |
| ARMOR HOLDINGS<br>ATTN: KELLY D CARR<br>PO BOX 18421<br>JACKSONVILLE, FL 32229-8421 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 904 741 1708 | Phone: 631 884 0100 |
| ARMOR HOLDINGS<br>ATTN: ROBERT C ALKBERRY, DIRECTOR<br>13386 INTERNATIONAL PKWY<br>JACKSONVILLE FL 32218 | |
| Phone: 904-741-1708<br>ID:  534888 | |

| | | |
|---|---|---|
| Claim No.: 3174 | Full Transfer:    (X) | Partial Transfer: |
| Date Claim Filed: 05/31/2005 | Amount: $2,039.40 | |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/27/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 27, 2006

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 10699 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| ARMOR HOLDINGS    ID: 381085 | TRADE-DEBT.NET    ID: 399395 |
| Name of Transferor | Name of Transferee |
| ARMOR HOLDINGS<br>ATTN: KELLY D CARR<br>PO BOX 18421<br>JACKSONVILLE, FL 32229-8421 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 904 741 1708 | Phone: 631 884 0100 |
| ARMOR HOLDINGS<br>ATTN: ROBERT C ALKBERRY, DIRECTOR<br>13386 INTERNATIONAL PKWY<br>JACKSONVILLE FL 32218 | |
| Phone: 904-741-1708<br>ID:  534888 | |
| Claim No.: 31945 | Full Transfer:    (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Amount: $2,039.40 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/27/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 27, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.               Case No.: 05-03817-3F1

                                                     Docket No.: 10720

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HEALTH TRANS LLC AKA HT LLC     ID: 383003           CACTUS HOLDINGS GROUP LLC     ID: 403520

Name of Transferor                                   Name of Transferee

HEALTH TRANS LLC AKA HT LLC                          CACTUS HOLDINGS GROUP LLC
ATTN: ANGELA PAULS                                   ATTN VIJAY KRISH
6061 SOUTH WILLOW DRIVE SUITE 125                    19487 ROBLE CT
GREENWOOD VILLAGE, CO 80111                          SARATOGA CA 95070

Phone: 720 493 8360 ext 8360                         Phone: 408 868 1507

Claim No.: 1378                                      Full Transfer:  (X)      Partial Transfer:
Date Claim Filed: 05/09/2005                         Amount: $57,440.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 10622 |

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HUDSPETH WOOD PRODUCTS INC    ID: 251917 | TRADE-DEBT.NET    ID: 399395 |
| Name of Transferor | Name of Transferee |
| HUDSPETH WOOD PRODUCTS INC<br>DBA JIMS OIWER SWEEPER<br>ATTN: JIMMY HUDSPETH, PRES<br>PO BOX 270<br>MANTEE, MS 39751 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: | Phone: 631 884 0100 |

| | |
|---|---|
| Claim No.: 36425 | Full Transfer:    (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Amount: $240.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/27/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**        Case No.: **05-03817-3F1**

                                                  Docket No.: **10627**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| LIF REALTY TRUST    ID: 408168 | DELLACAMERA CAPITAL MASTER FUND LTD    ID: 452148 |
| Name of Transferor | Name of Transferee |
| LIF REALTY TRUST<br>C/O SMITH ANDERSON LAW FIRM<br>ATTN: AMOS U PRIESTER, IV, ESQ<br>PO BOX 2611<br>RALEIGH NC 27602-2611 | DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 |
| Phone: 919 821 1220 | Phone: 212 808 3590 |

Claim No.: 6043                                   Full Transfer:  (X)    Partial Transfer:

Date Claim Filed: 07/12/2005                      Amount: $158,316.61

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    Case No.: 05-03817-3F1

Docket No.: 10698

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MIKE HOFFMAN'S EQUIPMENT SERVICE    ID: 256362 | TRADE-DEBT.NET    ID: 399395 |
| Name of Transferor | Name of Transferee |
| MIKE HOFFMAN'S EQUIPMENT SERVICE<br>ATTN: MIKE HOFFMAN, PRESIDENT<br>4109 HALLS MILLS RD<br>MOBILE, AL 36693-5615 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 251 666 8994 | Phone: 631 884 0100 |

Claim No.: 6307                                    Full Transfer: (X)        Partial Transfer:
Date Claim Filed: 07/15/2005                       Amount: $145.44

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006                                   /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.              Case No.: 05-03817-3F1
                                                    Docket No.: 10749

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| NEWS WORLD NEWSPAPERS DISTRIBUTORS   ID: 257215 | DEBT ACQUISITION COMPANY OF AMERICA   ID: 407682 |
|---|---|
| Name of Transferor | Name of Transferee |
| NEWS WORLD NEWSPAPERS DISTRIBUTORS<br>ATTN: MARIA C VALCARCEL, VP<br>329 N E 166 STREET<br>NORTH MIAMI, FL 33162 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 305-354-8814 | Phone: 619 220 8900 ext 104 |

Claim No.: 31278                                    Full Transfer: (X)    Partial Transfer:
Date Claim Filed: 04/07/2005                        Amount: $685.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 10835

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PMT PARTNERS V LLC    ID: 258660 | LCH OPPORTUNITIES LLC    ID: 452118 |
| Name of Transferor | Name of Transferee |
| PMT PARTNERS V LLC<br>C/O BELL MOORE GROUP INC<br>ATTN LYNN MOORE, VP<br>5200 PARK ROAD, SUITE 120<br>CHARLOTTE, NC 28209 | LCH OPPORTUNITIES LLC<br>ATTN JOSEPH M O'CONNOR<br>315 PARK AVE S 20TH FLR<br>NEW YORK NY 10010 |
| Phone: 214 969 1505 | Phone: 212 460 1966 |

PMT PARTNERS V LLC
C/O THOMPSON & KNIGHT LLP
ATTN: JOHN BRANNON, ESQ
1700 PACIFIC AVE, STE 3300
DALLAS TX 75201

Phone: 214-969-1505
ID: 534889

| | |
|---|---|
| Claim No.: 12387 | Full Transfer: (X)    Partial Transfer: |
| Date Claim Filed: 10/28/2005 | Amount: $872,544.61 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006

**UNITED STATES BANKRUPTCY COURT**

**MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.              Case No.: 05-03817-3F1

                                                    Docket No.: 10836

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| PMT PARTNERS V LLC    ID: 258660 | LCH OPPORTUNITIES LLC    ID: 452118 |
| Name of Transferor | Name of Transferee |

PMT PARTNERS V LLC  
C/O BELL MOORE GROUP INC  
ATTN LYNN MOORE, VP  
5200 PARK ROAD, SUITE 120  
CHARLOTTE, NC 28209  

LCH OPPORTUNITIES LLC  
ATTN JOSEPH M O'CONNOR  
315 PARK AVE S 20TH FLR  
NEW YORK NY 10010  

Phone: 214 969 1505                                Phone: 212 460 1966

PMT PARTNERS V LLC  
C/O THOMPSON & KNIGHT LLP  
ATTN: JOHN BRANNON, ESQ  
1700 PACIFIC AVE, STE 3300  
DALLAS TX 75201  

Phone: 214-969-1505  
ID: 534889  

| | |
|---|---|
| Claim No.: 12388 | Full Transfer:  (X)    Partial Transfer: |
| Date Claim Filed: 10/28/2005 | Amount: $872,544.61 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 27, 2006

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.         Case No.: 05-03817-3F1

Docket No.: 10622

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

POSTMASTER    ID: 258744                    TRADE-DEBT.NET    ID: 399395
Name of Transferor                          Name of Transferee

POSTMASTER                                  TRADE-DEBT.NET
ATTN: MICHAEL BELGER                        ATTN TIMOTHY MCGUIRE, MGR
650 EAST INNES STREET                       PO BOX 1487
SALISBURY, NC 28144                         WEST BABYLON NY 11704

Phone: 704 636 0232                         Phone: 631 884 0100

Claim No.: 36680                            Full Transfer:  (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                Amount: $138.84

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006                            /s/ Logan & Company, Inc.
                                            Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 10750

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RO'S BARBEQUE DISTRIBUTING CO　　ID: 395559 | DEBT ACQUISITION COMPANY OF AMERICA　　ID: 407682 |
| Name of Transferor | Name of Transferee |
| RO'S BARBEQUE DISTRIBUTING CO<br>ATTN: MARK T HOFFMAN, MGR<br>1315 GASTON AVENUE<br>GASTONIA NC 28054 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 704 853 8788 | Phone: 619 220 8900 ext 104 |

Claim No.: 341　　　　　　　　　　　　　　　　　　　Full Transfer: (X)　　Partial Transfer:

Date Claim Filed: 03/28/2005　　　　　　　　　　　　　Amount: $2,967.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/28/2006　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 28, 2006

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 10750

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| RO'S BARBEQUE DISTRIBUTING CO    ID: 395559 | DEBT ACQUISITION COMPANY OF AMERICA    ID: 407682 |
|---|---|
| Name of Transferor | Name of Transferee |
| RO'S BARBEQUE DISTRIBUTING CO<br>ATTN: MARK T HOFFMAN, MGR<br>1315 GASTON AVENUE<br>GASTONIA NC 28054 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 704 853 8788 | Phone: 619 220 8900 ext 104 |

Claim No.: 36737                                          Full Transfer:   (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                              Amount: $2,967.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/28/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 28, 2006

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL().  Case No.: 05-03817-3F1

Docket No.: 10719

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SCOTT-GROSS CO INC    ID: 381761 | CACTUS HOLDINGS GROUP LLC    ID: 403520 |
|---|---|
| Name of Transferor | Name of Transferee |

SCOTT-GROSS CO INC
C/O FRANCINE CLAIR LANDAU ESQ
664 MAGNOLIA AVE
LEXINGTON KY 40505

CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

Phone: 859 231 0225

Phone: 408 868 1507

Claim No.: 131                                                                           Full Transfer:   (X)        Partial Transfer:

Date Claim Filed: 03/14/2005                                                    Amount: $11,009.90

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 27, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1
Docket No.: 10622

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SHANDS MEDICAL GROUP OF STAR    ID: 260799 | TRADE-DEBT.NET   ID: 399395 |
|---|---|
| Name of Transferor | Name of Transferee |
| SHANDS MEDICAL GROUP OF STAR<br>ATTN: JENNY HERMANS, ST PATIENT FIN<br>1550 SOUTH WATER STREET<br>STARKE FL 32091 | TRADE-DEBT.NET<br>ATTN TIMOTHY MCGUIRE, MGR<br>PO BOX 1487<br>WEST BABYLON NY 11704 |
| Phone: 904-368-2480 | Phone: 631 884 0100 |

Claim No.: 31549                               Full Transfer: (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                    Amount: $472.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/27/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 27, 2006