UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., <u>et al.</u>,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On or about September 29, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

  to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 2, 2006

                                                                                                         Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

Case 3:05-bk-03817-JAF    Doc 11556    Filed 10/02/06    Page 2 of 12

Notice of Transfer of Claim Other Than For Security

**DEBTOR:** WINN-DIXIE STORES, INC., ET AL.                                                    **CASE:** 05-03817-3F1

| | | |
|---|---|---|
| CREDITOR ID: 452136-98<br>ASM CAPITAL II, LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY NY 11797 | CREDITOR ID: 403520-98<br>CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 | CREDITOR ID: 534893-97<br>CHAPOTIN, ALEXANDRA<br>C/O LAW OFFICES OF DAVID A SNYDER<br>ATTN: GARY E GARBIS, ESQ<br>2340 S DIXIE HIGHWAY<br>MIAMI FL 33133 |
| CREDITOR ID: 388039-54<br>CHAPOTIN, ALEXANDRA<br>200 177TH STREET, APT 417<br>NORTH MIAMI BEACH, FL 33160 | CREDITOR ID: 534896-97<br>CONWOOD CO LP<br>ATTN: J S WILSON, SEC & GEN CNSL<br>PO BOX 2121<br>MEMPHIS TN 38159 | CREDITOR ID: 246952-12<br>CONWOOD SALES CO, LP<br>ATTN EDWARD J FOSTER<br>PO BOX 217<br>MEMPHIS, TN 38101-0217 |
| CREDITOR ID: 534697-98<br>CWCAPITAL ASSET MANAGEMENT LLC<br>FOR LASALLE BANK NA<br>C/O STUTSMAN THAMES & MARKEY PA<br>ATTN RICHARD R THAMES<br>50 N LAURA ST STE 1600<br>JACKSONVILLE FL 32202 | CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 452382-98<br>HAIN CAPITAL HOLDINGS LLC<br>ATTN G LIBERCHUK/R J KOLTAI<br>301 ROUTE 17, 6TH FLR<br>RUTHERFORD NJ 07070 |
| CREDITOR ID: 534894-97<br>J GORDON ROTHWELL PA<br>C/O DAVID B MCEWEN PA<br>ATTN: DAVID B MCEWEN, ESQ<br>BAYVIEW TOWER<br>100 FIRST AVENUE SOUTH, STE 340<br>ST PETERSBURG FL 33701 | CREDITOR ID: 253126-12<br>JNB COMPANY OF VIRGINIA LLC<br>ATTN BEVERLY STEWART<br>6912 THREE CHOPT RD, SUITE C<br>RICHMOND, VA 23226 | CREDITOR ID: 534892-97<br>JNB COMPANYOF VIRGINIA LLC<br>C/O JOYNES KNIGHT LTD<br>ATTN: STANLEY K JOYNES III, ESQ<br>101 SOUTH FOURTEENTH STREET<br>RICHMOND VA 23219 |
| CREDITOR ID: 452049-98<br>LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 | CREDITOR ID: 534897-97<br>OAKWOOD VILLAGE ASSOCIATES<br>BRONZE CENTERS<br>C/O ROSEN LAW GROUPLLC<br>ATTN: MITCHELL S ROSEN, ESQ<br>950 E PACES FERRY ROAD<br>ATLANTA GA 30326 | CREDITOR ID: 1669-07<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>ATTN: GLYNDA BLANTON, EXEC VP<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 |
| CREDITOR ID: 534895-97<br>WCL FIVE, LLC<br>C/O KENNEDY COVINGTON ET AL<br>ATTN: LAWRENCE E BEHNING, ESQ<br>BANK OF AMERICA CORPORATE CTR<br>100 N TRYON STREET, STE 4200<br>CHARLOTTE NC 28202-4006 | CREDITOR ID: 415971-15<br>WCL FIVE, LLC<br>ATTN J THOMAS LINDLEY SR, PRESIDENT<br>PO BOX 341<br>BURLINGTON NC 27216 | CREDITOR ID: 410925-15<br>WCL FIVE, LLC<br>ATTN W CLARKE LINDLEY, MEMBER MGR<br>PO BOX 341<br>BURLINGTON NC 27216 |

    **Total: 18**

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.  Case No.: 05-03817-3F1

Docket No.: 10843

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CHAPOTIN, ALEXANDRA    ID: 388039

Name of Transferor

CHAPOTIN, ALEXANDRA
200 177TH STREET, APT 417
NORTH MIAMI BEACH, FL 33160

DELLACAMERA CAPITAL MASTER FUND LTD    ID: 452148

Name of Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

Phone:

Phone: 212 808 3590

CHAPOTIN, ALEXANDRA
C/O LAW OFFICES OF DAVID A SNYDER
ATTN: GARY E GARBIS, ESQ
2340 S DIXIE HIGHWAY
MIAMI FL 33133

Phone: 305-856-9900
ID: 534893

Claim No.: 8916                              Full Transfer:   (X)        Partial Transfer:
Date Claim Filed: 07/27/2005                 Amount: $50,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/29/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 29, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 10889

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CONWOOD SALES CO, LP    ID: 246952                ASM CAPITAL II, LP    ID: 452136
Name of Transferor                                Name of Transferee

CONWOOD SALES CO, LP                              ASM CAPITAL II, LP
ATTN EDWARD J FOSTER                              ATTN ADAM MOSKOWITZ
PO BOX 217                                        7600 JERICHO TURNPIKE SUITE 302
MEMPHIS, TN 38101-0217                            WOODBURY NY 11797

Phone:                                            Phone: 516 224 6040

CONWOOD CO LP
ATTN: J S WILSON, SEC & GEN CNSL
PO BOX 2121
MEMPHIS TN 38159

Phone:
ID: 534896

Claim No.: 34723                                  Full Transfer:   (X)        Partial Transfer:
Date Claim Filed: 04/07/2005                      Amount: $54,156.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/29/2006                                  /s/ Logan & Company, Inc.
                                                  Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 29, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 10851

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| J GORDON ROTHWELL, PA     ID: 403322 | CACTUS HOLDINGS GROUP LLC     ID: 403520 |
| Name of Transferor | Name of Transferee |
| J GORDON ROTHWELL, PA<br>ATTN J GORDON ROTHWELL, PRESIDENT<br>560 1ST AVENUE NORTH<br>ST PETERSBURG FL 33701 | CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 |
| Phone: 408 868 1507 | Phone: 408 868 1507 |

J GORDON ROTHWELL PA
C/O DAVID B MCEWEN PA
ATTN: DAVID B MCEWEN, ESQ
BAYVIEW TOWER
100 FIRST AVENUE SOUTH, STE 340
ST PETERSBURG FL 33701

Phone: 727-896-1600
ID: 534894

| | |
|---|---|
| Claim No.: 9210 | Full Transfer:    (X)        Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Amount: $62,452.75 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/29/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 29, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　　Case No.: 05-03817-3F1

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 10837

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JNB COMPANY OF VIRGINIA LLC    ID: 253126　　　　　HAIN CAPITAL HOLDINGS LLC    ID: 452382

Name of Transferor　　　　　　　　　　　　　　　　　　Name of Transferee

JNB COMPANY OF VIRGINIA LLC　　　　　　　　　　　　HAIN CAPITAL HOLDINGS LLC
ATTN BEVERLY STEWART　　　　　　　　　　　　　　　ATTN G LIBERCHUK/R J KOLTAI
6912 THREE CHOPT RD, SUITE C　　　　　　　　　　　　301 ROUTE 17, 6TH FLR
RICHMOND, VA 23226　　　　　　　　　　　　　　　　　RUTHERFORD NJ 07070

Phone: 804 270 7701　　　　　　　　　　　　　　　　　Phone: 201 896 6100

JNB COMPANYOF VIRGINIA LLC
C/O JOYNES KNIGHT LTD
ATTN: STANLEY K JOYNES III, ESQ
101 SOUTH FOURTEENTH STREET
RICHMOND VA 23219

Phone: 804-225-9100
ID: 534892

Claim No.: 11785　　　　　　　　　　　　　　　　　　　Full Transfer:　(X)　　　Partial Transfer:
Date Claim Filed: 09/12/2005　　　　　　　　　　　　　Amount: $1,197,283.45

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/29/2006　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 29, 2006

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 10919 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| OAKWOOD VILLAGE ASSOCIATES    ID: 1669 | CWCAPITAL ASSET MANAGEMENT LLC    ID: 534697 |
| Name of Transferor | Name of Transferee |
| OAKWOOD VILLAGE ASSOCIATES<br>C/O BRONZE CENTERS<br>ATTN: GLYNDA BLANTON, EXEC VP<br>1853 E PIEDMONT ROAD, SUITE 300<br>MARIETTA GA 30066 | CWCAPITAL ASSET MANAGEMENT LLC<br>FOR LASALLE BANK NA<br>C/O STUTSMAN THAMES & MARKEY PA<br>ATTN RICHARD R THAMES<br>50 N LAURA ST STE 1600<br>JACKSONVILLE FL 32202 |
| Phone: 770 565 8200 | Phone: 904 358 4000 |
| OAKWOOD VILLAGE ASSOCIATES<br>BRONZE CENTERS<br>C/O ROSEN LAW GROUPLLC<br>ATTN: MITCHELL S ROSEN, ESQ<br>950 E PACES FERRY ROAD<br>ATLANTA GA 30326 | |
| Phone:<br>ID:  534897 | |

| | | | |
|---|---|---|---|
| Claim No.: 11962 | | Full Transfer:    (X) | Partial Transfer: |
| Date Claim Filed: 10/13/2005 | | Amount: $363,312.11 | |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/29/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 29, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1
Docket No.: 10866

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WCL FIVE, LLC   ID: 410925 | LONGACRE MASTER FUND LTD   ID: 452049 |
| Name of Transferor | Name of Transferee |
| WCL FIVE, LLC<br>ATTN W CLARKE LINDLEY, MEMBER MGR<br>PO BOX 341<br>BURLINGTON NC 27216 | LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 |
| Phone: 336 449 7521 ext 33 | Phone: 212 259 4314 |

WCL FIVE, LLC
ATTN J THOMAS LINDLEY SR, PRESIDENT
PO BOX 341
BURLINGTON NC 27216

Phone: 701 771 7400
ID: 415971

| | |
|---|---|
| Claim No.: 10103 | Full Transfer: (X)   Partial Transfer: |
| Date Claim Filed: 07/29/2005 | Amount: $36,960.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/29/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on September 29, 2006

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.　　　　　　　　　Case No.: 05-03817-3F1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Docket No.: 10869

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WCL FIVE, LLC　　ID: 410925　　　　　　　　　　　　　LONGACRE MASTER FUND LTD　　ID: 452049
Name of Transferor　　　　　　　　　　　　　　　　　　Name of Transferee

WCL FIVE, LLC　　　　　　　　　　　　　　　　　　　　LONGACRE MASTER FUND LTD
ATTN W CLARKE LINDLEY, MEMBER MGR　　　　　　　　　　ATTN VLADIMIR JELISAVCIC
PO BOX 341　　　　　　　　　　　　　　　　　　　　　　810 SEVENTH AVENUE 22ND FLOOR
BURLINGTON NC 27216　　　　　　　　　　　　　　　　　NEW YORK NY 10019

Phone: 336 449 7521 ext 33　　　　　　　　　　　　　　Phone: 212 259 4314

WCL FIVE, LLC
ATTN J THOMAS LINDLEY SR, PRESIDENT
PO BOX 341
BURLINGTON NC 27216

Phone: 701 771 7400
ID: 415971

Claim No.: 10104　　　　　　　　　　　　　　　　　　　Full Transfer:　(X)　　　Partial Transfer:
Date Claim Filed: 07/29/2005　　　　　　　　　　　　　Amount: $5,060.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/29/2006　　　　　　　　　　　　　　　　　　　/s/ Logan & Company, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 29, 2006

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 10870 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| WCL FIVE, LLC    ID: 415971 | LONGACRE MASTER FUND LTD    ID: 452049 |
| Name of Transferor | Name of Transferee |
| WCL FIVE, LLC<br>ATTN J THOMAS LINDLEY SR, PRESIDENT<br>PO BOX 341<br>BURLINGTON NC 27216 | LONGACRE MASTER FUND LTD<br>ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE 22ND FLOOR<br>NEW YORK NY 10019 |
| Phone: 701 771 7400 | Phone: 212 259 4314 |
| WCL FIVE, LLC<br>C/O KENNEDY COVINGTON ET AL<br>ATTN: LAWRENCE E BEHNING, ESQ<br>BANK OF AMERICA CORPORATE CTR<br>100 N TRYON STREET, STE 4200<br>CHARLOTTE NC 28202-4006 | |
| Phone:<br>ID:  534895 | |

| | |
|---|---|
| Claim No.: 11977 | Full Transfer:    (X)    Partial Transfer: |
| Date Claim Filed: 10/14/2005 | Amount: $857,086.82 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 09/29/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  September 29, 2006