UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE (ELECTRONIC FILING)

I HEREBY CERTIFY that Quaker Sales and Distribution, Inc.'s *Amended* Response to Debtors' Twenty-Second Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Miscellaneous Claims and (f) Amended and Superseded Claims was filed using the Court's CM/ECF system, which will send copies to the parties on the Court's CM/ECF service list, and that a true and correct copy was served, via U.S. mail, postage pre-paid on the following party:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Facsimile: (917) 777-2150
Dated: October 2, 2006

Respectfully submitted,
**QUAKER SALES AND DISTRIBUTION, INC.**

By: /s/ Philip V. Martino
One of its attorneys

Philip V. Martino
philip.martino@dlapiper.com
**DLA PIPER US LLP**
101 East Kennedy Boulevard
Suite 2000
Tampa, Florida 33602
(813) 229-2111

- and -

David M. Neff
Brian A. Audette
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-4000

TAMPDOCS\522947.1