UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )    Case No.:    05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )    Chapter:     11
                                          )
Debtors                                   )    Jointly Administered
                                          )

## ORDER ON MOTION BY B.H.B.S. CORPORATION TO ALLOW LATE FILED CLAIM

THIS MATTER having come before the Court upon Motion by B.H.B.S. Corporation to Allow a Late Filed Claim for damages arising out of the Debtors' rejection of an unexpired non-residential real property lease, and after a hearing held before this Court on September 21, 2006, it is hereby

ORDERED that the Motion is granted to the extent provided herein:

1. The Proof of Claim attached by the Movant to the Motion to Allow Late Filed Claim is deemed timely filed.

2. Movant shall serve a copy of the Proof of Claim and attachments upon Logan & Company within 10 days.

3. This Order is without prejudice to the Debtors' or any other party's objections to the Movant's claim, including the Debtors' or any other party's right to dispute the validity or amount of such claim.

DONE AND ORDERED in Jacksonville, ~~Duval County~~, Florida, this _3_ day of ~~September~~ October, 2006.

_____
~~HON.~~ JERRY A. FUNK
United States Bankruptcy Judge