UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )    Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al., )    *Chapter 11*
                                          )
Debtors. [1]                              )    Jointly Administered
                                          )

### ORDER CORRECTING ORDER DATED AUGUST 31, 2006 (A) RECLASSIFYING MISCLASSIFIED CLAIMS, (B) REDUCING OVERSTATED CLAIMS AND (C) REDUCING AND RECLASSIFYING OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION (DOCKET NO. 10709) TO ATTACH AMENDED EXHIBIT B[2]

These cases came before the Court for hearing on August 31, 2006, upon the Sixteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[3] On August 31, 2006, the Court entered an Order (A) Reclassifying Misclassified Claims, (B) Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated Misclassified Claims, as set Forth in the Debtors' Sixteenth Omnibus Claims Objection (Docket No. 10709) (the "Original Order"). Upon the representation of

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]     Exhibit B is amended to reflect that claim number 12579, filed by Greenwood Plaza, Ltd., is reduced to $388,719.71 instead of $358,214.20.

[3]     All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

counsel for the Debtors that Exhibit B to the Original Order should be amended to change the reduced claim amount for claim number 12579, it is

ORDERED AND ADJUDGED:

1.    Exhibit B attached to the Original Order is amended to reflect that the reduced claim amount for claim number 12579 filed by Greenwood Plaza, Ltd. is $388,719.71. The amended Exhibit B is attached to this Order.

2.    The Original Order is otherwise unaffected by this Order.

3.    The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 3 day of ~~September~~ October, 2006 in ~~Jacksonville~~, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 241285**<br>99 EGLIN LTD<br>ATTN MARK PORTER, DIRECTOR<br>PO BOX 1735<br>DESTIN, FL 32540<br><br>Counsel: ATTN JOHN R DOWD, ESQ | 7325<br>Debtor: | $281,430.00<br>WINN-DIXIE MONTGOMERY, INC. | $26,306.29 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. CLAIMANT ALSO FILED CLAIM NUMBER 7324 IN THE AMOUNT OF $5,300.22 THAT DEBTOR AGREES TO ALLOW. |
| **Creditor Id: 410534**<br>ALBION PACIFIC PROP RESOURCES, LLC<br>ATTN MARIA AHEDO<br>1438 GOWER STREET, BLDG 42, STE 401<br>BOX 11<br>LOS ANGELES CA 90028<br><br>Transferee: LIQUIDITY SOLUTIONS INC<br>Counsel: ATTN I M GOLD/N B WARANOFF | 12313<br>Debtor: | $1,491,998.47<br>WINN-DIXIE MONTGOMERY, INC. | $1,444,403.47 | REDUCED AMOUNT REFLECTS REMOVAL OF $47,595.00 FOR POSTPETITION REAL ESTATE TAXES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNT TO BE PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| **Creditor Id: 415977**<br>ALLARD, LLC<br>C/O FISHER & SAULS, PA<br>ATTN THOMAS H MCLAIN, JR, ESQ<br>100 SECOND AVENUE S, SUITE 701<br>PO BOX 387<br>ST PETERSBURG FL 33731 | 12012<br>Debtor: | $699,432.02<br>WINN-DIXIE STORES, INC. | $676,634.25 | REDUCED AMOUNT REFLECTS PAYMENT OF $22,797.77 FOR PREPETITION RENT BY CHECK NUMBER 00744047O WHICH CLEARED 2/10/05. |
| **Creditor Id: 410941**<br>AMEGY MORTGAGE COMPANY, LLC FKA MITCHELL MORTGAGE COMPANY, LLC<br>ATTN: DALE H AMBREDS<br>4576 RESEARCH FOREST DRIVE<br>THE WOODLANDS TX 77381<br><br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN BRUCE M BADGER, ESQ. | 10181<br>Debtor: | $1,858,299.52<br>WINN-DIXIE STORES, INC. | $1,716,975.79 | REDUCED AMOUNT REFLECTS REMOVAL OF $117,351.97 AND $23,971.76 FOR 2003 REAL ESTATE TAXES AND INSURANCE AS DEBTOR PAID SUCH TAXES AND INSURANCE IN THE AMOUNT OF $124,504.02 AND $29,969.11 BY CHECK NUMBERS 00705019 AND 00707353A WHICH CLEARED 11/26/03 AND 12/11/03, RESPECTIVELY. |
| **Creditor Id: 1080**<br>ARS INVESTMENT CORPORATION<br>C/O HARDING & ASSOCS INC<br>ATTN DOUG MAREK, ESQ<br>5006 MONUMENT AVENUE<br>RICHMOND, VA 23230<br><br>Counsel: ATTN THOMAS E CARR, ESQ | 2477<br>Debtor: | $746,013.75<br>WINN-DIXIE RALEIGH, INC. | $297,907.75 | REDUCED AMOUNT REFLECTS ADDITION OF $64,616.84 FOR CALCULATION ERROR IN PROOF OF CLAIM FORM (CHARGES ATTACHED AS DOCUMENTATION BUT NOT INCLUDED IN ASSERTED AMOUNT) AND REMOVAL OF $484,835.40 FOR OVERSTATED REJECTION DAMAGES AND $12,226.24, $5,911.31, AND $9,998.89 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES, INSURANCE, AND COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410753**<br>ARTESIA MEDICAL DEVELOPMENT CO<br>C/O BEN-EZRA & KATZ, PA<br>ATTN M MORALES & M BEN-EZRA, ESQS<br>2901 STIRLING RD, STE 300<br>FT LAUDERDALE FL 33312 | 12436<br>Debtor: | $1,480,384.84<br>WINN-DIXIE STORES, INC. | $1,280,834.84 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 416262**<br>ASHY-BROWN GONZALES PARTNERSHIP<br>C/O HERBERT G BROWN<br>17757 US HIGHWAY 19 NORTH, STE 325<br>CLEARWATER FL 33764<br><br>Counsel: ATTN THOMAS D FAZIO, ESQ. | 12209<br>Debtor: | $273,001.15<br>WINN-DIXIE STORES, INC. | $256,945.99 | REDUCED AMOUNT REFLECTS REMOVAL OF $3,212.55 AND $9,890.18 FOR OVERSTATED REJECTION DAMAGES AND 2005 PREPETITION REAL ESTATE TAXES, RESPECTIVELY, AND $2,952.45 FOR 2005 INSURANCE AS DEBTOR IS SELF-INSURED. |
| **Creditor Id: 1148**<br>BT MARIETTA, LLC<br>C/O BET INVESTMENTS, MANAGING AGENT<br>2600 PHILMONT AVENUE<br>HUNTINGDON VALLEY, PA 19006<br><br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD<br>Counsel: ATTN JEFFREY KURTZMAN, ESQ | 1536<br>Debtor: | $224,283.65<br>WINN-DIXIE RALEIGH, INC. | $196,349.77 | REDUCED AMOUNT REFLECTS REMOVAL OF $11,175.36 AND $16,758.73 FOR 2003 AND 2004 COMMON AREA MAINTENANCE CHARGES, RESPECTIVELY, AS CLAIMANT INCLUDED MANAGEMENT FEES, OVERNIGHT MAIL COSTS, PERMITS, FEES, AND MISCELLANEOUS ITEMS THAT ARE NOT DEBTOR'S OBLIGATIONS UNDER LEASE. |
| **Creditor Id: 410454**<br>CAROLINA ENTERPRISES, INC<br>ATTN JAMES T SCHOFIELD, PRESIDENT<br>PO BOX 13559<br>FLORENCE SC 29504 | 8211<br>Debtor: | $443,767.62<br>WINN-DIXIE RALEIGH, INC. | $377,234.35 | REDUCED AMOUNT REFLECTS REMOVAL OF $66,533.27 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNT IS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1197**<br>CIVIC CENTER STATION LTD<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI, OH 45242<br><br>Transferee: LCH OPPORTUNITIES LLC | 8039<br>Debtor: | $576,695.29<br>WINN-DIXIE RALEIGH, INC. | $556,803.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $19,891.87 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION AMOUNT IS NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 410418**<br>COMMERCIAL NET LEASE REALTY, INC<br>NKA NATIONAL RETAIL PROPERTIES INC<br>C/O LOWNDES, DROSDICK, ET AL.<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802-2809 | 12110<br>Debtor: | $972,396.17<br>WINN-DIXIE RALEIGH, INC. | $972,396.17 | REDUCED AMOUNT REFLECTS REMOVAL OF $419,440.90 FOR OVERSTATED REJECTION DAMAGES. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 382485**<br>CROSSMEDIA SERVICES, INC<br>ATTN MARY VANKOEVERING, CFO<br>225 N MICHIGAN AVENUE, STE 1500<br>CHICAGO, IL 60601<br><br>Counsel: ATTN BOB TEDESCO, ESQ | 11521<br>Debtor: | $47,975.00<br>WINN-DIXIE STORES, INC. | $28,619.00 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 408328**<br>DEAN MILK COMPANY, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 6987<br>Debtor: | $7,961.11<br>WINN-DIXIE STORES, INC. | $6,611.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,349.22 FOR LACK OF SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES. |
| **Creditor Id: 278458**<br>ELIZABETHTON PLAZA LTD<br>BETSYTOWN TN REALTY, LLC<br>C/O TLM REALTY CORP<br>ATTN LAURA HACKEL<br>485 MADISON AVE, 24TH FLOOR<br>NEW YORK NY 10022 | 9560<br>Debtor: | $287,229.88<br>WINN-DIXIE RALEIGH, INC. | $254,041.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $29,093.76 FOR 2004 RENT FOR LACK OF SUPPORTING DOCUMENTATION, $3,448.34 AND $449.85 FOR OVERSTATED 2004 AND 2005 INSURANCE, RESPECTIVELY, AND $295.78 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES, AND ADDITION OF $99.41 FOR UNDERSTATED PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 279290**<br>FATHER'S TABLE COMPANY, THE<br>ATTN BARRY J VOODRE, CONTROLLER<br>2100 COUNTRY CLUB ROAD<br>SANFORD FL 32771<br><br>Counsel: ATTN MATTHEW H MATHENEY, ESQ. | 8474<br>Debtor: | $78,639.36<br>WINN-DIXIE STORES, INC. | $65,586.08 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $490.72 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $12,562.56. |
| **Creditor Id: 411103**<br>FRITO-LAY, INC<br>C/O DLA PIPER RUDNICK ET AL<br>ATTN D M NEFF & B A AUDETTE, ESQS<br>203 N LASALLE STREET, SUITE 1900<br>CHICAGO IL 60601-1293 | 11047<br>Debtor: | $7,654,394.86<br>WINN-DIXIE MONTGOMERY, INC. | $1,785,260.41 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $62,410.15, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $3,301,842.86 AND $362,256.84, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $1,897,124.60. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 250724**<br>GOOD HUMOR BREYERS ICE CREAM<br>ATTN CRAIG STARGARDT, CREDIT MGR<br>909 PACKERLAND DRIVE<br>GREEN BAY WI 54303<br><br>Transferee: DK ACQUISITION PARTNERS LP | 10861<br>Debtor: | $1,794,371.43<br>WINN-DIXIE STORES, INC. | $1,335,460.53 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $12,739.31, ACCOUNTS PAYABLE CREDIT OF $38,513.83, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $407,657.66. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410368**<br>GREENWOOD PLAZA LTD<br>C/O BRADLEY ARANT ROSE & WHITE LLP<br>ATTN SHERRI TUCKER FREEMAN, ESQ<br>ONE FEDERAL PLACE<br>1819 FIFTH AVENUE NORTH<br>BIRMINGHAM AL 35203-2104<br><br>Transferee: FUCMS 1999-C1 MERIDIAN GROCERY LLC | 12579<br>Debtor: | $439,611.75<br>WINN-DIXIE MONTGOMERY, INC. | $388,719.71 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 410908**<br>JDN REALTY AL, INC<br>C/O DEVELOPERS DIVERSIFIED REALTY<br>ATTN ERIC C COTTON, ESQ<br>3300 ENTERPRISE PARKWAY<br>PO BOX 228042<br>BEACHWOOD OH 44122<br><br>Counsel: ATTN: ROBERT LEHANE, ESQ | 12167<br>Debtor: | $30,453.10<br>WINN-DIXIE STORES, INC. | $8,943.92 | REDUCED AMOUNT REFLECTS ADDITION OF $1.51 FOR CALCULATION ERROR AND REMOVAL OF $3,212.59 FOR 2002 COMMON AREA MAINTENANCE CHARGES (DEBTOR PAID $3,174.60 FOR ACTUAL BILL), $5,520.10 FOR 2003 COMMON AREA MAINTENANCE CHARGES (CLAIMANT FAILED TO REFLECT REVISED INVOICE), AND $12.778 FOR OVERSTATED 2004 COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 416266**<br>LAFAYETTE LIFE INSURANCE COMPANY<br>C/O LEATHERWOOD WALKER TODD & MANN<br>ATTN EARLE PREVOST, ESQ<br>300 EAST MCBEE AVENUE, SUITE 500<br>GREENVILLE SC 29601 | 12286<br>Debtor: | $732,057.34<br>WINN-DIXIE RALEIGH, INC. | $695,024.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 255235**<br>MACRO 4, INC<br>PO BOX 19157<br>NEWARK NJ 07195-0157 | 1367<br>Debtor: | $15,533.20<br>WINN-DIXIE STORES, INC. | $7,766.60 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410537**<br>MARSHALL PLANING MILL, INC<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 12840<br>Debtor: | $391,473.34<br>WINN-DIXIE STORES, INC. | $377,745.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $13,728.34 FOR OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 394063**<br>MCCONNAUGHHAY DUFFY COONROD ET AL<br>ATTN MARY L WAKEMAN, CORP SECRETARY<br>PO DRAWER 229<br>TALLAHASSEE, FL 32302-0229 | 4975<br>Debtor: | $60,203.98<br>WINN-DIXIE STORES, INC. | $56,922.42 | REDUCED AMOUNT REFLECTS REMOVAL OF $138.80 FOR CLAIM 81121527 AS DUPLICATIVE OF CLAIM PAID TO INJURED WORKERS' COMPENSATION CLAIMANT AND PAYMENTS OF $150.20 ON 10/18/05 FOR INVOICE NUMBERS 61621 AND 61265 BY CHECK NUMBER 008118439, $20.00 ON 3/16/06 FOR INVOICE NUMBER 62389 BY CHECK NUMBER 08304443, AND $2,972.56 ON 7/5/05 FOR INVOICE NUMBERS 61602, 61624, 61801, 61623, 60927, 60875, 60926, 61622, 61603 BY CHECK NUMBER 008068576. ALL INVOICES REFLECT POSTPETITION WORK. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 399444**<br>MCNEIL NUTRITIONALS, LLC<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710 | 646<br>**Debtor:** | $418,522.47<br>WINN-DIXIE PROCUREMENT, INC. | $156,562.29 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,250.98, ACCOUNTS PAYABLE CREDITS AND ACCOUNTS RECEIVABLE BALANCE OF $12,112.90 AND $2,094.61, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $232,031.22, AND REMOVAL OF $8,470.47 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 256145**<br>MEYERCORD REVENUE COMPANY<br>ATTN VINCE MUGLIA, CONTROLLER<br>PO BOX 95598<br>CHICAGO, IL 60694-5598 | 1581<br>**Debtor:** | $1,540.80<br>WINN-DIXIE STORES, INC. | $856.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $684.80 FOR POSTPETITION CHARGES. |
| **Creditor Id: 417086**<br>NATIONWIDE LIFE INSURANCE COMPANY<br>C/O SCOGGINS GOODMAN, PC<br>ATTN RANDALL W MAY, ESQ<br>ONE NATIONWIDE PLAZA<br>COLUMBUS OH 43215-2220<br><br>Transferee: LCH OPPORTUNITIES LLC | 12860<br>**Debtor:** | $653,050.00<br>WINN-DIXIE STORES, INC. | $535,050.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $18,000 FOR TRANSPOSITION ERROR IN ASSERTED AMOUNT. |
| **Creditor Id: 410739**<br>RP BARREN RIVER, LLC<br>C/O SQUIRE SANDERS & DEMPSEY, LLP<br>ATTN KRISTIN E RICHNER, ESQ<br>1300 HUNTINGTON CENTER<br>41 SOUTH HIGH STREET<br>COLUMBUS OH 43215 | 12085<br>**Debtor:** | $261,274.00<br>WINN-DIXIE STORES, INC. | $261,274.00 | REDUCED AMOUNT REFLECTS REMOVAL OF $12,973.73 IN OVERSTATED REJECTION DAMAGES. |
| **Creditor Id: 260289**<br>SADDLE FUND I LP<br>C/O WINTHROP INVESTMENT GROUP<br>ATTN HANS J SCHMIDT, GP<br>PO BOX 327<br>MCLEAN, VA 22101<br><br>Counsel: ATTN: DANIEL W SKLAR, ESQ | 12011<br>**Debtor:** | $239,779.25<br>WINN-DIXIE STORES, INC. | $221,158.79 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 395730**<br>SUNCOAST PARKING LOT SERVICES INC<br>ATTN WILLIAM B KNAPP, PRES<br>11709 106TH AVENUE N<br>SEMINOLE, FL 33778<br><br>Transferee: ASM CAPITAL LP | 949<br>**Debtor:** | $4,125.16<br>WINN-DIXIE STORES, INC. | $3,000.11 | REDUCED AMOUNT REFLECTS 4/25/05 PAYMENTS OF $1,125.05 FOR INVOICE NUMBERS 2013, 2014, AND 2015 BY CHECK NUMBER 9901555 PURSUANT TO ORDER AUTHORIZING PAYMENT OF ON-SITE PROVIDER CLAIMS (DKT NO. 429). |

**WINN-DIXIE STORES, INC., ET AL.**
**SIXTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410538**<br>TEACHERS RETIREMENT SYSTEM OF THE<br>STATE OF KENTUCKY<br>C/O WYATT TARRANT & COMBS LLP<br>ATTN JOHN P BRICE, ESQ<br>250 WEST MAIN STREET, SUITE 1600<br>LEXINGTON KY 40507-1746 | 8513<br>Debtor: | $486,741.36<br>WINN-DIXIE STORES, INC. | $485,498.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 269369**<br>TSCA 6, LP<br>C/O QUINE & ASSOCIATES, INC<br>PO BOX 833009<br>RICHARDSON, TX 75083-3009 | 8157<br>Debtor: | $142,323.76<br>WINN-DIXIE STORES, INC. | $132,323.76 | REDUCED AMOUNT REFLECTS PAYMENT OF $10,000 FOR FEBRUARY 2005 RENT BY CHECK WHICH CLEARED 2/8/05. |
| Counsel: ATTN ERIC SPETT/SCOTT ELLIS, ESQS | | | | |
| **Creditor Id: 377597**<br>UNILEVER HOME & PERSONAL CARE<br>1 JOHN STREET<br>CLINTON, CT 06413 | 10347<br>Debtor: | $1,587,552.45<br>WINN-DIXIE PROCUREMENT, INC. | $522,048.65 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $25,490.98, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,248.48 AND $223,052.96, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $815,711.38. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: DK ACQUISITION PARTNERS LP | | | | |
| **Creditor Id: 416937**<br>WATERS, INC<br>ATTN K MARTIN WATERS JR, CHAIRMAN<br>301 S MCDOWELL STREET, SUITE 210<br>CHARLOTTE NC 28204 | 12885<br>Debtor: | $779,253.53<br>WINN-DIXIE RALEIGH, INC. | $764,942.44 | REDUCED AMOUNT REFLECTS REMOVAL OF $7,239.01 FOR OVERSTATED REJECTION DAMAGES AND $7,072.08 FOR LATE- FILED REAL ESTATE TAXES. |
| Transferee: LCH OPPORTUNITIES LLC | | | | |
| **Creditor Id: 405885**<br>WOLFCHASE ASSOCIATES LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | 2583<br>Debtor: | $48,583.27<br>WINN-DIXIE STORES, INC. | $31,823.62 | REDUCED AMOUNT REFLECTS PAYMENT OF $16,759.65 FOR 2005 POSTPETITION INSURANCE INCLUDED IN ASSERTED AMOUNT BY CHECK NUMBER 008055458 WHICH CLEARED 6/10/05. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id: 415978**<br>WOLFCHASE ASSOCIATES, LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ.<br>1301 RIVERPLACE BLVD, SUITE 1916<br>JACKSONVILLE FL 32207 | 12013<br>Debtor: | $1,538,990.31<br>WINN-DIXIE STORES, INC. | $1,536,490.31 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,500.00 FOR ATTORNEY FEES. |

WINN-DIXIE STORES, INC., ET AL.
SIXTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 416284 | 12293 | $539,457.41 | $505,043.37 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| WTH, II, LLC | Debtor: WINN-DIXIE RALEIGH, INC. | | | |
| C/O WILES & WILES | | | | |
| ATTN JOHN J WILES, ESQ. | | | | |
| 800 KENNESAW AVENUE, SUITE 400 | | | | |
| MARIETTA  GA  30060-7946 | | | | |

Total Claims to be Reduced:           36

Total Amount to be Reduced:     $27,188,800.60 Plus Unliquidated Amounts, If Any

Total Reduced Amount:             $17,969,564.55