**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| WINN DIXIE STORES, INC., et. al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

PLEASE TAKE NOTICE that Oracle USA, Inc. and Oracle Credit Corporation hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

        Shawn M. Christianson, Esq.
        Buchalter Nemer, A Professional Corporation
        333 Market Street, 25th Floor
        San Francisco, California 94105-2126
        Telephone:    (415) 227-0900
        Facsimile:    (415) 227-0770
        schristianson@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle USA, Inc.'s and/or Oracle Credit Corporation's (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in

-2-

any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Oracle USA, Inc. and Oracle Credit Corporation is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: San Francisco, California  
       October 2, 2006

BUCHALTER NEMER,  
A Professional Corporation

By: __ /s/ S. Christianson (#114707)  
Shawn M. Christianson (CSB #114707)  
333 Market Street, 25th Floor  
San Francisco, CA 94105-2126  
Telephone: (415) 227-0900  
Facsimile: (415) 227-0770

Attorneys for Creditors Oracle USA, Inc.  
and Oracle Credit Corporation

-3-

**In re: Winn Dixie Stores, Inc.**
**Case No. 05-03817-3F1**

**CERTIFICATE OF SERVICE**

  I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at Buchalter Nemer, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

  On October 3, 2006,  I served the foregoing document described as:

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope or package as follows:

Winn Dixie Stores, Inc.
5050 Edgewood Court
Jackson Ville, FL  32254-3699

Adam Ravin, Esq.
D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Alan E. Wulbern, Esq.
Smith, Hulsey & Busey
225 Water Street Suite 1800
Jacksonville FL  32201

David L Gay, Esq.
11 E Forsyth St., Apt. 1408
Jacksonville, Fl  32202

James H. Post, Esq.
Smith, Hulsey & Busey
225 Water Street Suite 1800
Jacksonville FL  32201

Leanne McKnight Prendergast Esq.
Smith, Hulsey & Busey
225 Water Street Suite 1800
Jacksonville FL  32201

Stephen D. Busey, Esq.
Smith, Hulsey & Busey
225 Water Street Suite 1800
Jacksonville FL  32201

US Trustee – JAX
Elena L. Escamilla, Esq.
135 W. Central Blvd., Ste 620
Orlando FL  32801

Dennis F. Dunne Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York NY  10005

John B. Macdonald, Esq.
Patrick P. Patangan, Esq.
Akerman Senterfitt
50 North Laura Street Suite 2500
Jacksonville FL  32202

[  ]   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated below, on this date.

[ XX ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on  October 3, 2006, at San Francisco, California.


Christine McIntire                              /s/ C. McIntire