UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-03817-3F1

IN RE:

**WINN-DIXIE STORES, INC.**

**Debtor(s)**

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court, on September 21, 2006, upon the oral Motion of David F. Mills, a non-resident of Florida and counsel for B.H.B.S. Corporation, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

**ORDERED:**

Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

DATED October 3, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Debtor
Debtor's Attorney
US Trustee
David F. Mills, P.O. Box 119, One Courthouse Square, Smithfield, NC 27577