UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| WINN-DIXIE STORES, INC., *et al.*, | ) CASE NO. 05-03817-3F1 |
| | ) |
| Debtors. | ) CHAPTER 11 |
| | ) JOINTLY ADMINISTERED |
| | ) |

**RESPONSE OF NEW PLAN EXCEL REALTY TRUST, INC. AND CLIFFDALE CORNER, INC. TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED CLAIMS, (C) OVERSTATED CLAIMS, (D) OVERSTATED MISCLASSIFIED CLAIMS, (E) MISCLASSIFIED CLAIMS AND (F) AMENDED AND SUPERSEDED CLAIMS**

TO THE HONORABLE, JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE:

NEW PLAN EXCEL REALTY TRUST, INC. ("New Plan"), and CLIFFDALE CORNER, INC., by their undersigned counsel, make this Response to Debtors' Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Objection") and in support thereof aver:

1.  New Plan and Cliffdale are the owners or agents for the owners of various shopping centers in which Debtors operate or previously operated retail stores pursuant to written leases (each a "Lease" and collectively the "Leases"). All of New Plan's and Cliffdale's Leases are leases of premises located in shopping centers, as that term is used in 11 U.S.C. § 365(b)(3). *See, In Re: Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990). New Plan and Cliffdale are hereinafter sometimes collectively referred to as "Objecting Landlords".

2.	By the Objection, Debtors seek to disallow the following claims:

| Claim # | Landlord |
|---|---|
| 10978 | New Plan (Roanoke Landing) |
| 12203 | Cliffdale (Cliffdale) |

### New Plan

3.	Debtors object to claim 10978 on the basis that it is an "administrative claim(s) not properly assertable on proof of claim form.  Claim to be disallowed without prejudice to claimant filing an application pursuant to 11 U.S.C. Section 503(A) and Local Rule 3071-1."

4.	As previously set forth by Objecting Landlords in various responses to claim objections, the referenced claim was not filed on a "proof of claim" form but, rather, was filed as an "Administrative Expense Claim".  Although not technically in compliance with Local Rule 3071-1, the Administrative Expense Claim form should be deemed to be substantially in compliance with the Local Rules and subject only to any substantive objections that Debtors may have.  All of the relevant information necessary for Debtors to address the claim is set forth in the claim and the attachments thereto.  It is simply a waste of the time and energy of this Court, the Clerk's office and counsel for both Debtors and Claimant to have these claims disallowed at this time and to have counsel then file substantially similar requests for payment.

### Cliffdale

5.	Debtors seek to disallow claim 12203, which claim was amended by claim 13003.  Cliffdale has no objection to such action **provided** that claim 13003 remains as an administrative claim.  Debtors previously objected to claim 13003 (Fifteenth Omnibus Objection) for the reasons set forth in paragraph 3, *supra*.  Cliffdale believes that Claim 13003 should remain as the amended claim and should be allowed as filed.

WHEREFORE, Objecting Landlords pray that Debtors' Objection be overruled, except as stated above; and

WHEREFORE, Objecting Landlords pray for such other and further relief as may be just and required under all of the circumstances.

DATED: October 3, 2006

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

BY: /s/ David L. Pollack
**DAVID L. POLLACK
JEFFREY MEYERS
DEAN WALDT
Attorneys for New Plan Excel Realty Trust,
and WD Route 3, LP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania  19103
(215) 864-8325**

LOCAL COUNSEL:

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 [telephone]
(904) 358-1872 [facsimile]
Alan.Weiss@HKLaw.com

## CERTIFICATE OF SERVICE

I certify that service of the foregoing was made on October 3 , 2006 via ECF Noticing and email upon the parties listed below.

      /s/ David L. Pollack

| | |
|---|---|
| D.J. Baker, Esq.<br>Sally McDonald Henry, Esq.<br>Rosalie W. Gray, Esq.<br>Eric M. Davis, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>djbaker@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey, Esq.<br>James H. Post, Esq.<br>Cynthia C. Jackson, Esq.<br>Eric N. McKay, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>cjackson@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla, Esq.<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL  32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Attorneys for OCUC<br>ddunne@milbank.com<br>Fax: 212-530-5219 |
| John B. Macdonald, Esquire<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL  32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL  32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |
| Jane M. Leamy, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, DE 19801<br>Jleamy@skadden.com | |

DMEAST #9618920 v1