[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
Case No. 3:05-bk-03817-JAF  
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Amy K. Kaufman, a non-resident of Florida and counsel for Ohio Bureau of Workers' Compensation, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated ~~September 29~~ October 3, 2006.

Jerry A. Funk  
United States Bankruptcy Judge

Copies furnished to:  
Debtor(s)  
Debtor(s)' Attorney  
United States Trustee  
Amy K. Kaufman, 150 East Gay Street, 21st Floor, Columbus, OH 43215