UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
|  ) | *Chapter 11* |
| Debtors. ) | Jointly Administered |

NOTICE OF WITHDRAWAL OF
REQUEST OF JNB COMPANY OF VIRGINIA, LLC
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

JNB Company of Virginia, LLC files this notice of withdrawal of its Request for Allowance and Payment of Administrative Expense (Docket No. 4213).

Dated: October 3, 2006

JNB COMPANY OF VIRGINIA, LLC

By __/s/ Stanley K. Joynes III__
Stanley K. Joynes III
Virginia State Bar No. 20764
JOYNES KNIGHT, LTD.
Post Office Box 1311
Richmond, Virginia 23218-1311
(804) 343.4062 (voice)
(804) 783.2294 (telecopier)
sjoynes@joynesknight.com