UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |

**ORDER CORRECTING ORDER DATED AUGUST 24, 2006
(A) DISALLOWING NO LIABILITY CLAIMS, (B) REDUCING
OVERSTATED CLAIMS AND (C) REDUCING AND RECLASSIFYING
OVERSTATED MISCLASSIFIED CLAIMS, AS SET FORTH IN THE
DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION
(DOCKET NO. 10544) TO ATTACH AMENDED EXHIBIT B[2]**

These cases came before the Court for hearing on August 24, 2006, upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") to the proofs of claim listed on Exhibit A through C to the Objection.[3] On August 24, 2006, the Court entered an Order (A) Disallowing No Liability Claims, (B) Reducing Overstated Claims and (C) Reducing and Reclassifying Overstated Misclassified Claims as set Forth in the Debtors' Fifteenth Omnibus Claims Objection (Docket No. 10544) (the "Original Order"). Upon the representation of counsel for the Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] Exhibit B is amended to reflect that claim number 12375, filed by Bunkie Investments Company, LLC, is reduced to $741,632.14 instead of $740,284.52.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

that Exhibit B to the Original Order should be amended to change the reduced claim amount for claim number 12375, it is

ORDERED AND ADJUDGED:

1. Exhibit B attached to the Original Order is amended to reflect that the reduced claim amount for claim number 12375 filed by Bunkie Investments Company, LLC is $741,632.14. The amended Exhibit B is attached to this Order.

2. The Original Order is otherwise unaffected by this Order.

3. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 3 day of ~~September~~ October, 2006 ~~in Jacksonville~~, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

469398-Wilmington Server 1A - MSW

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 242725**<br>ATLANTA FOODS INTERNATIONAL<br>ATTN DOUG JAY<br>255 SPRING STREET, SW<br>ATLANTA, GA 30303<br>Counsel: ATTN HARRIS B WINSBERG, ESQ | 7753<br>Debtor: WINN-DIXIE STORES, INC. | $226,702.32 | $39,610.20 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $5,669.46, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $1,112.35 AND $39.88, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $180,270.43. |
| **Creditor Id: 381993**<br>BARBER MILK, INC<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKENNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4676<br>Debtor: WINN-DIXIE STORES, INC. | $261,998.14 | $145,496.12 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,344.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $6,131.38 AND $8.63, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $107,017.44. |
| **Creditor Id: 399361**<br>BARDSTOWN SC, LLC, SUCCESSOR TO<br>KHS DEVELOPMENT CO<br>C/O FROST BROWN TODD LLC<br>ATTN KYLE R GRUBBS, ESQ<br>201 EAST FIFTH ST, 2200 PNC CENTER<br>CINCINNATI OH 45202 | 502<br>Debtor: WINN-DIXIE STORES, INC. | $443,327.00 | $417,476.34 | REDUCED AMOUNT REFLECTS PAYMENT OF PREPETITION AND POSTPETITION RENT OF $18,467.76 AND $7,385.90, RESPECTIVELY, BY CHECK NUMBER 007440721 (CLEARED 2/9/05). REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 2099**<br>BUNKIE INVESTMENT CO, LLC<br>ATTN CHRISTOPHER A SARPY<br>3621 RIDGELAKE DRIVE, SUITE 203<br>METAIRIE LA 70002-1739<br>Transferee: CSFB 1998-C1 SHIRLEY ROAD LLC<br>Counsel: ATTN LAUREL M ISICOFF, ESQ | 12375<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,661,545.21 | $741,632.14 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 2103**<br>C&A LTD, LC<br>C/O PHILLIPS EDISON & CO, LTD<br>ATTN R MARK ADDY, MANAGING AGT<br>11690 GROOMS ROAD<br>CINCINNATI OH 45242<br>Transferee: LCH OPPORTUNITIES LLC | 12096<br>Debtor: WINN-DIXIE STORES, INC. | $597,159.89 | $561,162.71 | REDUCED AMOUNT REFLECTS REMOVAL OF $35,997.18 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 244349**<br>CAGLES, INC<br>C/O STUTSMAN & THAMES, PA<br>ATTN R R THAMES & N LAFLEUR, ESQS<br>121 W FORSYTH STREET, SUITE 600<br>JACKSONVILLE FL 32202 | 9944<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $210,422.74 | $92,870.21 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $268.13 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $117,284.40. |
| **Creditor Id: 316026**<br>CARRINGTON, FRANCIS<br>ATTN RICHARD DEEMS<br>PO BOX 1328<br>EUREKA, CA 95502 | 3144<br>Debtor: WINN-DIXIE RALEIGH, INC. | $17,921.14 | $13,173.73 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,747.41 FOR PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES. DEBTOR GAVE FF ACQUISITION CREDIT FOR SUCH CHARGES IN CLOSING STATEMENT. ACCORDINGLY, FF ACQUISITION OWES THAT AMOUNT, NOT DEBTOR. |
| **Creditor Id: 394018**<br>CHRISTOVICH & KEARNEY, LLP<br>ATTN JUDY L MILNAR<br>601 POYDRAS STREET, STE 2300<br>NEW ORLEANS, LA 70130-6078 | 1404<br>Debtor: WINN-DIXIE STORES, INC. | $15,753.55 | $15,537.05 | REDUCED AMOUNT REFLECTS REMOVAL OF $216.50 FOR OVERCHARGES (INVOICE NUMBERS 1400146 ($11.50), 1400155 ($23.00), 1400164 ($129.00), 140510 ($53.00)). |
| **Creditor Id: 245380**<br>CHURCH & DWIGHT<br>ATTN GERALD J STEPIEN, CREDIT MGR<br>469 NORTH HARRISON STREET<br>PRINCETON NJ 08543-5297 | 2897<br>Debtor: WINN-DIXIE STORES, INC. | $689,576.01 | $391,173.25 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $7,065.46, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $2,709.96 AND $48,554.36, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $224,053.76, AND REMOVAL OF $16,019.22 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 381776**<br>CLOROX SALES COMPANY, THE<br>ATTN SYBIL SHAW<br>3655 BROOKSIDE PARKWAY, STE 300<br>ALPHARETTA GA 30022 | 11268<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $1,763,654.98 | $1,190,708.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $17,927.18, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $21,718.95 AND $6,551.30, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $562,572.73. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED & PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br>Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13048<br>Debtor: WINN-DIXIE STORES, INC. | $502,647.99 | $501,647.99 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13058<br>Debtor: WINN-DIXIE RALEIGH, INC. | $489,146.67 | $433,574.03 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 411176**<br>COCA COLA BOTTLING CO CONSOLIDATED<br>& PIEDMONT COCA COLA BOTTL ET AL<br>ATTN JOYCE L ROPER, CR MGR<br>PO BOX 31487<br>CHARLOTTE NC 28231<br>Counsel: ATTN AMY PRITCHARD WILLIAMS, ESQ | 13059<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $751,931.31 | $750,931.31 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 411108**<br>COCA-COLA COMPANY, THE<br>PO BOX 1734<br>NAT 2016<br>ATLANTA GA 30301<br>Counsel: ATTN ALAN M WEISS, ESQ | 7378<br>Debtor: WINN-DIXIE STORES, INC. | $554,671.94 | $269,834.98 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 416850**<br>COMBINED LAND CO INC<br>ATTN CLAUDE F SMITH, JR/J MENDOLA<br>36 RICHMOND PLAZA<br>ROCKINGHAM NC 28379 | 12469<br>Debtor: WINN-DIXIE RALEIGH, INC. | $10,157.35 | $8,084.84 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,072.51 FOR SWEEPING SERVICES DISPUTED BY PROPERTY MANAGER AS DEBTOR EMPLOYS ITS OWN SWEEPER. |
| **Creditor Id: 416975**<br>COMMONWEALTH OF KENTUCKY REV DEPT<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN LEANNE WARREN<br>PO BOX 5222<br>FRANKFORT KY 40602<br>Counsel: ATTN: ALBERT B CHANDLER III, ESQ | 12593<br>Debtor: WINN-DIXIE STORES, INC. | $268,996.11 | $254.62 | REDUCED AMOUNT REFLECTS INTEREST AND PENALTY DUE. CLAIM ASSERTED AGAINST WINN-DIXIE RALEIGH, INC. WINN-DIXIE PROCUREMENT, INC., AND WINN-DIXIE LOGISTICS, INC. RALEIGH PAID $6,134.52 ON 3/8/05 BY CHECK NUMBER 8003720 FOR YEAR ENDING 1/31/2005, PROCUREMENT HAS NO INFORMATION FOR 2001, PAID $1,395.18 ON 1/12/04 BY CHECK NUMBER 7110259 FOR YEAR ENDING 12/31/03, AND HAS A TOTAL CREDIT OF $21.92 FOR YEAR ENDING 12/31/04. LOGISTICS PAID $1,057.37 ON 1/4/05 BY CHECK NUMBER 7421362 FOR YEAR ENDING 12/31/04. IT APPEARS FILES WERE SENT TWICE GIVING APPEARANCE THAT WAGES WERE DOUBLE WHAT THEY ACTUALLY WERE BUT CORRECT TAXES WERE PAID. OF REDUCED AMOUNT, $9.24 IS CLASSIFIED AS UNSECURED PRIORITY AND $245.38 AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 381863**<br>CONTINENTAL MILLS<br>C/O PERKINS COIE, LLP<br>ATTN B MACINTYRE/J STEVENSON, ESQS<br>1201 THIRD AVE, 40TH FL<br>SEATTLE WA 98101-3099 | 9456<br>Debtor: WINN-DIXIE STORES, INC. | $109,249.53 | $24,278.77 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,213.75, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,501.40 AND $423.36, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $65,338.77, AND REMOVAL OF $11,493.48 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 247147**<br>CPM ASSOCIATES, LP<br>C/O MILLER & MARTIN, PLLC<br>ATTN CATHERINE A HARRISON, ESQ<br>1170 PEACHTREET STREET NE, STE 800<br>ATLANTA GA 30309-7706 | 10835<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $29,259.79 | $15,780.55 | REDUCED AMOUNT REFLECTS PAYMENT OF $13,479.24 BY CHECK NUMBER 007436946 (CLEARED 2/2/05) FOR 2004 COMMON AREA MAINTENANCE CHARGES. |
| **Creditor Id: 410738**<br>DE LAGE LANDEN FINANCIAL SVCS INC<br>C/O MILNER DOCUMENT PRODUCTS, INC<br>ATTN RAY CROUSE<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087 | 9583<br>Debtor: WINN-DIXIE STORES, INC. | $13,154.17 | $993.34 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| **Creditor Id: 410696**<br>DECATUR REALTY, SUCCESSOR TO BAUMGARDNER-HOGAN, INC<br>ATTN DAVID N ESKENAZI, MEMBER<br>2220 N MERIDIAN STREET<br>INDIANAPOLIS IN 46208 | 9556<br>Debtor: UNIDENTIFIABLE | $2,269,113.00 | $420,545.56 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,776,148.94 FOR OVERSTATED REJECTION DAMAGES AND $72,418.50 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 403204**<br>DREYER'S GRAND ICE CREAM<br>ATTN SHANE WEITZEL<br>5929 COLLEGE AVENUE<br>OAKLAND CA 94618<br>Counsel: ATTN: DAVID J COOK, ESQ | 2997<br>Debtor: WINN-DIXIE STORES, INC. | $1,692,658.05 | $929,910.74 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $8,218.30, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $219,008.71 AND $70,479.33, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $262,985.76, AND REMOVAL OF $202,055.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 249222**<br>EVANGELINE LIFE INSURANCE CO<br>ATTN DAVID L LANDRY, VP<br>PO BOX 13098<br>NEW IBERIA, LA 70562-3098<br>Counsel: ATTN LEWIS H PITMAN, JR | 8778<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $105,654.00 | $91,146.17 | REDUCED AMOUNT REFLECTS REMOVAL OF IMPERMISSIBLE INTEREST IN THE AMOUNT OF $14,507.73. |

**WINN-DIXIE STORES, INC., ET AL**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 394036<br>FAIN, MAJOR & BRENNAN, PC<br>ATTN GENE A MAJOR, ESQ / PRES<br>100 GLENRIDGE POINT PKWY, STE 500<br>ATLANTA, GA 30342 | 10027<br>Debtor: WINN-DIXIE STORES, INC. | $38,387.10 | $37,629.81 | REDUCED AMOUNT REFLECTS REMOVAL OF $757.29 FOR DUPLICATE CHARGES (INVOICE NUMBERS 20636, 20638, AND 20639 ARE INCLUDED IN INVOICE NUMBERS 21219, 21222, AND 21223, RESPECTIVELY). |
| Creditor Id: 1343<br>FOLMAR & ASSOCIATES<br>ATTN W CURTIS WILSON, JR<br>PO BOX 16765<br>MOBILE AL 36616 | 9794<br>Debtor: WINN-DIXIE STORES, INC. | $48,844.43 | $41,866.65 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,977.78 FOR ESTIMATED 2005 PREPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. |
| Creditor Id: 394040<br>FRAZER HUBBARD BRANDT TRASK ET AL<br>ATTN JAMES L YACAVONE III, ESQ<br>595 MAIN STREET<br>DUNEDIN, FL 34698 | 2216<br>Debtor: WINN-DIXIE STORES, INC. | $17,976.87 | $10,070.87 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,025.85 FOR CHARGES LACKING SUPPORTING DOCUMENTATION DESPITE REPEATED INQUIRIES AND $153.11 FOR POSTPETITION INVOICE NUMBER 19594 AND 7/5/05 PAYMENT OF $2,727.04 BY CHECK NUMBER 008068889 FOR INVOICE NUMBERS 19591, 19592, 19593, 19596, 19597, AND 19598. |
| Creditor Id: 394068<br>GEORGE, HARTZ, LUNDEEN, ET AL<br>ATTN CHARLES M HARTZ<br>4800 LEJUNE RD<br>CORAL GABLES, FL 33146 | 2520<br>Debtor: WINN-DIXIE STORES, INC. | $118,877.81 | $114,960.39 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $3,917.42 BY CHECK NUMBER 008068623 FOR POSTPETITION INVOICE. |
| Creditor Id: 250702<br>GOLDEN FLAKE SNACK FOODS, INC<br>ATTN FREEDA ELLIOTT, CR MGR<br>ONE GOLDEN FLAKE DRIVE<br>BIRMINGHAM, AL 35205 | 11832<br>Debtor: WINN-DIXIE STORES, INC.<br>Transferee: MADISON INVESTMENT TRUST - SERIES 3<br>Counsel: ATTN WALTER F MCARDLE, ESQ | $543,188.43 | $521,413.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $21,775.39 FOR CHARGES LACKING SUPPORTING DOCUMENTATION. |
| Creditor Id: 403504<br>GREATAMERICA LEASING CORPORATION<br>ATTN SHARON KEYS<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | 1078<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $21,851.59 | $13,728.00 | REDUCED AMOUNT REFLECTS REMAINING AMOUNTS DUE UNDER REJECTED CONTRACT. |
| Creditor Id: 398213<br>HILL HILL CARTER FRANCO ET AL<br>ATTN RANDALL MORGAN, VP<br>425 S. PERRY STREET<br>MONTGOMERY AL 36104 | 8776<br>Debtor: WINN-DIXIE STORES, INC. | $58,144.39 | $56,239.39 | REDUCED AMOUNT REFLECTS PAYMENTS OF $1,134.00 ON 10/11/05 BY CHECK NUMBER 09047309 AND $646.00, $50.00, AND $75.00 ON 4/10/06 BY CHECK NUMBERS 09304507, 09304508, AND 09304509, RESPECTIVELY, PURSUANT TO ORDER AUTHORIZING CONTINUATION OF INSURANCE AND WORKERS' COMPENSATION PROGRAMS (DKT NO. 432). |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 251993<br>IBERIA WORLD FOODS CORP<br>ATTN LYDIA GREENSTEIN, CR MGR<br>12300 NW 32ND AVENUE<br>MIAMI, FL 33167-2418 | 11063<br>Debtor: WINN-DIXIE STORES, INC. | $532,004.45 | $380,558.64 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,009.42, RECLAMATION PAYMENTS IN PROCESS TOTALING $64,301.52, AND REMOVAL OF $85,134.87 NEITHER LISTED ON DEBTOR'S BOOKS AND RECORDS NOR SUPPORTED BY ADEQUATE DOCUMENTATION. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 252061<br>IMAGISTICS INTERNATIONAL INC FKA<br>PITNEY BOWES OFFICE SYSTEMS<br>PO BOX 856193<br>LOUISVILLE, KY 40285-6193 | 10382<br>Debtor: WINN-DIXIE STORES, INC. | $124,991.93 | $27,257.98 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |
| Creditor Id: 411153<br>IPF/HEIGHTS LP<br>C/O INFINITY PROPERTY MGMT CORP.<br>PACES WEST BUILDING ONE<br>2727 PACES FERRY ROAD, SUITE 1-1650<br>ATLANTA GA 30339<br>Counsel: ATTN LAWRENCE J SCHWARTZ, ESQ. | 11182<br>Debtor: WINN-DIXIE STORES, INC. | $25,375.50 | $14,438.38 | REDUCED AMOUNT REFLECTS REMOVAL OF $10,936.62 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 403322<br>J GORDON ROTHWELL, PA<br>ATTN J GORDON ROTHWELL, PRESIDENT<br>560 1ST AVENUE NORTH<br>ST PETERSBURG FL 33701 | 9210<br>Debtor: WINN-DIXIE STORES, INC. | $74,635.66 | $62,452.75 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,140.71 AND $57 FOR POSTPETITION INVOICE NUMBERS 205 AND 304, RESPECTIVELY, AND 7/5/05 PAYMENT OF $7,985.20 BY CHECK NUMBER 0080668665 FOR POSTPETITION WORK. |
| Creditor Id: 1489<br>JOHN BENETTI ASSOCIATES<br>C/O JOHN BENETTI<br>80 MOUNT VERNON LANE<br>ATHERTON, CA 94025<br>Transferee: CACTUS HOLDINGS GROUP LLC<br>Counsel: ATTN DAVID B MCEWEN, ESQ | 8620<br>Debtor: WINN-DIXIE STORES, INC. | $1,069,400.22 | $481,075.22 | REDUCED AMOUNT REFLECTS REMOVAL OF $588,225.00 FOR OVERSTATED DEFERRED MAINTENANCE CHARGES AND $100.00 FOR CALCULATION ERROR. |
| Creditor Id: 399445<br>JOHNSON & JOHNSON SALES/LOGISTIC CO<br>DIV JOHNSON & JOHNSON CONSUMER CO<br>C/O PATTERSON BELKNAP WEBB & TYLER<br>ATTN DAVID W DYKHOUSE, ESQ<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-6710<br>Transferee: MADISON INVESTMENT TRUST - SERIES 1<br>Counsel: ATTN DAVID G FINKELSTEIN, ESQ | 648<br>Debtor: WINN-DIXIE PROCUREMENT, INC. | $2,012,537.69 | $768,890.72 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $27,829.57, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,143.68 AND $47,041.50, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $890,546.20, AND REMOVAL OF $264,086.02 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 403382**<br>JULA TRUST, LLC<br>C/O PLATZER SWERGOLD KARLIN ET AL<br>ATTN T SADUTTO/S LYDELL, ESQS<br>1065 AVENUE OF THE AMERICAS, 18TH F<br>NEW YORK NY 10018 | 6218<br>Debtor: | $312,617.54<br>WINN-DIXIE STORES, INC. | $254,268.45 | REDUCED AMOUNT REFLECTS REMOVAL OF $41,168.60 FOR MATHEMATICAL ERROR IN PROOF OF CLAIM AND $17,180.49 FOR OVERSTATED 2005 INSURANCE. |
| **Creditor Id: 411293**<br>KEMOR PROPERTIES, INC<br>ATTN MARK HORNSTEIN<br>1550 DE MAISONNEUVE WEST, SUITE 8<br>MONTREAL, QUEBEC  H3G1N2 CANADA<br>Counsel: ATTN: ERIC D SCHWARTZ ESQ | 9833<br>Debtor: | $1,498,272.59<br>WINN-DIXIE MONTGOMERY, INC. | $413,038.55 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,008,333.68 FOR OVERSTATED REJECTION DAMAGES, $62,500 FOR ESTIMATED ROOF REPAIR COSTS, $915.18 AND $326.58 FOR OVERSTATED 2005 PREPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, $2,125.40 AND $33.20 FOR POSTPETITION REAL ESTATE TAXES AND INSURANCE, RESPECTIVELY, AND $11,000 FOR LEGAL FEES.  ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1.  REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 383217**<br>KIR COLERAIN 017, LLC<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 295<br>Debtor: | $772,322.11<br>WINN-DIXIE STORES, INC. | $750,718.40 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 2365**<br>LANCASTER COMMUNITY INVESTORS LC<br>ATTN THOMAS A GOSSE, MGR<br>PO BOX 1582<br>KILMARNOCK, VA 22482 | 9291<br>Debtor: | $3,167,850.00<br>WINN-DIXIE RALEIGH, INC. | $517,003.26 | REDUCED AMOUNT REFLECTS ACCURATE CALCULATION OF REJECTION DAMAGES. |
| **Creditor Id: 407608**<br>LAND-O-SUN DAIRIES, LLC DBA<br>PET DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 4574<br>Debtor: | $124,050.77<br>WINN-DIXIE STORES, INC. | $85,755.15 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $1,080.73, ACCOUNTS PAYABLE CREDIT OF $2,631.33, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $34,583.56. |
| **Creditor Id: 394059**<br>LANDRY & LAVELLE, LLP<br>ATTN PAUL M LAVELLE<br>4000 LAKE BEAU PRE APT 18<br>BATON ROUGE LA 70820-4265 | 2782<br>Debtor: | $35,412.06<br>WINN-DIXIE MONTGOMERY, INC. | $32,423.93 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $2,988.13 FOR POSTPETITION INVOICES BY CHECK NUMBER 008068849. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 407463**<br>LASALLE BANK NAT'L ASSOC, AS TTEE<br>HOLDERS OF BEAR STEARNS COMM MORTG<br>C/O MCKENNA LONG & ALDRIDGE LLP<br>ATTN: B SUMMER CHANDLER<br>303 PEACHTREE ST, STE 5300<br>ATLANTA GA 30308 | 10816<br>Debtor: | $838,708.34<br>WINN-DIXIE MONTGOMERY, INC. | $772,318.00 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| **Creditor Id: 406287**<br>LEXISNEXIS EXAMEN INC, DIV OF<br>REED ELSEVIER, INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG OH 45342 | 13257<br>Debtor: | $151,091.04<br>WINN-DIXIE STORES, INC. | $148,356.39 | REDUCED AMOUNT REFLECTS REMOVAL OF $26.38 FOR POSTPETITION PORTION OF INVOICE NUMBER 0502233297 AND PAYMENT OF $2,624.27 ON 5/16/05 AND $84.00 ON 2/15/06 FOR POSTPETITION PORTION OF 0502225921 BY CHECK NUMBER 8040366 AND POSTPETITION INVOICE NUMBER 0502226480 BY CHECK NUMBER 8166701, RESPECTIVELY. |
| Transferee: DELLACAMERA CAPITAL MASTER FUND LTD | | | | |
| **Creditor Id: 403331**<br>MARSHALL DENNEHEY WARNER ET AL<br>12 E BAY STREET<br>JACKSONVILLE FL 32202-3247 | 8936<br>Debtor: | $10,714.53<br>WINN-DIXIE STORES, INC. | $9,852.03 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $862.50 BY CHECK NUMBER 008068571 FOR POSTPETITION INVOICE NUMBERS 637421 AND 637422. |
| **Creditor Id: 381840**<br>MARYLAND & VIRGINIA MILK PRODUCERS<br>C/O REED SMITH LLP<br>ATTN ROBERT M MARINO, ESQ<br>STE 1100, EAST TOWER<br>1301 K STREET NW<br>WASHINGTON DC 20005-3317 | 2501<br>Debtor: | $3,242,815.85<br>WINN-DIXIE STORES, INC. | $2,841,542.49 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $42,993.57 AND RECLAMATION PAYMENTS IN PROCESS TOTALING $358,279.79. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: AMROC INVESTMENTS LLC<br>Counsel: ATTN: ANDREW L MORRISON | | | | |
| **Creditor Id: 2396**<br>MASON SHOPPING CENTER PARTNERSHIP<br>C/O TOWN CENTER COMPANY<br>ATTN PAUL E GRANICK, GP<br>7452 JAGER COURT<br>CINCINNATI, OH 45230 | 7931<br>Debtor: | $755,481.02<br>WINN-DIXIE RALEIGH, INC. | $737,211.08 | REDUCED AMOUNT REFLECTS PAYMENT OF $14,676.27 FOR POSTPETITION RENT AND POSTPETITION CREDIT OF $3,593.67. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Transferee: LONGACRE MASTER FUND LTD | | | | |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 382041** <br> MCARTHUR DAIRY, INC <br> C/O DEAN FOODS COMPANY <br> ATTN ALEX D MADRAZO <br> 2515 MCKINNEY AVENUE, SUITE 1200 <br> DALLAS TX 75201 | 5287 <br> Debtor: WINN-DIXIE STORES, INC. | $306,045.97 | $160,996.62 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $4,084.71, ACCOUNTS PAYABLE CREDIT OF $25,368.30, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $115,596.34. |
| **Creditor Id: 255884** <br> MCDUFFIE SQUARE LP <br> C/O HULL STOREY RETAIL GROUP, LLC <br> ATTN MIKE FOWLER, ESQ <br> PO BOX 204227 <br> AUGUSTA, GA 30917-4227 | 12324 <br> Debtor: WINN-DIXIE STORES, INC. | $285,581.19 | $275,587.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,993.99 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 1602** <br> MILFORD STATION, LTD <br> C/O PHILLIPS EDISON & CO, LTD <br> ATTN R MARK ADDY, MANAGING AGT <br> 11690 GROOMS ROAD <br> CINCINNATI, OH 45242 <br> Transferee: LCH OPPORTUNITIES LLC | 8031 <br> Debtor: WINN-DIXIE RALEIGH, INC. | $286,142.56 | $277,629.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $6,603.01 FOR OVERSTATED REJECTION DAMAGES, $1,535.05 FOR PENALTY ON 2004 REAL ESTATE TAXES, AND $375.00 FOR TRASH REMOVAL. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 279072** <br> MT OLIVE PICKLE COMPANY, INC <br> C/O WHARTON ALDHIZER & WEAVER, PLC <br> ATTN STEPHAN W MILO, ESQ <br> 125 S AUGUSTA STREET, STE 2000 <br> STAMPTON VA 24401 | 9702 <br> Debtor: WINN-DIXIE PROCUREMENT, INC. | $232,374.75 | $57,535.23 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $176.44, NET CONSUMPTION WAIVER OF $5,298.17, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $169,364.91. |
| **Creditor Id: 256911** <br> NARANJA LAKES JOINT VENTURES <br> C/O FIRC MANAGEMENT INC <br> ATTN ALEJANDRO SOSA, DIR <br> 2299 SW 37TH AVE, 4TH FLR <br> MIAMI, FL 33145 | 5929 <br> Debtor: WINN-DIXIE STORES, INC. | $42,807.71 | $37,608.91 | REDUCED AMOUNT REFLECTS 6/21/05 PAYMENT OF $5,198.80 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES AND INSURANCE BY CHECK NUMBER 0080060830. |
| **Creditor Id: 407534** <br> NATIONAL SALES SERVICES, INC DBA <br> NATIONAL RETAIL SERVICES <br> C/O EURO RSCG WORLDWIDE, INC <br> ATTN W FASANO OR NANCY WYNNE, ESQ <br> 350 HUDSON STREET <br> NEW YORK NY 10014 | 4212 <br> Debtor: WINN-DIXIE STORES, INC. | $473,496.53 | $274,314.57 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 410421**<br>NORFAM, LLC, SUCCESSOR<br>CAROLINA DEVELOPMENT CO<br>C/O KENNEDY COVINGTON, ET AL #300<br>ATTN MARGARET R WESTBROOK, ESQ<br>4350 LASSITER AT NORTH HILLS AVE<br>RALEIGH NC 27609 | 11861<br>Debtor: | $199,625.18<br>WINN-DIXIE RALEIGH, INC. | $175,107.37 | REDUCED AMOUNT REFLECTS REMOVAL OF $5,285.29 FOR OVERSTATED 2005 PREPETITION TAXES AND $12,867.90 AND $6,364.62 FOR POSTPETITION RENT AND REAL ESTATE TAXES, RESPECTIVELY. POSTPETITION CHARGES NOT PROPERLY ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 257461**<br>NORTHWEST JUNCTION PARTNERS<br>C/O NANCY M LANE, GEN PARTNER<br>1855 LAKELAND DRIVE, SUITE G-10<br>JACKSON, MS 39216 | 8255<br>Debtor: | $106,890.93<br>WINN-DIXIE MONTGOMERY, INC. | $56,893.89 | REDUCED AMOUNT REFLECTS REMOVAL OF $40,492.74 FOR OVERSTATED REJECTION DAMAGES AND $9,504.30 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |
| Counsel: ATTN MARCUS M WILSON, ESQ<br>**Creditor Id: 394057**<br>OSTENDORF TATE BARNETT & WELLS, LLP<br>ATTN KAREN HATTIER, OPERATIONS MGR<br>PO BOX 50080<br>NEW ORLEANS, LA 70150 | 8207<br>Debtor: | $93,314.65<br>WINN-DIXIE MONTGOMERY, INC. | $91,071.04 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,243.61 FOR UNDOCUMENTED CHARGES. |
| **Creditor Id: 279257**<br>PACTIV CORPORATION<br>ATTN E T WALTERS, VP & CONTROLLER<br>1900 W FIELD COURT<br>LAKE FOREST IL 60045 | 2233<br>Debtor: | $852,364.97<br>WINN-DIXIE STORES, INC. | $405,319.34 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $10.60, NET CONSUMPTION WAIVER OF $12,698.42, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $14,140.92 AND $1,559.43, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $402,787.98, AND REMOVAL OF $15,848.28 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |
| **Creditor Id: 2515**<br>PALMER, ROBERT H JR<br>PO BOX 3146<br>JOHNSON CITY, TN 37602 | 12854<br>Debtor: | $65,763.41<br>WINN-DIXIE RALEIGH, INC. | $55,890.95 | REDUCED AMOUNT REFLECTS REMOVAL OF $9,872.46 FOR POSTPETITION CHARGES. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Counsel: ATTN EDWARD T BRADING, ESQ<br>**Creditor Id: 382068**<br>PILGRIM'S PRIDE CORP<br>ATTN K LAWRENCE/ T DUFFEE<br>DEPT 24<br>PO BOX 93<br>PITTSBURG TX 75686-0093 | 11210<br>Debtor: | $361,309.07<br>WINN-DIXIE STORES, INC. | $242,375.66 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $2,799.08, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $28,410.48 AND $208.52, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $87,515.33. REDUCED AMOUNT IS UNSECURED NON-PRIORITY. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| **Creditor Id: 411232**<br>PROCTER & GAMBLE DIST CO<br>ATTN G M JONES, SR CREDIT MGR<br>8500 GOVERNORS HILL DRIVE<br>CINCINNATI OH 45249 | 9474<br>**Debtor:** WINN-DIXIE STORES, INC. | $6,341,805.10 | $1,788,497.83 | REDUCED AMOUNT INCLUDES ADDITIONAL RECLAMATION CLAIM OF $63,366.35, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $31,578.36 AND $669,000.05, RESPECTIVELY, NET CONSUMPTION WAIVER OF $120,589.75, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $3,795,505.46. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| **Creditor Id: 259004**<br>PROTEMP SERVICES, LLC<br>ATTN ANGEL WESTBROOK & SCOTT BAKER<br>517 BAYHILL RIDGE CIRCLE<br>BIRMINGHAM AL 35244 | 275<br>**Debtor:** WINN-DIXIE STORES, INC. | $79,802.50 | $71,644.50 | REDUCED AMOUNT REFLECTS REMOVAL OF $4,000.00 FOR INVOICE NUMBER 1361 AS PERSON LISTED ON INVOICE WAS NOT HIRED AND THEREFORE PLACEMENT FEE IS NOT OWED AND $4,158.00 FOR INVOICE NUMBER 1185 AS CLAIMANT INFORMED DEBTOR INVOICE WAS PAID. |
| Transferee: MADISON INVESTMENT TRUST - SERIES 3 | | | | |
| **Creditor Id: 259554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | 4723<br>**Debtor:** WINN-DIXIE MONTGOMERY, INC. | $73,013.23 | $5,741.11 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $67,272.12. |
| **Creditor Id: 259554**<br>RICH-SEAPAK CORPORATION<br>ATTN TOM MCBRIDE, CR MGR<br>PO BOX 98072<br>CHICAGO, IL 60693-8072 | 4724<br>**Debtor:** WINN-DIXIE STORES, INC. | $124,169.83 | $3,453.88 | REDUCED AMOUNT REFLECTS ACCOUNTS RECEIVABLE BALANCE OF $120,715.95. |
| **Creditor Id: 394060**<br>RIGDON, ALEXANDER & RIGDON, LLP<br>ATTN H A RIGDON, JR<br>PO BOX 412169<br>MELBOURNE, FL 32941-2169 | 2597<br>**Debtor:** WINN-DIXIE STORES, INC. | $15,584.53 | $13,954.32 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $1,630.21 BY CHECK 0080668605 FOR POSTPETITION LIABILITY INCLUDED IN ASSERTED AMOUNT. |
| Transferee: CACTUS HOLDINGS GROUP LLC | | | | |
| **Creditor Id: 394034**<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6850<br>**Debtor:** WINN-DIXIE STORES, INC. | $341.50 | $297.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $44.50 ON 7/5/05 BY CHECK NUMBER 0080068425 FOR POSTPETITION INVOICE. |

**WINN-DIXIE STORES, INC., ET AL.**
**FIFTEENTH OMNIBUS CLAIMS OBJECTION**
**EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED**

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 394034<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6853<br>Debtor: WINN-DIXIE STORES, INC. | $2,318.44 | $2,179.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $139.44 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICE. |
| Creditor Id: 394034<br>SANDS, ANDERSON, MARKS & MILLER, PC<br>ATTN TERRENCE L GRAVES<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 6885<br>Debtor: WINN-DIXIE STORES, INC. | $4,321.18 | $3,912.26 | REDUCED AMOUNT REFLECTS PAYMENT OF $408.92 ON 7/5/05 BY CHECK NUMBER 008068425 FOR POSTPETITION INVOICES. |
| Creditor Id: 260495<br>SAWICKI REALTY CO<br>ATTN HENRY J SAWICKI, III, PRES<br>118 W WAYNE ST<br>MAUMEE, OH 43537 | 11982<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $1,093,475.80 | $999,212.71 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. REDUCED AMOUNT IS CLASSIFIED AS UNSECURED NON-PRIORITY. |
| Creditor Id: 1825<br>SCP WINTER GARDEN FL, LLC<br>C/O LOOPER REED & MCGRAW, PC<br>ATTN J CARY GRAY, ESQ<br>1300 POST OAK BLVD, STE 2000<br>HOUSTON, TX 77056<br>Transferee: DELLACAMERA CAPITAL MASTER FUND LTD<br>Counsel: ATTN: THOMAS A GIBSON, ESQ | 12176<br>Debtor: WINN-DIXIE STORES, INC. | $2,919,887.32 | $1,462,741.04 | REDUCED AMOUNT REFLECTS AGREEMENT WITH CLAIMANT. |
| Creditor Id: 382164<br>SFJ MANAGEMENT, INC<br>ATTN WALTER S HAWRYLAK, SR VP ADMIN<br>924 AVENUE J EAST<br>GRAND PRAIRIE TX 75050<br>Counsel: ATTN THOMAS H KEEN, ESQ. | 7654<br>Debtor: WINN-DIXIE STORES, INC. | $169,253.15 | $130,593.24 | REDUCED AMOUNT REFLECTS AMOUNT DUE PER DEBTOR'S BOOKS AND RECORDS. CLAIMANT INCORRECTLY RECONCILED TICKET SALES. |
| Creditor Id: 407705<br>SOUTHERN FOODS GROUP, LP DBA<br>BROWN'S DAIRY<br>C/O DEAN FOODS COMPANY<br>ATTN ALEX D MADRAZO<br>2515 MCKINNEY AVENUE, SUITE 1200<br>DALLAS TX 75201 | 5286<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | $42,610.08 | $20,576.94 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $499.37, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $5,553.80 AND $129.04, RESPECTIVELY, AND RECLAMATION PAYMENTS IN PROCESS TOTALING $15,850.93. |

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 378217<br>STEPHENS, CHARLES P<br>C/O WINN-DIXIE STORES, INC<br>5050 EDGEWOOD COURT<br>JACKSONVILLE, FL 32254-3699 | 9968<br>Debtor: | $1,500.00<br>WINN-DIXIE STORES, INC. | $500.00 | REDUCED AMOUNT REFLECTS PAYMENT OF $1,000.00 ON 2/18/05 BY CASHIER'S CHECK NUMBER 399841231. |
| Creditor Id: 402084<br>STEWART LAW FIRM<br>ATTN VERNON STEWART, ESQ<br>111 COMMERCE DRIVE<br>DUNN NC 28334 | 877<br>Debtor: | $7,643.70<br>WINN-DIXIE STORES, INC. | $4,925.20 | REDUCED AMOUNT REFLECTS REMOVAL OF $2,718.50 TO BE DISTRIBUTED DIRECTLY TO WAKE COUNTY CLERK OF COURT PER 2/24/05 SETTLEMENT AGREEMENT. |
| Creditor Id: 262238<br>SUNSHINE MILLS INC<br>ATTN KIM SPARKS<br>PO BOX 676<br>RED BAY, AL 35582-0676 | 1559<br>Debtor: | $262,773.06<br>WINN-DIXIE STORES, INC. | $6,917.87 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $3,807.69, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $98,126.27 AND $4,490.00, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $115,046.23, AND REMOVAL OF $34,385.00 FOR PALLET CHARGES. |
| Creditor Id: 403362<br>TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP<br>ATTN DAYLE A FLAMMIA, PARTNER<br>4800 SIX FORKS ROAD, SUITE 300<br>RALEIGH NC 27609 | 7108<br>Debtor: | $4,101.90<br>WINN-DIXIE RALEIGH, INC. | $3,682.20 | REDUCED AMOUNT REFLECTS PAYMENT OF $419.70 ON 10/18/05 BY CHECK NUMBER 008118436 FOR POSTPETITION INVOICES. |
| Creditor Id: 377844<br>TREE OF LIFE INC<br>ATTN S SAGAER/M DUFRESNE<br>405 GOLFWAY WEST DR<br>ST AUGUSTINE FL 32095 | 9190<br>Debtor: | $3,244,449.98<br>WINN-DIXIE STORES, INC. | $2,497,379.30 | REDUCED AMOUNT REFLECTS ACCOUNTS PAYABLE CREDIT OF $16,011.79 AND REMOVAL OF $731,058.89 FOR UNDOCUMENTED CHARGES. CLAIMANT AGREES WITH REDUCED AMOUNT. |
| Counsel: ATTN MARK E FREEDLANDER, ESQ<br>Creditor Id: 264152<br>VICTORY WHOLESALE GROCERS<br>ATTN ALVIN C EDER, VP & CREDIT MGR<br>400 VICTORY DRIVE<br>SPRINGBORO OH 45066 | 8855<br>Debtor: | $1,053,295.14<br>WINN-DIXIE STORES, INC. | $293,179.80 | REDUCED AMOUNT REFLECTS ADDITIONAL RECLAMATION CLAIM OF $6,524.03, NET CONSUMPTION WAIVER OF $20,590.15, ACCOUNTS PAYABLE CREDIT OF $6,524.33, RECLAMATION PAYMENTS IN PROCESS TOTALING $652,360.68, AND REMOVAL OF $87,164.21 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

Transferee: SPCP GROUP LLC AGT OF SILVER PT CAP

WINN-DIXIE STORES, INC., ET AL.
FIFTEENTH OMNIBUS CLAIMS OBJECTION
EXHIBIT B - OVERSTATED CLAIMS TO BE REDUCED

| Name of Claimant | Claim No. | Claim Amount | Reduced Claim Amount | Reason for Reduction |
|---|---|---|---|---|
| Creditor Id: 408366<br>VILLAGE ROYALE PROPERTIES LLC<br>C/O BENESCH FRIEDLANDER ET AL<br>ATTN DAVID M NEUMANN, ESQ<br>200 PUBLIC SQUARE, 2300 BP TOWER<br>CLEVELAND OH 44114 | 7040<br>Debtor: WINN-DIXIE STORES, INC. | $87,363.00 | $28,883.85 | REDUCED AMOUNT REFLECTS PREPETITION 2005 COMMON AREA MAINTENANCE CHARGES AND REAL ESTATE TAXES OF $354.35 AND $4,097.28, RESPECTIVELY, AND RENT OF $24,432.22. REMAINING ASSERTED AMOUNT FOR REAL ESTATE TAXES AND COMMON AREA MAINTENANCE CHARGES ARE ESTIMATED AND, AT TIMES, INCLUDE POSTPETITION PAID LIABILITIES. |
| Creditor Id: 410417<br>WACHOVIA BANK, TRUSTEE<br>UNDER LUCY BUXTON AGREEMENT<br>C/O HAYNSWORTH SINKLER BOYD, PA<br>ATTN WILLIAM H SHORT JR, ESQ<br>PO BOX 11889<br>COLUMBIA SC 29211 | 12257<br>Debtor: WINN-DIXIE STORES, INC. | $1,852,373.29 | $533,900.21 | REDUCED AMOUNT REFLECTS REMOVAL OF $1,314,466.18 FOR OVERSTATED REJECTION DAMAGES AND $4,005.90 FOR POSTPETITION COMMON AREA MAINTENANCE CHARGES, REAL ESTATE TAXES, AND INSURANCE. ADMINISTRATIVE CLAIM FOR POSTPETITION CHARGES NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. CLAIM TO BE REDUCED WITHOUT PREJUDICE TO CLAIMANT FILING AN APPLICATION PURSUANT TO 11 U.S.C. SECTION 503(A) AND LOCAL RULE 3071-1. |
| Creditor Id: 410834<br>WICKER SMITH OHARA, ET AL<br>ATTN LISA R DASHER, CONTROLLER<br>5TH FLOOR GROVE PLAZA BUILDING<br>2900 MIDDLE STREET, SW 28TH TERRACE<br>MIAMI FL 33133 | 9871<br>Debtor: WINN-DIXIE STORES, INC. | $1,145.58 | $1,112.58 | REDUCED AMOUNT REFLECTS 7/5/05 PAYMENT OF $33.00 BY CHECK NUMBER 008068619 FOR POSTPETITION INVOICE NUMBER 208453. |
| Creditor Id: 403375<br>WILKINS, STEPHENS & TIPTON, PA<br>ATTN LELAND S SMITH<br>PO BOX 13429<br>JACKSON MS 39236-3429 | 2109<br>Debtor: WINN-DIXIE STORES, INC. | $46,678.66 | $46,476.51 | REDUCED AMOUNT REFLECTS REMOVAL OF $202.15 FOR INVOICE NUMBER 657030424, NOT AN INVOICE OF ANY OF THE DEBTORS. |
| Creditor Id: 265037<br>WORLD KITCHEN INC<br>PO BOX 911310<br>DALLAS, TX 75391-1310 | 3032<br>Debtor: WINN-DIXIE STORES, INC. | $64,367.71 | $29,854.61 | REDUCED AMOUNT REFLECTS NET CONSUMPTION WAIVER OF $597.01, ACCOUNTS PAYABLE CREDIT AND ACCOUNTS RECEIVABLE BALANCE OF $160.20 AND $28.89, RESPECTIVELY, RECLAMATION PAYMENTS IN PROCESS TOTALING $18,915.40, AND REMOVAL OF $14,811.60 FOR CHARGEBACKS ON PREVIOUSLY PAID AND DISPUTED INVOICES. |

Total Claims to be Reduced: 81
Total Amount to be Reduced: $49,078,244.41 Plus Unliquidated Amounts, If Any
Total Reduced Amount: $26,208,839.40