# United States Bankruptcy Court
## Middle District of Florida

In re Winn-Dixie Stores, Inc., et al.,

Case No. 05-03817-3F1
(Jointly Administered)
Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**
**Greenwich, CT 06830**
**Attn: Alpa Jimenez**
**Phone 203-862-8236**

Name and Address where transferee payments should be sent
(if different from above)

**Court Claim # (if known): 10347**
**Claim Amount $737,853.10**

**Smithtown Bay, LLC**
Name of Transferor

Court Record Address of Transferor
(Court Use Only)

Name and Current Address of Transferor

**Smithtown Bay, LLC**
**601 Carlson Parkway**
**Suite 200**
**Minnetonka, MN  55305**
**Attn: Brian Naas**
**Phone 952-476-7239**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____
        Transferee/Transferee's Agent

Date: _____September 26, 2006_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

**EXHIBIT C-4**

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division
Attn:   Clerk

AND TO:   Winn-Dixie Stores, Inc., et al  (collectively "Debtor")
Case No. 05-03817-3FI

Claim #:  10347 **[UNSECURED NON-PRIORITY PORTION ONLY]**

**SELLER Smithtown Bay, LLC** (as an indirect assignee of Conopco, Inc. d/b/a Unilever Home & Personal Care) its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Contrarian Funds, LLC**

its successors and assigns ("Buyer"), all rights, title and interest in and to the unsecured non-priority portion of the claim of Seller in the principal amount of $737,853.10 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the unsecured non-priority portion of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated September 19, 2006.

**SMITHTOWN BAY, LLC**
**By: Global Capital Management, Inc., Manager**

SELLER
By:  _Thomas G. Rock_

Name:
Title:        Thomas G. Rock
              Authorized Signer

**Contrarian Funds, LLC**
By: Contrarian Capital Management, LLC
As Manager

By:  _____

Title        **JANICE M. STANTON**
                    **MEMBER**