UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-f1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*, | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### MOTION TO APPEAR PRO HAC VICE FOR SARA E. LORBER

Sara E. Lorber (the "Movant"), a member in good standing of the bar in the State of Illinois and of the bar of the U.S. District Court for the Northern District of Illinois, requests permission to appear before this Court *pro hac vice* to represent Daniel G. Kamin, WD Miami LLC, WD Montgomery LLC, Daniel G. Kamin Zebulon Enterprises, Daniel G. Kamin Brynn Marr Enterprises, Daniel G. Kamin Clarksville Crossing LLC, Daniel G. Kamin Mandeville LLC, Daniel G Kamin Zachary Enterprises, WD Mt. Carmel LLC, WD Hillard LLC, DBT Porcupine WD1 Delaware Business Trust, and Porcupine WD5 LLC in the above-captioned cases and states as follows:

1. Local Rule 2090-1(c)(1) states that "any attorney residing outside the State of Florida, who is a member in good standing of the bar of any District Court of the United States other than the Middle District of Florida, may appear specially and be heard in any case or proceeding..."

2. The Movant was admitted to the bar of the U.S. District Court for the Northern District of Illinois in 1995, and is currently a member in good standing of such bar.

3. The Movant designates Adam N. Frisch, of the law firm Held & Israel, as local counsel. Mr. Frisch is qualified to practice before this Court and consents to designation as local counsel.

4. The Movant certifies that she has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. The Movant certifies that she is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all requirements governing the professional behavior of members of Florida Bar.

WHEREFORE, Sara E. Lorber respectfully requests that this Court grant her Motion to appear *pro hac vice*.

DATED this 3 day of October, 2006.

HELD & ISRAEL
By: /s/
Kimberly Held Israel, Esquire
Florida Bar #47287
Adam N. Frisch, Esquire
Florida Bar #635308
afrisch@hilawfirm.com
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207
(904) 398-7038 Telephone
(904) 398-4283 Facsimile

and

/s/ Sara E. Lorber

Sara E. Lorber, Esquire
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
Tel: (312) 460-5970 (Direct)
Tel: (312) 460-5000 (Main)
Fax: (312) 460-7000
slorber@seyfarth.com

2