UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          CASE NO.: 3:05-bk-03817-JAF

                                                CHAPTER 11
WINN-DIXIE STORES, INC., et al.,

           Debtors.                             Jointly Administered

_____

**REQUEST FOR ALL NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

The following parties in interest in these Cases, Daniel G. Kamin, WD Miami LLC, WD Montgomery LLC, Daniel G. Kamin Zebulon Enterprises, Daniel G. Kamin Brynn Marr Enterprises, Daniel G. Kamin Clarksville Crossing LLC, Daniel G. Kamin Mandeville LLC, Daniel G. Kamin Zachary Enterprises, WD Mt. Carmel LLC, WD Hillard LLC, DBT Porcupine WD1 Delaware Business Trust, and Porcupine WD5 LLC ("the Parties in Interest"), hereby request notice of all hearings and conferences and copies of all papers herein, including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for the Parties in Interest at the addresses set forth below.

Neither this Request nor its filing and service shall constitute the consent of the Parties in Interest to the jurisdiction of this Court over it for any purpose or a waiver of any other rights, remedies, claims setoffs or recoupments, all of which the Parties in Interest reserve to the full extent of the law.

Dated: October 3, 2006.
       Jacksonville, Florida

                        HELD & ISRAEL

                        By: _____
                        Kimberly Held Israel, Esquire
                        Florida Bar #47287
                        Adam N. Frisch, Esquire
                        Florida Bar #635308
                        afrisch@hilawfirm.com
                        1301 Riverplace Blvd., Suite 1916
                        Jacksonville, Florida 32207
                        (904) 398-7038 Telephone
                        (904) 398-4283 Facsimile

                        and

                        Sara E. Lorber, Esquire
                        Seyfarth Shaw LLP
                        131 S. Dearborn St., Suite 2400
                        Chicago, Illinois 60603
                        Tel: (312) 460-5970 (Direct)
                        Tel: (312) 460-5000 (Main)
                        Fax: (312) 460-7000
                        slorber@seyfarth.com

af/winndixie/Kaminnoa.djg