[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

This case came on for consideration upon the Court's own motion. On September 28, 2006, Alfred Griffin filed a Motion for Relief from Stay without original signature of Movant's Attorney as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion for Relief from Stay is stricken from the record.

Dated October 3, 2006

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Debtors' Attorney
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors
Al A. Sarrat, Attorney for Movant