UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____/

CASE NO. 05-03817-3F1
CHAPTER 11

**NOTICE OF WITHDRAWAL OF WOOLBRIGHT'S
APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

Creditor, WOOLBRIGHT/SSR MARKETPLACE, LLC, a Delaware limited liability company ("WOOLBRIGHT"), by and through its undersigned attorneys, hereby gives notice of the withdrawal of its Application for Allowance and Payment of Administrative Claim pending herein based upon DEBTORS previously having tendered to WOOLBRIGHT payment of its administrative claim.

RICHARD H. MALCHON, JR.
Florida Bar No. 188232
RUDEN, MCCLOSKY, SMITH,
 SCHUSTER, & RUSSELL, P.A.
401 East Jackson Street
Tampa, FL 33602
Telephone: (813) 222-6637, Fax: (727) 502-8937
E-Mail Address: Richard.Malchon@Ruden.Com
ATTORNEYS FOR WOOLBRIGHT

STP:690594:1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal of Woolbright's Application for Allowance and Payment of Administrative Claim was mailed by either CM/ECF electronic noticing or by regular U.S. Mail to on the parties listed below, this 3rd day of October, 2006.

RICHARD H. MALCHON, JR., ESQUIRE

D. J. Baker Lace, Esq./Adam Ravin
Skadden Arps Slate Meagher & Florin, LLP
Four Times Square
New York, NY 10036

Dennis F. Dunne
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Cynthia C. Jackson
James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32201

John B. Macdonald, Esq.
Patrick P. Patangan, Esq.
Akerman Senterfitt
50 North Laura St., Suite 2500
Jacksonville, FL 32202

United States Trustee's Office
Elena L. Escamilla
135 W. Central Blvd., Suite 620
Orlando, Fl 32806

STP:690594:1