## UNITED STATES BANKRUPTCY COURT FOR
## FLORIDA MIDDLE BANKRUPTCY COURT

| | |
|---|---|
| In re: Winn-Dixie Procurement, Inc - Trade Claims<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-03817<br><br>Claim No.   261230-12 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **SOFTWARE SPECTRUM**_____("Transferor")
[TRANSFEROR NAME & ADDRESS]
**PO BOX 848264**_____

_____

**DALLAS, TX 75284-8264**_____

2.    Please take notice of the transfer of $ **1,575.68**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $1,575.68 to:**

**Madison Investment Trust - Series 3**_____("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave. Suite 120**_____

_____

**Overland Park, KS      66202**_____

No action is required if you do not object to the transfer of your claim.

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

# Madison Liquidity Investors, LLC.
### 6310 Lamar Ave, Suite 120
### Overland Park, KS  66202
### Phone: (800) 896-8913   Fax: (913) 982-5039

October 02, 2006

Florida Middle Bankruptcy Court
FL

RE: **Winn-Dixie Procurement, Inc - Trade Claims**

> Buyer: Madison Investment Trust - Series 3

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
SOFTWARE SPECTRUM
PO BOX 848264
DALLAS, TX  75284-8264

Social Sec. No./Tax ID: 75-1878002

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 103158902

EVIDENCE OF TRANSFER OF CLAIM

TO:          Middle District of Florida Bankruptcy Court
AND TO:     Madison Liquidity Investors, LLC.
              6310 Lamar Ave, Suite 120
              Overland Park, KS 66202

_Software Spectrum Inc._ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Stores, Inc. in the Middle District of Florida Bankruptcy Court , The case entitled In re Winn-Dixie Stores, Inc., with a Case Number of 05-03817 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _9/28/06_

Name: _Software Spectrum Inc_

By: _Randy Temple_
(Signature of Claimant)

Print Name: _Randy Temple - Corporate Credit Manager_
_3480 Lotus Drive_
(Address)
_Plano TX 75075_
(Address)
_75-1878002_
(SS#/Tax ID)


By: _____
(Signature of Co-Claimant)

Print Name: _____


_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 103158903

Accepted: Madison Liquidity Investors, LLC

By: _Dayle Clark_