**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER (I) AUTHORIZING ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIXING CURE AMOUNTS AND (III) GRANTING RELATED RELIEF

These cases came before the Court for hearing upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105(a) and 365 (Docket No. 8941) (the "Motion"), (i) approving and authorizing the Debtors to assume non-residential real property leases identified on Exhibit A attached to the Motion, effective as of the effective date of the Debtors' joint plan of reorganization (Docket No. 10058) (the "Effective Date"),[1] (ii) fixing the costs of assumption at the proposed cure amounts identified on Exhibit B attached to the Motion (collectively, the "Proposed Cure Amounts"), and (iii) granting related relief. By the Motion, the landlords were given until July 30, 2006 to object to the Motion and the Proposed Cure Amounts. The landlords for the stores, liquor stores and fuel centers under separate lease, and offices and warehouses identified on the attached Exhibit A (collectively, the "Landlords") filed objections to the Proposed Cure Amounts and objections relating to non-monetary lease defaults (collectively, the "Cure

---

[1]   All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

Objections"). The Landlords identified on attached Exhibit B also filed objections to the Debtors' assumption of their respective leases (collectively, the "Assumption Objections"). A separate order will be entered as to Store Number 207. The hearing will be continued until October 5 as to the assumption of the leases for the stores and warehouses identified on the attached Exhibit C. The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted as to the leases identified on the attached Exhibit D (the "Assumed Leases").

2. The Assumption Objections are overruled.

3. The Debtors are authorized to assume the Assumed Leases pursuant to 11 U.S.C. § 365(a), effective as of the Effective Date.

4. With the exception of those leases on which the landlords filed Cure Objections, the cure amounts for the leases which are the subject of the Motion are fixed as of September 21, 2006 in the amounts as set forth on the attached Exhibit D (the "Cure Amounts").

5. The Debtors will pay the landlords any undisputed cure amounts due on the Effective Date. If the Debtors are unable to resolve the Cure Objections consensually, the Debtors will set the Cure Objections for hearing before the Court.

6. The entry of this order shall be without prejudice to the substantive and procedural rights of the landlords who have filed Cure Objections, and shall not

operate in any manner to alter the burden of proof and burden of persuasion at any future evidentiary hearing in connection with the Cure Objections.

7.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.     The Court retains jurisdiction to hear and determine any disputes over (i) the amounts required to cure the Leases and (ii) non-monetary cure objections as of the Effective Date, and all other matters arising from the implementation of this Order.

9.     In the event the Effective Date does not occur, this Order shall be null and void.

Dated this _4_ day of ~~September~~ October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

543566

3

# EXHIBIT A

**Store No.**

51

54

89

141

142

175

190

207

210

214

228

235

236

237

249

251

255

263

270

271

272

283

291

299

302

305

311

330

333

336
343
345
358
361
364
365
368
370
371
405
411
412
422
437
446
447
448
456
462
480
481
489
493
494
498
501
503
506
507
512
531

535
538
550
558
560
561
569
572
579
581
596
609
624
627
630
657
676
717
726
1329
1345
1353
1418
1448
1483
1500
2207
2215
2238
2250
2269
2270

2349

2355

2383

2601

2603

2652

**Stores with building and ground leases**

520

# EXHIBIT B

| Winn-Dixie Store No. |
| --- |
| 207 |
| 251 |
| 481 |
| 518 |
| 657 |
| 1483 |

## OFFICES AND WAREHOUSES

| | | |
| --- | --- | --- |
| 150 S EDGEWOOD AVE | JACKSONVILLE | FL |
| 8649 BAY PINE RD STE 300 BLD#7 | JACKSONVILLE | FL |
| 750 CASSAT AVE | JACKSONVILLE | FL |
| 5244 EDGEWOOD COURT | JACKSONVILLE | FL |
| US HWY 31 / 6080 MOBILE HWY | MONTGOMERY | AL |
| 3300 N. W. 123RD STREET | MIAMI | FL |
| 3015 COASTLINE DRIVE | ORLANDO | FL |
| HWY. 190 WEST | HAMMOND | LA |
| 255 JACKSONVILLE HIGHWAY | FITZGERALD | GA |

# EXHIBIT C

Store No.  251

## OFFICES AND WAREHOUSES

| | | |
|---|---|---|
| 150 S EDGEWOOD AVE | JACKSONVILLE | FL |
| 8649 BAY PINE RD STE 300 BLD#7 | JACKSONVILLE | FL |
| 750 CASSAT AVE | JACKSONVILLE | FL |
| 5244 EDGEWOOD COURT | JACKSONVILLE | FL |
| US HWY 31 / 6080 MOBILE HWY | MONTGOMERY | AL |
| 3300 N. W. 123RD STREET | MIAMI | FL |
| 3015 COASTLINE DRIVE | ORLANDO | FL |
| HWY. 190 WEST | HAMMOND | LA |
| 255 JACKSONVILLE HIGHWAY | FITZGERALD | GA |

# EXHIBIT D

| Store No. | Cure |
|---|---|
| 3 | 7,238.48 |
| 5 | 29,463.85 |
| 8 | 31,173.41 |
| 12 | 27,175.41 |
| 19 | 3,303.93 |
| 22 | 8,533.63 |
| 25 | 0.00 |
| 28 | 48,540.06 |
| 32 | 47,553.99 |
| 37 | 4,957.12 |
| 40 | 8,109.70 |
| 51 | 12,017.88 |
| 52 | 11,549.13 |
| 54 | 8,526.63 |
| 60 | 3,579.11 |
| 72 | 12,244.54 |
| 77 | 4,824.90 |
| 85 | 9,693.84 |
| 89 | 0.00 |
| 93 | 21,838.24 |
| 97 | 0.00 |
| 101 | 34,312.78 |
| 104 | 10,762.39 |
| 107 | 12,425.51 |
| 110 | 57,025.66 |
| 116 | 55,824.89 |
| 120 | 6,508.66 |
| 123 | 8,250.00 |
| 135 | 15,722.19 |

| | |
|---|---|
| 136 | 1,335.51 |
| 140 | 8,033.55 |
| 141 | 19,483.72 |
| 142 | 9,132.85 |
| 145 | 9,312.83 |
| 151 | 0.00 |
| 159 | 16,743.00 |
| 160 | 0.00 |
| 161 | 0.00 |
| 163 | 132,891.18 |
| 166 | 29,083.80 |
| 168 | 6,344.51 |
| 169 | 4,406.09 |
| 171 | 8,293.87 |
| 172 | 4,935.81 |
| 173 | 7,559.89 |
| 174 | 7,290.67 |
| 175 | 0.00 |
| 177 | 79,037.69 |
| 179 | 8,893.34 |
| 180 | 6,899.00 |
| 182 | 11,387.69 |
| 184 | 55,613.00 |
| 186 | 9,319.88 |
| 190 | 14,770.55 |
| 191 | 8,464.89 |
| 194 | 8,175.35 |
| 195 | 9,737.10 |
| 196 | 10,380.10 |
| 197 | 7,823.94 |
| 198 | 7,965.32 |
| 199 | 10,307.96 |

| | |
|---|---|
| 201 | 4,786.22 |
| 203 | 7,973.33 |
| 204 | 0.00 |
| 210 | 12,336.61 |
| 212 | 28,883.85 |
| 214 | 8,908.54 |
| 226 | 15,559.39 |
| 228 | 10,167.49 |
| 230 | 17,899.74 |
| 233 | 21,853.20 |
| 235 | 19,483.23 |
| 236 | 19,775.24 |
| 237 | 124,036.00 |
| 238 | 3,692.96 |
| 239 | 8,713.67 |
| 242 | 41,590.56 |
| 244 | 13,163.28 |
| 246 | 0.00 |
| 248 | 47,769.68 |
| 249 | 18,882.63 |
| 252 | 17,105.25 |
| 255 | 5,064.27 |
| 257 | 20,136.24 |
| 258 | 1,206.52 |
| 259 | 85,895.25 |
| 262 | 4,431.30 |
| 263 | 21,927.64 |
| 268 | 613.36 |
| 270 | 1,949.06 |
| 271 | 54,588.87 |
| 272 | 70,171.31 |
| 274 | 10,331.57 |

| | |
|---|---|
| 280 | 17,917.95 |
| 282 | 0.00 |
| 283 | 78,000.96 |
| 285 | 18,873.99 |
| 286 | 89,343.24 |
| 288 | 16,268.45 |
| 289 | 0.00 |
| 291 | 62,825.40 |
| 295 | 0.00 |
| 296 | 8,525.31 |
| 297 | 43,274.25 |
| 299 | 0.00 |
| 302 | 0.00 |
| 304 | 0.00 |
| 305 | 9,256.24 |
| 306 | 15,700.59 |
| 307 | 5,257.80 |
| 308 | 15,332.98 |
| 309 | 0.00 |
| 311 | 31,958.13 |
| 317 | 3,215.41 |
| 318 | 0.00 |
| 319 | 1,030.65 |
| 324 | 622.65 |
| 326 | 28,645.17 |
| 330 | 7,254.17 |
| 331 | 12,545.77 |
| 333 | 90,442.66 |
| 336 | 39,191.95 |
| 337 | 21,177.19 |
| 343 | 7,233.70 |
| 345 | 38,101.42 |

| | |
|---|---|
| 352 | 2,111.58 |
| 354 | 0.00 |
| 355 | 0.00 |
| 357 | 1,172.84 |
| 358 | 5,405.04 |
| 361 | 12,338.14 |
| 362 | 9,689.43 |
| 364 | 34,026.12 |
| 365 | 0.00 |
| 366 | 100,184.79 |
| 367 | 6,452.77 |
| 368 | 68,743.01 |
| 370 | 64,652.45 |
| 371 | 8,686.19 |
| 377 | 11,663.77 |
| 378 | 2,959.51 |
| 381 | 15,487.48 |
| 384 | 16,111.92 |
| 385 | 37,608.91 |
| 386 | 21,478.85 |
| 387 | 0.00 |
| 388 | 17,494.00 |
| 390 | 21,875.89 |
| 400 | 4,799.05 |
| 405 | 0.00 |
| 407 | 9,044.91 |
| 410 | 2,995.40 |
| 411 | 3,395.80 |
| 412 | 49,480.80 |
| 422 | 22,259.28 |
| 428 | 2,542.56 |
| 429 | 7,863.81 |

| | |
|---|---|
| 433 | 0.00 |
| 434 | 27,157.68 |
| 435 | 30,928.72 |
| 436 | 27,906.00 |
| 437 | 10,821.49 |
| 438 | 52,608.19 |
| 439 | 8,610.41 |
| 442 | 44,995.80 |
| 443 | 26,185.38 |
| 446 | 0.00 |
| 447 | 8,823.31 |
| 448 | 0.00 |
| 451 | 15,008.95 |
| 453 | 0.00 |
| 456 | 0.00 |
| 457 | 7,162.20 |
| 458 | 40,242.04 |
| 461 | 47,985.52 |
| 462 | 29,824.35 |
| 464 | 8,870.83 |
| 469 | 25,954.81 |
| 470 | 11,504.14 |
| 471 | 22,425.56 |
| 472 | 37,172.56 |
| 473 | 36,467.05 |
| 476 | 0.00 |
| 478 | 10,942.65 |
| 479 | 51,660.97 |
| 480 | 43,525.00 |
| 482 | 6,324.95 |
| 483 | 0.00 |
| 487 | 6,169.96 |