| | |
|---:|---:|
| 489 | 11,716.19 |
| 490 | 9,269.62 |
| 493 | 51,641.14 |
| 494 | 19,950.10 |
| 495 | 6,779.33 |
| 496 | 11,418.37 |
| 498 | 7,896.02 |
| 500 | 29,863.60 |
| 501 | $37,411.56 |
| 503 | 19,216.20 |
| 504 | 64,796.47 |
| 506 | 6,849.82 |
| 507 | 38,203.57 |
| 509 | 13,905.36 |
| 512 | 5,115.35 |
| 514 | 13,278.57 |
| 521 | 15,663.69 |
| 525 | 8,691.11 |
| 526 | 34,373.88 |
| 527 | 0.00 |
| 528 | 6,325.42 |
| 531 | 10,985.40 |
| 533 | 8,266.00 |
| 535 | 4,730.66 |
| 536 | 10,453.81 |
| 538 | 226.91 |
| 541 | 3,797.14 |
| 543 | 12,151.49 |
| 545 | 55,637.19 |
| 549 | 13,511.00 |
| 550 | 11,752.35 |
| 551 | 35,196.77 |

| | |
|---|---|
| 552 | 7,000.38 |
| 553 | 0.00 |
| 555 | 35,140.00 |
| 558 | 1,400.99 |
| 560 | 8,196.34 |
| 561 | 812.47 |
| 564 | 30,084.32 |
| 566 | 31,606.51 |
| 569 | 16,920.00 |
| 570 | 16,729.98 |
| 571 | 10,923.78 |
| 572 | 35,714.01 |
| 574 | 23,364.72 |
| 577 | 36,887.12 |
| 578 | 17,800.98 |
| 579 | 22,366.37 |
| 580 | 11,954.86 |
| 581 | 0.00 |
| 586 | 3,719.06 |
| 590 | 57,903.72 |
| 591 | 8,418.53 |
| 595 | 22,522.13 |
| 596 | 19,460.86 |
| 606 | 12,004.81 |
| 608 | 79,083.11 |
| 609 | 31,896.22 |
| 612 | 4,781.92 |
| 618 | 12,600.13 |
| 619 | 18,765.82 |
| 622 | 3,871.09 |
| 624 | 0.00 |
| 627 | 53,584.99 |

| | |
|---:|---:|
| 629 | 62,254.00 |
| 630 | 791.82 |
| 632 | 25,938.71 |
| 639 | 22,125.36 |
| 640 | 29,974.71 |
| 642 | 7,929.07 |
| 644 | 10,336.84 |
| 647 | 36,153.74 |
| 649 | 1,581.27 |
| 652 | 1,434.27 |
| 654 | 2,470.84 |
| 655 | 30,804.09 |
| 657 | 0.00 |
| 663 | 10,791.50 |
| 664 | 47,157.99 |
| 667 | 8,894.84 |
| 668 | 6,653.46 |
| 671 | 9,901.78 |
| 673 | 14,456.03 |
| 676 | 6,158.92 |
| 678 | 6,159.06 |
| 681 | 22,694.16 |
| 683 | 60,110.44 |
| 684 | 5,958.56 |
| 687 | 0.00 |
| 697 | 39,726.00 |
| 699 | 936.21 |
| 701 | 0.00 |
| 702 | 49,320.83 |
| 705 | 12,126.21 |
| 706 | 425.00 |
| 708 | 3,794.73 |

18

| | |
|---:|---:|
| 710 | 49,766.67 |
| 711 | 10,173.43 |
| 713 | 1,294.64 |
| 717 | 21,895.91 |
| 720 | 11,486.36 |
| 721 | 14,564.91 |
| 723 | 2,780.10 |
| 726 | 1,800.57 |
| 728 | 7,557.50 |
| 729 | 2,287.55 |
| 741 | 71,682.54 |
| 743 | 552.83 |
| 745 | 1,765.44 |
| 746 | 18,023.05 |
| 750 | 26,531.54 |
| 751 | 3,461.20 |
| 1329 | 16,097.38 |
| 1333 | 44,367.15 |
| 1334 | 5,692.06 |
| 1345 | 4,087.03 |
| 1353 | 19,438.29 |
| 1356 | 0.00 |
| 1357 | 7,159.54 |
| 1405 | 131,607.45 |
| 1406 | 96,985.71 |
| 1408 | 0.00 |
| 1411 | 16,391.18 |
| 1412 | 10,417.49 |
| 1416 | 0.00 |
| 1418 | 10,869.96 |
| 1425 | 9,833.94 |
| 1426 | 43,232.86 |

| | |
|---|---|
| 1428 | 41,898.92 |
| 1430 | 53,463.73 |
| 1431 | 73,466.28 |
| 1432 | 117,623.57 |
| 1438 | 0.00 |
| 1439 | 0.00 |
| 1440 | 105,363.60 |
| 1444 | 9,046.26 |
| 1446 | 88,881.73 |
| 1448 | 43,136.08 |
| 1452 | 20,573.23 |
| 1453 | 9,228.30 |
| 1454 | 13,129.93 |
| 1456 | 59,532.43 |
| 1459 | 4,760.64 |
| 1461 | 6,109.11 |
| 1463 | 6,334.28 |
| 1467 | 9,384.58 |
| 1477 | 49,789.85 |
| 1478 | 0.00 |
| 1479 | 9,495.32 |
| 1483 | 7,047.79 |
| 1490 | 57,852.07 |
| 1500 | 5,846.83 |
| 1501 | 67,321.83 |
| 1502 | 8,254.90 |
| 1504 | 1,779.40 |
| 1511 | 1,502.05 |
| 1512 | 875.00 |
| 1513 | 4,062.73 |
| 1534 | 56,888.79 |
| 1540 | 68,355.12 |

| | |
|---:|---:|
| 1549 | 91,146.17 |
| 1555 | 0.00 |
| 1557 | 17,778.99 |
| 1558 | 4,942.70 |
| 1559 | 8,196.10 |
| 1561 | 38,299.34 |
| 1570 | 0.00 |
| 1572 | 9,958.91 |
| 1576 | 9,970.27 |
| 1581 | 12,521.91 |
| 1583 | 6,890.38 |
| 1588 | 14,593.54 |
| 1590 | 11,040.66 |
| 1812 | 37,247.76 |
| 1854 | 7,141.32 |
| 2203 | 25,256.82 |
| 2205 | 440.00 |
| 2206 | 12,223.58 |
| 2207 | 3,040.36 |
| 2209 | 1,507.27 |
| 2210 | 987.15 |
| 2215 | 1,810.53 |
| 2216 | 4,430.18 |
| 2219 | 4,815.57 |
| 2220 | 3,796.20 |
| 2223 | 4,491.16 |
| 2225 | 7,455.48 |
| 2228 | 8,695.20 |
| 2229 | 12,018.37 |
| 2231 | 6,933.33 |
| 2233 | 18,920.00 |
| 2235 | 0.00 |

| | |
|---|---|
| 2237 | 1,331.60 |
| 2238 | 8,750.75 |
| 2241 | 0.00 |
| 2246 | 24,645.83 |
| 2247 | 2,035.71 |
| 2249 | 31,120.00 |
| 2250 | 44,909.66 |
| 2260 | 2,636.25 |
| 2261 | 4,572.84 |
| 2263 | 0.00 |
| 2266 | 3,751.16 |
| 2268 | 1,909.12 |
| 2269 | 9,655.41 |
| 2270 | 0.00 |
| 2271 | 33,161.59 |
| 2273 | 13,251.61 |
| 2276 | 4,506.10 |
| 2278 | 9,335.02 |
| 2280 | 969.97 |
| 2281 | 4,557.09 |
| 2286 | 0.00 |
| 2287 | 29,094.27 |
| 2288 | 21,338.66 |
| 2290 | 2,047.30 |
| 2304 | 17,975.19 |
| 2306 | 15,780.44 |
| 2309 | 28,988.90 |
| 2313 | 11,043.68 |
| 2314 | 3,177.45 |
| 2320 | 12,773.49 |
| 2321 | 8,724.58 |
| 2325 | 2,460.52 |

| | |
|---|---:|
| 2326 | 5,796.06 |
| 2327 | 4,318.71 |
| 2328 | 10,999.43 |
| 2329 | 4,173.20 |
| 2334 | 11,773.71 |
| 2335 | 103,748.85 |
| 2336 | 20,060.85 |
| 2337 | 761.32 |
| 2341 | 2,580.44 |
| 2342 | 0.00 |
| 2343 | 15,219.46 |
| 2344 | 30,363.54 |
| 2347 | 1,941.09 |
| 2349 | 10,170.60 |
| 2354 | 28,878.67 |
| 2355 | 42,557.52 |
| 2358 | 54,673.45 |
| 2366 | 0.00 |
| 2367 | 10,587.11 |
| 2380 | 54,906.08 |
| 2383 | 23,037.36 |
| 2388 | 106,807.23 |
| 2390 | 16,673.82 |
| 2392 | 23,566.93 |
| 2393 | 5,634.00 |
| 2601 | 14,684.86 |
| 2603 | 22,355.79 |
| 2621 | 33,670.91 |
| 2626 | 16,577.11 |
| 2628 | 0.00 |
| 2652 | 32,756.35 |
| 2654 | 144.86 |

| | |
|---|---:|
| 2656 | 0.00 |
| 2659 | 6,599.75 |
| 2660 | 6,952.65 |

| Stores with Building and Ground Leases | |
|---|---:|
| 518 | 1,597.17 |
| 520 | 5,758.66 |
| 86 | 66,966.50 |

| Ground Lease Stores | |
|---|---:|
| 103 | 196,818.52 |
| 2379 | 0.00 |
| 292 | 19,025.76 |

543566