UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON OCTOBER 5, 2006**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as

debtors and debtors in possession (collectively, the "Debtors"), submit the following

agenda of matters to be heard on October 5, 2006 at 1:00 p.m.:

A.      **Uncontested Matters**

 *1.      First Omnibus Motion for Order Authorizing Negotiated
        Assumptions of Executory Contracts and Unexpired Leases and
        Granting Related Relief (Docket No. 10971)*

Objection Deadline:   Expired.

Objections:               No objections have been filed.

Status:                       The Debtors will proceed with the Motion.

 *2.      Second Omnibus Motion for Order Authorizing Negotiated
        Assumptions of Executory Contracts and Unexpired Leases and
        Granting Related Relief (Docket No. 10973)*

Objection Deadline:   Expired.

Objections:               No objections have been filed.

Status:                       The Debtors will proceed with the Motion.

3.      *Third Omnibus Motion for Order Authorizing Negotiated Assumptions of Executory Contracts and Unexpired Leases and Granting Related Relief (Docket No. 10975)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                     The Debtors will proceed with the Motion.

4.      *First Omnibus Motion for Order Authorizing Negotiated Rejections of Executory Contracts and Approving Resolution of Claims (Docket No. 10978)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                     The Debtors will proceed with the Motion.

5.      *Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of October 5, 2006 and Establishing Deadline for Filing Rejection Damage Claims of October 16, 2006 (Docket No. 10969)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                     The Debtors will proceed with the Motion.

6.      *Amended Motion for Retroactive Approval of Assignment and Termination Agreements for Non-Residential Real Property Leases and Subleases (Docket No. 11330)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:                     The Debtors will proceed with the Motion.

7.      *Motion for Order (A) Authorizing Winn-Dixie Logistics, Inc. to Sell Montgomery Distribution Center and Dairy Plant and Related Assets Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief (Docket No. 11001)*

Objection Deadline:  Expired.

Objections:          No objections have been filed.

Status:              The Debtors will proceed with the Motion.


8.      *Twenty-First Omnibus Objection to Duplicate Different Debtor Claims (Docket No. 10744)*

Response Deadline:   Expired.

Responses:     No responses have been filed.

Status: The Debtors will proceed with the Objection.


9.      *Debtor's Objection to Claims and Motion to Disallow or Reduce Claims for Voting Purposes (Docket No. 11282 )*

Response Deadline:   Expired.

Responses:           No responses or objections were filed.

Status:              The Debtors will proceed with the Objection and Motion.


**B.      Contested Matters**

1.      *Nineteenth Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Workers Compensation Claims and (d) Workers Compensation Misclassified Claims (Docket No. 10689)*

Response Deadline:   Expired.

Responses:           (a)    Bart Brewer (Docket No. 10887);

                     (b)    Quigley Corporation (Docket No. 11207);

                     (c)    Ben Tobin Companies, Ltd. (Docket No. 11250);

3

> (d)    Ingram Entertainment Inc. (Docket No. 11257);
>
> (e)    Pacific World Corporation (Docket No. 11258);
>
> (f)    Judy Teal (Docket No. 11264);
>
> (g)    Supermarket Equipment Resale, Inc. (Docket No. 11268);
>
> (h)    Malcolm Norton (Docket No. 11290);
>
> (i)    Chester Dix Florence Corporation (Docket No. 11295);
>
> (j)    Chester Dix Alexandria Corporation (Docket No. 11296);
>
> (k)    United Commercial Mortgage Corp. (Docket No. 11297);
>
> (l)    Windsor Station LLC (Docket Nos. 11301 and 11329);
>
> (m)    Dairy Farmers of America, Inc. (Docket No. 11321);
>
> (n)    Navajo Manufacturing Company Inc. (Docket No. 11395);
>
> (o)    Helen Schierbaum (Docket No. 11401); and
>
> (p)    Pinnacle Foods Corporation (Docket No. 11519).

Status:    The Debtors will proceed with the Objection.

2.    *Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims (Docket No. 10742)*

Response Deadline:  Expired.

Reponses:    (a)    LEC Properties, Inc. and PC Properties, LLC (Docket No. 11076);

(b)    Genoa Associates, LLC (Docket No. 11304);

4

      (c)      Greenville Grocery, LLC (Docket No. 11362);

      (d)      Saran, Ltd. (Docket No. 11414);

      (e)      Catamount Atlanta, LLC (Docket No. 11442);

      (f)      Catamount LS-KY, LLC (Docket No. 11443);

      (g)      Catamount Rockingham, LLC (Docket No. 11444);

      (h)      Deutsche Bank Trust Company Americas (Docket No. 11449);

      (i)      Knightsdale Crossing, LLC (Docket No. 11451);

      (j)      E&A Financing II, LP, et al. (Docket No. 11470);

      (k)      Achilles Realty Company (Docket No. 11476);

      (l)      CPM Associates, L.P. (Docket No. 11480);

      (m)      Hillcrest GDS, LLC (Docket No. 11482);

      (n)      Liquidity Solutions, Inc. (Docket No. 11487);

      (o)      WD MT Carmel, LLC, et al. (Docket No. 11488);

      (p)      Arnobo Associates Partnership (Docket No. 11490);

      (q)      Merrill Lynch LP Holdings, Inc. (Docket Nos. 11493, 11496 and 11498);

      (r)      George D. Zamias (Docket No. 11494); and

      (s)      Merrill Lynch, Pierce, Fenner & Smith, Inc. (Docket No. 11499).

Status:          The Debtors will proceed with the Objection.

3.      *Debtor's Second Omnibus Motion to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (Docket No. 8941)*

Objection Deadline:  Expired.

Objections to
assumption:              (a)    Newport Partners, Store No. 251, (Docket No. 9475); and

                         (b)    Deutsche Bank Trust Company Americas, Store No.89, (Docket Nos. 9708 and 9750).

Status:                  The Court heard the Motion on September 21, 2006 and granted the Motion authorizing the Debtors to assume 501 leases. The Court entered an order authorizing the assumption of one of the leases.  The Debtors will submit an order which reflects agreed cure amounts as to the remaining 500 leases.

                         The Debtors, Deutsche Bank Trust Company Americas and Newport Partners have agreed to continue the Motion as to the remaining Deutsche Bank and Newport Partners leases to October 12, 2006.  Objections to the proposed cure amounts will be set for a later hearing, if not resolved.

4.      *Fourth Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (Docket No. 10966)*

Objection Deadline:  Expired.

Objections:              (a)    Information Resources, Inc. (Docket No. 11472);

                         (b)    Oracle USA, Inc., successor in interest to PeopleSoft USA, Inc. (Docket No. 11492); and

                         (c)    Lumbermens Mutual Casualty Company, et al. (Docket No. 11485).

Status:                  The Debtors will proceed with the Motion.

6

5.   *Motions to Temporarily Allow Claims for Purposes of Voting on the Plan*

Motions:

(a)   Deutsche Bank Trust Company Americas (Docket No. 10715);

(b)   Kentucky Taxing Authorities (Docket No. 10911);

(c)   Hamilton County, Tennessee (Docket No. 10937);

(d)   The Estate of Plunkett (Docket No. 10944);

(e)   Wah Hong Go (Docket No. 10986);

(f)   Catamount Atlanta, LLC (Docket No. 10991);

(g)   Catamount LS-KY, LLC (Docket No. 10992);

(h)   Catamount Rockingham, LLC (Docket No. 10993);

(i)   Big Pine, LLC (Docket No. 11003);

(j)   Brach's Confections Inc. (Docket No. 11004);

(k)   Shaun Kevin Johnson, et al. (Docket No. 11005);

(l)   James Girdzus, Jr. (Docket No. 11006);

(m)   Anna Lopiccolo (Docket No. 11007);

(n)   Robbie McMillan (Docket No. 11008);

(o)   Vicky Lynn Whipple (Docket No. 11009);

(p)   Ocean 505 Assoc., LLC and Grandecks Assoc., LLC (Docket No. 11011);

(q)   Jason L. Lodolce (Docket No. 11012);

(r)   Jack Snipes (Docket No. 11013);

(s)   Ryan Malone (Docket No. 11014);

(t)   City of Hampton (Docket No. 11023);

(u)   Bulloch County, Georgia (Docket No. 11025);

(v)   Muscogee County, Georgia (Docket No. 11026);

| | (w) | ORIX Capital Markets, LLC (Docket No. 11030); |
| | (x) | LCH Opportunities, LLC (Docket No. 11031); |
| | (y) | CWCapital Asset Management, LLC, as successor in interest to CRIIMI MAE Services Limited Partnership (Docket No. 11032); |
| | (z) | CWCapital Asset Management, LLC, as successor in interest to Allied Capital Corporation (Docket No. 11033); and |
| | (aa) | Harrison County, Mississippi (Docket No. 11037). |

Omnibus Response:  Debtors (Docket No. 11278).

Reply to Response:  Kentucky Taxing Authorities (Docket No. 11597).

Status:  The Debtors will ask the Court to hear the Motions.


*6.     Motions for Determination of Plan Class*

| Motions: | (a) | Floyd Thomas Bailey (Docket Nos. 10858 and 10859); |
| | (b) | Luz Elena Cardona (Docket No. 10917); |
| | (c) | Lucien Buggs (Docket No. 10918); |
| | (d) | Wah Hong Go (Docket No. 10983); |
| | (e) | Remke Markets, Inc. (Docket No. 11027); |
| | (f) | Alliance Shippers, Inc. (Docket No. 11034); |
| | (g) | Delta Plaza, LLC (Docket No. 11040); |
| | (h) | Quincy Associates, Lakeland Partners and Northwood Oaks, LLC (Docket No. 11120); and |
| | (i) | Ernest Allen (Docket No. 11128). |

Omnibus Response:  Debtors (Docket No. 11280).

Reply to Response:  Wah Hong Go (Docket No. 11317).

Status:  The Debtors will ask the Court to hear the Motions.

7.    *Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (Docket No. 4283)*

Objection Deadline:  Expired.

Objections:                Debtors (Docket No. 5874); and
                              Creditors' Committee (Docket No. 5887).

Status:                     The Debtors have been informed that the Movant will proceed with the Motion.

8.    *Florida Tax Collectors' Motion for Adequate Protection (Docket No. 4284)*

Objection Deadline:  Expired.

Objections:                Debtors (Docket No. 7537).

Status:                     The Debtors have been informed that the Movant will proceed with the Motion.

9.    *Florida Tax Collectors' Response to and Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 10609)*

Reply Deadline:       None.

Reply:                     Debtors (Docket No. 11599)

Status:                     The Debtors have been informed that Movant will proceed with the Motion.

10.   *Florida Tax Collectors' Response to and Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 10594)*

Reply Deadline:       None.

Reply:                     Debtors (Docket No. 11598)

Status:                     The Debtors have been informed that Movant will proceed with the Motion.

Dated:  October 4, 2006

SKADDEN, ARPS, SLATE, MEAGHER   SMITH HULSEY & BUSEY
& FLOM LLP

By___*s/ D. J. Baker*_____   By___*s/ Cynthia C. Jackson*_____
    D. J. Baker       Stephen D. Busey
    Sally McDonald Henry       James H. Post
    Rosalie Walker Gray       Cynthia C. Jackson, F.B.N. 498882

Four Times Square   225 Water Street, Suite 1800
New York, New York 10036   Jacksonville, Florida 32202
(212) 735-3000   (904) 359-7700
(212) 735-2000 (facsimile)   (904) 359-7708 (facsimile)
djbaker@skadden.com   cjackson@smithhulsey.com

Co-Counsel for Debtors   Co-Counsel for Debtors

544482