# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Certificate of Service as to Provisional Rule 3018 Ballot(s).

Dated: October 4, 2006

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*  <br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Gray | By   *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00545439

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors.[1] | Jointly Administered |

CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, 2nd Floor, Upper Montclair, New Jersey, Claims, Noticing and Balloting Agent for the above captioned debtors.

3. On or before September 19, 2006 I caused a copy of a:

   • **Provisional Rule 3018 Ballot(s)**

to be served via facsimile and/or email transmission (as indicated) for delivery to those persons on the Service List attached hereto as Exhibit A.

Dated: October 4, 2006

Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT A

| | | |
|---|---|---|
| Creditor No.: WDX-1001<br>440 GROUP, LTD<br>LCH OPPORTUNITIES, LLC<br>C/O PHILIP V MARTINO, ESQ.<br>Via Facsimile | Creditor No.: WDX-1001<br>440 GROUP, LTD<br>LCH OPPORTUNITIES, LLC<br>C/O THOMAS R CALIFANO, ESQ. AND VINCENT J ROLDAN, ESQ.<br>Via Facsimile | Creditor No.: WDX-411159<br>ALLIED CAPITAL CORP CLASSES ABC HOLDERS OF ACGS 2004, LLC SEC NOTES<br>C/O VENABLE LLP<br>ATTN: HEATHER FOLEY |
| Creditor No.: WDX-1122<br>BIG PINE, LLC<br>C/O REX E RUSSO, ESQ.<br>Via Facsimile | Creditor No.: WDX-1122<br>BIG PINE, LLC<br>C/O ROBERT D WILCOX, ESQ.<br>Via Facsimile | Creditor No.: WDX-381971<br>BRACH'S CONFECTIONS, INC<br>C/O PAULA K TUCKER, ESQ. & MARCUS A HELT, ESQ.<br>Via Facsimile |
| Creditor No.: WDX-381971<br>BRACH'S CONFECTIONS, INC.<br>C/O ROBERT D WILCOX, ESQ.<br>Via Facsimile | Creditor No.: WDX-410586<br>CATAMOUNT ATLANTA, LLC, ASSIGNEE<br>C/O C DANIEL MOSTSINGER, ESQ.<br>Via Facsimile | Creditor No.: WDX-410585<br>CATAMOUNT LS-KY, LLC, ASSIGNEE<br>C/O C DANIEL MOSTSINGER, ESQ.<br>Via Facsimile |
| Creditor No.: WDX-408297<br>CATAMOUNT ROCKINGHAM, LLC, ASSIGNEE<br>C/O C DANIEL MOSTSINGER, ESQ.<br>Via Facsimile | Creditor No.: WDX-265774<br>CITY OF HAMPTON, TREASURER<br>C/O RICHARD R THAMES, ESQ.<br>Via Facsimile | Creditor No.: WDX-416975<br>COMMONWEALTH OF KENTUCKY<br>C/O SUSAN STIVERS, ESQ.<br>Via Facsimile |
| Creditor No.: WDX-244157<br>COUNTY OF BULLOCH TAX COMMISSIONER<br>C/O RICHARD R THAMES, ESQ.<br>Via Facsimile | Creditor No.: WDX-251180<br>COUNTY OF HAMILTON, TENNESSEE<br>C/O SPEARS MOORE REBMAN & WILLIAMS PC<br>C/O SCOTT BROWN, JR., ESQ.<br>Via Facsimile | Creditor No.: WDX-534818<br>COUNTY OF HARRISON, MISSISSIPPI<br>C/O RICHARD R THAMES, ESQ.<br>Via Facsimile |
| Creditor No.: WDX-404034<br>COUNTY OF MUSCOGEE TAX COMMISSIONER<br>C/O RICHARD R THAMES, ESQ.<br>Via Facsimile | Creditor No.: WDX-410811<br>CRIIMI MAE SVCS LP, SERIES 1997-C1 HOLDERS MERRILL LYNCH MORTGAGE<br>C/O VENABLE LLP,<br>A CROSS & HD FOLEY, ESQS | Creditor No.: WDX-410811<br>CRIIMI MAE SVCS LP, SERIES 1997-C1<br>C/O VENABLE<br>ATTN: HEATHER FOLEY |
| Creditor No.: WDX-410817<br>CRIIMI MAE SVCS LP, SERIES 1998-D6 HOLDERS NORMURA ASSET SECURITIES<br>C/O VENABLE LLP<br>A CROSS & HD FOLEY, ESQS | Creditor No.: WDX-279308<br>DEUTSCHE BANK TRUST CO AMERICA<br>ATTN DENNIS J DREBSKY, ESQ.<br>C/O NIXON PEABODY, LLP<br>Via Email | Creditor No.: WDX-392862<br>GIRDZUS, JAMES JR.<br>C/O ROBERT D WILCOX, ESQ.<br>Via Facsimile |
| Creditor No.: WDX-403477<br>GO, WAH HONG<br>C/O ANTHONY F SANCHEZ, ESQ.<br>Via Facsimile | Creditor No.: WDX-416928<br>JOHNSON, MICAH NICOLE (MINOR)<br>C/O ROBERT D WILCOX, ESQ.<br>Via Facsimile | Creditor No.: WDX-416927<br>JOHNSON, MICHELLE SUE<br>C/O ROBERT D WILCOX, ESQ.<br>Via Facsimile |
| Creditor No.: WDX-416926<br>JOHNSON, SHAUN KEVIN<br>C/O ROBERT D WILCOX, ESQ.<br>Via Facsimile | Creditor No.: WDX-392829<br>LODOLCE, JASON L.<br>C/O RICHARD M BEHR, ESQ<br>Via Facsimile | Creditor No.: WDX-388548<br>LOPICCOLO, ANNA<br>C/O ROBERT D WILCOX, ESQ.<br>Via Facsimile |
| Creditor No.: WDX-393532<br>MALONE, RYAN<br>C/O RICHARD M BEHR, ESQ<br>Via Facsimile | Creditor No.: WDX-416818<br>MCMILLAN, ROBBIE<br>C/O ROBERT D WILCOX, ESQ.<br>Via Facsimile | Creditor No.: WDX-1669<br>OAKWOOD VILLAGE ASSOCIATES<br>C/O VENABLE<br>ATTN: HEATHER FOLEY |

SERVICE LIST

Creditor No.: WDX-415976
OCEAN 505 ASSOCIATES, LLC. &
GRANDECKS ASSOCIATES, LLC
C/O WILLIAM J MAFFUCCI, ESQ.
Via Facsimile

Creditor No.: WDX-411180
ORIX CAPITAL MKTS, SERIES 1998-C2
HOLDERS OF FIRST UNION-LEHMAN ET AL
C/O VENABLE LLP
ATTN: HEATHER FOLEY

Creditor No.: WDX-411148
ORIX CAPITAL MKTS, SERIES 2000-C1
HOLDERS OF DEUTSCHE MORTGAGE
C/O VENABLE LLP
ATTN: HEATHER FOLEY

Creditor No.: WDX-410937
PLUNKETT, ESTATE OF HC
C/O KIMBERLY HELD ISRAEL & ESQ.
Via Email and Facsimile

Creditor No.: WDX-390939
SNIPES, JACK
C/O RICHARD M BEHR, ESQ
Via Facsimile

Creditor No.: WDX-388895
WHIPPLE, VICKY LYNN
C/O ROBERT D WILCOX, ESQ.
Via Facsimile

Creditor No.: WDX-407473
WILMINGTON TRUST CO/WADE WJ TTEES
SOUTHLAND-JONESBORO
 WD DE BUS TRUST
C/O VENABLE LLP
ATTN: HEATHER FOLEY