UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Response of Deloitte Financial Advisory Services LLP to the Final Report of the Review and Analysis Prepared by Stuart Maue, Fee Examiner, of the First Interim Fee Application of Deloitte Financial Advisory Services LLP, for the Period from March 14, 2006, through and Including May 31, 2006.

Dated: October 5, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By    *s/ D. J. Baker*  <br>       D. J. Baker <br>       Sally McDonald Henry <br>       Rosalie Walker Gray | By    *s/ Cynthia C. Jackson*  <br>       Stephen D. Busey <br>       James H. Post <br>       Cynthia C. Jackson (FBN 498882) |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00545142

# Deloitte.

Deloitte & Touche
Corporate Finance LLC

Two World Financial Center
New York, NY 10281-1414
USA

Tel: +1 212 436 3902
Fax: +1 212 436 5381

September 12, 2006

VIA OVERNIGHT MAIL

Linda K. Cooper
Stuart, Maue, Mitchell & James, Ltd.
3840 McKelvey Road
St. Louis, MO 63044

Re: In re Winn-Dixie Stores, Inc., et al., Jointly Administered Under Bankruptcy Case No. 05-03817-3F1, Pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division

First Interim Fee Application for March 14, 2006 through May 31, 2006

Dear Ms. Cooper:

Deloitte Financial Advisory Services LLP ("Deloitte FAS") has received and reviewed the audit report from Stuart, Maue, Mitchell & James Ltd. ("Stuart Maue") dated August 14, 2006 (the "Audit Report") with respect to Deloitte FAS' First Interim Fee Application for the Interim Period March 14, 2006 through May 31, 2006 (the "Fee Application") in the above-referenced bankruptcy matter.

With respect to Exhibits B-1 and B-2 regarding "Vaguely Described Conferences" and "Other Vaguely Described Activities," respectively, please find revisions to same in Appendix A attached hereto. With respect to Exhibit C regarding "Blocked Entries," please find the allocated time for each activity in Appendix A. With respect to Exhibits D and E regarding "Intraoffice Conferences" and "Nonfirm Conferences, Hearings, and Events," respectively, please note that where Deloitte FAS has multiple attendees at meetings, it is because each attendee has a distinct role and function. With respect to Exhibit H, regarding "Administrative/Clerical Activities," please find revisions to same in Appendix A.

With respect to expenses, Stuart Maue indicates on page 17 of the Audit Report that it is "unable to determine the fare class of any of the airfare charges." Please be advised that all Deloitte FAS personnel traveling with respect to this bankruptcy matter have traveled and will continue to travel via coach fare class only. Regarding the meals wherein the total bill exceeded $50 per person, Deloitte FAS agrees to reduce the total

sought for these four meals from $897.71 to $650.00 (calculated at $50 per attendee) as detailed in Appendix A.

If you have any questions, please feel free to contact me.

Sincerely,

*Kirk A. Blair*

Kirk Blair
Partner, Deloitte Financial Advisory Services LLP
Phone: (212) 436-5119
Fax: (212) 436-5338
kiblair@deloitte.com

# APPENDIX A

## EXHIBIT B-1 - VAGUELY DESCRIBED CONFERENCES

| Date | Name | Hours | Original description | Revised description |
|---|---|---|---|---|
| 5/8/2006 | A. Sasso | 0.9 | PREP AND CALL WITH TEAM AND J. ROY | Prepared for and participated in a conference call with J. Roy, Corporate Accounting, C. Nass, R. Pagano and K. Blair to review fresh-start project status and next steps. |
| 5/9/2006 | A. Sasso | 0.1 | PHONE CONSULTATION - P&L CLASSIFICATION OF CLAIM ADJUSTMENTS | Phone consultation re the appropriate income statement classification of adjustments to prepetition liabilities resulting from the claims reconciliation process. |

## EXHIBIT B-2 - OTHER VAGUELY DESCRIBED ACTIVITIES

| Date | Name | Hours | Original description | Revised description |
|---|---|---|---|---|
| 5/22/2006 | J. Stemple | 2.0 | TRAVEL TIME | Travel from Atlanta, GA to Jacksonville, FL for meetings with Winn Dixie personnel to scope fixed asset issues. |
| 5/23/2006 | J. Stemple | 2.0 | CLIENT INTRODUCTIONS | Preparation for and meeting with C. Nass and A. Lindsey to discuss fresh start issues. |
| 5/23/2006 | J. Stemple | 1.5 | REVIEW OF EMAILS FROM CELIA NASS | Review of fixed asset files as provided by C. Nass via email. |
| 5/24/2006 | J. Stemple | 2.0 | REVIEWED DATA FROM JOE LOCKE | Review and analysis of store replacement cost data provided by J. Locke. |
| 5/24/2006 | J. Stemple | 2.0 | TRAVEL TIME | Travel from Jacksonville, FL to Atlanta, GA after meetings with Winn Dixie personnel to scope fixed asset issues. |

EXHIBIT C - BLOCKED ENTRIES

| Date | Name | Hours | Original description | Reallocation |
|---|---|---|---|---|
| 4/26/2006 | A. Sasso | 1.6 | DISCUSSED NEXT STEPS FOR FRESH-START READINESS ASSESSMENT WITH K. BLAIR AND N. O'NEILL AND WORKED OUT NETWORK AND OTHER TECHNOLOGY NEEDS WITH COMPANY PERSONNEL | Total is 1.6. Break out - (.8) Discussed next steps for fresh-start readiness assessment with K. Blair and N. O'Neill. (.8) Worked out network and other technology needs with company personnel. |
| 5/9/2006 | K. Blair | 0.5 | REVIEWED TRIAL BALANCES STRUCTURE FOR DETAILED BOOKING LEVELS; DISCUSSED LSTC AND CLAIMS ACCOUNTING DOCUMENTATION WITH K. BLAIR. | Total is .5. Break out - (.3) Reviewed trial balance structure details to better understand booking levels for fresh start entries. (.2) Discussed LSTC and claims accounting documentation with N. O'Neill. |
| 5/15/2006 | J. Stemple | 3.0 | SCOPING OF FIXED ASSET FILE TO DETERMINE METHODOLOGY; DISCUSSIONS OF FIXED ASSET MEETINGS | Total is 3.0. Break out - (2.0) Scoping of fixed asset file to determine methodologies. (1.0) Discussion of fixed asset meetings with J. Crites, K. Adams and A. Davis. |
| 5/17/2006 | A. Sasso | 1.0 | PLANNING / NEXT STEPS DISCUSSIONS; DISCUSSED STATUS AGENDA WITH R. PAGANO AND K. BLAIR | Total is 1.0. Break out - (.4) Planning/Next Steps discussions. (.6) Discussed status agenda with R. Pagano and K. Blair. |
| 5/25/2006 | C. Gronberg | 3.0 | PREPARED FOR MEETING AND MET TO DISCUSS THE PURPOSE OF THE PROJECT & SET UP; SET UP WORK FILES AND READ AVAILABLE DATA | Total is 3.0. Break out - (1.5) preparation for and kick-off meeting with J. Stemple; (1.5) Review and preparation of analysis re available data related to valuation issues in fresh-start readiness assessment phase. |
| 5/26/2006 | J. Stemple | 2.2 | TIME, EXPENSES, HOURS, CLEANUP; MEETING W/ ADAMS, MASHBURN, GRONBERG | Total is 2.2. Break out - (1.0) Clean up of time, expense and travel notes. (1.2) Preparation for and meeting with K. Adams, M. Mashburn and C. Gronberg. |

## EXHIBIT H - ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS

| Date | Name | Hours | Original description | Revised description |
|---|---|---|---|---|
| 4/25/2006 | K. Adams | 0.6 | SET UP OF NETWORK ACCESS | Coordinate with Winn Dixie IT department regarding access to LAN. |
| 5/1/2006 | K. Adams | 0.3 | COLLECTED TIME CHARGED BY OTHERS | Collecting time submission data for others in the valuation group and review of same with group. |
| 4/14/2006 | K. Blair | 0.4 | FINAL RETENTION PAPERS COORDINATION AND FILING | Total is .4. Finalize retention papers for court filing (.3). Coordinate activities for filing retention papers with the court (.1). |
| 5/25/2006 | C. Gronberg | 3.0 | PREPARED FOR MEETING AND MET TO DISCUSS THE PURPOSE OF THE PROJECT & SET UP; SET UP WORK FILES AND READ AVAILABLE DATA | Total is 3.0. Break out - (1.5) preparation for and kick-off meeting with J. Stemple; (1.5) Review and preparation of analysis re available data related to valuation issues in fresh-start readiness assessment phase. |
| 4/5/2006 | A. Sasso | 0.5 | PLANNING / LOGISTICS | Planning for 4/6 meeting in Jacksonville, FL with J. Roy and C. Nass |
| 4/19/2006 | A. Sasso | 0.4 | PLANNING / LOGISTICS | Planning and communications with K. Adams re objectives and timing of next trip to Jacksonville, FL and coordinate with admin to make travel arrangements. |
| 4/25/2006 | A. Sasso | 0.5 | PLANNING / LOGISTICS FOR TRIP TO JACKSONVILLE, FL | Coordinate with J. Roy, Corporate Accounting, and K. Adams and planning re objectives of meeting on claims administration process. |
| 5/12/2006 | A. Sasso | 0.3 | PLANNING, LOGISTICS FOR 5/23 MEETING | Planning for 5/23 status meeting in Jacksonville, FL with J. Roy, Corporate Accounting. |
| 5/15/2006 | A. Sasso | 0.5 | LOGISTICS AND PLANNING FOR COMING TRIP TO JACKSONVILLE, FL. | Planning for 5/23 status meeting in Jacksonville, FL. |
| 5/16/2006 | A. Sasso | 0.5 | LOGISTICS AND PLANNING FOR COMING TRIP TO JACKSONVILLE, FL. | Planning for 5/23 status meeting, including preliminary management issues regarding fresh-start and coordination with admin re travel. |

EXHIBIT K-3 - MEALS

| Date | Name | |
|---|---|---|
| 4/26/2006 | A. Sasso<br>K. Blair<br>N. O'Neill | Total of meal = $225.85. Total number of attendees = 3. Deloitte FAS agrees to seek reimbursement for this expense at the reduced amount of $150.00. |
| 5/1/2006 | A. Singh<br>J. Jackson<br>N. O'Neill | Total of meal = $175.00. Total number of attendees = 3. Deloitte FAS agrees to seek reimbursement for this expense at the reduced amount of $150.00. |
| 5/22/2006 | A. Singh<br>K. Blair<br>N. O'Neill | Total of meal = $195.73. Total number of attendees = 3. Deloitte FAS agrees to seek reimbursement for this expense at the reduced amount of $150.00. |
| 5/23/2006 | J. Stemple<br>K. Adams<br>M. Mashburn | Total of meal = $301.13. Total number of attendees = 3. Deloitte FAS agrees to seek reimbursement for this expense at the reduced amount of $150.00. |