UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached Response of Deloitte Consulting LLP to the Final Report of the Review and Analysis Prepared by Stuart Maue, Fee Examiner, of the First Interim Fee Application of Deloitte Consulting LLP, Provider of Fresh-Start Accounting Services, for the Period from March 14, 2006, through and Including May 31, 2006.

Dated: October 5, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker* | By   *s/ Cynthia C. Jackson* |
|       D. J. Baker |       Stephen D. Busey |
|       Sally McDonald Henry |       James H. Post |
|       Rosalie Walker Gray |       Cynthia C. Jackson (FBN 498882) |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00545140

# Deloitte.

Deloitte & Touche
Corporate Finance LLC

Two World Financial Center
New York, NY 10281-1414
USA

Tel: +1 212 436 3902
Fax: +1 212 436 5381

September 12, 2006

VIA OVERNIGHT MAIL

Linda K. Cooper
Stuart, Maue, Mitchell & James, Ltd.
3840 McKelvey Road
St. Louis, MO 63044

  Re: In re Winn-Dixie Stores, Inc., et al., Jointly Administered Under Bankruptcy Case No. 05-03817-3F1, Pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division

    First Interim Fee Application for March 14, 2006 through May 31, 2006

Dear Ms. Cooper:

  Deloitte Consulting LLP ("Deloitte Consulting") has received and reviewed the audit report from Stuart, Maue, Mitchell & James Ltd. ("Stuart Maue") dated August 15, 2006 (the "Audit Report") with respect to Deloitte Consulting's First Interim Fee Application for the Interim Period March 14, 2006 through May 31, 2006 (the "Fee Application") in the above-referenced bankruptcy matter.

  With respect to Exhibits B and C, regarding "Intraoffice Conferences" and "Nonfirm Conferences, Hearings, and Events," respectively, please note that where Deloitte Consulting has multiple attendees at meetings, it is because each attendee has a distinct role and function. With respect to Exhibit E, regarding "Administrative/Clerical Activities," please find revisions to same in Appendix A. With respect to expenses and Exhibits G-3 and G-6, please find further detail regarding same in Appendix A.

If you have any questions, please feel free to contact me.

Sincerely,

Robert Pagano
Principal, Deloitte Consulting LLP
Phone: 973-683-6311
Fax: 973-451-4835
rpagano@deloitte.com

# **APPENDIX A**

## EXHIBIT E - ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS

| Date | Name | Hours | Original description | Revised description |
|---|---|---|---|---|
| 5/4/06 | Pagano, R | 3.5 | PROJECT ORIENTATION AND SET-UP | Review requirements for fresh-start assessment phase and scope of work to be delivered to the client. |
| 4/26/06 | Singh, A | 0.7 | COMPILED NOTES FROM CLAIMS MANAGEMENT MEETING. | Compiled an analysis of Claims Management meeting notes for review by Deloitte team members. |
| 5/8/06 | Singh, A | 3.5 | SET UP ACCESS TO LOGAN & CO DATABASE AND DOWNLOADED INFORMATION ON CLAIMS. | Downloaded the fields in the Logan & Co database to identify and analyze fields relevant for modeling financial information. |
| 5/13/06 | Singh, A | 1.4 | COMPILED A LIST OF DATA AND DOCUMENTS RECEIVED TO DATE. | Compiled and analyzed documents received as of May 13, 2006 to ensure completeness of information required for the Planning and Readiness Assessment phase. |

## EXHIBIT G-3 - MEALS

| Date | Amount | Description | Explanation |
|---|---|---|---|
| 5/8/2006 | 373.28 | MEAL [PAGANO, ROBERT W] | A. Sasso, N. O'Neill, A. Singh and K. Blair also in attendance. |
| 5/23/2006 | 102.79 | DINNER [JACKSON, JOANNE R] | Amit Singh was in attendance as well |

## EXHIBIT G-6 - MILEAGE

| Date | Amount | Description | Explanation |
|---|---|---|---|
| 5/1/2006 | 7.12 | MILEAGE [JACKSON, JOANNE R] | Mileage from home to DFW airport for trip to Jacksonville, FL. |