UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Notice of Case Management Conference (Docket No. 11531) was furnished by mail and/or electronically on September 29, 2006 to those parties on the attached Exhibit A.

Dated: October 5, 2006

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker* | By  *s/ Leanne McKnight Prendergast* |
|      D. J. Baker |      Stephen D. Busey |
|      Sally McDonald Henry |      James H. Post |
|      Rosalie Walker Gray |      Leanne M. Prendergast (FBN 59544) |
| | |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | lprendergast@smithhulsey.com |
| | |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

00545124

**EXHIBIT A**

Marcio Valladares, Esq.
Assistant United States Attorney
United States Attorney's Office
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202


Gary Kurz, Esq.
Assistant Regional Counsel
Office of the General Counsel
Department of Health and Human Services
61 Forsyth Street, S.W., Suite 5M60
Atlanta, Georgia  30303-8909


Ronald L. Smith
Chief Medicare Financial
Management Branch
Division of Medicare Financial Management
Centers for Medicare & Medicaid Services
United States Department of Health 7 Human Services
61 Forsyth Street, S. W., Suite 4T20
Atlanta, Georgia  30303-8909


United States Trustee
135 West Central Boulevard
Room 620
Orlando, Florida  32801


00545124


00545124