UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                        )
                                                              )           Chapter 11
WINN-DIXIE STORES, INC., *et al.* )           CASE NO. 05-03817-3F1
                                                              )           (Jointly Administered)
          Debtors.                               )           Judge Jerry A. Funk
_____ )

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that **BRIAN T. HANLON**, General Counsel to the Palm Beach County Tax Collector, Post Office Box 3715, West Palm Beach, Florida 33402-3715, files this Notice of Appearance as co-counsel of record in this proceeding on behalf of PETER H. CARNEY, PALM BEACH COUNTY TAX COLLECTOR.

Pursuant to Rules 2002 (a), (b), (c), and (i) and 3017 (a) of the Bankruptcy Rules, the undersigned does hereby request and demand that the Clerk of the Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices or other communications filed in or pertaining to this proceeding, to the undersigned, whether such motion, application, order, pleading, notice, plan, disclosure statement, notice or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this *Notice of Appearance and Demand for Service of Papers* has been served this 5th day of October, 2006 on all those parties

1

on the *Master Service List* dated November 3, 2005 by *Notice of Electronic Filing* on **Skadden, Arps, Slate, Meagher & Flom, LLP**, Attn: D. J. Baker, Sally McDonald Henry and Rosalie Walker Gray, Attorneys for Debtors; **Smith Hulsey & Busey**, Attn: Stephen D. Busey, James H. Post and Cynthia C. Jackson, Attorneys for Debtors; **United States Trustee**, Attn: Elena L. Escamilla, and to all parties receiving electronic notice.

Dated: October 5, 2006 

                                             Respectfully submitted,

                                             Brian T. Hanlon, Esq.
                                             Office of the Tax Collector
                                             P.O. Box 3715
                                             West Palm Beach, Florida 33402-3715
                                             Telephone: (561) 355-2142
                                             Facsimile: (561) 355-1110
                                             tc_legal_services@co.palm-beach.fl.us
                                             Florida Bar No. 962562

                                             By:__/s/ Brian T. Hanlon_____
                                                       Co-Counsel for Peter H. Carney
                                                       Tax Collector, Palm Beach County

N:\Legal Services\WIP\W\Winn-Dixie Stores\Pleadings\BTH Notice of Appearance as Co-Counsel to PBCTC.doc