**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF REQUEST**
**FOR ADMINISTRATIVE CLAIM**

COMES now **Killen Marketplace, LLC** (the "Creditor"), and hereby withdraws its Motion for Allowance and Payment of Administrative Expenses filed by Killen Marketplace, LLC (the "Motion") (Docket No. 3908).

WHEREFORE, premises considered, Creditor respectfully requests this Court to allow the withdrawal of the Motion. Creditor prays for such further and other relief as this Court may deem appropriate.

Respectively Submitted,

s/C. Ellis Brazeal III
C. Ellis Brazeal
Attorney for Killen Marketplace, LLC

**OF COUNSEL:**

Walston, Wells & Birchall, LLP
1819 5th Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Telecopier: (205) 244-5400

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of Notice of Withdrawal of Request for Administrative Claim, by placing same either in first class postage prepaid envelopes, and/or by electronic filing purposes to the following:

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202

This the \5th\ day of October, 2006

\s\ C. Ellis Brazeal III
OF COUNSEL