# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                              **Chapter 11**

**WINN-DIXIE STORES, INC.,** *et al.,*              **Case No.: 3:05-bk-3817-JAF**

    **Debtors.**

_____/

## NOTICE OF WITHDRAWAL OF MOTION OF QUINCY ASSOCIATES, LAKELAND PARTNERS, AND NORTHWOOD OAKS, LLC, COLLECTIVELY, TO DETERMINE CLAIM CLASSIFICATION

Quincy Associates, Lakeland Partners, and Northwood Oaks, LLC, (collectively, the "Landlords"), by their undersigned counsel, hereby collectively withdraw their motion for this Court to determine the appropriate classification of their claims under the plan of reorganization (the "Plan") of Winn-Dixie Stores, Inc., et al., (the "Debtors") (the "Motion", Docket # 11120):

## BACKGROUND

1.     On October 4, 2006, the Bankruptcy Court for the Middle District of Florida entered an order approving the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Order") [Docket #11613], which formally approved the agreement between the Debtors and the Landlords regarding the Debtors' assumption of the Landlords' leases as well as the cure payment amounts that the Debtors agreed to pay (as more specifically noted in the Order and the exhibits to same).

2.     Consequently, as set forth in the Debtors' Plan and as admitted by the Debtors in their Omnibus Response to Motions for Determination of Plan Class [Docket #11280], the Landlords' claims are to be afforded Administrative Claim status.

Accordingly, as the Landlords and the Debtors are now in agreement that the Landlords'

claims are Administrative Claims, the Landlords now hereby withdraw their Motion.

Respectfully Submitted,

/s/ Jason Ward Johnson
Robert F. Higgins, Esquire
Florida Bar No.: 0150244
Jason Johnson, Esquire
Florida Bar No.: 0186538
**LOWNDES DROSDICK DOSTER
KANTOR & REED, P.A.**
215 North Eola Drive
Orlando, Florida 32801
Telephone No. 407-843-4600
Facsimile No. 407-843-4444


and

STRADLEY, RONON, STEVENS &
YOUNG, LLP
Michael P. Migliore (DE Bar #4331)
300 Delaware Avenue
Suite 800
Wilmington,  DE 19899
Telephone No. 302-576-5874
Facsimile No. 302-576-5858

Counsel for Quincy Associates, Lakeland
Partners, and Northwood Oaks, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Withdrawal of Motion Of Quincy Associates, Lakeland Partners, And Northwood Oaks, LLC, Collectively, To Determine Claim Classification* was filed with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, *Federal Rules of Civil Procedure*, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to the following: Stephen D. Busey, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; David Jennis, Esq., Jennis & Bowen, P.L., 400 North Ashley Drive, Suite 2540, Tampa, Florida 33602; John B. Macdonald, Esq., Akerman, Senterfitt & Eidson, P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202; Patrick P. Patangan, Esq., Akerman, Senterfitt & Eidson, P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202; Elena L. Escamilla, Esq., Assistant United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; Karol K. Denniston, Esq., Paul, Hastings, Janofsky & Waler, LLP, 600 Peachtree Street, Suite 2400, Atlanta, Georgia 30308; Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Plaza, New York, New York 10005; Jane Leamy, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York 10036; and D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, New York; this 5th day of October, 2006.

/s/ Jason Ward Johnson
Jason Ward Johnson