

January 19, 2006

RICHARD M. TANSI
Manager, Sales/Use and Property Tax

*Via Telecopy with Confirmation and Certified mail, Return Receipt*
7100 6921 9020 0007 0124

Vogel & Vogel Partnership
11219 Financial Centre Parkway
Financial Park Place Ste 300
Little Rock, AR 72211

Re:   Store # 1571

Dear Landlord:

On February 21, 2005 (the "Petition Date"), Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"), filed petitions for relief under Chapter 11 of the United States Bankruptcy Code. These cases are being jointly administered in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, as Case no. 05-03817-3F1(the "Bankruptcy Court").

The Debtors have received your request for reimbursement of the amount of $25,661.23 representing state or local property taxes you report that you have paid to the applicable taxing authority in connection with the Lease. A portion of the taxes for which you seek reimbursement are for taxes which accrued prior to the Petition Date. Because these taxes accrued prior to the Petition Date, the Debtors are not at this time authorized by the Bankruptcy Code to reimburse you. If the Debtors assume the Lease pursuant to section 365 of the Bankruptcy Code, you will be reimbursed in full at the time of the assumption. If the Debtors reject the Lease, you will receive a distribution only if (i) you filed a timely proof of claim for the taxes (ii) the claim is allowed by the Bankruptcy Court and (iii) a plan of reorganization is confirmed by the Bankruptcy Court. The Debtors will make any such distribution at that time and in the amount and form provided by the confirmed plan.

As to your reimbursement request for taxes which accrued after the Petition Date (through 12/31/05), a check is enclosed totaling $22,005.38.

Sincerely,

Richard M. Tansi
Winn Dixie Stores, Inc.

WINN-DIXIE JACKSONVILLE    PO BOX B, 5050 EDGEWOOD COURT    JACKSONVILLE, FL 32203-0297    (904) 783-5000
JACKSONVILLE DIVISION

 Printed on Recycled Paper

WD 22-192