UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE MONTGOMERY, INC.,                Case No. 3:05-bk-03837-3F1
                                            Chapter 11 (Jointly Administered)

        Debtor.

_____/

### CATAMOUNT ATLANTA LLC'S MOTION FOR
### PAYMENT BY WINN-DIXIE MONTGOMERY, INC. OF
### POSTPETITION ADMINISTRATIVE CLAIM (STORE 2712)

Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene

Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask

Corporation ("Atlanta"), respectfully requests that the Court direct and order the debtor, Winn-

Dixie Montgomery, Inc. aka Winn-Dixie Atlanta, Inc. ("Debtor") to pay Atlanta's administrative

claim in the amount not less than $88,938.17 (the "Administrative Claim") and in support of its

application states as follows:

1.      On February 21, 2005 (the "Petition Date"), the Debtor filed its voluntary Petition

for Relief pursuant to Chapter 11 of the United States Bankruptcy Code (the "Code") in the

United States Bankruptcy Court for the Southern District of New York ("New York Court"). By

order dated April 13, 2005, the New York Court transferred venue of this case to this Court.

2.      Pursuant to that certain February 10, 1984 Lease and Sublease Agreement, as

amended by that certain October 10, 1986 First Lease Modification Agreement, and that certain

January 31, 1994 Lease Modification Agreement (as amended, the "Lease"), by and between

Debtor and Atlanta for that certain realty Debtor refers to as Store # 2712 at Monroe Drive and

Virginia Avenue, Midtown Shopping Center, Atlanta, Georgia (the "Premises"), Atlanta leased

the Premises to Debtor. The Debtor has copies of the Lease and Sublease Agreement, the First Lease Modification Agreement, the January 31, 1994 Lease Modification Agreement and the Notice of Change of Nominee (the "Lease Documents"). The Lease Documents are not attached hereto because of their length; however, Atlanta will provide copies of the Lease Documents to any party in interest upon request.

3.      Pursuant to that certain June 30, 1983 Ground Sub-Lease (the "Ground Lease") by and between Debtor and Ackerman Midtown Associates ("Ackerman") for that certain unimproved real property lying and being in that certain realty Debtor refers to as Store #2712 at Monroe Drive and Virginia Avenue, Midtown Shopping Center, Atlanta, Georgia (the "Ground"), Debtor leased the Ground, and then assigned the lessee's interest in the Ground Lease to Atlanta. Atlanta, in turn, leased the Ground and Premises to Debtor pursuant to the Lease. The Debtor has copies of the Ground Lease and of Ackerman's Assignment of its claims in this case under the Ground Lease to Atlanta; however, Atlanta will provide copies of them to any party in interest upon request.

4.      Pursuant to its August 11, 2005 Order Authorizing (I) Retroactive Rejection of Real Property Leases and (II) Abandonment of Related Personal Property (the "Rejection Order"), this Court authorized the rejection of the Ground Lease and the Lease effective August 11, 2005.

5.      Pursuant to 11 U.S.C. 365, the Debtor was obligated to make any payments due under the Lease and the Ground Lease from the Petition Date to and including the Rejection Date, including, but not limited to, rent, percentage rent, maintenance, insurance, and taxes.

6.    As a result of the Debtor's obligations under section 365, pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1) and 507(a), Atlanta has the following administrative claims, among others, against Debtor under the Lease and the Ground Lease:

a.    Rent: The Debtor was obligated to pay rent from February 21, 2005 up to and including the Rejection Date.  The Debtor paid the rent for each month up to and including August 11, 2005. . In the event that Atlanta receives subsequent information to the contrary, Atlanta reserves the right to amend this application to assert such additional amounts due.

b.    Percentage Rent. Debtor is obligated to pay Atlanta, as an addition to the Basic Rent, amounts for Debtor's gross sales in the Premises (as defined in the Lease, "Percentage Rent") for the period from the Petition Date to and including the Rejection Date. Specifically, Debtor is obligated to pay Atlanta as Percentage Rent an amount equal to the amount, if any, by which 1% of all gross sales made by Debtor at the Premises during Debtor's fiscal year exceeds the Basic Rent reserved under the Lease. Upon information and belief, the Debtor's sales at the Premises did not reach sufficient levels to invoke this percentage rent clause. In the event that Atlanta receives subsequent information to the contrary, Atlanta reserves the right to amend this application to assert such additional amounts due.

c.    Common Area Maintenance Charges.  Atlanta is entitled to payment for certain Common Area Maintenance Charges ("CAM Charges") and Security Charges under the terms of the Lease and Ground Lease.  Ackerman billed the Debtor for these charges; however, they remain unpaid.  Atlanta believes that the Debtor is indebted to

Atlanta for $32,283.02. Copies of the CAM Charges and Security Charges are attached hereto as Group Exhibit 1.

      d.    Insurance. Debtor also was required by the Lease to maintain policies of insurance pursuant to which Atlanta was named an additional insured, and to not cancel such insurance without prior written notice to Atlanta. To the best of Atlanta's knowledge, the Debtor paid the insurance on the Premises during the period between the Petition Date and the Rejection Date; however, the Ground Lease provided that the lessor would provide certain public liability insurance on the Premises and that Debtor would reimburse the lessor for the cost of that coverage. The relevant potions of the Ground Lease have already been provided to counsel for the Debtor. Atlanta calculates the Debtor's share of the insurance for the period between the Petition Date and the Rejection Date to be $4,501.88. Copies of the insurance charges are attached hereto as Group Exhibit 2.

      e.    Unpaid Taxes. Under the Ground Lease, Debtor has the obligation to pay all Impositions, including any taxes wherever or however assessed against the Ground, whether real estate, ad valorem or otherwise. The real estate taxes due to Fulton County, Georgia for the Ground were $21,791.64. In addition, the City of Atlanta taxes for the Ground for 2005 were $55,132.21. Fulton County also imposed a solid waste bill for the Ground in the amount of $2,519.70. Based upon the Debtor's use and occupancy of the Premises and the Ground from February 21, 2005 through August 10, 2005, the Debtor's share of the 2005 real estate taxes and solid waste bill is $37,436.42. Copies of the tax bills are attached hereto as Group Exhibit 3.

f.    Attorney's Fees and Costs. By virtue of Debtor's default under the Lease, Debtor is liable to Atlanta for Atlanta's enforcement of its rights under the Lease, including but not limited to its attorneys' fees and costs. Atlanta has incurred $14,716.85 in fees related to the exercise of its rights under the Lease and the Ground Lease. Atlanta has provided redacted copies of its fee statements to counsel for the Debtor in order to preserve the attorney-client and attorney work product privileges. Atlanta will submit redacted copies thereof upon request.

7.    Atlanta files this claim as an administrative claim pursuant to 11 U.S.C. § 507(a) based upon the Debtor's post petition occupancy of the Premises and the Ground.

8.    Atlanta reserves the right to amend and supplement this claim (including filing additional evidence in support of this claim) or to file additional claims, including, without limitation, all other claims at law or in equity arising on or after the Petition Date.

9.    Case law supports Atlanta's request that the Claim be treated as an Administrative Claim and be paid promptly.

10.    In other filings, the Debtor has asserted that it is responsible only for those charges under leases which have accrued during the post-petition, pre-rejection period. There is a split among the circuits as to whether lease charges which may have accrued prior to the petition date but which are billed after the petition date constitute administrative expenses. Compare In re Handy Andy Home Improvement Ctrs., Inc., 1444 F.3d 1125 (7th Cir. 1998) (holding that charges that accrued prior to the petition generally constitute pre-petition claims) with Centerpoint Props. v. Montgomery Ward Holding Corp. (In re Montgomery Ward Holding Corp.), 268 F.3d 205 (3rd Cir. 2001)(holding that obligations which first become due after the order for relief constitute administrative claims).

11.    This Court has previously adopted the <u>Handy Andy</u> pro-ration approach, and Atlanta's request for payment is consistent with the reasoning of <u>Handy Andy.</u>

12.    Atlanta is requesting that the Debtor pay Atlanta as an administrative claim for those charges that accrued during the Debtor's post-petition occupancy of the Premises.  The components of Atlanta's administrative claim are charges that accrued during the period between the Petition Date and the Rejection Date, regardless of the date for payment of any of the charges.

13.    The Debtor also failed to pay CAM Charges and security charges for the Premises for the post petition period.

14.    In paragraph 22(c), the Lease provides that the Debtor is responsible for payment of Atlanta's attorneys' fees in the event of a breach of the Lease.  Commonly, courts have found that a landlord may recover its costs in enforcing the terms of its lease provided that the lease agreement provides for such fees and the fees are reasonable.  <u>See In re Child World, Inc,</u> 161 B.R. 349, 353 (Bankr. S.D.N.Y. 1993); <u>In re Shangra-La, Inc.,</u> 167 F.3d 843, 849-50 (4th Cir. 1999), and <u>In re Crown Books Corp.</u>, 269 B.R. 12, 14-18 (Bankr. Del. 2001).  As Atlanta has incurred attorneys' fees after the commencement of this case in connection with enforcing his rights under the Lease, Atlanta is entitled to a claim for his fees incurred during the Debtor's post petition occupancy of the Premises.

15.    Atlanta further requests that the Court order the immediate payment of Atlanta's administrative claim.  Section 365(d) of the Code states that "[t]he trustee shall <u>timely</u> perform all the obligations of the debtor ... arising from and after the order for relief under any unexpired lease of nonresidential real property, <u>until such lease is assumed or rejected</u> ..."  11 U.S.C. § 365(d)(3)(emphasis added).  Courts have interpreted "timely" to mean in accordance with the

terms of the lease between the parties.  See Ha-Lo Industries, Inc. v. Centerpoint Properties Trust, 342 F.3d 794, 798 (7th Cir. 2003)("obligations under an unexpired lease that arise after an order for relief … are to be timely fulfilled under the terms of the lease").  As each of the obligations listed in this Administrative Claim is an obligation incurred during the Debtor's post petition occupancy of the Premises, the Debtor should be required to pay those obligations in a timely fashion as directed by the Code.  See Trizechahn 1065 Avenue of the Americas, LLC v. Thomaston Mills, Inc., 273 B.R. 284, 289 (M.D. Ga. 2002)("in the event sufficient funds are not available to pay all administrative claims this payment is subject to the trustee's right to seek recovery of all or part of the payment").

WHEREFORE, Atlanta respectfully requests that the Court enter an order allowing Atlanta's administrative claim in the amount of $88,938.17 and directing the payment of Atlanta's allowed administrative claim within ten (10) days after entry of an order on this motion.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746(2) THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  September 15, 2006

By:_____
John H. O. La Gatta, Trustee of the La Gatta 1990 Trust, as Managing Member of Catamount Atlanta, LLC, a Nevada limited liability company

Dated: October 5, 2006                  Respectfully submitted,


                                        _____/s/ C. Daniel Motsinger_____.
                                        C. Daniel Motsinger, FBN 0362875
                                        IN Atty. No. 10122-49
                                        KRIEG DeVAULT LLP
                                        One Indiana Square, Suite 2800
                                        Indianapolis, IN  46204-2079
                                        Telephone: 317/636-4341; Fax: 317/636-1507
                                        E-mail: cmotsinger@kdlegal.com

                                        Attorneys for Catamount Atlanta, LLC, a Nevada
                                        limited liability company, as assignee of Helene
                                        Funk and Peter W. Merner, as nominee for John H.
                                        O. La Gatta, as successor to Flask Corporation


## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing has been served upon the
parties by operation of the Court's electronic filing system on October 5, 2006, as indicated
below:


                                        _____/s/ C. Daniel Motsinger_____
                                        C. Daniel Motsinger

Adam Ravin                                  Dennis F. Dunne
Skadden Arps Slate Meagher & Flom, LLP      Milbank Tweed & Hadley
Four Times Square                           1 Chase Manhattan Plaza
New York, NY 10036                          New York, NY 10005

Elana L. Escamilla                          John B. McDonald
Office of United States Trustee             Akerman Senterfitt
135 W. Central Boulevard, Suite 620         50 N. Laura Street, Suite 2500
Orlando, FL 32806                           Jacksonville, FL 32202

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

KD_704542_3.DOC

## STATEMENT

| | |
|---|---|
| **DATE:** 7/8/05 | **CENTER:** Midtown Promenade - Phase I |
| | **TOTAL SQ. FT:** 63,131 |

**REMIT TO:** **Ackerman-Midtown Associates, Ltd.**
1040 Crown Pointe Pkwy., Ste. 200
Atlanta, GA  30338

**TENANT:** Winn Dixie Store/SaveRite #2712 - Midtown Shopping Center
ATTN:  Telsa Tinsley, Winn Dixie Real Estate Dept.
P.O. Box 43425
Atlanta, GA  30336

### QUARTERLY CAM
### 1st QUARTER 2005 EXPENSE SUMMARY

COMMON AREA MAINTENANCE (CAM)

| | |
|---|---:|
| SECURITY (EXCLUDES FUTURE SECURITY INVOICED SEPARATELY) | 0.00 |
| PLUMBING | 0.00 |
| ELECTRICAL REPAIRS | 659.08 |
| LANDSCAPING | 1,792.80 |
| PARKING LOT SWEEPING | 4,067.31 |
| PARKING LOT MAINTENANCE | 0.00 |
| EXTERMINATING | 120.00 |
| SIGN MAINTENANCE | 591.60 |
| GENERAL SUPPLIES | 73.47 |
| LANDSCAPING - ANNUAL | 1,827.00 |
| LIFE SUPPORT SYSTEMS / FIRE HYDRANTS | 0.00 |
| GENERAL MAINT. REPAIRS | 638.67 |
| ELECTRICITY | 1,550.49 |
| WATER/SEWER | 27,246.26 |
| **TOTAL 1st QUARTER CAM EXPENSES** | 38,566.68 |

| | | |
|---|---|---:|
| SIZE OF LEASED PREMISES | 35,922 sf | |
| MERCHANT'S PRORATA SHARE | 56.90% | 21,944.44 |

| | |
|---|---|
| **TOTAL DUE THIS INVOICE** | **21,944.44** |

Copies of paid invoices attached.  Please
contact Angela Chapman, Property Manager
with questions or comments.  Thank you.

| | |
|---|---|
| Telephone: | 770-913-3900 |
| Fax: | 770-913-3965 |
| Email: | achapman@ackermanco.net |

**EXHIBIT**

tabbies

GROUP
EXHIBIT 1

7/8/2005

## INVOICE

| | | |
|---|---|---|
| DATE: | 7/8/05 | CENTER: Midtown Promenade - Phase I |
| | | TOTAL SQ. FT: 63,131 |

REMIT TO: **Ackerman-Midtown Associates, Ltd.**
1040 Crown Pointe Pkwy., Ste. 200
Atlanta, GA  30338

TENANT: Winn Dixie Store/SaveRite #2712 - Midtown Shopping Center
ATTN: Telsa Tinsley, Winn Dixie Real Estate Dept.
P.O. Box 43425
Atlanta, GA  30336

---

### QUARTERLY CAM
### 2nd QUARTER 2005 EXPENSE SUMMARY

| COMMON AREA MAINTENANCE (CAM) | |
|---|---|
| SECURITY (EXCLUDES FUTURE SECURITY INVOICED SEPARATELY) | 0.00 |
| PLUMBING | 374.50 |
| ELECTRICAL REPAIRS | 0.00 |
| LANDSCAPING | 1,879.30 |
| PARKING LOT SWEEPING | 2,772.30 |
| PARKING LOT MAINTENANCE | 0.00 |
| EXTERMINATING | 0.00 |
| SIGN MAINTENANCE | 0.00 |
| GENERAL SUPPLIES | 0.00 |
| LANDSCAPING - ANNUAL | 0.00 |
| LIFE SUPPORT SYSTEMS / FIRE HYDRANTS | 0.00 |
| GENERAL MAINT. REPAIRS | 327.28 |
| ELECTRICITY | 1,546.63 |
| WATER/SEWER | 14,920.55 |
| TAX CONSULTANT | 500 |
| **TOTAL 2nd QUARTER CAM EXPENSES** | 22,320.56 |

| | | |
|---|---|---|
| SIZE OF LEASED PREMISES | 35,922 sf | |
| MERCHANT'S PRORATA SHARE | 56.90% | 12,700.40 |

**TOTAL DUE THIS INVOICE**   12,700.40

Copies of paid invoices attached. Please
contact Angela Chapman, Property Manager
with questions or comments. Thank you.

| | |
|---|---|
| Telephone: | 770-913-3900 |
| Fax: | 770-913-3965 |
| Email: | achapman@ackermanco.net |

WINN DIXIE STATEMENT 6-29

## INVOICE

DATE:        2/18/05              CENTER:  Midtown Promenade - Phase I
                          TOTAL SQ. FT:  63,131

REMIT TO:    Ackerman-Midtown Associates, Ltd.
             Ackerman & Company
             1040 Crown Pointe Pkwy., Ste. 200
             Atlanta, GA  30338

TENANT:      Winn Dixie Store/SaveRite #2712
             931 Monroe Drive
             Atlanta, GA

BILLING ADDRESS:  Winn-Dixie Real Estate Dept. /Save Rite #2712
             ATTN:  Eric Echols, Loss Prevention
             PO Box 43425
             Atlanta, GA  30336

SECURITY

12/19/04 - 01/29/05

| VENDOR | INVOICE | INV. DATE | DESCRIPTION | AMT. DUE |
|---|---|---|---|---|
| Future Security, Inc. | Inv. 8671 | 01/06/05 | 12/19/04 - 01/01/05 | $1,457.68 |
| Future Security, Inc. | Inv. 8787 | 01/20/05 | 01/02/05 - 01/15/05 | $1,580.79 |
| Future Security, Inc. | Inv. 8819 | 02/03/05 | 01/16/05 - 01/29/05 | $1,580.79 |
| | **TOTAL SECURITY EXPENSE** | | | $4,619.26 |

SIZE OF LEASED PREMISES              35,922
MERCHANT'S PRORATA SHARE             56.90%

                    **AMOUNT DUE THIS INVOICE**          $2,628.39

Copies of paid invoices attached.  Please
contact Renee Harrison, Lease Administrator
with questions or comments.  Thank you.
770-913-3973 (Direct Telephone)

INVOICE

| | | |
|---|---|---|
| DATE: | 7/6/05 | CENTER: Midtown Promenade - Phase I |
| | | TOTAL SQ. FT: 63,131 |

REMIT TO:  Ackerman-Midtown Associates, Ltd.
Ackerman & Company
1040 Crown Pointe Pkwy., Ste. 200
Atlanta, GA  30338

TENANT:  Winn Dixie Store/SaveRite #2712
931 Monroe Drive
Atlanta, GA

BILLING ADDRESS:  Winn-Dixie Real Estate Dept. /Save Rite #2712
ATTN:  Eric Echols, Loss Prevention
PO Box 43425
Atlanta, GA  30336

## SECURITY
### 01/30/05 - 6/30/05

| VENDOR | INVOICE | INV. DATE | DESCRIPTION | AMT. DUE |
|---|---|---|---|---|
| Future Security, Inc. | Inv. | | 01/30/05 - 02/12/05 | 1,580.79 |
| BellSouth | | | 02/07/05 - 03/06/05 | 40.92 |
| Future Security, Inc. | Inv. | | 02/13/05 - 02/26/05 | 1,580.79 |
| Future Security, Inc. | Inv. | | 02/27/05 - 03/12/05 | 1,580.79 |
| BellSouth | | | 03/07/05 -04/06/05 | 40.92 |
| Future Security, Inc. | Inv. | | 03/13/05 - 03/26/05 | 1,570.79 |
| Future Security, Inc. | Inv. | | 03/27/05 - 04/09/05 | 1,580.79 |
| BellSouth | | | 04/07/05 - 05/06/05 | 40.94 |
| Future Security, Inc. | Inv. | | 04/10/05 - 04/23/05 | 1,580.79 |
| Future Security, Inc. | Inv. | | 04/24/05 - 05/07/05 | 1,580.79 |
| BellSouth | | | 05/07/05 - 06/06/05 | 41.06 |
| Gayla Travis | | | Pride Sec. | 1,080.54 |
| Future Security, Inc. | Inv. | | 06/05/05 - 06/18/05 | 1,580.79 |
| BellSouth | | | 06/07/05 - 07/06/05 | 41.06 |
| Future Security, Inc. | Inv. | | 05/08/05 - 05/21/05 | 1,580.79 |
| Future Security, Inc. | Inv. | | 05/22/05 - 06/04/05 | 2,086.19 |
| Future Security, Inc. | Inv. | | 06/05/05 - 06/18/05 | 1,580.79 |
| Future Security, Inc. | Inv. | | 06/06/05 - 06/30/05 | 1,580.79 |
| | TOTAL SECURITY EXPENSE | | | 20,750.32 |

SIZE OF LEASED PREMISES        35,922
MERCHANT'S PRORATA SHARE      56.90%

AMOUNT DUE THIS INVOICE        | 11,807.08 |

Copies of paid invoices attached.  Please
contact Renee Harrison, Lease Administrator
with questions or comments.  Thank you.
770-913-3973 (Direct Telephone)
rharrison@ackermanco.net

7/8/2005

**Insurance Counseling & Mgt.**

1215 Hightower Trail, #B-120
Atlanta, GA 30350
Phone : 770-518-7092    Fax : 770-518-9782

| INVOICE# | 9583 |
|---|---|
| ACKER-1    PH | 05/02/05 |
| 05/02/05 | |

**Ackerman & Company**
1040 Crown Pointe Pkwy, #200
Atlanta, GA 30338

| Item # | Due Date | Tran Type | Policy # | Description | | Amount |
|---|---|---|---|---|---|---|
| 93691 | 05/02/05 | MEM PCKG | MZX80837694 | Property | $ | 10,227.00 |
| 93692 | 05/02/05 | MEM PCKG | MZX80837694 | General Liability | $ | 4,311.00 |
| 93693 | 05/02/05 | MEM PCKG | MZX80837694 | Excess Liability | $ | 2,350.00 |
| | | | | Invoice Balance: | $ | 16,888.00 |

Ackerman Midtown  Assoc, LTD, 931 Monroe Drive, Atlanta, GA
paid in full premium for 1/1/05-1/1/06 #03-0217356

*** PLEASE RETURN ONE COPY WITH YOUR REMITTANCE ***

**EXHIBIT**

GROUP
**EXHIBIT 2**

**ACORD. CERTIFICATE OF LIABILITY INSURANCE**

OP ID PH ACKER-1  DATE (MM/DD/YYYY) 01/05/05

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| Insurance Counseling & Mgt.<br>1215 Hightower Trail, #B-120<br>Atlanta GA 30350<br>Phone: 770-518-7092  Fax: 770-518-9782 | INSURERS AFFORDING COVERAGE | NAIC # |
| INSURED | INSURER A: Fireman's Fund Insurance Co. | |
| Ackerman & Company<br>Ackerman Midtown Associates<br>1040 Crown Pointe Pkwy, #200<br>Atlanta GA 30338 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

**COVERAGES**

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X X | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE  X OCCUR<br>X Multi-Cover<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY  PRO-JECT  X LOC | MZX80837694 | 01/01/05 | 01/01/06 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG<br>Emp Ben. | $1,000,000<br>$100,000<br>$5,000<br>$1,000,000<br>$2,000,000<br>$2,000,000<br>1,000,000 |
| | | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $<br>$<br>$<br>$ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN EA ACC<br>AUTO ONLY: AGG | $<br>$<br>$ |
| A | X | EXCESS/UMBRELLA LIABILITY<br>X OCCUR  CLAIMS MADE<br>DEDUCTIBLE<br>X RETENTION  $N/A | XYZ97405443 | 01/01/05 | 01/01/06 | EACH OCCURRENCE<br>AGGREGATE | $24,000,000<br>$24,000,000<br>$<br>$<br>$ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS  OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | $<br>$<br>$ |
| | | OTHER | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
Loc: 931 Monroe Drive, Atlanta, GA - Certificate holder is named as Additional Insured with respects above named location.  Waiver of Subrogation applies.  Loan #19157

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| CUNAM-7<br>Cuna Mutual Life Insurance Co.<br>c/o Colliers & Cauble<br>Jean Hilton<br>1349 W. P'Tree St. NE, #1110<br>Atlanta GA 30309-2956 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)                                    © ACORD CORPORATION 1988

From: Pat Harrington  At: Insurance Counseling & Management, Inc.  FaxID: 770-518-9782  To: Renee Harrison          Date: 1/5/2005 11:42 AM  Page: 2 of 2

## ACORD. EVIDENCE OF PROPERTY INSURANCE

OP ID #

| | DATE (MM/DD/YY) |
|---|---|
| | 01/05/05 |

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

| PRODUCER | PHONE/FAX (A/C, No, Ext): 770-518-7092/770-518-9782 | COMPANY |
|---|---|---|
| Insurance Counseling & Mgt. 1215 Hightower Trail, #B-120 Atlanta GA 30350 Arnold Holzer, Jr. | | Fireman's Fund Insurance Co. P.O. Box 740010 Atlanta GA 30374-0010 |

| CODE: 10-490-202-08 | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID #: ACKER-1

| INSURED | | |
|---|---|---|
| Ackerman & Company Ackerman Midtown Associates 1040 Crown Pointe Pkwy, #200 Atlanta GA 30338 | | |

| LOAN NUMBER | POLICY NUMBER |
|---|---|
| 19157 | MBX80837694 |

| EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
|---|---|---|
| 01/01/05 | 01/01/06 | |

THIS REPLACES PRIOR EVIDENCE DATED:

### PROPERTY INFORMATION

LOCATION/DESCRIPTION
001

931 Monroe Drive
Atlanta GA 30308

Phase I & II Midtown Promenade

### COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Building 1 Phase 1 | 2,919,020 | 5,000 |
| Loss of Rents | 655,100 | |
| Building 2 Phase II | 3,819,240 | 5,000 |
| Loss of Rents | 1,009,560 | |
| Earthquake | 10,000,000 | 25,000 |
| Flood | 10,000,000 | 25,000 |
| | | |
| Special form - Replacement cost - Agreed Value | | |
| Terrorism is included | | |

### REMARKS (Including Special Conditions)

Insurance Company Name:  National Surety Corporation, Chicago, IL
(Fireman's Fund Insurance Companies).  Midland Loan Services, L.P., as
Master Servicer, Dover House Capital, LLC, Subservicer for the Benefit
of J.P. Morgan Commercial Mortgage Finance Corporation Mortgage
Pass-Through Certificates 1997 C-5

### CANCELLATION

THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW ___30___ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

### ADDITIONAL INTEREST

| NAME AND ADDRESS | | |
|---|---|---|
| | X MORTGAGEE | ADDITIONAL INSURED |
| | X LOSS PAYEE | |
| CUNA Mutual Life Ins. Co. C/O Colliers Cauble & Co. 1349 W. P'Tree St. NE, #1110 Atlanta GA 30309-2956 | LOAN # 19157 | |
| | AUTHORIZED REPRESENTATIVE Richard P Swindl | |

ACORD 27 (3/93)                                                ACORD CORPORATION 1993



# 2005 TAX BILL

Arthur E. Ferdinand
Tax Commissioner, Fulton County



141 Pryor Street
Atlanta, Georgia 3C
(404) 730-6100

| Property Owner | Parcel Identification | Description | User ID |
|---|---|---|---|
| JENNINGS RUTH H TR | 14 -0017-0001-008-4 | REAL PROPERTY | |
| | IMPROVED PROPERTY | TAX DISTRICT: 05 | |
| | | ATLANTA/FUL | |

| Property Address | Account Number | Fair Market Value | Assessed Value |
|---|---|---|---|
| 931 MONROE DR NE | 0898007 | 4,580,000 | 1,832,000 |

City Exemption:
County Exemption:
County Tax Credit:        $3,211.49        City Tax Credit:        $8,537.12   Control #:017836

| Levies | Assessment | Exemptions | Net Assessment | Net Rate | Net Tax |
|---|---|---|---|---|---|
| **FULTON** | | | | | |
| FUL GENERAL | 1,832,000 - | 0 = | 1,832,000 X | .011581 = | 21,216.39 |
| FUL BONDS | 1,832,000 - | 0 = | 1,832,000 X | .000064 = | 117.25 |
| STATE | 1,832,000 - | 0 = | 1,832,000 X | .000250 = | 458.00 |
| | | | Total billed for 2005 | | 21,791.64 |
| | | | Less amount paid | | 0.00 |
| | | | **Fulton Total Due** | | **$21,791.64** |
| **ATLANTA** | | | | | |
| ATL GENERAL | 1,832,000 - | 0 = | 1,832,000 X | .007640 = | 13,996.48 |
| ATL BONDS | 1,832,000 - | 0 = | 1,832,000 X | .001430 = | 2,619.76 |
| ATL SCH BND | 1,832,000 - | 0 = | 1,832,000 X | .000104 = | 190.53 |
| ATL SCH OPR | 1,832,000 - | 0 = | 1,832,000 X | .020420 = | 37,409.44 |
| ATL PARKS | 1,832,000 - | 0 = | 1,832,000 X | .000500 = | 916.00 |
| | | | Total billed for 2005 | | 55,132.21 |
| | | | Less amount paid | | 0.00 |
| | | | **Atlanta Total Due** | | **$55,132.21** |



PAY THIS AMOUNT FOR TAX YEAR 2005 . . . . . . .        $76,923.85

Please read the reverse side of this bill and enclosed brochure for additional information and
instructions or call our 24-hour automated customer service line at (404) 730-6100.

| Parcel Identification | Property Address | Due Date | Fulton Amount Due |
|---|---|---|---|
| 14 -0017-0001-008-4 | 931 MONROE DR NE | 10/15/2005 | $21,791.64 |

☐  CHECK HERE IF OWNER OF PROPERTY ADDRESS IS NOT
    CORRECT.  SHOW CHANGES ON THE BACK OF COUPON

RETURN COUPON WITH FULTON PAYMENT
MAKE YOUR CHECK PAYABLE TO:
**FULTON COUNTY TAX COMMISSIONER**

14 -0017-0001-008-4
JENNINGS RUTH H TR
%THE STALLINGS GROUP
3756 LAVISTA RD #200
TUCKERA        GA 30084

Arthur E. Ferdinand
*Tax Commissioner, Fulton County*
P O Box 105052
Atlanta, Georgia 30348-5052

08980070305002000021791640

# DETAILED TAX SUMMARY



# City of Atlanta/Fulton County

### TAX YEAR: 2005

**Owner Name**
JENNINGS RUTH H TR

**Parcel Identification**
14 -0017-0001-008-4

**Account Number**
0898007

**Property Location**
931 MONROE DR NE

**Tax District**
05

**Fair Market Value**
4,580,000

**Assessed Value**
1,832,000

**Temporary Assessment**
0

**City Exemption:**

**County Exemption:**

**City Sales Tax Credit:** $0.00

| Levies | Assessment | Exemptions | Net Assessment | X | Net Rate | State Credit | TAX |
|---|---|---|---|---|---|---|---|
| **Atlanta Cycle** | | | | | | | |
| ATL GENERAL | 1,832, 000 | 0 | 1,832, 000 | X | .0076400 | $0.00 | $13996.48 |
| ATL BONDS | 1,832, 000 | 0 | 1,832, 000 | X | .0014300 | $0.00 | $2619.76 |
| ATL SCH BND | 1,832, 000 | 0 | 1,832, 000 | X | .0001040 | $0.00 | $190.53 |
| ATL SCH OPR | 1,832, 000 | 0 | 1,832, 000 | X | .0204200 | $0.00 | $37409.44 |
| ATL PARKS | 1,832, 000 | 0 | 1,832, 000 | X | .0005000 | $0.00 | $916.00 |
| Last Payment: September 13, 2005 | | | **Total Amount Billed** | | | | **$55132.21** |
| | | | **Less Amount Paid** | | | | **$55132.21** |
| | | | **Total Due** | | | | **$0.00** |
| **Fulton Cycle** | | | | | | | |
| FUL GENERAL | 1,832, 000 | 0 | 1,832, 000 | X | .0115810 | $0.00 | $21216.39 |
| FUL BONDS | 1,832, 000 | 0 | 1,832, 000 | X | .0000640 | $0.00 | $117.25 |
| STATE | 1,832, 000 | 0 | 1,832, 000 | X | .0002500 | $0.00 | $458.00 |
| Last Payment: October 13, 2005 | | | **Total Amount Billed** | | | | **$21791.64** |
| | | | **Less Amount Paid** | | | | **$21791.64** |
| | | | **Total Due** | | | | **$0.00** |

A reduction of 0.00 in your bill is the result of homeowner's tax relief enacted by the Governor and the General Assembly of the State of Georgia.

Property owners with current legal matters, such as bankruptcy or foreclosure, must contact the Tax Commissioner's office at (404) 730-6100 for the official balance due on their parcel(s).

Return to Tax Bill | Return to Search Results

**EXHIBIT**

GROUP
EXHIBIT 3



# 2005 ATLANTA SOLID WASTE
141 Pryor Street
Atlanta, Georgia 30303
(404) 730-6100

Arthur E. Ferdinand
Tax Commissioner, Fulton County

| Property Owner | Parcel Identification | Description | | User ID |
|---|---|---|---|---|
| JINGS RUTH H TR | 14 -0017-0001-008-4 | SOLID WASTE<br>TAX DISTRICT: 05 | ATLANTA/FUL | |

| Property Address | Account Number | Service Period |
|---|---|---|
| 931 MONROE DR | 0898007 | 1/1/2005 THROUGH 12/31/2005 |

EXEMPTIONS:

Control #: 006149

| Levies | Gross | | Exemptions | | Net Due |
|---|---|---|---|---|---|
| City of Atlanta Solid Waste | 2,519.70 | – | 0.00 | = | 2,519.70 |
| Total billed for 2005 | | | | | 2,519.70 |
| Less amount paid | | | | | 0.00 |
| **Solid Waste Total Due** | | | | | **$2,519.70** |

PAY THIS AMOUNT FOR YEAR 2005 . . . . . . . .       $2,519.70

**Please read the reverse side of this bill and enclosed brochure for additional information and instructions or call our 24-hour automated customer service line at (404) 730-6100.**

| Parcel Identification | Property Address | Due Date | Solid Waste Amount Due |
|---|---|---|---|
| 14 -0017-0001-008-4 | 931 MONROE DR | 08/15/2005 | **$2,519.70** |

☐ CHECK HERE IF OWNER OF PROPERTY ADDRESS IS NOT CORRECT. SHOW CHANGES ON THE BACK OF COUPON

RETURN COUPON WITH SOLID WASTE PAYMENT
MAKE YOUR CHECK PAYABLE TO:
**FULTON COUNTY TAX COMMISSIONER**

14 -0017-0001-008-4
JENNINGS RUTH H TR
%THE STALLINGS GROUP
3756 LAVISTA RD #200
TUCKERA       GA 30084

**Arthur E. Ferdinand**
Tax Commissioner, Fulton County
P O Box 105052
Atlanta, Georgia 30348-5052

0898007030500500000251970b

| Ent | Name | Acct No | Invoice | Date | P.O. Num | Reference | Amount | Discount | Net |
|-----|------|---------|---------|------|----------|-----------|--------|----------|-----|
| MT2 | MIDTOWN SHOPPIN | 60601-000 | 0898007 | 8/5/2005 | | 14-0017-0001-008-4 | 2,519.70 | 0.00 | 2,519.70 |

| | | | Date | Check No. | | Check Amount |
|---|---|---|------|-----------|---|--------------|
| Payor: | MIDTOWN PROMENADE, LTD | | 8/5/2005 | 001846 | | 2,519.70 |
| Payee: | FULTON COUNTY TAX COMMISSIONER | | | | | |

Retain this statement for your records

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND NOT A WHITE BACKGROUND

**MIDTOWN PROMENADE, LTD**
**C/O ACKERMAN & CO**
**1040 CROWN POINTE PARKWAY**
**SUITE 200**
**ATLANTA, GA 30338**

SUNTRUST BANK, ATLANTA
ATLANTA, GA

64-10
610

| Date | Check No. | Check Amount |
|------|-----------|--------------|
| 8/5/2005 | 001846 | **2,519.70** |

**Two Thousand Five Hundred Nineteen AND 70/100 Dollars**

Pay to the order of:

VOID IF NOT CASHED WITHIN 180 DAYS WITHIN DATE OF ISSUE

**FULTON COUNTY TAX COMMISSIONER**
**ARTHUR E. FERDINAND**
**P.O. BOX 105052**
**ATLANTA, GA  30348-5052**

*Donald K. Miller*

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK HOLD AT AN ANGLE TO VIEW

⑆001846⑆ ⑈061000104⑈ 1000012386602⑆

| Parcel Identification | Property Address | Due Date | Solid Waste Amount Due |
|-----------------------|------------------|----------|------------------------|
| 14 -0017-0001-008-4 | 931 MONROE DR | 08/15/2005 | **$2,519.70** |

☐ CHECK HERE IF OWNER OF PROPERTY ADDRESS IS NOT CORRECT.  SHOW CHANGES ON THE BACK OF COUPON

RETURN COUPON WITH SOLID WASTE PAYMENT
MAKE YOUR CHECK PAYABLE TO:
**FULTON COUNTY TAX COMMISSIONER**

14 -0017-0001-008-4
JENNINGS RUTH H TR
%THE STALLINGS GROUP
3756 LAVISTA RD #200
TUCKERA          GA 30084

**Arthur E. Ferdinand**
Tax Commissioner,Fulton County
P O Box 105052
Atlanta, Georgia 30348-5052

0898007030500500002519706