# EXHIBIT B

**Master Software License**  **Agreement No.: 8557-09-13**
**Agreement Rider**  **Rider Date: December 31, 2004**

Rider to the Master Software License Agreement for Information Builders Inc. System Program Products, dated 04/15/03, ("Agreement") by and between **Winn-Dixie Stores, Inc.** ("Licensee") and **Information Builders, Inc.** ("IBI" or "Licensor"), a New York Corporation with principal offices at Two Penn Plaza, New York, New York 10121-2898, U.S.A.

IBI hereby grants to the Licensee a non-exclusive license to use the Operating System Version of the items listed below (the "Software"), on the computer and at the location specified in accordance with the terms and conditions of the MASTER SOFTWARE LICENSE AGREEMENT. The Software consists of the specific software items listed below which also appear on the applicable IBI Fee Schedule.

| | | | |
|---|---|---|---|
| **Computer Model:** | Windows and Mainframe z-2064-1c7 | **Delivery Date:** | 12/31/2004 |
| **Serial No.:** | N/A | **Monthly License Fee:** | $21,189.25 |
| **Operating System:** | N/A | **Installation Location:** | Jacksonville, FL |
| **Number of Users Permitted:** | N/A | **12-month Pre-Paid Amount towards License:** | $254,271.00 |

**NOTE:**

☐1: This License Agreement provides Winn-Dixie the right to utilize the following products on both the Mainframe and 2 Production and Development Windows Platforms:

  ♣ WebFOCUS Reporting Server
  ♣ WebFOCUS Report Caster
  ♣ WebFOCUS Resource Analyzer
  ♣ WebFOCUS Developer Studio 9 Licenses

☐2: "WebFOCUS Maintain" for Winn-Dixie EDW Teradata requirements.
☐3: At the conclusion of the first 12-months, Winn Dixie will ~~have the option of~~ converting to purchase any or all products currently being used on both Mainframe and Windows, for which 100% Accruals of the $254,271 prepaid amount will apply towards the purchase price.
☐4: In addition Winn Dixie will be responsible for ongoing annual InfoResponse on any or all products being used.
☐5: In return for the pricing incentives provided in this License Agreement, Winn Dixie agrees to be an active participant in Information Builders Reference program, which is attached hereto.
☐6: Year 2 InfoResponse Fees on the Mainframe License components identified above will not exceed $60,000.00, and will not increase by more than 7% in years 3 and 4 for the products covered in this agreement.

Agreed to and accepted:

| Information Builders, Inc. | Winn-Dixie Stores, Inc. |
|---|---|
| GERALD D. COHEN | |
| Authorized Signature PRESIDENT | Authorized Karen Salem, SVP/CIO |
| Name/Title | Name/Title |
| Date  12/30/04 | Date  12-29-04 |



Must be signed and received by Information Builders by December 31, 2004 to receive terms and pricing above.

## REFERENCE PROGRAM AGREEMENT
### For Winn-Dixie Stores, Inc. ("Customer")
December 28, 2004

Winn-Dixie Stores, Inc. agrees to participate in Information Builders, Inc. ("IB") Reference Program for a (2) year period expiring on December 31, 2006.

Winn-Dixie agrees to the following level of participation:
- Host telephone reference calls.
- Share its application implementation and deployment in one of these publications:
    - Testimonial advertisement opportunities
    - *Information Builders Magazine*
    - Information Builders customer profiles
- Participate as a speaker at one or more Information Builders' sponsored events (including but not limited to):
    - Industry conferences and trade shows
    - Information Builders' annual users conference
    - Information Builders seminars
    - Information Builders customer events