# EXHIBIT C

**Information Builders.**

Please remit to:

Information Builders, Inc.
P.O. Box 7247-7482 Philadelphia, PA 19170-7482
(212) 736-4433 Fax (212) 594-1450
Fed. ID# 13-2807185

www.informationbuilders.com

## Invoice

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/30/06 | 507822 |

Payment Terms: Payment Due Upon Receipt

WINN-DIXIE STORES INC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254

**PURCHASE VALUE**                                                          918,788.00

**DOWN PAYMENT**                                                           (254,271.00)

Terms and conditions contained in any purchase order or other
document issued to IBI are not accepted by or binding upon IBI

AMOUNT                    $  664,517.00
SALES TAX                      46,516.19

AMOUNT DUE                $  711,033.19

4