UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.
-------------------------------------------------/

CASE NUMBER: 05-03817-3F1
CHAPTER 11

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Andrew M. Brumby, Esquire, of the firm of Shutts & Bowen LLP, 300 South Orange Avenue, Suite 1000, Post Office Box 4956, Orlando, Florida 32802-4956, files this Notice of Appearance as counsel of record in this proceeding for Indian Trail Square, LLC.

Pursuant to 2002(a), (b), (c), and (i) and 3017(a), F.R.B.P., the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of Indian Trail Square, LLC ("Indian Trail"), nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, (ii) an acknowledgment that any specific

ORLDOCS 10555443 1

adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any non-core adversary proceeding or contested matter; and (iv) or a waiver of any right to jury trial which may exist in favor of Indian Trail; in any proceeding that has been or will be instituted during the course of the case.

Dated this 6th day of October 2006.

|  |  |
|---|---|
| **Mailing Address:** | SHUTTS & BOWEN LLP<br>300 S. Orange Avenue<br>Suite 1000<br>Orlando, Florida 32801<br>Post Office Box 4956<br>Orlando, Florida 32802-4956<br>Telephone No.: (407) 423-3200<br>Facsimile No.: (407) 425-8316<br>Attorneys for Indian Trail Square, LLC |

By:      /s/ Andrew M. Brumby
        Andrew M. Brumby
        Florida Bar No.: 0650080

And

Elizabeth Lee Thompson
Stites & Harbison
250 Wet Main Street
Suite 2300
Lexington, KY 40507-1758
(859) 226-2300

## CERTIFICATE OF SERVICE

    This is to certify that I have served a copy of the foregoing Notice of Appearance and Demand for Service of Papers this 6th day of October, 2006 to:

Office of the U.S. Trustee
135 W. Central Boulevard, Suite 600
Orlando, FL  32801

D.J. Baker, Esq.
Skadden, Arps, Meagher & Flom
Four Times Square
New York, NY  10036

James H. Post, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

                              /s/ Andrew M. Brumby
                                    OF COUNSEL