[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:05-bk-03817-JAF
                                                                          Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/


### ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Sara E. Lorber , a non-resident of Florida and counsel for Daniel G. Kamin, WD Miami, LLC, WD Montgomery LLC, Daniel G. Kamin Zebulon Enterprises, Daniel G. Kamin Brynn Marr Enterprises, Daniel G. Kamin Clarksville Crossing LLC, Daniel G. Kamin Mandeville LLC, Daniel G. Kamin Zachary Enterprises, WD Mt. Carmel LLC, WD Hillard LLC, DBT Porcupine WD1 Delaware Business Trust and Procupine WD5 LLC , pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.


Dated October 5, 2006 .

                                                                          _____
                                                                          Jerry A. Funk
                                                                          United States Bankruptcy Judge




Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Sara E. Lorber, 131 S. Dearborn St., Suite 2400 Chicago, IL 60603