HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order (A) Authorizing Winn-Dixie Logistics, Inc. to Sell Montgomery Distribution Center and Dairy Plant and Related Assets Free and Clear of Liens, Claims and Interests and (B) Granting Related Relief filed by Debtors (11001)

P - Eric

APPEARANCES:

US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
MONTGOMERY DISTRIBUTION CENTER:      Eric / P

RULING: grant/approve
        ord/Busey