

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Omnibus Motion for Order Authorizing Negotiated Rejections of Executory Contracts and Approving Resolution of Claims Filed by Debtors (10978)

APPEARANCES:
US TRUSTEE:                         ELENA ESCAMILLA
UNSEC. CRED:                        JOHN B. MACDONALD/PATRICK PATANGAN
                                    MATTHEW S. BARR

RULING:  approved/granted

Oral/signed