

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motion for Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of October 5, 2006 and Establishing Deadline for Filing Rejection Damage Claims of October 16, 2006 Filed by Debtors (10969)

APPEARANCES:
US TRUSTEE:   ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD/PATRICK PATANGAN
   MATTHEW S. BARR

RULING: granted
Ord/submd