UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF OCTOBER 5, 2006 AND ESTABLISHING DEADLINE FOR FILING REJECTION DAMAGE CLAIMS OF OCTOBER 16, 2006**

These cases came before the Court for hearing on October 5, 2006, upon the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an order (i) under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and approving the Debtors' rejection of the executory contracts and unexpired leases listed on Exhibit A (collectively, the "Contracts") effective as of October 5, 2006 (the "Motion") and (ii) under Fed. R. Bankr. P. 3002(c)(4) establishing a deadline of October 16, 2006 for the filing of any resulting rejection damage claims. The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee or any other interested party, the Court determines that good cause exists to grant the relief requested by the Motion and granting the relief is in the best interest of these estates and creditors. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. § 365(a), and the Contracts are deemed rejected, effective as of October 5, 2006.

3. Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4. Claims for any rejection damages resulting from the rejection of the Contracts must be filed on or before October 16, 2006.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order. Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6. The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this 5 day of October, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

**Exhibit A**

**Exhibit A**
**Contracts for Rejection:**

The Debtors reserve the right to challenge the contractual, executory, or unexpired nature of any of the Contracts. The rejections pursuant to this Motion will apply only to the Contracts identified on this Exhibit A to the Motion. The rejections do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Counter-Parties listed.

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Alarms Plus | 900-C Perimeter Park Drive<br>Morrisville, NC 27560 | Monitor fire alarm system |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | All Phase Security | 3880 N 28TH TERRACE<br>HOLLYWOOD, FL 33020-1118 | Alarm Monitoring |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | B-Tech Systems | 114 49TH ST SOUTH<br>ST PETERSBURG, FL 33707 | Monitor fire alarm system |
| Winn-Dixie Stores, Inc. | | Software Agreement | | Burr Wolf | 6 CHARING CROSS ROAD<br>TAYLORS, SC 29687 | Prepetition Contract for Property Tax Software |
| Winn-Dixie Stores, Inc. | Western | Service Agreement | | CERTIFIED SECURITY SYS INC | P.O. BOX 840575<br>DALLAS, TX 75284-0575<br>ATTN: SCOTT MCNEILL, ACCTG MGR<br>3800 BUFFALO SPEEDWAY, SUITE 200<br>HOUSTON TX 77098-3706 | Monitoring Service |
| Winn-Dixie Stores, Inc. | 2038 | Maintenance Agreement - Store | | Charlie's & Gary's Lawn Service & Parking Lot Maint. | 3016 GALLERIA DR<br>METAIRIE, LA 70001-2017 | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | | Product Purchase | Amendment #2 | Cintas | 1541 Independence Square<br>Kannapolis, NC 28021 | Special Products |
| Winn-Dixie Stores, Inc. | Greenville Manufacturing Plant | Service Agreement | | Cintas | 191 Elcon Drive<br>Greenville, SC 29605<br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE, AL 36619 | 905 Work shirts and pants; 943 Food service shirts and pants; 671 Work jacket including facility services; 2x3 anti fatigue; manual flush; air freshner; seat sanitizer |
| | | | | | See Above | Superbrand Dairy |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX003346 | CSX Corporation | 500 Water Street J180 Jacksonville, FL 32202<br><br>Elizabeth L. Gunn<br>McGuireWoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX003347 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX003349 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX004593 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX006491 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | SAL057228 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | SCL003207 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | SCL015383 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | SCL035123 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | Western | Service Agreement | | FURLONG'S SECURITY | 3344 ATLANTA HWY. MONTGOMERY, AL 36109-2702 | FIRE ALARM MONITORING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Global Security | 12995 S.W. 132 CT, MIAMI, FL 33186<br><br>12491 SW 134TH CT STE 26 MIAMI, FL 33186-6416 | Fire Alarm monitoring |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Honeywell | 4936 Lenoir Ave, Jacksonville, FL 32216<br><br>ATTN: JENNIFER HARRIGAN 2441 WARRENVILLE RD, STE 600 LISLE IL 60532<br><br>ATTN: STEVEN WURST, CR MGR 39 OLD RIDGEBURY ROAD DANBURY CT 06810 | Fire Alarm monitoring |
| Winn-Dixie Stores, Inc. | 562 | Maintenance Agreement - Store | | LITTER CONTROL/THE HUGHES COMPANY | ROUTE 1 BOX 59 EUTAW, AL 35462 | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Simplex Grinnell | 4460 Medical Center Way West Palm Beach, FL 33407<br><br>9826 Southern Pine Blvd. Charlotte, NC 28273<br><br>DEPT CH 10320 PALATINE, IL 60055-0320<br><br>ATTN: CLAUDIA COMMODORE, FINANCE 50 TECHNOLOGY DRIVE WESTMINSTER, MA 01441 | Alarm Monitoring |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Simplex Grinnell | See Above | Fire sprinkler, alarm and backflow test |
| Winn-Dixie Stores, Inc. | Western | Service Agreement | | Simplex Grinnell | See Above | Fire alarm & sprinkler |
| Winn-Dixie Stores, Inc. | | IT-Hardware Maintenance | | UCI Communications | P.O. Box 1792 Columbia, SC 29202 | Telecom Maintenance - Jackson, MS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Wayne Fire | 222 Capital Court Ocee, FL 34761 | Sprinklers / Fire alarms / Monitoring |