

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Amended Motion for Retroactive Approval of Assignment and Termination Agreements for Non-Residential Real Property Leases and Subleases filed by Debtors (11330)

APPEARANCES:

US TRUSTEE:                               ELENA ESCAMILLA
UNSEC. CRED:                              JOHN B. MACDONALD/PATRICK PATANGAN
                                          MATTHEW S. BARR

RULING: approved/granted
         Ord/signed