UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING AMENDED MOTION FOR RETROACTIVE APPROVAL OF ASSIGNMENT AND TERMINATION AGREEMENTS FOR NON-RESIDENTIAL REAL PROPERTY LEASES AND SUBLEASES

These cases came before the Court for entry of an order pursuant to 11 U.S.C. §363(b), retroactively approving twelve agreements providing for the early termination or the assignment and assumption of non-residential real property leases and subleases (Docket No. 11330; the "Motion"). The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection by the United States Trustee or any other interested party, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The agreements identified on Exhibit C attached to the Motion are approved retroactively to the date each of the respective agreements was executed by the parties.

Dated this 5 day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this Order on all
parties who received copies of the
Motion.

00545274