

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Twenty-First Omnibus Objection to Duplicate Different Debtor Claims Filed by Debtors (10744)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR

RULING: granted

Ord/ signed