

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 1 of 3

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Nineteenth Omnibus Objection to (a) No Liability Claims (b) No Liability Misclassified Claims, (c) Workers Compensation Claims and (d) Workers Compensation Misclassified Claims (10689)

       Response filed by Bart Brewer (10887)

       Response filed by Quigley Corporation (11207)

       Response filed by Ben Tobin Companies, Ltd. (11250)

       Response filed by Ingram Entertainment Inc. (11257)

       Response filed by Pacific World Corporation (11258)

       Response filed by Judy Teal (11264)

       Response filed by Supermarket Equipment Resale, Inc. (11268)

APPEARANCES CONTINUED ON PAGE 3



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 2 of 3

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

Response filed by Malcolm Norton (11290)

Response filed by Chester Dix Florence Corporation (11295)

Response filed by Chester Dix Alexandria Corporation (11296)

Response filed by United Commercial Mortgage Corp. (11297)

Response filed by Windsor Station LLC (11301 and 11329)

Response filed by Dairy Farmers of America, Inc. (11321)

Response filed by Navajo Manufacturing Company, Inc (11395)

Response filed by Helen Schierbaum (11401)

Response filed by Pinnacle Foods Corporation (11519)



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                              Page 3 of 3

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| BART BREWER: | PRO SE |
| QUIGLEY CORPORATION: | JOHN BIANCO, III |
| BEN TOBIN COMPANIES, LTD: | VINCENT DAMIAN |
| INGRAM ENTERTAINMENT INC: | ALAN WEISS |
| PACIFIC WORLD CORPORATION: | JON KANE |
| JUDY TEAL: | PRO SE |
| SUPERMARKET EQUIPMENT RESALE, INC: | WESLEY BOYER |
| MALCOLM NORTON: | PRO SE |
| CHESTER DIX FLORENCE CORPORATION: | ADAM FRISCH |
| CHESTER DIX ALEXANDRIA CORP: | ADAM FRISCH |
| UNITED COMMERCIAL MORTGAGE CORP: | ADAM FRISCH |
| WINDSOR STATION LLC: | ADAM FRISCH |
| DAIRY FARMERS OF AMERICA, INC: | DAVID STERN |
| NAVAJO MANUFACTURING CO. INC: | PRO SE |
| HELEN SCHIERBAUM: | PRO SE |
| PINNACLE FOODS CORPORATION: | JOHN ROGERSON |

RULING: *Continuing some / disallowing some*

*Ord/signed*