

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.                      Page 1 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Twentieth Omnibus Objection to (a) Duplicate Different Debtor Claims and (b) Duplicate Liability Claims filed by Debtors (10742)

    Response filed by LEC Properties, Inc. and PC Properties, LLC (11076)

    Response filed by Genoa Associates, LLC (11304)

    Response filed by Greenville Grocery, LLC (11362)

    Response filed by Saran, Ltd (11414)

    Response filed by Catamount Atlanta, LLC (11442)

APPEARANCES CONTINUED ON PAGE 5



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**          Thursday
**JACKSONVILLE**                          October 5, 2006
                                          1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                Page 2 of 5

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

       Response filed by Catamount LS-KY, LLC (11443)

       Response filed by Catamount Rockingham, LLC (11444)

       Response filed by Deutsche Bank Trust Company Americas (11449)

       Response filed by Knightsdale Crossing, LLC (11451)

       Response filed by E&A Financing II, LP, et al (11470)

       Response filed by Archilles Realty Company (11476)



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                    Page 3 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by CPM Associates, LP. (11480)

Response filed by Hillcrest GDS, LLC (11482)

Response filed by Liquidity Solutions, Inc. (11487)

Response filed by WD MT Carmel, LLC, et al (11488)

Response filed by Arnobo Associates Partnership (11490)



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                     Page 4 of 5

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Response filed by Merrill Lynch LP Holdings, Inc. (Nos 11493, 11496, and 11498)

Response filed by George D. Zamias (11494)

Response filed by Merrill Lynch, Pierce, Fenner & Smith, Inc. (11499)



**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
October 5, 2006
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                           Page 5 of 5

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR

LEC PROPERTIES AND PC PROPERTIES LLC:          SALLY FOX
GENOA ASSOCIATES LLC:                          JOHN ROGERSON
GREENVILLE GROCERY LLC:                        RICHARD THAMES
SARAN, LTD:                                    JOHNATHAN BOLTON
CATAMOUNT ATLANTA, LLC:                        C. DANIEL MOTSINGER
CATAMOUNT LS-KY, LLC:                          C. DANIEL MOTSINGER
CATAMOUNT ROCKINGHAM, LLC:                     C. DANIEL MOTSINGER
DEUTSCHE BANK TRUST CO AMERICAS:               RICHARD BERNARD
KNIGHTSDALE CROSSING, LLC:                     ADAM FRISCH
E&A FINANCING II, LP ET AL:                    MARY DOWD
ARCHILLES REALTY COMPANY:                      PETER NICANDRI
CPM ASSOCIATES, LP:                            PETER NICANDRI
HILLCREST GDS, LLC:                            PETER NICANDRI
LIQUIDITY SOLUTIONS, INC:                      ELENA KETCHUM
WD MT CARMEL, LLC, ET AL:                      SARA LORBER
ARNOBO ASSOCIATES PARTNERSHIP:                 BRADLEY SHRAIBERG
MERRILL LYNCH LP HOLDINGS, INC:                LARREN NASHELSKY
GEORGE D. ZAMIAS:                              RICHARD THAMES
MERRILL LYNCH, PIERCE, ET AL:                  LARREN NASHELSKY

RULING: approved

Ord/signed