

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts filed by Debtors (10966)

Objection filed by Information Resources, Inc. (11472)

Objection filed by Oracle USA, Inc., successor in interest to PeopleSoft USA, Inc. (11492)

Objection filed by Lumbermens Mutual Casualty Company, et al (11485)

APPEARANCES:
US TRUSTEE:                                      ELENA ESCAMILLA
UNSEC. CRED:                                     JOHN B. MACDONALD/PATRICK PATANGAN
                                                 MATTHEW S. BARR
INFORMATION RESOURCES, INC:                      JOSEPH FRANK
ORACLE USA, INC:                                 SCOTT WEISS
LUMBERMENS MUTUAL CASUALTY CO. ET AL:            BRIAN RICH

RULING: Continuing 3
Approve remainder
Order signed