UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER PURSUANT TO FOURTH OMNIBUS MOTION (I) AUTHORIZING
ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
AND (II) FIXING CURE AMOUNTS**

These cases came before the Court for hearing on October 5, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the assumption of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts"), effective as of the effective date of the Debtors' joint plan of reorganization (the "Effective Date") and (b) fixing the costs of assumption at the Proposed Cure Amounts identified on Exhibit A (the "Motion").[1] By the Motion, the Counter Parties to the Contracts were given until September 28, 2006 to object to the Proposed Cure Amounts. Several formal objections to the Motion were filed, as a result of which the Debtors have agreed to continue the Motion with respect to the contracts with the following objecting parties, which contracts have been removed from Exhibit A: (a) Information Resources, Inc., (b) Oracle USA Inc. as successor to PeopleSoft USA, Inc., and (c) Lumbermens Mutual Casualty Company, American Motorists Insurance Company, American

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

Protection Insurance Company, and American Manufacturers Mutual Insurance Company (a/k/a Kemper Insurance Companies). Upon consideration, it is

ORDERED AND ADJUDGED THAT:

1. The Motion is granted.

2. The Debtors are authorized to assume the Contracts pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date. The Debtors' assumption of the Contracts as of, and upon the occurrence of, the Effective Date is approved.

3. For purposes of 11 U.S.C. § 365(b)(1), the only cure or compensation amounts owed by the Debtors with respect to the Contracts are the Proposed Cure Amounts listed on Exhibit A.

4. The Counter Parties listed on Exhibit A are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A, except for the Proposed Cure Amount.

5. The Proposed Cure Amounts shall be paid by the Debtors on or as soon as practicable after the Effective Date.

6. The requirements of 11 U.S.C. § 365(b)(1) are hereby deemed satisfied with respect to each of the Contracts.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

9.   In the event the Debtors' joint plan of reorganization is not confirmed or does not become effective, this Order shall be null and void.

Dated October 5, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

**Exhibit A**

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | 125 | Alarm Monitoring Contract | | ADT | ADT Security Systems, Inc. Attn: Brandy Wimbish, MGR 14200 East Exposition Ave. Aurora, CO 80012  P.O. Box 371967 Pittsburgh, PA 15250-7967 | Separate Burglar Alarm System Contracts for Stores 125, 436, 443, 457, 487, 498, 506, 552 . | $5,067.21 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Allen Systems Group, Inc. | 1333 Third Avenue S. Naples, FL 34102 | Portfolio Site License Access Fee and Annual License Usage Fee | $0.00 |
| Winn-Dixie Stores, Inc. | Orlando | Supply Agreement | | Azar Nut Co. (d/b/a Franklin Baking Co.) | ATTN: MISSY WILSON, CREDIT MGR 132 NORTH BROAD STREET THOMASVILLE, GA 31792 | Purchase of Nuts | $3,373.15 |
| Winn-Dixie Stores, Inc. | | Supply Agreement | | Best Manufacturing Group | Attn: Richard Menon, Director of Credit 10 Exchange Place Jersey City, NJ 7302 | Employee uniforms, work in progress, fabric and trim for WD's uniform products | $0.00 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | | Certified Alarms | 3016 Galleria Dr. Metairie, LA 70001-2017  CERTIFIED ALARMS ATTN: DAVID KOCH, OWNER 3016 GALLERIA DRIVE METAIRIE LA 70001-2017 | Separate Burglar Alarm System Contracts as amended to go month to month for Stores 473, 490, 549, 564, 570, 571, 572, 578, 580, 581, 586, 590, 591, 596, 599, 1329, 1333, 1334, 1345, 1353, 1357, 1403, 1404, 1405, 1406, 1408, 1409, 1411, 1412, 1416, 1417, 1418, 1419, 1425, 1426, 1428, 1430, 1431, 1432, 1434, 1437, 1438, 1439, 1440, 1444, 1446, 1448, 1449, 1452, 1453, 1454, 1456, 1459, 1461, 1463, 1467, 1477, 1478, 1479, 1483, 1490, 1500, 1501, 1502, 1504, 1511, 1512, 1513, 1534, 1537, 1540, 1549, 1555, 1557, 1558, 1559, 1561, 1570, 1572, 1576, 1577, 1581, 1583, 1588, 1590, 1591, 2628 | $4,937.27 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | CHEP USA | 8517 South Park Circle Orlando, FL 32819  C/O STUTSMAN & THAMES, PA ATT'N: NINA M LAFLEUR, ESQ 121 W FORSYTH STREET, SUITE 600 JACKSONVILLE FL 32202 | Pallet rental | $15,277.53 |
| Winn-Dixie Stores, Inc. | HDQ | Software License | | Computer Associates | ATTN: ROBERT AUSTEN, MGR ONE COMPUTER ASSOCIATES PLAZA ISLANDIA, NY 11749 | Unicenter OPS for MVS | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Computer Associates | See Above | Advantage Optimizer | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Computer Associates | See Above | Advantage Vision | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Computer Associates | See Above | Interest CICS VSE | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Cyclone Commerce | 8388 E. Hartford Drive Scottsdale, AZ 85255 | Cyclone Interchange Enterprise License | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | License Agreement | | Deloitte & Touche Tax Technologies LLC n/k/a Corptax, LLC a/k/a MLM Information Services | 1751 Lake Cook Road Suite 200 Deerfield, IL 60015  P.O. Box 35158 Newark, NJ 07193-5158  21550 Oxnard Street 1100 Woodland Hills, CA 91367 | CorpSales Software License Agreement #X8117, dated May 26, 2004, between Deloitte & Touche Tax Technologies LLC and Winn-Dixie Stores, Inc., as amended | $0.00 |
| Winn-Dixie Stores, Inc. | | Confidentiality Agreement | | Deloitte & Touche Tax Technologies LLC n/k/a Corptax, LLC a/k/a MLM Information Services | See Above | Confidential Disclosure Agreement, dated January 29, 2004, between Deloitte & Touche Tax Technologies LLC and Winn-Dixie Stores, Inc. | $0.00 |
| Winn-Dixie Stores, Inc. | 215, 226, 235, 247, 251, 252, 254, 267, 280 285, 388, 720, 721, 728, 729 | Maintenance Agreement - Store | | ENVIRONMENTAL MANAGEMENT | 1940 NORTHWEST 22ND STREET POMPANO BEACH,, FL 33069 | SWEEPING and LANDSCAPING | $8,716.30 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | F5/Dell | 401 Elliott Ave. West Seattle, WA 98119 | BIG-IP | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | 8197-5378 | Federal Insurance Company | Federal Insurance Company 55 Water Street, 28th FL, New York, NY 10041 | Special Crime Insurance Policy Period - April 30, 2004 to April 30, 2007 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | D004W00142 | Fidelity and Guaranty Insurance Company | Fidelity and Guaranty Insurance Company c/o Discoverry Managers, Ltd. 5 Batterson Park, Farmington, CT 06032 Attn: Compliance Officer  Fidelity and Guaranty Insurance Company 5 Batterson Park, Farmington, CT 06032 Attn: Jeffrey Fisher, Esq.  Bingham McCutchen LLP One State Street Hartford, CT 06103 Attn: Harold S. Horwich, Esq. Stephen M. Hryniewicz, Esq. | Workers' Compensation and Employers' Liability Policy Policy Period - May 1, 2003 to December 1, 2003 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | D004W00188 | Fidelity and Guaranty Insurance Company | See Above | Workers' Compensation and Employers' Liability Policy Policy Period - December 1, 2003 to July 1, 2004 | $0.00 |
| Winn-Dixie Stores, Inc. | | Debit & Credit Card Processing Arrangement | | Fifth Third Bank | 38 Fountain Square Plaza Cincinnati, OH 45263 | Systems Management: Bank Card Merchant Agreement 3/1/04 | $0.00 |
| Winn-Dixie Stores, Inc. | | Debit & Credit Card Processing Arrangement | | Fifth Third Processing Solutions fka Midwest Payment Systems Inc. | 38 Fountain Square Plaza Cincinnati, OH 45263 | Systems Management: Maser Data Processing Agreement 2/1/98. (Debit Jeanie, Interlink, Maestro, NYCE, Star N/E and Money Station) | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Scan Based Trading Agreement | | Flowers Bakeries LLC | Attn: General Counsel<br>1925 Flowers Circle<br>Thomasville, GA 31757<br><br>ATTN: MISSY WILSON, CREDIT MGR<br>132 NORTH BROAD STREET<br>THOMASVILLE GA 31792 | Scan Based Trading Agreement (Purchasing agreement for bakery goods) | $3,289.87 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 49610110 | GEAC Enterprise Solutions, Inc. | NW 5421<br>PO BOX 1450<br>MINNEAPOLIS,, MN 55485-5421 | JBA Software Support - Astor Plant | $44,650.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | 49610110 | GEAC Enterprise Solutions, Inc. | See Above | JBA Software Support - Deep South | $0.00 |
| Winn-Dixie Stores, Inc. | | Product Purchase | | Harvard Drug Group | C/O BARRIS SOTT DENN & DRIKER PLLC<br>ATTN STEPHEN E GLAZEK, ESQ<br>211 WEST FORT ST, 15TH FL<br>DETROIT MI 48226<br><br>31778 ENTERPRISE DR<br>LIVONIA, MI 48150 | Pharmaceutical Purchasing Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Imaging Technologies | ATTN: JACK ELLIS, DIV CONTROLLER<br>P.O. BOX 13426<br>ATLANTA, GA 30324 | AutoCad 2005 and AutoCad Lt | $0.00 |
| Winn-Dixie Stores, Inc. | 644, 668, 672 | Maintenance Agreement - Store | | LAWN MAINTENANCE / PRO-BORING | 915 Silver Palm Way<br>Apollo Beach, FL 33572 | LANDSCAPING | $0.00 |
| Winn-Dixie Stores, Inc. | | Equipment Lease | | Lifeclinic.com Corporation | ATTN: STEVE HALPERIN, COO/CFO<br>255 N WASHINGTON STREET, SUITE 202<br>ROCKVILLE MD 20850 | Blood Pressure Machine Lease Agreement | $10,850.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Loomis Fargo & Company | 3650 Morris Farm Drive, Unit 1D<br>Greensboro, NC 27409<br><br>DEPT. AT 40331<br>ATLANTA, GA 31192-0331 | Armored Car Services | $0.00 |
| Winn-Dixie Procurement, Inc. | | Gasoline Supply | | Mansfield Oil Company / Onyx-Mansfield, LLC | 1025 Airport Parkway, SW<br>Gainesville, GA 30501-6833<br><br>P.O. BOX 530100<br>ATLANTA, GA 30353-0100 | Petroleum Products Supply and Services Agreement effective June 1, 2004 between Winn-Dixie Procurement, Inc. and Mansfield Oil Company of Gainesville, Inc. and Onyx-Mansfield, LLC, as amended | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | Manugistics, Inc. | 9715 Key West Ave.<br>Rockville, MD 20850<br><br>DEPT CH 17165<br>PALATINE, IL 60055-7165 | Solution Support Agreement 1 MRS (Routing and Scheduling) and TR (Routing) | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | Manugistics, Inc. | See Above | Solution Support Agreement 2 NW Transport, Freight Payment, Execution Mgr, Webconnect Integrate, NW Procurement, NW Visibility and NW OneView | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Matra Systems Inc. | 3355 BRECKINRIDGE BLVD STE 120 DULUTH, GA 30096 | Enterprise DDA | $25,793.35 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Matra Systems Inc. | See Above | OmniParse v4.0 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Microsoft | 7000 N State Hwy 161 Irving, TX 75039 | Essential Support Plan | $0.00 |
| Winn-Dixie Stores, Inc. | 2347 | Maintenance Agreement - Store | | MILLENNIUM | 2864 STATEN DRIVE DELTONA, FL 32738 | PRESSURE WASHING | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | NDC Health | 2394 East Camelback Road Phoenix, AZ 85016 ATTN: DUNCAN M HARLE & HA ROSENBERG NDC PLAZA ATLANTA GA 30329-2010 | Service Agreement dated December 21, 2001, as amended (NDC Swich) | $0.00 |
| Winn-Dixie Stores, Inc. | | Software Maintenance | | NDC Health | See Above | Service Agreement dated March 27, 1991, as amended (NDC Swich) | $4,154.94 |
| Winn-Dixie Stores, Inc. | | License Agreement | | PDX, Inc. | ATTN: MICHAEL INGRAM, CFO 101 JIM WRIGHT FWY SO, STE 200 FT WORTH TX 76108-2202 | Rx software system | $0.00 |
| Winn-Dixie Stores, Inc. | | Pharmacy Service | | PDX/NHIN | ATTN: MICHAEL INGRAM, CFO 101 JIM WRIGHT FWY SO, STE 200 FT WORTH TX 76108-2202 | Pharmacy Dispensing Software System | $24,295.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Pharmacy Choice Inc. (formerly RX Career Center) | 1666 Race Street Denver, CO 80206 | Development and Hosting Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | | Vehicle Fleet Lease Agreement | 602 | PHH / D.L. Peterson Trust | 3000 Leadenhall Road Mt. Laurel, NJ 08054 5924 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 940 RIDGEBROOK ROAD SPARKS, MD 21152 | Motor Vehicle Fleet Open-end Operating Lease Agreement | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Quest Software Inc. | P.O. Box 51739 LOS ANGELES, CA 90051-6039 | PS Production SVR | $0.00 |
| Winn-Dixie Stores, Inc. | All | Product Purchase | | RAYOVAC CORPORATION | 601 RAYOVAC DRIVE MADISON, WI 53711 | ALKALINE BATTERIES, HEARING AID BATTERIES, FLASHLIGHTS | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | NW-1363528 | Reliance National Indemnity Company | Reliance National 77 Water Street New York, NY 10005 Attn: Anthony Chismar Risk Management Division Lawrence J. Tabas, Esq. Deirde M. Richards, Esq. Obermayer Rebmann Maxwell & Hippel LLP One Penn Center, 19th Floor 1617 JFK Blvd. Philadelphia, PA 19103 | Workers Compensation and Employers Liability Insurance Policy Policy Period - August 1, 1988 to August 1, 1989 | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Insurance Policy | NWA-0144687-00 | Reliance National Indemnity Company | See Above | Workers Compensation and Employers Liability Insurance Policy Policy Period - March 1, 1998 to March 1, 1999 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | NWA-0144687-01 | Reliance National Indemnity Company | See Above | Workers Compensation and Employers Liability Insurance Policy Policy Period - March 1, 1999 to March 1, 2000 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Policy | NWA-0144687-02 | Reliance National Indemnity Company | See Above | Workers Compensation and Employers Liability Insurance Policy. Policy Period - March 1, 2000 to September 1, 2000 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Contract | | Reliance National Indemnity Company | See Above | Insurance Program Agreement effective March 1, 1998 | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Contract | | Reliance National Indemnity Company | See Above | Addendum Number One to Insurance Program Agreement effective March 1, 1999 | $0.00 |
| Winn-Dixie Stores, Inc. | All Manufacturing Plants | Maintenance Agreement | | Republic Refrigeration Inc. | 2890 Gray Fox Road Monroe, NC 28110 | Twice yearly vibration analysis on 100 compressors and 8 hours refresher course on refrigeration system. | $4,496.07 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Retalix | 1501 Woodfield Road Suite 210 Schaumburg, IL 60173 | Triceps | $17,991.70 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | Retalix | See Above | Biceps, Abs, Prompt | $0.00 |
| Winn-Dixie Stores, Inc. (Superbrand Dairy Products Inc.) | Plant City Dairy - Manufacturing Plant | Service Agreement | M03SMMN5KXR2Z | Sprint - Florida, Inc. | 7406. Fullerton St Jacksonville, FL 32256 ATTN: MARY C HALL 6391 SPRINT PARKWAY OVERLAND PARK KS 66251-2850 | Standard telephone plan service from 8am-5pm, local time, Monday through Friday excluding Sprint holidays. | $10,244.23 |
| Winn-Dixie Raleigh, Inc. | | Service Agreement | | State of Tennessee Dept of Health | 425 5th Avenue North Nashville, TN 37247 | WIC Contract | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | StorageTek aka Key Equipment | 5390 Triangle Parkway, Suite 300 Norcross, GA 30092 ATTN: SAL BOSCIA 1000 SOUTH MCCASLIN BLVD SUPERIOR, CO 80027 | T/L Cartridge Subsystem Serial #23200003860 | $4,006.20 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | StorageTek aka Key Equipment | See Above | SW&HW Serial # 16678, 14398, 14399, 51786, 51787, 10415, 10416 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | StorageTek aka Key Equipment | See Above | HW Serial #415,416,417,418,4398,4399, | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Lease | | StorageTek aka Key Equipment | See Above | HW Serial #780, 11920,11971,2862,1852,3138,3880,4225,4226,4227,4230,9194,9195,9221-9226,2122-2128, 2130,0549,0594,2468,2758,1604,1605 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | StorageTek aka Key Equipment | See Above | SW S/N 12468, 12758, 1604, and 1605 | $0.00 |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | | StorageTek aka Key Equipment | See Above | Software MVS HSC S/N 12468, 12758, 14398, 14399, 1604, and 1605 | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | D00B22559 | Supermarket Application Managers (SAM) / Sam Group, Inc. | 11 Smith Hines Road<br>Greenville, SC 29607 | 9992-003-4690 OSV3 Purchase Agreement dated December 24, 2003 (IBM Software Maint) | $0.00 |
| Winn-Dixie Stores, Inc. | 7 | Assignment of Lease | | The TJX Operating Companies, Inc. | TJX Companies Inc.<br>C/O Southeast Leasing & Mgt. Co.<br>9210 Cypress Green Drive<br>Jacksonville, FL 32216<br><br>The TJX Operating Companies, Inc.<br>770 Cochituate Road<br>P.O. Box 9123<br>Framingham, MA 01701<br><br>Carriage Gate<br>C/O Regency Centers, LP<br>P.O. Box 532937<br>Atlanta, GA 30353-2937<br><br>Regency Centers<br>Attn: Pam Ashe<br>10117 Princess Palm Ave.<br>Tampa, FL 33610<br><br>NHP Acquisition Corporation and Management<br>C/O Broadmont Asset Services, Inc.<br>7004 W. Butler Pike<br>Ambler, PA 19002 | Assignment of Lease dated March 4, 1991 by and between Winn-Dixie Stores, Inc. and The TJX Operating Companies<br><br>**Note: This Assignment of Lease was incorrectly designated as a sublease in the Debtors' Second Omnibus Motion for Order Authorizing Assumption of Executory Contracts and Unexpired Leases and Fixing Cure Amounts (filed at Docket No. 9897 and granted by Order filed at Docket No. 10542). The Debtors have included this Assignment of Lease on this Exhibit A to avoid any confusion as to the status of the Assignment.** | $0.00 |
| Winn-Dixie Stores, Inc. | | Insurance Contract | | United States Fidelity and Guaranty Insurance Company | Fidelity and Guaranty Insurance Company<br>c/o Discovery Managers, Ltd.<br>5 Batterson Park,<br>Farmington, CT 06032<br>Attn: Compliance Officer<br><br>Fidelity and Guaranty Insurance Company<br>5 Batterson Park,<br>Farmington, CT 06032<br>Attn: Jeffrey Fisher, Esq.<br><br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103<br>Attn: Harold S. Horwich, Esq.<br>Stephen M. Hryniewicz, Esq. | Indemnity Agreement dated May 1, 2003 | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Insurance Contract | | United States Fidelity and Guaranty Insurance Company | See Above | Addendum #1 To Indemnity Agreement Effective May 1, 2003 Between United States Fidelity and Guaranty and Winn-Dixie Stores, Inc. | $0.00 |
| Winn-Dixie Montgomery, Inc. | | Store Services | | Western Union | One Mack Centre Drive Paramus, NJ 07652<br><br>P.O. Box 503123 St. Louis, MO 63150-2123<br><br>C/O Integrated Payment Services Inc., Attention: Tim Schroeder, Senior Vice President and General Manager 6200 South Quebec Street Englewood, CO 80111 | Agency Agreement dated June 23, 1998 between Western Union Financial Services, Inc. and Winn-Dixie Louisiana, Inc. n/k/a Winn-Dixie Montgomery, Inc. | $0.00 |
| Winn-Dixie Stores, Inc. | | Store Services | | Western Union | See Above | Agency Agreement dated October 5, 2000 between Western Union Financial Services, Inc. and Winn-Dixie Orlando, Inc. | $0.00 |
| Winn-Dixie Stores, Inc. | | Store Services | | Western Union | See Above | Agency Agreement (Year 2000) between Western Union Financial Services, Inc. and Winn-Dixie Miami, Inc. | $0.00 |
| Winn-Dixie Stores, Inc. | | Store Services | | Western Union | See Above | Easy Pay Agency Agreement dated July 12, 1995 between Western Union National Payments Network, Inc. and Winn-Dixie (Jacksonville Division) | $0.00 |
| Winn-Dixie Stores, Inc. | | Service Agreement | | Western Union | See Above | Amendment/ Debit Card Acceptance | $0.00 |
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | | Xerox Corporation, Xerox Capital Services LLC | Attn: Vanessa Adams, Bankruptcy Coordinator 1301 Ridgeview Road, R-382-450 Lewisville, TX 75028<br><br>800 Long Ridge Road Stamford, CT 06904<br><br>Hughes Luce LLP G. James Landon, Esq. 111 Congress Ave., Suite 900 Austin, TX 78701 | Lease Agreement No. 010999212 for DC440SX 440SX System, 1)CRU32METR, Consulting Services, Customer Education | $0.00 |
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | | Xerox Corporation, Xerox Capital Services LLC | See Above | Lease Agreement for DPCTRL150SOT CONTROLLER, SN: MKT665684 | $0.00 |

Exhibit A
Contracts for Assumption

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Contract Description | Proposed Cure Amount |
|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | | Xerox Corporation, Xerox Capital Services LLC | See Above | Lease Agreement No. 01099215 for PS75M75 MICR PRINTER, SN: FWVD01501, 1)DFINSHI | $0.00 |
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | | Xerox Corporation, Xerox Capital Services LLC | See Above | Addendum to Create a Separate Maintenance Agreement | $0.00 |