

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Third Omnibus Motion for Order Authorizing Negotiated Assumptions of Executory Contracts and Unexpired Leases and Granting Related Relief Filed by Debtors (10975)

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA

UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN

                     MATTHEW S. BARR

RULING:  approved / granted
         ord / signed