

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

First Omnibus Motion for Order Authorizing Negotiated Assumptions of Executory Contracts and Unexpired Leases and Granting Related Relief Filed by Debtors (10971)

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

RULING: approved / granted
         Ord/ signed