

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Debtor's Second Omnibus Motion to (i) Assume Non-Residential Real Property Leases (ii) Fix Cure amounts and (iii) Grant Related Relief (8941)

Objection to Assumptions:

Objection filed by Newport Partners, Store No. 251 (9475)

Objection filed by Deutsche Bank Trust Company Americas Store No. 89 (9708 and 9750)

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD/PATRICK PATANGAN
                                               MATTHEW S. BARR
NEWPORT PARTNERS:                              PETER RUSSIN
DEUTSCHE BANK TRUST CO. AMERICAS:   RICHARD BERNARD

RULING:  Cont 10-12-06
         1:00
         A0C NFN