

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.    PAGE 1 OF 4

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motions to Temporarily Allow Claims for Purposes of Voting on the Plan

**Motions:**

    (a) Deutsche Bank Trust Company Americas (10715) *agreed*

    (b) Kentucky Taxing Authorities (10911) *grant as to claims filed*

    (c) Hamilton County, Tennessee (10937) *grant*

    (d) The Estate of Plunkett (10944) *grant*

    (e) Wah Hong Go (10986) *denied lack of prosecution*

    (f) Catamount Atlanta, LLC (10991) *grant*

APPEARANCES CONTINUED ON PAGE 4



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**                    Page 2 of 4

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

(g) Catamount LS-KY, LLC (10992)  *grant*

(h) Catamount Rockingham, LLC (10993)  *grant*

(i) Big Pine, LLC (11003)  *grant*

(j) Brach's Confections Inc. (11004)  *withdrawn*

(k) Shaun Kevin Johnson et al (11005)  *withdrawn*

(l) James Girdzus, Jr (11006)  *withdrawn*

(m) Anna Lopiccolo (11007)  *withdrawn*

(n) Robbie McMillan (11008)  *withdrawn*

(o) Vicky Lynn Whipple (11009)  *withdrawn*

(p) Ocean 505 Assoc., LLC and Grandecks Assoc., LLC (11011)  *granted*

(q) Jason L. Lodolce (11012)  *deny but can vote as unliquidated amount*



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.                              Page 3 of 4

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

(r) Jack Snipes (11013)  *denied but can vote as unliquidated amount*

(s) Ryan Malone (11014)  *denied but can vote as unliquidated amount*

(t) City of Hampton (11023)  *granted*

(u) Bulloch County, Georgia (11025)  *granted*

(v) Muscogee County, Georgia (11026)  *withdrawn*

(w) ORIX Capital Markets, LLC (11030)  *granted*

(x) LCH Opportunities, LLC (11031)  *granted*

(y) CW Capital Asset Management, LLC, as successor in interest to CRIIMI MAE Services, Limited Partnership (11032)  *granted*

(z) CW Capital Asset Management, LLC, as successor in interest to Allied Capital Corporation (11033)  *granted*

(aa) Harrison County, Mississippi (11037)  *withdrawn*

Omnibus Response filed by Debtors (11278)

Reply to Response by Kentucky Taxing Authorities (11597)

Case 3:05-bk-03817-JAF   Doc 11682   Filed 10/05/06   Page 4 of 4



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.                    Page 4 of 4

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| DEUTSCHE BANK TRUST CO AMERICAS: | RICHARD BERNARD |
| KENTUCKY TAXING AUTHORITIES: | SUSAN STIVERS  R Thames -P |
| HAMILTON COUNTY, TENNESSEE: | SCOTT BROWN |
| THE ESTATE OF PLUNKETT: | ADAM FRISCH P |
| WAH HONG GO: | ANTHONY SANCHEZ |
| CATAMOUNT ATLANTA, LLC: | C. DANIEL MOTSINGER  Frisch -P |
| CATAMOUNT LS-KY, LLC: | C. DANIEL MOTSINGER  " |
| CATAMOUNT ROCKINGHAM, LLC: | C. DANIEL MOTSINGER  " |
| BIG PINE, LLC: | ROBERT WILCOX -P |
| BRACH'S CONFECTIONS INC: | ROBERT WILCOX P |
| SHAUN KEVIN JOHNSON ET AL: | ROBERT WILCOX P |
| JAMES GIRDZUS, JR.: | ROBERT WILCOX P |
| ANNA LOPICCOLO: | ROBERT WILCOX P |
| ROBBIE MCMILLAN: | ROBERT WILCOX P |
| VICKY LYNN WHIPPLE: | ROBERT WILCOX P |
| OCEAN 505 ASSOC., LLC ET AL: | ADAM FRISCH P |
| JASON L. LODOLCE: | RICHARD BEHR  Bia Mills -P |
| JACK SNIPES: | RICHARD BEHR  " |
| RYAN MALONE: | RICHARD BEHR  " |
| CITY OF HAMPTON: | RICHARD THAMES P |
| BULLOCH COUNTY, GEORGIA: | RICHARD THAMES P |
| MUSCOGEE COUNTY GEORGIA: | RICHARD THAMES P |
| ORIX CAPITAL MARKETS, LLC: | RICHARD THAMES P |
| LCH OPPORTUNTIES, LLC: | PHILIP MARTINO |
| CWCAPITAL ASSET MANAGEMENT: | RICHARD THAMES P |
| HARRISON COUNTY, MISSISSIPPI: | RICHARD THAMES P |

RULING: Order / Busey