UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors.[1] ) | Jointly Administered |

ORDER WITH RESPECT TO MOTIONS FOR
ALLOWANCE OF CLAIMS FOR VOTING PURPOSES

These cases came before the Court for hearing on October 5, 2006, upon (a) the motions seeking temporary allowance of claims for voting purposes that were filed by Deutsche Bank Trust Company Americas (Docket No. 10715); the Kentucky Taxing Authorities (Docket No. 10911); Hamilton County, Tennessee (Docket No. 10937); The Estate of Plunkett (Docket No. 10944); Wah Hong Go (Docket No. 10986); Catamount Atlanta, LLC (Docket No. 10991); Catamount LS-KY, LLC (Docket No. 10992); Catamount Rockingham, LLC (Docket No. 10993); Big Pine, LLC (Docket No. 11003); Ocean 505 Assoc., LLC and Grandecks Assoc., LLC (Docket No. 11011); Jason L. Lodolce (Docket No. 11012); Jack Snipes (Docket No. 11013); Ryan Malone (Docket No. 11014); City of Hampton (Docket No. 11023); Bulloch County, Georgia (Docket No. 11025); Orix Capital Markets, LLC (Docket No. 11030); LCH Opportunities, LLC (Docket No. 11031); CWCapital

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Asset Management, LLC, as successor in interest to CRIIMI MAE Services Limited Partnership (Docket No. 11032); and CWCapital Asset Management LLC, as successor in interest to Allied Capital Corporation (Docket No. 11033) (collectively, the "Rule 3018 Motions" and the moving parties, collectively, the "Movants"),[2] and (b) the omnibus response to the Rule 3018 Motions (the "Response") that was filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). The motions for allowance of claims for voting purposes that were filed by Brach's Confections Inc. (Docket No. 11004); Shaun Kevin Johnson et. al. (Docket No. 11005); James Girdzus, Jr. (Docket No. 11006); Anna Lopiccolo (Docket No. 11007); Robbie McMillan (Docket No. 11008); Vicky Lynn Whipple (Docket No. 11009); Muscogee County, Georgia (Docket No. 11026); and Harrison County, Mississippi (Docket No. 11037) were withdrawn on the record at the hearing. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Rule 3018 Motion filed by Deutsche Bank (Docket No. 10715) is granted and the Voting Agent is instructed to count the ballots submitted by such Claimant in the aggregate amount of $51.5 million.

2. The Rule 3018 Motion filed by the Kentucky Taxing Authorities (Docket No. 10911) is granted in part and the Voting Agent is instructed to count two ballots returned by such Claimant in the amounts of $3,886.77 (for Claim No. 1158) and $5,716.04 (for Claim No. 1351), respectively. The motion is otherwise denied.

---

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Response.

3. The Rule 3018 Motions filed by Jason L. Lodolce, Jack Snipes and Ryan Malone (Docket Nos. 11012, 11013 and 11014) are granted in part and the Voting Agent is instructed to count the ballot submitted by each Claimant as one vote for purposes of numerosity and $0 for amount.

4. The Rule 3018 Motion filed by Hamilton County, Tennessee (Docket No. 10937) is granted and the Voting Agent is instructed to count the ballot submitted by such Claimant in the amount of $15,431.00.

5. The Rule 3018 Motion filed by The Estate of Plunkett (Docket No. 10944) is granted and the Voting Agent is instructed to count the ballot submitted by such Claimant in the amount of $1,104,476.18.

6. The Rule 3018 Motion filed by Catamount Atlanta, LLC (Docket No. 10991) is granted in part and the Voting Agent is instructed to count one ballot for Claim No. 11787 in the amount of $265,534.69.

7. The Rule 3018 Motion filed by Catamount LS-KY, LLC (Docket No. 10992) is granted in part and the Voting Agent is instructed to count one ballot for Claim No. 12859 in the amount of $725,894.53.

8. The Rule 3018 Motion filed by Catamount Rockingham, LLC (Docket No. 10993) is granted in part and the Voting Agent is instructed to count one ballot for Claim No. 11892 in the amount of $315,362.83.

9. The Rule 3018 Motion filed by Big Pine, LLC (Docket No. 11003) is granted and the Voting Agent is instructed to count a single ballot in the amount of $19,219.05 to accept the plan.

10. The Rule 3018 Motion filed by Ocean 505 (Docket No. 11011) (as modified by the terms of the claim settlement reached between the Debtors and such Claimant) is granted and the Voting Agent is instructed to count the ballot submitted by Ocean 505 in the amount of $342,417.38.

11. The Rule 3018 Motion filed by Orix Capital Markets, LLC (Docket No. 11030) is granted in part and the Voting Agent is instructed to count each ballot submitted by Orix Capital Markets, LLC as one vote for purposes of numerosity and $0 for amount.

12. The Rule 3018 Motion filed by LCH Opportunities, LLC (Docket No. 11031) is granted and the Voting Agent is instructed to count the ballot submitted by LCH Opportunities, LLC in the amount of $217,500.

13. The Rule 3018 Motions filed by CWCapital Asset Management, LLC (Docket Nos. 11032 and 11033) are granted in part and the Voting Agent is instructed to count each ballot submitted by each CWCapital Asset Management, LLC as one vote for purposes of numerosity and $0 for amount.

14. The Rule 3018 Motion filed by the City of Hampton (Docket No. 11023) is granted in part and the Voting Agent is instructed to count the ballot returned by City of Hampton in the amount of $21,127.68.

15. The Rule 3018 Motion filed by Bulloch County, Georgia (Docket No. 11025) is granted in part and the Voting Agent is instructed to count a single ballot returned by Bulloch County, Georgia in the amount of $10,833.77.

16. Except as provided in Paragraphs 1 through 15 of this Order, all of the Rule 3018 Motions are denied and the Voting Agent is directed to not count any ballots submitted by such Claimants.

17. This Order is without prejudice to the Debtors' rights to object to the Claims of any of the Claimants on any basis, including, without limitation, validity, amount, or status as secured, priority unsecured or non-priority unsecured.

Dated this ⎽⎽ day of October, 2006 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

00545583