HONORABLE JERRY A. FUNK

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE

Thursday

October 5, 2006

1:00 P.M.

# PRO MEMO

CASE NO. 05-3817-3F1 WINN-DIXIE STORES, INC.



Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Motions for Determination of Plan Class

MOTIONS:

(a) Floyd Thomas Bailey (10858 and 10859) denied

(b) Luz Elena Cardona (10917) denied for failure to prosecute

(c) Lucien Buggs (10918) grant ore tenus motion - denied

(d) Wah Hong Go (10983) denied for failure to prosecute

(e) Remke Markets, Inc. (11027) grant

(f) Alliance Shippers, Inc. (11034) denied

APPEARANCES CONTINUED ON PAGE 3




**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1 WINN-DIXIE STORES, INC.**



**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**(g) Delta Plaza, LLC (11040)** granted

**(h) Quincy Associates, Lakeland Partners and Northwood Oaks, LLC (11120)** Withdrawn

**(i) Ernest Allen (11128)** denied for lack of prosecution

**Omnibus Response: Debtors Response to Motions (Docket No. 11280)**

**Reply to Debtors' Response filed by Wah Hong Go (11317)**

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD/PATRICK PATANGAN |
| | MATTHEW S. BARR |
| FLOYD THOMAS BAILEY: P | PRO SE |
| LUZ ELENA CARDONA: | PRO SE |
| LUCIEN BUGGS: | FRANKLIN T. WALDEN - P |
| WAH HONG GO: | ANTHONY SANCHEZ |
| REMKE MARKETS, INC: | JASON BURNETT |
| ALLIANCE SHIPPERS, INC: | RYAN DAVIS P |
| DELTA PLAZA, LLC: | RICHARD THAMES P |
| QUINCY ASSOCIATES, ET AL: | JASON JOHNSON |
| ERNEST ALLEN: | PRO SE |

**RULING:** Ord / Busey