UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

ORDER WITH RESPECT TO MOTIONS SEEKING
DETERMINATION OF PLAN CLASS

These cases came before the Court for hearing on October 5, 2006, upon (a) the motions seeking determination of plan class that were filed by Floyd Thomas Bailey (Docket Nos. 10858 and 10859); Luz Elena Cardona (Docket No. 10917); Lucien Buggs (Docket No. 10918); Wah Hong Go (Docket No. 10983); Remke Markets, Inc. (Docket No. 11027); Alliance Shippers, Inc. (Docket No. 11034); Delta Plaza, LLC (Docket No. 11040); and Ernest Allen (Docket No. 11128) (collectively, the "Motions for Determination of Plan Class"),[2] and (b) the corresponding omnibus response (the "Response") filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") (the "Response"). The motion seeking determination of plan class filed by KJump, Inc. (Docket No. 10875) was withdrawn by Notice of Withdrawal dated September 25, 2006 (Docket No. 11309). The motion seeking determination of plan class filed by

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Response.

Quincy Associates, Lakeland Partners and Northwood Oaks, LLC (Docket No. 11120) was withdrawn by Notice of Withdrawal dated October 5, 2006 (Docket No. 11639). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Claim of Remke Markets, Inc. shall be reclassified as a Class 16 Other Unsecured Claim and shall be treated as a Class 16 Other Unsecured Claim for all purposes under the Plan.

2. The Claim of Delta Plaza, LLC shall be reclassified as a Class 13 Landlord Claim and shall be treated for all purposes as a Class 13 Landlord Claim under the Plan.

3. Except as set forth in Paragraphs 1 and 2 of this Order, the remaining Motions for Determination of Plan Class are denied.

4. This Order is without prejudice to rights to object to the Claims of any of the Claimants on any basis, including, without limitation, validity, amount, or status as secured, priority unsecured or non-priority unsecured.

Dated this 6 day of October, 2006 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

671816-New York Server 1A - MSW