

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Florida Tax Collectors' Motion for Leave to File Proofs of Claim without Prejudice (4283)

Objection to Motion filed by Debtors (5874)

Objection to Motion filed by Creditors' Committee (5887)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR
FLORIDA TAX COLLECTORS:        BRIAN T. FITZGERALD

Duval Co. Tax Coll,     R. Thames - P
FL Tax Coll.            Brian Hanlon - P

RULING:

under advisement
judge/rule