

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Florida Tax Collectors' Response to and Motion to Dismiss Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (10609)

Reply filed by debtors (11599)

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
FLORIDA TAX COLLECTORS:  BRIAN T. FITZGERALD
                         Brian Hanlon -P
RULING:                  R. Thames -P   Duval Co Tax Coll
                                  m/cont. - denied

under advisement
10 days for FL Tax Coll
from today
then 5 days