

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
October 5, 2006
1:00 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Florida Tax Collectors' Response to and Motion to Abstain from Consideration of Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (10594)

Reply filed by Debtors (11598)

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
FLORIDA TAX COLLECTORS:  BRIAN T. FITZGERALD
                         Brian Hanlon - P
RULING:                  R. Thames - P  Duval Co Tax Coll
                              └ m/ cont. - denied

under advisement
10 days for FL day Coll
from today
then 5 days for debtor