UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

ORDER STRIKING REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

The Court finds that the Request for Payment of Administrative Expense filed by Laura Metzger on behalf of Information Builders, Inc. on October 5, 2006, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

ORDERED:

The Request for Payment of Administrative Expense filed by Laura Metzger on behalf of Information Builders, Inc. on October 5, 2006 is stricken from the record.

DATED October 6, 2006, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Laura Metzger, 1675 Broadway, New York, NY 10019-5820