UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

### ORDER STRIKING REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

The Court finds that the Request for Payment of Administrative Expense filed by Laura Metzger on behalf of Information Builders, Inc. on October 5, 2006, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

The Request for Payment of Administrative Expense filed by Laura Metzger on behalf of Information Builders, Inc. on October 5, 2006 is stricken from the record.

**DATED October 6, 2006**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Laura Metzger, 1675 Broadway, New York, NY 10019-5820

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes            Page 1 of 1             Date Rcvd: Oct 06, 2006
Case: 05-03817               Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on Oct 08, 2006.
aty          +Laura D Metzger,   Mayer Brown Rowe & Maw LLP,   1675 Broadway,   New York, NY 10019-5889

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2006**                    **Signature:** *Joseph Speetjens*