## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.,**

Debtors.[1]

**Chapter 11**

**Case No. 05-03817-3F1**

**(Jointly Administered)**

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about October 6, 2006 I caused copies of:

• the **Order Authorizing Rejection of Executory Contracts and Unexpired Leases Effective as of October 5, 2006 and Establishing Deadline for Filing Rejection Damage Claims of October 16, 2006**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: October 9, 2006

_____
Kathleen M. Logan

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

**Order Authorizing Rejection of Executory Contracts and
Unexpired Leases Effective as of October 5, 2006 and
Establishing Deadline for Filing Rejection Damage
Claims of October 16, 2006**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534778-EK<br>ALARMS PLUS<br>900-C PERIMETER PARK DRIVE<br>MORRISVILLE NC 27560 | CREDITOR ID: 534777-EK<br>ALARMS PLUS<br>3880 N 28TH TERRACE<br>HOLLYWOOD FL 33020-1118 | CREDITOR ID: 534779-EK<br>ALL PHASE SECURITY<br>114 49TH ST SOUTH<br>ST PETERSBURG FL 33707 |
| CREDITOR ID: 534780-EK<br>B-TECH SYSTEMS<br>6 CHARING CROSS ROAD<br>TAYLORS SC 29687 | CREDITOR ID: 534782-EK<br>BURR WOLF<br>ATTN: SCOTT MCNEILL, ACCTG MGR<br>3800 BUFFALO SPEEDWAY, SUITE 200<br>HOUSTON TX 77098-3706 | CREDITOR ID: 534781-EK<br>BURR WOLF<br>PO BOX 840575<br>DALLAS TX 75284-0575 |
| CREDITOR ID: 534783-EK<br>CERTIFIED SECURITY SYS  INC<br>3016 GALLERIA DR<br>METAIRIE LA 70001-2017 | CREDITOR ID: 534784-EK<br>CHARLIE'S & GARY'S LAWN SERVICE & PARKING LOT MAIN<br>1541 INDEPENDENCE SQUARE<br>KANNAPOLIS NC 28021 | CREDITOR ID: 534786-EK<br>CINTAS<br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE AL 36619 |
| CREDITOR ID: 534785-EK<br>CINTAS<br>191 ELCON DRIVE<br>GREENVILLE SC 29605 | CREDITOR ID: 534788-EK<br>CSX CORPORATION<br>MCGUIREWOODS LLP<br>ATTN: ELIZABETH L. GUNN<br>ONE JAMES CENTER<br>901 EAST CARY STREET<br>RICHMOND VA 23219 | CREDITOR ID: 534787-EK<br>CSX CORPORATION<br>500 WATER STREET J180<br>JACKSONVILLE FL 32202 |
| CREDITOR ID: 534789-EK<br>FURLONG'S SECURITY<br>3344 ATLANTA HWY.<br>MONTGOMERY AL 36109-2702 | CREDITOR ID: 534791-EK<br>GLOBAL SECURITY<br>12995 S.W. 132 CT,<br>MIAMI FL 33186 | CREDITOR ID: 534790-EK<br>GLOBAL SECURITY<br>12491 SW 134TH CT STE 26<br>MIAMI FL 33186-6416 |
| CREDITOR ID: 534794-EK<br>HONEYWELL<br>ATTN JENNIFER HARRIGAN<br>2441 WARRENVILLE RD, STE 600<br>LISLE IL 60532 | CREDITOR ID: 534793-EK<br>HONEYWELL<br>4936 LENOIR AVE,<br>JACKSONVILLE FL 32216 | CREDITOR ID: 534792-EK<br>HONEYWELL<br>ATTN: STEVEN WURST, CR MGR<br>39 OLD RIDGEBURY ROAD<br>DANBURY CT 06810 |
| CREDITOR ID: 534795-EK<br>LITTER CONTROL/THE HUGHES COMPANY<br>ROUTE 1 BOX 59<br>EUTAW AL 35462 | CREDITOR ID: 534799-EK<br>SIMPLEX GRINNELL<br>ATTN: CLAUDIA COMMODORE, FINANCE<br>50 TECHNOLOGY DRIVE<br>WESTMINSTER MA 01441 | CREDITOR ID: 534798-EK<br>SIMPLEX GRINNELL<br>4460 MEDICAL CENTER WAY<br>WEST PALM BEACH FL 33407 |
| CREDITOR ID: 534797-EK<br>SIMPLEX GRINNELL<br>DEPT CH 10320<br>PALATINE IL 60055-0320 | CREDITOR ID: 534796-EK<br>SIMPLEX GRINNELL<br>9826 SOUTHERN PINE BLVD.<br>CHARLOTTE NC 28273 | CREDITOR ID: 534800-EK<br>UCI COMMUNICATIONS<br>PO BOX 1792<br>COLUMBIA SC 29202 |
| CREDITOR ID: 534801-EK<br>WAYNE FIRE<br>222 CAPITAL COURT<br>OCEE FL 34761 | | |

**Total:   25**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES EFFECTIVE AS OF OCTOBER 5, 2006 AND ESTABLISHING**
<u>**DEADLINE FOR FILING REJECTION DAMAGE CLAIMS OF OCTOBER 16, 2006**</u>

These cases came before the Court for hearing on October 5, 2006, upon the

motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order (i) under 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bankr. P. 6006 authorizing and

approving the Debtors' rejection of the executory contracts and unexpired leases listed on Exhibit

A (collectively, the "Contracts") effective as of October 5, 2006 (the "Motion") and (ii) under

Fed. R. Bankr. P. 3002(c)(4) establishing a deadline of October 16, 2006 for the filing of any

resulting rejection damage claims.  The Court has read the Motion and considered the

representations of counsel.  Upon the representations of counsel and without objection from the

United States Trustee or any other interested party, the Court determines that good cause exists

to grant the relief requested by the Motion and granting the relief is in the best interest of these

estates and creditors.  Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted.

2.      The Debtors are authorized to reject the Contracts pursuant to 11 U.S.C. §

365(a), and the Contracts are deemed rejected, effective as of October 5, 2006.

3.      Nothing in this Order constitutes a waiver of any claims the Debtors may have against any counterparty to the Contracts, whether or not related to the Contracts.

4.      Claims for any rejection damages resulting from the rejection of the Contracts must be filed on or before October 16, 2006.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.  Among other things, to the extent any of the Contracts constitute leases of personal property, the Debtors are authorized to surrender such personal property by offering it for pickup by the relevant counterparty at a designated time and place.

6.      The Court will retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this _5_ day of October, 2006, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

2

**Exhibit A**

## Exhibit A
### Contracts for Rejection:

The Debtors reserve the right to challenge the contractual, executory, or unexpired nature of any of the Contracts. The rejections pursuant to this Motion will apply only to the Contracts identified on this Exhibit A to the Motion. The rejections do not apply to any other agreement(s) that the Debtors may have with the Non-Debtor Counter-Parties listed.

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | Alarms Plus | 900-C Perimeter Park Drive<br>Morrisville, NC 27560<br><br>3880 N 28TH TERRACE<br>HOLLYWOOD, FL 33020-1118 | Monitor fire alarm system |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | All Phase Security | 114 49TH ST SOUTH<br>ST PETERSBURG, FL 33707 | Alarm Monitoring |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | | B-Tech Systems | 6 CHARING CROSS ROAD<br>TAYLORS, SC 29687 | Monitor fire alarm system |
| Winn-Dixie Stores, Inc. | | Software Agreement | | Burr Wolf | P.O. BOX 840575<br>DALLAS, TX 75284-0575<br><br>ATTN: SCOTT MCNEILL, ACCTG MGR<br>3800 BUFFALO SPEEDWAY, SUITE 200<br>HOUSTON TX 77098-3706 | Prepetition Contract for Property Tax Software |
| Winn-Dixie Stores, Inc. | Western | Service Agreement | | CERTIFIED SECURITY SYS INC | 3016 GALLERIA DR<br>METAIRIE, LA 70001-2017 | Monitoring Service |
| Winn-Dixie Stores, Inc. | 2038 | Maintenance Agreement - Store | | Charlie's & Gary's Lawn Service & Parking Lot Maint. | 1541 Independence Square<br>Kannapolis, NC 28021 | Sweeping/Landscape Maint. |
| Winn-Dixie Stores, Inc. | | Product Purchase | Amendment #2 | Cintas | 191 Elson Drive<br>Greenville, SC 29605<br><br>ATTN DESHARA S HUFF<br>PO BOX 190727<br>MOBILE, AL 36619 | Special Products |
| Winn-Dixie Stores, Inc. | Greenville Manufacturing Plant | Service Agreement | | Cintas | See Above | 905 Work shirts and pants; 943 Food service shirts and pants; 671 Work jacket including facility services; 2x3 anti fatigue; manual flush; air freshner; seat sanitizer<br>Superbrand Dairy |

| Filing Entity | Store Warehouse # | Type of Contract | Contract # | Non-Debtor Counter Party | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX003346 | CSX Corporation | 500 Water Street, J180 Jacksonville, FL 32202<br><br>Elizabeth L. Gunn McGuireWoods LLP One James Center 901 East Cary Street Richmond, VA 23219 | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX003347 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX003349 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX004593 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | CSX006491 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | SAL057228 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | SCL003207 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | SCL015383 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | | License & Land Agreements | SCL035123 | CSX Corporation | See Above | Contracts for Sidetracks, Land, Water Pipelines. |
| Winn-Dixie Stores, Inc. | Western | Service Agreement | | FURLONG'S SECURITY | 3344 ATLANTA HWY. MONTGOMERY, AL 36109-2702 | FIRE ALARM MONITORING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | | Global Security | 12995 S.W. 132 CT. MIAMI, FL 33186<br><br>12491 SW 134TH CT STE 26 MIAMI, FL 33186-6416 | Fire Alarm monitoring |

| Filing Entity | Store Warehouse # | Type of Contract | Non-Debtor Counter Party | Contract # | Non-Debtor Counter Party Address | Description |
|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | Honeywell | | 4598 Lenoir Ave, Jacksonville, FL 32216<br><br>ATTN : JENNIFER HARRIGAN 2441 WARRENVILLE RD, STE 600 LISLE IL 60532<br><br>ATTN : STEVEN WURST, CR MGR 39 OLD RIDGEBURY ROAD DANBURY CT 06810 | Fire Alarm monitoring |
| Winn-Dixie Stores, Inc. | 562 | Maintenance Agreement - Store | LITTER CONTROL/THE HUGHES COMPANY | | ROUTE 1 BOX 59 EUFAW, AL 35462 | SWEEPING |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | Simplex Grinnell | | 4460 Medical Center Way West Palm Beach, FL 33407<br><br>9825 Southern Pine Blvd. Charlotte, NC 28273<br><br>DEPT CH 10330 PALATINE, IL 60055-0320<br><br>ATTN: CLAUDIA COMMODORE, FINANCE 50 TECHNOLOGY DRIVE WESTMINSTER, MA 01441 | Alarm Monitoring |
| Winn-Dixie Raleigh, Inc. | Northern Region | Service Agreement | Simplex Grinnell | | See Above | Fire sprinkler, alarm and backflow test |
| Winn-Dixie Stores, Inc | Western | Service Agreement | Simplex Grinnell | | See Above | Fire alarm & sprinkler |
| Winn-Dixie Stores, Inc. | | IT-Hardware Maintenance | UCI Communications | | P.O. Box 1792 Columbia, SC 29202 | Telecom Maintenance - Jackson, MS |
| Winn-Dixie Stores, Inc. | Southern Region | Service Agreement | Wayne Fire | | 222 Capital Court Ocee, FL 34761 | Sprinklers / Fire alarms / Monitoring |