UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about October 6, 2006 I caused copies of:

- the **Order Pursuant to First Omnibus Motion Authorizing Negotiated Assumptions of Executory Contracts and Unexpired Leases and Granting Related Relief**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Order as listed above is attached hereto as Exhibit B.

Dated: October 9, 2006

_____
Kathleen M. Logan

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

# EXHIBIT A
# SERVICE LIST

**SERVICE LIST**

### Order Pursuant to First Omnibus Motion Authorizing
### Negotiated Assumptions of Executory Contracts
### and Unexpired Leases and Granting Related Relief

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                                                                  **CASE:  05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534913-97<br>AASTRA INTECOM INC FKA<br>EADS TELECOMNORTH AMERICA INC<br>ATTN: TIM WHITTINGTON, VP SALES<br>2811 INTERNET BLVD<br>FRISCO TX 75034-1851 | CREDITOR ID: 404588-95<br>AASTRA INTECOM INC FKA<br>EADS TELECOM NORTH AMERICA, INC<br>ATTN LEE M DAVIS, MGR<br>2811 INTERNET BLVD<br>FRISCO TX 75034-1851 | CREDITOR ID: 382362-51<br>ACCURATE INVENTORY & CALCULATING<br>C/O MARKOWITZ DAVIS RINGEL ET AL<br>ATTN J M MORKOWITZ/R L RUBIO ESQS<br>9130 S DADELAND BLVD SUITE 1225<br>MIAMI, FL 33155 |
| CREDITOR ID: 373516-44<br>ACCURATE INVENTORY & CALCULATING SVC<br>7155 SW 47TH STREET<br>MIAMI, FL 33155 | CREDITOR ID: 407619-97<br>ARAMARK UNIFORM & CAREER APPAREL<br>C/O HAWLEY TROXELL ENNIS & HAWLEY<br>ATTN SHEILA R SCHWAGER, ESQ<br>PO BOX 1617<br>BOISE ID 83701 | CREDITOR ID: 407619-97<br>ARAMARK UNIFORM & CAREER APPAREL<br>DBA ARANARK UNIFORM, DBA WEARGUARD<br>ATTN STEVEN M FRIEDMAN<br>115 N FIRST STREET<br>BURBANK CA 91502 |
| CREDITOR ID: 382857-51<br>ARAMARK UNIFORM SERVICES<br>5698 COMMONWEALTH AVENUE<br>JACKSONVILLE, FL 32254 | CREDITOR ID: 399729-98<br>ASM CAPITAL LP<br>ATTN ADAM MOSKOWITZ<br>7600 JERICHO TPK STE 302<br>WOODBURY NY 11797 | CREDITOR ID: 402087-15<br>CHRISTENSEN GROUP, THE<br>C/O KOLDENHOVEN & ASSOCIATES, INC<br>ATTN LINDA KOLDENHOVEN<br>4395 ST JOHNS PARKWAY<br>SANFORD FL 32771 |
| CREDITOR ID: 452148-98<br>DELLACAMERA CAPITAL MASTER FUND LTD<br>C/O DELLACAMERA CAPITAL MGMT LLC<br>ATTN VINCENT J SPIMATO, MGR MEMBER<br>237 PARK AVE, SUITE 900<br>NEW YORK NY 10017 | CREDITOR ID: 250774-12<br>GRAINGER INDUSTRIAL SUPPLY<br>384-862729431<br>PALATINE, IL 60038-0001 | CREDITOR ID: 397298-69<br>INCOMM<br>ATTN: M BROOKS SMITH<br>250 WILLIAMS STREET, SUITE M-100<br>ATLANTA, GA 30303 |
| CREDITOR ID: 410748-15<br>INCOMM AKA INTERACTIVE COMM INT'L<br>C/O HUNTON & WILLIAMS<br>ATTN J W HARBOUR ESQ<br>RIVERFRONT PLAZA, EAST TOWER<br>951 E BYRD STREET<br>RICHMOND VA 23219 | CREDITOR ID: 534130-E2<br>ITRADE<br>2600 KITTY HAWK ROAD<br>115<br>LIVERMORE CA 94550 | CREDITOR ID: 380958-47<br>ITRADE NETWORK INC<br>DEPT CH 17307<br>PALATINE, IL 60055-7307 |
| CREDITOR ID: 534802-79<br>KOLDENHOVEN & ASSOCIATES, INC.<br>235 COASTLINE RD<br>SANFORD FL 32771 | CREDITOR ID: 417080-98<br>LIQUIDITY SOLUTIONS INC<br>DEFINED BENEFIT<br>ATTN JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA SUITE 312<br>HACKENSACK NJ 07601 | CREDITOR ID: 405906-98<br>MADISON INVESTMENT TRUST - SERIES 3<br>ATTN KRISTY STARK, CLEARING OPS MGR<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK KS 66202 |
| CREDITOR ID: 452215-97<br>MEDIA GENERAL FLORIDA PUBLISH GRP<br>ATTN: CYNTHIA G SMITH, CR MGR<br>PO BOX 85000<br>RICHMOND VA 23285-5000 | CREDITOR ID: 382194-51<br>NCR<br>2910 GLENEAGLES POINTE<br>ALPHARETTA, GA 30005 | CREDITOR ID: 406237-G4<br>NCR CORPORATION<br>1700 SOUTH PATTERSON BLVD.<br>ATTN:  TODD B CARVER<br>DAYTON OH 45479 |
| CREDITOR ID: 405893-99<br>NCR CORPORATION<br>C/O HANGLEY ARONCHICK ET AL<br>ATTN: ASHLEY M CHAN, ESQ<br>ONE LOGAN SQUARE, 27TH FL<br>PHILADELPHIA PA 19103 | CREDITOR ID: 382315-51<br>PARK CITY GROUP<br>PO BOX 4000<br>PARK CITY, UT 84060 | CREDITOR ID: 258043-12<br>PARK CITY GROUP INC<br>PO BOX 5000<br>333 MAIN STREET<br>PARK CITY, UT 84060-5000 |
| CREDITOR ID: 533872-E2<br>PEAK TECHNOLOGIES<br>9200 BERGER ROAD<br>COLUMBIA MD 21046 | CREDITOR ID: 410914-15<br>PEAK TECHNOLOGIES INC<br>C/O RR DONNELLEY COMPANY<br>ATTN DAN PEVONKA, SR MGR CFS<br>3075 HIGHLAND PKWY<br>DOWNERS GROVE IL 60515 | CREDITOR ID: 395344-63<br>PROTECTION ONE<br>2148 PELHAM PKWY<br>PELHAM, AL 35124 |

Order Pursuant to First Omnibus Motion Authorizing
Negotiated Assumptions of Executory Contracts
and Unexpired Leases and Granting Related Relief

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                                   **CASE:   05-03817-3F1**

CREDITOR ID: 407537-15
PROTECTION ONE
C/O CREDITORS BANKRUPTCY SERVICE
ATTN P B MASON, AGENT
PO BOX 740933
DALLAS TX 75374

CREDITOR ID: 406250-G4
ROBERT HALF INTERNATIONAL INC.
200 WEST FORSYTH STREET, SUITE 1110
JACKSONVILLE FL 32202

CREDITOR ID: 405924-15
ROBERT HALF INT'L CONSULTING
DIV OF ROBERT HALF INTERNATIONAL
ATTN LYNDA TRAVERS
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON CA 94588

CREDITOR ID: 260749-12
SERVIDIAN
ATTN: DONALD R WALLACE, PRES
3307 NW 55TH STREET
FT LAUDERDALE, FL 33309

CREDITOR ID: 279064-99
SIRIUS COMPUTER SOLUTIONS INC
C/O COX & SMITH PC
ATTN: THOMAS RICE, ESQ
112 E PECAN STREET, STE 1800
SAN ANTONIO TX 78205

CREDITOR ID: 279064-99
SIRIUS COMPUTER SOLUTIONS INC
ATTN JOHN MEDINA, CREDIT MGR
613 NW LOOP 410, SUITE 1000
SAN ANTONIO TX 78216

CREDITOR ID: 279064-99
SIRIUS COMPUTER SOLUTIONS INC
C/O COX SMITH MATTHEWS INC
ATTN PATRICK F HUFFSTICKLER, ESQ
112 EAST PECAN, SUITE 1800
SAN ANTONIO TX 78205

CREDITOR ID: 261124-12
SIRVA RELOCATION
ATTN: JEFFREY MARGOLIS, SEN CNSL
6070 PARKLAND BLVD
MAYFIELD HEIGHTS, OH 44124

CREDITOR ID: 382161-51
SIRVA RELOCATION
C/O LAW OFFICE OF GLENN M REISMAN
ATTN GLENN M REISMAN, ESQ
TWO CORPORATE DRIVE, SUITE 648
PO BOX 861
SHELTON CT 06484-0861

CREDITOR ID: 382816-51
TAMPA TRIBUNE, THE - CIR
ATTN CHARLES WILSON
202 S PARKER STREET
TAMPA, FL 33606

CREDITOR ID: 255973-12
TAMPA TRIBUNE, THE DBA
MEDIA GENERAL FLORIDA PUBLISH GROUP
202 S PARKER STREET
TAMPA FL 33606

CREDITOR ID: 534803-79
THATCHER COMPANY FOOD &
DAIRY DIVISION
2094 PLESS DR
BRIGHTON MI 48114

CREDITOR ID: 381025-47
THATCHER COMPANY FOOD & DAIRY DIVISION
ATTN CRAIG N THATCHER
PO BOX 27407
SALT LAKE CITY, UT 84127

CREDITOR ID: 406264-EN
UNICRU
ATTN DOUGLAS C SHAFER, CFO
DAVID CUNNINGHAM, SR COUNSEL
9525 SW GEMINI DRIVE
BEAVERTON OR 97008

CREDITOR ID: 534804-79
W W GRAINGER INC.
1820 TAMPA EAST BLVD
TAMPA FL 33619

CREDITOR ID: 403435-15
WW GRAINGER, INC
ATTN RONEY MACIEJEWSKI
7300 W MELVINA AVENUE, M530
NILES IL 60714-3998

**Total:   43**

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    )   Case No. 05-03817-3F1
                                                          )
WINN-DIXIE STORES, INC., et al.,                          )   Chapter 11
                                                          )
Debtors.                                                  )   Jointly Administered
                                                          )

## ORDER PURSUANT TO FIRST OMNIBUS MOTION AUTHORIZING NEGOTIATED ASSUMPTIONS OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND GRANTING RELATED RELIEF

These cases came before the Court for hearing on October 5, 2006, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") and its subsidiaries and affiliates in the above-captioned jointly-administered cases, as debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order under 11 U.S.C. §§ 105 and 365 and Fed. R. Bankr. P. 6006 (a) authorizing and approving the negotiated assumptions of the prepetition contracts and leases set forth on the attached Exhibit A (the "Contracts") on the terms set forth in the Motion and on Exhibit A, (b) fixing the costs of assumption at $0.00 as set forth on Exhibit A, but preserving cure rights with respect to any amounts becoming owed to the non-Debtor counter-parties to the Contracts (the "Counter Parties") pursuant to 11 U.S.C. § 502(h) for sums relating to the Contracts that may be required to be paid pursuant to 11 U.S.C. § 550 (the "Section 502(h) Claims"), and (c) as the case may be, allowing and fixing or disallowing the claims related to the Contracts (the "Claims") as set forth on Exhibit A, in each case effective as of the effective date of the Debtors' proposed joint plan of reorganization (the

"Effective Date") (the "Motion").[1]  By the Motion, parties were given until September 28, 2006 to object to the Motion.  Upon consideration, it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted.

2.    The Debtors are authorized to assume the Contracts on the terms set forth in the Motion and on Exhibit A pursuant to 11 U.S.C. § 365(a), subject to the occurrence of, and effective as of, the Effective Date.  The Debtors' assumption of the Contracts as of, and upon the occurrence of, the Effective Date is approved.

3.    For purposes of 11 U.S.C. § 365(b)(1), there shall be no cure or compensation amounts owed by the Debtors with respect to the Contracts and the costs of assumption shall be fixed at $0.00 as set forth on Exhibit A.

4.    The Counter Parties listed on Exhibit A are deemed to have waived any and all claims they may have against the Debtors for cure or compensation under their respective Contracts listed on Exhibit A.  As a consequence of such waiver, and notwithstanding the assumption of the Contracts, the Debtors shall not be required to pay the Claims as cure under Section 365(b)(1)(A) of the Bankruptcy Code.  The Claims shall not have administrative expense status as a result of the assumption of the Contracts or for any other purpose, and the Claims shall retain the status of and be treated as prepetition unsecured non-priority claims.

5.    The requirements of 11 U.S.C. § 365(b)(1) are hereby deemed satisfied with respect to each of the Contracts.

---

[1]        All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

6.      As of, and upon the occurrence of, the Effective Date, the Claims shall, as the case may be, be allowed and fixed or disallowed as set forth on Exhibit A.

7.      The waiver of cure payments and other concessions by the Counter Parties will not negate the impact of assumption on any claims held by the Debtors against the Counter Parties or otherwise expose the Counter Parties to potential preference actions with respect to payments made on account of the Contracts.  Upon assumption of the Contracts and notwithstanding the waiver of cure payments and other concessions, the Counter Parties will be entitled to an administrative claim with respect to any Section 502(h) Claims.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

9.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

10.     In the event the Debtors' joint plan of reorganization is not confirmed or does not become effective, this Order shall be null and void.

Dated October 5, 2006 in Jacksonville, Florida.

                                                    Jerry A. Funk
                                                    United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties included
on the Master Service List.

3

**Exhibit A**

Exhibit A
Contracts to be Assumed on Negotiated Terms[1]

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | All | Inventory Agreement | Non-Debtor Counter Party<br><br>Accurate Inventory and Calculation Services ("AICS")<br><br>Addresses<br><br>Accurate Inventory and Calculation Services 7155 SW 47th Street Suite 311 Miami, FL 33155<br><br>Accurate Inventory and Calculation Services C/O Markowitz Davis Ringel & Trusty, P.A. Att'n: Jerry M. Markowitz, Esq. Att'n: Rachel L. Rubio, Esq. 9130 S Dadeland Blvd., Suite 1225 Miami, FL 33155 | Inventory Counting Services | $0.00 | 10319 ($166,619.27) | $144,905.80 | - AICS waives right to payment of cure.<br><br>- Claim No. 10319 to be allowed as prepetition non-priority unsecured claim in the reduced amount of $144,905.80. |

---

[1] Copies of the assumption agreements referenced in this Exhibit A have been provided to counsel to the Official Committee of Unsecured Creditors.

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Supply Agreement | Non-Debtor Counter Party<br><br>Aramark Uniform Services ("Aramark")<br><br>Addresses<br><br>Aramark Uniform Services 5698 Commonwealth Ave. Jacksonville, FL 32254<br><br>Aramark Uniform & Career Apparel D/B/A Aramark Uniform Services D/B/A Wearguard Att'n: Steven M. Friedman 115 N. First Street Burbank, CA 91502<br><br>Aramark Uniform & Career Apparel D/B/A Aramark Uniform Services D/B/A Wearguard C/O Sheila Schwager, Esq. Hawley Troxell Ennis & Hawley LLP P.O. Box 1617 Boise, ID 83701<br><br>Madison Investment Trust – Series 3 6310 Lamar Ave, Suite 120 Overland Park, KS 66202 | Service Agreement, dated December 2, 2004 as amended by Addendum to Service Agreement dated December 2, 2004 | $0.00 | 4086 ($328,679.51) | $328,679.51 | - Assumption pursuant to terms of Agreement for Assumption and Amendment of Aramark Service Agreement dated September 12, 2006, between Winn-Dixie Stores, Inc. and Aramark Uniform Services.<br><br>- Claim No. 4086 to be allowed as prepetition nonpriority unsecured claim in the amount of $328,679.51. Claim No. 4086 supersedes all claims of Aramark scheduled by the Debtors, which claims are to be disallowed in their entirety. |

2

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Non-Debtor Counter Party<br><br>EADS Telecom – North America, Inc. n/k/a Aastra Intecom Inc. ("EADS")<br><br>Address<br><br>EADS Telecom – North America, Inc. n/k/a Aastra Intecom Inc.<br>Att'n: Lee M. Davis, Esq.<br>2811 Internet Blvd.<br>Frisco, TX 75034-1851 | Support Services Agreement No. WDS-SSA-012002 as amended | $0.00 | 7769<br>($68,373.67 – reduced from $86,562.85 by order entered 8/15/2006 (Docket No. 10272)) | $68,373.67 | - EADS waives right to payment of cure.<br><br>- Claim No. 7769 to be allowed as prepetition non-priority unsecured claim in the amount of $68,373.67. |

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Product Purchase | Non-Debtor Counter Party<br><br>Interactive Communications International, Inc. ("InComm")<br><br>Addresses<br><br>Interactive Communications International, Inc. 250 Williams Street Suite M-100 Atlanta, GA 30303<br><br>Interactive Communications International, Inc. C/O Hunton & Williams Att'n: Jason W. Harbour, Esq. Riverfront Plaza East Tower 951 E. Byrd Street Richmond VA 23219<br><br>Liquidity Solutions, Inc. Defined Benefit IRA One University Plaza Suite 312 Hackensack, NJ 07601 | Pre-Paid Transaction Services Agreement dated December 31, 2003, as amended | $0.00 | 9571<br><br>($1,931,681.69) | $1,807,681.69 | - Assumption pursuant to terms of Agreement for Assumption of Incomm Agreement dated September 7, 2006, between Winn-Dixie Stores, Inc. and Interactive Communications International, Inc. (execution pending)<br><br>- Claim No. 9571 to be allowed as prepetition unsecured non-priority claim in the amount of $1,807,681.69 and disallowed to the extent that it alleges a claim in excess of that amount or a claim that has secured status. |

4

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Non-Debtor Counter Party: iTrade Network Inc. ("iTrade") Addresses: iTrade Network Inc. Detp CH 17307 Palatine, IL 60055-7307; iTrade Network Inc. 2600 Kitty Hawk Rd 115 Livermore, CA 84550 | OMI/Web Survey | $0.00 | 31917 ($101,482.63) | $101,482.63 | - iTrade waives right to payment of cure - Claim No. 31917 to be allowed in its entirety as prepetition non-priority unsecured claim. |
| Winn-Dixie Stores, Inc. | HDQ | IT Statement of Work | Non-Debtor Counter Party: iTrade Network Inc. Addresses: See Above | iTrade and OMI/Web Survey (Fresh Procurement Project) | $0.00 | See Above | See Above | See Above |

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | All | Marketing / Services Agreement | Non-Debtor Counter Party<br><br>Koldenhoven & Associates (d/b/a The Christensen Group, Inc.) ("Christensen")<br><br>Addresses<br><br>The Christensen Group C/O Koldenhoven & Associates, Inc. Att'n: Linda Koldenhoven 4395 St. John's Parkway Sanford, FL 32771<br><br>Koldenhoven & Associates, Inc. 235 Coastline Rd. Sanford, FL 32771 | Service Agreement dated September 1, 2000 | $0.00 | 881<br><br>($18,506.10) | $18,506.10 | - Assumption pursuant to terms of Agreement for Assumption of Services Agreement dated July 31, 2006, between Winn-Dixie Stores, Inc. and Koldenhoven & Associates d/b/a The Christensen Group, Inc.<br><br>- Claim No. 881 to be allowed in its entirety and paid as prepetition non-priority unsecured claim. |

6

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | IT-Hardware Maintenance | Non-Debtor Counter Party

NCR Corporation ("NCR")

Addresses

NCR Corporation Att'n: Todd B. Carver, Law Vice President & Chief Counsel 1700 S. Patterson Blvd., WHQ-4 Dayton, OH 45479-0001

NCR Corporation 2910 Gleneagles Pointe Alpharetta, GA 30005

NCR Corporation C/O Ashely M. Chan Hangley Aronchick Segal & Pudin One Logan Avenue, 27th Floor Philadelphia, PA 19103 | NCR Master Solutions Agreement dated effective August 6, 2004 and addenda/amendments thereto (the "Master Agreement"), including the Teradata Software Upgrade Subscription Addendum dated effective January 1, 2004 (regarding CRM Software) and individual orders dated August 6, 2004 or after which adopt and incorporate the Master Agreement terms and conditions, but only to the extent if any that the rights and obligations thereunder are deemed to be executory in nature) | $0.00 | 5301 (unsecured claim of $215,811.02; secured claim of $3,425,797.75)

Reclamation Claim/Demand dated 3/1/2005 for $16,581.34 | $221,816.14 (prepetition nonpriority general unsecured claim)

$10,576.22 (administrative priority claim) | - NCR waives right to payment of cure.

- Claim No. 5301 to be reclassified and allowed as follows: prepetition non-priority general unsecured claim in the amount of $221,816.14, $10,576.22 administrative priority claim (reclamation), and $3,425,797.75 secured claim.

**Note: The secured claim does not relate to an assumed contract. It arises under a separate secured purchase agreement and will be treated as provided in Class 9 of the Debtors' Plan.** |

7

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | IT-Hardware Maintenance | Non-Debtor Counter Party NCR Corporation ("NCR") Addresses See Above | Universal Agreement Amendment dated effective January 1, 1990 ), the Addendum to Universal Agreement signed by Winn-Dixie on July 20, 1990, the Amendment to the Universal Agreement signed by Winn-Dixie on September 13, 2002, the Teradata Purchase Addendum dated effective December 26, 2003 , the Teradata Application Software Addendum signed on December 26, 2003 by Winn-Dixie , the Volume Purchase Addendum dated effective December 23, 2002,  and individual orders dated from January 1, 1990 through August 5, 2004 which adopt and incorporate the Universal Agreement terms and conditions, but only to the extent if any that the rights and obligations thereunder are deemed to be executory in nature. | $0.00 | See Above | See Above | See Above |

8

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Non-Debtor Counter Party<br><br>Park City Group ("Park City")<br><br>Addresses<br><br>Park City Group<br>P.O. Box 4000<br>Park City, UT 84060<br><br>Park City Group<br>P.O. Box 5000<br>333 Main Street<br>Park City, UT 84060-5000 | FSG Remote Site Software (ROI Cash Report) | $0.00 | 31347<br>($78,570.00) | $78,570.00 | - Park City waives right to payment of cure.<br><br>- Claim No. 31347 to be allowed as prepetition non-priority unsecured claim in the amount of $78,570.00. |
| Winn-Dixie Stores, Inc. | HDQ | IT-Hardware Maintenance | Non-Debtor Counter Party<br><br>Peak Technologies Inc. ("Peak")<br><br>Addresses<br><br>Peak Technologies Inc.<br>C/O RR Donnelley Company<br>Att'n: Dan Pewonka, Sr. Mgr CFS<br>3075 Highland Pkwy.<br>Downers Grove, IL 60515<br><br>Peak Technologies Inc.<br>9200 Berger Road<br>Columbia, MD 21046 | Printers | $0.00 | 10049<br>($101,696.66) | $101,696.66 | - Peak waives right to payment of cure.<br><br>- Claim No. 10049 to be allowed as prepetition non-priority unsecured claim in the amount of $101,696.66 |

| Debtor | Store / Warehouse Description | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | See Contract Description | Equipment Lease | Non-Debtor Counter Party<br><br>Protection One<br><br>Addresses<br><br>Protection One<br>C/O Creditors Bankruptcy Service<br>Att'n: P. B. Mason, Agent<br>P.O. Box 740933<br>Dallas, TX 75374<br><br>Protection One<br>2148 Pelham Pkway<br>Pelham AB, 35124 | Separate Camera System / Burglar Alarm System Contracts for Stores 407, 410, 411, 426, 428, 437, 438, 446, 447, 448, 451, 454, 462, 481, 488, 493, 504, 521, 531, 536, 550, 555, 574, 1812, 1854 | $0.00 | 4216<br>($44,546.61) | $44,546.61 | - Protection One waives right to payment of cure.<br><br>- Claim No. 4216 to be allowed as prepetition non-priority unsecured claim in the amount of $44,546.61. |
| Winn-Dixie Stores, Inc. | HDQ | IT-Master Service Agreement | Non-Debtor Counter Party<br><br>Robert Half Int'l Consulting, a Division of Robert Half International ("Robert Half")<br><br>Addresses<br><br>Robert Half Int'l Consulting, a Division of Robert Half International<br>Att'n: Lynda Travers<br>5720 Stoneridge Drive<br>Suite Three<br>Pleasanton, CA  94588<br><br>200 West Forsyth Street<br>Suite 1110<br>Jacksonville, FL  32202 | MSA | $0.00 | 2204<br>($40,012.50) | $40,012.50 | - Robert Half waives right to payment of cure.<br><br>- Claim No. 2204 to be allowed as prepetition non-priority unsecured claim in the amount of $40,012.50. |

10

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | See Contract Description | Burglar Alarm System | Non-Debtor Counter Party<br><br>Servidian<br><br>Address<br><br>Servidian<br>Attn: Donald R. Wallace, Pres.<br>3307 NW 55th Street<br>Ft. Lauderdale, FL 33309 | Separate Alarm System Contracts for Stores 86, 201, 203, 207, 209, 210, 212, 214, 218, 221, 222, 226, 228, 231, 233, 235, 236, 242, 243, 244, 246, 247, 248, 250, 251, 254, 255, 257, 259, 260, 263, 265, 267, 268, 270, 272, 274, 278, 280, 281, 283, 285, 286, 288, 290, 291, 292, 296, 297, 299, 302, 305, 306, 307, 308, 309, 311, 317, 318, 319, 326, 328, 330, 333, 336, 343, 345, 348, 352, 353, 354, 355, 356, 357, 358, 359, 364, 366, 367, 368, 370, 371, 375, 377, 378, 381, 384, 385, 386, 387, 388, 390, 606, 611, 618, 630, 631, 632, 644, 660, 662, 667, 672, 673, 687, 698, 699, 710, 711, 717, 720, 721, 723, 726, 728, 729, 736, 737, 741, 743, 745, 746, 751, 777, 2217, 2348, 2349, 2355, 2366 | $0.00 | 31548<br>($38,052.24)<br><br>32935<br>($14,675.35)<br><br>37195<br>($309.93) | $53,037.52 | - Servidian waives right to payment of cure.<br><br>- Claim Nos. 31548, 32935, and 37195 to be allowed in their entirety as prepetition non-priority unsecured claims. |

11

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Non-Debtor Counter Party<br><br>Sirius Computer Solutions Inc. ("Sirius")<br><br>Addresses<br><br>Sirius Computer Solutions Inc.<br>Att'n: John Medina, Credit Mgr.<br>613 NW Loop 410, Suite 1000<br>San Antonio, TX 78216<br><br>Sirius Computer Solutions Inc.<br>112 E Pecan, Ste 1800<br>San Antonio, TX 78205 | DB2 Software for WorkBrain p570 Server | $0.00 | 8471<br><br>($961,150.12 – reduced from $986,409.30 by order dated 8/24/2006 (Docket No. 10544) | $961,150.12 | - Sirius waives right to payment of cure.<br><br>- Claim No. 8471 to be allowed as prepetition non-priority unsecured claim in the amount of $961,150.12. |
| Winn-Dixie Stores, Inc. | HDQ | Software Maintenance | Non-Debtor Counter Party<br><br>Sirius Computer Solutions Inc. ("Sirius")<br><br>Addresses<br><br>See Above | F5 SWMA for AIX Processor | $0.00 | See Above | See Above | See Above |
| Winn-Dixie Stores, Inc. | | Equipment Lease | Non-Debtor Counter Party<br><br>Sirius Computer Solutions Inc. ("Sirius")<br><br>Addresses<br><br>See Above | Sub-agreement of master agreement 1-1TN97-CA: install and configure hardware management console. | $0.00 | See Above | See Above | See Above |

12

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | Non-Debtor Counter Party<br><br>Sirius Computer Solutions Inc. ("Sirius")<br><br>Addresses<br><br>See Above | Sub-agreement of master agreement 1-1TN97-CA: renail of hardware and software | $0.00 | See Above | See Above | See Above |
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | Non-Debtor Counter Party<br><br>Sirius Computer Solutions Inc. ("Sirius")<br><br>Addresses<br><br>See Above | Sub-agreement of master agreement 1-1TN97-CA: purchase of hardware (7038 6M2) and software (5773-SM3 & 5771 ALC AIX 5.2 & 5765-E62 AIX 5.2) | $0.00 | See Above | See Above | See Above |
| Winn-Dixie Stores, Inc. | | IT-Hardware Lease | Non-Debtor Counter Party<br><br>Sirius Computer Solutions Inc. ("Sirius")<br><br>Addresses<br><br>See Above | Sub-agreement of master agreement 1-1TN97-CA: DB2 Software | $0.00 | See Above | See Above | See Above |

13

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | | Benefits Vendor | SIRVA Relocation LLC ("SIRVA")<br><br>Addresses<br><br>SIRVA Relocation LLC 6070 Parkland Blvd Att'n: Molly Solly - Account Rep Att'n: Jeffrey Margolis, Senior Counsel Mayfield Heights, OH 44124<br><br>SIRVA Relocation LLC C/O Law Office of Glenn M. Reisman Att'n: Glenn M. Reisman, Esq. Two Corporate Drive, Suite 648 P.O. Box 861 Shelton, CT 06484-0861<br><br>DellaCamera Capital Master Fund, Ltd. c/o DellaCamera Capital Management, LLC 237 Park Avenue Suite 900 New York, NY 10017 | Relocation Service Agreement, dated February 6, 2004, as amended by Addendum to Relocation Service Agreement, dated May 3, 2005. | $0.00 | 8209 ($530,214.04)<br><br>8210 ($530,214.04) | $530,214.04 | - Assumption pursuant to terms of Agreement for Assumption of SIRVA Relocation Service Agreement dated August 10, 2006, between Winn-Dixie Stores, Inc. and SIRVA Relocation LLC<br><br>- Claim No. 8210 to be allowed in its entirety and paid as prepetition non-priority unsecured claim.<br><br>- Claim No. 8209 to be disallowed in its entirety as a duplicate claim (the Debtors have sought to disallow Claim No. 8209 in the Debtors' Eighteenth Omnibus Objection to Duplicate Different Debtor Claims (Docket No. 10448). |

14

| Debtor | Store / Warehouse | Type of Contract | Non-Debtor Counter Party and Addresses | Contract Description | Cure Amount | Claim No(s). (Amount of Claim(s)) | Amount Payable as Unsecured Claim | Comment / Additional Negotiated Terms of Assumption |
|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Stores, Inc. | Manufacturing Plants located at Plant City, High Point, Greenville, Montgomery Hammond & Fitzgerald | Supply Agreement | Non-Debtor Counter Party<br><br>Thatcher Company Food & Dairy Division ("Thatcher")<br><br>Addresses<br><br>Thatcher Company Food & Dairy Division P.O. Box 27407 Salt Lake City, UT 84127<br><br>Thatcher Company Food & Dairy Division 2094 Pless Dr. Brighton, MI 48114 | Exclusive supply of plant cleaners, sanitizers & conveyor lubricants. In addition provide service on use & control of these chemicals at each location. | $0.00 | 31928 ($7,905.30)<br><br>32398 ($4,501.73) | $12,407.03 | - Thatcher waives right to payment of cure<br><br>- Claim Nos. 31928 and 32398 to be allowed in their entirety as prepetition non-priority unsecured claims. |
| Winn-Dixie Stores, Inc. | | Supply Agreement | Non-Debtor Counter Party<br><br>W W Grainger Inc. ("Grainger")<br><br>Addresses<br><br>W W Grainger Inc. 1820 Tampa East Blvd. Tampa, FL  33619<br><br>W W Grainger Inc. Att'n: Roney Maciejewski 7300 W. Melvina Avenue, M530 Nile, IL 60714-3998 | Supply of electric motor and power transmission products, air filters and engine cleaning supplies such as chemicals, mop, broom and brush. | $0.00 | 1005 ($38,529.78)<br><br>30857 ($222.08)<br><br>33673 ($6,387.02) | $45,138.88 | - Grainger waives right to payment of cure.<br><br>- Claim Nos. 1005, 30857, and 33673 to be allowed in their entirety as prepetition non-priority unsecured claims. |

15