UNITED STATES BANKRUPTCY COURT FOR
FLORIDA MIDDLE BANKRUPTCY COURT

| | |
|---|---|
| In re: Winn-Dixie Stores, Inc. - Lease Rejections<br><br>Debtor. | Chapter 11<br>Case Nos. 05-03817<br><br>Claim No. |

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:  **718 E. FREDERICK STREET**                     ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **718 E. FREDERICK STREET**
   **JEFFREY F BUICE**
   **SOUTHWAY INVESTORS**
   **GAFFNEY, SC 29340**

2. Please take notice of the transfer of $ **299,674.00**   of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $299,674.00 to:**
   **Madison Investment Trust - Series 1**            ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave. Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of your claim.

*[signature]*

Doyle Clark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# Madison Liquidity Investors, LLC.
### 6310 Lamar Ave, Suite 120
### Overland Park, KS 66202
### Phone: (800) 896-8913   Fax: (913) 982-5039

October 06, 2006

Florida Middle Bankruptcy Court
FL

RE: **Winn-Dixie Stores, Inc. - Lease Rejections**

      Buyer: Madison Investment Trust - Series 1

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
718 E. FREDERICK STREET
718 E. FREDERICK STREET
JEFFREY F BUICE
SOUTHWAY INVESTORS
GAFFNEY, SC 29340

Social Sec. No./Tax ID: 20-1997569

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 103158620

EVIDENCE OF TRANSFER OF CLAIM

TO: Middle District of Florida Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

_Southway Investors_ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Winn-Dixie Stores, Inc. – Lease Rejections in the Middle District of Florida Bankruptcy Court, The case entitled In re Winn-Dixie Stores, Inc. – Lease Rejections, with a Case Number of 05-03817 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _10/3/06_

Name: _Southway Investors_
By: _Jeff Buice_
(Signature of Claimant)

Print Name: _Jeff Buice_
_718 E. Frederick St_
(Address)
_Gaffney, SC 29340_
(Address)
_20-1997569_
(SS#/Tax ID)

By: _William Bowers_
(Signature of Co-Claimant)

Print Name: _William R. Bowers_
_1252 Overbrook Drive - Suite 7_
(Address)
_Gaffney, SC 29341_
(Address)
_Same as above_
(SS#/Tax ID)

Transfer Agreement Number: 103158620

Accepted: Madison Liquidity Investors, LLC
By: _Daryl Clem_

10-06-06 A09:54 IN

379705v1