## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about October 2, 2006 I caused copies of:

- the **Notice of Transfer of Claim Other Than For Security**

   to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 9, 2006

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:  05-03817-3F1**

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 260495-12
SAWICKI REALTY CO
C/O ROBISON, CURPHEY & O'CONNELL
ATTN: THOMAS A GIBSON, ESQ
FOUR SEAGATE, NINTH FLOOR
TOLEDO OH 43604

CREDITOR ID: 260495-12
SAWICKI REALTY CO
ATTN HENRY J SAWICKI, III, PRES
118 W WAYNE ST
MAUMEE, OH 43537

**Total:   4**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

**In re: WINN-DIXIE STORES, INC., ET AL.**

**Case No.: 05-03817-3F1**
**Docket No.: 10872**

---

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SAWICKI REALTY CO     ID: 260495
Original Name of Claimant/Transferor

SAWICKI REALTY CO
ATTN HENRY J SAWICKI, III, PRES
118 W WAYNE ST
MAUMEE, OH  43537
Phone: 419 381 0861

SAWICKI REALTY CO
C/O ROBISON, CURPHEY & O'CONNELL
ATTN: THOMAS A GIBSON, ESQ
FOUR SEAGATE, NINTH FLOOR
TOLEDO OH  43604
Phone: 419 249 7900

DELLACAMERA CAPITAL MASTER FUND LTD     ID: 452148
Current Transferee

DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY  10017
Phone: 212 808 3590

REDROCK CAPITAL PARTNERS LLC     ID: 407577
Prior Transferee

REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO  80424
Phone: 970 547 9058

Claim No.: 11982
Date Claim Filed: 10/14/2005

Full Transfer: ☒        Partial Transfer:
Amount: $999,212.71

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/02/2006

/s/ Logan & Company, Inc.
Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 2, 2006.