## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **WINN-DIXIE STORES, INC., et al.,** | Case No. 05-03817-3F1 |
| **Debtors.**[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about October 3, 2006 I caused copies of:

•   the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 9, 2006

_____
Kathleen M. Logan

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
Notice of Transfer of Claim Other Than For Security

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 534913-97
AASTRA INTECOM INC FKA
EADS TELECOMNORTH AMERICA INC
ATTN: TIM WHITTINGTON, VP SALES
2811 INTERNET BLVD
FRISCO TX 75034-1851

CREDITOR ID: 404588-95
AASTRA INTECOM INC FKA
EADS TELECOM NORTH AMERICA, INC
ATTN LEE M DAVIS, MGR
2811 INTERNET BLVD
FRISCO TX 75034-1851

CREDITOR ID: 534812-98
AGENTRICS LLC
ATTN ROBERT HEATON/ELMAR JAKOBY
625 N WASHINGTON ST STE 400
ALEXANDRIA VA 22314

CREDITOR ID: 534903-97
AUGUST URBANEK FAMILY REVOCABLE
C/O WALSH & KAETING SC
ATTN: DAVID C KEATING, ESQ
1505 WAUWATOSA AVENUE
WAUWATOSA WI 53213

CREDITOR ID: 406062-15
AUGUST URBANEK FAMILY REVOCABLE
TRUST, AMENDED AND RESTATED
ATTN AUGUST URBANEK, TRUSTEE
4800 N FEDERAL HIGHWAY, SUITE 209A
BOCA RATON FL 33431

CREDITOR ID: 403520-98
CACTUS HOLDINGS GROUP LLC
ATTN VIJAY KRISH
19487 ROBLE CT
SARATOGA CA 95070

CREDITOR ID: 423157-15
CAPX REALTY, LLC
C/O LOWNDES, DROSDICK, ET AL
ATTN ZACHARY J BANCROFT, ESQ
PO BOX 2809
ORLANDO FL 32802

CREDITOR ID: 279320-99
CERTIFIED FOODS CORP
C/O MUNSCH HARDT KOPF & HARR, PC
ATTN RANDALL A RIOS, ESQ
700 LOUISIANA ST, STE 4600
HOUSTON TX 77002-2732

CREDITOR ID: 245721-12
CITY OF EASTPOINT
ATTN: JOSEPH MACON, MAYOR
2777 EAST POINT STREET
EAST POINT, GA 30344

CREDITOR ID: 411176-15
COCA COLA BOTTLING CO CONSOLIDATED
& PIEDMONT COCA COLA BOTTL ET AL
ATTN JOYCE L ROPER, CR MGR
PO BOX 31487
CHARLOTTE NC 28231

CREDITOR ID: 534813-98
COLONIAL MART LIMITED PARTNERSHIP
AND CRESTVIEW CENTER LLC
C/O GARY B CRESS
PO BOX 1260
RIDGELAND MS 29158

CREDITOR ID: 392748-55
COOPER, TINA
C/O  LAWLOR, WINSTON & JUSTICE, PA
ATTN JOHN K LAWLOR, ESQ
2701 W OAKLAND PARK BLVD, SUITE 100
FT. LAUDERDALE FL 33311

CREDITOR ID: 410378-15
CRESTVIEW, LLC
ATTN GARY B CRESS, MGR PARTNER
NORTH FERDON BLVD & HWY 85 NORTH
CRESTVIEW FL 32536

CREDITOR ID: 534901-97
CRESTVIEW, LLC
C/O EMMANUEL SHEPPARD & CONDON
ATTN: SALLY BUSSELL FOX, ESQ
30 SPRING STREET
PENSACOLA FL 32502

CREDITOR ID: 407682-98
DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

CREDITOR ID: 452148-98
DELLACAMERA CAPITAL MASTER FUND LTD
C/O DELLACAMERA CAPITAL MGMT LLC
ATTN VINCENT J SPIMATO, MGR MEMBER
237 PARK AVE, SUITE 900
NEW YORK NY 10017

CREDITOR ID: 374695-44
DISTRIBUTION SERVICES INC
C/O AMERICAN MEDIA, INC
ATTN JOHN RICK, VP OPERATIONS
K WHALEN, EVP/COO
190 CONGRESS PARK DRIVE, SUITE 200
DELRAY BEACH FL 33445

CREDITOR ID: 410497-15
DISTRIBUTION SERVICES, INC
C/O AMERICAN MEDIA, INC
ATTN DAVID OLSON, ESQ
ONE PARK AVENUE, 3RD FLOOR
NEW YORK NY 10016

CREDITOR ID: 248512-12
DRESSER INC WAYNE DIVISION
ATTN MARC GAINS, CREDIT MGR
3814 JARRET WAY
AUSTIN TX 78728

CREDITOR ID: 534915-97
EMPRESS INTERNATIONAL LTD
ATTN: TIMOTHY MCLELLAN, PRES
10 HARBOR PARK DRIVE
PORT WASHINGTON NY 11050

CREDITOR ID: 248985-12
EMPRESS INTERNATIONAL LTD
ATTN GRACE BISCHOFF
10 HARBOR PARK DR
PORT WASHINGTON, NY 11050-4602

CREDITOR ID: 534816-98
EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

CREDITOR ID: 534905-97
EVERCARE COMPANY, THE
ATTN: DONALD MILLS, CFO
3440 PRESTON RIDGE RD, STE 650
ALPHARETTA GA 30005

CREDITOR ID: 407563-15
EVERCARE COMPANY, THE FKA
HELMAC PRODUCTS CORP
C/O SUTHERLAND ASBILL & BRENNAN LLP
ATTN RG MURPHY, JR/M D SHERRILL, ES
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON DC 20004

CREDITOR ID: 408404-98
FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

CREDITOR ID: 408386-15
GNX (GLOBAL NETXCHANGE)
ATTN: JOE LAUGHLIN
200 WEST MONROE ST, 12TH FLR
CHICAGO IL 60606

CREDITOR ID: 382628-51
GNX (GLOBAL NETXCHANGE)
ATTN JOHN WOLFE, ESQ
333 BUSH STREET, 18TH FLOOR
SAN FRANCISCO, CA 94104

CREDITOR ID: 382628-51
GNX (GLOBAL NETXCHANGE)
ALLEN MATKINS LECK GAMBLE ET AL
ATTN R MERTZ/W HUCKINS, ESQS
THREE EMBARCADERO CENTER, 12TH FLR
SAN FRANCISCO CA 94111-4074

CREDITOR ID: 391932-55
HAILES, TOMACENA
C/O JERRY GILBREATH, ESQ
PO BOX 1772
LAUREL MS 39441

CREDITOR ID: 452382-98
HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

**SERVICE LIST**
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

CREDITOR ID: 534911-97
HARRISON, ANDRES DBA EXPOSURE SALES
C/O ARNOLD GALLAGHER SAYDACK ET AL
ATTN: LOREN S SCOTT, ESQ
PO BOX 1758
EUGENE OR 97440-1758

CREDITOR ID: 382874-51
HARRISON, ANDREW DBA
EXPOSURE SALES & MARKETING
PO BOX 50312
EUGENE, OR 97405

CREDITOR ID: 411191-15
INGENIX SUBROGATION SERVICES
75 REMITTANCE DRIVE, STE 6019
CHICAGO IL 60675-6018

CREDITOR ID: 411379-15
INGENIX SUBROGATION SERVICES
ATTN LORI MURRY, ANALYSI
12125 TECHNOLOGY DRIVE
EDEN PRAIRIE MN 55344

CREDITOR ID: 394067-61
KELLY KRONENBERG GILMARTIN ET AL
ATTN: CHRISTINE A SIMPSON, FIRM ADM
8201 PETERS RD, STE 4000
FT LAUDERDALE, FL 33324

CREDITOR ID: 492833-97
KELLY KRONENBERG GILMARTIN ET AL
ATTN: HOWARD WANDER
8201 PETERS RD, STE 4000
FORT LAUDERDALE FL 33324

CREDITOR ID: 383151-99
KENNEDY COVINGTON LOBDELL ET AL
ATTN: AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FL
214 NORTH TRYON STREET
CHARLOTTE NC 28202

CREDITOR ID: 422390-ST
LANGFORD, STEVE A
618 N KING STREET
CARTHAGE TX 75633

CREDITOR ID: 534910-97
LAURENS COMMISSION OF PUBLIC WORKS
ATTN: JAMES BUCHANAN, OFFICE MGR
PO BOX 580476
LAURENS SC 29360-0349

CREDITOR ID: 554-03
LAURENS COMMISSION OF PUBLIC WORKS
ATTN: IRVIN D SATTERFIELD, TREAS
PO BOX 580476
LAURENS SC 29360-0349

CREDITOR ID: 452118-98
LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

CREDITOR ID: 452049-98
LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

CREDITOR ID: 410459-98
MADISON INVESTMENT TRUST - SERIES 1
ATTN KRISTY STARK
6310 LAMAR AVE STE 120
OVERLAND PARK KS 66202

CREDITOR ID: 255280-12
MAGIC-4, INC
ATTN: DAVID WAMPLER, PRES
22015 ANNE STREET
SANTA ANA CA 92704

CREDITOR ID: 405991-98
MERRILL LYNCH CREDIT PRODUCTS LLC
ATTN GARY COHEN/CHRISTOPHER MOON
4 WORLD FINANCIAL CENTER 7TH FLR
NEW YORK NY 10080

CREDITOR ID: 403852-94
MULLINS, RAY
1801 EMERSON AVENUE, APT 2
CINCINNATI OH 45239

CREDITOR ID: 410971-15
NATIONAL FOOD CORPORATION
C/O HAVA B VILLAVERDE PA
ATTN: HAVA B VILLAVERDE ESQ
8220 SW 161 STREET
MIAMI FL 33157

CREDITOR ID: 534909-97
NATIONAL FOOD ET AL
ATTN: MARTA DE VARONA, TREAS
8220 SW 161 STREET
MIAMI FL 33157

CREDITOR ID: 256977-12
NATIONAL FOOD GOLD COAST LLC
C/O HAVA B VILLAVRDE PA
ATTN HAVA P VILLAVERDE ESQ
8220 SW 161 STREET
MIAMI FL 33157

CREDITOR ID: 381936-15
PIONEER PAPER & PLASTICS, INC
C/O FORD BOWLUS DUSS MORGAN ET AL
ATTN MICHAEL BOWLUS, ESQ
10110 SAN JOSE BLVD
JACKSONVILLE FL 32257

CREDITOR ID: 258735-12
POSTAL CENTER INTL INC
ATTN: GINA BARREDO, ACCNTG MGR
PO BOX 8084
FT LAUDERDALE, FL 33310-8084

CREDITOR ID: 259323-12
REAL DISTRIBUING CORP, FKA
REAL TRADING CORP
C/O HAVA B VILLAVERDE PA
ATTN HAVA B VILLAVERDE ESQ
8220 SW 161 STREET
MIAMI, FL 33157

CREDITOR ID: 534912-97
REAL DISTRIBUTING CORP FKA REAL
TRADING CORP
ATTN: MARTHA DE VARONA, TREAS
8220 SW 161 STREET
MIAMI FL 33157

CREDITOR ID: 407577-98
REDROCK CAPITAL PARTNERS LLC
ATTN CRAIG KLEIN
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE CO 80424

CREDITOR ID: 260085-12
ROYAL COMMERCIAL REFRIGERATION
ATTN LUTHER W ROYAL JR, OWNER
PO BOX 8
216 NORTH RALPH STREET
CLAXTON, GA 30417

CREDITOR ID: 260595-12
SCOTT SERVICES COMPANY
ATTN: JUDY PITTMAN, VP
3014 COMMERCE SQUARE SOUTH
BIRMINGHAM, AL 35210

CREDITOR ID: 492938-98
SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

CREDITOR ID: 391314-55
SIMPSON, ALTAMEASE
C/O BERNSTEIN & MARYANOFF
ATTN K MENESES OR N MARYANOFF, ESQ
15055 SW 122ND AVE
MIAMI FL 33186

CREDITOR ID: 534914-97
SLADE GORTON & CO INC
ATTN: JAMES W STAUFFER, EXEC VP/CFO
225 SOUTHAMPTON STREET
BOSTON MA 02118

CREDITOR ID: 261157-12
SLADE GORTON & CO INC
ATTN: MICHAEL P MISTROT, CONTR
225 SOUTHAMPTON STREET
BOSTON, MA 02118

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:  05-03817-3F1**

CREDITOR ID: 534906-97
ST JAMES PARISH HOSPITAL
ATTN: TRACY L GEORG, CFO
2471 LOUISIANA AVENUE
LUTCHER LA 70071

CREDITOR ID: 261673-12
ST JAMES PARISH HOSPITAL
ATTN: CINDY MADERE
2471 LOUISIANA AVE
LUTCHER, LA 70071

CREDITOR ID: 534834-98
THE LUCY CO OF SC LLC
C/O ROX POLLARD PROPERTY MANAGER
COLLIERS KEENAN INC
PO BOX 11610
COLUMBIA SC 29211

CREDITOR ID: 403368-83
UPCHURCH WATSON WHITE &
MAX MEDIATION GROUP
ATTN MICHAEL B WALLS
2000A SOUTHBRIDGE PARKWAY, SUTE 400
BIRMINGHAM AL 35209

CREDITOR ID: 410417-15
WACHOVIA BANK, TRUSTEE
UNDER LUCY BUXTON AGREEMENT
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN WILLIAM H SHORT JR, ESQ
PO BOX 11889
COLUMBIA SC 29211

CREDITOR ID: 534908-97
WALSH ELECTRIC CO INC
ATTN: WILLIAM J WALSH, TREAS
101 SENTRY CIRCLE
YORKTOWN VA 23692

CREDITOR ID: 264366-12
WALSH ELECTRIC CO INC
ATTN: DAVID T WALSH, VP
101 SENTRY CIRCLE
YORKTOWN, VA 23692

CREDITOR ID: 534907-97
WYANDOT INC
ATTN: LORI DEAN, EXECUTIVE ASST
135 WYANDOT AVENUE
MARION OH 43302

CREDITOR ID: 408338-15
WYANDOT INC
ATTN: SANDRA L LEPARD, CREDIT MGR
135 WYANDOT AVENUE
MARION OH 43302

CREDITOR ID: 534902-97
ZYLBERMAN, ALBA
C/O MICHAEL WEISBERG LAW OFFICE
ATTN: MICHAEL P WEISBERG, ESQ
1925 BRICKELL AVE, STE D301
MIAMI FL 33129

CREDITOR ID: 406168-15
ZYLBERMAN, ALBA
420 ISLAND DRIVE
KEY BISCAYNE FL 33149

**Total:   71**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.
                Case No.: 05-03817-3F1

                         Docket No.: 11202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AASTRA INTECOM INC FKA  ID: 404588        REDROCK CAPITAL PARTNERS LLC  ID: 407577

Name of Transferor                     Name of Transferee

AASTRA INTECOM INC FKA            REDROCK CAPITAL PARTNERS LLC
EADS TELECOM NORTH AMERICA, INC       ATTN CRAIG KLEIN
ATTN LEE M DAVIS, MGR           111 S MAIN ST STE C11
2811 INTERNET BLVD            PO BOX 9095
FRISCO TX 75034-1851           BRECKENRIDGE CO 80424

Phone: 469 365 3237             Phone: 970 547 9058

AASTRA INTECOM INC FKA
EADS TELECOMNORTH AMERICA INC
ATTN: TIM WHITTINGTON, VP SALES
2811 INTERNET BLVD
FRISCO TX 75034-1851

Phone:
ID: 534913

Claim No.: 7769             Full Transfer:  (X)    Partial Transfer:
Date Claim Filed: 07/25/2005         Amount: $68,373.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006              /s/ Logan & Company, Inc.

                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                Case No.: 05-03817-3F1

                                                      Docket No.: 11086

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

AUGUST URBANEK FAMILY REVOCABLE    ID: 406062        MADISON INVESTMENT TRUST - SERIES 1    ID: 410459

Name of Transferor                                   Name of Transferee

AUGUST URBANEK FAMILY REVOCABLE                      MADISON INVESTMENT TRUST - SERIES 1
TRUST, AMENDED AND RESTATED                          ATTN KRISTY STARK
ATTN AUGUST URBANEK, TRUSTEE                          6310 LAMAR AVE STE 120
4800 N FEDERAL HIGHWAY, SUITE 209A                   OVERLAND PARK KS 66202
BOCA RATON FL 33431


Phone: 561 362 8800                                  Phone: 913 982 5011


AUGUST URBANEK FAMILY REVOCABLE
C/O WALSH & KAETING SC
ATTN: DAVID C KEATING, ESQ
1505 WAUWATOSA AVENUE
WAUWATOSA WI 53213


Phone: 414-257-9929
ID:  534903


Claim No.: 3013                                      Full Transfer:    (X)        Partial Transfer:
Date Claim Filed: 05/27/2005                         Amount: $584,505.77


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/03/2006                                     /s/ Logan & Company, Inc.

                                                     Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11150

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| CAPX REALTY, LLC    ID: 423157 | MERRILL LYNCH CREDIT PRODUCTS LLC    ID: 405991 |
| Name of Transferor | Name of Transferee |
| CAPX REALTY, LLC<br>C/O LOWNDES, DROSDICK, ET AL<br>ATTN ZACHARY J BANCROFT, ESQ<br>PO BOX 2809<br>ORLANDO FL 32802 | MERRILL LYNCH CREDIT PRODUCTS LLC<br>ATTN GARY COHEN/CHRISTOPHER MOON<br>4 WORLD FINANCIAL CENTER 7TH FLR<br>NEW YORK NY 10080 |
| Phone: 407 843 4600 | Phone: 212 449 4969 |

Claim No.: 13004                                     Full Transfer:     (X)         Partial Transfer:

Date Claim Filed: 03/22/2006                          Amount: $1,312,988.29

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.:**05-03817-3F1**

                                                             Docket No.:**11017**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CERTIFIED FOODS CORP     ID: 279320                 HAIN CAPITAL HOLDINGS LLC     ID: 452382

Name of Transferor                                  Name of Transferee

CERTIFIED FOODS CORP                                HAIN CAPITAL HOLDINGS LLC
C/O MUNSCH HARDT KOPF & HARR, PC                    ATTN G LIBERCHUK/R J KOLTAI
ATTN RANDALL A RIOS, ESQ                            301 ROUTE 17, 6TH FLR
700 LOUISIANA ST, STE 4600                          RUTHERFORD NJ 07070
HOUSTON TX 77002-2732

Phone: 713 222 1470                                 Phone: 201 896 6100

Claim No.: 7824                          Full Transfer:     (X)      Partial Transfer:
Date Claim Filed: 07/25/2005             Amount: $263,271.20

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11017

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CERTIFIED FOODS CORP   ID: 279320 | HAIN CAPITAL HOLDINGS LLC   ID: 452382 |
|---|---|
| Name of Transferor | Name of Transferee |

CERTIFIED FOODS CORP
C/O MUNSCH HARDT KOPF & HARR, PC
ATTN RANDALL A RIOS, ESQ
700 LOUISIANA ST, STE 4600
HOUSTON TX 77002-2732

HAIN CAPITAL HOLDINGS LLC
ATTN G LIBERCHUK/R J KOLTAI
301 ROUTE 17, 6TH FLR
RUTHERFORD NJ 07070

Phone: 713 222 1470

Phone: 201 896 6100

Claim No.: 7825

Full Transfer:   (X)   Partial Transfer:

Date Claim Filed: 07/25/2005

Amount: $62,997.57

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

                                                                Docket No.: 11228

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CITY OF EASTPOINT    ID: 245721                  EQUITY TRUST CO CUSTODIAN     ID: 534816
Name of Transferor                               Name of Transferee

CITY OF EASTPOINT                                EQUITY TRUST CO CUSTODIAN
ATTN: JOSEPH MACON, MAYOR                         FBO BENJAMIN D TARVER IRA
2777 EAST POINT STREET                            C/O BENJAMIN TARVER
EAST POINT, GA 30344                              11152 WESTHEIMER ROAD #796
                                                 HOUSTON TX 77042

Phone: 404-209-6722                              Phone: 713 491 4351

Claim No.: 36081                                 Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                     Amount: $14,497.73

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.        Case No.: 05-03817-3F1

Docket No.: 11247

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COCA COLA BOTTLING CO CONSOLIDATED     ID: 411176       LONGACRE MASTER FUND LTD     ID: 452049

Name of Transferor                                   Name of Transferee

COCA COLA BOTTLING CO CONSOLIDATED                   LONGACRE MASTER FUND LTD
& PIEDMONT COCA COLA BOTTL ET AL                      ATTN VLADIMIR JELISAVCIC
ATTN JOYCE L ROPER, CR MGR                             810 SEVENTH AVENUE 22ND FLOOR
PO BOX 31487                                              NEW YORK NY 10019
CHARLOTTE NC 28231

Phone: 704 557 4483                                 Phone: 212 259 4314

KENNEDY COVINGTON LOBDELL ET AL
ATTN: AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FL
214 NORTH TRYON STREET
CHARLOTTE NC 28202

Phone: 704 331 7400
ID: 383151

Claim No.: 13048                               Full Transfer:    (X)       Partial Transfer:
Date Claim Filed: 03/30/2006                       Amount: $501,647.99

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                     /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11248**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COCA COLA BOTTLING CO CONSOLIDATED    ID: 411176

Name of Transferor

LONGACRE MASTER FUND LTD    ID: 452049

Name of Transferee

COCA COLA BOTTLING CO CONSOLIDATED
& PIEDMONT COCA COLA BOTTL ET AL
ATTN JOYCE L ROPER, CR MGR
PO BOX 31487
CHARLOTTE NC 28231

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

Phone: 704 557 4483

Phone: 212 259 4314

KENNEDY COVINGTON LOBDELL ET AL
ATTN: AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FL
214 NORTH TRYON STREET
CHARLOTTE NC 28202

Phone: 704 331 7400
ID: 383151

Claim No.: 13058

Full Transfer:    (X)    Partial Transfer:

Date Claim Filed: 03/30/2006

Amount: $433,574.03

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                                          Case No.: 05-03817-3F1

Docket No.: 11249

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COCA COLA BOTTLING CO CONSOLIDATED      ID: 411176          LONGACRE MASTER FUND LTD      ID: 452049

Name of Transferor                                                   Name of Transferee

COCA COLA BOTTLING CO CONSOLIDATED                    LONGACRE MASTER FUND LTD
& PIEDMONT COCA COLA BOTTL ET AL                        ATTN VLADIMIR JELISAVCIC
ATTN JOYCE L ROPER, CR MGR                              810 SEVENTH AVENUE 22ND FLOOR
PO BOX 31487                                           NEW YORK NY 10019
CHARLOTTE NC 28231


Phone: 704 557 4483                                    Phone: 212 259 4314


KENNEDY COVINGTON LOBDELL ET AL
ATTN: AMY PRITCHARD WILLIAMS, ESQ
HEARST TOWER, 47TH FL
214 NORTH TRYON STREET
CHARLOTTE NC 28202


Phone: 704 331 7400
ID:  383151


Claim No.: 13059                                       Full Transfer:      (X)        Partial Transfer:
Date Claim Filed: 03/30/2006                           Amount: $750,931.31


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/03/2006                                       /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 11019

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COOPER, TINA     ID: 392748                    LCH OPPORTUNITIES LLC    ID: 452118

Name of Transferor                             Name of Transferee

COOPER, TINA                                   LCH OPPORTUNITIES LLC
C/O  LAWLOR, WINSTON & JUSTICE, PA             ATTN JOSEPH M O'CONNOR
ATTN JOHN K LAWLOR, ESQ                        315 PARK AVE S 20TH FLR
2701 W OAKLAND PARK BLVD, SUITE 100            NEW YORK NY 10010
FT. LAUDERDALE FL 33311


Phone: 954 525 2345                            Phone: 212 460 1966


Claim No.: 2300                        Full Transfer:     (X)     Partial Transfer:
Date Claim Filed: 05/20/2005           Amount: $50,000.00


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/03/2006                               /s/ Logan & Company, Inc.

                                               Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11021**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CRESTVIEW, LLC     ID: 410378

Name of Transferor

CRESTVIEW, LLC
ATTN GARY B CRESS, MGR PARTNER
NORTH FERDON BLVD & HWY 85 NORTH
CRESTVIEW FL 32536

Phone: 601 977 9996

CRESTVIEW, LLC
C/O EMMANUEL SHEPPARD & CONDON
ATTN: SALLY BUSSELL FOX, ESQ
30 SPRING STREET
PENSACOLA FL 32502

Phone: 850-433-6581
ID:  534901

Claim No.: 7359
Date Claim Filed: 07/21/2005

COLONIAL MART LIMITED PARTNERSHIP     ID: 534813

Name of Transferee

COLONIAL MART LIMITED PARTNERSHIP
AND CRESTVIEW CENTER LLC
C/O GARY B CRESS
PO BOX 1260
RIDGELAND MS 29158

Phone:

Full Transfer:     (X)     Partial Transfer:

Amount: $31,814.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11021

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| CRESTVIEW, LLC    ID: 410378 | COLONIAL MART LIMITED PARTNERSHIP    ID: 534813 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| CRESTVIEW, LLC | COLONIAL MART LIMITED PARTNERSHIP |
| ATTN GARY B CRESS, MGR PARTNER | AND CRESTVIEW CENTER LLC |
| NORTH FERDON BLVD & HWY 85 NORTH | C/O GARY B CRESS |
| CRESTVIEW FL 32536 | PO BOX 1260 |
| | RIDGELAND MS 29158 |

Phone: 601 977 9996                                      Phone:

CRESTVIEW, LLC
C/O EMMANUEL SHEPPARD & CONDON
ATTN: SALLY BUSSELL FOX, ESQ
30 SPRING STREET
PENSACOLA FL 32502

Phone: 850-433-6581
ID:  534901

Claim No.: 7360                                  Full Transfer:      (X)        Partial Transfer:
Date Claim Filed: 07/21/2005                     Amount: $31,814.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 11195

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DISTRIBUTION SERVICES INC     ID: 374695          HAIN CAPITAL HOLDINGS LLC     ID: 452382

Name of Transferor                                Name of Transferee

DISTRIBUTION SERVICES INC                         HAIN CAPITAL HOLDINGS LLC
C/O AMERICAN MEDIA, INC                           ATTN G LIBERCHUK/R J KOLTAI
ATTN JOHN RICK, VP OPERATIONS                     301 ROUTE 17, 6TH FLR
K WHALEN, EVP/COO                                 RUTHERFORD NJ 07070
190 CONGRESS PARK DRIVE, SUITE 200
DELRAY BEACH FL 33445

Phone: 561 272 1313                               Phone: 201 896 6100


DISTRIBUTION SERVICES, INC
C/O AMERICAN MEDIA, INC
ATTN DAVID OLSON, ESQ
ONE PARK AVENUE, 3RD FLOOR
NEW YORK NY 10016


Phone: 212 545 4880
ID:  410497


Claim No.: 8416                          Full Transfer:     (X)      Partial Transfer:
Date Claim Filed: 07/25/2005             Amount: $95,675.00


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/03/2006                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11261

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DRESSER INC WAYNE DIVISION      ID: 248512

Name of Transferor

DRESSER INC WAYNE DIVISION
ATTN MARC GAINS, CREDIT MGR
3814 JARRET WAY
AUSTIN TX 78728


Phone: 512 388 8484

LONGACRE MASTER FUND LTD      ID: 452049

Name of Transferee

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019


Phone: 212 259 4314

Claim No.: 4475

Date Claim Filed: 06/24/2005

Full Transfer:     (X)     Partial Transfer:

Amount: $356,185.66

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                     Case No.: 05-03817-3F1

                                                                                 Docket No.: 11260

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

EMPRESS INTERNATIONAL LTD     ID: 248985                  LONGACRE MASTER FUND LTD     ID: 452049

Name of Transferor                                                         Name of Transferee

EMPRESS INTERNATIONAL LTD                                 LONGACRE MASTER FUND LTD
ATTN GRACE BISCHOFF                                              ATTN VLADIMIR JELISAVCIC
10 HARBOR PARK DR                                                  810 SEVENTH AVENUE 22ND FLOOR
PORT WASHINGTON, NY 11050-4602                           NEW YORK NY 10019

Phone: 800 291 2482                                                  Phone: 212 259 4314

EMPRESS INTERNATIONAL LTD
ATTN: TIMOTHY MCLELLAN, PRES
10 HARBOR PARK DRIVE
PORT WASHINGTON  NY 11050

Phone:
ID:  534915

Claim No.: 719                                  Full Transfer:     (X)          Partial Transfer:
Date Claim Filed: 04/19/2005               Amount: $538,220.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                              /s/ Logan & Company, Inc.

                                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                       Case No.: 05-03817-3F1

                                                                                Docket No.: 10946

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| EVERCARE COMPANY, THE FKA     ID: 407563 | CACTUS HOLDINGS GROUP LLC     ID: 403520 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| EVERCARE COMPANY, THE FKA<br>HELMAC PRODUCTS CORP<br>C/O SUTHERLAND ASBILL & BRENNAN LLP<br>ATTN RG MURPHY, JR/M D SHERRILL, ES<br>1275 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20004 | CACTUS HOLDINGS GROUP LLC<br>ATTN VIJAY KRISH<br>19487 ROBLE CT<br>SARATOGA CA 95070 |
| Phone: 202 383 0100 | Phone: 408 868 1507 |

EVERCARE COMPANY, THE
ATTN: DONALD MILLS, CFO
3440 PRESTON RIDGE RD, STE 650
ALPHARETTA GA 30005

Phone:
ID:  534905

| | |
|---|---|
| Claim No.: 4367 | Full Transfer:      (X)      Partial Transfer: |
| Date Claim Filed: 06/21/2005 | Amount: $82,504.75 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                          /s/ Logan & Company, Inc.

                                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION**

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1
                                                                Docket No.: 10947

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GNX (GLOBAL NETXCHANGE)    ID: 382628          AGENTRICS LLC          ID: 534812
Name of Transferor                             Name of Transferee

GNX (GLOBAL NETXCHANGE)                         AGENTRICS LLC
ATTN JOHN WOLFE, ESQ                            ATTN ROBERT HEATON/ELMAR JAKOBY
333 BUSH STREET, 18TH FLOOR                     625 N WASHINGTON ST STE 400
SAN FRANCISCO, CA  94104                        ALEXANDRIA VA  22314

Phone:  415-837-1515                            Phone:


GNX (GLOBAL NETXCHANGE)     ID: 408386
ATTN: JOE LAUGHLIN
200 WEST MONROE ST, 12TH FLR
CHICAGO IL  60606

Phone:


GNX (GLOBAL NETXCHANGE)     ID: 382628
ALLEN MATKINS LECK GAMBLE ET AL
ATTN: R MERTZ/W HUCKINS, ESQS
THREE EMBARCADERO CENTER, 12TH FLR
SAN FRANCISCO CA  94111-4074

Phone:  415 837 1515


Claim No.: 6709                          Full Transfer: ☒          Partial Transfer:
Date Claim Filed: 07/20/2005             Amount: $842,100.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                   /s/ Logan & Company, Inc.
                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10949

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

HAILES, TOMACENA      ID: 391932

Name of Transferor

HAILES, TOMACENA
C/O JERRY GILBREATH, ESQ
PO BOX 1772
LAUREL MS 39441


Phone: 601 649 3746

EQUITY TRUST CO CUSTODIAN      ID: 534816

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042


Phone: 713 491 4351

Claim No.: 6694

Date Claim Filed: 07/18/2005

Full Transfer:      (X)      Partial Transfer:

Amount: $5,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1

Docket No.: 10962

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HARRISON, ANDREW DBA    ID: 382874 | EQUITY TRUST CO CUSTODIAN    ID: 534816 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| HARRISON, ANDREW DBA | EQUITY TRUST CO CUSTODIAN |
| EXPOSURE SALES & MARKETING | FBO BENJAMIN D TARVER IRA |
| PO BOX 50312 | C/O BENJAMIN TARVER |
| EUGENE, OR 97405 | 11152 WESTHEIMER ROAD #796 |
| | HOUSTON TX 77042 |

| | |
|---|---|
| Phone: 541 359 4076 | Phone: 713 491 4351 |

HARRISON, ANDRES DBA EXPOSURE SALES
C/O ARNOLD GALLAGHER SAYDACK ET AL
ATTN: LOREN S SCOTT, ESQ
PO BOX 1758
EUGENE OR 97440-1758

Phone: 541-484-0188
ID:  534911

| | |
|---|---|
| Claim No.: 7431 | Full Transfer:    (X)      Partial Transfer: |
| Date Claim Filed: 07/21/2005 | Amount: $21,000.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| |
|---|
| **DEADLINE TO OBJECT TO TRANSFER** |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                                        /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10950

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

INGENIX SUBROGATION SERVICES      ID: 411191

Name of Transferor

INGENIX SUBROGATION SERVICES
75 REMITTANCE DRIVE, STE 6019
CHICAGO IL 60675-6018


Phone:


INGENIX SUBROGATION SERVICES
ATTN LORI MURRY, ANALYSI
12125 TECHNOLOGY DRIVE
EDEN PRAIRIE MN 55344



Phone: 952 833 6335
ID:  411379


Claim No.: 11313

Date Claim Filed: 07/25/2005

EQUITY TRUST CO CUSTODIAN      ID: 534816

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042


Phone: 713 491 4351


Full Transfer:      (X)      Partial Transfer:

Amount: $14,186.35

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                        Case No.: 05-03817-3F1
                                                              Docket No.: 11015

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

KELLY KRONENBERG GILMARTIN ET AL   ID: 394067       LONGACRE MASTER FUND LTD   ID: 452049
Original Name of Claimant/Transferor                Current Transferee

KELLY KRONENBERG GILMARTIN ET AL                    LONGACRE MASTER FUND LTD
ATTN: CHRISTINE A SIMPSON, FIRM ADM                 ATTN VLADIMIR JELISAVCIC
8201 PETERS RD, STE 4000                            810 SEVENTH AVENUE 22ND FLOOR
FT LAUDERDALE, FL  33324                            NEW YORK NY  10019

Phone: 954 370 9970                                 Phone: 212 259 4314


KELLY KRONENBERG GILMARTIN ET AL                    FAIR HARBOR CAPITAL LLC     ID: 408404
ATTN: HOWARD WANDER                                 Prior Transferee
8201 PETERS RD, STE 4000
FORT LAUDERDALE FL  33324                            FAIR HARBOR CAPITAL LLC
                                                    ATTN FRED GLASS
Phone: 561-684-5956                                 875 AVENUE OF THE AMERICAS STE 2305
ID:  492833                                          NEW YORK NY  10001

                                                    Phone: 212 967 4045


Claim No.: 8088                        Full Transfer: ☒           Partial Transfer:
Date Claim Filed: 07/27/2005           Amount: $131,513.02

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

### DEADLINE TO OBJECT TO TRANSFER

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/03/2006                                    /s/ Logan & Company, Inc.
                                                    Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10953

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LANGFORD, STEVE A    ID: 422390

Name of Transferor

LANGFORD, STEVE A
618 N KING STREET
CARTHAGE TX 75633

Phone: 903 693 5415

EQUITY TRUST CO CUSTODIAN    ID: 534816

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 713 491 4351

Claim No.: 13102

Date Claim Filed: 04/04/2006

Full Transfer:    (X)    Partial Transfer:

Amount: $343,839.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                Case No.: 05-03817-3F1

                                                       Docket No.: 10961

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

LAURENS COMMISSION OF PUBLIC WORKS     ID: 554        EQUITY TRUST CO CUSTODIAN     ID: 534816

Name of Transferor                                     Name of Transferee

LAURENS COMMISSION OF PUBLIC WORKS                     EQUITY TRUST CO CUSTODIAN
ATTN: IRVIN D SATTERFIELD, TREAS                       FBO BENJAMIN D TARVER IRA
PO BOX 580476                                          C/O BENJAMIN TARVER
LAURENS SC 29360-0349                                  11152 WESTHEIMER ROAD #796
                                                       HOUSTON TX 77042

Phone: 864 984 0481                                    Phone: 713 491 4351

LAURENS COMMISSION OF PUBLIC WORKS
ATTN: JAMES BUCHANAN, OFFICE MGR
PO BOX 580476
LAURENS SC 29360-0349

Phone: 864-984-0481
ID:  534910

Claim No.: 3084                                        Full Transfer:     (X)        Partial Transfer:
Date Claim Filed: 05/27/2005                           Amount: $11,098.70

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                       /s/ Logan & Company, Inc.

                                                       Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 10963

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

MAGIC-4, INC    ID: 255280                    EQUITY TRUST CO CUSTODIAN    ID: 534816

Name of Transferor                            Name of Transferee

MAGIC-4, INC                                  EQUITY TRUST CO CUSTODIAN
ATTN: DAVID WAMPLER, PRES                     FBO BENJAMIN D TARVER IRA
22015 ANNE STREET                             C/O BENJAMIN TARVER
SANTA ANA CA 92704                            11152 WESTHEIMER ROAD #796
                                              HOUSTON TX 77042

Phone: 714 557 2001                           Phone: 713 491 4351

Claim No.: 1639                               Full Transfer:    (X)        Partial Transfer:
Date Claim Filed: 05/16/2005                  Amount: $581.43

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10952

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| MULLINS, RAY    ID: 403852 | EQUITY TRUST CO CUSTODIAN    ID: 534816 |
| Name of Transferor | Name of Transferee |
| MULLINS, RAY<br>1801 EMERSON AVENUE, APT 2<br>CINCINNATI OH 45239 | EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |
| Phone: 513-729-1324 | Phone: 713 491 4351 |

Claim No.: 3873

Date Claim Filed: 05/10/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $5,791.47

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10959

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NATIONAL FOOD CORPORATION    ID: 410971

Name of Transferor

NATIONAL FOOD CORPORATION
C/O HAVA B VILLAVERDE PA
ATTN  HAVA B VILLAVERDE ESQ
8220 SW 161 STREET
MIAMI FL 33157

Phone: 305 259 7455

NATIONAL FOOD ET AL
ATTN: MARTA DE VARONA, TREAS
8220 SW 161 STREET
MIAMI FL 33157

Phone: 305-592-5558 ext202
ID:  534909

EQUITY TRUST CO CUSTODIAN    ID: 534816

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 713 491 4351

Claim No.: 10333

Date Claim Filed: 08/01/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $23,982.78

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                              Case No.: 05-03817-3F1
                                                                   Docket No.: 10958

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NATIONAL FOOD GOLD COAST LLC    ID: 256977          EQUITY TRUST CO CUSTODIAN    ID: 534816
Name of Transferor                                  Name of Transferee

NATIONAL FOOD GOLD COAST LLC                        EQUITY TRUST CO CUSTODIAN
C/O HAVA B VILLAVRDE PA                             FBO BENJAMIN D TARVER IRA
ATTN HAVA P VILLAVERDE ESQ                          C/O BENJAMIN TARVER
8220 SW 161 STREET                                  11152 WESTHEIMER ROAD #796
MIAMI FL  33157                                     HOUSTON TX  77042

Phone:                                              Phone:  713-491-4351

NATIONAL FOOD ET AL
ATTN: MARTA DE VARONA, TREAS
8220 SW 161 STREET
MIAMI FL  33157

Phone: 305-592-5558 ext202
ID: 534909

Claim No.: 10334                      Full Transfer: ☒          Partial Transfer:
Date Claim Filed: 08/01/2005          Amount: $16,820.09

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001 (e)(2), Fed.R.Bankr.P., of the transfer, other than for security of the claim referenced in this notice.

*Penalty for making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                              /s/ Logan & Company, Inc.
                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 11276

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PIONEER PAPER & PLASTICS, INC    ID: 381936        FAIR HARBOR CAPITAL LLC    ID: 408404
Name of Transferor                                 Name of Transferee

PIONEER PAPER & PLASTICS, INC                      FAIR HARBOR CAPITAL LLC
C/O FORD BOWLUS DUSS MORGAN ET AL                  ATTN FRED GLASS
ATTN MICHAEL BOWLUS, ESQ                           875 AVENUE OF THE AMERICAS STE 2305
10110 SAN JOSE BLVD                                NEW YORK NY 10001
JACKSONVILLE FL 32257


Phone: 904 268 7227                                Phone: 212 967 4045


Claim No.: 244                          Full Transfer:    (X)        Partial Transfer:
Date Claim Filed: 03/21/2005            Amount: $198,361.74

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/03/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11277

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PIONEER PAPER & PLASTICS, INC    ID: 381936

Name of Transferor

FAIR HARBOR CAPITAL LLC    ID: 408404

Name of Transferee

PIONEER PAPER & PLASTICS, INC
C/O FORD BOWLUS DUSS MORGAN ET AL
ATTN MICHAEL BOWLUS, ESQ
10110 SAN JOSE BLVD
JACKSONVILLE FL 32257

FAIR HARBOR CAPITAL LLC
ATTN FRED GLASS
875 AVENUE OF THE AMERICAS STE 2305
NEW YORK NY 10001

Phone: 904 268 7227

Phone: 212 967 4045

Claim No.: 100244

Date Claim Filed: 05/18/2006

Full Transfer:    (X)    Partial Transfer:

Amount: $87,391.89

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11164

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

POSTAL CENTER INTL INC     ID: 258735

Name of Transferor

DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682

Name of Transferee

POSTAL CENTER INTL INC
ATTN: GINA BARREDO, ACCNTG MGR
PO BOX 8084
FT LAUDERDALE, FL 33310-8084

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 954-321-5644

Phone: 619 220 8900 ext 104

Claim No.: 31403

Date Claim Filed: 04/07/2005

Full Transfer:     (X)     Partial Transfer:

Amount: $480.06

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 10964

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| REAL DISTRIBUING CORP, FKA     ID: 259323 | EQUITY TRUST CO CUSTODIAN     ID: 534816 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| REAL DISTRIBUING CORP, FKA<br>REAL TRADING CORP<br>C/O HAVA B VILLAVERDE PA<br>ATTN HAVA B VILLAVERDE ESQ<br>8220 SW 161 STREET<br>MIAMI, FL 33157 | EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |
| Phone: 305 259 7455 | Phone: 713 491 4351 |

REAL DISTRIBUTING CORP FKA REAL
TRADING CORP
ATTN: MARTHA DE VARONA, TREAS
8220 SW 161 STREET
MIAMI FL 33157

Phone: 305-592-5558 ext202
ID:  534912

| | |
|---|---|
| Claim No.: 10335 | Full Transfer:     (X)     Partial Transfer: |
| Date Claim Filed: 08/01/2005 | Amount: $12,869.29 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11230

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ROYAL COMMERCIAL REFRIGERATION     ID: 260085

Name of Transferor

EQUITY TRUST CO CUSTODIAN     ID: 534816

Name of Transferee

ROYAL COMMERCIAL REFRIGERATION
ATTN LUTHER W ROYAL JR, OWNER
PO BOX 8
216 NORTH RALPH STREET
CLAXTON, GA 30417

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 912 739 1632

Phone: 713 491 4351

Claim No.: 1854

Date Claim Filed: 05/17/2005

Full Transfer:     (X)     Partial Transfer:

Amount: $644.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11114

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SCOTT SERVICES COMPANY    ID: 260595

Name of Transferor

SCOTT SERVICES COMPANY
ATTN: JUDY PITTMAN, VP
3014 COMMERCE SQUARE SOUTH
BIRMINGHAM, AL 35210

Phone: 205-591-6555

SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144

Claim No.: 34119

Date Claim Filed: 04/07/2005

Full Transfer:    (X)        Partial Transfer:

Amount: $5,366.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: **05-03817-3F1**

Docket No.: **11018**

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SIMPSON, ALTAMEASE     ID: 391314 | LCH OPPORTUNITIES LLC     ID: 452118 |
|---|---|
| Name of Transferor | Name of Transferee |

SIMPSON, ALTAMEASE
C/O BERNSTEIN & MARYANOFF
ATTN K MENESES OR N MARYANOFF, ESQ
15055 SW 122ND AVE
MIAMI FL 33186

LCH OPPORTUNITIES LLC
ATTN JOSEPH M O'CONNOR
315 PARK AVE S 20TH FLR
NEW YORK NY 10010

Phone: 305 252 6700

Phone: 212 460 1966

Claim No.: 4804

Full Transfer: <u>(X)</u>     Partial Transfer:

Date Claim Filed: 06/27/2005

Amount: $47,500.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11259

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SLADE GORTON & CO INC    ID: 261157

Name of Transferor

LONGACRE MASTER FUND LTD    ID: 452049

Name of Transferee

SLADE GORTON & CO INC
ATTN: MICHAEL P MISTROT, CONTR
225 SOUTHAMPTON STREET
BOSTON, MA 02118

LONGACRE MASTER FUND LTD
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE 22ND FLOOR
NEW YORK NY 10019

Phone: 617 442 5800

Phone: 212 259 4314

SLADE GORTON & CO INC
ATTN: JAMES W STAUFFER, EXEC VP/CFO
225 SOUTHAMPTON STREET
BOSTON MA 02118

Phone:
ID:  534914

Claim No.: 9453

Date Claim Filed: 07/29/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $454,648.91

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

        Docket No.: 10951

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ST JAMES PARISH HOSPITAL     ID: 261673          EQUITY TRUST CO CUSTODIAN    ID: 534816

Name of Transferor                  Name of Transferee

ST JAMES PARISH HOSPITAL                 EQUITY TRUST CO CUSTODIAN
ATTN: CINDY MADERE                        FBO BENJAMIN D TARVER IRA
2471 LOUISIANA AVE                          C/O BENJAMIN TARVER
LUTCHER, LA 70071                           11152 WESTHEIMER ROAD #796
                                       HOUSTON TX 77042

Phone: 225 869 5512                     Phone: 713 491 4351

ST JAMES PARISH HOSPITAL
ATTN: TRACY L GEORG, CFO
2471 LOUISIANA AVENUE
LUTCHER LA 70071

Phone:
ID: 534906

Claim No.: 2716                        Full Transfer:    (X)       Partial Transfer:
Date Claim Filed: 05/13/2005             Amount: $704.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                              /s/ Logan & Company, Inc.

                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.          Case No.: 05-03817-3F1

Docket No.: 11229

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| UPCHURCH WATSON WHITE &    ID: 403368 | EQUITY TRUST CO CUSTODIAN    ID: 534816 |
|---|---|
| Name of Transferor | Name of Transferee |

UPCHURCH WATSON WHITE &
MAX MEDIATION GROUP
ATTN MICHAEL B WALLS
2000A SOUTHBRIDGE PARKWAY, SUTE 400
BIRMINGHAM AL 35209

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 205 803 4041                     Phone: 713 491 4351

Claim No.: 3610                          Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 06/06/2005             Amount: $926.25

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                         /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11118

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WACHOVIA BANK, TRUSTEE    ID: 410417

Name of Transferor

WACHOVIA BANK, TRUSTEE
UNDER LUCY BUXTON AGREEMENT
C/O HAYNSWORTH SINKLER BOYD, PA
ATTN WILLIAM H SHORT JR, ESQ
PO BOX 11889
COLUMBIA SC 29211

Phone: 803 779 3080

THE LUCY CO OF SC LLC    ID: 534834

Name of Transferee

THE LUCY CO OF SC LLC
C/O ROX POLLARD PROPERTY MANAGER
COLLIERS KEENAN INC
PO BOX 11610
COLUMBIA SC 29211

Phone: 803 401 4242

Claim No.: 12257

Date Claim Filed: 10/20/2005

Full Transfer:    (X)        Partial Transfer:

Amount: $533,900.21

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **10960**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WALSH ELECTRIC CO INC    ID: 264366

Name of Transferor

EQUITY TRUST CO CUSTODIAN    ID: 534816

Name of Transferee

| | |
|---|---|
| WALSH ELECTRIC CO INC<br>ATTN: DAVID T WALSH, VP<br>101 SENTRY CIRCLE<br>YORKTOWN, VA 23692 | EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |

Phone: 757 890 0636

Phone: 713 491 4351

WALSH ELECTRIC CO INC
ATTN: WILLIAM J WALSH, TREAS
101 SENTRY CIRCLE
YORKTOWN VA 23692

Phone:
ID:  534908

Claim No.: 2874

Full Transfer:     (X)     Partial Transfer:

Date Claim Filed: 05/24/2005

Amount: $840.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                           Case No.: 05-03817-3F1

                                                                 Docket No.: 10957

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

WYANDOT INC    ID: 408338                           EQUITY TRUST CO CUSTODIAN    ID: 534816

Name of Transferor                                  Name of Transferee

WYANDOT INC                                         EQUITY TRUST CO CUSTODIAN
ATTN: SANDRA L LEPARD, CREDIT MGR                   FBO BENJAMIN D TARVER IRA
135 WYANDOT AVENUE                                  C/O BENJAMIN TARVER
MARION OH 43302                                     11152 WESTHEIMER ROAD #796
                                                    HOUSTON TX 77042

Phone: 740 383 4031                                 Phone: 713 491 4351

WYANDOT INC
ATTN: LORI DEAN, EXECUTIVE ASST
135 WYANDOT AVENUE
MARION OH 43302

Phone: 740-383-4031
ID:  534907

Claim No.: 7018                                     Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 07/18/2005                        Amount: $2,730.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 11042

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

ZYLBERMAN, ALBA    ID: 406168                    DELLACAMERA CAPITAL MASTER FUND LTD    ID: 452148

Name of Transferor                              Name of Transferee

ZYLBERMAN, ALBA                                 DELLACAMERA CAPITAL MASTER FUND LTD
420 ISLAND DRIVE                                C/O DELLACAMERA CAPITAL MGMT LLC
KEY BISCAYNE FL 33149                           ATTN VINCENT J SPIMATO, MGR MEMBER
                                                237 PARK AVE, SUITE 900
                                                NEW YORK NY 10017

Phone: 305 794 0808                             Phone: 212 808 3590

ZYLBERMAN, ALBA
C/O MICHAEL WEISBERG LAW OFFICE
ATTN: MICHAEL P WEISBERG, ESQ
1925 BRICKELL AVE, STE D301
MIAMI FL 33129

Phone: 305-547-1280
ID: 534902

Claim No.: 3491                                 Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 06/03/2005                    Amount: $20,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule
3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office
of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection
is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/03/2006                                /s/ Logan & Company, Inc.

                                                Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at
telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 3, 2006.