UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| **WINN-DIXIE STORES, INC., et al.,** | Case No. 05-03817-3F1 |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.    I am of legal age and I am not a party to this action.

2.    I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.    On or about October 4, 2006 I caused copies of:

•    the **Notice of Transfer of Claim Other Than For Security**

to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served Notice(s) as listed above is attached hereto as Exhibit B.

Dated: October 9, 2006

_Cathleen M Logan_
Kathleen M. Logan

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: TR

# EXHIBIT A
# SERVICE LIST

SERVICE LIST
**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                      **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 534925-97<br>BADGE EXPRESS<br>ATTN: PETER LANARIS, OP MGR<br>2700 N 29TH AVE, #109<br>HOLLYWOOD FL 33026 | CREDITOR ID: 242932-12<br>BADGE EXPRESS, INC<br>ATTN: FRANK NEGRIN, CFO<br>5763 N ANDREWS WAY<br>FT LAUDERDALE, FL 33309 | CREDITOR ID: 400129-86<br>BARNHARDT, PEARL<br>2319 APACHE STREET<br>GREENSBORO NC 27401 |
| CREDITOR ID: 243440-12<br>BEVERAGE MARKETING INCORPORATED<br>ATTN: JANET M LASK<br>7750 ARCHER ROAD<br>JUSTICE, IL 60458-1146 | CREDITOR ID: 278853-30<br>BOUQUET COLLECTION<br>ATTN: JAVIER MESA, PRES<br>7980 NORTHWEST 33RD STREET<br>MIAMI, FL 33122 | CREDITOR ID: 534920-97<br>COLUMBUS SHOWCASE COMPANIES<br>C/O KEGLER BROWN HILL & RITTER<br>ATTN: STEWART H CUPPS, ESQ<br>CAPITOL SQUARE, STE 1800<br>65 E STATE STREET<br>COLUMBUS OH 43215-4294 |
| CREDITOR ID: 410360-15<br>COLUMBUS SHOWCASE COMPANY, THE<br>ATTN: JOHN GREGA, VP/CFO<br>4401 EQUITY DRIVE<br>COLUMBUS OH 43228 | CREDITOR ID: 407682-98<br>DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 | CREDITOR ID: 388059-54<br>DELAROSA, LOURDES<br>5377 WALKER RD<br>STONE MOUNTAIN, GA 30088 |
| CREDITOR ID: 248604-12<br>DYNA-LIFT INC<br>ATTN: DIANNE P MADRID, CONTROLLER<br>PO BOX 1348<br>MONTGOMERY, AL 36102-1348 | CREDITOR ID: 534816-98<br>EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 | CREDITOR ID: 408404-98<br>FAIR HARBOR CAPITAL LLC<br>ATTN FRED GLASS<br>875 AVENUE OF THE AMERICAS STE 2305<br>NEW YORK NY 10001 |
| CREDITOR ID: 250564-12<br>GILBARCO INC<br>MARYLIN JENKINS MILNER, GEN CNSL<br>7300 W FRIENDLY AVENUE<br>GRESNSBORO NC 27420 | CREDITOR ID: 251562-12<br>HI TECH PHARMACAL CO<br>ATTN: MARGARET SANTORUFO, VP<br>369 BAYVIEW AVE<br>AMITYVILLE, NY 11701 | CREDITOR ID: 252325-12<br>IOS LLC<br>ATTN: TRISH BRIDGES/WENONA FREEMAN<br>1600  BLOOMFIELD ROAD, SUITE A<br>BLOOMINGTON, IN 47403 |
| CREDITOR ID: 253336-12<br>JOHNSTONE SUPPLY<br>ATTN: HAROLD C PETIT JR, PRESIDENT<br>ATTN:  BRIAN CASTANZA<br>PO BOX 23716<br>HARAHAN, LA 70183-0716 | CREDITOR ID: 253329-12<br>JOHNSTONE SUPPLY<br>ATTN: MICHAEL DAVIDS, MGR<br>3801 1ST AVENUE NORTH<br>BIRMINGHAM, AL 35222-1303 | CREDITOR ID: 403824-94<br>MATHENY, THOMAS<br>5696 COLIN KELLY HWY<br>MADISON FL 32340 |
| CREDITOR ID: 257479-12<br>NSI SWEETENERS INC<br>ATTN: PAUL PRZYBYLA, GEN MGR<br>3340 DUNDEE RD UNIT 2N-4<br>NORTHBROOK, IL 60062 | CREDITOR ID: 258845-12<br>PRESTON GROBES<br>448 WAVERLY PLACE<br>NEW PORT NEWS, VA 23608 | CREDITOR ID: 384300-47<br>PSC CENTREX<br>ATTN: BEN OTTING, PRES/OWNER<br>2104 N HAMILTON STREET<br>RICHMOND, VA 23230 |
| CREDITOR ID: 259466-12<br>REPUBLIC WASTE SERVICES<br>PO BOX 9001571<br>LOUISVILLE, KY 40290-1571 | CREDITOR ID: 3094-04<br>REPUBLIC WASTE SERVICES<br>ATTN JAMIE LOCHART OR D CARELOCK<br>5516 ROZZELLS FERRY ROAD<br>CHARLOTTE NC 28214 | CREDITOR ID: 534924-97<br>REPUBLIC WASTE SERVICES<br>ATTN: CRAIG T COFFEY, DIV CONTROLLE<br>5210 W LINEBAUGH AVENUE<br>TAMPA FL 33624 |
| CREDITOR ID: 259467-12<br>REPUBLIC WASTE SERVICES CHARLOTTE<br>PO BOX 9001840<br>LOUISVILLE, KY 40290-1840 | CREDITOR ID: 397806-75<br>REPUBLIC WASTE SERVICES OF HILTON HEAD<br>PO BOX 9001073<br>LOUISVILLE, KY 40290-1073 | CREDITOR ID: 260144-12<br>RUBY HALL<br>5815 SEABERRY STREET<br>COLUMBIA, SC 29203 |
| CREDITOR ID: 492938-98<br>SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | CREDITOR ID: 261293-12<br>SOUTH COAST GAS CO INC<br>ATTN: MARTIN ST ROMAIN II, PRES<br>PO BOX 470<br>RACELAND LA 70394-0407 | CREDITOR ID: 261478-12<br>SOUTHLAND WASTE SYSTEMS<br>ATTN LINDA BOYETTE<br>PO BOX 9001771<br>LOUISVILLE, KY 40290-0001 |

**SERVICE LIST**

**Notice of Transfer of Claim Other Than For Security**

**DEBTOR:** **WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:** **05-03817-3F1**

CREDITOR ID: 261479-12
SOUTHLAND WASTE SYSTEMS
ATTN LINDA BOYETTE, COLL MGR
PO BOX 9001772
LOUISVILLE, KY 40290-1772

CREDITOR ID: 534922-97
SOUTHLAND WASTE SYSTEMS
ATTN: CRAIG T COFFEY, DIV CONTROLLE
8619 WESTERN WAY
JACKSONVILLE FL 32256

CREDITOR ID: 407520-98
SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
GREENWICH CT 06830

CREDITOR ID: 534921-97
TIMBERLAKE CONSULTANTS, INC DBA
C/O LAW OFFICE OF CHARLES H DITTMAR
ATTN: CHARLES H DITTMAR JR, ESQ
1411 N WESTSHORE BLVD, STE 203
TAMPA FL 33607-4529

CREDITOR ID: 254665-12
TIMBERLAKE CONSULTANTS, INC DBA
LESCO MEDISEARCH
ATTN: VIRGINIA TIMBERLAKE, PRES
PO BOX 1414
LAND O'LAKES, FL 34639-1414

**Total:   35**

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11384

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BADGE EXPRESS, INC    ID: 242932

Name of Transferor

BADGE EXPRESS, INC
ATTN: FRANK NEGRIN, CFO
5763 N ANDREWS WAY
FT LAUDERDALE, FL 33309

Phone: 800 251 1752

BADGE EXPRESS
ATTN: PETER LANARIS, OP MGR
2700 N 29TH AVE, #109
HOLLYWOOD FL 33026

Phone: 800-251-1752 ext 305
ID: 534925

DEBT ACQUISITION COMPANY OF AMERICA    ID: 407682

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104

Claim No.: 2921
Date Claim Filed: 05/13/2005

Full Transfer:    (X)    Partial Transfer:
Amount: $329.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11533**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| BARNHARDT, PEARL     ID: 400129 | EQUITY TRUST CO CUSTODIAN      ID: 534816 |
| Name of Transferor | Name of Transferee |
| BARNHARDT, PEARL<br>2319 APACHE STREET<br>GREENSBORO  NC 27401 | EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |
| Phone: 336 274 7960 | Phone: 713 491 4351 |

Claim No.: 3938

Date Claim Filed: 06/13/2005

Full Transfer:     (X)          Partial Transfer:

Amount: $10,000.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                              Case No.: **05-03817-3F1**

                                                                        Docket No.: **11331**

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

BEVERAGE MARKETING INCORPORATED      ID: 243440          DEBT ACQUISITION COMPANY OF AMERICA      ID: 407682

Name of Transferor                                       Name of Transferee

BEVERAGE MARKETING INCORPORATED                          DEBT ACQUISITION COMPANY OF AMERICA
ATTN: JANET M LASK                                       ATTN SILVIA LUKES, CLAIMS ADMIN
7750 ARCHER ROAD                                         1565 HOTEL CIRCLE SOUTH STE 310
JUSTICE, IL 60458-1146                                   SAN DIEGO CA 92108

Phone: 708-563-0500                                      Phone: 619 220 8900 ext 104

Claim No.: 30223                                         Full Transfer:      (X)      Partial Transfer:

Date Claim Filed: 04/07/2005                             Amount: $729.26

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                                         /s/ Logan & Company, Inc.

                                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11368**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| BOUQUET COLLECTION    ID: 278853 | SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| BOUQUET COLLECTION | SPCP GROUP LLC AGT OF SILVER PT CAP |
| ATTN: JAVIER MESA, PRES | FUND LP & SILVER PT CAP OFFSHORE |
| 7980 NORTHWEST 33RD STREET | ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA |
| MIAMI, FL 33122 | GREENWICH CT 06830 |

Phone: 203 542 4061

Phone: 203 542 4061

Claim No.: 35584

Full Transfer:    (X)    Partial Transfer:

Date Claim Filed: 04/07/2005

Amount: $342,427.81

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 11367

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

COLUMBUS SHOWCASE COMPANY, THE    ID: 410360          SPCP GROUP LLC AGT OF SILVER PT CAP    ID: 407520

Name of Transferor                                    Name of Transferee

COLUMBUS SHOWCASE COMPANY, THE                        SPCP GROUP LLC AGT OF SILVER PT CAP
ATTN: JOHN GREGA, VP/CFO                              FUND LP & SILVER PT CAP OFFSHORE
4401 EQUITY DRIVE                                     ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
COLUMBUS OH 43228                                     GREENWICH CT 06830

Phone: 203 542 4061                                   Phone: 203 542 4061

COLUMBUS SHOWCASE COMPANIES
C/O KEGLER BROWN HILL & RITTER
ATTN: STEWART H CUPPS, ESQ
CAPITOL SQUARE, STE 1800
65 E STATE STREET
COLUMBUS OH 43215-4294

Phone:
ID:  534920

Claim No.: 7284                                       Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 07/20/2005                          Amount: $56,246.16

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                                      /s/ Logan & Company, Inc.

                                                      Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11534

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

DELAROSA, LOURDES     ID: 388059

Name of Transferor

DELAROSA, LOURDES
5377 WALKER RD
STONE MOUNTAIN, GA 30088

Phone: 770 469 3469

EQUITY TRUST CO CUSTODIAN     ID: 534816

Name of Transferee

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone: 713 491 4351

Claim No.: 9268

Date Claim Filed: 07/29/2005

Full Transfer:     (X)     Partial Transfer:

Amount: $8,583.65

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11388

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| DYNA-LIFT INC     ID: 248604 | DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682 |
| Name of Transferor | Name of Transferee |
| DYNA-LIFT INC<br>ATTN: DIANNE P MADRID, CONTROLLER<br>PO BOX 1348<br>MONTGOMERY, AL 36102-1348 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 334-263-1600 | Phone: 619 220 8900 ext 104 |

Claim No.: 33578                                    Full Transfer:     (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                   Amount: $862.75

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 11391 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| GILBARCO INC     ID: 250564 | DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682 |
| Name of Transferor | Name of Transferee |
| GILBARCO INC | DEBT ACQUISITION COMPANY OF AMERICA |
| MARYLIN JENKINS MILNER, GEN CNSL | ATTN SILVIA LUKES, CLAIMS ADMIN |
| 7300 W FRIENDLY AVENUE | 1565 HOTEL CIRCLE SOUTH STE 310 |
| GRESNSBORO NC 27420 | SAN DIEGO CA 92108 |
| | |
| Phone: 336-547-5099 | Phone: 619 220 8900 ext 104 |

| | |
|---|---|
| Claim No.: 30839 | Full Transfer:     (X)     Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Amount: $714.00 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/04/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11390**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

GILBARCO INC     ID: 250564

Name of Transferor

GILBARCO INC
MARYLIN JENKINS MILNER, GEN CNSL
7300 W FRIENDLY AVENUE
GRESNSBORO NC 27420

Phone: 336-547-5099

DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 619 220 8900 ext 104

Claim No.: 32684

Date Claim Filed: 04/07/2005

Full Transfer:     (X)     Partial Transfer:

Amount: $1,959.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                       Case No.: 05-03817-3F1

                                                             Docket No.: 11536

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HI TECH PHARMACAL CO    ID: 251562 | EQUITY TRUST CO CUSTODIAN    ID: 534816 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| HI TECH PHARMACAL CO | EQUITY TRUST CO CUSTODIAN |
| ATTN: MARGARET SANTORUFO, VP | FBO BENJAMIN D TARVER IRA |
| 369 BAYVIEW AVE | C/O BENJAMIN TARVER |
| AMITYVILLE, NY 11701 | 11152 WESTHEIMER ROAD #796 |
| | HOUSTON TX 77042 |

Phone: 631 789 8228                       Phone: 713 491 4351

Claim No.: 3413                           Full Transfer:    (X)      Partial Transfer:

Date Claim Filed: 06/02/2005              Amount: $7,412.85

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                          /s/ Logan & Company, Inc.

                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11537

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| HI TECH PHARMACAL CO     ID: 251562 | EQUITY TRUST CO CUSTODIAN     ID: 534816 |
| Name of Transferor | Name of Transferee |
| HI TECH PHARMACAL CO<br>ATTN: MARGARET SANTORUFO, VP<br>369 BAYVIEW AVE<br>AMITYVILLE, NY 11701 | EQUITY TRUST CO CUSTODIAN<br>FBO BENJAMIN D TARVER IRA<br>C/O BENJAMIN TARVER<br>11152 WESTHEIMER ROAD #796<br>HOUSTON TX 77042 |
| Phone: 631 789 8228 | Phone: 713 491 4351 |

Claim No.: 34936

Date Claim Filed: 04/07/2005

Full Transfer:      (X)          Partial Transfer:

Amount: $6,470.77

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11364

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| IOS LLC     ID: 252325 | SPCP GROUP LLC AGT OF SILVER PT CAP     ID: 407520 |
|---|---|
| Name of Transferor | Name of Transferee |

IOS LLC
ATTN: TRISH BRIDGES/WENONA FREEMAN
1600  BLOOMFIELD ROAD, SUITE A
BLOOMINGTON, IN 47403

SPCP GROUP LLC AGT OF SILVER PT CAP
FUND LP & SILVER PT CAP OFFSHORE
ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA
GREENWICH CT 06830

Phone:

Phone: 203 542 4061

| Claim No.: 30995 | Full Transfer:     (X)     Partial Transfer: |
|---|---|
| Date Claim Filed: 04/07/2005 | Amount: $73,182.87 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11385

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| JOHNSTONE SUPPLY      ID: 253336 | DEBT ACQUISITION COMPANY OF AMERICA      ID: 407682 |
| Name of Transferor | Name of Transferee |
| JOHNSTONE SUPPLY<br>ATTN: HAROLD C PETIT JR, PRESIDENT<br>ATTN:  BRIAN CASTANZA<br>PO BOX 23716<br>HARAHAN, LA 70183-0716 | DEBT ACQUISITION COMPANY OF AMERICA<br>ATTN SILVIA LUKES, CLAIMS ADMIN<br>1565 HOTEL CIRCLE SOUTH STE 310<br>SAN DIEGO CA 92108 |
| Phone: 504 733 1495 | Phone: 619 220 8900 ext 104 |

Claim No.: 3865                          Full Transfer:      (X)          Partial Transfer:

Date Claim Filed: 06/10/2005             Amount: $757.67

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11394**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

JOHNSTONE SUPPLY     ID: 253329

Name of Transferor

JOHNSTONE SUPPLY
ATTN: MICHAEL DAVIDS, MGR
3801 1ST AVENUE NORTH
BIRMINGHAM, AL 35222-1303


Phone:  205-251-2459

DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682

Name of Transferee

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108


Phone: 619 220 8900 ext 104

Claim No.: 33782

Date Claim Filed: 04/07/2005

Full Transfer:     (X)     Partial Transfer:

Amount: $212.06

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: 05-03817-3F1

Docket No.: 11535

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| MATHENY, THOMAS    ID: 403824 | EQUITY TRUST CO CUSTODIAN    ID: 534816 |
|---|---|
| Name of Transferor | Name of Transferee |

MATHENY, THOMAS
5696 COLIN KELLY HWY
MADISON FL 32340

EQUITY TRUST CO CUSTODIAN
FBO BENJAMIN D TARVER IRA
C/O BENJAMIN TARVER
11152 WESTHEIMER ROAD #796
HOUSTON TX 77042

Phone:                                              Phone: 713 491 4351

Claim No.: 7129                          Full Transfer:    (X)        Partial Transfer:
Date Claim Filed: 07/26/2005             Amount: $29,601.27

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                    Case No.: **05-03817-3F1**

                                                             Docket No.: **11396**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

NSI SWEETENERS INC     ID: 257479                DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682

Name of Transferor                               Name of Transferee

NSI SWEETENERS INC                               DEBT ACQUISITION COMPANY OF AMERICA
ATTN: PAUL PRZYBYLA, GEN MGR                     ATTN SILVIA LUKES, CLAIMS ADMIN
3340 DUNDEE RD UNIT 2N-4                          1565 HOTEL CIRCLE SOUTH STE 310
NORTHBROOK, IL 60062                              SAN DIEGO CA 92108


Phone: 847-714-9955                              Phone: 619 220 8900 ext 104


Claim No.: 35187                                 Full Transfer:     (X)      Partial Transfer:

Date Claim Filed: 04/07/2005                     Amount: $1,728.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|:---:|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/04/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.


FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                       Case No.: 05-03817-3F1

                                                             Docket No.: 11495

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PRESTON GROBES     ID: 258845                    FAIR HARBOR CAPITAL LLC     ID: 408404

Name of Transferor                               Name of Transferee

PRESTON GROBES                                   FAIR HARBOR CAPITAL LLC
448 WAVERLY PLACE                                ATTN FRED GLASS
NEW PORT NEWS, VA 23608                          875 AVENUE OF THE AMERICAS STE 2305
                                                 NEW YORK NY 10001

Phone:                                           Phone: 212 967 4045

Claim No.: 36683                                 Full Transfer:     (X)        Partial Transfer:

Date Claim Filed: 04/07/2005                     Amount: $1,100.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                                 /s/ Logan & Company, Inc.

                                                 Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

                                                          Docket No.: 11398

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PSC CENTREX    ID: 384300                                 DEBT ACQUISITION COMPANY OF AMERICA    ID: 407682

Name of Transferor                                        Name of Transferee

PSC CENTREX                                               DEBT ACQUISITION COMPANY OF AMERICA
ATTN: BEN OTTING, PRES/OWNER                              ATTN SILVIA LUKES, CLAIMS ADMIN
2104 N HAMILTON STREET                                    1565 HOTEL CIRCLE SOUTH STE 310
RICHMOND, VA 23230                                        SAN DIEGO CA 92108

Phone:                                                    Phone: 619 220 8900 ext 104

Claim No.: 35818                                          Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                              Amount: $705.50

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                                          /s/ Logan & Company, Inc.

                                                          Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                          Case No.: **05-03817-3F1**

                                                                Docket No.: **11376**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

REPUBLIC WASTE SERVICES    ID: 3094 | SIERRA LIQUIDITY FUND    ID: 492938
---|---
Name of Transferor | Name of Transferee

REPUBLIC WASTE SERVICES | SIERRA LIQUIDITY FUND
ATTN JAMIE LOCHART OR D CARELOCK | ATTN SCOTT AUGUST
5516 ROZZELLS FERRY ROAD | 2699 WHITE RD STE 255
CHARLOTTE NC 28214 | IRVINE CA 92614

Phone: 704 596 2077 | Phone: 949 660 1144

REPUBLIC WASTE SERVICES
ATTN: CRAIG T COFFEY, DIV CONTROLLE
5210 W LINEBAUGH AVENUE
TAMPA FL 33624

Phone: 904-732-3222
ID:  534924

Claim No.: 1846 | Full Transfer:    (X)    Partial Transfer:
---|---
Date Claim Filed: 05/17/2005 | Amount: $1,933.48

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                                    /s/ Logan & Company, Inc.

                                                    Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                    Case No.: 05-03817-3F1

Docket No.: 11377

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| REPUBLIC WASTE SERVICES    ID: 259466 | SIERRA LIQUIDITY FUND    ID: 492938 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| REPUBLIC WASTE SERVICES<br>PO BOX 9001571<br>LOUISVILLE, KY 40290-1571 | SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 |

Phone:                                                         Phone: 949 660 1144

REPUBLIC WASTE SERVICES
ATTN: CRAIG T COFFEY, DIV CONTROLLE
5210 W LINEBAUGH AVENUE
TAMPA FL 33624

Phone: 904-732-3222
ID:  534924

Claim No.: 31466                              Full Transfer:       (X)       Partial Transfer:
Date Claim Filed: 04/07/2005                  Amount: $5,339.54

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                                  /s/ Logan & Company, Inc.

                                                   Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                      Case No.: 05-03817-3F1

                                                            Docket No.: 11377

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

REPUBLIC WASTE SERVICES CHARLOTTE     ID: 259467       SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferor                                     Name of Transferee

REPUBLIC WASTE SERVICES CHARLOTTE                      SIERRA LIQUIDITY FUND
PO BOX 9001840                                         ATTN SCOTT AUGUST
LOUISVILLE, KY 40290-1840                              2699 WHITE RD STE 255
                                                       IRVINE CA 92614

Phone:                                                 Phone: 949 660 1144

REPUBLIC WASTE SERVICES
ATTN: CRAIG T COFFEY, DIV CONTROLLE
5210 W LINEBAUGH AVENUE
TAMPA FL 33624

Phone: 904-732-3222
ID:  534924

Claim No.: 36717                              Full Transfer:      (X)      Partial Transfer:
Date Claim Filed: 04/07/2005                  Amount: $1,450.34

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                              /s/ Logan & Company, Inc.

                                              Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11377

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| REPUBLIC WASTE SERVICES OF HILTON HEAD     ID: 397806 | SIERRA LIQUIDITY FUND     ID: 492938 |
|---|---|
| Name of Transferor | Name of Transferee |

REPUBLIC WASTE SERVICES OF HILTON HEAD
PO BOX 9001073
LOUISVILLE, KY 40290-1073

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone:

Phone: 949 660 1144

REPUBLIC WASTE SERVICES
ATTN: CRAIG T COFFEY, DIV CONTROLLE
5210 W LINEBAUGH AVENUE
TAMPA FL 33624

Phone: 904-732-3222
ID:  534924

Claim No.: 37179

Full Transfer:     (X)          Partial Transfer:

Date Claim Filed: 04/07/2005

Amount: $477.93

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**

Case No.: **05-03817-3F1**

Docket No.: **11400**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| RUBY HALL    ID: 260144 | DEBT ACQUISITION COMPANY OF AMERICA    ID: 407682 |
| Name of Transferor | Name of Transferee |
| RUBY HALL | DEBT ACQUISITION COMPANY OF AMERICA |
| 5815 SEABERRY STREET | ATTN SILVIA LUKES, CLAIMS ADMIN |
| COLUMBIA, SC 29203 | 1565 HOTEL CIRCLE SOUTH STE 310 |
| | SAN DIEGO CA 92108 |
| Phone: 803-691-0073 | Phone: 619 220 8900 ext 104 |

Claim No.: 36747                      Full Transfer:      (X)      Partial Transfer:

Date Claim Filed: 04/07/2005          Amount: $191.00

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11386

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SOUTH COAST GAS CO INC     ID: 261293 | DEBT ACQUISITION COMPANY OF AMERICA     ID: 407682 |
|---|---|
| Name of Transferor | Name of Transferee |

SOUTH COAST GAS CO INC
ATTN: MARTIN ST ROMAIN II, PRES
PO BOX 470
RACELAND LA 70394-0407

DEBT ACQUISITION COMPANY OF AMERICA
ATTN SILVIA LUKES, CLAIMS ADMIN
1565 HOTEL CIRCLE SOUTH STE 310
SAN DIEGO CA 92108

Phone: 985 537 5281

Phone: 619 220 8900 ext 104

Claim No.: 1125

Full Transfer:     (X)     Partial Transfer:

Date Claim Filed: 05/09/2005

Amount: $155.81

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                       Case No.: 05-03817-3F1

                                                            Docket No.: 11374

---

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHLAND WASTE SYSTEMS    ID: 261479                SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferor                                  Name of Transferee

SOUTHLAND WASTE SYSTEMS                              SIERRA LIQUIDITY FUND
ATTN LINDA BOYETTE, COLL MGR                         ATTN SCOTT AUGUST
PO BOX 9001772                                       2699 WHITE RD STE 255
LOUISVILLE, KY 40290-1772                            IRVINE CA 92614


Phone: 904 731 2456                                  Phone: 949 660 1144


SOUTHLAND WASTE SYSTEMS
ATTN: CRAIG T COFFEY, DIV CONTROLLE
8619 WESTERN WAY
JACKSONVILLE FL 32256


Phone: 904-732-3222
ID: 534922


Claim No.: 4510                              Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 06/23/2005                 Amount: $1,959.76


A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/04/2006                                  /s/ Logan & Company, Inc.

                                                  Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

---

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                   Case No.: 05-03817-3F1

Docket No.: 11374

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SOUTHLAND WASTE SYSTEMS     ID: 261479 | SIERRA LIQUIDITY FUND    ID: 492938 |
| Name of Transferor | Name of Transferee |

SOUTHLAND WASTE SYSTEMS                  SIERRA LIQUIDITY FUND
ATTN LINDA BOYETTE, COLL MGR             ATTN SCOTT AUGUST
PO BOX 9001772                           2699 WHITE RD STE 255
LOUISVILLE, KY 40290-1772                IRVINE CA 92614


Phone: 904 731 2456                      Phone: 949 660 1144


SOUTHLAND WASTE SYSTEMS
ATTN: CRAIG T COFFEY, DIV CONTROLLE
8619 WESTERN WAY
JACKSONVILLE FL 32256


Phone: 904-732-3222
ID:  534922


Claim No.: 4511                          Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 06/23/2005             Amount: $16,709.56

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: 10/04/2006                         /s/ Logan & Company, Inc.

                                         Logan & Company, Inc., as Agent


If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11374

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHLAND WASTE SYSTEMS    ID: 261478

Name of Transferor

SOUTHLAND WASTE SYSTEMS
ATTN LINDA BOYETTE
PO BOX 9001771
LOUISVILLE, KY 40290-0001

Phone: 904 731 2456

SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferee

SIERRA LIQUIDITY FUND
ATTN SCOTT AUGUST
2699 WHITE RD STE 255
IRVINE CA 92614

Phone: 949 660 1144

Claim No.: 4512

Date Claim Filed: 06/23/2005

Full Transfer:    (X)    Partial Transfer:

Amount: $2,034.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.    **Case No.: 05-03817-3F1**

**Docket No.: 11375**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SOUTHLAND WASTE SYSTEMS   ID: 261478 | SIERRA LIQUIDITY FUND   ID: 492938 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| SOUTHLAND WASTE SYSTEMS | SIERRA LIQUIDITY FUND |
| ATTN LINDA BOYETTE | ATTN SCOTT AUGUST |
| PO BOX 9001771 | 2699 WHITE RD STE 255 |
| LOUISVILLE, KY 40290-0001 | IRVINE CA 92614 |

Phone: 904 731 2456                               Phone: 949 660 1144

Claim No.: 31593                         Full Transfer:    (X)        Partial Transfer:

Date Claim Filed: 04/07/2005             Amount: $2,034.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                         /s/ Logan & Company, Inc.

                                         Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**
                                                            Case No.: **05-03817-3F1**

                                                            Docket No.: **11375**

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHLAND WASTE SYSTEMS    ID: 261479            SIERRA LIQUIDITY FUND    ID: 492938

Name of Transferor                               Name of Transferee

SOUTHLAND WASTE SYSTEMS                          SIERRA LIQUIDITY FUND
ATTN LINDA BOYETTE, COLL MGR                     ATTN SCOTT AUGUST
PO BOX 9001772                                   2699 WHITE RD STE 255
LOUISVILLE, KY 40290-1772                        IRVINE CA 92614

Phone: 904 731 2456                              Phone: 949 660 1144

SOUTHLAND WASTE SYSTEMS
ATTN: CRAIG T COFFEY, DIV CONTROLLE
8619 WESTERN WAY
JACKSONVILLE FL 32256

Phone: 904-732-3222
ID:  534922

Claim No.: 32290                        Full Transfer:    (X)      Partial Transfer:
Date Claim Filed: 04/07/2005            Amount: $1,959.76

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                        /s/ Logan & Company, Inc.

                                        Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.

Case No.: 05-03817-3F1

Docket No.: 11375

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| SOUTHLAND WASTE SYSTEMS     ID: 261479 | SIERRA LIQUIDITY FUND     ID: 492938 |
|---|---|
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| SOUTHLAND WASTE SYSTEMS<br>ATTN LINDA BOYETTE, COLL MGR<br>PO BOX 9001772<br>LOUISVILLE, KY 40290-1772 | SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 |
| Phone: 904 731 2456 | Phone: 949 660 1144 |
| SOUTHLAND WASTE SYSTEMS<br>ATTN: CRAIG T COFFEY, DIV CONTROLLE<br>8619 WESTERN WAY<br>JACKSONVILLE FL 32256 | |
| Phone: 904-732-3222<br>ID: 534922 | |

| | |
|---|---|
| Claim No.: 32952 | Full Transfer:     (X)     Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Amount: $14,031.61 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006

/s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: **WINN-DIXIE STORES, INC., ET AL.**                  Case No.: 05-03817-3F1

                                                            Docket No.: 11374

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

SOUTHLAND WASTE SYSTEMS     ID: 261478          SIERRA LIQUIDITY FUND     ID: 492938
Name of Transferor                              Name of Transferee

SOUTHLAND WASTE SYSTEMS                          SIERRA LIQUIDITY FUND
ATTN LINDA BOYETTE                               ATTN SCOTT AUGUST
PO BOX 9001771                                   2699 WHITE RD STE 255
LOUISVILLE, KY 40290-0001                        IRVINE CA 92614

Phone: 904 731 2456                              Phone: 949 660 1144

SOUTHLAND WASTE SYSTEMS
ATTN: CRAIG T COFFEY, DIV CONTROLLE
8619 WESTERN WAY
JACKSONVILLE FL 32256

Phone: 904-732-3222
ID:  534922

Claim No.: 4512                          Full Transfer:     (X)      Partial Transfer:
Date Claim Filed: 06/23/2005             Amount: $2,034.80

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
| --- |

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                             /s/ Logan & Company, Inc.
                                             Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

In re: WINN-DIXIE STORES, INC., ET AL.                Case No.: 05-03817-3F1

Docket No.: 11375

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| SOUTHLAND WASTE SYSTEMS    ID: 261478 | SIERRA LIQUIDITY FUND    ID: 492938 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| SOUTHLAND WASTE SYSTEMS<br>ATTN LINDA BOYETTE<br>PO BOX 9001771<br>LOUISVILLE, KY 40290-0001 | SIERRA LIQUIDITY FUND<br>ATTN SCOTT AUGUST<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 |
| Phone: 904 731 2456 | Phone: 949 660 1144 |

SOUTHLAND WASTE SYSTEMS
ATTN: CRAIG T COFFEY, DIV CONTROLLE
8619 WESTERN WAY
JACKSONVILLE FL 32256

Phone: 904-732-3222
ID:  534922

| | |
|---|---|
| Claim No.: 31593 | Full Transfer:    (X)    Partial Transfer: |
| Date Claim Filed: 04/07/2005 | Amount: $2,034.80 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/04/2006                                        /s/ Logan & Company, Inc.

Logan & Company, Inc., as Agent

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: WINN-DIXIE STORES, INC., ET AL. | Case No.: 05-03817-3F1 |
| | Docket No.: 11369 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

| | |
|---|---|
| TIMBERLAKE CONSULTANTS, INC DBA     ID: 254665 | SPCP GROUP LLC AGT OF SILVER PT CAP     ID: 407520 |
| Name of Transferor | Name of Transferee |

| | |
|---|---|
| TIMBERLAKE CONSULTANTS, INC DBA | SPCP GROUP LLC AGT OF SILVER PT CAP |
| LESCO MEDISEARCH | FUND LP & SILVER PT CAP OFFSHORE |
| ATTN: VIRGINIA TIMBERLAKE, PRES | ATTN BRIAN JARMAIN, 2 GREENWICH PLAZA |
| PO BOX 1414 | GREENWICH CT 06830 |
| LAND O'LAKES, FL 34639-1414 | |
| | |
| Phone: 203 542 4061 | Phone: 203 542 4061 |

TIMBERLAKE CONSULTANTS, INC DBA
C/O LAW OFFICE OF CHARLES H DITTMAR
ATTN: CHARLES H DITTMAR JR, ESQ
1411 N WESTSHORE BLVD, STE 203
TAMPA FL 33607-4529

Phone: 813-639-1920
ID:  534921

| | |
|---|---|
| Claim No.: 11477 | Full Transfer:     (X)     Partial Transfer: |
| Date Claim Filed: 08/02/2005 | Amount: $129,619.50 |

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed.R.Bankr.P., of the transfer, other than for security, of the claim referenced in this notice.

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| **DEADLINE TO OBJECT TO TRANSFER** |
|---|

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

| | |
|---|---|
| Date: 10/04/2006 | /s/ Logan & Company, Inc. |
| | Logan & Company, Inc., as Agent |

If you have any questions regarding this notice, you may contact Logan & Company, Inc., Claims and Noticing Agent for the debtors at telephone: (973) 509-3190, fax number (973) 509-3191.

FOR CLAIMS AGENT USE ONLY:

This notice was mailed to the above named parties via first class mail, postage prepaid, on  October 4, 2006.